USDCNH-96 (Rev. 7/14)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Hampshire

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) |
| *Plaintiff* | ) |
| v. | ) Case No.  21-cv-00260-JD |
| LBRY, INC., | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Securities and Exchange Commission                .

Date:   04/09/2021

/s/ Eric A. Forni
*Attorney's signature*

Eric A. Forni, 669685
*Printed name and bar number*

33 Arch St., 24th Floor, Boston, MA 02110

*Address*

fornie@sec.gov
*E-mail address*

(617) 573-8827
*Telephone number*

(617) 573-4590
*FAX number*