USDCNH-96 (Rev. 7/14)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | | |
|---|---|---|
| Securities and Exchange Commission<br>*Plaintiff* | ) ) | |
| v. | ) | Case No.   21-CV-00260-PB |
| LBRY, Inc.<br>*Defendant* | ) ) ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

LBRY, Inc.                                                                                                                                   .

Date:     05/11/2021

/s/ William E. Christie
*Attorney's signature*

William E. Christie, #11255
*Printed name and bar number*

Shaheen & Gordon, P.A., P.O. Box 2703, Concord, NH 03302
*Address*

wchristie@shaheengordon.com
*E-mail address*

(603) 225-7262
*Telephone number*

(603) 225-5112
*FAX number*

You need not complete a certificate of service for any party served electronically using the court's CM/ECF system.

## CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

Peter Moores, Securities and Exchange Commission
Eric Forni, Securities and Exchange Commission
Marc Jonathan Jones, Securities and Exchange Commission

Conventionally Served:

| 05/11/2021 | /s/ William E. Christie, #11255 |
|---|---|
| Date | Signature |