UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

SECURITIES AND EXCHANGE        :
COMMISSION,
                                :
            Plaintiff,
                                :
        -against-
                                :          Civil Action No. 1:21-cv-00260-PB
LBRY, INC.,                      :

            Defendant.          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the Defendant LBRY, Inc.,

a non-governmental entity, by and through its attorneys, certifies as follows:

There is no parent corporation and there are no publicly held corporations owning 10% or

more of LBRY, Inc.'s stock.

Dated:  May 10, 2021

                                    Respectfully submitted,

                                    LBRY, Inc.

                                    /s/ William E. Christie
                                    _____
                                    William E. Christie
                                    Shaheen & Gordon, P.A.
                                    107 Storrs Street
                                    P.O. Box 2703
                                    Concord, NH 03302
                                    (603) 617-3029
                                    wchristie@shaheengordon.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system on May 10, 2021 will be sent electronically to the following who are currently on the list to receive e-mail notices for this case:


Counsel for US Securities and Exchange Commission:

Peter Moores
Securities and Exchange Commission
33 Arch Street
24th Floor
Boston, MA 02110
617-573-4576
Email: mooresp@sec.gov

Eric Forni
Securities and Exchange Commission
33 Arch Street
24th Floor
Boston, MA 02110
617-573-8827
Email: fornie@sec.gov

Marc Jonathan Jones
US Securities & Exchange Commission (MA)
33 Arch St, 23rd Flr
Boston, MA 02110-1424
617-573-8947
Email: jonesmarc@sec.gov

/s/ William E. Christie

William E. Christie
Shaheen & Gordon, P.A.
107 Storrs Street
P.O. Box 2703
Concord, NH 03302
(603) 617-3029
wchristie@shaheengordon.com