UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

------------------------------------- X
SECURITIES AND EXCHANGE  :
COMMISSION,
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　Plaintiff,
　　　　　　　　　　　　　　　　　　　　　:
　　-against-　　　　　　　　　　　　　　　Civil Action No. 1:21-cv-00260-PB
　　　　　　　　　　　　　　　　　　　　　:
LBRY, INC.,
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　Defendant.
------------------------------------- X

## AFFIDAVIT OF ADAM H. SCHUMAN

I, Adam H. Schuman, do hereby depose and state as follows:

1. My office and telephone number are as follows:

   Perkins Coie LLP
   1155 Avenue of the Americas, 22nd Floor
   New York, New York 10036-2711
   (212) 262-6919

2. I am admitted to practice in the following courts:

   a. Courts in the State of Connecticut (1991)
   b. Courts in the State of New York (1992)
   c. United States Courts of Appeals for the Second Circuit (1998)
   d. United States Courts of Appeals for the District of Columbia (1997)
   e. United States District Court for the Eastern District of New York (1993)
   f. United States District Court for the Southern District of New York (1992)

3. I am in good standing and eligible to practice in each of the Courts listed.

4. I am not currently suspended or disbarred in any jurisdiction.

5. I have never been denied admission practice before any court. There are no pending disciplinary matters in which I am involved. I do not have prior felony or misdemeanor criminal convictions.

6. I do not have any prior denials or revocations of *pro hac vice* status in any court.

I declare under penalty of perjury that the foregoing is true and accurate. Executed on May 11, 2021.

/s/ Adam H. Schuman

Adam H. Schuman

-2-

LEGAL152456867.1