USDCNH-96 (Rev. 7/14)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>*Plaintiff* )<br>v. )<br>LBRY, INC., )<br>*Defendant* ) | Case No.  1:21-cv-00260-PB |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant LBRY, Inc.                                                                                                                 .

Date:   May 14, 2021                                                            */s/ John T. Dixon*
                                                                                 *Attorney's signature*

                                                         John T. Dixon; 5505979 NY
                                                     *Printed name and bar number*

                                                         Perkins Coie LLP
                               1155 Avenue of the Americas, 22nd Floor
                                                        New York, NY 10036

                                                                   *Address*

                                                    JohnDixon@perkinscoie.com
                                                      *E-mail address*

                                                        (212) 261-6844
                                                     *Telephone number*

                                                        (212) 399-8005
                                                      *FAX number*

You need not complete a certificate of service for any party served electronically using the court's CM/ECF system.

CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

Conventionally Served:

_____                    _____
Date                                                Signature