USDCNH-96 (Rev. 7/14) Appearance of Counsel

# UNITED STATES DISTRICT COURT
для the
District of New Hampshire

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-00260-PB |
| LBRY, INC., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant LBRY, Inc.  .

Date: May 14, 2021

/s/ Keith W. Miller
*Attorney's signature*

Keith W. Miller; 2421717 NY
*Printed name and bar number*

Perkins Coie LLP
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036

*Address*

KeithMiller@perkinscoie.com
*E-mail address*

(212) 262-6906
*Telephone number*

(212) 977-1641
*FAX number*

You need not complete a certificate of service for any party served electronically using the court's CM/ECF system.

CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

Conventionally Served:

_____     _____
Date                                                                  Signature