USDCNH-96 (Rev. 7/14)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of New Hampshire

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   1:21-cv-00260-PB |
| LBRY, INC., ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant LBRY, Inc.                                                                                                                          .

Date:     May 14, 2021

*/s/ Adam H. Schuman*

*Attorney's signature*

Adam H. Schuman; 2454999 NY

*Printed name and bar number*

Perkins Coie LLP
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036

*Address*

ASchuman@perkinscoie.com

*E-mail address*

(212) 261-6919

*Telephone number*

(212) 399-8002

*FAX number*

You need not complete a certificate of service for any party served electronically using the court's CM/ECF system.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

Conventionally Served:

_____
Date

_____
Signature