# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |  |
| Plaintiff, | ) ) |  |
| v. | ) ) | 1:21-cv-260-PB |
| LBRY INC., | ) ) |  |
| Defendant, | ) ) |  |
| LBRY FOUNDATION INC., | ) ) |  |
| Defendant-Intervenor. | ) ) |  |

## NOTICE OF ATTORNEY APPEARANCE

Please enter my Appearance as counsel for proposed Defendant-Intervenor LBRY Foundation Inc. in the above-captioned case.

Dated: July 2, 2021
/s/ Simon R. Brown
Simon R. Brown (N.H. Bar No.9279)
PRETI, FLAHERTY, BELIVEAU & PACHIOS, PLLP
P.O. Box 1318
57 North Main Street
Concord, NH, 03301Tel: (603) 410-1500
Email: sbrown@preti.com

## CERTIFICATE OF SERVICE

I hereby certify that, on July 2, 2021, I caused true and correct copies of the foregoing Notice of Attorney Appearance to be served on counsel of record for all parties that have appeared to date through the Court's CM/ECF system as listed below.

Peter Moores, Esq.
Eric Forni, Esq.
Marc Jonathan Jones, Esq.
U.S. Securities and Exchange Commission
33 Arch Street
24th Floor
Boston, MA 02110

1

17745191.1

2

William E. Christie, Esq.
Shaheen & Gordon, P.A.
107 Storrs Street
P.O. Box 2703
Concord, NH 03302

                                            /s/ Simon R. Brown
                                            Simon R. Brown

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>           Plaintiff,<br><br>v.<br><br>LBRY INC.,<br>           Defendant,<br><br>LBYR FOUNDATION INC.,<br>           Defendant-Intervenor. | 1:21-cv-260-PB |

## **DECLARATION OF ADRIAEN M. MORSE JR.**

I, Adriaen M. Morse Jr., do hereby depose and state as follows:

1. My office address, telephone number, and email are as follows:

   Arnall Golden Gregory LLP
   1775 Pennsylvania Avenue, NW, Suite 1000
   Washington, DC 20006-4698
   (202) 677-4058
   adriaen.morse@agg.com

2. I am admitted to practice in the following courts:

   a. Courts in the Commonwealth of Virginia (1995)
   b. Courts in the State of California (1997)
   c. Courts in the District of Columbia (2003)
   d. United States Court of Appeals for the Armed Forces (1996)
   e. United States Court of Appeals for the Fourth Circuit (1998)
   f. United States Court of Appeals for the District of Columbia Circuit (2020)
   g. United States District Court for the Southern District of California (1997)
   h. United States District Court for the Eastern District of Virginia (1999)
   i. United States District Court for the Western District of Virginia (1999)
   j. United States District Court for the District of Columbia (2007)
   k. United States District Court for the District of Maryland (2011)

3. I am in good standing and eligible to practice in each of the Courts listed above.

17745191.1

2

4. I am not currently suspended or disbarred in any jurisdiction.

5. I have never been denied admission practice before any court. There are no pending disciplinary matters in which I am involved. I do not have prior felony or misdemeanor criminal convictions.

6. I do not have any prior denials or revocations of *pro hac vice* status in any court.

I declare under penalty of perjury that the foregoing is true and accurate.

Executed on July 1, 2021.

                                                               /s/ Adriaen M. Morse Jr.
                                                              Adriaen M. Morse Jr.

17745191.1