## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) 1:21-cv-260-PB |
| LBRY INC., | ) |
| Defendant, | ) |
| LBRY FOUNDATION INC., | ) |
| Defendant-Intervenor. | ) |

### [PROPOSED] ORDER

Upon consideration of Proposed Defendant-Intervenor's motion to intervene, its accompanying memorandum in support, declaration, and applicable legal authorities, it is hereby:

**ORDERED** that Intervenor's motion to intervene as of right pursuant to Rule 24(a)(2) of the Federal Rules of Civil Procedure should be, and therefore is, **GRANTED** and

It is further **ORDERED** that Defendant-Intervenor LBRY Foundation Inc. shall file its Answer in this action no later than five days from the issuance of this Order.

**SO ORDERED** this _____ day of _____, 2021.

_____
United States District Judge