UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> LBRY, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 21-cv-00260 |

***Assented-To*** **Joint Motion to Extend Time to File a**
**Response to LBRY Foundation Inc.'s Motion to Intervene**

Plaintiff Securities and Exchange Commission (the "Commission") and defendant LBRY, Inc., with the assent of movant LBRY Foundation, Inc., respectfully jointly request that the Court extend the date by which a party must file a response to the LBRY Foundation's motion to intervene (Dkt. No. 18). The LBRY Foundation's motion to intervene was filed on Friday July 2, 2021. Pursuant to Local R. 7.1(b), a response to the motion is due Friday, July 16, 2021. The Commission and LBRY request that the response deadline be extended by three business days until Wednesday, July 21, 2021 to accommodate counsel's time away from the office around the July 4th holiday and the end of this week.

The Commission certifies, pursuant to Local Rule 7.2, that the relief requested herein will not result in the continuance of any scheduled hearing, conference, or trial date.

The LBRY Foundation assents to the relief requested herein.

For the reasons set forth above, the Commission and LBRY respectfully request that the Court extend the date by which any response to the motion to intervene is due from July 16, 2021 to July 21, 2021.

Dated: July 14, 2021

Respectfully submitted,

**SECURITIES AND EXCHANGE COMMISSION**

By its Attorneys,

<u>/s/ Peter Bryan Moores</u>
Peter Bryan Moores (Mass Bar No. 658033)
Eric A. Forni (Mass. Bar No. 669685)
Marc Jones (Mass Bar No. 645910)
Senior Enforcement Counsel
Boston Regional Office
33 Arch Street
Boston, MA  02110
(617) 573-4576 (Moores direct)
mooresp@sec.gov


**LBRY, INC.**

By its Attorneys,

<u>/s/ William E. Christie</u>
William E. Christie
NH Bar #11255
Shaheen & Gordon, P.A.
107 Storrs Street
P.O. Box 2703
Concord, NH 03302
(603) 819-4231
sgordon@shaheengordon.com
wchristie@shaheengordon.com

Keith W. Miller (pro hac vice)
Adam H. Schuman (pro hac vice)

>John T. Dixon (pro hac vice)
>Perkins Coie LLP
>1155 Avenue of the Americas, 22nd Floor
>New York, New York 10036-2711
>(212) 262-6900
>KeithMiller@perkinscoie.com
>ASchuman@perkinscoie.com
>JohnDixon@perkinscoie.com

## CERTIFICATE OF SERVICE

I hereby certify that, on July 14, 2021, I caused true and correct copies of the foregoing to be served on counsel of record for all parties that have appeared to date through the Court's CM/ECF system and emailed a copy to counsel for the LBRY Foundation.

>*/s/ Peter Bryan Moores*
>Peter Bryan Moores

3