# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br> Plaintiff, <br><br> v. <br><br> LBRY INC., <br> Defendant, <br><br> LBRY FOUNDATION INC., <br> Defendant-Intervenor. | 1:21-cv-260-PB |

## SECOND DECLARATION OF JULIE SIGWART

Pursuant to 28 U.S.C. § 1746(2), I declare as follows:

1. I am not an employee of LBRY, Inc., having left the company in October 2020.

2. The "Swarm" program, referenced by the SEC in its opposition memorandum, was part of LBRY, Inc.'s community building program. It has never been a program of LBRY Foundation, Inc. ("Foundation"). The Foundation was registered after the Swarm program was stopped.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 22nd day of July, 2021.          /s/ *Julie Sigwart*
                                                  JULIE SIGWART

17823462.1