USDCNH-96 (Rev. 7/14)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| US Securities and Exchang Commission ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   1:21-cv-00260-PB |
| LBRY Inc. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Intervenor Defendant LBRY Foundation Inc.

Date:   07/28/2021

/s/ Adriaen M. Morse Jr.
*Attorney's signature*

Adriaen M. Morse Jr. DC-483347
*Printed name and bar number*

Arnall Golden Gregory LLP
1775 Pennsylvania Avenue, NW, Suite 1000
Washington, DC 20006
*Address*

adriaen.morse@agg.com
*E-mail address*

(202) 677-4058
*Telephone number*

(202) 677-4059
*FAX number*

You need not complete a certificate of service for any party served electronically using the court's CM/ECF system.

CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

Conventionally Served:

_____          _____
Date                                 Signature