# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | |
| v. | |
| LBRY Inc. , | 1:21-cv-00260-PB |
| Defendant, | |
| LBRY Foundation Inc., | |
| Defendant-Intervenor. | |

## NOTICE OF APPEAL

Notice is hereby given that LBRY Foundation Inc., a proposed Defendant-Intervenor in the above-named case, hereby appeals to the United States Court of Appeals for the First Circuit from an order denying its motion to intervene in the case entered in this action on July 29, 2021.

Dated: August 3, 2021            Respectfully submitted,

/s/ *Simon R. Brown*
Simon R. Brown (N.H. Bar No. 9279)
PRETI, FLAHERTY, BELIVEAU & PACHIOS, PLLP
P.O. Box 1318
57 North Main Street
Concord, NH, 03302-1318
Tel: (603) 410-1500
Email: sbrown@preti.com

        Cory C. Kirchert (pro hac vice)
        Adriaen M. Morse Jr. (pro hac vice)
        ARNALL GOLDEN GREGORY LLP
        1775 Pennsylvania Avenue, NW, Suite 1000
        Washington, DC 20006
        Tel: (202) 677-4058
        Email: adriaen.morse@agg.com
        Email: cory.kirchert@agg.com

        *Counsel for Proposed Defendant-Intervenor*

## CERTIFICATE OF SERVICE

     I hereby certify that, on August 3, 2021, I caused true and correct copies of the foregoing Notice of Appeal to be served on counsel of record for all parties that have appeared to date through the Court's CM/ECF system as listed below.

        Peter Moores, Esq.
        Eric Forni, Esq.
        Marc Jonathan Jones, Esq.
        U.S. Securities and Exchange Commission
        33 Arch Street, 24th Floor
        Boston, MA 02110

        William E. Christie, Esq.
        Shaheen & Gordon, P.A.
        107 Storrs Street
        P.O. Box 2703
        Concord, NH 03302-2703

        /s/ *Simon R. Brown*
        Simon R. Brown