UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

APPEAL COVER SHEET

1. USDC/NH Case No. 21-cv-260-PB

2. TITLE OF CASE: US Securities and Exchange Commission v. LBRY, Inc.

3. TYPE OF CASE: Civil

4. NAME OF APPELLANT(S) & COUNSEL FOR APPELLANT(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

5. NAME OF APPELLEE(S) & COUNSEL FOR APPELLEE(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

6. NAME OF JUDGE: Judge Barbadoro

7. DATE OF JUDGMENT OR ORDER ON APPEAL: **July 28, 2021**

8. DATE OF NOTICE OF APPEAL: **August 3, 2021**

9. FEE PAID or IFP : YES

10. COURT APPOINTED COUNSEL: Not Applicable

11. COURT REPORTER(S):   and DATES:

12. TRANSCRIPTS ORDERED/ON FILE: NO

13. HEARING/TRIAL EXHIBITS: NO

14. MOTIONS PENDING: Not Applicable

15. GUIDELINES CASE: Not Applicable

16. RELATED CASES or CROSS APPEAL: **Enter text.**

17. SPECIAL COMMENTS: **Enter text**.