UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

------------------------------------- X
SECURITIES AND EXCHANGE            :
COMMISSION,
                                   :
         Plaintiff,
                                   :
    -against-                          Civil Action No. 1:21-cv-00260-PB
                                   :
LBRY, INC.,
                                   :
         Defendant.
                                   :
------------------------------------- X

## ASSENTED-TO MOTION FOR PRO HAC VICE ADMISSION OF RACHEL MECHANIC

NOW COMES William E. Christie, Esquire, of Shaheen & Gordon, P.A., 107 Storrs Street, P.O. Box 2703, Concord, New Hampshire, and moves the court pursuant to Federal Court Rule 83.2(b) of the Local Rules of the United States District for the District of New Hampshire, to allow Rachel Mechanic, Esquire of Perkins Coie, LLP, 1155 Avenue of the Americas, 22nd Floor, New York, New York 10036 telephone number (212) 262-6906, rmechanic@perkinscoie.com to appear and practice in this Court in the referenced matter on behalf of the Defendant, LBRY, Inc..  In support of this motion and as grounds thereof, William E. Christie, represents:

1. The undersigned, William E. Christie, Esquire, is a member in good standing of the Bar of this Court.

2. At all times during this proceeding, William E. Christie, Esquire will be actively associated with Attorney Rachel Mechanic in the above-captioned matter.

3. Attorney Mechanic was admitted to practice before the following courts on the dates shown:

- New Jersey (2009)
- New York (2010)
- Southern District of New York (2010)

<u>See</u> Affidavit of Rachel Mechanic, attached hereto.

4. Attorney Mechanic has never been the subject of any disciplinary procedure or accusation of any kind in either state or federal court. Furthermore, Attorney Mechanic has never been found to be ineffective as counsel in any proceeding.

5. Attorney Mechanic has no prior felony or misdemeanor convictions and has no prior denials or revocations of pro hac vice status in any court.

6. Attorney Mechanic is familiar with the Local Rules of the United States District Court for the District of New Hampshire.

7. The appearance and active participation of Attorney Mechanic, on behalf of the Defendant, LBRY, Inc., will facilitate the proper presentation of its position to this Court.

8. Counsel for Plaintiff assents to the relief sought herein.

9. Per Local Rule 7.1(a)(2), no memorandum of law is submitted as the relief requested herein is within the sound discretion of this Honorable Court.

WHEREFORE, William E. Christie, Esquire respectfully requests that the Court:

  A. Admit Rachel Mechanic, Esquire to practice in the United States District Court for the District of New Hampshire *pro hac vice*; and

  B. For such other relief as may be necessary.

                                      Respectfully submitted,

                                      LBRY, Inc.
                                      By Its Attorneys:
                                      SHAHEEN & GORDON, P.A.

Dated:  October 18, 2021                   /s/ William E. Christie
                                      William E. Christie, #11255
                                      107 Storrs Street
                                      P.O. Box 2703
                                      Concord, NH 03302-2703
                                      (603) 225-7262
                                      wchristie@shaheengordon.com


## CERTIFICATE OF SERVICE

     I hereby certify that the foregoing Motion for *Pro Hac Vice* Admission of Rachel Mechanic, Esq. was served on the following persons on this date and in the manner specified herein:

     Electronically Served Through ECF:

     Counsel of Record


Dated: October 18, 2021                   /s/ William E. Christie
                                      William E. Christie, #11255

4832-9593-9327, v. 1