UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>v.<br><br>LBRY, INC.,<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 21-cv-00260<br>)<br>)<br>)<br>)<br>)<br>) |

**SECURITIES AND EXCHANGE COMMISSION'S MOTION TO QUASH DEPOSITION SUBPOENA ISSUED TO FORMER DIVISION OF CORPORATION FINANCE <u>DIRECTOR WILLIAM HINMAN</u>**

Plaintiff Securities and Exchange Commission (the "Commission") respectfully requests that the Court quash, pursuant to Fed. R. Civ. P. 45(d)(3), the deposition subpoena issued by defendant LBRY, Inc. ("LBRY") to the former director of the Commission's Division of Corporation Finance, William Hinman ("Director Hinman"). In support of this motion, the Commission submits the accompanying memorandum of law and exhibits attached thereto, and a declaration of Director Hinman.

As set forth in more detail in the memorandum of law, LBRY cannot demonstrate extraordinary circumstances that would overcome the presumption that top government officials, like Director Hinman, are protected from discovery.

Accordingly, the Commission respectfully requests that the Court quash the subpoena issued by LBRY to Director Hinman in this matter.

Dated:  November 5, 2021

Respectfully submitted,

**SECURITIES AND EXCHANGE COMMISSION**

By its Attorneys,

<u>/s/ Eric A. Forni</u>
Marc Jones (Mass Bar No. 645910)
Eric A. Forni (Mass. Bar No. 669685)
Peter B. Moores (Mass Bar No. 658033)
Senior Enforcement Counsel
Boston Regional Office
33 Arch Street
Boston, MA  02110
(617) 573-8827 (Forni direct)
fornie@sec.gov

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on November 5, 2021, I caused true and correct copies of the foregoing to be served on counsel of record for all parties that have appeared to date through the Court's CM/ECF system.

<u>/s/ Eric A. Forni</u>
Eric A. Forni