USDCNH-96 (Rev. 7/14)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, *Plaintiff* v. LBRY, INC., *Defendant* | ) ) ) Case No. 1:21-cv-00260-PB ) ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant LBRY, Inc.                                                                                              .

Date:   November 10 2021                                         */s/ Rachel Mechanic*
                                                                                    *Attorney's signature*

                                                                                    Rachel Mechanic; 4796710 NY
                                                                                    *Printed name and bar number*

                                                                                    Perkins Coie LLP
                                                                                    1155 Avenue of the Americas, 22nd Floor
                                                                                    New York, NY 10036
                                                                                    *Address*

                                                                                    RMechanic@perkinscoie.com
                                                                                    *E-mail address*

                                                                                    (212) 261-6811
                                                                                    *Telephone number*

                                                                                    (212) 399-8081
                                                                                    *FAX number*