UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |  |
| Plaintiff, | ) ) ) |  |
| v. | ) ) ) | Civil Action No. 21-cv-00260 |
| LBRY, INC., | ) ) ) |  |
| Defendant. | ) ) |  |

## JOINT STATEMENT ON STATUS OF DISCOVERY

Per the Court's September 7, 2021 Order, plaintiff Securities and Exchange Commission and defendant LBRY, Inc., jointly submit this statement on the status of the parties' discovery efforts. Fact discovery in this matter will conclude on March 4, 2022. At this time, the parties do not request a discovery conference.

The parties are currently engaged in depositions, written discovery, and document production. The parties are also taking discovery from third parties. The parties will meet and confer in good faith prior to each remaining deposition regarding the appropriate method and protocols for conducting each deposition in light of the ongoing COVID-19 pandemic. Further, as reflected in LBRY's November 26, 2021 letter to the Honorable Andrea Johnstone, the parties have an ongoing dispute concerning the SEC's refusal to produce documents in response to certain requests for production issued by LBRY. At the December 10, 2021 discovery status conference, Judge Johnstone advised the parties that the Court would defer further guidance on the parties' dispute concerning LBRY's discovery requests until the Court has ruled on the SEC's pending Motion for Judgment on the Pleadings on LBRY's Affirmative Defense of

Selective Enforcement ("Motion for Judgment on the Pleadings") (ECF No. 20). Accordingly, LBRY reserves its rights to seek a discovery status conference and/or modification to the Discovery Plan pending the outcome of the Court's ruling on the Motion for Judgment on the Pleadings.

Dated: January 3, 2022

Respectfully submitted,

**SECURITIES AND EXCHANGE COMMISSION**

By its Attorneys,

/s/ Marc Jones
Marc Jones (Mass Bar No. 645910)
Peter Bryan Moores (Mass Bar No. 658033)
Eric A. Forni (Mass. Bar No. 669685)
Senior Enforcement Counsel
Boston Regional Office
33 Arch Street
Boston, MA  02110
(617) 573-8947 (Jones direct)
jonesmarc@sec.gov

**LBRY, INC.**

By its Attorneys,

/s/ Keith W. Miller
William E. Christie
NH Bar #11255
Shaheen & Gordon, P.A.
107 Storrs Street
P.O. Box 2703
Concord, NH 03302
(603) 819-4231
wchristie@shaheengordon.com

                        Keith W. Miller (pro hac vice)
                           KeithMiller@perkinscoie.com
                        John T. Dixon (pro hac vice)
                           JohnDixon@perkinscoie.com
                        Rachel Mechanic (pro hac vice)
                           RMechanic@perkinscoie.com
                        Perkins Coie LLP
                        1155 Avenue of the Americas, 22nd Floor
                        New York, New York 10036-2711
                        (212) 262-6900

## **CERTIFICATE OF SERVICE**

I hereby certify that, on January 3, 2022, I caused true and correct copies of the foregoing to be served on counsel of record for all parties that have appeared to date through the Court's CM/ECF system.

                        */s/ Marc Jones*
                        Marc Jones