**Civil Form 3, Extending Deadlines Set in Discovery Plan**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>           Plaintiff,<br><br>     v.<br><br>LBRY, INC.,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 21-cv-00260<br>)<br>)<br>)<br>)<br>)<br>) |

**ATTACHMENT TO THE MOTION TO EXTEND DEADLINES ESTABLISHED IN THE COURT'S SEPTEMBER 7, 2020 SCHEDULING ORDER**

| Scheduling Designation | Current Deadline | Proposed Deadline |
|---|---|---|
| Completion of Discovery | March 4, 2022 | May 4, 2022 |
| Rule 26(e) Supplementations | March 4, 2022 | May 4, 2022 |
| Motions for Summary Judgment | April 4, 2022 | June 6, 2022 |
| Challenges to Expert Testimony | June 17, 2022 | August 17, 2022 |
| Trial | September 8, 2022 | October 3, 2022 |