UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

---------------------------------------- X
SECURITIES AND EXCHANGE           :
COMMISSION,
                                  :
         Plaintiff,
                                  :
    -against-                         Civil Action No. 1:21-cv-00260-PB
                                  :
LBRY, INC.,
                                  :
         Defendant.
---------------------------------------- X

### DECLARATION OF JOHN T. DIXON IN SUPPORT OF LBRY, INC'S OBJECTION TO PLAINTIFF'S MOTION TO MODIFY SCHEDULING ORDER

Pursuant to 28 U.S.C. § 1746, I, John T. Dixon, declare under penalty of perjury that the following is true and correct:

1. I am an attorney admitted to practice in the States of New York and Georgia. I am an attorney in the New York City office of Perkins Coie LLP and am admitted *pro hac vice* in this matter. I represent LBRY, Inc. ("LBRY") in this action. I make this Declaration upon personal knowledge and, if called upon to testify, could and would testify competently hereto.

2. Attached as **Exhibit A** is a true and correct copy of an email to Marc Jones, counsel for Plaintiff Securities and Exchange Commission, from Rachel Mechanic, counsel for LBRY, dated February 10, 2022.

3. Attached as **Exhibit B** is a true and correct copy of a production cover letter on behalf of LBRY dated February 11, 2022.

155883846.1

Dated: New York, New York.
February 14, 2022

Respectfully submitted,

*/s/ John T. Dixon*

John T. Dixon (*pro hac vice*)
Perkins Coie LLP
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711
(212) 262-6900
johndixon@perkinscoie.com

*Attorneys for LBRY, Inc.*

155883846.1