# Exhibit B

# PERKINSCOIe

1155 Avenue of the Americas    **T**  +1.212.262.6900
22nd Floor                     **F**  +1.212.977.1649
New York, NY 10036-2711        PerkinsCoie.com

February 11, 2022

Rachel S. Mechanic
RMechanic@perkinscoie.com
D.  +1.212.261.6811
F.  +1.212.399.8081

**VIA EMAIL**

Peter B. Moores
U.S. Securities and Exchange Commission
Boston Regional Office
Division of Enforcement
33 Arch Street, 24th Floor
Boston, MA 02110

Re:    ***SEC v. LBRY, Inc.*, No. 1:21-cv-00260-PB (D.N.H.)**

Dear Counsel:

On behalf of LBRY, Inc. ("LBRY") and further to LBRY's Responses and Objections to the
Securities and Exchange Commission's ("SEC") First Request for the Production of Documents,
enclosed herewith are documents bearing Bates numbers LBRY_SEC00056708 to
LBRY_SEC00056767 (the "Production").  The documents in the Production have been labeled
"Confidential, Protected by Protective Order."

The Production includes the following categories of documents:

- LBRY Inc. bank account statements for the period March 2021 through October 2021
  (LBRY_SEC00056708 through LBRY_SEC00056764).

- LBRY Inc. Profit and Loss Statement for the period March through October 2021
  (LBRY_SEC00056764); and

- Graph depicting LBRY application downloads by month for the period May 22, 2018
  through March 29, 2021 (LBRY_SEC00056766).

Please do not hesitate to contact me if you have any questions.

Sincerely,

/s/ *Rachel Mechanic*

Rachel Mechanic