UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>    Plaintiff,<br> v.<br>LBRY, INC.,<br>    Defendant. | Civil Action No. 21-cv-00260-PB |

**WITHDRAWAL OF PLAINTIFF'S MOTION FOR**
**ORDER TO PREVENT RULE 30(b)(6) DEPOSITION (ECF NO. 49)**

Plaintiff Securities and Exchange Commission withdraws its Motion for Order to Prevent Rule 30(b)(6) Deposition (ECF No. 49). Defendant LBRY has withdrawn its deposition notice, mooting the Commission's motion.

Dated: March 3, 2022

Respectfully submitted,

**SECURITIES AND EXCHANGE COMMISSION**

By its Attorneys,

*/s/ Marc Jones*
Marc Jones (Mass. Bar No. 645910)
Eric A. Forni (Mass. Bar No. 669685)
Peter B. Moores (Mass. Bar No. 658033)
Senior Enforcement Counsel
Boston Regional Office
33 Arch Street
Boston, MA  02110
(617) 573-8947 (Jones direct)
jonesmarc@sec.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that, on March 3, 2022, I caused true and correct copies of the foregoing to be served on counsel of record for all parties that have appeared to date through the Court's CM/ECF system.

                                        */s/ Marc Jones*
                                        Marc Jones