UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>v.<br><br>LBRY, INC.,<br><br>            Defendant. | Civil Action No. 21-cv-00260-PB |

**REVISED SCHEDULING ORDER DATES**
**PURSUANT TO COURT'S ORAL ORDER DATED FEBRUARY 23, 2022**
**GRANTING IN PART COMMISSION'S MOTION TO EXTEND DEADLINES**

Pursuant to the Court's February 23, 2022 ruling extending deadlines by 30 days, except for trial, the parties agree that the following deadlines apply:

| Scheduling Designation | Former Deadline | New Deadline |
|---|---|---|
| Completion of Discovery | March 4, 2022 | April 3, 2022 |
| Rule 26(e) Supplementations | March 4, 2022 | April 3, 2022 |
| Motions for Summary Judgment | April 4, 2022 | May 4, 2022 |
| Challenges to Expert Testimony | June 17, 2022 | July 18, 2022 |
| Trial | September 8, 2022 | September 8, 2022 |

Dated:  March 14, 2022

Respectfully submitted,

**SECURITIES AND EXCHANGE COMMISSION**

By its Attorneys,

*/s/ Peter Moores*

Marc Jones (Mass Bar No. 645910)
Peter Bryan Moores (Mass Bar No. 658033)
Eric A. Forni (Mass. Bar No. 669685)
Senior Enforcement Counsel
Boston Regional Office
33 Arch Street
Boston, MA  02110
(617) 573-4576 (Moores direct)
*mooresp@sec.gov*


**LBRY, INC.**

By its Attorneys,

/s/ Keith W. Miller
William E. Christie
NH Bar #11255
Shaheen & Gordon, P.A.
107 Storrs Street
P.O. Box 2703
Concord, NH 03302
(603) 819-4231
wchristie@shaheengordon.com

Keith W. Miller (pro hac vice)
   KeithMiller@perkinscoie.com
John T. Dixon (pro hac vice)
   JohnDixon@perkinscoie.com
Rachel Mechanic (pro hac vice)
   RMechanic@perkinscoie.com
Perkins Coie LLP
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711
(212) 262-6900

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on March 14, 2022, I caused true and correct copies of the foregoing to be served on counsel of record for all parties that have appeared to date through the Court's CM/ECF system.

                                        */s/ Peter Moores*
                                        Peter Moores