# United States Court of Appeals
## For the First Circuit

_____

No. 21-1618

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff, Appellee,

v.

LBRY, INC.,

Defendant,

LBRY FOUNDATION INC.,

Movant, Appellant.

_____

**JUDGMENT**

Entered: February 17, 2022

    This cause came on to be heard on appeal from the United States District Court for the District of New Hampshire and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's denial of LBRY Foundation Inc.'s motion to intervene is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc: Simon R. Brown, Adriaen M. Morse Jr., Cory Charles Kirchert, William E. Christie, Adam H. Schuman, John Thomas Dixon, Keith W. Miller, Seth R. Aframe, Martin F. Healey, Paul Gerard Alvarez, Eric A. Forni, Marc Jonathan Jones