# United States Court of Appeals
## For the First Circuit

No. 21-1618

US SECURITIES & EXCHANGE COMMISSION,

Plaintiff - Appellee,

v.

LBRY, INC.,

Defendant,

LBRY FOUNDATION INC.,

Movant - Appellant.

**MANDATE**

Entered: April 11, 2022

    In accordance with the judgment of February 17, 2022, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Seth R. Aframe
Paul Gerard Alvarez
Simon R. Brown
William E. Christie
John Thomas Dixon
Eric A. Forni
Martin F. Healey
Marc Jonathan Jones
Cory Charles Kirchert
Keith W. Miller
Adriaen M. Morse Jr.
Adam H. Schuman