UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>    Plaintiff,<br> v.<br>LBRY, INC.,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 21-cv-00260<br>)<br>)<br>)<br>) |

### PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56(a) and Local Rule 56.1, plaintiff, the United States Securities and Exchange Commission ("the Commission"), moves for summary judgment on its First Claim for Relief (its sole claim) and Defendant's affirmative defense of fair notice (Fourth Defense). In support of its motion, the Commission submits a Memorandum in Support of Its Motion for Summary Judgment, Statement of Undisputed Facts, and Appendix of Summary Judgment Exhibits.

Dated: May 4, 2022

Respectfully submitted,

**SECURITIES AND EXCHANGE COMMISSION**

By its Attorneys,

*/s/ Marc Jones*
Marc Jones (Mass Bar No. 645910)
Eric A. Forni (Mass. Bar No. 669685)
Peter B. Moores (Mass Bar No. 658033)

Boston Regional Office
33 Arch Street
Boston, MA  02110
(617) 573-8947 (Jones direct)
jonesmarc@sec.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on May 4, 2022, I caused true and correct copies of the foregoing to be served on counsel of record for all parties that have appeared to date through the Court's CM/ECF system.

                                                      */s/ Marc Jones*
                                                      Marc Jones