LBRY Download Use on Web (lbry.tv) Community ⌄ lbry.org Meet, chat, and party in the heart of the LBRY community. YouTube Partner Program Sync your content instantly and start earning Frequently Asked Questions Got questions? We probably have answers! Blockchain Explorer Look up transactions and claims on the LBRY blockchain Social Company ⌄ @lbry on LBRY Everything about LBRY, from LBRY, on LBRY Company News The latest from the LBRY team The Team Meet the people building LBRY and why they're doing it Roadmap The next steps in our journey Contact Have a question or want to connect with the LBRY, Inc. team? Credit Reports Quarterly reports on LBRY's blockchain assets Developers ⌄ LBRY.tech Find a technical overview, specification, APIs, and more Follow @lbrytech on LBRY From the devs, for the devs. The Spec Read a formal technical description of how LBRY works GitHub All LBRY code is public and open-source Contributor's Guide Become a contributor to the LBRY project Search lbry.tv Menu Open LBRY

# The Team

**Teamwork makes the dream work.**

### Leadership

Jeremy Kauffman
Founder, Chief Executive Officer



Jeremy knows how to build and scale a startup starting from day one. He knows how to deliver usable products and get those products in front of the right people.

Jeremy created LBRY because he fell in love with the idea of shared, global content registry that is owned and controlled by no one. Unsurprisingly, he is a longtime supporter of decentralized technology and freedom of information.

Prior to LBRY, Jeremy founded TopScore, a startup that processes millions of dollars monthly in event and activity registrations. He attended Rensselaer Polytechnic Institute, where he received degrees in physics and computer science.

Alex Grintsvayg
Founder, Chief Technical Officer

Alex, AKA Grin, drives technology development at LBRY and manages infrastructure growth. Grin has previously designed and managed scalable infrastructure solutions for SaaS firms. Bringing LBRY to mainstream scale is his primary goal. Alex holds degrees in Computer Science and Psychology from Rensselaer Polytechnic Institute.

### Technical

Lex Berezhny
Protocol Engineer

Lex learned to write Python in High School, not far from where the language was first created, and even participated in some of the first Python user groups hosted by Guido, himself. In 2000, still a very young man, Lex gave his first public talk, titled "Yorktown High School Becomes a Python Workshop" at the International Python Conference. Needless to say, Lex and Python go way back.

Lex spends his time on the full stack of LBRY backends, such as the wallet, protocol, and blockchain, and is currently wading deep into the improvement of test coverage and performance of various LBRY components. If you want to trade notes on Dart, and dish on a possible ideal use case for Dart at LBRY, Lex wants to hear from you!

Brannon King
Senior Blockchain Engineer

Brannon King merges talent, precision, and prudence with experience and a passion for simplicity.

Prior to becoming a blockchain engineer, Brannon developed autonomous driving software, primarily in C++ and C#. This included a lot of work in search algorithms, geometry, threading, and pub/sub frameworks.

SEC-LBRYLIT-E-0004479

In his spare time Brannon plays the piano, cares for his six children, and reads. In 2006 he was influenced heavily through a reading of the *The Bastiat Collection*, which set him on a life course destined to intercept cryptocurrencies.

Jack Robison
Founder, Protocol Engineer

Jack's path to development with LBRY is fairly typical: face sixty years in prison for innocent chemistry experiments; lose interest in chemistry; program insane electric guitars for Kiss; decide to revolutionize the internet.

Jack was one of the first people to discover LBRY and took to it so fast he may understand more about it than anyone.

Jack has Asperger's Syndrome and is actively involved in the autism community. He was a regular on Wrong Planet's Autism Talk TV, has appeared on *National Public Radio*, the *New York Times*, and presents around the country.

Akinwale Ariwodola
Mobile Engineer

It was Akinwale's search for lucrative crypto mining that brought him to LBRY. As he learned more about the project, his interest quickly turned to helping the team build the content sharing platform of the future.

Akinwale has worked on everything from rewriting a new block explorer from the ground up, improvements to the app's interface, as well as leading the effort to successfully get the daemon running on Android.

When he's not working on LBRY, he actively participates in competitive programming contests on Topcoder, and is a two-time champion of the annual Topcoder Open event.

Antoniy Shumanov
C++ Engineer

Antoniy Shumanov, aka bvbfan, is a man of many talents. Some of his accomplishments and attitudes include:

- Numerous contributions to open source projects like KDE and Godot
- Works on blockchain LBRY, steem forks as well past year
- Design and develop clean and reusable c++ code
- Master engineer degree in computer science and electronics
- Enjoys watching satiric TV shows like The Simpsons and Family Guy
- Takes a work as a hobby, so working on enjoyable projects only

Andrey
LBRY.tv Engineer

Andrey got into web programming twenty years ago and has done it all, from Perl CGI programming to UI design. At a turning point decided to focus on server-side applications, making exciting technologies accessible to both fellow developers and users. Easily fascinated by distributed and decentralized things. Values understandable code and can agonize over naming a variable for days. Works mostly when everyone is asleep. When not working, travels around South-East Asia, doing scuba diving wherever there's water around.

Sean Yesmunt
App Engineer

Sean is an app engineer focused on user experience, which means he spends his time making the LBRY app easier to use. Sean was part way through an Aerospace Engineering degree at Penn State, when he decided he didn't want to end up working on rockets for the government.

So, he did what many LBRYians have done, and dropped out to focus on coding. His excitement for crypto and open-source projects focused on decentralization, led him to discover LBRY, which he began working on the very same day.

His passion for developing intuitive experiences has brought immense value to users all around the world who use LBRY.

Niko Storni
DevOps Engineer

Niko isn't scared of putting his hands in the code to write solutions to make user's lives easier.

After graduating as an IT Engineer in Switzerland, Niko joined the LBRY community as a miner and volunteer contributor for almost 2 years before quitting his job to pursue his real passion: LBRY.

Running a gaming community for almost 10 years, Niko has developed a lot of experience with managing and serving professional solutions on Linux servers.

Together with his professional background, he is in charge of providing LBRY with the right server infrastructure, vital for everyone to enjoy a smooth and safe experience. When he's not sitting behind a monitor, Niko enjoys riding his motorcycle, hiking the Alps, reading, swimming, and much more!

Mark Beamer
Backend and Database Engineer

Mark Beamer is an inveterate entrepreneur. Ever since he founded his first company (Beamer Lawn Service) at 16, he's pursued new and interesting business ideas.

While running his first computer business, Mark discovered the joys of coding - especially the joys of using coding to eliminate annoying tasks with automation.

His continued passion for software led him to close the business after 4 years and pursue a BS in computational science and mathematics.

Mark has been developing software ever since. He found LBRY summer of 2017 on a leisurely weekend, saw the coding maxims and was sucked in instantly. LBRY has been his focus since.

## Business

Josh Finer
Founder, Director of Operations and Analytics

Josh is the swiss army knife of the squad.

He has founded and sold financial companies, run millions of dollars in Adwords campaigns, and been an early actor in several crypto projects.

To LBRY, he has been the go-to glue guy and ultimate problem solver. If you're a crypto-nerd or have ideas on making LBRY more accessible to the masses, Finer is your man.

Julian Chandra
VP of Growth

Julian brings a wealth of business, marketing, digital content and startup experience to LBRY. Since leaving TikTok, Julian's focus has been on how to take LBRY to the next level.

Tom Zarebczan
Community Support and Engagement

Tom discovered LBRY, as many have, through mining. His time spent in the LBRY Slack channels quickly grew his interest in the concept that was being developed, and the team doing the development. Tom found his place on the team providing top-notch support for (and driving the growth of) the LBRY user community, in addition to many other invaluable functions.

Tom holds a Bachelors in Computer Engineering from the New Jersey Institute of Technology, a Masters in Systems Engineering from Stevens Institute of Technology, and served his country proudly as a Civilian in the US Army for 7

years. When he's not monitoring LBRY Twitter, Reddit, Slack, and/or Discord looking for users in distress, Tom can be found doing geek-y stuff, or snowboarding in really cool places around the world.

Julie Sigwart
Community Manager

Julie brings a unique background including a long history of software development, is a cartoonist, and is also a First Amendment champion. In 1988, the Hustler v. Falwell ruling was a major event in free speech history and has been a major influence for her. As an editorial cartoonist, she appreciates the gravity of that ruling to protect free speech, including speech that may be unpopular. In the early 2000's, she founded Take Back the Media, a website dedicated to calling out mainstream news media for bias, omissions, and factual inaccuracies. Aside from receiving death threats (another consequence associated with free speech), Julie and Take Back The Media were sued in a SLAPP (Strategic Lawsuit Against Public Participation designed to chill free speech) for publishing contested information involving Michael Savage, Roy Masters, and Talk Radio Network. Ultimately, the lawsuit was withdrawn by the plaintiff, but it set Julie on a course to assist others who have been targeted in SLAPP suits attempting to shut down their free speech.

She is also a veteran of the dotcom era, including managing internet communities for Metacreations Corp, including support forums, gaming forums, and general chat support. She has also worked on and supported Metacreations Corp software titles like Kai's Power Tips, Kai's Power Tools, Kai's Power Photos, and Stephen Hawking's Life in the Universe product website.

## Advisory Team

Alex Tabarrok
Economic Advisor

Alex Tabarrok is Bartley J. Madden Chair in Economics at the Mercatus Center and a professor of economics at George Mason University. He specializes in intellectual property reform, the effectiveness of markets, and the justice system.

Tabarrok is the coauthor, with Mercatus colleague Tyler Cowen, of the popular economics blog *Marginal Revolution* and cofounder of the online educational platform Marginal Revolution University. He is the coauthor of *Modern Principles of Economics*, and author of the recent book *Launching the Innovation Renaissance*. His articles have appeared in the *New York Times*, the *Washington Post*, the *Wall Street Journal*, and many other prestigious publications.

Tabarrok received his PhD in economics from George Mason University.

Ray Carballada
Media Advisor

Ray Carballada is a creative, accomplished senior business leader in the converging worlds of content: advertising, television, motion pictures, social, and online media.

As former CEO of Alkemy X, Ray led its transformation from a small production company into a fully integrated creative content company with offices in Philadelphia and New York. Clients include global ad agencies such as BBDO, Gray, and 360i; Fortune 500 brands including Campbell Soup, Samsung, Pepsi and BMW; TV networks including Discovery, Food Network, and HBO; and motion picture studios including Sony and the Weinstein Company.

Alkemy X made the INC 5000 list of the fastest growing companies in the U.S. six times since 2008, and received the "Creative Economy Award for Distinction" from the Arts and Business Council of Greater Philadelphia, as well as 60 Addy and Emmy awards, among others. Ray received his BS in Photography from Rochester Institute of Technology and a Masters in Business Administration from Bucknell University.

Stephan Kinsella
Legal Advisor

Stephan Kinsella is a registered patent attorney and has over twenty years' experience in patent, intellectual property, and general commercial and corporate law. He is the founder and director of the Center for the Study of Innovative Freedom. Kinsella has published numerous articles and books on intellectual property law and legal topics including *International*

*Investment, Political Risk, and Dispute Resolution: A Practitioner's Guide* and *Against Intellectual Property*.

He received an LL.M. in international business law from King's College London, a JD from the Paul M. Hebert Law Center at Louisiana State University, as well as BSEE and MSEE degrees. His websites are stephankinsella.com and kinsellalaw.com

## Michael Huemer
### Ethics Advisor

Michael Huemer is Professor of Philosophy and Ethics at the University of Colorado, where he has taught since 1998. He has published three single-author scholarly books (including *Ethical Intuitionism*), one edited anthology, and more than fifty academic articles in epistemology, ethics, political philosophy, and metaphysics.

Huemer's articles have appeared in such journals as the *Philosophical Review*, *Mind*, the *Journal of Philosophy*, *Ethics*, and others. His materials are used as readings in classrooms nationwide. He received a B.A. from UC Berkeley and a Ph.D. from Rutgers University.

- Company
- About
- Blog
- Roadmap
- Shop
- Team

- Use LBRY
- lbry.tv
- Android
- Linux
- iOS
- macOS
- Windows

- Social
- Chat on Discord
- Twitter
- Reddit
- Facebook
- Telegram

- Support
- hello@lbry.com
- Contact
- Privacy
- TOS
- FAQ


- Free Speech Flag
- Back to top

SEC-LBRYLIT-E-0004483