1

1   UNITED STATES SECURITIES AND EXCHANGE COMMISSION

2

3   In the Matter of:          )

4                              ) File No. B-03221-A

5   LBRY                       )

6

7   WITNESS:  Jeremy Kauffman

8   PAGES:    1 through 357

9   PLACE:    Securities and Exchange Commission

10            New York Regional Office

11            200 Vesey Street, 4th Floor

12            New York, New York 10281

13  DATE:     Thursday, June 13, 2019

14

15       The above-entitled matter came on for a hearing,

16  pursuant to notice, at 9:10 a.m.

17

18

19

20

21

22

23

24            Diversified Reporting Services, Inc.

25                 (202) 467-9200

**EXHIBIT**

**7**

21-cv-00260-PB

1    beginning of 2016.

2        Q    So just when we go today and we talk

3    about LBRY, I'm going -- so there's LBRY, Inc.,

4    which is the corporation.  And when I use the

5    phrase "LBRY" or the word "LBRY" -- I don't know

6    if you call it a word, or you call it something

7    else -- the title --

8        A    "Word" is fine.

9        Q    L-B-R-Y, I'm going to refer to the

10   company, LBRY, Inc., and I ask you to do the

11   same.  If you're going to be talking about

12   something else, like LBRY protocol or LBRY

13   application or something else that is not the

14   corporation, would you please just so designate.

15   I'll try to do the same.  So when I use "LBRY", I

16   mean the company.  Does that make sense?

17       A    So to be clear, if we're using LBRY

18   without any adornment or qualifier, we're

19   intending to refer to LBRY, Inc., the company?

20       Q    Correct.

21       A    Understood.

22       Q    All right.  So who started LBRY, Inc.?

23       A    Jimmy Kiselak.

24       Q    And who is that?

25       A    A friend of mine from college.

```
1    multiple pieces of software that enable that

2    network to happen?

3         A    Well, BitTorrent is also a protocol.

4    So once something is a protocol, you have a set

5    of rules, and any number of pieces of software,

6    so long as they're following the rules and

7    interact with it.  So there's probably dozens of

8    discreet implementations, if not more of

9    BitTorrent.

10        Q    So with respect to LBRY, you're saying

11   that LBRY's mission needed LBRY protocol; is that

12   right?

13        A    Yes.

14        Q    All right.  What other components did

15   LBRY need to build in order to create this

16   decentralized distribution system?

17        A    In order -- in terms of the protocol

18   itself, you basically need the blockchain

19   component and the data-network component.  And

20   that is the protocol.

21        Q    So was the protocol in of itself the

22   only goal that LBRY was trying to accomplish?

23        A    Can you clarify the question?

24        Q    Sure.  So LBRY was -- you said the

25   mission was to create a -- what -- a
```

1    decentralized content -- digital content

2    distribution system; is that right?

3         A     Yeah.

4         Q     All right.  And you're saying that to

5    do that, LBRY needed to create a blockchain or a

6    protocol; is that right?

7         A     The blockchain is part of the

8    protocol.

9         Q     All right.  So you needed to create a

10   protocol; is that right?

11        A     Yeah.

12        Q     Did LBRY have any other sort of goals

13   in order to create -- or technical pieces to

14   satisfy its mission?

15        A     Can somebody -- you have to do the --

16   yes, you have to do other things, or you can't --

17   if you make -- if you make something, you don't

18   tell anyone about it, for example, no one will

19   use it.

20        Q     Okay.  So you're saying that LBRY

21   needs to publicized its protocol?

22        A     That would be an example of something

23   that I think is necessary.

24        Q     Let me try to see if -- is the -- my

25   understanding is that LBRY was trying to create a

38

1       Q    I'm not only referring to, like, a GUI

2    application or something.

3       A    Okay.

4       Q    I just -- there are -- there's a way

5    in which a user is going to interact with the

6    protocol, and that was something that LBRY was

7    trying to develop; is that correct?

8       A    Correct.

9       Q    And you mentioned -- is it a demon, or

10   a daemon?

11      A    Daemon.

12      Q    Daemon, okay.   And what's a daemon?

13      A    A daemon is a software process that

14   runs in the background.   So your operating system

15   launches it and uses it, but it's not visible to

16   you as a user.

17      Q    And has LBRY developed a daemon that

18   involves either the GUI application or the

19   protocol?

20      A    So the GUI application is basically

21   the equivalent of a website, it's Java script and

22   HTML, and it's bundled with the daemon.   The

23   daemon enables any application.   Once the daemon

24   has been installed in the machine, any number of

25   applications now have the ability to use LBRY

39

1    functionality.

2         Q    And who developed the daemon

3    associated with the LBRY protocol?

4         A    Many of the same developers that I've

5    already named.

6         Q    So like Jack Robinson, Alex.  Anybody

7    else?

8         A    Jimmy.

9         Q    Jimmy?

10        A    Yeah.

11        Q    Who is -- I don't want to butcher his

12   name -- Lex Berezhny?

13        A    Lex is currently our lead developer on

14   the LBRY daemon.

15        Q    And what is his responsibilities?

16        A    He maintains that software package,

17   develops it, merges changes, reviews code

18   changes; all of those things.

19        Q    And has he been focused on the daemon

20   for his entire time at LBRY?

21        A    Yes.

22        Q    And does Jack Robinson have a current

23   focus at LBRY?

24        A    Jack is also -- Jack is on the same

25   team as Lex.

1          Q     So their focus is on the daemon; is

2     that right?

3          A     Yes.  We call them protocol engineers.

4     They're focused on the LBRY protocol.

5          Q     Do they also work on the protocol

6     itself?

7          A     Yes.  The daemon is an implementation

8     of the protocol.  So you have the protocol, which

9     is the definition of how everything works, and

10    then you have an implementation of the protocol.

11         Q     In terms of in GitHub -- what is

12    GitHub?

13         A     GitHub is a software service product

14    for managing Git repositories.

15         Q     And how does LBRY use GitHub?

16         A     LBRY uses GitHub to manage its Git

17    repositories.

18         Q     And what is a Git repository?

19         A     A Git repository is a system for

20    managing software code changes.

21         Q     And is the daemon on GitHub, or is

22    there a repository on GitHub?

23         A     Yes, it's on GitHub.  Git is a

24    protocol, GitHub is an application.

25         Q     Jeremy, I'm handing you what's been

1    marked as Exhibit Number 13.  The top of Exhibit

2    13 is "Contributors to LBRYIO/LBRY GitHub".

3              Do you see that?

4        A    Yes.

5        Q    And have you ever seen a printout like

6    this before?

7        A    I am familiar with this.

8        Q    All right.

9        A    And this type of work.

10       Q    And so the -- is this a repository on

11   GitHub, the LBRY?

12       A    Yes.  This is repository for the LBRY

13   software daemon.

14       Q    And the sort of different components

15   of the sort of digital decentralized

16   distribution, do they have -- are there -- how

17   many repositories are there for LBRY software?

18       A    I would -- I would guess if you pulled

19   up our GitHub, there's probably over 50

20   repositories; but in terms of how many

21   repositories are actually related to the LBRY

22   protocol itself -- but -- so also there's a

23   long-tail effect here.  You end up throwing up a

24   repository for some small projects, three days

25   and you don't -- you don't come back to it, but

42

1   there's probably a couple.  Maybe three

2   repositories or four that would be considered to

3   be the core part of the protocol.

4        Q    And what are those core parts?

5        A    LBRY CRD, the blockchain software.

6   LBRY, the one we're looking at now, which is --

7   we -- we -- this is -- we've actually switched to

8   calling this the LBRY SDK, but it's still a

9   daemon.  We just thought that it was confusing to

10  call it just LBRY.  So this LBRY SDK, this

11  contains the data network implementation.  It

12  also bundles another project called Torba, which

13  is the wallet implementation.  And then, I would

14  consider wallet servers themselves, which is yet

15  another repo, to be also a core part of the

16  protocol.  It's -- and another core part of the

17  protocol would be the types repo, which specifies

18  the metadata structures that are embedded within

19  the LBRY blockchain.

20       Q    How many was that?

21       A    That was five.

22       Q    Five.  So the date on here is August

23  16, 2015.  Do you see that?

24       A    Yes.

25       Q    All right.  Does that refresh your

49

1    significant contributions to the LBRY daemon?

2        A    Yes.

3        Q    Number 9 is Alex Leibowitz.

4        A    Yes.

5        Q    Do you believe that he's made

6    significant -- who is that?

7        A    He was a programmer who worked for us

8    for a short period.

9        Q    And do you believe that Alex has made

10   significant contributions to LBRY daemon?

11       A    Maybe it would -- it would be helpful

12   to define the word "significant", in terms of --

13   we're getting to the threshold of the -- of what

14   may be the answer is no.

15       Q    Well, what do you believe

16   "significant" means?

17       A    I mean, if I were to argue that every

18   meaningful change is significant, we could

19   probably go through most of these people, and

20   most of these people have made a meaningful and

21   useful change.  So -- but if you were using

22   "significant" to judge relative contributions,

23   that is, contributions below a certain percentage

24   of the total activity that happened, we're

25   starting to approach people whose percentage of

50

1    contributions would not be that large.  That

2    doesn't mean they weren't helpful or meaningful.

3        Q    Why don't we use the sort of -- the

4    second understanding of significant, in terms of

5    relevant -- or, like, the percentage of their

6    contribution to the LBRY daemon.

7        A    I would guess that, basically, no one

8    else on this list at this point would have made

9    -- maybe I'll say the word -- "substantial"

10   contributions.

11       Q    With respect to Exhibit 14, it's

12   another GitHub contributors list?

13       A    Yes.

14       Q    This one is for a different

15   repository, I believe.  "LBRY-Desktop", do you

16   see that?

17       A    Yes.  This is our graphical desktop

18   application.

19       Q    And what is that?

20       A    This is an application that you can

21   install on your desktop computer, so I use that

22   word to mean a computer that runs Linux, MacOS or

23   Windows.

24       Q    And was the desktop application

25   created by LBRY?

51

1      A    Yes.

2      Q    Looking at the list of contributors.

3  The Number 1 here is a John Yesmunt?

4      A    Yep.

5      Q    And do you know who that is?

6      A    Yes, he's our lead desktop application

7  developer.

8      Q    What are his responsibilities?

9      A    He develops the LBRY desktop

10  application.

11      Q    Does he work with anybody else at LBRY

12  to do that?

13      A    I -- he works with an intern, he works

14  with me, and he works with a couple other members

15  on -- that are doing other applications; but, you

16  know, some people are cross-functional and will

17  jump in and out of projects.

18      Q    And has Sean made a substantial

19  contribution to the LBRY desktop application?

20      A    Yes.

21      Q    And just running down the list, I see

22  that you're listed as Number 3.

23      A    Yes.

24      Q    Would you say that you've made a

25  substantial contribution to the LBRY desktop

61

1    are back on the record.

2              MR. VITO:  So, Jeremy, I'm just

3    trying to understand GitHub a little better

4    because I -- we're not engineers and we

5    don't pretend to be.

6              But presumably, there's some

7    amount of code that LBRY has an interest in

8    protecting because it developed it.  And

9    having a sort of open-source environment

10   where anybody can change the code would

11   seem like a -- a security risk on some

12   level.  You know, you could think of a

13   scenario where a hacker goes in and figures

14   out a way to skim off LBRY credits, and

15   implements it into the code.

16             So how does that get handled,

17   you know, in this sort of GitHub

18   environment?  If there's a changing code,

19   is it immediately implemented into the

20   application?

21             THE WITNESS:  No.

22             MR. VITO:  And can you explain

23   how that works?

24             THE WITNESS:  Any member of the

25   public, anyone with a GitHub account can

62

1    essentially propose a code change.   And

2    then, those changes are reviewed by a

3    member of the team that is responsible for

4    that specific repository.   And then, they

5    are either accepted and merged in, or

6    rejected until fixed or just rejected

7    outright.

8              MR. VITO:   So who are the

9    members of the team that -- I guess, it

10   would be better to pick a specific

11   repository.   So let's just use the daemon,

12   I guess.

13             THE WITNESS:   Sure.

14             MR. VITO:   So who on that

15   repository can review the code?

16             THE WITNESS:   Anyone -- anyone

17   can review the code.

18             MR. VITO:   I guess -- okay.   So

19   I'll ask a better question.   I apologize.

20             Who can accept or reject changes

21   to the code?

22             THE WITNESS:   It varies by

23   repository.

24             MR. VITO:   So with respect to

25   the daemon repository, who can?

63

```
1              THE WITNESS:  I believe that

2    myself, Alex Grin., Lex Berezhny, Jack

3    Robinson and Victor Shaba can all do that.

4    There may be more people who have the

5    technical ability.  Really, it would only

6    be four people who would ever be candidates

7    to actually do it.  Maybe it's more than

8    that, but the -- it typically would be Lex,

9    Jack or Victor.  Occasionally, Alex.

10             MR. VITO:  So just to -- so that

11   I understand better.  A member of the

12   community provides a proposed code change.

13   It goes to one of those individuals.  What

14   is the actual process that needs to be done

15   in order to accept that change?

16             THE WITNESS:  So there's

17   typically a checklist of things that you

18   might review.  Does the code comply with

19   the code standards for that repository?

20   Does it appear to be valid code?  Does it

21   include tests, so that it can be tested in

22   the future in a non-native fashion?  Things

23   like that.

24             MR. VITO:  And let's say it

25   passes all those checks.  How does it,
```

1   then, get implemented into the actual

2   daemon?

3           THE WITNESS:  You issue a

4   command that does that.

5           MR. VITO:  And where does that

6   command get issued to?

7           THE WITNESS:  It can be done on

8   the command line of anyone with the proper

9   permissions.  It can also be done in the

10  user interface of GitHub.

11          MR. VITO:  So how do you --

12  where are the permissions set?  Are they

13  set on GitHub?

14          THE WITNESS:  They're set --

15  they're set in -- I think they're

16  technically set in Git itself, and not on

17  GitHub.

18          MR. VITO:  Okay.  And who sets

19  the permissions?

20          THE WITNESS:  Our CTO is the

21  person who would ultimately have the

22  authority to designate who can and cannot

23  merge, or commit to certain repositories.

24          MR. VITO:  Understood.

25          BY MR. MOORES:

1        Q     Are the proper -- or who has the

2   permissions listed on GitHub for each repository?

3        A     Could you repeat or rephrase?

4        Q     Sure.   You talked about:   There are

5   people who have the permission to accept changes

6   to the code in the repository?

7        A     Uh-huh.

8        Q     The people who possess that

9   permission, are they listed in GitHub?

10        A     I -- I know that they're listed for me

11   in GitHub.   I do not know if they are visible to

12   people outside the organization or not.   They may

13   be.

14        Q     Where are they listed for you?

15        A     I believe if -- in the settings area

16   of the repository, I can see it, but I -- I'm

17   fairly confident the settings is not an option;

18   but it may be listed elsewhere.   I just don't

19   know.

20        Q     So GitHub, if you go to one of the

21   repositories, there's a number of file folders --

22   or there appears to be, like, a file folder and a

23   number of other files.   Is there one that's just

24   sort of labeled permissions?

25        A     No.

103

1      A     Well, you can't use the network

2    without token.

3      Q     Why was it important to get it in

4    their hands prior to the network launch?  So

5    presale is prior to the network launch?

6      A     Sure.  It's generally useful as a

7    business tech -- if I, as a business, can have

8    customers ready for my business in advance of the

9    business be open, that seems beneficial.

10     Q     When the network launched, was the

11   application available to any user who wanted it?

12     A     I do not know what you mean by "the

13   application".

14     Q     LBRY application.

15     A     What is the LBRY application?

16     Q     Let's talk about how a user would

17   interact with the LBRY protocol.

18     A     In July, when the blockchain launched,

19   users could use the LBRY network, via the command

20   line.  And I believe there was a very rudimentary

21   UI, basically, at that time -- I think at the

22   time of launch, there was a basic UI, but I'm not

23   -- I'm not positive.

24     Q     So user interface, is that what UI

25   stands for?

119

1        Q     Was that campaign in effect in June of

2    2018?

3        A     I do not recall the exact date on

4    which that program started.

5        Q     I didn't ask when it started.

6        A     Oh.  The question was?

7        Q     Was it ongoing in June of 2018?

8        A     In June of 2018, was the YouTube

9    program live?  I believe so.

10        Q     Was it live in July of 2018?

11        A     Yes.  Once it went live, it's never

12    gone not live.

13        Q     And what is the YouTube program?

14        A     The YouTube program invites YouTubers

15    to sync their content to the LBRY network.

16        Q     And what incentives are provided to

17    those YouTubers?

18        A     We give them tokens, LBRY tokens, LBRY

19    credits.

20        Q     Why do you give them LBRY credits?

21        A     So that they have credits to use on

22    the network, and to appreciate their

23    contribution.

24                    (SEC Exhibit No. 48 was

25                    marked for identification.)

128

1    did.

2              MR. VITO:  Do you know if the

3    tool grabs your archives, as well as what's

4    in the Gmail web client?

5              THE WITNESS:  Yeah, I'm a -- I

6    keep my inbox pretty trim, so I'm sure you

7    got the archives.

8              MR. VITO:  And then, your

9    archive practice, is that within Gmail or

10   is it on a hard drive somewhere?

11             THE WITNESS:  No, just put it in

12   Gmail.

13             MR. VITO:  Okay.

14             BY MR. MOORES:

15       Q     So looking back at the Exhibit 48,

16   page ending 62.  "Business Model", second

17   paragraph.  The sentence that reads, "Each

18   percentage of the currency can be thought of as

19   having a value proportional to the sum of all

20   information transacted through the network".

21             Can you explain what your

22   understanding of that sentence means?

23       A     I believe that sentence is saying that

24   the currency's value is proportional to the usage

25   of the network.

1    Q    And with respect to LBRY, is currency

2  LBC?

3    A    I believe the word "currency" is

4  referring to LBC, yes.

5    Q    And information transacted through the

6  network, is that digital content on the LBRY

7  protocol?

8    A    Yes, all -- I mean, all -- all -- it's

9  -- yes.

10   Q    And does that -- is that true for free

11  content, as well as content that one has to pay

12  for?

13   A    I believe that using the network for

14  free content does still increase the usefulness

15  and value, yes.

16   Q    The second sentence of the next

17  paragraph -- well, I'll read the first paragraph.

18  "Given the situation, the most reasonable path to

19  profit is to reserve a portion of the

20  cryptocurrency."  Does that mean LBC?

21   A    Yes.

22   Q    "Early adopters of LBRY and LBRY,

23  itself, deserve more compensation to compensate

24  for their commensurate risk."  Do you see that?

25   A    Yes.

153

```
 1        Q    What does "beta open, mean, or --

 2        A    I -- that's an awkwardly-phrased

 3   sentence that makes me uncertain, as to what it

 4   would mean specifically, but I would -- it says

 5   we have 1,000 users in July of 2016.

 6        Q    So to better use the phrase "open

 7   beta"?

 8        A    We have used that phrase in the past,

 9   yes.

10        Q    And what does that refer to?

11        A    That would be a beta that's generally

12   available to the public.

13        Q    And is that different from a closed

14   beta?

15        A    Yes.

16        Q    And what is a closed beta?

17        A    A closed beta is one that you have to

18   have some kind of invite or permission to -- to

19   run.

20        Q    And in July of 2016, was the beta that

21   was available a closed beta or an open beta?

22        A    Well, remember that LBRY is not one

23   thing.  I believe in July 2016, for example, all

24   of the -- the command-line software was

25   completely open, and the graphical software was
```

1    in closed beta at that time.

2        Q    So the GUI, the GUI graphical-user

3    interface would have been -- well, I'm not sure

4    there was actually a GUI; but the user interface

5    in July of 2016 was in closed beta?

6        A    The non-graphical interface would have

7    always been Runnable by our technical users,

8    because all the code was always open and there

9    were instructions on how to run it.

10       Q    So the graphical-user interface, the

11   GUI, was in close beta in July of 2016; is that

12   correct?

13       A    Yes.  The only projects we ever had in

14   a closed beta were graphical applications.  To my

15   recollection, the only project we ever had was

16   closed beta.

17       Q    And the business model, when it talks

18   about "At scale" --

19       A    Yes.

20       Q    -- did that contemplate technical

21   users, or non-technical users?

22       A    That would contemplate non-technical

23   users.

24       Q    I notice that you, once again, list

25   the team here at the end of the pitch deck.

184

1    marked as Exhibit Number 50.  It is a

2    multiple-page document.  It does not have a Bates

3    number.  And on the top margin, it says, "Answers

4    to the big questions from our Reddit AMA LBRY".

5                Do you see that?

6        A    Yes.

7        Q    What is Reddit?

8        A    Reddit is a -- they call themselves

9    the front page of the internet.  It's like a

10   social site for sharing links and texts.

11       Q    And what is an AMA?

12       A    AMS stands for "ask me anything".

13       Q    And did LBRY, over time, do AMAs?

14       A    I believe we have done a couple of

15   AMAs over time.

16       Q    What's the purpose of doing an AMA?

17       A    To let -- to check -- to get

18   publicity.  And it's a chance for people to ask

19   questions, and for you to answer them.  And

20   presumably, that interaction is of interest to

21   both the questioners and other people.

22       Q    And this post appears to be done by

23   Mike Vine on September 28, 2016.

24                Do you see that?

25       A    Yes.

186

1       Q    And it says midway through the

2  paragraph, "LBRY, Inc., has reserved 10 percent

3  of all LBRY credits to fund continued development

4  and provide profit for the founders".

5            Do you see that?

6            The next sentence reads, "Since

7  credits only gain value as the use of the

8  protocol grows, the company has an

9  incentive to continue developing this

10 open-source project".

11           Do you see that?

12      A    Yes.

13      Q    The second sentence -- the "Since

14 credits only gain value" sentence, is that

15 something you agree with?

16      A    It seems like -- reasonable.

17      Q    Reasonable for you to agree with it?

18      A    I believe that credits gain value as

19 the use of the protocol grows.

20      Q    And that growth creates an incentive

21 for the company to continue developing the

22 project?

23      A    I believe that that's true.

24      Q    The -- there's a couple of bullet

25 points under that initial paragraph, and it's

188

1      Q     "Our goal is to increase the long-term

2   value of the protocol, which if adopted globally,

3   will make our reserve many times more valuable

4   than any short-term bubble."

5            Do you see that?

6      A     Yes.

7      Q     Do you agree with that sentence?

8      A     I believe that if we achieve the

9   long-term potential of this project, the credits

10   would be more valuable than they've ever been

11   worth.

12      Q     The second paragraph on this page

13   says, "We are also exploring ways to generate

14   revenue above our credit reserve, including

15   providing value-added services to LBRY users

16   and/or consulting to large-content producers that

17   want to harness LBRY".  Do you see that?

18      A     Yes.

19      Q     Has LBRY disclosed that it was

20   exploring ways to generate revenue in any other

21   way besides the credit reserve in different

22   documents?

23      A     I cannot think of a specific document,

24   but it wouldn't surprise me if this had been

25   acknowledged in other places.

1    did you draw -- sorry, strike that.

2              Did you understand that people

3    were buying LBC for speculative or

4    investment purposes in 2016?

5         A    I never had concrete knowledge that

6    people were doing that, but I believe that people

7    were doing that.

8         Q    What would have been concrete

9    information in your mind?

10        A    Hard evidence that someone was taking

11   such action.

12        Q    Such as?

13        A    Perhaps a -- a record of trades or

14   transactions.

15        Q    So if there's statements on Reddit,

16   Facebook, Twitter or any other messages sent

17   directly to the company would not have been

18   sufficient evidence?

19        A    I wouldn't consider that to be hard

20   evidence, but it's evidence.

21        Q    So what type of evidence of trades

22   would be sufficient for you to under -- to

23   believe that someone was investing in LBC?

24        A    I'm -- I'm not sure what you mean.

25        Q    So I asked you if you had -- one of

217

1       Q    And was there a sort of cap on the

2    amount of LBC --

3       A    I really don't --

4       Q    -- that you were going to sell?

5       A    I don't think any -- no actual -- none

6    of these deals ever got very far.  I don't think

7    any of them ever came to the point of even actual

8    -- specific with those terms.

9       Q    Did you have a conversation with Josh

10   Finer in 2016 about an investor who was willing

11   to spend 10,000 U.S. dollars to buy LBC?

12      A    I do not recall a conversation in 2016

13   about a specific investor interested in

14   purchasing $10,000 worth of LBC, other than

15   ShapeShift.

16      Q    And how much did ShapeShift pay?

17      A    $10,000.  That's why I wanted -- I

18   just wasn't sure if you were referring to that

19   one.

20      Q    And what price did ShapeShift pay for

21   each LBC?

22      A    10 cents.

23      Q    And what day did that deal go down; do

24   you know?

25      A    No.

333

1       Q     So did you look at anything in order

2    to make that decision?

3       A     We thought that the price was at a

4    price that we thought it was a good idea to sell.

5       Q     Is there any other factor besides the

6    price?

7       A     I believe the primary factor in

8    choosing the timing, as to why we did it in

9    November, versus December, versus January, versus

10   any other number of months was that we felt like

11   it was a good time.

12      Q     Okay.  And then, LBRY stopped selling

13   LBC in January 20, 2018; is that correct?

14      A     That appears to be correct.

15      Q     And why did LBRY stop selling LBC at

16   that time?

17      A     It seemed like we had enough money for

18   several years of operation, so as -- as we've

19   always said, we are -- you know, we believe in

20   the future of this company.  And so I believe

21   that it's possible that that asset will be even

22   more valuable to the company in the future.  So

23   it seems like we had enough money to continue to

24   operate, why sell more.

25            MR. VITO:  The Flipside Crypto

350

1    performs that distribution is not part of the

2    protocol.  Right.  That's our private server

3    running somewhere.

4             Weekly-active users are counted

5    as users that appear in the access table,

6    and so that's why I was saying that in order to

7    appear in the axis table, you're going to have to

8    take a discrete action that call it an access;

9    that could be reviewing a file, could be claiming

10   an reward.

11            There's some other things that could

12   cause it, but they're all going to be taking

13   activity in the app.

14       Q    So all of those activities, are they

15   defined or listed somewhere?

16       A    I do not think they are -- their

17   effectively defined in the code.  I don't think

18   they're explicitly enumerated somewhere.

19            MR. VITO:  When LBRY takes an

20   activity -- so, for example, publishing a

21   bunch of YouTube videos, right -- where do

22   those credit -- how do they get expended?

23            THE WITNESS:  So we take -- we

24   spend from our community wallet, and then

25   for each to -- like, for each YouTuber, we

[6/13/2019 9:10 AM] KAUFMAN_JEREMY_20190613

1  create a distinct wallet file for that

2  YouTuber.

3           MR. VITO:   You create a wallet

4  file for the YouTuber -- the actual person?

5           THE WITNESS:   Yes.

6           MR. VITO:   Do they have access

7  to it?

8           THE WITNESS:   So they had --

9  yes.  They have to send us an e-mail, and

10  then we can send it to them.

11           BY MR. MOORES:

12      Q     So when the YouTube synchronization

13  program sort of involved mirroring YouTube

14  channels on LBRY -- is that right?   LBRY block

15  protocol?

16      A     I would just -- to be specific, it's

17  basically -- it's republishing -- it's that

18  content creator republishing their content to the

19  LBRY network that they also published to YouTube.

20      Q     And is that an automated process, or

21  does the publisher have to specifically go into

22  the LBRY application and, like, publish any of

23  their, you know, weekly YouTube videos?

24      A     They can -- they do not have to open

25  the application to participate in the YouTube

1    program.  They do have to open the application to

2    collect their reward.

3         Q    When they're -- so let's just say Joe

4    -- Joe has a YouTube channel and he weekly

5    publishes on YouTube a new video.

6         A    Yes.

7         Q    When Joe publishes a YouTube video on

8    Saturday, does that YouTube -- sorry -- does that

9    digital content that Joe created get published to

10   LBRY's protocol on Saturday at the same time?

11        A    We try to do it as fast as possible.

12   It always happens within 24 hours.

13        Q    When you say "we", you mean LBRY,

14   Inc.?

15        A    We, LBRY, Inc., yeah.

16        Q    And does that -- Joe's LBRY account

17   pop-up in the API when that happens?

18        A    No.

19             So these YouTube publishing, they

20   won't drop in here at all.  Unless that YouTuber

21   specifically opened the app themselves, it's not

22   going to be counted in this table.  This has to

23   be people actually opening their graphical UI.

24        Q    So -- and when Joe says -- "Okay, I

25   just published a YouTube video on Saturday.  I

1    know within 24 hours, it's going to hit the LBRY

2    protocol.  At that point, LBRY's going to provide

3    me with LBC in my account."  Is that right?

4         A    They get the LBC essentially in the --

5    I don't know if it's -- I think it's a yearly

6    lump sum.

7              We wanted to switch to monthly, but I

8    think it's just a yearly shot.  So they just get

9    what we promise.

10        Q    So they just get, like, one big lump

11   sum annually?

12        A    Yeah.

13             MR. VITO:  I'm sorry.  I don't

14   fully understand.  Does Joe the YouTuber

15   know that he's getting that sum?

16             THE WITNESS:  Yes.

17             MR. VITO:  How does he know?

18             THE WITNESS:  LBRY.com/YouTube

19   tells him what he will be getting.

20             MR. VITO:  But does he -- if he

21   doesn't know about LBRY, does he know that

22   he's got some?

23             THE WITNESS:  How does he know

24   -- how does he not know about LBRY if he

25   authorized to publish?