1

**EXHIBIT 16**
21-cv-00260-PB

1  UNITED STATES SECURITIES AND EXCHANGE COMMISSION
2
3  In the Matter of:     )
4                        ) File No.  B-03221-A
5  LBRY                  )
6
7  WITNESS:  Thomas Zarebczan
8  PAGES:    1 through 215
9  PLACE:    33 Arch Street
10           Boston, Massachusetts
11 DATE:     Wednesday, July 10, 2019
12
13       The above-entitled matter came on for hearing,
14 pursuant to notice, at 9:42 a.m.
15
16
17
18
19
20
21
22
23
24       Diversified Reporting Services, Inc.
25              (202) 467-9200

50

1   Q   How much Zcash did you mine?
2   A   I don't remember exactly.  Probably
3   around -- probably around a hundred.  Something like
4   that.
5   Q   And how many Zcash do you have today?
6   A   I think like 150 or 200.
7   Q   How many LBC did you mine?
8   A   Probably like 200,000.  Something like
9   that.
10  Q   How many LBC do you hold today?
11  A   About 2 million.
12  Q   When did you start mining LBC?
13  A   Sometime in 2016.  Late 2016.  I don't
14  remember exact dates.
15  Q   Why did you start mining LBC?
16  A   When I learned -- when I learned about the
17  project, I -- I started to do my research like I did
18  with other projects.  That's when I joined the LBRY,
19  their community.  Checked out their website; see
20  what they were about.
21       The project really fascinated me in terms
22  of the use case that they were trying to accomplish.
23  I understood that it was built off the Bitcoin
24  protocol, which was very solid.
25       And I understood some of the other things

52

```
 1        Q    Have you traded away any LBC?
 2        A    Probably bought and sold -- probably sold
 3   some small amounts of LBC potentially for other
 4   tokens as I was trading but mostly just -- mostly
 5   buying LBC.
 6        Q    Are you familiar with the term "hodl"?
 7        A    Hodl?  That's going to be on the record.
 8   That's pretty awesome.
 9        Q    So it sounds like you are familiar with
10   it?
11        A    I've heard of it, yes.
12        Q    What does it mean to you?
13        A    What does it mean to me --  To me, it's
14   just more -- it's kind of -- I don't know how to say
15   it.  Let me think about it for a second.
16             (Pause.)
17        A    It's a way of showing support for a
18   project by -- by holding onto their tokens.
19        Q    Would you say that you've hodled your LBC?
20        A    Yes, I hodled my LBC.
21        Q    When you were deciding whether or not to
22   mine or trade an LBC, did you evaluate any -- the
23   team that was running LBRY?
24        A    Yeah, I looked at the team page, their
25   website.  People were listed there.  And also on
```

1   Exhibit 68.  It says this agreement is effective
2   December 1st, 2017 (as read).
3            (Reviewing document.)
4       A    I remember this document, but I think
5   there was -- this might have been like a draft, so
6   the compensation structure when I received this was
7   changed at some point.
8       Q    Let's just talk about that then.  The
9   structure and compensation in Exhibit 68, the first
10  bullet says $3,000 a month.  Do you see that?
11      A    Yeah.
12      Q    When you -- what was your salary when you
13  first started at LBRY?
14      A    So when I first started at LBRY in July,
15  it was -- it was all LBC for the first six months,
16  so the half a year that I worked at LBRY.  I think
17  it was -- I forget what equivalent it was, but it
18  was paid in LBC.
19      Q    And why was that?
20      A    Not exactly sure why that was.  That was
21  just one of the -- that was one of the offers that
22  was given to me at the time.
23      Q    And who made that offer?
24      A    I don't remember if it was Josh or Jeremy.
25      Q    Do you think that this reflects when you

94

1   A    From -- yes.  Well, I don't know if it was
2   me that turned them off.
3   Q    Why was LBRY providing rewards?
4   A    The main reason was, like, it's a way of
5   onboarding users so that they could -- they could
6   use those rewards on the platform, whether it's to
7   buy stuff, publish, tip.
8   Q    Was there a -- a supply problem with LBC
9   in the market?
10  A    I'm not sure what you mean by that.
11  Q    Well, were there -- could -- could a user
12  who wanted to onboard with the LBRY application,
13  could that user have gone to Poloniex and Bittrex
14  and bought LBC there?
15  A    Yeah, they could have.
16  Q    So they didn't need to get free LBC from
17  LBRY in order to get onto the LBRY application, is
18  that right?
19  A    You could -- yeah, you could use the LBRY
20  application without rewards.
21  Q    The rewards were an incentive to encourage
22  people to utilize the application, is that right? (Pause.)
23  A    That's one way of thinking about it, yeah.
24            (SEC Exhibit No. 71 was marked
25             for identification.)

[7/10/2019 9:42 AM] ZAREBCZAN_THOMAS_20190710

1    A    I mean, it was -- I don't remember if it
2 was a no or if they wanted -- I don't remember what
3 they wanted.
4         Potentially if I was following up about
5 the listing fees, maybe they wanted listing fees,
6 but I don't remember exactly what.
7    Q    Did LBRY participate in any popular vote
8 to get LBC listed on Binance?
9    A    Might have tried the community vote.  I
10 don't remember exactly.
11   Q    And how did that program work?
12   A    I don't remember.  Because that was one of
13 the options on the form, I remember.
14   Q    Is that essentially like LBRY would be
15 pitted against other companies with digital assets
16 and the one with the most votes or a sufficient
17 number of votes would then get listed on Binance?
18   A    I don't know what their process was for
19 determining what votes counted or didn't count
20 or -- I assume it would be something similar to
21 that.
22            (SEC Exhibit No. 74 was marked
23            for identification.)
24   Q    Tom, I'm handing you a document which has
25 been marked as Exhibit No. 74.  It is a one-page

1  document and at the top there is a message from a
2  bollycat dated March the 18th, 2018, and then there
3  are replies, including one from yourself towards the
4  bottom of the page.  Also are dated on 13 March, as
5  well.
6       A    Can I read through this?
7       Q    Oh, yes, of course.  And I know that it's
8  a little faded and it's small, so take your time.
9            (Reviewing document.)
10      A    Okay.  I've read through it.
11      Q    Do you recognize this exhibit?
12      A    Do I recognize -- I mean, it has my -- it
13 has messages from my Twitter account, yeah.
14      Q    All right.  So these are -- are Tweets?
15      A    Tweets, correct.
16      Q    And there is -- so this -- I'm sorry.
17 Your Twitter handle is @tom C-A-R-E-B-C-Z-A-N, is
18 that correct?
19      A    Correct.
20      Q    And at least at the time of this printout
21 or Tweet, your -- you have a -- you have a picture,
22 which is you in a suit and tie, is that right?
23      A    Correct.
24      Q    Is that what -- is that what it shows?
25 That's a picture of you?

1   A   That's a picture of me, yes.
2   Q   And the back-and-forth in the Tweets are
3   about first a Coinbase widget.  What's the "Coinbase
4   widget"?
5           (Reviewing document.)
6   A   I think I explained it in this Tweet.  It
7   would be something in the app that would allow
8   people to purchase some of the supported coins on
9   Coinbase and then convert those to LBC and to their
10  app.
11  Q   And who would be the sellers of the LBC
12  through the Coinbase widget?
13  A   I don't remember how it was intended to
14  work at the time.
15  Q   Is LBRY the seller of the LBC through the
16  Coinbase widget?
17  A   I don't know.  That could have been.  I
18  don't know.
19  Q   Is the Coinbase widget still in place
20  today?
21  A   So we never got to that.  We never -- we
22  never did it from what I remember.
23  Q   So the Coinbase widget was never actually
24  implemented --
25  A   Correct.

1   Q   -- into the LBRY application?
2   A   Yeah, it was an idea.
3   Q   Why was the Coinbase widget not
4   implemented or incorporated into LBRY application?
5   A   That, I don't remember.
6   Q   So midway down the page bollycat asks,
7   "By the way how is binance listing going? (As read).
8   Do you see that?
9   A   Mh-hmm.
10  Q   And then is your response in the next
11  Tweet down the page?
12  A   Yes.
13  Q   You say, "Binance is tough, I don't think
14  we have enough investor support (hype?) to win a
15  voting round, at least not yet.  Otherwise the fee
16  is too high."  Do you see that?
17  A   Yeah.
18  Q   What did you mean by the word "investor"
19  or the phrase "investor support"?
20  A   That was relating to the -- to the voting
21  round, I believe.  I don't know exactly what I meant
22  by "investor support."
23  Q   So -- so who's an investor that would be
24  voting in the Binance election?
25  A   I don't know how their voting worked,

119

1    but I think it was, like, their users, so maybe I
2    was -- I'm not sure what I meant by investors.
3         Q    So users of Binance would be investors?
4         A    Binance -- what's that?
5         Q    Users of Binance would be investors?
6         A    I don't think that's what I was saying.  I
7    don't remember what I was trying to say by that.
8         Q    Have you used the word "investor" in the
9    context of LBRY before?
10        A    I did here.  Probably I did in other
11   places.
12        Q    You write here that "the fee is too high."
13   Do you recall what the fee was to get listed on
14   Binance?
15        A    I don't remember the exact amount, but
16   I -- going back from the -- I think when they
17   replied, they gave us a -- a fee, and I thought --
18   we thought it was too high.
19        Q    Whose decision was it not to pay the --
20   the fee to get listed on Binance?
21        A    That usually went up through Josh and
22   Jeremy.
23        Q    Why did they not want to pay the fee?
24        A    I'm not sure why they wouldn't want to pay
25   the fee, but we also -- we had just a culture of --

[7/10/2019 9:42 AM] ZAREBCZAN_THOMAS_20190710

1   mean by that?
2       A   Lull, meaning quiet.
3       Q   Brinck responds, "right, and no boffo
4   announcement is going to send the price
5   skyrocketing."  Did you have an understanding of
6   what a "boffo announcement" is?
7       A   No.
8       Q   Brinck then writes "I do get mildly
9   concerned sometimes about organized price gaming."
10  Did you form an understanding of what "organized
11  price gaming" is?
12      A   No.
13      Q   Julie then responds, nobody in crypto are
14  "investors."  They are speculators (as read).  Do
15  you see that?
16      A   I see that.
17      Q   Did you form an understanding of what she
18  meant by "speculators"?
19      A   I don't know what the difference -- I
20  don't know what the -- I don't know what the
21  specific definitions of the terms are.
22      Q   Did you have an understanding of what or
23  who speculators were?
24      A   Potentially people who were buying and
25  selling LBRY, but I don't know.

1    Q    When you say "LBRY," do you mean LBRY
2    credits?
3    A    Yeah.
4    Q    And why would people buying and selling
5    LBRY credits be speculators?
6    A    I'm not sure.
7    Q    Your next message is three pages from the
8    end.  You wrote "I usually buy and hold projects I
9    believe in.  Didn't sell LBRY at $1, not selling
10   now."  Do you see that?
11   A    Mh-hmm.
12   Q    And Brinck responds same here "I've found
13   projects with teams I believed in, bought, and
14   hodled."  Do you see that?
15   A    Mh-hmm.
16   Q    Do you understand that that's being used
17   as you defined it earlier today?
18   A    Correct.
19        (SEC Exhibit No. 82 was marked
20        for identification.)
21   Q    Tom, I'm handing you what's been marked as
22   Exhibit No. 82.  It is a one-page document, and it
23   is a Reddit thread that was posted on December 4th,
24   2017.  It's entitled "Sell or hold."
25   A    Might I read through it?

```
 1    yeah, but I don't remember the context.
 2         Q    Then Brinck wrote, LOL.  Do you know what
 3    "LOL" means?
 4         A    Laugh out loud.
 5         Q    After just reassuring a guy on Twitter who
 6    invested four BTC and LBRY credits like four months
 7    ago, I feel your pain (as read).  What does "BTC"
 8    mean?
 9              (Reviewing document.)
10         A    I assume that's Bitcoin.
11         Q    Do you know what Brinck means by
12    "reassuring a guy on Twitter"?
13         A    No.
14         Q    You respond with, Yeah, that's always
15    tough (as read).  What were you -- were you
16    referring to someone who had invested BTC in LBRY
17    credits?
18         A    Someone who had purchased LBRY credits.
19         Q    You write I'm in that boat, too.  Was
20    buying LBC at 10X this price (BTC wise).  It was a
21    crazy altcoin cycle which we
22    fortunately/unfortunately took a ride on (as read).
23    So when you use "BTC" in your statement, was that
24    referring to Bitcoin?
25         A    Yeah.
```

1  Q   Then when you say
2  "fortunately/unfortunately," does that -- does a
3  slash mean or?  Fortunately "or" unfortunately?
4  A   Yeah.
5  Q   You write, Personally I'll continue to
6  hold, but it may be harder for others.  Hopefully
7  LBRY will continue to improve and catch the eyes of
8  users/investors alike (as read).  What did you mean
9  that it may be "harder" for others to hold LBRY
10 credits?
11     (Reviewing document.)
12 A   I don't remember what I meant by that.
13 Q   What did you mean by your use of the word
14 "investors" at the end of your statement?
15     (Reviewing document.)
16 A   I don't know if I was referring to people
17 who were trading LBRY potentially or, like, venture
18 capitalist investors.  I don't remember.
19 Q   Was LBRY trying to attract venture
20 capitalists in the end of 2017?
21 A   Not -- not sure exactly.  I know we had
22 venture capital investment originally, so I assume
23 that's something like that could potentially be
24 used.
25 Q   What role, if any, did you have in

1   Q   Then Riley Smith says, yeah, like, rewards
2   need to go.  Says all of them.  I'm never going to
3   stop saying it.  Entire concept needs to be wiped
4   from the app.  We're not an airline.
5        Josh Finer then writes, As someone who has
6   done tons of traffic experiments in the past, the
7   incentivized traffic is always trash (as read).
8        And then in the next mess -- message,
9   excuse me, there's a user the Niko Storni, N-I-K-O,
10  S-T-O-R-N-I.  Do you see that?
11  A   Mh-hmm.
12  Q   Who's Niko Storni?
13  A   He's an employee at LBRY.
14  Q   And the text says that -- that user has
15  joined the channel (as read), is that right?
16  A   That's what it says, yeah.
17  Q   And there was an inviter.  Do you see
18  that?
19  A   Mh-hmm.
20  Q   And that's somebody's account address or
21  nomenclature, is that right?
22  A   It looks like -- it looks similar to the
23  other ones.
24  Q   And then Josh Finer writes in the next
25  message, Basically us saying yay, which is Y-A-Y all

1   caps, when the price goes up LOL (as read).  Was
2   there a -- a channel at LBRY in which LBRY employees
3   would talk about the price of LBC?
4        A    Yeah, I believe these are -- sounds like
5   they're from that channel.  I would also probably
6   say it's the channel that gets used the least.
7        Q    When was that channel started?
8        A    I don't remember.
9        Q    Is that channel still open today?
10       A    I believe so.
11       Q    Niko Storni writes Ha ha ha, sounds good
12  to me.  Then Riley Smith says damn.  And then you
13  wrote not impressed yet.  I was buying LBC at 30,000
14  sats (as read).  What's S-A-T-S mean?
15       A    That was the term we defined earlier,
16  Satoshis.
17       Q    Who, if anyone, do you know is not in the
18  LBRY channel that discusses LBC price?
19       A    Was not in it?
20       Q    What LBRY employee is not, if anyone, in
21  that channel?
22       A    I don't know.  I don't check who's in it
23  or who isn't.
24       Q    Have you ever seen Alex Grin in that
25  channel?

                                                                196

1    Q    Did you tip the poster who posted the
2    article in Reddit?
3    A    Yeah, that's what it looks like.
4    Q    And when you said "as an investor," what
5    did you mean by that?
6    A    I meant it sounds like his -- his post was
7    geared for investors.
8              (SEC Exhibit No. 89 was marked
9              for identification.)
10   Q    Tom, I'm handing you a document which has
11   been marked as Exhibit No. 89.  It is a Reddit post
12   as well, and this one was posted February 21st,
13   2018, and the title of the post thread is This Coin
14   Needs a Rebrand (as read).
15        And I had some questions about your
16   response, which is on the backside of the first page
17   of the exhibit.
18   A    You mind if I read through it?
19   Q    Go ahead.
20             (Reviewing document.)
21   A    I read it.
22   Q    Okay.  So I'd like to draw your attention
23   to the sort of Page 2 on the backside of the first
24   page of the exhibit.  You wrote, "Is this coming from
25   a purely investment standpoint?"

[7/10/2019 9:42 AM] ZAREBCZAN_THOMAS_20190710

```
 1                Do you see that?
 2        A    Mh-hmm.
 3        Q    What were you referencing?  The original
 4   post or somebody else's comments?
 5             (Reviewing document.)
 6        A    Not sure.  It's hard to tell.
 7        Q    You wrote then If so, I can see why you
 8   feel that way (as read).  What did you mean by that?
 9             (Reviewing document.)
10        A    I think there were people who were angry
11   about the way we were doing certain things who might
12   have bought LBRY credits potentially.
13             I don't know what the price was but maybe
14   it was down, so I said -- well, probably just
15   looking at the price.
16        Q    And so that's why they -- the coin needs a
17   rebrand?
18        A    I'm -- what are you -- I'm not sure what
19   you're asking.
20        Q    Yeah, so I'm -- I'm just trying to make
21   sure I understand what you said.  You said is this
22   coming from a purely investment standpoint, and the
23   sort of original topic was coin needed a rebrand and
24   sort of the name needs to be changed somehow.
25             And then you wrote, you know, If so, I can
```

1   see why you feel that way, but if you think that the
2   name is holding LBRY back, I don't agree (as read).
3           But from a investment standpoint, did
4   you -- I think you write, you know, I can see why
5   you feel that way, that the name is holding the
6   value of LBRY back somehow.
7       A    I think what I meant was just people would
8   complain about anything, really.  The brand would
9   just be -- brand name or marketing would just be
10  like another thing that people might complain about.
11      Q    And that's what investors would be
12  complaining about?
13      A    People who bought LBRY.
14      Q    You meant people that bought LBRY so that
15  they could make money when the value went up?
16              (Reviewing document.)
17      A    Yeah.
18      Q    You wrote in a post a little bit further
19  down, How do you think we can better market a beta
20  product that majority of users try once and forget
21  about unless their values are really in line with
22  ours? (as read).  Do you see that?
23      A    Mh-hmm.
24      Q    Did you have a way to track whether or not
25  users tried the product once and then did not come