

EXHIBIT 21
21-cv-00260-PB

Get
Learn
News
Twitter
Facebook
Reddit
Discord
GitHub

« Back to FAQ

# What is YouTube Sync?

The YouTube Sync process available within the LBRY app serves two purposes: 1) Allow YouTubers to qualify for LBRY Rewards 2) Collect your YouTube channel information so LBRY can mirror your YouTube videos onto the LBRY network. Part 2 is is still undergoing development, so unless we reach out to you directly, your content will not be mirrored automatically. You are encouraged to claim your channel and publish content to LBRY directly through the app.

**What are the minimum requirements to be eligible for Rewards?**

Your YouTube channel must have at least 10 videos and 30,000 views to be eligible for LBRY Rewards. If your channel does not meet these requirements, please use one of the other verification options.

**I've met the requirements but I'm still not eligible for Rewards, help!**

First, make sure you've restarted the LBRY app completely after linking your YouTube account. Press Ctrl-Q to quit or right click the system tray icon and then restart LBRY. If LBRY opens directly to the Home page without seeing the green loading screen, it means it is still running in the background.

If that does not fix it, please contact us via email. Include the YouTube channel name and LBRY connected email with your request.

See a mistake? Edit this page on GitHub.

Home
Get
Learn
News
Twitter
Facebook
Reddit
Discord
GitHub

SEC-LBRYLIT-E-0081207