

YOUR PAGES

Securities and Excha... 9+

CONTACTS

LBRY
@lbryio

👍 Like          💬 Comment          ↪ Share

👍❤️😆 28                              Chronological ▾

6 Shares

**Joshua Woods** wow cool I will invest I just signed up
Like · Reply · 39w
↳ 3 Replies

**Ivan Menzatiuk** Есть хороший лидер в СНГ? Отпишитесь в лс пожалуйста.
Like · Reply · See Translation · 38w

Write a comment...                    😊 📷 🎬 👍
Press Enter to post

**LBRY**
May 24, 2017

Our CTO **Alex Grin** will be at **Token Summit NY 2017** tomorrow. Say hello!

**TOKEN SUMMIT 2017**
33 16 00 53

👍 Like          💬 Comment          ↪ Share

👍 18                                Chronological ▾

2 Shares

**Alejandro Ramirez** do any person speak spanish? i want ask things
Like · Reply · 40w
    **LBRY** Podemos intentar! 🙂
    Like · Reply · See Translation · 40w
    ↳ View more replies

**Shahzaib Waraich** how to signup in lbr i try but there is no option for signup
Like · Reply · 35w

Write a comment...                    😊 📷 🎬 👍

Search

LBRY
@lbryio

YOUR PAGES

Securities and Excha...  9+

CONTACTS



**LBRY** is with Jeremy Kauffman
May 22 2017

About to do an interview for the debut of a major news anchor's new program! Who? Find out when it debuts in a few weeks!

👍 Like          💬 Comment          ↪ Share

👍❤ 19

2 Shares

Write a comment...

**LBRY**
May 22 2017

http://news.8btc.com/lbry-set-to-take-on-youtube-youku

👍 Like          💬 Comment          ↪ Share

👍❤ 122

1 Share

Write a comment...

**LBRY**
May 1? 2017

LBRY CEO Jeremy Kauffman talks LBRY tech

**LBRY with Jeremy Kauffman &#8211; Episode 109**

Content discovery and delivery and how it works in the digital realm is one of the most critical pieces of our modern economy. The blockchain is one of the most disruptive and transformative technologies to arrive...

PCDC+5TINT.COM

👍 Like          💬 Comment          ↪ Share

▶ 28                                            Chronological ▼

Search



Јован Богдановић This project will be huge!

Like · Reply · 47w

Write a comment...

---

**LBRY**
April 19, 2017

If you hung out in our chat, you'd have Early Access to #LBRY.... today!
Don't slack, join our Slack: https://slack.lbry.io

**kauffj**
@here Offering invites all day to whoever wants to check out the
new Early Access release. Some nice rewards too. DM me or @filner9
All we ask is you tell us what you like / don't like!

👍 Like        💬 Comment        ↗ Share

👍❤ 24                                    Chronological ▾

3 Shares

View 1 more comment

**Henry Roet** Guys, get in on this early access. The UI for LBRY is
awesome. Check this out!
Like · Reply · 45w

    **LBRY** Thanks
    Like · Reply · 45w

**Hathey Yehmy** how
Like · Reply · 43w

Write a comment...

---

**LBRY**
March 26, 2017

Tonight, in just about 2.5 hours, we built https://spee.ch
spee.ch serves free & public images using #LBRY blockchain.
https://spee.ch/doitlive

---

**YOUR PAGES**

Securities and Excha... 9+

**CONTACTS**

**LBRY**
@lbryio

3/12/2018                                        LBRY - Home

YOUR PAGES

Securities and Excha...   9+

CONTACTS

LBRY
@lbryio



49

10 Shares                                        Chronological ▾

Rolando ER Why are you selling this project as a YouTube
alternative when you have to waste money to share content??
Like · Reply · 48w

Evan Dauster I have been uploading content to LBRY and
havent needed to pay even a flat penny. $0 in and have
only been receiving LBRY coins which can be converted to
Bitcoin and USD. Did you even try it out before
commenting?
Like · Reply · 30w · Edited

↳ View more replies

Write a comment...

LBRY
March 29, 2017

Already in-progress: LBRY CEO Jeremy Kauffman makes an image
hosting/sharing site live! https://www.youtube.com/watch?v=C9LCapt_OYw

LBRY Live Coding
We'll be building a simple imaging hosting site using the LBRY
protocol... in real time and just a few hours!
YOUTUBE.COM

👍 Like                💬 Comment           ➦ Share

17

2 Shares

Write a comment...

YOUR PAGES

Securities and Excha... 9+

CONTACTS

**LBRY**
@lbryio



#LBRY fans are the best kind of correct.

Watch us make mistakes live @ 6pm

https://spee.ch

🖒 Like        💬 Comment        ↪ Share

👍 20

1 Share

Write a comment...
Press Enter to post.

---

**LBRY**
March 29, 2017

At 6pm EST tonight #LBRY will create https://spee.ch, a decentralized and truly free image host/sharer, in REAL TIME!

Click the link below and join our Slack (https://slack.lbry.io) to chat!

**spee.ch**
In just a few hours, this site will morph from this utterly bare 5 lines of HTML into a decentralized, censorship-resistant, truly free image sharing site powered by
SPEE.CH

🖒 Like        💬 Comment        ↪ Share

👍 25

2 Shares

Write a comment...
Press Enter to post.

---

**LBRY**
March 28, 2017

Watch us build an app -- from scratch -- live.

Learn #LBRY, heckle our devs, and talk blockchain.

This Wednesday 3/29 @ 6-9PMEST... See More

3/12/2018                                    LBRY - Home

YOUR PAGES

Securities and Excha...   9+

CONTACTS

LBRY
@lbryio



👍 Like          💬 Comment          ↪ Share

🔵😆👏 36                                         Chronological ▾

1 Share

Bobby Hutter I'd love to try and follow along! Which language and
framework should I try to set up an environment for?

Like · Reply 49w                                          🔵 2

    LBRY Def Linux of a Debian flavor 😊 We'll post our
    environment

    Like · Reply 49w                                      🔵❤️ 2

    ↳ View more replies

Bryan Snyder Ben Kaminski prob worth setting aside some time to
watch. LBRY is Eli still on as a consultant??

Like · Reply 49w                                          🔵 3

    LBRY I'm not sure he has an official title but we heart Eli!

    Like · Reply 49w                                      🔵 1

    ↳ View more replies

⚪ Write a comment...                              😊 📷 🖼 GIF
Press Enter to post.

LBRY shared a link
March 22, 2017 · 🌐

[  LBRY, Content, Ethereum and Censorship
   - Interview With Jeremy Kauffman (The
   Cryptoverse #234)
   YOUTUBE.COM

👍 Like          💬 Comment          ↪ Share

🔵 7

⚪ Write a comment...                              😊 📷 🖼 GIF
Press Enter to post.

LBRY
March 22, 2017 · 🌐

Good write-up by the UC Berkeley student newspaper The Daily Californian

Search        ⚙ ✎ 👥

YOUR PAGES

🛡 Securities and Excha...  ▸

CONTACTS



**LBRY**
@lbryio

# THE DAILY CALIFORNIAN
*dailycal.org*

LBRY public sharing platform uploads 20,000 deleted
UC Berkeley lectures | The Daily Californian

LBRY, a content sharing and publishing platform, copied 20,000 lectures from UC
Berkeley's YouTube channel before they were deleted and will make them publicly...

DAILYCAL.ORG

👍 Like          💬 Comment          ↪ Share          ▾

👍 26                                   Chronological ▾

3 Shares

View 1 comment

⊙ Write a comment...                   😊 📷 🖼 🎞
   Press Enter to post.

**LBRY**
March 18, 2017 · 🌐                          ···

More coverage of LBRY. Thank you!

Thwarting the Grievance-Industrial Complex

Who doesn't like a story with a happy ending? In The Weekly Standard last week, in
Berkeley Goes Offline, Andrew Ferguson told the sad tale of disability-rights activists
who had filed a complaint against the University of California, Berkeley, claiming...

WEEKLYSTANDARD.COM

👍 Like          💬 Comment          ↪ Share          ▾

👍 27                                   Chronological ▾

5 Shares

**Ken Bailie** Well done! 👍
Like · Reply · 51w

⊙ Write a comment...                   😊 📷 🖼 🎞
   Press Enter to post.

**LBRY**
March 17, 2017 · 🌐                          ···

How has the #LBRY beta for GitHub users been doing?
Um, okay, I guess.
lbry.io/quickstart

🔍 Search          ⚙ ✎ 👥

Like Comment Share

23 Chronological

2 Shares

Mi En Yu lbry.io/quickstart cant open 😟

Like Reply 50w

LBRY Thanks, we crashed 🙂

Like Reply 50w

Write a comment...

Press Enter to post.

LBRY

@lbryio

YOUR PAGES

Securities and Excha... 9+

CONTACTS

LBRY

March 15, 2017

Safe and sound

20,000 Worldclass University Lectures Made Illegal, So We Irrevocably Mirrored Them - LBRY

20,000 Worldclass University Lectures Made Illegal, So We Irrevocably Mirrored Them

LBRY.IO

Learn More

Like Comment Share

116 Chronological

98 Shares

View 6 more comments

Richard Honer Fantastic news. Thx!

Like Reply 51w

Lola J. Lee Beno Do you have the ability to caption these for those of us who are deaf or hard of hearing?

And yes, even if you can hear now, you can still lose it overnight.

Like Reply 51w

Search



Like · Reply · 51w

↳ View more replies

Write a comment...
Press Enter to post.

**YOUR PAGES**

Securities and Excha... 9+

**CONTACTS**

**LBRY**
@lbryio

**LBRY**
March 14, 20-7

LBRY is now live and open to all developers and GitHub account holders!
Try out the world's first truly decentralized content sharing protocol
https://lbry.io/quickstart

LBRY will be launching to everyone else VERY SOON. Make sure you get in
first at https://lbry.io/get



👍 Like      💬 Comment      ↪ Share      ▾

👍❤️😮 208                                    Chronological ▾

21 Shares

View 9 more comments

Fernando DP porque no lanzan en español la propuesta..?
Like · Reply · See Translation · 43w

Write a comment...
Press Enter to post.

**LBRY**
March 6, 2017

We're on the Verge of Complete Cryptocurrency Deregulation in NH!

Is New Hampshire the best place to run a cryptocurrency business? It
already has the highest per-capita Bitcoin usage. And very soon it is likely to
have the most favorable regulatory climate.

While states like Hawaii are passing bills so onerous that Bitcoin might as
well be illegal, New Hampshire is passing legislation to completely
deregulate cryptocurrencies. House Bill 436 exempts virtual currencies from
a... See More



👍 Like      💬 Comment      ↪ Share      ▾

Search      





LBRY
@lbryio

7 Shares

**Josh Lambert** Joe live free or die!
Like · Reply · 40w

Write a comment...
Press Enter to post.

**LBRY**
January 31, 2017

Join LBRY CEO Jeremy Kauffman live from #Construct2017
https://twitter.com/LBRYio/status/826528620088733697

LBRY on Twitter
"Construct 2017 https://t.co/kErbGtvxSQ"
TWITTER.COM

Like Comment Share

12 Chronological

**Tom Zarebczan** Fantastic job today Jeremy!
Like · Reply · 1y

Write a comment...
Press Enter to post.

**LBRY** added 4 new photos
January 30, 2017

Amazing graphics being done in real time at #construct2017!

Like Comment Share

35 Chronological

2 Shares

**Eva Arambam** Kakarrot
Like · Reply · 51w

Write a comment...
Press Enter to post.

YOUR PAGES
Securities and Excha... 9+
CONTACTS
Search

**LBRY**
@lbryio

YOUR PAGES

Securities and Excha...

CONTACTS

This week we'll be at Construct 2017 in San Fran. See you there!



Construct 2017 - CoinDesk
This 350 attendee, invite-only event will include leaders from all major blockchain communities: Bitcoin, Ethereum, Hyperledger, Blockstack, Zcash, and more. Construct was designed to promote cross-community collaboration and to help...
CORCDESK.COM

👍 Like        💬 Comment        ➢ Share        ▾

👍 14                                Chronological ▾

1 Share

**Kirant Bantawa** How to buy LBRY Coins?
Like  Reply  50w

Write a comment...         😊 📷 📩 🎁
Press Enter to post

**LBRY**
January 26, 2017 · 🌐

LBRY CEO Jeremy Kauffman Testimony to NH Statehouse
https://lbry.io/.../new-hampshire-statehouse-testimony-on-vir...



👍 Like        💬 Comment        ➢ Share

3/12/2018                                LBRY - Home



**LBRY**
@lbryio

LBRY shared a link
December 15, 2016

How Decentralized Blockchain-Powered Platforms Can Protect Artists Against Censorship
Jeremy Kauffman, founder and CEO of LBRY, about using technology to resist censorship in media and the arts.

👍 Like        💬 Comment        ↪ Share

28
3 Shares

YOUR PAGES
Securities and Excha...
CONTACTS

LBRY
December 14, 2016

Check out are video answer to a great question about the #LBRY mining and reward schedule. #LBRYAMA
https://www.youtube.com/watch?v=OxjcvePUaMo

"Why did LBRY have a large pre-mine & large mining inflation?" - LBRY Video AMA

👍 Like        💬 Comment        ↪ Share

10                                              Chronological ▾

Алексей Рогожин https://lbry.io/get?r=NhJHE
Like  Reply  1y

LBRY
December 12, 2016

Adult Swim recently cancelled a popular show because they supported Donald J. Trump.
https://lbry.io/.../adult-swim-cancels-show-for-supporting-tr...
We're proud to have them on #LBRY because we think people should be able to watch and share what they like without interference.

Adult Swim Cancels Show For Supporting Trump. We're Happy to Have Them. - LBRY
Adult Swim Cancels Show For Supporting Trump. We're Happy to Have Them.

Search

**LBRY**
@lbryio



😮😡😍 41

Chronological ▾

5 Shares

View 1 more comment

**Tom Zarebczan** You can actually download and use it without an invite. Come join us on slack for more information. You can skip the invite step and then transfer some Lbc over.

Like · Reply · 1y

**Sirio Adler** #FDT

Like · Reply · 1y

↳ 1 Reply

Write a comment...
Press Enter to post.

**LBRY**
December 5, 20??

"When will $LBC reach bottom?"

#LBRYAMA Video #6!

https://www.youtube.com/watch?v=vvNET4sPUMY

**"When will LBRY Credits (LBC) reach bottom?" - LBRY Video AMA**
http://LBRY.io - LBRY CEO Jeremy Kauffman answers...
Will LBRY Credits reach b   YOUTUBE.COM

👍 Like          💬 Comment          ↪ Share     ▾

11                                          Chronological ▾

2 Shares

**Алексей Рогожин** https://lbry.io/get?r=NhJHE

Like · Reply · 1y

Write a comment...
Press Enter to post.

**LBRY**
November 30, 2016

#LBRYAMA Video Number 5: Where is #LBRY located?

https://www.youtube.com/watch?v=tyuIKJglxuA

Look for a juicier one Friday 🙂

**"Where is the LBRY team located?" - LBRY Video AMA**
http://LBRY.io - LBRY CEO Jeremy Kauffman answers...
is the LBRY team loc   YOUTUBE.COM

👍 Like          💬 Comment          ↪ Share     ▾

8                                          Chronological ▾

**Алексей Рогожин** https://lbry.io/get?r=NhJHE

Like · Reply · 1y

Write a comment...
Press Enter to post.

**LBRY**
November 23, 2016

"What does the day-to-day look like for a #LBRY employee?"

https://www.youtube.com/watch?v=dsGxf8sJ2Pk

YOUR PAGES

Securities and Excha... 9+

CONTACTS

Search



"What does the day-to-day look like for a LBRY employee?" - LBRY Video AMA
http://LBRY.io - LBRY CEO Jeremy Kauffman answers...
YOUTUBE.COM

👍 Like          💬 Comment          ➦ Share          ▾

🔵 10                                            Chronological ▾

Алексей Рогожин https://lbry.io/get?r=NhJHE
Like · Reply · 1y

Write a comment...

LBRY
@lbryio

YOUR PAGES
Securities and Excha...

CONTACTS

---

LBRY
November 21, 2018

Who are your favorite YouTubers, Podcasters, or other creators? Tag them in a reply!

👍 Like          💬 Comment          ➦ Share          ▾

🔵 11                                            Chronological ▾

View 2 more comments

Ethan Manning (can't tag)
Democracy at Work
Kurzgesagt In a Nutshell... See More
Like · Reply · 1y · Edited

Алексей Рогожин https://lbry.io/get?r=NhJHE
Like · Reply · 1y

Write a comment...

---

LBRY
November 17, 2018

"What are the short and long-term plans to make #LBRY easier to use?"
https://www.youtube.com/watch?v=UwN7jWaDA4w
#LBRYAMA Video #2!

"What are the short- & long-term plans to make LBRY easier to use?" - LBRY Video AMA
YOUTUBE.COM

👍 Like          💬 Comment          ➦ Share          ▾

🔵 15                                            Chronological ▾

1 Share

Алексей Рогожин https://lbry.io/get?r=NhJHE
Like · Reply · 1y

Write a comment...

---

LBRY
November 14, 2018

"What is LBRY?" - the first of many more #LBRYAMA videos to drop.



https://youtu.be/pAAW348He7c

"What is LBRY?" - LBRY Video AMA

http://LBRY.io - LBRY CEO Jeremy Kauffman answers community questions in an ongoing "Video AMA" (Ask Me...

YOUTUBE.COM

Like Comment Share

16 Chronological

1 Share

**Алексей Рогожин** https://lbry.io/get?r=NhJHE
Like · Reply · 1y

Write a comment...

YOUR PAGES
Securities and Excha...
CONTACTS

LBRY
@lbryio

**LBRY**
November 13, 2016

Are you a YouTube Creator? If you publish to YouTube often, please check out our new 'sync' program page: https://lbry.io/youtube

Like Comment Share

102 Chronological

19 Shares

View 2 more comments

**Neocash Radio** Sweet! Just submitted our channel! Thanks again to LBRY CEO Jeremy Kauffman for joining us in-studio last week! https://www.youtube.com/watch?v=oM_Lv7PHleA

Ep181: Donald Trumps Clinton, the U.S. media is corrupt, LBRY CEO Jeremy...

YOUTUBE.COM

Like · Reply · 1y

**Nate Kaminski** Awesome! Just synced up, really excited for this to launch!
Like · Reply · 1y

Write a comment...

Search

Case 1:21-cv-00260-PB Document 57-1 Filed 05/04/22 Page 16 of 77

LBRY
@lbryio

**LBRY**
November 11, 2016

Eli the Computer Guy talks with Jeremy the LBRY Guy. Great interview!

LBRY.io - Decentralized YouTube Alternative (Jeremy Kauffman, CEO/ Founder)
YOUTUBE.COM

Like Comment Share

49 Chronological

3 Shares

**Алексей Рогожин** https://lbry.io/get?r=NhJHE
Like · Reply · 1y

Write a comment...
Press Enter to post.

**LBRY** updated their cover photo.
November 4, 2016

Like Comment Share

26 Chronological

7 Shares

View 1 more comment

**LUis Anibal Alvarez Gordillo** es genial

2
Like · Reply · See Translation · 1y

**Jailton Da Silva Milhomem** revolucionario
Like · Reply · 1w

Write a comment...
Press Enter to post.

**LBRY**
November 4, 2016

Cryptoverse talks #LBRY with CEO Jeremy Kauffman for an hour.

Chris Coney Talks with Jeremy Kauffman from LBRY (The Cryptoverse #137)
On today's episode of The Cryptoverse: I have a good chat...
YOUTUBE.COM

Like Comment Share

13 Chronological

2 Shares

YOUR PAGES
Securities and Excha...

CONTACTS

Search



Write a comment...
Press Enter to post

YOUR PAGES
Securities and Excha... 9+
CONTACTS

LBRY
@lbryio

**LBRY**
November 3, 2016

Comedy plus comedy equals two comedy. It's a LBRY double feature with Singletree Productions. #LBnChill

Crudely Satisfying - LBRY

Last week, one feature film. This week 100% more. It's a classic indie comedy double feature that's actually funny. If you haven't discovered these flicks before, you're in for a treat.

LBRY.IO

Like Comment Share

16

1 Share

Write a comment...
Press Enter to post

**LBRY** added 3 new photos
November 3, 2016

Some video stills from our #LBRY Q&A. Looking forward to sharing the real thing!

Like Comment Share

14

Search



3/12/2018                                          LBRY - Home

YOUR PAGES

Securities and Excha...

CONTACTS

LBRY
@lbryio



**LBRY**
October 21, 2016

Have questions for the LBRY team? We're prepping for a video AMA (ask me/us anything) and want your questions!

Please post any questions you have below. We promise to answer at least the top 3 questions with the most likes. And probably more!

👍😮 78                                           Chronological ▾

3 Shares

View 5 more comments

**Tom Potthast** What is your mission statement? What is your product, and in what way is it different from the existing monopoly?
Like · Reply · 1y

**LBRY** Please see lbry.io/what

> LE   Art in the Internet Age: An Introduction to LBRY
>      LBRY IO

Like · Reply · 1y
↳ View more replies

**Lom Art Craft** At what price is LBRY a buyout to the highest bid from one of the powers that should not be?
Like · Reply · 51w

Write a comment...

**LBRY**
October 21, 2016

A flamethrower a day keeps the apocalypse at bay. This is BELLFLOWER. #LBnChill



YOUR PAGES

Securities and Excha... 9+

CONTACTS

LBRY
@lbryio

Fall in Love with Medusa - LBRY

When we say LBRY challenges the Netflix and iTunes of the world, we don't mean it lightly. That journey began when Oscilloscope Laboratories took the LBRY leap of faith with its darkly comic It's A Disaster, starring David Cross and Julia Stiles...

LBRY.IO

Like Comment Share

14

Write a comment...

Press Enter to post.

LBRY
October 25, 2016

LBRY app now available for Windows! Watch a video demo.

LBRY now on Windows. Bringing Blockchain Video to the Masses.

The LBRY beta app is now available for Windows! This has been the #1 request from users since our launch in July. Now the future of digital content distribution is...

LBRY.IO

Learn More

Like Comment Share

69

Chronological

6 Shares

View 1 more comment

Janet Ellis Will there be an app?

Like · Reply · 1y

View previous replies

LBRY Ah, no mobile apps for awhile. Stay tuned!

Like · Reply · 1y

View more replies

Lindasay Coli Nice

Like · Reply · 1y

Write a comment...

Press Enter to post.

Search

YOUR PAGES

Securities and Excha...  9+

CONTACTS



FEE must have seen our tagline... 😉

Well, it adorns a good article.

Maybe low-cost ebooks on LBRY will get people reading the classics again?

### Vast Libraries in Our Pockets, and Nobody's Reading
We are confronted with a rise in the potential for self-education and a decline in autodidacts. Why is that?

FEE.ORG

👍 Like          💬 Comment          ↪ Share

👍 18

1 Share

Write a comment
Press Enter to post

---

**LBRY**
October 20, 2016

Walk with the dead: the #1 public domain film of all time joins #LBRY, courtesy George A. Romero. #LBnChill

### Braaains! - LBRY
Night of the Living Dead stands atop the mountain of great Hollywood films. It's also the most downloaded public domain title of all-time. Except for one caveat: finding a good torrent or retrieving files from (the wonderful) Archive.org...

LBRY.IO

👍 Like          💬 Comment          ↪ Share

👍 12

Write a comment
Press Enter to post

---

**LBRY**
October 17, 2016

The Roadmap: See into the future of #LBRY development (What's that? A Windows release date?)

**LBRY**
@lbryio



YOUR PAGES

Securities and Excha... 9+

CONTACTS

LBRY
@lbryio

Open Beta? New Features? Keep Your Eye on the LBRY Roadmap

LBRY is working hard to improve our communication with the public. While the vast majority of our time is put into building LBRY, we want to remain transparent and...

LBRY.IO

Like Comment Share

62

5 Shares

Write a comment...

Press Enter to post.

LBRY
October 15, 2016

Watch an ever-growing catalogue of original (and exclusive!) video content. Come check out the artists and producers who have joined us so far. What's in your #LBRY? #LBnChill https://lbry.io/news/lbry-trailblazers

Like Comment Share

9 Chronological

1 Share

Алексей Рогожин https://lbry.io/get?r=NhJHE
Like · Reply · 1y

Ste Smurph LBRY red looks so much better.
Like · Reply · 21w

Write a comment...

Press Enter to post.

Search

YOUR PAGES

Securities and Excha...

CONTACTS

Here's one for the trailblazers. Thanks for taking us this far. #LBRY #LBnChill AnimalRobot Million Dollar Extreme Oscilloscope Laboratories HeckBender Charney Emergent Order



**Shoutout to All You trailblazers - LBRY**

The core innovations of LBRY are built upon a simple idea: connect audience to creator, anywhere on Earth, in one smooth motion. Since our July 4th launch, the team has leapt forward again and again toward that goal.

LBRY.IO

👍 Like          💬 Comment          ➤ Share

👍 14

Write a comment...
Press Enter to post

---

**LBRY**
@lbryio

**LBRY**
October 11, 2016

Speaking to students at Phillips Academy tomorrow night, part of series at their library iSpace/makerspace. Talking #LBRY and #blockchain!

👍 Like          💬 Comment          ➤ Share

👍 11                                    Chronological ▾

Max Dyer Andover or Exeter?
Like  Reply  1y
↳ View 1 more reply

Dan Donovan Clearly LBRY hasn't made it big yet
Like  Reply  1y

Write a comment...
Press Enter to post

---

**LBRY**
October 11, 2016

What do LBRY and a toaster have in common? More than you'd imagine...

How is LBRY different from Alternative X?



Like Comment Share

55

10 Shares

Write a comment...

YOUR PAGES

Securities and Excha...

CONTACTS

LBRY
@lbryio

**LBRY**
October 10, 2016

Our core app developer says he's the least interesting guy on the team. What do you think?

Meet the Least Interesting Guy on the LBRY Team

LBRY's main app developer calls himself "easily the least interesting person on the team." That actually speaks to just how interesting the LBRY team is. Or maybe to Alex Liebowitz's sense of modesty. The fact is, Alex is a pretty interesting...

LBRY.IO

Like Comment Share

9 Chronological

View 1 comment

Write a comment...

Press Enter to post.

**LBRY**
October 6, 2016

Please, grab a stool and take a seat: enter the world of Sporthocking #LBRY #LBnChill

Will the Real Slim Shady Please Sit Down - LBRY

One of the great things about working at LBRY is discovering entire worlds and niches that defy categorization. Have you heard of Sporthocking? Me neither. Resident LBRY superfan and sporthocker Trenton Rawdon introduced us to the...

LBRY.IO

Like Comment Share

13

Search

**YOUR PAGES**

Securities and Excha... 9+

**CONTACTS**

**LBRY**
@lbryio



**LBRY**
October 5, 2016

Follow LBRY funds. See how our LBC reserves are being spent in the 3rd Quarter LBRY Credit Report. #transparency

**Credit Policy and 3rd Quarter Credit Report - LBRY**

As Mike Vine explained in our recent FAQ, LBRY-the-protocol is quite different from LBRY-the-company. With the launch of LBRY's live blockchain, the company created three reserve pools of credits to serve specific purposes. LBRY, Inc. will...

LBRY.IO

👍 Like          💬 Comment          ➦ Share

👍 14

1 Share

Write a comment...
Press Enter to post

**LBRY**
October 4, 2016

Our Reddit AMA is notorious. We came back with B.I.G. answers:
https://lbry.io/news/reddit-ama-answers

👍 Like          💬 Comment          ➦ Share

👍 21

Search

YOUR PAGES

Securities and Excha...

CONTACTS

LBRY
@lbryio

**LBRY** shared NiceHash's photo
September 30, 2016



NiceHash
September 17, 2016

Are you mining #lbry yet? 😉 LBRY

👍 Like Page

👍 Like          💬 Comment          ↗ Share

❤ 9                              Chronological ▾

View 1 comment

Write a comment...
Press Enter to post

**LBRY**
September 29, 2016

Time to soar back to the 1940s with classic Superman cartoons on #LBRY #LBnChill

It's a Bird, It's a Plane, It's Pub Domain Superman! - LBRY

The grand goal of building the ultimate online library must start with the ultimate free library already in existence: the public domain. We're kicking off a trend of LBRY...

LBRY.IO

👍 Like          💬 Comment          ↗ Share

3/12/2018                                    LBRY - Home

4 Shares

View 1 more comment

**Vuyoh NixMapha Zulu** Windows Wallet is available now?

Like · Reply · 1y

Write a comment...

**LBRY**
@lbryio

**LBRY**
September 29, 2016

Reddit, we heard you! Better answers to the big questions from our front-page #AMA



YOU BROKE REDDIT.

Answers to the Big Questions from Our Reddit AMA -
LBRY

A few weeks ago, in conjunction with announcing a $500,000 funding round, we hit #2 on Reddit's front page with our first AMA. While tens of thousands joined our...

LBRY.io

👍 Like        💬 Comment        ➣ Share                    ▾

👍 60                                              Chronological ▾

15 Shares

View 3 more comments

**Becky Kauffman** this is like the real world version of the plot of silicon valley.

Like · Reply · 1y

**Jack Victor** Interesting how much you seem to avoid giving a direct answer about content censorship...?

Like · Reply · 1y

**LBRY** It's hard to explain in a sound bite. What questions do you have?

Like · Reply · 1y

↳ View more replies

Write a comment...

**LBRY** shared Interesting Engineering's post
September 24, 2016

We can relate.

**Interesting Engineering**                          👍 Like Page
September 23, 2016

Movie : "The General" by Buster Keaton, 1927

Securities and Excha...  9+

CONTACTS

Search



**YOUR PAGES**

Securities and Excha...

**CONTACTS**

**LBRY**
@lbryio

2new3.fjcdn.com
2NEW3.FJCDN.COM

👍 Like    💬 Comment    ↗ Share

38     Chronological ▾

**Kevin Hotaling** lol ... brilliant
Like   Reply   1y

**Evan Warnock** shit ya haha, a single bug can be trouble, but sometimes they help with others! GIF of the day right here! ;p
Like   Reply   1y

Write a comment...
Press Enter to post.

**LBRY**
September 22, 2016

Don't let your dreams be dreams: award-winning short doc skates its way onto #LBRY today. #LBnChill

**Skate, Relax, Enjoy - LBRY**
This week, we're keeping it short and sweet with LBRY's first short film: SKATE YRSELF CLEAN. Los Angeles-based actor-director Janna Jude paints a loving portrait of one Ricky Lee Robinson in her first documentary film. Part biography...
LBRY.IO

👍 Like    💬 Comment    ↗ Share

17

3 Shares

Write a comment...
Press Enter to post.

**LBRY**
September 15, 2016

Get educated: time to master the art of character design with the Art of Brookes Eggleston on #LBRY #LBnChill

Search

YOUR PAGES

Securities and Excha...

CONTACTS



**LBRY**
@lbryio

### Storytelling Art 101 - LBRY

LBRY is more than a digital entertainment outlet. A key motivation behind LBRY was enabling global access to lessons from the masters of their craft. We want to share content that empowers everyone to raise the bar.

LBRY.IO

👍 Like        💬 Comment        ↪ Share        ▾

👍 13

1 Share

Write a comment...                              😊 📷 🖼 🎁
Press Enter to post.

---

**LBRY**
September 13, 2016 · 🌐

Descripción detallada de los LBRY para el mundo de habla española. ¡Gracias!

See Translation

### Conoce los LBRY Credits (LBC), la base de una gran biblioteca descentralizada

Conoce los LBRY Credits (LBC), la base de una gran biblioteca descentralizada

CRIPTONOTICIAS.COM

👍 Like        💬 Comment        ↪ Share        ▾

👍 12

1 Share

Write a comment...                              😊 📷 🖼 🎁
Press Enter to post.

---

**LBRY**
September 10, 2016 · 🌐

Interesting analysis from our Economic Advisor, Alex Tabarrok.

The laws of economics are universal - and we're harnessing them to power LBRY.

Search        



**LBRY**
@lbryio

YOUR PAGES

Securities and Excha... 9+

CONTACTS

### Why Isn't Rent in Tokyo Out of Control? | Alex Tabarrok

Tokyo built more new housing in 2014 than the entire state of California or country of England.

FEE.ORG

👍 Like     💬 Comment     ↪ Share

23          Chronological ▼

4 Shares

Hoang Vu Kim https://lbcvietnam.slack.com/
Like · Reply · 1y

Minh Hiếu https://lbry.io/get/?r=KTdws
Like · Reply · 1y

Write a comment...
Press Enter to send

---

**LBRY**
September 8, 2016 · 🌐

Bostinno picks up our funding news!

### Pillar Leads Its 1st Funding Round With LBRY's $500K Raise

LBRY, a New Hampshire-based venture that's developed a new blockchain protocol and service for sharing online media, announced it has raised $500,000 in funding....

BOSTINNO STREETWISE CO

👍 Like     💬 Comment     ↪ Share

18

3 Shares

Write a comment...
Press Enter to post.

---

**LBRY**
September 8, 2016 · 🌐

Mashup your evening with rap gods and more – AnimalRobot joins #LBRY #LBnChill

Search ⚙



**LBRY**
@lbryio

YOUR PAGES

Securities and Excha...

CONTACTS

### All Mashed Up - LBRY

New week, new subwoofer. We're so excited to share this artist with you on LBRY. Introducing, AnimalRobot. Their work has won a Webby award and has been featured on @Time, @HuffingtonPost, @Slate, @VICE...

LBRY.IC

👍 Like          💬 Comment          ↪ Share          ▼

98

5 Shares

Write a comment...
Press Enter to post

**LBRY**
September 1 2015

Pillar.vc seeds #LBRY with $500K funding round! ::team codes furiously::

### $500K in VC Funds from Pillar - LBRY

We've hinted at this news in the past week, but now it's official: Pillar VC is leading a $500,000 seed funding round for LBRY! Pillar is a perfect fit for LBRY, with the mission of 'treating founders the way we would want to be...

LBRY.IC

👍 Like          💬 Comment          ↪ Share          ▼

106                                              Chronological ▼

11 Shares

View 7 more comments

**Martha Perez** Hola saludos
Like · Reply · See Translation · 1y

**Minh Hiếu** https://lbry.io/get/?r=KTdws
Like · Reply · 1y

Write a comment...
Press Enter to post

**LBRY**
September 8 2016

#LBRY has received no legal orders or warrants at this time. Bookmark and follow our official Warrant Canary page.

Search



YOUR PAGES

Securities and Excha...   9+

CONTACTS

**LBRY**
@lbryio

### LBRY Warrant Canary

Through September 1st, 2016, LBRY has received: Zero National Security Letters. Zero Foreign Intelligence Surveillance Court orders. Zero gag orders that prevent us from stating we have received legal process seeking user or visitor information...

LBRY.IO

👍 Like          💬 Comment          ↪ Share

👍❤ 24

3 Shares

Write a comment...                   😊 📷 🖼 🎁
Press Enter to Post

**LBRY**
September 5, 2016

You can now buy $LBC on a new, competitively priced exchange. Check out Changelly and let us know what you think.

*Changelly*
Exchange cryptocurrency at the best rate   **LBRY**

Changelly. Exchange cryptocurrencies at the best rate.
We're a team with one of the longest track records in crypto world. MinerGate is the project that will pass any background check.
CHANGELLY.COM

👍 Like          💬 Comment          ↪ Share

👍 19                                  Chronological ▾

3 Shares

Minh Hiếu https://lbry.io/get/?r=KTdws
Like  Reply  1y

Write a comment...                   😊 📷 🖼 🎁
Press Enter to Post

**LBRY**
September 2, 2016

Our first AMA live now! Come join the fun! #reddit #LBRY

We're the nerds behind LBRY: a decentralized, community-owned YouTube alternative that raised a half million dollars yesterday - let's save the internet - AMA / AUsA • /r/IAmA



Like Comment Share

36 Chronological

3 Shares

View 2 more comments

Mickel Paris This is an amazing technology. Very forward thinking!
Like Reply 1y

Jeridan Kowal inbite pls :_;
Like Reply 1y

Write a comment

YOUR PAGES
Securities and Excha... 9+
CONTACTS

LBRY
@lbryio

LBRY
September 1, 2016

#NewKidsOnTheBlockChain Thursday! Come listen to some musical gems from around the globe.

#NewKidsOnTheBlockchain Thursday: Indie Rockers from Ukraine & Classical Singing de la Spain - LBRY

It's amazing to watch full resolution films with no ads on LBRY, but the protocol is also built to carry music, ebooks, and more. On today's #NewKids Thursday, we're...

LBRY.IO

Like Comment Share

18 Chronological

2 Shares

View 1 more comment

Jim Murphy I was *so* hoping that there was a band named 'NewKidsOnTheBlockchain'.
Like Reply 1y

LBRY Maybe there will be...
Like Reply 1y

Write a comment

LBRY
August 31, 2016

Wrap your head around the new business model that #LBRY is helping to pioneer. #appcoins $LBC

Search



3/12/2018                                    LBRY - Home



YOUR PAGES

Securities and Excha...

CONTACTS

**LBRY**
@lbryio

**App Coins and the dawn of the Decentralized Business Model**
Fred EhrsamBlockedUnblockFollowFollowingCo-founder @Coinbase. Previously trader @GoldmanSachs, computer science @DukeU.Aug 18 min readApp Coins...
MEDIUM.COM

👍 Like          💬 Comment          ↪ Share          ▾

🔵 19                                          Chronological ▾

2 Shares

**Abbi Shabazz** "I Love It"!!!
Like   Reply  1y

Write a comment...                    😊 📷 🖼 🎁
Press Enter to post

**LBRY**
August 31, 2016 · 🌐                          ...

We're tearing down the content wall and YouTube is going to pay for it!
#makeyoutubegreatagain #LBRY

**Content Without Borders - LBRY**
National borders shouldn't stop the flow of digital content. But they often do. As Estonian President Toomas Hendrik explained in an interview with Ars Technica, he can't buy a song on iTunes for his wife...
LBRY.IO

👍 Like          💬 Comment          ↪ Share          ▾

🔵 27                                          Chronological ▾

3 Shares

**Abbi Shabazz** " LETS ROCK " !!!
Like   Reply  1y

Write a comment...                    😊 📷 🖼 🎁
Press Enter to post

**LBRY**
August 30, 2016 · 🌐                          ...

It's hip to be Bitsquare! $LBC now listed on the decentralized BTC exchange. #LBRY #Nomiddleman

🔍 Search                              ⚙ ✎ 👥

3/12/2018                                          LBRY - Home



YOUR PAGES

Securities and Excha...

CONTACTS





LBRY
@lbryio

### FAQ ‹ Bitsquare - The decentralized bitcoin exchange

Is Bitsquare safe and Open Source?There are already other decentralized exchanges. How is Bitsquare different?Which altcoins are supported?How can I get support for my favorite altcoin?

BITSQUARE.IO

👍 Like        💬 Comment        🔗 Share        ▾

👍 21                                          Chronological ▾

2 Shares

Јован Богдановић very nice 😊
Like · Reply · 1y

Write a comment...                      😊 📷 🖼 🎬

---

**LBRY**
August 28, 2016 · 🌐

The #LBRY app is for "all audiences," while remaining committed to free speech, no gatekeepers, and creator control. #NotNSFW



### NSFW: LBRY Bares All (Then Quickly Covers Up)

The internet abhors a vacuum, and by that we mean any open forum without boobs. LBRY is apparently no different. It's well known that the internet and VHS tapes quickly became popular sources for adult content as the public began to explore...

LBRY.IO

👍 Like        💬 Comment        🔗 Share        ▾

👍 19

Write a comment...                      😊 📷 🖼 🎬

---

**LBRY**
August 27, 2016 · 🌐

Wow! My notifications inbox this morning. Nine #LBRY contributors all working hard on a Friday night - what a team!

Search        

LBRY
@lbryio



YOUR PAGES

Securities and Excha...

CONTACTS

Go watch Charney and HeckBender on #LBRY this weekend... Double the comedy, double the fun!

Kinda Sketchy, Totally Legit - LBRY
This week, we've added twice as many comedy partners as last week, starting with...

LBRY / IO

The world's best way to publish content without censorship or corporate control just got even better.

3/12/2018                                                                LBRY - Home



LBRY, providing an easier, friendlier, and more permanent publishing experience. This coincides with a beautiful update to our user-interface – a big upgrade to the....

👍 Like        💬 Comment        ↗ Share

🔵 24                                              Chronological ▾

1 Share

View 1 comment

**LBRY**
@lbryio

**LBRY**

How much work is it to build #LBRY for Windows? The code changes don't even fit in one screen! Soon™

Join us at slack.lbry.io to be notified of pre-release!

👍 Like        💬 Comment        ↗ Share

🔵 13                                              Chronological ▾

**Drew Phillips** Soon! tm LOL
Like · Reply · 1y

**Jonathan James McMillan** haha
Like · Reply · 1y

**LBRY**

"LBRY is the first digital marketplace to be controlled by the market's participants rather than a corporation. It is the most open, fair, and efficient marketplace for digital goods ever created, with an incentive design encouraging it to become the most complete."

Find Jeremy's chat with @realalexfortin on Libsyn & iTunes:
http://traffic.libsyn.com/alexfortin/BTF017.mp3... See More

### Jeremy Kauffman, CEO and co-founder of LBRY plans to take-over iTunes

In today's episode I spoke with Jeremy Kauffman, the co founder and CEO of LBRY, a completely...

**YOUR PAGES**

Securities and Excha...

**CONTACTS**

https://www.facebook.com/lbryio/

**LBRY**
@lbryio



🔄 Like    💬 Comment    ↗ Share   ▾

👍❤️😆 69           Chronological ▾

13 Shares

View 3 more comments

**Mary O'Donnell** Congratulations
Like   Reply   1y

**عضني ربع** Who loved to receive 0.00225 BTC for free? No spam,No other fucking things.Just a free coins from LBRY .more info:
https://lbry.io/get?r=GawaT
https://lbry.io/get?r=GawaT
Like   Reply   1y

Write a comment...      😊 📷 📹 🎁

Press Enter to post.

**LBRY**
August 22 2016 · 🌐

Your wait for #LBRY beta access is getting shorter!

**LBRY Re-Weighting Massive Beta Waiting List**
The waiting list to download the LBRY beta is well over 100,000 strong! If you join our Slack (the best place to stay on top of updates and get questions answered), one of the top inquiries is: When will I get my beta invite code?
LBRY.IO

🔄 Like    💬 Comment    ↗ Share   ▾

👍 19           Chronological ▾

2 Shares

**Јован Богдановић** this will be huge i can feel it 😊
Like   Reply   1y

**Jonathan James McMillan** I'm excited...
Like   Reply   1y

Write a comment...      😊 📷 📹 🎁

Press Enter to post.

**LBRY**
August 19 2016 · 🌐

What do you think of our new cover image? It is one of the first winners of the brand new #LBRY bounty program - https://lbry.io/bounty

YOUR PAGES

Securities and Excha.... 9+

CONTACTS



Like Comment Share

31 Chronological

LBRY
@lbryio

1 Share

**Sunder Thamizhan** When ll you publish platform for Windows??
Like · Reply · 1y

**LBRY**
https://www.facebook.com/lbryio/photos/a.1546812378968860.1073741828.1459178271065605/1649678822015548/?type=1&theater

**LBRY** Like Page
August 17, 2016
When will #LBRY be on Windows? Soon™

Like · Reply · 1y

Write a comment...
Press Enter to post.

**LBRY** updated their cover photo.
August 18, 2016

Like Comment Share

18

Write a comment...
Press Enter to post.

**LBRY**
August 18, 2016

Ever want to be Boba Fett? Earn bounties with less danger and #savetheinternet with the #LBRY bounty program.

YOUR PAGES
Securities and Excha... 9+
CONTACTS

Search

YOUR PAGES

Securities and Excha... 9+

CONTACTS



**LBRY**
@lbryio

Be Like Boba Fett – Earn Bounties for Helping LBRY Grow

The LBRY Bounty Program is now open to the public. Anyone in the world can now improve the future of the internet and digital content and earn money at the same...

LBRY.IO

👍 Like     💬 Comment     ➤ Share

▶ 19

3 Shares

Write a comment...
Press Enter to post

**LBRY**
August 17, 2016

When will #LBRY be on Windows? Soon™

👍 Like     💬 Comment     ➤ Share

▶ 20          Chronological ▾

2 Shares

View 12 more comments

**Vuyoh NixMapha Zulu** Is it available now?
Like · Reply · 1y

**Lolit Ebuenga** Paano po p member
Like · Reply · See Translation · 35w

Write a comment...
Press Enter to post

**LBRY** shared satoshi.pl's post
August 12, 2016

Thanks Poland!
Here's what Google Translate gives us:

AUGUST 2016 - PROJECTS BLOCKCHAIN NOTEWORTHY... See More

**satoshi.pl**
August 12, 2016          👍 Like Page

Kilka projektów godnych uwagi - w tym LBRY oraz Rootstock i Storj

Search

YOUR PAGES

Securities and Excha...  9+

CONTACTS



**LBRY**
@lbryio

**Sierpień 2016 – Projekty Blockchain godne uwagi**

Na portalu coinmarketcap.com dostępne jest zestawienie 359 aktywnych cyfrowych walut. Myślę, że 10% z nich to projekty godne uwagi. Zaś 3 może 4 to prawdziwe perełki, które powinno się znać i na bi...

👍 Like          💬 Comment          ↗ Share          ▾

12                                              Chronological ▾

View all 6 comments

Write a comment...                    😊 📷 🖼 🎁

---

**LBRY**
august 11 2016

We'll handle the content distribution side, Tim. #rebuildtheinternet

**How the father of the World Wide Web plans to reclaim it from Facebook and Google**

Facebook, Google, eBay, and others own vast swaths of Web activity and have unprecedented power over us, inspiring an effort to re-decentralize the Web.

DIGITALTRENDS.COM

👍 Like          💬 Comment          ↗ Share          ▾

24                                              Chronological ▾

10 Shares

View all 5 comments

Write a comment...                    😊 📷 🖼 🎁

---

**LBRY**
august 11 2016

We're not pulling any punches over here. Give a warm welcome to Million Dollar Extreme – LBRY's first comedy series! MDE is featured on Adult Swim and the first participants in LBRY's publishing partnership program: lbry.io/publish

YOUR PAGES

Securities and Excha... 9+

CONTACTS



**LBRY**
@lbryio

### LBRY Goes !!!MillionDollarExtremeiii

MillionDollarExtreme (MDE) is the first comedy series to become a LBRY publishing partner. We are now adding their classics to LBRY, and you can start with: Sam Hyde's 2070 Paradigm Shift – The ultimate TEDx troll; an instant internet classic...

LBRYIO

👍 Like    💬 Comment    ↗ Share

👍😃 27                                    Chronological ▾

1 Share

View all 4 comments

Write a comment...
Press Enter to post

😊 📷 🎞 🎁

---

**LBRY**
August 10, 2016

Emergent Order creates and distributes excellent, intelligent films. We are stoked to have them as one of our featured content partners. Watch "Fight of the Century: Keynes vs. Hayek Rap Battle" today!

KEYNES          HAYEK

**FIGHT OF THE CENTURY**    ⑤ECONSTORIES

### LBRY Brings You the Fight of the Century

LBRY is the junction where creativity and economics meet. It's a place to share, but also a carefully designed marketplace to reward creators for their efforts. Learn more about the economics of LBRY here. That's why we are so pleased to have...

LBRYIO

👍 Like    💬 Comment    ↗ Share

👍 13                                    Chronological ▾

2 Shares

View all 4 comments

Write a comment...
Press Enter to post

😊 📷 🎞 🎁

---

**LBRY**
August 10, 2016

Hey look at that! You can now use LBC to make payments with Bitwala. If you're a Bitwala + LBRY user, give them some love over at Steemit:
https://steemit.com/.../@teambi.../bitwala-is-now-accepting-lbry

Search    ⚙ ✎ 👥

YOUR PAGES

Securities and Excha...   9+

CONTACTS



**LBRY**
@lbryio

Bitwala is now accepting LBC! - Bitwala

Bitwala is accepting LBRY! You can use LBRY credits to pay for international bank transfers and topup your Bitwala Debit Card.

ABOUT.BITWA.CO

👍 Like          💬 Comment          ↪ Share                    ▾

🔵 13                                              Chronological ▾

2 Shares

View all 4 comments

     Write a comment                          😊 📷 📎 😀
     Press Enter to post

LBRY
August 9, 2016

We're thrilled to be expanding our audience and liquidity by joining one of the best exchanges in the world.

ShapeShift Adds LBRY Credits! Instant Conversion to Bitcoin, Ethereum, and More

ShapeShift Adds LBRY Credits! Instant Conversion to Bitcoin, Ethereum, and More

LBRY.IO

👍 Like          💬 Comment          ↪ Share                    ▾

🔵 100                                            Chronological ▾

18 Shares

View 4 more comments

     Longca Phi suprise
     Like  Reply  1y

     Write a comment                          😊 📷 📎 😀
     Press Enter to post

LBRY
August 5, 2016

Our first appearance in Russian media! LBRY aims to be a global phenomenon.

Search     ⚙ ✎ 👥

3/12/2018                                                                          LBRY - Home



YOUR PAGES

Securities and Excha...

CONTACTS

**LBRY**
@lbryio

LBRY - децентрализованный конкурент Netflix - cryptoscope

CRYPTOSCOPE.BLOGSPOT.COM

👍 Like        💬 Comment        ↪ Share        ▾

👍❤ 18                                                         Chronological ▾

3 Shares

View all 6 comments

Write a comment...                              😊 📷 🖼 🎬

Press Enter to post

**LBRY**
August 4, 2016 · 🌐                                          ···

So much news! Beta users can now publish their own content to LBRY. Not only that — we're offering a way to jump the enormous 100K+ waiting list for beta access. And earn $1,000 in LBC at the same time!

Publish Content

LBRY Name

lbry:// holycrap          This name is available

What LBRY name would you like to claim for this file?

Choose File

Choose File   thisisamazing.mp4
File ready for publishing!

Fee

You Can Now Publish on LBRY (& Earn $1,000)

Today, we released a new version of LBRY beta with tools to publish your own original content! Now anyone with access to LBRY beta can reserve LBRY names and publish their own original, digital content...

LBRY.IO

👍 Like        💬 Comment        ↪ Share        ▾

👍❤😆 71                                                      Chronological ▾

21 Shares

View all 8 comments

Write a comment...                              😊 📷 🖼 🎬

Press Enter to post

**LBRY**
August 3, 2016 · 🌐                                          ···

Who knew that modern URLs came to us through such a complicated, roundabout (and now largely defunct) fashion? A long read, but interesting for you geeks.

It will also give a little insight into why we use simplified "LBRY names" for content. You can read more about our strategy here:
https://lbry.io/what#naming

🔍 Search        ⚙ ✎ 👥



YOUR PAGES

Securities and Excha...

CONTACTS

LBRY
@lbryio

The History of the URL: Path, Fragment, Query, and
Auth - Eager Blog

The History of the URL: Path, Fragment, Query, and Auth

👍 Like          💬 Comment          ➦ Share          ▾

▶ 14                                              Chronological ▾

4 Shares

View all 7 comments

Write a comment          😊 📷 🖼 🎬

LBRY

Learn more about LBRY in real time on Declare Your Independence with
Ernest Hancock. Live at 11:05 EST on LRN.FM - The Liberty Radio Network:

http://lrn.fm/listen/online/

Audio Streams

Audio Streams Just click one of the links below (If
prompted, choose "Open") to launch the stream! There
is no registration or logging in required! All you have to
be able to do is play streaming .mp3. (Most media
players can.) If you can't do this, or are unsure, just

👍 Like          💬 Comment          ➦ Share          ▾

▶ 13                                              Chronological ▾

1 Share

View all 7 comments

Write a comment          😊 📷 🖼 🎬

LBRY

This is a very sad story, but we're proud to be a part of something that can
actually help people like Javier – not just in Venezuela, but any country
where access to basic needs are controlled by corrupt or ignorant
middlemen. Thank you for sharing your story, Javier!

Search



**LBRY**
@lbryio

YOUR PAGES

Securities and Excha...

CONTACTS

### Walking a Day in Venezuelan Shoes - LBRY

Javier, a young Venezuelan and cryptocurrency advocate, joined LBRY's Slack earlier this month to get access to our beta and learn more about LBRY's vision. He shared with us a brief look into his life in Venezuela, where a socialist government...

LBRY.IO

👍 Like          💬 Comment          ↪ Share

😊😮 74                                              Chronological ▾

23 Shares

View 1 comment

Write a comment...
Press Enter to post

---

**LBRY**
July 26, 2016 · 🌐

Mike Vine again! "Blockchain tech is great for artists. It allows them to share their works, earn money for them, and simply have a public record of who created what and when - all without needing big institution like a corporation or government to be the mediator. Art thrives when it is set free, and Blockchains put control back in the hands of the artists themselves. I expect to see a flourishing of new creativity in the blocknet like we saw with the dawn of the Internet."

### Blockchain: Good or Bad for Art and Artists?

Artists and artistic entrepreneurs discuss whether or not blockchain technology is good for art.

COINTELEGRAPH.COM

👍 Like          💬 Comment          ↪ Share

😊 16                                              Chronological ▾

View 1 comment

Write a comment...
Press Enter to post

---

**LBRY**
July 25, 2016 · 🌐

Mike Vine: "With $200 million, we would reshape content delivery across the internet – dramatically lowering costs to host and purchase movies, music, software, ebooks, and more. With that level of investment, we could confidently take on the corporate titans who tightly control media distribution

Search

3/12/2018                                        LBRY - Home

YOUR PAGES

Securities and Excha...

CONTACTS

LBRY
@lbryio



What if Bernie Sanders Had Raised Money for
Blockchain Startups Instead

Bernie Sanders led a campaign run off of small donations, amassing $200 mln. Had
he invested that money in Bitcoin, the world would have been much better off.

COINTELEGRAPH.COM

👍 Like          💬 Comment          ➰ Share

👍❤ 26                                        Chronological ▾

2 Shares

Joël Valenzuela Sad that people will raise for politics but not for
this.

Like  Reply  1y

Write a comment...

LBRY added a new photo.
July 22, 2016

**SO MUCH DRAMA**

**IN THE $LBC**

👍 Like          💬 Comment          ➰ Share

👍 17                                        Chronological ▾

8 Shares

Jeremy Kauffman https://www.youtube.com/watch?
v=H4hGSR5njZE

The Gourds - Gin and Juice

Search

**LBRY**
@lbryio



**LBRY**
July 21, 2015

Jeremy discussed LBRY on Core Radio with some excited hosts.

### Welcome to the Future of Decentralized File Sharing

Are you ready to put BitTorrent behind you ? Maybe get paid for your youtube videos, music, files ? The next generation of BitTorrent is here, do not be left behind as we take you through an adventure

SOUNDCLOUD.COM

👍 Like    💬 Comment    ↗ Share

15      Chronological ▼

3 Shares

View 1 comment

Write a comment...
Press Enter to post.

**LBRY**
July 20, 2015

If you're a beta user, and you haven't watched It's a Disaster yet, you're missing out! For everyone on the waiting list – don't worry. You'll be able to watch this excellent indie comedy and even more featured content when you get access.

### LBRY Launch a Disaster

Thanks to our intrepid Content Curator, Reilly Smith, LBRY's beta release was a disaster. What I mean to say is we unleashed a disaster. Ok, actually, we released the indie feature film It's a Disaster, and the response was tremendous...

LBRY.IO

👍 Like    💬 Comment    ↗ Share

65      Chronological ▼

3 Shares

View 1 more comment

**George Edwards** I totally thought that you guys were negging the launch of LBRY

Like   Reply   1y

↳ 1 Reply

Write a comment...
Press Enter to post.

YOUR PAGES

Securities and Excha...

CONTACTS

Search



YOUR PAGES

Securities and Excha...

CONTACTS

Starting shortly

#Blocktalk - LBRY Core Developer Jack
Robinson and Job Evers-Meltzer
• Twitter : https://twitter.com/block_talk • Facebook : https://ww...

YOUTUBE.COM

Like          Comment          Share

LBRY
@lbryio

15

Write a comment...

LBRY

Want to put some faces to the LBRY team? Have some hardballs to ask us?
Just want to know our favorite ice cream flavor?

We'll be on #blocktalk in 30 minutes (10pm EST)! You can also watch the
episode after.

https://www.youtube.com/watch?v=tN3u1TjB4tU

#Blocktalk - LBRY team is back!
• Twitter : https://twitter.com/block_talk • Facebook :
https://www.facebook.com/block.talk1/ • Steemit :https://steem...

YOUTUBE.COM

Like          Comment          Share

51                                                    Chronological ▾

11 Shares

View 3 more comments

LBRY This thread is not for support. Please visit our chat at
slack.lbry.io for help
Like    Reply

David Crayer is there any miner support Nvidia GPU?
Like    Reply

LBRY Yes come in slack #mining
Like    Reply

Write a comment...

LBRY

An exciting couple of weeks, but our focus remains the long-term value of
the LBRY protocol.

$1.2B Market Cap and We Don't Care - LBRY



YOUR PAGES

Securities and Excha... 9+

CONTACTS

LBRY
@lbryio

👍 Like    💬 Comment    ↗ Share ▾

😮🤍😍 98       Chronological ▾

12 Shares

View 10 more comments

**Thomas Pickett** does this replace bit torrent in some aspects?
Like · Reply · 1y

**LBRY** Yep! And adds payment for hosting files do you don't have to rely on goodwill alone.
Like · Reply · 1y

Write a comment...
Press Enter to post

**LBRY**
July 12, 2016 · 🌐

Bostinno checked us out again, speaking with Mike Vine: "The rules are set in stone as a blockchain, so we can't just turn around one day and say. 'We've decided to monetize, so we changed everything.'"

**LBRY's Blockchain-Based Netflix-Killer Is Now in Beta**
LBRY, a new protocol and service for sharing media online, is looking to give the power of sharing and consuming digital media back to the public. It allows media creators and consumers to interact directly - without any middlemen governing...
BOSTINNO.STREETWISE.CO

👍 Like    💬 Comment    ↗ Share ▾

▶ 29       Chronological ▾

4 Shares

View 1 more comment

**Танки Танки** good afternoon. how and when will I get these coins? How can exchange them?
Like · Reply · 1y

**LBRY** Join the beta: lbry.io/get
Get LBRY
LBRY.IO
Like · Reply · 1y
↳ View more replies

Write a comment...
Press Enter to post

**LBRY**
July 12, 2016 · 🌐

Introduction to LBRY.io ... in 100 Seconds

YOUR PAGES

Securities and Excha...

CONTACTS

LBRY
@lbryio



1.4K views

👍 Like      💬 Comment      ↪ Share

34                                                        Chronological ▾

20 Shares

Танки Танки good afternoon. how and when will I get these coins?
How can exchange them?

Like · Reply · 1y

↪ 1 Reply

Write a comment...

LBRY shared a link
July 11, 2016

The Mysterious 100K LBC Transaction: Revealed! -
LBRY

With the beta release of LBRY, we've gotten a lot of interest in our protocol and
cryptocoin. Like. a lot. The waiting list for a beta invite now has over 10K names – ...

LBRY.IO

👍 Like      💬 Comment      ↪ Share

11                                                        Chronological ▾

View 1 comment

Write a comment...

LBRY shared a link
July 11, 2016

3/12/2018                                    LBRY - Home



YOUR PAGES

Securities and Excha...

CONTACTS

LBRY
@lbryio

LBRY - The People's Marketplace

Imagine you make a movie, and want to make money letting people stream it and

THEBRAZENGEEK.COM

👍 Like       💬 Comment       ↪ Share

18

3 Shares

Write a comment...

Press Enter to post.

LBRY shared Reilly Smith's post.
July 9, 2016

Just streamin' through a blockchain. NBD.

347 Views

Reilly Smith
July 8, 2016

Just watching stuff in LBRY on a Friday night...

👍 Like       💬 Comment       ↪ Share

11

Write a comment...

Press Enter to post.

LBRY
July 6, 2015

"Taking into account all the LBC in existence, this would put LBC's market
cap at roughly $200 million – higher than Dash, MaidSafeCoin, Dogecoin
(wow!), and on par with Litecoin."



**LBRY**
@lbryio

**YOUR PAGES**

Securities and Excha...

**CONTACTS**

## LBRY Credits Listed on First Exchange! Liquidity Ensues!

US-based cryptocoin exchange Bittrex has become the first to list LBRY credits (LBC) for trade to/from Bitcoin. In the first day of trading, LBC went from no...

👍 Like        💬 Comment        ↪ Share

36                                              Chronological ▼

7 Shares

View all 6 comments

**LBRY**

"The point of decentralization is to push the power and the responsibility to the users, rather than having some large company in the position of making value judgments for hundreds of millions of people."

### Making Netflix and Youtube Outdated: How Blockchain Changes Media

Mike Vine from LBRY discusses how the centralized online content platform giants will be facing fierce competition from decentralized, creator-controlled media.

👍 Like        💬 Comment        ↪ Share

24

5 Shares

**LBRY**

LBRY beta launch writeup in International Business Times
#IndependenceDay #LaunchDay #Blockchain



LBRY
@lbryio

Blockchain content sharing app LBRY declares independent from Google, Apple and Amazon

LBRY has released a Beta version of its app and more content deals.

IBTIMES.CO.UK

Like Comment Share

13

3 Shares

Write a comment...

Press Enter to post.

LBRY
July 4, 2016

Cointelegraph's Joel Valenzuela got the scoop on LBRY's beta launch. #Exciting #LaunchDay #DeclareYourIndependence

LBRY Launches Blockchain-Based Creator-Controlled Content App, New Appcoin

On US Independence Day, Blockchain startup LBRY released a beta app and a new accompanying cryptocurrency to help artists retain control over their work.

COINTELEGRAPH.COM

Like Comment Share

90 Chronological

9 Shares

View all 6 comments

Write a comment...

Press Enter to post.

LBRY
July 4, 2016

LBRY Beta is live, with featured content from content partners Oscilloscope Laboratories and Emergent Order! Watch "It's A Disaster!" with David Cross and Julia Stiles, and "Fight of the Century: Keynes vs. Hayek Rap Battle".

YOUR PAGES

Securities and Excha... 9+

CONTACTS

Search

YOUR PAGES

Securities and Excha...   9+

CONTACTS



**LBRY**
@lbryio

### LBRY Beta Goes Live! A Declaration of Independence from Big Media

LBRY Announces Beta Release, Live Blockchain & Major Content Deals on July 4th. 240 years ago, a ragtag group of rebels declared their independence from the...

👍 Like          💬 Comment          ↗ Share          ▾

👍❤ 164                              Chronological ▾

42 Shares

View all 7 comments

**LBRY**
June 9, 2016

"Porcfest was one of the most affirming, exciting moment for LBRY to happen yet. It was tremendous to meet hundreds of people who truly understood LBRY and were excited about the future we are creating together."

### History Is Made - First Public Film Screenings via Blockchain at PorcFest XIII - LBRY

History Is Made - First Public Film Screenings via Blockchain at PorcFest XIII

👍 Like          💬 Comment          ↗ Share          ▾

👍❤ 37                               Chronological ▾

7 Shares

View 1 more comment

**Richard Honer** The entire idea is fascinating. I predict LBRY is going to be huge.
Like  Reply  1y

   **LBRY** Thank you!
   Like  Reply  1y
   ↳ View more replies

Write a comment...



YOUR PAGES

Securities and Excha...

CONTACTS

LBRY
@lbryio

Our Beta launch is right around the corner, but you can get in on the action early by beginning to mine LBC.

Come and Get 'Em! LBRY Credits Now Available to Mine

uess what? The LBRY blockchain is now LIVE, and anyone can begin mining LBRY credits (LBC)! At this point, LBC are only mineable by CPU on OS X and Ubuntu. You can get started here...

LBRY.IO

Like    Comment    Share

89        Chronological

2 Shares

View 1 more comment

Meije Sibbel when can we start to mine on windows?
Like Reply 1y

LBRY As soon as we or someone writes a windows miner!
Like Reply 1y

Write a comment...
Press Enter to post

LBRY
June 22, 2016

LBRY "brings the focus back to where energy should always be highest: how can this story or this piece or this song be its best? I don't have to worry about whether it will be available or not to my audience, who consume content 10 different ways. I can just create."

LBRY's Content Curator Is An Indie Kid Who Will Show You What's Good

Peel away the high-tech shell and digital-age innovation and you'll find that at its core, LBRY is all about something as old as mankind itself - telling stories. And no...

LBR.IO

Like    Comment    Share

35        Chronological

2 Shares

View 1 comment

Write a comment...
Press Enter to post

LBRY
June 21, 2016

Help LBRY in 30 Seconds! We will be at Mass Innovation Nights 88 on July 12th, but only those products with the most online votes will get to speak to

Search

It!" next to our logo.
http://mass.innovationnights.com/.../mass-innovation-nights-88

YOUR PAGES

Securities and Excha...

CONTACTS

LBRY
@lbryio



### Mass Innovation Nights 88 | Mass Innovation Nights

We are back again at LogMeIn for our next event, MIN #88! But wait, prepare to be even more impressed than before, this is LogMeIn's brand NEW, SUPER SLEEK location in Boston's Fort Point. It is the same street (just the other side of the...

MASS.INNOVATIONNIGHTS.COM

👍 Like          💬 Comment          ↪ Share          ▾

👍 3

Write a comment...      😊 📷 🎞 🃏
Press Enter to post

---

**LBRY**
June 5, 2018 · 🌐

Meet 5 of the LBRY team in person, AND party with thousands of like-minds – an offer you can't refuse! Check out our Porcfest schedule. See you there!

### Jeremy Kauffman's schedule for PorcFest XIII

Jeremy will be discussing, "LBRY 101: Using the Blockchain to Eliminate Digital Middlemen"

PORCFEST3THE.SCHED.ORG

👍 Like          💬 Comment          ↪ Share          ▾

👍❤ 59                                      Chronological ▾

7 Shares

**Scott Bowers** "Like minds"
Like · Reply · 1y

Write a comment...      😊 📷 🎞 🃏
Press Enter to post

---

**LBRY**
June 1, 2018 · 🌐

"I strongly believe that a world where LBRY is popular would be a better world than we have today."







LBRY
@lbryio

New Core Teammate Is An Ultimate Wizard: Meet Grin - LBRY
New Core Teammate Is An Ultimate Wizard: Meet Grin
LBRY.IO

Like Comment Share

21 Chronological

1 Share

Chris Cline His face is losing the battle against his beard. Lay down your swords, Grin's face.
Like · Reply · 1y

Write a comment...
Press Enter to post.

LBRY
May 25, 2016

LBRY plans to be the open-source answer to BitTorrent. Your content won't be controlled by a patented, proprietary service.

BitTorrent's New Streaming Service: Close but No Cigar - LBRY
BitTorrent's New Streaming Service: Close but No Cigar
LBRY.IO

Like Comment Share

31

4 Shares

Write a comment...
Press Enter to post.

LBRY
May 25, 2016

Our Slack chat is no longer invite-only! Join and chat with the team: http://slack.lbry.io/

Join LBRY on Slack!

YOUR PAGES
Securities and Excha... 9+
CONTACTS

Search

SLACK.LBRY.IO

Like Comment Share

12

1 Share

LBRY
@lbryio

Write a comment...

YOUR PAGES
Securities and Excha... 9+
CONTACTS

**LBRY**
May 20, 2016

Even after you purchase digital media, some middlemen retain some control of your digital files. Not LBRY.

Apple Lost My Music! - LBRY

Click. Poof. Gone. That's the experience users have reported with the Apple's Music subscription service. As James Pinkstone described it on Vellum, the service deleted files right off his laptop's hard drive. Deleted. As in gone forever.

LBRY.IO

Like Comment Share

40 Chronological

4 Shares

View 3 more comments

**Ken Bailie** Amazon.com having the ability to remove books or alter them without permission is another great reason not to use the things these companies are creating to control who owns things. They really don't get it either.

amazon Amazon.com: Online Shopping for Electronics, Apparel, Computers,...
AMAZON.COM

Like Reply 1y

Write a comment...

**LBRY**
May 12, 2016

Imagine if artists could receive your tips – no matter how big or how small – with no middleman taking a slice.

Search

YOUR PAGES

Securities and Excha... 8+

CONTACTS

**LBRY**
@lbryio

### Tipping In LBC - LBRY

As our team ramps up for the Beta release of the LBRY protocol, we're making sure to have a little fun too. New team member Alex Grin set up a LBC tipbot on LBRY's Slack, so now when someone does something cool, we're high-fiving each other...

LBRY.IO

👍 Like      💬 Comment      ↪ Share

😊 49                                    Chronological ▾

10 Shares

**Tony Koide** Martino Pellaratti Your label should go all in on this.
Like  Reply  1y  Edited

Write a comment...
Press Enter to post

---

**LBRY**
May 6 2016

Bandcamp has been a great boon to independent artists, but LBRY has the potential to connect artists to their fans for a fraction of the cost.

### Bandcamp Is Cool & Growing – But They Still Take 15% - LBRY

Bandcamp, the online music store and platform for artist promotion, has a been a boon to independent musicians. According to a Billboard article, Bandcamp has...

LBRY.IO

👍 Like      💬 Comment      ↪ Share

😊 46                                    Chronological ▾

8 Shares

View 2 more comments

**Tony Koide** Jason Quasar
Like  Reply  1y

**Matthew McKee** Jake Cravens
Like  Reply  1y

Write a comment...
Press Enter to post

Search

3/12/2018                                    LBRY - Home



An introduction to #LBRY: the first digital marketplace controlled by market
participants rather than a 3rd-party.

## The LBRY Network

Access information and content in ways you never dreamed possible. Earn credits
for your unused bandwidth and diskspace.

LBRY.IO

👍 Like          💬 Comment          ↪ Share          ▼

👍❤ 27

8 Shares

Write a comment...

**LBRY**
May 1, 2016

Learn more about LBRY on our updated site: LBRY in 60 seconds; our
vision for art in the internet age; even connect directly to our team. Come
explore.

## Learn About LBRY

Learn more about LBRY, the technology that puts you back in control of the internet.

LBRY.IO

👍 Like          💬 Comment          ↪ Share          ▼

👍 8                                                            Chronological ▼

1 Share

**Bobby Hutter** just successfully installed the latest version; was able
to search & watch its a wonderful life. very very cool.
Like  Reply  1y

   **LBRY** Awesome! Feel free to email me if you want an invite
   to our Slack: josh@lbry.io
   Like  Reply  1y

**Brian Dotson** Installed, was able to search for wonderful life, but
couldn't download it or watch it. Checked the help screen, saw to
forward ports. That doesn't work either. What am I missing?
Like  Reply  1y

YOUR PAGES

   Securities and Excha...   9+

CONTACTS





Feedback - LBRY

LBRY.IO

Like Reply 1y

Write a comment...

Press Enter to post.

LBRY
@lbryio

YOUR PAGES

Securities and Excha... 9+

CONTACTS

**LBRY**
May 2, 2016

Our updated site now detects and supports multiple OSs for downloading LBRY's pre-release beta. Come get it and earn 1,000 LBC.

Get LBRY

Download or install the latest version of LBRY.

LBRY.IO

Like Comment Share

4

Write a comment...

Press Enter to post.

**LBRY**
April 26, 2016

"In order for culture to stay alive, we have to be open – transmitting and receiving information."

Information Gatekeepers Make Our Culture Sick

The free flow of ideas is vital for a healthy, functioning society. When the flow of information is blocked in some way, culture atrophies. Nina...

BLOG.LBRY.IO

Like Comment Share

15 Chronological

3 Shares

Bob Robertson Wonderful!

Like · Reply · 1y

Search

YOUR PAGES

Securities and Excha...

CONTACTS

LBRY
@lbryio

Write a comment...

**LBRY**

There's a new and improved version of LBRY for OS X, try it out, then you'll be able to access content on the LBRY network by going to a lbry:// address, such as lbry://wonderfullife

lbry.io/get

(there's no command line despite what it warns)

Get LBRY

Download or install the latest version of LBRY.

Like Comment Share

20 Chronological

2 Shares

**Bobby Hutter** Excited to try it; I've been having trouble getting either browser or terminal version to work on os x version 10.11!

Like · Reply · 1y · Edited

**LBRY** What kind of problems?

Like · Reply · 1y

View previous replies

**LBRY** If the latest version isn't working for you, could you send a message to jack@lbry.io? Thanks!

Like · Reply · 1y

View more replies

Write a comment...

**LBRY**

Verifying that +lbryio is my blockchain ID. https://onename.com/lbryio

LBRY's blockchain ID - registered via onename.com

Search

3/12/2018                                    LBRY - Home

OPEN4ME.COM

👍 Like        💬 Comment        ↪ Share        ▾

👍❤ 8

1 Share

⬤ Write a comment...        😊 📷 🖼 🎁
Press Enter to post

**LBRY**
@lbryio



🔵 **LBRY**
April 10, 2016 · 🌐

Your swag problems have been solved. LBRY shirts now available on Open Bazaar at ob://7f2fa6be0cda3b68073c301039193b90fbe1ae09/about

👍 Like        💬 Comment        ↪ Share        ▾

⬤ 7

⬤ Write a comment...        😊 📷 🖼 🎁
Press Enter to post

🔵 **LBRY**
April 6, 2016 · 🌐

Congrats to our friends OpenBazaar on launching their network this week!

👍 Like        💬 Comment        ↪ Share        ▾

⬤ 4

1 Share

⬤ Write a comment...        😊 📷 🖼 🎁
Press Enter to post

🔵 **LBRY**
March 28, 2016 · 🌐

We just released a BRAND NEW OS X version of LBRY! If you are a previous tester, please be sure to follow the clean-up instructions in the README. http://lbry.io/get

YOUR PAGES

🔵 Securities and Excha...  9+

CONTACTS

🔍 Search        ⚙ ✏ 👥





LBRY
@lbryio

Like Comment Share

25 Chronological

2 Shares

View 2 more comments

James Bong Oh.understand...do not get myeslf often...was appreciating tne post 🙂
Like · Reply · 1y

Kristin Weitzel Oh how I wish I could test! Keep up the good work 💪
Like · Reply · 1y

Write a comment...

LBRY shared a link
March 21, 2016

Built for Artists by Autists: LBRY Takes Autism Personally

Understanding autism is personal for us. A recent New York Times op-ed by John Elder Robison tells the story of his life before and after taking part in a...

BLOG.LBRY.IO

Like Comment Share

23 Chronological

11 Shares

Patricia Wulfson Following with interest.
Like · Reply · 1y

Esteban Carlos Vazquez I've been following LBRY with some interest for a while. Now this-- a subject I hold so near and dear to my heart-- is mentioned and looked upon with interest by LBRY?

I'm not interested from a distance anymore. I'm full-fledged on board, and when the time alots for it in the near future I want to do what I can to get up close and personal with the LBRY project.
Like · Reply · 1y

LBRY If you'd like to join our Slack chat, message us your email address!

YOUR PAGES
Securities and Excha... 9+
CONTACTS

Search

**LBRY**
@lbryio

**LBRY**
March 17, 2016

Probably the #1 question about LBRY... answered!

### Why Doesn't LBRY Just Use Bitcoin?

LBRY employs blockchain technology, but doesn't use Bitcoin itself. Instead, we use our own cryptocurrency, LBRY Credits (LBC). Perhaps the most-asked question we receive is: Why have you created LBC, rather than using Bitcoin? Wouldn't it be...

BLOG.LBRY.IO

👍 Like          💬 Comment          ➦ Share

23                                          Chronological ▼

1 Share

**Dave Taylor** This is the most accurate description I'v ever seen.
Like  Reply  1y

**Troi Bryan** could not find you on Coin Market Cap...
Like  Reply  1y
↳ View 1 more reply

**LBRY** Right now LBRY is running a testnet. Once we go live and LBC credits exist, we'll talk to them.
Like  Reply  1y

Write a comment...

**LBRY**
March 3, 2016

We just feel so "out there", y'know?

### LBRY Exposes Itself to World; Adds Mad Scientist to Team

LBRY hit some pretty significant milestones since the first of the year, and the momentum just keeps building with the addition of a new core team...

BLOG.LBRY.IO

👍 Like          💬 Comment          ➦ Share

**YOUR PAGES**

Securities and Excha...

**CONTACTS**

Search



7 Shares

**Andrew Ribeiro** Please explain this service in one sentence.
Like   Reply   2y

> **LBRY** Our mission is to build a magic box where regular people can find and enjoy any film, song, or book ever created.
> Like   Reply   2y
> ↪ View more replies

**Bob Robertson** Sorry, forgot to let you know after Liberty Forum: Debian build worked perfectly, on Debian _UNstable_, Software versions on Stable were too old, it built perfectly and ran without problems on Unstable.
Like   Reply   2y

**YOUR PAGES**
Securities and Excha...

**CONTACTS**

**LBRY**
@lbryio

---

**LBRY**
February 25, 2016

Is this a recording of LBRY's World Premiere Live Demo at Liberty Forum 2016 – or is it a test to see how low quality A/V you will tolerate to learn more about our project? #whynotboth

**LBRY World Premiere + Live Demo at Liberty Forum 2016**
Jeremy Kauffman and Mike Vine of http://LBRY.io present at the Liberty Forum 2016 in Manchester, NH. Full unedited video.
WWW.YOUTUBE.COM

👍 Like    💬 Comment    ↪ Share

👍 5

1 Share

---

**LBRY** shared Levi Dunn's photo
February 23, 2016

Thanks to all the LBRYians who came to our live demo at Liberty Forum 2016. Look how happy you made Mike!

Search

YOUR PAGES

Securities and Excha...  9+

CONTACTS

**LBRY**
@lbryio



**Levi Dunn** is with **Mike Vine** in 📍 Manchester, New Hampshire. 👍 Like Page
February 23, 2016 · 🌐

**Mike Vine** on **LBRY**, a decentralized, open-source, encrypted content distribution network that might allow users to find most any film, song or book ever created.

👍 Like     💬 Comment     ➡ Share    ▾

👍 4

○ Write a comment...
Press Enter to post.

😊 📷 🖼 🎬

---

**LBRY**
February 23, 2016 · 🌐     ···

LBRY gets a mention in @TheDailyDecrypt's Liberty Forum coverage.

**Tech, Snowden, & Bitcoin Everywhere: Liberty Forum 2016**
The annual winter conference by The Free State Project...
WWW.YOUTUBE.COM

👍 Like     💬 Comment     ➡ Share    ▾

👍 29              Chronological ▾

4 Shares

**Jean Sunell** Hi Cubby! 🙂
Like · Reply · 2y

**Christine Butler** Nicely done! 👍
Like · Reply · 2y

○ Write a comment...
Press Enter to post.

😊 📷 🖼 🎬

---

**LBRY**
February 20, 2016 · 🌐     ···

LBRY during Liberty Forum 2016 #NHLF16

Search   ⚙ ✎ 👥

YOUR PAGES

Securities and Excha...

CONTACTS



LBRY
@lbryio

Like    Comment    Share

16

Write a comment...
Press Enter to post

LBRY shared a link
February 17, 2016

If LBRY Succeeds, Humanity Wins: LBRY CEO on Lions of Liberty Podcast

Marc Clair interviewed LBRY founder and CEO Jeremy Kauffman on the Lions of Liberty Podcast this week. The concise, 1/2-hour conversation covers everything...

BLOG.LBRY.IO

Like    Comment    Share

60                                                Chronological ▾

9 Shares

Michael Genovese Who is this leader of men??
Like  Reply  2y

Write a comment...
Press Enter to post

LBRY
February 12, 2016

Update: Wikimedia forced to remove Anne Frank's Diary due to fanatical US copyright law

Search

Case 1:21-cv-00260-PB   Document 57-1   Filed 05/04/22   Page 69 of 77

YOUR PAGES

Securities and Excha...

CONTACTS

**LBRY**
@lbryio



**Wikimedia Forced to Remove Anne Frank's Diary**

Copyright law seems hell-bent on keeping The Diary of Anne Frank out of the public domain. When the copyright in the Netherlands for this seminal...

BLOG.LBRY.IO

👍 Like     💬 Comment     ↪ Share

😊😆 6

5 Shares

Write a comment...

Press Enter to post.

---

**LBRY**
February 5, 2016

Front page of @CoinTelegraph! The #appcoin revolution starts here!

**The Appcoin Revolution: Interview with Mike Vine of LBRY**

Interview with Mike Vine of LBRY on appcoins as vital components of decentralized applications.

COINTELEGRAPH.COM

👍 Like     💬 Comment     ↪ Share

🔵 41        Chronological ▾

5 Shares

Joël Valenzuela "There's an app(coin) for that."
Like Reply 2y

Write a comment...
Press Enter to post.

---

**LBRY**
February 4, 2016

Hey, how about you join our email list, or maybe even try our Alpha version?

Search ⚙ ✎ 👥



YOUR PAGES

Securities and Excha... ▶

CONTACTS

**LBRY**
@lbryio

## Join Us Now

Keep up to date with LBRY developments. Even try our Alpha if you dare!

LBRY.IO

👍 Like      💬 Comment      ↗ Share           ▾

6

Write a comment...                      😊 📷 📷 👾
Press Enter to post

---

**LBRY** shared a group                                          ...
February 1, 2016 · 🌐

Are you just so anxious for LBRY to be ready that you need a support
group?
Done!

From "http://staging.lbry.io":
awww I do nothing

**LBRYians - LBRY Early Adopters**                     OK

Closed Group                                        + Join Group
25 Members

👍 Like      💬 Comment      ↗ Share           ▾

1

Write a comment...                      😊 📷 📷 👾
Press Enter to post

---

**LBRY**                                                         ...
January 27, 2016 · 🌐

AMA Today at 4 Eastern slack.getjumbucks.com

**Jumbucks on Twitter**
"LBRY Team will be in Jumbucks Slack in 1 hour to do
a LBRY AMA! https://t.co/zaoWxgJsEW
https://t.co/VPG8KuweYW @LBRYio"

JUMBUCKS                    TWITTER.COM

👍 Like      💬 Comment      ↗ Share           ▾

1

Write a comment...                      😊 📷 📷 👾
Press Enter to post

---

**LBRY**                                                         ...
January 22, 2016 · 🌐

We're also looking to grow our dev team! Check out the details in this link.

Search          ⚙ ✎ 👥



**LBRY**
@lbryio

### Try LBRY's Graphical Interface On OS X El Capitan

We're pleased to announce a new Alpha version of LBRY featuring a browser-based graphical interface for OS X El Capitan. Anyone with an up-to-date Mac can now test out the library of the future — and earn 1,000 LBRY credits....

BLOG.LBRY.IO

👍 Like          💬 Comment          ↪ Share          ▾

👍 15                                            Chronological ▾

1 Share

**Rasheed Moore** > get-blockchain-status
This application is 61 weeks behind the LBC blockchain. It
should only take a few minutes to catch up. (It's been about half an
hour with no change)

Like  Reply  2y

> **LBRY** Thanks for trying it. Usually the blockchain
> downloads pretty fast. We are switching to Electrum
> technology shortly for this reason.
>
> Like  Reply  2y
>
> ↳ View more replies

Write a comment...          😊 📷 🖼 🎁

**LBRY** shared a link
January 15, 2016  🌐

### LBRY App Sneak Peak + Big Questions Answered - LBRY on #Blocktalk Last Night

The LBRY team spoke with the guys at Decentral Vancouver, one of many Bitcoin-focused collaboration spaces popping up around the world. The most notable part...

BLOG.LBRY.IO

👍 Like          💬 Comment          ↪ Share          ▾

👍 11

4 Shares

Write a comment...          😊 📷 🖼 🎁
Press Enter to post

**LBRY** shared a link
January 14, 2016  🌐

YOUR PAGES

Securities and Excha...

CONTACTS

LBRY
@lbryio



### The DMCA's Chilling Effect on Security Research and Innovation

You walk into a Barnes and Noble, pick up a copy of Look Me in the Eye, hand the cashier money, and leave the store. The book now belongs to you, right? Of...

👍 Like          💬 Comment          ↪ Share          ▾

● 13

Write a comment...                    ☺ ◎ GIF 📷

---

**LBRY**
January 14, 2016 · 🌐                                            ...

Fun fact we learned when submitting SEC paperwork: the government runs a website that has hours and closes.

| Pacific | Mountain | Central | Eastern |
|---------|----------|---------|---------|
| 3am-7pm | 4am-8pm  | 5am-9pm | 6am-10pm |

👍 Like          💬 Comment          ↪ Share          ▾

● 12                                              Chronological ▾

Dominick Bucci Yep. They do that...
Like  Reply  2y

Josh Finer The little men inside the computer need a coffee break, geez!
Like  Reply  2y                                        🔵

Write a comment...                    ☺ ◎ GIF 📷

---

**LBRY** shared Grammarly's photo
January 11, 2016 · 🌐                                        ...

Rest assured, geeks! We can rebuild it... Better, faster, stronger! #LBRY

Search          

YOUR PAGES

Securities and Excha...  9+

CONTACTS

LBRY
@lbryio



**Grammarly** is with Jessica Dowell and 44 others    👍 Like Page
October 2, 2014 · 🌐

Never forget!

👍 Like        💬 Comment        ↪ Share    ⚪ ▾

🔵 26

Write a comment...                  😊 📷 🖼 🎞
Press Enter to post

**LBRY** shared a link              •••
January 6, 2016 · 🌐

**LBRY Means Business With
Addition of Josh Finer, MBA**

Every team needs a guy who can do stuff. All kinds of
stuff. We're excited to announce that Josh Finer will be
"that guy" on the LBRY team. Finer's official title is
Chief Growth Officer, but we just...

BLOG.LBRY.IO

👍 Like        💬 Comment        ↪ Share    ⚪ ▾

🔵 26                                Chronological ▾

1 Share

**Jean Sunell** Love the fact that he loves Animals.
Like  Reply · 2y                    🔵 1

Write a comment...                  😊 📷 🖼 🎞
Press Enter to post

**LBRY**                            •••
December 31, 2015 · 🌐

                                    🔍 Search        ⚙ ☑ 👥



**LBRY**
@lbryio

## Jack Robison Escaped 60 Years in Prison; Now He's Revolutionizing Content

Today, we officially announce the addition of Jack Robison to the LBRY team as Core Developer. Jack has been working on the project for some time, and we...

BLOG.LBRY.IO

👍 Like          💬 Comment          ↪ Share

▶ 74                                                Chronological ▾

18 Shares

**Jean Sunell** That bitch prosecutor makes me sick! Hope KARMA bites her in the ass! Totally disgusting and a huge waste of taxpayer's money. Not to mention the fact that she ruined a genius' ambition. Piss on her!

Like  Reply  2y

Write a comment

---

**LBRY**
December 30, 2016

Welcome to the team, Professor Huemer! Just in time to help us make our New Year's resolutions.

## LBRY Blockchain App Can Now Tell Right From Wrong

Professor Michael Huemer to Help Guide LBRY As Ethical Advisor Songwriter Steve Taylor painted a grim picture of our modern day ethical landscape: "Took a class - big fun - modern ethics 101 - first day - learn why -...

BLOG.LBRY.IO

👍 Like          💬 Comment          ↪ Share

▶ 15                                                Chronological ▾

5 Shares

View 1 more comment

**Travis Eden** Great rationalist and ethicist.

Like  Reply  2y

**Anna Christa** this guy says some interesting stuff (see his TEDx talk) but unfortunately when given enough time he gets tangled in his own logic and starts contradicting himself:
https://www.youtube.com/watch?v=vmCn2vP-DEo

YOUR PAGES

Securities and Excha... 3+

CONTACTS



Libertarianism: The Common Sense...

YOUTUBE.COM

Like · Reply · 2y

Write a comment...
Press Enter to post

LBRY
@lbryio

**LBRY**
December 24, 2015

LBRY is more magical than you thought. #ItsAWonderfulLife

**Our Christmas Surprise!**
We at LBRY have spent the past several months talking up our protocol. It's the world's first decentralized, censorship-resistant, open-source, peer-to-peer information marketplace. It's one part Bitcoin, one part Bittorrent, and one part...

BLOG.LBRY.IO

👍 Like          💬 Comment          ↗ Share

⚫ 32

2 Shares

Write a comment...

**LBRY**
December 20, 2015

What's a new market for information without a little friendly competition?

**@alexandria Hello Friend**

LIKES
3

6:48 PM - 16 Dec 2015

**ALEXANDRIA** @alexandria · 13h

**BraveNewCoin Compares LBRY to Alexandria: Who Will Be the First to Supplant BitTorrent?**
If you haven't heard, LBRY has a little competition – Alexandria, "The People's Library". Now don't get us wrong; LBRY welcomes competition! In fact, we're...

BLOG.LBRY.IO

👍 Like          💬 Comment          ↗ Share

⚫ 5

Write a comment...
Press Enter to post

YOUR PAGES

Securities and Excha... 9+

CONTACTS

YOUR PAGES

Securities and Excha... 9+

CONTACTS

In case you missed it – Mike Vine shares LBRY's vision for a decentralized Internet.

**LBRY**
@lbryio



ALBERT LU
The Power & Market Report            @ALBERTKLU

### Web 3.0: Movies, Songs, and Books with No Gatekeepers (Sorry iTunes)

Still trying to wrap your head around LBRY? Mike Vine, our Technology Evangelist, explained the nuts and bolt in this interview with Albert K. Lu on The Power &...

BLOG.LBRY.IO

👍 Like          💬 Comment          ↪ Share

▶ 90                                        Chronological ▼

11 Shares

**Dmitry A. Chernikov** I have a word of warning: LBRY sounds like "lesbian bisexual something." Change the name.

Like   Reply  2y

↳ View previous replies

**LBRY** That gives us an idea for a company handling large bitcoin transactions. We're calling it LGBTC. Thanks Dmitry!

Like   Reply  2y

↳ View more replies

Write a comment...                        😊 📷 🎞 🎁

**LBRY**
December 18, 2015

#BraveNewCoin compares #LBRY and ALEXANDRIA. The story fails to mention how much $$$ they wasted on vowels.

### Alexandria vs LBRY - Which will be the file sharing application of the next generation? » Brave...

The next generation of file sharing applications is on the verge of being released with new features like...

BRAVENEWCOIN.COM

👍 Like          💬 Comment          ↪ Share

▶ 14                                        Chronological ▼

1 Share

**Max Dyer** #vowelgate

Like   Reply  2y

Write a comment...                        😊 📷 🎞 🎁

**LBRY**
December 18, 2015

Search

Report

PMR 2015-12-8 Mike Vine | Blockchain Library: Liberating Digital Content

Mike Vine of LBRY.io joins the program to discuss the...

YOUTUBE.COM

Like Comment Share

24 Chronological

8 Shares

LBRY
@lbryio

**Jeremy Kauffman** Little documented fact, but we would have never invented LBRY without Kanye https://www.youtube.com/watch?v=L53gjP-TtGE

Kanye West - POWER

YOUTUBE.COM

Like · Reply · 2y

**Joshua Connelly** Michael Curtin thought you might like this page

Like · Reply · 2y 2

Write a comment...

Press Enter to post.

**LBRY**
December 8, 2015

@ATabarrok joins @LBRYio team as Econ Advisor! #MarginalRevolution, meet #ContentRevolution http://ow.ly/VCBTD

GMU Economist Alex Tabarrok Joins LBRY

LBRY Inc., the startup employing Bitcoin's blockchain technology to revolutionize how the world distributes and consumes digital media, has added...

BLOG.LBRY.IO

Like Comment Share

11

9 Shares

Write a comment...

Press Enter to post.

See More

YOUR PAGES

Securities and Excha... 9+

CONTACTS

Search

