## Short Message Report

| Conversations: 1 | Participants: 7 |
|---|---|
| Total Messages: 49 | Date Range: 8/5/2019 |

## Outline of Conversations

 **[NO REWARDS DISCUSSION OR LINK SHARING] LBRY Chat - 2019-08-05** • 49 messages on
8/5/2019 • Aks • Ivan Hranat • Leo Fisun • R D • Thomas LBRY (Tom) • Unknown • Wailing Sailer 967



EXHIBIT 27
21-cv-00260-PB

Confidential, Protected by Protective Order		LBRY_SEC00064427

**Messages in chronological order** (times are shown in GMT +00:00)

### [NO REWARDS DISCUSSION OR LINK SHARING] LBRY Chat - 2019-08-05

**Unknown** — 8/5/2019, 12:40 AM
Is there the ability to block certain tags on the home screen? Because I know you can add them.

**Thomas LBRY (Tom)** — 8/5/2019, 12:46 AM
Not yet, we'll be adding a way to block channels first.

**Unknown** — 8/5/2019, 1:10 AM
bridges like shapeshift and cex's aren't needed anymore if we can atomic swap into LBC tokens directly with btc, bts, bch, etc. this will increase LBC liquidity and platform popularity immensely without having to pay cex's and bridges to list LBC.

**Unknown** — 8/5/2019, 1:12 AM
in addition to that, we'd like to add LBC as a payment choice on the palmpay point of sale systems ( i am the pm there). so people who earn LBC can spend it on groceries and bills etc.

**Unknown** — 8/5/2019, 1:13 AM
but LBRY just needs to enable htlc first.

**Thomas LBRY (Tom)** — 8/5/2019, 5:15 AM
We have HTLC, but our users don't want shifting into crypto, they want fiat gateways...so we won't be priortizing atomic shifts at the moment. We are looking into gateway solutions per our roadmap: lbry.com/roadmap

**Thomas LBRY (Tom)** — 8/5/2019, 5:16 AM
If someone wants to work on integrating it into a Dex, that's another route. There are many that look good.

**Leo Fisun** — 8/5/2019, 5:50 PM
Member Action: invite_members

**Ivan Hranat** — 8/5/2019, 5:50 PM
Привет)

**Leo Fisun** — 8/5/2019, 5:50 PM
Ку)

**Leo Fisun** — 8/5/2019, 5:50 PM
Здесь русский админ?

**Ivan Hranat** — 8/5/2019, 5:51 PM
я могу тебе помочь, если какие-то вопросы)

**Leo Fisun** — 8/5/2019, 5:51 PM
Агась, не совсем понимаю, как добавить свой канал в сервис?

**Leo Fisun** — 8/5/2019, 5:51 PM
За счёт чего на счёт идут деньги? Что вы с этого имеете?

**Ivan Hranat** — 8/5/2019, 5:52 PM
сейчас

**Ivan Hranat** — 8/5/2019, 5:53 PM
Frequently Asked Questions - LBRY

Confidential, Protected by Protective Order
LBRY_SEC00064428

https://lbry.com/faq/how-to-publish

| | | |
|---|---|---|
| LF | **Leo Fisun** | 8/5/2019, 5:56 PM |
| | За счёт чего на счёт идут деньги? Что вы с этого имеете? | |
| A | **Aks** | 8/5/2019, 5:56 PM |
| | 🫥 | |
| IH | **Ivan Hranat** | 8/5/2019, 5:57 PM |
| | Для привлечения аудитории компании нужен контент для просмотра, LBRY вознаграждает создателей видео за то что они опубликуют свои видео в нашу сеть | |
| LF | **Leo Fisun** | 8/5/2019, 5:58 PM |
| | Я немного про другое) Нужно же привязать свой канал к сервису, практически не давая доступов, откуда идут деньги в этом моменте? | |
| IH | **Ivan Hranat** | 8/5/2019, 5:58 PM |
| | не понял вопрос | |
| LF | **Leo Fisun** | 8/5/2019, 5:59 PM |
| | После привязки канала, он рассматривается модераторами, затем на счёт поступают деньги в специальной валюте, как вы окупаете этоо действие? | |
| IH | **Ivan Hranat** | 8/5/2019, 6:01 PM |
| | Администрация имеет достаточно токенов чтобы вознаграждать создателей контента.<br>Платформа не имеет рекламы, LBRY создана не в целях обратиться 😊<br>От людей для людей 😊 | |
| LF | **Leo Fisun** | 8/5/2019, 6:01 PM |
| | Фига се | |
| LF | **Leo Fisun** | 8/5/2019, 6:01 PM |
| | Т.е. админы платят за контент?) | |
| IH | **Ivan Hranat** | 8/5/2019, 6:01 PM |
| | не совсем | |
| LF | **Leo Fisun** | 8/5/2019, 6:01 PM |
| | Но есть вопрос, ибо не подключили много моих каналов 🫥 | |
| IH | **Ivan Hranat** | 8/5/2019, 6:02 PM |
| | сейчас активна програма синхронизации каналов youtube, администрация выбирает лучшие из лучших каналов | |
| LF | **Leo Fisun** | 8/5/2019, 6:02 PM |
| | К примеру. Классный канал, контент авторский, но выплачивать за него не хотят | |
| LF | **Leo Fisun** | 8/5/2019, 6:03 PM |
| | Где минусы в нём? | |
| IH | **Ivan Hranat** | 8/5/2019, 6:03 PM |
| | очень много желающих опубликовать канал по программе.<br>Если вы уверенны что контент достоин быть на платформе, загрузите его в ручную | |
| LF | **Leo Fisun** | 8/5/2019, 6:03 PM |
| | 🫥 | |

| | | |
|---|---|---|
| LF | **Leo Fisun** | 8/5/2019, 6:04 PM |
| | А за этот контент выплатят? | |
| IH | **Ivan Hranat** | 8/5/2019, 6:05 PM |
| | Вы можете опубликовать видео с определённой стоимостью за скачивание и уже зрители будут вознаграждать вас за контент донатами или покупкой видео 😊 | |
| LF | **Leo Fisun** | 8/5/2019, 6:05 PM |
| | Вау, удобно :3 | |
| RD | **R D** | 8/5/2019, 6:40 PM |
| | Member Action: invite_members | |
| RD | **R D** | 8/5/2019, 6:40 PM |
| | Is this a russian group? | |
| RD | **R D** | 8/5/2019, 6:40 PM |
| | English sir? | |
| IH | **Ivan Hranat** | 8/5/2019, 6:41 PM |
| | nope | |
| IH | **Ivan Hranat** | 8/5/2019, 6:41 PM |
| | English 😒 | |
| TT | **Thomas LBRY (Tom)** | 8/5/2019, 6:41 PM |
| | On discord there is a Russian channel. | |
| IH | **Ivan Hranat** | 8/5/2019, 6:41 PM |
| | just some russian YouTuber had an issue | |
| RD | **R D** | 8/5/2019, 7:53 PM |
| | Lbrytuber now? 😳 | |
| WS | **Wailing Sailer 967** | 8/5/2019, 7:53 PM |
| | We usually go by the term LBRYian 😀 | |
| IH | **Ivan Hranat** | 8/5/2019, 7:55 PM |
| | sure LBRYian 😊 | |
| RD | **R D** | 8/5/2019, 7:58 PM |
| | Lbryan it is then | |
| U | **Unknown** | 8/5/2019, 10:36 PM |
| | LBC investors like myself want fiat gateways of course, and the ability to dump my btc and alts directly into LBC. banks (and hence cex's) are in deep doodoo. | |
| | if LBRY chain already has HTLC support, then turn it on so more of us can pour capital into LBC please. | |
| U | **Unknown** | 8/5/2019, 10:38 PM |
| | bitshares, komodo,<br>swap.online<br> are on your radar i hope. atomic swaps with dex's are the future. let's grow LBC by all means possible. | |
| TT | **Thomas LBRY (Tom)** | 8/5/2019, 10:44 PM |
| | Thanks for the feedback, but yeah, most folks are just interested in non-crypto means so that's our focus. | |

Confidential, Protected by Protective Order
LBRY_SEC00064430

Confidential, Protected by Protective Order

LBRY_SEC00064431