CONFIDENTIAL

EXHIBIT
**29**
21-cv-00260-PB

```
 1                UNITED STATES DISTRICT COURT
 2                  DISTRICT OF NEW HAMPSHIRE
 3
 4   SECURITIES AND EXCHANGE      ) Civil Action No.
     COMMISSION,                  ) 1:21-cv-00260-PB
 5                  Plaintiff,    )
                                  )
 6        vs.                     ) VOLUME 1
                                  ) (Pages 1 to 162)
 7   LBRY, INC.,                  )
                    Defendant.    )
 8   _____)
 9
10
11
12              CONFIDENTIAL DEPOSITION OF
13                  JAMES A. GOLDSTEIN
14                    HELD VIA WEBEX
15                FRIDAY, JANUARY 7, 2022
16                      9:36 a.m.
17
18
19
20
21
22
23
     REPORTED BY:
24   Jane M. Werner, RMR, CRR
     Massachusetts CSR No. 149008
25   JOB No. 220107DWA
                                                            1
```

```
 1   moment would be impossible.
 2        Q    Sometimes a slide refreshes your recollection.
 3   That's why we ask these questions.
 4             So looking at this slide, does this refresh
 5   your recollection at all even of what a Product Roadmap
 6   is.
 7        A    Of course.
 8        Q    What's a Product Roadmap?
 9        A    A Product Roadmap is -- you know, no software
10   product is ever done.  There's always a list of
11   additional things that will continue to make it better
12   and better.  And those are often laid out as a Product
13   Roadmap.
14        Q    And was that something that LBRY had laid out?
15   A Product Roadmap?
16        A    That's what this slide would suggest.
17        Q    Well, just more in general, did LBRY have a
18   roadmap for the development of its products?
19        A    Yes.
20        Q    Now, on the next page ending 1785, it's
21   titled, "LBRY owns 40% of Currency (LBC)."  Do you see
22   that?
23        A    I do.
24        Q    I think previously you had referenced
25   something about a pie chart?
```

57