Title: Audio Archive of Ask Me Anything (AMA) with Jeremy Kauffman, July 9, 2020 in the LBRY Discord
Link: https://lbry.tv/@lbry:3f/Jeremy-LBRY-Inc-AMA:4



## Audio Archive of Ask Me Anything (AMA) with Jeremy Kauffman, July 9, 2020 in the LBRY Discord

July 18th, 2020
5,072 views

Support   72 Reposts   Share

**LBRY**
@lbry

Timecodes are provided below so you can jump to any of the questions or subjects of interest. We'll be having more sessions like this in the future, and you can get involved with the LBRY project by joining the LBRY Discord server.

1:30 - Live Streaming
3:45 - LBRY.tv vs Desktop App.
6:45 - What is LBRY Inc.'s commitment to freedom of expression
9:00 - LBRY Ease of Use
11:00 - LBRY as a Blockchain
14:30 - Getting LBC onto more Exchanges
20:45 - Altonomy Partnership
24:45 - LBRY Inc. DMCA
27:00 - LBRY Inc. Rewards Program
32:45 - Is LBRY Inc. Going to Start Marketing LBRY?
35:45 - Pancakes or Hotdogs?
36:15 - Scheduling Releases @AltCoinCollege
38:15 - LBRY Playlists
38:30 - Any plans to add personal website integration or browser extension apis?
40:30 - Advance Security Features
43:45 - Can Creators Bundle their Content? @DigitalCashNetwork
44:15 - Can an autocaption feature be added? @mgclabs
48:30 - Can we use the LBRY logo on this? @Racecotien
49:15 - Will we be able to play games on LBRY again?
50:00 - When GIPHY Sync tool? @BlazzardDGB
51:30 - Will comments become immutable and be able to receive tips and support? Will encrypted messages be added to LBRY? The Desert Lynx
52:45 - Any development on a reposts tab? @LBRYaneUnited
54:00 - Why isn't LBRY telemetry opt-in? MashPoe
55:15 - Can we see where payments come from? @OzFior
56:45 - Paid Subscriptions? EatDosTacos
58:25 - Can I host content without having to watch it? Kamots
58:45 - When iOS App? Property
59:15 - Will rewards for hosting content ever exist?
59:30 - Why don't the numbers always match up?
60:00 - How is the price of content enforced? GardenApple

Less

EXHIBIT
31
21-cv-00260-PB

SEC-LBRYLIT-E-0017151

