



**Posts**    Reddit Tipbot

Posted by u/abbhuiya 1 year ago

## Isn't the coin overpriced right now?

I know what you guys might be thinking. How can I say this coin overpriced ($0.3) with just $30million market cap right? It's because of the circulation. Right now only around 100 million coins in circulation. Let's assume in 5-6 years the market cap of library credit goes to around $500million with full circulation (which is around 500million). Although market cap goes from $34m to $500m, per coin price will be only $1! Which means only 3X ROI. Anyone else thought about this? That's why I think even at 30 cents this coin is overvalued.

{I'm not here to create FUD, I'm just not clear about how the coin circulation works for library}

Question: Anyone got any idea about how long will it take to reach full coin circulation of 500million?

💬 24 Comments    ➤ Share    ···          88% Upvoted

🗄 **This thread is archived**
New comments cannot be posted and votes cannot be cast

SORT BY **OLD** ▼

▲ aboesan 5 points · 1 year ago
▼ On October 9, 2006, it was announced that Youtube would be purchased by Google for US$1.65 billion in stock, which was completed on November 13.

Share   Report   Save

     ▲ abbhuiya 🎤 1 point · 1 year ago
     ▼ What's the point?

     Share   Report   Save

         ▲ send_me_ur_navel 1 point · 1 year ago
         ▼ This is from 2014, youtube is an unprofitable goldmine for google. while it loses revenue still, pretty sure that valuation for equity is nice
         http://www.adweek.com/digital/youtube-may-be-worth-40-billion-more-twitter-159861/

         In other words, lbry could be the next means of user generated media distribution with a profitable model

         Share   Report   Save



  Search r/lbry

product and quality content (+originals too)?

Share  Report  Save

**abbhuiya** 3 points · 1 year ago

Did you read my post? I'm concerned about coin circulation and I explained why I'm worried

Share  Report  Save

**thomaszarebczan** 3 points · 1 year ago

I guess if you think that a price of $1 in 5-6 years is the top, then yes, one would think LBRY is overvalued right now. LBRY was over a dollar earlier this year, so I could see that going even higher if there is another alt cycle/ more mainstream adoption of crypto / YouTube fall out (not trying to create hype either).

LBRY is still in its infancy in terms of a platform and content - personally, I think there is lots of room for improvement and growth, which would lead to higher utilization of LBRY credits and hopefully a higher value due to the network effect. Whether or not this demand outpaces the supply, only time will tell.

Thanks for your comments/concerns!

5 lbc u/lbryian

Share  Report  Save

**lbryian** 1 point · 1 year ago

u/abbhuiya, you've received 3.16643335 LBC ($1.00)!

How to ^use · What is ^LBRY? · r/lbry

Share  Report  Save

**abbhuiya** 2 points · 1 year ago

What you think the market cap will be in 3 years? Right now it's 33 million

Share  Report  Save

**thomaszarebczan** 3 points · 1 year ago

I hate speculating, so I won't answer that (and probably shouldn't because I'm a LBRY employee :p)

Share  Report  Save

**abbhuiya** 1 point · 1 year ago

Let's make a good assumption, let's say $500 million? In that case, if coin circulation is full (which is 500 million coin), each library coin will be $1. Which is 3 times from the current price. Honestly in Crypto, 3x in 3 years don't look too high. What's your opinion on this?

Share  Report  Save

  Search r/lbry 

numbers to see what it would be 3 years from now. The calculation is a bit tricky because of the way the LBRY blockchain reward works - it's logarithmically decreasing over the next 20 years.

Share Report Save

> abbhuiya 1 point · 1 year ago
> I will really appreciate if you could show me some calculations how the tokens will be released in future
>
> Share Report Save

thomaszarebczan 1 point · 1 year ago
that's strange, dunno why it sent 3 LBC haha. Can you check your balance? see https://np.reddit.com/r/lbry/wiki/tipbot

Share Report Save

> abbhuiya 1 point · 1 year ago
> I don't know how to check that :(
>
> Share Report Save

>> thomaszarebczan 1 point · 1 year ago
>> Instructions are in the page I linked... You send a preformed message to our tipbot and he'll DM you back.
>>
>> 2 lbc u/lbryian
>>
>> Hopefully that will give you the other 2 credits I initially intended to send haha
>>
>> Share Report Save

>>> lbryian 2 points · 1 year ago
>>> u/abbhuiya, you've received 2 LBC ($0.61)!
>>>
>>> How to ^use · What is ^LBRY? · r/lbry
>>>
>>> Share Report Save

papi_ajnc 2 points · 1 year ago
You have to think in terms of adoption. If it's weak then yeah, it will go even lower. But if people start making more use of decentralization, free speech etc. then LBRY is a viable option in my opinion. Youtubers may decide to switch over to LBRY when they hear about it and see the profits which can be (and I think are) greater than on Youtube.

Share Report Save

[deleted] 2 points · 1 year ago
To be fair there are a lot of other decentralized platforms that are making headlines and getting adopted far quicker than Library at the moment.

   Search r/lbry                                                                

Realistically they're in a very competitive market right now, and I personally believe that Library Credits is a silly name for a company or platform. They picked a word that literally makes people think of books.

Share  Report  Save

**abbhuiya**  1 point · 1 year ago

Anyone got any idea about how long will it take to reach full coin circulation of 500million?

Share  Report  Save

**coniferhead**  2 points · 1 year ago

Wasn't a fair chunk of that a pre-mine anyway that is privately held (like 200M LBC)? So it's not necessarily true that all will enter circulation in that timeframe.

It's a legit question though.. shouldn't be downvoted

Share  Report  Save

**abbhuiya**  1 point · 1 year ago

Is there any source for that? I really would like to check..

Share  Report  Save

Comment deleted by user  1 year ago

**abbhuiya**  1 point · 1 year ago

??

Share  Report  Save

Comment deleted by user  1 year ago

**abbhuiya**  2 points · 1 year ago

In Crypto, 3X in 3 years? That's a bad return

Share  Report  Save

**real_rouse**  2 points · 1 year ago

LBRY is only 1 year old. Mining the total of 600million LBC will be over a course of 20 years. The 400million premine doesn't have a schedule, but I think it is likely that over the course of say 3 years, it may be likely that LBC will reach AT LEAST the Market capitalization similar to STEEM (another media crypto) with 300mill market cap. Which is about 10x of todays market cap. If the supply has doubled or tripled to 200-300million coins, we may see 1$ - 1,5$.

But I don't think the demand will be that low when LBRY is used every day by hundreds of thousands of users.

    ▼   Search r/lbry                                                                   ▲ ▼

Happy trading, folks ;)

- Rouse from https://LBRY.Community

Share   Report   Save