| Credit Value (USD) | Market Capture | Transaction Volume | Currency Equilibrium Factor[1] | Value of LBRY Holdings |
|---|---|---|---|---|
| $0.0031810 | 1.00E-06 | $2,000,000.00 | 1.67 | $1,113,333 |
| $0.0318095 | 1.00E-05 | $20,000,000.00 | 1.67 | $11,133,333 |
| $0.3180952 | 0.01% | $200,000,000.00 | 1.67 | $111,333,333 |
| $3.1809524 | 0.10% | $2,000,000,000.00 | 1.67 | $1,113,333,333 |
| $31.8095238 | 1% | $20,000,000,000.00 | 1.67 | $11,133,333,333 |
| $159.0476190 | 5% | $100,000,000,000.00 | 1.67 | $55,666,666,667 |
| $318.0952381 | 10% | $200,000,000,000.00 | 1.67 | $111,333,333,333 |
| $636.1904762 | 20% | $400,000,000,000.00 | 1.67 | $222,666,666,667 |
| $1,113.3333333 | 35% | $700,000,000,000.00 | 1.67 | $389,666,666,667 |
| $1,590.4761905 | 50% | $1,000,000,000,000.00 | 1.67 | $556,666,666,667 |
| $2,385.7142857 | 75% | $1,500,000,000,000.00 | 1.67 | $835,000,000,000 |
| $3,180.9523810 | 100% | $2,000,000,000,000.00 | 1.67 | $1,113,333,333,333 |

[1]http://economics.stackexchange.com/questions/6450/the-insane-sultan-of-slickcrudistan-calculating-currency-equilibrium
[1]https://vitalik.ca/general/2017/10/17/moe.html (staking is central to LBRY to encourage holding)



EXHIBIT
47
21-cv-00260-PB

LBRY_SEC00064788
Credit Value

|  |  |
|---|---|
| **Total Credits** | 1,050,000,000.00 |
| **Media Market Size** | $2,000,000,000,000.00 |
| **LBRY Credits** | 350,000,000 |