UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

------------------------------------- X
SECURITIES AND EXCHANGE            :
COMMISSION,
                                   :
         Plaintiff,
                                   :
    -against-                          Civil Action No. 1:21-cv-00260-PB
                                   :
LBRY, INC.,
                                   :
         Defendant.
------------------------------------- X

### DECLARATION OF JOHN T. DIXON IN SUPPORT OF LBRY, INC'S MOTION FOR SUMMARY JUDGMENT

Pursuant to 28 U.S.C. § 1746, I, John T. Dixon, declare under penalty of perjury that the following is true and correct:

1. I am an attorney admitted to practice in the States of New York and Georgia. I am an attorney in the New York City office of Perkins Coie LLP and am admitted *pro hac vice* in this matter. I represent LBRY, Inc. ("LBRY") in this action. I make this Declaration upon personal knowledge and, if called upon to testify, could and would testify competently hereto.

2. I respectfully submit this declaration in support of LBRY's Motion for Summary Judgment and to transmit true and correct copies of the following documents:

| Exhibit | Document Description |
|---|---|
| 1 | Declaration of Jeremy Kauffman and Exhibit A Thereto |
| 2 | Confidential Expert Report of Dr. Boris M. Richard, dated February 4, 2022 |
| 3 | Amended - Confidential Expert Report of Dr. Boris M. Richard, dated April 29, 2022 |
| 4 | LBRY PLN dated October 2016. Produced as LBRY_000054 |

| Exhibit | Document Description |
|---|---|
| 5 | LBRY webpage announcement titled "$500K in VC Funds from Pillar et al" (September 7, 2016), *available at* https://lbry.com/news/500k-vc-funds-pillar |
| 6 | LBRY webpage announcement titled "LBRY v0.19 Is Shifting Into High Gear" (December 11, 2017), *available at* https://lbry.com/news/lbry-shifting-into-high-gear |
| 7 | LBRY webpage announcement titled "Introducing LBRY: The Bitcoin of Content" (September 9, 2015), *available at* https://lbry.com/news/introducing-lbry-the-bitcoin-of-content |
| 8 | LBRY webpage announcement titled "LBRY Beta Goes Live! A Declaration of Independence from Big Media" (July 4, 2016), *available at* https://lbry.com/news/beta-live-declare-independence-big-media |
| 9 | LBRY webpage announcement titled "Introducing lbry.tv" (January 31, 2020), *available at* https://lbry.com/news/lbrytv |
| 10 | LBRY webpage announcement titled "Development and Community Update" (December 12, 2017), *available at* https://lbry.com/news/lbry-development-community-update-1 |
| 11 | LBRY webpage announcement titled "Looking Back and Moving Forward: LBRY in 2019/2020" (February 7, 2020), *available at* https://lbry.com/news/lbry-in-2019-2020 |
| 12 | LBRY webpage announcement titled "Looking Back and Moving Forward: LBRY in 2018/2019" (February 6, 2019), *available at* https://lbry.com/news/lbry-in-2018-2019 |
| 13 | LBRY webpage announcement titled "How can I buy LBC with a credit card?", *available at* https://lbry.com/faq/buy-lbc |
| 14 | Excerpts from the Deposition Transcript of Michael Finger, dated December 7, 2021 |
| 15 | Article titled "LBRY: The Lovechild of Bitcoin, BitTorrent & Storj" (October 30, 2015), *available at* https://cointelegraph.com/news/lbry-the-lovechild-of-bitcoin-bittorrent-storj |
| 16 | Article titled "The Appcoin Revolution: Interview with Mike Vine of LBRY" (February 6, 2016), *available at* https://cointelegraph.com/news/the-appcoin-revolution-interview-with-mike-vine-of-lbry |
| 17 | Article titled "LBRY Launches Blockchain-Based Creator-Controlled Content App, New Appcoin" (July 4, 2016), *available at* https://cointelegraph.com/news/lbry-launches-blockchain-based-creator-controlled-content-app-new-appcoin |

| Exhibit | Document Description |
|---|---|
| 18 | Article titled "Making Netflix and Youtube Outdated: How Blockchain Changes Media" (July 5, 2016), *available at* https://cointelegraph.com/news/making-netflix-and-youtube-outdated-how-blockchain-changes-media?utm_content=buffer615d6&utm_medium=social%E2%80%A6 |
| 19 | Article titled "LBRY's Blockchain-Based Netflix-Killer Is Now in Beta" (July 11, 2016), *available at* https://steemit.com/blockchain/@enterprise/lbry-s-blockchain-based-netflix-killer-is-now-in-beta |
| 20 | LBRY webpage announcement titled "$1.2B Market Cap and We Don't Care - LBRY" (July 15, 2016), *available at* https://lbry.com/news/1.2b-market-cap-we-dont-care |
| 21 | Excerpts from LBRY's public Telegram social media channel "LBRY Chat," dated October 9, 2018.  Produced as LBRY_SEC00059063 |
| 22 | Excerpts from LBRY's public Telegram social media channel "LBRY Chat," dated December 23, 2018 conversation.  Produced as LBRY_SEC00059142 |
| 23 | Excerpts from LBRY's public Telegram social media channel "LBRY Chat," dated March 5, 2019.  Produced as LBRY_SEC00058961 |
| 24 | Excerpts from LBRY's public Telegram social media channel "LBRY Chat," dated January 2, 2020.  Produced as LBRY_SEC00058906 |
| 25 | Excerpts from LBRY's public Telegram social media channel "LBRY Chat," dated July 30, 2020.  Produced as LBRY_SEC00058680 |
| 26 | Excerpts from LBRY's public Telegram social media channel "LBRY Chat," dated January 7, 2021.  Produced as LBRY_SEC00058751 |
| 27 | LBRY webpage announcement titled "Introducing lbry.tech and the LBRY Spec" (February 20, 2019), *available at* https://lbry.com/news/lbrytech |
| 28 | LBRY Spec: "A Decentralized Digital Content" Marketplace", *available at* https://spec.lbry.com/lbry-spec.pdf |
| 29 | MoonPay LBC Transaction Data for 2020 and 2021.  Produced as MOONPAY0000001. |
| 30 | Excerpts from the Deposition Transcript of Jeremy Kauffman, dated March 21, 2022 |
| 31 | Declaration of Naomi Brockwell |
| 32 | Declaration of Aaron Watson |
| 33 | Declaration of John Dorval |

| Exhibit | Document Description |
|---------|----------------------|
| 34      | Declaration of David Jones |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 4, 2022

Respectfully submitted,

*/s/ John T. Dixon*

John T. Dixon (*pro hac vice*)
Perkins Coie LLP
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711
(212) 262-6900
johndixon@perkinscoie.com

*Attorneys for LBRY, Inc.*