# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

------------------------------------- X

SECURITIES AND EXCHANGE      :
COMMISSION,
                               :

        Plaintiff,
                               :

    -against-                 :     Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                :

        Defendant.        :

------------------------------------- X

<u>**DECLARATION OF JEREMY KAUFFMAN**</u>

I, Jeremy Kauffman, declare as follows:

1.     I am a co-founder and the Chief Executive Officer of LBRY, Inc. ("LBRY"), a start-up, blockchain-based software company based in Manchester, New Hampshire.  I have also founded other successful software companies in the past, including a company called TopScore, which is a sporting event administration platform.

2.     In approximately 2015, I, along with my co-founders, began to explore ways to share digital content online using blockchain technology.  My co-founders and I believed that the way in which digital content has historically been published and distributed on the Internet suffered from inherent problems that could be significantly improved upon through the use of emerging blockchain technology.

3.     For example, centralized hosts like YouTube take excessive profits from creators/publishers who create video content, censor certain content and enforce arbitrary rules that can harm content creators.  Peer-to-peer networks, like BitTorrent, have their own flaws,

including that they are disorganized, difficult to navigate, and provide no incentives for users to participate.

4.     My co-founders and I thus set out to develop an open-source, censorship-resistant protocol using blockchain technology to allow users to create, store and share digital content in various forms (for example, videos, images and documents) (the "LBRY Network"), consistent with our mission statement to "[c]reate a market for accessing and publishing information that is global, decentralized, robust, optimal and complete." Ex. 4, LBRY PLN, at LBRY_000058.[1]

## I.     Blockchain Technology

5.     A blockchain is a distributed, decentralized ledger maintained by a network of independent owned computers ("nodes").

6.     When blockchain users transact on the blockchain, "validators," otherwise known as "miners," append the transactions to a single, unbroken chain of valid transactions.

7.     Once transactions are committed to a blockchain in a certain order, the transactions and their order cannot be deleted or changed.

8.     No central authority decides who can join the blockchain or what transactions should be considered for validation.

9.     All public blockchains require native cryptographic assets ("crypto assets") to function by enabling peer-to-peer transfers of value, various digital services, and payment for the cost of executing transactions. Native crypto assets may be mined according to a pre-established blockchain-specific algorithm that rewards a miner a certain number of the native crypto assets for each new block of transactions the miner validates.

---

[1] Unless otherwise noted, citations to exhibits herein refer to the exhibits attached to the concurrently filed Declaration of John T. Dixon, dated May 4, 2022.

10.     The Bitcoin blockchain, which began operating in 2009, is the best known and largest blockchain in existence today.  Bitcoin functions as a digital currency, enabling peer-to-peer financial transactions without an intermediary.

## II.   The LBRY Network

11.     The LBRY Network consists of three components: (1) the LBRY Blockchain, (2) the LBRY Data Network, and (3) the applications layer:

a.  The LBRY Blockchain launched on approximately June 23, 2016.  It is a public proof-of-work blockchain whose design is based on the Bitcoin blockchain software, with substantial software modifications.  The LBRY Blockchain enables users to publish digital content, to make payments and to make their content discoverable.  The LBRY Blockchain software is open source and can be changed (*i.e.*, "forked") by anyone.  The LBRY Blockchain stores information about published content ("metadata"), such as the title, creator, and price, as a single shared index.  Much like the Bitcoin blockchain, the LBRY Blockchain relies upon a distributed network of miners to validate transactions.  In return for validating transactions, the miners receive a reward in the native crypto asset of the LBRY Blockchain: the LBRY Credit ("LBC").

b.  While the LBRY Blockchain makes the LBRY Network possible, its usefulness is facilitated by the LBRY Data Network.  This layer enables digital content storage and access without relying on a centralized infrastructure.  Content published to the LBRY Blockchain is stored in a distributed fashion by locally operated software participating in the LBRY Data Network (*i.e.*, node

operators).  Each file is split into many small pieces, encrypted and recorded on the LBRY Blockchain.

c.  Applications are the final layer of the stack.  Applications run on the LBRY Blockchain and LBRY Data Network and enable users to interact with those underlying layers to allow them to view content, upload digital media accessible for free or at a set price, tip other creators and send or receive LBC.  While LBRY has built certain applications that run on top of the LBRY Network, as the LBRY Network is open source, third parties unaffiliated with LBRY have also built their own applications that run on the LBRY Network.

## III.   LBRY Credits

12.   LBC is the native crypto asset of the LBRY Network.  LBC is generally required for users to interact with the LBRY Network for anything beyond viewing free content.

13.   In total, the LBRY Blockchain software created approximately 1 billion LBC that will become available over time based on an algorithmic schedule on the LBRY Blockchain.

14.   When the LBRY Network launched, also known as the "genesis event," the software reserved 400 million LBC for LBRY, which was separated into three buckets—(i) the Community Fund, which reserved 200 million LBC that would be used for spreading usage and adoption of the LBRY Network, including through rewarding early adopters of the network, recruiting producers to use the network, encouraging users to invite friends and share the network and rewarding contributors to the LBRY community; (ii) the Institutional Fund, which reserved 100 million LBC for the formation of institutional partnerships, as well as for grants and donations to non-profits and other non-governmental organizations with similar values as LBRY; and (iii) the Operational Fund, which reserved 100 million LBC for operational purposes.

15.     Over the course of the period June 2016 through June 2036, an additional 600 million LBC will be created according to the software algorithm, as miners validate blocks of transactions and receive LBC as rewards for their work.  These rewards provide the incentive for miners to participate in this process.

16.     Of the 1 billion LBC, currently more than 654 million LBC have been mined and are in existence.

### a.  Ways to Use LBC

17.     As the native crypto asset of the LBRY Blockchain, LBC is critical to the LBRY Network's functionality and has numerous uses.  The primary uses of LBC include:

a.  <u>Protocol Infrastructure</u>:  Miners are paid in LBC as a reward for mining blocks on the LBRY Blockchain and securing the LBRY Network.

b.  <u>Publishing</u> – A publisher is required to pay a transaction fee in LBC in order to publish content to the LBRY Network.  This LBC is paid to miners who validate the transaction on the blockchain.

c.  <u>Creating a Channel</u> – In order to create a channel, or an "identity," a user is required to pay a transaction fee in LBC.  This LBC is paid to miners who validate the transaction on the blockchain.  A channel is a claim for a name beginning with "@," which allows content on the LBRY Network to be clustered under a single pseudonym or identity.  This in turn allows publishers to easily list all of their content, maintain attribution and build their brand.

d.  <u>Tipping</u> – One of the most notable features of the LBRY Network is tipping.  Users may send LBC directly to content publishers as a "thank you" for

publishing content the user likes.  LBRY does not take any portion of creators' tips.

    e.   <u>Purchasing Content</u> – Content creators have the option to charge LBC for other users to access their content.  Again, LBRY does not take any portion of these payments.

    f.   <u>Staking</u> – LBC may be used to "stake," which is a single entry on a blockchain that commits LBC toward a channel or piece of content, which in turn "boosts" the channel or piece of content in search results.  In order to be among the top channels in terms of boosted content, a substantial amount of LBC is required to be staked on the LBRY Network.  For example, one of the top producers on the LBRY Network, called @Bitcoin, currently has 5.5 million LBC staked to its channel.

    g.   <u>Editing</u> – Any changes to published content, such as renaming or changing a description, requires users to pay LBC.  This LBC is paid to miners who validate the transaction on the blockchain.

    **b.  Ways to Acquire or Earn LBC**

18.    There are a limited number of ways for users to acquire or earn LBC.  These include:

    a.   <u>Mining</u> – Miners earn LBC as a reward for validating transactions on the LBRY Blockchain.

    b.   <u>Tipping</u> – Content creators may receive tips from users for the content they publish.

c. <u>Purchasing Content</u> – Content creators may earn LBC from other users who pay them to access their content.

d. <u>Peer-to-Peer Transactions</u> – Individual users may send LBC to each other on the LBRY Network.

e. <u>User Rewards</u> – Users may receive LBC as rewards for completing certain accomplishments. For example, users may be rewarded for creating their first channel, publishing their first item, reaching certain subscriber thresholds (*e.g.*, 100 subscribers, 500 subscribers, etc.), viewing a certain number of videos, or referring a user or being referred. LBRY has also given LBC to individuals who have helped the development of the LBRY Network in some way, such as contributing code or identifying flaws.

f. <u>Purchasing LBC from a Digital Asset Exchange</u> – At various points in time, certain digital asset exchanges have listed LBC on their exchange to allow people to buy and sell the token in the secondary market. Prior to the SEC filing its lawsuit against LBRY, a user could purchase LBC on approximately one of ten different exchanges.

g. <u>Purchasing LBC on the LBRY Network</u> – To help facilitate users' ability to purchase LBC on the Network, LBRY has on multiple occasions incorporated integrated applications into the LBRY Network that would allow users to purchase LBC in their LBRY wallet while on the LBRY Network, rather than having to purchase LBC on an exchange and then transfer it into their LBRY wallet. In December 2017, LBRY integrated a widget into its Desktop application, called ShapeShift, that allowed users to convert crypto assets into

LBC without leaving the application.  In April 2020, in further response to users' demands for easier access to LBC, LBRY launched an application on the Network, through a company called MoonPay Limited ("MoonPay"), that allowed users to purchase LBC from LBRY using a credit card without leaving the network.  The MoonPay application was ultimately removed because MoonPay terminated its relationship with LBRY after the SEC filed this lawsuit.

19.    Digital asset exchanges and applications such as MoonPay are necessary and useful to allow LBRY users and content creators to purchase LBC in order to use it on the LBRY Network.

20.    For example, creators may purchase LBC on digital asset exchanges and then stake the LBC to their content in order to "boost" the content's visibility.

21.    On April 27, 2022, I e-mailed users of the LBRY Network and asked if individuals who had purchased LBC on digital asset exchanges or through integrated applications and who used the purchased LBC on the LBRY Network would be willing to sign a declaration to that effect.  I included a form declaration that users could e-sign and indicate which exchange or integration application they had used to purchase LBC to use on the LBRY Network.  I asked that they sign the declaration under penalty of perjury.  In response, I received over 295 completed declarations, which are attached hereto as Exhibit A.

22.    In addition, creators who earn LBC in connection with the LBRY Network, such as from receiving tips, rewards or payment for content, need access to digital asset exchanges in order to monetize their LBC earnings by exchanging their LBC for other digital assets or fiat currency.  This makes it possible for content creators to earn revenue for their work, much like

creators on other video sharing platforms, such as YouTube, do.  Unlike other traditional digital media platforms that take large cuts of the revenue that content creators earn on their applications, however, LBRY does not take any cut of users' LBC earnings.

## IV.   Launch of the LBRY Network and LBC

23.    The founders of LBRY self-funded the initial development of the LBRY Network, as well as raised a small amount of funds from a number of angel investors.

24.    These funding arrangements did not provide for any allocation of LBC upon launch of the LBRY Blockchain.

25.    On approximately June 23, 2016 (the "launch date"), LBRY launched the LBRY Network, and only then did LBC first become available.  Accordingly, LBRY could not and did not sell any LBC before building and launching the LBRY Network.

26.    On that same day, LBRY also launched a beta version of the LBRY Desktop App—an application that runs on top of the LBRY Blockchain that allows users to publish and consume content on the LBRY Network.

27.    As of the launch date, LBC was immediately usable on the LBRY Network to, among other things, tip content creators and purchase or stake content.

28.    After the LBRY Network launched, I made efforts to raise additional funds for LBRY's operation from venture capital firms.

29.    On September 7, 2016, LBRY announced a $500,000 fundraising round led by Pillar VC, a Boston-based venture capital firm.  Ex. 5, "$500K in VC Funds from Pillar et al."

30.    The investment by Pillar did not involve the promise or sale of LBC.

## V.    Continued Development of the LBRY Network

31.    Over time, like with any software—including the Bitcoin and Ethereum blockchains—LBRY continued to improve upon the LBRY Network to add new tools and features to make it more functional and user-friendly.

32.    In addition, hundreds of developers unaffiliated with LBRY have contributed thousands of lines of code to LBRY's open-source code base of the LBRY Network over the years. For example, a developer unaffiliated with LBRY created all trending algorithms for discovery, as well as the FlatPak and ApplImage releases of the LBRY Desktop App.

33.    Both LBRY and third parties have also created numerous other applications that run on the LBRY Blockchain.

34.    In late 2019, for example, LBRY developed another application called lbry.tv, which it launched on January 31, 2020.  Lbry.tv was essentially a web version of the LBRY Desktop App—*i.e.*, a web interface for an underlying decentralized network.  Using lbry.tv, users could enjoy the full experience of the LBRY Network from the convenience of their own web browser without having to download the Desktop App.

35.    In December 2020, lbry.tv was replaced with Odysee.com ("Odysee").  The Odysee web application improved upon the lbry.tv web application, as it provided a more streamlined experience that was simpler to use and understand.  Using the Odysee application, users can upload, search, view and comment on videos.

36.    In addition to the applications LBRY created, numerous third parties have used LBRY's open-source code to develop their own applications on the LBRY Network, consistent with LBRY's central tenet that there is no singular way to interact with the LBRY Network.  In other words, anyone may build on top of the LBRY Blockchain.

37.     To date, I am aware of approximately 33 applications running on the LBRY
Blockchain that were developed by third parties unaffiliated with LBRY.  LBRY did not develop
these applications, nor does LBRY control them.  One prominent example is Hound.fm, a web-
based music and podcast application.   Other examples of third-party applications include
LBRYlytics, which is an analytics tool for LBRY creators, and LBRYnomics, a web-based
application that tracks LBRY statistics.

38.     The approximately 33 third-party applications I am aware of are:

| Number | Third-Party Application |
|--------|-------------------------|
| 1. | Hound.fm |
| 2. | LBRY Desktop Community Edition |
| 3. | Fast LBRY Terminal |
| 4. | Odysee Roku Unofficial |
| 5. | Lyberry |
| 6. | Actarius |
| 7. | LBRY Flutter |
| 8. | lbry.science |
| 9. | LBRY Worm |
| 10. | lbrytools |
| 11. | zeedit |
| 12. | lbt |
| 13. | EOB (Email on Blockchain) |
| 14. | Podcatcher |
| 15. | LBRY Discord Bot |
| 16. | LBRY Kodi Plugin |
| 17. | Curate |
| 18. | lbry-sync-ytdl |
| 19. | lbry-channel-feed |
| 20. | LBRY Utility Scripts |
| 21. | LBRYFileUploader |
| 22. | lbry-cloner |

| 23. | Wordpress LBRY |
|-----|----------------|
| 24. | LBRYnomics |
| 25. | LBRYlytics |
| 26. | Watch on LBRY |
| 27. | Watch on Odysee |
| 28. | LBRY Link |
| 29. | LBRY Vault |
| 30. | LBRY Pool |
| 31. | LBRY Pool DE |
| 32. | ZergPool |
| 33. | Librarian |

## VI.   LBRY's Focus on Promoting and Growing the LBRY Network Among Potential Users

39.     LBRY's marketing has consistently focused on growing the user base of the LBRY Network by emphasizing its features and functionality.

40.     The vast majority of LBRY's public announcements on its website have related to updates regarding the LBRY Network, new features and other news concerning the utility of the LBRY Network.  This is because LBRY's goal has always been to attract as many potential users of the LBRY Network as possible, and not to promote speculative buying and selling of LBC.

41.     LBRY's marketing efforts sought to reach a wide audience of people in an attempt to attract as many potential users of the LBRY Network as possible.  In addition to posts on its website, LBRY has sought to spread the word about the LBRY Network through social media, including through Facebook, Twitter and Reddit, where LBRY has approximately 30,000 followers, 82,500 followers, and 15,000 followers, respectively.  In addition, LBRY has promoted the LBRY Network in media appearances and interviews, including in outlets targeted to blockchain technology enthusiasts who would likely be excited by the utility of the Network, rather than the investment value of LBC.  *See, e.g.*, Ex. 15, "LBRY: The Lovechild of Bitcoin, BitTorrent

& Storj"; Ex. 16, "The Appcoin Revolution: Interview with Mike Vine of LBRY"; Ex. 17, "LBRY Launches Blockchain-Based Creator-Controlled Content App, New Appcoin"; Ex. 18, "Making Netflix and Youtube Outdated: How Blockchain Changes Media"; Ex. 19, "LBRY's Blockchain-Based Netflix-Killer Is Now in Beta."

42.     LBRY has never targeted its marketing campaign toward cryptocurrency investors or others who may only be interested in LBC for speculative investment purposes.  To the extent LBRY's publicly available marketing or promotional materials address LBC, they have done so primarily as a means of explaining its relation and utility to the LBRY Network.  LBRY has never encouraged users to purchase LBC as an investment and, to the contrary, it has actively discouraged speculative trading.

43.     Consistent with this policy, I directed LBRY's employees not to discuss the price or value of LBC with any members of the public with whom they interact or to promote it as an investment opportunity.  Rather, LBRY's employees were directed to instead focus any public statements on supporting and encouraging use of the LBRY Network itself.

44.     On LBRY's public channel on the social media platform Telegram, which has over 4,000 members, LBRY has frequently discouraged trading and speculation in the LBC token.

45.     Moreover, LBRY did not conduct an Initial Coin Offering ("ICO").

46.     Rather, as noted previously, LBRY raised traditional funding for development of the network that did not include the promise or sale of LBC.

47.     In addition, in contrast to other blockchain companies that conducted ICOs, LBRY never issued a theoretical Whitepaper to promote investors to purchase LBC prior to the launch of the network.  Instead, on February 20, 2019—more than two and a half years after the LBRY Network launched and LBC first became available—LBRY released a detailed LBRY Protocol

Specification ("Spec"), which I authored along with LBRY's Chief Technical Officer, Alex Grintsvayg, entitled "LBRY: A Decentralized Digital Content Marketplace." Ex. 28. The Spec is available on LBRY's website.[2]

48.     The Spec provides a thorough technical description of the LBRY Network and how it works.

49.     In addition, in mid-2020, LBRY published a paper with the Institute of Electrical and Electronics Engineers' ("IEEE") 2020 International Conference on Decentralized Applications and Infrastructures. The IEEE is the world's largest technical professional organization that develops global standards for electronics and computer science, including standards governing WiFi and Ethernet.

## VII.   LBRY's Sales of LBC

50.     LBRY never sold LBC before building and launching the fully operational LBRY Network in June 2016.

51.     Approximately one year after the LBRY Network launched and after an established market existed for the token, in July 2017, LBRY first began selling LBC on digital asset exchanges.

## VIII.   LBRY's Tremendous Growth Since Launch

52.     Since the LBRY Network launched in June 2016, its user base and usage has grown exponentially.

53.     For instance, approximately one year after launch—July 1, 2017—there were 20,265 published items on the LBRY Network. As of April 12, 2022, there were 18,273,109 published items, an increase of more than 90,000%.

---

[2] https://lbry.tech/spec?_ga=2.186963816.1538717187.1650905964-1413636439.1636638797.

54.    The number of total channels on the LBRY Network has increased from 3,661 on July 1, 2017 to 1,463,353 as of April 12, 2022, an increase of nearly 40,000%.

55.    The number of distinct content purchases has risen from 11,027 on July 1, 2017 to 418,742 as of April 12, 2022, an increase of approximately 3,700%.

56.    The number of file views per day has increased from about 782 on July 1, 2017 to 1,553,604 as of April 12, 2022—an increase of about 200,000% (which is an undercount due to the decentralized nature of the LBRY Network, where many views go untracked).

57.    The number of daily on-network transactions using LBC has also grown during this same time period from about 5,400 on July 1, 2017 to nearly 220,000 as of April 12, 2022, an increase of about 4,000%.

58.    Today, there are approximately 40 million active monthly users of the LBRY Network.

59.    The users of the LBRY Network have come to rely on it as an important way to share and consume content and as an alternative to more traditional, centralized content-sharing platforms.  Millions of content creators have, through the LBRY Network, been able to grow their audiences, build their brand, gain more exposure to their content and earn money through receipt of LBC.

60.    As the declarations of LBRY Network users Naomi Brockwell, Aaron Watson, John Dorval and David Jones demonstrate, *see* Exs. 31-34, the LBRY Network has provided them not only with the opportunity to grow their followers, but to earn additional revenue for their content—including revenue on certain content that is not monetizable on YouTube due to its rules. These individuals—who are among the largest content creators on the LBRY Network—have earned substantial amounts of LBC which, notably, they have generally continued to keep on the

LBRY Network for the purpose of staking (or boosting) their channels and content in order to further increase their visibility.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 4th day of May, 2022.

_____
Jeremy Kauffman

# EXHIBIT A

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

---------------------------------------  X

SECURITIES AND EXCHANGE
COMMISSION,

              Plaintiff,

     -against-

LBRY, INC.,

             Defendant.

---------------------------------------  X

:
:
:
:
:
:

Civil Action No. 1:21-cv-00260-PB

## **DECLARATION**

I, __Ahmed Al-Hashimi__ , declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

    ☐ Bittrex
    ☐ MXC
    ☐ BitMart
    ☐ HotBit
    ☐ CoinEx
    ☐ Poloniex
    ☐ Upbit
    ☐ ShapeShift
    ☒ MoonPay
    ☐ Bisq
    ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Ahmed Al-Hashimi_

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

-------------------------------------    X

SECURITIES AND EXCHANGE                  :
COMMISSION,
                                         :

          Plaintiff,     :

   -against-                          :      Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                              :

          Defendant.    :

-------------------------------------    X

## DECLARATION

I, ____Aidan Fox-Tierney_____, declare as follows:


1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
        ☐ Bittrex
        ☐ MXC
        ☐ BitMart
        ☐ HotBit
        ☐ CoinEx
        ☐ Poloniex
        ☐ Upbit
        ☐ ShapeShift
        ☒ MoonPay
        ☐ Bisq
        ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Aidan Fox-Tierney_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
------------------------------------        X
SECURITIES AND EXCHANGE                     :
COMMISSION,
                                            :
                    Plaintiff,
                                            :
        -against-                                   Civil Action No. 1:21-cv-00260-PB
                                            :
LBRY, INC.,
                                            :
                    Defendant.
                                            :
------------------------------------        X
```

## DECLARATION

I, _____Alberto Navarro_____, declare as follows:

1.    I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.    In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_____Alberto Navarro_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------       X
SECURITIES AND EXCHANGE                     :
COMMISSION,
                                            :
              Plaintiff,
                                            :
       -against-                                   Civil Action No. 1:21-cv-00260-PB
                                            :
LBRY, INC.,
                                            :
              Defendant.
                                            :
-------------------------------------       X
```

## DECLARATION

I, _____Albin Ahlbäck_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_____Albin Ahlbäck_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

--------------------------------------  X

SECURITIES AND EXCHANGE                 :
COMMISSION,
                                        :

        Plaintiff,                :

   -against-                         :           Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                             :

        Defendant.               :

--------------------------------------  X

**DECLARATION**

I, ___Alexander Arav_____, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

    ☐ Bittrex
    ☐ MXC
    ☐ BitMart
    ☐ HotBit
    ☐ CoinEx
    ☐ Poloniex
    ☐ Upbit
    ☐ ShapeShift
    ☒ MoonPay
    ☐ Bisq
    ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Alexander Arav_____

156722820.1

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
------------------------------------      X
SECURITIES AND EXCHANGE                   :
COMMISSION,
                                          :
                    Plaintiff,
                                          :
         -against-                              Civil Action No. 1:21-cv-00260-PB
                                          :
LBRY, INC.,
                                          :
                    Defendant.
                                          :
------------------------------------      X
```

## DECLARATION

I, ___Alexander Mangaard_____ , declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Alexander Mangaard_____

156722820.1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| -------------------------------------- | X | |
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| | : | |
| Plaintiff, | : | |
| -against- | : | Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : | |
| Defendant. | : | |
| -------------------------------------- | X | |

## DECLARATION

I, ___Alexander Starzengruber___, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Alexander Starzengruber_

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| | : |
| -against- | :     Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| | : |
| Defendant. | : |
| -------------------------------------- | X |

## **DECLARATION**

I, ___Alexandre gingras-Drouin___ , declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
   ☐ Bittrex
   ☐ MXC
   ☐ BitMart
   ☐ HotBit
   ☐ CoinEx
   ☐ Poloniex
   ☐ Upbit
   ☐ ShapeShift
   ☒ MoonPay
   ☐ Bisq
   ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_ , 2022.

_Alexandre gingras–drouin_

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

--------------------------------------     X

SECURITIES AND EXCHANGE     :
COMMISSION,

                     :

             Plaintiff,

                     :

      -against-                 :      Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                   :

             Defendant.        :

--------------------------------------     X

## DECLARATION

I, __Alexandru Buca_____, declare as follows:

      1.       I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

      2.       In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

      ☒ Bittrex
      ☐ MXC
      ☐ BitMart
      ☐ HotBit
      ☐ CoinEx
      ☐ Poloniex
      ☐ Upbit
      ☐ ShapeShift
      ☒ MoonPay
      ☐ Bisq
      ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

                            *Alexandru Buca*
                        _____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

---

```
-------------------------------------        X
SECURITIES AND EXCHANGE                      :
COMMISSION,
                                             :
                    Plaintiff,
                                             :
       -against-                                   Civil Action No. 1:21-cv-00260-PB
                                             :
LBRY, INC.,
                                             :
                    Defendant.
                                             :
-------------------------------------        X
```

## **DECLARATION**

I, _____Alfred Lambremont Webre_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
- ☐ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Alfred Lambremont Webre_
_____

156722820.1

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
------------------------------------  X
SECURITIES AND EXCHANGE               :
COMMISSION,
                                      :
              Plaintiff,
                                      :
       -against-                             Civil Action No. 1:21-cv-00260-PB
                                      :
LBRY, INC.,
                                      :
              Defendant.
                                      :
------------------------------------  X
```

## DECLARATION

I, __Alfredo Sanz_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☒ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Alfredo Sanz_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
-------------------------------------   X
SECURITIES AND EXCHANGE               :
COMMISSION,
                                      :
              Plaintiff,
                                      :
      -against-                              Civil Action No. 1:21-cv-00260-PB
                                      :
LBRY, INC.,
                                      :
              Defendant.
                                      :
-------------------------------------   X
```

## DECLARATION

I, __Algramic Yoikovich_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Algramic Yoikovich_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

-------------------------------------- X

SECURITIES AND EXCHANGE                  :
COMMISSION,
                                         :

        Plaintiff,               :

  -against-                            :    Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                              :

       Defendant.                   :

-------------------------------------- X

## DECLARATION

I,  __Allen Muncy_____ , declare as follows:

    1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_ , 2022.

_Allen Muncy_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------        X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :
              Plaintiff,
                                     :
       -against-                           Civil Action No. 1:21-cv-00260-PB
                                     :
LBRY, INC.,
                                     :
              Defendant.
                                     :
-------------------------------------        X
```

## DECLARATION

I, __Alojz Jakob_____, declare as follows:

1.       I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.       In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☒ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☐ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Alojz Jakob_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

--------------------------------------- X

SECURITIES AND EXCHANGE : 
COMMISSION,

                : 

        Plaintiff,

                :

    -against-            :    Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,            :

        Defendant.      :

--------------------------------------- X

## **DECLARATION**

I, _____Andre Jahn_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

    ☒ Bittrex
    ☐ MXC
    ☐ BitMart
    ☐ HotBit
    ☐ CoinEx
    ☐ Poloniex
    ☐ Upbit
    ☐ ShapeShift
    ☒ MoonPay
    ☐ Bisq
    ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Andre Jahn_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

-------------------------------------- X

SECURITIES AND EXCHANGE         :
COMMISSION,
                                :
             Plaintiff,
                                :
       -against-                :        Civil Action No. 1:21-cv-00260-PB
                                :
LBRY, INC.,
                                :
             Defendant.         :

-------------------------------------- X

## **DECLARATION**

    I, ____André Tverborgvik_____, declare as follows:

    1.    I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.    In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
        ☐ Bittrex
        ☐ MXC
        ☐ BitMart
        ☐ HotBit
        ☐ CoinEx
        ☐ Poloniex
        ☐ Upbit
        ☐ ShapeShift
        ☒ MoonPay
        ☐ Bisq
        ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_André Tverborgvik_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | : Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| Defendant. | : |
| -------------------------------------- | X |

**DECLARATION**

I, ___Andrew Bailey_____, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _1__ day of _May_, 2022.

_Andrew Bailey_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
--------------------------------------          X
SECURITIES AND EXCHANGE                         :
COMMISSION,
                                                :
                    Plaintiff,
                                                :
        -against-                                       Civil Action No. 1:21-cv-00260-PB
                                                :
LBRY, INC.,
                                                :
                    Defendant.
--------------------------------------          X
```

## **DECLARATION**


I, ___Andrew Brubacher_____, declare as follows:


1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
        ☐ Bittrex
        ☐ MXC
        ☐ BitMart
        ☐ HotBit
        ☐ CoinEx
        ☐ Poloniex
        ☐ Upbit
        ☐ ShapeShift
        ☒ MoonPay
        ☐ Bisq
        ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.


_____*Andrew Brubacher*_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | :     Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| Defendant. | : |
| -------------------------------------- | X |

## DECLARATION

I, ___Andrew Grosser_____, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Andrew Grosser_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | :    Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| Defendant. | : |
| -------------------------------------- | X |

## <u>DECLARATION</u>

I, __Andrew Johnson_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Andrew Johnson_____

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

---------------------------------------       X

SECURITIES AND EXCHANGE                        :
COMMISSION,

                                  :

              Plaintiff,

                                :

      -against-                       Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                       :

              Defendant.         :

---------------------------------------       X

## <u>DECLARATION</u>

    I, __Andrew Pilkington_____, declare as follows:

    1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
        ☐ Bittrex
        ☐ MXC
        ☐ BitMart
        ☐ HotBit
        ☐ CoinEx
        ☐ Poloniex
        ☐ Upbit
        ☐ ShapeShift
        ☒ MoonPay
        ☐ Bisq
        ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

                              *Andrew Pilkington*
                         _____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | | |
|---|---|---|
| -------------------------------------- | X | |
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| | : | |
| Plaintiff, | : | |
| -against- | : | Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : | |
| Defendant. | : | |
| -------------------------------------- | X | |

**DECLARATION**

I, ___Andrey Albershteyn_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
&#9633; Bittrex
&#9633; MXC
&#9633; BitMart
&#9633; HotBit
&#9633; CoinEx
&#9633; Poloniex
&#9633; Upbit
&#9633; ShapeShift
&#9746; MoonPay
&#9633; Bisq
&#9633; Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Andrey Albershteyn_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------        X
SECURITIES AND EXCHANGE                      :
COMMISSION,
                                             :
                  Plaintiff,
                                             :
          -against-                          :     Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                                  :

                  Defendant.                 :
-------------------------------------        X
```

## DECLARATION

I, ___Andrzej Korwin-Mikke___, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
   ☐ Bittrex
   ☐ MXC
   ☐ BitMart
   ☐ HotBit
   ☐ CoinEx
   ☐ Poloniex
   ☐ Upbit
   ☐ ShapeShift
   ☒ MoonPay
   ☐ Bisq
   ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Andrzej Korwin-Mikke_

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | :  Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| Defendant. | : |
| -------------------------------------- | X |

## **DECLARATION**

I, __Anton Kostyuchenko_____, declare as follows:

1.       I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.       In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Anton Kostyuchenko_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------     X
SECURITIES AND EXCHANGE                   :
COMMISSION,
                                          :
                Plaintiff,
                                          :
        -against-                                  Civil Action No. 1:21-cv-00260-PB
                                          :
LBRY, INC.,
                                          :
                Defendant.
                                          :
-------------------------------------     X
```

## **DECLARATION**

I, __Anton Nortje_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☐ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Anton Nortje_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | : |
| LBRY, INC., | : |
| Defendant. | : |
| ------------------------------------- | X |

Civil Action No. 1:21-cv-00260-PB

## **DECLARATION**

I, ___Armando Molina_____, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Armando Molina_____

156722820.1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | : Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| Defendant. | : |
| -------------------------------------- | X |

**DECLARATION**

I, ___Artur Müller___, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _2_ day of _May_, 2022.

_____Artur Müller_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

---------------------------------------            X

SECURITIES AND EXCHANGE                         :
COMMISSION,
                                                :

             Plaintiff,                                      :

    -against-                                   :         Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                                     :

           Defendant.                                  :

---------------------------------------            X

## DECLARATION

I, ___Artur Pedziwilk_____, declare as follows:


    1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
         ☐ Bittrex
         ☐ MXC
         ☐ BitMart
         ☐ HotBit
         ☐ CoinEx
         ☐ Poloniex
         ☐ Upbit
         ☐ ShapeShift
         ☒ MoonPay
         ☐ Bisq
         ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.


                              *Artur Pedziwilk*
               _____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
--------------------------------------         X
SECURITIES AND EXCHANGE                        :
COMMISSION,
                                               :
                    Plaintiff,
                                               :
        -against-                                       Civil Action No. 1:21-cv-00260-PB
                                               :
LBRY, INC.,
                                               :
                    Defendant.
                                               :
--------------------------------------         X
```

## DECLARATION

I, ___Augustin Vidovic_____, declare as follows:

      1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

      2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

      ☐ Bittrex
      ☐ MXC
      ☐ BitMart
      ☐ HotBit
      ☐ CoinEx
      ☐ Poloniex
      ☐ Upbit
      ☐ ShapeShift
      ☒ MoonPay
      ☐ Bisq
      ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

                                *Augustin Vidovic*_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

|  |  |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
|  | : |
| Plaintiff, | : |
|  | : |
| -against- | :    Civil Action No. 1:21-cv-00260-PB |
|  | : |
| LBRY, INC., | : |
|  | : |
| Defendant. | : |
| -------------------------------------- | X |

## DECLARATION

I, ___Aurel Egholm_____, declare as follows:

1.       I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.       In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Aurel Egholm_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

-------------------------------------- X

SECURITIES AND EXCHANGE :
COMMISSION,

                 :

        Plaintiff,

                 :

    -against-                Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                :

        Defendant.         :

-------------------------------------- X

## **DECLARATION**

I, __Bard Mannseth_____, declare as follows:

    1.    I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.    In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

        ☐ Bittrex
        ☐ MXC
        ☐ BitMart
        ☐ HotBit
        ☐ CoinEx
        ☐ Poloniex
        ☐ Upbit
        ☐ ShapeShift
        ☒ MoonPay
        ☐ Bisq
        ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Bard Mannseth_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

--------------------------------------  X

SECURITIES AND EXCHANGE     :
COMMISSION,
                            :

          Plaintiff,     :

    -against-              :     Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                 :

          Defendant.     :

--------------------------------------  X

## **DECLARATION**

I, ___Barry G Freeman_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
        ☐ Bittrex
        ☐ MXC
        ☐ BitMart
        ☐ HotBit
        ☐ CoinEx
        ☐ Poloniex
        ☐ Upbit
        ☐ ShapeShift
        ☒ MoonPay
        ☐ Bisq
        ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Barry G Freeman_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| | : |
| -against- | :   Civil Action No. 1:21-cv-00260-PB |
| | : |
| LBRY, INC., | : |
| | : |
| Defendant. | : |
| -------------------------------------- | X |

**DECLARATION**

I, ___Barry Voeten_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Barry Voeten_____

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

--------------------------------------  X

SECURITIES AND EXCHANGE  :
COMMISSION,

                 :

          Plaintiff,

                 :

     -against-              :     Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,               :

          Defendant.       :

--------------------------------------  X

## **DECLARATION**

I, __Barton Lynch_____, declare as follows:

     1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

     2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

                 ☐ Bittrex
                 ☐ MXC
                 ☐ BitMart
                 ☐ HotBit
                 ☐ CoinEx
                 ☐ Poloniex
                 ☐ Upbit
                 ☐ ShapeShift
                 ☒ MoonPay
                 ☐ Bisq
                 ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _1_ day of _May_, 2022.

                           *Barton Lynch*
                  _____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

---------------------------------------     X

SECURITIES AND EXCHANGE                     :
COMMISSION,
                                            :

              Plaintiff,     :

      -against-                       :          Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                                 :

           Defendant.     :

---------------------------------------     X

## **DECLARATION**

I,  __Bein Weller_____ , declare as follows:


1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
- ☐ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.


                       *Bein Weller*_____

156722820.1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

-------------------------------------  X

SECURITIES AND EXCHANGE                :
COMMISSION,
                                       :

          Plaintiff,              :

    -against-                        :      Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                            :

          Defendant.              :

-------------------------------------  X

## **DECLARATION**

I, ___Ben Delbart_____, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
        ☐ Bittrex
        ☐ MXC
        ☐ BitMart
        ☐ HotBit
        ☐ CoinEx
        ☐ Poloniex
        ☐ Upbit
        ☐ ShapeShift
        ☒ MoonPay
        ☐ Bisq
        ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Ben Delbart_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

---------------------------------------  X

SECURITIES AND EXCHANGE                 :
COMMISSION,
                                        :

           Plaintiff,          :

    -against-                       :       Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                             :

          Defendant.            :

---------------------------------------  X

## DECLARATION

I, ___Benjamin Hoeflinger_____, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

    ☐ Bittrex
    ☐ MXC
    ☐ BitMart
    ☐ HotBit
    ☒ CoinEx
    ☐ Poloniex
    ☐ Upbit
    ☐ ShapeShift
    ☐ MoonPay
    ☐ Bisq
    ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Benjamin Hoeflinger_____

156722820.1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | :    Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| Defendant. | : |
| ------------------------------------- | X |

## DECLARATION

I, ___Bernard Truong___, declare as follows:

1. I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2. In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Bernard Truong_
_____

156722820.1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

--------------------------------------- X

SECURITIES AND EXCHANGE COMMISSION,

              Plaintiff,

     -against-

LBRY, INC.,

              Defendant.

--------------------------------------- X

:
:
:
:
:
:
:

Civil Action No. 1:21-cv-00260-PB

## **DECLARATION**

I,   BjÃ¸rnar Right Solvang     , declare as follows:

    1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this  29  day of  Apr , 2022.

                              *BjÃ¸rnar Right Solvang*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

-------------------------------------   X

SECURITIES AND EXCHANGE         :
COMMISSION,
                                :
            Plaintiff,
                                :
      -against-                              Civil Action No. 1:21-cv-00260-PB
                                :
LBRY, INC.,
                                :
            Defendant.
                                :
-------------------------------------   X

## **DECLARATION**

I, ___Brendan Murphy_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Brendan Murphy_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| -------------------------------------- X | |
| SECURITIES AND EXCHANGE : | |
| COMMISSION, | |
| : | |
| Plaintiff, | |
| : | |
| -against- | Civil Action No. 1:21-cv-00260-PB |
| : | |
| LBRY, INC., | |
| : | |
| Defendant. | |
| : | |
| -------------------------------------- X | |

**DECLARATION**

I, ___Brett Gossage_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
        ☐ Bittrex
        ☐ MXC
        ☐ BitMart
        ☐ HotBit
        ☐ CoinEx
        ☐ Poloniex
        ☐ Upbit
        ☐ ShapeShift
        ☒ MoonPay
        ☐ Bisq
        ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr__, 2022.

_Brett Gossage_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

------------------------------------- X

SECURITIES AND EXCHANGE                :
COMMISSION,
                                       :

              Plaintiff,          :

    -against-                          :     Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                            :

              Defendant.         :

------------------------------------- X

## **DECLARATION**

    I, __Brian Brewer_____, declare as follows:

    1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
        ☐ Bittrex
        ☐ MXC
        ☐ BitMart
        ☐ HotBit
        ☐ CoinEx
        ☐ Poloniex
        ☐ Upbit
        ☐ ShapeShift
        ☒ MoonPay
        ☐ Bisq
        ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Brian Brewer_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

------------------------------------- X

SECURITIES AND EXCHANGE
COMMISSION,

            Plaintiff,

    -against-

LBRY, INC.,

           Defendant.

------------------------------------- X

:
:
:
:
:
:
:

Civil Action No. 1:21-cv-00260-PB

## **DECLARATION**

I, ___Brooks Classick_____, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

    ☐ Bittrex
    ☐ MXC
    ☐ BitMart
    ☐ HotBit
    ☐ CoinEx
    ☐ Poloniex
    ☐ Upbit
    ☐ ShapeShift
    ☒ MoonPay
    ☐ Bisq
    ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

*Brooks Classick*
_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

-------------------------------------- X

SECURITIES AND EXCHANGE :
COMMISSION,
:

          Plaintiff, :

   -against- :    Civil Action No. 1:21-cv-00260-PB

LBRY, INC., :

         Defendant. :

-------------------------------------- X

## **DECLARATION**

I, ___Byrom Fewell JR_____, declare as follows:

1. I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2. In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
      ☐ Bittrex
      ☐ MXC
      ☐ BitMart
      ☐ HotBit
      ☐ CoinEx
      ☐ Poloniex
      ☐ Upbit
      ☐ ShapeShift
      ☒ MoonPay
      ☐ Bisq
      ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr__, 2022.

_____
           *Byrom Fewell JR*

156722820.1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

---------------------------------------     X

SECURITIES AND EXCHANGE                     :
COMMISSION,
                                            :

               Plaintiff,                         :

     -against-                            :     Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                                 :

              Defendant.                         :

---------------------------------------     X

## DECLARATION

I, ___Byron Purvis_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

    ☒ Bittrex
    ☐ MXC
    ☐ BitMart
    ☐ HotBit
    ☐ CoinEx
    ☐ Poloniex
    ☐ Upbit
    ☐ ShapeShift
    ☐ MoonPay
    ☐ Bisq
    ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

*Byron Purvis*
_____

156722820.1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

--------------------------------------    X

SECURITIES AND EXCHANGE    :
COMMISSION,

         :

       Plaintiff,

         :

    -against-          Civil Action No. 1:21-cv-00260-PB

         :

LBRY, INC.,

         :

       Defendant.

--------------------------------------    X

## DECLARATION

I, __Callum McGregor__, declare as follows:

1.       I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.       In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☐ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Callum McGregor_

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
--------------------------------------        X
SECURITIES AND EXCHANGE                       :
COMMISSION,
                                              :
                Plaintiff,
                                              :
        -against-                                   Civil Action No. 1:21-cv-00260-PB
                                              :
LBRY, INC.,
                                              :
                Defendant.
                                              :
--------------------------------------        X
```

## <u>DECLARATION</u>

I, ___Camiel Vandecavey_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
        ☐ Bittrex
        ☐ MXC
        ☐ BitMart
        ☐ HotBit
        ☐ CoinEx
        ☐ Poloniex
        ☐ Upbit
        ☐ ShapeShift
        ☒ MoonPay
        ☐ Bisq
        ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Camiel Vandecavey_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
--------------------------------------        X
SECURITIES AND EXCHANGE                       :
COMMISSION,
                                              :
                    Plaintiff,
                                              :
           -against-                                Civil Action No. 1:21-cv-00260-PB
                                              :
LBRY, INC.,
                                              :
                    Defendant.
                                              :
--------------------------------------        X
```

## **DECLARATION**

I, ___Carl Hepburn_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Carl Hepburn_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| | : |
| -against- | :   Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| | : |
| Defendant. | : |
| -------------------------------------- | X |

## DECLARATION

I,   Carlos Lizarraga Rodrigo   , declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this  29  day of  Apr  , 2022.

*Carlos Lizarraga Rodrigo*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| | : |
| -against- | :     Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| | : |
| Defendant. | : |
| ------------------------------------- | X |

## **DECLARATION**

I, __carlos parada_____, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☐ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☐ MoonPay
- ☐ Bisq
- ☒ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_carlos parada_____

156722820.1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

---------------------------------------  X

SECURITIES AND EXCHANGE
COMMISSION,                              :

               Plaintiff,   :

    -against-                     :    Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                              :

             Defendant.    :

---------------------------------------  X

## **DECLARATION**

I, ___Carlos Pfister_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

    ☒ Bittrex
    ☐ MXC
    ☐ BitMart
    ☐ HotBit
    ☐ CoinEx
    ☐ Poloniex
    ☐ Upbit
    ☐ ShapeShift
    ☒ MoonPay
    ☐ Bisq
    ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Carlos Pfister_____

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| | : |
| -against- | :     Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| | : |
| Defendant. | : |
| -------------------------------------- | X |

## **DECLARATION**

I,  __Cass Maggio_____ , declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_ , 2022.

_Cass Maggio_____

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

-------------------------------------   X

SECURITIES AND EXCHANGE                 :
COMMISSION,
                                        :
              Plaintiff,
                                        :
        -against-                            Civil Action No. 1:21-cv-00260-PB
                                        :
LBRY, INC.,
                                        :
              Defendant.
                                        :
-------------------------------------   X

## **DECLARATION**

I,    CÃ©dric Le Vourc'h   , declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
      ☐ Bittrex
      ☐ MXC
      ☐ BitMart
      ☐ HotBit
      ☐ CoinEx
      ☐ Poloniex
      ☐ Upbit
      ☐ ShapeShift
      ☒ MoonPay
      ☐ Bisq
      ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this  30  day of  Apr  , 2022.

_CÃ©dric Le Vourc'h_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

----------------------------------------      X

SECURITIES AND EXCHANGE      :
COMMISSION,

                     :

           Plaintiff,

                     :

    -against-                 :      Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                   :

           Defendant.         :

----------------------------------------      X

## **DECLARATION**

I, __Cedric Rogers_____, declare as follows:

     1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

     2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
                ☐ Bittrex
                ☐ MXC
                ☐ BitMart
                ☐ HotBit
                ☐ CoinEx
                ☐ Poloniex
                ☐ Upbit
                ☐ ShapeShift
                ☐ MoonPay
                ☐ Bisq
                ☒ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Cedric Rogers_____

156722820.1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

---

```
------------------------------------    X
SECURITIES AND EXCHANGE                 :
COMMISSION,
                                        :
                 Plaintiff,
                                        :
      -against-                             Civil Action No. 1:21-cv-00260-PB
                                        :
LBRY, INC.,
                                        :
                 Defendant.
                                        :
------------------------------------    X
```

## DECLARATION

I, __Charles de Recht_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Charles de Recht_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| -------------------------------------- | X | |
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| -against- | | Civil Action No. 1:21-cv-00260-PB |
| | : | |
| LBRY, INC., | : | |
| | : | |
| Defendant. | : | |
| -------------------------------------- | X | |

## **DECLARATION**

I, _____Charles Fustos_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this  29  day of  Apr  , 2022.

*Charles Fustos*
_____

156722820.1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | :    Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| Defendant. | : |
| -------------------------------------- | X |

**DECLARATION**

I,  <u>  Charles M Durrett   </u>, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

    ☐ Bittrex
    ☐ MXC
    ☐ BitMart
    ☐ HotBit
    ☐ CoinEx
    ☐ Poloniex
    ☐ Upbit
    ☒ ShapeShift
    ☐ MoonPay
    ☐ Bisq
    ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this <u> 30 </u> day of <u> Apr  </u>, 2022.

<u>       Charles M Durrett      </u>

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | :     Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| Defendant. | : |
| -------------------------------------- | X |

## DECLARATION

I, __Chris Davenport_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
         ☐ Bittrex
         ☐ MXC
         ☐ BitMart
         ☐ HotBit
         ☐ CoinEx
         ☐ Poloniex
         ☐ Upbit
         ☐ ShapeShift
         ☒ MoonPay
         ☐ Bisq
         ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr__, 2022.

_Chris Davenport_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | :     Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| Defendant. | : |
| -------------------------------------- | X |

## DECLARATION

I, ___Chris Thompson_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☐ MoonPay
☐ Bisq
☒ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Chris Thompson_____

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

---

---------------------------------------  X

SECURITIES AND EXCHANGE  :
COMMISSION,
                                         :

          Plaintiff,            :

    -against-                       :   Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                              :

         Defendant.            :

---------------------------------------  X

## **DECLARATION**

I, ___Chris Toschi_____, declare as follows:

    1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

        ☐ Bittrex
        ☐ MXC
        ☐ BitMart
        ☐ HotBit
        ☐ CoinEx
        ☐ Poloniex
        ☐ Upbit
        ☐ ShapeShift
        ☒ MoonPay
        ☐ Bisq
        ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

                              *Chris Toschi*
                     _____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

-------------------------------------   X

SECURITIES AND EXCHANGE           :
COMMISSION,
                                  :

        Plaintiff,                 :

   -against-                      :            Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                       :

        Defendant.               :

-------------------------------------   X

## **DECLARATION**

I, ___Christoffer Weiss_____, declare as follows:

    1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

        ☐ Bittrex
        ☐ MXC
        ☐ BitMart
        ☐ HotBit
        ☐ CoinEx
        ☐ Poloniex
        ☐ Upbit
        ☐ ShapeShift
        ☒ MoonPay
        ☐ Bisq
        ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

                  *Christoffer Weiss*
               _____

156722820.1

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

---

| | |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | :    Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| Defendant. | : |
| -------------------------------------- | X |

## DECLARATION

I, __Christoph Kirchner_____, declare as follows:

1. I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2. In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

    ☒ Bittrex
    ☐ MXC
    ☐ BitMart
    ☐ HotBit
    ☐ CoinEx
    ☐ Poloniex
    ☐ Upbit
    ☐ ShapeShift
    ☐ MoonPay
    ☐ Bisq
    ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Christoph Kirchner_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

---

--------------------------------------     X

SECURITIES AND EXCHANGE     :
COMMISSION,

                    :

          Plaintiff,

                    :

     -against-                  :      Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                 :

           Defendant.         :

--------------------------------------     X

## DECLARATION

I, __Christophe Mahoux_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

       ☒ Bittrex
       ☐ MXC
       ☐ BitMart
       ☐ HotBit
       ☐ CoinEx
       ☐ Poloniex
       ☐ Upbit
       ☐ ShapeShift
       ☒ MoonPay
       ☐ Bisq
       ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr__, 2022.

_Christophe Mahoux_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
------------------------------------     X
SECURITIES AND EXCHANGE                  :
COMMISSION,
                                         :
                 Plaintiff,
                                         :
        -against-                            Civil Action No. 1:21-cv-00260-PB
                                         :
LBRY, INC.,
                                         :
                 Defendant.
                                         :
------------------------------------     X
```

## **DECLARATION**

I, __Christopher Grimmett__ , declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☒ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_ , 2022.

_Christopher Grimmett_

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

--------------------------------------   X

SECURITIES AND EXCHANGE             :
COMMISSION,
                                    :

            Plaintiff,                :

    -against-                      :        Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                         :

           Defendant.             :

--------------------------------------   X

## **DECLARATION**

I, ___Christopher John Sullivan___ , declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
      ☐ Bittrex
      ☐ MXC
      ☐ BitMart
      ☐ HotBit
      ☐ CoinEx
      ☐ Poloniex
      ☐ Upbit
      ☐ ShapeShift
      ☒ MoonPay
      ☐ Bisq
      ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_ , 2022.

_Christopher John Sullivan_

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

---

| | |
|---|---|
| ------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | : Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| Defendant. | : |
| ------------------------------------- | X |

## DECLARATION

I, __Christos Platis__, declare as follows:

1. I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2. In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Christos Platis_

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

--------------------------------------   X

SECURITIES AND EXCHANGE     :
COMMISSION,

                     :

          Plaintiff,

                     :

     -against-             :     Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                :

          Defendant.       :

--------------------------------------   X

## DECLARATION

I, __Cihangir Pelin_____, declare as follows:

    1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Cihangir Pelin_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
--------------------------------------        X
SECURITIES AND EXCHANGE                       :
COMMISSION,
                                              :
                    Plaintiff,
                                              :
        -against-                                     Civil Action No. 1:21-cv-00260-PB
                                              :
LBRY, INC.,
                                              :
                    Defendant.
                                              :
--------------------------------------        X
```

## DECLARATION

I, ___Clay Kriese_____, declare as follows:

    1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☐ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _2_ day of _May_, 2022.

_Clay Kriese_____

156722820.1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

---

-------------------------------------- X

SECURITIES AND EXCHANGE :
COMMISSION,

               :

           Plaintiff,

               :

     -against-             :    Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,               :

           Defendant.         :

-------------------------------------- X

## DECLARATION

I,  __Corey Daniels_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
            ☐ Bittrex
            ☐ MXC
            ☐ BitMart
            ☐ HotBit
            ☐ CoinEx
            ☐ Poloniex
            ☐ Upbit
            ☐ ShapeShift
            ☒ MoonPay
            ☐ Bisq
            ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

*Corey Daniels*
_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

--------------------------------------  X

SECURITIES AND EXCHANGE COMMISSION,                                    :

                                                                       :

         Plaintiff,                                   :

    -against-                                                :        Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                                                            :

         Defendant.                                  :

--------------------------------------  X

## **DECLARATION**

I, __Corey Hunter_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Corey Hunter_____

156722820.1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

--------------------------------------   X

SECURITIES AND EXCHANGE                  :
COMMISSION,
                                         :
            Plaintiff,
                                         :
    -against-                                   Civil Action No. 1:21-cv-00260-PB
                                         :
LBRY, INC.,
                                         :
            Defendant.
                                         :
--------------------------------------   X

## DECLARATION

I, ___CornÃ© Dannhauser_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
   ☐ Bittrex
   ☐ MXC
   ☐ BitMart
   ☐ HotBit
   ☐ CoinEx
   ☐ Poloniex
   ☐ Upbit
   ☐ ShapeShift
   ☒ MoonPay
   ☐ Bisq
   ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _1_ day of _May_, 2022.

                                        _CornÃ Dannhauser_____

156722820.1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

-------------------------------------- X

SECURITIES AND EXCHANGE                :
COMMISSION,
                                       :
                  Plaintiff,
                                       :
         -against-                           Civil Action No. 1:21-cv-00260-PB
                                       :
LBRY, INC.,
                                       :
                  Defendant.
                                       :
-------------------------------------- X

## DECLARATION

I, __Crystal Ford_____, declare as follows:

     1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

     2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

     ☒ Bittrex
     ☐ MXC
     ☐ BitMart
     ☐ HotBit
     ☐ CoinEx
     ☐ Poloniex
     ☐ Upbit
     ☐ ShapeShift
     ☒ MoonPay
     ☐ Bisq
     ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Crystal Ford_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
--------------------------------------        X
SECURITIES AND EXCHANGE               :
COMMISSION,
                                      :
            Plaintiff,
                                      :
       -against-                              Civil Action No. 1:21-cv-00260-PB
                                      :
LBRY, INC.,
                                      :
            Defendant.
                                      :
--------------------------------------        X
```

**DECLARATION**

I, ___Dainius Sileika_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☐ MoonPay
☐ Bisq
☒ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Dainius Sileika_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

--------------------------------------- X

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

      -against-

LBRY, INC.,

               Defendant.

--------------------------------------- X

:
:
:
:
:
:

Civil Action No. 1:21-cv-00260-PB

## **DECLARATION**

I, __Dan Eriksson_____, declare as follows:

      1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

      2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

                ☐ Bittrex
                ☐ MXC
                ☐ BitMart
                ☐ HotBit
                ☐ CoinEx
                ☐ Poloniex
                ☐ Upbit
                ☐ ShapeShift
                ☒ MoonPay
                ☐ Bisq
                ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Dan Eriksson_____

156722820.1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | : |
| | : |
| LBRY, INC., | : |
| | : |
| Defendant. | : |
| -------------------------------------- | X |

Civil Action No. 1:21-cv-00260-PB

## DECLARATION

I, __Dan Todor_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Dan Todor_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

---------------------------------------   X

SECURITIES AND EXCHANGE         :
COMMISSION,
                                :

         Plaintiff,            :

    -against-                   :        Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                       :

         Defendant.           :

---------------------------------------   X

## **DECLARATION**

I, ___Daniel Green_____, declare as follows:

    1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
        ☒ Bittrex
        ☐ MXC
        ☐ BitMart
        ☐ HotBit
        ☐ CoinEx
        ☐ Poloniex
        ☐ Upbit
        ☐ ShapeShift
        ☒ MoonPay
        ☐ Bisq
        ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Daniel Green_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

---------------------------------------   X

SECURITIES AND EXCHANGE   :
COMMISSION,
                                          :

          Plaintiff,   :

   -against-   :   Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,   :

         Defendant.   :

---------------------------------------   X

## DECLARATION

I, _____Daniel Oreskovich_____, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☒ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☐ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_____*Daniel Oreskovich*_____

156722820.1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
--------------------------------------        X
SECURITIES AND EXCHANGE                       :
COMMISSION,
                                              :
                      Plaintiff,
                                              :
        -against-                                   Civil Action No. 1:21-cv-00260-PB
                                              :
LBRY, INC.,
                                              :
                      Defendant.
                                              :
--------------------------------------        X
```

## DECLARATION

I, _____Daniel Simpson_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☒ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Daniel Simpson_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
--------------------------------------        X
SECURITIES AND EXCHANGE                       :
COMMISSION,
                                              :
                    Plaintiff,
                                              :
          -against-                                   Civil Action No. 1:21-cv-00260-PB
                                              :
LBRY, INC.,
                                              :
                    Defendant.
--------------------------------------        X
```

## **DECLARATION**

I, __david apps_____, declare as follows:

     1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

     2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

        ☐ Bittrex
        ☐ MXC
        ☐ BitMart
        ☐ HotBit
        ☐ CoinEx
        ☐ Poloniex
        ☐ Upbit
        ☐ ShapeShift
        ☒ MoonPay
        ☐ Bisq
        ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

                    *david apps*_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

-------------------------------------- X

SECURITIES AND EXCHANGE       :
COMMISSION,

                       :

         Plaintiff,

                       :

    -against-                 :      Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                 :

         Defendant.          :

-------------------------------------- X

## DECLARATION

I, __David Bickel_____, declare as follows:

      1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

      2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

      ☒ Bittrex
      ☐ MXC
      ☐ BitMart
      ☐ HotBit
      ☐ CoinEx
      ☐ Poloniex
      ☐ Upbit
      ☐ ShapeShift
      ☒ MoonPay
      ☐ Bisq
      ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_David Bickel_____

156722820.1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

------------------------------------- X

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

     -against-

LBRY, INC.,

                Defendant.

------------------------------------- X

Civil Action No. 1:21-cv-00260-PB

## **DECLARATION**

I, __David Heggli_____, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
        ☐ Bittrex
        ☐ MXC
        ☐ BitMart
        ☐ HotBit
        ☐ CoinEx
        ☐ Poloniex
        ☐ Upbit
        ☐ ShapeShift
        ☒ MoonPay
        ☐ Bisq
        ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_David Heggli_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

------------------------------------- X

SECURITIES AND EXCHANGE                :
COMMISSION,

                                            :

                  Plaintiff,

                                            :

       -against-                        :     Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                        :

                  Defendant.                  :

------------------------------------- X

## DECLARATION

I, __David Kelly_____, declare as follows:

    1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☐ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_David Kelly_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
--------------------------------------        X
SECURITIES AND EXCHANGE                       :
COMMISSION,
                                              :
                 Plaintiff,
                                              :
     -against-                                        Civil Action No. 1:21-cv-00260-PB
                                              :
LBRY, INC.,
                                              :
                 Defendant.
                                              :
--------------------------------------        X
```

## DECLARATION

I, ___David Lloyd_____, declare as follows:

    1.    I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.    In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_David Lloyd_____

156722820.1

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------     X
SECURITIES AND EXCHANGE               :
COMMISSION,
                                      :
                Plaintiff,
                                      :
        -against-                                Civil Action No. 1:21-cv-00260-PB
                                      :
LBRY, INC.,
                                      :
                Defendant.
                                      :
-------------------------------------     X
```

## **DECLARATION**

I, ___David Maidment_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☒ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☐ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_David Maidment_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| | : |
| -against- | :     Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| | : |
| Defendant. | : |
| -------------------------------------- | X |

## <u>DECLARATION</u>

I, ___David Rawling_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
    ☐ Bittrex
    ☐ MXC
    ☐ BitMart
    ☐ HotBit
    ☐ CoinEx
    ☐ Poloniex
    ☐ Upbit
    ☐ ShapeShift
    ☒ MoonPay
    ☐ Bisq
    ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _1_ day of _May_, 2022.

_David Rawling_____

156722820.1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

|  |  |  |
|---|---|---|
| -------------------------------------- | X |  |
| SECURITIES AND EXCHANGE COMMISSION, | : |  |
|  | : |  |
| Plaintiff, | : |  |
| -against- | : | Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |  |
| Defendant. | : |  |
| -------------------------------------- | X |  |

## DECLARATION

I, ___Dejan Timotijevic_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
- ☐ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _1_ day of _May_, 2022.

_Dejan Timotijevic_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

---------------------------------------  X
SECURITIES AND EXCHANGE                  :
COMMISSION,
                                         :
                    Plaintiff,
                                         :
        -against-                              Civil Action No. 1:21-cv-00260-PB
                                         :
LBRY, INC.,
                                         :
                    Defendant.
                                         :
---------------------------------------  X

## DECLARATION

I, ___Deniz Bazan_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
    ☐ Bittrex
    ☐ MXC
    ☐ BitMart
    ☐ HotBit
    ☐ CoinEx
    ☐ Poloniex
    ☐ Upbit
    ☐ ShapeShift
    ☒ MoonPay
    ☐ Bisq
    ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Deniz Bazan_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
-------------------------------------   X
SECURITIES AND EXCHANGE                 :
COMMISSION,
                                        :
              Plaintiff,
                                        :
       -against-                              Civil Action No. 1:21-cv-00260-PB
                                        :
LBRY, INC.,
                                        :
              Defendant.
                                        :
-------------------------------------   X
```

## **DECLARATION**

I, __Drake Eubanks_____, declare as follows:

    1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

    ☐ Bittrex
    ☐ MXC
    ☐ BitMart
    ☐ HotBit
    ☐ CoinEx
    ☐ Poloniex
    ☐ Upbit
    ☐ ShapeShift
    ☒ MoonPay
    ☐ Bisq
    ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Drake Eubanks_____

156722820.1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

---

| | |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | : Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| Defendant. | : |
| -------------------------------------- | X |

## **DECLARATION**

I, ___Ebu tada_____, declare as follows:

    1.    I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.    In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

        ☐ Bittrex
        ☐ MXC
        ☐ BitMart
        ☐ HotBit
        ☐ CoinEx
        ☐ Poloniex
        ☐ Upbit
        ☐ ShapeShift
        ☒ MoonPay
        ☐ Bisq
        ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Ebu Tada_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| ------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | : |
| | : |
| LBRY, INC., | : |
| Defendant. | : |
| ------------------------------------- | X |

Civil Action No. 1:21-cv-00260-PB

**DECLARATION**

I, ___Eddie Lawrence___, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
    ☐ Bittrex
    ☐ MXC
    ☐ BitMart
    ☐ HotBit
    ☐ CoinEx
    ☐ Poloniex
    ☐ Upbit
    ☐ ShapeShift
    ☒ MoonPay
    ☐ Bisq
    ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Eddie Lawrence_

156722820.1

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------     X
SECURITIES AND EXCHANGE                   :
COMMISSION,
                                          :
                  Plaintiff,
                                          :
        -against-                              Civil Action No. 1:21-cv-00260-PB
                                          :
LBRY, INC.,
                                          :
                  Defendant.
                                          :
-------------------------------------     X
```

## **DECLARATION**

I, ___Edvinas Jasiulevicius___, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
    ☐ Bittrex
    ☐ MXC
    ☐ BitMart
    ☐ HotBit
    ☐ CoinEx
    ☐ Poloniex
    ☐ Upbit
    ☐ ShapeShift
    ☒ MoonPay
    ☐ Bisq
    ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _1_ day of _May_, 2022.

*Edvinas Jasiulevicius*
_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------        X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :
                Plaintiff,
                                     :
        -against-                              Civil Action No. 1:21-cv-00260-PB
                                     :
LBRY, INC.,
                                     :
                Defendant.
                                     :
-------------------------------------        X
```

## **DECLARATION**

I, __Einar Kuusk_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Einar Kuusk_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
--------------------------------------        X
SECURITIES AND EXCHANGE                       :
COMMISSION,
                                              :
                 Plaintiff,
                                              :
        -against-                                     Civil Action No. 1:21-cv-00260-PB
                                              :
LBRY, INC.,
                                              :
                 Defendant.
                                              :
--------------------------------------        X
```

## DECLARATION

I, __Elias Kuntz_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
- ☐ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Elias Kuntz_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------      X
SECURITIES AND EXCHANGE                    :
COMMISSION,
                                           :
              Plaintiff,
                                           :
       -against-                                Civil Action No. 1:21-cv-00260-PB
                                           :
LBRY, INC.,
                                           :
              Defendant.
                                           :
-------------------------------------      X
```

## DECLARATION

I, __Elias Nodland_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Elias Nodland_____

156722820.1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

-------------------------------------- X

SECURITIES AND EXCHANGE : 
COMMISSION,

                 : 

         Plaintiff,

                 : 

    -against-                 :      Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                : 

         Defendant.       : 

-------------------------------------- X

## DECLARATION

I, _____Emiel Kollof_____, declare as follows:

       1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

       2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

                 ☐ Bittrex
                 ☐ MXC
                 ☐ BitMart
                 ☐ HotBit
                 ☐ CoinEx
                 ☐ Poloniex
                 ☐ Upbit
                 ☐ ShapeShift
                 ☒ MoonPay
                 ☐ Bisq
                 ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr__, 2022.

*Emiel Kollof* _____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
-------------------------------------   X
SECURITIES AND EXCHANGE                 :
COMMISSION,
                                        :
                 Plaintiff,
                                        :
         -against-                          Civil Action No. 1:21-cv-00260-PB
                                        :
LBRY, INC.,
                                        :
                 Defendant.
                                        :
-------------------------------------   X
```

## <u>DECLARATION</u>

I, ___Emilia Smolinska_____, declare as follows:

1.       I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.       In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
   - ☒ Bittrex
   - ☐ MXC
   - ☐ BitMart
   - ☐ HotBit
   - ☐ CoinEx
   - ☐ Poloniex
   - ☐ Upbit
   - ☐ ShapeShift
   - ☒ MoonPay
   - ☐ Bisq
   - ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Emilia Smolinska_____

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | : Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| Defendant. | : |
| -------------------------------------- | X |

## **DECLARATION**

I, ___Emmanuel de Meulenaer___ , declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_ , 2022.

*Emmanuel de Meulenaer*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
|  | : |
| Plaintiff, | : |
| -against- | :     Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| Defendant. | : |
| -------------------------------------- | X |

## DECLARATION

I, __Endre Bakken Stovner__ , declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
- ☐ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _1_ day of _May_ , 2022.

_Endre Bakken Stovner_

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

---------------------------------------  X

SECURITIES AND EXCHANGE                  :
COMMISSION,
                                         :

          Plaintiff,          :

   -against-                           :          Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                              :

        Defendant.                :

---------------------------------------  X

## DECLARATION

I, __Eric Prusinski_____, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Eric Prusinski_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
--------------------------------------         X
SECURITIES AND EXCHANGE                        :
COMMISSION,
                                               :
                    Plaintiff,
                                               :
        -against-                                        Civil Action No. 1:21-cv-00260-PB
                                               :
LBRY, INC.,
                                               :
                    Defendant.
                                               :
--------------------------------------         X
```

## **DECLARATION**

I,  ___Eusebio Rufian-Zilbermann___ , declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Eusebio Rufian– Zilbermann_

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
--------------------------------------        X
SECURITIES AND EXCHANGE                       :
COMMISSION,
                                              :
                Plaintiff,
                                              :
        -against-                                    Civil Action No. 1:21-cv-00260-PB
                                              :
LBRY, INC.,
                                              :
                Defendant.
                                              :
--------------------------------------        X
```

## **DECLARATION**

I, __Evan Goetjen_____, declare as follows:

     1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

     2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

    ☐ Bittrex
    ☐ MXC
    ☐ BitMart
    ☐ HotBit
    ☐ CoinEx
    ☐ Poloniex
    ☐ Upbit
    ☐ ShapeShift
    ☒ MoonPay
    ☐ Bisq
    ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Evan Goetjen_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

-------------------------------------- X

SECURITIES AND EXCHANGE :
COMMISSION,
                                 :

             Plaintiff,

                                 :

       -against-                        :      Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                          :

             Defendant.              :

-------------------------------------- X

## DECLARATION

I,   Falk Joensson           , declare as follows:

    1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
        ☒ Bittrex
        ☐ MXC
        ☐ BitMart
        ☐ HotBit
        ☐ CoinEx
        ☐ Poloniex
        ☐ Upbit
        ☐ ShapeShift
        ☒ MoonPay
        ☐ Bisq
        ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

                                        *Falk Joensson*

156722820.1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

-------------------------------------- X

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

      -against-

LBRY, INC.,

               Defendant.

-------------------------------------- X

:
:
:
:
:
:

Civil Action No. 1:21-cv-00260-PB

## **DECLARATION**

I, ___Flaviano Pasinetti_____, declare as follows:

    1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☐ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Flaviano Pasinetti_____

156722820.1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ------------------------------------- X | |
| SECURITIES AND EXCHANGE COMMISSION, : | |
| : | |
| Plaintiff, : | |
| -against- : | Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., : | |
| Defendant. : | |
| ------------------------------------- X | |

## DECLARATION

I, _____Fouad Mourtada_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☒ Bittrex
☒ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☐ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Fouad Mourtada_

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| ------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
|  | : |
| Plaintiff, | : |
|  | : |
| -against- | :    Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
|  | : |
| Defendant. | : |
| ------------------------------------- | X |

## DECLARATION

I, __Francesco Riccio_____, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Francesco Riccio_____

156722820.1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

---------------------------------------  X

SECURITIES AND EXCHANGE            :
COMMISSION,

                               :

             Plaintiff,

                               :

     -against-                            :        Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                                 :

             Defendant.              :

---------------------------------------  X

## DECLARATION

I, ___Frank Liborius Hellweg___ , declare as follows:

    1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

        ☒ Bittrex
        ☐ MXC
        ☐ BitMart
        ☐ HotBit
        ☐ CoinEx
        ☐ Poloniex
        ☐ Upbit
        ☐ ShapeShift
        ☒ MoonPay
        ☐ Bisq
        ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_ , 2022.

_Frank Liborius Hellweg_

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

\----------------------------------------     X

SECURITIES AND EXCHANGE     :
COMMISSION,

                          :

           Plaintiff,

                          :

       -against-                      :      Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                       :

           Defendant.           :

\----------------------------------------     X

## DECLARATION

I, ___Frank Tegtmeyer_____ , declare as follows:

      1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

      2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_ , 2022.

                               *Frank Tegtmeyer*
                        _____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| | : |
| -against- | :     Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| | : |
| Defendant. | : |
| -------------------------------------- | X |

**DECLARATION**

I,   __Frederico Martins de Medeiros__ , declare as follows:

    1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

       ☐ Bittrex
       ☐ MXC
       ☐ BitMart
       ☐ HotBit
       ☐ CoinEx
       ☐ Poloniex
       ☐ Upbit
       ☐ ShapeShift
       ☒ MoonPay
       ☐ Bisq
       ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Frederico Martins de Medeiros_

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

-------------------------------------- X
SECURITIES AND EXCHANGE : 
COMMISSION,

: 
            Plaintiff,

: 
    -against-                     Civil Action No. 1:21-cv-00260-PB

: 
LBRY, INC.,

: 
           Defendant.

-------------------------------------- X

## DECLARATION

I, ___Gamez, Remedios_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
      ☐ Bittrex
      ☐ MXC
      ☐ BitMart
      ☐ HotBit
      ☐ CoinEx
      ☐ Poloniex
      ☐ Upbit
      ☐ ShapeShift
      ☒ MoonPay
      ☐ Bisq
      ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Gamez Remedios_____

156722820.1

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | : Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| Defendant. | : |
| -------------------------------------- | X |

## **DECLARATION**

I, __Gee Gee_____ , declare as follows:

     1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

     2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☒ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☐ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _1_ day of _May_, 2022.

_Gee Gee_____

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

-------------------------------------- X

SECURITIES AND EXCHANGE :
COMMISSION,
                      :

          Plaintiff, :

    -against- :     Civil Action No. 1:21-cv-00260-PB

LBRY, INC., :

         Defendant. :

-------------------------------------- X

## **DECLARATION**

I,  Geoff Lea  , declare as follows:

    1.    I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.    In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

          ☐ Bittrex
          ☐ MXC
          ☐ BitMart
          ☐ HotBit
          ☐ CoinEx
          ☐ Poloniex
          ☐ Upbit
          ☐ ShapeShift
          ☒ MoonPay
          ☐ Bisq
          ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this  29  day of  Apr , 2022.

                        *Geoff Lea*

156722820.1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------      X
SECURITIES AND EXCHANGE                    :
COMMISSION,
                                           :
                 Plaintiff,
                                           :
        -against-                                 Civil Action No. 1:21-cv-00260-PB
                                           :
LBRY, INC.,
                                           :
                 Defendant.
                                           :
-------------------------------------      X
```

## DECLARATION

I, ___Geoffrey Michel_____, declare as follows:

     1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

     2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
- ☐ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _2_ day of _May_, 2022.

_Geoffrey Michel_____

156722820.1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| -------------------------------------- X | |
| SECURITIES AND EXCHANGE COMMISSION, : | |
| : | |
| Plaintiff, : | |
| : | |
| -against- : | Civil Action No. 1:21-cv-00260-PB |
| : | |
| LBRY, INC., : | |
| : | |
| Defendant. : | |
| -------------------------------------- X | |

## DECLARATION

I, ___Geoffrey Whittington_____ , declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_ , 2022.

_Geoffrey Whittington_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

-------------------------------------- X

SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :

              Plaintiff,      :

    -against-                      :       Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                          :

             Defendant.      :

-------------------------------------- X

## DECLARATION

I, _____Gorka Hernández_____, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
    ☐ Bittrex
    ☐ MXC
    ☐ BitMart
    ☐ HotBit
    ☐ CoinEx
    ☐ Poloniex
    ☐ Upbit
    ☐ ShapeShift
    ☒ MoonPay
    ☐ Bisq
    ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_____*Gorka Hernández*_____

156722820.1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
--------------------------------------        X
SECURITIES AND EXCHANGE                       :
COMMISSION,
                                              :
              Plaintiff,
                                              :
         -against-                                    Civil Action No. 1:21-cv-00260-PB
                                              :
LBRY, INC.,
                                              :
              Defendant.
                                              :
--------------------------------------        X
```

## DECLARATION

I, ___Gregory van isschot___, declare as follows:

1.    I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.    In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Gregory van isschot_

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

-------------------------------------    X

SECURITIES AND EXCHANGE           :
COMMISSION,

                                   :

               Plaintiff,

                                   :

     -against-                             :       Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                                   :

               Defendant.              :

-------------------------------------    X

## **DECLARATION**

I,   __Hannes Wallnöfer__  , declare as follows:

    1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

    ☐ Bittrex
    ☐ MXC
    ☐ BitMart
    ☐ HotBit
    ☐ CoinEx
    ☐ Poloniex
    ☐ Upbit
    ☐ ShapeShift
    ☒ MoonPay
    ☐ Bisq
    ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

                                   _Hannes Wallnöfer_

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

--------------------------------------    X

SECURITIES AND EXCHANGE    :
COMMISSION,

                   :

           Plaintiff,

                   :

     -against-              :      Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                :

           Defendant.        :

--------------------------------------    X

## **DECLARATION**

I, __Hans van Buitenen_____, declare as follows:

     1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

     2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

                   ☐ Bittrex
                   ☐ MXC
                   ☐ BitMart
                   ☐ HotBit
                   ☐ CoinEx
                   ☐ Poloniex
                   ☐ Upbit
                   ☐ ShapeShift
                   ☒ MoonPay
                   ☐ Bisq
                   ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Hans van Buitenen_____

156722820.1

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | :  Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| Defendant. | : |
| -------------------------------------- | X |

## **DECLARATION**

I, __Helmar Rudolph_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Helmar Rudolph_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

-------------------------------------- X

SECURITIES AND EXCHANGE
COMMISSION,                                    :

                                               :

                    Plaintiff,

                                               :

        -against-                                    Civil Action No. 1:21-cv-00260-PB

                                               :

LBRY, INC.,

                                               :

                    Defendant.

                                               :

-------------------------------------- X

## DECLARATION

I, ___Henk van der Linden_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Henk van der Linden_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | : |
| | Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| Defendant. | : |
| -------------------------------------- | X |

## DECLARATION

I, __Hurng-Chun Lee_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
   ☐ Bittrex
   ☐ MXC
   ☐ BitMart
   ☐ HotBit
   ☐ CoinEx
   ☐ Poloniex
   ☐ Upbit
   ☐ ShapeShift
   ☒ MoonPay
   ☐ Bisq
   ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Hurng-Chun Lee_____

156722820.1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | : |
| | : |
| LBRY, INC., | : |
| Defendant. | : |
| -------------------------------------- | X |

Civil Action No. 1:21-cv-00260-PB

## **DECLARATION**

I, ___Ian le bihan_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
- ☐ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Ian le bihan_
_____

156722820.1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | :    Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| Defendant. | : |
| -------------------------------------- | X |

## DECLARATION

I, __Igor Donkov_____, declare as follows:

1.　　I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.　　In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _1_ day of _May_, 2022.

_Igor Donkov_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| | : |
| -against- | :  Civil Action No. 1:21-cv-00260-PB |
| | : |
| LBRY, INC., | : |
| | : |
| Defendant. | : |
| -------------------------------------- | X |

**DECLARATION**

I, ___ILIA KALISTRU_____, declare as follows:

1.       I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.       In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_ILIA KALISTRU_

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | :    Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| Defendant. | : |
| -------------------------------------- | X |

## **DECLARATION**

I, <u>  Isabel Fernández Rodríguez </u>, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

    ☐ Bittrex
    ☐ MXC
    ☐ BitMart
    ☐ HotBit
    ☐ CoinEx
    ☐ Poloniex
    ☐ Upbit
    ☐ ShapeShift
    ☒ MoonPay
    ☐ Bisq
    ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this <u> 2 </u> day of <u> May  </u>, 2022.

<u>    Isabel Fernández Rodríguez    </u>

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
------------------------------------      X
SECURITIES AND EXCHANGE                   :
COMMISSION,
                                          :
                Plaintiff,
                                          :
        -against-                              Civil Action No. 1:21-cv-00260-PB
                                          :
LBRY, INC.,
                                          :
                Defendant.
                                          :
------------------------------------      X
```

## **DECLARATION**

I, ___Jack Espinoza_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Jack Espinoza_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| | : |
| -against- | :     Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| | : |
| Defendant. | : |
| -------------------------------------- | X |

## DECLARATION

I, ___Jack Lascombes_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☐ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Jack Lascombes_____

156722820.1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
--------------------------------------        X
SECURITIES AND EXCHANGE                       :
COMMISSION,
                                              :
                    Plaintiff,
                                              :
        -against-                                      Civil Action No. 1:21-cv-00260-PB
                                              :
LBRY, INC.,
                                              :
                    Defendant.
                                              :
--------------------------------------        X
```

## DECLARATION

I, __Jacob Warren_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☐ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr__, 2022.

_Jacob Warren_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| | : |
| -against- | :    Civil Action No. 1:21-cv-00260-PB |
| | : |
| LBRY, INC., | : |
| Defendant. | : |
| -------------------------------------- | X |

## DECLARATION

I, __Jamie Steel_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

     ☒ Bittrex
     ☐ MXC
     ☐ BitMart
     ☐ HotBit
     ☐ CoinEx
     ☐ Poloniex
     ☐ Upbit
     ☐ ShapeShift
     ☒ MoonPay
     ☐ Bisq
     ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Jamie Steel_____

156722820.1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| ------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | : Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| Defendant. | : |
| ------------------------------------- | X |

**DECLARATION**

I, _Jan Zajc_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Jan Zajc_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | :    Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| Defendant. | : |
| -------------------------------------- | X |

## DECLARATION

I,    JAVIER GALISTEO TORRES   , declare as follows:

1. I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2. In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☐ MoonPay
☐ Bisq
☒ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

*TORRES*                    *JAVIER GALISTEO*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------      X
SECURITIES AND EXCHANGE                    :
COMMISSION,
                                           :
                    Plaintiff,
                                           :
        -against-                              Civil Action No. 1:21-cv-00260-PB
                                           :
LBRY, INC.,
                                           :
                    Defendant.
                                           :
-------------------------------------      X
```

## **DECLARATION**

I, ___Jay Stevens_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☒ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Jay Stevens_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
--------------------------------------        X
SECURITIES AND EXCHANGE                       :
COMMISSION,
                                              :
                Plaintiff,
                                              :
        -against-                                   Civil Action No. 1:21-cv-00260-PB
                                              :
LBRY, INC.,
                                              :
                Defendant.
                                              :
--------------------------------------        X
```

## **DECLARATION**

I, _____Jean-Daniel Bernier_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Jean-Daniel Bernier_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

---------------------------------------  X

SECURITIES AND EXCHANGE COMMISSION,  :

                       :

               Plaintiff,

                       :

     -against-              :     Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                  :

               Defendant.    :

---------------------------------------  X

## DECLARATION

I, _____Jens Kreiensiek_____, declare as follows:

    1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☐ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

*Jens Kreiensiek*
_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | :    Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| Defendant. | : |
| -------------------------------------- | X |

## **DECLARATION**

I, __jeremy bonnefoy_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

      ☒ Bittrex
      ☐ MXC
      ☐ BitMart
      ☐ HotBit
      ☐ CoinEx
      ☐ Poloniex
      ☐ Upbit
      ☐ ShapeShift
      ☒ MoonPay
      ☐ Bisq
      ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_jeremy bonnefoy_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

---------------------------------------     X

SECURITIES AND EXCHANGE     :
COMMISSION,

     :

            Plaintiff,

     :

     -against-                         :       Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,     :

            Defendant.     :

---------------------------------------     X

## DECLARATION

I, ___Jeremy Ellingham_____, declare as follows:

     1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

     2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☐ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Jeremy Ellingham_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| | : |
| -against- | :     Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| | : |
| Defendant. | : |
| -------------------------------------- | X |

## DECLARATION

I,    Jesus Rodriguez Helguera   , declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this  1  day of  May , 2022.

*Jesus Rodriguez Helguera*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | :     Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| Defendant. | : |
| -------------------------------------- | X |

## **DECLARATION**

I, __Jim Fisk_____, declare as follows:

1.    I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.    In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☐ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Jim Fisk_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

-------------------------------------- X

SECURITIES AND EXCHANGE : 
COMMISSION,

                                            :

                          Plaintiff,

                                            :

         -against-                                  Civil Action No. 1:21-cv-00260-PB

                                            :

LBRY, INC.,

                                            :

                          Defendant.

                                            :

-------------------------------------- X

## **DECLARATION**


I, __Johannes Merok_____, declare as follows:


1.       I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.       In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.


_Johannes Merok_____

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | : Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| Defendant. | : |
| -------------------------------------- | X |

### DECLARATION

I, __John Spurgeon__, declare as follows:

1.    I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.    In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☒ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_John Spurgeon_

156722820.1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------        X
SECURITIES AND EXCHANGE                      :
COMMISSION,
                                             :
                Plaintiff,
                                             :
        -against-                                    Civil Action No. 1:21-cv-00260-PB
                                             :
LBRY, INC.,
                                             :
                Defendant.
                                             :
-------------------------------------        X
```

## DECLARATION

I, ___Jon arne sandÃ,_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
        ☐ Bittrex
        ☐ MXC
        ☐ BitMart
        ☐ HotBit
        ☐ CoinEx
        ☐ Poloniex
        ☐ Upbit
        ☐ ShapeShift
        ☐ MoonPay
        ☐ Bisq
        ☒ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_____Jon arne sandÃ⊠_____

156722820.1

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | :     Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| Defendant. | : |
| ------------------------------------- | X |

## **DECLARATION**

I, ___Jonathan Addo_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

*Jonathan Addo*
_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------        X
SECURITIES AND EXCHANGE                      :
COMMISSION,
                                             :
                  Plaintiff,
                                             :
       -against-                                     Civil Action No. 1:21-cv-00260-PB
                                             :
LBRY, INC.,
                                             :
                  Defendant.
                                             :
-------------------------------------        X
```

## **DECLARATION**

I, __Jonathan Crawley_____, declare as follows:

    1.    I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.    In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

    ☐ Bittrex
    ☐ MXC
    ☐ BitMart
    ☐ HotBit
    ☐ CoinEx
    ☐ Poloniex
    ☐ Upbit
    ☐ ShapeShift
    ☒ MoonPay
    ☐ Bisq
    ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Jonathan Crawley_____

156722820.1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
------------------------------------      X
SECURITIES AND EXCHANGE                   :
COMMISSION,
                                          :
            Plaintiff,
                                          :
      -against-                                Civil Action No. 1:21-cv-00260-PB
                                          :
LBRY, INC.,
                                          :
            Defendant.
                                          :
------------------------------------      X
```

## DECLARATION

I, __Jordan Blackburn_____, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☒ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☐ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Jordan Blackburn_____

156722820.1

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
--------------------------------------        X
SECURITIES AND EXCHANGE                       :
COMMISSION,
                                              :
                    Plaintiff,
                                              :
      -against-                                        Civil Action No. 1:21-cv-00260-PB
                                              :
LBRY, INC.,
                                              :
                    Defendant.
                                              :
--------------------------------------        X
```

## **DECLARATION**

I, __Jordan Giesige__ , declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
        ☐ Bittrex
        ☐ MXC
        ☐ BitMart
        ☐ HotBit
        ☐ CoinEx
        ☐ Poloniex
        ☐ Upbit
        ☐ ShapeShift
        ☒ MoonPay
        ☐ Bisq
        ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_ , 2022.

_Jordan Giesige_

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

--------------------------------------  X

SECURITIES AND EXCHANGE                 :
COMMISSION,
                                        :
                Plaintiff,
                                        :
        -against-                            Civil Action No. 1:21-cv-00260-PB
                                        :
LBRY, INC.,
                                        :
                Defendant.
                                        :
--------------------------------------  X

## DECLARATION

I, ___Josef Gabriel Gall_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
        ☐ Bittrex
        ☐ MXC
        ☐ BitMart
        ☐ HotBit
        ☐ CoinEx
        ☐ Poloniex
        ☐ Upbit
        ☐ ShapeShift
        ☒ MoonPay
        ☐ Bisq
        ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Josef Gabriel Gall_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | :    Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| Defendant. | : |
| ------------------------------------- | X |

## DECLARATION

I, __Joseph Loney_____, declare as follows:

1.    I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.    In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☒ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Joseph Loney_____

156722820.1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
--------------------------------------        X
SECURITIES AND EXCHANGE                       :
COMMISSION,
                                              :
                    Plaintiff,
                                              :
         -against-                                     Civil Action No. 1:21-cv-00260-PB
                                              :
LBRY, INC.,
                                              :
                    Defendant.
                                              :
--------------------------------------        X
```

## DECLARATION

I, ___Joseph Mahomond-Suaiden___ , declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

     ☒ Bittrex
     ☐ MXC
     ☐ BitMart
     ☐ HotBit
     ☐ CoinEx
     ☐ Poloniex
     ☐ Upbit
     ☐ ShapeShift
     ☒ MoonPay
     ☐ Bisq
     ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_ , 2022.

_Joseph Mahomond–Suaiden_

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | :     Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| Defendant. | : |
| ------------------------------------- | X |

## **DECLARATION**

I, ____JoÅ¾e Hrenko_____, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
        ☐ Bittrex
        ☐ MXC
        ☐ BitMart
        ☐ HotBit
        ☐ CoinEx
        ☐ Poloniex
        ☐ Upbit
        ☐ ShapeShift
        ☒ MoonPay
        ☐ Bisq
        ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_____JoÅ¾e Hrenko_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
-------------------------------------   X
SECURITIES AND EXCHANGE                 :
COMMISSION,
                                        :
              Plaintiff,
                                        :
      -against-                                   Civil Action No. 1:21-cv-00260-PB
                                        :
LBRY, INC.,
                                        :
              Defendant.
                                        :
-------------------------------------   X
```

**DECLARATION**

I, ___jp jordaan_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
- ☐ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_jp jordaan_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

---------------------------------------   X

SECURITIES AND EXCHANGE           :
COMMISSION,
                                  :

        Plaintiff,        :

   -against-                      :          Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                       :

        Defendant.        :

---------------------------------------   X

## **DECLARATION**

I, ___Julian Ilett_____, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

    ☐ Bittrex
    ☐ MXC
    ☐ BitMart
    ☐ HotBit
    ☐ CoinEx
    ☐ Poloniex
    ☐ Upbit
    ☐ ShapeShift
    ☒ MoonPay
    ☐ Bisq
    ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

                              *Julian Ilett*
                       _____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
--------------------------------------          X
SECURITIES AND EXCHANGE                         :
COMMISSION,
                                                :
                    Plaintiff,
                                                :
      -against-                                       Civil Action No. 1:21-cv-00260-PB
                                                :
LBRY, INC.,
                                                :
                    Defendant.
                                                :
--------------------------------------          X
```

## DECLARATION

I, ___Julian Leonhart___, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
      ☐ Bittrex
      ☐ MXC
      ☐ BitMart
      ☐ HotBit
      ☐ CoinEx
      ☐ Poloniex
      ☐ Upbit
      ☐ ShapeShift
      ☒ MoonPay
      ☐ Bisq
      ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Julian leonhart_

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | : |
| LBRY, INC., | : |
| Defendant. | : |
| ------------------------------------- | X |

Civil Action No. 1:21-cv-00260-PB

## **DECLARATION**

I, ___Julian O'Neill_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Julian O'Neill_____

156722820.1

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------        X
SECURITIES AND EXCHANGE                      :
COMMISSION,
                                             :
                    Plaintiff,
                                             :
        -against-                                  Civil Action No. 1:21-cv-00260-PB
                                             :
LBRY, INC.,
                                             :
                    Defendant.
                                             :
-------------------------------------        X
```

## **DECLARATION**

I, __Julius Dehner_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☐ MoonPay
☐ Bisq
☒ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

*Julius Dehner*
_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | : Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| Defendant. | : |
| -------------------------------------- | X |

## DECLARATION

I, ___Julius Ukanis_____, declare as follows:

1.    I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.    In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☒ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☐ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Julius Ukanis_____

156722820.1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

--------------------------------------- X

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

  -against-

LBRY, INC.,

    Defendant.

--------------------------------------- X

:
:
:
:
:
:

Civil Action No. 1:21-cv-00260-PB

## **DECLARATION**

I, _____Justin Anderson_____, declare as follows:

1.  I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.  In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
    ☐ Bittrex
    ☐ MXC
    ☐ BitMart
    ☐ HotBit
    ☐ CoinEx
    ☐ Poloniex
    ☐ Upbit
    ☐ ShapeShift
    ☒ MoonPay
    ☐ Bisq
    ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

*Justin Anderson*
_____

156722820.1

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | :    Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| Defendant. | : |
| -------------------------------------- | X |

## **DECLARATION**

I, ___Kamil Monicz_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

     ☒ Bittrex
     ☐ MXC
     ☐ BitMart
     ☐ HotBit
     ☒ CoinEx
     ☐ Poloniex
     ☐ Upbit
     ☐ ShapeShift
     ☐ MoonPay
     ☐ Bisq
     ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Kamil Monicz_____

156722820.1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

--------------------------------------      X

SECURITIES AND EXCHANGE               :
COMMISSION,
                                      :

           Plaintiff,        :

    -against-                       :        Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                           :

          Defendant.        :

--------------------------------------      X

## **DECLARATION**

I,   __Kay Sindre Skogseth__  , declare as follows:

    1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

        ☐ Bittrex
        ☐ MXC
        ☐ BitMart
        ☐ HotBit
        ☐ CoinEx
        ☐ Poloniex
        ☐ Upbit
        ☐ ShapeShift
        ☒ MoonPay
        ☐ Bisq
        ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

                             *Kay Sindre Skogseth*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | :     Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| Defendant. | : |
| -------------------------------------- | X |

## DECLARATION

I, __Kenneth CHU_____, declare as follows:

    1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Kenneth CHU_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

------------------------------------- X

SECURITIES AND EXCHANGE : 
COMMISSION,

               : 

           Plaintiff, 

               : 

    -against-             Civil Action No. 1:21-cv-00260-PB

               : 

LBRY, INC.,

               : 

           Defendant.

------------------------------------- X

## DECLARATION

I,   Kenneth Williamson  , declare as follows:

    1.    I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.    In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

      ☐ Bittrex
      ☐ MXC
      ☐ BitMart
      ☐ HotBit
      ☐ CoinEx
      ☐ Poloniex
      ☐ Upbit
      ☐ ShapeShift
      ☒ MoonPay
      ☐ Bisq
      ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _3_ day of _May_, 2022.

_Kenneth Williamson_

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

---------------------------------------     X

SECURITIES AND EXCHANGE                     :
COMMISSION,
                                            :

           Plaintiff,          :

    -against-                          :      Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                                 :

          Defendant.          :

---------------------------------------     X

## **DECLARATION**

I, __Kenny Smith_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Kenny Smith_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------        X
SECURITIES AND EXCHANGE                      :
COMMISSION,
                                             :
                    Plaintiff,
                                             :
         -against-                                   Civil Action No. 1:21-cv-00260-PB
                                             :
LBRY, INC.,
                                             :
                    Defendant.
                                             :
-------------------------------------        X
```

## **DECLARATION**

I, __Kenzo Tsuda_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Kenzo Tsuda_____

156722820.1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| | : |
| -against- | : |
| | : |
| LBRY, INC., | : |
| | : |
| Defendant. | : |
| ------------------------------------- | X |

Civil Action No. 1:21-cv-00260-PB

## DECLARATION

I, __Kevin Stahl_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr__, 2022.

_Kevin Stahl_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

-------------------------------------- X

SECURITIES AND EXCHANGE
COMMISSION,

     Plaintiff,

  -against-

LBRY, INC.,

     Defendant.

-------------------------------------- X

:
:
:
:
:
:

Civil Action No. 1:21-cv-00260-PB

## **DECLARATION**

I,   Kieran Woodward  , declare as follows:

1.   I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.   In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this  29  day of  Apr  , 2022.

        *Kieran Woodward*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

---

```
-------------------------------------       X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :
               Plaintiff,
                                     :
       -against-                              Civil Action No. 1:21-cv-00260-PB
                                     :
LBRY, INC.,
                                     :
               Defendant.
                                     :
-------------------------------------       X
```

## DECLARATION

I, ___Killian Gimenez_____, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Killian Gimenez_____

156722820.1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------        X
SECURITIES AND EXCHANGE                      :
COMMISSION,
                                             :
                 Plaintiff,
                                             :
        -against-                                   Civil Action No. 1:21-cv-00260-PB
                                             :
LBRY, INC.,
                                             :
                 Defendant.
                                             :
-------------------------------------        X
```

## DECLARATION

I, __Krzys Przedpelski__, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Krzys Przedpelski_

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

---------------------------------------   X

SECURITIES AND EXCHANGE   :
COMMISSION,
                                          :

          Plaintiff,
                                          :

     -against-                            :        Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                               :

          Defendant.                      :

---------------------------------------   X

## DECLARATION

I, ___Lillian Zarif_____, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☒ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Lillian Zarif_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------        X
SECURITIES AND EXCHANGE                      :
COMMISSION,
                                             :
                 Plaintiff,
                                             :
        -against-                                    Civil Action No. 1:21-cv-00260-PB
                                             :
LBRY, INC.,
                                             :
                 Defendant.
                                             :
-------------------------------------        X
```

## DECLARATION

I, _____LukÃ¡Å¡ BlaÅ¾ek_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
- ☐ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _3_ day of _May_, 2022.

_____LukÃⒺÃⒺ BlaÃⒺck_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | :     Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| Defendant. | : |
| ------------------------------------- | X |

## **DECLARATION**

I, ___Luke Whittemore_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

     ☒ Bittrex
     ☐ MXC
     ☐ BitMart
     ☐ HotBit
     ☐ CoinEx
     ☐ Poloniex
     ☐ Upbit
     ☐ ShapeShift
     ☒ MoonPay
     ☐ Bisq
     ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Luke Whittemore_____

156722820.1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------        X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :
            Plaintiff,
                                     :
      -against-                                Civil Action No. 1:21-cv-00260-PB
                                     :
LBRY, INC.,
                                     :
            Defendant.
                                     :
-------------------------------------        X
```

## **DECLARATION**

I, ___Marc Maciá___, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
- ☐ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Marc Maciá_

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | :     Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| Defendant. | : |
| -------------------------------------- | X |

## **DECLARATION**

I, ___Marc Winter_____, declare as follows:

1.       I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.       In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
    ☐ Bittrex
    ☐ MXC
    ☐ BitMart
    ☐ HotBit
    ☐ CoinEx
    ☐ Poloniex
    ☐ Upbit
    ☐ ShapeShift
    ☒ MoonPay
    ☐ Bisq
    ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Marc Winter_____

156722820.1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

|  |  |  |
|---|---|---|
| -------------------------------------- | X | |
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| | : | |
| Plaintiff, | : | |
| -against- | : | Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : | |
| Defendant. | : | |
| -------------------------------------- | X | |

## **DECLARATION**

I, ___Marcel Hain_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
  ☐ Bittrex
  ☐ MXC
  ☐ BitMart
  ☐ HotBit
  ☐ CoinEx
  ☐ Poloniex
  ☐ Upbit
  ☐ ShapeShift
  ☒ MoonPay
  ☐ Bisq
  ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Marcel Hain_____

156722820.1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| | : |
| -against- | :    Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| | : |
| Defendant. | : |
| -------------------------------------- | X |

## DECLARATION

I, ___Marco Martinotti_____, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
- ☐ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Marco Martinotti_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | :    Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| Defendant. | : |
| -------------------------------------- | X |

## **DECLARATION**

I, ___Marcus Hoff_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _2_ day of _May_, 2022.

_Marcus Hoff_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | :     Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| Defendant. | : |
| -------------------------------------- | X |

## DECLARATION

I, _____Marcus O'Keeffe_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

    ☐ Bittrex
    ☐ MXC
    ☐ BitMart
    ☐ HotBit
    ☐ CoinEx
    ☐ Poloniex
    ☐ Upbit
    ☐ ShapeShift
    ☒ MoonPay
    ☐ Bisq
    ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_____*Marcus O'Keeffe*_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | : |
| LBRY, INC., | : |
| Defendant. | : |
| -------------------------------------- | X |

Civil Action No. 1:21-cv-00260-PB

## DECLARATION

I, __Marinela Sajina__, declare as follows:

1.    I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.    In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _2_ day of _May_, 2022.

_Marinela Sajina_

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

------------------------------------- X

SECURITIES AND EXCHANGE : 
COMMISSION,

:

        Plaintiff,

:

  -against-                     Civil Action No. 1:21-cv-00260-PB

LBRY, INC., :

:

        Defendant.

------------------------------------- X

## DECLARATION

I,  Mario Zuena  , declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

    ☐ Bittrex
    ☐ MXC
    ☐ BitMart
    ☐ HotBit
    ☐ CoinEx
    ☐ Poloniex
    ☐ Upbit
    ☐ ShapeShift
    ☒ MoonPay
    ☐ Bisq
    ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this  29  day of  Apr , 2022.

                          *Mario Zuena*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | : |
| LBRY, INC., | : |
| Defendant. | : |
| ------------------------------------- | X |

Civil Action No. 1:21-cv-00260-PB

## DECLARATION

I, ___Mariusz Pinderak_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☒ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☐ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Mariusz Pinderak_____

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

-------------------------------------- X

SECURITIES AND EXCHANGE                :
COMMISSION,
                                       :

          Plaintiff,           :

    -against-                     :          Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                            :

          Defendant.           :

-------------------------------------- X

## **DECLARATION**

I, ___Mark McCraith_____, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

    ☒ Bittrex
    ☐ MXC
    ☐ BitMart
    ☐ HotBit
    ☐ CoinEx
    ☐ Poloniex
    ☐ Upbit
    ☐ ShapeShift
    ☒ MoonPay
    ☐ Bisq
    ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

                               *Mark McCraith*_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------    X
SECURITIES AND EXCHANGE                  :
COMMISSION,
                                         :
                Plaintiff,
                                         :
        -against-                            Civil Action No. 1:21-cv-00260-PB
                                         :
LBRY, INC.,
                                         :
                Defendant.
                                         :
-------------------------------------    X
```

## **DECLARATION**

I, __Mark Rowe Traver_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Mark Rowe Traver_____

156722820.1

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | : |
| | : |
| LBRY, INC., | : |
| Defendant. | : |
| -------------------------------------- | X |

Civil Action No. 1:21-cv-00260-PB

## **DECLARATION**

I, __Markus Tersch_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _2_ day of _May_, 2022.

_Markus Tersch_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | :     Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| Defendant. | : |
| -------------------------------------- | X |

## DECLARATION

I, __Martin Argirov_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
         ☐ Bittrex
         ☐ MXC
         ☐ BitMart
         ☐ HotBit
         ☐ CoinEx
         ☐ Poloniex
         ☐ Upbit
         ☐ ShapeShift
         ☒ MoonPay
         ☐ Bisq
         ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Martin Argirov_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

--------------------------------------   X

SECURITIES AND EXCHANGE                :
COMMISSION,
                                       :

            Plaintiff,                  :

    -against-                          :          Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                            :

            Defendant.                  :

--------------------------------------   X

## **DECLARATION**

I, __Martyn Garcia_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☒ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr__, 2022.

_____
*Martyn Garcia*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

-------------------------------------- X

SECURITIES AND EXCHANGE : 
COMMISSION,
                                :

         Plaintiff,
                                :

     -against-                     :     Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                       :

         Defendant.            :

-------------------------------------- X

## DECLARATION

I,   Mathieu Belanger-Camden  , declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☒ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☐ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this  29  day of  Apr , 2022.

                          *Mathieu Belanger-Camden*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| | : |
| -against- | : Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| | : |
| Defendant. | : |
| -------------------------------------- | X |

**DECLARATION**

I, ___Matt Roach_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☐ MoonPay
☐ Bisq
☒ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _2_ day of _May_, 2022.

_Matt Roach_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
--------------------------------------        X
SECURITIES AND EXCHANGE                       :
COMMISSION,
                                              :
              Plaintiff,
                                              :
     -against-                                      Civil Action No. 1:21-cv-00260-PB
                                              :
LBRY, INC.,
                                              :
              Defendant.
                                              :
--------------------------------------        X
```

## DECLARATION

I, __Matthew Crossman_____, declare as follows:

    1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☐ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Matthew Crossman_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

--------------------------------------  X

SECURITIES AND EXCHANGE            :
COMMISSION,
                                                  :

                      Plaintiff,            :

        -against-                          :          Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                                :

                      Defendant.        :

--------------------------------------  X

## **DECLARATION**

I, ___Matthew neil_____ , declare as follows:


1.       I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.       In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_ , 2022.


_Matthew neil_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
------------------------------------- X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :
              Plaintiff,
                                     :
        -against-                         Civil Action No. 1:21-cv-00260-PB
                                     :
LBRY, INC.,
                                     :
              Defendant.
                                     :
------------------------------------- X
```

## DECLARATION

I, __Matthew Widup_____, declare as follows:

1.  I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.  In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☐ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Matthew Widup_____

156722820.1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

-------------------------------------- X

SECURITIES AND EXCHANGE          :
COMMISSION,
                                 :

         Plaintiff,            :

   -against-                     :          Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                      :

         Defendant.            :

-------------------------------------- X

## **DECLARATION**

I, ___Matthias Kent_____, declare as follows:


1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

    ☒ Bittrex
    ☐ MXC
    ☐ BitMart
    ☐ HotBit
    ☐ CoinEx
    ☐ Poloniex
    ☐ Upbit
    ☐ ShapeShift
    ☐ MoonPay
    ☐ Bisq
    ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.


_____
*Matthias Kent*

156722820.1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

--------------------------------------      X

SECURITIES AND EXCHANGE                     :
COMMISSION,
                                            :

               Plaintiff,           :

    -against-                              :          Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                                 :

             Defendant.            :

--------------------------------------      X

## DECLARATION

I, ___Matthias Pester_____, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Matthias Pester_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------      X
SECURITIES AND EXCHANGE                    :
COMMISSION,
                                           :
                 Plaintiff,
                                           :
        -against-                                   Civil Action No. 1:21-cv-00260-PB
                                           :
LBRY, INC.,
                                           :
                 Defendant.
                                           :
-------------------------------------      X
```

## DECLARATION

I, ___Matti Pulkkinen_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Matti Pulkkinen_____

156722820.1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
--------------------------------------        X
SECURITIES AND EXCHANGE               :
COMMISSION,
                                      :
              Plaintiff,
                                      :
      -against-                              Civil Action No. 1:21-cv-00260-PB
                                      :
LBRY, INC.,
                                      :
              Defendant.
                                      :
--------------------------------------        X
```

**DECLARATION**

I, ___Max Sklar_____, declare as follows:

      1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

      2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

         ☐ Bittrex
         ☐ MXC
         ☐ BitMart
         ☐ HotBit
         ☐ CoinEx
         ☐ Poloniex
         ☐ Upbit
         ☐ ShapeShift
         ☒ MoonPay
         ☐ Bisq
         ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

                       _Max Sklar_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| | : |
| -against- | :   Civil Action No. 1:21-cv-00260-PB |
| | : |
| LBRY, INC., | : |
| | : |
| Defendant. | : |
| -------------------------------------- | X |

**DECLARATION**

I, __Micah Zoltu_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☒ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Micah Zoltu_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

---------------------------------------  X

SECURITIES AND EXCHANGE :
COMMISSION,
                        :

                 Plaintiff,         :

         -against-          :       Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                   :

                 Defendant.      :

---------------------------------------  X

## DECLARATION

I,   Michael Ballweg  , declare as follows:

    1.       I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.       In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Michael Ballweg_

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

--------------------------------------       X

SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :

            Plaintiff,               :

      -against-                      :        Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                          :

            Defendant.               :

--------------------------------------       X

## DECLARATION

I, ___Michael Bowen_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
            ☐ Bittrex
            ☐ MXC
            ☐ BitMart
            ☐ HotBit
            ☒ CoinEx
            ☐ Poloniex
            ☐ Upbit
            ☐ ShapeShift
            ☐ MoonPay
            ☐ Bisq
            ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

*Michael bowen*
_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | :     Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| Defendant. | : |
| ------------------------------------- | X |

## DECLARATION

I, ___Michael Brookes_____, declare as follows:

    1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

    ☐ Bittrex
    ☐ MXC
    ☐ BitMart
    ☐ HotBit
    ☐ CoinEx
    ☐ Poloniex
    ☐ Upbit
    ☐ ShapeShift
    ☒ MoonPay
    ☐ Bisq
    ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Michael Brookes_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

-------------------------------------- X

SECURITIES AND EXCHANGE : 
COMMISSION,

                 :

           Plaintiff, :

      -against- :       Civil Action No. 1:21-cv-00260-PB

LBRY, INC., :

           Defendant. :

-------------------------------------- X

## **DECLARATION**

I,  __Michael Heron_____ , declare as follows:

      1.       I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

      2.       In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

      ☐ Bittrex
      ☐ MXC
      ☐ BitMart
      ☐ HotBit
      ☐ CoinEx
      ☐ Poloniex
      ☐ Upbit
      ☐ ShapeShift
      ☒ MoonPay
      ☐ Bisq
      ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this  29  day of  Apr   , 2022.

                    *Michael Heron*
                  _____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| ------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | : Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| Defendant. | : |
| ------------------------------------- | X |

**DECLARATION**

I, ___Michael Lakerveld___, declare as follows:

1.    I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.    In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Michael Lakerveld_

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

--------------------------------------  X

SECURITIES AND EXCHANGE : 
COMMISSION,

             :

         Plaintiff,

             :

    -against-             :     Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,             :

         Defendant.           :

--------------------------------------  X

## **DECLARATION**

I,     Michael RomanovskÃ½    , declare as follows:

     1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

     2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
                 ☐ Bittrex
                 ☐ MXC
                 ☐ BitMart
                 ☐ HotBit
                 ☐ CoinEx
                 ☐ Poloniex
                 ☐ Upbit
                 ☐ ShapeShift
                 ☒ MoonPay
                 ☐ Bisq
                 ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this  29  day of  Apr , 2022.

                           *Michael RomanovskÃ*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| | : |
| -against- | :   Civil Action No. 1:21-cv-00260-PB |
| | : |
| LBRY, INC., | : |
| | : |
| Defendant. | : |
| ------------------------------------- | X |

## DECLARATION

I, __Michael Vargas__, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☒ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☐ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Michael Vargas_

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

---

```
-------------------------------------        X
SECURITIES AND EXCHANGE                      :
COMMISSION,
                                             :
                    Plaintiff,
                                             :
         -against-                                    Civil Action No. 1:21-cv-00260-PB
                                             :
LBRY, INC.,
                                             :
                    Defendant.
                                             :
-------------------------------------        X
```

## DECLARATION

I, __Michal Druciarek_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
  - ☒ Bittrex
  - ☐ MXC
  - ☐ BitMart
  - ☐ HotBit
  - ☐ CoinEx
  - ☐ Poloniex
  - ☐ Upbit
  - ☐ ShapeShift
  - ☐ MoonPay
  - ☐ Bisq
  - ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Michal Druciarek_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

---------------------------------------  X

SECURITIES AND EXCHANGE : COMMISSION,

                 :

            Plaintiff, :

     -against- :     Civil Action No. 1:21-cv-00260-PB

LBRY, INC., :

           Defendant. :

---------------------------------------  X

## **DECLARATION**

I,   __Michal Konecny__  , declare as follows:

      1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

      2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

               ☐ Bittrex
               ☐ MXC
               ☐ BitMart
               ☐ HotBit
               ☐ CoinEx
               ☐ Poloniex
               ☐ Upbit
               ☐ ShapeShift
               ☒ MoonPay
               ☐ Bisq
               ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _1_ day of _May_, 2022.

                                   *Michal Konecny*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | : |
| | : |
| LBRY, INC., | : |
| Defendant. | : |
| -------------------------------------- | X |

Civil Action No. 1:21-cv-00260-PB

## **DECLARATION**

I, ___Michel Michael Wittwer___, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Michel Michael Wittwer_

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | :     Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| Defendant. | : |
| -------------------------------------- | X |

**DECLARATION**

I, ___Mike Cantelon_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
      ☐ Bittrex
      ☐ MXC
      ☐ BitMart
      ☐ HotBit
      ☐ CoinEx
      ☐ Poloniex
      ☐ Upbit
      ☐ ShapeShift
      ☒ MoonPay
      ☐ Bisq
      ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _2_ day of _May_, 2022.

_Mike Cantelon_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

--------------------------------------     X

SECURITIES AND EXCHANGE     :
COMMISSION,

                      :

           Plaintiff,

                      :

      -against-                :     Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                     :

           Defendant.        :

--------------------------------------     X

## DECLARATION

I,   __Milan SlovÃ¡k_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
    ☐ Bittrex
    ☐ MXC
    ☐ BitMart
    ☐ HotBit
    ☐ CoinEx
    ☐ Poloniex
    ☐ Upbit
    ☐ ShapeShift
    ☒ MoonPay
    ☐ Bisq
    ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _1_ day of _May_, 2022.

                           _Milan Slov A▒k_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------          X
SECURITIES AND EXCHANGE                        :
COMMISSION,
                                               :
                Plaintiff,
                                               :
        -against-                                      Civil Action No. 1:21-cv-00260-PB
                                               :
LBRY, INC.,
                                               :
                Defendant.
                                               :
-------------------------------------          X
```

## **DECLARATION**

I, ___Mr Angus Pearson___, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
- ☐ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Mr Angus Pearson_

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

---------------------------------------  X

SECURITIES AND EXCHANGE : 
COMMISSION,

                   :

           Plaintiff,

                   :

     -against-                     :       Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                  :

           Defendant.              :

---------------------------------------  X

## DECLARATION

I, <u>Nat Tuck</u>, declare as follows:

     1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

     2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

         ☐ Bittrex
         ☐ MXC
         ☐ BitMart
         ☐ HotBit
         ☐ CoinEx
         ☐ Poloniex
         ☐ Upbit
         ☐ ShapeShift
         ☒ MoonPay
         ☐ Bisq
         ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

*Nat Tuck*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | :    Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| Defendant. | : |
| -------------------------------------- | X |

## DECLARATION

I, __Nathan Campbell_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

*Nathan Campbell*
_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

---------------------------------------    X

SECURITIES AND EXCHANGE    :
COMMISSION,

    :

           Plaintiff,

    :

    -against-    :    Civil Action No. 1:21-cv-00260-PB

    :

LBRY, INC.,

    :

           Defendant.    :

---------------------------------------    X

## **DECLARATION**

I, __Nathan Penny__, declare as follows:

1.    I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.    In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Nathan Penny_

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

---------------------------------------  X

SECURITIES AND EXCHANGE    :
COMMISSION,

                      :

         Plaintiff,

                      :

    -against-              :     Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,               :

         Defendant.        :

---------------------------------------  X

## DECLARATION

I, __Nathan Zwillich_____, declare as follows:

    1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

        ☐ Bittrex
        ☐ MXC
        ☐ BitMart
        ☐ HotBit
        ☐ CoinEx
        ☐ Poloniex
        ☐ Upbit
        ☐ ShapeShift
        ☐ MoonPay
        ☐ Bisq
        ☒ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _2_ day of _May_, 2022.

_Nathan Zwillich_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | : |
| | : |
| LBRY, INC., | : |
| Defendant. | : |
| -------------------------------------- | X |

Civil Action No. 1:21-cv-00260-PB

**DECLARATION**

I, ___Neil Garner_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
        ☐ Bittrex
        ☐ MXC
        ☐ BitMart
        ☐ HotBit
        ☐ CoinEx
        ☐ Poloniex
        ☐ Upbit
        ☐ ShapeShift
        ☒ MoonPay
        ☐ Bisq
        ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Neil Garner_____

156722820.1

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------    X
SECURITIES AND EXCHANGE                  :
COMMISSION,
                                         :
                Plaintiff,
                                         :
       -against-                             Civil Action No. 1:21-cv-00260-PB
                                         :
LBRY, INC.,
                                         :
                Defendant.
                                         :
-------------------------------------    X
```

## **DECLARATION**

I, ___Nicaise J-Ch_____, declare as follows:

1.    I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.    In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Nicaise J-Ch_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
--------------------------------------          X
SECURITIES AND EXCHANGE                         :
COMMISSION,
                                                :
                    Plaintiff,
                                                :
        -against-                                       Civil Action No. 1:21-cv-00260-PB
                                                :
LBRY, INC.,
                                                :
                    Defendant.
                                                :
--------------------------------------          X
```

## **DECLARATION**

I, __Nicholas Primiano__, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Nicholas Primiano_

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| | : |
| -against- | :    Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| | : |
| Defendant. | : |
| -------------------------------------- | X |

## <u>DECLARATION</u>

I, __Nick Hsiao_____ , declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☐ MoonPay
☐ Bisq
☒ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_ , 2022.

_Nick Hsiao_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
--------------------------------------     X
SECURITIES AND EXCHANGE                    :
COMMISSION,
                                           :
                    Plaintiff,
                                           :
        -against-                                  Civil Action No. 1:21-cv-00260-PB
                                           :
LBRY, INC.,
                                           :
                    Defendant.
                                           :
--------------------------------------     X
```

**DECLARATION**

I, ___Nico Fischer_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Nico Fischer_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

---------------------------------------     X

SECURITIES AND EXCHANGE                     :
COMMISSION,
                                            :

               Plaintiff,     :

    -against-                             :          Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                                 :

            Defendant.         :

---------------------------------------     X

## DECLARATION

I, ___Nicolas Anguelov_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

    ☒ Bittrex
    ☐ MXC
    ☐ BitMart
    ☐ HotBit
    ☐ CoinEx
    ☐ Poloniex
    ☐ Upbit
    ☐ ShapeShift
    ☐ MoonPay
    ☐ Bisq
    ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Nicolas Anguelov_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------          X
SECURITIES AND EXCHANGE                        :
COMMISSION,
                                               :
                 Plaintiff,
                                               :
        -against-                                    Civil Action No. 1:21-cv-00260-PB
                                               :
LBRY, INC.,
                                               :
                 Defendant.
                                               :
-------------------------------------          X
```

## DECLARATION

I, ___Nicolas Duce_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Nicolas Duce_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

--------------------------------------   X
SECURITIES AND EXCHANGE            :
COMMISSION,
                                   :
                 Plaintiff,
                                   :
        -against-                          Civil Action No. 1:21-cv-00260-PB
                                   :
LBRY, INC.,
                                   :
                 Defendant.
                                   :
--------------------------------------   X

**DECLARATION**

I, ___Nicolau Leal Werneck___, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Nicolau Leal Werneck_

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

---

-------------------------------------- X

SECURITIES AND EXCHANGE : 
COMMISSION,

               :

           Plaintiff,

               :

     -against-              :     Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                :

           Defendant.       :

-------------------------------------- X

## DECLARATION

I, __Nightmoon Eagle__ , declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

       ☒ Bittrex
       ☐ MXC
       ☐ BitMart
       ☐ HotBit
       ☐ CoinEx
       ☐ Poloniex
       ☐ Upbit
       ☐ ShapeShift
       ☒ MoonPay
       ☐ Bisq
       ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_ , 2022.

                              *Nightmoon Eagle*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

------------------------------------- X

SECURITIES AND EXCHANGE :
COMMISSION,
:
        Plaintiff,
:
  -against-
:     Civil Action No. 1:21-cv-00260-PB

LBRY, INC., :

        Defendant. :

------------------------------------- X

## **DECLARATION**

I,  __Nils Fredrik Gjerull__  , declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
      ☐ Bittrex
      ☐ MXC
      ☐ BitMart
      ☐ HotBit
      ☐ CoinEx
      ☐ Poloniex
      ☐ Upbit
      ☐ ShapeShift
      ☒ MoonPay
      ☐ Bisq
      ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

                            _Nils Fredrik Gjerull_

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | : Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| Defendant. | : |
| -------------------------------------- | X |

**DECLARATION**

I, ___Oliver Howlett_____, declare as follows:

1.    I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.    In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☒ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☐ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Oliver Howlett_____

156722820.1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

---------------------------------------  X

SECURITIES AND EXCHANGE           :
COMMISSION,
                                                    :

         Plaintiff,              :

   -against-                         :        Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                               :

         Defendant.             :

---------------------------------------  X

## **DECLARATION**

I, ___Pascal Audry_____, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

      ☒ Bittrex
      ☐ MXC
      ☐ BitMart
      ☐ HotBit
      ☐ CoinEx
      ☐ Poloniex
      ☐ Upbit
      ☐ ShapeShift
      ☒ MoonPay
      ☐ Bisq
      ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

                           *Pascal Audry*
                     _____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| -------------------------------------- | X | |
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| | : | |
| Plaintiff, | : | |
| -against- | : | Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : | |
| Defendant. | : | |
| -------------------------------------- | X | |

## **DECLARATION**

I, __Paul Jeffery_____, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _1_ day of _May_, 2022.

_Paul Jeffery_____

156722820.1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

---------------------------------------       X

SECURITIES AND EXCHANGE             :
COMMISSION,
                                    :

              Plaintiff,       :

      -against-                 :       Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                         :

           Defendant.         :

---------------------------------------       X

## **DECLARATION**

I, ___Paul Lee_____, declare as follows:

    1.    I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.    In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

    ☐ Bittrex
    ☐ MXC
    ☐ BitMart
    ☐ HotBit
    ☐ CoinEx
    ☐ Poloniex
    ☐ Upbit
    ☐ ShapeShift
    ☒ MoonPay
    ☐ Bisq
    ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

*Paul Lee*
_____

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

---------------------------------------    X

SECURITIES AND EXCHANGE                 :
COMMISSION,
                                        :

          Plaintiff,    :

    -against-                    :    Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                             :

          Defendant.    :

---------------------------------------    X

## **DECLARATION**

I, __Paul Lucero_____, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

    ☒ Bittrex
    ☐ MXC
    ☐ BitMart
    ☐ HotBit
    ☐ CoinEx
    ☐ Poloniex
    ☐ Upbit
    ☐ ShapeShift
    ☒ MoonPay
    ☐ Bisq
    ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Paul Lucero_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

---------------------------------------        X
SECURITIES AND EXCHANGE                        :
COMMISSION,
                                               :
                  Plaintiff,
                                               :
        -against-                                        Civil Action No. 1:21-cv-00260-PB
                                               :
LBRY, INC.,
                                               :
                  Defendant.
                                               :
---------------------------------------        X

**DECLARATION**

I, ___Pedro Ãngelo_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
        ☒ Bittrex
        ☐ MXC
        ☐ BitMart
        ☐ HotBit
        ☐ CoinEx
        ☐ Poloniex
        ☐ Upbit
        ☐ ShapeShift
        ☒ MoonPay
        ☐ Bisq
        ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Pedro AÃngelo_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

---

| | |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| | : |
| -against- | :     Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| | : |
| Defendant. | : |
| -------------------------------------- | X |

## DECLARATION

I, __Pedro Martinez Molero__ , declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

      ☒ Bittrex
      ☐ MXC
      ☐ BitMart
      ☐ HotBit
      ☐ CoinEx
      ☐ Poloniex
      ☐ Upbit
      ☐ ShapeShift
      ☒ MoonPay
      ☐ Bisq
      ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_ , 2022.

_Pedro Martinez Molero_

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

---

-------------------------------------- X

SECURITIES AND EXCHANGE : 
COMMISSION,
                          :

          Plaintiff,
                          :

    -against-
                          :    Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,
                          :

          Defendant.
                          :

-------------------------------------- X

## DECLARATION

I,   Peter Gamble  , declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
    ☐ Bittrex
    ☐ MXC
    ☐ BitMart
    ☐ HotBit
    ☐ CoinEx
    ☐ Poloniex
    ☐ Upbit
    ☐ ShapeShift
    ☒ MoonPay
    ☐ Bisq
    ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Peter Gamble_

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
--------------------------------------        X
SECURITIES AND EXCHANGE                       :
COMMISSION,
                                              :
                    Plaintiff,
                                              :
        -against-                                   Civil Action No. 1:21-cv-00260-PB
                                              :
LBRY, INC.,
                                              :
                    Defendant.
                                              :
--------------------------------------        X
```

## DECLARATION

I, ___Peter Gould_____, declare as follows:

     1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

     2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☐ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Peter Gould_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| | : |
| -against- | :    Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| | : |
| Defendant. | : |
| -------------------------------------- | X |

## **DECLARATION**

I, <u>  Peter Hausleitner          </u>, declare as follows:

    1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

    ☐ Bittrex
    ☐ MXC
    ☐ BitMart
    ☐ HotBit
    ☐ CoinEx
    ☐ Poloniex
    ☐ Upbit
    ☐ ShapeShift
    ☒ MoonPay
    ☐ Bisq
    ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this <u> 30 </u> day of <u> Apr  </u>, 2022.

<u>        *Peter Hausleitner*        </u>

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

---------------------------------------    X

SECURITIES AND EXCHANGE    :
COMMISSION,

                       :

          Plaintiff,

                       :

    -against-                :     Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                  :

          Defendant.       :

---------------------------------------    X

## DECLARATION

I, __Peter Kaye_____, declare as follows:

    1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

       ☒ Bittrex
       ☐ MXC
       ☐ BitMart
       ☐ HotBit
       ☐ CoinEx
       ☐ Poloniex
       ☐ Upbit
       ☐ ShapeShift
       ☒ MoonPay
       ☐ Bisq
       ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

                             _Peter Kaye_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | :    Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| Defendant. | : |
| -------------------------------------- | X |

## <u>DECLARATION</u>

I, __Peter Palma_____, declare as follows:

     1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

     2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

     ☐ Bittrex
     ☐ MXC
     ☐ BitMart
     ☐ HotBit
     ☐ CoinEx
     ☐ Poloniex
     ☐ Upbit
     ☐ ShapeShift
     ☒ MoonPay
     ☐ Bisq
     ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Peter Palma_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

---------------------------------------  X

SECURITIES AND EXCHANGE     :
COMMISSION,

                   :

         Plaintiff,

                   :

    -against-                :      Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                :

         Defendant.         :

---------------------------------------  X

## DECLARATION

I, __Peter Smith_____, declare as follows:

     1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

     2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☐ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☒ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☐ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Peter Smith_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

---------------------------------------  X

SECURITIES AND EXCHANGE COMMISSION,   :

               Plaintiff,   :

    -against-   :   Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,   :

            Defendant.   :

---------------------------------------  X

## DECLARATION

I, _____Petros Panigyrakis_____, declare as follows:

1.  I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.  In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _2_ day of _May_, 2022.

*Petros Panigyrakis*
_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | :    Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| Defendant. | : |
| -------------------------------------- | X |

## **DECLARATION**

I, _____Philip Bernick_____, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_____Philip Bernick_____

156722820.1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**


-------------------------------------   X
SECURITIES AND EXCHANGE                 :
COMMISSION,
                                        :
                    Plaintiff,
                                        :
        -against-                            Civil Action No. 1:21-cv-00260-PB
                                        :
LBRY, INC.,
                                        :
                    Defendant.
                                        :
-------------------------------------   X

**DECLARATION**


I, _____Philippe Malzy_____, declare as follows:


1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
              ☐ Bittrex
              ☐ MXC
              ☐ BitMart
              ☐ HotBit
              ☐ CoinEx
              ☐ Poloniex
              ☐ Upbit
              ☐ ShapeShift
              ☒ MoonPay
              ☐ Bisq
              ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.


                            _____Philippe Malzy_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

--------------------------------------   X

SECURITIES AND EXCHANGE           :
COMMISSION,
                                  :

        Plaintiff,         :

    -against-                    :          Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                        :

        Defendant.        :

--------------------------------------   X

**DECLARATION**

I,   Pieter van den Aarsen  , declare as follows:

1. I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2. In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
    ☐ Bittrex
    ☐ MXC
    ☐ BitMart
    ☐ HotBit
    ☐ CoinEx
    ☐ Poloniex
    ☐ Upbit
    ☐ ShapeShift
    ☒ MoonPay
    ☐ Bisq
    ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this  3  day of  May , 2022.

_Pieter van den Aarsen_

156722820.1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------        X
SECURITIES AND EXCHANGE                      :
COMMISSION,
                                             :
                    Plaintiff,
                                             :
        -against-                                    Civil Action No. 1:21-cv-00260-PB
                                             :
LBRY, INC.,
                                             :
                    Defendant.
                                             :
-------------------------------------        X
```

## DECLARATION

I, ___Prenol sylvain_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_____Prenol SYLVAIN_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | :    Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| Defendant. | : |
| -------------------------------------- | X |

## DECLARATION

I, ___Raphael Vogt_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Raphael Vogt_____

156722820.1

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

--------------------------------------     X

SECURITIES AND EXCHANGE                    :
COMMISSION,
                                           :

          Plaintiff,               :

    -against-                        :       Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                                :

          Defendant.              :

--------------------------------------     X

## **DECLARATION**

I, ___Renzi Loreto_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
      ☐ Bittrex
      ☐ MXC
      ☐ BitMart
      ☐ HotBit
      ☐ CoinEx
      ☐ Poloniex
      ☐ Upbit
      ☐ ShapeShift
      ☒ MoonPay
      ☐ Bisq
      ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Renzi Loreto_____

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

---------------------------------------  X

SECURITIES AND EXCHANGE                  :
COMMISSION,
                                         :

               Plaintiff,           :

    -against-                            :     Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                              :

             Defendant.              :

---------------------------------------  X

## **DECLARATION**

I, __Richard Petrucelli__ , declare as follows:

    1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
        ☐ Bittrex
        ☐ MXC
        ☐ BitMart
        ☐ HotBit
        ☐ CoinEx
        ☐ Poloniex
        ☐ Upbit
        ☐ ShapeShift
        ☒ MoonPay
        ☐ Bisq
        ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

                            *Richard Petrucelli*
                    _____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
-------------------------------------        X
SECURITIES AND EXCHANGE                      :
COMMISSION,
                                             :
                  Plaintiff,
                                             :
       -against-                                    Civil Action No. 1:21-cv-00260-PB
                                             :
LBRY, INC.,
                                             :
                  Defendant.
                                             :
-------------------------------------        X
```

**DECLARATION**

I, __Robbert Jan Halff_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
        ☐ Bittrex
        ☐ MXC
        ☐ BitMart
        ☐ HotBit
        ☐ CoinEx
        ☐ Poloniex
        ☐ Upbit
        ☐ ShapeShift
        ☒ MoonPay
        ☐ Bisq
        ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Robbert Jan Halff_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------     X
SECURITIES AND EXCHANGE                   :
COMMISSION,
                                          :
                    Plaintiff,
                                          :
        -against-                              Civil Action No. 1:21-cv-00260-PB
                                          :
LBRY, INC.,
                                          :
                    Defendant.
                                          :
-------------------------------------     X
```

## **DECLARATION**

I, ___Robert Bodley_____, declare as follows:

     1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

     2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

          ☒ Bittrex
          ☐ MXC
          ☐ BitMart
          ☐ HotBit
          ☐ CoinEx
          ☐ Poloniex
          ☐ Upbit
          ☐ ShapeShift
          ☒ MoonPay
          ☐ Bisq
          ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Robert Bodley_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

---------------------------------------   X

SECURITIES AND EXCHANGE : 
COMMISSION,

                 :

          Plaintiff,

                 :

    -against-                    :      Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                  :

          Defendant.         :

---------------------------------------   X

## DECLARATION

I, _Robert Meyer_____, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Robert Meyer_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

---------------------------------------   X

SECURITIES AND EXCHANGE                   :
COMMISSION,
                                          :

              Plaintiff,          :

    -against-                            :       Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                               :

            Defendant.         :

---------------------------------------   X

## DECLARATION

I,   Robert Syring        , declare as follows:

    1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
        ☐ Bittrex
        ☐ MXC
        ☐ BitMart
        ☐ HotBit
        ☐ CoinEx
        ☐ Poloniex
        ☐ Upbit
        ☐ ShapeShift
        ☒ MoonPay
        ☐ Bisq
        ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this  30  day of  Apr  , 2022.

                             *Robert Syring*
                           _____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| | : |
| -against- | :    Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| | : |
| Defendant. | : |
| -------------------------------------- | X |

## **DECLARATION**

I, __Roberto Oliveros_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Roberto Oliveros_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

---

| | |
|---|---|
| ------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | :     Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| Defendant. | : |
| ------------------------------------- | X |

## DECLARATION

I, ___Robyn Lockhart_____, declare as follows:

    1.    I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.    In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
    ☐ Bittrex
    ☐ MXC
    ☐ BitMart
    ☐ HotBit
    ☐ CoinEx
    ☐ Poloniex
    ☐ Upbit
    ☐ ShapeShift
    ☒ MoonPay
    ☐ Bisq
    ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

*Robyn Lockhart*
_____

156722820.1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
--------------------------------------      X
SECURITIES AND EXCHANGE                     :
COMMISSION,
                                            :
                 Plaintiff,
                                            :
        -against-                                    Civil Action No. 1:21-cv-00260-PB
                                            :
LBRY, INC.,
                                            :
                 Defendant.
                                            :
--------------------------------------      X
```

**DECLARATION**

I, __Ronald van der Horst__, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _2_ day of _May_, 2022.

_Ronald van der Horst_

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

---

-------------------------------------- X

SECURITIES AND EXCHANGE            :
COMMISSION,
                                   :

        Plaintiff,          :

   -against-                      :     Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                        :

        Defendant.          :

-------------------------------------- X

## **DECLARATION**

I, __Roubaty Nathan_____, declare as follows:

    1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

    ☐ Bittrex
    ☐ MXC
    ☐ BitMart
    ☐ HotBit
    ☐ CoinEx
    ☐ Poloniex
    ☐ Upbit
    ☐ ShapeShift
    ☒ MoonPay
    ☐ Bisq
    ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Roubaty Nathan_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

-------------------------------------- X

SECURITIES AND EXCHANGE COMMISSION, :

                     :

            Plaintiff,

                     :

    -against-                :     Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                :

            Defendant.        :

-------------------------------------- X

## DECLARATION

I, __Roy Pevlor_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

           ☐ Bittrex
           ☐ MXC
           ☐ BitMart
           ☐ HotBit
           ☐ CoinEx
           ☐ Poloniex
           ☐ Upbit
           ☐ ShapeShift
           ☒ MoonPay
           ☐ Bisq
           ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Roy Pevlor_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

---------------------------------------     X
SECURITIES AND EXCHANGE                     :
COMMISSION,
                                            :
                    Plaintiff,
                                            :
         -against-                               Civil Action No. 1:21-cv-00260-PB
                                            :
LBRY, INC.,
                                            :
                    Defendant.
                                            :
---------------------------------------     X

## DECLARATION

I, ___Ruben Wisniewski_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
&#9633; Bittrex
&#9633; MXC
&#9633; BitMart
&#9633; HotBit
&#9633; CoinEx
&#9633; Poloniex
&#9633; Upbit
&#9633; ShapeShift
&#9746; MoonPay
&#9633; Bisq
&#9633; Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _1_ day of _May_, 2022.

_Ruben Wisniewski_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

---------------------------------------   X

SECURITIES AND EXCHANGE                     :
COMMISSION,
                                            :

          Plaintiff,        :

     -against-                         :     Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                                 :

          Defendant.        :

---------------------------------------   X

**<u>DECLARATION</u>**

I, <u>  Rudolph Raab           </u>, declare as follows:

    1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

         ☐ Bittrex
         ☐ MXC
         ☐ BitMart
         ☐ HotBit
         ☐ CoinEx
         ☐ Poloniex
         ☐ Upbit
         ☐ ShapeShift
         ☒ MoonPay
         ☐ Bisq
         ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this <u> 30 </u> day of <u> Apr  </u>, 2022.

<u>        *Rudolph Raab*          </u>

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | :    Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| Defendant. | : |
| -------------------------------------- | X |

## DECLARATION

I, ___Ryan Pullen_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Ryan Pullen_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
--------------------------------------        X
SECURITIES AND EXCHANGE                       :
COMMISSION,
                                              :
                    Plaintiff,
                                              :
        -against-                                     Civil Action No. 1:21-cv-00260-PB
                                              :
LBRY, INC.,
                                              :
                    Defendant.
                                              :
--------------------------------------        X
```

## DECLARATION

I, __Ryan Sappenfield__ , declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_ , 2022.

_Ryan Sappenfield_

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | :     Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| Defendant. | : |
| -------------------------------------- | X |

## **DECLARATION**

I, ___Sam Barton_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr__, 2022.

_Sam Barton_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------      X
SECURITIES AND EXCHANGE                    :
COMMISSION,
                                           :
                Plaintiff,
                                           :
          -against-                             Civil Action No. 1:21-cv-00260-PB
                                           :
LBRY, INC.,
                                           :
                Defendant.
                                           :
-------------------------------------      X
```

## DECLARATION

I, ___Sam Lin_____, declare as follows:

    1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

    ☒ Bittrex
    ☐ MXC
    ☐ BitMart
    ☐ HotBit
    ☐ CoinEx
    ☐ Poloniex
    ☐ Upbit
    ☐ ShapeShift
    ☒ MoonPay
    ☐ Bisq
    ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr__, 2022.

_Sam Lin_____

156722820.1

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
---------------------------------------     X
SECURITIES AND EXCHANGE                      :
COMMISSION,
                                             :
                 Plaintiff,
                                             :
        -against-                                    Civil Action No. 1:21-cv-00260-PB
                                             :
LBRY, INC.,
                                             :
                 Defendant.
---------------------------------------     X
```

## **DECLARATION**

I, ___Samuel Coxson_____, declare as follows:

1.       I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.       In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

*Samuel Coxson*
_____

156722820.1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

---------------------------------------   X

SECURITIES AND EXCHANGE                  :
COMMISSION,
                                          :

          Plaintiff,             :

     -against-                        :       Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                               :

          Defendant.             :

---------------------------------------   X

**DECLARATION**

I, ___Samuel Melia_____, declare as follows:

    1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
        ☐ Bittrex
        ☐ MXC
        ☐ BitMart
        ☐ HotBit
        ☐ CoinEx
        ☐ Poloniex
        ☐ Upbit
        ☐ ShapeShift
        ☒ MoonPay
        ☐ Bisq
        ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _2_ day of _May_, 2022.

_Samuel Melia_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

--------------------------------------      X

SECURITIES AND EXCHANGE                  :
COMMISSION,
                                         :
                  Plaintiff,
                                         :
        -against-                              Civil Action No. 1:21-cv-00260-PB
                                         :
LBRY, INC.,
                                         :
                  Defendant.
                                         :
--------------------------------------      X

## **DECLARATION**

I, ___Samuel Vanderplancke___, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Samuel Vanderplancke_

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

---

------------------------------------- X

SECURITIES AND EXCHANGE : 
COMMISSION,

                      :

                 Plaintiff,

                      :

      -against-                   :      Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                 :

                 Defendant.      :

------------------------------------- X

## **DECLARATION**

I, __Samuel Weeks__ , declare as follows:

    1.    I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.    In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

    ☐ Bittrex
    ☐ MXC
    ☐ BitMart
    ☐ HotBit
    ☐ CoinEx
    ☐ Poloniex
    ☐ Upbit
    ☐ ShapeShift
    ☒ MoonPay
    ☐ Bisq
    ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_ , 2022.

_Samuel Weeks_

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------        X
SECURITIES AND EXCHANGE                      :
COMMISSION,
                                             :
              Plaintiff,
                                             :
     -against-                                     Civil Action No. 1:21-cv-00260-PB
                                             :
LBRY, INC.,
                                             :
              Defendant.
                                             :
-------------------------------------        X
```

## DECLARATION

I, __Sarah Plumley__, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
  ☐ Bittrex
  ☐ MXC
  ☐ BitMart
  ☐ HotBit
  ☐ CoinEx
  ☐ Poloniex
  ☐ Upbit
  ☐ ShapeShift
  ☒ MoonPay
  ☐ Bisq
  ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

*Sarah Plumley*

156722820.1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

---------------------------------------     X

SECURITIES AND EXCHANGE         :
COMMISSION,
                                :

            Plaintiff,          :

    -against-                   :       Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                     :

            Defendant.          :

---------------------------------------     X

## DECLARATION

I, ___Saul Ramirez_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _3_ day of _May_, 2022.

_Saul Ramirez_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------        X
SECURITIES AND EXCHANGE                      :
COMMISSION,
                                             :
                    Plaintiff,
                                             :
        -against-                                     Civil Action No. 1:21-cv-00260-PB
                                             :
LBRY, INC.,
                                             :
                    Defendant.
                                             :
-------------------------------------        X
```

## **DECLARATION**

I, ___Sebastian Wüst_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Sebastian Wüst_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | :     Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| Defendant. | : |
| ------------------------------------- | X |

## DECLARATION

I, __shaun mitchell_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_shaun mitchell_____

156722820.1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

------------------------------------- X

SECURITIES AND EXCHANGE :
COMMISSION,
                                      :

             Plaintiff,
                                      :

     -against-                        :        Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                           :

             Defendant.               :

------------------------------------- X

## **DECLARATION**

I, _____Simon Breil_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

&#9746; Bittrex
&#9744; MXC
&#9744; BitMart
&#9744; HotBit
&#9744; CoinEx
&#9744; Poloniex
&#9744; Upbit
&#9744; ShapeShift
&#9746; MoonPay
&#9744; Bisq
&#9744; Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Simon Breil_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------    X
SECURITIES AND EXCHANGE                  :
COMMISSION,
                                         :
                Plaintiff,
                                         :
          -against-                          Civil Action No. 1:21-cv-00260-PB
                                         :
LBRY, INC.,
                                         :
                Defendant.
                                         :
-------------------------------------    X
```

## **DECLARATION**

I, ___Spencer Bloch_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
        ☐ Bittrex
        ☐ MXC
        ☐ BitMart
        ☐ HotBit
        ☐ CoinEx
        ☐ Poloniex
        ☐ Upbit
        ☐ ShapeShift
        ☒ MoonPay
        ☐ Bisq
        ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

*Spencer Bloch*
_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

--------------------------------------  X
SECURITIES AND EXCHANGE          :
COMMISSION,

                                 :

            Plaintiff,           :

     -against-                   :      Civil Action No. 1:21-cv-00260-PB

                                 :
LBRY, INC.,
                                 :

            Defendant.           :

--------------------------------------  X

## DECLARATION

I, ____Steffen Barabasch_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
- ☐ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_____Steffen Barabasch_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| ------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| | : |
| -against- | :  Civil Action No. 1:21-cv-00260-PB |
| | : |
| LBRY, INC., | : |
| | : |
| Defendant. | : |
| ------------------------------------- | X |

**DECLARATION**

I, __Steffen Schulz_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
        ☐ Bittrex
        ☐ MXC
        ☐ BitMart
        ☐ HotBit
        ☐ CoinEx
        ☐ Poloniex
        ☐ Upbit
        ☐ ShapeShift
        ☒ MoonPay
        ☐ Bisq
        ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Steffen Schulz_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
--------------------------------------      X
SECURITIES AND EXCHANGE                     :
COMMISSION,
                                            :
                Plaintiff,
                                            :
        -against-                                   Civil Action No. 1:21-cv-00260-PB
                                            :
LBRY, INC.,
                                            :
                Defendant.
                                            :
--------------------------------------      X
```

## DECLARATION

I, ___Stephane Tougard_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
  ☐ Bittrex
  ☐ MXC
  ☐ BitMart
  ☐ HotBit
  ☐ CoinEx
  ☐ Poloniex
  ☐ Upbit
  ☐ ShapeShift
  ☒ MoonPay
  ☐ Bisq
  ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Stephane Tougard_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
--------------------------------------        X
SECURITIES AND EXCHANGE               :
COMMISSION,
                                      :
                Plaintiff,
                                      :
        -against-                              Civil Action No. 1:21-cv-00260-PB
                                      :
LBRY, INC.,
                                      :
                Defendant.
                                      :
--------------------------------------        X
```

## **DECLARATION**

I, __Stephen Nass_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☐ MoonPay
☐ Bisq
☒ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _2_ day of _May_, 2022.

_Stephen Nass_____

156722820.1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | : Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| Defendant. | : |
| ------------------------------------- | X |

## DECLARATION

I, _____Steve O'Leary_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
   ☐ Bittrex
   ☐ MXC
   ☐ BitMart
   ☐ HotBit
   ☐ CoinEx
   ☐ Poloniex
   ☐ Upbit
   ☐ ShapeShift
   ☒ MoonPay
   ☐ Bisq
   ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_____Steve O' Leary_____

156722820.1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

--------------------------------------  X

SECURITIES AND EXCHANGE            :
COMMISSION,
                                   :

        Plaintiff,        :

   -against-                       :          Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                        :

        Defendant.        :

--------------------------------------  X

## **DECLARATION**

I, ___Steven Chong_____, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Steven Chong_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
--------------------------------------        X
SECURITIES AND EXCHANGE                       :
COMMISSION,
                                              :
            Plaintiff,
                                              :
    -against-                                       Civil Action No. 1:21-cv-00260-PB
                                              :
LBRY, INC.,
                                              :
            Defendant.
                                              :
--------------------------------------        X
```

## **DECLARATION**

I, ____Steven O'Brien_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Steven O' Brien_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
-------------------------------------      X
SECURITIES AND EXCHANGE                    :
COMMISSION,
                                           :
                    Plaintiff,
                                           :
        -against-                                    Civil Action No. 1:21-cv-00260-PB
                                           :
LBRY, INC.,
                                           :
                    Defendant.
                                           :
-------------------------------------      X
```

## **DECLARATION**

I, ___Takeshi Motoyama_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
  ☐ Bittrex
  ☐ MXC
  ☐ BitMart
  ☐ HotBit
  ☐ CoinEx
  ☐ Poloniex
  ☐ Upbit
  ☐ ShapeShift
  ☒ MoonPay
  ☐ Bisq
  ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr__, 2022.

_Takeshi Motoyama_____

156722820.1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
--------------------------------------        X
SECURITIES AND EXCHANGE                       :
COMMISSION,
                                              :
                    Plaintiff,
                                              :
        -against-                                   Civil Action No. 1:21-cv-00260-PB
                                              :
LBRY, INC.,
                                              :
                    Defendant.
                                              :
--------------------------------------        X
```

**DECLARATION**

I, ___thomas kelly_____, declare as follows:

    1.    I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.    In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_thomas kelly_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | :     Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| Defendant. | : |
| -------------------------------------- | X |

## <u>DECLARATION</u>

I, <u>  Thornton Martin Lickfield  </u>, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this  29  day of  Apr , 2022.

*Thornton Martin Lickfield*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------        X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :
              Plaintiff,
                                     :
      -against-                             Civil Action No. 1:21-cv-00260-PB
                                     :
LBRY, INC.,
                                     :
              Defendant.
                                     :
-------------------------------------        X
```

## **DECLARATION**

I, ___Tim Thomas_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Tim Thomas_____

156722820.1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

---------------------------------------  X

SECURITIES AND EXCHANGE : 
COMMISSION,

                 :

            Plaintiff,

                 :

      -against-              :      Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,              :

            Defendant.       :

---------------------------------------  X

## DECLARATION

I,  _Toby Algya_____ , declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_ , 2022.

_Toby Algya_____

156722820.1

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE**

---------------------------------------  X

SECURITIES AND EXCHANGE                  :
COMMISSION,
                                         :

         Plaintiff,             :

  -against-                            :          Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                              :

        Defendant.             :

---------------------------------------  X

## <u>DECLARATION</u>

I, ___Tommaso Guariglia_____, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
         ☐ Bittrex
         ☐ MXC
         ☐ BitMart
         ☐ HotBit
         ☐ CoinEx
         ☐ Poloniex
         ☐ Upbit
         ☐ ShapeShift
         ☒ MoonPay
         ☐ Bisq
         ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _1_ day of _May_, 2022.

                          *Tommaso Guariglia*
                   _____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
-------------------------------------   X
SECURITIES AND EXCHANGE                 :
COMMISSION,
                                        :
                Plaintiff,
                                        :
        -against-                            Civil Action No. 1:21-cv-00260-PB
                                        :
LBRY, INC.,
                                        :
                Defendant.
                                        :
-------------------------------------   X
```

**<u>DECLARATION</u>**

I, ___Tom-Oliver Regenauer___, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Tom-Oliver Regenauer_

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| | : |
| -against- | :    Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| | : |
| Defendant. | : |
| -------------------------------------- | X |

## **DECLARATION**

I, __Tony Bermanseder_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
    ☐ Bittrex
    ☐ MXC
    ☐ BitMart
    ☐ HotBit
    ☐ CoinEx
    ☐ Poloniex
    ☐ Upbit
    ☐ ShapeShift
    ☒ MoonPay
    ☐ Bisq
    ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Tony Bermanseder_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

---------------------------------------   X

SECURITIES AND EXCHANGE     :
COMMISSION,

                              :

             Plaintiff,           :

     -against-            :     Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                    :

             Defendant.      :

---------------------------------------   X

## **DECLARATION**

I, ___Tony Bradbury_____, declare as follows:

     1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

     2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

            ☐ Bittrex
            ☐ MXC
            ☐ BitMart
            ☐ HotBit
            ☐ CoinEx
            ☐ Poloniex
            ☐ Upbit
            ☐ ShapeShift
            ☒ MoonPay
            ☐ Bisq
            ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

                               *Tony Bradbury*
                           _____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

-------------------------------------  X

SECURITIES AND EXCHANGE : 
COMMISSION,

: 

          Plaintiff,

: 

   -against-                           Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                : 

: 

          Defendant.

-------------------------------------  X

## DECLARATION

I, ___Travis Calley_____, declare as follows:

    1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☐ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

*Travis Calley* _____

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| | : |
| -against- | :     Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| | : |
| Defendant. | : |
| -------------------------------------- | X |

## **DECLARATION**

I, __Trista Roberts__ , declare as follows:

    1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_ , 2022.

_Trista Roberts_

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

--------------------------------------    X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                                      :
                        Plaintiff,
                                                      :
        -against-                                        Civil Action No. 1:21-cv-00260-PB
                                                      :
LBRY, INC.,
                                                      :
                        Defendant.
                                                      :
--------------------------------------    X

**DECLARATION**

I, __Tsun Him Kenneth Cheng__, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
        ☒ Bittrex
        ☐ MXC
        ☐ BitMart
        ☐ HotBit
        ☐ CoinEx
        ☐ Poloniex
        ☐ Upbit
        ☐ ShapeShift
        ☒ MoonPay
        ☐ Bisq
        ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Tsun Him Kenneth Cheng_

156722820.1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

--------------------------------------  X
SECURITIES AND EXCHANGE            :
COMMISSION,
                                   :
              Plaintiff,
                                   :
       -against-                         Civil Action No. 1:21-cv-00260-PB
                                   :
LBRY, INC.,
                                   :
              Defendant.
                                   :
--------------------------------------  X

## DECLARATION

I, __Turab Iqbal_____, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☐ MoonPay
☐ Bisq
☒ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _1_ day of _May_, 2022.

*Turab Iqbal*
_____

156722820.1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

---------------------------------------  X

SECURITIES AND EXCHANGE : 
COMMISSION,

                       : 

             Plaintiff,

                       : 

     -against-                 :      Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                    : 

             Defendant.         : 

---------------------------------------  X

## DECLARATION

I, __Usman uddin_____, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

    ☐ Bittrex
    ☐ MXC
    ☐ BitMart
    ☐ HotBit
    ☐ CoinEx
    ☐ Poloniex
    ☐ Upbit
    ☐ ShapeShift
    ☒ MoonPay
    ☐ Bisq
    ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

*Usman uddin*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

-------------------------------------   X

SECURITIES AND EXCHANGE         :
COMMISSION,

                                :

             Plaintiff,

                                :

      -against-                         Civil Action No. 1:21-cv-00260-PB

                                :

LBRY, INC.,

                                :

             Defendant.

                                :

-------------------------------------   X

## **DECLARATION**

I, ___Victor ADASCALITEI_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Victor ADASCALITEI_

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
------------------------------------   X
SECURITIES AND EXCHANGE               :
COMMISSION,
                                      :
               Plaintiff,
                                      :
        -against-                          Civil Action No. 1:21-cv-00260-PB
                                      :
LBRY, INC.,
                                      :
               Defendant.
                                      :
------------------------------------   X
```

## **DECLARATION**

I, <u>   Wilhelm Eberhard   </u>, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this <u>30</u> day of <u>Apr</u>, 2022.

<u>*Wilhelm Eberhard*</u>

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | : |
| | Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| Defendant. | : |
| -------------------------------------- | X |

## DECLARATION

I, __William Baric__, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_William Baric_

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

------------------------------------- X

SECURITIES AND EXCHANGE COMMISSION,

          Plaintiff,

   -against-                       Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,

          Defendant.

------------------------------------- X

## DECLARATION

I, <u>William Waisse</u>, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this <u>30</u> day of <u>Apr</u>, 2022.

*William Waisse*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------        X
SECURITIES AND EXCHANGE                      :
COMMISSION,
                                             :
                    Plaintiff,
                                             :
        -against-                                   Civil Action No. 1:21-cv-00260-PB
                                             :
LBRY, INC.,
                                             :
                    Defendant.
                                             :
-------------------------------------        X
```

## DECLARATION

I, __Wolfgang Brehm_____, declare as follows:

1.    I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.    In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Wolfgang Brehm_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

---------------------------------------  X

SECURITIES AND EXCHANGE COMMISSION,

         Plaintiff,

    -against-

LBRY, INC.,

         Defendant.

---------------------------------------  X

Civil Action No. 1:21-cv-00260-PB

## DECLARATION

I,   __Xavier Sospedra Fernández__  , declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☐ MoonPay
☐ Bisq
☒ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this  29  day of  Apr  , 2022.

*Xavier Sospedra Fernández*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------      X
SECURITIES AND EXCHANGE                    :
COMMISSION,
                                           :
                 Plaintiff,
                                           :
         -against-                                Civil Action No. 1:21-cv-00260-PB
                                           :
LBRY, INC.,
                                           :
                 Defendant.
                                           :
-------------------------------------      X
```

## **DECLARATION**

I, __Yuecel Brendel__, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Yuecel Brendel_

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
--------------------------------------        X
SECURITIES AND EXCHANGE                       :
COMMISSION,
                                              :
                    Plaintiff,
                                              :
        -against-                                   Civil Action No. 1:21-cv-00260-PB
                                              :
LBRY, INC.,
                                              :
                    Defendant.
                                              :
--------------------------------------        X
```

## DECLARATION

I, __Yvonne Jentsch_____, declare as follows:

    1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

    ☐ Bittrex
    ☐ MXC
    ☐ BitMart
    ☐ HotBit
    ☐ CoinEx
    ☐ Poloniex
    ☐ Upbit
    ☐ ShapeShift
    ☒ MoonPay
    ☐ Bisq
    ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Yvonne Jentsch_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

-------------------------------------  X

SECURITIES AND EXCHANGE             :
COMMISSION,
                                    :

        Plaintiff,           :

    -against-                      :    Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                         :

        Defendant.           :

-------------------------------------  X

## DECLARATION

I, __ZHENG WANGWEI_____, declare as follows:

    1.    I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.    In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_ZHENG WANGWEI_

# EXHIBIT 2

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

Confidential Expert Report of
Dr. Boris M. Richard

---

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

The Securities and Exchange Commission
v.
LBRY, Inc.

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

I.    EXPERT QUALIFICATIONS ............................................................................4

II.   BACKGROUND OF THE MATTER AND ASSIGNMENT ........................................5

III.  INFORMATION CONSIDERED ..................................................................7

IV.   SUMMARY OF OPINIONS ....................................................................7

V.    EXPERT OPINIONS.........................................................................9

   A. BACKGROUND INFORMATION ON PERMISSIONLESS DISTRIBUTED LEDGER
   TECHNOLOGY AND CRYPTOCURRENCIES……………………………………..………..9

   B. LBRY PROTOCOL IS A CENSORSHIP-RESISTANT SOCIAL MEDIA PLATFORM
   DESIGNED TO ENABLE USERS TO DISTRIBUTE AND CONSUME DECENTRALIZED
   DIGITAL CONTENT……………………………………………….…………………….....12

      1.  DECENTRALIZED USER-ORIENTED APPLICATIONS POWERED BY
          BLOCKCHAIN TECHNOLOGY IS THE CORE OF LBRY………………………17

      2.  LBRY PUBLISHED EXTENSIVE USER GUIDES TO ENABLE CONTENT
          CREATORS AND CONSUMERS TO USE LBC TOKENS IN-APP
          …………………………………………………………………………………...26

      3.  LBRY WAS SUBSTANTIALLY FUNCTIONAL BY THE TIME OF THE FIRST
          TOKEN SALE………………………………………………………………28

      4.  LBRY PLATFORM USAGE CONSISTENTLY INCREASED IN RESPONSE TO
          THE DEPLOYMENT OF AND IMPROVEMENTS IN USER
          APPLICATIONS…………………………………………………………….…………...29

            i.   NUMBER OF ACTIVE ADDRESSES AND RATE OF ADDRESS
                 CREATION……………………………………...……………………………31

            ii.  ON-CHAIN TRANSACTION VOLUME……………………………...………33

            iii. LBRY BROWSER ACTIVITY…………………………………………….………35

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

**C. ECONOMIC USES OF LBC TOKEN**…………………………………………….....**36**

    **1.  TIPPING CONTENT CREATORS WITH LBC**………………………….....**36**

    **2.  BOOSTING AND STAKING CONTENT WITH LBC**……………………….....**37**

    **3.  PURCHASE OF DIGITAL CONTENT WITH LBC**……………………….....**38**

    **4.  LBRY ENCOURAGED USERS TO USE LBC TOKENS ON-CHAIN BY DESIGN**……………………………………………………………………**39**

    **5.  LBC HOLDERS USED LBC TOKEN AS THE LBRY PLATFORM CURRENCY MUCH MORE THAN AS AN INVESTMENT AND TRADING ASSET**………......**42**

**D. LBRY WAS FOCUSED ON DECENTRALIZATION AND COMMUNITY DEVELOPMENT**……………………………………………………………………**45**

    **1.  NETWORK FFECTS ARE CRITICAL FOR THE SUCCESS OF A SOCIAL MEDIA PLATFORM**………………………………………………….....**45**

    **2.  THE PRE-MINED COMMUNITY FUND WAS USED TO BOOTSTRAP THE PLATFORM AND BOOST LBRY NETWORK EFFECTS**………………………..**46**

    **3.  THIRD-PARTY DEVELOPMENT ACTIVITY PLAYED AN IMPORTANT  ROLE IN THE EVOLUTION OF THE LBRY ECOSYSTEM**…………………………….**48**

**E. LBC TOKEN PRICE WAS INFLUENCED BY ON-CHAIN TRANSACTION ACTIVITY AND GENERAL CRYPTOCURRENCY MARKET, AND  NOT BY THE LBRY TEAM**……..**50**

    **1.  LBRY TEAM ANNOUNCEMENTS HAD NO DISCERNIBLE IMPACT ON LBC PRICE**………………………………………………………………..**51**

    **2.  LBRY TEAM DID NOT PROMOTE SECONDARY TRADING IN LBC TOKEN TO LBRY USERS**………………………...…………………………………**52**

    **3.  LBC PRICE RESPONDED POSITIVELY TO LBRY PLATFORM UTILITY IMPROVEMENTS**……………………………………………………......**54**

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

**4. LBC PRICE IS DRIVEN BY THE GENERAL CRYPTOCURRENCY MARKET**……………………………………………………………………………**55**

**VI. SUMMARY** .................................................................................................................... **56**

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

## I.    EXPERT QUALIFICATIONS

1. My name is Boris M. Richard and I am Managing Director with the global consulting and advisory firm FTI Consulting Inc. ("FTI"), where I have worked since Spring of 2018.  Prior to my employment with FTI, I worked for seven years at Cornerstone Research as a litigation consulting expert focusing on high-profile complex disputes involving the valuation and performance analysis for various types of fixed income securities and their derivatives, as well as analyses of institutional trading in various securities markets. My litigation consulting expertise draws directly upon my more than 15-year long career as a securities strategist, bond trader and portfolio manager at major broker-dealers and large established hedge funds. I graduated from Purdue University with a doctorate in Economics, and I also hold a degree from Lomonosov Moscow State University (M.Sc. Economics).

2. During my career in the securities industry, I was head of agency debt strategy at Barclays Capital in New York, participated in the issuance of callable U.S. agency debentures, and took an active role in establishing the company as a key player in the agency debt markets. I also worked as a market maker in the U.S. agency callable bonds at HSBC Securities (USA) in New York where I was responsible for managing and hedging a US$2 billion portfolio of secondary callable bonds. I also played a key role in the marketing and distribution of complex agency and non-agency structured MBS securities at Goldman Sachs in New York. Later on, I was a quantitative MBS hedge fund portfolio manager, generating a significant contribution to the investment book profits of over $400 million over a five-year period. By virtue of my practical experience in capital markets, I have hands-on knowledge of how securities are issued and trade on both exchange and over-the-counter markets.

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

3.  My blockchain and cryptocurrency experience includes analysis of the economics and funding of blockchain projects, investment and consumptive uses of native cryptographic assets, cryptocurrency issuance practices, as well as trading of digital assets on centralized and decentralized trading platforms. I also have extensive expertise in analyzing blockchain network activity as expressed in transaction volume, value transferred, number of addresses and similar metrics, tracing of crypto assets, their transfers between public keys and wallets using commercially available forensic software, as well as publicly available block explorer applications. I am well familiar with existing industry and scholarly research on various types of permissionless public blockchains, their purpose, functionality, consensus protocols, as well as various kinds of associated cryptocurrencies. In addition to my consulting work, I am actively engaged in blockchain and cryptocurrency public discussions and forums, speaking on cryptocurrency-related regulatory and market structure issues at public conferences, as well as publishing in established legal industry media outlets.

4.  A copy of my current curriculum vitae is attached as **Appendix 1** to this Report.

## II.     BACKGROUND OF THE MATTER AND ASSIGNMENT

5.  This matter concerns allegations by the Securities and Exchange Commission brought against LBRY, Inc. ("LBRY") – a blockchain-enabled social media platform for publishing and peer-to-peer sharing of digital content – that the latter violated the U.S. securities laws by virtue of issuing and selling its cryptographic tokens, called LBRY Credits ("LBC") without a required

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

registration with the Commission.[1] To substantiate its claims, the Commission attempts to establish that LBC represent an "investment contract",  by which LBC holders reasonably expected a return on their investment based on the entrepreneurial or managerial efforts of LBRY.[2]

6. I have been retained by Perkins Coie LLP ("Counsel") on behalf of the defendant LBRY to analyze the economic and utility purpose of the LBRY network and its cryptocurrency LBC, the history of economic activity on the LBRY network, and the factors determining the LBC token price behavior. In a nutshell, my assignment is to provide an expert opinion on (1) whether LBC represents primarily a native medium of exchange/currency on the decentralized LBRY network enabling its users to publish, store, view, vote for and share digital content in a fully censorship-free decentralized manner, or, alternatively a speculative investment tool aimed at achieving resale profits, and (2) whether the LBC price behavior is controlled/influenced by the LBRY team or, alternatively, by the volume of economic activity on the LBRY blockchain and general cryptocurrency market forces.

7. I am compensated for my work in this matter at an hourly billing rate of $790.  Staff at FTI Consulting have assisted me by performing work at my direction. All the opinions and conclusions stated in this Report are my own. Neither FTI Consulting's compensation nor my compensation is contingent upon my opinions, testimony, or the outcome of this matter.

---

[1] Complaint, Securities and Exchange Commission v. LBRY, Inc., Civil Action (D.N.H. filed March 29, 2021) (Case no. 1:21-cv-00260).
[2] Id., p. 1.

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

## III.   INFORMATION CONSIDERED

8.  My opinions are based on my knowledge and expertise gained during my professional career. In forming my opinions, I have considered, but not limited my review to, materials, documents and trading data produced in this matter or available through commercial cryptocurrency data provider, data publicly available on LBRY blockchain, LBRY-affiliated websites, or through other public sources. A list of these documents is attached as **Appendix 2**. The opinions stated in this Report are based on the evidence that has been provided to me to date, research and analysis that I have performed or directed in this matter, as well as my training and experience.

9.  This Report is based on information available to me as of the date of this Report. My work in this matter is ongoing, and I reserve the right to modify or supplement my findings or opinions set forth in this Report as additional information is made available to me, or as I perform further analyses.

## IV.   SUMMARY OF OPINIONS

10. My Report provides a detailed discussion of my opinions in this matter. A brief summary of my opinions follows. Based on my review of case materials, documents produced in this matter, as well as publicly available data and information, I have reached the following conclusions.

11. From the very beginning, LBRY's goal has been to create a global, decentralized and censorship-resistant market for publishing, consuming, and sharing various forms of digital content, using LBC tokens as its native medium of exchange. To fulfil this goal, the LBRY

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

team's efforts since the middle of 2016 have been exclusively focused on building and enabling user-friendly applications which provide LBRY users with a diverse set of digital services and the associated non-investment uses for the LBC cryptocurrency.

12. Substantial evidence suggests that LBRY network activity and non-investment uses of LBC coins on-chain consistently increased over time in response to the deployment of new user applications or enhancements.

13. LBRY user applications were substantially functional before the first sale of LBC token on the centralized trading platforms out of the Operational Fund in the third quarter of 2017. LBRY did not sell any LBC tokens to investors to fund either the development of the underlying blockchain or the functional LBRY Desktop browser or the associated in-app digital wallet.

14. Since the LBRY blockchain went live in the middle of 2016, the on-chain network activity, excluding transactions related to LBRY addresses, exceeded the LBC coin trading volume on secondary market trading platforms by more than 2 times. Based on this finding, I conclude that LBC token holders used this token primarily as the LBRY platform native currency to publish, consume and share digital content, and not as an investment asset held and sold for speculative gains. The majority of LBC holders did not reasonably expect to profit by virtue of the managerial efforts of the LBRY team, or at least this was not their primary objective in obtaining LBC.

15. The LBRY team did not promote secondary trading of LBC tokens to its user base. In contrast, LBRY discouraged its users from trading LBC tokens for investment gains and repeatedly advocated for keeping them on the LBRY network for purposes of consuming digital content and elevating its visibility within the LBRY platform community.

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

16. There is no empirical evidence to suggest that the LBC token price was controlled or influenced by LBRY or LBRY team public announcements. Instead, statistically significant evidence indicates that the LBC token price tended to react positively in response to the introduction of new digital content related user applications or improvements/upgrades in the existing applications on the LBRY platform.

## V.     EXPERT OPINIONS

17. This section provides brief pertinent background information on the purpose and functioning of permissionless blockchains like LBRY and related cryptographic assets. It is followed by a detailed discussion of my findings, as well as analyses performed to reach my resulting conclusions.

## A.  BACKGROUND INFORMATION ON PERMISSIONLESS DISTRIBUTED LEDGER TECHNOLOGY AND CRYPTOCURRENCIES

18. A public blockchain is an immutable database/ledger that is maintained by a distributed network of independent participants. In a blockchain, a set of "users" continually send in instructions over time, referred to as "transactions". Received (broadcast) transactions should be organized into a single tamper-proof list, or blockchain, so that all participants can agree on the same order in which transactions are to be carried out. Once transactions are committed to the blockchain in a certain order, they can never be deleted or changed, and the order in which they are recorded on the blockchain cannot be changed either.

19. A blockchain ecosystem, therefore, has two different types of participants: (1) users who send in transactions, and (2) those maintaining the blockchain who append valid transactions to

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

the single ever growing chained immutable list. The latter category of blockchain participants are often referred to as "validators" or "block producers", and such participants may or may not be users themselves. What makes the task of maintaining blockchains challenging is that they are normally implemented in a setting where some subset of the users and validators are expected to display faulty, and even malicious, behavior. Users may send in conflicting transactions and different transactions to different validators. Malicious validators may try to create blocks where some of the transactions are designed to overwrite valid transactions in the past. Or they may try to disrupt the process of reaching consensus as to which transactions have been committed to the blockchain.

20. Bitcoin, which began operating in 2009, is the most famous and largest permissionless blockchain in existence today. In the case of Bitcoin, the blockchain is used to create a currency which is used to perform non-intermediated peer-to-peer transfers of value. That is, Bitcoin transactions are financial payment transactions, whereby one user transfers currency to another. The blockchain allows all users of the currency to agree on which transactions have taken place. Based on this agreement, the blockchain tracks account currency balances of all users, as well as the history of transactions/value transfers which have resulted in such balances at any given point in time.

21. While currencies and associated exchanges of value/payments are an established application of blockchain technology, there are multiple other types of transactions which blockchains are designed to enable and store in an immutable way. In the case of a social media and data sharing application like LBRY, transactions involve paying for non-free content, a new video post, tipping someone for a post with the native cryptoasset, "staking" such asset to boost the visibility of a particular video or a channel, or creating a channel, i.e., an account. Another

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

type of transaction, applicable to LBRY, might involve a user receiving a reward in his digital wallet for his past activities, or an incentive reward, paid in the native currency of the blockchain, LBC.

22. The engine of any blockchain is a "consensus protocol". This is the set of rules that describes the process by which validators/block producers reach agreement on the blockchain. What distinguishes Bitcoin and other public blockchains, such as LBRY, from traditional centralized protocols is that they operate in a so-called "permissionless" setting. That is, there is no central authority that decides who can join the blockchain or which transactions should be considered for validation, in what sequence, and, if valid, appended to the history of the ledger. Anybody can become a validator and decide how many validating nodes/clients to run.

23. Running a large number of validators under different names in a permissionless blockchain setting may enable malicious users to gain control of the system by way of so-called "Sybil" attack[3]. There are a number of methods to prevent Sybil attacks, and Proof-of-Work (PoW) is the first and most significant one. The LBRY blockchain, originally drawing upon the Bitcoin code base, uses PoW as its consensus mechanism.

24. Under PoW, a validator's influence is governed by the amount of computational power it possesses, regardless of the number of validating nodes it controls. This works because computational power is a scarce and testable resource; hence, it is costly to increase computational power in order to gain the level of influence. To ensure that block producers are weighted by their computational power, PoW protocols such as Bitcoin or LBRY require

---

[3] The term 'Sybil attack' originates from a book by Flora Rheta Schreiber – a story of a woman diagnosed with dissociative identity disorder.

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

validators (called "miners") to expend computing and electricity resources solving computational puzzles to demonstrate the computing power at their disposal. The specifics of the mining algorithm of the LBRY blockchain is discussed later in this report.

25. All public blockchains have native cryptographic assets (cryptocurrencies) to enable a peer-to-peer transfers of value and various kinds of digital services, as well as to pay for the cost of executing such transactions. On PoW blockchains like Bitcoin and LBRY, native cryptocurrencies are also generated (mined) with each new block of transactions in accordance with pre-established blockchain-specific algorithms to pay rewards to the validators/block producers for their efforts expended to secure the blockchain. On the LBRY blockchain, the native cryptocurrency LBRY Credits (LBC) is used both to enable user transactions with respect to publishing, consuming and sharing digital content and to pay rewards to validators.

26. The following section of this Report provides a discussion of my expert opinions along with a detailed review of the case-specific evidence, documents, LBRY blockchain activity, social media sources, as well as trading and price data on LBC cryptocurrency which I used as the basis for my conclusions.

## B. LBRY PROTOCOL IS A CENSORSHIP-RESISTANT SOCIAL MEDIA PLATFORM DESIGNED TO ENABLE USERS TO DISTRIBUTE AND CONSUME DECENTRALIZED DIGITAL CONTENT

27. The idea of LBRY dates back to the fall of 2015. The two co-founders believed that traditional organizations and platforms that provide various forms of online media tend to monopolize the state of the market, control the content at its ultimate discretion, and extract rents from the authors and content creators, limiting their growth potential. As an alternative, they wanted to create a protocol which would decentralize the way in which digital content is shared and published throughout the Internet and which would reward the artist/content

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

creator directly. They also believed that in a decentralized platform with no central authority, individuals would have control over their media instead of being subjected to rules which they might not have agreed to. [4]

28. LBRY was created by blockchain people for blockchain enthusiasts as a censorship-resistant tool to create, store, and share digital content in various forms (videos, images, etc.), as well as to reward content creators for creating such content and users for consuming such content. According to LBRY's public website, its mission is to "create a market for accessing and publishing information that is global, decentralized, robust, optimal and complete". [5] In particular, LBRY sought to facilitate the distribution of all data, whether it be a video, an image, or a spreadsheet, in such a way that it would be accessible anywhere in the world on any internet-connected device, not be controlled by any one person, party or authority, resistant to censorship or any kind or control by a central authority, as well as immune to attacks or disruptions. LBRY aimed to create and distribute information in the most efficient way from the perspectives of information producers and consumers.

29. The LBRY protocol consists of three fundamental layers: (1) blockchain, (2) data network, and (3) user applications. The baseline foundation of the LBRY ecosystem is the blockchain, the purpose of which is to provide a single shared index of published content, as well as content discovery and payment by the users for the desired content. [6] The LBRY blockchain stores structured information about the content (so-called metadata), such as the title, creator, price (if any), and a unique stream hash that allows the actual content to be retrieved from the

---

[4] https://news.bitcoin.com/lbry-decentralized-sharing-platform/
[5] https://lbry.tech/overview.
[6] https://lbry.tech/overview

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

data network. The blockchain also stores "names", which allows users to identify pieces of content or creator channels through human-readable names. Finally, the blockchain stores transactions and proofs of payment associated, for example, with paying for content or tipping a content creator. In comparison to media platforms with a centralized host, such as YouTube and Amazon, the advantage of the LBRY blockchain is that it is public and no one can be censored or blocked from using it, while rules are clearly defined and cannot be changed without community consensus.[7] When a user streams or downloads content, LBRY stores the content in encrypted chunks and seeds it to the entire network so other users are able to download it from that user.[8] The access to the blockchain data is free, the costs of downloading content are well defined, and content publishers earn 100 percent of the price for their content, should they choose to charge anything. The advantage of the LBRY blockchain versus decentralized data sharing protocols like BitTorrent, is that, since LBRY contains a single shared index of published content, it is easy for users to find interesting video and data files;[9] and relevant publishers and channels, build name recognition and user following, as well as be rewarded for contributing.

30. The LBRY blockchain uses a PoW consensus algorithm to secure the network. LBRY is a fork, i.e., a modification, of Bitcoin with certain key differences including a shortened block time, more frequent difficulty adjustments, a modified hash algorithm, and modified block rewards.[10] PoW networks, including LBRY, rely on miners, or validators, utilizing computer

---

[7] LBRY blockchain is an open-source project, with its computer code freely available to everybody at https://github.com/lbryio/lbrycrd.
[8] https://lbry.com/faq/lbry-basics
[9] Lighthouse is the built-in index search engine for searching the content metadata, stored on the LBRY blockchain.
[10] https://lbry.tech/spec#consensus

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

power to identify pending transactions, bundle them into a block and append this block to the ledger by solving a mathematical puzzle. This process is critical to maintaining a single source of truth for all activity that takes place on the network. As a result of this process, and to incentivize participation, validators are rewarded with the blockchain's native token (LBC in the case of LBRY) when they successfully append a block of transactions to the ledger. The amount of LBC that is sent to a validator for appending a new block is defined as part of the LBRY protocol and termed a *block reward*. LBC's issuance is limited to 1,083,2020,000 LBCs.[11] Aside from an initial 400MM LBC which was mined by the LBRY team in the genesis block, these block rewards are the only way that the circulating supply of LBC increases over time. Sixty percent of the total lifetime supply of LBC is allocated over time to platform users who operate as miners. As defined in the protocol, the block reward paid to miners is originally set to a peak of 500 LBC before decreasing slowly to zero over a span of 20 years, at which point the entirety of the LBC maximum supply will be in circulation. [12]

31. LBCs, as discussed in the preceding paragraph, are earned by miners in the form of block rewards. They are also used as the medium of exchange to pay for preferred digital content, for costs of uploading and downloading data, for tipping favorite content creators, and for boosting the visibility of certain posts and channels. Finally, LBCs are also earned by users for content viewing, channel tracking, content publishing, having other users follow their own channels, and referrals to join LBRY. Contributors who help develop new applications on the

---

[11] See https://lbry.com/faq/block-rewards.
[12] https://lbry.com/faq/mining-credits

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

LBRY blockchain can also earn LBC. I discuss the economic uses and utility of the LBC cryptocurrency in more detail in Section C below.

32. The data network, LBRYNet, is the second layer of the LBRY ecosystem which interprets and validates the metadata stored in the blockchain, announces new digital content to network participants, accesses and distributes referenced data to LBRY users in a peer-to-peer fashion, and creates, signs and validates identities.

33. The applications layer of the LBRY ecosystem is what enables users' interactions with the blockchain and the data network and what defines practical ways that allow consumers to create, consume/pay for and exchange digital content, post feedback, and tip the creators of the content that they like. This layer consumed most of LBRY's development efforts because it defines the economic and consumer value of the LBRY platform for its users. While LBRY initially kick-started the social media platform by deploying a desktop browser and wallet application (LBRY Desktop), as well as it mobile (LBRY Android) and web-based versions (Odysee.com), LBRY also provides its users and third-party developers with a comprehensive set/library of development tools (lbry-sdk), which enables anyone to develop and deploy their own applications on top of the LBRY blockchain in a permissionless way. [13]

---

[13] Lbry-sdk is composed of (1) an implementation of the full LBRY protocol specification, except the blockchain protocol, (2) components that are useful for developing applications using the protocol, and (3) a background program that participates in the LBRY data network and provides a computer interface (API) for interacting with the protocol. Source: https://lbry.tech/glossary#lbry-sdk.

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

1.  **DECENTRALIZED USER-ORIENTED APPLICATIONS POWERED BY BLOCKCHAIN TECHNOLOGY IS THE CORE OF LBRY**

34. LBRY is an alternative to YouTube and provides a way to overcome some of the crucial challenges that users of Youtube face on the platform. First, with so many content creators and new channels constantly added, the barrier for making someone's YouTube videos visible is very high. As a result, converting someone' publishing efforts into revenue is extremely hard[14]. Second, YouTube content creators and consumers are subject to a lack of transparency since YouTube has the absolute discretion to demonetize a given channel without providing any justification or clear reasoning. Finally, while increasingly popular, content concerning blockchain and cryptocurrency issues are still far from a mainstream topic on YouTube, whereas LBRY has historically been far more favored by cryptocurrency enthusiasts.

35. The applications available on top of the LBRY blockchain are all informed by the goal of creating a user-friendly interface to allow users to upload their work to the LBRY host network, to choose a price for streaming or downloading, to share the digital content for free, and to promote a user's own content or the content of others. LBRY's history since the middle of 2016 demonstrates that the LBRY team's consistent priority has been to deploy and improve consumer-facing desktop, mobile and web-based applications which in turn

---

[14] One study by Mathias Bärtl (2018) finds that the top 3% of all YouTube channels account for 28% of all uploads and 85% of all views and that large channels grow at faster rates than smaller ones, making the vast majority of channels irrelevant and unlikely to ever gain serious viewership. Moreover, those top 3% of channels only make around $12,000 to $16,000 in advertising revenue through YouTube. Still, this is a sum the vast majority of content creators are never likely to see. See Mathias Bärtl (2018). *YouTube channels, uploads and views: A statistical analysis of the past 10 years*, Convergence: The International Journal of Research into New Media Technologies, 24(1), 16-32.

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

incentivizes users to use LBC on the LBRY blockchain for transactional, and not investment or trading, purposes.

36. The focus of LBRY on creating a rich, reliable, scalable, and functional set of digital content services for its users is evident from its approach to its so-called White Paper. Typical blockchain White Papers often present theoretical discussions of the proposed blockchain architecture, chosen consensus algorithm, token distribution and funding plans – often long before the blockchain mainnet goes live. The first ever cryptocurrency whitepaper, published on October 31, 2008, by an individual or entity by the pseudonym Satoshi Nakamoto and titled "*Bitcoin: A Peer-to-Peer Electronic Cash System",* proposed a framework for non-intermediated "sound money" as an alternative to the existing monetary system.[15] This document went into extensive detail regarding the overall theory for the Bitcoin blockchain, including consensus mechanism, token supply and provenance, hash algorithm, etc, but in essence it laid out a proposal for a system that was not in existence at the time. The first Bitcoin transaction was not broadcast to the network until a few months later on January 11, 2009.[16]

37. The Bitcoin White Paper established a framework that countless other blockchain concepts have followed. For example, in May 2017 a new blockchain concept, Algorand, published its own White Paper entitled "*Algorand's Theoretical Paper".*[17] Rather than a provide a technical specification of an existing system, this paper outlines the theory behind Algorand and provides a proposal for its future development. The Algorand blockchain was not

---

[15] https://bitcoin.org/bitcoin.pdf
[16] https://www.blockchain.com/btc/tx/f4184fc596403b9d638783cf57adfe4c75c605f6356fbc91338530e9831e9e16
[17] https://algorandcom.cdn.prismic.io/algorandcom%2Fece77f38-75b3-44de-bc7f-805f0e53a8d9_theoretical.pdf

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

officially launched until two years later in June 2019.[18] Similarly, in October of 2016 Gavin Wood released his proposal for a new blockchain system titled "*Polkadot: Vision for a Heterogenous Multi-Chain Framework*".[19] Again, the Polkadot White Paper represents a proposal for the implementation of a new theoretical system, so-called parachains, which solves some of the pitfalls of existing blockchains, in particular, interoperability and scalability. Polkadot first launched in May 2020, roughly four years after the publication of the White Paper, and did not hold its first "Parachain Auction" until November of 2021, or over five years after the publication date.[20] By way of another example, the well-known Tezos blockchain project published its theoretical White Paper on blockchain and consensus algorithm design in September 2014, while its mainnet went live only four years later.[21]

38. On the other hand, LBRY did not publish a traditional theoretical White Paper describing a future blockchain project. Rather, it published a document that it titled "LBRY Protocol Specification", or LBRY Spec, and it did so roughly two and a half years after the LBRY blockchain went live. The document was published on February 20, 2019 on one of LBRY's websites, LBRY.tech.[22] LBRY Spec was not a theoretical White Paper, and, according to LBRY, it was called a "spec" because it represented "a detailed description of a system in production usage".[23] LBRY Spec focused heavily on data structures to store, stream and

---

[18] https://www.gemini.com/cryptopedia/what-is-algorand-cryptocurrency-blockchain#section-what-is-algorand
[19] https://polkadot.network/PolkaDotPaper.pdf
[20] https://www.yahoo.com/now/acala-wins-first-polkadot-parachain-163540275.html#:~:text=Acala%20Wins%20First%20Polkadot%20Parachain%20Auction%2C%20With%20%241.3B%20in%20DOT%20Committed,-Ian%20Allison&text=The%20first%20coveted%20Polkadot%20parachain,Moonbeam%2C%20an%20Ethereum%20compatibility%20layer
[21] See https://tezos.com/whitepaper.pdf and https://www.coinwire.com/tezos-mainnet-officially-goes-live?utm_source=rss&utm_medium=rss&utm_campaign=tezos-mainnet-officially-goes-live.
[22] See https://lbry.com/news/lbrytech and "LBRY: A Decentralized Digital Content Marketplace", February 2019, available at https://spec.lbry.com/lbry-spec.pdf.
[23] https://lbry.com/news/lbrytech

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

access digital content, ways to access digital content, and types of existing user transactions, including payment transactions and on-chain transactions utilizing LBC, such as publishing, deletion, supporting/staking, sharing, and accessing digital content. The paper also described how the LBC native cryptocurrency is used in such transactions.[24]

### i.   *LBRY Desktop*

39. LBRY Desktop is a browser application with an integrated digital wallet that enables users to view content, upload digital media accessible for free or at a set price, tip user's favorite creators, and as well as send/receive LBCs and earn LBCs through LBRY Rewards. The invite-only beta release of LBRY Desktop for Linux and OS X operating systems took place on July 4, 2016 – the same date when the LBRY blockchain went live. [25]

40. For the next twelve months, LBRY introduced 14 updated releases of this application, which expanded its features and improved the speed and security. According to LBRY, more than 250,000 users signed up to test this browser and the number of content publishes exceeded 60,000 during the period of the invite-only beta release. Repeated user-friendly improvements of LBRY Desktop culminated with the v.014 release which was the open beta LBRY Desktop application that went live on July 31, 2017.[26] The open beta LBRY Desktop was open to everyone and worked on all major computer operating systems. In other words, by the end of

---

[24] A formal LBRY White Paper was not released as a peer-reviewed research publication for another year and a half in August of 2020, when it was published in the 2020 IEEE International Conference on Decentralized Applications and Infrastructures (DAPPS), available at https://ieeexplore.ieee.org/document/9126007.
[25] https://lbry.com/news/beta-live-declare-independence-big-media.
[26] https://lbry.com/news/popup-open-beta.

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

July 2017, the LBRY permissionless digital content publishing and sharing platform was fully functional from the perspective of intended user experiences.

41. Importantly, the LBRY wallet is different from the traditional design of software crypto wallets. Popular digital wallets (e.g., Metamask or Phantom) tout built-in token swaps as a key functionality along with the ability to store, send and receive cryptocurrencies[27]. Additionally, most wallets such as Metamask and Phantom enable users to connect to a multitude of decentralized trading applications such as decentralized exchanges, decentralized marketplaces, and decentralized games. The LBRY digital wallet is different because it serves a different set of purposes. It is built directly into the LBRY Desktop, LBRY Android and Odysee platforms. It enables users to store, send and receive LBC as well as to interact with the LBRY platform by publishing content, boosting content with tips, tracking tips and purchasing content[28]. To enable users to use LBC for its primary purpose of facilitating content creation and sharing, tipping others and collecting rewards for publishing, the LBRY wallet also stores a user's shared content's metadata in the form of claims when using the publishing features[29]. Claim-related wallet transactions ensure that the blockchain uniquely identifies a user's content and that the payment/tips can be routed properly. In summary, the LBRY wallet focuses primarily on the functionality critical to allow users to access and use the LBRY platform, rather than on enabling users to swap LBC into other tokens or connect to trading applications outside of the LBRY ecosystem.

---

[27] See Metamask wallet website at https://metamask.io/, and Phantom website at https://phantom.app/.
[28] See https://lbry.com/faq/lbry-basics.
[29] On LBRY, a 'claim' is the term used to describe URL entry during the publishing process. Claims consist of a name (for the URL at which the published content can be found), a number of Credits that act as a bid to reserve the chosen name, and additional data related to the content and/or publisher's identity. See https://lbry.com/faq/naming.

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

42. The LBRY Desktop + Wallet application received a "facelift" one month later on August 31, 2017, which included improvements in the process of LBRY Rewards, as well as an enhanced capability of the wallet to manage invites, rewards and price setting for digital content. The remainder of 2017 saw another four new releases of LBRY Desktop which added capability for users to tip their favorite content creators, subscribe to their favorite channels and to convert other cryptocurrencies into LBC directly in the app through an integration with a trading platform called ShapeShift.[30]

43. LBRY Desktop has continued to improve since then to include new privacy features for customers, added support for multiple languages, and the ability for a user to include comments along with sending tips to favored content creators, to name just a few. Exhibit 1A includes a history of improvements to LBRY Desktop through its current v.052 release (as of January 2022) - all aimed at expanding the experience of LBRY users to publish, share, and comment on content, as well as reward others for doing the same.[31]

## ii.    *LBRY Android*

44. To expand users' capabilities to access LBRY's social media and data sharing platform on mobile devices, LBRY also worked on the mobile version of the LBRY browser and wallet, called LBRY Android. Exhibit 1B depicts the timeline of development efforts on this user-facing application and indicates that efforts to integrate wallet and content search features into the mobile browser were under way in early 2018.[32] A few months later, in September

---

[30] https://lbry.com/news/lbry-shifting-into-high-gear
[31] See Exhibit 1A.
[32] See Exhibit 1B.

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

2018, LBRY made an open-beta release while still working on multiple user driven features of the application. Persistent efforts to enrich consumer experience to enable the publishing, tipping of other creators for content, channel subscriptions, ShapeShift integration for LBC in-app conversions, content history management, and mobile wallet features, culminated in the full beta release of the mobile browser version 0.8.0 "Andromeda" on the Google Play Store on July 31, 2019.[33] The same exhibit 1B demonstrates that multiple new enhancements and ways for a wider audience of users to use LBC on digital content were introduced by LBRY in 2020 and 2021.

### iii.    Web-Based Data Sharing Platform and Browser: From Spee.ch to Odysee.com

45. LBRY also actively worked to empower users to control their own content and to share the information in a true peer-to-peer fashion. To this end, a free-to-use hosting and content sharing web-based application Spee.ch was released on October 31, 2017,[34] which allowed any free content published on LBRY Desktop to also be published and shared on Spee.ch. Images or videos published to Spee.ch were not just saved on the Spee.ch servers, but also written to the decentralized, user-controlled LBRY network.  The result was that content was backed up by many other LBRY users, could be accessed by anyone in the world, and could not be erased or denied access to even if Spee.ch were to go down. Spee.ch was an entirely open-source application, so that anyone could make their own copy of it, as well as a copy of all of the content stored on the decentralized blockchain.

---

[33] https://github.com/lbryio/lbry-android/releases/tag/0.8.0
[34] https://lbry.com/news/always-gif-responsibly

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

46. After over year and a half of work on expanding the features of Spee.ch, LBRY transitioned to developing LBRY.tv – a web-based blockchain-based browser. In September 2019, LBRY prepared for the soft launch of LBRY.tv with support for LBC wallet and content-related rewards functionality. LBRY.tv officially launched on January 31, 2020.[35]

47. According to LBRY, LBRY.tv is a nearly feature-complete web version of LBRY desktop browser, with the inherited ability from Spee.ch to create a secure user publishing account that only the user has the ability to update or modify. The introduction of LBRY.tv allowed users to seamlessly migrate between web, desktop and mobile environments and use LBC cryptocurrency to view, publish, purchase, promote, comment on, support and tip for digital content that they found relevant. In parallel with LBRY.tv, LBRY also began working on a new version of a web-based browser called Odysee.com. The beta version of the latter was released in September 2020, and the official launch occurred in early December 2020.[36]

48. As Exhibit 1C shows, on March 18, 2021, LBRY announced a forthcoming closure of LBRY.tv and encouraged users to migrate to Odysee.com.[37] LBRY.tv was officially retired on August 6, 2021.[38] The migration from LBRY.tv to Odysee.com was motivated by LBRY's desire to provide users with the most friendly environment and to enhance network effects for the benefit of everyone using the platform. Based on the community feedback, Odysee was considered to be a more user-friendly product, and, as a result, new users returned to Odysee at a rate much higher than LBRY.tv. LBRY also believed that content creators liked Odysee more and felt more comfortable linking and sharing Odysee than they did with

---

[35] https://lbry.com/news/lbrytv. Also see https://lbry.com/news/dev-feb20.
[36] https://odysee.com/@lbry:3f/odysee:7a
[37] https://odysee.com/@lbry:3f/theendoflbrytv:0. Also see Exhibit 1C.
[38] https://odysee.com/@lbry:3f/retirement:8b

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

LBRY.tv. Finally, Odysee offered an improved search performance compared to the previous version of the web-based browser.

49. The information that the SEC provides in its own complaint is also supportive of the conclusion that LBRY's primary goal was to develop and make functional and user-friendly applications that platform customers could use to purchase and provide digital services on a peer-to-peer basis. According to the SEC, when the value of LBC declined at the end of 2016, LBRY stated on its publicly available website that the price of LBC "will go up when we've built a product that is compelling enough to change people's habits…[and that LBRY would be] focusing all of our efforts on creating a product that people will love and getting that product in front of the people that will love it."[39] In the same paragraph, the SEC goes on to enumerate multiple ways in which LBRY worked hard on the platform features to provide users with diverse, reliable and seamless digital services experience.[40] There is also no evidence to suggest that the LBRY team considered a longer-term appreciation of the price of LBC as anything other than a reasonable by-product of the growing usage of LBC as the platform cryptocurrency by an expanding user base.[41]

50. In summary, since the beginning of its efforts in the middle of 2016 and for the next five years, LBRY was focused on providing its users with a feature-rich, alternative, decentralized censorship-resistant implementation of a digital content sharing and publishing platform,

---

[39] Complaint, p.10.
[40] *Id*., p.10.
[41] An expected long-term market value appreciation of a platform cryptocurrency, such as LBC, used to execute peer-to-peer economic transactions, is also demonstrated by a growing body of academic research. For example, W. Cong *et. al*. (2020) develop an equilibrium model for a cryptocurrency and show that its market value is positively influenced by the platform's productivity (functionality), the related adoption rate, as well as endogenously growing user base. See Lin William Cong, Ye Li, and Neng Wang, *Tokenomics: Dynamic Adoption and Valuation*, NBER Working Paper 27222, May 2020, available at http://www.nber.org/papers/w27222.

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

where users could seamlessly use LBC cryptocurrency to view, share and promote relevant information, as well as earn LBC as rewards for creating useful content, commenting on the content of others, and otherwise providing additional digital services in the LBRY ecosystem.

### 2. LBRY PUBLISHED EXTENSIVE GUIDES TO ENABLE CONTENT CREATORS AND CONSUMERS TO USE LBC TOKENS IN-APP

51. Since the project's inception in 2015, the LBRY team has consistently endeavored to ensure the accessibility of their platform. Even while the first LBRY Desktop application was in its Alpha stage, the LBRY team published informative material that detailed the publisher-patron relationship[42] and organized media demos to show prospective users how to use LBRY applications.[43] This focus persisted as LBRY introduced new applications within its ecosystem. For example, LBRY created a specific channel on Odysee called "OdyseeHelp" which was dedicated to helping users understand how all the features available on other LBRY applications are accessible on Odysee.[44] LBRY's efforts to ensure broad accessibility have continued until the very recent past.

52. Along with these help sources, LBRY maintained a page on its website dedicated to answering frequently-asked questions and providing insight into almost every aspect of the LBRY protocol's utility and its unique elements.[45] On this website, users can find guides dedicated to subjects such as the Desktop Application, which details rewards, wallet capabilities, downloads, and searching for/blocking channels, among other items,[46] as well as

---

[42] https://lbry.com/news/introducing-lbry-the-bitcoin-of-content
[43] https://lbry.com/news/lbry-app-sneak-peak-big-questions-answered-lbry-on-blocktalk-last-night
[44] https://odysee.com/@OdyseeHelp:b
[45] https://lbry.com/faq
[46] https://lbry.com/faq/lbry-basics

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

a guide dedicated to helping users publish and profit off their content.[47] There are also help guides related to issues with starting up applications[48] and even guides pertaining to relevant legal regulations (such as the Digital Millennium Copyright Act) which provides information the type of content users can upload.[49] To give a more complete picture of the sheer breadth of user manuals provided by LBRY, I am listing additional guides in this footnote.[50]

53. LBRY also ensured that prospective users had a clear understanding of how to install and run their applications. For instance, each application's respective Github page includes clear instructions related to the installation and usage of that particular application.[51] There are also FAQ pages that explain some of the nuances (i.e., rewards, tipping, wallet integration) to help users acquaint themselves with the protocol.[52] Additionally, LBRY consistently sought to make applications more intuitive for users. For example, multiple updates to application front-ends and new features have made it simpler for users to publish content and for viewers to access it.[53]

54. In addition to guiding users on how to access the content-related digital services, LBRY also published content that allowed users to interact with and build upon the protocol. For example, on February 20, 2019, LBRY introduced lbry.tech, as well as released LBRY Spec. Lbry.tech is a central location where users can find "technical resources, protocol

---

[47] https://lbry.com/faq/how-to-publish
[48] https://lbry.com/faq/startup-troubleshooting
[49] https://lbry.com/faq/dmca
[50] https://lbry.com/faq/what-is-lbry, https://lbry.com/faq/naming, https://lbry.com/faq/how-to-backup-wallet, https://lbry.com/faq/how-to-find-lbry-log-file, https://lbry.com/faq/lbry-directories, https://lbry.com/faq/how-to-publish, https://lbry.com/faq/invites, https://lbry.com/faq/content, https://lbry.com/faq/how-to-change-email, https://lbry.tech/resources/daemon-settings.
[51] https://github.com/lbryio/lbry-desktop#install
[52] https://lbry.com/faq
[53] https://lbry.com/news/ui-publishing-tools-upgrades

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

specification, API documentation," and other items relating to every aspect of the LBRY ecosystem, including the blockchain, data network, and various user-facing applications. As previously discussed, the LBRY Spec is a comprehensive document that discusses in detail what LBRY is, both from a broad purpose-based perspective and a more granular perspective concerning the technology underlying the platform, as well as the various functions (such as claims and supports) unique to LBRY.

### 3. LBRY WAS SUBSTANTIALLY FUNCTIONAL BY THE TIME OF THE FIRST TOKEN SALE

55. The first sales of a total of 1,049,996 LBCs out of the Operational Fund occurred in the third quarter of 2017 to fund the ongoing operations of the LBRY platform.[54] These sales on the open market occurred some time between July 5, 2017 and August 4, 2017.[55] It is important to note that the invite-only beta release of LBRY Desktop had occurred a full year prior to the first sale of LBC, while the open beta version of this core application of the LBRY platform was open to everyone and worked on all major computer operating systems as of July 31, 2017. In other words, before LBC was first sold on the open market though the two cryptocurrency exchanges Bittrex and Poloniex, the LBRY digital content publishing and sharing platform was already substantially functional from the perspective of intended user experiences.

56. For example, the number of cumulative publishes on the platform exceeded 60,000 by the end of July 2017, and had been on a healthy uptrend during the preceding four months.[56]

---

[54] https://lbry.com/credit-reports/2017-q3.
[55] See LBRY explorer at https://explorer.lbry.com/address/bRo4FEeqqxY7nWFANsZsuKEWByEgkvz8Qt.
[56] https://lbry.com/news/popup-open-beta

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

The cumulative number of addresses with non-zero LBC balances exceeded 70K by the end of that month[57], while the total number of created on-chain addresses approached 2MM.[58] The on-chain transaction volume representing user activity on the LBRY platform varied between 2.0MM and 9.9MM per day in June-July 2017 when measured by the number of LBC tokens, and between 3,201 and 14,336 daily when measured by the number of validated transactions.[59]

### 4.   LBRY PLATFORM USAGE CONSISTENTLY INCREASED IN RESPONSE TO THE DEPLOYMENT OF AND IMPROVEMENTS IN USER APPLICATIONS

57. As the capabilities of LBRY user-facing applications grew and LBC became increasingly usable for the purpose of creating, sharing and supporting digital content, so too did user participation and on-chain transaction volume, as well as LBRY browser activity. Examining such activity is important because it reflects the true economic value of the LBC token to platform users as opposed to any intentions to resell the token on the secondary market to monetize potential investment gains.

58. Such information can be gleaned from various sources. According to a LBRY blog post dated January 31, 2018 that summarized the LBRY activity during the preceding year, over 200,000 people used the Spee.ch content sharing application at that time to access and publish free content; over 150,000 pieces of digital content was available on the network across multiple

---

[57] See Exhibit 2.
[58] See Exhibit 3.
[59] See Exhibit 4A. and Exhibit 6

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

categories; and more than 5,000 YouTube contributors made their content available on LBRY, including dozens of top creators.[60]

59. In 2018, the platform attracted an additional nearly 10,000 publishers in partnership with YouTube. Over 100,000 new users began using the LBRY Desktop browser, while the test version of the LBRY Android attracted over 20,000 customers. The amount of digital content available via LBRY increased more than four-fold from the preceding year to more than 600,000 items, and during December 2018 alone, more than 250,000 people accessed a piece of content via LBRY.[61]

60. As of February 2019, approximately 750,000 pieces of digital content had been published via the protocol,[62] and by May 2020 the platform contained over 3.3 million pieces of published digital content.[63] In March 2020, LBRY attracted over 1 million unique visitors,[64] and in July of 2021 LBRY announced that over 1 million channels had been created.[65]

61. Over the years, LBRY's content publishing and sharing platform has attracted various categories of users, including academic researchers. For example, Brendon J. Brewer, Senior Lecturer in the Department of Statistics at the University of Auckland has been publishing his research papers and lectures on the LBRY platform since at least June 2018[66] [67]. His research includes, among other topics, new proposed "trending" algorithms to more

---

[60] https://lbry.com/news/lbry-in-2017-2018
[61] https://lbry.com/news/lbry-in-2018-2019
[62] https://spec.lbry.com/lbry-spec.pdf.
[63] https://lbry.tech/spec#status
[64] https://odysee.com/@lbry:3f/marchamillion:3
[65] https://odysee.com/@lbry:3f/1M:8e
[66] https://odysee.com/@BrendonBrewer:3/secondlaw:8
[67] https://brendonbrewer.com/research.html

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

accurately reflect the popularity of a given piece of digital content based on the blockchain data about the amount of LBC staked by other users to support such content.[68]

62. In the remainder of this section, I examine data publicly available on the LBRY blockchain with respect to user activity and demonstrate that the economic usage of the platform for the purposes of publishing, viewing/purchasing, sharing and supporting digital content has consistently increased in terms of user addresses, usage of LBC tokens (on-chain transaction volume), as well as LBRY browser activity. Not surprisingly, usage of the native LBRY cryptocurrency by users was directly related to the enhanced capabilities of LBRY applications.

### i.    *Number of Active Addresses and Rate of Address Creation*

63. As Exhibit 2 demonstrates, the number of active LBRY addresses holding some LBC tokens increased from 8K at the end of 2016 to 145K one year later, then jumped nearly two-fold in 2018 to 288K, rose to 816K addresses at the end of 2019, and then increased 15-fold over the past two years to 12.3MM at the end of 2021.[69] Notably and expectedly, the number of users and new addresses increased particularly strongly in response to major introductions of new LBRY user applications with novel or expanded features.

64. In particular, as Exhibit 4A shows, the daily rate of new address creation jumped several times in July and August 2017 when the open-beta LBRY Desktop browser was released

---

[68] https://odysee.com/@BrendonBrewer:3/trendingdraft:b
[69] See Exhibit 2. The overall number of addresses, including those holding no LBC exceeded 60MM at the end of 2021. See Exhibit 3.

and improved shortly thereafter especially in terms of LBRY wallet features. Address creation intensified again in the middle of December 2017 when live channel subscriptions was introduced and users could now purchase LBC coins directly in their wallets thanks to the integration with ShapeShift.[70] Another acceleration in the number of new addresses in September 2018 coincided with the release of the open-beta LBRY Android - the mobile version of the LBRY browser – on September 17, 2018.[71]

65. The speed of address creation accelerated again in late 2019 through January 2020 in the months leading up to first, a soft launch of, and then, an official release of LBRY.tv on January 31, 2020. As Exhibit 4B shows, users took a renewed interest in the LBRY platform in April – May 2020 when, first, the LBRY Hubble for Android version of the mobile browser with much improved performance and speed was released at the end of March 2020,[72] and then, when paid content was introduced on LBRY.tv at the end of May, enabling creators to get rewarded for their efforts and the purchase rights recorded on the blockchain.[73]

66. Finally, from the middle of September 2020 through early January 2021, new account creation on LBRY sharply intensified again, this time due to, first, a beta release of the Odysee web-based browser – a successor to LBRY.tv – on September 18, 2020,[74] and then, the official release of the browser in early December 2020.[75]

---

[70] https://lbry.com/news/lbry-shifting-into-high-gear. Also see Exhibit 4A.
[71] https://lbry.com/news/lbry-in-your-pocket
[72] https://odysee.com/@lbry:3f/android-hubble:a
[73] https://odysee.com/@lbry:3f/paid-content-beta:b. Also see Exhibit 4B.
[74] https://odysee.com/@lbry:3f/sayhitoodysee:9
[75] https://odysee.com/@lbry:3f/odysee:7a

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

67. Based on this analysis, it becomes abundantly clear that the usage of the LBRY platform, as measured by the number of created addresses, was directly driven by users' ability to take advantage of new and improved capabilities with respect to the digital content provided by LBRY applications.

## ii.    *On-Chain Transaction Volume*

68. On-chain transaction activity, measured either in the number of native cryptocurrency tokens, or as a number of transactions, is the best way to gauge the utility value of a blockchain platform to its user base. I consider such on-chain transaction volume in contrast to the trading volume of LBC token on secondary market trading/exchange platforms, which reflects holders' need to access liquidity, express views on expected token price performance, or other reasons likely not related to publishing, purchasing and sharing digital content on the LBRY platform. In order to capture the economic activity of LBRY users, I remove from the on-chain transaction volume data the on-chain transactions of the LBRY Community Fund, Operational Fund, and Institutional Fund, with such data having been provided by CryptoCompare.com Such excluded transactions relate to LBRY sales of LBC on the market, distributions of LBC to employees, bounty and other payments to third party developers, as well as other kinds of operational, community-related and strategic partnerships-related distributions of LBC tokens.[76]

---

[76] I use LBRY Quarterly Credit Reports and Sheets, available at https://lbry.com/credit-reports to remove such LBRY funds on-chain activity for the purpose of this analysis.[77] See Exhibits 5A and 5B.

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

69. Exhibits 5A and 5B show that new or improved LBRY applications not only attracted new users to the platform, but also led to them using the LBC token more often for digital content services.[77] Just like the pace of daily address creation, daily on-chain transactional activity measured in the amount of LBC tokens significantly rose in the summer of 2017 in response to the launch of the open beta LBRY Desktop browser and then increased again in late 2017 – early 2018 when LBRY Desktop and LBRY wallet underwent substantial upgrades and new rewards were rolled out to incentivize content creation on the platform. The next major spike in daily on-chain activity came in late 2019 – January 2020, which was driven by the soft launch and then the official release of LBRY.tv.

70. 2020 saw significant improvements in the mobile LBRY Android browser and LBRY wallet, an introduction of paid digital content on the web-based LBRY.tv, and ultimately the release of the Odysee web-based platform. In response, the daily on-chain usage of the LBC token for digital services rose significantly in the spring and early summer of 2020, and then again in the fourth quarter of 2020.

71. To ensure that my findings on the responsiveness of LBC on-chain usage to new and improved applications are not distorted by a few large on-chain transactions, I also examined the on-chain activity when measured by daily transaction count instead of LBC token count. Exhibit 6 shows that the direct relationship between user application features and the volume of activity on-chain remains intact: people create, share and consume digital content more often, creating more demand for the platform currency LBC.[78]

---

[77] See Exhibits 5A and 5B.
[78] See Exhibit 6.

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

### iii.    *LBRY Browser Activity*

72. A review of data on user activity on LBRY browser applications provides an application-layer snapshot of the popularity and usability of the platform. Lbrynomics.com - a data site independent of LBRY and unaffiliated with the LBRY team – tracks various metrics of user activity. At the content channel level, these metrics include the amount of tips received and staked support in terms of LBCs, the number of followers, views, reposts and likes. At the platform level, the site also tracks the number of publications, the amount of paid content purchases, as well as the aggregate amount of LBC tokens locked to support content of others.

73. Based on the Lbrynomics.com data, the usage of the LBRY platform has been on an accelerated uptrend since the release of LBRY.tv in January 2020 and the launch of Odysee in Q4 of 2020. According to TechCrunch review as of December 7, 2020, since the release of the Odysee beta version in September 2020, more than 400,000 people had posted a total of 5 million videos to the site, and as of early December 2020 - Odysee official launch – the platform was already attracting 8.7 million monthly active users.[79] A little over a year later, as of early January 2022, the total number of publications has reached nearly 16 million. At the moment, close to 53.1 million LBC tokens are staked in support of specific digital content, while purchases of paid digital content has exceeded 310K LBC.[80]

74. Multiple content channels unaffiliated with LBRY have seen a significant rise in popularity over the past two years, with top channels accumulating anywhere between 400K and 900K

---

[79] https://techcrunch.com/2020/12/07/odysee-launch/
[80] Source: https://lbrynomics.com/#data|2, All Time Graphs "Number of Publications"; "LBCs Locked in Active Boosts"; "Purchases Total".

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

of LBC in the form of tips and staked support and having follower bases in excess of 100K viewers.[81]

## C. THE ECONOMIC USES OF LBC

75. LBRY has described itself as "a community-driven YouTube alternative." LBRY pricing is at the discretion of the creator, and 100% of that price goes to the creator. Since the LBRY platform uses LBC as its form of digital currency, creator can receive "micropayments for every view without worrying about credit card processing fees."[82] In addition to enabling paid content on the LBRY platform (effectively a marketplace for digital content), there are multiple other ways in which users and creators can send and receive LBC while using LBRY. For example, users can tip content creators, stake content to boost its visibility on the platform, receive rewards, and receive LBC in other ways through interacting with the LBRY ecosystem.

### 1.   TIPPING CONTENT CREATORS WITH LBC

76. The monetization of content is an important advantage of LBRY from a publisher's perspective, and tips from other users who like a given video or a post is one of the principal ways for creators to be rewarded for their work.[83] Tips are sent to content creators in the form of LBC tokens, and users can support creators by sending any desired tip amount of LBC straight to the creator's wallet. Tips are a type of LBC support transaction that are

---

[81] Source: https://lbrynomics.com/data/interactive_parts.html, Charts "LBC"; "Followers"
[82] https://lbry.com/faq/earn-income
[83] https://odysee.com/@OdyseeHelp:b/Monetization-of-Content:3. Content creation rewards from LBRY, as well as site/app promotions are the two other channels incentivizing creative content contributions.

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

permanently sent to the creator and recorded on the blockchain. If unlocked, tips may be used by the recipient outside of the LBRY platform; for instance, they may be sold on an exchange, for fiat or another cryptocurrency. However, LBRY encourages the content creators to re-use these tip tokens on the platform to raise the visibility of their own content, or to support the creativity of others.

## 2. BOOSTING AND STAKING CONTENT WITH LBC

77. Staking or supporting content with LBC, either your own or that of others, allows for the content to have greater visibility on the LBRY platform. On the LBRY platform, the trending tab displays publications that have the greatest increase in tips and supports over the last few hours and days, compared to its baseline performance, or other published pieces.[84]  Users can support creators and help them appear on such trending tabs or community-controlled URL names, through the transaction of "boosting." Staking a certain number of LBC tokens to "boost" someone else's content supports trust and performance but does not permanently give anything to the publisher. Unlike tips, LBC stake is a revokable support. The supporter can keep his LBC staked as long as he likes or revoke them anytime via the LBRY wallet application. Creators are eligible to boost their own content, as well. Tips that creators have received, if they remain staked and not unlocked from the wallet, act as a boost to the creator's content. In summary, via the mechanism of support stakes, LBC serves as an instrument to

---

[84] https://lbry.com/faq/trending

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

help digital content perform better in search results, appear higher in the list of top and trending publishes, or at the community-controlled names.

### 3. PURCHASE OF DIGITAL CONTENT USING LBC

78. As LBRY was introducing paid content on its web-based browser LBRY.tv in May of 2020, it highlighted several economic benefits of spending LBC on purchasing digital content. [85] First, all purchases and the rights to the purchased media are recorded permanently on the LBRY blockchain. Second, 100% of the paid price goes to the publisher, as opposed to instances of traditional centralized streaming platforms which retain up to 30% of the paid price for themselves. Third, users retain the right to "access the purchased data from anyone on the LBRY network, not just LBRY inc."[86] Finally, a decentralized, paid-for content model eliminates a content creator's vulnerability to so-called demonetization, which occurs on centralized media platforms that may choose to deny the author revenue from paid ads or subject the latter to unfair or targeted censorship.

79. In addition to paying for data, publications and media with LBC, a rather unique element of LBRY is that it allows users the ability to purchase a LBRY name using LBC.[87] On other media platforms, the URLs at which publishers' content can be found are often arbitrary and completely uninformative. On LBRY, publishers can pay for "names" (that serve as the URLs for their content) that are as simple or as complex as they desire. Moreover, publishers retain the right to the purchased name permanently (unless they are eventually outbid for the same name) and can upload multiple pieces of content under the same name. Additional benefits

---

[85] https://odysee.com/@lbry:3f/paid-content-beta:b
[86] *Id.*
[87] https://lbry.com/faq/naming

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

of such a naming system are that publishers can make their content easier to discover by linking it to a predictable name or that users can outbid one another for specific names if they feel it is ill-suited to the content currently published under that name (potentially even in a collective manner).

### 4.   LBRY ENCOURAGED USERS TO USE LBC TOKENS ON-CHAIN BY DESIGN

80. Aside from publishing paid content, receiving tips, or contributing to the community as a developer or a tester, LBRY users could also receive LBC rewards in several other ways. For example, users could earn rewards "for having other users…follow your channels."[88] LBRY users could also receive LBC as a referral bonus for inviting new users to sign up for and use LBRY.[89] This system of rewards was built to incentivize users to stake more LBC in support of their own content and the content of others to raise their own standing in the community.

81. Rewards to a creator for views of its content are decided based on metrics such as the user's average watch-time, average view count, the types of content being viewed, the creator's level of engagement, the creator's location, among other things. Thus, publishers who have been active in engaging with other users and publishers, and who are more generous with their LBC in terms of supporting and tipping content, are more likely to accrue greater rewards through view-based rewards.

82. Tips received by a publisher on its content are also a function of his willingness to spend and stake LBC. Tips depend on content visibility which can be raised in several ways. First, a

---

[88] https://odysee.com/@OdyseeHelp:b/rewards-verification:3
[89] https://lbry.com/faq/invites

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

publisher can "support" their own content through staking LBC and tips already received to boost its popularity and visibility.[90] Second, to publish content, a user must first choose a "name" (which essentially serves as a URL). It is desirable to choose a more fitting name which will likely result in better discovery of the content (and more tips), but if the name has already been chosen by another publisher, the user must outbid him in LBC terms to acquire the rights to that name. Either way, to get more tips for created content, a publisher must spend more LBC, both initially and on an ongoing basis, to boost the visibility of such content within the community.

83. Existing LBRY users can also receive LBC as a referral bonus for inviting new users to join the platform.[91] If a new user joins the LBRY platform, both the inviter and invitee become eligible for a reward. The initial limit for claimable invites is 20, but this limit increases, and potential invite rewards rise, as a user engages with LBRY more often and as their channel grows in popularity. But making one's channel more popular also depends on one's willingness to stake LBCs on the platform.

84. In addition to the "use-your-LBC-in-house" design of the rewards system, the LBRY team also encouraged users to recycle received tip payments on the LBRY platform instead of "unlocking" them and taking them outside of the ecosystem. Unlike staked support, received tips are earned permanently, and tip recipients can either choose to keep tips staked to boost their own published content/channel or "unlock" them and move them to their wallet balance.[92] LBRY encouraged users to only unlock tips if they needed to spend LBC and

---

[90] https://lbry.com/faq/how-to-publish
[91] https://lbry.com/faq/invites
[92] https://lbry.com/faq/tipping

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

emphasized the downside of unlocking tips, namely that, it would reduce the publisher's content or channel visibility in search results, trending, and discovery mechanisms. For instance, LBRY stated that "[o]nce unlocked, we encourage you to re-support your channel or recent content, as having an available balance means your Credits aren't being put to good use!"[93] Implicitly, unlocking accumulated tips could reduce a publisher's prospects of earning future tips. Not surprisingly, LBRY recommended to content creators to "never unlock more than half of the LBC on content that is performing well" and to "never go below 10 LBC on a piece of content you want to continue to get views."[94]

85. LBRY also paid close attention to the usage of LBC within the LBRY "economy", recognizing the importance of the native cryptocurrency for the growth of the ecosystem network effects. For example, in October 2020, LBRY took notice of certain trends related to the LBC "economy". It was noted that while usage of the platform had grown consistently in terms of publishing and views, LBC usage in terms of supporting content had stagnated. [95] As LBRY believed that "the ability to create a compelling token economy centered around digital content exchange is imminently achievable", it made tangible changes to encourage higher on-chain usage of LBC. These changes included: (1) scaling down pre-scheduled LBC rewards for creators who simply have large followings in favor of giving greater rewards to creators who consistently publish longer content and earn more views[96]; (2) bringing LBC credits and associated features such as staking and unlocking to the web-based Odysee browser in order to promote more widespread LBC usage across various platforms; (3)

---

[93] *Id.*
[94] https://lbry.com/faq/tipping#guidelines
[95] https://odysee.com/@lbry:3f/lbryeconomy2020:5
[96] https://odysee.com/@lbry:3f/creatorrewards2020:3

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

altering software to provide better feedback on channels tipped or staking; (4) offering custom features such as rewards for staking and consistently supporting content; (5) providing additional features and product development input for channels with certain staking thresholds; (6) creating new economic incentives for users to keep tokens actively staked on channels and content in the form of a large LBC pool and various bonuses that may be dispersed in a scaling manner based on the success of a creator or the amount a person has staked to creators; and (7) developing relationships with advertisers to integrate advertising as an optional compensation mechanism into the protocol. Each of these changes was designed to promote users to actively use LBCs on-chain as opposed to simply holding or trading their token for monetary gains.

### 5.   LBC HOLDERS USED LBC TOKEN AS THE LBRY PLATFORM CURRENCY MUCH MORE THAN AS AN INVESTMENT AND TRADING ASSET

86. The diverse set of non-investment uses of LBC as currency on the LBRY platform, coupled with the incentive mechanism designed to recycle and accumulate LBC in-app and consistently improving user applications, is consistent with the evidence that over the past five years the volume of economic activity on-chain significantly exceeded the LBC trading volume on secondary market trading platforms. In other words, since the inception of the decentralized digital media publishing and sharing platform in 2016, the majority of LBC token holders viewed this token primarily as the LBRY platform native currency, and not as an investment asset held for speculative profits.

87. Exhibits 7A and 7B plot daily on-chain transaction volume, unrelated to LBRY addresses, as expressed in the number of LBC tokens vs daily trading volume of these LBC tokens on the

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

secondary cryptocurrency market.[97] It is apparent that on-chain activity often surpassed the LBC trading volume on cryptocurrency exchanges, and such differential became more substantial starting from early 2020. Exhibit 8 further demonstrates that on-chain transaction activity on a year-over-year basis, when measured by the number of LBC tokens, exceeded secondary market (off-chain) trading volume in 2016 and in 2020-2021[98] The impressive dominance of non-investment, consumptive activity in LBC in 2020-2021 is not surprising given that major new user applications such as LBRY.tv and Odysee.com came into existence during that period of time. Notably, despite the SEC legal action in late March of 2021 the on-chain economic activity on the LBRY network remained high between 2020 and 2021. Granted, the functioning of LBC as a digital services currency could not keep up pace with the skyrocketing trading activity during the formation and spectacular burst of the general cryptocurrency bubble of 2017-2018, but overall, the cumulative on-chain activity in LBC exceeded the trading volume in this token by more than two-fold (with an on-chain to off-chain volume ratio of 2.04) since the LBRY blockchain went live.

88.  It is instructive to note that this ratio of 2.04 for LBC is materially higher than the ratio of 1.35 for the second largest cryptocurrency, ETH during the same time period of the middle of 2016 to 2021, when comparing ETH trading volume on centralized cryptocurrency exchanges to Decentralized Finance protocols.[99] And yet ETH is widely touted as the future of decentralized consumer applications in multiple sectors, from securitization and asset tokenization to gaming, collectible art, finance and so-called Metaverse, and it is officially

---

[97] See Exhibits 7A and 7B.
[98] See Exhibit 8.
[99] See Exhibit 9.

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

considered not to be a security, presumably due to its perceived decentralization and focus on consumer applications.[100]

89. Exhibit 9 shows that the ratio of on-chain transaction volume over the secondary market trading volume for LBC is also higher than for Bitcoin. It is worth noting that these comparisons are likely to be even more favorable to the LBC token than they appear because, unlike in the case of LBC, I do not remove from the ETH and BTC on-chain transaction activity those transactions which simply facilitate someone's trading-related activity in these cryptocurrencies. These would include, for instance, on-chain deposits of ETH or BTC at deposit addresses at crypto exchanges for the purpose of selling them, or withdrawals of ETH or BTC from a hot wallet of an exchange to an on-chain address or a deposit address at another exchange. At any rate, the data reveals that LBC token holders apparently strongly preferred using LBC tokens within LBRY applications to consume digital content services as opposed to trading them in the secondary market to achieve speculative investment gains – and more so than holders of BTC or ETH.

## D.  LBRY WAS FOCUSED ON DECENTRALIZATION AND COMMUNITY DEVELOPMENT

90. The LBRY team was focused on the long-term success of the platform, and clearly recognized that such success could only materialize if a robust decentralized community of digital content publishers and consumers, on the one hand, and independent application developers, on the other, were to use and build a growing and diverse set of tools to interact with digital media,

---

[100] William Hinman, Director of the Division of Corporation Finance at the SEC said in a 2018 speech that "current offers and sales of Ether are not securities transactions." See https://www.sec.gov/news/speech/speech-hinman-061418

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

powered by the LBC cryptocurrency. In this section, I examine how LBRY worked to bootstrap a rich LBC ecosystem characterized by strong network effects.

### 1. NETWORK FFECTS ARE CRITICAL FOR THE SUCCESS OF A SOCIAL MEDIA PLATFORM

91. Network effects, or the idea that that "the value of a product or service increases with the number of users" are critically important for a permissionless blockchain for two reasons.[101] First, the security of PoW protocols like Bitcoin and LBRY is achieved by making computational power a limited and expensive resource for each of the participants. The blockchain is secure so long as no malicious participant has too much computational power; specifically, at least half of the total computational power of all the validators combined. In a large network with many participants, buying enough computational power to launch a successful attack on the network is prohibitively costly, hence attacks become less and less likely as the network grows.

92. Second, aside from any blockchain security considerations, users are generally attracted to blockchains with a large existing community of users with whom they can interact. This is an example of so-called "Metcalfe's Law,"[102] and blockchains with larger user bases are thus those that are more likely to continue to grow.[103]

93. For a decentralized digital content publishing and sharing platform with no central authority and no commercial advertisements-driven revenue sources like LBRY, network effects are particularly crucial. Paid content revenue, tips, and rewards for community participation, and

---

[101] Gandal, Neal and Hanna Halaburda (2016). *Can We Predict the Winner in a Market with Network Effects? Competition in Cryptocurrency Market*, Games, 7(3).

[102] Metcalfe's Law represents a "rule of thumb" asserting that the value of a network is proportional to the square of the number of users.

[103] For example, see "Metcalfe's law, Web 2.0, and the Semantic Web." by Hendler, James, and Jennifer Golbeck in the Journal of Web Semantics (2008), or "Tencent and Facebook data validate Metcalfe's law." by Zhang, Xing-Zhou, Jing-Jie Liu, and Zhi-Wei Xu in the Journal of Computer Science and Technology (2015).

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

hence any incentive to generate more desirable content, are all generated within the ecosystem and solely through the interactions of its participants with functional and user-friendly applications. Thus, a growing user base, aided by functional applications, including those deployed by third parties, is the sole recipe of long-term success of the LBRY network.

## 2.  THE PRE-MINED COMMUNITY FUND WAS USED TO BOOTSTRAP THE PLATFORM AND BOOST LBRY NETWORK EFFECTS

94. Of the 400 million pre-mined LBCs, 200 million were placed into the 'Community Fund'. The purpose of this fund was to encourage the "usage and adoption of the LBRY protocol".[104] Broadly, LBRY stated that the fund's principal uses were envisioned to include "seeding customers with initial Credits, recruiting [content] producers to use LBRY, encouraging all users to share LBRY and invite friends" and "rewarding community contributors".[105] LBRY estimated this fund to have a dispersal period of close to ten years.

95. LBRY was very transparent about the intended and actual usage of LBC funds, and it published regular Quarterly Credit Reports on its website detailing distributions of LBC tokens, including those from the Community Fund.[106] The use of the Community Fund evolved over time. In 2016 and 2017, much of the LBC distributions from the fund were used to incentivize new users to sign up for the platform and begin publishing content,[107] and to encourage users to make technical contributions to the protocol through the fulfillment of various bounties.[108] In the more recent past, while the Community Fund continued to be used

---

[104] https://lbry.com/faq/credit-policy
[105] *Id.*
[106] See https://lbry.com/credit-reports
[107] https://lbry.com/credit-reports/2016-q2
[108] https://lbry.com/news/lbry-bounties

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

for these purposes, a larger share of LBC tokens has been allocated to other ways of growing the LBRY ecosystem. Starting in the second half of 2018, more LBCs were granted to the LBRY.fund, an entity, governed by the LBRY Foundation, through which users could submit concrete proposals for applications to be built on or for the LBRY protocol. User proposals could include such examples as building a web project, a classroom project/lesson plan, developing a mobile application, extending the LBRY Apps or services in some way, or the user's own creative idea on how to use LBRY in a novel way. Selected proposals were funded with granted LBC. In 2018, over $60,000 worth of LBC was given to such projects.[109]

96. In 2019, a significant share of LBC from the Community Fund went to Swarm activities.[110] The Swarm is a collection of various user "hives" that are created based on geographic location and/or group interest.[111] LBC distributions from the Community Fund were used to support hive activities. For example, such funds helped the LBRY China Hive attend the Blockchain World Forum Conference in Shenzen in September 2019[112], and in November 2019, a grant was given to a LBRY employee to visit Ghana and spread awareness about the protocol in that country.[113]

97. Rewards granted to LBRY platform users for viewing and publishing content, supporting/staking the content of others, making efforts to elevate the user's own content, as well as inviting friend to the ecosystem, also constituted a substantial portion of the Community Fund LBCs that were granted to the community to boost the network effects.

---

[109] https://lbry.com/news/jan-community
[110] https://lbry.com/credit-reports/2019-q4
[111] https://lbry.com/news/swarm-intro
[112] https://lbry.com/news/comm-report-2019-09
[113] https://lbry.com/news/comm-2019-11

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

Such distributions started in the summer of 2017 and became more consistent quarter after quarter starting from the spring of 2019.

98. Exhibits 10A and 10B break down the total distributions of LBCs in the Community Fund in percentage terms, and the quantity of LBC, respectively.[114] Between Q2 2016 and Q4 2020 (the last available Quarterly Credit Report), 56% of the Community Fund's LBC tokens, or 112.5MM, were distributed to the community to build the network effects of the platform. Of this total, 65.7% were granted to users as rewards for contributing to the information publishing and sharing activities. Another 10.2% went to new user/creator incentives, 8.1% was allocated to third-party group projects, and 4.6% was spent on bounties and other forms of third-party contributory development activities. Thus, through various forms of user and third-party engagement, Community Fund LBC holdings were used to build long-term network effects of the LBRY social media platform.

### 3.  THIRD-PARTY DEVELOPMENT ACTIVITY PLAYED AN IMPORTANT ROLE IN THE EVOLUTION OF THE LBRY ECOSYSTEM

99. The LBRY ecosystem has built a strong and vibrant community of content creators, viewers, and developers. While the LBRY team played an integral role in the development activity and evolution of the LBRY platform user capabilities, the role of community developers and open-source contributions must not be overlooked. Notably, LBRY has taken all necessary steps to enable the community to meaningfully contribute to the overall LBRY ecosystem. Developer community contributions are two-fold: LBRY enables the community to build

---

[114] See Exhibits 10A and 10B.

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

tools and services on top of the underlying LBRY platform, as well as make updates to key codebases that power the underlying functionality.

100.   Through Lbry.tech, users can view various documents that enable them to interact with practically any component of the LBRY Ecosystem. These include items that detail the application programming interfaces (APIs) for the LBRY Blockchain[115] and software development kits (SDKs) that allow anyone to build applications on the LBRY platform.[116] These are accompanied by other manual-like documentation such as the 'Builder's Guide'[117], 'Contributor's Guide'[118], and various other resources (including 'Developer Setup Intro Videos)[119] that serve as user-guides for all user-facing LBRY applications. LBRY has also created a *Playground*, where developers and users may interact with the LBRY protocol in an experimental fashion, such that they may get a feel for the platform before committing their code and/or applications.[120]

101.   The official LBRY Github contains all publicly available key codebases that power the LBRY platform.[121] LBRY team and community members maintain the ability to update these codebases through *commits* after a peer review process. In addition, the LBRY Foundation's Github page contains a complete list of community-run projects built on and/or for the LBRY protocol.[122] At the time of writing this report, there are 41 completed projects relating to LBRY clients, web-based front-ends, tools, application bots and add-ons, scripts/one-purpose

---

[115] https://lbry.tech/api/blockchain
[116] https://lbry.tech/api/sdk
[117] https://lbry.tech/build?_ga=2.24267834.1489267905.1642443208-460409492.1641313094
[118] https://lbry.tech/contribute?_ga=2.97652127.1489267905.1642443208-460409492.1641313094#testing
[119] https://lbry.tech/resources
[120] https://lbry.tech/playground?_ga=2.67186065.1489267905.1642443208-460409492.1641313094
[121] https://github.com/lbryio
[122] https://github.com/LBRYFoundation/Awesome-LBRY

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

applications, analytics, LBRY infrastructure monitoring, browser extensions, LBC wallets, and LBC mining pools. There are also user-run projects not officially associated with LBRY but based entirely upon the UI code that powers the official LBRY applications. An example is a 'Community Edition' of the LBRY desktop app, which is essentially a replication of the official LBRY app with minor adjustments.[123] The fact that such a project exists suggests that LBRY has demonstrably ensured that their open-source code is easily accessed, understood, replicated, and built upon by publishers and consumers alike.

### E. LBC TOKEN PRICE WAS INFLUENCED BY ON-CHAIN TRANSACTION ACTIVITY AND GENERAL CRYPTOCURRENCY MARKET,  AND NOT BY THE LBRY TEAM

102.    The SEC complaint alleges that the LBC token price and expected profits from its resale were controlled by the efforts of the LBRY team. In this section of the report I examine the available data and also perform commonly accepted statistical tests and establish that: (1) LBRY team announcements did not have any discernible impact on LBC price, (2) LBC token value accrued to the functional utility of the user applications and underlying LBRY blockchain, and (3) LBC price is also driven by the general cryptocurrency market, as represented by the largest non-security cryptocurrency, Bitcoin (BTC).

---

[123] https://github.com/lbry-foss/lbry-desktop

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

### 1.  LBRY TEAM ANNOUNCEMENTS HAD NO DISCERNIBLE IMPACT ON LBC PRICE

103.    To test whether the LBRY team had any control over the LBC price, I isolated 19 LBRY announcements relating to the overall strategy for the project as envisioned by the LBRY team. These announcements were identified over the time period when data on LBC prices was available. Such announcements were related to senior staffing and leadership issues, strategic plans and roadmaps, strategic partnerships pursued by the team, company and initiative funding, as well as recaps by the LBRY team of the past progress and challenges ahead. This observation set excluded announcements related to specific applications and platform technical improvements/new features which directly affected the economic utility of LBC cryptocurrency and its usability on the LBRY platform.

104.    Following a widely accepted statistical procedure, I estimated LBC abnormal returns around the LBRY team announcement dates after adjusting for the Bitcoin price change (used as the proxy for the overall cryptocurrency market), and then established whether such abnormal returns were statistically significant at 5% significance level.[124] In this analysis I use three-day LBC price returns centered around the announcement dates to capture possible leads or lags in the informational impact on the price.

105.    Exhibit 11 demonstrates the results of the analysis.[125] First, surprisingly, more than half of such announcements were associated with negative abnormal returns for LBC. More importantly, aside from one exception related more to Steemit social media website based on

---

[124] Abnormal returns are computed as the difference between observed 3-day LBC price returns and LBC returns predicted from the ordinary least squares regression which uses BTC returns as the market factor.
[125] See Exhibit 11.

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

Steem blockchain than to LBRY, there is no evidence of and statistically significant influence that LBRY team announcements had on LBC price.

## 2. LBRY TEAM DID NOT PROMOTE SECONDARY TRADING IN LBC TOKEN TO LBRY USERS

106.   I have found no evidence that LBRY actively promoted the secondary trading of LBC tokens to the platform user base. As has been shown earlier in this report, LBRY instead consistently encouraged users to spend their LBC tokens on-chain or to keep them locked in stakes and supports of the digital content. LBRY's stance on this issue has not been influenced by market forces. In fact, after a period of heightened LBC price, LBRY stated: "LBRY Credits have already experienced a bubble, and we paid it no mind. LBRY is a real software with a live blockchain and hundreds of thousands active users. Our goal is to increase the long-term value of the protocol, which if adopted globally, will make our reserve many times more valuable than any short-term bubble. We're patient and focused on the future."[126]

107.   Evidently, LBRY's foremost priority was to develop an extended network of users that used the LBRY protocol for its designated economic purpose. Any effect on the price of LBC was viewed as the natural consequence of that development, and, based on the information available to me, at no point did the LBRY tout to users a potential to profit from reselling LBC in the secondary market.

108.   Further evidence that LBRY was not focused on the secondary trading of LBC tokens can be seen from the fact that LBC tokens are traded on a very small number of exchanges. As

[126] https://lbry.com/faq/lbry-revenue

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

per LBRY's website, LBC is traded on Bittrex (outside of the U.S.), MXC, BitMart, Lbank, Hotbit, CoinEx, and BigONE.[127] It is only traded in one pair (LBC/USDT) on all these exchanges except for Bittrex and MXC. Until early 2020, LBC only traded against BTC and at present, LBC only trades in two additional pairs (USD and USDT).[128] In sum, very few listed trading pairs for LBC are available for trading on very few exchanges more than six years after the start of the project.

109.   On December 11, 2017, LBRY released an update to its desktop application that introduced 'ShapeShift' integration into the platform.[129] ShapeShift is a decentralized crypto exchange protocol which allowed LBRY platform users to convert other popular cryptocurrencies into LBC through the convenience of their LBRY wallet, without leaving the LBRY Desktop browser and without going through the trouble of making such conversion on a few available centralized exchanges. The integration with ShapeShift was not aimed at promoting secondary trading or profit taking in LBCs, but rather at making the experience of using the LBC token on the LBRY platform simpler and more user friendly. In fact, when LBRY first partnered with ShapeShift in August 2016, it pursued a significant advantage of a more "handy method of payment" as content consumers would "now be able to acquire LBC to make purchases on LBRY easily."[130] Thus, the express purpose of ShapeShift integration was to facilitate increased *on-chain* spending of LBC tokens by LBRY users, as opposed to trading those tokens on secondary markets for profit.

---

[127] https://lbry.com/faq/exchanges
[128] Source: Cryptocompare.com data
[129] https://lbry.com/news/lbry-shifting-into-high-gear
[130] https://lbry.com/news/shapeshift-adds-lbc

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

**3. LBC PRICE RESPONDED POSITIVELY TO LBRY PLATFORM UTILITY IMPROVEMENTS**

110.     I have examined the LBC pricing data to establish whether announcements about new user applications or improvements in the existing LBRY applications and platform features (protocol utility-related announcements), which resulted in increased on-chain transaction activity, also had a noticeable impact on the LBC token price. Exhibit 12 contains the history of major platform utility-related announcements by LBRY which either introduced new user applications, such as LBRY Desktop, LBRY Android, LBRY.tv, or Odysee, or informed the users about new features/upgrades of existing applications, as well as additional ways to use and earn LBC inside the LBRY platform (live channel subscriptions, paid content, creator rewards, etc.).[131] The data shows that such announcements were associated with positive LBC price reactions, with daily returns on such days varying between 2.1% and 27.9%.

111.     This analysis is incomplete, however, to the extent that it does not take into account the influence of movements in the general cryptocurrency market on LBC price returns. Therefore, I apply the same statistical event study approach as used before in the analysis of the LBC price impact from the LBRY team announcements (see Exhibit 11) to estimate LBC abnormal returns around the announcement dates after adjusting for the Bitcoin price returns (used as the proxy for the overall cryptocurrency market), and then to establish whether such abnormal returns are statistically significant at 5% significance level or not. In this analysis I use three-day LBC price returns centered around the announcement dates to capture possible leads or lags in the informational impact on the price, and I perform the event study on a

---

[131] See Exhibit 12.

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

broader set of 54 announcements reflecting new or improved user application features, or new economic use cases for LBC[132]. As Exhibit 13 demonstrates, there are multiple instances where LBC abnormal positive returns due to the news of enhanced LBRY platform utility are statistically significant.[133]

112.    In summary, the data seems to suggest that the primary source of value (as reflected in its price) of the LBC cryptocurrency to the LBRY user base resided in the token's economic utility within the LBRY social media platform which in turn grew together with user applications and features.

## 4. LBC PRICE IS DRIVEN BY THE GENERAL CRYPTOCURRENCY MARKET

113.    My estimation of the empirical relationship between LBC price returns and two types of public LBRY announcements in this section of the report (platform utility-related announcements vs announcements by the LBRY team) is based on the widely accepted regression analysis where LBC price returns are adjusted for the contemporaneous returns of the general cryptocurrency market. Bitcoin is by far the largest and most established cryptocurrency, claiming anywhere between 35% and 65% of the aggregate market value of the cryptocurrency market between 2017 and today. Hence, I use Bitcoin as a proxy for the cryptocurrency market in my empirical event study.

114.    Regression estimated coefficient on BTC price returns explanatory variable measures the numerical impact of BTC price change on LBC price, whereas the t-statistic of the coefficient

---

[132] This set of 54 announcements is determined over the period of time when the historical price information for LBC is available.
[133] See Exhibit 13.

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

reflects the reliability of a relationship between Bitcoin and LBC. Exhibit 14 demonstrates that over the past five years, the LBC price return sensitivities with respect to BTC price returns varied between 0.60 and 1.61, indicating a positive relationship between BTC and LBC price returns.[134] Moreover, t-statistics show that the general cryptocurrency market, as proxied by Bitcoin, has been and remains the highly statistically significant driving factor behind the LBC price behavior.

## VI.    SUMMARY

115.    Based on my review of the case materials, publicly available data, and my analysis of the LBRY on-chain transaction activity and secondary market trading volumes, I conclude that the LBC token represents primarily a native medium of exchange/currency on the decentralized LBRY social media and data sharing network rather than an investment instrument aimed at achieving resale profits. I also conclude that the LBC price behavior is not controlled/influenced by the LBRY team, but is rather determined by the utility of and the associated volume of user economic activity on the LBRY blockchain, and general cryptocurrency market forces.

Respectfully submitted,

_____                                February 4, 2022

Dr. Boris M. Richard

---

[134] See Exhibit 14.

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

**Exhibit #1A – LBRY Desktop Application Development Timeline**



Sources:
LBRY Development Updates. Available at: https://lbry.com/news/category/community-update
Updates Published via LBRY Odysee Page. Available at: https://odysee.com/@lbry:3f
LBRY Desktop App 'Releases' Github Page. Available at: https://github.com/lbry-foss/lbry-desktop/releases

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

# Exhibit #1B – LBRY Android Application Development Timeline



Sources:
LBRY Development Updates. Available at: https://lbry.com/news/category/community-update
Updates Published via LBRY Odysee Page. Available at: https://odysee.com/@lbry:3f
LBRY Android App 'Releases' Github Page. Available at: https://github.com/lbryio/lbry-android/releases

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

## Exhibit #1C – LBRY Spee.ch/LRBY.TV Application Development Timeline



Sources:
LBRY Development Updates. Available at: https://lbry.com/news/category/community-update
Updates Published via LBRY Odysee Page. Available at: https://odysee.com/@lbry:3f
LBRY Spee.ch App 'Releases' Github Page. Available at: https://github.com/lbryio/spee.ch/releases

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

**Exhibit #2 – Cumulative Number of LBRY Addresses with a Non-Zero LBC Balance**



Source:
-LBRY Database

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

**Exhibit #3 – Cumulative Number of Active LBRY Addresses**



Source:
-LBRY Database

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

## Exhibit #4A– Number of LBRY Addresses Created Before 2/28/20



Sources:
-LBRY Database
-LBRY Community and Development Updates. Available at: https://lbry.com/news/category/community-update

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

## Exhibit #4B – Number of LBRY Addresses Created After 3/1/20



Sources:
-LBRY Database
-Updates Published via LBRY Odysee Page. Available at: https://odysee.com/@lbry:3f

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

**Exhibit #5A – Volume of LBRY On-Chain Transactions (by LBC Count) Before 2/28/20**



Sources:
-LBRY Database
-LBRY Community and Development Updates. Available at: https://lbry.com/news/category/community-update

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

**Exhibit #5B – Volume of LBRY On-Chain Transactions (by LBC Count) Between 3/1/20 and 3/29/21**



Sources:
-LBRY Database
-Updates Published via LBRY Odysee Page. Available at: https://odysee.com/@lbry:3f

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

## Exhibit #6 – Number of LBRY On-Chain Transactions



Sources:
-LBRY Database
-LBRY Community and Development Updates. Available at: https://lbry.com/news/category/community-update
-Updates Published via LBRY Odysee Page. Available at: https://odysee.com/@lbry:3f

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

**Exhibit #7A – Volumes of LBRY On-Chain Activity and Secondary Market Trading (by LBC Count) Before 12/31/19**



Sources:
-LBRY Database
-CryptoCompare.com
-LBRY Community and Development Updates. Available at: https://lbry.com/news/category/community-update



CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

**Exhibit #7B – Volumes of LBRY On-Chain Activity and Secondary Market Trading (by LBC Count) After 1/1/20**



Sources:
-LBRY Database
-CryptoCompare.com
-LBRY Community and Development Updates. Available at: https://lbry.com/news/category/community-update

Volume



CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

**Exhibit #8 – LBRY On-Chain Transaction Volume Significantly Exceeded LBC Secondary Market Trading Volumes (by LBC Count)**

| Year | On Chain Transaction Volume (a) | Secondary Market Trading Volume (b) | Difference (a-b) | On Chain/Trading Volume (a/b) |
|---|---|---|---|---|
| 2016 | 415,294,688 | 129,992,778 | 285,301,910 | 3.19 |
| 2017 | 1,083,376,378 | 1,906,136,580 | (822,760,202) | 0.57 |
| 2018 | 647,946,966 | 1,486,012,563 | (838,065,597) | 0.44 |
| 2019 | 1,394,831,519 | 1,408,055,812 | (13,224,293) | 0.99 |
| 2020 | 27,826,922,411 | 7,833,785,244 | 19,993,137,167 | 3.55 |
| 2021 | 27,443,807,519 | 16,026,785,553 | 11,417,021,966 | 1.71 |
| Total: | 58,870,448,124 | 28,793,749,101 | 30,076,699,023 | 2.04 |

Sources:
-LBRY Database
-CryptoCompare.com

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

**Exhibit #9 – Comparison of On-Chain/Off-Chain Volume Ratios for LBC, BTC and ETH**

| Year | CryptoCompare On/Off Chain Volume Ratio | | |
|---|---|---|---|
| | LBC | ETH | BTC |
| 2016 | 3.19 | 3.23 | 2.05 |
| 2017 | 0.57 | 6.64 | 6.08 |
| 2018 | 0.44 | 1.36 | 2.85 |
| 2019 | 0.99 | 0.66 | 3.91 |
| 2020 | 3.55 | 0.61 | 2.91 |
| 2021 | 1.71 | 0.87 | 0.50 |
| Total: | 2.04 | 1.35 | 1.37 |

Note: Trading (off-chain) volume for ETH includes both centralized exchanges and Decentralized Finance (DeFi) Protocols. While trading on DeFi platforms, unlike on centralized crypto exchanges, occurs on-chain, we use the term "off-chain" somewhat loosely to identify secondary market trading activities. Both on-chain and off-chain transaction volumes are measured in number of tokens.
Sources:
-LBRY Database
-CryptoCompare.com
-https://graphql.bitquery.io/ide

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

**Exhibit #10A – Token distributions from LBRY Community Fund by Purpose (Percent)**



Source:
-LBRY Quarterly Credit Reports. Available at: https://lbry.com/credit-reports

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

**Exhibit #10B – Token distributions from LBRY Community Fund by Purpose (in Millions of LBC)**



Source:
-LBRY Quarterly Credit Reports. Available at: https://lbry.com/credit-reports

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

## Exhibit #11 – LBC Price is Insensitive to LBRY Team Announcements

| Date | LBRY Team Announcement | LBC Return | BTC Return | statistically significant? 30- or 90-day sample |
|---|---|---|---|---|
| 7/15/2016 | July-15-2016-1.2b-market-cap-we-dont-care.html | -65.6874% | 2.8617% | |
| 9/7/2016 | Sept-7-2016-500k-vc-funds-pillar.html | 16.3684% | 2.0623% | |
| 9/20/2016 | Sept-20-2016-ray-carballada-media-advisor.html | -18.1038% | -2.3593% | |
| 10/10/2016 | Oct-10-2016-alex-liebowitz.html | -16.8668% | 3.2309% | |
| 10/17/2016 | Oct-17-2016-roadmap.html | -19.3866% | -1.7429% | |
| 12/15/2016 | Dec-15-2016-freedomfm.html | -5.5714% | 1.3648% | |
| 1/31/2018 | Jan-31-2018-lbry-in-2017-2018.html | -21.6798% | -13.0487% | |
| 5/11/2018 | May-11-2018-we-are-hiring-our-boss.html | -7.3679% | -3.6388% | |
| 6/14/2018 | June-14-2018-lbry-fund-launches.html | 1.1154% | 3.0075% | |
| 12/5/2018 | Dec-5-2018-anti-media.html | -19.5276% | -14.3513% | |
| 2/6/2019 | Feb-6-2019-lbry-in-2018-2019.html | 2.4944% | 5.9776% | |
| 3/29/2019 | Mar-29-2019-binance.html | 2.6317% | 1.8712% | |
| 10/11/2019 | Oct-11-2019-swarm-intro.html | -7.9501% | -3.5549% | |
| 1/15/2020 | Jan-15-2020-stossel.html | -11.1918% | 0.8341% | |
| 1/25/2020 | Jan-25-2020-20-01comm.html | -12.1443% | 5.3924% | |
| 3/3/2020 | **250 LBC Incentive to Steem blockchain users to join LBRY** | **25.4649%** | **1.7237%** | **TRUE** |
| 4/8/2020 | Apr-8-2020-March a Million.html | 2.9128% | -4.6191% | |
| 6/29/2020 | June-29-2020-altonomy-market-making_2.html | 9.8331% | 1.2909% | |
| 7/29/2020 | July-29-2020-Julian Chandra Joins LBRY as VP of Growth.html | 6.0714% | 3.7648% | |

Note: Three-day LBC price returns, computed over dates t-1, t+0 and t+1 are regressed on BTC returns using ordinary least squares regression method, where t+0 is the announcement date.
Sources:
-LBRY Announcements. Available at: https://lbry.com/news and https://odysee.com/@lbry:3f
-CryptoCompare.com

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

## Exhibit #12 – LBC Price Tends to React Positively to Enhanced LBRY Functionality

| Date | Application Feature Announcement | LBC 1-Day Return |
|---|---|---|
| 6/2/2017 | Integration with Coinomi wallet for self-custody and direct purchase of LBC | 27.9% |
| 7/31/2017 | Release of Open Beta LBRY Desktop browser | 8.4% |
| 8/31/2017 | New LBRY wallet functionality for invites, rewards, better onboarding process for first-time users, improved price setting protocol | 9.3% |
| 12/11/2017 | Live channel subscriptions and integration with ShapeShift | 8.1% |
| 9/17/2018 | Open beta release of LBRY Android mobile browser | 2.9% |
| 12/19/2019 | Creator rewards for follows and views, amount published | 19.7% |
| 12/20/2019 | Updated search engine, mobile view for lbry.tv, interface and performance improvements for lbry.tv and LBRY desktop | 10.5% |
| 2/3/2020 | Public launch of LBRY.tv, Galaxy upgrade to LBRY Android | 14.7% |
| 4/22/2020 | Newton upgrade of LBRY Desktop | 12.2% |
| 5/8/2020 | Paid content on LBRY.tv announced | 7.8% |
| 12/1/2020 | Official launch of Odysee | 2.3% |
| 12/9/2020 | Detailed explanation of Odysee functionality | 2.1% |
| 13/18/2021 | Retirement of LBRY.tv browser | 13.3% |

Sources:
-LBRY Development Updates. Available at https://lbry.com/news/category/community-update  and https://odysee.com/@lbry:3f
-CryptoCompare.com

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

## Exhibit #13 – LBRY Utility is a Statistically Significant Factor of LBC Price

| Date | Utility Announcement | LBC Return | BTC Return | statistically significant? 30- or 90-day sample |
|---|---|---|---|---|
| 7/6/2016 | July-6-2016-lbry-credits-on-bittrex.html | -89.3629% | -0.1342% | |
| 8/4/2016 | Aug-4-2016-publish-tools-live-earn-1000-dollars.html | 0.6503% | 3.4716% | |
| 8/8/2016 | Aug-8-2016-shapeshift-adds-lbc.html | -12.4403% | 0.0152% | |
| 8/18/2016 | Aug-18-2016-lbry-bounties.html | 0.2170% | 1.7785% | |
| 8/25/2016 | Aug-25-2016-ui-publishing-tools-upgrades.html | -8.4260% | -1.6192% | |
| 8/29/2016 | Aug-29-2016-nsfw-lbry-settings.html | -14.6645% | -0.1915% | |
| 10/25/2016 | Oct-25-2016-lbry-windows.html | -14.6580% | 4.7744% | |
| 6/2/2017 | June-2-2017-coinomiwallet.html | 38.2163% | 4.5143% | |
| 7/31/2017 | Release of Open Beta LBRY Desktop browser | 27.1946% | -1.6753% | TRUE |
| 8/31/2017 | Aug-31-2017-lbry-release-first-run-wallet-invites-rewards.html | 0.9242% | -0.2014% | |
| 9/21/2017 | Sept-21-2017-new-lbry-version-with-tipping.html | -24.3029% | -2.4548% | |
| 10/12/2017 | Oct-12-2017-new-lbry-version-with-search.html | -3.7331% | 18.8464% | |
| 10/30/2017 | Oct-30-2017-always-gif-responsibly.html | -5.6037% | 9.1682% | |
| 12/11/2017 | Live channel subscriptions and integration with ShapeShift | 56.8893% | 7.8341% | TRUE |
| 5/24/2018 | May-24-2018-what-is-chainquery.html | -2.6266% | -2.0284% | |
| 6/25/2018 | June-25-2018-austen.html | -1.5610% | -0.2636% | |
| 7/25/2018 | July-25-2018-app-release-023.html | 3.6094% | -2.5689% | |
| 8/29/2018 | Aug-29-2018-something-wicked-cool-this-way-comes.html | -3.4734% | -0.9126% | |
| 9/17/2018 | Sept-17-2018-lbry-in-your-pocket.html | 0.0180% | -1.6067% | |
| 12/11/2018 | Dec-11-2018-c-is-for-clarke.html | -11.2885% | -4.7866% | |

Note: Three-day LBC price returns, computed over dates t-1, t+0 and t+1 are regressed on BTC returns using ordinary least squares regression method, where t+0 is the announcement date.

Sources: -LBRY Announcements. Available at: https://lbry.com/news and https://odysee.com/@lbry:3f

-CryptoCompare.com

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

## Exhibit #13 cont. – LBRY Utility is a Statistically Significant Factor of LBC Price

| Date | Utility Announcement | LBC Return | BTC Return | statistically significant? 30- or 90-day sample |
|---|---|---|---|---|
| 1/15/2019 | Jan-15-2019-lbry-is-turning-27.html | -0.8637% | -0.5034% | |
| 2/5/2019 | Feb-5-2019-bring-a-friend-to-lbry.html | -6.9361% | -1.6429% | |
| 2/20/2019 | Feb-20-2019-lbrytech.html | 5.5371% | 1.4996% | |
| 2/21/2019 | Feb-21-2019-lbry-evolves.html | 2.6737% | 4.3103% | |
| 5/16/2019 | May-16-2019-32-skidoo.html | -19.3287% | -11.8943% | |
| 7/24/2019 | July-24-2019-erikson-sets-sail.html | -7.4367% | -0.0680% | |
| 8/12/2019 | Aug-12-2019-launch-into-andromeda.html | -8.2792% | -14.0835% | |
| 8/15/2019 | Aug-15-2019-franklin-is-minted.html | -20.1451% | 1.8651% | |
| 9/26/2019 | Sept-26-2019-butterfly-flits-onto-the-scene.html | -0.1992% | -2.6794% | |
| 10/4/2019 | Oct-4-2019-galileo.html | -8.6855% | -4.6921% | |
| 10/18/2019 | Oct-18-2019-unification.html | -2.5771% | 2.0184% | |
| 11/4/2019 | Nov-4-2019-doppler.html | 8.1788% | 1.3535% | |
| 12/13/2019 | Dec-13-2019-eclipse.html | -4.1310% | -0.9350% | |
| 12/19/2019 | Creator rewards for follows and views, amount published | 29.9283% | -1.8689% | TRUE |
| 12/20/2019 | Updated search engine, mobile view for lbry.tv, interface and performance improvements for lbry.tv and LBRY desktop | 58.7810% | 4.8838% | TRUE |
| 1/8/2020 | Jan-8-2020-fireworks.html | -2.6911% | 0.3663% | |
| 1/22/2020 | Jan-22-2020-joule.html | -8.6376% | -3.4166% | |
| 1/31/2020 | Jan-31-2020-lbrytv.html | -6.8403% | -1.7747% | |
| 2/3/2020 | Feb-3-2020-android-galaxy.html | 10.0505% | 2.9262% | |

Sources:
-LBRY Announcements. Available at: https://lbry.com/news and https://odysee.com/@lbry:3f
-CryptoCompare.com

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

## Exhibit #13 cont. – LBRY Utility is a Statistically Significant Factor of LBC Price

| Date | Utility Announcement | LBC Return | BTC Return | statistically significant? 30- or 90-day sample |
|---|---|---|---|---|
| 2/5/2020 | Feb-5-2020-kelvin.html | -8.8096% | 6.7082% | |
| 3/24/2020 | March-24-2020-android-hubble_a.html | 7.5472% | 3.8374% | |
| 4/22/2020 | **Newton upgrade of LBRY Desktop** | **42.1335%** | **9.1167%** | **TRUE** |
| 5/8/2020 | May-8-2020-Paid Content Is Coming to lbry.tv_ What You Need To Know.html | -9.8587% | -13.5234% | |
| 5/21/2020 | May-21-2020-paid-content-beta_b.html | 3.0965% | -3.4585% | |
| 6/3/2020 | June-3-2020-buylbconlbrytv_b.html | -18.4321% | 1.0266% | |
| 8/18/2020 | Aug-18-2020-creatorrewards2020_3.html | -4.3657% | -3.6235% | |
| 9/18/2020 | Sept-18-2020-Say Hi to Odysee, Our New Video Sharing Platform.html | -7.7245% | -0.2130% | |
| 9/25/2020 | **LBRY Android banned from the Google Playstore** | **18.2702%** | **0.3576%** | **TRUE** |
| 10/9/2020 | https://odysee.com/@lbry:3f/odyseewhatandwhy:9 | 0.4246% | 4.0006% | |
| 10/21/2020 | **Explanation of LBRY platform and Odysee** | **-15.5205%** | **8.1740%** | **TRUE** |
| 11/19/2020 | Nov-19-2020-udderimprovements_2.html | 9.9560% | 5.0314% | |
| 12/1/2020 | Official launch of Odysee | -5.9205% | -1.2185% | |
| 12/9/2020 | **Detailed explanation of Odysee functionality** | **84.3591%** | **-1.5879%** | **TRUE** |
| 3/18/2021 | Retirement of LBRY.tv browser | 4.9656% | -1.3805% | |

Sources:
-LBRY Announcements. Available at: https://lbry.com/news and https://odysee.com/@lbry:3f
-CryptoCompare.com

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

## Exhibit #14 – LBC Price is Determined Significantly by the Broader Cryptocurrency Market

### Regression of LBC Price Returns on Bitcoin Price Returns

| Year | Regression Sample | | | |
| | 30 day | | 90 day | |
| | Estimated BTC Coeff | t-stat | Estimated BTC Coeff | t-stat |
|---|---|---|---|---|
| 2017 | 0.9260 | 3.2774 | 1.1786 | 5.4902 |
| 2018 | 1.6089 | 9.0749 | 1.4576 | 13.0895 |
| 2019 | 1.0349 | 3.4901 | 0.8365 | 5.7876 |
| 2020 | 0.5955 | 2.3021 | 0.8405 | 4.2166 |
| 2021 | 1.3172 | 5.4292 | 0.8109 | 3.8681 |

Reported Estimated BTC Coefficients and t-statistics are their average values in a given year.

Note: Three-day LBC price returns, computed over dates t-1, t+0 and t+1 are regressed on BTC returns using ordinary least squares regression method, where t+0 is the announcement date.
Source:
-CryptoCompare.com

EXHIBIT 3

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

Confidential Amended Expert Report of
Dr. Boris M. Richard

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

The Securities and Exchange Commission
v.
LBRY, Inc.

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

I.    SUMMARY OF REVISIONS AND AMENDMENTS ....................................................... 2

II.   REVISED AND EXPANDED REGRESSION RESULTS DO NOT CHANGE MY
      ORIGINAL EXPERT OPINIONS ........................................................................................ 2

III.  AMENDED CALCULATIONS OF LBRY ON-CHAIN TRANSACTION VOLUME
      AFFIRM THAT THE LBC TOKEN WAS USED PRIMARILY AS A NATIVE
      CURRENCY ON THE LBRY PLATFORM, NOT FOR TRADING AND SPECULATIVE
      GAINS ..................................................................................................................................... 5

IV.   OTHER MINOR CORRECTIONS AND AMENDMENTS ..................................................... 11

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

## I.      SUMMARY OF REVISIONS AND AMENDMENTS

1.   The purpose of this Amended Report is to amend certain quantitative analyses contained in my Original Report submitted on February 4, 2022, in light of certain questions asked during my deposition, and new information and data of which I was unaware and did not have access. I also submit this Amended Report to make certain corrections to some quantitative results and related exhibits.

2.   Importantly, none of the amendments contained in this Amended Report change my original expert conclusions in this matter: LBC tokens were used by its holders <u>primarily</u> as a native currency on the LBRY platform to consume digital services, as opposed to purchasing and holding LBC to trade and speculate for investment gains.

## II.      REVISED AND EXPANDED REGRESSION RESULTS DO NOT CHANGE MY ORIGINAL EXPERT OPINIONS

3.   In my original report I performed a regression analysis and regression-based event study around LBRY's platform-related announcements and concluded based on these analyses that (1) there was no empirical evidence to suggest that LBRY Team announcements ("LBRY Team Announcements") had a statistically significant impact on the LBC token price (Section E.1, Exhibit 11); (2) there was statistically significant evidence that multiple LBRY platform utility-related announcements ("LBRY Utility Announcements") affected the price behavior of the LBC token (Section E.3, Exhibit 13); and (3) the LBC price was driven in a statistically significant way by the general cryptocurrency market as proxied by the price of Bitcoin (Section E.4, Exhibit 14).

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

4. Following a widely accepted statistical procedure, I estimated LBC abnormal returns around the LBRY Team and Utility announcement dates after adjusting for the Bitcoin price change (used as the proxy for the overall cryptocurrency market), and then established whether such abnormal returns were statistically significant at a 5% significance level.

5. In my analysis of the statistical significance of the LBRY Utility and LBRY Team Announcements as the driving factor behind the LBC price, I relied upon LBRY and BTC daily closing prices sourced from CryptoCompare. In my regression model, I calculated the returns of LBRY and BTC as three-day rolling price returns from day (t-1) through day (t+1), with day (t0) being the date of the announcement.

6. I then reported my regression-based results for the estimation (sample) windows of 30 and 90 calendar days. Observations corresponding to prior historical LBRY announcements were removed from each of the two sample windows.

7. Observations for calendar dates preceding and following a historical announcement date that fell into the estimation window were included in the sample. However, since the return event window for a historical announcement date is computed over three days, the calendar dates preceding and following a historical announcement date should also have been removed from the sample.

8. To correct for the potential bias in estimated regression coefficients due to such inclusion— an issue that was raised at my deposition—in my amended analysis, I also remove the observations preceding and following historical LBRY announcement dates within the estimation sample where applicable.

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

9.  After applying this amendment to the sample observations, the regression results remain consistent with and re-affirm my original findings.

10. Specifically, as Amended Exhibits 11 and 13 demonstrate, the dates on which LBC abnormal price returns are statistically significant under the amended analysis remain the same as in my original analysis.  Specifically, March 3, 2020 is still the only date on which a LBRY Team Announcement recorded a statistically significant abnormal LBC price return, as shown in Exhibit 11.[1] Likewise, the same nine LBRY Utility Announcement dates in Exhibit 13 are associated with statistically significant abnormal LBC price returns as reported in my original report.[2]

11. Likewise, Amended Exhibit 14 reaffirms my original opinion that even under my corrected regression analysis, the general cryptocurrency market, as proxied by Bitcoin, is a statistically significant factor in determining the LBC token price behavior. As shown in Exhibit 14, the LBC price return sensitivities with respect to Bitcoin price returns are calculated between 0.47 and 1.59 for the period 2017 through 2021, thus indicating a positive relationship between Bitcoin and LBC.

12. In this Amended Report, I also report expanded results of my regression analysis to include the regression results when using a 180-day estimation period, which was another issue raised

---

[1] It is important to note that while I conservatively categorize the March 3, 2020 announcement of incentives for Steem blockchain users to join LBRY platform as "LBRY Team Announcement" due to the lack of utility feature improvements of the LBRY data sharing platform announced on that particular date, this announcement plausibly corroborates my original opinion that LBC token price performance is directly related to the LBRY platform usage (*i.e.,* on-chain transaction volume). Indeed, the potential inflow of Steem network users into the LBRY platform could be reasonably expected to boost the user base and the network activity within the LBRY ecosystem.

[2] Exhibit 13 also corrects an error in my original report by which the abnormal price return of the LBC token on August 15, 2019 was not reported as statistically significant, while in fact it was statistically significant when using the 30-day estimation period.

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

at my deposition. Amended Exhibits 11, 13 and 14 all show that my findings concerning the relationship between the LBC token price and two categories of LBRY announcements, as well as the BTC price, remain the same where a longer estimation period is used in the regression analysis.

13. Lastly, it is important to note that LBRY Utility Announcements did not always affect the LBC token price in a positive direction. For example, the August 15, 2019 announcement of the Franklin update to the LBRY desktop browser coincided with the occurrence of a security-related hard fork of the LBRY blockchain on the night of August 16, 2019.[3] The blockchain security concerns and a loss of certain mining nodes, even though quickly resolved, overwhelmed the news of the browser update, resulting in a significant drop in LBC price.

14. In a similar vein, the LBRY Utility Announcement concerning the launch of the Odysee application on October 21, 2020 resulted in a statistically significant abnormal return on the LBC price in a negative direction. My review of publicly available information shows that the early release of the Odysee application did not get a positive reception from a large portion of LBRY users whose comments often indicated displeasure, confusion, and complaints about the multiplicity of competing applications and limited initial functionality of Odysee compared to LBRY desktop browser.[4]

15. In other words, my amended regression results confirm the existence of statistically significant evidence that the LBC token price was sensitive to important changes, both

---

[3] *See* https://lbry.com/news/lbry-blockchain-update

[4] *See* for example, user comments on https://odysee.com/@lbry:3f/sayhitoodysee:9, https://odysee.com/@lbry:3f/odyseewhatandwhy:9?&sunset=lbrytv, or https://www.reddit.com/r/lbry/comments/j81kow/what_is_odysee_why_did_we_make_it/.

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

positive and negative, in the LBRY platform features and usability, as conveyed by the announcements, and the associated on-chain user activity.

III.   **AMENDED CALCULATIONS OF LBRY ON-CHAIN TRANSACTION VOLUME AFFIRM THAT THE LBC TOKEN WAS USED PRIMARILY AS A NATIVE CURRENCY ON THE LBRY PLATFORM, NOT FOR TRADING AND SPECULATIVE GAINS**

16. In my original report, based on a comparison of LBRY on-chain transaction activity versus LBC trading activity on centralized cryptocurrency exchanges, I arrived at the conclusion that LBC token holders used this token primarily as a native currency on the LBRY platform to publish, consume and share digital content, and not as an investment asset held and sold for speculative gains.[5] In order to capture the true economic activity of LBRY users, I removed from the on-chain transaction volume all of the on-chain transactions associated with LBRY-affiliated addresses identified at the time of my analysis.[6] Such excluded transactions related to LBRY sales of LBC on the secondary market, distributions of LBC to employees, bounty and other payments to third party developers, as well as other kinds of operational, community-related and strategic partnerships-related distributions of LBC tokens.

17. As explained below, I have amended this analysis in two ways. Neither change alters my original conclusion that a majority of LBRY users utilized the LBC token as a means of consuming digital services on the LBRY network as opposed to as an investment instrument to obtain speculative gains in the secondary trading market.

---

[5] *See* Paragraph 14 of the Original Report.

[6] *See* Section V.C.5 of the Original Report for the details of such analysis.

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

18. First, subsequent to the submission of my original report, I was provided with an additional 2,508 cryptocurrency addresses affiliated with LBRY.  These addresses were not initially provided to me because LBRY lacked the necessary resources and personnel to complete the complicated and time-consuming task of tracking each address by the submission date of my original report. All on-chain transactions associated with these additional addresses were removed from the analysis.

19. Second, my amended analysis addresses a particular issue with the measurement of on-chain transaction volume which is related to the way in which Proof-of-Work blockchains, like Bitcoin or LBRY, execute token transfers between cryptographic wallets and keep track of wallet balances. Specifically, such blockchains utilize a so-called "Unspent Transaction Output" (UTXO) algorithm, by which the present balance of a wallet is the sum of all prior unspent inflows of cryptocurrency into the wallet.

20. Bitcoin-style wallet transactions sometimes effectively operate as "cash transactions" by sending out a wallet's entire balance but then receiving back as "change" the amount exceeding the amount intended to be received by the receiving wallet. For example, if a LBRY wallet contained only one address consisting of 100 LBC but the owner of the wallet wanted to pay 20 LBC as a tip to a creator, it would send out one 100 LBC input and create two outputs--one for 20 LBC to the creator's wallet and another for 80 LBC (change), which would come back to the sending wallet as its new updated balance, either into the same sending address, or into a newly created address in the same wallet which is known as a "change address." Although the net amount of this transaction is 20 LBC, because of the UTXO algorithm, the amount of the transaction would be recorded on the blockchain as 100 LBC.  This can be thought of in the same way as a customer paying for a $3 item with a $10

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

bill—the customer hands the cashier the $10 bill and the cashier hands $7 in change back to the customer.  Over time, as the wallet engages in more transactions and receives more change outputs, the wallet balance will consist of multiple amounts of cryptocurrency in multiple change addresses in the same way that, in the context of cash transactions, one might end up with a mix of small bills and coins after starting with a $100 bill and making several small cash purchases.

21. In theory, such transaction algorithms could inflate the true transaction volume on a blockchain because the volume is accounted for by the larger balance being sent out and not by the amount being intended for the recipient (for example, the 100 LBC transaction recorded in my hypothetical in the prior paragraph).

22. This potential inflation bias, however, is ultimately mitigated by the fact that UTXO blockchains and wallets, like Bitcoin or LBRY, have optimization algorithms by which transactions are executed in a way that minimizes the amount of change.  After a wallet engages in a number of transactions, it will consist of more change addresses with inputs of varying sizes.  In the cash analogy, to make a payment, such wallets will accumulate tokens from smaller change addresses to pay with as close to "exact change" as possible.  For example, if a wallet has a 70 LBC balance consisting of change balances of 50 LBC, 10 LBC, 5 LBC, and 5 LBC, and the owner of the wallet wishes to tip another user 20 LBC, the optimization algorithm will send the recipient the inputs of 10 LBC, 5 LBC, and 5 LBC, and no new change address would be generated in the sending wallet.  In this example, the total transaction volume would be recorded as 20 LBC, whereas in the example in paragraph 20, the total transaction volume was recorded as 100 LBC (20 LBC for the recipient and a change output of 80 LBC), even though the "tip" in both hypotheticals was

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

20 LBC.  There is therefore a higher likelihood that wallets with large balances and less transaction history will cause inflated transaction sizes to be recorded on the blockchain, because there are fewer change addresses with balances that can be used to execute small transactions.  In contrast, wallets that have engaged in multiple transactions and have many change addresses with balances of varying sizes, or wallets with lower overall balances, are less likely to inflate transaction volumes.

23. My original analysis removed all on-chain transactions related to the LBRY-affiliated addresses identified at that time in order to exclude LBRY's activity from my calculation of on-chain user activity. LBRY wallets have the largest LBC balances, and they are therefore also more likely to inflate true on-chain economic activity because they have fewer small-balance change addresses, so that the large transaction input discussed above would likely be recorded on the blockchain, rather than the net amount being sent.[7]  Therefore, removing the LBRY addresses also mitigated the effect of large transactions potentially inflating transaction volume on the LBRY blockchain.  Removing on-chain transactions of the additional 2,508 LBRY-affiliated addresses likely even further diminishes the potential inflation of LBRY on-chain economic activity.

24. As an additional step in this Amended Report, I also remove the transactions associated with the known wallets for entities that received LBC tokens from LBRY-affiliated addresses related to its Operational and Institutional funds and which were LBRY's partners for purposes of trading and liquidity provision (for example, MoonPay and Altonomy), or

---

[7] For example, LBRY wallets/addresses associated with Operational, Institutional and Community funds contained between 100MM and 200MM LBC initially.

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

community and strategic development, such as the LBRY Foundation and Anti-Media.[8] Such wallets also had large initial balances of LBC tokens and their transactional history removal likely reduced further the potential issue of inflation bias in the estimation of the LBRY on-chain economic activity.

25. The results of the removal of these two additional categories of transactions are depicted in Exhibit 8A. Even with these large transactions removed, the LBRY on-chain activity is still substantially (1.91 times) higher than the secondary market trading activity in the LBC token between 2016 and 2021.

26. After removing the on-chain transactions of LBRY-affiliated addresses and LBRY's partners as discussed in Paragraph 25 above, I then took an even further step to reduce potential inflation bias by identifying "spike dates" (i.e., dates when the average on-chain transaction size was more than three times larger than the long-term average transaction size between 2016 and 2021) and removing all transactions on those dates that were more than three times the average long-term transaction size.  This approach is conservative because in such instances I remove entire transactions from the on-chain volume even though these transactions add to the true volume in the amounts of LBC tokens actually received by the intended recipients.

27. The Amended Exhibits 5A-B, 6, and 7A-7B reflect the updated LBRY on-chain transaction volume analysis with the removals of the additional transactions identified in Paragraphs 25 and 26.

---

[8] In all I removed transactional history of 7 addresses in this category. See https://lbry.com/credit-reports.

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

28. Amended Exhibits 8B and 9 report an updated on-chain activity/off-chain activity ratio for the LBC token with the same conservative on-chain transaction removals specified in Paragraph 26. The analysis underlying Exhibits 8B and 9 also shows that the average size of LBRY on-chain transactions during the period 2016 through 2021 was 668 tokens.

29. Importantly, the revised on-chain/off-chain ratio for LBC of 1.38, as depicted in Exhibit 8B, while lower than the originally reported ratio, is still considerably above 1.0. Thus, my amended analysis confirms my original finding that the on-chain activity in LBC substantially exceeded the secondary market trading activity in the token during the 2016-2021 period. In other words, the conservative amended analysis continues to indicate that the LBC token was used by its holders primarily as a native currency on the LBRY platform to consume digital services, and not for trading and speculative investment gains.[9] [10]

## IV.  OTHER MINOR CORRECTIONS AND AMENDMENTS

30. The Amended Exhibit 1A corrects the typo in the last reported date from January 1, 2022, to January 2, 2022.

31. Amended Exhibits 1B and 1C remove red vertical lines as inapplicable to my analysis of the development of LBRY Android, LBRY Spee.ch and LBRY.tv applications.

---

[9] If one were to relax the assumption and allow for on-chain transactions with sizes of up to five times larger than the long-term transaction size average, the on-chain/off-chain ratio for LBC rises to 1.46.

[10] While the amended on-chain/off-chain ratio for LBC of 1.38 is now right in line with those ratios for BTC and ETH, this is no longer a fair comparison: the ratios are likely to be lower for both BTC and ETH if an inflation in on-chain transaction volume were to be removed for those tokens, as I did in my amended analysis for LBC. BTC is subject to the same inflation bias because it is a UTXO cryptocurrency, and ETH on-chain volumes would need to be adjusted downwards to remove spam transactions, i.e., users moving funds back and forth between their own addresses.

32. Amended Exhibit 1C replaces the red vertical line pointing to phasing out Spee.ch in June-July 2019 with a text legend for descriptive consistency.

33. Amended Exhibits 4A, 5A and 6 add a text legend attributing the spike in LBRY on-chain transaction activity in July 2019 to Erikson update of LBRY desktop, as well as streamlined migration of YouTube creators and their content to LBRY platform.

34. Amended Exhibit 13 reflects a change in the description of the announcement for date 8/15/19 to a more accurate narrative "Franklin LBRY Browser Update, Security-Related LBRY Hard Fork." Additionally, based on my original regression results, this announcement date should have been marked as "TRUE," i.e., as a statistically significant event. This report corrects this accidental reporting error.

Respectfully submitted,

_____                                        April 29, 2022

Dr. Boris M. Richard

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

# Exhibit #1A – LBRY Desktop Application Development Timeline



Sources:
LBRY Development Updates. Available at: https://lbry.com/news/category/community-update
Updates Published via LBRY Odysee Page. Available at: https://odysee.com/@lbry:3f
LBRY Desktop App 'Releases' Github Page. Available at: https://github.com/lbry-foss/lbry-desktop/releases

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

# Exhibit #1B – LBRY Android Application Development Timeline



**February 1, 2018**
Daemon successfully running on Android. Wallet and Search functionality being integrated.

**July 6, 2018**
Android Alpha now in progress. Welcome page added, can now view channels and trending pages. Ongoing work on derivation of unique IDs for authetntication services and supporting of rewards and wallet syncing.

**September 7, 2018**
Android app open beta released to public. Missing features at this point include Publishing, Subscriptions, ShapeShift integration, Wallet features.

**July 31, 2019**
v.0.8.0 'Androdemda' launched. App is released in Beta on Google Play Store. 64-bit device support, content publishing, improved content discovery, redesigned subscriptions page added. Wallet encryption and syncing also added by this point.

**September 6, 2019**
v.0.9.1 'Butterfly' launched. Added Channels page, thumbnail selection for published content, can now publish any file from any device and select USD pricing for published content. Tags and subscriptions syncronized across all devices.

**June 15, 2020**
Added ability to purchase LBC using credit card/debit card and other options. Added more language support and reduced comment costs. Can now only send LBC to addresses beginning with 'b'.

**October 9, 2020**
Added ability to delete in-app notifications. Added new LBRY Credits icon and support for lbry.tv, lbry.lat, lbry.fr, and lbry.in links. Can also toggle notifications for each channel subscription and unpublish buttons on file page for own content.

**March 22, 2021**
Added phone verification and more emphasis on respecting disabled comments and supports on content.

Sources:
LBRY Development Updates. Available at: https://lbry.com/news/category/community-update
Updates Published via LBRY Odysee Page. Available at: https://odysee.com/@lbry:3f
LBRY Android App 'Releases' Github Page. Available at: https://github.com/lbryio/lbry-android/releases

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

**Exhibit #1C – LBRY Spee.ch/LRBY.TV Application Development Timeline**



October 30, 2017
Spee.ch is publicly announced and released.

August 8, 2018
Wallet integration being actively tested on staging Spee.ch server.

February 8, 2019
Added upload and download support for virtually all file types. NSFW and License types now populated.

June-July 2019: Spee.ch is starting to be phased out in favor of LBRY.tv

July 31, 2019
View only version of LBRY.tv is being tested on Web. Accounts, rewards, and wallets are primary areas of focus.

November 11, 2019
Account and wallet syncing process completed for new/returning users. Publish support now fully implemented and available for files up to 500 MB.

January 31, 2020
Public launch of lbry.tv. Plan to add additional servers to reduce overload/buffering issues. Reworking inner design of how SDKs interact with wallet servers to provide optimized UX.

March 18, 2021
Closure of LBRY.tv announced. Users encouraged to migrate to Odysee.com. LBRY.tv would officially be retired on August 6, 2021.

Sources:
LBRY Development Updates. Available at: https://lbry.com/news/category/community-update
Updates Published via LBRY Odysee Page. Available at: https://odysee.com/@lbry:3f
LBRY Spee.ch App 'Releases' Github Page. Available at: https://github.com/lbryio/spee.ch/releases

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

**Exhibit #2 – Cumulative Number of LBRY Addresses with a Non-Zero LBC Balance**



Source:
-LBRY Database

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

**Exhibit #3 – Cumulative Number of Active LBRY Addresses**



Source:
-LBRY Database

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

**Exhibit #4A– Number of LBRY Addresses Created Before 2/28/20**



Sources:
-LBRY Database
-LBRY Community and Development Updates. Available at: https://lbry.com/news/category/community-update

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

## Exhibit #4B – Number of LBRY Addresses Created After 3/1/20



Sources:
-LBRY Database
-Updates Published via LBRY Odysee Page. Available at: https://odysee.com/@lbry:3f

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

**Exhibit #5A – Volume of LBRY On-Chain Transactions (by LBC Count) Before 2/28/20**



Sources:
-LBRY Database
-LBRY Community and Development Updates. Available at: https://lbry.com/news/category/community-update

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

**Exhibit #5B – Volume of LBRY On-Chain Transactions (by LBC Count) Between 3/1/20 and 3/29/21**



Sources:
-LBRY Database
-Updates Published via LBRY Odysee Page. Available at: https://odysee.com/@lbry:3f

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

**Exhibit #6 – Number of LBRY On-Chain Transactions**



Sources:
-LBRY Database
-LBRY Community and Development Updates. Available at: https://lbry.com/news/category/community-update
-Updates Published via LBRY Odysee Page. Available at: https://odysee.com/@lbry:3f

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

**Exhibit #7A – Volumes of LBRY On-Chain Activity and Secondary Market Trading (by LBC Count) Before 12/31/19**



Sources:
-LBRY Database
-CryptoCompare.com
-LBRY Community and Development Updates. Available at: https://lbry.com/news/category/community-update



CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

**Exhibit #7B – Volumes of LBRY On-Chain Activity and Secondary Market Trading (by LBC Count) After 1/1/20**



Sources:
-LBRY Database
-CryptoCompare.com
-LBRY Community and Development Updates. Available at: https://lbry.com/news/category/community-update



CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

**Exhibit #8A – LBRY On-Chain Transaction Volume, When Excluding Transactions of LBRY-Affiliated Addresses and Strategic Partner Addresses, Significantly Exceeded LBC Secondary Market Trading Volumes in 2016 – 2021 (by LBC Count)**

| Year | On Chain Transaction Volume (a) | Secondary Market Trading Volume (b) | Difference (a-b) | On Chain/Trading Volume (a/b) |
|---|---|---|---|---|
| 2016 | 408,847,266 | 129,992,778 | 278,854,487 | 3.15 |
| 2017 | 1,008,990,013 | 1,906,136,580 | (897,146,567) | 0.53 |
| 2018 | 546,089,132 | 1,486,012,563 | (939,923,431) | 0.37 |
| 2019 | 1,231,033,289 | 1,408,055,812 | (177,022,523) | 0.87 |
| 2020 | 27,031,083,691 | 7,833,785,244 | 19,197,298,448 | 3.45 |
| 2021 | 24,621,703,589 | 16,026,785,553 | 8,594,918,037 | 1.54 |
| Total | 54,847,746,980 | 28,790,768,529 | 26,056,978,451 | 1.91 |

Sources:
-LBRY Database
-CryptoCompare.com

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

**Exhibit #8B – LBRY On-Chain Transaction Volume, Excluding Transactions of LBRY-Affiliated Addresses, Strategic Partner Addresses, as well as Transactions Exceeding Average Transaction Size by More Than Three Times, Significantly Exceeded LBC Secondary Market Trading Volumes in 2016-2021 (by LBC Count)**

| Year | On Chain Transaction Volume (a) | Secondary Market Trading Volume (b) | Difference (a-b) | On Chain/Trading Volume (a/b) |
|---|---|---|---|---|
| 2016 | 341,469,678 | 129,992,778 | 211,476,900 | 2.63 |
| 2017 | 934,178,925 | 1,906,136,580 | (971,957,655) | 0.49 |
| 2018 | 416,641,736 | 1,486,012,563 | (1,069,370,827) | 0.28 |
| 2019 | 1,167,975,254 | 1,408,055,812 | (240,080,557) | 0.83 |
| 2020 | 26,008,436,797 | 7,833,785,244 | 18,174,651,553 | 3.32 |
| 2021 | 10,919,325,326 | 16,026,785,553 | (5,107,460,227) | 0.68 |
| Total | 39,788,027,716 | 28,790,768,529 | 10,997,259,187 | 1.38 |

Sources:
-LBRY Database
-CryptoCompare.com

14

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

**Exhibit #9 – Comparison of On-Chain/Off-Chain Volume Ratios for LBC, BTC and ETH**

| Year | CryptoCompare On Chain/Off Chain Volume Ratio | | |
|---|---|---|---|
| | LBC | ETH | BTC |
| 2016 | 2.63 | 3.23 | 2.05 |
| 2017 | 0.49 | 6.64 | 6.08 |
| 2018 | 0.28 | 1.36 | 2.85 |
| 2019 | 0.83 | 0.66 | 3.91 |
| 2020 | 3.32 | 0.61 | 2.91 |
| 2021 | 0.68 | 0.87 | 0.50 |
| Total: | 1.38 | 1.35 | 1.37 |

Note: Trading (off-chain) volume for ETH includes both centralized exchanges and Decentralized Finance (DeFi) Protocols. While trading on DeFi platforms, unlike on centralized crypto exchanges, occurs on-chain, we use the term "off-chain" somewhat loosely to identify secondary market trading activities. Both on-chain and off-chain transaction volumes are measured in number of tokens.
Sources:
-LBRY Database
-CryptoCompare.com
-https://graphql.bitquery.io/ide

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

**Exhibit #10A – Token distributions from LBRY Community Fund by Purpose (Percent)**



Source:
-LBRY Quarterly Credit Reports. Available at: https://lbry.com/credit-reports

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

**Exhibit #10B – Token distributions from LBRY Community Fund by Purpose (in Millions of LBC)**



Source:
-LBRY Quarterly Credit Reports. Available at: https://lbry.com/credit-reports

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

## Exhibit #11 – LBC Price is Insensitive to LBRY Team Announcements

| Date | LBRY Team Announcement | LBC Return | BTC Return | statistically significant? | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | 30 day | 90 day | 180 day |
| 7/15/2016 | July-15-2016-1.2b-market-cap-we-dont-care.html | -65.6874% | 2.8617% | | | |
| 9/7/2016 | Sept-7-2016-500k-vc-funds-pillar.html | 16.3684% | 2.0623% | | | |
| 9/20/2016 | Sept-20-2016-ray-carballada-media-advisor.html | -18.1038% | -2.3593% | | | |
| 10/10/2016 | Oct-10-2016-alex-liebowitz.html | -16.8668% | 3.2309% | | | |
| 10/17/2016 | Oct-17-2016-roadmap.html | -19.3866% | -1.7429% | | | |
| 12/15/2016 | Dec-15-2016-freedomfm.html | -5.5714% | 1.3648% | | | |
| 1/31/2018 | Jan-31-2018-lbry-in-2017-2018.html | -21.6798% | -13.0487% | | | |
| 5/11/2018 | May-11-2018-we-are-hiring-our-boss.html | -7.3679% | -3.6388% | | | |
| 6/14/2018 | June-14-2018-lbry-fund-launches.html | 1.1154% | 3.0075% | | | |
| 12/5/2018 | Dec-5-2018-anti-media.html | -19.5276% | -14.3513% | | | |
| 2/6/2019 | Feb-6-2019-lbry-in-2018-2019.html | 2.4944% | 5.9776% | | | |
| 3/29/2019 | Mar-29-2019-binance.html | 2.6317% | 1.8712% | | | |
| 10/11/2019 | Oct-11-2019-swarm-intro.html | -7.9501% | -3.5549% | | | |
| 1/15/2020 | Jan-15-2020-stossel.html | -11.1918% | 0.8341% | | | |
| 1/25/2020 | Jan-25-2020-20-01comm.html | -12.1443% | 5.3924% | | | |
| 3/3/2020 | 250 LBC Incentive to Steem blockchain users to join LBRY | 25.4649% | 1.7237% | TRUE | TRUE | TRUE |
| 4/8/2020 | Apr-8-2020-March a Million.html | 2.9128% | -4.6191% | | | |
| 6/29/2020 | June-29-2020-altonomy-market-making_2.html | 9.8331% | 1.2909% | | | |
| 7/29/2020 | July-29-2020-Julian Chandra Joins LBRY as VP of Growth.html | 6.0714% | 3.7648% | | | |

Note: Three-day LBC price returns, computed over dates t-1, t+0 and t+1 are regressed on BTC returns using ordinary least squares regression method, where t+0 is the announcement date.

Sources:

-LBRY Announcements. Available at: https://lbry.com/news and https://odysee.com/@lbry:3f

-CryptoCompare.com

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

## Exhibit #12 – LBC Price Tends to React Positively to Enhanced LBRY Functionality

| Date | Application Feature Announcement | LBC 1-Day Return |
|---|---|---|
| 6/2/2017 | Integration with Coinomi wallet for self-custody and direct purchase of LBC | 27.9% |
| 7/31/2017 | Release of Open Beta LBRY Desktop browser | 8.4% |
| 8/31/2017 | New LBRY wallet functionality for invites, rewards, better onboarding process for first-time users, improved price setting protocol | 9.3% |
| 12/11/2017 | Live channel subscriptions and integration with ShapeShift | 8.1% |
| 9/17/2018 | Open beta release of LBRY Android mobile browser | 2.9% |
| 12/19/2019 | Creator rewards for follows and views, amount published | 19.7% |
| 12/20/2019 | Updated search engine, mobile view for lbry.tv, interface and performance improvements for lbry.tv and LBRY desktop | 10.5% |
| 2/3/2020 | Public launch of LBRY.tv, Galaxy upgrade to LBRY Android | 14.7% |
| 4/22/2020 | Newton upgrade of LBRY Desktop | 12.2% |
| 5/8/2020 | Paid content on LBRY.tv announced | 7.8% |
| 12/1/2020 | Official launch of Odysee | 2.3% |
| 12/9/2020 | Detailed explanation of Odysee functionality | 2.1% |
| 13/18/2021 | Retirement of LBRY.tv browser | 13.3% |

Sources:
-LBRY Development Updates. Available at https://lbry.com/news/category/community-update  and https://odysee.com/@lbry:3f
-CryptoCompare.com

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

## Exhibit #13 – LBRY Utility is a Statistically Significant Factor of LBC Price

| Date | Utility Announcement | LBC Return | BTC Return | statistically significant? 30 day | 90 day | 180 day |
|---|---|---|---|---|---|---|
| 7/6/2016 | July-6-2016-lbry-credits-on-bittrex.html | -89.3629% | -0.1342% | | | |
| 8/4/2016 | Aug-4-2016-publish-tools-live-earn-1000-dollars.html | 0.6503% | 3.4716% | | | |
| 8/8/2016 | Aug-8-2016-shapeshift-adds-lbc.html | -12.4403% | 0.0152% | | | |
| 8/18/2016 | Aug-18-2016-lbry-bounties.html | 0.2170% | 1.7785% | | | |
| 8/25/2016 | Aug-25-2016-ui-publishing-tools-upgrades.html | -8.4260% | -1.6192% | | | |
| 8/29/2016 | Aug-29-2016-nsfw-lbry-settings.html | -14.6645% | -0.1915% | | | |
| 10/25/2016 | Oct-25-2016-lbry-windows.html | -14.6580% | 4.7744% | | | |
| 6/2/2017 | June-2-2017-coinomiwallet.html | 38.2163% | 4.5143% | | | |
| 7/31/2017 | **Release of Open Beta LBRY Desktop browser** | **27.1946%** | **-1.6753%** | **TRUE** | | |
| 8/31/2017 | Aug-31-2017-lbry-release-first-run-wallet-invites-rewards.html | 0.9242% | -0.2014% | | | |
| 9/21/2017 | Sept-21-2017-new-lbry-version-with-tipping.html | -24.3029% | -2.4548% | | | |
| 10/12/2017 | Oct-12-2017-new-lbry-version-with-search.html | -3.7331% | 18.8464% | | | |
| 10/30/2017 | Oct-30-2017-always-gif-responsibly.html | -5.6037% | 9.1682% | | | |
| 12/11/2017 | **Live channel subscriptions and integration with ShapeShift** | **56.8893%** | **7.8341%** | **TRUE** | **TRUE** | **TRUE** |
| 5/24/2018 | May-24-2018-what-is-chainquery.html | -2.6266% | -2.0284% | | | |
| 6/25/2018 | June-25-2018-austen.html | -1.5610% | -0.2636% | | | |
| 7/25/2018 | July-25-2018-app-release-023.html | 3.6094% | -2.5689% | | | |
| 8/29/2018 | Aug-29-2018-something-wicked-cool-this-way-comes.html | -3.4734% | -0.9126% | | | |
| 9/17/2018 | Sept-17-2018-lbry-in-your-pocket.html | 0.0180% | -1.6067% | | | |
| 12/11/2018 | Dec-11-2018-c-is-for-clarke.html | -11.2885% | -4.7866% | | | |

Note: Price returns are computed for the 3-day period with the date of the annoucement as the mid-point.

Note: Three-day LBC price returns, computed over dates t-1, t+0 and t+1 are regressed on BTC returns using ordinary least squares regression method, where t+0 is the announcement date.

Sources: -LBRY Announcements. Available at: https://lbry.com/news and https://odysee.com/@lbry:3f

-CryptoCompare.com

20

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

**Exhibit #13 cont. – LBRY Utility is a Statistically Significant Factor of LBC Price**

| Date | Utility Announcement | LBC Return | BTC Return | statistically significant? | | |
|---|---|---|---|---|---|---|
| | | | | 30 day | 90 day | 180 day |
| 1/15/2019 | Jan-15-2019-lbry-is-turning-27.html | -0.8637% | -0.5034% | | | |
| 2/5/2019 | Feb-5-2019-bring-a-friend-to-lbry.html | -6.9361% | -1.6429% | | | |
| 2/20/2019 | Feb-20-2019-lbrytech.html | 5.5371% | 1.4996% | | | |
| 2/21/2019 | Feb-21-2019-lbry-evolves.html | 2.6737% | 4.3103% | | | |
| 5/16/2019 | May-16-2019-32-skidoo.html | -19.3287% | -11.8943% | | | |
| 7/24/2019 | July-24-2019-erikson-sets-sail.html | -7.4367% | -0.0680% | | | |
| 8/12/2019 | Aug-12-2019-launch-into-andromeda.html | -8.2792% | -14.0835% | | | |
| 8/15/2019 | **Franklin LBRY browser update, security-related LBRY hard fork** | **-20.1451%** | **1.8651%** | **TRUE** | | **TRUE** |
| 9/26/2019 | Sept-26-2019-butterfly-flits-onto-the-scene.html | -0.1992% | -2.6794% | | | |
| 10/4/2019 | Oct-4-2019-galileo.html | -8.6855% | -4.6921% | | | |
| 10/18/2019 | Oct-18-2019-unification.html | -2.5771% | 2.0184% | | | |
| 11/4/2019 | Nov-4-2019-doppler.html | 8.1788% | 1.3535% | | | |
| 12/13/2019 | Dec-13-2019-eclipse.html | -4.1310% | -0.9350% | | | |
| 12/19/2019 | **Creator rewards for follows and views, amount published** | **29.9283%** | **-1.8689%** | | **TRUE** | **TRUE** |
| 12/20/2019 | **Updated search engine, mobile view for lbry.tv, interface and performance improvements for lbry.tv and LBRY desktop** | **58.7810%** | **4.8838%** | **TRUE** | **TRUE** | **TRUE** |
| 1/8/2020 | Jan-8-2020-fireworks.html | -2.6911% | 0.3663% | | | |
| 1/22/2020 | Jan-22-2020-joule.html | -8.6376% | -3.4166% | | | |
| 1/31/2020 | Jan-31-2020-lbrytv.html | -6.8403% | -1.7747% | | | |
| 2/3/2020 | Feb-3-2020-android-galaxy.html | 10.0505% | 2.9262% | | | |

Note: Price returns are computed for the 3-day period with the date of the annoucement as the mid-point.

Sources:
-LBRY Announcements. Available at: https://lbry.com/news and https://odysee.com/@lbry:3f
-CryptoCompare.com

21

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

## Exhibit #13 cont. – LBRY Utility is a Statistically Significant Factor of LBC Price

| Date | Utility Announcement | LBC Return | BTC Return | statistically significant? | | |
|---|---|---|---|---|---|---|
| | | | | 30 day | 90 day | 180 day |
| 2/5/2020 | Feb-5-2020-kelvin.html | -8.8096% | 6.7082% | | | |
| 3/24/2020 | March-24-2020-android-hubble_a.html | 7.5472% | 3.8374% | | | |
| 4/22/2020 | **Newton upgrade of LBRY Desktop** | **42.1335%** | **9.1167%** | **TRUE** | **TRUE** | **TRUE** |
| 5/8/2020 | May-8-2020-Paid Content Is Coming to lbry.tv_ What You Need To Know.html | -9.8587% | -13.5234% | | | |
| 5/21/2020 | May-21-2020-paid-content-beta_b.html | 3.0965% | -3.4585% | | | |
| 6/3/2020 | June-3-2020-buylbconlbrytv_b.html | -18.4321% | 1.0266% | | | |
| 8/18/2020 | Aug-18-2020-creatorrewards2020_3.html | -4.3657% | -3.6235% | | | |
| 9/18/2020 | Sept-18-2020-Say Hi to Odysee, Our New Video Sharing Platform.html | -7.7245% | -0.2130% | | | |
| 9/25/2020 | **LBRY Android banned from the Google Playstore** | **18.2702%** | **0.3576%** | | **TRUE** | **TRUE** |
| 10/9/2020 | https://odysee.com/#lbry:3f/odyseewhatandwhy:9 | 0.4246% | 4.0006% | | | |
| 10/21/2020 | **Explanation of LBRY platform and Odysee** | **-15.5205%** | **8.1740%** | **TRUE** | **TRUE** | **TRUE** |
| 11/19/2020 | Nov-19-2020-udderimprovements_2.html | 9.9560% | 5.0314% | | | |
| 12/1/2020 | Official launch of Odysee | -5.9205% | -1.2185% | | | |
| 12/9/2020 | **Detailed explanation of Odysee functionality** | **84.3591%** | **-1.5879%** | **TRUE** | **TRUE** | **TRUE** |
| 3/18/2021 | Retirement of LBRY.tv browser | 4.9656% | -1.3805% | | | |

Note: Price returns are computed for the 3-day period with the date of the annoucement as the mid-point.

Sources:
-LBRY Announcements. Available at: https://lbry.com/news and https://odysee.com/@lbry:3f
-CryptoCompare.com

22

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

## Exhibit #14 – LBC Price is Determined Significantly by the Broader Cryptocurrency Market

### Regression of LBC Price Returns on Bitcoin Price Returns

| Year | Regression Sample | | | | | |
| | 30 day | | 90 day | | 180 day | |
| | Estimated BTC Coeff | t-stat | Estimated BTC Coeff | t-stat | Estimated BTC Coeff | t-stat |
|---|---|---|---|---|---|---|
| **2017** | 0.9053 | 3.1739 | 1.1854 | 5.4635 | 1.2267 | 6.7935 |
| **2018** | 1.5927 | 8.7164 | 1.4526 | 12.5763 | 1.2936 | 14.3205 |
| **2019** | 0.9989 | 3.2056 | 0.8181 | 5.4765 | 0.8784 | 8.6892 |
| **2020** | 0.4734 | 2.2514 | 0.8087 | 4.0718 | 0.8060 | 5.1770 |
| **2021** | 1.3153 | 5.3861 | 0.8127 | 3.8621 | 0.7532 | 4.2966 |

Reported Estimated BTC Coefficients and t-statistics are their average values in a given year.

Note: Three-day LBC price returns, computed over dates t-1, t+0 and t+1 are regressed on BTC returns using ordinary least squares regression method, where t+0 is the announcement date.
Source:
-CryptoCompare.com

EXHIBIT 4



# LBRY PLN

By Jeremy Kauffman, Founder, LBRY
October 2016

# Table of Contents

Table of Contents
About This Document
Vision
Mission
Opportunity
The LBRY Network
    Parties
    Example
Key Innovations
Business Model
Model and Projections
    Exit
Team
    Core Team
    Advisory Team
Objectives
    Priority #1: Grow Both Sides of Marketplace
    Priority #2: Release Compelling Product
    Priority #3: Solidify and Grow Team
    Priority #4: 2017 Financing Preparation
Conclusion
Questions?

FOIA CONFIDENTIALITY REQUESTED BY LBRY, INC.

# About This Document

Using the most literal of definitions, this document is a business plan. Formally, if:

> *A:* LBRY is a business that provides access to information
> *B:* This document outlines our vision, mission, strategy, team, status, and objectives

Then,

> $A + B \rightarrow$ this is a business plan

Under a more conventional parlance, this document is not a business plan. It does not adhere to all standard conventions. It is simply an attempt to explain what we're doing in a way that's frank, clear, and just a smidgen persuasive.

FOIA CONFIDENTIALITY REQUESTED BY LBRY, INC.

# Vision

*Every fact at every fingertip.*

A consequence of technology evolving faster than cultural norms is that as innovation happens, existing generations attempt to adapt new technology to existing norms, while new generations revise the older generations' norms based on the technology being status quo.



**"KODAK FIENDS" AT NEWPORT.**

**Protests Against Their Practices About the Cottage Colony.**

*Special to The New York Times.*

NEWPORT, Aug. 17.—If the laws of this State can reach the "kodak fiends," some of the married men of the cottage colony will take the cases into the courts, and action will be brought against the aforesaid

*When camera technology became available to the masses, there was a serious debate over taking pictures in public.*

Where do we make this mistake today? One area is in the systems we use to handle the distribution of knowledge, art, culture, and information. Accustomed to a world in which an instance of knowledge or media was strongly coupled to a particular medium, we've built digital systems under the same assumptions.

Digital data is infinitely easy to reproduce, store, and copy, yet we attempt to regulate and provision it in ways that feel more like a physical good. Corporations compete over who can keep the most data locked away.

LBRY is an attempt to upend that dynamic. It says:

- Let's build a system that encourages shared participation rather than mutual exclusion.
- Let's make that system as easy, cheap, and secure as possible.
- Let's tie our own hands in the design of our system so that the system is trustworthy and transparent to its users. Leave the creators and users in charge, not us.
- Let's architecture the system and incentive structure that encourages rights holder participation, payment, and attribution rather than disorder.

LBRY is a system of digital distribution for the norms of the next generation.

FOIA CONFIDENTIALITY REQUESTED BY LBRY, INC.

# Mission

*Create a market for accessing and publishing information[1] that is global[2], decentralized[3], robust[4], optimal[5] and complete[6].*

[1] In the information theory sense, i.e. any data. LBRY facilitates distribution of all data, whether it be a video or a spreadsheet. If the number 0111011110...11101 displays the film "It's a Wonderful Life" when input to VLC, this is a fact in the same way that a foot equals twelve inches.

[2] Accessible anywhere in the world on any internet-connected device.

[3] Not controllable by any one person, party or authority.

[4] Resistant to censorship or attempts to control; impervious to attacks or disruptions.

[5] In the Pareto sense with regards to the production and distribution of information (i.e. digital information is both *created* and *distributed* in a way that could not be any more efficient from the perspectives of information producers and consumers).

[6] The most complete collection of world's books, films, art, games, etc. should be available via LBRY.

FOIA CONFIDENTIALITY REQUESTED BY LBRY, INC.

# Opportunity

LBRY aims to revolutionize the way that *all* packaged or streamed data is consumed (i.e. data that is not dynamically generated). But this is rather abstract, and stories are more convincing. So let's look at one of the largest opportunities: video information.

Annual internet video traffic is approximately 500 exabytes (500,000,000,000 GB). Every second, over 10,000 hours of video are streamed. The technical term for the quantity of videos people watch every year is a *million jillion*. I probably don't need to convince you of this.

Here's what I may need to convince you: that most video distribution is done through fundamentally flawed systems.

The ineluctable failure of existing systems is their centralized, top-down design. Taking direct control from creators and consumers has the following consequences:

1. **Increases costs to consumers**
   a. Providers must cover significant infrastructure costs.
   b. Providers must in parallel create complex ways for accessing something fundamentally simple (a number).
   c. Providers bear significant compliance costs.
2. **Degrades consumer experience**
   a. Providers must negotiate with many different creators, no single network.
   b. Consumers must select between many incomplete providers.
3. **Degrades publisher (creator) experience**
   a. Providers frequently demand control of content.
   b. Publishers lose profit to providers.

Similar issues of economics and experience exist for consumers and producers of information of all kinds (e.g. news, facts), not just videos.

LBRY solves these problems and throws in some other sweet innovations just for funsies.

We believe the value of resolving these problems to be worth rather absurd sums of money. More details are available under Economics.

# The LBRY Network

LBRY is a protocol providing a fully decentralized market for publishing or accessing any piece of information. In a high-level way, it can be thought of as a combination of decentralized file publishing (e.g. BitTorrent) and a cryptocurrency (e.g. Bitcoin).

## Parties

In LBRY world, there are four parties with differing roles and incentives:

1. **Hosts**. Hosts provide bandwidth and disk space to the LBRY network. They earn cryptocurrency in exchange.
2. **Miners**. Miners maintain the state of cryptocurrency balances as well as informational metadata (e.g. a full name or description). They contribute hashing power and some bandwidth in exchange for cryptocurrency.
3. **Publishers**. Publishers push information to the LBRY network, which is stored by hosts in an encrypted form. They earn cryptocurrency for providing content.
4. **Patrons**. Patrons consume information, paying cryptocurrency to both hosts and publishers.

## Example

1. Ernest, a *publisher*, wants to release his comedy-horror film, "Ernie Runs For President".
2. Ernest reserves `lbry://ernieruns`, a name pointing to his content. He can also provide metadata, such as a description or photo. *Miners* keep track of this in the blockchain.
3. The film is encrypted and sliced into many pieces. These pieces are distributed to *hosts*.
4. Hillary, a *patron*, wants to watch the movie. Her LBRY client seamlessly streams the film by collecting the pieces from the hosts and reassembling them.
5. Hillary pays Ernest for the decryption key, allowing her to watch the film.

FOIA CONFIDENTIALITY REQUESTED BY LBRY, INC.

# Key Innovations

There are several key innovations that will allow LBRY to disrupt both existing content networks (like Netflix) and existing decentralized informational access systems (like BitTorrent):

1. **Fully marketized information.** Because LBRY is both completely decentralized and fully marketized, it will be impossible for anyone to charge any price for information other than the market-clearing price. It will also create strong incentive for content to remain available that might disappear in a network like BitTorrent.

2. **Monetization of unused bandwidth and disk space.** A tremendous amount of bandwidth and disk space goes unused on computers everywhere. LBRY allows hosts to profit for contributing these resources to the network.

3. **Protocol, not proprietary.** Because LBRY is a *method* of doing things, it is easily extended and built upon by others. This also reduces our liability and compliance costs for illicit usage.

4. **Metadata in blockchain**. In other decentralized information systems, metadata storage can be risky or expensive. In LBRY, this metadata is required to mine the cryptocurrency.

5. **Improved privacy**. Hosts only store tiny portions of encrypted files, meaning they have no knowledge or way of discovering what information they provide.

6. **Assurance contracts**. Publishers can promise a decryption key for a piece of content only once a certain amount has been paid. Alex G. tells me you're supposed to label this a "Kickstarter for information" because the phrase "assurance contract" is scary.

7. **Memorable names**. LBRY allows you to access things at human friendly, logical resource indicators like `lbry://itsawonderfullife`. It also supports versioning.

# Business Model

LBRY is at the forefront of what Union Square Ventures dubbed "fat protocols". As a protocol, LBRY is *not* a specific service, application, or program. There is nothing proprietary about it. Once LBRY is released, our abilities to control it will be no different than our users. Any proof-of-concept applications we create will be open-sourced.

However, unlike protocols from the earlier days of the internet, LBRY captures a significant portion of the value-add, rather than ceding it to the application layer. Each percentage of the currency can be thought of as having a value proportional to the sum of all information transacted through the network.

Given this situation, the most reasonable path to profit is to reserve a portion of the cryptocurrency. Early adopters of LBRY and LBRY itself deserve more compensation to compensate for their commensurate risk. Therefore, we believe the following is sensible:

- 20% to incentive adoption (extra early rewards for content creators and hosts)
- 10% for organizations, charities, or other entities aligned with LBRY objectives
- 10% for us (for operational costs / profit)
- Remainder mined

Additionally, as the creators of the protocol, we are in a prime position to capture revenue via the auxiliary services users of the protocol will desire. We believe we can capture recurring and ongoing revenue via the following channels:

- **Settlement and Financial Services.** While LBRY credits are required as payment rails, most users will desire USD or another currency specific to their location. We are in a prime position to provide these services and capture recurring revenue.

- **Professional and Consulting Services.** No one will understand how LBRY works better than us and no one will be better positioned to help existing or new companies make the most out of LBRY.

- **Advertisement.** While the protocol itself does not specifically handle advertisement, many videos will be priced at just a few cents to access. LBRY can pair advisters with viewers to cover this cost, similar to a more traditional video streaming model like YouTube.

# Model and Projections

If LBRY replaces existing content distribution systems to any measurable degree, this represents generous value.

Before sharing our model, we must note here that we are generally skeptical of modeling, especially of this type. We prefer the *prima facie* argument that if any significant portion of the $2 trillion media market happens through the LBRY network that the credits will hold significant value.

However, for the model-lovers out there, we've made this:

https://docs.google.com/spreadsheets/d/1yxntcrQQabd8SK3qbxZIvV6EzbKsKh7qQh3W1dR1Z3c/edit#gid=43543292

# Exit

LBRY may not be a traditional business, but this doesn't mean its exit can't be. While LBRY generates value in a somewhat oblique ways, recognizing that value is straightforward. LBRY exits in one of two ways:

1. **Liquidation**
   Even a modest capture of the market represents tremendous value. Since LBRY's most significant asset will be its credits, it could simply liquify these credits at a return of 10-10,000x on any investment.

2. **Sale**
   Beyond credits, LBRY will have value in brand, reputation, and human capital. As LBRY could credibly threaten a number of established companies, it is possible that a large data or media company, such as Amazon, Netflix, Google, would choose to acquire LBRY. In this case, LBRY could be anticipated to bring in the value of its credits outlined in the model above plus a decent premium.

# Team

## Core Team

### Jeremy Kauffman, Chief Executive Officer, Founder

Jeremy knows how to build and scale a startup starting from day one. He knows how to deliver usable products and get those products in front of the right people.

Jeremy is responsible for the packing, presentation, and strategy of LBRY, as well as some design aspects. He is a longtime supporter of decentralized technology and freedom of information.

Jeremy founded TopScore, a startup that processes millions of dollars monthly in event and activity registrations. He also attended Rensselaer Polytechnic Institute, where he received degrees in physics and computer science.

### Alex Grintsvayg, Chief Technical Officer, Founder

One of Alex's previous job titles was Wizard, so named because he can seemingly understand and utilize new technologies faster than they can be created.

Alex has been the chief technical lead for products used by millions of people and that has processed tens of millions of dollars. He's also managed and designed scalable infrastructure solutions for SaaS firms, and is leveraging that experience to ensure LBRY's architecture and design is rock-solid.

Alex is one of three dual-degree graduate from RPI on the LBRY team, receiving degrees in Computer Science and Psychology. He is also an alumni of Stuyvesant High School.

### Josh Finer, Chief Operations & Growth Officer, Founder

Josh's combination of an MBA, strong analytical skills, programming skills, advertising expertise, and a perceptive insight to financial markets lead him to frequently bear the one of the more contentious titles in the business: growth hacker.

Josh has founded innovative financial companies (later acquired), run millions of dollars in Adwords campaigns, and been an early actor in other crypto projects. Josh's motor and fastest-way-from-A-to-B type of thinking are sure to to LBRY will be as diverse as his background.

### Job Evers-Meltzer, VP Engineering

Job was early to discover LBRY and made himself indispensable almost immediately. Job manages the LBRY development calendar, LBRY builds, analytics, an assortment of ad hoc

projects, as well as enforcing engineering standards and best practices.

Job attended MIT, where he obtained a degree in mathematics. Job has experience in quantitative finance, analytical development, and data engineering.

**Mike Vine, Marketing, Founder**
With a humble BA in Philosophy from Tulane University, Mike has built a successful financial services marketing company, Centinel Consulting. Centinel has helped clients grow from close to nothing to hundreds of thousands of visitors. He manages email marketing lists and social media accounts of the same size.

Mike has been involved with the Bitcoin community since the early days. His friends have launched companies like [Lamassu BTM](), [Coinapult](), [Shapeshift](). Now, he wants a turn to help change the world by harnessing blockchain technology. Mike heads up LBRY's marketing efforts and serves as an ambassador for our platform to media, investors, and the public.|

**Jack Robison, Core Developer, Founder**
Jack's path to developer with LBRY is fairly typical: [face sixty years in prison for innocent chemistry experiments](); lose interest in chemistry; [program insane electric guitars for Kiss](); decide to revolutionize the internet.

Jack was one of the first people to discover LBRY and took to it so fast he may understand more about it than anyone.

Jack has Asperger's Syndrome and is actively involved in the autism community. He was a regular on Wrong Planet's Autism Talk TV, has appeared on National Public Radio, the New York Times, and presents around the country.

**Jimmy Kiselak, Core Developer, Founder**
Jimmy is the third member of team LBRY to graduate from Rensselaer with multiple degrees. In his case, computer science and physics. After graduation, he found himself mired in government bureaucracy, spending too much time to get too little done.


Jimmy is a Bitcoin fanatic and has been since its early days. He has long been interested in the benefits of decentralization.

**Umpei "Kay" Kurokawa, Core Developer**
Fill in.

**Reilly Smith, Curator**
Reilly Smith serves as the in-house Curator and content liaison for LBRY. He has worked in the entertainment industry since 2010, having produced two indie feature films and various short

content. His films have shown at Sundance, SXSW, Dallas IFF, and LA Film Fest and he has produced series for Zero Day Fox and Disney.

Reilly holds a BA in Film and Media Studies from the University of Oklahoma.

**Alex Liebowitz, App Developer**
Alex is responsible for the LBRY browsing application. An economist turned web developer, Alex joins an assortment of polymaths at LBRY.

Prior to joining LBRY, Alex helped build web and mobile apps for large national corporations. Alex also helps run a large podcasting network and brings knowledge and experience of the publishing industry.


## Advisory Team

**Alex Tabarrok, Economic Advisor**
Alex Tabarrok is Bartley J. Madden Chair in Economics at the Mercatus Center and a professor of economics at George Mason University. He specializes in intellectual property reform, the effectiveness of markets, and the justice system.

Tabarrok is the coauthor, with Mercatus colleague Tyler Cowen, of the popular economics blog Marginal Revolution and cofounder of the online educational platform Marginal Revolution University. He is the coauthor of *Modern Principles of Economics*, and author of the recent book *Launching the Innovation Renaissance*. His articles have appeared in the New York Times, the Washington Post, the Wall Street Journal, and many other prestigious publications.

Tabarrok received his PhD in economics from George Mason University.

**Ray Carballada, Media Advisor**
Fill this in.

**Stephan Kinsella, Legal Advisor**
Stephan is a registered patent attorney in Houston and a former partner in the Intellectual Property Practice Group of Duane Morris LLP and General Counsel for Applied Optoelectronics, Inc. He is a Mises Scholar and the founder and director of the Center for the Study of Innovative Freedom. Stephan has published numerous articles and books on IP law and legal topics including *International Investment, Political Risk, and Dispute Resolution: A Practitioner's Guide* (Oxford University Press, 2005) and *Against Intellectual Property* (Mises Institute, 2008).

Stephan received an LL.M. in international business law from King's College London, a JD from the Paul M. Hebert Law Center at LSU, and BSEE and MSEE degrees from LSU. His websites are stephankinsella.com and kinsellalaw.com.

**Michael Huemer, Ethical Advisor**

Michael Huemer is Professor of Philosophy and Ethics at the University of Colorado, where he has taught since 1998. He has published three single-author scholarly books (including *Ethical Intuitionism*), one edited anthology, and more than fifty academic articles in epistemology, ethics, political philosophy, and metaphysics.

Huemer's articles have appeared in such journals as the *Philosophical Review*, *Mind*, the *Journal of Philosophy*, *Ethics*, and others. His materials are used as readings in classrooms nationwide. He received a B.A. from UC Berkeley and a Ph.D. from Rutgers University.

# Objectives

## Priority #1: Grow Both Sides of Marketplace

The largest skepticism LBRY has seen so far is in our ability to create a robust two-sided marketplace. We must demonstrate our ability to do this.

- **Recruit 10,000 Publishers.** LBRY has an appealing pitch to millions of content creators. Collect an agreement and publish the content from at least 10,000 creators, largely driven by YouTubers. Create and run a scalable campaign to recruit and onboard these creators.

- **Hit 250,000 Beta Users.** While our focus should be more on the producer side this quarter, residual interest as well as new PR from progress and a Windows release should allow us to reach 250,000.

- **Identify and Influence Sticky Communities.** LBRY's initial traction has come primarily from those interested in cryptocurrency. We must find at least one, and preferably several, communities that can receive a real, immediate benefit from LBRY and make it stick there.

## Priority #2: Release Compelling Product

LBRY's beta has been successfully released. It proves that the basic functionality promised by LBRY is both possible and worthwhile.

Now it is time to create something truly remarkable.

- **Provide zero-friction interaction.** Installing and opening an application is a high bar for interacting with LBRY. Create a web-based, embeddable way (and/or single-click way) for people to interact with something on the LBRY network.

- **Expand publisher functionality.** LBRY's beta went live with the absolute minimum proof-of-concept. Now it is time to add the tools publisher's expect, such as publisher pages (channels) and more data on published content.

- **Meet and maintain roadmap.** We recently made our core roadmap public. We must meet the requirements specified there, as well as evolve it through community interactions. A great product comes from thousands of tiny steps towards perfection.

## Priority #3: Solidify and Grow Team

As LBRY's develops, its objectives grow and its team needs evolve. There are two particular areas where we need more strength:

- **Add UI/UX Team Member.** The LBRY browser must be as strong as the rest of its data and blockchain layers. We need a team member that is first-class at creating wonderful web applications.

- **Add Growth Staff**. Our success depends on its ability to recruit and retain participants on both sides of the marketplace. LBRY should add at least one, if not two people with a talent for recruiting and retaining creators and consumers in a scalable fashion (likely via targeting campaigns and marketing, but could also be via a talent for PR).

## Priority #4: 2017 Financing Preparation

LBRY has some fundraising left to do to prepare for 2017. It should also utilize this relative lull to lay groundwork for the subsequent year.

- **Fill or End Convertible Note.** LBRY still has $150,000 of $600,000 available on its existing convertible note and ought to fill it. However, it would also be unfair to existing investors to leave it open too long. We must push remaining potential investors to make a decision or end the note.

- **Prepare Content Strategy.** As as a result of our push for YouTubers and other growth experiments, we should enter 2017 with a clear roadmap and strategy for how to progress from niche or otherwise outside the mainstream content to the inside the mainstream.

- **Structural Preparation**. Ensure that LBRY is optimally constructed in terms of its legal structure (bylaws and contracts), capitalization table, and legal risk.

## Conclusion

This document attempts to do two things: outline the vision and long-term aims of LBRY as well as the short-term, immediate next steps for accomplishing those aims. It is meant to educate you about LBRY as well as serve as a roadmap for you to compare our progress against.

In doing so, our hope is this document has given you a realistic impression of us, an understanding of who we are and what we want to do, and faith in our ability to do it. We welcome your feedback.

## Questions?

Contact Jeremy at jeremy@lbry.io.

# EXHIBIT 5

Try LBRY          Menu

# $500K in VC Funds from Pillar et al

## Samuel Bryan • Sep 7 2016

We've hinted at this news in the past week, but now it's official: Pillar VC (http://pillar.vc) is leading a $500,000 seed funding round for LBRY!



Pillar is a perfect fit for LBRY, with the mission of "treating founders the way we would want to be treated." This is precisely what LBRY is trying to achieve for digital content creators – a distribution system that connects them directly to their fans with no intermediary taking a cut of their profits. We want to give creators the power to say, "No, thank you!" to YouTube and other big media companies that exercise control over their users' original content.

LBRY is humbled at this endorsement. Beyond helping us grow our dev team and deliver better software faster, we hope this news also serves to show that

we take our primary goal seriously: every film, song, book, and app ever made

– available anywhere. Pillar VC is operated by determined visionaries who conducted careful due diligence in funding LBRY. With their help, we will provide the content distribution protocol of the future.

These funds will be used to advance the development of our beta as quickly as possible. We will have a Windows version released this month. By the end of this year, we are anticipating opening up the beta app – and going to full product release in 2017. No more waiting lists!

Click Here to visit Pillar Portfolio Page (https://www.pillar.vc/portfolio)

---

← #NewKidsOnTheBlockchain Thursday: Indie Rockers from Ukraine & Classical Singing de la Spain

All Mashed Up →



4/30/22, 9:48 PM
Case 1:21-cv-00260-PB   Document 59-2   Filed 06/03/22   Page 452 of 489
$500K in VC Funds from Pillar et al. – LBRY

*Samuel Bryan* · ✉ · ⚙ · 🐦

Much of our writing is a collaboration between LBRY team members, so we use SamueL BRYan to share credit. Sam has become a friend... an imaginary friend... even though we're adults...

## COMPANY

About

Blog

Jobs

Shop

Team

## USE LBRY

**odysee.com**

Android

Linux

iOS

macOS

Windows

## SOCIAL

Chat on Discord

Twitter

Reddit

Facebook

Telegram

## SUPPORT

hello@lbry.com

Contact

Privacy

TOS

FAQ

4/30/22, 9:48 PM
Case 1:21-cv-00260-PB   Document 59   Filed 06/02/22   Page 453 of 489
$500K in VC Funds from Pillar et al. - LBRY

Back to top

# EXHIBIT 6



Try LBRY        Menu

# LBRY v0.19 Is Shifting Into High Gear
## Samuel Bryan • Dec 11 2017

We've heard two requests from our community over and over again: make it easier to get LBC, and let users subscribe to their favorite creators.

With that in mind, the newest LBRY update should be a crowd-pleaser! Channel subscriptions are live, and we've integrated ShapeShift (https://shapeshift.io) to allow users to easily convert popular cryptos into LBC without leaving the app.

You'll find all this (and a lot more) in LBRY v0.19 - **get it here** (/get) and check out the full release notes below.



# Release Notes

## Added

- Subscriptions. File and channel pages now show a subscribe button. A new "Subscriptions" tab appears on the homepage shows the most recent content from subscribed channels.

- LBC acquisition widget. Convert other popular cryptos into LBC via a ShapeShift integration.

- Flow static type checking. This is a dev-only feature but will make

development faster, less error-prone, and better for newcomers.

## Changed

- The first run process for new users has changed substantially. New users can now easily receive one credit.

- The wallet area has been re-organized. Send and Receive are now on the same page. A new page, "Get Credits", explains how users can add LBRY Credits to the app.

- Significant structural changes to code organization, packaging, and building. The app now follows a typical electron folder structure. All 3 package.json files have been reduced to a single file. Redux related code was moved into its own subfolder.

- The macOS docking icon has been improved.

- The prompt for an insufficient balance is much more user-friendly.

- The credit balance displayed in the main app navigation displays two decimal places instead of one.

- Video download error messages are now more understandable.

- Windows path to the daemon/CLI executables changed to: C:\Program Files (x86)\LBRY\resources\static\daemon

## Deprecated

- We previously had two separate models for insufficient Credits. These have been combined.

## Fixed

- Long channel names causing inconsistent thumbnail sizes.

- Channel names in pages are highlighted to indicate them being clickable.

- Fixed the transaction screen not loading for brand new users.

- Fixed issues with scrolling and back and forward navigation.

- Fixed sorting by title for published files.

- App now uses the new balance_delta field provided by the LBRY API.

- Abandoning from the claim page now works.

---

← It's A Very Special Holiday Special Movie Night                    Development and Community Update →



*Samuel Bryan* · ✉ · ○ · 🐦

Much of our writing is a collaboration between LBRY team members, so we use SamueL BRYan to share credit. Sam has become a friend... an imaginary friend... even though we're adults...

COMPANY

About

Blog

Jobs

Shop

Team

## USE LBRY

**odysee.com**

Android

Linux

iOS

macOS

Windows

## SOCIAL

Chat on Discord

Twitter

Reddit

Facebook

Telegram

## SUPPORT

hello@lbry.com

Contact

Privacy

TOS

FAQ

Back to top

EXHIBIT 7

Case 1:21-cv-00260-PB    Document 59-2 Filed 05/04/22   Page 461 of 489

# Introducing LBRY: The Bitcoin of Content
## Mike Vine • Sep 9 2015

**New Startup Applies Blockchain Technology to Music, Movies, and More**

Welcome to LBRY (pronounced "library") – the first decentralized, open source, fully encrypted content distribution service built using the same blockchain technology that underlies Bitcoin.

File sharing went mainstream with Napster. For the first time, content could be shared easily on a peer-to-peer basis – but only within a closed ecosystem. Since then, BitTorrent has made file sharing safer and faster – but requires websites to post links and depends on individual hosts to offer content for free. LBRY is the next evolution.

> BitTorrent is too complicated, too centralized, and has bad incentives.
>
> LBRY solves the problem using blockchain technology, encryption, and a built-in marketplace. What Bitcoin is doing for money, LBRY will do for content.
>
> — *Jeremy Kauffman, co-founder of LBRY*

Content in LBRY is encrypted by its publisher, then cut apart and distributed to a decentralized network of host servers. LBRY hosts do not know the content of the encrypted files they store, and nobody can access the complete content without the publisher's unique decryption key. The publisher can exchange the key for a specified number of LBRY Credits – a cryptocurrency native to the LBRY protocol.

Not only do LBRY publishers literally hold the keys to their content, but the end-user experience is also vastly improved compared to torrents. By encrypting and distributing content across the blockchain, LBRY provides a one-step streaming and downloading experience to the content-consuming patron.

Here's what a publisher and patron relationship looks like in LBRY:

1.

   Filmmaker Jessica wants to release her new original documentary, Library of the Future.

2.

   Jessica reserves a LBRY name – `lbry://futurelibraryfilm` – that points to her content. This LBRY name can also include a description and photos of her content.

3.

   The film is encrypted and sliced into many pieces. These pieces are distributed to hosts. Jessica has now "published" her film in LBRY.

4.

   Patron John wants to watch the movie, so he visits `lbry://futurelibraryfilm` and

pays 5 Credits to decrypt and watch the film. Those Credits go to compensate Jessica for publishing the work and the many hosts for storing the content.

5.

John's LBRY client seamlessly streams or downloads the film by collecting the pieces from the hosts and reassembling them.

Every party to this transaction has had a better experience than they would have with ad-supported platforms like YouTube, subscription services like Netflix, or hunting for torrent links.

For publishers, LBRY is the least expensive content distribution platform available – and increases the likelihood that they will get paid for their content. Content remains entirely under the control of the publisher, with no licensing or other claims by LBRY. In fact, by design, the content publisher retains complete control of their works – LBRY has no "admins" who even have the ability to remove content from the network. They can also offer their content at memorable, branded names like `lbry://futurelibraryfilm` , rather than pointing patrons to a centralized URL or complicated magnet link.

Meanwhile, patrons get more available content due to better incentives and a seamless experience that even technophobes can understand.

LBRY is the latest of a series of crypto-apps released over the past year that utilize the blockchain to provide maximum decentralization of services, and certainly the first designed for users outside the tech community. When it goes to full release in Q4:15, LBRY's founders expect it to immediately improve the lives of any user who produces or consumes content. It may be the vehicle that takes blockchain tech to the masses.

*The creators of LBRY are extending members of the press a first-peek preview*

*and demonstration of the system. You are invited to a live demo hosted by co-creator Jeremy Kauffman on Tuesday, September 15th at 11 am ET. Please*

*RSVP by contacting press liaison Mike Vine at 917-719-6333 or mike@lbry.com.*

---

← 5 Questions About LBRY                    Slides From Media Demo →



*Mike Vine ·* ✉

Mike was one of the early team members of LBRY.

He contributed to marketing and branding in the earliest days of the app.

COMPANY

About
Blog
Jobs
Shop
Team

USE LBRY

**odysee.com**

Android

Linux

iOS

macOS

Windows


SOCIAL

Chat on Discord

Twitter

Reddit

Facebook

Telegram


SUPPORT

hello@lbry.com

Contact

Privacy

TOS

FAQ


Back to top

EXHIBIT 8

5/2/22, 11:37 AM
Case 1:21-cv-00260-PB Document 59-6 Filed 05/04/22 Page 467 of 489
LBRY Beta Goes Live! A Declaration of Independence from Big Media

Try LBRY     Menu

# LBRY Beta Goes Live! A Declaration of Independence from Big Media

## Samuel Bryan • Jul 4 2016

**LBRY Announces Beta Release, Live Blockchain & Major Content Deals on July 4th**



240 years ago, a ragtag group of rebels declared their independence from the most powerful empire in the world. Despite the odds, they were confident that they had a system which worked better – it was more decentralized, closer to the people involved, and based on radical ideas that the old system was too slow to incorporate.

**LBRY is proud to continue this tradition by announcing the beta release of our LBRY app and live blockchain this July 4th.** This time, the old order is Big Media – the major record labels, book publishers, and movie studios that have managed to cling to their fiefdoms despite the potential of the internet to connect independent artists directly to their fans.

It's expensive to store and serve a bunch of content, so the market is dominated by the likes of Google's YouTube, Apple's iTunes, and Amazon's Kindle Store. By combining

several new open-source technologies and key innovations, LBRY is able to cut out the

middlemen. The result is a platform that no one controls, but everyone can access – just like the internet itself.

With LBRY, content creators – be they filmmakers, musicians, writers, or software developers – are empowered to set their own price and release their works to the world with a few clicks of the mouse. There are no ads, no corporate censors, and LBRY takes no portion of your income. For consumers, it means there is finally an alternative to the big media stores and the murky world of BitTorrent – which doesn't have a payment system and therefore is run on goodwill.

The LBRY app we're releasing today is the first of its kind – a media marketplace powered by a blockchain and yet easy enough for your Grandma to use. The release includes a LBRY client with one-click installation for Linux and OS X. Initially, the beta is invite-only to allow a gradual scaling of the network. Invites can be requested at www.lbry.com/get.

Indie production houses have seen the potential in LBRY. **Oscilloscope Laboratories (http://www.oscilloscope.net) and Emergent Order (http://emergentorder.com) signed on as featured content partners for today's launch.** So right from the start, beta users will be treated to the following premium films:

**It's A Disaster**

*lbry://itsadisaster*





*The sleeper hit dark comedy, starring David Cross and Julia Stiles, about four couples gathering for a regular brunch when they receive news of a disaster just outside the door. The film is considered a model of indie success.*

**Fight of the Century: Keynes vs. Hayek Rap Battle**

*lbry://keynesvhayek*



*This viral hit short film shows economic heavyweights Friedrich Hayek and John Maynard Keynes in a musical duel over which of their theories is correct. Sound boring? Tell that to the film's millions of viewers so far.*

In addition to watching these films and other pieces already uploaded to LBRY, there are several ways users can interact with the platform – and begin generating income – once they receive beta access:

- Cryptocoin enthusiasts can **begin mining our new token**, called *LBRY Credits*, by following these instructions.

- Creators can **upload their own content**, set a price, and start earning Credits using the app's publishing tools.

- And anyone with spare disk space can **host content** and earn Credits simply by downloading something from LBRY and leaving the app running.

5/2/22, 11:37 AM
LBRY Beta Goes Live! A Declaration of Independence from Big Media

Case 1:21-cv-00260-PB Document 59-6 Filed 05/04/22 Page 470 of 489

## Join the Waitlist for Early Access (/get)

LBRY is a key component of Web 3.0, a new internet infrastructure that is secure, open-source, and natively decentralized. The company is self-financed and has assembled a stellar team (/team) of creatives and technologists.

← History Is Made - First Public Film Screenings via Blockchain at PorcFest XIII

LBRY Credits Listed on First Exchange! Liquidity Ensues! →



*Samuel Bryan* · ✉ · ⌥ · 🐦

Much of our writing is a collaboration between LBRY team members, so we use SamueL BRYan to share credit. Sam has become a friend... an imaginary friend... even though we're adults...

COMPANY

About

Blog

5/2/22, 11:37 AM

Case 1:21-cv-00260-PB Document 59-6 Filed 05/04/22 Page 471 of 489

LBRY Beta Goes Live! A Declaration of Independence from Big Media

Jobs

Shop

Team

USE LBRY

**odysee.com**

Android

Linux

iOS

macOS

Windows

SOCIAL

Chat on Discord

Twitter

Reddit

Facebook

Telegram

SUPPORT

hello@lbry.com

Contact

Privacy

TOS

FAQ

Back to top

EXHIBIT 9

Try LBRY    Menu

# Introducing lbry.tv

## Samuel Bryan • Jan 31 2020

We are thrilled to announce the public launch of lbry.tv, the most free way to share, follow, and support digital content.

Via lbry.tv, you can create a secure publishing account that you and only you (not even us) have the ability to update or modify. You can also watch content from top creators, stream Hollywood films, and browse a quirky digital wonderland while earning a stake in a community-controlled protocol.

If a picture is worth a thousand words, then a personal experience is worth like... a billion? So one option is that rather continue to read this, you simply go over to lbry.tv and try it out (https://lbry.tv/).

Still here, huh? You must want more moving pictures and more words. We shall supply them.

## What is lbry.tv?

lbry.tv is a nearly feature-complete web version of LBRY desktop, a browser for the LBRY network. lbry.tv allows you to...

## Boring, please stop. I don't know what LBRY is. Can you start there?

LBRY is an open-source, censorship-resistant protocol that facilitates the discovery, distribution, and purchase of digital content.

5/2/22, 11:39 AM
Introducing lbry.tv - LBRY
Case 1:21-cv-00260-PB   Document 50-2   Filed 05/09/22   Page 474 of 489

## You're still nerding it too much.

OK. LBRY is a YouTube-like service but instead of it being owned by a single company (Google), we created an open, distributed, and inter-operable standard (like HTTP).

This means that when you use LBRY, you as a creator or viewer are left in complete control. Your account is truly yours, funds you earn are truly yours, and not only is there not a middleman taking a cut or putting thumbs on scales, *LBRY makes it impossible for that middleman to ever exploit you*.

## Hot stuff. So what is LBRY.tv?

lbry.tv is the full LBRY experience in the convenience of your browser, with the ability to transition seamlessly from the web version to the desktop or mobile version of LBRY.If you're familiar with Bitcoin, you can think of lbry.tv as Coinbase - a web interface for an underlying decentralized network.

If you're not familiar with Bitcoin or that previous sentence did not make sense, you can just think of lbry.tv as YouTube but YouTube back in 2009 when it was actually cool.

## Words words blah blah blah. Do you have some kind of epic video?

5/2/22, 11:39 AM
Introducing lbry.tv - LBRY
Case 1:21-cv-00260-PB   Document 50-3   Filed 05/02/22   Page 475 of 489

Well thanks now my American eagle is crying, but it didn't actually tell me much about what I can do on LBRY. Do you have a less epic video, maybe one showcasing creators on LBRY with cheerful pop music?

## Maybe you could just list some what you can find on LBRY?

- Hundreds of huge YouTubers, like Veritasium, minutephysics, John Stossel, and 3Blue1Brown. Tens of thousands of popular YouTubers co-publish or publish unique content to LBRY.

- Hollywood films, including the catalog from Oscilloscope Studios, which includes award-winning films starring actors like James Franco, Julia Stiles, David Cross and more.

- Creators who stand up for free speech and free expression like Jordan Peterson, Benjamin Boyce, Justin Murphy and more.

- 20,000 top college lectures that almost disappeared forever due to threat of censorship.

- All kinds of weird and original gems.

## What's in it for me, besides great content on an open platform that actually stands up for its users?

While it seems a bit demanding to be asking for more, this is a good time to mention there are bonus rewards to celebrate the lbry.tv launch.LBRY is backed by a blockchain token. This token is used to publish, tip creators, incentivize hosting, and secure the network. It also gives you a say in how the network and content discovery work.

## Can I publish to lbry.tv?

Yes! The account creation process walks you through setting up an initial channel, and then it's as easy as clicking Publish.

If you have an active YouTube channel, you can sync the entire channel and earn great rewards in just one click. Head on over to lbry.com/youtube (https://lbry.com/youtube).

## I didn't read anything and just scrolled to the bottom because I have ADD. Can you give me a TL;DR?

- LBRY is an internet protocol (like HTTP or SMTP) that allows the publishing of digital content with no middlemen, no censorship, and no interference (even from us).

- lbry.tv just launched and allows anyone in the world to immediately start using LBRY.

- LBRY has millions of pieces of content from top creators available on a platform that guarantees free speech and user control.

- Create a lbry.tv account now and get a special bonus of magic internet coins.

---

← Wrapping up 2019 and looking into 2020 Community update!

Invites and Downloads Come to LBRY on Android with Galaxy Release →



*Samuel Bryan* · ✉ · ⌨ · 🐦

Much of our writing is a collaboration between LBRY team members, so we use SamueL BRYan to share credit. Sam has become a friend... an imaginary friend... even though we're adults...

COMPANY

About
Blog
Jobs
Shop
Team

USE LBRY

**odysee.com**
Android
Linux
iOS
macOS
Windows

SOCIAL

Chat on Discord

Twitter

Reddit

Facebook

Telegram

SUPPORT

hello@lbry.com

Contact

Privacy

TOS

FAQ

Back to top

EXHIBIT 10



Try LBRY          Menu

# Development and Community Update

## Samuel Bryan • Dec 12 2017



The LBRY community spoke, and we listened! This is the first of many posts that will keep the community up-to-date on project development and what's going on in the LBRY community. To read all of our updates, please visit <u>our</u>

Development and Community Update archive (/news/category/community-update).

To skip the tech stuff and see what's happened and what's next in the LBRY community, click the link below. Otherwise, read on!

Skip to **Community Happenings**

# Development Updates

All of our code is open source and available on GitHub (https://github.com/lbryio). Are you a dev and want to find out more? Check out our contributing guide (/faq/contributing).

### Housekeeping

Anytime a software project brings on new faces, especially when the code was previously handled by very few developers, it's a good idea to step back and re-assess the current structure and state of the codebase. That's exactly where some of the initial energy from our new developers has been directed. These changes included simplifying the build and webpack processes, adding Flow (https://hackernoon.com/type-checking-in-javascript-getting-started-with-flow-8532c11aceb3) as a type checking mechanism, improving application analytics, and implementing a few other code restructuring efforts.

### Converting Crypto to LBC via ShapeShift

With the growing popularity of Bitcoin and other cryptoassets, we wanted to make it easy for users to convert their funds into LBC in as many ways as possible - this idea turned into the ShapeShift (https://shapeshift.io) integration project. Users used to have to register on one of the exchanges, like Poloniex or Bittrex, to acquire additional LBC - now they can get as much as they want right in the app.

The latest version of LBRY now has an area in the Get Credits tab of the Wallet

which allows users to deposit their crypto and convert to LBC directly, without ever leaving the app! Users will be able to choose from depositing BTC, BCH, LTC, DASH and XMR and have ShapeShift convert it into LBC deposited directly into their LBRY app wallet.



You can view our new <u>ShapeShift FAQ (/faq/shapeshift)</u> for more details.

We are also exploring the possibility of adding a Coinbase buy widget which would allow you to purchase LBC through your Coinbase account and/or Credit Cards. Other next steps would be to identify the ShapeShift transactions in your wallet screen and link back to your transaction.

## Subscriptions

The newest release of the LBRY app allows users to subscribe to their favorite creators. Their subscriptions appear on a separate page in the app that allows them to see the latest from their favorite LBRY publishers. Users subscribe to a publisher by visiting any of their content pages or the creator's channel - once the subscribe button is clicked, the channel is added to the "Subscriptions" tab. Users can also unsubscribe anytime time to remove the content from their Subscriptions page. This is just a very basic rollout, and we intend to continue

improving the UX and functionality.

**In-App Upgrades**

We are enhancing the app upgrade process in two ways - notifying users that there's an update at a regular interval (previously this was only done on startup) and implementing a more seamless in-app upgrade process. The current version of LBRY will feature the first enhancement while we work out a few last issues with the latter.

**New User Rewards**

The first run process, which new LBRY users experience on their first app run, is getting a minor makeover. We will now grant a 1 LBC reward to users who verify their email, full stop, no extra steps. To earn additional LBRY Rewards (/faq/rewards), we'll need to verify that you are a unique user by going through our humanness verification process (/faq/identity-requirements). Only one rewards account is allowed per household. The next step in the Rewards realm is to increase the referral redemption limit (currently at 1).

**LBRY Protocol Updates**

Our original goal was to deliver the most recent app release with an updated LBRY protocol version, but we ran into unexpected trouble making a rather large change to the file_list function to work properly with the app. The next set of protocol updates will also include additional DHT (our P2P network) enhancements, fixes to wallet bloat, smarter use of change addresses, a lbrynet console (helps with debugging, running commands to the daemon) and claim renewal options (to be discussed down the road).

Although we still encounter intermittent problems with content availability, we have made large strides from where we were just a couple months ago. Our team continues to identify potential solutions to issues we observe on the network, and we will continue to roll them out over the next series of protocol upgrades.

Finally, we are **almost finished** with wallet encryption capabilities! The code should be merged within the next couple of days, and we'll be running through some internal testing before reaching out to the community. The next steps would be to integrate the functionality into the LBRY app and user experience.

### Wallet Transaction Enhancements

One area that's undergoing continuing improvements is the wallet transaction list (/faq/transaction-types). We recently added additional information to transactions linked to channel creation, publishing, updates, tipping and rewards. Some of these transactions also have associated actions, such as abandoning claims and redeeming tips. The next steps in this area will include correctly categorizing the abandon transactions, capturing/showing purchase and content payment transactions and ShapeShifts.

### App Redesign

Although we won't go into any specific details, there is a major app re-design on the horizon. Some of you may have seen screenshots/links on our #dev-ux channel on Discord (https://chat.lbry.com) - one of the perks of being in our community :)

Part of the goal of the re-design is to improve the publishing workflow by separating out content and channel management. More generally, we want to make the LBRY app as intuitive and easy to use as possible, and we'll be doing everything we can to make it happen.

# Community Happenings

If you aren't part of our Discord community yet, join us (https://chat.lbry.com) anytime and say hello! Our community allows LBRYians to interact with the team directly and for us to engage users in order to grow the LBRY platform.

## lbry.com Website

A lbry.com website redesign is in the works along with an updated team page which will include all the new team members that have joined. A big part of this update will be the YouTube onboarding page which is meant to educate YouTubers about the importance of LBRY and have them claim/sync their channels.

## Tuesday Movie Night

On Tuesday, November 28th, we had our first ever live movie night (/news/howl-with-us) where our team and Discord community members pressed play together to watch Howl, starring James Franco. We had a blast interacting with everyone and plan on doing more of these live events in the future. While we won't always watch them along with you, we will be releasing new movies on the LBRY platform every Tuesday. Watch your email for those announcements.

Join us for the next Community Movie Night (/news/a-very-special-holiday-special) on December 12, 2017, at 8:00 PM EST for Rare Exports - A Christmas Tale.

## Contributions and Tipping

Our Discord server is armed with the almighty LBRY tipbot which allows us to reward our community members for their suggestions, feedback and other contributions. Come chat with us to discover the various ways you can help the project. Whether it's helping us test the software, providing a service to the community, writing a blog post or being a brand ambassador, we appreciate all contributions!

## Meetups and College Campus Initiatives

Although we are still finalizing our programs for both meetups and college

initiatives, we'd love to hear from you if you are interested! Please join us on the respective #meetup / #campus channels in Discord (https://chat.lbry.com).

## Growing our Discord Community

If you are aware of Discord communities which could benefit from what LBRY offers as a platform, drop us a line on Discord. We are at the beginning stages of an initiative to reach out to other communities whose interests or goals may align with LBRY's vision for a decentralized and creator controlled digital content marketplace.

Back to **Development Updates**

---

← LBRY v0.19 Is Shifting Into High Gear                    Stop Net Banality →



*Samuel Bryan* · ✉ · ◯ · 𝕏

Much of our writing is a collaboration between LBRY team members, so we use SamueL BRYan to share credit. Sam has become a friend... an imaginary friend... even though we're adults...

COMPANY

About

Blog

Jobs

Shop

Team

USE LBRY

**odysee.com**

Android

Linux

iOS

macOS

Windows

SOCIAL

Chat on Discord

Twitter

Reddit

Facebook

Telegram

SUPPORT

hello@lbry.com

Contact

Privacy

TOS

FAQ

Back to top