Search r/lbry

# r/lbry

**Posts**    Reddit Tipbot

Posted by u/PhDinWastingTime 1 year ago

## LBRY – 7 Questions before you invest

uvcoins.com/2018/0...



90% Upvoted

💬 3 Comments    ➤ Share    ...

📦 **This thread is archived**
New comments cannot be posted and votes cannot be cast

SORT BY OLD ▾

▲ **MmmhmmDrugs** 1 point · 1 year ago
▼ I dig it! so glad I got in early :)
    Share   Report   Save

▲ **thomaszarebczan** 1 point · 1 year ago
▼ Nice post, short and sweet! As an investor, I'd like to know more about LBRY credits and how LBC are generated. You may want to mention: https://lbry.io/faq/credit-policy

    https://lbry.io/faq/block-rewards

    5 lbc u/lbryian thanks for the post!

    Share   Report   Save

      ▲ **lbryian** 1 point · 1 year ago
      ▼ u/PhDinWastingTime, you've received `5 LBC ($4.78)`!

         How to ^use · What is ^LBRY? · r/lbry

         Share   Report   Save

**EXHIBIT 55**
21-cv-00260-PB