| Timestamp | Username | I want to purchase 1000 LBC each pay period @ $.05 ($50 total) | My LBC address |
|---|---|---|---|
| 2018/08/03 6:59:55 PM GMT | brannon@lbry.io | Yes |  |
| 2018/08/03 7:56:32 PM GMT | niko@lbry.io | Yes | |
| 2018/08/03 9:47:39 PM GMT | julie@lbry.io | Yes | |
| 2018/08/04 2:26:13 PM GMT | akinwale@lbry.io | Yes | |
| 2018/08/06 7:33:07 AM GMT | lex@lbry.io | Yes | |
| 2018/08/06 2:45:22 PM GMT | jeremy@lbry.io | Yes | |
| 2018/08/13 4:02:12 PM GMT | bvbfan@abv.bg | Yes | |
| 2018/08/20 1:51:59 PM GMT | jackrobison@lbry.io | Yes | |
| 2018/08/20 9:47:42 PM GMT | paul@lbry.io | Yes | |
| 2018/09/13 12:31:02 AM GMT | hackrush@lbry.io | Yes | |
| 2018/11/28 7:06:00 PM GMT | sean@lbry.io | Yes | |
| 2021/05/17 6:31:06 PM GMT | jbn@abreka.com | Yes | |
| 2021/05/18 5:30:23 PM GMT | grin@lbry.com | Yes | |



EXHIBIT

56

21-cv-00260-PB

LBRY_SEC00061075