| From: | Josh Finer [josh@lbry.io] |
|---|---|
| on behalf of | Josh Finer <josh@lbry.io> [josh@lbry.io] |
| Sent: | 8/17/2016 10:38:49 AM |
| To: | Stephen Leicht [stephen_leicht@hotmail.com] |
| Subject: | Re: LBRY Credits Now Trading - LBC |

Sure. Tomorrow is probably better if possible.

On Aug 17, 2016 10:35 AM, "Stephen Leicht" <stephen_leicht@hotmail.com> wrote:
I should be able to follow this, but I got lost along the way. Can I call you tomorrow or Friday and you can walk me through it?

Sent from my iPhone

On Aug 17, 2016, at 10:19 AM, Josh Finer <josh@lbry.io> wrote:

Hello Steve!

Wanted to drop you a note since we had previous discussions about LBRY and our vision for the future of digital content delivery.

We've come a very long way and now have a beta product with nearly full functionality on three platforms (OSX, Linux, Win).

Our credits (LBC) are being traded on two major crypto exchanges - Poloniex and Bittrex - and recently have averaged over 100BTC/day in volume.

The opportunity is obvious - buy a bunch of credits, put them away safely, and hope that in 1-3 years we've appreciated even 10% of how much Bitcoin has in the past few years.

If our product has the utility we plan, the credits should appreciate accordingly.

We are currently negotiating private placements of LBC with several investors.

Please reply to me if there is interest and we can chat.

Regards,

Josh Finer
LBRY.io COO
215.499.4613


EXHIBIT 58
21-cv-00260-PB

FOIA CONFIDENTIALITY REQUESTED BY LBRY, INC.

LBRY_004478