| From: | Jeremy Kauffman <jeremy@lbry.com> |
|---|---|
| Sent: | Wed 5/20/2020 8:00:53 PM (UTC-04:00) |
| Subject: | Fwd: Data on LBRY |
| To: | Jamie Goldstein <jamie@pillar.vc> |

retention.png
lbry-deck-20200427.pdf

**EXHIBIT 59**
21-cv-00260-PB

---------- Forwarded message ---------
From: **Jeremy Kauffman** <jeremy@lbry.com>
Date: Wed, May 20, 2020 at 7:58 PM
Subject: Data on LBRY
To: Alex Pruden <apruden@a16z.com>

Hey Alex,

Great to meet you yesterday. I've limited myself to 5 reports :)
All of these pull from our real(ish)-time analytics systems, and we'll leave them public for some time. You can also export for local analysis.

1 - Weekly Active Users (internal) - Internal analytics, missing easily 5,000-10,000+ desktop users that do not share data. Everyone with a verified email has a wallet, total users includes lbry.tv visitors that accept cookies but don't sign in or create a wallet.
2 - Unique Publishers Per Week - blockchain data, final data point incomplete
3 - Content Views Per Week and Cumulative - internal analytics (same caveat as above) of view counts per week
4 - Rate-based retention for lbry.tv wallet holders (attached image) - We view this is ultimately the key factor to success and work relentlessly to improve these figures.
5 - Cumulative YouTuber Sub Counts - YouTubers publishing to LBRY can reach hundreds of millions of YouTubers

I'd like to emphasize that all of this growth has come with a total non-technical staff of less than 3 people, including all support, community management, creator outreach, reward design, marketing, etc.

We have pretty rich tracking and dynamic report systems, so if there's something you do want to know please let me know.

Finally, I attached our deck, which is... okay? Truthfully, I spend a lot more time on LBRY as a technical product and user experience, which is why we didn't go through it yesterday.

We would be thrilled to work with a group that understands the potential of web 3 and new ways for creators to monetize as well as A24Z.

Cheers,

--
 Jeremy Kauffman, CEO & Founder, LBRY
 (267) 210-4292


--
 Jeremy Kauffman, CEO & Founder, LBRY
 (267) 210-4292

Confidential Treatment Request by Pillar Companies Management, LLC

| Week | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Mar 15, 2020 - Mar 21, 2020 | 100.00% | 31.24% | 31.24% | 18.74% | 24.99% | 31.24% | 37.53% | 24.99% | 24.99% | 18.74% |
| Mar 22, 2020 - Mar 28, 2020 | 100.00% | 14.27% | 28.54% | 28.54% | 28.54% | 28.54% | 28.54% | 28.54% | 14.27% | |
| Mar 29, 2020 - Apr 4, 2020 | 100.00% | 26.65% | 13.33% | 19.99% | 19.99% | 19.99% | 13.33% | 6.66% | | |
| Apr 5, 2020 - Apr 11, 2020 | 100.00% | 19.03% | 19.03% | 14.28% | 14.28% | 14.28% | 9.52% | | | |
| Apr 12, 2020 - Apr 18, 2020 | 100.00% | 52.95% | 29.41% | 23.54% | 29.41% | 23.54% | | | | |
| Apr 19, 2020 - Apr 25, 2020 | 100.00% | 31.70% | 24.39% | 19.52% | 14.64% | | | | | |
| Apr 26, 2020 - May 2, 2020 | 100.00% | 48.94% | 40.43% | 23.41% | | | | | | |
| May 3, 2020 - May 9, 2020 | 100.00% | 51.11% | 35.55% | | | | | | | |
| May 10, 2020 - May 16, 2020 | 100.00% | 44.19% | | | | | | | | |

Confidential Treatment Request by Pillar Companies Management, LLC

PILR_0007521



Jeremy Kauffman, CEO
jeremy@lbry.com
lbry.com • lbry.tv • lbry.tech

Confidential Treatment Request by Pillar Companies Management, LLC

PILR_0007522

# $159B ONLINE VIDEO OPPORTUNITY [1]



$159B
$70B
2019
2024

|  | Users | Revenue |
|---|---|---|
| YouTube[2, 3] | 2.0B | $15B |
| Netflix[4] | 165M | $20.2B |
| Amazon[5, 6] | ~95M | ~$3.5B |



$15M

$8M

$7.5M

Top 5 YouTube stars' combined subscribers more than double total number of U.S. cable viewers

40% of millennials believe publishers understand them better than their friends

Confidential Treatment Request by Pillar Companies Management, LLC

PILR_0007523

# MIDDLEMEN HAVE TOO MUCH CONTROL

## Algorithms

"YouTubers say they have lost 30 to 40 percent of their usual views [due to algorithm changes]."

- Why YouTubers Are So Mad at YouTube Again



## Advertisers

Middlemen retain 30 - 45% of revenue!
(Apple, YouTube, Amazon)



45%

● Middlemen  ● Publishers

## Interference

YouTube regularly demonitizes, deletes, or alters legitimate content, creating uncertainty



Confidential Treatment Request by Pillar Companies Management, LLC

LBRY is an open, free, and decentralized content marketplace, built on blockchain, controlled by the community.

Confidential Treatment Request by Pillar Companies Management, LLC

PILR_0007525

**PUBLISH**
**HOST**
**WATCH**
**SHARE**
**EARN**



LBRY apps *look and feel* traditional but are backed by a pioneering architecture.

Confidential Treatment Request by Pillar Companies Management, LLC

PILR_0007526

# USED BY TOP CREATORS AND INFLUENCERS



### Veritasium
**6.8m Followers**

Trusted science creator, writer, educator.



### Jordan Peterson
**2.6m Followers**

Speaker, educator, and relentless free speech advocate.



### Oscilloscope
**Hollywood Studio**

Films starring James Franco, David Cross, & more. 3rd most profitable channel.



### Naomi Wu
**1.1m Followers**

Chinese DIY maker, STEM advocate, and celebrity.

See a list of YouTubers adopting LBRY at https://lbry.com/youtubers

Confidential Treatment Request by Pillar Companies Management, LLC

# CREATORS LOVE LBRY...

**25,000+**
Active Publishers

**2,500,000**
Publishes

**50+ / 400+**
YouTubers With
1+M / 100+k Subs



**YouTubers committed to LBRY can reach more than 10% of YouTube!**

# ...AND USERS LOVE LBRY TOO

**> 700,000**
Weekly Users
(word-of-mouth from users and creators)

**> 15%**
Weekly User Growth
(since launching lbry.tv)



Weekly Active Users Since lbry.tv Launch

day: April 18, 2020
Count: 680,412

Confidential Treatment Request by Pillar Companies Management, LLC

PILR_0007529

# VIRAL, ORGANIC GROWTH

  

John Stossel adopted LBRY in response to YouTube actions, alongside Tim Pool, David Pakman and other journalists

"Why Everyone's Leaving YouTube" has nearly 1,000,000 views and is one of hundreds of videos bringing YouTubers over to LBRY. LBRY users discover LBRY via their creators and existing users -- not paid advertising.

Story: What's Next For YouTubers Impacted By Crypto-Related Content Ban?

Confidential Treatment Request by Pillar Companies Management, LLC

# REVOLUTIONARY PROTOCOL

    

**Miners**
mine for coins
(LBC)

**Publishers**
upload content
& set fees

**Hosts**
provide disk
space & bandwidth

**Users**
buy content
& earn rewards

**Advertisers**
subsidize fees
for users

## LBRY APP
lbry.tv, LBRY Android, LBRY Desktop and other apps
are built on top of the LBRY protocol.

## LBRY PROTOCOL + BLOCKCHAIN
The LBRY protocol uses its own blockchain and decentralized data network.
The protocol leaves end users in control. LBRY not a legal custodian of publisher data.

Confidential Treatment Request by Pillar Companies Management, LLC

# LBRY OWNS 1/3 OF BLOCKCHAIN TOKENS (LBC)



| Category | Owner* | % |
|---|---|---|
| Coins Publicly Circulating | Public | 28.5% |
| Future Coins to Be Mined | Public | 39.4% |
| Partnerships | LBRY | 9.2% |
| Operations | LBRY | 7.9% |
| Growth & Community | LBRY | 15% |

*LBRY has not participated in an Initial Coin Offering (ICO)

Confidential Treatment Request by Pillar Companies Management, LLC

# HOW LBRY PROFITS

## Traditional

- lbry.tv users will be worth at least as much as that of YouTube (~$10/user)

- Receive small portion of purchases and other financial exchanges

- Advertisements in apps

- Value-added services and products as experts on the technology

## Token

- LBRY holds 350,000,000 LBC

- 1 LBC could be worth $100 or more if LBRY becomes protocol of choice for media distribution (more)

Confidential Treatment Request by Pillar Companies Management, LLC

# THE INTERNET WAS CREATED BY THE PEOPLE, FOR THE PEOPLE.

Confidential Treatment Request by Pillar Companies Management, LLC                                                                                                   PILR_0007534

# BUT THAT'S CHANGED.



Confidential Treatment Request by Pillar Companies Management, LLC

PILR_0007535

# IT'S TIME TO TAKE BACK CONTROL



Confidential Treatment Request by Pillar Companies Management, LLC

PILR_0007536

# TEAM



### Jeremy Kauffman
Co-Founder, CEO
Built LBRY from nothing. Founded and grew ecommerce SaaS company TopScore to over $20 million GMV.



### Alex Grintsvayg
Co-Founder, CTO
Former co-founder and CTO at TopScore. Managed infrastructure and software for millions of users.



### Josh Finer
Operations Lead
Entrepreneur and MBA with strong skills in user acquisition, analytics, electronic payments, and risk management



### Brannon King
Blockchain Lead
Deep experience with AI and advanced algorithm design for autonomous vehicles before adopting blockchain.

Confidential Treatment Request by Pillar Companies Management, LLC

PILR_0007537



Jeremy Kauffman, CEO
jeremy@lbry.com
lbry.com • lbry.tv • lbry.tech

Confidential Treatment Request by Pillar Companies Management, LLC          PILR_0007538