

## CoinMarketCap

Cryptos: 19,222    Exchanges: 521    Market Cap: $1,730,517,936,347    24h Vol: $84,988,892,963    Dominance: BTC: 42.2% ETH: 19.8%

Rank #802   Coin   On 16,965 watchlists

EXHIBIT

61

21-cv-00260-PB

LBRY Credits Price (LBC)

# $0.02342

▼2.95%

Low:$0.02321             High:$0.02433        24h ⌄

**More stats**

Buy ▾   Exchange ▾   Gaming ▾   Earn Crypto ▾

Sponsored

Links                          Website, Explorers, Socials etc. ›

Tags                        Mineable   Marketplace   +1 ›

Overview    Market    **Historical Data**    Project Info    News    Socials    Ratings    ⬆ Share

# Historical Data for LBRY Credits

📅 Date Range    ⌄

| Date | Open* | High | Low | Close** | Volume | Market Cap |
|---|---|---|---|---|---|---|
| Jan 01, 2022 | $0.03669 | $0.03771 | $0.03589 | $0.03752 | $156,020 | $19,547,972 |
| 3, 2021 | $0.03636 | $0.03836 | $0.03565 | $0.03797 | $196,376 | $19,785,666 |





LBRY Credits LBC                         $0.02342   ▼2.95%

| Date | Open* | High | Low | Close** | Volume | Market Cap |
|------|-------|------|-----|---------|--------|-----------|
| Dec 13, 2021 | $0.04051 | $0.04107 | $0.03758 | $0.03821 | $165,862 | $19,911,189 |
| Dec 04, 2021 | $0.04521 | $0.04547 | $0.03994 | $0.04078 | $290,893 | $21,248,375 |
| Nov 24, 2021 | $0.04606 | $0.04815 | $0.04451 | $0.04512 | $228,352 | $23,512,578 |
| Nov 15, 2021 | $0.05621 | $0.05825 | $0.05338 | $0.05388 | $271,387 | $28,071,927 |
| Nov 05, 2021 | $0.04642 | $0.04658 | $0.04418 | $0.04504 | $281,344 | $23,470,369 |
| Oct 27, 2021 | $0.05042 | $0.0508 | $0.04478 | $0.04659 | $296,576 | $24,276,031 |
| Oct 17, 2021 | $0.0365 | $0.03778 | $0.03505 | $0.03766 | $508,717 | $19,620,878 |
| Oct 08, 2021 | $0.03939 | $0.04067 | $0.03782 | $0.03845 | $535,609 | $20,032,883 |
| Sep 28, 2021 | $0.03661 | $0.0375 | $0.03583 | $0.03584 | $706,164 | $18,674,811 |
| Sep 19, 2021 | $0.04471 | $0.04822 | $0.0437 | $0.04604 | $865,389 | $23,991,333 |
| Sep 09, 2021 | $0.0349 | $0.03698 | $0.03416 | $0.03605 | $739,973 | $18,782,599 |
| Aug 31, 2021 | $0.03878 | $0.04041 | $0.03518 | $0.03786 | $733,801 | $19,729,531 |
| Aug 21, 2021 | $0.048 | $0.04908 | $0.04466 | $0.04612 | $985,649 | $24,031,681 |
| Aug 11, 2021 | $0.03372 | $0.03636 | $0.03303 | $0.03574 | $802,279 | $18,621,843 |
| Aug 02, 2021 | $0.02916 | $0.03068 | $0.02827 | $0.02864 | $228,784 | $14,925,432 |
| Jul 23, 2021 | $0.02418 | $0.0254 | $0.02401 | $0.02477 | $82,774 | $12,906,808 |
| ___, 2021 | $0.02661 | $0.02678 | $0.02417 | $0.02574 | $177,970 | $13,412,210 |
| ___, 2021 | $0.02194 | $0.02325 | $0.02172 | $0.02288 | $453,711 | $11,923,428 |



🔷 **LBRY Credits** LBC                                                                 **$0.02342**  🔻2.95%

| Date | Open* | High | Low | Close** | Volume | Market Cap |
|------|-------|------|-----|---------|--------|------------|
| Jun 25, 2021 | $0.03132 | $0.0314 | $0.02509 | $0.02589 | $449,836 | $13,489,645 |
| Jun 15, 2021 | $0.05617 | $0.06216 | $0.05219 | $0.05958 | $519,877 | $31,044,178 |
| Jun 06, 2021 | $0.1014 | $0.1042 | $0.1007 | $0.104 | $52,432 | $54,205,063 |
| May 27, 2021 | $0.1141 | $0.1141 | $0.1035 | $0.1067 | $226,350 | $55,579,335 |
| May 18, 2021 | $0.1226 | $0.1355 | $0.1211 | $0.1316 | $159,604 | $68,551,428 |
| May 08, 2021 | $0.1756 | $0.1806 | $0.1677 | $0.1701 | $163,546 | $88,638,746 |
| Apr 29, 2021 | $0.1918 | $0.1923 | $0.179 | $0.182 | $122,684 | $94,813,837 |
| Apr 19, 2021 | $0.1965 | $0.206 | $0.1847 | $0.19 | $327,468 | $98,994,458 |
| Apr 10, 2021 | $0.2532 | $0.2789 | $0.2377 | $0.2644 | $2,422,483 | $137,763,562 |
| Mar 31, 2021 | $0.2783 | $0.3015 | $0.172 | $0.2576 | $52,306,998 | $134,243,965 |
| Mar 21, 2021 | $0.2397 | $0.2551 | $0.2273 | $0.241 | $21,077,608 | $125,591,424 |
| Mar 12, 2021 | $0.1878 | $0.2037 | $0.1846 | $0.2018 | $15,838,270 | $105,164,409 |
| Mar 02, 2021 | $0.1517 | $0.1563 | $0.1377 | $0.1479 | $6,289,462 | $77,084,041 |
| Feb 21, 2021 | $0.1893 | $0.2177 | $0.1848 | $0.2146 | $15,047,999 | $111,793,979 |
| Feb 11, 2021 | $0.135 | $0.1485 | $0.1299 | $0.1457 | $12,402,252 | $75,905,687 |
| Feb 02, 2021 | $0.101 | $0.1066 | $0.09844 | $0.1061 | $6,492,357 | $55,289,379 |
| ___ __, 2021 | $0.105 | $0.1266 | $0.1038 | $0.1176 | $26,004,045 | $61,285,669 |
| ___ __, 2021 | $0.08824 | $0.08895 | $0.08402 | $0.08779 | $3,887,926 | $45,741,307 |

 **LBRY Credits** LBC                                              $0.02342   ▼2.95%

| Date | Open* | High | Low | Close** | Volume | Market Cap |
|------|-------|------|-----|---------|--------|------------|
| Jan 04, 2021 | $0.108 | $0.1115 | $0.08252 | $0.09314 | $13,665,208 | $48,166,460 |
| Dec 26, 2020 | $0.04906 | $0.0523 | $0.04863 | $0.05147 | $1,371,565 | $26,492,697 |
| Dec 16, 2020 | $0.06576 | $0.06707 | $0.06023 | $0.06347 | $4,765,854 | $32,487,489 |
| Dec 07, 2020 | $0.03167 | $0.03365 | $0.03095 | $0.03345 | $881,901 | $16,863,598 |
| Nov 27, 2020 | $0.02787 | $0.02843 | $0.02585 | $0.02627 | $793,796 | $13,167,105 |
| Nov 17, 2020 | $0.02469 | $0.02628 | $0.02227 | $0.02431 | $763,740 | $11,965,447 |
| Nov 08, 2020 | $0.02071 | $0.02179 | $0.02048 | $0.02136 | $321,257 | $10,437,883 |
| Oct 29, 2020 | $0.02006 | $0.02026 | $0.01931 | $0.01955 | $583,784 | $9,492,424 |
| Oct 20, 2020 | $0.02259 | $0.02578 | $0.02235 | $0.02332 | $866,086 | $11,133,494 |
| Oct 10, 2020 | $0.01932 | $0.02009 | $0.01919 | $0.01958 | $612,645 | $9,178,263 |
| Oct 01, 2020 | $0.02019 | $0.02143 | $0.01962 | $0.02018 | $835,538 | $9,405,154 |
| Sep 20, 2020 | $0.02233 | $0.02234 | $0.01967 | $0.01979 | $597,967 | $9,151,113 |
| Sep 11, 2020 | $0.02731 | $0.02735 | $0.02585 | $0.02629 | $680,733 | $12,100,443 |
| Sep 01, 2020 | $0.03237 | $0.03359 | $0.03169 | $0.0334 | $1,080,176 | $15,283,796 |
| Aug 23, 2020 | $0.03063 | $0.03157 | $0.02997 | $0.03059 | $927,522 | $13,925,183 |
| Aug 13, 2020 | $0.03284 | $0.03286 | $0.0308 | $0.03238 | $1,309,323 | $14,657,440 |
| ___ 04, 2020 | $0.03479 | $0.03633 | $0.03366 | $0.03432 | $1,043,919 | $15,453,406 |
| ___, 2020 | $0.02731 | $0.03017 | $0.0272 | $0.02958 | $917,517 | $12,991,948 |



LBRY Credits LBC            **$0.02342**   ▼2.95%

| Date | Open* | High | Low | Close** | Volume | Market Cap |
|---|---|---|---|---|---|---|
| Jul 16, 2020 | $0.02427 | $0.03159 | $0.02385 | $0.0253 | $1,310,265 | $11,052,582 |
| Jul 06, 2020 | $0.02851 | $0.03054 | $0.02845 | $0.02906 | $573,920 | $12,582,132 |
| Jun 26, 2020 | $0.03086 | $0.0315 | $0.02897 | $0.02933 | $296,971 | $12,592,582 |
| Jun 17, 2020 | $0.03098 | $0.03221 | $0.02974 | $0.03154 | $243,376 | $12,165,641 |
| Jun 07, 2020 | $0.03008 | $0.0374 | $0.0293 | $0.0372 | $700,693 | $14,181,838 |
| May 29, 2020 | $0.03699 | $0.03868 | $0.03629 | $0.03773 | $425,234 | $14,020,237 |
| May 19, 2020 | $0.04938 | $0.05265 | $0.04785 | $0.04796 | $661,336 | $17,500,645 |
| May 10, 2020 | $0.03712 | $0.03714 | $0.03114 | $0.03429 | $330,857 | $12,322,332 |
| Apr 30, 2020 | $0.02709 | $0.02783 | $0.02378 | $0.02753 | $287,408 | $9,798,114 |
| Apr 21, 2020 | $0.01514 | $0.01614 | $0.01337 | $0.01427 | $166,774 | $5,025,995 |
| Apr 11, 2020 | $0.01051 | $0.01127 | $0.01037 | $0.01105 | $97,314 | $3,849,971 |
| Apr 02, 2020 | $0.009023 | $0.009761 | $0.008929 | $0.009516 | $580,110 | $3,292,117 |
| Mar 23, 2020 | $0.008554 | $0.008765 | $0.008048 | $0.008765 | $400,779 | $3,010,007 |
| Mar 14, 2020 | $0.008839 | $0.009686 | $0.007789 | $0.007854 | $401,027 | $2,676,542 |
| Mar 04, 2020 | $0.01308 | $0.01488 | $0.0126 | $0.01488 | $176,493 | $5,022,185 |
| Feb 23, 2020 | $0.01727 | $0.01781 | $0.01709 | $0.01773 | $40,762 | $5,808,026 |
| 14, 2020 | $0.01904 | $0.01961 | $0.01696 | $0.01781 | $199,681 | $5,737,298 |
| 04, 2020 | $0.021 | $0.02436 | $0.02023 | $0.02384 | $90,054 | $7,597,382 |

 LBRY Credits LBC                    $0.02342  ▼2.95%

| Date | Open* | High | Low | Close** | Volume | Market Cap |
|------|-------|------|-----|---------|--------|------------|
| Jan 26, 2020 | $0.02175 | $0.02276 | $0.02159 | $0.02202 | $42,659 | $6,635,747 |
| Jan 16, 2020 | $0.02962 | $0.03061 | $0.02737 | $0.02745 | $72,194 | $8,269,378 |
| Jan 07, 2020 | $0.02647 | $0.02721 | $0.02405 | $0.02467 | $126,406 | $7,160,343 |
| Dec 28, 2019 | $0.02077 | $0.02938 | $0.02052 | $0.02736 | $177,349 | $7,939,553 |
| Dec 19, 2019 | $0.009553 | $0.01022 | $0.009145 | $0.009592 | $6,508 | $2,783,623 |
| Dec 09, 2019 | $0.009905 | $0.009984 | $0.009331 | $0.009833 | $4,815 | $2,846,057 |
| Nov 30, 2019 | $0.009386 | $0.00969 | $0.008999 | $0.009677 | $4,262 | $2,778,437 |
| Nov 20, 2019 | $0.01075 | $0.02089 | $0.01075 | $0.01212 | $334,126 | $3,443,584 |
| Nov 11, 2019 | $0.008333 | $0.00841 | $0.007593 | $0.007885 | $4,408 | $2,223,181 |
| Nov 01, 2019 | $0.008184 | $0.008233 | $0.007715 | $0.008146 | $2,006 | $2,278,384 |
| Oct 23, 2019 | $0.007212 | $0.009341 | $0.007039 | $0.00764 | $132,710 | $2,119,197 |
| Oct 13, 2019 | $0.007426 | $0.008762 | $0.007085 | $0.007389 | $80,378 | $2,030,229 |
| Oct 03, 2019 | $0.01064 | $0.01153 | $0.009875 | $0.01034 | $11,370 | $2,811,313 |
| Sep 24, 2019 | $0.0115 | $0.0121 | $0.009628 | $0.009877 | $8,355 | $2,664,947 |
| Sep 14, 2019 | $0.01273 | $0.0136 | $0.01237 | $0.01277 | $10,932 | $3,416,351 |
| Sep 05, 2019 | $0.01377 | $0.01423 | $0.01367 | $0.01383 | $5,566 | $3,669,791 |
| ...26, 2019 | $0.01366 | $0.01601 | $0.01363 | $0.01574 | $35,646 | $4,140,521 |
| ...7, 2019 | $0.01318 | $0.01351 | $0.01154 | $0.01155 | $1,846 | $3,015,824 |

 LBRY Credits LBC                                                    $0.02342  ▼2.95%

| Date | Open* | High | Low | Close** | Volume | Market Cap |
|------|-------|------|-----|---------|--------|------------|
| Aug 07, 2019 | $0.01609 | $0.0166 | $0.01477 | $0.01537 | $12,587 | $3,974,531 |
| Jul 29, 2019 | $0.01813 | $0.01867 | $0.01746 | $0.01763 | $14,235 | $4,521,784 |
| Jul 19, 2019 | $0.01872 | $0.02192 | $0.01858 | $0.02113 | $37,858 | $5,356,120 |
| Jul 10, 2019 | $0.02403 | $0.02641 | $0.02223 | $0.02223 | $30,767 | $5,568,748 |
| Jun 30, 2019 | $0.03518 | $0.03566 | $0.02986 | $0.03004 | $18,830 | $7,433,786 |
| Jun 21, 2019 | $0.03374 | $0.03673 | $0.03373 | $0.03599 | $57,574 | $8,745,380 |
| Jun 11, 2019 | $0.03348 | $0.03568 | $0.03299 | $0.03396 | $99,731 | $8,127,891 |
| Jun 02, 2019 | $0.03474 | $0.04068 | $0.0343 | $0.03623 | $138,271 | $8,587,868 |

**Load More**

\* Earliest data in range (UTC time)

\*\* Latest data in range (UTC time)



## Products

Blockchain Explorer

Crypto API

Crypto Indices

Jobs Board

## Company

About us

Terms of use

Privacy Policy

Community Rules

Disclaimer

Methodology





 **LBRY Credits** LBC                              $0.02342   ▼ 2.95%

## Support

Request Form

Contact Support

FAQ

Glossary

## Socials

Facebook

Twitter

Telegram

Instagram

Interactive Chat

© 2022 CoinMarketCap. All rights reserved

  



