| Fund | Launch Balance (07/01/16) | Period Start Balance | Allocated | Last Quarter Allocated | Last Quarter Actual | Cold Wallet Balance |
|---|---|---|---|---|---|---|
| Community | 200,000,000 | 103,825,115 | 10,000,000 | 10,000,000 | 16,277,465 | 87,547,650 |
| Operational | 100,000,000 | 50,036,868 | 10,000,000 | 10,000,000 | 14,066,946 | 35,969,922 |
| Institutional | 100,000,000 | 56,660,000 | 0 | 0 | 0 | 56,660,000 |

|  |  |  |  |  |  | 180,177,572 |



EXHIBIT
62
21-cv-00260-PB

LBRY_SEC00058540
Overview

| Date | Name | Type | Category | | | Amount | |
|---|---|---|---|---|---|---|---|
| Sat, 03 Oct 2020 20:28:40 +0000 | julian | primary | acquisition | Redacted | Redacted | 60945 | Redacted |
| Mon, 05 Oct 2020 20:10:20 +0000 | julian | primary | acquisition | Redacted | Redacted | 6907 | Redacted |
| Fri, 09 Oct 2020 20:37:44 +0000 | jeremy | primary | acquisition | Redacted | Redacted | 10000 | Redacted |
| Sun, 11 Oct 2020 20:40:23 +0000 | julian | primary | acquisition | Redacted | Redacted | 60945 | Redacted |
| Mon, 19 Oct 2020 20:44:35 +0000 | grin | primary | acquisition | Redacted | Redacted | 25000 | Redacted |
| Mon, 19 Oct 2020 22:04:05 +0000 | jeremy | primary | acquisition | Redacted | Redacted | 100000 | Redacted |
| Wed, 21 Oct 2020 03:59:58 +0000 | julian | primary | acquisition | Redacted | Redacted | 8600 | Redacted |
| Thu, 22 Oct 2020 02:55:55 +0000 | julian | primary | acquisition | Redacted | Redacted | 14000 | Redacted |
| Sat, 24 Oct 2020 02:33:46 +0000 | tom | primary | acquisition | Redacted | Redacted | 20000 | Redacted |
| Sat, 24 Oct 2020 14:15:17 +0000 | tom | primary | acquisition | Redacted | Redacted | 100000 | Redacted |
| Mon, 02 Nov 2020 08:28:58 +0000 | julian | primary | acquisition | Redacted | Redacted | 15460 | Redacted |
| Mon, 02 Nov 2020 22:07:58 +0000 | julian | primary | acquisition | Redacted | Redacted | 25800 | Redacted |
| Wed, 04 Nov 2020 19:58:45 +0000 | julian | primary | acquisition | Redacted | Redacted | 4450 | Redacted |
| Thu, 05 Nov 2020 23:50:27 +0000 | jeremy | primary | acquisition | Redacted | Redacted | 100000 | Redacted |
| Fri, 06 Nov 2020 14:14:23 +0000 | jeremy | primary | acquisition | Redacted | Redacted | 100000 | Redacted |
| Sun, 08 Nov 2020 20:24:34 +0000 | julian | primary | acquisition | Redacted | Redacted | 14200 | Redacted |
| Tue, 10 Nov 2020 04:55:59 +0000 | julian | primary | acquisition | Redacted | Redacted | 4000 | Redacted |
| Sun, 15 Nov 2020 05:44:19 +0000 | tom | primary | acquisition | Redacted | Redacted | 30000 | Redacted |
| Sun, 15 Nov 2020 05:48:07 +0000 | tom | primary | acquisition | Redacted | Redacted | 10000 | Redacted |
| Tue, 17 Nov 2020 05:24:34 +0000 | julian | primary | acquisition | Redacted | Redacted | 17200 | Redacted |
| Sun, 22 Nov 2020 20:40:06 +0000 | julian | primary | acquisition | Redacted | Redacted | 7700 | Redacted |
| Sun, 22 Nov 2020 22:16:25 +0000 | julian | primary | acquisition | Redacted | Redacted | 7760 | Redacted |
| Sun, 29 Nov 2020 21:27:44 +0000 | julian | primary | acquisition | Redacted | Redacted | 6153 | Redacted |
| Wed, 02 Dec 2020 23:18:20 +0000 | jeremy | primary | acquisition | Redacted | Redacted | 150000 | Redacted |
| Thu, 03 Dec 2020 06:36:59 +0000 | tom | primary | acquisition | Redacted | Redacted | 10000 | Redacted |
| Fri, 04 Dec 2020 14:21:40 +0000 | jeremy | primary | acquisition | Redacted | Redacted | 50000 | Redacted |
| Tue, 08 Dec 2020 14:58:22 +0000 | tom | primary | acquisition | Redacted | Redacted | 10000 | Redacted |
| Wed, 09 Dec 2020 19:21:22 +0000 | tom | primary | acquisition | Redacted | Redacted | 10000 | Redacted |
| Fri, 11 Dec 2020 17:39:16 +0000 | tom | primary | acquisition | Redacted | Redacted | 2000 | Redacted |
| Mon, 14 Dec 2020 22:09:26 +0000 | julian | primary | acquisition | Redacted | Redacted | 48328 | Redacted |
| Thu, 17 Dec 2020 19:38:31 +0000 | tom | primary | acquisition | Redacted | Redacted | 5000 | Redacted |
| Sun, 27 Dec 2020 03:18:51 +0000 | tom | primary | acquisition | Redacted | Redacted | 200000 | Redacted |

| Date | User | Type | Source | | | Amount | |
|---|---|---|---|---|---|---|---|
| Sun, 27 Dec 2020 03:21:19 +0000 | tom | primary | acquisition | Redacted | Redacted | 40000 | Redacted |
| Sun, 04 Oct 2020 13:01:58 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted |
| Sun, 04 Oct 2020 13:02:37 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted |
| Mon, 05 Oct 2020 12:50:19 +0000 | tom | primary | api | Redacted | Redacted | 300000 | Redacted |
| Thu, 08 Oct 2020 17:52:45 +0000 | tom | primary | api | Redacted | Redacted | 1000 | Redacted |
| Thu, 08 Oct 2020 17:53:00 +0000 | tom | primary | api | Redacted | Redacted | 300000 | Redacted |
| Sun, 11 Oct 2020 15:50:15 +0000 | tom | primary | api | Redacted | Redacted | 300000 | Redacted |
| Sun, 11 Oct 2020 15:51:11 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted |
| Mon, 12 Oct 2020 20:36:47 +0000 | tom | primary | api | Redacted | Redacted | 1000 | Redacted |
| Mon, 12 Oct 2020 20:37:09 +0000 | tom | primary | api | Redacted | Redacted | 10000 | Redacted |
| Tue, 13 Oct 2020 14:14:59 +0000 | tom | primary | api | Redacted | Redacted | 1000 | Redacted |
| Tue, 13 Oct 2020 21:21:27 +0000 | tom | primary | api | Redacted | Redacted | 5000 | Redacted |
| Tue, 13 Oct 2020 21:21:54 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted |
| Wed, 14 Oct 2020 18:38:57 +0000 | tom | primary | api | Redacted | Redacted | 1000 | Redacted |
| Thu, 15 Oct 2020 01:59:15 +0000 | tom | primary | api | Redacted | Redacted | 300000 | Redacted |
| Fri, 16 Oct 2020 02:50:06 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted |
| Sun, 18 Oct 2020 14:54:48 +0000 | tom | primary | api | Redacted | Redacted | 300000 | Redacted |
| Sun, 18 Oct 2020 14:55:41 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted |
| Wed, 21 Oct 2020 12:09:47 +0000 | tom | primary | api | Redacted | Redacted | 300000 | Redacted |
| Thu, 22 Oct 2020 07:49:24 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted |
| Fri, 23 Oct 2020 05:09:57 +0000 | tom | primary | api | Redacted | Redacted | 300000 | Redacted |
| Fri, 23 Oct 2020 05:10:27 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted |
| Mon, 26 Oct 2020 23:22:18 +0000 | tom | primary | api | Redacted | Redacted | 300000 | Redacted |
| Thu, 29 Oct 2020 01:23:03 +0000 | tom | primary | api | Redacted | Redacted | 300000 | Redacted |
| Sat, 31 Oct 2020 17:29:06 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted |
| Mon, 02 Nov 2020 04:06:36 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted |
| Mon, 02 Nov 2020 19:23:33 +0000 | tom | primary | api | Redacted | Redacted | 10000 | Redacted |
| Mon, 02 Nov 2020 19:23:55 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted |
| Mon, 02 Nov 2020 19:32:40 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted |
| Tue, 03 Nov 2020 14:34:27 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted |
| Tue, 03 Nov 2020 14:34:59 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted |
| Thu, 05 Nov 2020 17:59:01 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted |
| Sat, 07 Nov 2020 13:55:59 +0000 | tom | primary | api | Redacted | Redacted | 300000 | Redacted |
| Mon, 09 Nov 2020 15:23:01 +0000 | tom | primary | api | Redacted | Redacted | 300000 | Redacted |
| Mon, 09 Nov 2020 15:23:32 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted |
| Wed, 11 Nov 2020 23:42:32 +0000 | tom | primary | api | Redacted | Redacted | 300000 | Redacted |
| Sat, 14 Nov 2020 02:48:39 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted |
| Sun, 15 Nov 2020 00:34:27 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted |
| Sun, 15 Nov 2020 00:35:05 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted |
| Mon, 16 Nov 2020 02:37:02 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted |

| Mon, 16 Nov 2020 02:37:30 +0000 | tom | primary | api | Redacted | Redacted | 300000 | Redacted |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Tue, 17 Nov 2020 18:04:40 +0000 | tom | primary | api | Redacted | Redacted | 30000 | Redacted |
| Wed, 18 Nov 2020 07:19:48 +0000 | tom | primary | api | Redacted | Redacted | 300000 | Redacted |
| Fri, 20 Nov 2020 21:18:37 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted |
| Sat, 21 Nov 2020 23:33:00 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted |
| Mon, 23 Nov 2020 15:01:41 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted |
| Thu, 26 Nov 2020 00:40:26 +0000 | tom | primary | api | Redacted | Redacted | 300000 | Redacted |
| Thu, 26 Nov 2020 00:41:04 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted |
| Mon, 30 Nov 2020 16:35:21 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted |
| Tue, 01 Dec 2020 17:33:08 +0000 | tom | primary | api | Redacted | Redacted | 25000 | Redacted |
| Tue, 01 Dec 2020 17:33:21 +0000 | tom | primary | api | Redacted | Redacted | 25000 | Redacted |
| Tue, 01 Dec 2020 17:33:32 +0000 | tom | primary | api | Redacted | Redacted | 25000 | Redacted |
| Tue, 01 Dec 2020 17:33:45 +0000 | tom | primary | api | Redacted | Redacted | 25000 | Redacted |
| Tue, 01 Dec 2020 19:19:40 +0000 | tom | primary | api | Redacted | Redacted | 5000 | Redacted |
| Tue, 01 Dec 2020 19:20:15 +0000 | tom | primary | api | Redacted | Redacted | 5000 | Redacted |
| Tue, 01 Dec 2020 19:20:48 +0000 | tom | primary | api | Redacted | Redacted | 5000 | Redacted |
| Tue, 01 Dec 2020 19:21:23 +0000 | tom | primary | api | Redacted | Redacted | 5000 | Redacted |
| Wed, 02 Dec 2020 05:01:41 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted |
| Wed, 02 Dec 2020 05:03:08 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted |
| Wed, 02 Dec 2020 05:03:32 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted |
| Wed, 02 Dec 2020 05:03:51 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted |
| Wed, 02 Dec 2020 05:04:12 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted |
| Fri, 04 Dec 2020 14:53:16 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted |
| Fri, 04 Dec 2020 14:54:04 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted |
| Fri, 04 Dec 2020 14:54:27 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted |
| Fri, 04 Dec 2020 14:55:00 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted |
| Sat, 05 Dec 2020 19:29:23 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted |
| Tue, 08 Dec 2020 05:18:18 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted |
| Tue, 08 Dec 2020 05:18:39 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted |
| Tue, 08 Dec 2020 05:18:57 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted |
| Tue, 08 Dec 2020 05:18:57 +0001 | tom | primary | api | Redacted | Redacted | 100000 | Redacted |
| Wed, 09 Dec 2020 04:51:04 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted |
| Thu, 10 Dec 2020 15:45:24 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted |
| Thu, 10 Dec 2020 15:45:44 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted |
| Thu, 10 Dec 2020 15:46:11 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted |
| Thu, 10 Dec 2020 15:46:36 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted |
| Mon, 14 Dec 2020 05:10:41 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted |
| Mon, 14 Dec 2020 22:17:38 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted |
| Mon, 14 Dec 2020 22:19:40 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted |
| Mon, 14 Dec 2020 22:23:58 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted |

| Date | User | Type | Source | | | Amount | |
|---|---|---|---|---|---|---|---|
| Tue, 15 Dec 2020 18:13:10 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted |
| Tue, 15 Dec 2020 18:51:41 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted |
| Tue, 15 Dec 2020 18:52:01 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted |
| Tue, 15 Dec 2020 19:23:50 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted |
| Tue, 15 Dec 2020 19:24:11 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted |
| Tue, 15 Dec 2020 19:24:31 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted |
| Tue, 15 Dec 2020 19:24:51 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted |
| Tue, 15 Dec 2020 19:26:58 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted |
| Tue, 15 Dec 2020 19:27:38 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted |
| Tue, 15 Dec 2020 19:50:08 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted |
| Sat, 19 Dec 2020 02:22:23 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted |
| Sat, 19 Dec 2020 02:23:00 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted |
| Sat, 19 Dec 2020 02:23:40 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted |
| Sat, 19 Dec 2020 02:24:16 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted |
| Sat, 19 Dec 2020 02:24:43 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted |
| Wed, 23 Dec 2020 17:08:15 +0000 | tom | primary | api | Redacted | Redacted | 250000 | Redacted |
| Wed, 23 Dec 2020 17:21:14 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted |
| Wed, 23 Dec 2020 17:21:47 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted |
| Wed, 23 Dec 2020 17:23:34 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted |
| Wed, 23 Dec 2020 17:24:23 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted |
| Mon, 28 Dec 2020 19:16:55 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted |
| Wed, 30 Dec 2020 05:57:16 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted |
| Wed, 30 Dec 2020 05:58:00 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted |
| Wed, 30 Dec 2020 18:30:50 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted |
| Wed, 30 Dec 2020 18:31:22 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted |
| Thu, 01 Oct 2020 16:09:01 +0000 | julie | primary | bounty | Redacted | Redacted | 540 | Redacted |
| Thu, 01 Oct 2020 16:12:13 +0000 | julie | primary | bounty | Redacted | Redacted | 1000 | Redacted |
| Thu, 01 Oct 2020 16:38:45 +0000 | julie | primary | bounty | Redacted | Redacted | 770 | Redacted |
| Tue, 06 Oct 2020 21:35:27 +0000 | julie | primary | bounty | Redacted | Redacted | 450 | Redacted |
| Tue, 06 Oct 2020 21:36:38 +0000 | julie | primary | bounty | Redacted | Redacted | 465 | Redacted |
| Tue, 06 Oct 2020 21:39:14 +0000 | julie | primary | bounty | Redacted | Redacted | 900 | Redacted |
| Tue, 06 Oct 2020 21:40:35 +0000 | julie | primary | bounty | Redacted | Redacted | 450 | Redacted |
| Tue, 06 Oct 2020 21:42:03 +0000 | julie | primary | bounty | Redacted | Redacted | 880 | Redacted |
| Wed, 07 Oct 2020 15:52:42 +0000 | tom | primary | bounty | Redacted | Redacted | 13000 | Redacted |
| Fri, 09 Oct 2020 00:30:01 +0000 | julie | primary | bounty | Redacted | Redacted | 880 | Redacted |
| Fri, 09 Oct 2020 00:31:26 +0000 | julie | primary | bounty | Redacted | Redacted | 725 | Redacted |
| Fri, 09 Oct 2020 00:52:28 +0000 | julie | primary | bounty | Redacted | Redacted | 450 | Redacted |
| Fri, 09 Oct 2020 00:54:17 +0000 | julie | primary | bounty | Redacted | Redacted | 465 | Redacted |
| Mon, 12 Oct 2020 16:58:42 +0000 | tom | primary | bounty | Redacted | Redacted | 3000 | Redacted |
| Tue, 13 Oct 2020 18:04:37 +0000 | julie | primary | bounty | Redacted | Redacted | 415 | Redacted |

| Date | User | Type | Category | | | Amount | |
|---|---|---|---|---|---|---|---|
| Tue, 13 Oct 2020 18:38:00 +0000 | julie | primary | bounty | Redacted | Redacted | 380 | Redacted |
| Tue, 13 Oct 2020 18:39:34 +0000 | julie | primary | bounty | Redacted | Redacted | 915 | Redacted |
| Tue, 13 Oct 2020 18:40:58 +0000 | julie | primary | bounty | Redacted | Redacted | 615 | Redacted |
| Tue, 13 Oct 2020 18:42:29 +0000 | julie | primary | bounty | Redacted | Redacted | 560 | Redacted |
| Fri, 16 Oct 2020 00:27:21 +0000 | julie | primary | bounty | Redacted | Redacted | 1095 | Redacted |
| Sat, 17 Oct 2020 20:18:43 +0000 | julie | primary | bounty | Redacted | Redacted | 3420 | Redacted |
| Sat, 17 Oct 2020 20:21:05 +0000 | julie | primary | bounty | Redacted | Redacted | 2535 | Redacted |
| Mon, 19 Oct 2020 17:06:02 +0000 | julie | primary | bounty | Redacted | Redacted | 365 | Redacted |
| Tue, 20 Oct 2020 15:56:20 +0000 | julie | primary | bounty | Redacted | Redacted | 130 | Redacted |
| Tue, 20 Oct 2020 15:58:55 +0000 | julie | primary | bounty | Redacted | Redacted | 120 | Redacted |
| Tue, 20 Oct 2020 16:06:19 +0000 | julie | primary | bounty | Redacted | Redacted | 245 | Redacted |
| Sun, 25 Oct 2020 22:39:24 +0000 | julie | primary | bounty | Redacted | Redacted | 2285 | Redacted |
| Sun, 25 Oct 2020 22:40:41 +0000 | julie | primary | bounty | Redacted | Redacted | 550 | Redacted |
| Sun, 01 Nov 2020 21:34:02 +0000 | julie | primary | bounty | Redacted | Redacted | 1284 | Redacted |
| Sun, 01 Nov 2020 21:35:05 +0000 | julie | primary | bounty | Redacted | Redacted | 100 | Redacted |
| Sun, 01 Nov 2020 21:37:04 +0000 | julie | primary | bounty | Redacted | Redacted | 1925 | Redacted |
| Sun, 01 Nov 2020 21:38:23 +0000 | julie | primary | bounty | Redacted | Redacted | 1045 | Redacted |
| Thu, 19 Nov 2020 22:58:28 +0000 | jeremy | primary | bounty | Redacted | Redacted | 40000 | Redacted |
| Fri, 20 Nov 2020 05:21:34 +0000 | tom | primary | bounty | Redacted | Redacted | 9500 | Redacted |
| Mon, 23 Nov 2020 21:00:40 +0000 | josh | primary | bounty | Redacted | Redacted | 40000 | Redacted |
| Fri, 04 Dec 2020 23:27:23 +0000 | julie | primary | bounty | Redacted | Redacted | 265 | Redacted |
| Thu, 10 Dec 2020 07:07:52 +0000 | tom | primary | bounty | Redacted | Redacted | 7000 | Redacted |
| Thu, 10 Dec 2020 21:14:35 +0000 | grin | primary | bounty | Redacted | Redacted | 1515 | Redacted |
| Thu, 17 Dec 2020 19:21:33 +0000 | julie | primary | bounty | Redacted | Redacted | 250 | Redacted |
| Thu, 17 Dec 2020 19:22:50 +0000 | julie | primary | bounty | Redacted | Redacted | 500 | Redacted |
| Thu, 17 Dec 2020 19:24:52 +0000 | julie | primary | bounty | Redacted | Redacted | 265 | Redacted |
| Thu, 17 Dec 2020 19:47:34 +0000 | julie | primary | bounty | Redacted | Redacted | 275 | Redacted |
| Thu, 17 Dec 2020 19:49:07 +0000 | julie | primary | bounty | Redacted | Redacted | 275 | Redacted |
| Thu, 17 Dec 2020 19:50:56 +0000 | julie | primary | bounty | Redacted | Redacted | 275 | Redacted |
| Fri, 18 Dec 2020 17:33:51 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted |
| Fri, 18 Dec 2020 19:04:06 +0000 | grin | primary | bounty | Redacted | Redacted | 1700 | Redacted |
| Sat, 19 Dec 2020 20:11:32 +0000 | julie | primary | bounty | Redacted | Redacted | 3610 | Redacted |
| Mon, 21 Dec 2020 23:19:29 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted |
| Mon, 21 Dec 2020 23:21:41 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted |
| Tue, 29 Dec 2020 23:42:00 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted |
| Wed, 30 Dec 2020 17:45:35 +0000 | tom | primary | bounty | Redacted | Redacted | 1500 | Redacted |
| Thu, 31 Dec 2020 02:05:20 +0000 | tom | primary | bounty | Redacted | Redacted | 15000 | Redacted |
| Thu, 01 Oct 2020 03:25:39 +0000 | tom | primary | modpay | Redacted | Redacted | 15000 | Redacted |
| Wed, 14 Oct 2020 14:06:27 +0000 | tom | primary | modpay | Redacted | Redacted | 8000 | Redacted |
| Thu, 29 Oct 2020 07:18:30 +0000 | tom | primary | modpay | Redacted | Redacted | 16000 | Redacted |

| Date | Name | Type | Category | | | Amount | |
|---|---|---|---|---|---|---|---|
| Fri, 20 Nov 2020 05:19:45 +0000 | tom | primary | modpay | Redacted | Redacted | 19000 | Redacted |
| Sun, 06 Dec 2020 02:39:13 +0000 | tom | primary | modpay | Redacted | Redacted | 16500 | Redacted |
| Tue, 22 Dec 2020 18:05:03 +0000 | tom | primary | modpay | Redacted | Redacted | 15000 | Redacted |
| Sat, 26 Dec 2020 18:19:26 +0000 | tom | primary | modpay | Redacted | Redacted | 5000 | Redacted |
| Sat, 26 Dec 2020 18:20:17 +0000 | tom | primary | modpay | Redacted | Redacted | 10000 | Redacted |
| Sat, 26 Dec 2020 18:20:53 +0000 | tom | primary | modpay | Redacted | Redacted | 6000 | Redacted |
| Sat, 26 Dec 2020 18:21:12 +0000 | tom | primary | modpay | Redacted | Redacted | 6000 | Redacted |
| Sun, 27 Dec 2020 02:44:58 +0000 | tom | primary | modpay | Redacted | Redacted | 10000 | Redacted |
| Fri, 02 Oct 2020 06:09:09 +0000 | julie | primary | other | Redacted | Redacted | 100000 | Redacted |
| Wed, 09 Dec 2020 02:01:16 +0000 | julian | primary | other | Redacted | Redacted | 3150 | Redacted |
| Mon, 14 Dec 2020 03:37:02 +0000 | julian | primary | other | Redacted | Redacted | 2805 | Redacted |
| Fri, 18 Dec 2020 05:48:21 +0000 | julian | primary | other | Redacted | Redacted | 530 | Redacted |
| Tue, 22 Dec 2020 08:15:50 +0000 | julian | primary | other | Redacted | Redacted | 600 | Redacted |
| Mon, 05 Oct 2020 10:10:59 +0000 | niko | primary | publishing | Redacted | Redacted | 10000 | Redacted |
| Wed, 07 Oct 2020 16:22:44 +0000 | tom | primary | publishing | Redacted | Redacted | 1500 | Redacted |
| Wed, 14 Oct 2020 13:05:16 +0000 | niko | primary | publishing | Redacted | Redacted | 10000 | Redacted |
| Wed, 21 Oct 2020 12:08:31 +0000 | tom | primary | publishing | Redacted | Redacted | 20000 | Redacted |
| Wed, 21 Oct 2020 22:02:08 +0000 | tom | primary | publishing | Redacted | Redacted | 300 | Redacted |
| Thu, 05 Nov 2020 17:51:50 +0000 | niko | primary | publishing | Redacted | Redacted | 10000 | Redacted |
| Sat, 07 Nov 2020 03:24:48 +0000 | tom | primary | publishing | Redacted | Redacted | 2000 | Redacted |
| Sun, 15 Nov 2020 06:58:55 +0000 | tom | primary | publishing | Redacted | Redacted | 50000 | Redacted |
| Sat, 12 Dec 2020 06:02:34 +0000 | tom | primary | publishing | Redacted | Redacted | 20000 | Redacted |
| Mon, 14 Dec 2020 22:23:58 +0001 | tom | primary | publishing | | Redacted | 2000 | Redacted |
| Sat, 19 Dec 2020 03:51:35 +0000 | tom | primary | publishing | Redacted | Redacted | 20000 | Redacted |
| Wed, 23 Dec 2020 17:19:56 +0000 | tom | primary | publishing | Redacted | Redacted | 1000 | Redacted |
| Tue, 29 Dec 2020 00:03:11 +0000 | niko | primary | publishing | Redacted | Redacted | 10000 | Redacted |
| Wed, 30 Dec 2020 05:53:16 +0000 | tom | primary | publishing | Redacted | Redacted | 20000 | Redacted |
| Wed, 30 Dec 2020 05:54:29 +0000 | tom | primary | publishing | Redacted | Redacted | 1000 | Redacted |
| Thu, 01 Oct 2020 12:46:05 +0000 | josh | primary | salary | Redacted | Redacted | 37500 | Redacted |
| Wed, 14 Oct 2020 13:24:50 +0000 | josh | primary | salary | Redacted | Redacted | 85000 | Redacted |
| Fri, 16 Oct 2020 13:20:16 +0000 | josh | primary | salary | Redacted | Redacted | 22500 | Redacted |
| Sun, 01 Nov 2020 17:17:02 +0000 | josh | primary | salary | Redacted | Redacted | 22500 | Redacted |
| Tue, 03 Nov 2020 14:14:20 +0000 | josh | primary | salary | Redacted | Redacted | 85000 | Redacted |
| Mon, 16 Nov 2020 14:32:02 +0000 | josh | primary | salary | Redacted | Redacted | 68550 | Redacted |
| Tue, 17 Nov 2020 01:04:27 +0000 | josh | primary | salary | Redacted | Redacted | 18408 | Redacted |
| Tue, 01 Dec 2020 14:17:15 +0000 | josh | primary | salary | Redacted | Redacted | 10600 | Redacted |
| Wed, 02 Dec 2020 01:27:11 +0000 | josh | primary | salary | Redacted | Redacted | 65400 | Redacted |
| Mon, 14 Dec 2020 14:03:10 +0000 | josh | primary | salary | Redacted | Redacted | 24285 | Redacted |
| Thu, 24 Dec 2020 20:46:52 +0000 | julie | primary | swarm | Redacted | Redacted | 5000 | Redacted |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Aquisition | 1,274,448 | | | | |
| | Bounty | 174,974 | | | | |
| | Invite / API | 13,979,000 | | | | |
| | Community Engagement | 566,243 | | | | |
| | Staked on Content | 0 | | | | |
| | Publishing | 177,800 | | | | |
| | Swarm | 5,000 | | | | |
| | Testing | 0 | | | | |
| | Creator Timelock | 100,000 | | | | |
| | | | | | | |
| | Total | 16,277,465 | | | | |

LBRY_SEC00058540

| Date | User | Dept | Type | Field1 | Field2 | Amount | Field3 |
|---|---|---|---|---|---|---:|---|
| Wed, 14 Oct 2020 13:22:55 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 3645 | Redacted |
| Wed, 14 Oct 2020 13:23:08 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 3645 | Redacted |
| Wed, 14 Oct 2020 13:23:22 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 3645 | Redacted |
| Wed, 14 Oct 2020 13:23:34 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 3645 | Redacted |
| Wed, 14 Oct 2020 13:23:45 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 3645 | Redacted |
| Wed, 09 Dec 2020 14:25:29 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 10000 | Redacted |
| Wed, 09 Dec 2020 14:25:43 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 10000 | Redacted |
| Wed, 09 Dec 2020 14:25:59 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 10000 | Redacted |
| Wed, 09 Dec 2020 14:26:14 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 10000 | Redacted |
| Wed, 09 Dec 2020 14:26:27 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 10000 | Redacted |
| Wed, 09 Dec 2020 14:26:38 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 10000 | Redacted |
| Wed, 09 Dec 2020 14:49:33 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 23076 | Redacted |
| | | | | | | **104,946** | **Employee LBC via programs** |
| Fri, 02 Oct 2020 23:46:40 +0000 | josh | ops | moonpay | Redacted | Redacted | 100000 | Redacted |
| Wed, 14 Oct 2020 12:39:18 +0000 | josh | ops | moonpay | Redacted | Redacted | 100000 | Redacted |
| Tue, 27 Oct 2020 00:16:19 +0000 | josh | ops | moonpay | Redacted | Redacted | 100000 | Redacted |
| Mon, 02 Nov 2020 17:37:09 +0000 | josh | ops | moonpay | Redacted | Redacted | 100000 | Redacted |
| Sun, 08 Nov 2020 19:02:07 +0000 | josh | ops | moonpay | Redacted | Redacted | 100000 | Redacted |
| Wed, 11 Nov 2020 16:47:16 +0000 | josh | ops | moonpay | Redacted | Redacted | 100000 | Redacted |
| Fri, 13 Nov 2020 16:41:45 +0000 | josh | ops | moonpay | Redacted | Redacted | 100000 | Redacted |
| Sun, 15 Nov 2020 20:25:04 +0000 | josh | ops | moonpay | Redacted | Redacted | 62000 | Redacted |
| Fri, 20 Nov 2020 18:32:17 +0000 | josh | ops | moonpay | Redacted | Redacted | 100000 | Redacted |
| Mon, 23 Nov 2020 14:26:15 +0000 | josh | ops | moonpay | Redacted | Redacted | 100000 | Redacted |
| Thu, 26 Nov 2020 01:28:18 +0000 | josh | ops | moonpay | Redacted | Redacted | 100000 | Redacted |
| Mon, 30 Nov 2020 14:43:28 +0000 | josh | ops | moonpay | Redacted | Redacted | 100000 | Redacted |
| Wed, 02 Dec 2020 04:33:55 +0000 | josh | ops | moonpay | Redacted | Redacted | 200000 | Redacted |
| Sun, 06 Dec 2020 14:54:25 +0000 | josh | ops | moonpay | Redacted | Redacted | 100000 | Redacted |
| Wed, 09 Dec 2020 14:20:19 +0000 | josh | ops | moonpay | Redacted | Redacted | 100000 | Redacted |
| Sat, 12 Dec 2020 01:13:09 +0000 | josh | ops | moonpay | Redacted | Redacted | 100000 | Redacted |
| Tue, 15 Dec 2020 21:55:20 +0000 | josh | ops | moonpay | Redacted | Redacted | 100000 | Redacted |
| Fri, 18 Dec 2020 04:07:06 +0000 | josh | ops | moonpay | Redacted | Redacted | 100000 | Redacted |
| Mon, 21 Dec 2020 14:44:53 +0000 | josh | ops | moonpay | Redacted | Redacted | 100000 | Redacted |
| Sun, 27 Dec 2020 21:41:09 +0000 | josh | ops | moonpay | Redacted | Redacted | 100000 | Redacted |
| | | | | | | **1,962,000** | **Sold via Moonpay outside US** |

| | | | | | | |
|---|---|---|---|---|---|---|
| Thu, 10 Dec 2020 21:19:39 +0000 | josh | ops | other | Redacted | Redacted | 200000 | Redacted |
| | | | | | | **200,000** | **Large Creator Purchase** |
| Fri, 11 Dec 2020 03:16:12 +0000 | josh | ops | other | Redacted | Redacted | 799999 | Redacted |
| Fri, 11 Dec 2020 14:45:29 +0000 | josh | ops | other | Redacted | Redacted | 999999 | Redacted |
| | | | | | | **1,800,000** | **Additional liquidity to market maker** |
| | | | | | | **10,000,000** | **Sold at market for LBRY INC runway** |
| | | | | | **Total Operational** | **14,066,946** | |
| | | | | | | **8,000,000** | **Sold on open market** |
| | | | **8,200,000** | **Operational Credits Used** | | | |

| Date | Purpose | From | To | Tx | Amount | Txn By |
|------|---------|------|-----|-----|--------|--------|