| Fund | Launch Balance (07/01/16) | Period Start Balance | Allocated | Last Quarter Allocated | Last Quarter Actual | Cold Wallet Balance |
|---|---|---|---|---|---|---|
| Community | 200,000,000 | 117,280,416 | | 10,000,000 | 13,455,301 | 103,825,115 |
| Operational | 100,000,000 | 60,254,607 | | 10,000,000 | 10,217,739 | 50,036,868 |
| Institutional | 100,000,000 | 56,660,000 | 0 | 0 | 0 | 56,660,000 |
| | | | | | | 210,521,983 |



LBRY_SEC00057851
Overview

| Date | User | Type | Action | | Redacted | Amount | Redacted |
|---|---|---|---|---|---|---|---|
| Wed, 01 Jul 2020 22:50:50 +0000 | tom | primary | acquisition | Redacted | Redacted | 100000 | Redacted |
| Thu, 02 Jul 2020 03:05:46 +0000 | josh | primary | acquisition | Redacted | Redacted | 78125 | Redacted |
| Fri, 03 Jul 2020 19:52:21 +0000 | julie | primary | acquisition | Redacted | Redacted | 33000 | Redacted |
| Fri, 03 Jul 2020 19:53:22 +0000 | julie | primary | acquisition | Redacted | Redacted | 33000 | Redacted |
| Fri, 03 Jul 2020 23:57:53 +0000 | julie | primary | acquisition | Redacted | Redacted | 33000 | Redacted |
| Sat, 04 Jul 2020 02:23:33 +0000 | tom | primary | acquisition | Redacted | Redacted | 100000 | Redacted |
| Tue, 07 Jul 2020 17:49:09 +0000 | jeremy | primary | acquisition | Redacted | Redacted | 20000 | Redacted |
| Tue, 14 Jul 2020 00:44:19 +0000 | tom | primary | acquisition | Redacted | Redacted | 10000 | Redacted |
| Fri, 17 Jul 2020 19:09:07 +0000 | jeremy | primary | acquisition | Redacted | Redacted | 80000 | Redacted |
| Mon, 20 Jul 2020 16:15:15 +0000 | tom | primary | acquisition | Redacted | Redacted | 5000 | Redacted |
| Tue, 21 Jul 2020 18:17:26 +0000 | josh | primary | acquisition | Redacted | Redacted | 91500 | Redacted |
| Thu, 23 Jul 2020 01:55:25 +0000 | tom | primary | acquisition | Redacted | Redacted | 1381 | Redacted |
| Tue, 28 Jul 2020 14:11:38 +0000 | josh | primary | acquisition | Redacted | Redacted | 150000 | Redacted |
| Thu, 30 Jul 2020 19:55:23 +0000 | jeremy | primary | acquisition | Redacted | Redacted | 20000 | Redacted |
| Sat, 01 Aug 2020 17:38:03 +0000 | tom | primary | acquisition | Redacted | Redacted | 10000 | Redacted |
| Sat, 01 Aug 2020 17:55:57 +0000 | tom | primary | acquisition | Redacted | Redacted | 100000 | Redacted |
| Thu, 06 Aug 2020 15:33:02 +0000 | tom | primary | acquisition | Redacted | Redacted | 20000 | Redacted |
| Fri, 07 Aug 2020 18:11:20 +0000 | jeremy | primary | acquisition | Redacted | Redacted | 25000 | Redacted |
| Fri, 07 Aug 2020 21:14:03 +0000 | jeremy | primary | acquisition | Redacted | Redacted | 1500 | Redacted |
| Fri, 07 Aug 2020 23:44:09 +0000 | josh | primary | acquisition | Redacted | Redacted | 8000 | Redacted |
| Wed, 12 Aug 2020 18:48:52 +0000 | jeremy | primary | acquisition | Redacted | Redacted | 20000 | Redacted |
| Fri, 14 Aug 2020 02:26:10 +0000 | tom | primary | acquisition | Redacted | Redacted | 5000 | Redacted |
| Mon, 17 Aug 2020 13:31:26 +0000 | jeremy | primary | acquisition | Redacted | Redacted | 100000 | Redacted |
| Tue, 18 Aug 2020 20:59:28 +0000 | jeremy | primary | acquisition | Redacted | Redacted | 100000 | Redacted |
| Mon, 24 Aug 2020 16:09:38 +0000 | tom | primary | acquisition | Redacted | Redacted | 50000 | Redacted |
| Thu, 27 Aug 2020 21:08:38 +0000 | julian | primary | acquisition | Redacted | Redacted | 10000 | Redacted |
| Tue, 01 Sep 2020 22:53:02 +0000 | julian | primary | acquisition | Redacted | Redacted | 10000 | Redacted |
| Tue, 08 Sep 2020 05:41:50 +0000 | julian | primary | acquisition | Redacted | Redacted | 10000 | Redacted |
| Thu, 10 Sep 2020 20:46:19 +0000 | tom | primary | acquisition | Redacted | Redacted | 10000 | Redacted |
| Tue, 15 Sep 2020 17:42:05 +0000 | jeremy | primary | acquisition | Redacted | Redacted | 80000 | Redacted |
| Wed, 16 Sep 2020 17:32:30 +0000 | tom | primary | acquisition | Redacted | Redacted | 22000 | Redacted |
| Wed, 16 Sep 2020 17:51:03 +0000 | tom | primary | acquisition | Redacted | Redacted | 12000 | Redacted |
| Wed, 16 Sep 2020 17:57:03 +0000 | tom | primary | acquisition | Redacted | Redacted | 5000 | Redacted |
| Tue, 22 Sep 2020 23:34:14 +0000 | jeremy | primary | acquisition | Redacted | Redacted | 20000 | Redacted |
| Tue, 29 Sep 2020 00:29:35 +0000 | julian | primary | acquisition | Redacted | Redacted | 35.414 | Redacted |

| Date | User | Type | Category | | | Amount | |
|---|---|---|---|---|---|---|---|
| Tue, 29 Sep 2020 21:03:57 +0000 | julian | primary | acquisition | Redacted | Redacted | 40000 | Redacted |
| Wed, 30 Sep 2020 13:25:44 +0000 | jeremy | primary | acquisition | Redacted | Redacted | 100000 | Redacted |
| Wed, 30 Sep 2020 13:58:34 +0000 | josh | primary | acquisition | Redacted | Redacted | 31477 | Redacted |
| Thu, 02 Jul 2020 00:45:44 +0000 | niko | primary | api | Redacted | Redacted | 200000 | Redacted |
| Thu, 02 Jul 2020 04:14:18 +0000 | tom | primary | api | Redacted | Redacted | 300000 | Redacted |
| Sat, 04 Jul 2020 17:41:48 +0000 | tom | primary | api | Redacted | Redacted | 20000 | Redacted |
| Sun, 05 Jul 2020 15:27:04 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted |
| Mon, 06 Jul 2020 10:37:35 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted |
| Wed, 08 Jul 2020 16:14:53 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted |
| Sat, 11 Jul 2020 13:12:05 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted |
| Thu, 16 Jul 2020 00:40:57 +0000 | tom | primary | api | Redacted | Redacted | 300000 | Redacted |
| Thu, 16 Jul 2020 00:46:20 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted |
| Sun, 19 Jul 2020 03:33:20 +0000 | tom | primary | api | Redacted | Redacted | 300000 | Redacted |
| Fri, 24 Jul 2020 18:11:05 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted |
| Fri, 24 Jul 2020 18:11:54 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted |
| Tue, 28 Jul 2020 22:44:26 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted |
| Fri, 31 Jul 2020 14:08:47 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted |
| Tue, 04 Aug 2020 12:56:52 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted |
| Fri, 07 Aug 2020 16:05:13 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted |
| Fri, 07 Aug 2020 16:06:54 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted |
| Tue, 11 Aug 2020 18:30:54 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted |
| Tue, 11 Aug 2020 21:53:14 +0000 | tom | primary | api | Redacted | Redacted | 5000 | Redacted |
| Fri, 14 Aug 2020 04:44:30 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted |
| Tue, 18 Aug 2020 16:39:08 +0000 | tom | primary | api | Redacted | Redacted | 300000 | Redacted |
| Tue, 18 Aug 2020 16:40:38 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted |
| Mon, 24 Aug 2020 03:48:00 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted |
| Mon, 24 Aug 2020 16:00:25 +0000 | tom | primary | api | Redacted | Redacted | 15000 | Redacted |
| Mon, 24 Aug 2020 17:36:14 +0000 | tom | primary | api | Redacted | Redacted | 1200 | Redacted |
| Wed, 26 Aug 2020 04:50:44 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted |
| Thu, 27 Aug 2020 01:40:20 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted |
| Sat, 29 Aug 2020 02:11:34 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted |
| Sun, 30 Aug 2020 15:19:15 +0000 | tom | primary | api | Redacted | Redacted | 150000 | Redacted |
| Mon, 31 Aug 2020 11:11:32 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted |
| Thu, 03 Sep 2020 04:15:13 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted |
| Thu, 03 Sep 2020 04:15:42 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted |
| Mon, 07 Sep 2020 03:12:55 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted |
| Thu, 10 Sep 2020 13:02:06 +0000 | tom | primary | api | Redacted | Redacted | 300000 | Redacted |
| Thu, 10 Sep 2020 13:04:36 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted |
| Wed, 16 Sep 2020 20:59:00 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted |
| Sun, 20 Sep 2020 14:48:46 +0000 | tom | primary | api | Redacted | Redacted | 300000 | Redacted |
| Sun, 20 Sep 2020 14:49:21 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted |
| Wed, 23 Sep 2020 13:33:18 +0000 | josh | primary | api | Redacted | Redacted | 5000 | Redacted |
| Wed, 23 Sep 2020 13:40:58 +0000 | josh | primary | api | Redacted | Redacted | 5000 | Redacted |

| Date | User | Account | Type | Col5 | Col6 | Amount | Col8 |
|---|---|---|---|---|---|---|---|
| Fri, 25 Sep 2020 01:34:49 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted |
| | tom | primary | api | | | 300000 | |
| Wed, 30 Sep 2020 17:01:55 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted |
| Wed, 01 Jul 2020 19:55:43 +0000 | julie | primary | bounty | Redacted | Redacted | 100 | Redacted |
| Wed, 01 Jul 2020 19:57:00 +0000 | julie | primary | bounty | Redacted | Redacted | 100 | Redacted |
| Wed, 01 Jul 2020 20:00:53 +0000 | julie | primary | bounty | Redacted | Redacted | 100 | Redacted |
| Thu, 02 Jul 2020 02:19:53 +0000 | julie | primary | bounty | Redacted | Redacted | 1000 | Redacted |
| Thu, 02 Jul 2020 21:02:59 +0000 | julie | primary | bounty | Redacted | Redacted | 300 | Redacted |
| Thu, 02 Jul 2020 21:05:14 +0000 | julie | primary | bounty | Redacted | Redacted | 500 | Redacted |
| Thu, 02 Jul 2020 21:11:50 +0000 | julie | primary | bounty | Redacted | Redacted | 500 | Redacted |
| Thu, 02 Jul 2020 21:13:59 +0000 | julie | primary | bounty | Redacted | Redacted | 2300 | Redacted |
| Thu, 02 Jul 2020 23:22:57 +0000 | jeremy | primary | bounty | Redacted | Redacted | 200000 | Redacted |
| Fri, 03 Jul 2020 04:08:54 +0000 | julie | primary | bounty | Redacted | Redacted | 750 | Redacted |
| Fri, 03 Jul 2020 04:10:31 +0000 | julie | primary | bounty | Redacted | Redacted | 700 | Redacted |
| Mon, 06 Jul 2020 06:18:31 +0000 | julie | primary | bounty | Redacted | Redacted | 1000 | Redacted |
| Mon, 06 Jul 2020 21:19:10 +0000 | julie | primary | bounty | Redacted | Redacted | 935 | Redacted |
| Mon, 06 Jul 2020 22:09:56 +0000 | julie | primary | bounty | Redacted | Redacted | 425 | Redacted |
| Wed, 08 Jul 2020 16:37:40 +0000 | tom | primary | bounty | Redacted | Redacted | 13000 | Redacted |
| Thu, 09 Jul 2020 14:16:04 +0000 | tom | primary | bounty | Redacted | Redacted | 3000 | Redacted |
| Thu, 09 Jul 2020 19:38:48 +0000 | tom | primary | bounty | Redacted | Redacted | 2000 | Redacted |
| Fri, 10 Jul 2020 21:57:19 +0000 | julie | primary | bounty | Redacted | Redacted | 6300 | Redacted |
| Fri, 10 Jul 2020 22:42:48 +0000 | julie | primary | bounty | Redacted | Redacted | 250 | Redacted |
| Mon, 13 Jul 2020 19:41:09 +0000 | julie | primary | bounty | Redacted | Redacted | 525 | Redacted |
| Tue, 14 Jul 2020 05:02:01 +0000 | tom | primary | bounty | Redacted | Redacted | 3000 | Redacted |
| Wed, 15 Jul 2020 17:14:30 +0000 | jeremy | primary | bounty | Redacted | Redacted | 25000 | Redacted |
| Thu, 16 Jul 2020 18:49:14 +0000 | julie | primary | bounty | Redacted | Redacted | 500 | Redacted |
| Thu, 16 Jul 2020 19:10:48 +0000 | tom | primary | bounty | Redacted | Redacted | 2000 | Redacted |
| Thu, 16 Jul 2020 19:11:18 +0000 | tom | primary | bounty | Redacted | Redacted | 3000 | Redacted |
| Thu, 16 Jul 2020 19:11:43 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted |
| Thu, 16 Jul 2020 19:12:00 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted |
| Thu, 16 Jul 2020 19:14:00 +0000 | tom | primary | bounty | Redacted | Redacted | 6000 | Redacted |
| Fri, 17 Jul 2020 21:59:19 +0000 | julie | primary | bounty | Redacted | Redacted | 300 | Redacted |
| Fri, 17 Jul 2020 22:03:16 +0000 | julie | primary | bounty | Redacted | Redacted | 335 | Redacted |
| Sat, 18 Jul 2020 02:04:13 +0000 | julie | primary | bounty | Redacted | Redacted | 525 | Redacted |
| Mon, 20 Jul 2020 15:11:07 +0000 | julie | primary | bounty | Redacted | Redacted | 600 | Redacted |
| Mon, 20 Jul 2020 15:17:17 +0000 | julie | primary | bounty | Redacted | Redacted | 600 | Redacted |
| Mon, 20 Jul 2020 15:38:23 +0000 | julie | primary | bounty | Redacted | Redacted | 600 | Redacted |
| Mon, 20 Jul 2020 16:10:13 +0000 | julie | primary | bounty | Redacted | Redacted | 600 | Redacted |
| Mon, 20 Jul 2020 16:17:05 +0000 | tom | primary | bounty | Redacted | Redacted | 15000 | Redacted |
| Mon, 20 Jul 2020 16:46:16 +0000 | julie | primary | bounty | Redacted | Redacted | 3200 | Redacted |
| Mon, 20 Jul 2020 21:52:34 +0000 | jeremy | primary | bounty | Redacted | Redacted | 10000 | Redacted |
| Mon, 20 Jul 2020 22:09:38 +0000 | tom | primary | bounty | Redacted | Redacted | 20000 | Redacted |
| Tue, 21 Jul 2020 13:54:37 +0000 | tom | primary | bounty | Redacted | Redacted | 12000 | Redacted |

| Date | Name | Type | Category | | | Amount | |
|---|---|---|---|---|---|---|---|
| Thu, 23 Jul 2020 01:03:03 +0000 | tom | primary | bounty | Redacted | Redacted | 15000 | Redacted |
| Thu, 23 Jul 2020 17:43:27 +0000 | julie | primary | bounty | Redacted | Redacted | 600 | Redacted |
| Thu, 23 Jul 2020 17:44:30 +0000 | julie | primary | bounty | Redacted | Redacted | 600 | Redacted |
| Thu, 23 Jul 2020 17:47:59 +0000 | julie | primary | bounty | Redacted | Redacted | 2700 | Redacted |
| Sun, 26 Jul 2020 21:41:43 +0000 | julie | primary | bounty | Redacted | Redacted | 3220 | Redacted |
| Tue, 28 Jul 2020 05:39:51 +0000 | julie | primary | bounty | Redacted | Redacted | 1200 | Redacted |
| Thu, 30 Jul 2020 17:47:25 +0000 | julie | primary | bounty | Redacted | Redacted | 600 | Redacted |
| Fri, 31 Jul 2020 17:02:15 +0000 | tom | primary | bounty | Redacted | Redacted | 5000 | Redacted |
| Fri, 31 Jul 2020 19:17:19 +0000 | tom | primary | bounty | Redacted | Redacted | 10000 | Redacted |
| Mon, 03 Aug 2020 15:32:11 +0000 | tom | primary | bounty | Redacted | Redacted | 15000 | Redacted |
| Mon, 03 Aug 2020 19:23:59 +0000 | tom | primary | bounty | Redacted | Redacted | 1500 | Redacted |
| Wed, 05 Aug 2020 17:07:38 +0000 | jeremy | primary | bounty | Redacted | Redacted | 80000 | Redacted |
| Wed, 05 Aug 2020 17:11:35 +0000 | jeremy | primary | bounty | Redacted | Redacted | 80000 | Redacted |
| Wed, 05 Aug 2020 18:23:02 +0000 | julie | primary | bounty | Redacted | Redacted | 760 | Redacted |
| Thu, 06 Aug 2020 23:14:56 +0000 | julie | primary | bounty | Redacted | Redacted | 8765 | Redacted |
| Thu, 06 Aug 2020 23:21:48 +0000 | julie | primary | bounty | Redacted | Redacted | 7000 | Redacted |
| Fri, 07 Aug 2020 16:05:30 +0000 | julie | primary | bounty | Redacted | Redacted | 100 | Redacted |
| Wed, 12 Aug 2020 17:29:34 +0000 | jeremy | primary | bounty | Redacted | Redacted | 4000 | Redacted |
| Fri, 14 Aug 2020 18:21:47 +0000 | jeremy | primary | bounty | Redacted | Redacted | 22000 | Redacted |
| Tue, 18 Aug 2020 00:38:51 +0000 | julie | primary | bounty | Redacted | Redacted | 1440 | Redacted |
| Tue, 18 Aug 2020 00:45:44 +0000 | julie | primary | bounty | Redacted | Redacted | 700 | Redacted |
| Tue, 18 Aug 2020 00:47:05 +0000 | julie | primary | bounty | Redacted | Redacted | 740 | Redacted |
| Tue, 18 Aug 2020 00:59:45 +0000 | julie | primary | bounty | Redacted | Redacted | 2600 | Redacted |
| Tue, 18 Aug 2020 01:01:30 +0000 | julie | primary | bounty | Redacted | Redacted | 500 | Redacted |
| Tue, 18 Aug 2020 01:04:32 +0000 | julie | primary | bounty | Redacted | Redacted | 700 | Redacted |
| Tue, 18 Aug 2020 01:06:17 +0000 | julie | primary | bounty | Redacted | Redacted | 685 | Redacted |
| Thu, 20 Aug 2020 17:17:46 +0000 | tom | primary | bounty | Redacted | Redacted | 2500 | Redacted |
| Fri, 21 Aug 2020 19:39:33 +0000 | julie | primary | bounty | Redacted | Redacted | 4500 | Redacted |
| Fri, 21 Aug 2020 19:46:06 +0000 | julie | primary | bounty | Redacted | Redacted | 100 | Redacted |
| Thu, 27 Aug 2020 00:44:13 +0000 | julie | primary | bounty | Redacted | Redacted | 100 | Redacted |
| Mon, 31 Aug 2020 15:34:13 +0000 | tom | primary | bounty | Redacted | Redacted | 2200 | Redacted |
| Mon, 31 Aug 2020 15:41:41 +0000 | tom | primary | bounty | Redacted | Redacted | 1600 | Redacted |
| Mon, 31 Aug 2020 15:44:48 +0000 | tom | primary | bounty | Redacted | Redacted | 1600 | Redacted |
| Mon, 31 Aug 2020 16:11:47 +0000 | tom | primary | bounty | Redacted | Redacted | 700 | Redacted |
| Mon, 31 Aug 2020 18:37:01 +0000 | jeremy | primary | bounty | Redacted | Redacted | 1000 | Redacted |
| Tue, 01 Sep 2020 16:23:59 +0000 | tom | primary | bounty | Redacted | Redacted | 1600 | Redacted |
| Wed, 02 Sep 2020 17:27:21 +0000 | tom | primary | bounty | Redacted | Redacted | 10000 | Redacted |
| Thu, 03 Sep 2020 21:39:56 +0000 | jeremy | primary | bounty | Redacted | Redacted | 30000 | Redacted |
| Mon, 07 Sep 2020 15:29:19 +0000 | grin | primary | bounty | Redacted | Redacted | 400 | Redacted |
| Thu, 10 Sep 2020 05:43:16 +0000 | julie | primary | bounty | Redacted | Redacted | 100 | Redacted |
| Thu, 10 Sep 2020 05:45:33 +0000 | julie | primary | bounty | Redacted | Redacted | 405 | Redacted |
| Thu, 10 Sep 2020 05:47:35 +0000 | julie | primary | bounty | Redacted | Redacted | 715 | Redacted |
| Thu, 10 Sep 2020 05:49:50 +0000 | julie | primary | bounty | Redacted | Redacted | 405 | Redacted |

| Date | User | Account | Category | | | Amount | |
|---|---|---|---|---|---|---|---|
| Thu, 10 Sep 2020 05:52:36 +0000 | julie | primary | bounty | Redacted | Redacted | 405 | Redacted |
| Mon, 28 Sep 2020 21:30:42 +0000 | jeremy | primary | bounty | Redacted | Redacted | 20000 | Redacted |
| Tue, 29 Sep 2020 16:26:39 +0000 | julie | primary | bounty | Redacted | Redacted | 405 | Redacted |
| Tue, 29 Sep 2020 16:39:25 +0000 | julie | primary | bounty | Redacted | Redacted | 700 | Redacted |
| Tue, 29 Sep 2020 16:42:45 +0000 | julie | primary | bounty | Redacted | Redacted | 585 | Redacted |
| Tue, 29 Sep 2020 16:45:37 +0000 | julie | primary | bounty | Redacted | Redacted | 405 | Redacted |
| Tue, 29 Sep 2020 16:47:59 +0000 | julie | primary | bounty | Redacted | Redacted | 505 | Redacted |
| Tue, 29 Sep 2020 16:49:30 +0000 | julie | primary | bounty | Redacted | Redacted | 2055 | Redacted |
| Tue, 29 Sep 2020 16:53:00 +0000 | julie | primary | bounty | Redacted | Redacted | 3610 | Redacted |
| Tue, 29 Sep 2020 16:55:24 +0000 | julie | primary | bounty | Redacted | Redacted | 205 | Redacted |
| Tue, 29 Sep 2020 16:58:04 +0000 | julie | primary | bounty | Redacted | Redacted | 590 | Redacted |
| Tue, 29 Sep 2020 17:00:17 +0000 | julie | primary | bounty | Redacted | Redacted | 1220 | Redacted |
| Fri, 31 Jul 2020 15:31:37 +0000 | tom | primary | lbc_loan | Redacted | Redacted | 500000 | Redacted |
| Fri, 31 Jul 2020 16:10:56 +0000 | tom | primary | lbc_loan | Redacted | Redacted | 500000 | Redacted |
| Fri, 31 Jul 2020 17:28:19 +0000 | tom | primary | lbc_loan | Redacted | Redacted | 200000 | Redacted |
| Wed, 08 Jul 2020 16:21:33 +0000 | tom | primary | modpay | Redacted | Redacted | 8000 | Redacted |
| Fri, 31 Jul 2020 19:19:32 +0000 | tom | primary | modpay | Redacted | Redacted | 10000 | Redacted |
| Wed, 12 Aug 2020 14:06:00 +0000 | tom | primary | modpay | Redacted | Redacted | 7000 | Redacted |
| Mon, 24 Aug 2020 15:16:43 +0000 | tom | primary | modpay | Redacted | Redacted | 8000 | Redacted |
| Tue, 08 Sep 2020 19:16:57 +0000 | tom | primary | modpay | Redacted | Redacted | 5000 | Redacted |
| Wed, 01 Jul 2020 20:57:06 +0000 | josh | primary | other | Redacted | Redacted | 100000 | Redacted |
| Fri, 10 Jul 2020 20:07:22 +0000 | julie | primary | other | Redacted | Redacted | 25000 | Redacted |
| Sat, 01 Aug 2020 16:05:21 +0000 | julie | primary | other | Redacted | Redacted | 25000 | Redacted |
| Sat, 01 Aug 2020 16:06:56 +0000 | julie | primary | other | Redacted | Redacted | 25000 | Redacted |
| Sat, 01 Aug 2020 16:07:37 +0000 | julie | primary | other | Redacted | Redacted | 25000 | Redacted |
| Sat, 01 Aug 2020 16:09:38 +0000 | julie | primary | other | Redacted | Redacted | 25000 | Redacted |
| Sat, 01 Aug 2020 16:10:59 +0000 | julie | primary | other | Redacted | Redacted | 25000 | Redacted |
| Sat, 01 Aug 2020 16:12:10 +0000 | julie | primary | other | Redacted | Redacted | 25000 | Redacted |
| Sat, 01 Aug 2020 16:24:13 +0000 | julie | primary | other | Redacted | Redacted | 25000 | Redacted |
| Sat, 01 Aug 2020 16:33:31 +0000 | julie | primary | other | Redacted | Redacted | 25000 | Redacted |
| Sat, 01 Aug 2020 16:34:23 +0000 | julie | primary | other | Redacted | Redacted | 25000 | Redacted |
| Sat, 01 Aug 2020 16:38:54 +0000 | julie | primary | other | Redacted | Redacted | 25000 | Redacted |
| Sat, 01 Aug 2020 16:40:10 +0000 | julie | primary | other | Redacted | Redacted | 25000 | Redacted |
| Sat, 01 Aug 2020 16:41:05 +0000 | julie | primary | other | Redacted | Redacted | 25000 | Redacted |
| Sat, 01 Aug 2020 16:42:28 +0000 | julie | primary | other | Redacted | Redacted | 25000 | Redacted |
| Sat, 01 Aug 2020 16:43:14 +0000 | julie | primary | other | Redacted | Redacted | 25000 | Redacted |
| Sat, 01 Aug 2020 16:44:35 +0000 | julie | primary | other | Redacted | Redacted | 25000 | Redacted |
| Thu, 09 Jul 2020 03:01:06 +0000 | tom | primary | publishing | Redacted | Redacted | 1000 | Redacted |
| Thu, 09 Jul 2020 05:07:38 +0000 | tom | primary | publishing | Redacted | Redacted | 100 | Redacted |
| Tue, 14 Jul 2020 01:56:21 +0000 | tom | primary | publishing | Redacted | Redacted | 20000 | Redacted |
| Wed, 15 Jul 2020 14:26:31 +0000 | tom | primary | publishing | Redacted | Redacted | 1000 | Redacted |
| Sat, 25 Jul 2020 16:38:15 +0000 | tom | primary | publishing | Redacted | Redacted | 1000 | Redacted |
| Sat, 08 Aug 2020 12:55:37 +0000 | tom | primary | publishing | Redacted | Redacted | 1000 | Redacted |

| Date | User | Account | Category | Note | Redacted | Amount | Redacted |
|---|---|---|---|---|---|---|---|
| Sun, 30 Aug 2020 01:44:14 +0000 | niko | primary | publishing | Redacted | Redacted | 5000 | Redacted |
| Thu, 03 Sep 2020 02:11:12 +0000 | tom | primary | publishing | Redacted | Redacted | 1500 | Redacted |
| Sun, 06 Sep 2020 16:13:21 +0000 | tom | primary | publishing | Redacted | Redacted | 10000 | Redacted |
| Fri, 18 Sep 2020 19:23:25 +0000 | tom | primary | publishing | Redacted | Redacted | 500 | Redacted |
| Fri, 25 Sep 2020 18:03:28 +0000 | tom | primary | publishing | Redacted | Redacted | 250 | Redacted |
| Tue, 29 Sep 2020 12:17:02 +0000 | niko | primary | publishing | Redacted | Redacted | 8000 | Redacted |
| Fri, 03 Jul 2020 18:40:34 +0000 | josh | primary | salary | Redacted | Redacted | 76666 | Redacted |
| Thu, 16 Jul 2020 01:55:50 +0000 | josh | primary | salary | Redacted | Redacted | 93877 | Redacted |
| Fri, 31 Jul 2020 15:04:48 +0000 | josh | primary | salary | Redacted | Redacted | 67650 | Redacted |
| Sat, 01 Aug 2020 18:07:42 +0000 | josh | primary | salary | Redacted | Redacted | 10300 | Redacted |
| Sun, 16 Aug 2020 17:03:32 +0000 | josh | primary | salary | Redacted | Redacted | 71500 | Redacted |
| Sun, 16 Aug 2020 20:26:04 +0000 | josh | primary | salary | Redacted | Redacted | 18633 | Redacted |
| Sun, 30 Aug 2020 17:33:13 +0000 | josh | primary | salary | Redacted | Redacted | 74000 | Redacted |
| Wed, 02 Sep 2020 13:33:10 +0000 | josh | primary | salary | Redacted | Redacted | 14500 | Redacted |
| Mon, 14 Sep 2020 21:17:51 +0000 | josh | primary | salary | Redacted | Redacted | 93120 | Redacted |
| Wed, 16 Sep 2020 19:45:20 +0000 | josh | primary | salary | Redacted | Redacted | 18422 | Redacted |
| Wed, 30 Sep 2020 13:57:53 +0000 | josh | primary | salary | Redacted | Redacted | 87500 | Redacted |
| Wed, 01 Jul 2020 19:58:27 +0000 | julie | primary | swarm | Redacted | Redacted | 1500 | Redacted |
| Mon, 17 Aug 2020 14:22:22 +0000 | grin | primary | sweep | Redacted | Redacted | | Redacted |
| Thu, 23 Jul 2020 14:55:07 +0000 | jeremy | primary | testing | Redacted | Redacted | 1000 | Redacted |
| Thu, 09 Jul 2020 18:34:06 +0000 | julie | primary | timelock_usb | Redacted | Redacted | 50000 | Redacted |
| Thu, 09 Jul 2020 18:51:57 +0000 | julie | primary | timelock_usb | Redacted | Redacted | 1000000 | Redacted |
| Thu, 09 Jul 2020 19:26:41 +0000 | julie | primary | timelock_usb | Redacted | Redacted | 100000 | Redacted |
| Fri, 10 Jul 2020 19:55:26 +0000 | julie | primary | timelock_usb | Redacted | Redacted | 100000 | Redacted |
| | | Aquisition | 3,295,018 | includes timelocked usb and break glass campaign | | | |
| | | Bounty | 693,065 | | | | |
| | | Invite / API | 7,551,200 | | | | |
| | | Community Engagement | 664,168 | | | | |
| | | Staked on Content | 1,200,000 | | | | |
| | | Publishing | 49,350 | | | | |
| | | Swarm | 1,500 | | | | |
| | | Testing | 1,000 | | | | |
| | | Total | 13,455,301 | | | | |

| Date | From | To | Amount | Txid | | | |
|---|---|---|---|---|---|---|---|
| Sun, 19 Jul 2020 19:09:37 +0000 | josh | ops | moonpay | Redacted | Redacted | 50000 | Redacted |
| Fri, 24 Jul 2020 13:10:03 +0000 | josh | ops | moonpay | Redacted | Redacted | 50000 | Redacted |
| Tue, 28 Jul 2020 12:49:00 +0000 | josh | ops | moonpay | Redacted | Redacted | 50000 | Redacted |
| Tue, 28 Jul 2020 12:49:27 +0000 | josh | ops | moonpay | Redacted | Redacted | 50000 | Redacted |
| Tue, 28 Jul 2020 16:50:12 +0000 | josh | ops | moonpay | Redacted | Redacted | 100000 | Redacted |
| Tue, 28 Jul 2020 16:50:38 +0000 | josh | ops | moonpay | Redacted | Redacted | 100000 | Redacted |
| Tue, 28 Jul 2020 16:51:17 +0000 | josh | ops | moonpay | Redacted | Redacted | 100000 | Redacted |
| Thu, 30 Jul 2020 18:47:42 +0000 | josh | ops | moonpay | Redacted | Redacted | 100000 | Redacted |
| Thu, 30 Jul 2020 18:48:17 +0000 | josh | ops | moonpay | Redacted | Redacted | 100000 | Redacted |
| Thu, 30 Jul 2020 19:57:37 +0000 | josh | ops | moonpay | Redacted | Redacted | 100000 | Redacted |
| Thu, 30 Jul 2020 19:58:34 +0000 | josh | ops | moonpay | Redacted | Redacted | 100000 | Redacted |
| Wed, 12 Aug 2020 16:50:48 +0000 | josh | ops | moonpay | Redacted | Redacted | 100000 | Redacted |
| Tue, 25 Aug 2020 17:04:45 +0000 | josh | ops | moonpay | Redacted | Redacted | 100000 | Redacted |
| Thu, 10 Sep 2020 13:13:35 +0000 | josh | ops | moonpay | Redacted | Redacted | 100000 | Redacted |
| Tue, 22 Sep 2020 13:36:52 +0000 | josh | ops | moonpay | Redacted | Redacted | 50000 | Redacted |
| Sun, 27 Sep 2020 14:05:42 +0000 | josh | ops | moonpay | Redacted | Redacted | 100000 | Redacted |
| | | | | | | **1350000** | **Sold via Moonpay** |
| Fri, 28 Aug 2020 02:50:23 +0000 | josh | ops | other | Redacted | Redacted | 500000 | Redacted |
| | | | | | | **500,000** | **Sold to CoinEx** |
| Tue, 07 Jul 2020 13:33:52 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2950 | Redacted |
| Tue, 07 Jul 2020 13:34:08 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2950 | Redacted |
| Tue, 07 Jul 2020 13:34:21 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2950 | Redacted |
| Tue, 07 Jul 2020 13:34:34 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2950 | Redacted |
| Tue, 07 Jul 2020 13:34:47 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2950 | Redacted |
| Tue, 07 Jul 2020 13:35:00 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2950 | Redacted |
| Tue, 07 Jul 2020 13:35:11 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2950 | Redacted |
| Tue, 04 Aug 2020 13:42:43 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 100000 | Redacted |
| Wed, 05 Aug 2020 15:20:29 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 3650 | Redacted |
| Wed, 05 Aug 2020 15:20:47 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 3650 | Redacted |
| Wed, 05 Aug 2020 15:21:00 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 3650 | Redacted |
| Wed, 05 Aug 2020 15:21:13 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 3650 | Redacted |
| Wed, 05 Aug 2020 15:21:26 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 3650 | Redacted |
| Wed, 05 Aug 2020 15:21:42 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 3650 | Redacted |

| Date | From | To | Amount | Txid | | | |
|---|---|---|---|---|---|---|---|
| Wed, 05 Aug 2020 15:21:56 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 3650 | Redacted |
| Mon, 07 Sep 2020 14:05:25 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 3077 | Redacted |
| Mon, 07 Sep 2020 14:05:41 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 3077 | Redacted |
| Mon, 07 Sep 2020 14:06:15 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 3077 | Redacted |
| Mon, 07 Sep 2020 14:06:31 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 3077 | Redacted |
| Mon, 07 Sep 2020 14:06:48 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 3077 | Redacted |
| Mon, 07 Sep 2020 14:07:00 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 3077 | Redacted |
| Mon, 07 Sep 2020 14:07:11 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 3077 | Redacted |
| | | | | | | | |
| | | | | | | **167739** | **Employee LBC buy program** |
| | | | | | | | |
| | | | | | | | |
| Sun, 27 Sep 2020 23:44:22 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 100000 | Redacted |
| Mon, 20 Jul 2020 00:39:55 +0000 | josh | ops | other | Redacted | Redacted | 100000 | Redacted |
| | | | | | | | |
| | | | | | | **200,000** | **Employee contract LBC for salary reduction** |
| | | | | | | | |
| | | | | | | **8,000,000** | **Sold on open market** |
| | | | | | | | |
| | | | | | | | |
| | | | **10,217,739** | **Operational Credits Used** | | | |

| Date | Purpose | From | To |
|------|---------|------|-----|
|      |         |      |     |

| Tx | Amount | Txn By |
|---|---|---|