**EXHIBIT**

**68**

21-cv-00260-PB

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

    -against-

LBRY, INC.,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Civil Action No. 1:21-cv-00260-PB

## DEFENDANT LBRY, INC.'S AMENDED RESPONSES AND OBJECTIONS TO PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S FIRST SET OF INTERROGATORIES

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure ("Federal Rules") and the Local Rules for the United States District Court for the District of New Hampshire ("Local Rules"), Defendant LBRY, Inc. ("LBRY"), by its attorneys, hereby amends its responses and objections to Plaintiff Securities and Exchange Commission's ("SEC's") First Set of Interrogatories (the "Interrogatories," and each, an "Interrogatory"), as follows:

## SPECIFIC RESPONSES AND OBJECTIONS

**INTERROGATORY NUMBER 5:** Please state the total current LBC balance of LBRY's Pre-mine and the separate current balances for its "Operational Fund," "Community Fund," and "Institutional Fund."

**AMENDED RESPONSE TO INTERROGATORY NUMBER 5:** LBRY incorporates its General Objections, Objections to Definitions and the specific objections to this Interrogatory contained in LBRY's Responses and Objections to the SEC's First Set of Interrogatories, dated November 19, 2021, as if fully restated herein. Subject to and without waiving the foregoing objections, LBRY responds as follows:

As of the date of LBRY's original response, November 19, 2021, the approximate LBC balances of LBRY's Operational Fund, Community Fund, and Institutional Fund were:

| Operational Fund | 16.9 million LBC |
|---|---|
| Community Fund | 57 million LBC |
| Institutional Fund | 45 million LBC |
| **Total** | **118.9 million LBC** |

**INTERROGATORY NUMBER 6:** Please identify any LBRY Address corresponding with any virtual location that LBRY has used to hold or store LBRY's Pre-mine.

**AMENDED RESPONSE TO INTERROGATORY NUMBER 6:** LBRY incorporates its General Objections, Objections to Definitions and the specific objections to this Interrogatory contained in LBRY's Responses and Objections to the SEC's First Set of Interrogatories, dated November 19, 2021, as if fully restated herein. Subject to and without waiving the foregoing objections, LBRY responds as follows:

Following a reasonable, good faith search, LBRY has identified the following addresses:

bU2XUzckfpdEuQNemKvhPT1gexQ3GG3SC2
bFm55UzQs8nWK6BTvkbXG961E3owTkeJYd
bG1fEEqDVepDy3AbvM8outQ3FQUu76aDot
bLmDe2kq8CFM9MeeESyQ9yqcRndtR8r3Uc
bY9eEZ5yiC39ryQWSnGKWzxYH7nALogpBF
bPZApF683yCdfCGnQNuBJjhDqSTPKcMSim
bEpyPNuaKhtLdwbU3GuVnptpowrQ16WeEh
bVhrtz5CV45b5fMbaqyhAxu1djSkCxjfdH
bWVemKp6jnzAm8tSdREpcy83dMWLSrZXGz
bTZh8rbw3nX9sGVrfavK3aQLGtTzqJYgoC
bNqbPsw8Z8UPWD3KaXEpkQJSr1ViBsi1KV
bDxuv2xvRjjRfj1HKyGnquNBtFDTmfFWVB
batsfQjymydZArDu6rr5zoxQJhGMnBYsNe
baxsQNsh1yqdyxQxBvt4m6b7aX9rDBcwJf
bbwe9UWywKQQgi3MjkJqGcT484LsPig7kv
bCrryJ5cZB2PS95CR2TiLkkben354N2yme
bDdpQdk6LnF334NYXnZCDZNqWR2UdixiGk
bDdVgNUH4agXBLBv6ui3hwsjr2NgwbB6J4

bDjnMhaTE3URQbUyTV88LRJFD3kZn6RPKr
bEftUTyDVPiaX8iBZxtJTmWzDPR1M6DbVa
bFaWy2jEPwfj1PmyV2mDmbkafHZMxC5WxM
bFpEakgZLvqxomupzDGYNKm3e9rHEY7eqM
bGADwqm3FmGMGR8h4Dy5MvqMJbrmZbyXeR
bGhSWimPC7GnRmjrUNRNGpE773nAsWAwkz
bGrjuy5fpTAhcqmaNGg1SEmEyTxFGYBnKA
bH67JzSBQwN7qjo92essEn4htbacfoKpHV
bHLLHnuc6KH4uoTJJgdkfarvdSaFK4PAME
bHY2UuLYYCoWPas2hBAGnKkAt3sv477H7S
bHZkbxt3Tb5GmzMeZjHTPDYaGQhdCBJ24j
bJ3GySTKQVBYaSprTLcoCFwouyQdGc9onj
bJf12n2kd75jSHFJrgjuUiBg6baZXdfHSE
bJj1AjXyNZE2RnqHt84uSa6A5Vo2n7iKDS
bKGGRfPwjQKfhu8ESS6VCf7cyyxYakpYgJ
bKTJnVS21PYWQWLi28YJcSQkZ8WCrEkDbw
bKXme4n2XnHLXoC9N32Xm3R18j3bbqhg6z
bLipYUu8cYXEDjKaFRMhtBVj2cfJkgwaHT
bLK1FoqpzVNY3zFg4XhX9tTaUhk8GKGCzq
bM4WGXNvNaYsRwhqQjWojsQ4fFcBeBbsCU
bM5XKprSUEYDM3To3chBC7KFgH8P1RKksb
bMFAP631dfVQhEvq7qVaVSbmXZq3MYuw1h
bMK7Z2rxo9bovVWKk9aze9BnPAPYdaHL2P
bMkKa1g3BuaT42nJk71R6oend28VsPhR1X
bMXbi6i2BeMRPk1vT47YkRE4gjsWD6gtkV
bN2EHbgjTw1FCx7iRrrSmMBTpzzKH3wzoP
bN7F9iao9jsrVS5RCLYKfJ7JbuFrmrBSzR
bNLVbNinSAReMWn1ogfGm7pseMRSGuAJq8
bNLVbNinSAReMWn1ogfGm7pseMRSGuAJq9
bPBURNRWYYduG3PwxmSwd9TP5c6ZgwrKxd
bQZBiGaEKBTbmj1nSWgBvuTY7FtsEXXxyG
bR331fvCcqENAxoe4fbC1Zguep4z8Pa5Ze
bRKV9qjgmcFhi9HLX76nhSfmA6s28wZQny
bRL1j4ucFCRoNH33tk1nN3hQfjuDS1wdwZ
bRxsb9JiUkvN4w6cLh6Y8JBR5YrkRRbCoj
bSe8AUjx2DRetd6dBx6QuVdZkiZRGdxxZ7
bSYcCF5axhWqtaMEmJPDFQXxwitZfzFYGD
bSyzLttGbSE3XpkteApWNZC47Fc9f4Rmrf
bT3hDB1TBCKkc9gtgmYP9tFodKXFX8vVCb
bT6GDdA6fxBewaiLyMe6cJXmpEzbb6x4fo
bTCLBPWTePZCg2nQwdPWrdHd7Y7EY4Acuk
bTcXxbJH7mbmg5jDxEoWf6kMQhhsud1A5A
bTryYCMPgqfpompxgVb81uehm3drWewaS9
bUA7pzP8gSC7JDh4T5qj86LjP3be54Cy6q
bUEzLzt8t9Xb1DrP8pM9qKgZwYjyejbwmz
bUg2aVXHvDxvoDHrTMxWmts4aWCxgfHUCd

bUqrjb42z6KJCdaxp7JSdY49v7ibXzhphd
bV9LTM4eyrXBbKGwJ7MUZZ5UQPz3yYr53x
bVhBDjUkBzTbEggCtMZKukmTLX5qd3NLw7
bVLpGpKqpsCetUva6FbT5SdgJLQdsFSSf8
bWEAKghsaLGNAqy4C3sHTXMnsEHLajZric
bWGpNmURMTAZ6S2yegSJuTwbLfk4rTKvNH
bWsbCB7aaHD6FJaVKNRkL7kiDCTxjK9bPD
bWsc7qnJVUMvoQUuiPdzEozx126y6mqweZ
bX6napXtY2nVTBRc8PwULBuGWn2i3SCtrN
bXdNot9FwxNBJKww9bcT8g5vmaKcLifqcD
bXGL8nDonFDgVVCm7mvkPRzRU1qSmMedRX
bY4qVs9B5Me7rBJSt639d7JW3NQeiXtcUN
bYB7qFUpnQo5uaCq4RBgRLoZmS7dUWehC7
bZka5WkGstVZbWTDYcdoEpXK1J7TTZLkVt
bas2KJ5k6KWfo6CtvYz6QBTvHyJMPSxYNu
bFFTXmK2QuzWJzygSwGAmT4TmbhF3yGmwB
bGD3RjgEkj5apMNACF1vfEVZ2f3wD6CEvt
bKPxzeRkKQdJ3Exo8uFuJfCa5cPH82Rcbe
bMkKa1g3BuaT42nJk71R6oend28VsPhR1X
bTVre2gkhxVLyifGhTtsG7MWJmvPuc6Acr
bU2XUzckfpdEuQNemKvhPT1gexQ3GG3SC2
bVLStAhSEFneUkF3ReuvjAdJytLn8MWCCC
bX8mEib2g82GdZcjGVAEFcep7awRGWZkWC
bMcjVDYB8sKFaqAWfRKqfhkpU7CHkb8MSC
bVXA4zQmr7Cig3KvqMBgBXxqFgcu8uwSPD
bJTJyjkJVspCc99yTRkFDcaSHGQ1EuXfbr
bKPxzeRkKQdJ3Exo8uFuJfCa5cPH82Rcbe
bas11DqVvkygGSPafqcP1Z1gkPyEnbfBqg
bbMN3ir8FxWM6phK8LRcija7yJrqxmFyC8
bbssVu4qzTzuAHpfMsnXAr2VBCkvzuyzcF
bCqDx8iHna3r8vEypG98hB6t6m1cAzZs6e
bCz5wDcdSXCdQqy1ZSygcbtE1MkVyLQYcj
bDeADGf8eNeTZybiHervZybMxKZ76wCnaE
bDxuv2xvRjjRfj1HKyGnquNBtFDTmfFWVB
bEVjJvE7Zs2ZjSK1Krmkqegn6s1caAHmGc
bFNXRHM9xfSKwuU4pzeDsUZ9xwVLeCipbU
bFTkAKxvJkQH2UzvM9qEFKcjQ3afcZ3zh8
bGGoGkQMuwDAdrQi7P281Upq8oHiGDoEW2
bGksCjWHnFRZhsYcu7G4vocT9oaafpkDzE
bGokaBQyxj2V4X7PsZz2Ca5RJ17WPno4rN
bGQToydtCEPmPbnnZFFG1K6CD2JC8KJc4W
bHCTpqFHfyrqDJHkqoh7E91Y1yWyvvjbGN
bHiFBYyU9NfZkoHK1g1o4wmDCDMYZ48o3Y
bHS8woXuZMpJH6bgiiJcJ7U87UkZh9Lbgu
bJB6LwhgoJ5adRWAmkQZZ8o2kDcuf4znTW
bKGE8jLuGQm6wGaZpucZngWh1B1GASL53Y

bKRBJQDASu9WEMQ4Y6yNRQK1r9BZpQ1Nrn
bKRdBiL6GjftirM9co6cHamTNgzxuDRZ7e
bKsSyPnrcoQwSAh3oNnZux87agdCY5W1EP
bKuiUktKuf2s7vy6t5xdaGS6nvChkTbyWQ
bLm6yprVUj21Sw9s8FTdznMvZGTgLHnvxX
bLmDe2kq8CFM9MeeESyQ9yqcRndtR8r3Uc
bLxFMN2Y4jayid7CXctwAPkdznAXizQqzg
bM2DK48Pmh4b5iNxH2KWZYLLazHvsj9Fow
bMCtuju7pi4hPLhoSJhucpomPEaZ7MoCYU
bMKajx9uhQKjTEeAV3G9qR7kmXSoFKRmeH
bMZJeBR3Xs4Jp5Fhx7wexPkEtoM6ZSVxb1
bNf2PKXXY3zSpqZHK1iLsvXhSUSwaBqxXt
bNfSRqpVG3265wLaDSSCyoGdZux6Lm1Sst
bNuL7navJkRQ94vp4UTSygrQdtPPDjzi3F
bPU73j1q42sYodCoedbQduG7X3MiL88Zop
bPvL9DQLwATrnNhh2PSLtqFb2vB7ojoNMW
bQ6HdyW1a6RTyxZuZYDmZeJKSUoGau2tC2
bR6n2dBcGzJkJD7GAezJbjDyUJyko7TTYU
bRDvZd1Mzieq8918HfXs4ghhtVBZ6YRfsb
bRJaQVKbSWKQ3A42AysoxEXXPDWPMVMkoq
bRt77ZpkAnGjkJbmt2gXc45c7PBDgpSpn3
bS8zkQ2auaJwoyoCqSExpzDKzspPYhgPEm
bSNqeM7BvKN2k8ZZPmTtBo4dj7meHX42mc
bTejL4agdXQQwzttzHPXgW5yLjd1ydv2hy
bTgZsMQaggj2j1wxsX7L5gciTX3g6vzKgX
bTL2MZ7fTW1Mteyvp Wc7qLDK2oPA32Doxx
bTsWGzCnc5QRzMDH93EGU9wPovJ65hAGrd
bU2XUzckfpdEuQNemKvhPT1gexQ3GG3SC2
bU9EenNY3fxaTggTeZUPwM8g8xPcfvGatk
bUTvC8b3SrAyQwHyGC4io6Xge7cJh1o1hL
bVJ2BqVXHYUThs3tLUspyHURSmgtoyc9gW
bWX3Ms2MsYZkW1Y71MZ3j5SQT5b6mWPoXS
bWYiV2ytDTnGwnc15AtgchN5FgcmBgS5Ho
bX9XpDHZQLVWfVXDPKArdVLrGJ8GP99M9X
bZeimLr9AYvmBi2rGLxXcV3mxzMindq8SB
bZLVRukRiskP1orCzdtUHyWuLt2ghcewo4
bZNu9PnkM4YWRQeujgdunN8WVQntjYrpge
bZYkt8irqfcerrphzgTLBopSN5ZRQ2kdfW
bZZ87gLn5w5kKiZzWZg81DS71eUqVPhKY8
r7hj61jdbGXcsccxw8UmEFCReZoCWLRr7t
r8nhqXdFhWckiQsp6F5BVjrSCidwV6PU2N
rEqocTgdPdoD8NEbrECTUPfpquJ4zPVCJ8
rKaAUDxr24hHNNTQuNtRvNt8SGYJMdLXo3
ba6etmwQwgca8w6i4Kv2UstN1yrKoReSvX
bbLJhy3F4cHHyADTSWx4oR8DfKaA2248LY
bbvaFci9SstPrn9xcD3bdynPe1Griiro7Y

bCjnwMhM5fCtq7GPJmdXajq5UNJUgfEMQd
bCopxmnNKFpeui8rVRsCkquTQ67AgNfEKS
bCpWepY2tkxkGL6Dpu3cF2zt2RAXSUDEB7
bCqxHPndBNoEX3biWMWSJLPzdSUTxGweex
bCxRbpLQxikrdhC3GUQTpAAD8uAcbCR1jg
bCzuhNhaBS8v57LqFJ9eiYXuurnnu1ogjv
bD86EPo3Asw8LUvG4sTU5rX9RwMmxZ4TYQ
bDS4eVeFEeQcNwMsPzmh7Hx8Zqyc7ybCTV
bFEvBGJGwr8XcJsy3xss75CRkeAngKrgcW
bG1QW7xFWfCyT4RJydM7NMaFrqo25WmYki
bG8UrK61bJZhNeji7yiEirzLGQLsLnksmL
bGNAgQMY6hcKi4uTLHqRmuNhsFwrRLQx7F
bH67JzSBQwN7qjo92essEn4htbacfoKpHV
bHB6EFAzkEEe36Kedkgv4nmMa5FM8uSezD
bHUuimeUmZBMVmfpWiL4ZgZ9yyxHC2u5uU
bJzUwiCHQRhRknASJdCuyfH2bGHFpD5yEd
bKCe1geT8BJhq8VnfwHjW6447g8YyDUcKV
bKGGRfPwjQKfhu8ESS6VCf7cyyxYakpYgJ
bKTJnVS21PYWQWLi28YJcSQkZ8WCrEkDbw
bKVKaJcwZJVTQ45tK4QRYd45EJb1kFDQZq
bLQj6SDxqXeBH6GVgNn4v2QwiVxQJDvxiF
bM4WGXNvNaYsRwhqQjWojsQ4fFcBeBbsCU
bMdLo5VWj7EqMyBDcHsPe2wNUTkZoVRnG2
bMjeHWrUELJdfcfY6hnaUYrBgtA8Ti3JY5
bMkEKnw9BGV2XvHTStZSN7ZoxuzY9qaHDY
bNutTKZVUG3rvTcAMUeCoE9YfgkYZ12G2f
bPFhy45nsqRK2rKABo97JtvzxS5Yo1uFrP
bRPEA2zAiETzsQsEJFbQN9SfexGj6PECGB
bSd6M2qHfH8vxGDHSuHr88Spwxc2xnxTzM
bTeRwQtuDAikhKA3HZdEjDyommZd52JnhX
bU2XUzckfpdEuQNemKvhPT1gexQ3GG3SC2
bU3ZaDkqsDNAqtKuYJoHKvSceTQ7invYXZ
bUfFWWAYfKj9EJQSZN58dQJCP9mUu7Q3hN
bVxKUDF3vPErhFByiv5kNkSU1vbac9YveJ
bWFP7cG27TiUTJurcG6iRa6R5S4eapBUM7
bYZ7xFcNUcGDXTg9J7CA6XucDKLLL2yfLp
bZbebf9jv1SS8W3iV7HyvTa5mDBKWC79dZ
bZgZh84L5rscsk3vSqWaWfvRrZAUrtzHmJ
bb946M2kVq311N5Karbva39DUvfPnUhWL7
bbGXqmrr4dqvQyaBiLvMidScRvnYgDcRy1
bCpksVNWezX61oFiNCuybK6xoJJHoiR77r
bDdzDUH2LCY6tQDYMdDm3MirFsvzCszU1u
bDGtdB9vLwcQ87v8ZCH3wsMg4gaEoTQBgw
bDUjHP7HXoWh5FpEWiwhGsmVii4Ly2piRy
bEA1aJ5DXYrxrzuHzEPb8qdGDTnF5azyJZ
bGrWyxGZvZtFKxoFgkB3QXvHV3rHYZXF3i

```
bGtG3AUJUP6wYqmpwxURLk2MJCRJk22t7n
bHMso9Brhr4Xa13UgadN976wLdeb4R3QQz
bHYob5qmD5CU1Z1bDd2oHvNNJ2BefdDh7v
bK89GyXZ4Q3gmPrFYqWTystXJVBZybS3AL
bKKxwuD582MbcvLMQRodvvXZVpZqGmfjin
bKMHa1YMxibPXdLCU9jhdBczwYaUvFVp1S
bL2VzrEKcudkURAt4UVUQtMN5XhCwgk2X6
bLANBQZTSqJqJdKfSdzs2Lsm2AQfFKHAD4
bLNGovEM4fgn813NyM61b1uecN9q8zULcJ
bM3ULgtY4A34fPAXrq95rGr1R2ZgHRKipN
bM5xPryL9kYi6ghz9wXX8QnxLrr5XF8cPr
bMjA2mCBqQfUpY1m7XXwRson2PsCQKkjV7
bMJa3azf28DM7Yh8ztTjFndQRpsPdaGVwq
bMXbi6i2BeMRPk1vT47YkRE4gjsWD6gtkV
bN3XoVNpNCWdQk7igdQG3huKP29JaYEtN7
bN5FbpdcAxaSM95zmAcWnKNBFuQgw3KARp
bNy3Bez59hjDq4Tka3cMCP7Pr6k7qDcY7R
bPSJAVyxUoL1h3js3qHH5EkobuTWR16nG6
bQdxaavuinmKXbLgZAZnBQoYKMwiwcXf5w
bQee9t2QytvKdyNyksnwcyTR2MnEN1isRG
bQss2EYBK6ufE3RJUTGT61onA26Je8zkaW
bQYXyaRBqK77vXQH5kZNo3du6KjDRJeKYH
bQYziv5ec4eA971Ry2W68jvTRjaFqusHxR
bRBYcHLDyGMkuwfZo4YQ2PP2o7HtwjtZtM
bRgB2PTH5jSuYE7ethBm56yGTVkr1KtSvc
bRKiRYKjLoseBfjoUY2Dz74bHYkQNmdoyA
bSX3nEKCru3YkzUyQ7aXCfZiu2ByB1WUxw
bTcHVgZBwVJGMUCGMN2H6otnetu9PGnS79
bUQ2jFNyHjpbHoqzjTbxexWriJYSAR3ko7
bUuYmfEqb6w2TtYzDboRqMorNeKugUnRMH
bVcojbAX11wbbkJ9bs22vV2fGMMZzLNgSU
bWc9qKE8iuXjBk5jqbeEn43bzKDxe7viSy
bWL1AWPdQUxxWyj1gjHKWjbD1mBJ9YAfAv
bXb4TR3qN3DREqb39aybRkzXZNjaCzMBpQ
bY6o8qsmNoUmRGxa4UVKh9RwVpNWDQCudp
bMXbi6i2BeMRPk1vT47YkRE4gjsWD6gtkV
bNutTKZVUG3rvTcAMUeCoE9YfgkYZ12G2f
bTryYCMPgqfpompxgVb81uehm3drWewaS9
bDpqpXq3aA1MvkVfvHRnkMxeE1inVdityW
bGWMgopU7i1KH4XdCsWSAwxRFjuceVyZ6F
bHSZbJSSowCVbJGXaed1BTSyt4HwX3BQx9
bXdtgoXyhfCw6bNYggaiN5aVnhCyecbzJu
bbrMxihMs7dWumDaLvpjFoXmaLK8wz33JH
bCyV7gUc7eG9kRWzyzzYmiSaJroHirCdF3
bDDjvpQk6hxZh9ooELv6gN86XaPzCvgyNq
bEkK8D2EWcKudVJJK5X7xpyaYuF3arGRty
```

7

bEVi66sK21wMPyk92jJsb4schi7ryT4V3M
bF255k8WHUW4APc9Wo6niCytAgZWXrd1vt
bG292Q3DrubKDsk5XD3H3W7WioM5KQGJqt
bGuceX315W3Be1gVqwYYGEpkzC5JSAabW8
bHDGpS3KkBtZYBAtvaNw6dFUzbspWAcvRn
bHMaeSiWDTbx4eUcHaqTnHmDVfLg3eGKRM
bLBpMAA8EhEDsrdEVSamfgQgmEthQvNHdq
bLxfpUGXupqNjWmLXBxiyA54dWnoDytXRy
bMF962GUajjt6fek6YRbzrCJFsdP73t57Q
bMkKa1g3BuaT42nJk71R6oend28VsPhR1X
bMkKa1g3BuaT42nJk71R6oend28VsPhR1X
bMws9M9E4C65ZG9tVBwFBu9e3EBFd3mrSE
bN9a6j9v1fTSKbSxjNgcQ7j8xRmbVwcX99
bNdSKEX1UxYVokatKd7TTeokJkcNAjvADM
bRj8znB1mFZQrMxMDWRYQr6Ct5brJtmpCa
bTkgBVWtdwR65EujC6uUxRiiEatKP4f7qY
bTu43ZKvx3jwy4JfiPdKeUcmDbYDPb1BV6
bUeW6XE5Zy1pm2txWpCmoF9nBbYdYzNLc3
bYnFQUPTTDM1BYNCxgxKEav4FFQsrgDBoE
bYYeYkvSDFBAD5E2Q8L6CSNGexeLvzwQGz
bZ54PWnxFEA8DUM2BtxbRb6YqeW2XwyaS8
bZZ87gLn5w5kKiZzWZg81DS71eUqVPhKY8
ba1B9JLxLbJtAkn1pYEeDmPQ9vN5S58TSU
ba2Zj3whnTpE82ZkR8HENShTAuc5u9CVvJ
ba3uoutD1TnxmtZNwcopYrdP6LgMn9UdYv
ba4kYyA6WLGqSVuvVLMN8SuRMoLT6hCG4c
ba4QYdDtHC7jV385aAXvCnYAaeZMBfBK1U
ba5Dc5pSguGSrMqceQL7RTGR2Ym7db8FGG
ba6jz1xVJBkyxJgDA6dNirbLJ1afq9CnVD
ba72PgZVY2B9i5YsnoH1gDHcS9hdVyJWYX
ba7ddesLjVdJinvsqtyiNMqHA5M3fe5kYu
ba7RDJ9ndavcJEYCKM2NLE7uxWZ2TDQbAH
ba7uR6k2gFZ8ZJkCqV9qcoR9pim4X7RjQL
ba7yg6184V6YJHoZE1oijVyxr99YYwNRMV
ba89Y6tRU8JeRD53qAUMaVEKvu2hTAJFa9
ba8itN2Pyc2wvyB6puAWSsiepVmLG8abkU
ba8XnsYC8bV7nGE2ZiF3yxHsc42TrmU1Wj
ba9bsDzFiCAbn4GMnVSctu4BgP8SagEtv6
ba9cyf6Xez4pKcuu5z2zHxhnmQ7mh5ShPy
ba9zcWFNPvyA7ESjcwG8GYD5KVRthM5cmd
baaauGYh7qvkab3qQyNnBcYumfdGCwb2Xn
baaT4ZoTxacN54ZJpiuTgUXDQpt6mgvxPz
baB2bB3yaTtyBS3KGdHKmUwh1QYk1LRXDd
babhTwd6namg14Vcrc78DpCEU5WVdwk9FP
baCdCpbDBWf1SokhPSZDv6uhFfHd88vvLy
baCJNW2HHcDrTTt7yX1KX7fLA8NqfpzACc

8

baCLjRKr5qQM1dRHfxLrawgH9oaL9jrRjE
baCsXN5xWYXeHvUNK9JdAoZSSSwyqEnRuB
baDJLxcdK9NAzt2P1bvhtbHfK3HjRwJF5t
baDM7fvwF9RMMgCdVq3YM8kTgTGneCTtkV
badN9ZAyy3XE8YeizBaGvEYBPfBDLNhPtD
baEVopAxgt2SpWYB6VyZvS9W8aKxfPWdVB
baF8nuV6HYBy9KCjPXtD8kRshbUyewFz1F
baFgH9NQZzHfLma1N1f141q1iy9qqz5xVw
baFWNUy3NfVoPw4NoxQ16YhkfzaCffjLCe
baggSzxvX7PfYCcNZUD8ktZEfMaLZt8fzk
bagmocrZwb2hmnNMHKnhLKDGa6d4cj5s2m
baGnyVCjSJJb6FJYqvsTPNhbJ4yunaRWLJ
bahBSqxsq1G36PZ91u93sgxvi9gdLCNWMF
bahjHrEdzUCwTx6jNt2VvsVQFieCgoKygm
bahjS6T5QbZbG22aqUU8o3xCWyUmgq9UCV
baHRn7pSSnu9tc6i55Rqe2mtcHBYQFNBVB
baHyZkBu4EVBguLyCW75YRc5jcsEv9ZVVu
baiwa7gX4iGhMXvwEx4WVHVydnyTf7CcyM
bajiyztigcVhhVGE4oQ3dMUz1pkCVAGQW8
baJoSvzJ2miWjTZpNHbK7jZQBhpKid5e2A
baJUYA1GFy3jPRsxSLeftfe8YSGmXxmeZK
baKFsUisVC7162nvhNxkBQGfPoNzDic6Gr
baKKEhY34v4LC5C3qMYoiDcqP5baJjWGcL
bamRe2ieQaHsvHf42iYexPDozpZH2bsamT
baMSHjELGfLd8pLNccr3sve2n2A5LJvd6L
banb4XhoGHVVjKgUMSw6gUWsgcznxuXW6y
bancCqV7gH88hRz8x9TA1Zqt4ro88EhTZWe
baNduqQPYUNDpuCpeGFuwZtwXbB9P8QWXw
baNKLR32ahVZXuUdDDuUogUxLunPMehzBt
baNRiGURgxw4qtXpoLa8CzE9Tu66nrcLfZ
banXNa5nnVpmsNB5HTS9PRWbHLpVPktyTp
baNxuovcDHUp6KmcVYV2DYu7MP2ALdpYuT
baNyPqHYSrYtZjQ8t1TtNaBEQExQeTVhBx
baPAj7eEM5rHBrTaynqYBSuRJ6gvfC5wYk
bapEt38yXm2VtkyY8GrZj9qEaViLRB9Bee
baPibP66EaAKxS6VN56JFWG5cwQtYMXGqi
bapL9TTaW8aa8gnGUTJKC63cCko3QPXwiZ
bapWnjQMwc5uvXBvYMrXSX5Gu4NnDQbpnr
baPXzcDQtyLh4kW2fwwvRm1Y39M68WKi44
baPYut9fB8w7gL2DqSEBF3H7GKhT3EHrDv
baQaBcv9Cg89V3Vz5QhtU6YV6n4Dn6nGsT
baqGdkhzZFYthYBCnfQrUpbaUSTzJjp3tQ
baqJNtF8NbhMj7sYGgffSMDVEsgWycT4V8
baQjQCo9EVm8dxqcwvcn534RNTZ88metf1
baQP5i4cRG3dDqWVA8ud3iJuKxgaWUHHAx
baqvjem4ApwEACJBRwn2gwTUe9vZHJ83iW

```
barCMedgyXkPkLW5uz5gcq42UYnufSW6ZV
baRvst3u8szoX9978ttctjAPD3MhbffEuB
baRXfSF9ps1as7nr24rNLhDSnoWEbSJsL1
basddaKwywu9i3xkxYc4snp3ZarTdUKeAZ
baskFu3Z9sp6Yzyjaj7qVk5eMUtq7PskNq
baSKrLKX3UwmTk1g476EUaJN7qJq16U4Yi
basnbo7AR2qZkPXHVALHvWFjhSVWM9KLQJ
batn2byqoaUfe9aYS5sTB7524xCqFNgEss
baVJXDuFPLKiRPyoZbhJBPTNKyA9H22y8C
baW5HSjPdzUnJMhoEgdgQXTCTVMbKbeSHE
baWB1LCGknKCN9ynoEFQpZfseSmQgRFHib
baWdShAsBetizixtNMJvXDaXnngVoDvqUm
bawiPzvagHG4WecexTxWVSwXXYmvgHoouT
bawv5eNrMeVVmAe4J72AwUHKjAWUDT5rav
baWXX8mpFniqhbaeVg1gmCD6YVJrRjuhhk
baX5MY3iHx5xn54g1tKBxiCRRLzUcdrEFd
baXakUzby2cK5wskrL6m6SvXjXR6mw4Jjv
baxFwCZHX3BTZtukBQ8C4jjgAjgJ9aYfpD
baXi6f1WPH2TaHKDPVe45uyj8HWccUzBLv
baxnzSH142Ry16kkFc9n1V6NttyDmmyAzq
baxxUEJL2FNMnZHqCtXnE5XB66AKg33ekm
bayK4FBL2x6XmrizHw5iQg4C5bToMG1cQ4
baypd9ce2cBLSFxBRMVgVTs3Mxis8tmZDG
bayt8ySbiXLcCkYgD2GCWrZjuNcfuDpDgW
bayXhzwpEP7ZBWEgtaHxiAuYuKDo5teadG
baZdVCdkVD1R59tPGRfhzDoLX1BaJKuNY2
baZJDVycaqbWvh5T9bHaNxWG6SmUcNgpQC
bazQGnsm8Gqa7FxqCszcnRh6w1dZXEr9BX
bb2nc9uc5PKCqMZTWaUZYUkHHzvwBRopX6
bb6WKhBEHUhsKBCj9TCzrtuAk57R4ad8mz
bb6y1FbztBW8zquNebE9S9VtvniSukvCkD
bb6zGe9ru7AKnLCiqhQo9poghjHfT7j7st
bb86aQSTwoiV8cmyh9Khk9LoTGWbRvUYRJ
bb86T6JopMeFfu2SuwcbaUWH75zgtjF6Dw
bb89BuSLvUWsNbLguh43SvebbgQTGwWyni
bb8c2UFtRJ1JUknW8RtQY7Sk4pa7Ws6YAF
bbAgNYzmrXx6Zk6vsqScwHsyPMDNMAxEMr
bbamb81NMEJbAPAot8S8QxRNvA7WcJ8P2z
bbAVCmNb6o5e1wvKvQJCaktB2JVbVvqGoU
bbAw9qCPApPFu41mLrAAyFU9SYdFLNALZ5
bbbBMQ1dJPRKpkSow429TKGALamv4xCgJd
bbbirdq4aVSREDAKJ7Rbfio2cSMuji37PJ
bbbqbDx1FV3gkEW7GkENejmcPdzUe3aHuy
bbcck4Jbi33zWXWiAgwcyhv9PpiaQh4QiU
bbccPL5wn2qNtMc46H6QKZitUFjdj32zsi
bbcqSrxfvdSNGbCheQ8WVYQ2Z5Mb5Bs2dn
```

10

bbCUyy9pW58s7V4EHuadRe1xv1MosoTZEJ
bbCX3zkqohC8shWkwVZWUFumqncD4biU8L
bbdQkYkZJu8DiHQMQoE6CkrX6GRTg2kNmf
bbedkRg2qhiuPuM69WSJe3ksv3qpjeUNLL
bbEeGLrV4bLrg4Upbdo2ojxNsrQS6oLfoK
bbEfEmSrfDManaXrQo4pexRMFfZjfXKjRw
bbfBDWTvWnJK7T1NTRHednYkhGyuVWNDD1
bbfgWxjsGPJmH84SYxr77vqUcVZFzjExcZ
bbfLWtU6vjGsQdY6nRDBYhRBVmZyqASM4B
bbfuEFHpeAPLgxQKktdiXh1GWEj8BgHSFr
bbFUjcLDW7PGLihGLibL9jctQksv2doAJ3
bbFVXpT1k2e1sNqFBqKKWRNnWSoB9JcFaL
bbfZefW6vvc9NGmtStJFeArReALg5QYAhv
bbg77mVtiMbsA1bW2xbWbtRX2eic1fCvLU
bbGaS8eWSBfYKU3ZSgoGZDufKHKBXryTW3
bbggztHgMTbmQPJLwReykrNTnZuSqzrzh6
bbGXjAya39FPQcagUmAxJMnbtJYct7DhWH
bbHAn4KoptzVDXQB3mnCcexDcu2jxcFjy4
bbhGVDB9Vt3aGVpVAcricchq1QH949h6Fb
bbHP17W534xjxVD1X6bWpRR3er3ynxAy4o
bbhRKQMy485JFiy7XHSDT4FAhAeNnqQYJF
bbHsRTueB6f7f2Gb9KSnGi8fkSDnJS78N2
bbHY2qVM6SyRchEaUVFz8jNDpr7FuVVRhp
bbhYqjzkG44uaSFNiQrS8c8DqsiVPnPu4u
bbHZrbvkMpGsnQ3tk1YpFmKTJ27QDknZBz
bbjgmAkTstNYUqndm3eQGj75AztLTrJ3pL
bbjitC7xmequaBnQGZ3KFL1g4wzj9qNx8y
bbjx24W37N8SNge9KH5uCDZ9VWbqkTCwsA
bbJYiBDRpV9uaek8EGLHG4YoURUtqi2Jae
bbK8uKbouucJMuGPSjRBkxc55deCajrQVv
bbKkXjhXTDTj5QfkAXLmL7ykoZrWipZuqY
bbKPXpy4J9qPDS7XFyPzERiMDRh3WJXQsv
bbLDCP8XwSY6qajWmcgpLQs5TLej3ZVDUU
bbLrXg2RVCHMrkW1imBCnPNe4aQygAVcTP
bbM2xPBADiQHSfXATe6yuJtStiYyz118d4
bbM8o8Brp9hNuguqSs838Z7MA2A79LatY3
bbmEjh8HAXQhxfoJ2mwUoVJ17uv6MNKczA
bbN7zwZNosMKkKkGHQ2hwn6ZrV5AAKiBtW
bbN8xnvNE2bnJNNoedMeXZ59hMbVAiamZQ
bbNneDXk6ywZiApVrgbJ4qdDMoFbpZnfDM
bbnzEpFmC82MGX18v72Rvwbo2wx8XYMFzG
bbo68x9SZ6JSzFKuCvndq5rwzGrjFuvtMY
bbp32iiTNxGccEmWfSSGsQXpJFJ2or1euw
bbP3TNBCLe9c89tDuyNr2peWJ6qXaTSog7
bbpdHwurN45pgwzGk18QaEGsyKCo4toy5a
bbPiKhEtLxtB9ks7DsRGMeBpivhoiA6w3e

bbpZF9DReXksaEeJawm9Ko1L6HooZKQu84
bbqMgayq8NqTN7ZJUoKnULwZvPQHEHZizW
bbrbKZkGkF9Ez7uxWAvEG4j8GSuaCtSXSD
bbRcZY9S2DrQhpQS2JoF46xS8beJnCuHgY
bbrEtmTcwwgeZmKXj99r7Brg35NB6hM6f8
bbRyNS74gCCoLDtLz4RJfKsPWnjgrqYq5Q
bbS1Af5QjGBC4CRqmaLvudyWF1bX5yUqrV
bbSaga7fZHDQBDdT7g5bsshompG8oNEgud
bbshmJ5FzshsVpsvdaCwDBh9mvGNwGhynC
bbSK1Tx2QacFMqtu9K3Dg5MihWvMMtWTAg
bbSxvfwAVRqynnpt1XVauCD7u3q8oKwHYd
bbt5ujCJQTdP6wpcW12rzEXZXCBBiTPYZX
bbT89gJMwMXQPh9nTMPbT891qX9kPNE3P6
bbt9m4kwefYtKYhimSFrKxRfz7hvgSM5Nz
bbtuJuzZHp9tHU7D39HQqJV43Wqa9dKdon
bbTVjeJREs3GaCekVWD2BuVbGqPv8DJsAj
bbU8ZYaEjeTPqAmLuGVh9H3G4wfmaBBd5g
bbUx8bKeLCpeS7VnUtKHGq5QLYpnCS2knd
bbUYWKCbUoJeCGdaEjTvwdRsGode9i5DdE
bbUz5i3XBWYrm5NsouMbWc3UFhc5pNuaFq
bbVPmnkUgKHbKMZbWaBskGdJkTo5HcfQm6
bbwa9kasVxGnUZWgYEGQogxf2j2qYwSTbo
bbwxe5jwqbeRYcdWVfyXcSjaESnUxeyC2A
bbX4dAKgqsqv9MBYn3sB8HYwUSBSb6C92G
bbxdhL1yt23fEEPBQ9bHZu5bKPB5SEQvus
bbXLQVGSGzFzf84FYycvHTZdyxgbgQAWua
bbxRrn6zeY6N8bA88zSuRrMbaBw2XKbRJQ
bbyzJSZ1FiuAQPnUohtVUgBCBiWBJpVYgk
bbZLZuPWZhn9TyVSABNQWHH4mwMcr8GfG9
bbZmbpVndt1UYVYJyRB96doNtAeTXboaH1
bbzTUEWUh9KTsD2wFQ22DRhRoF45LRHTm9
bc1tgCPEazvbdWoWNVENMvLPyfBpfXRda7
bc1Z7n6W1wgAHUUefTE6FELVEsxxvdwKa8
bc2RRUry9jWunFcxkowfMbAZdYxX6epC9U
bc3cQ1Ri8VsQKwFUPjYiPPXLmazAwX9s5e
bc3Kancv5eo1YGPYmdvQo8eWTQoj69KdRt
bCkg27QJaD6isMoVcF2U1C4sPchR5BRQnn
bCm6imGcyD2t8QJfKHZAKGeCSG3EJVS5Tf
bCm8BmuyHL6TQH26rPmweQx8mKBr2C3TEN
bCmmCL1MaQECRbdMjmraKTRpF75xmdDyY3
bCmPejGNo27whp4RMf3d4DL2vhwDiH4mZd
bCmtThmbphCupKDHimsyr9QHYdzB8TxpaP
bCn1te2ANtTJWJUzhE9xf7zRdJAfx8fbrM
bCnZaykrUAGjiaaoa9669wdk8wNZrtViEx
bCnzj45HqY8FzyX8RzoiSfaMnU3xeE3ype
bCo7erhqqkppnFhoDFgYrnZCAJfEJQJ7a3

bCo8HSXzvjQEo2773oESbx1WW44PiiewhE
bCpGPwokYr4h7XqKez9YU6zQNUrneYigPb
bCpzq1rWFxkpjmuDehL7Him1bwd9Co3ys9
bCqzubbqmorMJP3dJZrNT8h62xADHenSpG
bCrsZ8XPbzGnM9cjBUWgs9QTKXzjhTp1PC
bCsZezLTDJQ7HN3N1dKrxXTKZ92X17h9VF
bCt4suU4CNP26NzZvzFbCasHdMS3E9Hf8P
bCuBUa5pV6njFQnWHZfWfjKtZdjmTLtukD
bCuQyyM1LtQ631mDDujEFc4PoUKmzxd5AH
bCuShBuRCApYXRX6dnmoC8RzvcETe1QLXe
bCuuije6pSf5qKFmcPBy8ySxtSW1HwS67E
bCwp8BNJohtjyAUKCd4Vo8aASMkxzwuS1k
bCwxNrmUdQS76Lv9czpgGhKBFmSSj6WLSN
bCx11hEam1xf26g5234ctQvtBRReH9YHZB
bCxdTgdtkWZRtvDj7SUZ7DGe8nMcSx3zQV
bCxfMz8MGsgf13qqNuxeiRLu2dLhvEr7ZW
bCxk3bcpBht7NnhkU8SD7QBUnUhedfFHnv
bCxnmwC8Rwwphxbd1afUZNXJRrfTpjY7Fi
bCy3DYksRSnvMDwDdvPUuJsyiUCuU99MMD
bD1d9hp2bkauTRAn28mB6B1R13ZnfwU4fa
bD2JK7FzVmSzXN3HsmqxiXVsmpjVV5hJzC
bD2PN3a3GkKAM4dggNQGmcc2EnotJjJamo
bD3gZyprD2uK3iyeRmw3hoEbyXkW1BuXv4
bD3hHpo5beXm7ULyuPLWi7MfxHN1iac7UG
bD45MXVjfABNtKJMBgGrCust3HFZVbYKmL
bD5SH4dbGurx8y4oZpGhLj86hwUCvT7sNk
bD5TvdCuHZ3j5q52bXJdxKmTARR44SPS7S
bD5WQfUCwmZDtDR6TtEpkBbYFMoCYJvWk1
bD6em2kvwJe8tRuHtenne77G6b79m8FNvr
bD6QWhj83ekxVXfmGMWhDu964FGQZupjSj
bD7b23QbfY5aDZYJcBrYSTrJnfMEwAsiAf
bD7FfwznAAWrU2VsvZqhahP1deaUfGyR46
bD8fTW4AZGH7xkbGBMBPnk7NiVMuq88c3z
bD8VDpupmvgCCrrdjdroWeRnHaVUYCJe7x
bD8VevUtYqiyrAeMfcTyAYn6vPEyro5khG
bD9N1WgVgdNYdPjAjcJcCH6ZKucdTAJMev
bD9QU5uFMU7MuqepsAkmeEgZa1ucPcsK83
bD9UjRyhqZomsrUdwvATP6bxBVDC8G6Zeb
bDa6r92nS8EZq2EJmaRrccVQk1zp8xt6RE
bDaq61yqeyjJUuHgXCUCF9rU4ay7CtxEpW
bDbLnvmowQdgvrBodcJQBAkFLz446s2QeH
bDbm3tRVvdARJgeQfdduAB88jPe39du7wx
bDBVMFSmsbhCZJRdxZdwfPCnX1pY1vHvBy
bDcaR8gBjXt7SLxheWuntjovJX7uvZQcMQ
bDCnSUj36S3fcuFGVRu8ojZitsjwMYeqrR
bDCPmFZeGnUWRYt2gFBGMihJKxUJcJJMW9

13

bDcqnJjv1kwdEZHjTNhXYZqggKQUkDXMc9
bDdG3X9rNtdv48bGMNpPGX4hHvpVzJZYf7
bDdXaytNAdZah3kzB351giEmrn6MRJFU4J
bDE2KvvCtiKFJ4uiKBrbFnc5hzeicsQrtG
bDei9TNY8qbG1oWPbTYKYwSuxGL13Wdjnb
bDeo88RjRBM6vyAcyUHCeR9mrb9rFEFbzg
bDfCiBLLHhhNFeUDEh2JmvmzZFipkpweUc
bDFENTCNf6jU7qJEFK6gp5TEoGZZyXsDuU
bDfy4iKwvtFXnuaSEJDhPo4aMvpYiqPkwf
bDG6U5WfAcQNJjb6FVQT7yEHpFF7fuxQPi
bDGMqRUY8soGqCfbS36uesuabA1FYoYpbY
bDgmvasZcLioW7couj5UxejgjqJgSZXwAM
bDgUQ7buHbmAHZGFwmsxgDiLXKeg2aqjbW
bDinfrQ81Ssj1YosWmSmBQxuKEdZ9kk5tV
bDJkFR3yVHFCT1ZwwYMk9cdKk6gccch6DZ
bDju4FHGQ8QKFLTEHLV2PzgLGChp3xSPLZ
bDKLfdaeiGV3WQRBqXRbXJs9CPz5ZLjXGS
bDL1VMwjxNi3U1LE3DnFyKwxdaB6G59idi
bDLm59KsH4Xa6e9JQA2zXZqZiie4kSoP4B
bDmiMaKQP1rQbqF5rvaLdGW8n5reUwAie2
bDmm8RiK5Dc2MwmiR24vgySZB6vBUHAQeS
bDmS6CEQf9NhTd45hW2h8UcM3S9RhJc4jP
bDnAVuSfniAXTYzR3nrsnhSfms6AT3XTcy
bDNKrdW6iB6udLJRKS5VJACgDhfkv2ooXY
bDNN3Lzwm1kPtvK8B1UpDHoE1SUkWHXT9V
bDNRhqTrR9ZfSUugEr8yx8DXPs7oqeh8X1
bDp6EbG2mJyaNGTFUjNf57Xt9NjcxLydka
bDpAJtjQnQDxMrETXyR1k1RMhfF1LyoVeg
bDpMeG7HnB1EUpcNfrb737hXqQM1uqDrP4
bDpzttarSpuxjYFGWwV9Xw9uDQUy2pTC6t
bDqTyMADRXdKfoF7JpnKign53eKtccJMFR
bDQVQEUMWavsGeJF9Ga63DoS7yFTxx8U1A
bDR5imcEBSLsXiJFz928HZRNbn2Tij1Ca3
bDrFTkDjsxgjLsVFnPz5TZ3uD6m17uvSSa
bDRmLoM7DseLBNfTk1Rrm5tfTpSBUPvRw4
bDRn3NnHT1KwytGejZbsF9Z6LQDst1EX3G
bDRUg531iQWkyoyqUcXmGzNYQLbAvMp8W9
bDRYVvAcEU82N5HtjzUpou4MrYZESBy7we
bDrztDHM6WfRtAAn6Fdki92mdkUHiieQis
bDS7Acw8eqLGAizK9ttEUQ8WzghTAhkruD
bDSF9ipeZC81MTZo7PZUUXmRpmLB6qcDak
bDsNWoZ1LiXJy6paqNEGRaeChjci64mNrY
bDspec5zxAbxdXqGh9KZK3CoRQpJkLE1by
bDszjCW4HTbQ3tdd2qULhP565WC5bEj4kV
bDTcgQrBZDL5okQfZLw5M82ufBQXvgt7Nn
bDTviYj9XbqpYoqX5ddqkLJSMzhaBHEC8t

bDtx9F1wokC14cQz2EA1HcxqhxwCkmhwF4
bDuFfxec51Xh9YPdGDHDhwbbLAe7xdwWsQ
bDUVUFmtUZRTJqiS3DT3MwUMTYvD7bfe6o
bDUVY1sUmEStYDxk8Qwym7oMFUR14Mh3PR
bDUWxbAUkr7tCiKw2sHJFtHt257Wfz3wtt
bDVdatRtd1gQkUnqUdDony4PW4bMTvCpf3
bDVKmHtorgeEJarEpQzACa6oP6qjSiza33
bDvn6Yr4Nb1Fa9vWc2mAZaBTtRw5wFBLLR
bDWnbzibhS8JPDbLmaJjZu7HNdYFfy55Zj
bDya9N9S1V3RxPoBTHLYn6xAhCZtHm2ryD
bDyFJo4AwcJyu7NwZxc6DWa4TFUr1g7zNM
bDyguFDah5rhYkjLBXooa4Z9txCcUwC1rA
bDZaw4XaGZ5EUBJhpXyEEJ7rmvxuAto215
bE1Ab9NsMPiWT2w6s6GUzVHsYXHEtnQhUU
bE2QvxPR9HvUKnskS44CsufZV6k72b26kC
bE67woyZ8wwVHEXQuvk3AnLMaPVVZdNBur
bE6kRKfg7mrC1XXCS5eFkQ2eiU9ADR9V9A
bE7W6y65mM38wSgcQseek8ZeRxGUYsd2SN
bE98Cpq9cBCpy1SYYZ8RHhge1PBBqhKKZw
bE9QeR77DDPEcQh3mvGyikGWog7JeeErRA
bE9Y1eB2m2QJoy9h3mAp2odDUBLrju26w8
bEAFaDSqxiE6i4wa7byLyVt4Ybhr64QSVi
bEaR1R7jWi1VUe9MgjpvaYD71SHrWXYAFC
bEb8pQGo3PkQXT4BerPG1fsk3JYXBHvUEo
bEBQPLTMwgssPkYQXoyhoi3xapLfmbS7by
bEbRnrygvS5pXXgdymsoKaAsohxmAF6JEU
bEbX2sPDoBJSyGQUbZ3QQ8ffSkmWh5mCvQ
bEctmudNECcmSVsrfmXswzoLvYXqBTZBg5
bEdBHdRJNBHAHvFVdLkGfrxEMtLtZ51Lxw
bEDHw5FrpMMktF3kmPGJDkv8TZaxyskpM9
bEdRSzTZScHnHYyW47vMTk6wtseJwgUXZa
bEe3QgDxnPbjK2tTDT2vCAujCYS9Ux2mSS
bEE6wAqhtP12bt4hdsah5gYXQ1oSF1TUEk
bEE7rdD5jFsXwVYHPJM5EqNnD69v185xD5
bEE8vkCnGHVVPYEtWsXcV5JaH6LK5dnC3t
bEEpwK6qq2fkWZrqL1RaN3fPrVX8gTKRta
bEeYQCBUqhjcVCkCb2rTV3U4eEk7FzVbnq
bEF2efEV2bk44RY1wrNLVaA24XWQdakxff
bEfcc8KMg7uZtV1p9SYJJuocu5Q2p4YXtm
bEH81vAnEy3fv1cZUQKND7rQG1FEAm6aes
bEhXqxKvAemj4DWd3LzCwJxcjhNs7A9zxy
bEitAiGkg2BWTC54gwnsHzHHSVdHqaWCFz
bEJvbk9v9JayevWe8mAAiNx3x2UeNqWdxo
bEK17PoG8pmBiUQ2A79DBQvvSVG795JmF3
bEmddG5cVtzLzirH54hXH2DWwdXanvZZBU
bEn8VJF32mQC32umrstct6t8DmuE59EgzF

bDtx9F1wokC14cQz2EA1HcxqhxwCkmhwF4
bDuFfxec51Xh9YPdGDHDhwbbLAe7xdwWsQ
bDUVUFmtUZRTJqiS3DT3MwUMTYvD7bfe6o
bDUVY1sUmEStYDxk8Qwym7oMFUR14Mh3PR
bDUWxbAUkr7tCiKw2sHJFtHt257Wfz3wtt
bDVdatRtd1gQkUnqUdDony4PW4bMTvCpf3
bDVKmHtorgeEJarEpQzACa6oP6qjSiza33
bDvn6Yr4Nb1Fa9vWc2mAZaBTtRw5wFBLLR
bDWnbzibhS8JPDbLmaJjZu7HNdYFfy55Zj
bDya9N9S1V3RxPoBTHLYn6xAhCZtHm2ryD
bDyFJo4AwcJyu7NwZxc6DWa4TFUr1g7zNM
bDyguFDah5rhYkjLBXooa4Z9txCcUwC1rA
bDZaw4XaGZ5EUBJhpXyEEJ7rmvxuAto215
bE1Ab9NsMPiWT2w6s6GUzVHsYXHEtnQhUU
bE2QvxPR9HvUKnskS44CsufZV6k72b26kC
bE67woyZ8wwVHEXQuvk3AnLMaPVVZdNBur
bE6kRKfg7mrC1XXCS5eFkQ2eiU9ADR9V9A
bE7W6y65mM38wSgcQseek8ZeRxGUYsd2SN
bE98Cpq9cBCpy1SYYZ8RHhge1PBBqhKKZw
bE9QeR77DDPEcQh3mvGyikGWog7JeeErRA
bE9Y1eB2m2QJoy9h3mAp2odDUBLrju26w8
bEAFaDSqxiE6i4wa7byLyVt4Ybhr64QSVi
bEaR1R7jWi1VUe9MgjpvaYD71SHrWXYAFC
bEb8pQGo3PkQXT4BerPG1fsk3JYXBHvUEo
bEBQPLTMwgssPkYQXoyhoi3xapLfmbS7by
bEbRnrygvS5pXXgdymsoKaAsohxmAF6JEU
bEbX2sPDoBJSyGQUbZ3QQ8ffSkmWh5mCvQ
bEctmudNECcmSVsrfmXswzoLvYXqBTZBg5
bEdBHdRJNBHAHvFVdLkGfrxEMtLtZ51Lxw
bEDHw5FrpMMktF3kmPGJDkv8TZaxyskpM9
bEdRSzTZScHnHYyW47vMTk6wtseJwgUXZa
bEe3QgDxnPbjK2tTDT2vCAujCYS9Ux2mSS
bEE6wAqhtP12bt4hdsah5gYXQ1oSF1TUEk
bEE7rdD5jFsXwVYHPJM5EqNnD69v185xD5
bEE8vkCnGHVVPYEtWsXcV5JaH6LK5dnC3t
bEEpwK6qq2fkWZrqL1RaN3fPrVX8gTKRta
bEeYQCBUqhjcVCkCb2rTV3U4eEk7FzVbnq
bEF2efEV2bk44RY1wrNLVaA24XWQdakxff
bEfcc8KMg7uZtV1p9SYJJuocu5Q2p4YXtm
bEH81vAnEy3fv1cZUQKND7rQG1FEAm6aes
bEhXqxKvAemj4DWd3LzCwJxcjhNs7A9zxy
bEitAiGkg2BWTC54gwnsHzHHSVdHqaWCFz
bEJvbk9v9JayevWe8mAAiNx3x2UeNqWdxo
bEK17PoG8pmBiUQ2A79DBQvvSVG795JmF3
bEmddG5cVtzLzirH54hXH2DWwdXanvZZBU
bEn8VJF32mQC32umrstct6t8DmuE59EgzF

bENWM3SwmL7EALSiMkVubzznU8Ww7iKQD9
bENyjZGZ72yjjwSx7r6JN2Hqh2VQmwq3jh
bEo894DRi3DB7nJRm5iScR1FUs3KMEAjvD
bEp4gtq1av3nPjQJzdqhwR28xtGFuM2XiC
bEPBTMzM18X1q4oMFbgoRdSakCs66b2oFF
bEpdyNjQpoDvLcbixHaQSNfk2KeJhyQ5EB
bEPyaoxbaiToof1qffsf9STCnTrry1sGsi
bEqdKFwdYVjncFasYBJrUP9wjkXgRf5W1f
bEQnAo7jRED5oGAoVv3Jb9RxmrCLrYFnfF
bEQNp9JfBHp3zAjaS5MWnkyiD3cgoVi3pU
bEqYFNeaivopgWcA2cZwmCoTXCswHmX3Nx
bErrZB3XDqDxM9Dj9sgwwphbUTBhBzdmyQ
bES9gvnHBEa6nCRsXvdgCnh2iEUDPQ36id
bES9VzV1WQonpBUPACbGetNwVrEk1iqUDP
bEScEb4NS3btjyyKCbAXeyq1aD8cyN97G9
bESoRevFqKQNoAVYj5UGqpUvFGP3RMFZpJ
bEtb5ixAr44J9i8bfpkHPAZdT2eVABwRKU
bEUYNvgT5QcVygVHdUPFUoETjLLzpJK1KQ
bEVh4btmFRDcGBRxe3ZBuWi9dBJR4k5Jqj
bEVoLGqczjg933wLK7mUtSSaqHY4X1iHBY
bEwAkatPi8K2YNwWSHYB1cnoj96a9t7EPt
bEwRThUwX3Hsv5it23DnPj7aumdwASkgQS
bEWuYbYRDDdjxLRCLK1ZHfj8TNFicTkjxi
bExTUWsBhevoTucCGaSZDqQX7phE9Mw94m
bEYec7FegNrMX6BeQGpZLwdt3it4ePaqXL
bEyKAkSgTxQNSj7xpAGA8b4rSBiL2Z3fxj
bEZ3kGnx8i5xBuPgwXemxVbLykA8WaGADP
bEZJJmMB4ezGojMXBBBEu9RurVdbbbzStv
bEznuYtVmA5jAr2gRbcSxoJavFDj3MvYGA
bEZpFL5Jr6ffPCHBMxdPVkAo4F2Worqovo
bEZsnaKSt3cqt2GwV36PwRULZgXs9dyJHA
bF18FpJvCc2SyCMhjxNLvmRtnSn3BDXBnq
bF1FX4kPG3sy3QYn4NBBYRgzDNAt6ha6Er
bF2UvSEYLD1ddbrE9orurcrcnsmMo2AQMD
bF2zF3pqAvFXz7G5fX6enbDXBD97DhkM4y
bF3HXTxFTMRX2PpDKnUtZpF9A4GRbHwSEY
bF3pqNTwsvgDfPzZVTiNUEz7EemYyvKxuh
bF3x8Qu8DXsxQJozYVwzZUCAL2vhRVJLmu
bF4eMSWAdgd7G5pPsDa1uybbpjEY74C2LX
bF4Zd1Uw4CWPeRJfmEEXfCdaWHkboH5bNn
bF54SXkPnp9C89s2d3iRsrnns5w8xdiQr1
bF5drh26RUpLdTbNxFMz7iFguzpTRnPa7X
bF5QFVkTuCuR3friGbKFnvtxdhLfzVuNv7
bF6HDRPWddmj3h2YUztguNWiuMwJCE1fzk
bF6YUSUTVMWRoTu5SFzYsbkQiLSsRM7x3v
bF7muX5tbEqtSr3rRQJcWUzRoSdhCz9xF3

bF7Vpd1HE5FSUaEjxnCAJstDuxn9zh6ohC
bF7z8qKqHBNejU7YX7MfX8BTPtzZVoPkZC
bF8jBESyukR6uUWMx9duoEeeVdPGumeDq8
bF8pQJiBSSe91F8LUBpK8Jdf4bLmCvvhoG
bF8qhnLvF2eK9ZojQ4D6abEj2q58TGKTgt
bF8ry8Vey2Yzw8wuUNDvbEzfBhgNGsuheq
bF8VMqJ36cgY5BxQQGZhUkAZY1uiUwsFbC
bF8YMszPKofFFMchajEscaiGoLXEhvFUbe
bF9L8XWxCkt2H32A7T7BLV8bweDYdPKjPp
bFAFUXbdHWWN4KMR86YuztJ4FTwhdhLv6J
bFaqjhJmcLJxEMQsa6J893yKYEVNQU5GTj
bFavQgWJQ3Bra3dSQtVdfZjEA9w6ncEdQV
bFAxbrxg9Xe653SFjM3VuCDbBswEQogBWU
bFbpCPE6CoegabU2f7ag97gVemB267YwDp
bFbWhYu5zNfHAX8FQFPYjsZxaucDGAbqSK
bFCgbpGhqLxa4EPqEaRYzX92Yt3KFyrmsQ
bFChTCk5LMNTDxiDbAQZDC3b943MRwGwg5
bFCmut7kYnLkmMHZZKFaAcJzKR1s1dHzun
bFdbHCKZ4m7k3c5129NbVCaMu4rFkygQbE
bFdK1aw1f6nHZd4RBe4NAjUFZT4pHtPA7p
bFDNjSGZu9THKR8zTy4iY262oYEK2cb5GA
bFDqke8Lvx7wWCVa6t1pqRpzjgkshTCJNG
bFEEU5oKv6bUy2sUjpgiBnP45DwPJbRCwV
bFeZ7WuNMDbszq5UWU7U6AiPhhb6pzZQY4
bFF9x1vyFTYx8VYv1uGgJwLrAKaoDbgB6f
bFfK6Ni8bLHbx4qEu3TDVQYBLG34n2aM1o
bFfP5WWtwa6pm7uyArLVusDvUcQgakc73v
bFfqe2TfaLRvM7zffj4TjZetBrfXhyAz3R
bFFwMMvgjjHK3yuR7nM8iK1Dh2x5kg9dmC
bFfXrRoJUf7WV5UZeEHDbyXN5ksDmqW9Mq
bFGfXTRFU1DPJQ4aMFtp5s3bhy9rAY2UxJ
bFGXtRS6TPdMiCEmVc7XpLSPehCV5pXLyc
bFhR2rYVs77Esobk5MC5fetinvLoUBxtVj
bFhTafy5GWVcVYh43ouBZ7UUDNZCzZ3PfD
bFhTVTgAXymjW7nojwxM5w5oppk8g184cF
bFicXJcDVqUB8KadgCLVXrTYcsh74rzx2p
bFiFcao818CBQAR4Rc7BfANfw5BtCrEq6s
bFJexa2dtE9TBkDz179aChrybgQe47LqsW
bFjr8ncsusojrWGhuMJ3CRoqc9pbHLaBTv
bFJZMsLrJtX74gHRYPpfJPAytqEUxgTSgp
bFK9iVxzB1ytjtPFKtMaqAX6Jrso3dwLcY
bFKLVDum1KmYUwhYRNhVyCekFzKT9BtwPu
bFL2A9uPfs2GdUCpLNBPyj8YT3qRZ11cjq
bFLfvGcfDqsyHyZdrjPXTTLQaBD5X4bXyQ
bFLrL3KshA5qWCz9DVGGX1zwXbK2CyahHq
bFLtEf9wi5iQ2RQpoxWzPQ4htAu5o8K7wa

bFM9ZbAup6kb9FeLqN9EKziZReASMHXM2Y
bFmaWyjvnsqEsCHukARcMwMbRa8q2CgxQh
bFmcqbuzT3KCyabLZtpCac6fKGSzkkmPU6
bFmZ4tFRe8gXp6qduF2ZmGvFJX4MkhCWnY
bFNEFUuM2HtkHJUAcM1U8Uh3QfPy2gN2uP
bFNFT2We1pV3ickKWdnqKoFhhFsm5Knb1x
bFNXKSdrpvn6JZMGyXdoUH4Y8dfAwvFa8d
bFoDo2DLfWDtVPBRVbdJvoKtpwZchxHetg
bFowHTr8mAmnmp5ZWigc4ZxSnxoxEgbNc7
bFP2FnU3XuF2MQkCoSdkHf9PgdgwAkt75R
bFPbPvyp3iBNKwCRFCKMAi9J6pabYr89mn
bFpG7pQVY5PuNPZ2289Szp3rEgedqRAz9a
bFPHSHTdVe4L1peuzpYnPK5x2kooTcR8cD
bFpV9xobgjXfUUbqPnbn87mebXeaHZxUF6
bFPvnh9D1XBBxNACD4QLKwPqnT6DdRaecb
bFQBLj1wPekVDyyy9fGaNSY3jZskLKZVAi
bFQpmrA3eSj5QNSVSr1GJuTTR9YwrudFWy
bFQUfDy2bbNqwzn63SgAHB6iR4ds3B2SGL
bFqYygzFAU6tUqtjqfBDkFHkwKcQhUpknK
bFrKrid27yrTCyz9ssMMApyeR7NNWfBirZ
bFS9gEN1NEkxxn3bwKAmLWdEozctLBN9qS
bFSKkb8ZW2nSgFsCkCGwH6tHJthvAa5JUJ
bFSmd9xfgw1HYnDp5oUCSUG97v2ssYZXaE
bFSxb1hWkY8fSAywu5wAdpGasBRkU4LcGu
bFT573ixdENzDo4FWmRXiNehdPsU9us5w2
bFT9CDRgTcdUhu3yYBXbkw7Rs3ocnb4Znk
bFtHgg3HPYYNkbMjJNhtwoMTX2wsR6uo47
bFtXDJYgYa78ZZzgGoVH76jGGZnydpJpQc
bFU129ky8Wrp5WKgWSQwa7QQpoGWv9RQnr
bFutKLy8CbutUsrS9qyRkcHUTvjN97Vo7c
bFv4wvZs2z2fBfmaHoLsuMYMuTsGZWn9fo
bFV8kDEoc3EfDFN5VRfWSAVuFNvdCKmXhC
bFVdhyccezybzwwQaat8b1uv7yRkC1mCF8
bFvKBVtZDHhLbLzFfCMMFxixVnJFXZqA2t
bFvkdHg6WomMqMmEjYvLPgo58gLMJVoqbA
bFvMyQrzFWSDWaA282S4hoQxXUvdAx97rk
bFVVgjE2Cb9mjfgtyKaRQvpitYveZqrJf6
bFW6AU1PNaYRPwFmrbBEBJVrDWdms1hzHM
bFWAJ6npkJMDPeBVt2TzvpLjQibY2XtyaJ
bFWD5UYPctiZtWFEECgwyugmuxWZEAvsuz
bFwfDjvnpjApuUVegnk8nPcP1iXHtsygfS
bFWoxs1WD3WF73BtrCAtTqzDGzxAnSyKu2
bFWQaB4bBecR5R3UBCpvQ4z2JNjbWZaeTD
bFwqab7GdNuW2TZP2d46ovaoCJRz14XRzy
bFWYCqhxs2m6DRPZa6tE7G2cDy7MFUaoPG
bFXrGD4kzzSCWETDoXVps2eKACS6zp5W8u

bFy9efQ6wPHerUNT9SF3AwjdTFbDGwD6wQ
bFYds8jKswVJjKKRpEu9ueJhomjKq24RSF
bFyHqcs9byzY3Zj4M6Cuc2thj368EyVKqg
bFYhytZbtETSJXvdWsBApPkfetgVE9wHFR
bFyiUvR5YYD6sH2D2AzM6Xsnhns1CWgbZu
bFzoJvMryVFXNttru4SAZ1S1L26t1uBYT9
bFzyMKrQRZTVQF3Z7pe9bcYRuT6QPrvg6c
bG1Fg6yd342XrEJ5pXdgFLThZfydbtdu5j
bG1mhQPpQi2GEAgYvyA5i6NtPidEPCgLfs
bG2QWnGp5QHsiCBFfLE4YL5fxUvpqrEUgU
bG4caEoXR7GX9YdRMEK1gKzJ6WVDdGCZgS
bG4jZkSQ4cg2ZZUxDjbznfhUVHC2MB9VuH
bG5k5ktpn6NyqnaL99vogoBdW9Xfxhuvv4
bG6Q4pS64KpmYmoS3R1wdxJTg4ntBepW3Z
bG8dYqv3e7RgDzeaGVBivAkZzNZKBQm3dV
bG8mHvoQV5wjpfwL8nwi74cVeRKqh7NGDE
bG9bDFk2SfmZcygETuRwuthYxrQUjaaSFr
bG9c9XwvHa17T7931xctTqKSNbgog2Gd4v
bG9wCMUJa1fBZFedNeiEyWvrapT9b4urP6
bGA5YZtxkiey1v5xr3bhCT1GKxKDkZHsL3
bGADtanwwVgWMiy7iM7BWXatYNmdjkRM3h
bGAfhh4d4yYDa1qQETmXTk4moA1djy4k3J
bGAnWP5ChZXm3379VuctLcfJwrC9YJktB6
bGAQxLncMHuaboQAtvQoYpoNoFcAkuhbD5
bGB24k5nqKrwttYEWtXRdjPogjHAAdgkN6
bGb4W9MwzNYEudVCvzd1Vco6W2bq5uqgkk
bGBgkduy1rg5ks9aHqUZWfN9DFjATPAM8Q
bGBnRG5GFg37MNk11FLbjPdWmbFv5Cdnex
bGBQen6kowRpnbJa9LnJoAcjxcwLo8DrPh
bGBtZv8vYcSS4Y9u3Yfph6fsHPLxCSZ7Gg
bGcAEnsdnqU7YiiiqTVjSSW1BbHkQ5t76M
bGcLESKy2jenuPiMmnGjWjmFGX6iD6wtBL
bGdJdvGUzNTA8i9rQL9HbuTvFzvaH64omU
bGeprHGcJekS39PUokgZwgH6VE3izyUhte
bGeseshBVDD4TWEfYuSUb396odcTHD48EQ
bGEWg4fYSjuK4UgFjixjTkPghJsPd93V3j
bGeXkS4xUn7Si7Hng9HoU7EcYGm5aDi5UJ
bGEyHDQgipV17Mu4enkq8pF2ZYb16NJidK
bGF4crEstjsErTYUu7FWCGNSJt1k5JqKDV
bGf855XL5zaHCt8aqx1jg15x6pDRnxHunK
bGFFpG7Semc5Wt1xjFLKqx8xaSkGGbKRB6
bGfi9GJXVYRLHGH7bU7bAeGHKkNTHxbLrV
bGfLzMoYf4FcZW9TKh84Rspy5mYQfFN72s
bGg4dZK75xv29aK8LUBa4bfNZhnVBTxXyp
bGgagX8HXdW8ES5xFa3KYVpNKwzde19qTV
bGGVEU3vBQ2oggPMGKnwcMytQMWGpfkvui

bGh3K2aeYHxmx8zt9cgNCV6qWavNEk5pzE
bGhbsSqWcqA5t6rhBcuwKNm7pU8AP5gbkV
bGhhxsYrXQxNH4h5yEDu3XjDHiGwibBiKc
bGiJBesQc7gcnLrdt5y3jd7Kcxu8DheLfd
bGiNzsUrRVoWoeXe2YsKm1aZ7N58APZ6zw
bGioW3QRGQhmqgbDEFwbYma8pstYR7jUUo
bGJhinYBjhmWcJHwUv55iXnHRUCLu6LCj2
bGJLsHFrQF6Mtn765tngnA24GgQZvLf8X2
bGJqZXm8Uqiy9uDQ4DFQho6M3WtiZLEEGm
bGJw1P1BAUpXNWDqPHjAmUJtHNoGL8mRXq
bGkcVGbMQxtJpbbGhpKykypb9u5QUJa5e6
bGkfxYZMyZ9SUqqTdDSDYrNrwLRxRNWSr3
bGLmffpeqckKMqz6tZrsNKv6L6oEpQVFSm
bGMGfSfx46HSFFFHCgX2ErNQMET3Bgawhp
bGmhnDYF3QDhQQwT9fJoDYchQqMgivVDpo
bGmmXrsXbCREcZ8Pp993JZVPLkskfUtJxW
bGMRYrgfc9x3qo1rr3jeLChQ3M5Gj2DspC
bGNswsoUxafztkPrDY4R68RepSipVnET23
bGp3PaW5A91ZPN6tCULg41dBgozEbySUFQ
bGpXKC1pife9XTDj5oixsbKTHp27fvgumz
bGqa5JCXzeHQSKB86TYgjWxuExftP2CRfL
bGQhS9AKU2ucNK1gaGCRoneijQnX8eVNa3
bGQk84iF5BT68fzvL3X8TDn9DMn5REcQpk
bGQKhWMzNwZ6HkYExabefpWoTEvSQvAoBk
bGQo4jjr9KAL3FTPZUxcZssH14kwC4su96
bGqXYztRtjyfyWNaoCmiYdQiauUYzXeB77
bGR5YoHVtpTCrwbjL8wCRuY5qtQy5NSfCy
bGr65eicxDGDYEQrxCrXosXdz1ivTHbNmY
bGRC5moE3hQkYWyVXkPidKqXdCGpHTGhoq
bGRRxZCtTzBt5yAdBc1HJKGGT6mmFm2tnR
bGRSE3PC5gb2YspdhTKsYwvmsjPMPJV6ss
bGRuF9S58AKLUSYyLukRuJQymSWPKhgrwj
bGSDw4hu1VxiFdDmUQbCsVT2QzpaNSmLsb
bGSVg4QdSeCxfLpNErXLn9AtEHAeS594AM
bGT6MHCZ6oSZscur2Mn3ZW2RSbXn679ZDe
bGtbgYkyGYwacz63VUFKJh6WkKYJchfxVH
bGtduB79jcMw2ThXZgLRoSPDssuiQ2NCWr
bGTEpN2yYchCXv6Arm6TXLJDERMLLzoSAJ
bGTMjXLq4v8No5o7BvK9tp5xv76meQup1j
bGtms2tEAHsLdTxE3fyqvfwbn9XwzfZtmX
bGTsPFbRqqSsNfPPDeCvuNmhmK5m2C7UNu
bGtuopwyVCUoS5yQjSxyWGvRTYEpeDq9Yb
bGtWNrate7AuUJXyP8UQCAB1Hq1A8e6j9v
bGu3uNwPgt1QpAMz1jaToGX9iUHEmipUfV
bGu8bPYvCgdZxXr4c7EXrQWT4oiDWvDA5Q
bGU9F9LXT2AaCKLxrgtiZraTNrqmWpPUop

```
bGUQ287krTLtToNvqeUosB4fcQYBTkzRCZ
bGUv5sjkNXwXsq1eAQTVZ4zL3xKQ6HxhD2
bGv4bEJPJXd7YhJNSscZNoKyeoRVjg4Bty
bGV9FvLN2GAdDaGJ48G4k6QxKPFnyTLidy
bGV9WWHDe2TYRq8ad6PHBfHpkhuKAkhGBw
bGvcw4eZF5GFKSo7MnZkedimhWonE4kAQ4
bGvekMg48hAX1FV1qPTfgF9HHxUA2ht1GP
bGVX4ESNstio7gQWJz3VhGY2XpL5ZWMVEF
bGW2GjSi8meEovJBsS8eGkgX1a2hQ8dQsQ
bGw3iRUXAsxjdse4ZAy9Mz3npDqUd1RiZJ
bGWKALkuFdJZSqbVinQ78UBmoxtfuN1GLK
bGxeG5M7XEB3vjpZM1Qa7Lc8FnN1no3qT5
bGXpMAf1xukcohBt3sxxsL9XUT5z7r25kB
bGYfueNVerN8FyhaGdKT78A5tj7JL31Mc2
bGykjxDe49oBg8LsZgPEV36kokRcq2dnaU
bGYriULQcF2UaqfMcv2ZbA6AehttT8SZRf
bGZHafxrcPyK1QtFnLKEAVNWy1oE5HtVuV
bGzPc7szxTM6f91uGDoHwFbgCAUKbfdRBA
bH1Q4HBo79saWnBUMKar24rqTy4oUktV1o
bH1Rb5LqhfNd3YhefzFDvyVZu5Ae6oMLFv
bH1YdQi2hxfGUPwPMXN7PFTAhioXLNq3Ww
bH2697463sxRdebFZgBobQjUrD4Am5cA9c
bH2ehtmJ1DXaVE8b14fyN8P1FA1L9YBjW6
bH3dCG4FW2mYPjq1wrFTQxDeBDbUFPLkZf
bH3rhLnqumFYPydtpoZohmbL4g3AQZwo9R
bH3ZAvXK4sJKz4iSysHWKJatYKnPmT3r8J
bH5GKFbvESwFtCxprod2o5tcETpyYwPkTj
bH5TfgfJCTyUs9Cp4wmYsX1UCfen2Q5qn8
bH6dqRwAbYq3Ro4pRGqQEDn6es6JZyCcLL
bH6F44bvuPBtKapGRsSvcZPpjMTNcwuJxq
bH6kJRe2ij3yJCdP7S9u8MJ6nscecaoSqY
bH7SMgfUnwobDCXtQVC1zvia5DaqZ8MZaC
bH82S1Tu2Y4JUc4QfxDoj8p2pFx8CsgaxW
bH9AUFS4EUMca6xQLz3wkGEPdmxtrJEjLo
bH9xxTUPLpbEbJW9gzdX6jYFqv1eaphA1c
bHa3Mh7xsgA11mrBBfRh8cPdtJ84ieFTuW
bHa9J7PRM3ezB2YBzaBtzSbgE2GvBBJUg8
bHAznEpYJVJkZtX8sQyMtuDuRbHRppTjYF
bHb66NBJfioPu4E2KWRTPFgE6ZB8sqjvhE
bHbfvF9YqwvxstScmBaM34fvW4rSMo7VGY
bHBhKJfgTrTdUgSDNZjGsNzSZPGx1BDhTg
bHBHynNiGvJ5a3XsCeBoAam2x9mrKe9gP4
bHC2pyrihEziZyYWCEiTpjx1RM6bpD17Sr
bHcD8DLaeiDQ8wZnM5mQ52L4atqcupqf8M
bHcpj8TZDNPPbCsVUQ7CVRDxSuwakjSdiN
bHD74pbzA4FiMyFV86AR6KettLEYdCmTzg
```

bHdbptBg61DdHxTZFa3b5py83qNDA9dU6M
bHDrvpoNWMJHGvKpktzrAdz5EhLjEMPzDu
bHE5qMNKpnShNyHx6E66SC767nQun6pv62
bHEoQwoc5gxZmyw5CS95qkaoWRjndhTQMY
bHeQvADgvKVJ4BX1Hh3rTmnq7KYHaw2CtW
bHFJDYcJv4fakNasAWbP7UUNL4m9Ygv8eN
bHFjGb5hxs4nJs7LPRhNfCjA8LNBiU73HW
bHFwZVcdsX8ruLpRvgeJThwgNYUToPkdRu
bHG79ffMopjQDA2cfCbpjvP5rVLjbfAEME
bHgdMv8D3pD2YdoU3PW3h94AgvLakixEsq
bHGQ5fgWzg19QHT724VFqLodYrx5CzsyiP
bHgqBuPyXBwn1RspwikyHUH1gSTDTewDfV
bHGs9B8QqctqJNizzK9uMknXJ2fs2Ut6HA
bHgz7uEkpVsWf7ZJTZqDduRzAfK7GsEMMH
bHhbWotXwuiLSxaB1AazM46v4oSdLRX826
bHisCkeSzDyK2Mzr1QAsBeWq46sxzfpyfJ
bHiuXvN1bd44uZEN2iNbMKoQKNwehEvPjM
bHjbNQWKW54s79hEQgnzLSPo59fEMFGYQa
bHjcNocTy6mAenfxUJs86v7DukSwK9hyiA
bHkisPs875T4xiP1MinPyAd6UzbU1myTRX
bHLACddhiGpEyzU7kPTz2h96aTpiWPRHFm
bHLk8enKg8DnHocusG8JcKJyqitizSWtWn
bHLoTgn9zEPocLf8AB3T8TmYH6wgNWVU5d
bHM68XoQY6CgFconyWqDHGPH75MtsWrFKb
bHmiXyZufCD5DaVs9HCUWLi45Qf7zfB66c
bHMN627cKXrE68FksJntuf1hcJH1hs9b6a
bHMSAQ88T4N3WgAPBtuWimys7q6G8EaH5T
bHMvNigBCWoWrC1e8peBeFnGJGtQxmzV4d
bHN6YQKvNvvswKGmJ3p7c7Wrwk5ZZm73z2
bHnAUph9fUFyZfAtAmPwjxvjBYibkCJMzp
bHNkpkNUKwKeMXWu3AK3oyD3KMyLdgP9Zf
bHNui89KFowBEwusKvZXBQE5koDx64GCnb
bHoanf2DBPXE6pACsqFQhgSmPunjJVH6XU
bHpNXaGXz2Am1wLinxcjXHrjvdVAa7EpnB
bHpRrTFXJSZycF3pAzzdt4DMJfDXUykaoV
bHPyyywrbA5DhFWXwaCMAY1p7z5KmJ3K2q
bHQoWzwt4CeLDpQmAKvypqyFyTqFhUVR73
bHqw3hf1UYqJ8wM2VcG8k3az7UUPu8Mxbe
bHr6p1DaU4E9aiSr175N9Rf6CYQBHyKQAv
bHrBZKRXtd388y3uMaqR73KQJueRpcML1P
bHS5f5z39pn1MYsbNBHaXee8cmcDterAJj
bHSHKuMLKJMGCJotwqRSGw2SBzXP1TEgDu
bHsMMwgFoA2a3PpMsYzYdD6UqYxpbMLgdB
bHsZc5nUnEP8rVUJi2yNPbjXuUCYRN1yjn
bHTBoYWszYhnm9DCQMAPWdGV49uBVAYrBj
bHte8gmowVSkZTL17fbHWuufj6YME5cbSs

bHthY6AtVhPU9Tm46bFmUemYb3Rd4MaJ23
bHtVcpz9bvjpXdofeS62CtQSda4B3TjcPb
bHTywdou6wSc6vLJosVf4NWRe46etjkuQz
bHUfZSKkhBhVa7gSXDV9McZ4t8XSNyDXhU
bHUkck9bhH267vAqeRf3jyLj6qQhNJJGgR
bHuNuXCeCwWrdZcbQ1Vu4zpXtwNpeR3edv
bHunVbPvbVs8qC7TwEQ4Asr5f1MU6yKAkX
bHuvBUA8UzUjVAiSxWC1U12tAR5THXX8S9
bHvCeLHixN8sEkasrYYtsBsuc8DUZPKfMN
bHvmbg5RU5RzFXuyVCAzNkNFmzPX3aAiDq
bHVQNmAZ3Jbdgcx213Bjq7LQkpeFa5ckTK
bHwJastFoQekHPqHgbHeiWV1wK1g2ZWusL
bHwnp7az835bK3HALAddqvuR396utDQVHS
bHX7byy9wHBiu6H3naDS2SCjhHkr7HZmcp
bHX8bHQ89Dgxx9ttsJDgQExmHgEAb44kaj
bHxFunJNaN6P36MMbHnfw4Fhgqgx3ckv3p
bHXyy3Zno2p99QtFgQdo9EWFkyAWFV191g
bHyNmrdojMoB5txGPriTBVvSNXzPxLG5zh
bHYZLgfyHXe7y8HGxb3ygb65q6nLXmLpA1
bHz3LpVcuadmbK8g6VVUszF9jjH4pxG2Ct
bHZ67b7Gzozx17bqqibg4DPLmbhGFynjBv
bHzJ9bcEsYb5AtaF9dvtiEre7VXm2177jV
bHZmhjBnExwK6D1PjxKmuDHpTawef7DdsJ
bJ1oDhoqEzGLXLruh5eCg4ftUuVzndJBUV
bJ1yzC8jrpaZWejG2G8Rmmh6Ae6E8tzxDJ
bJ2qshWKu9LV8BDNeJLKM7vvs5T8y4ZQki
bJ2rfFFV9Z7BinFTtRxzV3JDCWLtWvCtwK
bJ33DcXMJSi4ZMJqMLv8i1pGAk55YkSsgi
bJ5Vez21GHk5141i4uTJNor7MeZ3v7wYtj
bJ6hRpGtUND3y1Dnfm7ggmD7ca4ovWzNE4
bJ6PbeM7NYRkgMRjBjKtsqCGYucWwevRc6
bJ761KT78rmdJLPqzF51aVLYkDCDdx5Am6
bJ8EyApz1Kp9pArUUGFkfKSjPTMfAGaC6m
bJ8uzEudB4mwptQ9D57W3dz4oS2W1So4tp
bJ9ruPNN4Zeb2ofmYQNoitP6YKng4NWxU4
bJ9s6WKkHDjMKBH3y13fSbZne4okaQhZZf
bJA9zgXuZg3oNJ6UhfvBG5nKV1tdHpPBJ8
bJAhHyFUN4SRUykz5RjnQUTW4vryVBnroh
bJAYg5TbrmN7jtdcVF72RNQSpXEftzSffU
bJBAao5SQLtFAimYXVQENqW4qRTHDRRn1T
bJBAQZnyQ1d6dLQJvh5VuFmM7d1SMzEzmb
bJbi9sB7SQabMK8HeNzxnPxvYBbGaWv556
bJBjyUKjFzSBUZYqSrycMEn2af3FQuPwcq
bJbTs6QwRCjhCSNk1v1ijgotsMe28TY72H
bJcPnZPG5Ktop7oZapc36QUCcDy3gsVrJt
bJcwb7Q1dKYCgiKrnxSSWgJwC5EXD7DXod

bJD3uJk77KEGEG7QgD1qEUChtFjjYndkxc
bJdR98xFL7wEGsPMiWSKifdnAVgLnopjgu
bJdu4DK4SNcTGPWgPWRT9RaYbC4cxSssiK
bJEoNsVq8PbNouk2Qryd6wVbYUV4ZPmTFR
bJfWUiaABddYeFBsH9D9TtE6F9XPFBhnxh
bJGEJLuCeNp35ikTBGspvSpwHx4s2mSP6V
bJGnFHdFXLixWskLg92WGiVUatAQgqifjK
bJgRy1dAhNNpqKsi3Jf4WBQ6wzDFwXsaPX
bJgsLivoM1zer7pi8EG2hvjumGM7Ddsgkt
bJH2Zdn1NNuCRtgo82e6EBAEbtKeugNjHG
bJHe5MAPwXdLvwRpuQgShGGMwdFUaSMCdE
bJHYMAsYXip7s5bJnPrXHVkGeTFKEfMvon
bJizV3RdWuCHLNJZ99udMC6ndmDbr2fw6M
bJKePkNTtgmVcV2BqHhKUGEcc4NHE5ZUaA
bJkhVZ4vkdRvYxaQNc9YwWYveaE42GqYZN
bJkRx2y4LRcQCTjjCLrvrw777d1jS361J8
bJLBc98fgRP2sd1PZiAtcJZw67kgXEjn5J
bJLCNzcDB3zZUZWpUfwyZWtRbKvmGuXus9
bJmhRD3qnPQteHKQAvFJEmCsB1LdmSLb86
bJMqkydCNVRpS5tagwqP2kht6AM5u2qXNp
bJN3HicKNrrnkY6aa7m2ciMLpNbfPzbgmx
bJNEQcAdmLgxV8cTvE94WtQxL5sjNtmEgn
bJnQ3uu9Jid16XzMcALsZfuSvpiKP8Rro1
bJnTvYDCNS6eP4dn4TE8qCsFFoNgaiXxqF
bJoitbtqNnpT353hPke8yPZnHokM46AXVr
bJoomaq3bFGN9wzQJJL1rVNgJ4nHrvaKnn
bJp8eMU9yQXHDsvkNhRH8ovzM4qwFBz1yj
bJpj5XX4H4P6u7L9qTPSwKCkm5G18M38E3
bJpkXmAYeAhos99sMfgXfA9qg9yrawgph3
bJPZVTeUikKgFyH3vhWuxzpwqEjPKiVLRV
bJQ39iWUu1FDuK4sH6Tayo38duw2v6KnUE
bJq44QsfL2ELAn1G9yvf98dcdkXBqwTL1D
bJq6kZsQKuwxirnFjUcWemLoqepNURqf3L
bJqLajnxk8tUNs1noxcHwvhFottsfRZ7rX
bJqZYdGGvwcmVPg76pctQoMwUCcoKhQY1b
bJr4ZG11sX7sierGa1TZ9FDwQYwKJHxMBk
bJrcU9KUGnB5Xz5MAnJ5PBv84kGmqzTuYb
bJsFbiRrHHhZBWDraSbzEfxSib3WWbKWey
bJtDC6Fw2cUTs4anMfZYeSoLxJsZZwxAZs
bJUaarXt7iUDqcwbv3EbrwMTmtLviaBpC5
bJUEZ3TgVKzfZiHtbMXPbhDSA7W1LU7Acx
bJUPjPPzm1dX85GPqimP6aaEio19brHZo7
bJVGZEAsti4QvTbq4LbCVN8wpptvRy4a8y
bJwDNhMnbhQv1y2zxhXc4En8zmeYQqEFyM
bJWXzmQdUjuvWCKanVS9KVJtNUMpb3oauZ
bJxB3JTnaKq7GgWju96bRheF4AZYys5dGB

bJXbULWBGpB2F8KiSkYdjJGpXNtmU9Sur2
bJy3bS7Vb6xQ4fniHEmhv7D9jxQxGoHkW6
bJY7WE8ncaCVJmvMDkJVr3NhHZb11Uo7nc
bJyDE5MxY15JdySQ4rzCSHrcD3u56xGi1A
bJYeJN6tXeJw5z3jtVJFaC6qWQaf76pVKT
bJYohQTpR4WqWUEf7ratNNr9xG6huwRyUF
bJYQ9Xkperro83evGsRnvDiwvjBeyJjr4c
bJYt4HtZGWUJEmA1cHLBWxP7q2L9g93VuR
bJyXw2eTYSMz4n8MXwkF4QVtvUTcMb4G4H
bJyzJMnkW38UivfeANtBr3vQYy6auroXLS
bJZ3femDWsvof7TnnVS2tNqRTRsbAkD6F5
bJzupbs4pq6t6ffHhHYwoyK278WVQwzDM4
bK18FoocMvwJKjoTtW1Xr6FnZVdDb88c6S
bK1RpW7BK8ekZ79HAPnny3pckArxEuuFYv
bK1Y5p2WM3aK7NNTGgKdQ8PwTQ5ajjXY4f
bK23FQEx7zZ8K1K3EYAeyzDvoW7mw4Za4x
bK2nx1ncD6GZn79oQGMWEFKfjNxJMmHNbV
bK37zcgPCBZcJxvjeSW6dTS3phRR6asrGz
bK39bYzbDiSt7u9jT4H23dNVsSBtHYCk2L
bK3NAzNchcDWNdVGN5anbBHh5a6C4fZK4f
bK6bjgTTzx31ckxjNGowahuUTx8NuK3kcM
bK6um25mMfiSpuPj4k3DtTSmesNEGGSt5U
bK7he5ksnKPbS2cQvvjTyQ3mqdkamxSFNP
bK7RHvpJSB24MDX8VCg4e9DXzu78XZMMSo
bK8piqjQhuThRtQ5hrebYQmjj8FbZFWYxu
bK95v5bboTkHwYnMerfDUdvRv9xoAfwcii
bK9mZ59LVow37QkA4HDNhLkNHbbdB5V39t
bK9nWcPTzjqPHmxZoc2ey5Jc4uFYQrn3gC
bKa3KcN7CGVVrR29yTfD2tZVJaqWeDAVCx
bKaAcRw5C11EpU6oJSmGnuWEWXLcXShit6
bKAewqVgRFwjq2VathjiznCgEMopnqviMN
bKAwT22gQZ91VC65XgAt4jTw47Fmw5F91y
bKAXrfvg36bQpGCMrDzVghBQW937T3NkRj
bKazNP6VHSa54LCrQvqsjtdNUNmX3A7bE4
bKbnJZZN97dpKJaj857pMaNBtodeCmm354
bKBwAxBMGDRaVv6VEDEMN4qjZhW8yaJJNj
bKbZAjAGAc4eP8ayAAzLJot7Qw8XD6aEgP
bKdbv6pZVuhtrFXrnhbcyRNen3FKTir8BR
bKeJumZ9ad1DY7LAwdiKszMYS7MfhhPJgP
bKEPdpuMpdHD3LAGWWwSSGbWDvcWWzgDob
bKermh8o9MJqv4e7eEDAnzjA42wUTWp5zx
bKEVtvEKSYRxFfYxZEN47uQ5K8DVhcDfyL
bKF6AHKZ9TDuRe1puBzcZcxVG4aorVNwJL
bKg6BV2nVtNKCAnbi5yAWciSBRWNTnwaqX
bKG7WP9dV4SS62oM8Aci1tW8F6FtnN8JEn
bKGs1s1uM6NRwVWLFRmnzTmJwHLHB8PY1e

156400912.1

bKgVzXm3jso3g4dLWfxmebe5Cwnd1vBKst
bKHCSYhP7RujAmdkvd2CrXcjFZGyUyT2WS
bKHoTjUJqpCPWTMKJjPRGsVc7QodQD1HaY
bKhxNtj6nhTp1gsbF66KLcMpUwSRB9ohBB
bKieAvxp422P31h8ztDuZQGQ9Q5DqEiKvg
bKiYdtPfa2ExG9rpswFSf4rFx7UfESgZ38
bKJ8LjLcEmsPiwMKNcEk9ksEUNoH1UQmyn
bKjmVPpBWmeVQ5zaHmtNLNt7v3mhTpZg4v
bKJNS9MG4pShHgQGrhugxHKcQ4QEhXzaWo
bKJuB4Wg24MhNVz5L3RQNJteJCiLsN3mW5
bKjz5F2YG5thczCG8meikSszzDYEt2dEkQ
bKjzRH3f1HZ3VdfbyqNbZApp2bcxUCzy6F
bKKWxZq8BmJZ6iu76eCxhCvciFEhd63W4h
bKkXs11UThcb9LcWV6Nn78hXX4jB7PAFHQ
bKLLxGiVumNuRjdcAAB6AhFVuPdmxHmp47
bKLNN4MPRnBGMXZ7yBmaRGHeeM1DUsE4o2
bKMBD4WEbom5b69Q8NYGpiK86cAxJZzCyF
bKMCv8Q4zPsCbwdiXQYfcCQkS6uoXCraLu
bKmdwSJ8i32cLBUMoJ9VrYtDEGdC4bxCP9
bKMhc5f1WVmPVL1KYzEXSeBdN1Sm1gP2FV
bKMHmM7MKzGexPkYrpNXEZaY5oMsKDGLUJ
bKmTRGpaHzv1HzTvYhTJESd8pqXZ6bjEUZ
bKmyye1iABiC2fkf2RcnGNFrQuFfNeoU6Z
bKnbhTrhVSiR7G6Ljrj1qj1JKrFfzgjWec
bKnnaqpuYmNBd85Ha2oj44iSzCgipx8nFU
bKnXtqfQLBhwbH3QRA5w1YAFmg5NoTdN8u
bKp23GVSaA4XtanL6NTZ6Eg6Fybs8LUhds
bKPhYTQ5kCYrV4chM3K9VDs2JcVhAoH7sK
bKq9Qw2Cb3XeQCAmet874xZanZwEWZnbn3
bKQc9NgMfb7Xekby7wkHAhCqoT7P2ZZfJB
bKqEAo4bkXk7BTSo8pyBk83nP8nRhvvkP9
bKqQLy3FpBrsuJ4QTpejQT2DiZjKEtUw5v
bKQWNhRchUmVK7jFqaUgjtTPxzRtb43MTg
bKr9wPUwA1deUwvHLvjPwSedHhxg9LXc4C
bKrAEXT1PqTZK9jrvyLB3tzvRomrdez9ak
bKREGgjbaUeETQCW9fnwbvhtyzHrq87o3x
bKrKmBGYA82LZwkp9P5aUgnYtyAbXtkTA9
bKrYB5z5erHEayVRYeWRFcTHaUU3ZHjMzR
bKs8fNpKEmJKFMBxZ8AX8wE9mtL1rnRuvi
bKt9ctHqYhnmajxKJsYCEeEbvouidFSAWQ
bKtasf4nTm4U1ejqEqNnvsUtnPkUiL3cvP
bKtcvkG6hoETTwip94zCzopphM1NK9DTAL
bKtEExVvuaDVAzo8iiZzK6kPQmVT8EH58P
bKtERDD17LyXDNVMjLYf77Ei33pxqNjDqy
bKTmrjJ2oceFccGBGjhzz7u5JLCeMB485q
bKtQPBpunH77z9mtioSmepaitzFvLzLRts

156400912.1

bKu45VtnAWDZ3ipvcgWAdCQdqVqamvWCvZ
bKuDbkQpMAgRcvkNaaF63X4yk4HmWf2XEJ
bKuiUjDXa2wqTq8J3qrHkDdjEeW5yxNNY5
bKV4UNCDBxoUwbFEpQNUeSj4X3NNAAeYhy
bKvm7MtL3ydtrXSdxbQ3sgA2LuanVMH2wH
bKVYauGWXoj9GfEXT77VKuRwvynp2Wym7B
bKW1GeK4cDwNFQLoqS7SFrSXWQLos8ekoZ
bKW5hHb6Z7MmJM4TbWXKmn79KsQPvFga5J
bKw7qDnBHvzpFPFsMMzQuan9Yt1xxJYgai
bKwBEYBsTrkCFzourEqpBGTvzcMbJQi2gb
bKwtGere5QBTCjfnx1rYTEF22dd6hKHZAP
bKXhNe5RTdiTS9Y2zjX2iPb3oydtC1fYfj
bKxNxVJ3suTzPN19GYF4ENsTC9CxqofBWR
bKXroCS13RyicnSLpyP9uS7GLA77Wquxcw
bKXypHwUgKYGGAtzfUTMVkSe8jUsdDdBrE
bKY6VQ3Zwq5fK2fwbQweeMqCyGksff1oPd
bKyeJYom9JBggtjLHuwKxj6NJCPT75aUME
bKygAUuQ5ogSRDx97FypmntRSfMExDLd9e
bKyMQtqQ8kVeqqGKdgy2HhRtZ9vm4oEJi1
bKYnZASYEJVDP2n17dcuU9qTfNKSi7qrXM
bKzGhaXfzJMM4wGM23Wo7E1bSb3e3V9GxJ
bL1AfBSKuv3XPXQfEAoJxGKigTTKnYr3vP
bL1NSoyHj3CnaiRGDbBFrzmw76gL8wL7Dv
bL1SycdWKYHHuB5DKY9SwVztBDJvK1NbhG
bL2FD5LPxNCz8sVvYNijgUpTbR9LDCPcLy
bL333EtCoQLuHZnfytntACDJ41Qxv9QyEh
bL34Q8bc4c4ijwXJuSYKkG9yrzSXdkaKdK
bL3WaW3xiYdcvqJEE2Kb3T4NgeY1sZy4to
bL3yrDXyACT4ZcaknANXvnwkUhz7B59t6P
bL4cbhCR7d3gkN2s314nAisFqZ87XCLFBd
bL4Jw6xbMmT2QCiXApA8hfyeAbQFoGxMdh
bL5nWysbd5j3H9xokMoZaXdn34Yh6jHBHB
bL5vTqDJ9XFFdqEE6XPhzrHgGHhHPXvGtQ
bL6G6UgvMCdk5EzakkxcSmLQ8CF8tekzPC
bL6PkRskCnKB9enuKFFX2zu6FY7pfXfCe4
bL6Wcb5G2BKk7TqES5tLTFoVwVaPsDTThP
bL6yvUPCqcCWKekejCFyjitPM45Wdn57Dq
bL9ctgHrXhfUasqHtkS2KgYtQhus1YoPd1
bLaDWvtZKi1Ld7YARLPyixKofWFRXeK1Xb
bLARg7EtDgu6B7Lop76Ko53kNeTqXGfiKM
bLcDBHDsxkVabnk6yRufssBQiJuT1jA8eF
bLcVJH6hwNX6eeTCfsvFz7LcyGWwmDJ93K
bLdBMn8EwKvXdtwhr6x9cggZUVryPanGdt
bLdCBseCCKskYL4xmHoxmi9NzbsuRXaYE
bLDeiaEuVjyiFjoiHoGyHzoDPhitcf7YTN
bLdphUKsJ7PvkQ3uUDvH6duq99hptW9QSb

bLdrpyRTnRRhbmsu5yLDchjPBBvhC2wnxx
bLdWpQrzaxu3ZFdxJ2k89V7VYgBJ6xfvUw
bLednqgDRk7PBYhejCb4XcmdajPz7SbkCK
bLEicxStfpumBYytqezXiXiHZjZUmwJ9Lu
bLf9gFcsCzUrpPfKQ4T9DgzejwLtX4rYfv
bLF9mndKmp6QixFX3HJPsLfiGqygjXRnKU
bLFj2sJsVFAriETG5NScBRmoHr8HSG2now
bLFQNezZbUgc9Vfvm7cb5tcwfX8GpyDTUu
bLgBxRs7WjYwZmuL3TNJCAKgpyShRytTG2
bLGchUrWGrRh9uP2naMxCYtb2UdgmAPmY7
bLh59YCH6NFwFPrc8vG43tc5tZhZcGQ6xS
bLHzCurjBaTmQkZ7pmoubdTcBHA7gSGtMx
bLJ9CAeqRi4vgztPaATi7UQuEhcvgo8Ge1
bLjDedfU7nzUELDNn74dCTH6moKrp4Bkb9
bLJkbtzKZkQ5uMxGiJxWEFZZy9aCzcnqJE
bLjszZEJBxUCe2zrprf3hHZmK2r3kbmK6V
bLkK9zw2oA7dH89YpnPFJPNgQrmAJeLgZv
bLKr48NVjfk91N9XwLv7mmZY4u97kyB6Fv
bLkUZNFesDELJhBWs1DDn4D7CdXEUPVGsB
bLLWsJTYrQ2KZKiuPmVwLmx9Zn6AsBoey8
bLM7LdssLr41CaQEyTTginjL1BQLfLURee
bLmNarTsqZW6MciYKPZcXhpotd7QAWsBTi
bLmU8ZtxTF8jdJQdkgSk5LJazP4GgqjESm
bLp5D5vyQ8rBSnYa61QR7RBd3HRKJYeRTY
bLp5zWpzxsiv7VbguQkz9u14Uf4DhRQLHG
bLPPUwy5NdQH4kRWnwAbk5Kd64HQvcEWRu
bLPpyeTSvziUErCVAd995hrZqWGucps6c5
bLpzm16i1iJBGJB7vMHqA2LVP3QV3ngUnD
bLQAsBNLB59iL3cb6tVryLUCNFZKf4yLK1
bLQdmCkiUBYEP277pzYA2HVT1qHoQZ2yhM
bLQogCNDZqaQx87tMEwSsmqfzhCzL7vCg6
bLQR6sfSHG852WCvz16crPYpfvL41Sftfj
bLQYwHoFJAPi9N9yLMPtGXK8uXnAEuKxrp
bLrnesbruW1iFFMpDzQDA82c6Fb9jJieVN
bLrsGxgaSzekFsnJaE9oZCK8XB1o7h8ggF
bLrY41ViqdFVwrH7JP3gb2q9Qj5KGA7zHu
bLry7BrNaDEfHtWR5Tv4eg1YdBS4Etae8k
bLrZgE7graJbzxyUXNdbPJBpmjBR48FsgY
bLsJSDyafDwEgyVhn31saDSDNJA78xQTU9
bLSKabGXPXp1m8o1Cw78ioNmEAx8uvNvzQ
bLSwF8873WpvW8s5eMaRYGEfYCe9ZQqeBc
bLsYioaCnEvYY4g9TWZffneivsiWAjevdS
bLt9fvgHsF2jH8RpUwCQmP1gfmT2gSYNui
bLtPVMEFySSFb8CZBrqHVuyrLwDkiTt1tQ
bLTt2uWDmKetizkTxX2XGggRXV3mMAgYnm
bLu8V4r3qABXZDEGDZf4EahSbyQsBCnyVT

bLUJzEJ6HAmUu6R9oEDjMG65zcW6dXbHpB
bLUScsSR5G6dsdu8mW4f2sgiGXeXe5MxCw
bLUV2idFj3exy2bczwY2UgKZCDDUTFqh5v
bLUwNdBLZgzNBM1QAUE7s2zd2YQdNNpCrB
bLvfKdmxFMM3LHYFA4dPyG6mngAsssEYLp
bLwku9YAVECLxECVSNjH8sC6qUgKBcGUJX
bLWR2xCHSShqY77mz9RtRDM9QBuYakD4E21
bLwUA292SnGeEVaXMohcXX2JR91bopJ4yp
bLXAuV7an2hofJHyJZJKaFG666LL1vM4U3
bLxCKtE16aRuTq8guepStfdfQqaofSzm7Z
bLxqtN7Do324YPZNzFVQpY2pX3nwzyKHCB
bLxtBpzzZ6jpRoep6N5Huvy5RKDtJvENxn
bLyj49Wjy2QPbzboFMXxjqmV7Vk1YAsins
bLYVa6oW8MkK3K7gEHShPpDdoKuGeHk63x
bLZ9b41t7ktDneUcy4buVTF5jUjrDfgNYT
bLzbWa6tLgnFsGGVXNumdVtufXJr7AqKxz
bLzpuNHMYqKTxawjtL11iSQ5PKNgw1aPgD
bLzy1iK75ZH2FFkugVbofW7NqDydqdYkML
bM3qJk3SyQeerCRhRqmEJxLvujntCfEHo7
bM47wfbE82KC6zbjZ7T3xQvUE3zupUJhKR
bM4bmF8MiZScYMVZPS9R7amRD1dWp36Nzi
bM4YTSYc8mbbqSWmmPFm2LCWNeEt7VfZkw
bM5QWseYM36n3NNHa4VdRy62w9FwK8o1PN
bM5x93HFTcVk742h2d7eAuZrasAPc8fwPr
bM6EQ64QZq7Q7X3kee41GCDvwTPvjtzjw6
bM6mAnjwj8ki2TpwpDrrfZyMPTvfehX1CF
bM7HGD3kytiNfMwodHmsrLutDNu5sqT7Js
bM7K1dnKsbyF7AUX7cau5ySRPSTeK8ASUM
bM7qBhCQGJAfXDiYEgwttTjisHVobQwH4K
bM8opcp2Kb2r3uE8Tcaeu74paDdQWp3vKp
bM9od69jxy28eWLqpa5fpeyJb7DuAPobAH
bM9T4HC9fqKCf5AAwgUauRqTHvpHhs5E1i
bMa1ADv771FRpGg5dMfN6UiX2gTpuXYUwX
bMA4DMrbHX9KTm8DoNgwQUKLQsrekEYLhT
bMA9S3iACRL7bijM4fDk6ygmErSto5PJqY
bMA9XXjq9gdJ1YgkkpdenRkuoR9aUoiMXg
bMAAhnEQHeT2Gdk61FDjby7TBrWNRsoZzi
bMahK5xoLUJggChQe3LmRLgUAEWHYwpKHD
bMapoBPFNzHzzBtSPq32KhndKHYQPAjF3v
bMATXr4fgVLuCq1TmrtEfsnYiTMC1YG7R4
bMBeDRJTUtEP4MVhhSFU43Az27W83FBYoG
bMbGrT8SRcWS6wFePHyaTyWsBy6A8wz8gJ
bMbh3o3EuZk52akyZhL8uWQaFbLPQty2jp
bMbQRkQMbCU1WuktrfiJ4hwAGeCxASjR8V
bMbzisrJWMfep3Y6Pxf4LWhnQoDCidSSP9
bMCBwvZtBnRsckiGhPaRH5sUn1gSEhyTmd

bMcjFehY182qq27wAeDadKFbSwRypc77m2
bMd7go5ABEa9k64xdgMwLtRngZ65YG9PhB
bMDbbXhVoPsnZhdBpXhqfscHv2rQ6k9w4M
bMdfyQTgic2KR2AXfVReaH4UaQsvjW7Sqg
bMDzm7eb3EHdaV5SHjeFFtBYeCWRaTTVeE
bMeDHtPDxB1SKriykSBThyZTyf2Ra3jwCE
bMekiqWBsxiZggfk6bkuB6n4Sugd4tSUfk
bMexqanXHRzncz7qw2aS2fbhLTX8SFRNLf
bMFD99tnx2riQJJ6dNPDKa19fxw2jaFm6m
bMFVMWQQr8WbjKtJdYBEpn5b8RS3qAUGiM
bMfzmoGF71NnKNQuyVuPS1yFqrim2aYEJY
bMgAsLxNdCS4k7w5uKzqfeRgFojpSsW9o5
bMgBEYX7FtmS9c3RVLSZGMEhkAQWLxK53o
bMGCXZ2RzK2TSDtvbWfgzptyjfbxuif2aR
bMgDEXuQg2LHaevaxzqdyKHJoAgno73Nm1
bMgfuXBRKvEmNj78nSk4ajM9xGVLDa4mm2
bMgswfDyVefwPQGQqMgj1ovnjZKqgTiUut
bMH5v6RMLMqAxzvie16TDbiG3J9weZB7p6
bMHDGNCfAo3ioJqBiQLvri6dMzmUGYKrQc
bMHJzGMpFpECww5FypijMiFvYK6W1eUpTo
bMhMqePLnESC7mVbJnGe1SRJZ1Fq3H8zsr
bMiPwHn6X5oqQftGTiEmq2j293k1armWqV
bMjadMw7tQMCrGTM1ymCfWupqBMXmyWhCV
bMKdEvH4WhS6C2uQdzEUfafeXAK7UiAfg7
bMkiGk9ajixmirs2dkVSU4drxivsXjoJTT
bMKkHnQDQAyyWtLRJnR1g6AV3kmDWJfwDT
bMLm2hzF41GzXGue25vCqMN7vHuuZ3rPTi
bMMBJvVb7VsbU861gsCHkzJ8cgyQmkhZ5u
bMMCP1MdVWovbdToaNUXL388tr1cTDPdr1
bMmt5fyFqdFqzFhjKd9asirPW33Hzehq6D
bMn5GBfoMhG6dBpMzPspozkYH9v4koDpVV
bMnGMUYRTeCC2nAehdTMeZjeRYg2MLkbJt
bMNzpLKi4AYXouTcUj69RPXfCTjLp9mk1W
bMoqZzpKdd3zKaxMsRy429G7HTCzRevE71
bMPAepas79b6TDnEsNsWtsKZXnZuLiVybQ
bMqHNzhuDNkTbvEpmaYCSVsLCWVVQPnqkZ
bMQkB9Gnk31bFeX3gEtDK3jfoex78bnDeG
bMqPx4veUAMfxMvGPcPzVHgKv8vhCmotTn
bMQTbemfzjXq7z18kaV7Sf9TwN62HCr1Le
bMQZMLUxRfNkByoztcQUqbXvF5uGtJBudw
bMsCKmDPJaPz1ksCt3qKuiW6xUsbuodkkb
bMSs733NHgj6wwkkVe2nXdEt1aJHKQmP8f
bMsU91LfZ9PTzrsQREotbZc8iNVaDjD6f1
bMt7bux2SHNMyaVhCpGM8jVbKMjWZEVNsa
bMtaBsmPjsCNga6UCMCgY91zhB3rJnQJM6
bMtExR6CBRfGhAUo8psV9WUC8Tmfe8keMa

156400912.1

bMTk8j6N3GMLbakWZyH9Bxw6xNqXpHYi92
bMtyE44EN6nW8oayie7oHdWn7zpp2enYqu
bMuDGgxkkacEV31TCGEdinK8C1G1z8cJH1
bMUdzq8Nk6sUKjyy2eCdGjhFDghPrpBCvJ
bMuF5kj8oRfyWcJEcVmTRfrLo9ozkHgm1N
bMuK3Rwk16vkoR6UJ6cFktq9VCTZyqu7dN
bMUwaPL3VVxxpqPzHDZ1i6gb8w19kVAcSU
bMvLtj6b6HBmMWchgqzccTiPZUW7ZoU3gq
bMvUzPTD8dMgNJeDaZkRHmSX4aXQx1ouqx
bMvZE9GzXHC78KRaB8zzKjjcZCjHEj26mF
bMWBPq6SeAhhS6dkvgTafpqqch8rVgxGRk
bMWGT2ZR5rmbGjSZacSaiiFsraeHoRc4Gv
bMWVp65wCaLG7kHEuRGgqLRBkG9A2VCb5q
bMx3NurS7y3U1TcQr65yCmvvXap6P55unL
bMXaDhXKy6nRHgFMXsqHYqvtg3h8vLwt6e
bMXakAKMJ5QpYwxvhfeH49Vz6Rgxj8xWYZ
bMxH3bXeQS2ymcFkVSBU8vbQXDAkg2fkhr
bMXpek1XXfT5fERH1mY3YVUMcb1sxmXB5Q
bMxTsjKs6Tafw6L4wjRE1V6K1tSgZYEyrH
bMYhjJFN5DADKKv54SeSezQ9XcUCKNte7i
bMyxuhov3RRNQPJ744MkdkYRErqUW4SpPf
bMzBKD4662YVf4N1nxUyqcYTzAv1fwcT8i
bMzepuazrAuFKrcNSzXL5A94hxNaab6Q16
bMzTsznw9AdniJSFdzLANSrHzf7MrAscJj
bN1nB6dGzQXCkoNUfZAv8N2M5uRWeVzZQT
bN3b5Yk7BwrfMsEVHyg6ogzStFE4Qic1Rw
bN4BE65kbe6MgiHecmREStKvsaemQnmvZE
bN4evD5i3tiyQ9pfypryvUYFUZue9nPbKd
bN4mo9NEr4um7QACujmHkFQK82Nt4tUQHr
bN6uTDnAsfwUA8e9mVAaEmGV6wTRq1QBf8
bN7q9RmQhZaD4QMjMAArE2LQYFrm3fh9mf
bN84eXJZ9AC1CqaZFi3Zyr4kY9FNmHu9mp
bN8MxM6VEU9uSaxziBn4eDDEP8eSJLWhhB
bN8Rpc1t2U5u6DD3iPc9VBY6XPYv35mWqi
bN8ZQu7h6e8QBdLFoPZmJ6YEWy5bVqNkxj
bN9k5abqHCaLpLZdY3rqb5qiRqUrn1oH3F
bN9mQUN5DmJLsV8VVMvL9jcgdZEqwBBEJU
bNaeKSZ7EcFh57A8iEnSdcJXKfqCuKePtS
bNAfeseFLjoapQuEdptLxEEJcNoWAmD5rB
bNaFrgFcd4SHUrbrPigjrUjEx3TK9jJiUN
bNapCjGvDqbwg8fQfP2VEnb7CBYwkF4MZr
bNaypAiKKnT1BKaj9PPzdmT2NHCUt9Z3eF
bNBnUF5TcUXe7WXWKNWjgnu1GFNVbz1Tz6
bNbxWV1ake5Ex83hLfUGwrNaKa6MLM7pRt
bNcCUMMgYmLEnvvYGGFMvqXQVaJTj1nEfu
bNcidq5XZs3ZbtsHbfFGEXgXfXV5cyKmp3

bNcr9G78T8GTbbXR5fMa5jKyqYoobMjR9K
bNCzDV8ChY2E3HAj1MEyYe2SGm6LC9jRpa
bNdFpttFpoqyku1HQ3PwKLXFjvyfWrE54U
bNDQWt4KXjRqE5e7wm7hfNsxTWBgWMiEWP
bNDueVHAuwpEgqLMjrkoTfT59W2w3bAAHG
bNebfxM3xfHAzaxjkxyqxN9fCttC45FcVE
bNEkX93Vq3bPEKSSUBAmTxNj5G62aXwNQe
bNemKR68g5aSav2tUV47brNqTS23ngFQmx
bNerN8SMpRjBDuN3qCjaStXo9g9mPom5oL
bNEsTRgeQSXZtpsKYbqf1Th8v6zCaHxwst
bNf3QeqJAJqbFvdcBNFbRs862HsXP5oPZu
bNFd99Z32gYYyX4EiN4YAbE8JGLymVzskA
bNFGubcdzbjYEeZH62FMZsSjvyE9s6jQ6z
bNFuZujMD2PBVW8YbcQa2CrAHAwNK9GAxY
bNg6u7g3Yyc7Q1aQdfCfEoraKhTM8neDUs
bNGajE8s3Zw8QDkVMzQy9DC5N8kzY9UMHV
bNGpWaGgZ8M5GGpi4CTyWefMW3z1Pyx6xo
bNGWT62n4nqVifXB27cyb9sSP4wyUqHd1W
bNhFJB8GAsxV7AauXd6nTbzS48mMUVHoZe
bNHV2uGJsCtVgiUnoMTEePf7dbRoSX4c16
bNHV4tFa1rFCLqA1KWm7zcsy2z5dqdPPUo
bNikUGTnBHjMr9gJiMBAyn9wUymCkMrZs7
bNioFPBYaMw2wtLbQKs6fxvYc7qaav2o3w
bNjBNsqJd7uYvYPsYNC5spUaQXtxh5GrAE
bNjWefSD1B1ZFDmiBvNe7v2V5pUrqXxP7y
bNjWh2AmBWYhQW2qeJCnySrHbmfqaD32BV
bNk7CGt8L6CVfSofNnhnJecJy5JNXVa9Xb
bNka2pWFJ5nGkHwPqFM78f1n38SHqwafN1
bNke6M7qEX9XPHe4Y3c7TwvehMUat89ty7
bNkhWcd13DqxKBJ7w8eMZoFL5Xs4oXqgzs
bNkv5dQT4nofKSQcmjSQPNrdEp9s59PvW1
bNm7NfDhMLBsEorsTiB9tntUpW2LcN9dFk
bNM7VxATTgkvqqWe1GwCKKJPnUpaEND5AX
bNMGMrTSMcGRNKQwWZx5TMVJfhcNtmmx2K
bNmHSAnFkkyMMQweDnS5RiuAiNxHsWCRkJ
bNnpCf48YJkB7fWD82wufGkZDez6Aye16Y
bNo7kNRjfkdK36u1o6EJsy7zj524fS4qQ6
bNoAA5UzRQnJSeYBDyMhY3Xs2UzMaf9G3P
bNocr9pDzga7gyknJzNCbhPySRjtPsTA1W
bNoyJpbsdchWFrXzkAhgqLGmBu8q6WSZCG
bNpNkFaim6ZqKk8M7VuTBYbN9ayT1xXB7r
bNQ6mbieJ1WzCUxWMJPDCNDu9bDA5qAnkR
bNQ9oiTHVRc4cvT15BcTgzTr7cQTxZRpjM
bNQhWtyn7fKah1BVUvmJynUsq4uBXpTMry
bNQJ4h2pPfKnPHUYasEofYehi8JNVxnRmC
bNqqQ9fXuSjjeb3mDAYD7qJFWCKY94rbjt

bNqsZyd6VK9NoAMmuLP96o9TnF8mnnnJUb
bNQuTtbFgPTGJ7NKHLK7EKVaw16pFxtBrV
bNqVHwCr7f6qhoUBME4sVebskpFsvWy7SL
bNrm9AD6rajDY9eQTfrRK5MV8WfKx5Rd3j
bNrzZnk2Jyn3wGfrzKwaSFMTctcQbFkBXt
bNs17Y8VwYes3VpgjkCjHdLMkYk7KQ1kUx
bNS3G9fzXBH32cvd5QbeoGAk9dJBNV2oyK
bNSdwr8PjvPivtCuiRx7CyhFv1zHZpBVD3
bNskHwWXra22dfDypEme6PQord1qN8cQKP
bNSQHZ77puXD1iyUNz9FLtYUxp8kVs3wZf
bNSUjUuRtfjmD2FmChs2wSyD1d5tjdpb1T
bNtfm1eEki8F1riWBz5We66Zf5F3WbqZzj
bNTRrAacp87p22TZ7uoo3hzkNmWXtejtmg
bNurQaLN1Rq6T6wj1ctXZNJ9XbhZsr6eMk
bNUyV8sx8DHaaC4yq3PCa9az2dTfEXbZ9x
bNV76bV7tqMRSLFH2KvqfVGLM4HLQHKzUS
bNVgDYKun6JPngDdBTJoDb5XQjq5NeJ46s
bNvMWLVsGwiogKStEKRQhUHVtzuZ7j7ean
bNwRgBpRV1ahn24QqxSKJX9xcU8Lio43pA
bNx4JMbcWSp2TVWj9K8uZzqHLgkPgHLi5G
bNXpMZRbxMhSLSrV2tFtK54rsE3Y8d2YVP
bNxrPNUYe6X5n9ejhXr9K88xVWGAGouL4w
bNxrX8YsHEBUk9RzJGfdQhPb5XTdDEy4ai
bNyfNS1dPftTKWsEe4PX5GWEcas91LdHRH
bNyGEaSRYx3RwHZp4i3jrFU7FvSZMnYFxu
bNYkuoD6QBpSTqc2cZEKMNAuKiG28wZXGA
bNyQewLRgXDH8KBgczhnTVqykgjKcKzFcK
bNyVL1B1V3ttZkfJjKs9yTvTCwDxmfhxmE
bNYznAxSH4GB6sgygfD6Ca6YgPNCb4G2nq
bNZerXBH7HxosoPUEqGSVhLxMYYFG52y3E
bNZMRA2iHYH3UNTuM88S54M9WwT41Nn8HE
bP24K8JebBuHVtS6vwzBrJvEQ7NjzggJHA
bP2qR4Te8Dpho91jiZkCpzhK9wDE76Y61N
bP41jdgUckktpdAbzLH9q3WJBZcr3RcWAd
bP4AvZcM6ffArK91fSj8h7cBzFxXo6EYZo
bP4BFeTHYFjCamFAs7cbT42jFTZoVSe5A9
bP4HrxMo6ASofbUoYm67oCQrJaEBEAV4kd
bP4iCxftDg19o9QN9EkGtM7QV3uBwyXzQt
bP4XdP7syCEvRygs5Jm2FPtH46kNCkEDJb
bP4zXrNhjMuDQ53sngJKAGRQuRzMcBjcsz
bP5tuhiS3Jknbijj5iZU4YKBWX3WRFBkE3
bP615DqgVMBe5o1SFhdsjoUu686EcPc4kb
bP6Hj4DcW62MUy888yotbSyGLe5GmK7PVi
bP6LEZUj3HUakt8prSjpMXzCJ2LNE7Wz6a
bP6LohG9ZK8hPdXnAiRBdGxhqMnnh6EHE6
bP7nZm9PyzLG2RRip8GkRDGbaurP6jifyS

bP7R88z6yWEbZtyXAY9qwqRxhf4MARgGJ5
bP7Wcwcm8sXj7je8bgsPsR4RhX1Bi4Nhdu
bP96nJRdQNuF3zKhd8LpuGtpxqnDXhtSUs
bPad9Bf4UyJQBPtSuQ85ULp3ehR9cUvxz7
bPAMWAK7p9fSKWNf9HYcM1LS92ir9Ek81m
bPaqMoL4eMbKFntSrgkFDuEpgzs18ZG3Ze
bPBzvEnarp1icrVgJLqZR3LdwTh7viZRRX
bPCrRDH5aJvmk1bSGmNPmBPHR1i6KmCUq7
bPCXVNuWvt2p7u5TgLX9JLG5cyaHfTZXDY
bPDvWazD8D8GifrZdQeq8zWQe1XMWY1Qxd
bPE28r99S4aYBnYWj9CR5EBnsA8LNegTiZ
bPep3AGpqvNfRDofBMP18nDy8J2jBmjV35
bPeR6uF7AFkT4Ru2dBaMEVNfXHQoiv3j2s
bPeybJZo8BYeuSx3hRLqbyFHYnRWPeB8YL
bPFeukGpQGwEefo9R1mjjbSET5jee7Euh5
bPfGaehXTzK1VXCzWBYY3pCs55nuPqLhkK
bPFggqQcSp5pad2KVVgKMzNzacfHtsQNyJ
bPFmso2T2GF9iw32k87BnyxDQWxsVbHKQg
bPfo9fcCbPSuPRAK4LHBCjqdaAfHjhSF6S
bPFVA9TPCHuMP9TAEMYLoNZ6Gv7GyELUg2
bPG8nN63sSxkZuaWbT7jtAAXdwPb53fk5M
bPGya5cdoTwAJ3x8k9e13do3pqdvvZxWy1
bPhJsFtgDSeCu5Ha7eXztYi3FFfjyMgBMg
bPhsNw8ZMXF1aYC3sPFaUcb56Nyj9J4cVR
bPiVr5ioypic2JnvQKgKBkHe3KnjKk12yt
bPj4WnA6w8cy6c2h9R5zyjuVj8nE5kn2oR
bPj8CNMqhJZb3LcYF8musxNHL8np32tijg
bPj9AkUs7ur3QKHTeEmioVt4smLdizx2xM
bPjZTfzgZxjnvYSKuH7c4owLGNy2y6W4X6
bPkArtyYY47BkNDAGoezMUSDPcGLEZi9mw
bPKNZTzkYKgGiU9WoJ2KUr2AbTRr8VCM8j
bPm3F9w4pt4VNW3ouYtou55oPZJoRrFUV4
bPmFTdfzS4HwJxKARWohDMZos7rerAY3Fk
bPMgXhvn8darks15hCWhwhe8AnSHFTH6CR
bPmpaFbPaD8ZKJcA63bWqaVw3AbnaeH6Go
bPmy2ckCta55qrdjm9fKLy12SALjyPrjrN
bPNDCGNQqpWV5EBuRFDFkgJ54GeWczePtY
bPNKS6X3jedry3JVpSiAxcdCdvRjtsGpPk
bPnMi3bE9aAza2q13HykTX4nrNSVKioLdR
bPoFxubvdondpYvHy5vzXXtUaTwd9x3rsY
bPpHPQkHG2dg5o9kwyDZ3bniNy4V7DoNg5
bPq8Y7U6K2HAnLe4WJXzvRcHfZQPF7BCkQ
bPrf4RCg9HEEU3qCeDRTuvxGvEwqY5fnqn
bPRhRfchS8YvE39Npn9i4ikatFnY3ok8d2
bPrJRCmqyAPHNminGvAgMzwQxok4b1AS2E
bPrLjyjJU2L7gyuLPNx8pdcrEWsm1KmFC9

34

bPs1NB3uRg31HLMqmVtbKbeRNsTpFmHwav
bPsqRWBfChJi6hrstXVNwW3KeuWmWK2Pba
bPSS4dx3tihmeEXiPJdxWUtYMm7nknL1MC
bPSZUm2BCw4YpmNMcTX6tWWq89B6D8R7hz
bPT7aq3CxHbTL3waZMLiYfvbjWQ9pgqEJT
bPtBbyq3kNzkxvb75pHcNQFM53tSuSqzgR
bPtkVLKQ2gBWStLaQDgKQFmjmMfAKRYmVH
bPTRMc78SVF2yqAEhoX9acKy7DYvtVALp3
bPurGeXn64gYJPjyMaH4mFRuq97KDRUBUd
bPvBQQNL2p3PbJrLgZ5S4tRzPEYNEWgs8j
bPVCHajF1CFD5yXDktZwnK8gzurpnqLu7Q
bPVmK6MyKvpRTwc5DEoHf4MCcy1X1ma3ek
bPVQk2dakgnX8GwDAVSmwvVrJ3HBaNZLo1
bPVTf9XF1mqrH15BhSUQ2Qg1FMegy9kSCn
bPVUYM1QeioZ5YY5P1ezA2yp4A8c1jUuUr
bPVx9Z6NWvUCJZZ3jPedcq5LNy1NWvtAP9
bPXieJTe4XjtgQ69iwervRKZnrE4qQLDXV
bPXz13ZYcJpLuTFq9SnHS8NEcZ7uPd2aWE
bPyBdPcsepQ62fKJ8Pkc2tY9pc7boX7x2w
bPYe1Prg6XKUM9zbciavBruW7PYK3pJ5Tj
bPzK9rvGYszjFTCRcVXWkZ5tREt9yho6Sw
bPZuFEZHTqRHrUAReNi4WSqjWFgtqF2nVZ
bQ16piVkC35mEc42Mu9beQKbMwVE62BYBY
bQ2kFoPKBQZ4p6iTUqosn4TRykgCySCj1A
bQ4MofmDtBeq4ZXH8YKS5tw2wS8E4S2TAc
bQ4RHrsHgC6j9uh1sunQGK3NEiEB1ReQ2R
bQ5aG3425N3EmESCxSoM7AHyYU4QzEBzMy
bQ5hRYs5hsbiErkFk5bbKApijKKXBNDJMo
bQ5QVdQREcSMm3c66Xffpo6zSUnXVad8VP
bQ5uvKedPuYBEXnzA7FApnvtcVQFXqcXU6
bQ6pWXZUsuVcWkBUEaef2yY4YDRcsoSJdq
bQ74PEecfh2Dt4ZEBL6tjVtR7Hho7NtedD
bQ77wBM2ucmGWkXJyuep8nJ9DSR18YfA75
bQ78wCv1iXmBaYr29THZ1GLEp54w9BrEBG
bQ7N6iMyp5aWaVZuNWhbFJHveAr29iL5P7
bQ7PHRQQ5HAdDue9ruBDGFhSWvEN9Xm3sV
bQ8EwADzyCrrSgczKLtieUjaGbhJ5R1BDs
bQ8YmsZz91ztbExhMFT53GCspBfVEscS24
bQ94BneTyBrbYmTssBqTM8NeEK39LhNXgW
bQ9tjv6NMuC5vYRv7gCddXYaD27kBsT4oD
bQ9v5uC6CmNhinQNWDN6gs1uT5M9WFps8E
bQ9zKxHr6gvK9FaU95dkSoW8EYmb6i5utY
bQaef33cTS3cb7YfezpG75qGBqh4qSThQv
bQBg7dgzBshVicXAzRrhEaarH8hM7KJ6Uk
bQbndTMJtstWGdKv3MJbPgyS8LgtSPHpHU
bQc9nnx6FqxCRDdsfGHXNAPufqWjVwzFJP

bQCEamMYZ4rEYFbwVeQnASsoENY82a1uYN
bQcpMYbHfEzWh481NDjQ3qgRgUEQDpoYvx
bQcWHEwoLMe2PoeGEtzc1p8DXSzPp4jeg7
bQcXHGczqsvujeb8vXC7hhXSo39TWBKEP2
bQDciPAQns5tv4ueZ43XLm564Cgqde6h2j
bQdKsKkRkM4sc1pFRjVfCvyd8WHZJobCvZ
bQdVPccYerCk1VVUQBQkLr4mpeK2Q9qHow
bQE37b9oq4viRb4sRT5THY6dVeTz3iMWQt
bQeM19jsjXkombq6sHZLwofWqZ28nL4RtD
bQeSiXXATphzuQ4ZYTxJvgrF5i3Tr81yis
bQeUmH1uQBzJE3YECdLe2tSteim3M6MW6i
bQfcgzQ4Z45BHrRTAAAZ8zMzUV5AA6hKwp
bQfDzV6vpvYY5TbiPWm6Wc8E7uBhKQbon5
bQfhDFE8RMsuyDidD2bufD8HZPh656mpeM
bQFhDVyGAmkk8yyPMDAVaYA2j86HKyZTqH
bQG4XYSVue9SERh4VGFjiczNfxPBERgdmo
bQgHn91Hn9HQixw8CVmUkLEBHhqeou9u9a
bQGPtmqbECR4sYCu8TGCNTrzVMWUSzHs43
bQGz2VW7MBvMioNoXrbWUHVeJ98CoQdwQR
bQH9N8HNt4soCAbTBw2VTpiSw4peTzpY3r
bQHB8zaaPcpcbmDkbZPGzwQGUYUxG8L1e2
bQhEEW6eT4k5Mh1HvvtosFKQy5rv4D9YyR
bQhqxDX7WbU1qyaouFxxX998R8cXvRmmAR
bQHsDhzpVGuMjnyLBGBnftckwGGQ1PzXZQ
bQiqKrapoSvKHpmoNdzM4aDZTjuDEWcpNj
bQjncqzXX1vuScBZeTvkBjBGoxoeKwB2E3
bQjZ79uJhHhe8Kt4YAzCQEtcv1fXx94xUT
bQkGasnYD3ijKSskfCr3P6iDudzMR8cjPu
bQL2JdWzkZxAAetKS5VsxEW7o3Dy31yoQ5
bQLzKYMGXsUiQJWMhbdaK913GTfuYmjkjF
bQm3QTfpGKznpexwtyvVaY4ruzmvXQw5M1
bQm9zcnEcLzCRyBUP1heCXUFiy6e56ZMZT
bQMGst8dqrwGbTjD2kFui4HQmMX1K8PKvp
bQMKcUEmdytNZptdPooQrE8kG3wjg482ma
bQMr1efJAHPTK8P95sKrZ9XfyetQ5LSoJL
bQNhNCrbTbCMqFXw7SFdJzaonydpgWnzjb
bQnngJfFD76RuBDY4wB2fXFm9maCzi6QNe
bQnq3sCH56i7wgxiN7ptkKraHGP44zUkaV
bQnr6N3kgnqRdAPFi77etkkG8u3uBAkZJR
bQpPgjNrqCTeoXavmKGyXnUATCJEh7kRTo
bQPSfVudwc5CtoaJWtUQ4TP87589AdfJDZ
bQPU5uyzdAeZFF2TTvDxgX7dV9KF8rsVK2
bQQuxnw6hLQjVaLC5Eq3VgJqJKmBYzMS1h
bQrbSch7a3fVggVBj68PzaCmHj65E2p7xW
bQRK1p9pVKxKmiftZeL2uB7ARNjH7M5gCw
bQRK2N5FarYfDm7d2R3XL4nYZ6UnfqizsC

```
bQrKSKL9GeHxqNo4uoUZGd6P2v3Pb3eh3P
bQRqEqaASfYkTBUY2M2Qeozy6Uvuhx94wP
bQSK6B5QiC6An7PQ6PfoLqmiR6NxEJueof
bQsznuYw9SFYcWasmnBuHa9GdAy3PQWRXa
bQTi52UAaGwcRzQ5ajRKDxToMp9UfFreGB
bQtK49RK5x9cFnQoELav62Ry22RbzLqvbY
bQtN35wrgxeMXdU9MVEL2p8cZnSfbHT5HF
bQtYWfMoergiWsTdCbVaviMGcgC7xqy1dV
bQu1LRDgCvjLQTnDfNEB83fyn8HJ1Fwhgs
bQu26fFA8hZtQQehE3p1r8yDQqguoWtQUm
bQusGHKarQX46XTgjjFeEbB5vHwRv1VWYt
bQUThjTXLh6N5kqf6SRrSPrK16P3Pb1kka
bQUyHbMXMKNffmdgVAtDvPUq98zDsMtEJD
bQv2VMiNUQCmHiZrQe59g5QD9P46hkyXeC
bQVcmbmMoq7v17gW5uRSUPKQj5imz9KCQw
bQvcTMkwo69Cbt9pchcWp7Z93NAvEJxESt
bQvd3utvuN6hTNn9QAJtZpnZMTm7ZgBMy5
bQvWzJ16BGuqoP4rF3RCyWr6XASa84DrBV
bQW3LddgDfR6vzBRisQTd9EyfEd2bBgzzo
bQWZmCUGHpNCfYvjvpTnWbSx5GPTPoLJJk
bQx5EACrCsM21QQsz4uSTsM1tNU416x8cE
bQXCXwPVKvhKUXNTYJ4m5u3ofR9fTkpodB
bQXhn76gtkTpFGUdZjYouXQUzffwQGCXMC
bQxp8Bv2DrzNU91MHvREeV82NqUyRyhEYn
bQxpXpVAoeMnpNPUzpWZSQTJhRMfzgR1sc
bQXq736m99Y767HJPfz7dHWrrHzaQp5TqT
bQXTeoQG4kJwoRaCk1vp3gH7yM3NdTfvUg
bQy9mssfzZD9kZdcjXrAhmDsHDiWGgBUT2
bQYVwGsbaaKYwfYdft8SspcrwAFvm3unRZ
bQzPDsx151CnQbUdPwggmcasAa9crF2QPV
bQZvCUW7kXch3F9xnq6jCxrDpWYKpQfcnr
bQzvt3U2RLKN33h5LfffAV9LM6AHJmRv3n
bR15G27yRbrK3cJZx9YYgVZk6aXxxFvLcc
bR1iRwfd1ZEJUmEnvBQBFGXXw5dSziCf5i
bR1TuBeZG41Kyo8SKoyyitH3WXL4yCKUHL
bR4CiVFLpuLzyWNHZDF93mLTLGSozvGs1p
bR4K7Z4VCMUAKQvr1DXTg9snhbu17jyzLz
bR4pRU9tibXwLXuTmfpd4eb7nf7397yjmu
bR5RMgMhNaFaU2EFcw3Sae6XWtjhX9kLLv
bR6JdrmyVunvXRaFtNMNudwF8STr5xZmLT
bR6rhFqcfgqZsJSCg1hWZeKc72zP26us7v
bR6wFL5PJeEZTo9z3a3EgkQtzrvakGJLMF
bR7LHLBD5GeftMa2YQN9F5MjhwgsF3KAbb
bR8258Us8yQbnyUo6Aq6qeBeJ1eqVs3Rzx
bR84HTU9vsLyAY5HGvQ6GadpKzH4mUG7ZN
bR9RqpSktCxWSKyJPLFqMquLFuLLMQ9xyJ
```

bRAaoH9PMJwrxxDmoDEM6rThji9t4BPWKp
bRAAPThkDu6K9dUcctEgCFdZxiN57KGGSf
bRaoUWTa8Zsie9cq8jCktVPG814tEk6EHk
bRbkZBvrZE36Lax7SdmDm8vGLXtGVpgqtf
bRbqAVcKEC6RyfBMNHLRdDntkweWhmZS4o
bRBxm2Rf4e2B32ohnx3YBh1ddDax1WvDiW
bRBYmekJsK1FMTwAH4t59iBX2G7HyYTwnG
bRcCGxbVGiQjqeGpuFS56gZZ4XqqCwrYMw
bRCKjUtYwsfM9USgrBhKx8eQAeTUNUHF8P
bRCtga7ipLzGkAgBLhRRr8XEJDEkxoXUPo
bRDRwrXPECNnV3DjE9wZ563yy3adhhmn3k
bRdubw91MjugwC4ECGy368hWRq7ZL2uUrw
bREqDmBErzffv3bvXMyuzGMCHeb4s8uo8s
bRF9vh27nYo9y5PPxEEZWyZoooNpxzeAJj
bRFJDTfZtjPAChPGYYk4j4BPsWSWT38Jd1
bRGGYhME1hfXXy6hcdspT5pwtZi8JDju1F
bRGnsV5J8qPGawYqBqSsrCuF1UfmCnJ6hF
bRH3nHW4b8K56ZoSZUJxcFHmxR6GW9cL4E
bRhPrAyA7DqgCxpawjx7zkK6RqezP2MtM3
bRHqFTawhQt89QKjm4mQVMMipaCmHfD84W
bRhsbfqLDxLveZAMktUW9ZDi6uzkSCf8Bz
bRhz8K3HmjGxMrgSsXUfqa41GZLwmTs3H1
bRibeNtJCftLRLYkn5ta7pM5G5MYnKpqWr
bRijNsUJnGjaBJh7fpQ6qfJxZDWmKAC9iU
bRjADxxs5agVUs8mUzY1cZueCAudRYYma5
bRJrcju9N4BSSUa4RucpT56co2gvPq3L1r
bRJUf1yYCE51JNYcqWC5dNRGQA1pGFtwoQ
bRkmAVbbEArXhu5waFf4Sus5FGoE3hyRf9
bRL2kRLGfuKVybwf8AkYbU51fyQ461vqpe
bRLUaU65JRoD1nT4ZLAsJThpGcvYLUhABf
bRmsj6vZG3Yjt8XK2avGgT8CVmM9w6wHiv
bRmtka545UP9wBygrcMWjckaUtm9tuEvYW
bRMz5jUQhG9Bm4L3jwcghzirW6inYBJCjf
bRnDGdMB8pdhAhHnSsMLcF8bTneKGfr6kw
bRNfqnxSy2mRxmwUzsRwSnxepqQ2tCbwna
bRNguobbom1F9MQYuSRwbVCUy2jTdRQRXX
bRNJjo7gpSqVsf1mc5H88RBZdXL5nsnUwc
bRNucgneyXAiCypa93aWsHqG9AY5u5qUWS
bRNUiyqvPjibkUQ6s1eY27G9RFdvbAzCJB
bRoytCpVHgskyky37ifoj9RYxjmxxtcDoS
bRpLqZ64xzKrbvfsqmtybrWvNzGonWomsD
bRPro5Zi9ZWQWySzsZ2m4gRsu398mPK5e1
bRPYRVQUdbZoVbagRowtXeWSgr8QGjywV5
bRQCAZLVBsravuB1kU7PDS79sJLnBZuMRx
bRqZcgajLXBJfZYEm5TxJKwC6Z9w4MBXKm
bRqZkaqJbeVibTGiqDu4Tg1hQaiwZv1RHR

38

bRr9p2dC71N9PWuagSUdnzBBqBXv6Ao4j2
bRRjktkxiJZLApWdG2SmFd6zB11dhzvPy5
bRRob95ZLmGym3Maim3eDU8a67ftgUKy6R
bRrx85S4TcdSSifkLwjWgajGSywo22LqHS
bRsbdtGM1T7Bvvmcux8cGpGX6CMgpCAyRk
bRsfQ9LCSw6WAN2AvwYccikjEFob1nYDZ6
bRtaKj253EnrmXNQb6Mt7ACKcGe3kVJd4R
bRTipcHc8mXM6tqCuic2CCWrRcxcyEMsib
bRtKmRyVyFxgyiV8WYUkHefX4QTp87cETd
bRu8bh3BXrX8ibksUX22RZMKojYXJuEr3q
bRudmRHc6jbPGPJdaFav2MUd51gj8sCxTR
bRufVgCgFf1Uy5mMidTPCX1SPgW13B8FzH
bRUhCzsNEi15n55CL7HWYoZVRCcP6aZjHW
bRuVjWuw8Np3sLp63CsMxM3adnf3CtfoUb
bRV5MX8Y8Zm8Uj9swKLM348hUR3yGz6yqo
bRvTuKU2esRN6vRenEdzWxdLCasPyhFHyH
bRwrbmKX42Vk38iYMnukimaZdi4vxecAjV
bRy21D1z4dabxVHR6uVDKnBxidtG7PofVs
bRY45E2fYTDFtdQ8sEPyT1GBQjrfw99GAX
bRYNHuCBbttzkfHvnMzF8cQogEWVVAATFZ
bRzJEybmwQ8VnWbcZKofXcrwMUEKtyvkPp
bRzrBQVusrnut79bmkwehWYEesJkZQ8mwN
bRZUVa6GsP8BVbHCBahQD5NPoptPKRg3Ss
bRZZYPcyG3W4xcR1CZxmKNJzF35mqKQWPo
bS1JUxfE26CNxeXtktzVxwb8Wxm2Yy42pY
bS2qa9kxBeauZnPWP2UizaX9xhEA7CxjCj
bS3hraCoZr6hqdJ2jf6Ze6HoGEd1pjBeeH
bS3u89K8X5v7zV2MktEVTNSmMEicDPMs9M
bS3y2SEn56LHx1yKexK4RG8jyxTTjDiDoJ
bS44g6rrEjF3e94mvrWbxedMzUGWajJN7Z
bS466iodfdQ74mtvVsQHjmTv7twPgDS7fA
bS4kzEjjUdwn9n7Qp9VGzm8rp3quRxKDcB
bS4xQbyVJENMkKFreQ62S3xu2dkrv5kw7i
bS5hLfX5mcdQApERWesHSGoZvHx4VEqa5b
bS5TeaJrKhimNq3KAzxv2BVV1ubU2ckzWx
bS6CtqFU1BuXWmUbwxy26uVU8cU9VZJcn9
bS6zphiCmM3edH5ziw2kDsBF27hWuUhwgM
bS8ig2aABRjpN391GMemPi7GNwRyBzMqdt
bS9LXsM6PxfZnUc2PsH9tosjLPLmN6Th97
bSaaUUHEr8zext3HkXi9Po7GUvRuYNjZFZ
bSBcxFQw9DF6vmtEGg4pRU1QArFT2zEY6p
bSbdgrTELf6QKRwjRaKfiWBEjXHpkKqEVb
bSBjMJ3Pg8ADDxFma2BRdFczwF7k533xcm
bSBRdmX2RDE4gjWYCf6nN4NdggVz1Gqjeo
bSbuVp7xf9DrmNbEtTMQ4JKxcyCFiXsrw7
bSBy2i1egwypWjoWzy2zAJEkfDwf223ywG

bSC3E1rf3WUVkrdGga7F3QVAzFu1SDpqbf
bScj3xtdMJeCVJVK2PM5WZTUHHJG9XV3Hz
bSCukBaxDVSuAUbVPRSVRgGrbE72Cec9xr
bSDuDYMTz813ihfjb7pdtwQBeV54dEMgdA
bSDvANXb5B1efvwttZEBEUkxZSnNfjzVpT
bSdW37TvAnBvJZMJWX8mA3oZZw56GqaePQ
bSEFtf5yPf2kmaRxbaNWpL6QSCqSTgJi42
bSEHeoGzW9W1zJDZtafqs2SDs5xvk3n5xE
bSEj3utHRVbxfkhHU1ZmyquCETzr61E7Z2
bSevNxR2ZNpB2qZdtj2JLnQcobyCgEVe2j
bSF2uipePviQXGB3mCwy7LCSZ41E8tAYCf
bSF4GKTPAwqumUaLMrYziZ82knWb5PpP71
bSFdwzDGeWcQYfVV8WMJBekvLxMzsGkuaL
bSFHoqC9WimAUd8u7BAhtu1oGTQKahNFas
bSFmLfPBMJXJmZtUkLdRZKKUsfg6A62DoJ
bSg1X3bEqEA15C3n4KwPXQp8H75mxn5eTj
bSgQ7FJyQcjUgSYKDbWBM1Xrqk6dt7EmYt
bSGUpwjreddVDsxy5vHcFy4pEsCyWYo9xD
bShJgR2MZ3dsjeTGjv3MaNVJgQQaheMMq4
bShQh9Qu2c6ugQAkRofsYz2TvJeiFtB7Qm
bSHxd7Qvk33KcmWT6apuS6fuyM4bdsFDcR
bSif5PpNc8H4J3suvv1huNLk7eGaSAE5FE
bSinu3ZovEyMfpehe2FTGbD3JntnHtpkeq
bSjbmKA646MkZeQvipNifUnxqYse8sKju8
bSJNQ2vBLje9i1nBp8WxLR52UX4rGeSgeJ
bSKgyCBZF1jytxmduj442qP5kcsR7SFpHS
bSKHxmKPu2Zp5cqCPJtgLVjfghTNHyEmf3
bSksd9kFkCKShBxcqwSg8RrsWBjia5PDqV
bSkVafuicQccCvwS5eGj2rQ4s8q8ZJ767L
bSLjyezA99pwmjjgvBB9LLDnczR6DCfVst
bSLKKgzcqVVUSrJxzskY6VBx1QkXPe5s2i
bSLzrWAjg4vvc24e4P2ZwKGywqU3oXhMSm
bSM3vNDPUqMgH9XE6tpCBCqWCx8pRindoX
bSMEWCPSMXLN8xzv779EbLpXfuLZKADkRw
bSMZDj1KiGqQ1ayxpgTJkTpBN2icm6cbyk
bSNH74bKZvoMbYAfdm8Nsqg98YiNwFokTr
bSNztQb7Mk4aE4QxTwQhvuearw4NJnGYBV
bSoqEmqWKivbVkY7dnBUKnk6ku1kekJVWF
bSoZxQ3xLC8TZt4cWeUe1CzcUuhs86NUzZ
bSpF9mCCoL2ND2LTGysPDk2iHaPRsrmTLY
bSpz4548D2GfFDDhKMpExU4JZjPhH1RLC4
bSq9bZ9VH9hSytJ1YAA7EReGAZFpS6LswB
bSqdNCDusxkTswp2Uz6XEuGHVSR8YgW6PG
bSqSfiyJxbyB3fdHrHACseZpKTB4C865Wk
bSR1wDEMF73dVf1guBDF7DbWmbxteQhLNW
bSR7BSX4ZpUcEJAfnBiQ3bk3FyYY6TfXSd

bSrjqfBEG2dmNseABWubYtTcqKF5GdSE4q
bSrLoESHTUFeqEmdYCbPCBN7jh3sXYczcp
bSrw72SBhj2Nw1ZGPSB1KNSWnWYfdyMVJ4
bSskLedTdnvNynjKsTmEe95kodeoXjbCnL
bSsn4oJE1CfzdQ1FNpVuXaTCy7vgEUwcJ8
bSSX8K1Dirjk8iKJfNR9Zb9z8nxLhdard6
bStaminmf6vjcomzT2QwiWRv1MpdcCkhed
bSTdtyRFVAny7fRiduNQnejHjLV4ofjpRA
bStrpzhej2N9Zebo94cTP7St3veAaix5kE
bSTSZ9x8qJDW8noo811zoKNjpbjNk1LhoG
bSTTYactPwTquxB2YciCbCPNgDjiwgLv4d
bSuFzu3LpXuwAPgEy8dseUYBLacKUPaSGa
bSUihuRG2kGJNkvVAwdRCY1gxax25bFoeF
bSuM6wWCjhEdB2BPaykKWVPWwfE6bt9fM7
bSUrrWzALrkNh4VJU5fBzrZvrVEp9enEup
bSUs2C6bQDKSmpqBayfrcizfwyiaPAJioR
bSVbMkRAsXDowuFkmbFPRzzv7w9BtiN9J9
bSvm9rjcMWtG5x22QZoq18stUAmKvp2fFC
bSvMonbkeTvdkyGTdzbYGAkrCZu4u3QNPn
bSvNL99xaS1fWgFfzFhVjH99XYwQ9zpGVq
bSwckNV19kT3fFxe4i2PoMqSttHSdCYkxT
bSWGgVL5amsmwQ9CKmQg4LX9vkkpBcRM7v
bSWGGyR9guf9aKBuAzeNMu9XJKgBjB1xPh
bSwj2FSZQc3ZrHAW2tUf2fQ12bqJ9sGmFP
bSWNeR36H565vSofQ8M6XfhEu91q42NNTH
bSWpwMrCDgcNcF84F3DZ6mncpVmXq8TLcF
bSxSm3KFv5nTvK1sMSDADNvxcPZ7ukZ1FF
bSZFd2uDwm7yDuFda4b1Auch7z6UMdZQTm
bT1EnqAVjBTon3X3KQdeMWMfazPK6JYt8F
bT2FaRV5F8oHugDkj665SqURW4o7riuUtU
bT6HokusphNnKe293MVbxEam9fmbQsEavw
bT6Hs32A12Api1bzTDVA3jSgx8r38vzrmM
bT8b99gyQWZygaSFHZLPqdHrjc79wVgDEn
bT8i9P3nVLwjXeeRjgt5w5XrgRKbwkmPgQ
bT8jhvAUzJ4tGEuFMVqr67zWNX7kjWFcwf
bT9EFADMAZiX81xwkKXgUP6DzCVkgnqdmm
bTa1F5hnZBx1QtWSRgCvS4R1h5qgKqi4B5
bTAKqb8py1t8dkmdAVErp4a2nW67VV9uMm
bTan2kradi9qTSRe7DqBLhF3vxrkriHAvA
bTBrfwjJPmQcEP9HyQanq2at4D7W7bQMZH
bTBRHNAottaAdvAbAZU7Z45Lb1p7SHTQes
bTBSGySf2veetUNPF7oN3z8asH7dcbyvdW
bTbVRBwmmoL8wAj1QvkB1RnSJXffRyEEgo
bTbYCnTvwanMtN35AVY4VHoFutdLsLmoQn
bTcgfVvuM9ZijWj7E3E7fPLx8Mcen8ugq7
bTchXsXnw1XsZyikWfUptaT1pu5Z6PbZNV

bTDdYoxudCYZJX5YLpMjfJwEVkBf9nsZ11
bTDf3YdmE7pMbnnnxRHCbHK7V2k2UiyApW
bTdGH5cxqoNq7YANK5oDE3DaSE2aPx95mb
bTDvvV7p9eMapRkFWguHNt65npV3dWuUn2
bTDvXKTzg4YGuTSARv656toSJ48in1M8dx
bTdxeBiHuwYsZpDtKwJppihx3trwzW1ecV
bTe76qdPBLgec4F65EEHsphNwqkey7QuUn
bTEDDmZdpLXRg395szdFShuTHXnU1zVghu
bTegxBWAmV1MqiRMF9nZgm5UFSnMsrHrVf
bTeoLeiMhte8Twyeuyrv8pxiNLUYcQnZ6a
bTETcS6ZKMa98gbrd4UXF2ode1zohHPH96
bTetJ4ysucbGTdiKdZc7Rxqekeq9VzTqZd
bTeUbJMs5B1tNFV6PWJHk9X9qS3rTJR58X
bTffqkGT2Q5iJckzsbKEx5wmopyCnAbsDd
bTFFSEavSSA2RZW89HKfqA7jAhrVy8f7zH
bTFiwcNZFEEiSFAfzVDu78xs2MarcLLbDf
bTfKuAuk3MmDr1mL4xHd2diWv7kH5UUNwa
bTfRzbShi4W14QKSrgnAfcsucFxfPSyJPQ
bTfScSVxcmxh2PHCVhDv3xvJEAdQVncVeT
bTfuqvEmeT6uKpb6NE954Hboa1CbyAqSfN
bTfvocHAB2sKsmmJvegvYDeNnB2mLaktwP
bTG8UiM5qXfamhmuM9WuKniom65SEBj9Se
bTGchMN49bazggiF77nvAj3fjfq7ciGbLg
bTgcVPHWgfxzgJUbR3WPvryy9dqZAGiPKE
bTGKwY2HNSQUWsyv2txTHcfEKg7npgp1xW
bTGxAYZS7gsLCipBvXhLASXAg8ehRM4PT1
bTHr5hf5Nnq6bEHNMjsKAsAvtUHrp8cFiH
bTHw7fFUsGPjFe5SKEBMkh8o8SzG5ZYoEx
bTiBKoDZDHKVckzStBZLg4tSdHJKnGh7Dj
bTifJyDwku9WsY3H8oHMeKrWupLV5tK6xK
bTimseBkB2bkdRB3sSF1JUAcs17eSM7F1N
bTiZ7xinWURsfNAwBPVi8Cc6KrK1dy77jL
bTj247pmbWAJWGGnRG5FpNGWduRjKzCVSm
bTJdY58UXi7GvBB1D2xWarZvLVz4A59a4k
bTJfzeZZJ7HuKWztfSVFx7yR58EEAYAYaq
bTJvTKVZW5Uomxuy6c7UxC78ZuHDCc78Pf
bTk6feD93ZZPssKFa1EfhT2Gd5NpZqHrG1
bTKDCYWvshv7KTf1qhk1Wyz2fBpcXF3Roj
bTKkt6bL4ZXfDiQpn2YN6XvJJkUnGey7xr
bTKPVjjHHL4VtNx9aErTgBUzcjwY1xofZp
bTkvD9CMyvuSrMSZJyW94fogmG36V3k7YE
bTkyx8B3vf8zyGnT8p2VAUXRZFbsFgRZBP
bTKZrzfw8WeKANJp3Az49FXskA5tb1om9w
bTLEHLkWMTFTHHMh1Nj9czzsp8N7VGcW41
bTm7vUH4HAZbJaRwU4uq2EMFsFfsb8AkGj
bTMJ1gz8xF9bN53Yufp4ZJHVKFxM5E8Dkx

bTmsnAPgQW79BfLvoARdtAmhMwENMBtudB
bTMSUpVXSqUhJ8MACZX2hBQCKmCWxws3bC
bTPg25LFWVjzLnrWksLLwhXmrxjU4E4ckt
bTpkQNNZznmXZFUuqfYrNFDJRqLe76c9Hn
bTQ2FUnsyGuqoN8eSzspb9qyLMXJcdyDWp
bTqdtMqqiGqRqDbJtPGrBeWTqLSU6Jrs8k
bTQFkbBJmKEbo36RrMZFk62jvf57ckDtj5
bTQFtNSwAdCp6Zv8vGBU7cSpYVcudgUSDJ
bTQKCyPNA1x79RpKtu91zpzv36d2qxPY6H
bTQwtgNmD77FzYig7q3HHjY4t25sq6XXG6
bTR7369hZfnxpaFeoxbUdKTo2HXWkgkpEg
bTs36Y6KDb9vrjbDyzRKyAyEwtDV5D6Vzg
bTSPccDiDFEHd5opUWUF3k8Uj2nXKuggvs
bTSvHdiTnkNifEZZenXDXCKEhszV3FCwh1
bTT9nheZy6tyWBJ3a43YMdFWbRC1fG4hRi
bTtEu5saGFawHe6e6vTUgEBVa8XevsPGBv
bTTkbEB1KvCCun6yDqP5d6LBvrsndV8b6m
bTTnVBcL2A44MyKa6QrbzUDGZWnpzgGVC4
bTTzrocZNRG7ge2NibM3ZPz2vZjeSxHeRD
bTU85HT7UxfTA1ZstY8PfdVNRqYDDESuJf
bTuboiyCXGhcSgit43D3GBsY5Md9kKcHbQ
bTumKSPYaKu6DMkTKjVTTZZbMV8HTTqZ78
bTuvV6NVwdLyS2sRxDF7s73rqw253Np3Kd
bTuZXNqR3uzyFHAspi6H66x2htw7ngGfDa
bTvg4nxXwzcQQkBBzSriy8z9DaaMEiYD22
bTvGPhitTZZJ7yXifGmPQ7DcBwhAx5yz8B
bTVjqAYiS77zH2DBXMC2JHjTP6fRdpny8Z
bTVQBPKH2VFtQAiegJTomcww9rLYu8hWsY
bTW6wZRsuwLZnHxKn5kDNR3GehK6z6Lfd3
bTWa9CbphPaaKhCQGCN9ALitrbEZ3KJmUo
bTWegoDXTRXjHBUP8yRHgMGEuefhANqS56
bTxbW1WpZcULxBaQDJwUHsoUyyM6QijmmY
bTy9rDgJCpJJn2wyszysBfTz6jpEDbqGgJ
bTydGFvJo2e8LohCuRi626VmyCUCFh6MZg
bTyfcJEfeXBKyMnhCnYCvJBHDTC9LQ8yhx
bTyJcrbDoQsjYTnmbKPJJyzRQGDqN7nLN2
bTYWAoV6iqFfQsC37N54K8stJ5esX6rZmd
bTzNnK4hP8MXkJ4up2pqzuwxGvVibPySzb
bTZSB6wNSNyoP2hkTj3RWNB1ZYQUWkLzgL
bU1czmyWJ1xckhJiJ3SLrzGHkYDV8USRXw
bU1MMq3K6jjnUhamghnpSsXMaMhkrNDUw9
bU3RrjrEfCTMqqd6yGLN87fxRfJXWMQtzS
bU4i8RRYE97PUiVbWDAtRYeKPQn4yBGFjd
bU4Qbjbs1FC7CbqUpBnJ8FC8nx33Yzi383
bU5fdQu5YexLJ9nJLJvpLwqhm5VYdZTtwN
bU7TeWs5g6vSfjPPNyi6puGyAtMkM2SQi5

bU8WoL9bfDowJuzS7Bd2F7bVYDtBAqRUNs
bU99w3JVr2Z7TZurncvxf2XCFsoiz7uCPR
bUAreygQxwuhES6GmduaNRrEZqyHpZJVyD
bUB113qeVBGYkpahJe5Me8yZjQD6PNhMtk
bUbh8m4NLUPtTiQiSCW66ECCB3aj6iagX1
bUchqC6aauf5D83SFrKkCVVsmc5RVrNADr
bUCjqdUjg4Z9SXh6xFKVTsz4bThdtyoFxe
bUCMbvbZriELNrdyu1bR9mhCwMMaT73EFW
bUCz5Nv8C7YCPichRhtBjbChezsLPUDevW
bUDcwhQtWM2PTZX6QivSSnk2f5SvH5ZryF
bUdCzi1DDZNDg3SNvJ4n6mTSEPN2yg2ntF
bUDkatUmxk7mkBuERwEtvRroJ9jFygpXVJ
bUDnAMJwN1ExM8bksrHEGyvE7XxLSa1XnK
bUDSGHudrA3YssfjiAJYjoqdn23Gduwp8Q
bUdUuJoVXTGPCPjSFjdPuQ1ceiAkh66Nj8
bUejDBt2ALoteSUymkWjqamStSDJcKAXiu
bUENowF2dsy8K87qJmggdRTa1d1Dgx9DXh
bUeW6XE5Zy1pm2txWpCmoF9nBbYdYzNLc3
bUezUNd2s8w7c57gtPMZMmPwBjH3er9CjW
bUf2wVBzqY5Brz7VjzXCtKDWSzhW1CGor3
bUfeQ7mBEAtnxa3BHY2bC2tu8vRf8XmQH6
bUFtF7VYnTnGoBt6rrMWXkujYy3uezbCHA
bUfZ3bGohao7yUVtNuEjyjfgxiVQLjK2pi
bUG1tmzdnyeF96fmpx5CkkUNCtXF26DtA4
bUgCCMSpFnxsM3NFQwSR88Wzu4gbeXc9kZ
bUhco46XUBee8JLBwwoeFuxqvvgeGfF3eZ
bUhK6XjjrUcLT1Q82hDLKnTVpNmYeuvZjX
bUif4oxKHyMCv2C4LQ7DWtqvZ2CxYmo2v5
bUipsqKNFQ1iFhxCmgFETJugeMyP77i9oi
bUiqhezH1xPXzx3gMHyAjb4KkxsG1heJfv
bUiYyPiDchH3WKK3swL3kz3xQSYWFAXhjq
bUJfM7PMqDVfYoZYAtK3o3nzbXxsV5XvHK
bUkcLYJ8p8tbwj9UUomPYjEuERur42xpBa
bUKkCQRaRz7TPkAEDTGQssV4vgjv7oGKGG
bUko7ywsTtWZ6xJqh6NiFybKarXf2zi6wm
bUL1K4AtAh3zjVHYK3vH3HmCbxQvbLMifP
bUMBeZU4ixAczwicjbgKN8NfRMrdHuKP4n
bUMCTKcDY6JtrMx1CEe3HoA66At7jw6XLG
bUMUaqEz4FK8wGbvDn3XL5WGh2RzBGLJ26
bUnBkPnLeFTTTBXrgG9ERNBWgGuHZnrbK5
bUndfSR4pckcnuBqbEApbBGTrxeiCCm6RK
bUndvFfQkZKcKM46UjD5geiNGh8Hs1mvDf
bUnVYqw6oEGJ8AzERRup324b1rdme8axr4
bUNWWWpQbWf7owebZLZtnKAAKrrqPAnFQ8
bUoQWKYPdPtFLynhmNy8Y8DieNG82bxSPp
bUP5JDqHPgCLFdjxEUV3cQTVvZPza9C4w1

156400912.1

bUPjAsmwiLpGKakjA68C8Nk17SWSjdrgNH
bUPUWmwL3TSEy5LyCJwoHLsD83RvweroXe
bUQa3aaE1WDm1ibByUk7Z3Pp13DUrfriLo
bUqcMVmQ6S2PgQn9VXvKmHqJ2eXYPVKU1d
bUqfbVkYwxkDt384MRuqTjQdsTqoDyQG6r
bUQhMtHZX1rewAX6YCbE7cXyHQkEcjwr2p
bUqNs1toSBMS91eNLqjf9JkUSsgs3sZgRA
bUR2LnMQoqLR9kZkzzmBmxVXH1HLR5bMu7
bURAiJrc8M4AdRhwJPhEogm6bKucW7PTnx
bURbXXrNrEPpLa1R1XB92gSTiSJ4xM9WVw
bUs1cs9H7egu2HwxV8yXZqdfed1PzrRqXr
bUs2rdZYSvGrXdxE68KoVnjgAM32fv3Dod
bUs8ranvYQgbp2FRMZdQ8w6xHu2bKEft7M
bUSbCTn7U2QQD5qXVhquytAhqeEVQEEZqZ
bUSkJ1Jw2FYAdXSdg6JR1KR9ovq5Tgg7Hd
bUswmw4RnHzR1jmTf5ez1DUSAvqX9wrNSv
bUSY5fNPVcUH9nFS8zZQhzgwgXDsW6PDed
bUTbyfDDMhBLNZKz9w99wpCiQda9WArf6e
bUTkXPxXD6RnVXUJvFiVgG1r7vJaNTaVTG
bUTSvpZewApud73D1kBaxfiHGmkE2rrKGa
bUUrEfq2XCwdsDMryAcyH5hzVBLtiLoeDV
bUUxTFAjHtcJEgTn9xXPvdqp1CEjRYBGvE
bUVCU2iFe6wBxQLAtzVgTe57JJngk4oE2K
bUVReLGFNsHnJmdeZZqsvajjsseitdFqXb
bUVyGEC5ALYJp54VLmndCLoSk9BPLX5sE9
bUVZCf3gAr7XGPmCVC8rQoQFcJiyBL35GV
bUvzCMoWKFsbU82pdFXAvnUBLJUifh4UeB
bUWaW1QQMf2M2ZFRR1RqGxK5vJ9Epg4DzD
bUWvXZJzUSTj8ufSknc1qsmh87gLtGEHdk
bUX1GbAAaqAzypUL6QTGSbduEEPGpJWXsv
bUXctccULM1Xxyd1WEK8VkccQcocFefxg8
bUXU57wfsVwuJYgXN576WCoLnUp2vWmZVw
bUYDnif3fLtQDmKDgV6aANKwKzmYXwKFke
bUynMPUayXQeAqJtwQTpU4MJL1qxF4kXHq
bUZbHSmahxxWR5HSTwRPFUyihXGYyVPixv
bUzcJA9EWirotfhZuDSTPhDRkTnGavxzaD
bUZdbjHSJjhNVhVdZ92f3DFH9CCw2ZWAXb
bUzghXjhRBjGQMp4y9519roLZYDWtagsuG
bUzXLCPCYfbwvgzMuRbc9rt8KWTSm4X3pS
bUZyoXK1ia7b86GWMSLyBk2TomKv1XtF36
bV1cgCxZcRX2YuqFWqBXZ9mrfmHh6Wipms
bV1wbL6oX4LLG5hEywqH8nwzzyLNRAhBxM
bV2SujkMPaHmrSspmqf3NMjLn3HurzS88f
bV3xpDbvuyMJjCJojCAKkAWGkPvncMgg8Q
bV55gir5hxTLTNCxQ2rV2r3otmWusFUF4v
bV67CbkrHHfevDxqwRMc2VVcKPvPN3JbmG

156400912.1

bV7KrvWWLqEMdgC76sHY4Z6jtx394RbH6t
bV7PKfoKQQzEb8dSSLxAKTaUVDkRbpT1pg
bV9avsowgvarqgYevfjcQimxQx8cbiiPRz
bV9RfT5cnTSLfSH7pEjcs8xCSXHGAEB1xK
bVABJTSN6Lx3zVHzMdG3NVYH9bEPqoi5LR
bVaJmVvgZJX4ZB6XmoFnrNr2y2uqnJE8hd
bVaMpNiPrX3ZLpbqPvgRdN9oM6JqJanHFZ
bVAUN2aH4bcsitDNzc17V7xyQYSYmMZHzK
bVB2wPQJXG7xG5DNW1Q1NMAMAm3jp8Bwvc
bVb6pk7GmGGhGHQWEMnbzN8kE5qGtaBdru
bVBhDrDgiCJJMGsWiV2ZhiA6jTm2KJVBqP
bVBMfP8DThkRoE7gnARoqS4zDLJ737Xahz
bVC1oToWsNoZty94u2wcPs236c7HJ1rano
bVCm19BsEnRShPjPHQL3v4Jf6pgjQisMjW
bVCRTJzphJWYDduX3PFXaWyxvyt7okS1jk
bVCrvUb5wf4c6LXq75HMWdghDm3qCCFNsz
bVD3q2qEDjMddmtTYNpA3GwWYL17SFG66G
bVD6R8aNHpZmfezkybaHPTP3KmXSLGhpuD
bVdppRLb4FgCLHp1TQktf9cjVVb7UJjZ4Z
bVdPVfLbhFZfirHdgprbcTSboXgFjwQGDC
bVE9tWcnhfr7QBTMUhJ45yb1rrATmcJjdX
bVELvPuH6EdMjj2YmLVAA3SWKczL9gcYms
bVeSHs7kCZywDUicGGY7LyxUo4eMY8YDnf
bVESoTx24Vq7DsLavDuHRdYJKUnAcQrgyu
bVEVt1SbEnfRtWJhmT7GeoMDrQaXCiV7Wb
bVFSnyfWzykEizmiMtG9CiTN5yZHJ4E6nn
bVFzmb2NrVHpuD7ny47oP4cnjPtDjtTQWU
bVG8MRg9sWuN5JbipvpnomiaQsVgTPAwSu
bVGNETq8mEQXMy2y3kqGDUxvw26QbFGJdF
bVGTmAcppn27FCBtsxxcv3Ly8KoKCKUfeT
bVGUT2QmzJAvFAGm8q8J9JEGJhD8SkycBa
bVhvjBFmN1aGFyEGaWhQdrTB4fkZUKWBzJ
bVHyxct5FC8VBXoeLjxKFG1EjkdUAj3Kvg
bVj8Tx8rNELXW2mytbCBTp4itRuJBhb7Ws
bVjEeNZsonhTXnQAdrKwEffWczd9AhjVNk
bVjKLgT9tY2Xyi8yVMf87u4W7ESb3GevoU
bVk3ZGWhKeMMzySSrgY2vNyTZoqNBsioKA
bVkbwSfFKNdzPi2jdVdrSytAtoV738k6GD
bVkEyhTsp5KCHhPQF21uMr7oyKfokSAAvM
bVKPeQ9Ny8Ut8tKmUpywXCwfmte9Ro1Q3Fq
bVLQjSKc7RLJFYjNzeq6P9mqjW4KJsQ9NG
bVLrpWv4Mg76qUn8L35rHrgWwCb3g1n6tx
bVMGwXbfQn473qg8jcaWQB2StXeZqUQxtM
bVMocyM8oFH5BZNmgL7KefAJLG26T74x2v
bVmZEx2aTAoumKyhEuY9XniyJrG8dL4aV6
bVN1dEMd8YRykiPd3B5YBKgvqhCJPV6JVG

bVNSWWbNZT9NdXWgxaVEMJmwRrEERuu5Hj
bVoGYVkxiX5Hmyu2AHRdNp3XTPUmqbPEj6
bVP1kfQUBUMHjTPi3jj42rYRgzaewnnxwX
bVP1oAVsNQ8bmhZ6bK1uujqM68eH2uzw1y
bVPdUo6UaSsSjKEHX4DX3vzkPUJd8Feb4A
bVpeoHVbFcfkg2m2MiWd1bh26uDLvATfe6
bVQnmMj7Ad9hNFfcSjdsgpjwqZLK4qicqD
bVqughq6cAwJTAqapACWyN9aRWDoYp3Xum
bVRDUaUcLDEq2pXeKSjhwGVHuJh6UELsaH
bVreDJrMR21ZycdwUFB8oov55YrNbDtuxs
bVRHRzUvgUFzdjWpSGYHFE7N1hBtoJP45F
bVRK3BdQp8cmreLeMmioq483Sd4yimeA3X
bVscpHHEVTEDvbh4wDsXe7WTjqNr53byDu
bVSMxWFUgBoEwG8zPitQbFmtcThSfx5vtW
bVstnXKFPT9TcacjkiVDxutv4GC3JV8AJz
bVsY8NeKE2D2CnjAMPhnvn6t9s6ZHodmsx
bVtQp6J1n8dz9WppdWy2SnJExYQsXwR1By
bVUDh8kY546oMCkwdFAdtxebHjm32tdBG8
bVUJZ1B2Pb2W5tMgEiLYsDN75BVnziE8sf
bVVP2EB3RyXGZBGqMXC7tk4NoVowccaDeR
bVwifXBNXNdaDYww58a7HWXqtCK33Xjxa9
bVXuQcK3RiTsiYrLFkWKZ2bTLk3xhM5iGW
bVY4hFw3uBWY5MmyRzGHyCQuuN6ZSQvMED
bVy66EodaCfWgFHf4nFTN42xSAjZ69ximv
bVycr237kcSCDGGA7dccnm9xaJDCFv5NMg
bVygg1FVyZeLvZQFVkgceiah3DLGKSnKZp
bVYgtDgMSTp72ZF15ozZ1YoJP6asWa23m3
bVzzBBzLaKNrd3r8i5srUcztsQ8F4JHmKe
bW1EHtvhaKZcWwXwUZGj7LpcCziBuUbdyA
bW1kzsx14JHUJjqu2v86xB1MByRvtBPGGx
bW1UeQaocGaJPZW7bQdTYFpMSFM9UtM1rJ
bW1XCtk6GC3HqHadq8zfKvERJDjqwFNwAo
bW29hfti2WqNu2xmBFa3UmkyWK9o3dELCQ
bW2HCaDM6P2FbWoPf63ATEaHcTtk6XPGmr
bW3CQLrb3dSGMpLSSWikCVe2huVib6b4TN
bW3gKddgHJ2bJBXcDiVPnpbSuuRe732a72
bW3Sa7PerCLjJtMhHm3sXLnwYRyzBF7j2m
bW3WnDXEn5Tbejw8DMUFVDMw7Mv5RypsdC
bW3YExE39iExKPycuSuPDCQmjEsm2Pz3fT
bW42hSZZv7YveUWMc1KGUD9JYnsdRmsEcw
bW4dpehREBJpv5FFNuGxLZErLcYMB2pGpx
bW5BQjCqaVSVud84rpEthpR1okUgsmcjpB
bW5BWUoNiDg7wk2np7oam9Nxtv8MZa8diJ
bW5h9ZzgaDT8PScPuZ8QYYEGTGMUwCoGHj
bW5TNVfVQLgKEJbJEsa4yG9awhh3eJYhST
bW5wg2ExWp9bniVhmfDqktmjoG4NZnxEzD

bW64zUpWrtx72pWikrGD81LP4oVAu3Rz7S
bW73jXzpMFpaUtaWNqZKoR32SNKdS955rw
bW8Dpbdxi6r7HJkMVdnKzqLr43wTndJSwU
bW8X1YUWt1ffnn2aTPLXmnyxiSMRJrmxnL
bW9HeHWr3gPCXxVE9bdKM9RBUfAgsm6Sem
bW9tw5wFiDNJATaJR6NxRJXx2QNoKBRrBy
bWa4Auiyb3XSkn1NxGHhn4HmvwqBw5HdrP
bWAAfKKwWvAKy9FvwGG22oiiT4viYrkoTb
bWaCA94oyg5fGfYMAoVHTEyjWVzM9BCwim
bWAPd2t9cDVE88Pxe65EdGt5mX8S6U2cwp
bWAXb9GnYymNWE8JnF6RKQW5YA58WYoJX6
bWaZoZrVfrzEKYRPDowQWrLKT3kKeh92Va
bWb4aQUxFudGz8pHzEvZUat5TfoHTbsSoj
bWBu6W8z6zNcaTyjsopQzA4qmPxW2Cq58r
bWbY1X1zcCtH92PG3TirQeCvhVduup53gW
bWc32yQCmGQfBddk3CsYqiPWZiK41zUBrh
bWC8fdgDwjcSt8fZjLFELSRS69FM4rtztc
bWCJtPgyRuKWTCCzEx5DEcvXRRQr9bhNvR
bWCTuHmxyajXvynFCrE91Zoifb5LiPfUAD
bWDLxsohmXixrE2f7mhW2xJT2A8aGRaPjY
bWE8vGUZLuGMTxaGyUm97VVFgLED846sEw
bWEakrQHV3kfiKJmNWXQj7uHVJupQpwtsk
bWEdzRXnBFbFBFH51VqfgA6icyxfLEGy2j
bWEJtoC9F7eNqsv7pSrHmZhV8xpMJnUDPZ
bWEwQExJDKooii3TUB7Hnv5oJihbvMzQrC
bWF4rumF9rvjGfYqRwauhbgVKjsRkkgyaz
bWFcUKfrq6DLiXX3j8dk5aT5XvbiJJLU3t
bWfGEJQPpodccnCdmy8FcNx2Cgm2rft4MK
bWfTzncGU8G8k3KEXJKA63pwtyLAg4FwPP
bWfwN5nRt1WAHG6d7UjLn5bvsEnawgwLmp
bWfxobgGhEPGoJEkTun7Wc9fRMWsE16zxu
bWg6vWVE2ScJhnMXuATdBF27yRNYWjvejL
bWgbEZH12CRiZwNr3nbrFyCcAbtZfw5eXC
bWGKhomHRMN387p2J4kNhfu9vZh453pvwu
bWGNpRX52T4nwyEtvsFH7RswviBVfiYGVp
bWgzUSDsNGcaBoyzLiKq2jifAXts6dSJfY
bWhkv6k3bMadAjNo6TEWRtj7L6PrXZAhau
bWhvZxkNM8sppiXPTUtp2wxFGW6ChPZTqz
bWimyHNbWxXbkjY3JjtNrguE6hKsFG1s5k
bWiqxXQResSCVLNpKyFmTKNFAzqvJm4Tqf
bWJnzZtCC4xf9FU43xLGMRbeu6TqRWAc8m
bWJRAEhqEUdxNwMzqtKsoMUm2JVm2JohF2
bWjsqEKXiWQZr1Pfit8cWvGVsgsAENp6s4
bWjuxKcMBc8LjkzXEPLSayEg8Whi6FHskg
bWk6eNzpMqXL1c36wiaM4e9dqb9n5nGhSG
bWkArewskciPCaFKfJ5eP7mmcBswyET7Bn

bWKSV7txhZnhWdDEHxRr5xyoco6K7ZRooX
bWLLLP37ttzrE2nRwqFC2wjykZvc9fHW4Q
bWLV848bTrMkAg8XsQJWbtX5aNNYETCNe8
bWmcAusDdA3QkVebDUkV6DwE5fJu1C5YR7
bWmRCqPEgrnoMaXzwZ6wGtaY7BVcBCTJFx
bWMRFgrB72wJSwLPu6jWxXZPtPR9LwLnt2
bWN7UQxpAxpmaf7nyqSJD45YVF5Y2kof2b
bWNBJtvvKmBsznt2c9VVd9KmZj4DHLTXQ7
bWNie7FawwBZEfnJMAc5q2xjDqF56uGEbi
bWnKPViVcnwSBi4rNNxpuxbWAWHZh9NTE6
bWnSDAaWg3L8YrZD98CJ7JMVL4fZG4sSvG
bWNsFGmBvay2dkAVBLr9GTCCkSscqTJ7gM
bWnXaDTsVECXfbQgUkJLMcWJ5Z4BsPNZ3G
bWnXyDKNWoeLgNAUciMPSYmGuw8VvFGfqq
bWPcvk9p3BLqsqNrhE53kbJoP1jw5c6Vhz
bWpKBSN6pt1zDMPmA77tHfZxRmwJ5YNAnT
bWPtHBKFkxgPUPE4fNiRszPXgjkCK1Ydcm
bWPYnSBJN2yUZUwbGimwHrSKi37q1VHFAy
bWqHcMBLQmXKimwEdBxJWxxX8c3kUkw49X
bWQiNkoFmztvMKAU9rEiShNNycsYfmvZsu
bWqzYs55iEJDnncNK64vLCGw2BpYEtUdbw
bWrERFqNxNEZ2ViqqxLfpYnDza4XQ8Fb1h
bWrywoVUYZxrKeFnrDuBMof2z2wnbiRLja
bWsQE5nkM2VADxvbjW7qhexsPUFeku7VfH
bWsSjuUnZoebqC8PEmeUq6TmuDGMnqjXTH
bWSUCyNarSt8eVcvAdjByGZXgtr1uEr6dy
bWsWQfpm6sVXd1LmQ3xF575RrSXnjSQb9y
bWT9CK274SmETsLNjJ7VpVhhzVUk1vygRC
bWTvigSS7GF9umc8iBjXMksFtcM7dpN2MX
bWUoq4LAveQTX6dFbUeRz8iZ5wz5v8JqHj
bWuuNDLhjwdW3m8wjVmc2DnR7BkjFoUDFM
bWUUrskXoVeZSLXJhV6Yv353mFaQ3vZe2R
bWuvqzTGKxtjMeBktQC2vTt6dgc74MPMih
bWvn7tsJ1sFCbdHv8S8YhW1nR8r4PYAESf
bWvSLFSJnUhQbz2u9pPA8VXCw2aCkB2vi2
bWW47sghrXcunXc7XudN27dLVCwrNYHvg7
bWWdLrhyMRWesn7ye4qWYFiUZqTW4c8FHi
bWwk6KddKZoknQAfPCq5jpFdMdMk6irEAi
bWXbGHCgZaaiko469N5twmfVNQXwvUBjhD
bWy7g6mYKaFVHMeQ65gJjCYqjpbSFsRvca
bWY8g7ySxR1PkEwpfXpYM1nyDSQmTYNFyr
bWyDJKj88gyH8H4kgKVuzA5Fk56FXeJiTs
bWYf9dCVuQYYfrGiUz6zy6xKvH9pV9ip1M
bWyPGGrsLUv56rkuSWuxdp4XVbRCRjMhvA
bWyQ2tdvRkPTthsrVvzcnkDZ7UNKRPcEsX
bWYRegUKjTVXHSefxkvGsXnf45gtzHbVjc

```
bWyx8pBqwTSFpdWoSiR2W4z2Z9UHdZEsko
bWZtPTzpZYSiMv47ZWvduDpenT4EbJH3js
bWZXAWktHoXnwWfae4mVzDU9NjEiTAeik3
bX14AwYegydY4uEAeX1zjK8FgewreT1rJG
bX16h6s6Fo9Xqv99a2pNva5XWnvJZubhd1
bX1yJHDZWJJ5kUhsaxrFVADpZa2reL4FsR
bX2FLWhbnBax6egN8rQ6CLYUse93m9FQ4k
bX2HuZp8aYvXr7MQDkzXFoMnQmqJd5yvxF
bX39cqCBQGxcY4EeNUHwBy9EeP8v8S6wY4
bX3GjZQsSUzhJFfWKe9AzYYVefyZ2QwhiW
bX3Lge3ofJ5fvh9ebPvxCpd8hNnYhrXo2E
bX4gpef5etEGKpKfxQY8oHQpmRKU6cBn82
bX4QDsNF9ZbGpiXxyw7KqHJm9ehrEttMd3
bX4syMBovfufEBUb3eLReUDR1iX5vByh9a
bX7eNVi6LeyGH6ffqPxczNWZ7ChBHhak2D
bX8CPRQbSYKDmiTER9Bs9n4ir1s5HDnEQH
bX9C9SG23VY8bZVxAsBsY8tSoiZrdbvMhF
bX9mmY9ZTX5Rr29MoCS3prEMQp67Mf756k
bX9VJp2VhfA73FamayYRELHobZKTbQ9BPh
bXaaPJ6D1txDt797KRXnYK4xri1FeJBAyu
bXAeq95pznziBdHjQQ3HRHY1DS23CqqE87
bXAihG9AarvWzgBwtAphjkf5DZVswSaqCr
bXaQC9tQaJu4UqPTLoV4cTxSGGbdrHgwW6
bXavzXE5znJ4Ls96d3k5tc9BBJc8v9LAfF
bXBq34EtZhMVvHJtDoXdn2BgMeCvH8XKNZ
bXbxQJYqusQnsZbumtW6X7EdqwUHevFPGb
bXChGpHbN1tTmjEpFRit4wRm4FGPdmSPDh
bXcMmjEdxaFNcdLAqTrYhZPcuSAaLsqsPv
bXdAKYNp8fc4dYkURPAMp1snroWrdAbb4E
bXdqSkPkbwTcyHf6MUVAygnb4XwHYZVJjL
bXeFHXDYdxr4MRagDcG3jR9gfaoFW23rwC
bXEMJGFBkVvzsBhtimucvUJ6yVZtMVH2tA
bXetSzTu7pvHETNjTGUHxmbuojKAxqXgnG
bXfKAxfLThFAnMX5RoSY1MaUmQrdpm1Nz2
bXFtrzqQP42GNCK853Ec93qP2GfTMrgVCv
bXGDk7YbG9kpBSAJxDk7hsna4DVfyprX94
bXGVBWNkB47brQcF2nk3uSMw6mmKSdMzPn
bXHapfhKFhxUsDjMkUw6tx1bjge1WMNDuC
bXHfT2EeF6QhFGcADtgpwLYPnKiRuKvSHy
bXhrnPvcmYmTuAaU5DDQcMyArbamoPxF4u
bXi2cA5X971xge8gA8yZbBJq1tLrv86gMv
bXj2dWcRRAzJiEAyg79vLnEU7R9b6JRafR
bXJFySWujce94vyZcfhaBjyRsaADt2Cjuj
bXJL6sKiTdDBiLNXZmZRDoSXVvwLi1MigC
bXJN2gnvTQRU2uFcLoZqiMf14WZE3cGxKk
bXJVb6jGoh4ce4kZEMhh6dRFEr1URwE2vB
```

bXkvGLahHcy8nMBAYpMGRCDHt3RW81VhgR
bXLsGpfhbeCqha14fV9hiGsyrohTJZWwg8
bXLYtmr1Yn8PmUacqZdXMy46B8xRFAkF12
bXmk2N2wt6LEa8xRhDgSFv1wzZCeuBTUXK
bXmnK4JMnwVfeG39vPhSaxTFWxnDvunaRK
bXnaWar4NzbJvP4UDGpkzVnGHAwponswby
bXnD9PBRQhpPxZ1kKCvK32T11rJA5ZbREV
bXnDo7gF1wCmZEWM8MyLhGmdGR23qfJcSo
bXnEXgSTm72VKfJ5nnbyW3qh3ER7NzJxSQ
bXNkrnF1xHWnaDtwFVFvbaatAiTE9ECPiK
bXPFK7RcmXF97Wb86va27zB1RzjrxhEWyb
bXR2uHwmrvY6QZ3t3kn5zVzZq7JWNMXCzD
bXr5tfaKbC2FS4cxdsJmgRK2Hnconm1jKD
bXRJY8S8Dtzhq7vtEaSdEUn19bNGukQtrE
bXrzTVdFZQzJWTtaoKjm56xbU9a3vDaFQn
bXS6t6rLaETtX2czk2ohigb9vBFcNDm7vf
bXSJuJTpAWoahha2mQr8JABEGWPfqpc6Ts
bXsKLsatpAjJAgy7yseTUuBUZJxAPNiaX8
bXSxVA478x8nfWZbc7aJLcQhssY8yd4EWd
bXsz8rt25vQxS6zJTj75oNXHPa53NbW53d
bXTCn1e8U9eij6vKtyM2Kb7a1gvGAbdqKR
bXtdZo4ujmmersnwyrZrwavyxBosnZg3iW
bXtmhckP8ZaEqrn9XakQDzgHG7LC94EcF8
bXTnNiYJgrNVkd3ERg5TgLzAtbhYZkC92x
bXtZsNE2RrG4o4MBqv5SRFGPodrEK1Yhyp
bXUfwAPrZuNcQMfKXmyCSxayH7Gki8p8s6
bXUnRBq1iAkw4L1S1G6TaYhEm5vGfy2c96
bXUzmxerWGKHMx2YxsczWoPDd2yzZPvFzB
bXW4KHrQWpSpoij9YffqaeFAUbwb6ua5Hc
bXwgYowQSoBQoPcrLaRhFdBKvDqos8TvAo
bXwxsCEfsWJbDV84DDYc4L3Ds1Una8yiU7
bXWxsCkgMSuApQt1Xe25boq6u8qm3v3G2G
bXXBxBMjX9Qfhq11qNW1qGbHPfsndWsD3Z
bXXmTq4S8NhyS4EWEo2rfYyFcnPmV6pCDq
bXXN2VsKAk7Jeg154eJ6AHrgK1gQGEdAhe
bXY8sHCnUMhsy1nFhbZGsR6mhSUQj5qbPN
bXY8YMSzGmZ6b6YEJpjudQVS6MhLqqRGy8
bXyraP27AiG3VTZNCL6K41Byd137k22qym
bXYyaBYmfpjZbBaRtQVkdLdFssX3ryXo7u
bXZ1LMvG3rfg4FM1TAUHWEwPjVJFyJcVof
bXz2KSEP4wY2VeCQaqFX3HJeyc6B3EZEkd
bXZ7ddeVQ4NsvNK8X9UHAR231g1Kujhw4Z
bXzchiWdbhEtZLZA4ag19eSPfeCx96crjp
bXZcyFYX8nesFjXqkGUJmjRGQUfkEMLJuQ
bXzfECWrxxsswfeaxfT3gF6wr59nuacDAh
bXzmHgS95Hhww3iEBaaJqZ9ws65DRiSaHP

51

bXzpWeLU8DE4LXhESG1hmLMP7TWC2ttZXj
bXZY62CNi3oZQsFTb94B57g3PEmtwQYRn9
bY179GUDSoJ7KCQoMHNgiVPNqrrgmuSqWQ
bY1vRpcmC5mDpg2UCVhdVJGs6e2z4kEetE
bY2HbHWJ2hPD4mAcZATk13ecqQVdn8kpmH
bY3BYVfEB6oFNnCdsNkcrvMYstJYg32ZEY
bY4P74mgnfZDLFumPmH1CY9v1tc37F6Qjb
bY4Xrg4KVg5emtqy2PXS8Q1Puwk44it29a
bY4ZYYq5H9YGt46v8HroC2yyVJoHSa6rz3
bY5hBxkWC1b7KnH7bFdHH2a6v6p89KRspi
bY6m9Pot4zhBcmFMqKaGCiKZ8MQFYEW94D
bY6TcP8JfDG2AzWx1LJnGumhmv8tjARytf
bY7p1zbsKxPMpHqDzWswTm3Ywod4oTSK2y
bY7XSkMG95zxmkgKSaaTrwpBcfQTG7etM9
bY8fx615p66h8MnR947ZB3iVbG2PRWEEKA
bY8r2UNoL6tAmKesx15ADGY7ArYdezykKf
bY8X7rekagUd5FtYpwTXw6C7HVnFRVphB4
bY9Lt4appWm6QAvfDPJrsXsHHqZTs3osqw
bYaEDVpBuLWR2kcy93aPGXKHYGr33afnCc
bYAo21L9Cq2J4pTyoxybdmrFec1ZGKZKdL
bYat9mS6UT6sftiKNPZE2R9RbugdZoESMF
bYbUgaAhiVScKnvi2e5VY3RiM5xXGdksfL
bYc5EPtXXs1vN9nQGiCgYcjuVBcBbbY8JA
bYChUwWVV1uYd4C4421WZsyEVNvwsFghfC
bYDc7gdVWXT7hzSoz1HpofkouGWgR9cMSX
bYdgDyg6SrcT3Ns6F18tMuCwjEy1CTp64Y
bYDLxbWyE6BvbBPzAQv1xbTjWcetS2pasr
bYdpn6sN1NR4MgNADysurAgN9VZb1Qoe1Q
bYdPR7o63Ht1apEc9v3hWeuCcJyD3uEd8a
bYeCvAv1Lrm3bCCW8NoyBXx93nStmgHuwH
bYEMNuasCJs7BoCgvpD3Eq7WQqLMhMhMTc
bYeR8KswCV1KvmcCdHPN9cZDVoYgkUvoaH
bYF8gZD1riS7CAkgw7xF3xcSgK5f73GhS1
bYfbt211A6CfeP3YkmY8yYBYucotnHWtmj
bYfcwBv2EXrPf9ZbuXDmxbXHgsNM6wuL8Q
bYffWhwMXuF1DKikUQV2rvFpPwgb9BvfdL
bYfjpoPikVdFSTdg2Z2Kh75YpuvtnfmLDK
bYFRKNWV1qYtJFLhBVFqSGZp4pUnrhjmTa
bYgDgAr1Z14ywNdiVbF5DyCxQAhqmB4Bdt
bYgJqhp7jMmRLFyu8VySmrLUvzyEpMuZ7t
bYGYsiPFXmJkxR2f6eWzcRDNr3Up8o3cfX
bYh4Jasdj92mgFv713T4PBPR3JfGDdxsKZ
bYHGpps53u6zpcwcoUkYNo3WmJseBu6My1
bYhia84nz1aXvWFQBLL7Lb6BmXg8qj22AY
bYhmUXbq5zK63DKkuvuFVhrsTx6GCXQ3k4
bYhpf16VgvQvP7Jx2fFS3wU2z2NFQxZpbh

bYhRXp7zJt9ayyt8b4jRZz3FxauahgHsGj
bYJdQacUDF1qTW513eBLBnziBQBoFkMzZ5
bYJGXnFuL6ARNvK3uoaMpfvkfXxNTNrniY
bYKnyqmLZLRdQs5PcLaoa2W1R7AaqRKRXG
bYkQE2PHHEWHRm8is1VVyPbByqFBPmicgE
bYKQUsnctBycYqsNnHyfLbS6SdwWdhrGNJ
bYkwjEuJjgnRR2ywLMaHBJopRZkxd8sYXW
bYKX4brmWxSAaxu7uBkfd4L9ueTPFuA7mv
bYLqzRwCk4bW9bGcoQS3pfuRCWpwS5jNB2
bYMepnvHc6VZk6T4KJ3SKCxamf4kCYyUUn
bYMgx4z45hrjJ8k5Frq9cZzybHcXFUbgbM
bYmKWg9pevrvJUUQL2dxy5dxq1L5zSF46y
bYnNWjyBaWdmLacs9Biz9Vk5gou5AjvPpR
bYoUmvgpi8hbdwUTM62kLWS4rNCVoRqTzB
bYp9q7P9RKbBCYgwLhBN1e2DCyquRUd1Fi
bYpAusrfX5NHuNHzkotm7UHhrHz6U2WxZM
bYPEiLzvazZAeVveQnGWARL9KxNnFoXsSX
bYpf8jTXXKGPVfxGwk1oeE2baESV6PNcMk
bYphbA3kvYCEHAhtzVkw2hFyDTq8TBbmhf
bYPHGKRKVYtMtwVTN7A2ZAEsNvWYRPG1F4
bYPpMAZuT4nxkocgXCufvcSQY4hJKtFDd2
bYpwnXw1x4VWbX3naFwp1h1UcfpSErd7nq
bYpYBNkDzP9FhM6zjvXwdT9ht1whsFg7QM
bYqHhFSU2L1sPiUB78BaFDLZmLPELq2q7R
bYqqHt9ueNFd8B3TBiuUKcJKLs9WSA7eey
bYSpL6a2LgjdyHdpSdRz1JPxvcyqrNBymR
bYSvgaMawYeCQsoc3xZhmvn4PCZUBFX9UY
bYTcU1LWmLKRtFWBWKE9rNNdo6hhBVtrNn
bYTt9X76yfaH2iPDSkAMqCFUGyddqoELdx
bYu9sH2xLSEHY3SyDQ1wWg612WoPdqd3oq
bYUASwJZiNCTFRadmRMhzu3FPi5mEJEVoe
bYUEtqh5dLQqkd7uCMs5dY8rx86LHV74e7
bYuKvhdBiyLgdhnu5cyDB8rikH3w8iSCtb
bYuLjETbYuJn8fXEpNiqcKfcmJhWL43sMq
bYuPbhD3mySEqK3VcBTShs3Y4KZtzNa37y
bYUt95fqz3ksnYMVMEemyuhkZGRyS8NZk1
bYV3bQRwPSt8osq8fxVJ8cz1LC68HhQSCi
bYWbVFsRBcUpE7txWstyVYD4LT8SDzsH4S
bYwmGbW73bnZxoDgh7yFmN22BgaTzu5Pyh
bYWrzSxaxVKs8pt31jp4gjt9StY4Q2P6BB
bYx3Z3fi9abR3CAv93YdkmqYkxHDWbWW78
bYx7PoLvEdXSxf88q79tVjYwrjZGrdL73q
bYXgeUp1LfYkXE4sxpSL5gZ3AWNrMcBkHv
bYXkeBXKCKZcYQqRG5KPy3wNrqXg9vMgMw
bYY8Q8w9qBEz8rrk9hZe68m3Wy1LsmvVAd
bYyDu2cGJqoHVZu5hZr4jLZ1tvFybuHD8t

bYYmG2yH1LDebAjaJsnuMKtjzjGoff8ZJM
bYyonZy84Yv2PWwZJdX2shyeCvD69mFuuP
bYZ15PGyCpeEdTDNGQ6GE6mFjwCjd64Q8t
bYzKMtWZdAe78tLsFqQbAqgxRjKvhtTCsa
bZ1JxJhR4FMWp4eUJaqQcmRA35XtrCTPR3
bZ1pjrA6nHXmon4TQcEhFUpseiGW8yqbS5
bZ1QUsJt6u9cS8KtYxSp1xoQo2G7YxyCqb
bZ2Cqm6KQ3WBgFqt2dXazdxnN7d443njCF
bZ4r9TYe77LvysabkUu5LtgdfXodX7Jptk
bZ4reUAB7XaX4nryawdKeKVFToT7MTm85
bZ4Us2ZNBh5h1bzJQx1jw7fpewHFHTYtg1
bZ584k6oYsjhy9EkqiS9ZQqtWc8cAGyLbV
bZ6LZTpbMnX3Y8FhP4QFNoNynVtWyrz5Xx
bZ6WJAuWnWuNuxwoed2H4HNbNKEKYQBSf2
bZ7fG8yHjX4GwaReuHTz5ShC4G1vyohM6B
bZ8Bzzb6E1xdmjpnfVX3w5UHkvRnXgFrN8
bZ8nLZWVBXSCqrGxS2wtVxen4dZ3E3DbH8
bZ8WWSur8b22Yvr1aUuZyWkpA4dMHNfUvP
bZ9AkGCBx8Qcnk15cdcfZn78wfCc9kDKcV
bZA7UZKdKsAN1QBeXX1fm2QdwwmD5zwDEi
bZaESuMLJoK5bybRZFoZy2ESknAGgwre4C
bZAHkHV3wmNf99A4Jp1urX26oDM78w1cs7
bZARF66Jz91P95P7GEJLwrndjQvbRxKv1s
bZATktoNZ4q6sFNFHeJegRPANccTdjwETK
bZatVgP8PpmC5KyqCZe7f6SqVKKY6a8N7w
bZBTriauMWvmw4CqNttMcZgHVSf3HLMh2h
bZbYJ4kQAf9CZg5dFKxw9Kg3UPTpBc5SyH
bZcBCDgSJBEvRiJEKZcxUsnzKMRaZeAKbm
bZCKjKF6oQS9b7hKRtq6c2wmquSemtioER
bZcXxh6F7jFPdHi8cGrC8ZqYXg7s58MMaP
bZE5EdwbAqvayqc8oGZtGGNegp77QnxawG
bZeRDgjtVAHRBwAaDj57H6vUgy3fWbo76C
bZEy5CCkGfVajbTNYScRbmE8B6cTWRE5iE
bZFfmiSFzEf6cYfPJhfJ5T2h9Pw2E2ugFu
bZFjr5X2NSmWWgkhQkCbFGxTLg9GwnwXjD
bZg4c61Mns4LLBHcQAvLqVqThvgToAkbwH
bZG7DKjSMF1MFNgyAaERucQe9zzLGuB75q
bZGAF7eJcNEGSBAEnY3KPFkjLNinyBB7dx
bZggA4gmSTNeCUfkWgQLxQpcqZmJpMmBLQ
bZH4YEtaFe7Hy3JFyVp1J9t4u3QhU6Geji
bZHijEdvyeWeEDPuN4XiN2NYecwaUPc1mE
bZhisuUdKQifjzGVc3hHb8uNS9v9r4km3F
bZhqgpfdh84EzY5SzMJ9kx25yibM7Fi1SU
bZi4UG3KDHrXzMgoGsgfxTwQLPn9i9ohe6
bZiPX6NHScpYHtCW998SwdguXGpDzat49F
bZiTtmzbpiuZZYzThGQLUNpH8LFgNaV8iD

bZJEsXsyc2nxxKcYnHgzBpzouQGjAFeffy
bZjHbFHCAxpGoYrDcs7j9yYHeFFRAzToSE
bZKEKcLGH9aVQPg7eqbEjZnCF4QVopzTaA
bZKF8MRY1oYbzMiLoreA4QXzBk86TzqaoX
bZkGX1gCSPB6LCEXAR5yK3yesA4A5NwzH5
bZKNJyzK8ERvqrNdV83qKmLyqFgAjTY6zq
bZKRh2bqbBhXUD5ma9aJdGdoH7o6wz2XTd
bZkSsUF8hiH3GbAstBSwTASD3CBAuasGgP
bZkVN7MFyuqg3oGv7mJNxhX9SfBbn1z6zo
bZLvUnCvdV3gZgBGSSqYsuYMb3oJPGYKgo
bZmktK1CYBLN7AYsmsZD9tP5468b2ymm7c
bZMWBka54Vyni6YfsoMtn3fGtLVTNHugDL
bZnt8QZRUi9SzGqjrZbubyzeAAKtHuZgRV
bZNv2XHbTrrnaSwwKeLSxCm2mPMqe8hp7B
bZotFpQVcS2kYrof1qZojQaRmcqg5tXHCZ
bZovNWdYoxiQgt23gznS12z13LgxgQwL4J
bZp3uNmG3jUSB9gaFjYnRJ742DmiKMip3M
bZpiyuc5bxBQ5zFmEtj2g4c9bbHFENimuo
bZPkY8hiSwg3JjyoJ8nFDKvoMHwB2vaogV
bZpqXHP8hQTiWVdkjEwBicwYsx6458Ev1J
bZPwAeo6ujzysC6DqNQHK42MSuS6Bbsb51
bZPX22jqF6bVhy7hU6jAw38hS2ham5DSR8
bZQPw3Pq6v2fc11grTNaWBzBnenxENKq72
bZQtQNXkiGj2sJxkF1XAK4fZqM21deG3kX
bZqwmS6fhnBcvz88SU7b3pJ7bphhXgtq6e
bZqxHWrJXhz4berh1TLAxCxGheiZ2vBif4
bZR5BtDeHr6ZkX89tQxAfKYVABzkYhCibi
bZrBsb7zG698vK1qZjnoFdCwipzTHCyDaK
bZreZ35padogeUNpNKXDXQ24SHZkJx2hfq
bZRkxuRU9MeUB1WqNywhxYYQCkvHehTmdU
bZRn1stfWZUVLxdvzucMG3kAe1JJddzxpp
bZRQehyp8ozkag7GrNQWV3zA8s6JuidRc9
bZskvds6e8NGAJeXpU8Js1XfKpoTyXpk2H
bZSZ5UVbmcka4NkgFmWZyjsrjQmRnCn9pk
bZT1V8LtSs344cpNK4pKe5UyKegkyyUq48
bZuNm1xg6q9cEq4VHETp3q1TbrveYHoct9
bZuVejDWh3vbkYzhjtemovcVSea3yfGC5d
bZv2GaEoFjrWkgzvxbadzNcWW32WPasmsf
bZVfPRmfr3UzY2T94s7VV5madYwZbRWuGg
bZvXXC5RTh5eg8CfE3o3mGkwjX8VvwNk7op
bZwCCBEsUXp66P4hEGuDMVm33m5J5YeCWq
bZX7exZm6jbrT4p4jXa15VHQzZAPTrX2jN
bZxDZnnZoQCWDxCkzyK59aqFsiLGBTNNR5
bZXmMny6SjTU1whoxRvnDUHy5Yb9sNqJ9u
bZXPjLwALDoJcoTm7mTMniMAdXY8RnDTWW
bZxTrCCnXeKDuUarEA9bLzSR2DoctW9VgY

156400912.1

bZykFF2bPAGaoMa5bttLxhW2gzXt6cLSAY
bZyLHQRXNVYjvPzUmMUr7XnLdJmkV22B1V
bZZ5nKFUEjNtPU6EcG77ffZLrqVxqGnqPp
bZZmZWt1aCSKGNJx7Q6mKQFNRKy2MtDzN5

156400912.1

Dated: New York, New York.
April 5, 2022

LBRY, INC.

*/s/ Keith W. Miller*

William E. Christie
Shaheen & Gordon, P.A.
107 Storrs Street
P.O. Box 2703
Concord, NH 03302
(603) 819-4231
wchristie@shaheengordon.com

Keith W. Miller (*pro hac vice*)
Rachel S. Mechanic (*pro hac vice*)
John T. Dixon (*pro hac vice*)
Perkins Coie LLP
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711
(212) 262-6900
KeithMiller@perkinscoie.com
RMechanic@perkinscoie.com
JohnDixon@perkinscoie.com

*Attorneys for Defendant LBRY, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing LBRY's Amended Responses and Objections to the Plaintiff's First Set of Interrogatories was served upon all counsel of record via e-mail on April 5, 2022.

> /s/ John T. Dixon
> _____
> John T. Dixon
> Perkins Coie LLP
> 1155 Avenue of the Americas, 22nd Floor
> New York, New York 10036-2711
> (212) 262-6900
> JohnDixon@perkinscoie.com

156400912.1