| Fund | Launch Balance (07/01/16) | Period Start Balance | Allocated | Last Quarter Allocated | Last Quarter Actual | Cold Wallet Balance |
|---|---|---|---|---|---|---|
| Community | 200,000,000 | 195,000,000 | 1,000,000 | 1,000,000 | 867,956 | 195,000,000 |
| Operational | 100,000,000 | 99,900,000 | | 1,000,000 | 1,049,996 | 98,850,004 |
| Institutional | 100,000,000 | 100,000,000 | 0 | 0 | 0 | 100,000,000 |

393,850,004



EXHIBIT

73

21-cv-00260-PB

exhibitsticker.com

| Date | User | Category | | | Amount | | Note | |
|---|---|---|---|---|---|---|---|---|
| Wed, 06 Sep 2017 14:13:38 +0000 | jeremy | acquisition | Redacted | Redacted | 1,000 | Redacted | Slack chat with crypto group | Redacted |
| Mon, 25 Sep 2017 16:49:39 +0000 | jeremy | acquisition | Redacted | Redacted | 1,000 | Redacted | Reddit tipping | Redacted |
| Mon, 25 Sep 2017 20:41:24 +0000 | josh | acquisition | Redacted | Redacted | 500 | Redacted | brinck reddit tipbot tipbot may change category later | Redacted |
| Tue, 26 Sep 2017 19:17:07 +0000 | josh | acquisition | Redacted | Redacted | 500 | Redacted | Brinck tipbot | Redacted |
| Tue, 26 Sep 2017 19:20:58 +0000 | josh | acquisition | Redacted | Redacted | 500 | Redacted | Tom tip wallet for reddit | Redacted |
| Tue, 26 Sep 2017 21:47:35 +0000 | jeremy | acquisition | Redacted | Redacted | 1,000 | Redacted | For Andrew Traglia, who made first video about LBRY | Redacted |
| Mon, 03 Jul 2017 13:35:16 +0000 | josh | api | Redacted | Redacted | 10,000 | Redacted | alert | Redacted |
| Tue, 04 Jul 2017 04:27:15 +0000 | josh | api | Redacted | Redacted | 10,000 | Redacted | alert | Redacted |
| Wed, 05 Jul 2017 11:32:36 +0000 | grin | api | Redacted | Redacted | 50,000 | Redacted | fill er' up | Redacted |
| Thu, 06 Jul 2017 18:04:53 +0000 | josh | api | Redacted | Redacted | 20,000 | Redacted | alert | Redacted |
| Fri, 07 Jul 2017 13:31:29 +0000 | grin | api | Redacted | Redacted | 20,000 | Redacted | switching to new wallet. there are issues with the old one | Redacted |
| Sun, 09 Jul 2017 23:16:35 +0000 | grin | api | Redacted | Redacted | 8,000 | Redacted | refill | Redacted |
| Mon, 17 Jul 2017 13:38:42 +0000 | grin | api | Redacted | Redacted | 20,000 | Redacted | refill | Redacted |
| Thu, 20 Jul 2017 10:58:09 +0000 | grin | api | Redacted | Redacted | 20,000 | Redacted | refill | Redacted |
| Fri, 21 Jul 2017 12:07:16 +0000 | grin | api | Redacted | Redacted | 30,000 | Redacted | refill | Redacted |
| Tue, 25 Jul 2017 12:48:17 +0000 | jeremy | api | Redacted | Redacted | 20,000 | Redacted | refill rewards | Redacted |
| Wed, 26 Jul 2017 12:32:35 +0000 | grin | api | Redacted | Redacted | 20,000 | Redacted | refill | Redacted |
| Wed, 02 Aug 2017 11:51:51 +0000 | grin | api | Redacted | Redacted | 10,000 | Redacted | fill | Redacted |
| Wed, 02 Aug 2017 22:31:40 +0000 | jeremy | api | Redacted | Redacted | 10,000 | Redacted | more credits for the credit machine | Redacted |
| Thu, 03 Aug 2017 13:50:54 +0000 | josh | api | Redacted | Redacted | 10,000 | Redacted | alert | Redacted |
| Thu, 03 Aug 2017 13:55:27 +0000 | josh | api | Redacted | Redacted | 10,000 | Redacted | alert | Redacted |
| Fri, 04 Aug 2017 13:08:57 +0000 | josh | api | Redacted | Redacted | 10,000 | Redacted | alert | Redacted |
| Sat, 05 Aug 2017 01:22:07 +0000 | josh | api | Redacted | Redacted | 25,000 | Redacted | alert | Redacted |
| Sun, 06 Aug 2017 20:11:51 +0000 | josh | api | Redacted | Redacted | 9,999 | Redacted | alert | Redacted |
| Tue, 08 Aug 2017 00:00:09 +0000 | josh | api | Redacted | Redacted | 10,000 | Redacted | alert | Redacted |
| Wed, 09 Aug 2017 13:32:26 +0000 | josh | api | Redacted | Redacted | 10,000 | Redacted | alert | Redacted |
| Thu, 10 Aug 2017 13:08:41 +0000 | josh | api | Redacted | Redacted | 10,000 | Redacted | alert | Redacted |
| Fri, 11 Aug 2017 12:41:59 +0000 | josh | api | Redacted | Redacted | 20,000 | Redacted | alert | Redacted |
| Mon, 14 Aug 2017 13:03:06 +0000 | josh | api | Redacted | Redacted | 10,000 | Redacted | alert | Redacted |
| Wed, 16 Aug 2017 13:07:27 +0000 | josh | api | Redacted | Redacted | 10,000 | Redacted | alert | Redacted |
| Fri, 18 Aug 2017 13:43:21 +0000 | josh | api | Redacted | Redacted | 10,000 | Redacted | alert | Redacted |
| Sun, 20 Aug 2017 14:11:36 +0000 | josh | api | Redacted | Redacted | 10,000 | Redacted | alert | Redacted |
| Tue, 22 Aug 2017 13:54:42 +0000 | josh | api | Redacted | Redacted | 10,000 | Redacted | alert | Redacted |
| Sun, 27 Aug 2017 14:50:04 +0000 | josh | api | Redacted | Redacted | 10,000 | Redacted | alert | Redacted |
| Sat, 02 Sep 2017 15:01:30 +0000 | josh | api | Redacted | Redacted | 10,000 | Redacted | alert | Redacted |
| Tue, 05 Sep 2017 16:12:33 +0000 | josh | api | Redacted | Redacted | 10,000 | Redacted | alert | Redacted |
| Fri, 22 Sep 2017 13:46:33 +0000 | josh | api | Redacted | Redacted | 5,000 | Redacted | alert | Redacted |
| Sat, 30 Sep 2017 21:40:33 +0000 | josh | api | Redacted | Redacted | 5,000 | Redacted | alert | Redacted |
| Mon, 03 Jul 2017 13:19:04 +0000 | josh | bounty | Redacted | Redacted | 20,000 | Redacted | Maxbit done i18n | Redacted |
| Thu, 06 Jul 2017 04:29:58 +0000 | josh | bounty | Redacted | Redacted | 300 | Redacted | shockr redirect for reilly | Redacted |
| Tue, 11 Jul 2017 20:14:40 +0000 | jeremy | bounty | Redacted | Redacted | 3,000 | Redacted | Video work | Redacted |
| Wed, 12 Jul 2017 22:30:39 +0000 | josh | bounty | Redacted | Redacted | 1,000 | Redacted | shockr richlist | Redacted |
| Sat, 15 Jul 2017 16:54:26 +0000 | josh | bounty | Redacted | Redacted | 1,000 | Redacted | Old alpha tester verified Rick | Redacted |
| Mon, 24 Jul 2017 16:51:49 +0000 | josh | bounty | Redacted | Redacted | 10,000 | Redacted | @14 / Matt | Redacted |
| Thu, 27 Jul 2017 13:40:54 +0000 | josh | bounty | Redacted | Redacted | 3,000 | Redacted | ful0n - blob creation bottleneck work | Redacted |
| Thu, 27 Jul 2017 19:00:57 +0000 | josh | bounty | Redacted | Redacted | 500 | Redacted | JJ and reilly howto | Redacted |
| Mon, 31 Jul 2017 20:43:02 +0000 | jeremy | bounty | Redacted | Redacted | 5,000 | Redacted | Open beta tipping! | Redacted |
| Tue, 01 Aug 2017 03:58:17 +0000 | josh | bounty | Redacted | Redacted | 714 | Redacted | JJ videos with Reilly | Redacted |
| Tue, 01 Aug 2017 03:58:50 +0000 | josh | bounty | Redacted | Redacted | 714 | Redacted | julie creative w reilly | Redacted |
| Thu, 17 Aug 2017 14:09:09 +0000 | josh | bounty | Redacted | Redacted | 5,000 | Redacted | akinwale - android partial bounty | Redacted |
| Thu, 17 Aug 2017 16:26:59 +0000 | josh | bounty | Redacted | Redacted | 7,000 | Redacted | akinwale - android bounty full | Redacted |
| Fri, 18 Aug 2017 02:04:02 +0000 | josh | bounty | Redacted | Redacted | 3,000 | Redacted | fulon - android | Redacted |
| Mon, 04 Sep 2017 16:54:06 +0000 | josh | bounty | Redacted | Redacted | 2,000 | Redacted | josh tip wallet | Redacted |
| Mon, 18 Sep 2017 02:04:01 +0000 | josh | bounty | Redacted | Redacted | 1,200 | Redacted | Chris 404 page | Redacted |
| Tue, 19 Sep 2017 13:28:48 +0000 | josh | bounty | Redacted | Redacted | 14,545 | Redacted | Alex L work | Redacted |
| Mon, 25 Sep 2017 17:12:31 +0000 | josh | bounty | Redacted | Redacted | 5,000 | Redacted | Akin - tipbot | Redacted |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Mon, 25 Sep 2017 16:16:03 +0000 | grin | dev_eval | Redacted | Redacted | 500 | Redacted | kelly wilson doing work | Redacted |
| Mon, 03 Jul 2017 02:52:54 +0000 | josh | modpay | Redacted | Redacted | 2,300 | Redacted | weekly | Redacted |
| Mon, 10 Jul 2017 13:23:05 +0000 | josh | modpay | Redacted | Redacted | 3,300 | Redacted | weekly | Redacted |
| Mon, 17 Jul 2017 13:10:45 +0000 | josh | modpay | Redacted | Redacted | 5,000 | Redacted | weekly | Redacted |
| Mon, 24 Jul 2017 12:58:09 +0000 | josh | modpay | Redacted | Redacted | 2,700 | Redacted | weekly | Redacted |
| Mon, 31 Jul 2017 13:09:34 +0000 | josh | modpay | Redacted | Redacted | 4,200 | Redacted | weekly | Redacted |
| Mon, 07 Aug 2017 13:15:45 +0000 | josh | modpay | Redacted | Redacted | 4,200 | Redacted | weekly | Redacted |
| Mon, 14 Aug 2017 13:09:07 +0000 | josh | modpay | Redacted | Redacted | 6,800 | Redacted | weekly | Redacted |
| Mon, 21 Aug 2017 13:09:32 +0000 | josh | modpay | Redacted | Redacted | 6,800 | Redacted | weekly | Redacted |
| Mon, 28 Aug 2017 13:15:17 +0000 | josh | modpay | Redacted | Redacted | 7,500 | Redacted | weekly | Redacted |
| Mon, 04 Sep 2017 13:38:21 +0000 | josh | modpay | Redacted | Redacted | 8,200 | Redacted | weekly | Redacted |
| Mon, 11 Sep 2017 13:10:14 +0000 | josh | modpay | Redacted | Redacted | 10,900 | Redacted | weekly | Redacted |
| Mon, 18 Sep 2017 13:35:48 +0000 | josh | modpay | Redacted | Redacted | 13,100 | Redacted | weekly | Redacted |
| Mon, 25 Sep 2017 13:12:40 +0000 | josh | modpay | Redacted | Redacted | 12,700 | Redacted | weekly | Redacted |
| Thu, 13 Jul 2017 13:50:56 +0000 | josh | other | Redacted | Redacted | 1,000 | Redacted | josh tip wallet | Redacted |
| Mon, 31 Jul 2017 22:52:52 +0000 | josh | other | Redacted | Redacted | 2,000 | Redacted | josh tip wallet | Redacted |
| Fri, 04 Aug 2017 21:22:33 +0000 | jeremy | other | Redacted | Redacted | 50 | Redacted | tip | Redacted |
| Fri, 11 Aug 2017 16:59:44 +0000 | josh | other | Redacted | Redacted | 1,000 | Redacted | slack tip wallet josh | Redacted |
| Wed, 23 Aug 2017 15:45:37 +0000 | jeremy | other | Redacted | Redacted | 250 | Redacted | Tip for open source work | Redacted |
| Wed, 06 Sep 2017 01:15:40 +0000 | jeremy | other | Redacted | Redacted | 150 | Redacted | new user | Redacted |
| Tue, 12 Sep 2017 15:27:10 +0000 | jeremy | other | Redacted | Redacted | 100 | Redacted | https://github.com/lbryio/lbry-app/pull/547 | Redacted |
| Tue, 04 Jul 2017 00:54:43 +0000 | josh | publishing | Redacted | Redacted | 300 | Redacted | Internet Archives, starting with five channels: Noir, Scifi-Horror, | Redacted |
| Fri, 07 Jul 2017 01:05:30 +0000 | josh | publishing | Redacted | Redacted | 1,000 | Redacted | reilly request | Redacted |
| Fri, 07 Jul 2017 01:05:50 +0000 | josh | publishing | Redacted | Redacted | 400 | Redacted | reilly request | Redacted |
| Tue, 11 Jul 2017 21:12:59 +0000 | josh | publishing | Redacted | Redacted | 100 | Redacted | reilly and JJ howtos | Redacted |
| Fri, 21 Jul 2017 19:15:45 +0000 | josh | publishing | Redacted | Redacted | 595 | Redacted | @slav channel $250 payment | Redacted |
| Wed, 26 Jul 2017 03:01:43 +0000 | josh | publishing | Redacted | Redacted | 100 | Redacted | reilly | Redacted |
| Tue, 01 Aug 2017 03:59:35 +0000 | josh | publishing | Redacted | Redacted | 595 | Redacted | $250 publisher kokesh | Redacted |
| Tue, 01 Aug 2017 04:00:04 +0000 | josh | publishing | Redacted | Redacted | 595 | Redacted | bless hay $250 pub | Redacted |
| Tue, 01 Aug 2017 17:38:07 +0000 | josh | publishing | Redacted | Redacted | 568 | Redacted | mayer makes 250 pub | Redacted |
| Tue, 01 Aug 2017 23:53:39 +0000 | josh | publishing | Redacted | Redacted | 575 | Redacted | crypt0 250 pub | Redacted |
| Wed, 02 Aug 2017 20:07:29 +0000 | josh | publishing | Redacted | Redacted | 500 | Redacted | 250 3blue1brown | Redacted |
| Fri, 25 Aug 2017 14:04:55 +0000 | grin | publishing | Redacted | Redacted | 10,000 | Redacted | get @grin back from jack | Redacted |
| Fri, 01 Sep 2017 20:18:31 +0000 | josh | publishing | Redacted | Redacted | 100 | Redacted | Jamie King | Redacted |
| Wed, 06 Sep 2017 00:16:09 +0000 | josh | publishing | Redacted | Redacted | 36,000 | Redacted | Jamie KING Reilly | Redacted |
| Wed, 20 Sep 2017 01:25:29 +0000 | josh | publishing | Redacted | Redacted | 4,545 | Redacted | Crypto Chronos channel | Redacted |
| Tue, 26 Sep 2017 22:37:49 +0000 | grin | publishing | Redacted | Redacted | 500 | Redacted | publishing @NurdRage | Redacted |
| Fri, 29 Sep 2017 17:18:25 +0000 | josh | publishing | Redacted | Redacted | 1,648 | Redacted | Reilly pub wallet | Redacted |
| Mon, 03 Jul 2017 13:53:33 +0000 | josh | salary | Redacted | Redacted | 2,105 | Redacted | | Redacted |
| Mon, 03 Jul 2017 13:54:00 +0000 | josh | salary | Redacted | Redacted | 1,754 | Redacted | | Redacted |
| Mon, 03 Jul 2017 20:07:29 +0000 | josh | salary | Redacted | Redacted | 5,000 | Redacted | | Redacted |
| Mon, 10 Jul 2017 13:25:05 +0000 | josh | salary | Redacted | Redacted | 2,875 | Redacted | | Redacted |
| Mon, 10 Jul 2017 13:30:24 +0000 | josh | salary | Redacted | Redacted | 2,000 | Redacted | | Redacted |
| Mon, 10 Jul 2017 13:31:36 +0000 | josh | salary | Redacted | Redacted | 3,428 | Redacted | | Redacted |
| Mon, 10 Jul 2017 14:27:54 +0000 | josh | salary | Redacted | Redacted | 5,000 | Redacted | | Redacted |
| Fri, 14 Jul 2017 15:39:42 +0000 | josh | salary | Redacted | Redacted | 2,545 | Redacted | | Redacted |
| Mon, 17 Jul 2017 13:13:52 +0000 | josh | salary | Redacted | Redacted | 2,916 | Redacted | | Redacted |
| Mon, 17 Jul 2017 13:15:06 +0000 | josh | salary | Redacted | Redacted | 7,500 | Redacted | | Redacted |
| Mon, 17 Jul 2017 13:16:31 +0000 | josh | salary | Redacted | Redacted | 4,166 | Redacted | | Redacted |
| Mon, 17 Jul 2017 13:18:52 +0000 | josh | salary | Redacted | Redacted | 5,000 | Redacted | | Redacted |
| Tue, 18 Jul 2017 12:52:16 +0000 | josh | salary | Redacted | Redacted | 2,916 | Redacted | | Redacted |
| Mon, 24 Jul 2017 13:01:18 +0000 | josh | salary | Redacted | Redacted | 1,372 | Redacted | | Redacted |
| Mon, 24 Jul 2017 13:02:56 +0000 | josh | salary | Redacted | Redacted | 5,000 | Redacted | | Redacted |
| Mon, 24 Jul 2017 13:03:40 +0000 | josh | salary | Redacted | Redacted | 2,352 | Redacted | | Redacted |
| Mon, 24 Jul 2017 13:04:33 +0000 | josh | salary | Redacted | Redacted | 1,372 | Redacted | | Redacted |
| Mon, 24 Jul 2017 14:18:53 +0000 | josh | salary | Redacted | Redacted | 2,745 | Redacted | | Redacted |

| Date | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Mon, 31 Jul 2017 13:20:09 +0000 | josh | salary | Redacted | Redacted | 2,000 | Redacted | | Redacted |
| Mon, 31 Jul 2017 13:20:56 +0000 | josh | salary | Redacted | Redacted | 4,000 | Redacted | | Redacted |
| Mon, 31 Jul 2017 13:21:33 +0000 | josh | salary | Redacted | Redacted | 3,429 | Redacted | | Redacted |
| Mon, 31 Jul 2017 13:23:34 +0000 | josh | salary | Redacted | Redacted | 2,000 | Redacted | | Redacted |
| Wed, 02 Aug 2017 16:20:17 +0000 | josh | salary | Redacted | Redacted | 5,000 | Redacted | | Redacted |
| Mon, 07 Aug 2017 13:18:08 +0000 | josh | salary | Redacted | Redacted | 1,346 | Redacted | | Redacted |
| Mon, 07 Aug 2017 13:18:48 +0000 | josh | salary | Redacted | Redacted | 2,692 | Redacted | | Redacted |
| Mon, 07 Aug 2017 13:19:27 +0000 | josh | salary | Redacted | Redacted | 2,885 | Redacted | | Redacted |
| Mon, 07 Aug 2017 13:20:05 +0000 | josh | salary | Redacted | Redacted | 1,346 | Redacted | | Redacted |
| Mon, 14 Aug 2017 13:05:53 +0000 | josh | salary | Redacted | Redacted | 1,867 | Redacted | | Redacted |
| Mon, 14 Aug 2017 13:06:25 +0000 | josh | salary | Redacted | Redacted | 3,733 | Redacted | | Redacted |
| Mon, 14 Aug 2017 13:07:04 +0000 | josh | salary | Redacted | Redacted | 4,000 | Redacted | | Redacted |
| Mon, 14 Aug 2017 13:07:42 +0000 | josh | salary | Redacted | Redacted | 1,867 | Redacted | | Redacted |
| Mon, 21 Aug 2017 13:05:55 +0000 | josh | salary | Redacted | Redacted | 2,000 | Redacted | | Redacted |
| Mon, 21 Aug 2017 13:06:36 +0000 | josh | salary | Redacted | Redacted | 4,000 | Redacted | | Redacted |
| Mon, 21 Aug 2017 13:07:06 +0000 | josh | salary | Redacted | Redacted | 4,287 | Redacted | | Redacted |
| Mon, 21 Aug 2017 13:07:44 +0000 | josh | salary | Redacted | Redacted | 2,000 | Redacted | | Redacted |
| Mon, 28 Aug 2017 13:18:43 +0000 | josh | salary | Redacted | Redacted | 4,000 | Redacted | | Redacted |
| Mon, 28 Aug 2017 13:19:31 +0000 | josh | salary | Redacted | Redacted | 4,286 | Redacted | | Redacted |
| Mon, 28 Aug 2017 13:20:38 +0000 | josh | salary | Redacted | Redacted | 2,000 | Redacted | | Redacted |
| Fri, 01 Sep 2017 16:55:20 +0000 | josh | salary | Redacted | Redacted | 2,142 | Redacted | | Redacted |
| Tue, 05 Sep 2017 13:09:15 +0000 | josh | salary | Redacted | Redacted | 2,500 | Redacted | | Redacted |
| Tue, 05 Sep 2017 13:10:14 +0000 | josh | salary | Redacted | Redacted | 4,667 | Redacted | | Redacted |
| Tue, 05 Sep 2017 13:10:46 +0000 | josh | salary | Redacted | Redacted | 5,000 | Redacted | | Redacted |
| Tue, 05 Sep 2017 13:11:29 +0000 | josh | salary | Redacted | Redacted | 1,667 | Redacted | | Redacted |
| Tue, 05 Sep 2017 13:12:00 +0000 | josh | salary | Redacted | Redacted | 750 | Redacted | | Redacted |
| Tue, 05 Sep 2017 13:35:52 +0000 | josh | salary | Redacted | Redacted | 250 | Redacted | | Redacted |
| Mon, 11 Sep 2017 13:14:31 +0000 | josh | salary | Redacted | Redacted | 5,000 | Redacted | | Redacted |
| Mon, 11 Sep 2017 13:15:12 +0000 | josh | salary | Redacted | Redacted | 5,357 | Redacted | | Redacted |
| Mon, 11 Sep 2017 13:17:56 +0000 | josh | salary | Redacted | Redacted | 1,786 | Redacted | | Redacted |
| Mon, 11 Sep 2017 13:20:05 +0000 | josh | salary | Redacted | Redacted | 1,071 | Redacted | | Redacted |
| Mon, 11 Sep 2017 14:58:22 +0000 | josh | salary | Redacted | Redacted | 1,000 | Redacted | | Redacted |
| Mon, 18 Sep 2017 13:41:07 +0000 | josh | salary | Redacted | Redacted | 1,125 | Redacted | | Redacted |
| Mon, 18 Sep 2017 13:41:42 +0000 | josh | salary | Redacted | Redacted | 5,833 | Redacted | | Redacted |
| Mon, 18 Sep 2017 13:42:08 +0000 | josh | salary | Redacted | Redacted | 6,250 | Redacted | | Redacted |
| Mon, 18 Sep 2017 13:42:46 +0000 | josh | salary | Redacted | Redacted | 2,083 | Redacted | | Redacted |
| Mon, 18 Sep 2017 13:43:23 +0000 | josh | salary | Redacted | Redacted | 1,250 | Redacted | | Redacted |
| Mon, 25 Sep 2017 13:25:14 +0000 | josh | salary | Redacted | Redacted | 6,829 | Redacted | | Redacted |
| Mon, 25 Sep 2017 13:25:45 +0000 | josh | salary | Redacted | Redacted | 7,317 | Redacted | | Redacted |
| Mon, 25 Sep 2017 13:26:27 +0000 | josh | salary | Redacted | Redacted | 2,439 | Redacted | | Redacted |
| Mon, 25 Sep 2017 13:26:56 +0000 | josh | salary | Redacted | Redacted | 1,463 | Redacted | | Redacted |
| Mon, 25 Sep 2017 15:40:21 +0000 | josh | salary | Redacted | Redacted | 1,100 | Redacted | | Redacted |
| | | | | | | | | |
| | | | | | | | | |
| | | | Bounty | | 82,973 | explorers, translate, bugs, features | | |
| | | | Invite / API | | 452,999 | Rewards / Invite | | |
| | | | Modpay | 87,700 | | | | |
| | | | Salary | | 186,163 | Mostly Mat and Bill | | |
| | | | Publishing | | 58,121 | Reilly deals and creators | | |
| | | | Aquisition | | 9,050 | Mostly tipping Slack/other | | |
| | | | | 867,956 | | | | |

SEC-LBRYLIT-E-0004331
Community

Bounty
Invite / API
Modpay
Salary
Publishing
Aquisition

| Date | Actual | Allocated | Purpose | From | To | Tx |
|------|--------|-----------|---------|------|-----|-----|
| 3Q | 1,049,996 | 1,000,000 | Ongong Operations | LBRY | Market | Several |

SEC-LBRYLIT-E-0004331
Operational

| Date | Actual | Allocated | Purpose | From | To | Tx | Notes | Txn By |
|------|--------|-----------|---------|------|-----|-----|-------|--------|
| No activity | | | | | | | | |