| Fund | Launch Balance (07/01/16) | Period Start Balance | Allocated | Last Quarter Allocated | Last Quarter Actual | Cold Wallet Balance |
|---|---|---|---|---|---|---|
| Community | 200,000,000 | 195,000,000 | 5,000,000 | 1,000,000 | 645,021 | 194,000,000 |
| Operational | 100,000,000 | 98,850,004 | 5,000,000 | | 5,639,869 | 93,210,135 |
| Institutional | 100,000,000 | 100,000,000 | 0 | 0 | 0 | 100,000,000 |
| | | | | | | 387,210,135 |



EXHIBIT

74

21-cv-00260-PB

| Date | User | Category | | | Amount | | | |
|---|---|---|---|---|---|---|---|---|
| Wed, 04 Oct 2017 22:00:08 +0000 | jeremy | acquisition | Redacted | Redacted | 2,000 | Redacted | | Redacted |
| Sat, 07 Oct 2017 20:30:29 +0000 | josh | acquisition | Redacted | Redacted | 100 | Redacted | | Redacted |
| Wed, 25 Oct 2017 13:40:39 +0000 | josh | acquisition | Redacted | Redacted | 1,000 | Redacted | | Redacted |
| Fri, 03 Nov 2017 16:02:05 +0000 | josh | acquisition | Redacted | Redacted | 1,500 | Redacted | | Redacted |
| Mon, 06 Nov 2017 19:04:00 +0000 | josh | acquisition | Redacted | Redacted | 4,000 | Redacted | | Redacted |
| Tue, 07 Nov 2017 20:42:29 +0000 | josh | acquisition | Redacted | Redacted | 500 | Redacted | | Redacted |
| Tue, 07 Nov 2017 20:42:54 +0000 | josh | acquisition | Redacted | Redacted | 1,000 | Redacted | | Redacted |
| Fri, 17 Nov 2017 20:42:05 +0000 | josh | acquisition | Redacted | Redacted | 3,000 | Redacted | | Redacted |
| Thu, 30 Nov 2017 14:52:30 +0000 | jeremy | acquisition | Redacted | Redacted | 10,000 | Redacted | | Redacted |
| Thu, 30 Nov 2017 21:13:04 +0000 | jeremy | acquisition | Redacted | Redacted | 15 | Redacted | | Redacted |
| Thu, 30 Nov 2017 21:17:19 +0000 | jeremy | acquisition | Redacted | Redacted | 14,985 | Redacted | | Redacted |
| Fri, 01 Dec 2017 16:57:27 +0000 | jeremy | acquisition | Redacted | Redacted | 3,000 | Redacted | | Redacted |
| Tue, 05 Dec 2017 19:26:08 +0000 | jeremy | acquisition | Redacted | Redacted | 5,000 | Redacted | | Redacted |
| Mon, 11 Dec 2017 15:06:18 +0000 | josh | acquisition | Redacted | Redacted | 1,000 | Redacted | | Redacted |
| Wed, 20 Dec 2017 04:46:13 +0000 | josh | acquisition | Redacted | Redacted | 250 | Redacted | | Redacted |
| Thu, 21 Dec 2017 15:22:28 +0000 | josh | acquisition | Redacted | Redacted | 1,000 | Redacted | | Redacted |
| Fri, 22 Dec 2017 17:39:39 +0000 | josh | acquisition | Redacted | Redacted | 500 | Redacted | | Redacted |
| Sat, 23 Dec 2017 04:25:36 +0000 | josh | acquisition | Redacted | Redacted | 4,000 | Redacted | | Redacted |
| Wed, 27 Dec 2017 17:02:49 +0000 | josh | acquisition | Redacted | Redacted | 2,000 | Redacted | | Redacted |
| Fri, 13 Oct 2017 19:53:13 +0000 | josh | api | Redacted | Redacted | 5,000 | Redacted | | Redacted |
| Thu, 26 Oct 2017 16:41:12 +0000 | jeremy | api | Redacted | Redacted | 20,000 | Redacted | | Redacted |
| Thu, 07 Dec 2017 03:33:47 +0000 | josh | api | Redacted | Redacted | 10,000 | Redacted | | Redacted |
| Sun, 17 Dec 2017 14:25:52 +0000 | josh | api | Redacted | Redacted | 5,000 | Redacted | | Redacted |
| Mon, 18 Dec 2017 22:11:09 +0000 | josh | api | Redacted | Redacted | 5,000 | Redacted | | Redacted |
| Tue, 19 Dec 2017 16:23:42 +0000 | grin | api | Redacted | Redacted | 10,000 | Redacted | | Redacted |
| Wed, 20 Dec 2017 03:57:49 +0000 | josh | api | Redacted | Redacted | 5,000 | Redacted | | Redacted |
| Wed, 20 Dec 2017 13:48:00 +0000 | josh | api | Redacted | Redacted | 5,000 | Redacted | | Redacted |
| Sat, 23 Dec 2017 04:26:16 +0000 | josh | api | Redacted | Redacted | 10,000 | Redacted | | Redacted |
| Mon, 02 Oct 2017 12:30:45 +0000 | jeremy | bounty | Redacted | Redacted | 200 | Redacted | | Redacted |
| Tue, 10 Oct 2017 13:23:31 +0000 | jeremy | bounty | Redacted | Redacted | 10,000 | Redacted | | Redacted |
| Fri, 27 Oct 2017 19:16:29 +0000 | jeremy | bounty | Redacted | Redacted | 10,000 | Redacted | | Redacted |
| Mon, 30 Oct 2017 13:16:41 +0000 | josh | bounty | Redacted | Redacted | 2,000 | Redacted | | Redacted |
| Tue, 07 Nov 2017 18:38:13 +0000 | josh | bounty | Redacted | Redacted | 3,000 | Redacted | | Redacted |
| Wed, 15 Nov 2017 20:05:47 +0000 | jeremy | bounty | Redacted | Redacted | 10,000 | Redacted | | Redacted |
| Mon, 20 Nov 2017 22:58:24 +0000 | josh | bounty | Redacted | Redacted | 1,200 | Redacted | | Redacted |
| Mon, 04 Dec 2017 14:21:19 +0000 | jeremy | bounty | Redacted | Redacted | 25 | Redacted | | Redacted |
| Fri, 22 Dec 2017 20:30:26 +0000 | josh | bounty | Redacted | Redacted | 500 | Redacted | | Redacted |
| Mon, 13 Nov 2017 22:07:22 +0000 | jeremy | dev_eval | Redacted | Redacted | 1,000 | Redacted | | Redacted |
| Mon, 02 Oct 2017 13:19:48 +0000 | josh | modpay | Redacted | Redacted | 12,500 | Redacted | | Redacted |
| Mon, 09 Oct 2017 13:18:48 +0000 | josh | modpay | Redacted | Redacted | 17,900 | Redacted | | Redacted |
| Mon, 16 Oct 2017 13:12:31 +0000 | josh | modpay | Redacted | Redacted | 25,400 | Redacted | | Redacted |
| Mon, 23 Oct 2017 13:16:05 +0000 | josh | modpay | Redacted | Redacted | 25,400 | Redacted | | Redacted |
| Mon, 23 Oct 2017 13:19:07 +0000 | josh | modpay | Redacted | Redacted | 3,300 | Redacted | | Redacted |
| Mon, 30 Oct 2017 12:53:43 +0000 | josh | modpay | Redacted | Redacted | 14,100 | Redacted | | Redacted |
| Mon, 06 Nov 2017 14:08:59 +0000 | josh | modpay | Redacted | Redacted | 14,700 | Redacted | | Redacted |
| Mon, 13 Nov 2017 15:24:59 +0000 | josh | modpay | Redacted | Redacted | 11,200 | Redacted | | Redacted |
| Tue, 21 Nov 2017 03:15:47 +0000 | josh | modpay | Redacted | Redacted | 10,400 | Redacted | | Redacted |
| Tue, 28 Nov 2017 00:17:34 +0000 | josh | modpay | Redacted | Redacted | 8,000 | Redacted | | Redacted |
| Mon, 04 Dec 2017 15:20:16 +0000 | josh | modpay | Redacted | Redacted | 6,700 | Redacted | | Redacted |

| Date | User | Category | | | Amount | | | |
|---|---|---|---|---|---|---|---|---|
| Tue, 12 Dec 2017 00:35:54 +0000 | josh | modpay | Redacted | Redacted | 7,700 | Redacted | | Redacted |
| Mon, 18 Dec 2017 14:08:58 +0000 | josh | modpay | Redacted | Redacted | 3,900 | Redacted | | Redacted |
| Thu, 28 Dec 2017 15:27:07 +0000 | josh | modpay | Redacted | Redacted | 2,900 | Redacted | | Redacted |
| Mon, 20 Nov 2017 15:53:00 +0000 | josh | other | Redacted | Redacted | 2,642 | Redacted | | Redacted |
| Wed, 20 Dec 2017 16:06:41 +0000 | grin | other | Redacted | Redacted | 32,000 | Redacted | | Redacted |
| Tue, 03 Oct 2017 17:54:33 +0000 | grin | publishing | Redacted | Redacted | 220 | Redacted | | Redacted |
| Tue, 10 Oct 2017 14:01:10 +0000 | grin | publishing | Redacted | Redacted | 250 | Redacted | | Redacted |
| Wed, 11 Oct 2017 15:56:33 +0000 | grin | publishing | Redacted | Redacted | 250 | Redacted | | Redacted |
| Mon, 23 Oct 2017 23:49:55 +0000 | josh | publishing | Redacted | Redacted | 32,000 | Redacted | | Redacted |
| Wed, 01 Nov 2017 21:40:49 +0000 | grin | publishing | Redacted | Redacted | 10 | Redacted | | Redacted |
| Thu, 02 Nov 2017 12:26:33 +0000 | grin | publishing | Redacted | Redacted | 3 | Redacted | | Redacted |
| Thu, 02 Nov 2017 19:19:42 +0000 | grin | publishing | Redacted | Redacted | 1,000 | Redacted | | Redacted |
| Mon, 06 Nov 2017 20:18:10 +0000 | grin | publishing | Redacted | Redacted | 10 | Redacted | | Redacted |
| Tue, 21 Nov 2017 14:46:37 +0000 | josh | publishing | Redacted | Redacted | 1,000 | Redacted | | Redacted |
| Wed, 22 Nov 2017 21:37:20 +0000 | josh | publishing | Redacted | Redacted | 550 | Redacted | | Redacted |
| Fri, 24 Nov 2017 18:22:28 +0000 | josh | publishing | Redacted | Redacted | 500 | Redacted | | Redacted |
| Sun, 26 Nov 2017 03:00:01 +0000 | josh | publishing | Redacted | Redacted | 250 | Redacted | | Redacted |
| Tue, 28 Nov 2017 00:03:13 +0000 | josh | publishing | Redacted | Redacted | 500 | Redacted | | Redacted |
| Mon, 02 Oct 2017 13:37:07 +0000 | josh | salary | Redacted | Redacted | 6,034 | Redacted | | Redacted |
| Mon, 02 Oct 2017 13:37:33 +0000 | josh | salary | Redacted | Redacted | 6,466 | Redacted | | Redacted |
| Mon, 02 Oct 2017 13:38:03 +0000 | josh | salary | Redacted | Redacted | 1,293 | Redacted | | Redacted |
| Mon, 09 Oct 2017 13:31:03 +0000 | josh | salary | Redacted | Redacted | 7,675 | Redacted | | Redacted |
| Mon, 09 Oct 2017 13:31:26 +0000 | josh | salary | Redacted | Redacted | 8,224 | Redacted | | Redacted |
| Mon, 09 Oct 2017 13:31:55 +0000 | josh | salary | Redacted | Redacted | 1,645 | Redacted | | Redacted |
| Mon, 16 Oct 2017 13:15:39 +0000 | josh | salary | Redacted | Redacted | 8,568 | Redacted | | Redacted |
| Mon, 16 Oct 2017 13:16:12 +0000 | josh | salary | Redacted | Redacted | 9,180 | Redacted | | Redacted |
| Mon, 16 Oct 2017 13:16:44 +0000 | josh | salary | Redacted | Redacted | 1,836 | Redacted | | Redacted |
| Mon, 16 Oct 2017 13:17:18 +0000 | josh | salary | Redacted | Redacted | 3,060 | Redacted | | Redacted |
| Mon, 16 Oct 2017 17:30:54 +0000 | josh | salary | Redacted | Redacted | 1,836 | Redacted | | Redacted |
| Mon, 23 Oct 2017 13:16:29 +0000 | josh | salary | Redacted | Redacted | 10,204 | Redacted | | Redacted |
| Mon, 23 Oct 2017 13:17:53 +0000 | josh | salary | Redacted | Redacted | 10,933 | Redacted | | Redacted |
| Mon, 23 Oct 2017 13:18:24 +0000 | josh | salary | Redacted | Redacted | 3,644 | Redacted | | Redacted |
| Mon, 30 Oct 2017 12:50:40 +0000 | josh | salary | Redacted | Redacted | 9,253 | Redacted | | Redacted |
| Mon, 30 Oct 2017 12:51:32 +0000 | josh | salary | Redacted | Redacted | 9,914 | Redacted | | Redacted |
| Mon, 30 Oct 2017 12:52:09 +0000 | josh | salary | Redacted | Redacted | 3,305 | Redacted | | Redacted |
| Mon, 30 Oct 2017 18:09:36 +0000 | josh | salary | Redacted | Redacted | 1,971 | Redacted | | Redacted |
| Mon, 06 Nov 2017 14:09:54 +0000 | josh | salary | Redacted | Redacted | 9,333 | Redacted | | Redacted |
| Mon, 06 Nov 2017 14:10:19 +0000 | josh | salary | Redacted | Redacted | 10,000 | Redacted | | Redacted |
| Mon, 06 Nov 2017 14:10:48 +0000 | josh | salary | Redacted | Redacted | 3,333 | Redacted | | Redacted |
| Mon, 06 Nov 2017 14:11:17 +0000 | josh | salary | Redacted | Redacted | 2,000 | Redacted | | Redacted |
| Mon, 13 Nov 2017 15:28:31 +0000 | josh | salary | Redacted | Redacted | 7,718 | Redacted | | Redacted |
| Mon, 13 Nov 2017 15:29:06 +0000 | josh | salary | Redacted | Redacted | 8,269 | Redacted | | Redacted |
| Mon, 13 Nov 2017 15:29:47 +0000 | josh | salary | Redacted | Redacted | 2,756 | Redacted | | Redacted |
| Mon, 13 Nov 2017 15:30:18 +0000 | josh | salary | Redacted | Redacted | 1,654 | Redacted | | Redacted |
| Mon, 20 Nov 2017 14:42:43 +0000 | josh | salary | Redacted | Redacted | 7,368 | Redacted | | Redacted |
| Mon, 20 Nov 2017 14:43:07 +0000 | josh | salary | Redacted | Redacted | 7,895 | Redacted | | Redacted |
| Mon, 20 Nov 2017 14:43:38 +0000 | josh | salary | Redacted | Redacted | 2,632 | Redacted | | Redacted |
| Mon, 20 Nov 2017 14:44:04 +0000 | josh | salary | Redacted | Redacted | 1,579 | Redacted | | Redacted |
| Mon, 27 Nov 2017 14:38:59 +0000 | josh | salary | Redacted | Redacted | 5,600 | Redacted | | Redacted |

| Date | User | Category | | | Amount | | | |
|---|---|---|---|---|---|---|---|---|
| Mon, 27 Nov 2017 14:39:33 +0000 | josh | salary | Redacted | Redacted | 6,000 | Redacted | | Redacted |
| Mon, 27 Nov 2017 14:40:07 +0000 | josh | salary | Redacted | Redacted | 2,000 | Redacted | | Redacted |
| Mon, 27 Nov 2017 14:40:51 +0000 | josh | salary | Redacted | Redacted | 1,200 | Redacted | | Redacted |
| Mon, 04 Dec 2017 15:17:52 +0000 | josh | salary | Redacted | Redacted | 4,242 | Redacted | | Redacted |
| Mon, 04 Dec 2017 15:18:13 +0000 | josh | salary | Redacted | Redacted | 4,545 | Redacted | | Redacted |
| Mon, 04 Dec 2017 15:18:41 +0000 | josh | salary | Redacted | Redacted | 1,515 | Redacted | | Redacted |
| Mon, 04 Dec 2017 15:19:21 +0000 | josh | salary | Redacted | Redacted | 909 | Redacted | | Redacted |
| Mon, 04 Dec 2017 15:36:53 +0000 | josh | salary | Redacted | Redacted | 2,633 | Redacted | | Redacted |
| Mon, 11 Dec 2017 15:07:05 +0000 | josh | salary | Redacted | Redacted | 4,762 | Redacted | | Redacted |
| Mon, 11 Dec 2017 15:07:31 +0000 | josh | salary | Redacted | Redacted | 2,976 | Redacted | | Redacted |
| Mon, 11 Dec 2017 15:07:56 +0000 | josh | salary | Redacted | Redacted | 1,701 | Redacted | | Redacted |
| Mon, 18 Dec 2017 14:06:53 +0000 | josh | salary | Redacted | Redacted | 2,424 | Redacted | | Redacted |
| Mon, 18 Dec 2017 14:07:30 +0000 | josh | salary | Redacted | Redacted | 1,515 | Redacted | | Redacted |
| Mon, 18 Dec 2017 14:08:06 +0000 | josh | salary | Redacted | Redacted | 866 | Redacted | | Redacted |
| Tue, 26 Dec 2017 18:56:46 +0000 | josh | salary | Redacted | Redacted | 1,944 | Redacted | | Redacted |
| Tue, 26 Dec 2017 18:57:08 +0000 | josh | salary | Redacted | Redacted | 1,215 | Redacted | | Redacted |
| Tue, 26 Dec 2017 18:57:28 +0000 | josh | salary | Redacted | Redacted | 694 | Redacted | | Redacted |
| Tue, 03 Oct 2017 14:14:38 +0000 | josh | testing | Redacted | Redacted | 10 | Redacted | | Redacted |
| Wed, 25 Oct 2017 17:21:33 +0000 | grin | testing | Redacted | Redacted | 11,064 | Redacted | | Redacted |
| Thu, 16 Nov 2017 16:48:54 +0000 | grin | testing | Redacted | Redacted | 20,000 | Redacted | | Redacted |
| Tue, 21 Nov 2017 20:33:30 +0000 | grin | testing | Redacted | Redacted | 0 | Redacted | | Redacted |
| Thu, 30 Nov 2017 16:02:40 +0000 | grin | testing | Redacted | Redacted | 10,000 | Redacted | | Redacted |
| Wed, 06 Dec 2017 01:40:37 +0000 | josh | testing | Redacted | Redacted | 100 | Redacted | | Redacted |
| Thu, 14 Dec 2017 17:34:02 +0000 | josh | testing | Redacted | Redacted | 5,000 | Redacted | | Redacted |
| Thu, 14 Dec 2017 17:34:57 +0000 | josh | testing | Redacted | Redacted | 5,000 | Redacted | | Redacted |
| Fri, 15 Dec 2017 21:18:19 +0000 | grin | testing | Redacted | Redacted | 10 | Redacted | | Redacted |
| Sun, 17 Dec 2017 20:02:32 +0000 | jeremy | testing | Redacted | Redacted | 100 | Redacted | | Redacted |
| Tue, 26 Dec 2017 16:25:19 +0000 | josh | testing | Redacted | Redacted | 10,000 | Redacted | | Redacted |
| | | | Bounty | | 36,925 | explorers, translate, bugs, features | | |
| | | | Invite / API | | 75,000 | Rewards / Invite | | |
| | | | Modpay | | 164,100 | | | |
| | | | Salary | | 216,319 | Mostly Mat and Bill | | |
| | | | Publishing | | 36,543 | Reilly deals and creators | | |
| | | | Aquisition | | 54,850 | Mostly tipping Slack/other | | |
| | | | Testing | | 61,284 | Franklin / tests | | |
| | | | | | 645,021 | | | |

Pie chart legend:
- Bounty
- Invite / API
- Modpay
- Salary
- Publishing
- Aquisition
- Testing

| Date | Actual | Allocated | Purpose | From | To | Tx |
|---|---|---|---|---|---|---|
| 4Q | 5,000,000 | 1,000,000 | Ongong Operations | LBRY | Market | Several |
| 4Q | 639,869 | | LBRY sold 639,869 credits to a crypto education club | LBRY | Club | |

SEC-LBRYLIT-E-0004335

Operational

| Date | Actual | Allocated | Purpose | From | To | Tx | Notes | Txn By |
|------|--------|-----------|---------|------|-----|-----|-------|--------|
| No activity | | | | | | | | |