**EXHIBIT**

**76**

21-cv-00260-PB

1    UNITED STATES DISTRICT COURT

2    DISTRICT OF NEW HAMPSHIRE

3

4   SECURITIES AND EXCHANGE          ) Civil Action No.
    COMMISSION,                      ) 1:21-cv-00260-PB
5                                    )
                 Plaintiff,          )
6                                    ) VOLUME 1
         vs.                         ) (Pages 1 to 228)
7                                    )
    LBRY, INC.,                      )
8                                    )
                 Defendant.          )
9   _____ )

10

11

12

13              CONFIDENTIAL DEPOSITION OF

14                    DAVID BALTER

15                   HELD VIA WEBEX

16            THURSDAY, JANUARY 13, 2022

17                     9:36 a.m.

18

19

20

21

22

23

24   REPORTED BY:
     Jane M. Werner, RMR, CRR
     Massachusetts CSR No. 149008
25   JOB No. 220113DWA

                                                    1

1   if we could.

2           Could you summarize your educational

3   background for us, starting after high school.

4       A   I'm going to adjust that answer, if I could,

5   if I could go back.

6       Q   Sure.

7       A   There was a previous organization, Flipside

8   Crypto LLC, which is no longer an organization.  It's

9   now Flipside Crypto, Inc.  So for probably two and a

10  half years, but, yeah.

11      Q   So let me just confirm on that, and then I'll

12  go back to your education.

13          Did Flipside Crypto LLC essentially become

14  Flipside Crypto, Inc.?

15      A   Yes.  It was dissolved into Flipside Crypto,

16  Inc., yes.

17      Q   And what was the reason or reasons for the

18  change in corporate structure from LLC to corporation?

19      A   We took investment capital from venture

20  capitalists, etc., at a certain stage.  And the nature

21  of the business, it evolved from a series of clubs and

22  funds, investment clubs and funds, into an enterprise

23  software business.

24      Q   Then let's go through your educational

25  background after high school.

                                                    13

1    done by Flipside Crypto; is that correct?

2         A    Correct.

3         Q    Does that mean that Flipside Crypto was

4    developing its own metrics to analyze -- to do analysis?

5         A    Correct.

6         Q    And then you said in the original iteration,

7    there were investment clubs; is that correct?

8         A    Correct.

9         Q    Can you generally explain to us what an

10   investment club is.

11        A    An investment club was a legal entity where a

12   number of individuals interested in learning about

13   accessing the crypto asset ecosystem could together and

14   jointly buy and hold and sell crypto assets.

15        Q    In the current iteration of the company, who

16   are the customers?  And by "who," I don't mean

17   specifically the names of the customers, but

18   characterize the customer base, please.

19        A    Blockchains and protocols that operate on top

20   of blockchains.

21        Q    So my understanding of a blockchain is that it

22   is some sort of set of computer code and ledger

23   transactions.  So when you say "blockchains," you're

24   obviously not meaning that.  When you say the

25   blockchains are your customers, what do you mean?

19

```
 1            MR. DIXON:  Objection as to form.

 2       A    I don't believe so.

 3       Q    How did you set the price that you would pay

 4  LBRY for each coin?

 5       A    I didn't set the price.

 6       Q    How did the price get set?

 7       A    Josh -- it looks like josh@lbry.io noted the

 8  price and noted a discount and set the price to that.

 9       Q    What discount did you get?

10       A    I believe 5 percent.

11       Q    And it was 5 percent off of -- hang on a

12  second.  Okay.

13            In the email on the -- on the one that says,

14  "Saturday, November 18, 2017," it says, "We can again

15  peg the USD rate on the date of the txn."

16            Do you understand what that means?

17       A    I do.

18       Q    And what was that -- how did the price get

19  pegged in that way?

20       A    I believe they were looking at an exchange, as

21  they did last time, to determine the fair market rate.

22       Q    So the price that the clubs paid was based on

23  the exchange price, plus a discount; is that correct?

24       A    That is my understanding.

25            MR. JONES:  All right.  If you could go to
```

                                                           159