EXHIBIT 77
21-cv-00260-PB

**Subject**: LBC
**From**: Dave Balter <dave@flipsidecrypto.com>
**To**: Jeremy Kauffman <jeremy@lbry.io>
**Date Sent**: Saturday, September 30, 2017 4:00:40 PM GMT-04:00
**Date Received**: Saturday, September 30, 2017 4:00:41 PM GMT-04:00

Jeremy,

What is up, what is up? Hope all is well.

As you may know, we've been running cryptocurrency clubs - basically these are designed to help investors simply obtain ownership of a basket of cryptocurrency. We provide the service of identifying the coins, acquiring them, safekeeping them in digital wallets and then putting them into cold storage for clients.

Using our algorithms (both github trend and volatility trackers) we've identified LBC as a crypto we'd like to acquire for Club One's basket. We're looking to acquire just north of $50k worth. Before we go acquire on an exchange, I figured I'd check in to see if there was any value in acquiring directly from you - maybe we could obtain at off exchange rates or something.

I know it's not a ton of money, but if it helps, here's why I think you should (note: I'm extremely biased ;)):

1) Club One is comprised of 12 pretty powerful local individuals - venture capitalists, billionaires, some heavy hitters - them owning the coin would put you in the right group of people...happy to provide some names if you'd like

2) We already have commitments for Club Two, and would consider adding that into our basket, too. So we would do a follow on buy, if that was of interest.

3) We are generally loving and kind (ok not really a selling point, but I figured I'd note that...truth is, my CTO cofounder is more loving and kind than me. So there's that).

4) Would love to continue to find other ways to help LBRY grow, and we're very experienced at building and executing - and would be happy to continue to share ideas / learnings if it would help...

5) Finally, if we buy on the exchanges, we are going to drive the price down a bit...we'd rather not do that (for you, or us)...

Anything we could consider here? Totally fine if not, but figured I'd ask first...

Dave

--
--------
Dave Balter
Partner, Flipside Crypto
+1-617-308-8377

FOIA Confidential Treatment Requested
FC 000001
SEC-FLIPSIDE-E-0000008