| | |
|---|---|
| From: | Phil Picariello [phil@flipsidecrypto.com] |
| on behalf of | Phil Picariello <phil@flipsidecrypto.com> [phil@flipsidecrypto.com] |
| Sent: | 4/4/2018 11:56:10 AM |
| To: | Josh Finer [josh@lbry.io] |
| CC: | Jim Myers [jim@flipsidecrypto.com]; Jeremy Kauffman [jeremy@lbry.io]; Christian Hatch [christiandhatch@gmail.com]; Dave Balter [dave@flipsidecrypto.com] |
| Subject: | Re: LBC Buys for Club 5 & 6 |



Thank you!

On Wed, Apr 4, 2018 at 11:25 AM, Josh Finer <josh@lbry.io> wrote:
Sent in tx:

01f25f50dbc453cf7a92704cc534aa9fddb7195d8e556edb7419c7c3181f40d6

Thank you and congratulations on your recent fundraise.

Josh

On Wed, Apr 4, 2018, 11:16 AM Phil Picariello <phil@flipsidecrypto.com> wrote:
Please deliver to this wallet address:

bVfKShBk8NXr12XdK8AtntSJbXbqhcfgV9

On Wed, Apr 4, 2018 at 9:49 AM, Josh Finer <josh@lbry.io> wrote:
Done, thank you!

JFF

On Wed, Apr 4, 2018 at 9:48 AM, Phil Picariello <phil@flipsidecrypto.com> wrote:
Agree, the values moved up since my email. I agree with the $0.17 for $55,650 worth which is 327,352.941 LBC. If you agree I will send the wire now and Jim will provide the address.

On Wed, Apr 4, 2018 at 9:43 AM, Josh Finer <josh@lbry.io> wrote:
Hi Phil-

I am getting 0.183 USD using the latest Bittrex and Coinbase quotes for LBC and BTC.

I think 0.17 is fair with the 5% at this time.

Josh

On Wed, Apr 4, 2018 at 8:53 AM, Phil Picariello <phil@flipsidecrypto.com> wrote:
Hi Josh,

Seeing LBC trading at 0.17 today. With the 5% discount, that would bring the price to 0.16. We need $55,650 which would be 347,812.50 LBC. Let me know if you agree. I can initiate the wire now and then Jim will provide the wallet address later today.

Best,
Phil

FOIA CONFIDENTIALITY REQUESTED BY LBRY, INC.

LBRY_000906

On Tue, Apr 3, 2018 at 1:08 PM, Josh Finer <josh@lbry.io> wrote:
Hi Phil-

I don't see why not.

If Jeremy has any comments he can reply, otherwise our banking info is the same and we'll lock the price tomorrow.

Thank you,
Josh Finer
LBRY Inc.
215.499.4613

On Tue, Apr 3, 2018 at 12:50 PM, Phil Picariello <phil@flipsidecrypto.com> wrote:
Hi Josh,

Hope all is well. We are looking to buy some LBC for our Club 5 and 6 and would like to settle the trade tomorrow. We would be looking for $24,150 for Club 5 and $31,500 for Club 6 for a total of $55,650. Can I reach out tomorrow to settle on a price and settle the trade?

Phil

--
Phil Picariello
Head of Operations, Flipside Crypto
+1-781-864-9616


--
Josh Finer
Director of Operations and Analytics
LBRY, Inc.


--
Phil Picariello
Head of Operations, Flipside Crypto
+1-781-864-9616


--
Josh Finer
Director of Operations and Analytics
LBRY, Inc.

FOIA CONFIDENTIALITY REQUESTED BY LBRY, INC.

LBRY_000907

--
Phil Picariello
Head of Operations, Flipside Crypto
+1-781-864-9616


--
Josh Finer
Director of Operations and Analytics
LBRY, Inc.


--
Phil Picariello
Head of Operations, Flipside Crypto
+1-781-864-9616


--
Phil Picariello
Head of Operations, Flipside Crypto
+1-781-864-9616

FOIA CONFIDENTIALITY REQUESTED BY LBRY, INC.                                                         LBRY_000908