| | |
|---|---|
| Message | |
| From: | Jeremy Kauffman [jeremy@lbry.io] |
| Sent: | 5/30/2018 4:21:57 PM |
| To: | Jamie Goldstein [jamie@pillar.vc]; Alex Grin [grin@lbry.io] |
| Subject: | Pillar Note Restructure |



Tentative Agreement:

- Note between Pillar and LBRY will be restructured
- Pillar will end up with 6.0% equity after note executes
- Pillar will receive 2,000,000 LBC
    - TBD whether operational or institutional
- Pillar will handle all legal requirements

--
Jeremy Kauffman, CEO & Founder, LBRY
(267) 210-4292

Build LBRY: get, follow, like

Confidential FOIA Treatment Requested by Pillar Companies Management, LLC        PILR_0001392