From: Mike Vine [mikevine@lbry.io]
Sent: 9/1/2016 5:39:57 PM
To: x@mail.asana.com
Subject: Promote LBC on Changelly
Attachments: lbry_tweet.png

From **Mark** <pro@changelly.com>:

We have implemented LBRY on Changelly.com -
https://changelly.com/exchange/BTC/LBC/1

Will be glad, if you help us with cross promotion
make a tweet for your community
with link to our service and mention our account
https://twitter.com/Changelly_team
we will retweet!
picture for promotion attached

By our side we will send a news letter to our 100K user base about LBRY.

FOIA CONFIDENTIALITY REQUESTED BY LBRY, INC.

LBRY_900378



FOIA CONFIDENTIALITY REQUESTED BY LBRY, INC.

LBRY_900379