| Fund | Launch Balance (07/01/16) | Period Start Balance | Allocated | Last Quarter Allocated | Last Quarter Actual | Cold Wallet Balance |
|---|---|---|---|---|---|---|
| Community | 200,000,000 | 172,149,756 | 7,500,000 | 7,500,000 | 9,397,854 | 162,751,902 |
| Operational | 100,000,000 | 85,904,106 | 0 | | 269,328 | 85,634,778 |
| Institutional | 100,000,000 | 99,660,000 | 0 | | 0 | 99,660,000 |
| | | | | | | 348,046,680 |



EXHIBIT

86

21-cv-00260-PB

SEC-LBRYLIT-E-0004337
Overview

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Wed, 02 Oct 2019 20:48:22 +0000 | tom | primary | acquisition | Redacted | Redacted | 5000 | Redacted | Redacted |
| Thu, 03 Oct 2019 19:14:00 +0000 | tom | primary | acquisition | Redacted | Redacted | 2000 | Redacted | Redacted |
| Wed, 09 Oct 2019 12:46:00 +0000 | jeremy | primary | acquisition | Redacted | Redacted | 200000 | Redacted | Redacted |
| Thu, 10 Oct 2019 21:59:47 +0000 | jeremy | primary | acquisition | Redacted | Redacted | 60000 | Redacted | Redacted |
| Fri, 11 Oct 2019 12:58:13 +0000 | tom | primary | acquisition | Redacted | Redacted | 8000 | Redacted | Redacted |
| Sat, 12 Oct 2019 14:48:58 +0000 | tom | primary | acquisition | Redacted | Redacted | 30000 | Redacted | Redacted |
| Tue, 15 Oct 2019 17:37:11 +0000 | jeremy | primary | acquisition | Redacted | Redacted | 100000 | Redacted | Redacted |
| Wed, 16 Oct 2019 13:16:09 +0000 | tom | primary | acquisition | Redacted | Redacted | 15000 | Redacted | Redacted |
| Wed, 16 Oct 2019 20:31:53 +0000 | grin | primary | acquisition | Redacted | Redacted | 5000 | Redacted | Redacted |
| Thu, 17 Oct 2019 01:09:11 +0000 | tom | primary | acquisition | Redacted | Redacted | 1000 | Redacted | Redacted |
| Thu, 17 Oct 2019 17:01:08 +0000 | tom | primary | acquisition | Redacted | Redacted | 2000 | Redacted | Redacted |
| Fri, 18 Oct 2019 03:30:57 +0000 | tom | primary | acquisition | Redacted | Redacted | 1000 | Redacted | Redacted |
| Fri, 18 Oct 2019 03:43:28 +0000 | tom | primary | acquisition | Redacted | Redacted | 2000 | Redacted | Redacted |
| Mon, 21 Oct 2019 02:44:49 +0000 | tom | primary | acquisition | Redacted | Redacted | 2500 | Redacted | Redacted |
| Mon, 21 Oct 2019 13:37:52 +0000 | tom | primary | acquisition | Redacted | Redacted | 10000 | Redacted | Redacted |
| Wed, 23 Oct 2019 13:28:27 +0000 | tom | primary | acquisition | Redacted | Redacted | 5000 | Redacted | Redacted |
| Wed, 23 Oct 2019 16:40:07 +0000 | tom | primary | acquisition | Redacted | Redacted | 2000 | Redacted | Redacted |
| Thu, 24 Oct 2019 14:14:54 +0000 | tom | primary | acquisition | Redacted | Redacted | 5000 | Redacted | Redacted |
| Fri, 25 Oct 2019 14:54:29 +0000 | tom | primary | acquisition | Redacted | Redacted | 2000 | Redacted | Redacted |
| Fri, 25 Oct 2019 16:47:58 +0000 | tom | primary | acquisition | Redacted | Redacted | 1000 | Redacted | Redacted |
| Fri, 25 Oct 2019 21:48:40 +0000 | tom | primary | acquisition | Redacted | Redacted | 1000 | Redacted | Redacted |
| Tue, 29 Oct 2019 12:51:33 +0000 | tom | primary | acquisition | Redacted | Redacted | 6000 | Redacted | Redacted |
| Wed, 30 Oct 2019 16:28:25 +0000 | tom | primary | acquisition | Redacted | Redacted | 2000 | Redacted | Redacted |
| Thu, 31 Oct 2019 13:48:11 +0000 | jeremy | primary | acquisition | Redacted | Redacted | 50000 | Redacted | Redacted |
| Thu, 31 Oct 2019 17:10:29 +0000 | tom | primary | acquisition | Redacted | Redacted | 20000 | Redacted | Redacted |
| Tue, 05 Nov 2019 19:29:07 +0000 | josh | primary | acquisition | Redacted | Redacted | 10000 | Redacted | Redacted |
| Thu, 07 Nov 2019 16:35:54 +0000 | tom | primary | acquisition | Redacted | Redacted | 1000 | Redacted | Redacted |
| Fri, 08 Nov 2019 18:46:14 +0000 | tom | primary | acquisition | Redacted | Redacted | 1000 | Redacted | Redacted |
| Sat, 16 Nov 2019 05:23:57 +0000 | tom | primary | acquisition | Redacted | Redacted | 50000 | Redacted | Redacted |
| Mon, 18 Nov 2019 19:27:32 +0000 | tom | primary | acquisition | Redacted | Redacted | 2500 | Redacted | Redacted |
| Tue, 19 Nov 2019 19:08:51 +0000 | tom | primary | acquisition | Redacted | Redacted | 20000 | Redacted | Redacted |
| Wed, 20 Nov 2019 21:57:36 +0000 | tom | primary | acquisition | Redacted | Redacted | 25000 | Redacted | Redacted |
| Fri, 22 Nov 2019 14:42:04 +0000 | tom | primary | acquisition | Redacted | Redacted | 20000 | Redacted | Redacted |
| Tue, 26 Nov 2019 22:01:16 +0000 | tom | primary | acquisition | Redacted | Redacted | 30000 | Redacted | Redacted |
| Thu, 28 Nov 2019 05:00:41 +0000 | tom | primary | acquisition | Redacted | Redacted | 20000 | Redacted | Redacted |
| Fri, 06 Dec 2019 17:45:06 +0000 | josh | primary | acquisition | Redacted | Redacted | 55000 | Redacted | Redacted |
| Tue, 10 Dec 2019 22:19:02 +0000 | tom | primary | acquisition | Redacted | Redacted | 1000 | Redacted | Redacted |
| Wed, 11 Dec 2019 03:40:01 +0000 | tom | primary | acquisition | Redacted | Redacted | 20000 | Redacted | Redacted |
| Mon, 16 Dec 2019 16:18:48 +0000 | grin | primary | acquisition | Redacted | Redacted | 25000 | Redacted | Redacted |

SEC-LBRYLIT-E-0004337
Community

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Mon, 16 Dec 2019 21:30:37 +0000 | tom | primary | acquisition | Redacted | Redacted | 60000 | Redacted | | Redacted |
| Tue, 17 Dec 2019 04:26:57 +0000 | tom | primary | acquisition | Redacted | Redacted | 2000 | Redacted | | Redacted |
| Tue, 17 Dec 2019 16:25:42 +0000 | tom | primary | acquisition | Redacted | Redacted | 20000 | Redacted | | Redacted |
| Fri, 20 Dec 2019 14:39:00 +0000 | jeremy | primary | acquisition | Redacted | Redacted | 30000 | Redacted | | Redacted |
| Sat, 21 Dec 2019 17:36:19 +0000 | tom | primary | acquisition | Redacted | Redacted | 5000 | Redacted | | Redacted |
| Sun, 22 Dec 2019 19:24:13 +0000 | tom | primary | acquisition | Redacted | Redacted | 25000 | Redacted | | Redacted |
| Sun, 22 Dec 2019 19:33:53 +0000 | tom | primary | acquisition | Redacted | Redacted | 10000 | Redacted | | Redacted |
| Tue, 24 Dec 2019 00:14:08 +0000 | tom | primary | acquisition | Redacted | Redacted | 30000 | Redacted | | Redacted |
| Thu, 26 Dec 2019 01:49:40 +0000 | tom | primary | acquisition | Redacted | Redacted | 20000 | Redacted | | Redacted |
| Thu, 26 Dec 2019 02:08:56 +0000 | tom | primary | acquisition | Redacted | Redacted | 30000 | Redacted | | Redacted |
| Thu, 26 Dec 2019 03:16:47 +0000 | tom | primary | acquisition | Redacted | Redacted | 15000 | Redacted | | Redacted |
| Thu, 26 Dec 2019 23:09:01 +0000 | tom | primary | acquisition | Redacted | Redacted | 2000 | Redacted | | Redacted |
| Mon, 30 Dec 2019 18:01:00 +0000 | tom | primary | acquisition | Redacted | Redacted | 2000 | Redacted | | Redacted |
| Mon, 30 Dec 2019 20:45:23 +0000 | jeremy | primary | acquisition | Redacted | Redacted | 4000 | Redacted | | Redacted |
| Tue, 01 Oct 2019 15:03:43 +0000 | tom | primary | api | Redacted | Redacted | 20000 | Redacted | | Redacted |
| Fri, 04 Oct 2019 13:42:00 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | | Redacted |
| Fri, 04 Oct 2019 13:42:28 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | | Redacted |
| Fri, 04 Oct 2019 13:42:50 +0000 | tom | primary | api | Redacted | Redacted | 20000 | Redacted | | Redacted |
| Fri, 04 Oct 2019 20:53:30 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | | Redacted |
| Fri, 04 Oct 2019 20:53:59 +0000 | tom | primary | api | Redacted | Redacted | 30000 | Redacted | | Redacted |
| Wed, 09 Oct 2019 23:27:28 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | | Redacted |
| Mon, 14 Oct 2019 17:53:01 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | | Redacted |
| Fri, 18 Oct 2019 18:16:58 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | | Redacted |
| Fri, 18 Oct 2019 18:17:20 +0000 | tom | primary | api | Redacted | Redacted | 20000 | Redacted | | Redacted |
| Fri, 18 Oct 2019 18:17:41 +0000 | tom | primary | api | Redacted | Redacted | 10000 | Redacted | | Redacted |
| Fri, 18 Oct 2019 18:17:55 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | | Redacted |
| Mon, 21 Oct 2019 15:10:19 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | | Redacted |
| Fri, 25 Oct 2019 14:54:49 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | | Redacted |
| Sat, 26 Oct 2019 23:04:41 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | | Redacted |
| Sat, 26 Oct 2019 23:05:01 +0000 | tom | primary | api | Redacted | Redacted | 30000 | Redacted | | Redacted |
| Sat, 26 Oct 2019 23:05:20 +0000 | tom | primary | api | Redacted | Redacted | 20000 | Redacted | | Redacted |
| Sat, 26 Oct 2019 23:05:36 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | | Redacted |
| Tue, 29 Oct 2019 15:10:12 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | | Redacted |
| Tue, 29 Oct 2019 15:10:36 +0000 | tom | primary | api | Redacted | Redacted | 20000 | Redacted | | Redacted |
| Mon, 04 Nov 2019 14:34:24 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | | Redacted |
| Mon, 04 Nov 2019 14:35:18 +0000 | tom | primary | api | Redacted | Redacted | 30000 | Redacted | | Redacted |
| Mon, 04 Nov 2019 14:36:29 +0000 | tom | primary | api | Redacted | Redacted | 30000 | Redacted | | Redacted |
| Mon, 04 Nov 2019 14:36:48 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | | Redacted |
| Tue, 05 Nov 2019 17:09:07 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | | Redacted |
| Thu, 07 Nov 2019 02:45:25 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | | Redacted |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Thu, 07 Nov 2019 02:45:53 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | Redacted |
| Thu, 07 Nov 2019 15:11:01 +0000 | tom | primary | api | Redacted | Redacted | 5000 | Redacted | Redacted |
| Sat, 09 Nov 2019 15:32:37 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | Redacted |
| Sat, 09 Nov 2019 15:33:07 +0000 | tom | primary | api | Redacted | Redacted | 30000 | Redacted | Redacted |
| Sat, 09 Nov 2019 15:33:26 +0000 | tom | primary | api | Redacted | Redacted | 20000 | Redacted | Redacted |
| Sat, 09 Nov 2019 15:34:28 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | Redacted |
| Wed, 13 Nov 2019 22:12:02 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | Redacted |
| Fri, 15 Nov 2019 14:18:55 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | Redacted |
| Sun, 17 Nov 2019 15:26:41 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | Redacted |
| Sun, 17 Nov 2019 15:27:07 +0000 | tom | primary | api | Redacted | Redacted | 30000 | Redacted | Redacted |
| Tue, 19 Nov 2019 22:08:27 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | Redacted |
| Tue, 19 Nov 2019 22:09:41 +0000 | tom | primary | api | Redacted | Redacted | 30000 | Redacted | Redacted |
| Tue, 19 Nov 2019 22:10:00 +0000 | tom | primary | api | Redacted | Redacted | 20000 | Redacted | Redacted |
| Thu, 21 Nov 2019 20:06:13 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | Redacted |
| Fri, 22 Nov 2019 14:37:45 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | Redacted |
| Sun, 24 Nov 2019 23:52:07 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | Redacted |
| Sun, 24 Nov 2019 23:52:53 +0000 | tom | primary | api | Redacted | Redacted | 30000 | Redacted | Redacted |
| Sun, 24 Nov 2019 23:54:28 +0000 | tom | primary | api | Redacted | Redacted | 40000 | Redacted | Redacted |
| Mon, 25 Nov 2019 02:12:56 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | Redacted |
| Mon, 25 Nov 2019 02:24:07 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | Redacted |
| Wed, 27 Nov 2019 14:25:24 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | Redacted |
| Wed, 27 Nov 2019 14:26:36 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |
| Wed, 27 Nov 2019 14:27:05 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |
| Wed, 27 Nov 2019 14:27:25 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |
| Wed, 27 Nov 2019 14:27:58 +0000 | tom | primary | api | Redacted | Redacted | 20000 | Redacted | Redacted |
| Wed, 27 Nov 2019 14:28:24 +0000 | tom | primary | api | Redacted | Redacted | 10000 | Redacted | Redacted |
| Wed, 27 Nov 2019 14:28:56 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |
| Fri, 06 Dec 2019 01:43:56 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | Redacted |
| Fri, 06 Dec 2019 01:44:40 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | Redacted |
| Sun, 08 Dec 2019 17:20:11 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |
| Sun, 08 Dec 2019 17:20:48 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | Redacted |
| Sun, 08 Dec 2019 17:21:52 +0000 | tom | primary | api | Redacted | Redacted | 20000 | Redacted | Redacted |
| Wed, 11 Dec 2019 16:34:44 +0000 | tom | primary | api | Redacted | Redacted | 20000 | Redacted | Redacted |
| Wed, 11 Dec 2019 17:20:25 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | Redacted |
| Wed, 11 Dec 2019 17:20:53 +0000 | tom | primary | api | Redacted | Redacted | 20000 | Redacted | Redacted |
| Thu, 12 Dec 2019 00:15:19 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |
| Thu, 12 Dec 2019 14:20:48 +0000 | tom | primary | api | Redacted | Redacted | 20000 | Redacted | Redacted |
| Thu, 12 Dec 2019 14:21:24 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | Redacted |
| Thu, 12 Dec 2019 18:10:06 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |
| Sat, 14 Dec 2019 18:40:54 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |

SEC-LBRYLIT-E-0004337
Community

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Tue, 17 Dec 2019 15:28:58 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | Redacted |
| Wed, 18 Dec 2019 22:58:56 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | Redacted |
| Wed, 18 Dec 2019 22:59:13 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | Redacted |
| Thu, 19 Dec 2019 03:52:25 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | Redacted |
| Thu, 19 Dec 2019 21:58:34 +0000 | tom | primary | api | Redacted | Redacted | 10000 | Redacted | Redacted |
| Thu, 19 Dec 2019 21:59:19 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | Redacted |
| Fri, 20 Dec 2019 00:11:21 +0000 | tom | primary | api | Redacted | Redacted | 25000 | Redacted | Redacted |
| Fri, 20 Dec 2019 00:12:08 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |
| Fri, 20 Dec 2019 18:37:52 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |
| Sun, 22 Dec 2019 19:12:02 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |
| Mon, 23 Dec 2019 20:50:50 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |
| Wed, 25 Dec 2019 17:07:45 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |
| Wed, 25 Dec 2019 17:08:11 +0000 | tom | primary | api | Redacted | Redacted | 20000 | Redacted | Redacted |
| Wed, 25 Dec 2019 17:08:40 +0000 | tom | primary | api | Redacted | Redacted | 10000 | Redacted | Redacted |
| Fri, 27 Dec 2019 23:24:10 +0000 | grin | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |
| Sun, 29 Dec 2019 01:02:35 +0000 | tom | primary | api | Redacted | Redacted | 20000 | Redacted | Redacted |
| Mon, 30 Dec 2019 16:24:09 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | Redacted |
| Mon, 30 Dec 2019 16:24:35 +0000 | tom | primary | api | Redacted | Redacted | 20000 | Redacted | Redacted |
| Tue, 31 Dec 2019 05:52:05 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |
| Tue, 31 Dec 2019 05:54:55 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |
| Wed, 02 Oct 2019 13:00:54 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |
| Wed, 02 Oct 2019 22:15:14 +0000 | tom | primary | bounty | Redacted | Redacted | 5000 | Redacted | Redacted |
| Fri, 04 Oct 2019 03:17:44 +0000 | tom | primary | bounty | Redacted | Redacted | 1500 | Redacted | Redacted |
| Fri, 04 Oct 2019 22:32:15 +0000 | tom | primary | bounty | Redacted | Redacted | 40000 | Redacted | Redacted |
| Fri, 04 Oct 2019 23:11:18 +0000 | tom | primary | bounty | Redacted | Redacted | 25000 | Redacted | Redacted |
| Fri, 04 Oct 2019 23:30:13 +0000 | tom | primary | bounty | Redacted | Redacted | 10000 | Redacted | Redacted |
| Wed, 09 Oct 2019 22:12:59 +0000 | julie | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |
| Wed, 09 Oct 2019 23:28:11 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |
| Thu, 10 Oct 2019 01:25:01 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |
| Thu, 10 Oct 2019 12:51:12 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |
| Thu, 10 Oct 2019 13:03:43 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |
| Thu, 10 Oct 2019 13:13:28 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |
| Thu, 10 Oct 2019 13:14:55 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |
| Thu, 10 Oct 2019 13:16:14 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |
| Thu, 10 Oct 2019 13:20:24 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |
| Thu, 10 Oct 2019 13:23:38 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |
| Thu, 10 Oct 2019 13:24:39 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |
| Thu, 10 Oct 2019 13:26:31 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |
| Thu, 10 Oct 2019 13:28:47 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |
| Thu, 10 Oct 2019 16:22:53 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Thu, 10 Oct 2019 16:24:28 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |
| Thu, 10 Oct 2019 16:25:59 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |
| Thu, 10 Oct 2019 17:52:10 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |
| Thu, 10 Oct 2019 17:55:07 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |
| Thu, 10 Oct 2019 17:55:46 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |
| Thu, 10 Oct 2019 17:56:29 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |
| Thu, 10 Oct 2019 18:46:33 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |
| Thu, 10 Oct 2019 19:26:25 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |
| Thu, 10 Oct 2019 19:57:15 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |
| Thu, 10 Oct 2019 20:07:35 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |
| Thu, 10 Oct 2019 20:11:17 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |
| Thu, 10 Oct 2019 20:11:43 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |
| Thu, 10 Oct 2019 20:15:32 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |
| Thu, 10 Oct 2019 20:54:50 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |
| Thu, 10 Oct 2019 21:14:37 +0000 | tom | primary | bounty | Redacted | Redacted | 5000 | Redacted | Redacted |
| Thu, 10 Oct 2019 21:18:54 +0000 | tom | primary | bounty | Redacted | Redacted | 5000 | Redacted | Redacted |
| Fri, 11 Oct 2019 15:49:30 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |
| Sun, 13 Oct 2019 02:25:36 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |
| Sun, 13 Oct 2019 12:34:44 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |
| Wed, 16 Oct 2019 12:58:45 +0000 | tom | primary | bounty | Redacted | Redacted | 20000 | Redacted | Redacted |
| Wed, 16 Oct 2019 21:21:31 +0000 | tom | primary | bounty | Redacted | Redacted | 10000 | Redacted | Redacted |
| Wed, 16 Oct 2019 21:25:21 +0000 | tom | primary | bounty | Redacted | Redacted | 3000 | Redacted | Redacted |
| Wed, 16 Oct 2019 21:30:08 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |
| Wed, 16 Oct 2019 21:32:30 +0000 | tom | primary | bounty | Redacted | Redacted | 15000 | Redacted | Redacted |
| Wed, 16 Oct 2019 21:55:09 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |
| Thu, 17 Oct 2019 01:17:33 +0000 | tom | primary | bounty | Redacted | Redacted | 40000 | Redacted | Redacted |
| Thu, 17 Oct 2019 14:39:57 +0000 | tom | primary | bounty | Redacted | Redacted | 8000 | Redacted | Redacted |
| Thu, 17 Oct 2019 22:51:46 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |
| Fri, 18 Oct 2019 00:18:03 +0000 | tom | primary | bounty | Redacted | Redacted | 25000 | Redacted | Redacted |
| Fri, 18 Oct 2019 00:18:40 +0000 | tom | primary | bounty | Redacted | Redacted | 20000 | Redacted | Redacted |
| Fri, 18 Oct 2019 13:46:57 +0000 | tom | primary | bounty | Redacted | Redacted | 15000 | Redacted | Redacted |
| Fri, 18 Oct 2019 14:42:56 +0000 | tom | primary | bounty | Redacted | Redacted | 10000 | Redacted | Redacted |
| Fri, 18 Oct 2019 19:31:46 +0000 | tom | primary | bounty | Redacted | Redacted | 6000 | Redacted | Redacted |
| Fri, 18 Oct 2019 19:32:30 +0000 | tom | primary | bounty | Redacted | Redacted | 20000 | Redacted | Redacted |
| Tue, 22 Oct 2019 13:35:06 +0000 | tom | primary | bounty | Redacted | Redacted | 50000 | Redacted | Redacted |
| Tue, 22 Oct 2019 13:36:46 +0000 | tom | primary | bounty | Redacted | Redacted | 25000 | Redacted | Redacted |
| Tue, 22 Oct 2019 16:12:40 +0000 | tom | primary | bounty | Redacted | Redacted | 6000 | Redacted | Redacted |
| Tue, 22 Oct 2019 22:11:07 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |
| Tue, 22 Oct 2019 22:12:01 +0000 | tom | primary | bounty | Redacted | Redacted | 15000 | Redacted | Redacted |
| Tue, 22 Oct 2019 22:54:55 +0000 | tom | primary | bounty | Redacted | Redacted | 5000 | Redacted | Redacted |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Thu, 24 Oct 2019 12:58:51 +0000 | tom | primary | bounty | Redacted | Redacted | 1500 | Redacted | Redacted |
| Thu, 24 Oct 2019 19:59:11 +0000 | tom | primary | bounty | Redacted | Redacted | 10000 | Redacted | Redacted |
| Thu, 24 Oct 2019 20:00:35 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |
| Tue, 29 Oct 2019 19:47:19 +0000 | tom | primary | bounty | Redacted | Redacted | 25000 | Redacted | Redacted |
| Wed, 30 Oct 2019 05:00:16 +0000 | tom | primary | bounty | Redacted | Redacted | 6000 | Redacted | Redacted |
| Wed, 30 Oct 2019 05:26:18 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |
| Wed, 30 Oct 2019 14:32:37 +0000 | tom | primary | bounty | Redacted | Redacted | 500 | Redacted | Redacted |
| Wed, 30 Oct 2019 23:48:01 +0000 | tom | primary | bounty | Redacted | Redacted | 60000 | Redacted | Redacted |
| Fri, 01 Nov 2019 14:23:36 +0000 | tom | primary | bounty | Redacted | Redacted | 500 | Redacted | Redacted |
| Sat, 02 Nov 2019 14:36:17 +0000 | tom | primary | bounty | Redacted | Redacted | 500 | Redacted | Redacted |
| Sun, 03 Nov 2019 15:51:31 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |
| Sun, 03 Nov 2019 16:02:21 +0000 | tom | primary | bounty | Redacted | Redacted | 10000 | Redacted | Redacted |
| Mon, 04 Nov 2019 18:37:55 +0000 | tom | primary | bounty | Redacted | Redacted | 10000 | Redacted | Redacted |
| Tue, 05 Nov 2019 14:48:51 +0000 | tom | primary | bounty | Redacted | Redacted | 500 | Redacted | Redacted |
| Thu, 07 Nov 2019 02:12:51 +0000 | grin | primary | bounty | Redacted | Redacted | 12300 | Redacted | Redacted |
| Mon, 11 Nov 2019 21:24:22 +0000 | tom | primary | bounty | Redacted | Redacted | 20000 | Redacted | Redacted |
| Fri, 15 Nov 2019 14:22:03 +0000 | tom | primary | bounty | Redacted | Redacted | 10000 | Redacted | Redacted |
| Wed, 20 Nov 2019 14:02:41 +0000 | tom | primary | bounty | Redacted | Redacted | 2500 | Redacted | Redacted |
| Thu, 21 Nov 2019 21:11:59 +0000 | tom | primary | bounty | Redacted | Redacted | 12000 | Redacted | Redacted |
| Fri, 22 Nov 2019 18:19:40 +0000 | tom | primary | bounty | Redacted | Redacted | 20000 | Redacted | Redacted |
| Fri, 22 Nov 2019 18:22:46 +0000 | tom | primary | bounty | Redacted | Redacted | 25000 | Redacted | Redacted |
| Fri, 22 Nov 2019 18:23:21 +0000 | tom | primary | bounty | Redacted | Redacted | 5000 | Redacted | Redacted |
| Mon, 25 Nov 2019 18:45:56 +0000 | tom | primary | bounty | Redacted | Redacted | 20000 | Redacted | Redacted |
| Tue, 26 Nov 2019 16:01:23 +0000 | tom | primary | bounty | Redacted | Redacted | 10000 | Redacted | Redacted |
| Tue, 26 Nov 2019 21:41:38 +0000 | tom | primary | bounty | Redacted | Redacted | 30000 | Redacted | Redacted |
| Wed, 27 Nov 2019 14:19:37 +0000 | tom | primary | bounty | Redacted | Redacted | 5000 | Redacted | Redacted |
| Wed, 27 Nov 2019 14:20:03 +0000 | tom | primary | bounty | Redacted | Redacted | 5000 | Redacted | Redacted |
| Wed, 27 Nov 2019 16:41:17 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |
| Wed, 04 Dec 2019 17:03:36 +0000 | julie | primary | bounty | Redacted | Redacted | 10000 | Redacted | Redacted |
| Thu, 05 Dec 2019 01:04:03 +0000 | julie | primary | bounty | Redacted | Redacted | 30000 | Redacted | Redacted |
| Thu, 05 Dec 2019 03:16:36 +0000 | julie | primary | bounty | Redacted | Redacted | 20000 | Redacted | Redacted |
| Thu, 05 Dec 2019 20:31:48 +0000 | tom | primary | bounty | Redacted | Redacted | 800 | Redacted | Redacted |
| Thu, 05 Dec 2019 20:37:22 +0000 | niko | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |
| Sat, 07 Dec 2019 16:57:21 +0000 | jeremy | primary | bounty | Redacted | Redacted | 150000 | Redacted | Redacted |
| Tue, 10 Dec 2019 14:34:00 +0000 | tom | primary | bounty | Redacted | Redacted | 5000 | Redacted | Redacted |
| Wed, 11 Dec 2019 23:37:01 +0000 | tom | primary | bounty | Redacted | Redacted | 10000 | Redacted | Redacted |
| Sat, 14 Dec 2019 15:53:27 +0000 | tom | primary | bounty | Redacted | Redacted | 20000 | Redacted | Redacted |
| Sun, 15 Dec 2019 23:52:50 +0000 | tom | primary | bounty | Redacted | Redacted | 50000 | Redacted | Redacted |
| Tue, 17 Dec 2019 15:04:36 +0000 | tom | primary | bounty | Redacted | Redacted | 7000 | Redacted | Redacted |
| Tue, 17 Dec 2019 17:12:06 +0000 | tom | primary | bounty | Redacted | Redacted | 4000 | Redacted | Redacted |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Tue, 17 Dec 2019 18:07:34 +0000 | tom | primary | bounty | Redacted | Redacted | 15000 | Redacted | Redacted |
| Wed, 18 Dec 2019 22:54:39 +0000 | jeremy | primary | bounty | Redacted | Redacted | 20000 | Redacted | Redacted |
| Mon, 23 Dec 2019 15:55:22 +0000 | tom | primary | bounty | Redacted | Redacted | 15000 | Redacted | Redacted |
| Mon, 23 Dec 2019 19:47:39 +0000 | tom | primary | bounty | Redacted | Redacted | 15000 | Redacted | Redacted |
| Mon, 23 Dec 2019 23:48:24 +0000 | tom | primary | bounty | Redacted | Redacted | 5000 | Redacted | Redacted |
| Wed, 25 Dec 2019 17:58:16 +0000 | tom | primary | bounty | Redacted | Redacted | 20000 | Redacted | Redacted |
| Thu, 26 Dec 2019 01:54:55 +0000 | tom | primary | bounty | Redacted | Redacted | 10000 | Redacted | Redacted |
| Fri, 27 Dec 2019 20:32:23 +0000 | tom | primary | bounty | Redacted | Redacted | 60000 | Redacted | Redacted |
| Tue, 31 Dec 2019 17:42:40 +0000 | tom | primary | bounty | Redacted | Redacted | 3000 | Redacted | Redacted |
| Thu, 03 Oct 2019 13:21:15 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 5000 | Redacted | Redacted |
| Thu, 03 Oct 2019 13:21:37 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 5000 | Redacted | Redacted |
| Thu, 03 Oct 2019 13:21:50 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 5000 | Redacted | Redacted |
| Thu, 03 Oct 2019 13:22:03 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 5000 | Redacted | Redacted |
| Thu, 03 Oct 2019 13:22:15 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 5000 | Redacted | Redacted |
| Thu, 03 Oct 2019 13:22:27 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 5000 | Redacted | Redacted |
| Thu, 03 Oct 2019 13:22:39 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 5000 | Redacted | Redacted |
| Thu, 03 Oct 2019 13:22:53 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 5000 | Redacted | Redacted |
| Thu, 03 Oct 2019 13:23:08 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 5000 | Redacted | Redacted |
| Thu, 17 Oct 2019 13:08:27 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 6775 | Redacted | Redacted |
| Thu, 17 Oct 2019 13:08:42 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 6775 | Redacted | Redacted |
| Thu, 17 Oct 2019 13:08:54 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 6775 | Redacted | Redacted |
| Thu, 17 Oct 2019 13:09:17 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 6775 | Redacted | Redacted |
| Thu, 17 Oct 2019 13:09:30 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 6775 | Redacted | Redacted |
| Thu, 17 Oct 2019 13:09:43 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 6775 | Redacted | Redacted |
| Thu, 17 Oct 2019 13:09:59 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 6775 | Redacted | Redacted |
| Thu, 17 Oct 2019 13:10:12 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 6775 | Redacted | Redacted |
| Mon, 04 Nov 2019 13:58:17 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 6400 | Redacted | Redacted |
| Mon, 04 Nov 2019 13:58:33 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 6400 | Redacted | Redacted |
| Mon, 04 Nov 2019 13:58:47 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 6400 | Redacted | Redacted |
| Mon, 04 Nov 2019 13:59:00 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 6400 | Redacted | Redacted |
| Mon, 04 Nov 2019 13:59:12 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 6400 | Redacted | Redacted |
| Mon, 04 Nov 2019 13:59:24 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 6400 | Redacted | Redacted |
| Mon, 04 Nov 2019 13:59:38 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 6400 | Redacted | Redacted |
| Mon, 04 Nov 2019 13:59:50 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 6400 | Redacted | Redacted |
| Mon, 25 Nov 2019 14:22:32 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 5700 | Redacted | Redacted |
| Mon, 25 Nov 2019 14:22:46 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 5700 | Redacted | Redacted |
| Mon, 25 Nov 2019 14:23:00 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 5700 | Redacted | Redacted |
| Mon, 25 Nov 2019 14:23:13 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 5700 | Redacted | Redacted |
| Mon, 25 Nov 2019 14:23:41 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 5700 | Redacted | Redacted |
| Mon, 25 Nov 2019 14:23:53 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 5700 | Redacted | Redacted |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Mon, 25 Nov 2019 14:24:05 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 5700 | Redacted | Redacted |
| Mon, 25 Nov 2019 14:24:22 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 5700 | Redacted | Redacted |
| Mon, 30 Dec 2019 14:30:18 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 6666 | Redacted | Redacted |
| Mon, 30 Dec 2019 14:30:43 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 6666 | Redacted | Redacted |
| Mon, 30 Dec 2019 14:30:56 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 6666 | Redacted | Redacted |
| Mon, 30 Dec 2019 14:31:14 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 6666 | Redacted | Redacted |
| Mon, 30 Dec 2019 14:31:35 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 6666 | Redacted | Redacted |
| Mon, 30 Dec 2019 14:31:52 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 6666 | Redacted | Redacted |
| Mon, 30 Dec 2019 14:32:07 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 6666 | Redacted | Redacted |
| Mon, 30 Dec 2019 14:32:19 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 6666 | Redacted | Redacted |
| Mon, 30 Dec 2019 17:42:51 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2500 | Redacted | Redacted |
| Mon, 30 Dec 2019 17:43:04 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2500 | Redacted | Redacted |
| Mon, 30 Dec 2019 17:43:18 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2500 | Redacted | Redacted |
| Mon, 30 Dec 2019 17:43:29 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2500 | Redacted | Redacted |
| Mon, 30 Dec 2019 17:43:41 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2500 | Redacted | Redacted |
| Mon, 30 Dec 2019 17:43:50 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2500 | Redacted | Redacted |
| Mon, 30 Dec 2019 17:44:01 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2500 | Redacted | Redacted |
| Mon, 30 Dec 2019 17:44:14 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2500 | Redacted | Redacted |
| Thu, 10 Oct 2019 17:02:54 +0000 | julie | primary | lbry.fund | Redacted | Redacted | 61000 | Redacted | Redacted |
| Thu, 24 Oct 2019 04:31:46 +0000 | julie | primary | lbry.fund | Redacted | Redacted | 113000 | Redacted | Redacted |
| Sat, 16 Nov 2019 06:20:54 +0000 | julie | primary | lbry.fund | Redacted | Redacted | 120000 | Redacted | Redacted |
| Mon, 02 Dec 2019 21:41:20 +0000 | julie | primary | lbry.fund | Redacted | Redacted | 20000 | Redacted | Redacted |
| Tue, 03 Dec 2019 03:18:49 +0000 | julie | primary | lbry.fund | Redacted | Redacted | 20000 | Redacted | Redacted |
| Tue, 03 Dec 2019 16:21:00 +0000 | julie | primary | lbry.fund | Redacted | Redacted | 20000 | Redacted | Redacted |
| Tue, 03 Dec 2019 16:47:42 +0000 | julie | primary | lbry.fund | Redacted | Redacted | 20000 | Redacted | Redacted |
| Tue, 03 Dec 2019 16:49:38 +0000 | julie | primary | lbry.fund | Redacted | Redacted | 27000 | Redacted | Redacted |
| Tue, 03 Dec 2019 18:33:13 +0000 | julie | primary | lbry.fund | Redacted | Redacted | 20000 | Redacted | Redacted |
| Thu, 05 Dec 2019 20:08:55 +0000 | julie | primary | lbry.fund | Redacted | Redacted | 20000 | Redacted | Redacted |
| Fri, 06 Dec 2019 05:33:57 +0000 | julie | primary | lbry.fund | Redacted | Redacted | 18500 | Redacted | Redacted |
| Fri, 27 Dec 2019 22:58:34 +0000 | julie | primary | lbry.fund | Redacted | Redacted | 34000 | Redacted | Redacted |
| Thu, 03 Oct 2019 22:11:36 +0000 | tom | primary | modpay | Redacted | Redacted | 50000 | Redacted | Redacted |
| Wed, 23 Oct 2019 14:53:43 +0000 | tom | primary | modpay | Redacted | Redacted | 28000 | Redacted | Redacted |
| Wed, 23 Oct 2019 16:17:23 +0000 | tom | primary | modpay | Redacted | Redacted | 44000 | Redacted | Redacted |
| Wed, 23 Oct 2019 20:12:34 +0000 | tom | primary | modpay | Redacted | Redacted | 33000 | Redacted | Redacted |
| Wed, 06 Nov 2019 01:44:22 +0000 | tom | primary | modpay | Redacted | Redacted | 33000 | Redacted | Redacted |
| Wed, 06 Nov 2019 03:32:31 +0000 | tom | primary | modpay | Redacted | Redacted | 33000 | Redacted | Redacted |
| Tue, 19 Nov 2019 19:14:27 +0000 | tom | primary | modpay | Redacted | Redacted | 33000 | Redacted | Redacted |
| Tue, 19 Nov 2019 19:15:02 +0000 | tom | primary | modpay | Redacted | Redacted | 33000 | Redacted | Redacted |
| Tue, 26 Nov 2019 21:58:06 +0000 | tom | primary | modpay | Redacted | Redacted | 19000 | Redacted | Redacted |
| Mon, 09 Dec 2019 16:28:46 +0000 | tom | primary | modpay | Redacted | Redacted | 18000 | Redacted | Redacted |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Mon, 09 Dec 2019 16:30:08 +0000 | tom | primary | modpay | Redacted | Redacted | 19000 | Redacted | Redacted |
| Mon, 23 Dec 2019 17:25:14 +0000 | tom | primary | modpay | Redacted | Redacted | 18000 | Redacted | Redacted |
| Mon, 23 Dec 2019 17:26:13 +0000 | tom | primary | modpay | Redacted | Redacted | 18000 | Redacted | Redacted |
| Thu, 07 Nov 2019 16:37:47 +0000 | julie | primary | other | Redacted | Redacted | 12000 | Redacted | Redacted |
| Sat, 14 Dec 2019 21:04:54 +0000 | jeremy | primary | other | Redacted | Redacted | 25000 | Redacted | Redacted |
| Sat, 14 Dec 2019 21:05:19 +0000 | jeremy | primary | other | Redacted | Redacted | 25000 | Redacted | Redacted |
| Sun, 15 Dec 2019 14:10:35 +0000 | jeremy | primary | other | Redacted | Redacted | 25000 | Redacted | Redacted |
| Sun, 15 Dec 2019 14:11:01 +0000 | jeremy | primary | other | Redacted | Redacted | 25000 | Redacted | Redacted |
| Mon, 16 Dec 2019 16:30:44 +0000 | jeremy | primary | other | Redacted | Redacted | 25000 | Redacted | Redacted |
| Fri, 20 Dec 2019 16:38:30 +0000 | jeremy | primary | other | Redacted | Redacted | 25000 | Redacted | Redacted |
| Fri, 04 Oct 2019 14:21:17 +0000 | tom | primary | publishing | Redacted | Redacted | 500 | Redacted | Redacted |
| Thu, 17 Oct 2019 03:25:20 +0000 | tom | primary | publishing | Redacted | Redacted | 100 | Redacted | Redacted |
| Sun, 17 Nov 2019 15:48:19 +0000 | tom | primary | publishing | Redacted | Redacted | 500 | Redacted | Redacted |
| Sat, 21 Dec 2019 16:00:48 +0000 | tom | primary | publishing | Redacted | Redacted | 10000 | Redacted | Redacted |
| Wed, 02 Oct 2019 16:45:20 +0000 | julie | primary | swarm | Redacted | Redacted | 40000 | Redacted | Redacted |
| Wed, 02 Oct 2019 22:47:00 +0000 | julie | primary | swarm | Redacted | Redacted | 50000 | Redacted | Redacted |
| Thu, 03 Oct 2019 15:10:21 +0000 | julie | primary | swarm | Redacted | Redacted | 20000 | Redacted | Redacted |
| Mon, 07 Oct 2019 05:40:35 +0000 | julie | primary | swarm | Redacted | Redacted | 126350 | Redacted | Redacted |
| Fri, 11 Oct 2019 04:41:58 +0000 | julie | primary | swarm | Redacted | Redacted | 40000 | Redacted | Redacted |
| Fri, 11 Oct 2019 04:45:28 +0000 | julie | primary | swarm | Redacted | Redacted | 40000 | Redacted | Redacted |
| Fri, 11 Oct 2019 04:47:42 +0000 | julie | primary | swarm | Redacted | Redacted | 40000 | Redacted | Redacted |
| Fri, 11 Oct 2019 04:56:02 +0000 | julie | primary | swarm | Redacted | Redacted | 50000 | Redacted | Redacted |
| Fri, 11 Oct 2019 05:07:17 +0000 | julie | primary | swarm | Redacted | Redacted | 50000 | Redacted | Redacted |
| Thu, 17 Oct 2019 14:50:41 +0000 | julie | primary | swarm | Redacted | Redacted | 40000 | Redacted | Redacted |
| Fri, 18 Oct 2019 02:56:51 +0000 | julie | primary | swarm | Redacted | Redacted | 40000 | Redacted | Redacted |
| Sun, 20 Oct 2019 19:27:21 +0000 | julie | primary | swarm | Redacted | Redacted | 40000 | Redacted | Redacted |
| Mon, 21 Oct 2019 20:35:15 +0000 | julie | primary | swarm | Redacted | Redacted | 10000 | Redacted | Redacted |
| Mon, 21 Oct 2019 21:22:56 +0000 | julie | primary | swarm | Redacted | Redacted | 40000 | Redacted | Redacted |
| Tue, 22 Oct 2019 17:14:03 +0000 | julie | primary | swarm | Redacted | Redacted | 10000 | Redacted | Redacted |
| Thu, 24 Oct 2019 04:37:17 +0000 | julie | primary | swarm | Redacted | Redacted | 40000 | Redacted | Redacted |
| Thu, 24 Oct 2019 18:06:26 +0000 | julie | primary | swarm | Redacted | Redacted | 40000 | Redacted | Redacted |
| Thu, 31 Oct 2019 06:01:50 +0000 | julie | primary | swarm | Redacted | Redacted | 40000 | Redacted | Redacted |
| Thu, 31 Oct 2019 06:04:07 +0000 | julie | primary | swarm | Redacted | Redacted | 20000 | Redacted | Redacted |
| Thu, 31 Oct 2019 18:07:31 +0000 | julie | primary | swarm | Redacted | Redacted | 40000 | Redacted | Redacted |
| Thu, 31 Oct 2019 18:27:55 +0000 | julie | primary | swarm | Redacted | Redacted | 40000 | Redacted | Redacted |
| Thu, 31 Oct 2019 18:39:07 +0000 | julie | primary | swarm | Redacted | Redacted | 20000 | Redacted | Redacted |
| Tue, 12 Nov 2019 21:34:21 +0000 | julie | primary | swarm | Redacted | Redacted | 40000 | Redacted | Redacted |
| Sun, 17 Nov 2019 23:32:34 +0000 | julie | primary | swarm | Redacted | Redacted | 40000 | Redacted | Redacted |
| Sun, 17 Nov 2019 23:33:09 +0000 | julie | primary | swarm | Redacted | Redacted | 40000 | Redacted | Redacted |
| Sun, 17 Nov 2019 23:35:37 +0000 | julie | primary | swarm | Redacted | Redacted | 40000 | Redacted | Redacted |

SEC-LBRYLIT-E-0004337
Community

| Date | User | Type | Category | Col5 | Col6 | Amount | Col8 | Col9 |
|---|---|---|---|---|---|---|---|---|
| Thu, 21 Nov 2019 00:14:52 +0000 | julie | primary | swarm | Redacted | Redacted | 10000 | Redacted | Redacted |
| Thu, 21 Nov 2019 02:01:50 +0000 | julie | primary | swarm | Redacted | Redacted | 120000 | Redacted | Redacted |
| Tue, 26 Nov 2019 03:11:05 +0000 | julie | primary | swarm | Redacted | Redacted | 40000 | Redacted | Redacted |
| Tue, 26 Nov 2019 03:44:30 +0000 | julie | primary | swarm | Redacted | Redacted | 40000 | Redacted | Redacted |
| Wed, 27 Nov 2019 20:15:40 +0000 | julie | primary | swarm | Redacted | Redacted | 20000 | Redacted | Redacted |
| Wed, 27 Nov 2019 22:18:57 +0000 | julie | primary | swarm | Redacted | Redacted | 80000 | Redacted | Redacted |
| Thu, 05 Dec 2019 17:06:28 +0000 | julie | primary | swarm | Redacted | Redacted | 80000 | Redacted | Redacted |
| Tue, 10 Dec 2019 07:05:25 +0000 | julie | primary | swarm | Redacted | Redacted | 40000 | Redacted | Redacted |
| Fri, 13 Dec 2019 19:41:35 +0000 | julie | primary | swarm | Redacted | Redacted | 20000 | Redacted | Redacted |
| Fri, 13 Dec 2019 20:06:18 +0000 | julie | primary | swarm | Redacted | Redacted | 20000 | Redacted | Redacted |
| Fri, 13 Dec 2019 20:16:57 +0000 | julie | primary | swarm | Redacted | Redacted | 40000 | Redacted | Redacted |
| Fri, 13 Dec 2019 20:17:41 +0000 | julie | primary | swarm | Redacted | Redacted | 40000 | Redacted | Redacted |
| Fri, 13 Dec 2019 20:47:04 +0000 | julie | primary | swarm | Redacted | Redacted | 20000 | Redacted | Redacted |
| Fri, 13 Dec 2019 20:49:02 +0000 | julie | primary | swarm | Redacted | Redacted | 40000 | Redacted | Redacted |
| Fri, 13 Dec 2019 20:55:46 +0000 | julie | primary | swarm | Redacted | Redacted | 50000 | Redacted | Redacted |
| Mon, 16 Dec 2019 23:17:08 +0000 | julie | primary | swarm | Redacted | Redacted | 20000 | Redacted | Redacted |
| Wed, 18 Dec 2019 16:54:20 +0000 | julie | primary | swarm | Redacted | Redacted | 40000 | Redacted | Redacted |
| Wed, 18 Dec 2019 17:01:51 +0000 | julie | primary | swarm | Redacted | Redacted | 20000 | Redacted | Redacted |
| Wed, 18 Dec 2019 17:19:57 +0000 | julie | primary | swarm | Redacted | Redacted | 40000 | Redacted | Redacted |
| Wed, 18 Dec 2019 18:55:17 +0000 | julie | primary | swarm | Redacted | Redacted | 40000 | Redacted | Redacted |
| Thu, 19 Dec 2019 19:10:05 +0000 | julie | primary | swarm | Redacted | Redacted | 20000 | Redacted | Redacted |
| Sat, 21 Dec 2019 06:21:06 +0000 | julie | primary | swarm | Redacted | Redacted | 20000 | Redacted | Redacted |
| Mon, 23 Dec 2019 23:58:21 +0000 | julie | primary | swarm | Redacted | Redacted | 20000 | Redacted | Redacted |
| Sat, 28 Dec 2019 16:04:58 +0000 | grin | primary | swarm | Redacted | Redacted | 20000 | Redacted | Redacted |
| Sat, 28 Dec 2019 20:28:31 +0000 | julie | primary | swarm | Redacted | Redacted | 50000 | Redacted | Redacted |
| Thu, 10 Oct 2019 12:50:30 +0000 | tom | primary | sweep | Redacted | Redacted | | Redacted | Redacted |
| Thu, 07 Nov 2019 02:18:51 +0000 | grin | primary | sweep | Redacted | Redacted | | Redacted | Redacted |
| Mon, 16 Dec 2019 21:22:47 +0000 | grin | primary | sweep | Redacted | Redacted | | Redacted | Redacted |
| Fri, 27 Dec 2019 22:59:42 +0000 | grin | primary | sweep | Redacted | Redacted | | Redacted | Redacted |
| Fri, 27 Dec 2019 23:05:09 +0000 | grin | primary | sweep | Redacted | Redacted | | Redacted | Redacted |
| Mon, 25 Nov 2019 14:17:12 +0000 | josh | primary | testing | Redacted | Redacted | 7000 | Redacted | Redacted |
| Thu, 12 Dec 2019 01:48:15 +0000 | josh | primary | testing | Redacted | Redacted | 1199 | Redacted | Redacted |
| Mon, 16 Dec 2019 21:23:08 +0000 | grin | primary | testing | Redacted | Redacted | 5 | Redacted | Redacted |
| Tue, 31 Dec 2019 13:56:37 +0000 | josh | primary | testing | Redacted | Redacted | 100 | Redacted | Redacted |
| | | | | | | | | |
| | | | | | | | | |
| | | | Bounty | 1,196,600 | | | | |
| | | | Invite / API | 4,250,000 | | | | |
| | | | Modpay | 379,000 | | | | |
| | | | Publishing | 11,100 | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | Aquisition | 1,073,000 | | | |
| | | | Testing | 8,304 | | | |
| | | | LBRY.fund | 493,500 | | | |
| | | | Swarm | 1,986,350 | | | |
| | | | Other | 162,000 | | | |
| | | | | | | | |
| | | | | 9,397,854 | | | |

| Date | Purpose | From | To | Amount | TX |
|---|---|---|---|---|---|
| | | | | | |
| Thu, 03 Oct 2019 13:21:15 +0000 | employee lbc | Redacted | Redacted | 5000 | Redacted |
| Thu, 03 Oct 2019 13:21:37 +0000 | employee lbc | Redacted | Redacted | 5000 | Redacted |
| Thu, 03 Oct 2019 13:21:50 +0000 | employee lbc | Redacted | Redacted | 5000 | Redacted |
| Thu, 03 Oct 2019 13:22:03 +0000 | employee lbc | Redacted | Redacted | 5000 | Redacted |
| Thu, 03 Oct 2019 13:22:15 +0000 | employee lbc | Redacted | Redacted | 5000 | Redacted |
| Thu, 03 Oct 2019 13:22:27 +0000 | employee lbc | Redacted | Redacted | 5000 | Redacted |
| Thu, 03 Oct 2019 13:22:39 +0000 | employee lbc | Redacted | Redacted | 5000 | Redacted |
| Thu, 03 Oct 2019 13:22:53 +0000 | employee lbc | Redacted | Redacted | 5000 | Redacted |
| Thu, 03 Oct 2019 13:23:08 +0000 | employee lbc | Redacted | Redacted | 5000 | Redacted |
| Thu, 17 Oct 2019 13:08:27 +0000 | employee lbc | Redacted | Redacted | 6775 | Redacted |
| Thu, 17 Oct 2019 13:08:42 +0000 | employee lbc | Redacted | Redacted | 6775 | Redacted |
| Thu, 17 Oct 2019 13:08:54 +0000 | employee lbc | Redacted | Redacted | 6775 | Redacted |
| Thu, 17 Oct 2019 13:09:17 +0000 | employee lbc | Redacted | Redacted | 6775 | Redacted |
| Thu, 17 Oct 2019 13:09:30 +0000 | employee lbc | Redacted | Redacted | 6775 | Redacted |
| Thu, 17 Oct 2019 13:09:43 +0000 | employee lbc | Redacted | Redacted | 6775 | Redacted |
| Thu, 17 Oct 2019 13:09:59 +0000 | employee lbc | Redacted | Redacted | 6775 | Redacted |
| Thu, 17 Oct 2019 13:10:12 +0000 | employee lbc | Redacted | Redacted | 6775 | Redacted |
| Mon, 04 Nov 2019 13:58:17 +0000 | employee lbc | Redacted | Redacted | 6400 | Redacted |
| Mon, 04 Nov 2019 13:58:33 +0000 | employee lbc | Redacted | Redacted | 6400 | Redacted |
| Mon, 04 Nov 2019 13:58:47 +0000 | employee lbc | Redacted | Redacted | 6400 | Redacted |
| Mon, 04 Nov 2019 13:59:00 +0000 | employee lbc | Redacted | Redacted | 6400 | Redacted |
| Mon, 04 Nov 2019 13:59:12 +0000 | employee lbc | Redacted | Redacted | 6400 | Redacted |
| Mon, 04 Nov 2019 13:59:24 +0000 | employee lbc | Redacted | Redacted | 6400 | Redacted |
| Mon, 04 Nov 2019 13:59:38 +0000 | employee lbc | Redacted | Redacted | 6400 | Redacted |
| Mon, 04 Nov 2019 13:59:50 +0000 | employee lbc | Redacted | Redacted | 6400 | Redacted |
| Mon, 25 Nov 2019 14:22:32 +0000 | employee lbc | Redacted | Redacted | 5700 | Redacted |
| Mon, 25 Nov 2019 14:22:46 +0000 | employee lbc | Redacted | Redacted | 5700 | Redacted |
| Mon, 25 Nov 2019 14:23:00 +0000 | employee lbc | Redacted | Redacted | 5700 | Redacted |
| Mon, 25 Nov 2019 14:23:13 +0000 | employee lbc | Redacted | Redacted | 5700 | Redacted |
| Mon, 25 Nov 2019 14:23:41 +0000 | employee lbc | Redacted | Redacted | 5700 | Redacted |

| | | | | | |
|---|---|---|---|---:|---|
| Mon, 25 Nov 2019 14:23:53 +0000 | employee lbc | Redacted | Redacted | 5700 | Redacted |
| Mon, 25 Nov 2019 14:24:05 +0000 | employee lbc | Redacted | Redacted | 5700 | Redacted |
| Mon, 25 Nov 2019 14:24:22 +0000 | employee lbc | Redacted | Redacted | 5700 | Redacted |
| Mon, 30 Dec 2019 14:30:18 +0000 | employee lbc | Redacted | Redacted | 6666 | Redacted |
| Mon, 30 Dec 2019 14:30:43 +0000 | employee lbc | Redacted | Redacted | 6666 | Redacted |
| Mon, 30 Dec 2019 14:30:56 +0000 | employee lbc | Redacted | Redacted | 6666 | Redacted |
| Mon, 30 Dec 2019 14:31:14 +0000 | employee lbc | Redacted | Redacted | 6666 | Redacted |
| Mon, 30 Dec 2019 14:31:35 +0000 | employee lbc | Redacted | Redacted | 6666 | Redacted |
| Mon, 30 Dec 2019 14:31:52 +0000 | employee lbc | Redacted | Redacted | 6666 | Redacted |
| Mon, 30 Dec 2019 14:32:07 +0000 | employee lbc | Redacted | Redacted | 6666 | Redacted |
| Mon, 30 Dec 2019 14:32:19 +0000 | employee lbc | Redacted | Redacted | 6666 | Redacted |
| Mon, 30 Dec 2019 17:42:51 +0000 | employee lbc | Redacted | Redacted | 2500 | Redacted |
| Mon, 30 Dec 2019 17:43:04 +0000 | employee lbc | Redacted | Redacted | 2500 | Redacted |
| Mon, 30 Dec 2019 17:43:18 +0000 | employee lbc | Redacted | Redacted | 2500 | Redacted |
| Mon, 30 Dec 2019 17:43:29 +0000 | employee lbc | Redacted | Redacted | 2500 | Redacted |
| Mon, 30 Dec 2019 17:43:41 +0000 | employee lbc | Redacted | Redacted | 2500 | Redacted |
| Mon, 30 Dec 2019 17:43:50 +0000 | employee lbc | Redacted | Redacted | 2500 | Redacted |
| Mon, 30 Dec 2019 17:44:01 +0000 | employee lbc | Redacted | Redacted | 2500 | Redacted |
| Mon, 30 Dec 2019 17:44:14 +0000 | employee lbc | Redacted | Redacted | 2500 | Redacted |
| | | | | | |
| | | | | | |
| | | | | 269,328 | |

| Date | Purpose | From | To | Tx | Amount | Txn By |
|------|---------|------|-----|-----|--------|--------|