| Fund | Launch Balance (07/01/16) | Period Start Balance | Allocated | Last Quarter Allocated | Last Quarter Actual | Cold Wallet Balance |
|---|---|---|---|---|---|---|
| Community | 200,000,000 | 180,108,945 | 7,500,000 | 7,500,000 | 7,959,189 | 172,149,756 |
| Operational | 100,000,000 | 86,208,531 | 0 | | 304,425 | 85,904,106 |
| Institutional | 100,000,000 | 99,660,000 | 0 | | 0 | 99,660,000 |
| | | | | | | 357,713,862 |



EXHIBIT
87
21-cv-00260-PB

| Date | User | Type | Action | | | Amount | | |
|---|---|---|---|---|---|---|---|---|
| Mon, 01 Jul 2019 22:12:05 +0000 | tom | primary | acquisition | Redacted | Redacted | 5000 | Redacted | Redacted |
| Tue, 09 Jul 2019 04:55:44 +0000 | tom | primary | acquisition | Redacted | Redacted | 2000 | Redacted | Redacted |
| Sun, 14 Jul 2019 00:49:26 +0000 | tom | primary | acquisition | Redacted | Redacted | 20000 | Redacted | Redacted |
| Thu, 18 Jul 2019 20:24:49 +0000 | tom | primary | acquisition | Redacted | Redacted | 985.68 | Redacted | Redacted |
| Fri, 19 Jul 2019 15:26:58 +0000 | tom | primary | acquisition | Redacted | Redacted | 2000 | Redacted | Redacted |
| Sat, 20 Jul 2019 17:18:16 +0000 | tom | primary | acquisition | Redacted | Redacted | 10000 | Redacted | Redacted |
| Wed, 24 Jul 2019 02:06:18 +0000 | tom | primary | acquisition | Redacted | Redacted | 3000 | Redacted | Redacted |
| Wed, 24 Jul 2019 19:57:40 +0000 | tom | primary | acquisition | Redacted | Redacted | 10000 | Redacted | Redacted |
| Fri, 26 Jul 2019 20:02:12 +0000 | tom | primary | acquisition | Redacted | Redacted | 20000 | Redacted | Redacted |
| Mon, 29 Jul 2019 21:00:53 +0000 | tom | primary | acquisition | Redacted | Redacted | 4000 | Redacted | Redacted |
| Tue, 30 Jul 2019 15:24:05 +0000 | tom | primary | acquisition | Redacted | Redacted | 10000 | Redacted | Redacted |
| Sun, 04 Aug 2019 14:02:45 +0000 | tom | primary | acquisition | Redacted | Redacted | 5000 | Redacted | Redacted |
| Tue, 06 Aug 2019 22:37:18 +0000 | jeremy | primary | acquisition | Redacted | Redacted | 300 | Redacted | Redacted |
| Wed, 07 Aug 2019 19:42:36 +0000 | jeremy | primary | acquisition | Redacted | Redacted | 10000 | Redacted | Redacted |
| Wed, 14 Aug 2019 10:47:16 +0000 | tom | primary | acquisition | Redacted | Redacted | 1000 | Redacted | Redacted |
| Wed, 14 Aug 2019 16:43:26 +0000 | tom | primary | acquisition | Redacted | Redacted | 2000 | Redacted | Redacted |
| Tue, 27 Aug 2019 00:06:27 +0000 | tom | primary | acquisition | Redacted | Redacted | 1000 | Redacted | Redacted |
| Tue, 27 Aug 2019 16:28:20 +0000 | tom | primary | acquisition | Redacted | Redacted | 500 | Redacted | Redacted |
| Tue, 27 Aug 2019 17:20:01 +0000 | tom | primary | acquisition | Redacted | Redacted | 500 | Redacted | Redacted |
| Wed, 28 Aug 2019 14:45:35 +0000 | tom | primary | acquisition | Redacted | Redacted | 20000 | Redacted | Redacted |
| Sat, 31 Aug 2019 04:54:02 +0000 | tom | primary | acquisition | Redacted | Redacted | 5000 | Redacted | Redacted |
| Sat, 31 Aug 2019 05:01:52 +0000 | tom | primary | acquisition | Redacted | Redacted | 30000 | Redacted | Redacted |
| Sat, 31 Aug 2019 05:03:41 +0000 | tom | primary | acquisition | Redacted | Redacted | 20000 | Redacted | Redacted |
| Wed, 04 Sep 2019 17:33:32 +0000 | tom | primary | acquisition | Redacted | Redacted | 500 | Redacted | Redacted |
| Mon, 09 Sep 2019 13:28:31 +0000 | tom | primary | acquisition | Redacted | Redacted | 15000 | Redacted | Redacted |
| Wed, 11 Sep 2019 20:25:40 +0000 | tom | primary | acquisition | Redacted | Redacted | 20000 | Redacted | Redacted |
| Fri, 13 Sep 2019 17:00:59 +0000 | tom | primary | acquisition | Redacted | Redacted | 3000 | Redacted | Redacted |
| Fri, 13 Sep 2019 17:18:34 +0000 | tom | primary | acquisition | Redacted | Redacted | 1000 | Redacted | Redacted |
| Sat, 14 Sep 2019 01:32:46 +0000 | josh | primary | acquisition | Redacted | Redacted | 10000 | Redacted | Redacted |
| Thu, 19 Sep 2019 22:03:55 +0000 | tom | primary | acquisition | Redacted | Redacted | 20000 | Redacted | Redacted |
| Mon, 23 Sep 2019 16:15:33 +0000 | tom | primary | acquisition | Redacted | Redacted | 500 | Redacted | Redacted |
| Tue, 24 Sep 2019 18:05:58 +0000 | tom | primary | acquisition | Redacted | Redacted | 25000 | Redacted | Redacted |
| Thu, 26 Sep 2019 01:20:10 +0000 | tom | primary | acquisition | Redacted | Redacted | 5000 | Redacted | Redacted |
| Thu, 26 Sep 2019 13:28:16 +0000 | tom | primary | acquisition | Redacted | Redacted | 50000 | Redacted | Redacted |
| Thu, 26 Sep 2019 20:35:50 +0000 | tom | primary | acquisition | Redacted | Redacted | 1000 | Redacted | Redacted |
| Thu, 26 Sep 2019 23:00:32 +0000 | tom | primary | acquisition | Redacted | Redacted | 5000 | Redacted | Redacted |
| Thu, 26 Sep 2019 23:27:06 +0000 | tom | primary | acquisition | Redacted | Redacted | 5000 | Redacted | Redacted |
| Thu, 26 Sep 2019 23:49:32 +0000 | tom | primary | acquisition | Redacted | Redacted | 5000 | Redacted | Redacted |
| Fri, 27 Sep 2019 01:25:55 +0000 | tom | primary | acquisition | Redacted | Redacted | 500 | Redacted | Redacted |
| Fri, 27 Sep 2019 12:51:51 +0000 | tom | primary | acquisition | Redacted | Redacted | 1000 | Redacted | Redacted |

| Date | User | Type | Category | | | Amount | | |
|---|---|---|---|---|---|---|---|---|
| Fri, 27 Sep 2019 15:06:26 +0000 | tom | primary | acquisition | Redacted | Redacted | 5000 | Redacted | Redacted |
| Fri, 27 Sep 2019 16:45:40 +0000 | tom | primary | acquisition | Redacted | Redacted | 5000 | Redacted | Redacted |
| Fri, 27 Sep 2019 17:55:00 +0000 | tom | primary | acquisition | Redacted | Redacted | 5000 | Redacted | Redacted |
| Sat, 28 Sep 2019 17:45:59 +0000 | tom | primary | acquisition | Redacted | Redacted | 5000 | Redacted | Redacted |
| Sat, 28 Sep 2019 21:25:56 +0000 | tom | primary | acquisition | Redacted | Redacted | 3000 | Redacted | Redacted |
| Sun, 29 Sep 2019 03:31:06 +0000 | tom | primary | acquisition | Redacted | Redacted | 500 | Redacted | Redacted |
| Mon, 30 Sep 2019 00:33:40 +0000 | tom | primary | acquisition | Redacted | Redacted | 5000 | Redacted | Redacted |
| Mon, 01 Jul 2019 03:54:58 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | Redacted |
| Mon, 01 Jul 2019 04:58:41 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |
| Mon, 01 Jul 2019 21:12:13 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |
| Mon, 01 Jul 2019 21:12:34 +0000 | tom | primary | api | Redacted | Redacted | 20000 | Redacted | Redacted |
| Tue, 02 Jul 2019 13:31:12 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |
| Thu, 04 Jul 2019 15:39:11 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |
| Thu, 04 Jul 2019 15:39:30 +0000 | tom | primary | api | Redacted | Redacted | 20000 | Redacted | Redacted |
| Thu, 04 Jul 2019 15:40:02 +0000 | tom | primary | api | Redacted | Redacted | 10000 | Redacted | Redacted |
| Thu, 04 Jul 2019 16:19:17 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |
| Fri, 05 Jul 2019 16:07:15 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |
| Mon, 08 Jul 2019 12:55:17 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | Redacted |
| Mon, 08 Jul 2019 13:02:13 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | Redacted |
| Tue, 09 Jul 2019 04:52:57 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | Redacted |
| Tue, 09 Jul 2019 04:53:14 +0000 | tom | primary | api | Redacted | Redacted | 10000 | Redacted | Redacted |
| Tue, 09 Jul 2019 04:53:35 +0000 | tom | primary | api | Redacted | Redacted | 20000 | Redacted | Redacted |
| Tue, 09 Jul 2019 04:53:55 +0000 | tom | primary | api | Redacted | Redacted | 10000 | Redacted | Redacted |
| Tue, 09 Jul 2019 04:54:10 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |
| Tue, 09 Jul 2019 04:54:39 +0000 | tom | primary | api | Redacted | Redacted | 20000 | Redacted | Redacted |
| Fri, 12 Jul 2019 18:47:39 +0000 | tom | primary | api | Redacted | Redacted | 30000 | Redacted | Redacted |
| Fri, 12 Jul 2019 18:47:55 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | Redacted |
| Fri, 12 Jul 2019 18:48:25 +0000 | tom | primary | api | Redacted | Redacted | 10000 | Redacted | Redacted |
| Fri, 12 Jul 2019 18:49:28 +0000 | tom | primary | api | Redacted | Redacted | 10000 | Redacted | Redacted |
| Mon, 15 Jul 2019 15:07:30 +0000 | tom | primary | api | Redacted | Redacted | 20000 | Redacted | Redacted |
| Mon, 15 Jul 2019 15:07:58 +0000 | tom | primary | api | Redacted | Redacted | 10000 | Redacted | Redacted |
| Tue, 16 Jul 2019 05:39:04 +0000 | tom | primary | api | Redacted | Redacted | 5000 | Redacted | Redacted |
| Tue, 16 Jul 2019 05:39:19 +0000 | tom | primary | api | Redacted | Redacted | 10000 | Redacted | Redacted |
| Tue, 16 Jul 2019 05:43:31 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | Redacted |
| Tue, 16 Jul 2019 05:43:49 +0000 | tom | primary | api | Redacted | Redacted | 5000 | Redacted | Redacted |
| Tue, 16 Jul 2019 05:47:20 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |
| Tue, 16 Jul 2019 05:47:49 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |
| Tue, 16 Jul 2019 05:48:21 +0000 | tom | primary | api | Redacted | Redacted | 20000 | Redacted | Redacted |
| Fri, 19 Jul 2019 07:05:30 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |
| Fri, 19 Jul 2019 07:06:28 +0000 | tom | primary | api | Redacted | Redacted | 20000 | Redacted | Redacted |

| Date | User | Account | Type | | | Amount | | |
|---|---|---|---|---|---|---|---|---|
| Sun, 21 Jul 2019 16:48:08 +0000 | tom | primary | api | Redacted | Redacted | 5000 | Redacted | Redacted |
| Sun, 21 Jul 2019 16:48:21 +0000 | tom | primary | api | Redacted | Redacted | 10000 | Redacted | Redacted |
| Sun, 21 Jul 2019 16:48:35 +0000 | tom | primary | api | Redacted | Redacted | 20000 | Redacted | Redacted |
| Sun, 21 Jul 2019 16:48:49 +0000 | tom | primary | api | Redacted | Redacted | 10000 | Redacted | Redacted |
| Sun, 21 Jul 2019 16:49:22 +0000 | tom | primary | api | Redacted | Redacted | 10000 | Redacted | Redacted |
| Mon, 22 Jul 2019 17:06:06 +0000 | tom | primary | api | Redacted | Redacted | 20000 | Redacted | Redacted |
| Mon, 22 Jul 2019 17:06:20 +0000 | tom | primary | api | Redacted | Redacted | 10000 | Redacted | Redacted |
| Mon, 22 Jul 2019 17:06:30 +0000 | tom | primary | api | Redacted | Redacted | 5000 | Redacted | Redacted |
| Mon, 22 Jul 2019 23:14:20 +0000 | tom | primary | api | Redacted | Redacted | 5000 | Redacted | Redacted |
| Tue, 23 Jul 2019 19:48:24 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | Redacted |
| Tue, 23 Jul 2019 19:48:42 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |
| Tue, 23 Jul 2019 19:51:31 +0000 | tom | primary | api | Redacted | Redacted | 10000 | Redacted | Redacted |
| Tue, 23 Jul 2019 19:51:46 +0000 | tom | primary | api | Redacted | Redacted | 5000 | Redacted | Redacted |
| Tue, 23 Jul 2019 19:52:05 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | Redacted |
| Tue, 23 Jul 2019 19:53:27 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | Redacted |
| Thu, 25 Jul 2019 16:41:40 +0000 | josh | primary | api | Redacted | Redacted | 20000 | Redacted | Redacted |
| Fri, 26 Jul 2019 15:46:05 +0000 | tom | primary | api | Redacted | Redacted | 5000 | Redacted | Redacted |
| Fri, 26 Jul 2019 15:46:48 +0000 | tom | primary | api | Redacted | Redacted | 10000 | Redacted | Redacted |
| Fri, 26 Jul 2019 20:33:28 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | Redacted |
| Sun, 28 Jul 2019 21:46:58 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |
| Sun, 28 Jul 2019 21:47:32 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | Redacted |
| Sun, 28 Jul 2019 21:47:48 +0000 | tom | primary | api | Redacted | Redacted | 10000 | Redacted | Redacted |
| Sun, 28 Jul 2019 21:48:08 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |
| Sun, 28 Jul 2019 21:48:25 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |
| Wed, 31 Jul 2019 15:04:05 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |
| Wed, 31 Jul 2019 17:33:19 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |
| Wed, 31 Jul 2019 17:33:34 +0000 | tom | primary | api | Redacted | Redacted | 10000 | Redacted | Redacted |
| Wed, 31 Jul 2019 17:33:48 +0000 | tom | primary | api | Redacted | Redacted | 5000 | Redacted | Redacted |
| Wed, 31 Jul 2019 17:34:41 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | Redacted |
| Tue, 06 Aug 2019 13:03:07 +0000 | tom | primary | api | Redacted | Redacted | 20000 | Redacted | Redacted |
| Fri, 09 Aug 2019 15:32:17 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | Redacted |
| Fri, 09 Aug 2019 15:33:08 +0000 | tom | primary | api | Redacted | Redacted | 10000 | Redacted | Redacted |
| Fri, 09 Aug 2019 15:34:22 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |
| Tue, 13 Aug 2019 21:22:58 +0000 | tom | primary | api | Redacted | Redacted | 10000 | Redacted | Redacted |
| Wed, 14 Aug 2019 09:47:26 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | Redacted |
| Wed, 14 Aug 2019 10:50:22 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |
| Wed, 14 Aug 2019 10:50:55 +0000 | tom | primary | api | Redacted | Redacted | 10000 | Redacted | Redacted |
| Wed, 14 Aug 2019 10:51:20 +0000 | tom | primary | api | Redacted | Redacted | 20000 | Redacted | Redacted |
| Thu, 15 Aug 2019 09:24:31 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |
| Thu, 15 Aug 2019 09:24:52 +0000 | tom | primary | api | Redacted | Redacted | 20000 | Redacted | Redacted |

| Date | User | Type | Source | | | Amount | | |
|---|---|---|---|---|---|---|---|---|
| Sat, 17 Aug 2019 09:44:50 +0000 | tom | primary | api | Redacted | Redacted | 10000 | Redacted | Redacted |
| Sat, 17 Aug 2019 09:45:38 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | Redacted |
| Sat, 17 Aug 2019 09:46:29 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |
| Mon, 02 Sep 2019 20:13:19 +0000 | tom | primary | api | Redacted | Redacted | 20000 | Redacted | Redacted |
| Mon, 02 Sep 2019 20:13:42 +0000 | tom | primary | api | Redacted | Redacted | 20000 | Redacted | Redacted |
| Mon, 02 Sep 2019 20:14:53 +0000 | tom | primary | api | Redacted | Redacted | 20000 | Redacted | Redacted |
| Mon, 02 Sep 2019 20:30:21 +0000 | tom | primary | api | Redacted | Redacted | 20000 | Redacted | Redacted |
| Mon, 02 Sep 2019 20:39:34 +0000 | tom | primary | api | Redacted | Redacted | 20000 | Redacted | Redacted |
| Mon, 02 Sep 2019 20:40:10 +0000 | tom | primary | api | Redacted | Redacted | 20000 | Redacted | Redacted |
| Thu, 05 Sep 2019 13:12:27 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | Redacted |
| Tue, 10 Sep 2019 01:27:00 +0000 | tom | primary | api | Redacted | Redacted | 75000 | Redacted | Redacted |
| Tue, 10 Sep 2019 01:27:22 +0000 | tom | primary | api | Redacted | Redacted | 75000 | Redacted | Redacted |
| Tue, 10 Sep 2019 01:27:50 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | Redacted |
| Tue, 10 Sep 2019 01:28:56 +0000 | tom | primary | api | Redacted | Redacted | 20000 | Redacted | Redacted |
| Tue, 10 Sep 2019 01:29:19 +0000 | tom | primary | api | Redacted | Redacted | 10000 | Redacted | Redacted |
| Tue, 10 Sep 2019 01:29:44 +0000 | tom | primary | api | Redacted | Redacted | 20000 | Redacted | Redacted |
| Tue, 10 Sep 2019 01:31:57 +0000 | tom | primary | api | Redacted | Redacted | 20000 | Redacted | Redacted |
| Tue, 10 Sep 2019 01:33:09 +0000 | tom | primary | api | Redacted | Redacted | 1500 | Redacted | Redacted |
| Tue, 10 Sep 2019 04:31:34 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | Redacted |
| Tue, 10 Sep 2019 04:32:08 +0000 | tom | primary | api | Redacted | Redacted | 30000 | Redacted | Redacted |
| Thu, 12 Sep 2019 01:13:11 +0000 | josh | primary | api | Redacted | Redacted | 100 | Redacted | Redacted |
| Fri, 13 Sep 2019 17:10:43 +0000 | tom | primary | api | Redacted | Redacted | 20000 | Redacted | Redacted |
| Fri, 13 Sep 2019 17:15:56 +0000 | tom | primary | api | Redacted | Redacted | 20000 | Redacted | Redacted |
| Fri, 13 Sep 2019 17:19:00 +0000 | tom | primary | api | Redacted | Redacted | 20000 | Redacted | Redacted |
| Fri, 13 Sep 2019 17:25:11 +0000 | tom | primary | api | Redacted | Redacted | 20000 | Redacted | Redacted |
| Fri, 13 Sep 2019 17:31:29 +0000 | tom | primary | api | Redacted | Redacted | 30000 | Redacted | Redacted |
| Mon, 16 Sep 2019 14:52:57 +0000 | tom | primary | api | Redacted | Redacted | 30000 | Redacted | Redacted |
| Mon, 16 Sep 2019 14:53:45 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | Redacted |
| Fri, 20 Sep 2019 17:50:59 +0000 | tom | primary | api | Redacted | Redacted | 20000 | Redacted | Redacted |
| Fri, 20 Sep 2019 17:51:27 +0000 | tom | primary | api | Redacted | Redacted | 30000 | Redacted | Redacted |
| Sun, 22 Sep 2019 16:01:37 +0000 | tom | primary | api | Redacted | Redacted | 30000 | Redacted | Redacted |
| Sun, 22 Sep 2019 16:02:22 +0000 | tom | primary | api | Redacted | Redacted | 10000 | Redacted | Redacted |
| Sun, 22 Sep 2019 16:02:44 +0000 | tom | primary | api | Redacted | Redacted | 30000 | Redacted | Redacted |
| Sun, 22 Sep 2019 16:03:02 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | Redacted |
| Sun, 22 Sep 2019 16:04:15 +0000 | tom | primary | api | Redacted | Redacted | 20000 | Redacted | Redacted |
| Sun, 22 Sep 2019 16:05:16 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | Redacted |
| Thu, 26 Sep 2019 19:51:36 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | Redacted |
| Thu, 26 Sep 2019 19:52:14 +0000 | tom | primary | api | Redacted | Redacted | 20000 | Redacted | Redacted |
| Fri, 27 Sep 2019 13:33:15 +0000 | tom | primary | api | Redacted | Redacted | 30000 | Redacted | Redacted |
| Fri, 27 Sep 2019 13:43:29 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |

| Date | User | Type | Category | | | Amount | | |
|---|---|---|---|---|---|---|---|---|
| Fri, 27 Sep 2019 16:58:44 +0000 | tom | primary | api | Redacted | Redacted | 20000 | Redacted | Redacted |
| Fri, 27 Sep 2019 17:07:23 +0000 | tom | primary | api | Redacted | Redacted | 5000 | Redacted | Redacted |
| Fri, 27 Sep 2019 17:08:31 +0000 | tom | primary | api | Redacted | Redacted | 10000 | Redacted | Redacted |
| Fri, 27 Sep 2019 17:09:28 +0000 | tom | primary | api | Redacted | Redacted | 20000 | Redacted | Redacted |
| Fri, 27 Sep 2019 17:09:49 +0000 | tom | primary | api | Redacted | Redacted | 1000 | Redacted | Redacted |
| Fri, 27 Sep 2019 17:10:51 +0000 | tom | primary | api | Redacted | Redacted | 5000 | Redacted | Redacted |
| Fri, 27 Sep 2019 17:11:16 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | Redacted |
| Fri, 27 Sep 2019 17:13:19 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | Redacted |
| Mon, 30 Sep 2019 21:18:33 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | Redacted |
| Mon, 30 Sep 2019 21:18:52 +0000 | tom | primary | api | Redacted | Redacted | 20000 | Redacted | Redacted |
| Mon, 30 Sep 2019 21:19:21 +0000 | tom | primary | api | Redacted | Redacted | 10000 | Redacted | Redacted |
| Tue, 02 Jul 2019 15:07:45 +0000 | tom | primary | bounty | Redacted | Redacted | 40000 | Redacted | Redacted |
| Tue, 02 Jul 2019 17:25:59 +0000 | tom | primary | bounty | Redacted | Redacted | 5000 | Redacted | Redacted |
| Wed, 03 Jul 2019 03:33:48 +0000 | tom | primary | bounty | Redacted | Redacted | 30000 | Redacted | Redacted |
| Fri, 05 Jul 2019 14:51:31 +0000 | tom | primary | bounty | Redacted | Redacted | 3000 | Redacted | Redacted |
| Mon, 08 Jul 2019 15:09:44 +0000 | tom | primary | bounty | Redacted | Redacted | 15000 | Redacted | Redacted |
| Fri, 12 Jul 2019 16:53:40 +0000 | tom | primary | bounty | Redacted | Redacted | 4000 | Redacted | Redacted |
| Thu, 18 Jul 2019 18:23:00 +0000 | tom | primary | bounty | Redacted | Redacted | 10000 | Redacted | Redacted |
| Sun, 21 Jul 2019 22:03:10 +0000 | tom | primary | bounty | Redacted | Redacted | 3000 | Redacted | Redacted |
| Wed, 24 Jul 2019 01:23:37 +0000 | tom | primary | bounty | Redacted | Redacted | 5000 | Redacted | Redacted |
| Thu, 25 Jul 2019 00:26:43 +0000 | tom | primary | bounty | Redacted | Redacted | 10000 | Redacted | Redacted |
| Mon, 29 Jul 2019 17:38:10 +0000 | tom | primary | bounty | Redacted | Redacted | 2000 | Redacted | Redacted |
| Tue, 30 Jul 2019 04:25:05 +0000 | tom | primary | bounty | Redacted | Redacted | 3000 | Redacted | Redacted |
| Tue, 30 Jul 2019 15:54:45 +0000 | tom | primary | bounty | Redacted | Redacted | 5000 | Redacted | Redacted |
| Fri, 02 Aug 2019 15:40:52 +0000 | tom | primary | bounty | Redacted | Redacted | 3000 | Redacted | Redacted |
| Fri, 02 Aug 2019 15:48:16 +0000 | tom | primary | bounty | Redacted | Redacted | 30000 | Redacted | Redacted |
| Fri, 02 Aug 2019 17:33:05 +0000 | tom | primary | bounty | Redacted | Redacted | 5000 | Redacted | Redacted |
| Fri, 02 Aug 2019 17:33:36 +0000 | tom | primary | bounty | Redacted | Redacted | 10000 | Redacted | Redacted |
| Fri, 09 Aug 2019 15:31:23 +0000 | tom | primary | bounty | Redacted | Redacted | 2200 | Redacted | Redacted |
| Fri, 16 Aug 2019 10:56:13 +0000 | tom | primary | bounty | Redacted | Redacted | 5000 | Redacted | Redacted |
| Wed, 21 Aug 2019 18:41:02 +0000 | tom | primary | bounty | Redacted | Redacted | 7000 | Redacted | Redacted |
| Wed, 21 Aug 2019 18:43:15 +0000 | tom | primary | bounty | Redacted | Redacted | 6000 | Redacted | Redacted |
| Wed, 21 Aug 2019 20:27:18 +0000 | tom | primary | bounty | Redacted | Redacted | 5000 | Redacted | Redacted |
| Wed, 21 Aug 2019 22:25:39 +0000 | tom | primary | bounty | Redacted | Redacted | 39000 | Redacted | Redacted |
| Thu, 22 Aug 2019 16:39:52 +0000 | tom | primary | bounty | Redacted | Redacted | 10000 | Redacted | Redacted |
| Thu, 22 Aug 2019 16:51:47 +0000 | tom | primary | bounty | Redacted | Redacted | 10000 | Redacted | Redacted |
| Fri, 23 Aug 2019 17:26:43 +0000 | tom | primary | bounty | Redacted | Redacted | 10000 | Redacted | Redacted |
| Sat, 24 Aug 2019 20:28:07 +0000 | tom | primary | bounty | Redacted | Redacted | 10000 | Redacted | Redacted |
| Tue, 27 Aug 2019 17:20:26 +0000 | julie | primary | bounty | Redacted | Redacted | 10000 | Redacted | Redacted |
| Tue, 03 Sep 2019 20:12:27 +0000 | tom | primary | bounty | Redacted | Redacted | 3000 | Redacted | Redacted |

| Date | User | Group | Type | | | Amount | | |
|---|---|---|---|---|---|---|---|---|
| Wed, 04 Sep 2019 23:21:29 +0000 | tom | primary | bounty | Redacted | Redacted | 600 | Redacted | Redacted |
| Thu, 05 Sep 2019 12:48:27 +0000 | tom | primary | bounty | Redacted | Redacted | 300 | Redacted | Redacted |
| Thu, 05 Sep 2019 14:11:55 +0000 | tom | primary | bounty | Redacted | Redacted | 20000 | Redacted | Redacted |
| Sat, 07 Sep 2019 15:39:00 +0000 | tom | primary | bounty | Redacted | Redacted | 12000 | Redacted | Redacted |
| Wed, 11 Sep 2019 13:01:27 +0000 | tom | primary | bounty | Redacted | Redacted | 10000 | Redacted | Redacted |
| Tue, 17 Sep 2019 14:04:41 +0000 | tom | primary | bounty | Redacted | Redacted | 12000 | Redacted | Redacted |
| Fri, 27 Sep 2019 02:28:08 +0000 | tom | primary | bounty | Redacted | Redacted | 25000 | Redacted | Redacted |
| Sat, 28 Sep 2019 17:26:36 +0000 | tom | primary | bounty | Redacted | Redacted | 5000 | Redacted | Redacted |
| Wed, 03 Jul 2019 19:57:18 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 1750 | Redacted | Redacted |
| Wed, 03 Jul 2019 19:57:50 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 1750 | Redacted | Redacted |
| Wed, 03 Jul 2019 19:58:06 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 3500 | Redacted | Redacted |
| Wed, 03 Jul 2019 19:58:24 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 1750 | Redacted | Redacted |
| Wed, 03 Jul 2019 19:58:40 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 3500 | Redacted | Redacted |
| Wed, 03 Jul 2019 19:58:53 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 3500 | Redacted | Redacted |
| Wed, 03 Jul 2019 19:59:05 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 3500 | Redacted | Redacted |
| Wed, 03 Jul 2019 19:59:17 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 1750 | Redacted | Redacted |
| Wed, 03 Jul 2019 19:59:28 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 1750 | Redacted | Redacted |
| Wed, 03 Jul 2019 19:59:40 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 1750 | Redacted | Redacted |
| Wed, 03 Jul 2019 19:59:52 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 1750 | Redacted | Redacted |
| Thu, 18 Jul 2019 13:58:32 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2500 | Redacted | Redacted |
| Thu, 18 Jul 2019 13:58:50 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2500 | Redacted | Redacted |
| Thu, 18 Jul 2019 13:59:09 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2500 | Redacted | Redacted |
| Thu, 18 Jul 2019 13:59:24 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2500 | Redacted | Redacted |
| Thu, 18 Jul 2019 13:59:56 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2500 | Redacted | Redacted |
| Thu, 18 Jul 2019 14:00:13 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2500 | Redacted | Redacted |
| Thu, 18 Jul 2019 14:00:28 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2500 | Redacted | Redacted |
| Thu, 18 Jul 2019 14:00:49 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2500 | Redacted | Redacted |
| Thu, 18 Jul 2019 14:01:05 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2500 | Redacted | Redacted |
| Thu, 18 Jul 2019 14:01:23 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2500 | Redacted | Redacted |
| Fri, 09 Aug 2019 13:44:53 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 3250 | Redacted | Redacted |
| Fri, 09 Aug 2019 13:45:07 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 3250 | Redacted | Redacted |
| Fri, 09 Aug 2019 13:45:21 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 3250 | Redacted | Redacted |
| Fri, 09 Aug 2019 13:45:34 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 3250 | Redacted | Redacted |
| Fri, 09 Aug 2019 13:45:47 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 3250 | Redacted | Redacted |
| Fri, 09 Aug 2019 13:45:59 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 3250 | Redacted | Redacted |
| Fri, 09 Aug 2019 13:46:10 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 3250 | Redacted | Redacted |
| Fri, 09 Aug 2019 13:46:22 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 3250 | Redacted | Redacted |
| Fri, 09 Aug 2019 13:46:33 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 3250 | Redacted | Redacted |
| Fri, 09 Aug 2019 13:46:44 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 3250 | Redacted | Redacted |
| Fri, 23 Aug 2019 13:21:33 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 3800 | Redacted | Redacted |

| Date | User | Type | Account | | | Amount | | |
|---|---|---|---|---|---|---|---|---|
| Fri, 23 Aug 2019 13:21:47 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 3800 | Redacted | Redacted |
| Fri, 23 Aug 2019 13:22:00 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 3800 | Redacted | Redacted |
| Fri, 23 Aug 2019 13:22:12 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 3800 | Redacted | Redacted |
| Fri, 23 Aug 2019 13:22:27 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 3800 | Redacted | Redacted |
| Fri, 23 Aug 2019 13:22:39 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 3800 | Redacted | Redacted |
| Fri, 23 Aug 2019 13:22:50 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 3800 | Redacted | Redacted |
| Fri, 23 Aug 2019 13:23:06 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 3800 | Redacted | Redacted |
| Fri, 23 Aug 2019 13:23:17 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 3800 | Redacted | Redacted |
| Fri, 23 Aug 2019 13:23:28 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 3800 | Redacted | Redacted |
| Mon, 23 Sep 2019 16:27:12 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 8264 | Redacted | Redacted |
| Mon, 23 Sep 2019 16:27:37 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 8264 | Redacted | Redacted |
| Mon, 23 Sep 2019 16:27:51 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 8264 | Redacted | Redacted |
| Mon, 23 Sep 2019 16:28:01 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 8264 | Redacted | Redacted |
| Mon, 23 Sep 2019 16:28:35 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 8264 | Redacted | Redacted |
| Mon, 23 Sep 2019 16:28:47 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 8264 | Redacted | Redacted |
| Mon, 23 Sep 2019 16:28:59 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 8264 | Redacted | Redacted |
| Mon, 23 Sep 2019 16:29:11 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 8264 | Redacted | Redacted |
| Mon, 23 Sep 2019 16:29:21 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 8264 | Redacted | Redacted |
| Mon, 23 Sep 2019 16:29:32 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 8264 | Redacted | Redacted |
| Fri, 09 Aug 2019 15:59:15 +0000 | julie | primary | lbry.fund | Redacted | Redacted | 8500 | Redacted | Redacted |
| Mon, 12 Aug 2019 04:25:50 +0000 | julie | primary | lbry.fund | Redacted | Redacted | 54000 | Redacted | Redacted |
| Tue, 27 Aug 2019 14:48:37 +0000 | julie | primary | lbry.fund | Redacted | Redacted | 30000 | Redacted | Redacted |
| Fri, 30 Aug 2019 18:31:41 +0000 | julie | primary | lbry.fund | Redacted | Redacted | 30000 | Redacted | Redacted |
| Wed, 04 Sep 2019 15:10:53 +0000 | julie | primary | lbry.fund | Redacted | Redacted | 50000 | Redacted | Redacted |
| Mon, 09 Sep 2019 17:04:45 +0000 | julie | primary | lbry.fund | Redacted | Redacted | 83400 | Redacted | Redacted |
| Fri, 13 Sep 2019 17:49:54 +0000 | julie | primary | lbry.fund | Redacted | Redacted | 30000 | Redacted | Redacted |
| Mon, 16 Sep 2019 23:37:25 +0000 | julie | primary | lbry.fund | Redacted | Redacted | 37000 | Redacted | Redacted |
| Fri, 27 Sep 2019 15:52:21 +0000 | julie | primary | lbry.fund | Redacted | Redacted | 10000 | Redacted | Redacted |
| Wed, 03 Jul 2019 19:28:41 +0000 | tom | primary | modpay | Redacted | Redacted | 18500 | Redacted | Redacted |
| Fri, 12 Jul 2019 16:31:33 +0000 | tom | primary | modpay | Redacted | Redacted | 24500 | Redacted | Redacted |
| Fri, 12 Jul 2019 16:32:31 +0000 | tom | primary | modpay | Redacted | Redacted | 24500 | Redacted | Redacted |
| Thu, 25 Jul 2019 17:07:12 +0000 | tom | primary | modpay | Redacted | Redacted | 25000 | Redacted | Redacted |
| Wed, 31 Jul 2019 18:11:28 +0000 | tom | primary | modpay | Redacted | Redacted | 30000 | Redacted | Redacted |
| Tue, 06 Aug 2019 13:08:42 +0000 | tom | primary | modpay | Redacted | Redacted | 30000 | Redacted | Redacted |
| Wed, 14 Aug 2019 11:02:12 +0000 | tom | primary | modpay | Redacted | Redacted | 33500 | Redacted | Redacted |
| Wed, 21 Aug 2019 21:28:47 +0000 | tom | primary | modpay | Redacted | Redacted | 33000 | Redacted | Redacted |
| Mon, 26 Aug 2019 04:37:32 +0000 | julie | primary | modpay | Redacted | Redacted | 5000 | Redacted | Redacted |
| Thu, 29 Aug 2019 01:43:51 +0000 | tom | primary | modpay | Redacted | Redacted | 30000 | Redacted | Redacted |
| Thu, 05 Sep 2019 14:09:55 +0000 | tom | primary | modpay | Redacted | Redacted | 37000 | Redacted | Redacted |
| Wed, 11 Sep 2019 18:05:35 +0000 | tom | primary | modpay | Redacted | Redacted | 42000 | Redacted | Redacted |

| Thu, 19 Sep 2019 21:23:54 +0000 | tom | primary | modpay | Redacted | Redacted | 40000 | Redacted | Redacted |
|---|---|---|---|---|---|---|---|---|
| Fri, 27 Sep 2019 12:34:32 +0000 | tom | primary | modpay | Redacted | Redacted | 50000 | Redacted | Redacted |
| Fri, 27 Sep 2019 20:54:43 +0000 | josh | ops | other | Redacted | Redacted | 100035 | Redacted | Redacted |
| Mon, 01 Jul 2019 02:51:02 +0000 | tom | primary | publishing | Redacted | Redacted | 10000 | Redacted | Redacted |
| Mon, 01 Jul 2019 02:51:30 +0000 | tom | primary | publishing | Redacted | Redacted | 10000 | Redacted | Redacted |
| Wed, 10 Jul 2019 20:01:34 +0000 | niko | primary | publishing | Redacted | Redacted | 4000 | Redacted | Redacted |
| Sun, 14 Jul 2019 12:09:17 +0000 | niko | primary | publishing | Redacted | Redacted | 4000 | Redacted | Redacted |
| Thu, 25 Jul 2019 16:53:36 +0000 | tom | primary | publishing | Redacted | Redacted | 20000 | Redacted | Redacted |
| Mon, 19 Aug 2019 07:01:53 +0000 | tom | primary | publishing | Redacted | Redacted | 100 | Redacted | Redacted |
| Tue, 20 Aug 2019 08:48:19 +0000 | niko | primary | publishing | Redacted | Redacted | 4000 | Redacted | Redacted |
| Fri, 20 Sep 2019 23:36:15 +0000 | tom | primary | publishing | Redacted | Redacted | 98 | Redacted | Redacted |
| Mon, 01 Jul 2019 05:42:32 +0000 | julie | primary | swarm | Redacted | Redacted | 20000 | Redacted | Redacted |
| Mon, 01 Jul 2019 05:59:32 +0000 | julie | primary | swarm | Redacted | Redacted | 20000 | Redacted | Redacted |
| Mon, 01 Jul 2019 21:14:57 +0000 | julie | primary | swarm | Redacted | Redacted | 50000 | Redacted | Redacted |
| Wed, 03 Jul 2019 23:17:33 +0000 | julie | primary | swarm | Redacted | Redacted | 10000 | Redacted | Redacted |
| Wed, 03 Jul 2019 23:18:58 +0000 | julie | primary | swarm | Redacted | Redacted | 10000 | Redacted | Redacted |
| Sun, 07 Jul 2019 23:10:37 +0000 | julie | primary | swarm | Redacted | Redacted | 50000 | Redacted | Redacted |
| Tue, 09 Jul 2019 17:54:00 +0000 | julie | primary | swarm | Redacted | Redacted | 10000 | Redacted | Redacted |
| Tue, 09 Jul 2019 17:57:46 +0000 | julie | primary | swarm | Redacted | Redacted | 10000 | Redacted | Redacted |
| Fri, 12 Jul 2019 18:10:06 +0000 | julie | primary | swarm | Redacted | Redacted | 40000 | Redacted | Redacted |
| Fri, 19 Jul 2019 19:09:35 +0000 | julie | primary | swarm | Redacted | Redacted | 10000 | Redacted | Redacted |
| Fri, 19 Jul 2019 19:12:23 +0000 | julie | primary | swarm | Redacted | Redacted | 10000 | Redacted | Redacted |
| Fri, 19 Jul 2019 20:02:47 +0000 | julie | primary | swarm | Redacted | Redacted | 10000 | Redacted | Redacted |
| Fri, 19 Jul 2019 22:26:28 +0000 | julie | primary | swarm | Redacted | Redacted | 10000 | Redacted | Redacted |
| Mon, 22 Jul 2019 06:28:32 +0000 | julie | primary | swarm | Redacted | Redacted | 40000 | Redacted | Redacted |
| Mon, 22 Jul 2019 17:53:50 +0000 | julie | primary | swarm | Redacted | Redacted | 40000 | Redacted | Redacted |
| Mon, 22 Jul 2019 18:57:10 +0000 | julie | primary | swarm | Redacted | Redacted | 40000 | Redacted | Redacted |
| Tue, 23 Jul 2019 00:57:27 +0000 | julie | primary | swarm | Redacted | Redacted | 50000 | Redacted | Redacted |
| Tue, 23 Jul 2019 04:57:27 +0000 | julie | primary | swarm | Redacted | Redacted | 40000 | Redacted | Redacted |
| Tue, 23 Jul 2019 05:14:36 +0000 | julie | primary | swarm | Redacted | Redacted | 40000 | Redacted | Redacted |
| Wed, 24 Jul 2019 15:18:32 +0000 | julie | primary | swarm | Redacted | Redacted | 20000 | Redacted | Redacted |
| Thu, 25 Jul 2019 15:37:55 +0000 | julie | primary | swarm | Redacted | Redacted | 20000 | Redacted | Redacted |
| Fri, 26 Jul 2019 15:20:29 +0000 | julie | primary | swarm | Redacted | Redacted | 20000 | Redacted | Redacted |
| Mon, 29 Jul 2019 21:40:45 +0000 | julie | primary | swarm | Redacted | Redacted | 40000 | Redacted | Redacted |
| Tue, 30 Jul 2019 06:27:53 +0000 | julie | primary | swarm | Redacted | Redacted | 50000 | Redacted | Redacted |
| Fri, 02 Aug 2019 19:44:36 +0000 | julie | primary | swarm | Redacted | Redacted | 20000 | Redacted | Redacted |
| Fri, 02 Aug 2019 19:45:23 +0000 | julie | primary | swarm | Redacted | Redacted | 40000 | Redacted | Redacted |
| Mon, 05 Aug 2019 05:22:36 +0000 | julie | primary | swarm | Redacted | Redacted | 20000 | Redacted | Redacted |
| Mon, 05 Aug 2019 05:27:02 +0000 | julie | primary | swarm | Redacted | Redacted | 40000 | Redacted | Redacted |
| Mon, 05 Aug 2019 05:30:39 +0000 | julie | primary | swarm | Redacted | Redacted | 40000 | Redacted | Redacted |

| Date | User | Type | Category | | | Amount | | |
|---|---|---|---|---|---|---|---|---|
| Mon, 05 Aug 2019 20:00:51 +0000 | julie | primary | swarm | Redacted | Redacted | 40000 | Redacted | Redacted |
| Mon, 12 Aug 2019 04:37:39 +0000 | julie | primary | swarm | Redacted | Redacted | 40000 | Redacted | Redacted |
| Wed, 21 Aug 2019 05:37:05 +0000 | julie | primary | swarm | Redacted | Redacted | 40000 | Redacted | Redacted |
| Wed, 21 Aug 2019 05:39:08 +0000 | julie | primary | swarm | Redacted | Redacted | 40000 | Redacted | Redacted |
| Wed, 21 Aug 2019 05:42:08 +0000 | julie | primary | swarm | Redacted | Redacted | 50000 | Redacted | Redacted |
| Wed, 21 Aug 2019 14:58:32 +0000 | julie | primary | swarm | Redacted | Redacted | 20000 | Redacted | Redacted |
| Mon, 26 Aug 2019 22:44:38 +0000 | julie | primary | swarm | Redacted | Redacted | 50000 | Redacted | Redacted |
| Mon, 26 Aug 2019 22:45:27 +0000 | julie | primary | swarm | Redacted | Redacted | 20000 | Redacted | Redacted |
| Tue, 27 Aug 2019 04:52:23 +0000 | julie | primary | swarm | Redacted | Redacted | 40000 | Redacted | Redacted |
| Wed, 28 Aug 2019 15:00:30 +0000 | julie | primary | swarm | Redacted | Redacted | 20000 | Redacted | Redacted |
| Wed, 28 Aug 2019 15:34:41 +0000 | julie | primary | swarm | Redacted | Redacted | 40000 | Redacted | Redacted |
| Wed, 28 Aug 2019 23:05:50 +0000 | julie | primary | swarm | Redacted | Redacted | 10000 | Redacted | Redacted |
| Wed, 04 Sep 2019 17:16:07 +0000 | julie | primary | swarm | Redacted | Redacted | 40000 | Redacted | Redacted |
| Tue, 10 Sep 2019 16:39:59 +0000 | julie | primary | swarm | Redacted | Redacted | 40000 | Redacted | Redacted |
| Wed, 11 Sep 2019 17:18:11 +0000 | julie | primary | swarm | Redacted | Redacted | 10000 | Redacted | Redacted |
| Wed, 11 Sep 2019 17:51:18 +0000 | julie | primary | swarm | Redacted | Redacted | 20000 | Redacted | Redacted |
| Wed, 11 Sep 2019 20:17:41 +0000 | julie | primary | swarm | Redacted | Redacted | 40000 | Redacted | Redacted |
| Tue, 17 Sep 2019 04:51:49 +0000 | julie | primary | swarm | Redacted | Redacted | 20000 | Redacted | Redacted |
| Tue, 17 Sep 2019 05:38:24 +0000 | julie | primary | swarm | Redacted | Redacted | 50000 | Redacted | Redacted |
| Tue, 17 Sep 2019 05:59:09 +0000 | julie | primary | swarm | Redacted | Redacted | 40000 | Redacted | Redacted |
| Tue, 17 Sep 2019 06:03:46 +0000 | julie | primary | swarm | Redacted | Redacted | 20000 | Redacted | Redacted |
| Wed, 18 Sep 2019 23:04:24 +0000 | julie | primary | swarm | Redacted | Redacted | 10000 | Redacted | Redacted |
| Fri, 20 Sep 2019 17:45:17 +0000 | julie | primary | swarm | Redacted | Redacted | 40000 | Redacted | Redacted |
| Sat, 21 Sep 2019 15:40:55 +0000 | julie | primary | swarm | Redacted | Redacted | 40000 | Redacted | Redacted |
| Mon, 23 Sep 2019 03:03:57 +0000 | julie | primary | swarm | Redacted | Redacted | 20000 | Redacted | Redacted |
| Sun, 29 Sep 2019 05:50:09 +0000 | julie | primary | swarm | Redacted | Redacted | 25000 | Redacted | Redacted |
| Sun, 29 Sep 2019 05:51:10 +0000 | julie | primary | swarm | Redacted | Redacted | 40000 | Redacted | Redacted |
| Sun, 29 Sep 2019 05:52:12 +0000 | julie | primary | swarm | Redacted | Redacted | 40000 | Redacted | Redacted |
| Fri, 19 Jul 2019 22:16:00 +0000 | grin | primary | sweep | Redacted | Redacted | | Redacted | Redacted |
| Fri, 19 Jul 2019 22:24:40 +0000 | grin | ops | sweep | Redacted | Redacted | | Redacted | Redacted |
| Tue, 23 Jul 2019 16:44:55 +0000 | grin | primary | sweep | Redacted | Redacted | | Redacted | Redacted |
| Tue, 23 Jul 2019 16:49:38 +0000 | grin | primary | sweep | Redacted | Redacted | | Redacted | Redacted |
| Fri, 19 Jul 2019 22:22:09 +0000 | grin | primary | testing | Redacted | Redacted | 1 | Redacted | Redacted |
| Tue, 23 Jul 2019 16:37:31 +0000 | grin | primary | testing | Redacted | Redacted | 1 | Redacted | Redacted |
| Tue, 23 Jul 2019 16:41:16 +0000 | grin | primary | testing | Redacted | Redacted | 2 | Redacted | Redacted |
| Fri, 09 Aug 2019 13:18:35 +0000 | grin | primary | testing | Redacted | Redacted | 1 | Redacted | Redacted |
| Thu, 26 Sep 2019 20:57:10 +0000 | jeremy | primary | testing | Redacted | Redacted | 100 | Redacted | Redacted |
| | | | Bounty | 385,100 | | | | |

| | | | | |
|---|---|---|---|---|
| | | Invite / API | 4,662,600 | |
| | | Modpay | 423,000 | |
| | | Publishing | 52,198 | |
| | | Aquisition | 378,286 | |
| | | Testing | 105 | |
| | | LBRY.fund | 332,900 | |
| | | Swarm | 1,725,000 | |
| | | | | |
| | | | 7,959,189 | |

| Date | Purpose | From | To | Amount | TX |
|---|---|---|---|---|---|
| Wed, 03 Jul 2019 19:57:18 +0000 | Employee Buy | Redacted | Redacted | 1750 | Redacted |
| Wed, 03 Jul 2019 19:57:50 +0000 | Employee Buy | Redacted | Redacted | 1750 | Redacted |
| Wed, 03 Jul 2019 19:58:06 +0000 | Employee Buy | Redacted | Redacted | 3500 | Redacted |
| Wed, 03 Jul 2019 19:58:24 +0000 | Employee Buy | Redacted | Redacted | 1750 | Redacted |
| Wed, 03 Jul 2019 19:58:40 +0000 | Employee Buy | Redacted | Redacted | 3500 | Redacted |
| Wed, 03 Jul 2019 19:58:53 +0000 | Employee Buy | Redacted | Redacted | 3500 | Redacted |
| Wed, 03 Jul 2019 19:59:05 +0000 | Employee Buy | Redacted | Redacted | 3500 | Redacted |
| Wed, 03 Jul 2019 19:59:17 +0000 | Employee Buy | Redacted | Redacted | 1750 | Redacted |
| Wed, 03 Jul 2019 19:59:28 +0000 | Employee Buy | Redacted | Redacted | 1750 | Redacted |
| Wed, 03 Jul 2019 19:59:40 +0000 | Employee Buy | Redacted | Redacted | 1750 | Redacted |
| Wed, 03 Jul 2019 19:59:52 +0000 | Employee Buy | Redacted | Redacted | 1750 | Redacted |
| Thu, 18 Jul 2019 13:58:32 +0000 | Employee Buy | Redacted | Redacted | 2500 | Redacted |
| Thu, 18 Jul 2019 13:58:50 +0000 | Employee Buy | Redacted | Redacted | 2500 | Redacted |
| Thu, 18 Jul 2019 13:59:09 +0000 | Employee Buy | Redacted | Redacted | 2500 | Redacted |
| Thu, 18 Jul 2019 13:59:24 +0000 | Employee Buy | Redacted | Redacted | 2500 | Redacted |
| Thu, 18 Jul 2019 13:59:56 +0000 | Employee Buy | Redacted | Redacted | 2500 | Redacted |
| Thu, 18 Jul 2019 14:00:13 +0000 | Employee Buy | Redacted | Redacted | 2500 | Redacted |
| Thu, 18 Jul 2019 14:00:28 +0000 | Employee Buy | Redacted | Redacted | 2500 | Redacted |
| Thu, 18 Jul 2019 14:00:49 +0000 | Employee Buy | Redacted | Redacted | 2500 | Redacted |
| Thu, 18 Jul 2019 14:01:05 +0000 | Employee Buy | Redacted | Redacted | 2500 | Redacted |
| Thu, 18 Jul 2019 14:01:23 +0000 | Employee Buy | Redacted | Redacted | 2500 | Redacted |
| Fri, 09 Aug 2019 13:44:53 +0000 | Employee Buy | Redacted | Redacted | 3250 | Redacted |
| Fri, 09 Aug 2019 13:45:07 +0000 | Employee Buy | Redacted | Redacted | 3250 | Redacted |
| Fri, 09 Aug 2019 13:45:21 +0000 | Employee Buy | Redacted | Redacted | 3250 | Redacted |
| Fri, 09 Aug 2019 13:45:34 +0000 | Employee Buy | Redacted | Redacted | 3250 | Redacted |
| Fri, 09 Aug 2019 13:45:47 +0000 | Employee Buy | Redacted | Redacted | 3250 | Redacted |
| Fri, 09 Aug 2019 13:45:59 +0000 | Employee Buy | Redacted | Redacted | 3250 | Redacted |
| Fri, 09 Aug 2019 13:46:10 +0000 | Employee Buy | Redacted | Redacted | 3250 | Redacted |
| Fri, 09 Aug 2019 13:46:22 +0000 | Employee Buy | Redacted | Redacted | 3250 | Redacted |
| Fri, 09 Aug 2019 13:46:33 +0000 | Employee Buy | Redacted | Redacted | 3250 | Redacted |
| Fri, 09 Aug 2019 13:46:44 +0000 | Employee Buy | Redacted | Redacted | 3250 | Redacted |

| Date | Purpose | From | To | Amount | TX |
|---|---|---|---|---|---|
| Fri, 23 Aug 2019 13:21:33 +0000 | Employee Buy | Redacted | Redacted | 3800 | Redacted |
| Fri, 23 Aug 2019 13:21:47 +0000 | Employee Buy | Redacted | Redacted | 3800 | Redacted |
| Fri, 23 Aug 2019 13:22:00 +0000 | Employee Buy | Redacted | Redacted | 3800 | Redacted |
| Fri, 23 Aug 2019 13:22:12 +0000 | Employee Buy | Redacted | Redacted | 3800 | Redacted |
| Fri, 23 Aug 2019 13:22:27 +0000 | Employee Buy | Redacted | Redacted | 3800 | Redacted |
| Fri, 23 Aug 2019 13:22:39 +0000 | Employee Buy | Redacted | Redacted | 3800 | Redacted |
| Fri, 23 Aug 2019 13:22:50 +0000 | Employee Buy | Redacted | Redacted | 3800 | Redacted |
| Fri, 23 Aug 2019 13:23:06 +0000 | Employee Buy | Redacted | Redacted | 3800 | Redacted |
| Fri, 23 Aug 2019 13:23:17 +0000 | Employee Buy | Redacted | Redacted | 3800 | Redacted |
| Fri, 23 Aug 2019 13:23:28 +0000 | Employee Buy | Redacted | Redacted | 3800 | Redacted |
| Mon, 23 Sep 2019 16:27:12 +0000 | Employee Buy | Redacted | Redacted | 8264 | Redacted |
| Mon, 23 Sep 2019 16:27:37 +0000 | Employee Buy | Redacted | Redacted | 8264 | Redacted |
| Mon, 23 Sep 2019 16:27:51 +0000 | Employee Buy | Redacted | Redacted | 8264 | Redacted |
| Mon, 23 Sep 2019 16:28:01 +0000 | Employee Buy | Redacted | Redacted | 8264 | Redacted |
| Mon, 23 Sep 2019 16:28:35 +0000 | Employee Buy | Redacted | Redacted | 8264 | Redacted |
| Mon, 23 Sep 2019 16:28:47 +0000 | Employee Buy | Redacted | Redacted | 8264 | Redacted |
| Mon, 23 Sep 2019 16:28:59 +0000 | Employee Buy | Redacted | Redacted | 8264 | Redacted |
| Mon, 23 Sep 2019 16:29:11 +0000 | Employee Buy | Redacted | Redacted | 8264 | Redacted |
| Mon, 23 Sep 2019 16:29:21 +0000 | Employee Buy | Redacted | Redacted | 8264 | Redacted |
| Mon, 23 Sep 2019 16:29:32 +0000 | Employee Buy | Redacted | Redacted | 8264 | Redacted |
| | | | Employee Buy Total | 204390 | |
| Fri, 27 Sep 2019 20:54:43 +0000 | Employee Severance | bNqbPsw8Z8UPWD3KaXEp | bGbCBbksQUFzyAa4kAGikts | 100035 | 4ddc042caa7b6bb23b01c9961 |
| | | | Grand Total | 304425 | |

| Date | Purpose | From | To | Tx | Amount | Txn By |
|---|---|---|---|---|---|---|