EXHIBIT
94
21-cv-00260-PB

Get
Learn
News
Twitter
Facebook
Reddit
Discord
GitHub

« Back to FAQ

# What are LBRY Rewards?

To provide a rich user experience and to distribute LBRY Credits (LBC) into the hands of new and returning users, LBRY created a Rewards system where credits are earned by completing tasks throughout the application. Rewards are given to promote application testing, learning certain in-app skills, building the LBRY economy through purchasing and publishing content, and as a small "thank you" gift for being part of a revolutionary digital media platform. For qualified users, Rewards are issued automatically by the LBRY app into each users' LBRY wallet.

**Verification requirements**

In order to be eligible for LBRY Rewards, users must have a verified account. If users choose not to verify themselves, LBRY works with full functionality but they will not be able to earn any free credits from LBRY. **Rewards will only be granted on a 1 account per household basis and LBRY reserves the right to revoke Rewards privileges on any account if abuse is suspected or if VPN/shared connections are used.**

**List of the current LBRY Rewards**

| Reward | Amount | Description |
|---|---|---|
| **Your First Nickel** | 3 LBC | A one-time welcome gift to learn basics of the application, wallet and if you want to buy some paid content |
| **Go for a Stream** | 2 LBC | Awarded for streaming your very first video on LBRY |
| **Channel Surfing** | 3 LBC | A one-time award for creating a Channel on LBRY via the Publish screen |
| **Many Views** | 5 LBC | A one-time award for watching several videos on LBRY |
| **First Publish** | 5 LBC | A one-time award for publishing your first piece of content to LBRY |
| **Weekly LBRYCast** | 2 LBC | A weekly award for checking out featured content on LBRY. This content is marked with the red rocket logo and announced via email |
| **Referral** | 3 LBC | LBRY users can refer their friends via an email invitation and get rewarded when those users are verified. This reward is limited to one redemption at this time. For more information on referrals, click here |

Rewards are added to the LBC wallet balance as they are completed. All the rewards can be listed by clicking on the tab marked "REWARDS" inside the LBC wallet and they are also marked in the transaction history. Rewards redemption is tied to your account but the credits themselves are stored in your wallet which is required to be backed up periodically.

If you are new to Publishing, check out our guide.

If you have any questions or problems with receiving the Rewards, feel free to reach out to us.

See a mistake? Edit this page on GitHub.

Home
Get

Learn
News
Twitter
Facebook
Reddit
Discord
GitHub

SEC-LBRYLIT-E-0081191