LBRY Download Use on Web (lbry.tv) Community ᵥ lbry.org Meet, chat, and party in the heart of the LBRY community. YouTube Partner Program Sync your content instantly and start earning Frequently Asked Questions Got questions? We probably have answers! Blockchain Explorer Look up transactions and claims on the LBRY blockchain
Social
Company ᵥ @lbry on LBRY Everything about LBRY, from LBRY, on LBRY Company News The latest from the LBRY team The Team Meet the people building LBRY and why they're doing it Roadmap The next steps in our journey Contact Have a question or want to connect with the LBRY, Inc. team? Credit Reports Quarterly reports on LBRY's blockchain assets Developers ᵥ LBRY.tech Find a technical overview, specification, APIs, and more Follow @lbrytech on LBRY From the devs, for the devs. The Spec Read a formal technical description of how LBRY works GitHub All LBRY code is public and open-source Contributor's Guide Become a contributor to the LBRY project Search lbry.tv Menu Open LBRY

# Monetization of Content

« Back to FAQ

Creators that produce quality content that other users enjoy are monetized in a number of ways not limited to:

- Earnings per view from us (Rewards based on validated views from users that are signed in and hold validated accounts).
- Tips from users.
- Site/app promotions.

If you upload quality original content, you may be eligible to receive view rewards from us.



EXHIBIT 95
21-cv-00260-PB

## How do earnings per view work?

We track views from Odysee and other LBRY apps. When a user with a validated account views a creator's content, the creator receives a payment of Credits (LBRY Credits) for that view and is designated as a **Tip** on the wallet page. To prevent abuse, the first 7 daily validated views from a user will qualify.

## How do I check how much I earn per view?

Click the User Avatar icon from the front page and then Channels to see your rate.

**Please note**: your rate is subject to change and is based on a number of variables including: average watch-time, average view count, type of content, engagement, creator location, price of credits, overall network usage etc. As a result, the rate moves up and down a bit on a regulary basis.

## How do I see a summary of what I have earned or been tipped?

Click the Credit icon in the top right corner of the front page - this will take you to your wallet. Filter transactions by **Received** and **Tip**.

Earning per view rewards will also be summarized monthly on the Rewards page under `Content View Tips: Month Year`.

## How do I claim tips that I have earned per view and from users?

By leaving your tips locked in your content or channel, it increases its trust and discovery on the platform.

To unlock, access your your wallet, and filter transactions by **Received** and **Tip** and **Active**. You'll seed a padlock icon next to tips you've received. Click the padlock icon to unlock the tip you want to claim and have it enter your balance.

SEC-LBRYLIT-E-0001696

## How to qualify for monetization?

All users are eligible to receive tips from other users and participate in any site/app promotional campaigns whereby Credits are offered as reward.

Eligibility for earning per view is dependent on the following:

- The content must be your own original content and not derivative of others' original works.
- The content and channel must be accurately tagged.
- The account must be at least a week old.

The following type of content is not eligible for earning per view:

- Copyrighted works.
- Illegal content.
- Controversial content (real violence, torture, abuse, incitation of hatred) - content that contains one or more of these elements but is not news/educational content.
- Spam.
- Reuploads or derivative of works on top of other public/copyright-free/creative commons content.
- Related to airdrops/free money.

The following can disqualify a user from monetization:

- Spamming promotional messages.
- Participation in follow-for-follow/view-for-view activity on Odysee and other LBRY apps, as well as on public forums and within private chats.
- Any other abuse or manipulation of the rewards program.

## I'm eligible for earning per view but I'm not earning anything, what do I do?

If you've carefully read the 'Eligibility for earning per view' criteria and believe your channel has not been monetized when it should be, please email us with a link and description of your channel. YouTube Sync program users with over 500 subscribers should be automatically opted in if their content qualifies.

## I'm in need of some assistance, can you help?

Of course, we are always here to help! Check out our help page on how to reach us.

See a mistake? Edit this page on GitHub.

- Company
- About
- Blog
- Roadmap
- Shop
- Team

- Use LBRY
- lbry.tv
- Android
- Linux
- iOS
- macOS
- Windows

SEC-LBRYLIT-E-0001697

- Social
- Chat on Discord
- Twitter
- Reddit
- Facebook
- Telegram

- Support
- hello@lbry.com
- Contact
- Privacy
- TOS
- FAQ

---

- Free Speech Flag
- Back to top

SEC-LBRYLIT-E-0001698