LBRY Download Use on Web (lbry.tv) Community ˅ lbry.org Meet, chat, and party in the heart of the LBRY community. YouTube Partner Program Sync your content instantly and start earning Frequently Asked Questions Got questions? We probably have answers! Blockchain Explorer Look up transactions and claims on the LBRY blockchain
Social
Company ˅ @lbry on LBRY Everything about LBRY, from LBRY, on LBRY Company News The latest from the LBRY team The Team Meet the people building LBRY and why they're doing it Roadmap The next steps in our journey Contact Have a question or want to connect with the LBRY, Inc. team? Credit Reports Quarterly reports on LBRY's blockchain assets Developers ˅ LBRY.tech Find a technical overview, specification, APIs, and more Follow @lbrytech on LBRY From the devs, for the devs. The Spec Read a formal technical description of how LBRY works GitHub All LBRY code is public and open-source Contributor's Guide Become a contributor to the LBRY project Search lbry.tv Menu Open LBRY

# New Creator Rewards (Views, Follows) and YouTube Program Improvements

## Samuel Bryan • Dec 19 2019

Today we're excited to announce two new rewards for LBRY creators: one for followers, and one for views. Also, YouTube Partner program users can now claim monthly rewards if they qualify.

## Follower rewards

Starting with your very first follower and at ascending tiers, you receive LBC rewards.

These rewards are immediately claimable from your Rewards area. You'll also receive an email notification when you hit various tiers.

To see the exact reward tiers, check out the updated Rewards FAQ.

## View rewards

Creators will earn additional rewards based on the views to their content.

Every signed in user with a verified lbry.tv account will automatically tip the first 10 pieces of content they access each day.

As a creator, these show up in your Transactions area. Note that because these come in as tips, these will *not* show in your available balance unless unlocked. You can read more about this in the Tipping and Supports FAQ. We anticipate more improvements to this process in the near future.

## YouTube Program improvements

Our YouTube Partner program, which allows YouTube creators to seamlessly publish to LBRY and earn rewards, is getting two great changes:

1. Rewards will now be granted monthly instead of yearly. Starting literally right *now*, all creators are eligible to claim these immediately, even if you just received your yearly reward. You will receive a notification when these are available, and you will never lose anything by waiting to claim (for example, if you miss a month, two months will be available on next login).

2. Videos will start syncing faster. Rather than up to 24 hours or longer, we are targeting sub-hour times, with some bias towards more popular channels. This change is still a few days to a few weeks from being rolled out completely.

EXHIBIT 96
21-cv-00260-PB

SEC-LBRYLIT-E-0002039

← It turns out the intellectual dark web isn't as cool as the other dark web, but is still pretty okay Stand up to YouTube Crypto Crackdown and Support These Blockchain Creators →

Samuel Bryan

Much of our writing is a collaboration between LBRY team members, so we use SamueL BRYan to share credit. Sam has become a friend... an imaginary friend... even though we're adults...

- Company
- About
- Blog
- Roadmap
- Shop
- Team

- Use LBRY
- lbry.tv
- Android
- Linux
- iOS
- macOS
- Windows

- Social
- Chat on Discord
- Twitter
- Reddit
- Facebook
- Telegram

- Support
- hello@lbry.com
- Contact
- Privacy
- TOS
- FAQ


- Free Speech Flag
- Back to top

SEC-LBRYLIT-E-0002040