Log In  Si...

# LBRY + Altonomy: Market-Making Partnership

June 29th, 2020  •  8,517 views



EXHIBIT

97

21-cv-00260-PB

ⓘ  ◈ 2.74k

LBRY
@lbry

♥ Follow

LBRY has always focused on operating like a traditional open-source software company: build great software and find people who can benefit from it. As a blockchain company, having tokens be acquirable on markets was a necessary step for the ecosystem, but not something LBRY paid great attention to, nor pushed hard to develop.

However, as the LBRY network has grown to be relied on by millions of people, it has become more important to have a market that is as healthy as possible. A healthy market allows users to buy and sell LBRY credits in varying amounts without severely affecting price. As larger publishers and users utilize the network, they have a need to both acquire and liquidate credits. Publishers use LBC to publish and promote content, but also sometimes need to sell credits to fund their business. Depending on the day, our current market can see a lot or a little activity, and price can change drastically. This is not user friendly, and compounds the existing user-experience issues with exchanges.

Market Makers are financial firms that provide liquidity in specific markets. By placing both buy and sell orders at all times, they maintain availability to market at current prices. While this sounds simple, there is a lot of complex math and finance to doing it correctly. As a software company, LBRY decided working with an expert in the space was prudent.

Enter Altonomy: "Altonomy aspires to bridge the gap between the traditional finance and cryptocurrency markets, combining institution-grade infrastructure with deep expertise across traditional markets, crypto trading, asset management and market making solutions." By providing control of 40m LBC from our Institutional fund, we are enabling Altonomy's market making technology and experience to provide much needed liquidity to the market.

The intent of Altonomy activity is to follow the market and provide depth. The value of the 40m LBC will remain approximately the same over the course of their activity. Any profits accrued to LBRY, Inc. while performing this service will be used to rebuy LBC on the markets, as our intent is to provide a service, not profit off of market making. Additionally, Altonomy will be advising LBRY on potential partnerships and exchange listing opportunities.

We expect that this partnership will result in a stronger LBRY network and a friendlier LBRY experience for everyone.

◊ 1

�খ 0

 Support     ⇄ 85 Reposts     ⟨ Share     •••

## 75 comments

 Best    Controversial    New

↻

lbry.tv has been retired. You have been magically transported to Odysee.com. Learn more

Say something about this.
Sign In                                                    ✕

odysee   Q Search                                                    Log In   Si...

**@okobidiana** 1 year ago
Great information

Log in to reply   0   0

**@MY-LIVE** 1 year ago
hi there
i can buy each 15 lbc for 0.40$ , if you interest for that you can enjoy my job here
https://picoworkers.com/jobs/proof-submit.php?Id=74h5y2u2e4a49464g584b444
(https://picoworkers.com/jobs/proof-submit.php?Id=74h5y2u2e4a49464g584b444)
and earn now

Log in to reply   0   1

**@desesperado** 1 year ago
nice

Log in to reply   0   0

**@oksoksshev22** 1 year ago
Thank you for the information. You support our confidence.

Log in to reply   0   0

**@GadoNuncaMais** 1 year ago
Like

Log in to reply   0   0

**@cryptotelugu** 1 year ago
??

Log in to reply   0   0

**@xavi04** 1 year ago
Bueno

Log in to reply   0   0

**@jclbc** 1 year ago
Muito bom

Log in to reply   0   0

**@legiaogames** 1 year ago
Bom

Log in to reply   0   0

**@AdilsonGuerra** 1 year ago
Muy Bueno

Sign On Log in to reply   0   0

lbry.tv has been retired. You have been magically transported to Odysee.com. Learn more

Muito bom

Log in to reply  ⟂ 0  ⌘ 0

**@Mariette** 1 year ago
Excelente. Me pueden seguir? A la recíproca. Saludos

Log in to reply  ⟂ 0  ⌘ 0

⋮

**@Love** 1 year ago
Nice

Log in to reply  ⟂ 0  ⌘ 0

⋮

**@mdemarcio-27** 1 year ago
muito bom

Log in to reply  ⟂ 0  ⌘ 0

⋮

**@yonilkar** 1 year ago
this is nice

Log in to reply  ⟂ 0  ⌘ 0

⋮

**@tercer-ojo** 1 year ago
excelente

Log in to reply  ⟂ 0  ⌘ 0

⋮

**@smokyago12** 1 year ago
hola soy nuevo lbry podrian seguirme y yo tambien los sigo porfavor! :)

Log in to reply  ⟂ 0  ⌘ 0

⋮

**@Creative** 1 year ago
Hi

Log in to reply  ⟂ 0  ⌘ 0

⋮

**@luizgustavo70v** 1 year ago
??

Log in to reply  ⟂ 0  ⌘ 0

⋮

**@josuelplacido640** 1 year ago
?

Log in to reply  ⟂ 0  ⌘ 0

⋮

**lbry.tv has been retired. You have been magically transported to Odysee.com.** Learn more

Community Guidelines

**Sign In**

FAQ

✕

Support

odysee

Terms

Privacy Policy

Q Search

Log In   Si...

lbry.tv has been retired. You have been magically transported to Odysee.com. Learn more

Sign In   ✕