| id | time | UTC/GMT Time (SEC Convert) | UTC/GMT Date (SEC Convert) | num_ channels | num_streams | lbc_ deposits | num_ supports | lbc_supports | ytsync_ new_ pending | ytsync_ pending_ update | ytsync_ pending_ upgrade | ytsync_ failed | circulating _ supply | num_ reposts | lbc_ spread | purchases | collections | transactions | lbrycrd_ nodes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 296629 | 1577750211 | 12/30/2019 11:56:51 PM | 12/30/2019 | 59,485 | 1,785,226 | 361,893 | 281,763 | 9,643,864 | 88 | 26 | - | 65 | | | | | | 6,798,337 | |
| 296630 | 1577750511 | 12/31/2019 12:01:51 AM | 12/31/2019 | 59,485 | 1,785,254 | 361,909 | 281,800 | 9,644,435 | 87 | 23 | - | 65 | | | | | | 6,798,390 | |
| 296903 | 1577831954 | 12/31/2019 10:39:14 PM | 12/31/2019 | 60,299 | 1,800,796 | 371,635 | 285,306 | 9,873,414 | 28 | 15 | - | 26 | | | | | | 6,835,510 | |
| 296904 | 1577836922 | 1/1/2020 12:02:02 AM | 1/1/2020 | 60,319 | 1,801,632 | 371,720 | 285,293 | 10,097,267 | 24 | 8 | - | 14 | | | | | | 6,837,074 | |
| | | | | | | 9,811 | | 452,831 | | | | | | | | | | | |



EXHIBIT
99
21-cv-00260-PB