| id | time | UTC/GMT Time (SEC Convert) | UTC/GMT Date (SEC Convert) | num_ channels | num_streams | lbc_deposits | num_supports | lbc_supports | ytsync_ new_ pending | ytsync_ pending_ update | ytsync_ pending_ upgrade | ytsync_ failed | circulating_ supply | num_ reposts | lbc_ spread | purchases | collections | transactions | lbrycrd_ nodes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 394607 | 1.61E+09 | 12/31/2020 11:51:44 PM | 12/31/2020 | 564,210 | 6,996,672 | 2,629,760 | 6,002,288 | 36,985,708 | 112 | 474 | 302 | 141 | | 470,216 | | | | 28,812,047 | |
| 394608 | 1.61E+09 | 12/31/2020 11:56:44 PM | 12/31/2020 | 564,212 | 6,996,755 | 2,629,761 | 6,002,289 | 36,985,958 | 112 | 508 | 334 | 141 | | 470,219 | | | | 28,812,085 | |
| 394609 | 1.61E+09 | 1/1/2021 12:01:44 AM | 1/1/2021 | 564,212 | 6,996,755 | 2,629,761 | 6,002,263 | 36,985,948 | 107 | 493 | 312 | 141 | | 470,230 | | | | 28,812,626 | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | 2,629,761 | | | | | | | | | | | | | |
| | | | | | | | | 36,985,958 | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | 39,615,719 | | | | | | | | | | | | | |



EXHIBIT
100
21-cv-00260-PB