

**SUMMARY OF DOCUMENT BATES NUMBERED MOONPAY000001 (pursuant to Fed. R. Evid. 1006)**

The data table below represents a summary (pursuant to Fed. R. Evid. 1006) of the document Bates numbered MoonPay000001 (2 pages of which have been excerpted and are attached here).

MoonPay000001 is an Excel spreadsheet of thousands of rows of daily transactions MoonPay executed for LBRY. The data below is a true and accurate total of the daily transactions of LBC in that document, compiled using the summation function of Excel.

LBRY sold more than 9.8 million LBC with MoonPay's assistance from May 2020 through November 2021. The totals are as follows:

| DATE | AMOUNT LBC SOLD |
|---|---|
| 2020 | 3,602,787.32 |
| 2021 | 6,278,434.83 |
| TOTAL | 9,881,222.15 |

| Transaction Transaction Created Date | Filtered Transaction - Crypto Amount LE | Filtered Transaction - Fiat amount US |
|---|---:|---:|
| 2021-01-01 | 208.863 | $24.27 |
| 2021-01-01 | 191.47 | $24.27 |
| 2021-01-01 | 200.036 | $24.26 |
| 2021-01-01 | 1977.488 | $273.42 |
| 2021-01-01 | 261.079 | $30.33 |
| 2021-01-01 | 1030.165 | $136.72 |
| 2021-01-01 | 197.871 | $22.84 |
| 2021-01-01 | 14969.883 | $1,700.00 |
| 2021-01-01 | 1176.284 | $121.32 |
| 2021-01-01 | 1718.049 | $243.43 |
| 2021-01-01 | 208.863 | $24.27 |
| 2021-01-01 | 1000.18 | $121.34 |
| 2021-01-01 | 6036.544 | $683.80 |
| 2021-01-01 | 458.197 | $53.37 |
| 2021-01-01 | 1890.751 | $243.08 |
| 2021-01-01 | 144.286 | $20.00 |
| 2021-01-01 | 206.49 | $24.62 |
| 2021-01-01 | 2023.07 | $235.67 |
| 2021-01-01 | 1397.996 | $122.15 |
| 2021-01-01 | 207.667 | $24.35 |
| 2021-01-01 | 5354.802 | $606.58 |
| 2021-01-01 | 1718.049 | $243.43 |
| 2021-01-02 | 371.134 | $37.83 |
| 2021-01-02 | 250.172 | $24.27 |
| 2021-01-02 | 251.909 | $24.27 |
| 2021-01-02 | 1019.429 | $106.89 |
| 2021-01-02 | 228.939 | $24.27 |
| 2021-01-02 | 177.523 | $23.17 |
| 2021-01-02 | 3651.261 | $364.05 |
| 2021-01-02 | 391.439 | $50.30 |
| 2021-01-02 | 357.583 | $34.18 |
| 2021-01-02 | 1012.323 | $105.85 |
| 2021-01-02 | 2567.404 | $242.70 |
| 2021-01-02 | 235.561 | $24.27 |
| 2021-01-02 | 2448.365 | $242.70 |
| 2021-01-02 | 2395.186 | $242.70 |
| 2021-01-02 | 2554.274 | $243.11 |
| 2021-01-02 | 239.519 | $24.27 |
| 2021-01-02 | 596.442 | $60.78 |
| 2021-01-02 | 246.438 | $24.23 |
| 2021-01-02 | 232.823 | $24.27 |
| 2021-01-03 | 11709.005 | $1,213.50 |
| 2021-01-03 | 553.544 | $61.20 |
| 2021-01-03 | 2835.5 | $304.40 |
| 2021-01-03 | 591.653 | $60.68 |
| 2021-01-03 | 200.479 | $23.57 |
| 2021-01-03 | 229.342 | $24.27 |

| Date | Amount | Value |
|---|---:|---:|
| 2021-01-03 | 1859.032 | $200.00 |
| 2021-01-03 | 1526.105 | $157.76 |
| 2021-01-03 | 979.904 | $112.35 |
| 2021-01-03 | 1595.571 | $178.15 |
| 2021-01-03 | 414.727 | $57.01 |
| 2021-01-03 | 1065.475 | $114.02 |
| 2021-01-03 | 215.907 | $24.47 |
| 2021-01-03 | 365.78 | $41.26 |
| 2021-01-03 | 2886.519 | $303.38 |
| 2021-01-03 | 189.545 | $20.00 |
| 2021-01-03 | 176.259 | $24.23 |
| 2021-01-03 | 3145.7 | $373.51 |
| 2021-01-03 | 1077.645 | $121.35 |
| 2021-01-03 | 3180.033 | $356.30 |
| 2021-01-03 | 2282.527 | $242.70 |
| 2021-01-03 | 1942.413 | $242.70 |
| 2021-01-04 | 691.781 | $61.31 |
| 2021-01-04 | 1464.809 | $122.97 |
| 2021-01-04 | 1308.106 | $122.85 |
| 2021-01-04 | 246.921 | $22.70 |
| 2021-01-04 | 601.772 | $65.92 |
| 2021-01-04 | 1162.584 | $122.44 |
| 2021-01-04 | 648.496 | $61.22 |
| 2021-01-04 | 252.104 | $22.71 |
| 2021-01-04 | 2760.45 | $245.34 |
| 2021-01-04 | 264.799 | $24.21 |
| 2021-01-04 | 7023.796 | $614.96 |
| 2021-01-04 | 701.644 | $61.46 |
| 2021-01-04 | 243.491 | $24.54 |
| 2021-01-05 | 231.353 | $22.77 |
| 2021-01-05 | 1845.454 | $184.16 |
| 2021-01-05 | 237.952 | $23.22 |
| 2021-01-05 | 244.592 | $24.30 |
| 2021-01-05 | 231.03 | $22.76 |
| 2021-01-05 | 646.931 | $61.38 |
| 2021-01-05 | 300.001 | $31.28 |
| 2021-01-05 | 406.105 | $40.00 |
| 2021-01-05 | 257.105 | $24.55 |
| 2021-01-05 | 231.324 | $22.75 |
| 2021-01-05 | 238.76 | $24.59 |
| 2021-01-05 | 251.525 | $24.30 |
| 2021-01-05 | 1308.542 | $122.83 |
| 2021-01-05 | 642.612 | $61.35 |
| 2021-01-05 | 2496.057 | $245.26 |
| 2021-01-06 | 5216.605 | $493.40 |
| 2021-01-06 | 2571.715 | $241.67 |
| 2021-01-06 | 1349.37 | $142.96 |
| 2021-01-06 | 633.895 | $61.50 |