| USERNAME | UUID | ISRESTRICTED | ISCORPORATE | COMPANYNAME |
|---|---|---|---|---|
| deleted1:jeremy@lbry.io | ███ | FALSE | TRUE | LBRY INC |
| deleted1:grin@lbry.com | ███ | FALSE | TRUE | LBRY INC |
| ███ | ███ | FALSE | TRUE | Forbin Trading LLC |
| ███ | ███ | FALSE | FALSE | |
| ███ | ███ | FALSE | TRUE | Plutus Financial Inc |
| ███ | ███ | FALSE | FALSE | |
| ███ | ███ | FALSE | FALSE | |
| ███ | ███ | FALSE | FALSE | |
| ███ | ███ | FALSE | FALSE | |
| ███ | ███ | FALSE | FALSE | |
| ███ | ███ | FALSE | FALSE | |
| ███ | ███ | FALSE | FALSE | |
| joshua@finertechnologies.com | ███ | | FALSE | |
| ███ | ███ | FALSE | FALSE | |
| ███ | ███ | FALSE | FALSE | |
| ███ | ███ | FALSE | FALSE | |
| ███ | ███ | FALSE | FALSE | |
| ███ | ███ | FALSE | TRUE | Davo LLC |
| ███ | ███ | FALSE | FALSE | |
| ███ | ███ | FALSE | FALSE | |
| ███ | ███ | FALSE | FALSE | |
| ███ | ███ | FALSE | TRUE | Luxor Technology Corpora |
| ███ | ███ | | FALSE | |
| ███ | ███ | FALSE | FALSE | |
| ███ | ███ | FALSE | FALSE | |
| ███ | ███ | FALSE | FALSE | |
| ███ | ███ | FALSE | FALSE | |
| ███ | ███ | FALSE | FALSE | |
| ███ | ███ | | FALSE | |
| ███ | ███ | FALSE | FALSE | |
| ███ | ███ | FALSE | TRUE | Bella Digital LLC |

EXHIBIT 107
21-cv-00260-PB

Excerpt from
Bittrex-SECLBRY-0000002

| FIRSTNAME | LASTNAME | CREATEDDATE | IS_OFFRAMPED | ISDELETED | RESIDENCE_ADDRESS1 |
|---|---|---|---|---|---|
| JEREMY | KAUFFMAN | 9/1/2017 | | FALSE | |
| ALEX | GRINTSVAYG | 6/26/2020 | | FALSE | |
| GREGORY ANGELO | LONGO | 1/1/2000 | | FALSE | |
| ERIC JON | DOKKEN | 3/29/2018 | | FALSE | |
| WILLIAM JOHN | BARHYDT | 1/1/2000 | | FALSE | |
| RAJPAL SINGH | JOHAL | 7/12/2018 | | FALSE | |
| IRA | GORMAN | 1/1/2017 | | FALSE | |
| EDWARD MICHAEL | KING | 10/30/2017 | | FALSE | |
| John | Zink | 8/1/2017 | | FALSE | |
| BRIEON TA NAE | JONES | 8/11/2020 | | FALSE | |
| BRANDON CLAY | THIESEN | 1/1/2017 | | FALSE | |
| RAJIN SINGH | JOHAL | 6/9/2018 | | FALSE | |
| LE MOEY III | WIEBUSH | 1/1/2017 | | FALSE | |
| DAVID MICHAEL | BROWN | 11/3/2017 | | FALSE | |
| JOHN LAWRENCE | FISHER | 1/1/2017 | | FALSE | |
| BROCK THOMAS | JUDGE | 4/12/2018 | | FALSE | |
| SARKIS | DERMENJYAN | 1/1/2000 | | FALSE | |
| JOHN TAYLOR | MOYER | 6/13/2017 | | FALSE | |
| ANJA | VERHEES | 10/26/2019 | | FALSE | |
| LOTANNA | IGWE ODUNZE | 5/25/2017 | | FALSE | |
| VAMSI KRISHNA | NIDAMARTY | 11/23/2017 | | FALSE | |
| NICHOLAS RAY | HANSEN | 1/1/2000 | | FALSE | |
| JEFFREY DAVID | FRANCO | 5/7/2017 | | TRUE | |
| JAYME ALCEDO | MARQUEZ | 10/23/2019 | | FALSE | |
| KELLY FORREST | HIGGINS JR | 5/23/2017 | | FALSE | |
| RYAN ZACHARY | HENNING | 12/7/2020 | | FALSE | |
| JASON P | STRATMAN | 6/6/2017 | | FALSE | |
| NATHANIEL MARK | CRABTREE | 5/2/2018 | | FALSE | |
| ANDREW GUDRUN | MARTIN | 12/7/2017 | | FALSE | |
| DAVED ALTON | TADLOCK | 3/11/2018 | | FALSE | |
| LOUISE DUPERRON | MAINELLA | 9/21/2019 | | FALSE | |
| | | 1/1/2000 | | FALSE | |

| RESIDENCE_ADDRESS2 | ZIPCODEOFRESIDENCE | STATEOFRESIDENCE | COUNTRYOFRESIDENCE | TOTAL_QTY_FILLED |
|---|---|---|---|---|
| null | ▮ | US-NH | USA | 3,808,586,657.00 |
| null | ▮ | MA | USA | 3,637,751,724.00 |
| null | ▮ | US-MA | USA | 226,204,726.50 |
| null | ▮ | MN | USA | 207,058,589.00 |
| null | ▮ | US-DE | USA | 30,547,462.76 |
| null | ▮ | WA | USA | 20,940,817.76 |
| null | ▮ | NV | USA | 19,506,331.70 |
| null | ▮ | US-WI | USA | 19,413,141.54 |
| null | ▮ | MD | USA | 14,682,597.25 |
| null | ▮ | TX | USA | 13,662,147.70 |
| null | ▮ | US-MT | USA | 11,762,451.34 |
| null | ▮ | US-WA | USA | 10,170,476.30 |
| null | ▮ | US-PA | USA | 9,842,086.50 |
| null | ▮ | TX | USA | 8,635,181.39 |
| null | ▮ | MI | USA | 8,209,032.00 |
| null | ▮ | OR | USA | 7,680,498.93 |
| null | ▮ | AZ | USA | 6,982,822.10 |
| null | ▮ | CA | USA | 6,549,598.85 |
| null | ▮ | PA | USA | 5,927,653.34 |
| null | ▮ | FL | USA | 5,837,958.06 |
| null | ▮ | US-DC | USA | 5,810,206.61 |
| null | ▮ | UT | USA | 5,061,227.33 |
| null | ▮ | WA | USA | 5,036,055.77 |
| null | ▮ | US-TX | USA | 4,732,587.89 |
| null | ▮ | US-IL | USA | 4,407,361.02 |
| null | ▮ | FL | USA | 4,033,277.57 |
| null | ▮ | TX | USA | 3,944,144.52 |
| null | ▮ | NE | USA | 3,919,885.25 |
| null | ▮ | MO | USA | 3,890,624.56 |
| null | ▮ | US-MN | USA | 3,585,906.34 |
| null | ▮ | US-OR | USA | 3,420,649.03 |
| null | ▮ | TX | USA | 3,281,162.57 |
| null | ▮ | US-RI | USA | 3,248,859.63 |