| From | To | Actual | Allocated | Purpose | From | To | Tx | Notes | Txn by |
|---|---|---|---|---|---|---|---|---|---|
| 7/1/2016 | 9/30/2016 | 71,251 | 1,000,000 | Beta Testers | LBRY | LBRY | Redacted | Initial hot wallet fill | Grin |
| 7/1/2016 | 9/30/2016 | 100,000 | 600,000 | Alpha Testers | LBRY | LBRY | Redacted | Initial hot wallet fill | Grin |
| 7/1/2016 | 9/30/2016 | 75,777 | 100,000 | Tips & Rewards | LBRY | LBRY | Redacted | Initial hot wallet fill | Grin |
| 7/1/2016 | 9/30/2016 | 19,150 | 300,000 | Bounty Program | LBRY | LBRY | Redacted | Initial hot wallet fill | Grin |
| 7/1/2016 | 9/30/2016 | 10,600 | 0 | Community Management | LBRY | LBRY | | | |
| 10/1/2016 | 12/31/2016 | | 500,000 | Beta Testers | LBRY | LBRY | | | |
| 10/1/2016 | 12/31/2016 | | 100,000 | Publishers | LBRY | LBRY | | | |
| 10/1/2016 | 12/31/2016 | | 75,000 | Bounty Program | LBRY | LBRY | | | |
| 10/1/2016 | 12/31/2016 | | 75,000 | Tips & Community Engagement | LBRY | LBRY | | | |
| 10/1/2016 | 12/31/2016 | | 20,000 | Community Management | LBRY | LBRY | | | |

276,778



EXHIBIT 108
21-cv-00260-PB

SEC-LBRYLIT-E-0004322
Community