
EXHIBIT
109
21-cv-00260-PB

# Our Christmas Surprise!

Mike Vine • Dec 24 2015

We at LBRY have spent the past several months talking up our protocol. It's the world's first decentralized, censorship-resistant, open-source, peer-to-peer information marketplace. It's one part Bitcoin, one part BitTorrent, and one part improved DNS. It takes uploaded media, encrypts it, splits it into a thousand pieces, and sends it to hosts around the world – only to reassemble it instantly when you click "Stream" or "Download." That is to say, it's a fancy and complicated piece of machinery.

"But what can we *DO* with it?", you ask.

Today, we reveal the answer.

All of our talk of indie artists and global content distribution was really a red herring. LBRY is designed to do one thing and one thing only: play the film *It's A Wonderful Life*.

We're actually shocked how many of you didn't notice this. In all of our promotional materials, only one piece of content is ever accessed. That's right, *It's A Wonderful Life*.



We have put the genius of Satoshi Nakamoto, Bram Cohen, and Ronald Coase together to deliver the whole world just what they wanted to watch on Christmas Eve: *It's A Wonderful Life*.

Heck, you could use LBRY to watch *It's A Wonderful Life* any day of the year!

It can play *It's A Wonderful Life* on VLC, Quicktime, Windows Media Player. You name it, we have found a way to play *It's A Wonderful Life* there.

I know what you're thinking...

"That's exactly what I've been waiting for!"

We know, and you're welcome.

Happy holidays, and have a wonderful new year!

Want to get us something for Christmas? Sign-up to become an Alpha Tester (/get) and earn 1,000 LBRY Credits!

← BraveNewCoin Compares LBRY to Alexandria: Who Will Be the First to Supplant BitTorrent?

LBRY Blockchain App Can Now Tell Right From Wrong →

Mike Vine - ✉

Mike was one of the early team members of LBRY.

He contributed to marketing and branding in the earliest days of the app.

| COMPANY | USE LBRY | SOCIAL | SUPPORT |
|---|---|---|---|
| About | odysee.com | Chat on Discord | hello@lbry.com |
| Blog | Android | Twitter | Contact |
| Jobs | Linux | Reddit | Privacy |
| Shop | iOS | Facebook | TOS |
| Team | macOS | Telegram | FAQ |
| | Windows | | |

Back to top