# LBRY Inc

## Profit and Loss
### March - October, 2021



EXHIBIT
114
21-cv-00260-PB

| | TOTAL |
|---|---|
| **Income** | |
| Sale of LBC | 2,702,560.80 |
| Sales of Product Income | 3,005.07 |
| Service/Fee Income | 9,099.98 |
| Services | 7,610.26 |
| **Total Income** | **$2,722,276.11** |
| GROSS PROFIT | **$2,722,276.11** |
| Expenses | |
| Advertising | 26,605.10 |
| Bank Charges | 5.95 |
| Charitable Contributions | 2,181.09 |
| Commissions & fees | 46,000.00 |
| Computer & Internet | 31,817.38 |
| Creator LBC Buyback | 40,185.00 |
| Insurance | 2,732.40 |
| International Employee & Freelance | 510,512.55 |
| Privileged | |
| Meals and Entertainment | 203.12 |
| Office Expenses | 8,780.96 |
| Payroll Expenses | |
| Taxes | 91,663.89 |
| Wages | 1,146,725.19 |
| **Total Payroll Expenses** | **1,238,389.08** |
| PR Firm Fees | 110,000.00 |
| Promotional | 346.42 |
| Reimbursements | 20,837.17 |
| Rent or Lease | 25,388.97 |
| Servers | 592,386.96 |
| Taxes & Licenses | 8,111.14 |
| Travel | 10,410.08 |
| Travel Meals | 122.81 |
| Utilities & SaaS | 111,519.99 |
| **Total Expenses** | **$4,162,379.27** |
| NET OPERATING INCOME | **$ -1,440,103.16** |
| Other Income | |
| Interest Earned | 24.23 |
| Other Ordinary Income | 651.44 |
| **Total Other Income** | **$675.67** |
| Other Expenses | |
| Unrealized Gain or Loss | 0.00 |
| **Total Other Expenses** | **$0.00** |
| NET OTHER INCOME | **$675.67** |
| NET INCOME | **$ -1,439,427.49** |

Accrual Basis  Wednesday, February 9, 2022 02:45 PM GMT-05:00

Confidential, Protected by Protective Order

LBRY_SEC00056765