

The file "EquityRightCreditConversion.pdf" was produced in native format.

Confidential Treatment Requested by M. Finger.                                                                                    MF_LBRY0014

# Equity Right: Credit Conversion

Vested equity may be returned to LBRY at equity holder's discretion. Equity is redeemable for a number of credits held by LBRY, Inc. This number is the proportion of redeemed shares to outstanding shares times the number of credits owned by LBRY Inc. and allocated for ownership by LBRY, Inc. (i.e. excluding credits previously allocated for charity programs, media, outreach, etc.).