





Confidential Treatment Request by Pillar Companies Management, LLC

PILR_0007315



Confidential Treatment Request by Pillar Companies Management, LLC

PILR_0007316

# Why we launched Odysee.

We built a blockchain publishing protocol called LBRY. We weren't sure exactly how it'd be used.

It turned out people really wanted an alternative to YouTube, because YouTube doesn't want to be YouTube anymore.

**Odysee is a market response to how users were using LBRY.**

There will be more apps in the future.





Odysee is branded web-app that interacts built on top of the web 3.0 LBRY protocol



More apps will come, like a news app in conjunction with

## LBRY PROTOCOL + BLOCKCHAIN

The LBRY protocol uses its own blockchain and decentralized data network.

The protocol leaves end users in control. LBRY not a legal custodian of publisher data.

Confidential Treatment Request by Pillar Companies Management, LLC

PILR_0007317

# Why we launched Odysee.

We built a blockchain publishing protocol called LBRY. We weren't sure exactly how it'd be used.

It turned out people really wanted an alternative to YouTube, because YouTube doesn't want to be YouTube anymore.

**Odysee is a market response to how users were using LBRY.**

There will be more apps in the future.





Confidential Treatment Request by Pillar Companies Management, LLC

PILR_0007318

# Creators of all kinds love Odysee





*"This looks like what YouTubers have been waiting for, I think Odysee is amazing."*
Upper Echelon Gamers

*"Thank you so much for giving us a REAL youtube alternative, i think it's not just me who thinks this is what we have all been waiting for!""*
Grazy Grace







*"Odysee looks really sick, bro. I'm excited"*
Sophie and Joe

*"I have joined and I hope this takes off. Susan is ruining YouTube, you guys have a really nice app."*
Diesel Patches

*"Love the fire and slime, nice to see real creators on here."*
Better than Food



Confidential Treatment Request by Pillar Companies Management, LLC



Confidential Treatment Request by Pillar Companies Management, LLC          PILR_0007320



Confidential Treatment Request by Pillar Companies Management, LLC

PILR_0007321



User testimonials
TheCheeryElement 1 day ago
I love odysee, a lot more than bitchute. odysee reminds me of early youtube. It has far more diverse content than bitchute and the user experience is way better imo
Roland Roland 6 days ago
WOW Odysee could really compete, the UI is nICE
Pratfo 4 days ago
This actually looks like something that could replace YouTube, finally
@Free_Wolf392 26 days ago
Thank you so much for Odysee. I've been using Odysee for weeks now and it is awesome, love comment notification, like/dislike and I notice that you update your site a lot lot more than some other alt tech competitors out their. I'm excited for Odysee's future
Larry Gall 6 days ago
I discovered Odysee a few days ago, and I was really shocked at how good it is. I didn't use Lbry, so I don't know how that was or if it was similar, but these guys are doing a great job. Needs more people to move from YT or at least mirror.



# odysee Team





**Jeremy Kauffman**
CEO, Founder
Built LBRY from nothing. Founded and grew ecommerce SaaS company TopScore to over $20 million GMV.

**Alex Grintsvayg**
CTO, Founder
Former co-founder and CTO at TopScore. Managed infrastructure and software for millions of users.

**Julian Chandra**
CMO
Former Head of Partnerships (AU/NZ) for TikTok. Oversaw its launch in market, defined strategy for growth, content, and brand.

Confidential Treatment Request by Pillar Companies Management, LLC

PILR_0007323



Confidential Treatment Request by Pillar Companies Management, LLC                    PILR_0007324

# How we make money.

## Tips


## Selling LBC


## Ads & Partnerships


We also receive a % of subscriptions, purchases and other financial exchanges

## Token 

- LBRY holds 325,000,000 LBC

- 1 LBC could be worth $100 or more if LBRY becomes protocol of choice for media distribution (more)

# Our round & objectives.

**With the support of Pillar VC, we're raising 12 million dollars to:**
1. Substantially scale growth and support staff
2. Launch business development, marketing and community programs
3. Develop monetization via advertising and financial transfers
4. Explore additional branded applications that utilize LBRY
5. Reduce cryptocurrency spending

**This will help us achieve in 2 years:**
1. Launch on a high note with the help of Clarity PR and others
2. Cross 100,000,000 active monthly users across all apps
3. Raise LBRY to a top 20 crypto network
4. Positive unit economics on marginal users
5. Raise day-over-day retention to over 50% and daily active usage over 20 minutes

Confidential Treatment Request by Pillar Companies Management, LLC

PILR_0007326



Confidential Treatment Request by Pillar Companies Management, LLC

PILR_0007327



Confidential Treatment Request by Pillar Companies Management, LLC

PILR_0007328



Confidential Treatment Request by Pillar Companies Management, LLC

PILR_0007329