**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
------------------------------------- X
SECURITIES AND EXCHANGE               :
COMMISSION,
                                      :
            Plaintiff,
                                      :
    -against-                              Civil Action No. 1:21-cv-00260-PB
                                      :
LBRY, INC.,
                                      :
            Defendant.
                                      :
------------------------------------- X
```

## LBRY, INC.'S MOTION FOR SUMMARY JUDGMENT

Defendant LBRY, Inc. ("LBRY") moves for summary judgment pursuant to Fed. R. Civ. P. 56. For the reasons set forth in LBRY's contemporaneously filed Memorandum of Law and the Declaration of John T. Dixon and supporting exhibits, LBRY respectfully requests that this Court grant its motion for summary judgment and deny the Commission's application for a permanent injunction.

WHEREFORE, LBRY respectfully requests that the Court:

A. Grant summary judgment in LBRY's favor;

B. Deny the Securities and Exchange Commission's application for a permanent injunction; and

C. Grant such further relief as is necessary and just.

Dated: May 4, 2022

Respectfully submitted,

LBRY, INC.

*/s/ Timothy J. McLaughlin* (NH Bar # 19570)

William E. Christie
Timothy J. McLaughlin
Shaheen & Gordon, P.A.
107 Storrs Street
P.O. Box 2703
Concord, NH 03302
(603) 819-4231
wchristie@shaheengordon.com
tmclaughlin@shaheengordon.com

*/s/ Keith W. Miller*

Keith W. Miller (*pro hac vice*)
Rachel S. Mechanic (*pro hac vice*)
John T. Dixon (*pro hac vice*)
Perkins Coie LLP
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711
(212) 262-6900
KeithMiller@perkinscoie.com
Rmechanic@perkinscoie.com
JohnDixon@perkinscoie.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:  May 4, 2022

*/s/ Keith W. Miller*
Keith W. Miller