# EXHIBIT 1

```
------------------------------------ X
SECURITIES AND EXCHANGE          :
COMMISSION,
                                 :
            Plaintiff,
                                 :
      -against-                        Civil Action No. 1:21-cv-00260-PB
                                 :
LBRY, INC.,
                                 :
            Defendant.
                                 :
------------------------------------ X
```

## DECLARATION OF JEREMY KAUFFMAN

I, Jeremy Kauffman, declare as follows:

1.      I am a co-founder and the Chief Executive Officer of LBRY, Inc. ("LBRY"), a start-up, blockchain-based software company based in Manchester, New Hampshire.  I have also founded other successful software companies in the past, including a company called TopScore, which is a sporting event administration platform.

2.      In approximately 2015, I, along with my co-founders, began to explore ways to share digital content online using blockchain technology.  My co-founders and I believed that the way in which digital content has historically been published and distributed on the Internet suffered from inherent problems that could be significantly improved upon through the use of emerging blockchain technology.

3.      For example, centralized hosts like YouTube take excessive profits from creators/publishers who create video content, censor certain content and enforce arbitrary rules that can harm content creators.  Peer-to-peer networks, like BitTorrent, have their own flaws,

including that they are disorganized, difficult to navigate, and provide no incentives for users to participate.

4. My co-founders and I thus set out to develop an open-source, censorship-resistant protocol using blockchain technology to allow users to create, store and share digital content in various forms (for example, videos, images and documents) (the "LBRY Network"), consistent with our mission statement to "[c]reate a market for accessing and publishing information that is global, decentralized, robust, optimal and complete." Ex. 4, LBRY PLN, at LBRY_000058.[1]

## I. Blockchain Technology

5. A blockchain is a distributed, decentralized ledger maintained by a network of independent owned computers ("nodes").

6. When blockchain users transact on the blockchain, "validators," otherwise known as "miners," append the transactions to a single, unbroken chain of valid transactions.

7. Once transactions are committed to a blockchain in a certain order, the transactions and their order cannot be deleted or changed.

8. No central authority decides who can join the blockchain or what transactions should be considered for validation.

9. All public blockchains require native cryptographic assets ("crypto assets") to function by enabling peer-to-peer transfers of value, various digital services, and payment for the cost of executing transactions. Native crypto assets may be mined according to a pre-established blockchain-specific algorithm that rewards a miner a certain number of the native crypto assets for each new block of transactions the miner validates.

---

[1] Unless otherwise noted, citations to exhibits herein refer to the exhibits attached to the concurrently filed Declaration of John T. Dixon, dated May 4, 2022.

10.     The Bitcoin blockchain, which began operating in 2009, is the best known and largest blockchain in existence today.  Bitcoin functions as a digital currency, enabling peer-to-peer financial transactions without an intermediary.

## II.     The LBRY Network

11.     The LBRY Network consists of three components: (1) the LBRY Blockchain, (2) the LBRY Data Network, and (3) the applications layer:

    a.  The LBRY Blockchain launched on approximately June 23, 2016.  It is a public proof-of-work blockchain whose design is based on the Bitcoin blockchain software, with substantial software modifications.  The LBRY Blockchain enables users to publish digital content, to make payments and to make their content discoverable.  The LBRY Blockchain software is open source and can be changed (*i.e.*, "forked") by anyone.  The LBRY Blockchain stores information about published content ("metadata"), such as the title, creator, and price, as a single shared index.  Much like the Bitcoin blockchain, the LBRY Blockchain relies upon a distributed network of miners to validate transactions.  In return for validating transactions, the miners receive a reward in the native crypto asset of the LBRY Blockchain: the LBRY Credit ("LBC").

    b.  While the LBRY Blockchain makes the LBRY Network possible, its usefulness is facilitated by the LBRY Data Network.  This layer enables digital content storage and access without relying on a centralized infrastructure.  Content published to the LBRY Blockchain is stored in a distributed fashion by locally operated software participating in the LBRY Data Network (*i.e.*, node

operators).  Each file is split into many small pieces, encrypted and recorded on the LBRY Blockchain.

    c.    Applications are the final layer of the stack.  Applications run on the LBRY Blockchain and LBRY Data Network and enable users to interact with those underlying layers to allow them to view content, upload digital media accessible for free or at a set price, tip other creators and send or receive LBC.  While LBRY has built certain applications that run on top of the LBRY Network, as the LBRY Network is open source, third parties unaffiliated with LBRY have also built their own applications that run on the LBRY Network.

## III.    LBRY Credits

12.    LBC is the native crypto asset of the LBRY Network.  LBC is generally required for users to interact with the LBRY Network for anything beyond viewing free content.

13.    In total, the LBRY Blockchain software created approximately 1 billion LBC that will become available over time based on an algorithmic schedule on the LBRY Blockchain.

14.    When the LBRY Network launched, also known as the "genesis event," the software reserved 400 million LBC for LBRY, which was separated into three buckets—(i) the Community Fund, which reserved 200 million LBC that would be used for spreading usage and adoption of the LBRY Network, including through rewarding early adopters of the network, recruiting producers to use the network, encouraging users to invite friends and share the network and rewarding contributors to the LBRY community; (ii) the Institutional Fund, which reserved 100 million LBC for the formation of institutional partnerships, as well as for grants and donations to non-profits and other non-governmental organizations with similar values as LBRY; and (iii) the Operational Fund, which reserved 100 million LBC for operational purposes.

15.     Over the course of the period June 2016 through June 2036, an additional 600 million LBC will be created according to the software algorithm, as miners validate blocks of transactions and receive LBC as rewards for their work.  These rewards provide the incentive for miners to participate in this process.

16.     Of the 1 billion LBC, currently more than 654 million LBC have been mined and are in existence.

**a.  Ways to Use LBC**

17.     As the native crypto asset of the LBRY Blockchain, LBC is critical to the LBRY Network's functionality and has numerous uses.  The primary uses of LBC include:

    a.  <u>Protocol Infrastructure</u>:  Miners are paid in LBC as a reward for mining blocks on the LBRY Blockchain and securing the LBRY Network.

    b.  <u>Publishing</u> – A publisher is required to pay a transaction fee in LBC in order to publish content to the LBRY Network.  This LBC is paid to miners who validate the transaction on the blockchain.

    c.  <u>Creating a Channel</u> – In order to create a channel, or an "identity," a user is required to pay a transaction fee in LBC.  This LBC is paid to miners who validate the transaction on the blockchain.  A channel is a claim for a name beginning with "@," which allows content on the LBRY Network to be clustered under a single pseudonym or identity.  This in turn allows publishers to easily list all of their content, maintain attribution and build their brand.

    d.  <u>Tipping</u> – One of the most notable features of the LBRY Network is tipping.  Users may send LBC directly to content publishers as a "thank you" for

publishing content the user likes. LBRY does not take any portion of creators' tips.

e. <u>Purchasing Content</u> – Content creators have the option to charge LBC for other users to access their content. Again, LBRY does not take any portion of these payments.

f. <u>Staking</u> – LBC may be used to "stake," which is a single entry on a blockchain that commits LBC toward a channel or piece of content, which in turn "boosts" the channel or piece of content in search results. In order to be among the top channels in terms of boosted content, a substantial amount of LBC is required to be staked on the LBRY Network. For example, one of the top producers on the LBRY Network, called @Bitcoin, currently has 5.5 million LBC staked to its channel.

g. <u>Editing</u> – Any changes to published content, such as renaming or changing a description, requires users to pay LBC. This LBC is paid to miners who validate the transaction on the blockchain.

**b. Ways to Acquire or Earn LBC**

18. There are a limited number of ways for users to acquire or earn LBC. These include:

a. <u>Mining</u> – Miners earn LBC as a reward for validating transactions on the LBRY Blockchain.

b. <u>Tipping</u> – Content creators may receive tips from users for the content they publish.

c. <u>Purchasing Content</u> – Content creators may earn LBC from other users who pay them to access their content.

d. <u>Peer-to-Peer Transactions</u> – Individual users may send LBC to each other on the LBRY Network.

e. <u>User Rewards</u> – Users may receive LBC as rewards for completing certain accomplishments. For example, users may be rewarded for creating their first channel, publishing their first item, reaching certain subscriber thresholds (*e.g.*, 100 subscribers, 500 subscribers, etc.), viewing a certain number of videos, or referring a user or being referred. LBRY has also given LBC to individuals who have helped the development of the LBRY Network in some way, such as contributing code or identifying flaws.

f. <u>Purchasing LBC from a Digital Asset Exchange</u> – At various points in time, certain digital asset exchanges have listed LBC on their exchange to allow people to buy and sell the token in the secondary market. Prior to the SEC filing its lawsuit against LBRY, a user could purchase LBC on approximately one of ten different exchanges.

g. <u>Purchasing LBC on the LBRY Network</u> – To help facilitate users' ability to purchase LBC on the Network, LBRY has on multiple occasions incorporated integrated applications into the LBRY Network that would allow users to purchase LBC in their LBRY wallet while on the LBRY Network, rather than having to purchase LBC on an exchange and then transfer it into their LBRY wallet. In December 2017, LBRY integrated a widget into its Desktop application, called ShapeShift, that allowed users to convert crypto assets into

LBC without leaving the application. In April 2020, in further response to users' demands for easier access to LBC, LBRY launched an application on the Network, through a company called MoonPay Limited ("MoonPay"), that allowed users to purchase LBC from LBRY using a credit card without leaving the network. The MoonPay application was ultimately removed because MoonPay terminated its relationship with LBRY after the SEC filed this lawsuit.

19. Digital asset exchanges and applications such as MoonPay are necessary and useful to allow LBRY users and content creators to purchase LBC in order to use it on the LBRY Network.

20. For example, creators may purchase LBC on digital asset exchanges and then stake the LBC to their content in order to "boost" the content's visibility.

21. On April 27, 2022, I e-mailed users of the LBRY Network and asked if individuals who had purchased LBC on digital asset exchanges or through integrated applications and who used the purchased LBC on the LBRY Network would be willing to sign a declaration to that effect. I included a form declaration that users could e-sign and indicate which exchange or integration application they had used to purchase LBC to use on the LBRY Network. I asked that they sign the declaration under penalty of perjury. In response, I received over 295 completed declarations, which are attached hereto as Exhibit A.

22. In addition, creators who earn LBC in connection with the LBRY Network, such as from receiving tips, rewards or payment for content, need access to digital asset exchanges in order to monetize their LBC earnings by exchanging their LBC for other digital assets or fiat currency. This makes it possible for content creators to earn revenue for their work, much like

8

creators on other video sharing platforms, such as YouTube, do. Unlike other traditional digital media platforms that take large cuts of the revenue that content creators earn on their applications, however, LBRY does not take any cut of users' LBC earnings.

## IV.    Launch of the LBRY Network and LBC

23.     The founders of LBRY self-funded the initial development of the LBRY Network, as well as raised a small amount of funds from a number of angel investors.

24.     These funding arrangements did not provide for any allocation of LBC upon launch of the LBRY Blockchain.

25.     On approximately June 23, 2016 (the "launch date"), LBRY launched the LBRY Network, and only then did LBC first become available. Accordingly, LBRY could not and did not sell any LBC before building and launching the LBRY Network.

26.     On that same day, LBRY also launched a beta version of the LBRY Desktop App—an application that runs on top of the LBRY Blockchain that allows users to publish and consume content on the LBRY Network.

27.     As of the launch date, LBC was immediately usable on the LBRY Network to, among other things, tip content creators and purchase or stake content.

28.     After the LBRY Network launched, I made efforts to raise additional funds for LBRY's operation from venture capital firms.

29.     On September 7, 2016, LBRY announced a $500,000 fundraising round led by Pillar VC, a Boston-based venture capital firm. Ex. 5, "$500K in VC Funds from Pillar et al."

30.     The investment by Pillar did not involve the promise or sale of LBC.

## V. Continued Development of the LBRY Network

31.     Over time, like with any software—including the Bitcoin and Ethereum blockchains—LBRY continued to improve upon the LBRY Network to add new tools and features to make it more functional and user-friendly.

32.     In addition, hundreds of developers unaffiliated with LBRY have contributed thousands of lines of code to LBRY's open-source code base of the LBRY Network over the years. For example, a developer unaffiliated with LBRY created all trending algorithms for discovery, as well as the FlatPak and Applmage releases of the LBRY Desktop App.

33.     Both LBRY and third parties have also created numerous other applications that run on the LBRY Blockchain.

34.     In late 2019, for example, LBRY developed another application called lbry.tv, which it launched on January 31, 2020. Lbry.tv was essentially a web version of the LBRY Desktop App—*i.e.*, a web interface for an underlying decentralized network. Using lbry.tv, users could enjoy the full experience of the LBRY Network from the convenience of their own web browser without having to download the Desktop App.

35.     In December 2020, lbry.tv was replaced with Odysee.com ("Odysee"). The Odysee web application improved upon the lbry.tv web application, as it provided a more streamlined experience that was simpler to use and understand. Using the Odysee application, users can upload, search, view and comment on videos.

36.     In addition to the applications LBRY created, numerous third parties have used LBRY's open-source code to develop their own applications on the LBRY Network, consistent with LBRY's central tenet that there is no singular way to interact with the LBRY Network. In other words, anyone may build on top of the LBRY Blockchain.

37. To date, I am aware of approximately 33 applications running on the LBRY Blockchain that were developed by third parties unaffiliated with LBRY. LBRY did not develop these applications, nor does LBRY control them. One prominent example is Hound.fm, a web-based music and podcast application. Other examples of third-party applications include LBRYlytics, which is an analytics tool for LBRY creators, and LBRYnomics, a web-based application that tracks LBRY statistics.

38. The approximately 33 third-party applications I am aware of are:

| Number | Third-Party Application |
|--------|------------------------|
| 1. | Hound.fm |
| 2. | LBRY Desktop Community Edition |
| 3. | Fast LBRY Terminal |
| 4. | Odysee Roku Unofficial |
| 5. | Lyberry |
| 6. | Actarius |
| 7. | LBRY Flutter |
| 8. | lbry.science |
| 9. | LBRY Worm |
| 10. | lbrytools |
| 11. | zeedit |
| 12. | lbt |
| 13. | EOB (Email on Blockchain) |
| 14. | Podcatcher |
| 15. | LBRY Discord Bot |
| 16. | LBRY Kodi Plugin |
| 17. | Curate |
| 18. | lbry-sync-ytdl |
| 19. | lbry-channel-feed |
| 20. | LBRY Utility Scripts |
| 21. | LBRYFileUploader |
| 22. | lbry-cloner |

| | |
|---|---|
| 23. | Wordpress LBRY |
| 24. | LBRYnomics |
| 25. | LBRYlytics |
| 26. | Watch on LBRY |
| 27. | Watch on Odysee |
| 28. | LBRY Link |
| 29. | LBRY Vault |
| 30. | LBRY Pool |
| 31. | LBRY Pool DE |
| 32. | ZergPool |
| 33. | Librarian |

## VI. LBRY's Focus on Promoting and Growing the LBRY Network Among Potential Users

39.     LBRY's marketing has consistently focused on growing the user base of the LBRY Network by emphasizing its features and functionality.

40.     The vast majority of LBRY's public announcements on its website have related to updates regarding the LBRY Network, new features and other news concerning the utility of the LBRY Network.  This is because LBRY's goal has always been to attract as many potential users of the LBRY Network as possible, and not to promote speculative buying and selling of LBC.

41.     LBRY's marketing efforts sought to reach a wide audience of people in an attempt to attract as many potential users of the LBRY Network as possible.  In addition to posts on its website, LBRY has sought to spread the word about the LBRY Network through social media, including through Facebook, Twitter and Reddit, where LBRY has approximately 30,000 followers, 82,500 followers, and 15,000 followers, respectively.  In addition, LBRY has promoted the LBRY Network in media appearances and interviews, including in outlets targeted to blockchain technology enthusiasts who would likely be excited by the utility of the Network, rather than the investment value of LBC.  *See, e.g.*, Ex. 15, "LBRY: The Lovechild of Bitcoin, BitTorrent

& Storj"; Ex. 16, "The Appcoin Revolution: Interview with Mike Vine of LBRY"; Ex. 17, "LBRY Launches Blockchain-Based Creator-Controlled Content App, New Appcoin"; Ex. 18, "Making Netflix and Youtube Outdated: How Blockchain Changes Media"; Ex. 19, "LBRY's Blockchain-Based Netflix-Killer Is Now in Beta."

42.     LBRY has never targeted its marketing campaign toward cryptocurrency investors or others who may only be interested in LBC for speculative investment purposes. To the extent LBRY's publicly available marketing or promotional materials address LBC, they have done so primarily as a means of explaining its relation and utility to the LBRY Network. LBRY has never encouraged users to purchase LBC as an investment and, to the contrary, it has actively discouraged speculative trading.

43.     Consistent with this policy, I directed LBRY's employees not to discuss the price or value of LBC with any members of the public with whom they interact or to promote it as an investment opportunity. Rather, LBRY's employees were directed to instead focus any public statements on supporting and encouraging use of the LBRY Network itself.

44.     On LBRY's public channel on the social media platform Telegram, which has over 4,000 members, LBRY has frequently discouraged trading and speculation in the LBC token.

45.     Moreover, LBRY did not conduct an Initial Coin Offering ("ICO").

46.     Rather, as noted previously, LBRY raised traditional funding for development of the network that did not include the promise or sale of LBC.

47.     In addition, in contrast to other blockchain companies that conducted ICOs, LBRY never issued a theoretical Whitepaper to promote investors to purchase LBC prior to the launch of the network. Instead, on February 20, 2019—more than two and a half years after the LBRY Network launched and LBC first became available—LBRY released a detailed LBRY Protocol

Specification ("Spec"), which I authored along with LBRY's Chief Technical Officer, Alex Grintsvayg, entitled "LBRY: A Decentralized Digital Content Marketplace."  Ex. 28.  The Spec is available on LBRY's website.[2]

48.     The Spec provides a thorough technical description of the LBRY Network and how it works.

49.     In addition, in mid-2020, LBRY published a paper with the Institute of Electrical and Electronics Engineers' ("IEEE") 2020 International Conference on Decentralized Applications and Infrastructures.   The IEEE is the world's largest technical professional organization that develops global standards for electronics and computer science, including standards governing WiFi and Ethernet.

## VII.    LBRY's Sales of LBC

50.     LBRY never sold LBC before building and launching the fully operational LBRY Network in June 2016.

51.     Approximately one year after the LBRY Network launched and after an established market existed for the token, in July 2017, LBRY first began selling LBC on digital asset exchanges.

## VIII.    LBRY's Tremendous Growth Since Launch

52.     Since the LBRY Network launched in June 2016, its user base and usage has grown exponentially.

53.     For instance, approximately one year after launch—July 1, 2017—there were 20,265 published items on the LBRY Network.  As of April 12, 2022, there were 18,273,109 published items, an increase of more than 90,000%.

---

[2] https://lbry.tech/spec?_ga=2.186963816.1538717187.1650905964-1413636439.1636638797.

54.     The number of total channels on the LBRY Network has increased from 3,661 on July 1, 2017 to 1,463,353 as of April 12, 2022, an increase of nearly 40,000%.

55.     The number of distinct content purchases has risen from 11,027 on July 1, 2017 to 418,742 as of April 12, 2022, an increase of approximately 3,700%.

56.     The number of file views per day has increased from about 782 on July 1, 2017 to 1,553,604 as of April 12, 2022—an increase of about 200,000% (which is an undercount due to the decentralized nature of the LBRY Network, where many views go untracked).

57.     The number of daily on-network transactions using LBC has also grown during this same time period from about 5,400 on July 1, 2017 to nearly 220,000 as of April 12, 2022, an increase of about 4,000%.

58.     Today, there are approximately 40 million active monthly users of the LBRY Network.

59.     The users of the LBRY Network have come to rely on it as an important way to share and consume content and as an alternative to more traditional, centralized content-sharing platforms.  Millions of content creators have, through the LBRY Network, been able to grow their audiences, build their brand, gain more exposure to their content and earn money through receipt of LBC.

60.     As the declarations of LBRY Network users Naomi Brockwell, Aaron Watson, John Dorval and David Jones demonstrate, *see* Exs. 31-34, the LBRY Network has provided them not only with the opportunity to grow their followers, but to earn additional revenue for their content—including revenue on certain content that is not monetizable on YouTube due to its rules. These individuals—who are among the largest content creators on the LBRY Network—have earned substantial amounts of LBC which, notably, they have generally continued to keep on the

LBRY Network for the purpose of staking (or boosting) their channels and content in order to further increase their visibility.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 4th day of May, 2022.

_____
Jeremy Kauffman

# EXHIBIT A

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| -------------------------------------- X | |
| SECURITIES AND EXCHANGE COMMISSION, : | |
| : | |
| Plaintiff, : | |
| : | |
| -against- : | Civil Action No. 1:21-cv-00260-PB |
| : | |
| LBRY, INC., : | |
| : | |
| Defendant. : | |
| -------------------------------------- X | |

## <u>DECLARATION</u>

I, __Ahmed Al-Hashimi_____ , declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☐ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_ , 2022.

_Ahmed Al-Hashimi_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

------------------------------------- X

SECURITIES AND EXCHANGE
COMMISSION,

         Plaintiff,

    -against-

LBRY, INC.,

        Defendant.

------------------------------------- X

Civil Action No. 1:21-cv-00260-PB

## DECLARATION

I, ___Aidan Fox-Tierney___ , declare as follows:

1. I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2. In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_ , 2022.

_Aidan Fox-Tierney_

<div align="center">

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

</div>

```
------------------------------------   X
SECURITIES AND EXCHANGE                :
COMMISSION,
                                       :
                Plaintiff,
                                       :
        -against-                          Civil Action No. 1:21-cv-00260-PB
                                       :
LBRY, INC.,
                                       :
                Defendant.
                                       :
------------------------------------   X
```

<div align="center">

**DECLARATION**

</div>

I, ___Alberto Navarro___, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Alberto Navarro_

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
--------------------------------------        X
SECURITIES AND EXCHANGE                       :
COMMISSION,
                                              :
                Plaintiff,
                                              :
        -against-                                   Civil Action No. 1:21-cv-00260-PB
                                              :
LBRY, INC.,
                                              :
                Defendant.
--------------------------------------        X
```

## DECLARATION

I, _____Albin Ahlbä¤ck_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this  29  day of  Apr  , 2022.

_____
*Albin Ahlbä⊠ck*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | | |
|---|---|---|
| ------------------------------------- | X | |
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| | : | |
| Plaintiff, | : | |
| -against- | : | Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : | |
| Defendant. | : | |
| ------------------------------------- | X | |

## <u>DECLARATION</u>

I, <u>   Alexander Arav   </u>, declare as follows:

1.       I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.       In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this <u> 29 </u> day of <u> Apr </u>, 2022.

<u>           *Alexander Arav*           </u>

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------        X
SECURITIES AND EXCHANGE                      :
COMMISSION,
                                             :
                Plaintiff,
                                             :
        -against-                                    Civil Action No. 1:21-cv-00260-PB
                                             :
LBRY, INC.,
                                             :
                Defendant.
                                             :
-------------------------------------        X
```

## **DECLARATION**

I, _____Alexander Mangaard_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_____Alexander Mangaard_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------    X
SECURITIES AND EXCHANGE                  :
COMMISSION,
                                         :
                Plaintiff,
                                         :
        -against-                              Civil Action No. 1:21-cv-00260-PB
                                         :
LBRY, INC.,
                                         :
                Defendant.
                                         :
-------------------------------------    X
```

## <u>DECLARATION</u>

I, ___Alexander Starzengruber___, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
            ☐ Bittrex
            ☐ MXC
            ☐ BitMart
            ☐ HotBit
            ☐ CoinEx
            ☐ Poloniex
            ☐ Upbit
            ☐ ShapeShift
            ☒ MoonPay
            ☐ Bisq
            ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Alexander Starzengruber_

<div align="center">

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

</div>

```
------------------------------------   X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :
            Plaintiff,
                                     :
      -against-                          Civil Action No. 1:21-cv-00260-PB
                                     :
LBRY, INC.,
                                     :
            Defendant.
                                     :
------------------------------------   X
```

<div align="center">

**DECLARATION**

</div>

I, ___Alexandre gingras-Drouin___ , declare as follows:

    1.    I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.    In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

    ☐ Bittrex
    ☐ MXC
    ☐ BitMart
    ☐ HotBit
    ☐ CoinEx
    ☐ Poloniex
    ☐ Upbit
    ☐ ShapeShift
    ☒ MoonPay
    ☐ Bisq
    ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Alexandre gingras–drouin_

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| ------------------------------------- X | |
| SECURITIES AND EXCHANGE COMMISSION, : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. 1:21-cv-00260-PB |
| -against- : | |
| LBRY, INC., : | |
| : | |
| Defendant. : | |
| ------------------------------------- X | |

## <u>DECLARATION</u>

I,   <u>Alexandru Buca</u>  , declare as follows:

1.    I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.    In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☒ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this <u>29</u> day of <u>Apr</u>, 2022.

<u>*Alexandru Buca*</u>

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| -------------------------------------- X | |
| SECURITIES AND EXCHANGE COMMISSION, : | |
| : | |
| Plaintiff, : | |
| : | |
| -against- : Civil Action No. 1:21-cv-00260-PB | |
| : | |
| LBRY, INC., : | |
| : | |
| Defendant. : | |
| -------------------------------------- X | |

## DECLARATION

I, ___Alfred Lambremont Webre___, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Alfred Lambremont Webre_

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

------------------------------------- X

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

      -against-

LBRY, INC.,

                Defendant.

------------------------------------- X

:
:
:
:
:
:

Civil Action No. 1:21-cv-00260-PB

## **DECLARATION**

I, __Alfredo Sanz_____, declare as follows:

1.       I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.       In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

           ☒ Bittrex
           ☐ MXC
           ☐ BitMart
           ☐ HotBit
           ☐ CoinEx
           ☐ Poloniex
           ☐ Upbit
           ☐ ShapeShift
           ☒ MoonPay
           ☐ Bisq
           ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Alfredo Sanz_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
------------------------------------  X
SECURITIES AND EXCHANGE          :
COMMISSION,
                                 :
            Plaintiff,
                                 :
     -against-                        Civil Action No. 1:21-cv-00260-PB
                                 :
LBRY, INC.,
                                 :
            Defendant.
                                 :
------------------------------------  X
```

## DECLARATION

I, __Algramic Yoikovich_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Algramic Yoikovich_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
------------------------------------ X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :
              Plaintiff,
                                     :
       -against-                            Civil Action No. 1:21-cv-00260-PB
                                     :
LBRY, INC.,
                                     :
              Defendant.
                                     :
------------------------------------ X
```

## DECLARATION

I, ___Allen Muncy_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Allen Muncy_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| ------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | : Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| Defendant. | : |
| ------------------------------------- | X |

## DECLARATION

I, ___Alojz Jakob_____, declare as follows:

1. I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2. In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☒ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☐ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Alojz Jakob_____

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------        X
SECURITIES AND EXCHANGE                      :
COMMISSION,
                                             :
                 Plaintiff,
                                             :
        -against-                                    Civil Action No. 1:21-cv-00260-PB
                                             :
LBRY, INC.,
                                             :
                 Defendant.
                                             :
-------------------------------------        X
```

## **DECLARATION**

I, ___Andre Jahn_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☒ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Andre Jahn_____

```
------------------------------------- X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :
              Plaintiff,
                                     :
       -against-                     :    Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                          :

              Defendant.             :
------------------------------------- X
```

## DECLARATION

I, ___André Tverborgvik_____, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_André Tverborgvik_____

156722820.1

```
-------------------------------------    X
SECURITIES AND EXCHANGE               :
COMMISSION,
                                      :
              Plaintiff,
                                      :
         -against-                    :     Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                           :

              Defendant.              :
-------------------------------------    X
```

## DECLARATION

I,   <u>Andrew Bailey</u>  , declare as follows:

    1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

      ☐ Bittrex
      ☐ MXC
      ☐ BitMart
      ☐ HotBit
      ☐ CoinEx
      ☐ Poloniex
      ☐ Upbit
      ☐ ShapeShift
      ☒ MoonPay
      ☐ Bisq
      ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this <u>1</u> day of <u>May</u>, 2022.

<u>*Andrew Bailey*</u>

```
------------------------------------   X
SECURITIES AND EXCHANGE               :
COMMISSION,
                                      :
            Plaintiff,
                                      :
        -against-                          Civil Action No. 1:21-cv-00260-PB
                                      :
LBRY, INC.,
                                      :
            Defendant.
                                      :
------------------------------------   X
```

## DECLARATION

I, __Andrew Brubacher_____, declare as follows:

     1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

     2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
- ☐ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Andrew Brubacher_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

---------------------------------------- X

SECURITIES AND EXCHANGE COMMISSION,                     :

                                                        :

        Plaintiff,                     :

    -against-                     :   Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                     :

        Defendant.                     :

---------------------------------------- X

## **DECLARATION**

I, ___Andrew Grosser_____, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
        ☐ Bittrex
        ☐ MXC
        ☐ BitMart
        ☐ HotBit
        ☐ CoinEx
        ☐ Poloniex
        ☐ Upbit
        ☐ ShapeShift
        ☒ MoonPay
        ☐ Bisq
        ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Andrew Grosser_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
-------------------------------------  X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :
              Plaintiff,
                                     :
       -against-                                Civil Action No. 1:21-cv-00260-PB
                                     :
LBRY, INC.,
                                     :
              Defendant.
                                     :
-------------------------------------  X
```

## **DECLARATION**

I, __Andrew Johnson_____, declare as follows:

1. I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2. In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Andrew Johnson_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
------------------------------------  X
SECURITIES AND EXCHANGE            :
COMMISSION,
                                   :
              Plaintiff,
                                   :
       -against-                      Civil Action No. 1:21-cv-00260-PB
                                   :
LBRY, INC.,
                                   :
              Defendant.
                                   :
------------------------------------  X
```

## DECLARATION

I, ___Andrew Pilkington_____, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Andrew Pilkington_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
-------------------------------------   X
SECURITIES AND EXCHANGE                 :
COMMISSION,
                                        :
                Plaintiff,
                                        :
        -against-                           Civil Action No. 1:21-cv-00260-PB
                                        :
LBRY, INC.,
                                        :
                Defendant.
                                        :
-------------------------------------   X
```

## DECLARATION

I, ___Andrey Albershteyn___, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Andrey Albershteyn_

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| ------------------------------------- X | |
| SECURITIES AND EXCHANGE COMMISSION, : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. 1:21-cv-00260-PB |
| -against- : | |
| LBRY, INC., : | |
| : | |
| Defendant. : | |
| ------------------------------------- X | |

## <u>DECLARATION</u>

I, ___Andrzej Korwin-Mikke___, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Andrzej Korwin-Mikke_

156722820.1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
------------------------------------- X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :
              Plaintiff,
                                     :
        -against-                        Civil Action No. 1:21-cv-00260-PB
                                     :
LBRY, INC.,
                                     :
              Defendant.
                                     :
------------------------------------- X
```

## **DECLARATION**

I, __Anton Kostyuchenko__, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Anton Kostyuchenko_

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
--------------------------------------  X
SECURITIES AND EXCHANGE                 :
COMMISSION,
                                        :
                 Plaintiff,
                                        :
       -against-                             Civil Action No. 1:21-cv-00260-PB
                                        :
LBRY, INC.,
                                        :
                 Defendant.
                                        :
--------------------------------------  X
```

## DECLARATION

I, ___Anton Nortje_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☒ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☐ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Anton Nortje_____

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

---------------------------------------  X

SECURITIES AND EXCHANGE : 
COMMISSION,

                 :

              Plaintiff,

                 :

      -against-               :     Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                :

              Defendant.     :

---------------------------------------  X

## **DECLARATION**

     I, ___Armando Molina_____ , declare as follows:

     1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

     2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

         ☐ Bittrex
         ☐ MXC
         ☐ BitMart
         ☐ HotBit
         ☐ CoinEx
         ☐ Poloniex
         ☐ Upbit
         ☐ ShapeShift
         ☒ MoonPay
         ☐ Bisq
         ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

                     *Armando Molina*
                 _____

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------  X
SECURITIES AND EXCHANGE                :
COMMISSION,
                                       :
              Plaintiff,
                                       :
       -against-                            Civil Action No. 1:21-cv-00260-PB
                                       :
LBRY, INC.,
                                       :
              Defendant.
                                       :
-------------------------------------  X
```

## **DECLARATION**

I, _____Artur Müller_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _2_ day of _May_, 2022.

_____Artur Müller_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
------------------------------------  X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :
              Plaintiff,
                                     :
       -against-                          Civil Action No. 1:21-cv-00260-PB
                                     :
LBRY, INC.,
                                     :
              Defendant.
                                     :
------------------------------------  X
```

## DECLARATION

I, ___Artur Pedziwilk_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_____
*Artur Pedziwilk*

```
------------------------------------- X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :
            Plaintiff,
                                     :
      -against-                          Civil Action No. 1:21-cv-00260-PB
                                     :
LBRY, INC.,
                                     :
            Defendant.
                                     :
------------------------------------- X
```

## DECLARATION

I, _Augustin Vidovic_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Augustin Vidovic_____

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
------------------------------------  X
SECURITIES AND EXCHANGE             :
COMMISSION,
                                    :
                Plaintiff,
                                    :
        -against-                       Civil Action No. 1:21-cv-00260-PB
                                    :
LBRY, INC.,
                                    :
                Defendant.
                                    :
------------------------------------  X
```

## **DECLARATION**

I, __Aurel Egholm_____, declare as follows:

    1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
- ☐ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Aurel Egholm_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

-------------------------------------- X

SECURITIES AND EXCHANGE COMMISSION,

             Plaintiff,

    -against-

LBRY, INC.,

            Defendant.

-------------------------------------- X

Civil Action No. 1:21-cv-00260-PB

## DECLARATION

I, ___Bard Mannseth___, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Bard Mannseth_

```
-------------------------------------      X
SECURITIES AND EXCHANGE                    :
COMMISSION,
                                           :
              Plaintiff,
                                           :
       -against-                           :      Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                                :

              Defendant.                   :
-------------------------------------      X
```

## DECLARATION

I, __Barry G Freeman_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Barry G Freeman_____

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE**

```
------------------------------------  X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :
                Plaintiff,
                                     :
        -against-                         Civil Action No. 1:21-cv-00260-PB
                                     :
LBRY, INC.,
                                     :
                Defendant.
                                     :
------------------------------------  X
```

## **DECLARATION**

I, __Barry Voeten_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Barry Voeten_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
--------------------------------------    X
SECURITIES AND EXCHANGE                   :
COMMISSION,
                                          :
                Plaintiff,
                                          :
        -against-                              Civil Action No. 1:21-cv-00260-PB
                                          :
LBRY, INC.,
                                          :
                Defendant.
                                          :
--------------------------------------    X
```

## DECLARATION

I, ___Barton Lynch_____, declare as follows:

1.       I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.       In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _1_ day of _May_, 2022.

_Barton Lynch_____

```
------------------------------------  X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :
                Plaintiff,
                                     :
        -against-                          Civil Action No. 1:21-cv-00260-PB
                                     :
LBRY, INC.,
                                     :
                Defendant.
                                     :
------------------------------------  X
```

## **DECLARATION**

I, ___Bein Weller_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Bein Weller_____

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

---------------------------------------- X

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

      -against-                  :     Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,

                Defendant.

---------------------------------------- X

## **DECLARATION**

I, __Ben Delbart_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☐ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr__, 2022.

_Ben Delbart_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
-------------------------------------  X
SECURITIES AND EXCHANGE               :
COMMISSION,
                                      :
                Plaintiff,
                                      :
        -against-                          Civil Action No. 1:21-cv-00260-PB
                                      :
LBRY, INC.,                           :
                Defendant.            :
-------------------------------------  X
```

## DECLARATION

I, __Benjamin Hoeflinger_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☒ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☐ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Benjamin Hoeflinger_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
------------------------------------  X
SECURITIES AND EXCHANGE               :
COMMISSION,
                                      :
                Plaintiff,
                                      :
        -against-                          Civil Action No. 1:21-cv-00260-PB
                                      :
LBRY, INC.,
                                      :
                Defendant.
                                      :
------------------------------------  X
```

## DECLARATION

I, __Bernard Truong_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Bernard Truong_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------    X
SECURITIES AND EXCHANGE                  :
COMMISSION,
                                         :
                Plaintiff,
                                         :
        -against-                            Civil Action No. 1:21-cv-00260-PB
                                         :
LBRY, INC.,
                                         :
                Defendant.
                                         :
-------------------------------------    X
```

## DECLARATION

I, ___BjÃ¸rnar Right Solvang___, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_BjÃ¸rnar Right Solvang_

<div align="center">

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

</div>

```
------------------------------------   X
SECURITIES AND EXCHANGE               :
COMMISSION,
                                      :
                Plaintiff,
                                      :
        -against-                        Civil Action No. 1:21-cv-00260-PB
                                      :
LBRY, INC.,
                                      :
                Defendant.
                                      :
------------------------------------   X
```

<div align="center">

**DECLARATION**

</div>

I, __Brendan Murphy_____, declare as follows:

      1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

      2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

    ☐ Bittrex
    ☐ MXC
    ☐ BitMart
    ☐ HotBit
    ☐ CoinEx
    ☐ Poloniex
    ☐ Upbit
    ☐ ShapeShift
    ☒ MoonPay
    ☐ Bisq
    ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Brendan Murphy_____

```
------------------------------------  X
SECURITIES AND EXCHANGE               :
COMMISSION,
                                      :
                Plaintiff,
                                      :
        -against-                         Civil Action No. 1:21-cv-00260-PB
                                      :
LBRY, INC.,                           :

                Defendant.            :
------------------------------------  X
```

## DECLARATION

I, __Brett Gossage__, declare as follows:

    1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Brett Gossage_

<div align="center">

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

</div>

```
------------------------------------   X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :
                Plaintiff,
                                     :
       -against-                          Civil Action No. 1:21-cv-00260-PB
                                     :
LBRY, INC.,
                                     :
                Defendant.
                                     :
------------------------------------   X
```

<div align="center">

**DECLARATION**

</div>

I, __Brian Brewer_____, declare as follows:

     1.    I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

     2.    In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

    ☐ Bittrex
    ☐ MXC
    ☐ BitMart
    ☐ HotBit
    ☐ CoinEx
    ☐ Poloniex
    ☐ Upbit
    ☐ ShapeShift
    ☒ MoonPay
    ☐ Bisq
    ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Brian Brewer_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| -------------------------------------- X | |
| SECURITIES AND EXCHANGE COMMISSION, : | |
| : | |
| Plaintiff, : | |
| : | |
| -against- : | Civil Action No. 1:21-cv-00260-PB |
| : | |
| LBRY, INC., : | |
| : | |
| Defendant. : | |
| -------------------------------------- X | |

## DECLARATION

I, ___Brooks Classick_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Brooks Classick_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
------------------------------------- X
SECURITIES AND EXCHANGE          :
COMMISSION,
                                 :
            Plaintiff,
                                 :
      -against-                       Civil Action No. 1:21-cv-00260-PB
                                 :
LBRY, INC.,
                                 :
            Defendant.
                                 :
------------------------------------- X
```

## **DECLARATION**

I, ___Byrom Fewell JR_____, declare as follows:

1.       I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.       In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Byrom Fewell JR_____

```
------------------------------------- X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :
              Plaintiff,
                                     :
      -against-                          Civil Action No. 1:21-cv-00260-PB
                                     :
LBRY, INC.,
                                     :
              Defendant.
                                     :
------------------------------------- X
```

## DECLARATION

I, ___Byron Purvis_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☐ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr__, 2022.

_____*Byron Purvis*_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| ------------------------------------- X | |
| SECURITIES AND EXCHANGE COMMISSION, : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. 1:21-cv-00260-PB |
| -against- : | |
| LBRY, INC., : | |
| : | |
| Defendant. : | |
| ------------------------------------- X | |

## <u>DECLARATION</u>

I, ___Callum McGregor___, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☒ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☐ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Callum McGregor_

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

---------------------------------------- X

SECURITIES AND EXCHANGE
COMMISSION,

            Plaintiff,

    -against-

LBRY, INC.,

         Defendant.

---------------------------------------- X

Civil Action No. 1:21-cv-00260-PB

## **DECLARATION**

I,   Camiel Vandecavey  , declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☐ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this  30  day of  Apr , 2022.

                      *Camiel Vandecavey*

```
------------------------------------- X
SECURITIES AND EXCHANGE             :
COMMISSION,
                                    :
              Plaintiff,
                                    :
        -against-                        Civil Action No. 1:21-cv-00260-PB
                                    :
LBRY, INC.,
                                    :
              Defendant.
                                    :
------------------------------------- X
```

## DECLARATION

I,  __Carl Hepburn__ , declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☒ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_ , 2022.

_Carl Hepburn_

<div align="center">

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

</div>

```
------------------------------------   X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :
            Plaintiff,
                                     :
     -against-                            Civil Action No. 1:21-cv-00260-PB
                                     :
LBRY, INC.,
                                     :
            Defendant.
                                     :
------------------------------------   X
```

<div align="center">

**DECLARATION**

</div>

I, ___Carlos Lizarraga Rodrigo___ , declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
        ☐ Bittrex
        ☐ MXC
        ☐ BitMart
        ☐ HotBit
        ☐ CoinEx
        ☐ Poloniex
        ☐ Upbit
        ☐ ShapeShift
        ☒ MoonPay
        ☐ Bisq
        ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_ , 2022.

<div align="right">

_Carlos Lizarraga Rodrigo_
_____

</div>

```
------------------------------------- X
SECURITIES AND EXCHANGE               :
COMMISSION,
                                      :
                 Plaintiff,
                                      :
        -against-                         Civil Action No. 1:21-cv-00260-PB
                                      :
LBRY, INC.,
                                      :
                 Defendant.
                                      :
------------------------------------- X
```

## DECLARATION

I, __carlos parada_____, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
- ☐ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☐ MoonPay
- ☐ Bisq
- ☒ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_carlos parada_____

```
------------------------------------  X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :
            Plaintiff,
                                     :
     -against-                           Civil Action No. 1:21-cv-00260-PB
                                     :
LBRY, INC.,
                                     :
            Defendant.
                                     :
------------------------------------  X
```

## DECLARATION

I, __Carlos Pfister_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☒ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_____Carlos Pfister_____

<div align="center">

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

</div>

```
-------------------------------------   X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :
            Plaintiff,
                                     :
     -against-                             Civil Action No. 1:21-cv-00260-PB
                                     :
LBRY, INC.,
                                     :
            Defendant.
                                     :
-------------------------------------   X
```

<div align="center">

**DECLARATION**

</div>

I, ___Cass Maggio_____, declare as follows:

1.  I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.  In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
    - ☒ Bittrex
    - ☐ MXC
    - ☐ BitMart
    - ☐ HotBit
    - ☐ CoinEx
    - ☐ Poloniex
    - ☐ Upbit
    - ☐ ShapeShift
    - ☒ MoonPay
    - ☐ Bisq
    - ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

<div align="right">

_Cass Maggio_____

</div>

```
------------------------------------   X
SECURITIES AND EXCHANGE                :
COMMISSION,
                                       :
              Plaintiff,
                                       :
        -against-                           Civil Action No. 1:21-cv-00260-PB
                                       :
LBRY, INC.,
                                       :
              Defendant.
------------------------------------   X
```

## **DECLARATION**

I, _____CÃ©dric Le Vourc'h_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_CÃ©dric Le Vourc'h_

156722820.1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| ------------------------------------- X | |
| SECURITIES AND EXCHANGE COMMISSION, : | |
| : | |
| Plaintiff, : | |
| : | |
| -against- : | Civil Action No. 1:21-cv-00260-PB |
| : | |
| LBRY, INC., : | |
| : | |
| Defendant. : | |
| ------------------------------------- X | |

## **DECLARATION**

I, ____Cedric Rogers_____, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☐ MoonPay
☐ Bisq
☒ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Cedric Rogers_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| -------------------------------------- X | |
| SECURITIES AND EXCHANGE COMMISSION, : | |
| : | |
| Plaintiff, : | |
| : | |
| -against- : | Civil Action No. 1:21-cv-00260-PB |
| : | |
| LBRY, INC., : | |
| : | |
| Defendant. : | |
| -------------------------------------- X | |

## <u>DECLARATION</u>

I, <u>   Charles de Recht         </u>, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this <u>29</u> day of <u>Apr </u>, 2022.

<u>          *Charles de Recht*          </u>

<div align="center">

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

</div>

```
-------------------------------------        X
SECURITIES AND EXCHANGE                      :
COMMISSION,
                                             :
              Plaintiff,
                                             :
       -against-                                  Civil Action No. 1:21-cv-00260-PB
                                             :
LBRY, INC.,
                                             :
              Defendant.
                                             :
-------------------------------------        X
```

<div align="center">

**<u>DECLARATION</u>**

</div>

I, __Charles Fustos_____, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

<div align="right">

_Charles Fustos_____

</div>

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------  X
SECURITIES AND EXCHANGE                :
COMMISSION,
                                       :
                 Plaintiff,
                                       :
        -against-                          Civil Action No. 1:21-cv-00260-PB
                                       :
LBRY, INC.,
                                       :
                 Defendant.
                                       :
-------------------------------------  X
```

## **DECLARATION**

I, <u>  Charles M Durrett       </u>, declare as follows:

     1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

     2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☐ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☒ ShapeShift
- ☐ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this <u> 30 </u> day of <u> Apr  </u>, 2022.

<u>     Charles M. Durrett         </u>

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
------------------------------------        X
SECURITIES AND EXCHANGE                     :
COMMISSION,
                                            :
                    Plaintiff,
                                            :
        -against-                                Civil Action No. 1:21-cv-00260-PB
                                            :
LBRY, INC.,
                                            :
                    Defendant.
                                            :
------------------------------------        X
```

## <u>DECLARATION</u>

I,   <u>Chris Davenport</u>  , declare as follows:

1.    I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.    In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this <u>29</u> day of <u>Apr</u>, 2022.

<u>*Chris Davenport*</u>

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
------------------------------------  X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :
             Plaintiff,
                                     :
        -against-                         Civil Action No. 1:21-cv-00260-PB
                                     :
LBRY, INC.,
                                     :
             Defendant.
                                     :
------------------------------------  X
```

## DECLARATION

I, __Chris Thompson_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☐ MoonPay
☐ Bisq
☒ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_____*Chris Thompson*_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
--------------------------------------      X
SECURITIES AND EXCHANGE                     :
COMMISSION,
                                            :
            Plaintiff,
                                            :
      -against-                                   Civil Action No. 1:21-cv-00260-PB
                                            :
LBRY, INC.,
                                            :
            Defendant.
                                            :
--------------------------------------      X
```

## DECLARATION

I,  __Chris Toschi_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_____
*Chris Toschi*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
------------------------------------  X
SECURITIES AND EXCHANGE             :
COMMISSION,
                                    :
            Plaintiff,
                                    :
     -against-                          Civil Action No. 1:21-cv-00260-PB
                                    :
LBRY, INC.,
                                    :
            Defendant.
                                    :
------------------------------------  X
```

## DECLARATION

I, ___Christoffer Weiss_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

___Christoffer Weiss_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| ------------------------------------- X | |
| SECURITIES AND EXCHANGE COMMISSION, : | |
| : | |
| Plaintiff, : | |
| -against- : | Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., : | |
| Defendant. : | |
| ------------------------------------- X | |

## <u>DECLARATION</u>

I, ___Christoph Kirchner___ , declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☒ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☐ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_ , 2022.

_Christoph Kirchner_
_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| ------------------------------------- X | |
| SECURITIES AND EXCHANGE COMMISSION, : | |
| : | |
| Plaintiff, : | |
| : | |
| -against- : | Civil Action No. 1:21-cv-00260-PB |
| : | |
| LBRY, INC., : | |
| : | |
| Defendant. : | |
| ------------------------------------- X | |

## DECLARATION

I, __Christophe Mahoux__ , declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☒ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_ , 2022.

_Christophe Mahoux_

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
------------------------------------- X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :
                Plaintiff,
                                     :
        -against-                         Civil Action No. 1:21-cv-00260-PB
                                     :
LBRY, INC.,
                                     :
                Defendant.
                                     :
------------------------------------- X
```

## DECLARATION

I, ___Christopher Grimmett___, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☒ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Christopher Grimmett_

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------  X
SECURITIES AND EXCHANGE               :
COMMISSION,
                                      :
              Plaintiff,
                                      :
       -against-                              Civil Action No. 1:21-cv-00260-PB
                                      :
LBRY, INC.,
                                      :
              Defendant.
                                      :
-------------------------------------  X
```

## DECLARATION

I, __Christopher John Sullivan__, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Christopher John Sullivan_

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE**

```
-------------------------------------    X
SECURITIES AND EXCHANGE                  :
COMMISSION,
                                         :

              Plaintiff,                 :

      -against-                          :      Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                              :

              Defendant.                 :
-------------------------------------    X
```

## **DECLARATION**

I, ___Christos Platis_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Christos Platis_____

| | |
|---|---|
| -------------------------------------- X | |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| | : |
| -against- | :   Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| | : |
| Defendant. | : |
| -------------------------------------- X | |

## DECLARATION

I, __Cihangir Pelin_____, declare as follows:

1.    I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.    In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
    ☐ Bittrex
    ☐ MXC
    ☐ BitMart
    ☐ HotBit
    ☐ CoinEx
    ☐ Poloniex
    ☐ Upbit
    ☐ ShapeShift
    ☒ MoonPay
    ☐ Bisq
    ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Cihangir Pelin_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
------------------------------------  X
SECURITIES AND EXCHANGE            :
COMMISSION,
                                   :
            Plaintiff,
                                   :
     -against-                         Civil Action No. 1:21-cv-00260-PB
                                   :
LBRY, INC.,
                                   :
            Defendant.
                                   :
------------------------------------  X
```

## **DECLARATION**

I, __Clay Kriese_____, declare as follows:

1.  I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.  In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _2_ day of _May_, 2022.

_Clay Kriese_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
-------------------------------------  X
SECURITIES AND EXCHANGE                :
COMMISSION,
                                       :
                Plaintiff,
                                       :
        -against-                          Civil Action No. 1:21-cv-00260-PB
                                       :
LBRY, INC.,
                                       :
                Defendant.
                                       :
-------------------------------------  X
```

## DECLARATION

I, ___Corey Daniels_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr__, 2022.

_Corey Daniels_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
------------------------------------        X
SECURITIES AND EXCHANGE                     :
COMMISSION,
                                            :
              Plaintiff,
                                            :
        -against-                                   Civil Action No. 1:21-cv-00260-PB
                                            :
LBRY, INC.,
                                            :
              Defendant.
                                            :
------------------------------------        X
```

## DECLARATION

I, ___Corey Hunter_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Corey Hunter_____

```
------------------------------------   X
SECURITIES AND EXCHANGE                :
COMMISSION,
                                       :
            Plaintiff,
                                       :
    -against-                              Civil Action No. 1:21-cv-00260-PB
                                       :
LBRY, INC.,
                                       :
            Defendant.
                                       :
------------------------------------   X
```

## DECLARATION

I, ___Corné Dannhauser_____ , declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _1_ day of _May_ , 2022.

_Corné Dannhauser_____

```
-------------------------------------         X
SECURITIES AND EXCHANGE                       :
COMMISSION,
                                              :
                  Plaintiff,
                                              :
        -against-                                   Civil Action No. 1:21-cv-00260-PB
                                              :
LBRY, INC.,
                                              :
                  Defendant.
                                              :
-------------------------------------         X
```

## DECLARATION

I, __Crystal Ford_____, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Crystal Ford_____

<div align="center">

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

</div>

```
-------------------------------------        X
SECURITIES AND EXCHANGE                      :
COMMISSION,
                                             :
              Plaintiff,
                                             :
       -against-                                   Civil Action No. 1:21-cv-00260-PB
                                             :
LBRY, INC.,
                                             :
              Defendant.
                                             :
-------------------------------------        X
```

<div align="center">

**DECLARATION**

</div>

I, __Dainius Sileika_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☐ MoonPay
☐ Bisq
☒ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

<div align="right">

*Dainius Sileika*
_____

</div>

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
------------------------------------- X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :
                Plaintiff,
                                     :
        -against-                        Civil Action No. 1:21-cv-00260-PB
                                     :
LBRY, INC.,
                                     :
                Defendant.
                                     :
------------------------------------- X
```

## DECLARATION

I, __Dan Eriksson_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
- ☐ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Dan Eriksson_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
-------------------------------------- X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :
                Plaintiff,
                                     :
        -against-                          Civil Action No. 1:21-cv-00260-PB
                                     :
LBRY, INC.,
                                     :
                Defendant.
                                     :
-------------------------------------- X
```

## **DECLARATION**

I, __Dan Todor_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Dan Todor_____

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

---------------------------------------- X

SECURITIES AND EXCHANGE COMMISSION, :

:

        Plaintiff, :

:

   -against- :    Civil Action No. 1:21-cv-00260-PB

:

LBRY, INC., :

:

        Defendant. :

---------------------------------------- X

## **DECLARATION**

I, __Daniel Green_____, declare as follows:

    1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

        ☒ Bittrex
        ☐ MXC
        ☐ BitMart
        ☐ HotBit
        ☐ CoinEx
        ☐ Poloniex
        ☐ Upbit
        ☐ ShapeShift
        ☒ MoonPay
        ☐ Bisq
        ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

                *Daniel Green*
               _____

<div align="center">**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**</div>

```
------------------------------------   X
SECURITIES AND EXCHANGE                :
COMMISSION,
                                       :
                Plaintiff,
                                       :
        -against-                          Civil Action No. 1:21-cv-00260-PB
                                       :
LBRY, INC.,
                                       :
                Defendant.
                                       :
------------------------------------   X
```

<div align="center">**DECLARATION**</div>

I, __Daniel Oreskovich_____, declare as follows:

1.  I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.  In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☒ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☐ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Daniel Oreskovich_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------      X
SECURITIES AND EXCHANGE                    :
COMMISSION,
                                           :
              Plaintiff,
                                           :
        -against-                                Civil Action No. 1:21-cv-00260-PB
                                           :
LBRY, INC.,
                                           :
              Defendant.
                                           :
-------------------------------------      X
```

## **DECLARATION**

I, __Daniel Simpson_____, declare as follows:

    1.    I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.    In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

        ☒ Bittrex
        ☐ MXC
        ☐ BitMart
        ☐ HotBit
        ☐ CoinEx
        ☐ Poloniex
        ☐ Upbit
        ☐ ShapeShift
        ☒ MoonPay
        ☐ Bisq
        ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Daniel Simpson_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
-------------------------------------  X
SECURITIES AND EXCHANGE            :
COMMISSION,
                                   :
            Plaintiff,
                                   :
      -against-                        Civil Action No. 1:21-cv-00260-PB
                                   :
LBRY, INC.,
                                   :
            Defendant.
                                   :
-------------------------------------  X
```

## DECLARATION

I, ___david apps_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_david apps_____

```
-------------------------------------        X
SECURITIES AND EXCHANGE                      :
COMMISSION,
                                             :
              Plaintiff,
                                             :
         -against-                                Civil Action No. 1:21-cv-00260-PB
                                             :
LBRY, INC.,
                                             :
              Defendant.
                                             :
-------------------------------------        X
```

## DECLARATION

I, __David Bickel_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☒ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_David Bickel_____

```
------------------------------------     X
SECURITIES AND EXCHANGE                  :
COMMISSION,
                                         :
                Plaintiff,
                                         :
        -against-                              Civil Action No. 1:21-cv-00260-PB
                                         :
LBRY, INC.,
                                         :
                Defendant.
                                         :
------------------------------------     X
```

## DECLARATION

I, ___David Heggli_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_David Heggli_____

```
------------------------------------- X
SECURITIES AND EXCHANGE               :
COMMISSION,
                                      :
              Plaintiff,
                                      :
       -against-                          Civil Action No. 1:21-cv-00260-PB
                                      :
LBRY, INC.,
                                      :
              Defendant.
                                      :
------------------------------------- X
```

## DECLARATION

I,  David Kelly           , declare as follows:

    1.    I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.    In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☐ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this  29  day of  Apr  , 2022.

*David Kelly*

```
-------------------------------------        X
SECURITIES AND EXCHANGE                      :
COMMISSION,
                                             :
                Plaintiff,
                                             :
        -against-                                   Civil Action No. 1:21-cv-00260-PB
                                             :
LBRY, INC.,
                                             :
                Defendant.
                                             :
-------------------------------------        X
```

## **DECLARATION**

I, __David Lloyd_____, declare as follows:

1.       I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.       In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_David Lloyd_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------        X
SECURITIES AND EXCHANGE                      :
COMMISSION,
                                             :
                    Plaintiff,
                                             :
        -against-                                    Civil Action No. 1:21-cv-00260-PB
                                             :
LBRY, INC.,
                                             :
                    Defendant.
                                             :
-------------------------------------        X
```

## DECLARATION

I, ___David Maidment_____, declare as follows:

    1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

    ☒ Bittrex
    ☐ MXC
    ☐ BitMart
    ☐ HotBit
    ☐ CoinEx
    ☐ Poloniex
    ☐ Upbit
    ☐ ShapeShift
    ☐ MoonPay
    ☐ Bisq
    ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_David Maidment_____

```
-------------------------------------        X
SECURITIES AND EXCHANGE                      :
COMMISSION,
                                             :
              Plaintiff,
                                             :
        -against-                                    Civil Action No. 1:21-cv-00260-PB
                                             :
LBRY, INC.,
                                             :
              Defendant.
                                             :
-------------------------------------        X
```

**DECLARATION**

I, __David Rawling_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _1_ day of _May_, 2022.

_David Rawling_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | | |
|---|---|---|
| -------------------------------------- | X | |
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| -against- | : | Civil Action No. 1:21-cv-00260-PB |
| | : | |
| LBRY, INC., | : | |
| | : | |
| Defendant. | : | |
| -------------------------------------- | X | |

## DECLARATION

I, ___Dejan Timotijevic___, declare as follows:

1.       I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.       In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _1_ day of _May_, 2022.

_Dejan Timotijevic_

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| ------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | : Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| Defendant. | : |
| ------------------------------------- | X |

## <u>DECLARATION</u>

I, __Deniz Bazan_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Deniz Bazan_____

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------    X
SECURITIES AND EXCHANGE                  :
COMMISSION,
                                         :
                Plaintiff,
                                         :
        -against-                             Civil Action No. 1:21-cv-00260-PB
                                         :
LBRY, INC.,
                                         :
                Defendant.
                                         :
-------------------------------------    X
```

## **DECLARATION**

I, __Drake Eubanks_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Drake Eubanks_____

```
-------------------------------------  X
SECURITIES AND EXCHANGE                :
COMMISSION,
                                       :
              Plaintiff,
                                       :
       -against-                             Civil Action No. 1:21-cv-00260-PB
                                       :
LBRY, INC.,
                                       :
              Defendant.
                                       :
-------------------------------------  X
```

## DECLARATION

I, ___Ebu tada_____, declare as follows:

1.  I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.  In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
    ☐ Bittrex
    ☐ MXC
    ☐ BitMart
    ☐ HotBit
    ☐ CoinEx
    ☐ Poloniex
    ☐ Upbit
    ☐ ShapeShift
    ☒ MoonPay
    ☐ Bisq
    ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Ebu Tada_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
------------------------------------- X
SECURITIES AND EXCHANGE                :
COMMISSION,
                                       :
            Plaintiff,
                                       :
      -against-                              Civil Action No. 1:21-cv-00260-PB
                                       :
LBRY, INC.,
                                       :
            Defendant.
                                       :
------------------------------------- X
```

## DECLARATION

I, ___Eddie Lawrence_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
        ☐ Bittrex
        ☐ MXC
        ☐ BitMart
        ☐ HotBit
        ☐ CoinEx
        ☐ Poloniex
        ☐ Upbit
        ☐ ShapeShift
        ☒ MoonPay
        ☐ Bisq
        ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Eddie Lawrence_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| -------------------------------------- X | |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| | : |
| -against- | :     Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| | : |
| Defendant. | : |
| -------------------------------------- X | |

## DECLARATION

I, ___Edvinas Jasiulevicius___, declare as follows:

1.  I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.  In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
    ☐ Bittrex
    ☐ MXC
    ☐ BitMart
    ☐ HotBit
    ☐ CoinEx
    ☐ Poloniex
    ☐ Upbit
    ☐ ShapeShift
    ☒ MoonPay
    ☐ Bisq
    ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _1_ day of _May_, 2022.

*Edvinas Jasiulevicius*

```
------------------------------------   X
SECURITIES AND EXCHANGE                :
COMMISSION,
                                       :
              Plaintiff,
                                       :
        -against-                          Civil Action No. 1:21-cv-00260-PB
                                       :
LBRY, INC.,
                                       :
              Defendant.
                                       :
------------------------------------   X
```

## **DECLARATION**

I, __Einar Kuusk_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Einar Kuusk_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
-------------------------------------  X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :
              Plaintiff,
                                     :
        -against-                          Civil Action No. 1:21-cv-00260-PB
                                     :
LBRY, INC.,
                                     :
              Defendant.
                                     :
-------------------------------------  X
```

## DECLARATION

I, ___Elias Kuntz_____, declare as follows:

1.    I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.    In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
    ☐ Bittrex
    ☐ MXC
    ☐ BitMart
    ☐ HotBit
    ☐ CoinEx
    ☐ Poloniex
    ☐ Upbit
    ☐ ShapeShift
    ☒ MoonPay
    ☐ Bisq
    ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_____*Elias Kuntz*_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
-------------------------------------  X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :
              Plaintiff,
                                     :
       -against-                            Civil Action No. 1:21-cv-00260-PB
                                     :
LBRY, INC.,
                                     :
              Defendant.
                                     :
-------------------------------------  X
```

## <u>DECLARATION</u>

I, _____Elias Nodland_____, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_____Elias Nodland_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------- X
SECURITIES AND EXCHANGE               :
COMMISSION,
                                      :
              Plaintiff,
                                      :
      -against-                            Civil Action No. 1:21-cv-00260-PB
                                      :
LBRY, INC.,
                                      :
              Defendant.
                                      :
-------------------------------------- X
```

## DECLARATION

I, __Emiel Kollof_____ , declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_ , 2022.

_Emiel Kollof_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
------------------------------------   X
SECURITIES AND EXCHANGE                :
COMMISSION,
                                       :
                Plaintiff,
                                       :
        -against-                          Civil Action No. 1:21-cv-00260-PB
                                       :
LBRY, INC.,
                                       :
                Defendant.
                                       :
------------------------------------   X
```

## **DECLARATION**

I, ___Emilia Smolinska___, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Emilia Smolinska_

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
------------------------------------  X
SECURITIES AND EXCHANGE             :
COMMISSION,
                                    :
            Plaintiff,
                                    :
      -against-                          Civil Action No. 1:21-cv-00260-PB
                                    :
LBRY, INC.,
                                    :
            Defendant.
                                    :
------------------------------------  X
```

## DECLARATION

I,   __Emmanuel de Meulenaer__  , declare as follows:

    1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
- ☐ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Emmanuel de Meulenaer_

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------  X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :
              Plaintiff,
                                     :
     -against-                            Civil Action No. 1:21-cv-00260-PB
                                     :
LBRY, INC.,
                                     :
              Defendant.
                                     :
-------------------------------------  X
```

## DECLARATION

I,   Endre Bakken Stovner  , declare as follows:

    1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☐ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this  1  day of  May , 2022.

                               *Endre Bakken Stovner*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
------------------------------------  X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :
                 Plaintiff,
                                     :
        -against-                        Civil Action No. 1:21-cv-00260-PB
                                     :
LBRY, INC.,
                                     :
                 Defendant.
                                     :
------------------------------------  X
```

## DECLARATION

I, __Eric Prusinski_____, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Eric Prusinski_____

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

--------------------------------------- X

SECURITIES AND EXCHANGE COMMISSION,    :

      :

          Plaintiff,    :

     -against-    :    Civil Action No. 1:21-cv-00260-PB

      :

LBRY, INC.,    :

          Defendant.    :

--------------------------------------- X

## **DECLARATION**

I, _Eusebio Rufian-Zilbermann_, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
         ☐ Bittrex
         ☐ MXC
         ☐ BitMart
         ☐ HotBit
         ☐ CoinEx
         ☐ Poloniex
         ☐ Upbit
         ☐ ShapeShift
         ☒ MoonPay
         ☐ Bisq
         ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Eusebio Rufian-Zilbermann_

<div align="center">

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

</div>

```
-------------------------------------     X
SECURITIES AND EXCHANGE                   :
COMMISSION,
                                          :
               Plaintiff,
                                          :
      -against-                                Civil Action No. 1:21-cv-00260-PB
                                          :
LBRY, INC.,
                                          :
               Defendant.
                                          :
-------------------------------------     X
```

<div align="center">

**<u>DECLARATION</u>**

</div>

I, __Evan Goetjen_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

<div align="right">

*Evan Goetjen*
_____

</div>

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

------------------------------------- X

SECURITIES AND EXCHANGE : 
COMMISSION,

                 : 

          Plaintiff,

                 : 

      -against-            Civil Action No. 1:21-cv-00260-PB

                 : 

LBRY, INC.,

                 : 

          Defendant.

------------------------------------- X

## DECLARATION

I,   Falk Joensson  , declare as follows:

    1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

*Falk Joensson*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
-------------------------------------    X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :
            Plaintiff,
                                     :
      -against-                            Civil Action No. 1:21-cv-00260-PB
                                     :
LBRY, INC.,
                                     :
            Defendant.
                                     :
-------------------------------------    X
```

## DECLARATION

I, ___Flaviano Pasinetti___, declare as follows:

1.  I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.  In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
    ☐ Bittrex
    ☐ MXC
    ☐ BitMart
    ☐ HotBit
    ☐ CoinEx
    ☐ Poloniex
    ☐ Upbit
    ☐ ShapeShift
    ☒ MoonPay
    ☐ Bisq
    ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Flaviano Pasinetti_

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
------------------------------------- X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :
              Plaintiff,
                                     :
      -against-                           Civil Action No. 1:21-cv-00260-PB
                                     :
LBRY, INC.,
                                     :
              Defendant.
                                     :
------------------------------------- X
```

## **DECLARATION**

I, ___Fouad Mourtada_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
- ☒ Bittrex
- ☒ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☐ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Fouad Mourtada_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| ------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| | : |
| -against- | :     Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| | : |
| Defendant. | : |
| ------------------------------------- | X |

## <u>DECLARATION</u>

I, <u>  Francesco Riccio           </u>, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this <u> 29 </u> day of <u> Apr  </u>, 2022.

<u>     *Francesco Riccio*          </u>

156722820.1

```
-------------------------------------  X
SECURITIES AND EXCHANGE             :
COMMISSION,
                                    :
                Plaintiff,
                                    :
      -against-                     :     Civil Action No. 1:21-cv-00260-PB
                                    :
LBRY, INC.,
                                    :
                Defendant.          :
-------------------------------------  X
```

## <u>DECLARATION</u>

I, __Frank Liborius Hellweg__ , declare as follows:

    1.    I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.    In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_ , 2022.

_Frank Liborius Hellweg_

<div align="center">

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

</div>

```
------------------------------------     X
SECURITIES AND EXCHANGE                  :
COMMISSION,
                                         :
              Plaintiff,
                                         :
      -against-                                Civil Action No. 1:21-cv-00260-PB
                                         :
LBRY, INC.,
                                         :
              Defendant.
                                         :
------------------------------------     X
```

<div align="center">

**DECLARATION**

</div>

I,  __Frank Tegtmeyer_____ , declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_ , 2022.

_Frank Tegtmeyer_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

|  |  |  |
|---|---|---|
| ------------------------------------- | X | |
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| | : | |
| Plaintiff, | : | |
| -against- | : | Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : | |
| Defendant. | : | |
| ------------------------------------- | X | |

## DECLARATION

I,  <u>Frederico Martins de Medeiros</u> , declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this <u>30</u> day of <u>Apr</u>, 2022.

<u>     Frederico Martins de Medeiros     </u>

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
-------------------------------------  X
SECURITIES AND EXCHANGE                :
COMMISSION,
                                       :
            Plaintiff,
                                       :
      -against-                            Civil Action No. 1:21-cv-00260-PB
                                       :
LBRY, INC.,
                                       :
            Defendant.
                                       :
-------------------------------------  X
```

## DECLARATION

I, __Gamez, Remedios__ , declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_ , 2022.

_Gamez Remedios_

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
------------------------------------  X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :
                Plaintiff,
                                     :
        -against-                         Civil Action No. 1:21-cv-00260-PB
                                     :
LBRY, INC.,
                                     :
                Defendant.
                                     :
------------------------------------  X
```

## <u>DECLARATION</u>

I, <u>    Gee Gee                    </u>, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☒ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☐ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this <u>1 </u> day of <u> May </u>, 2022.

<u>           *Gee Gee*                    </u>

<div align="center">

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

</div>

```
------------------------------------  X
SECURITIES AND EXCHANGE               :
COMMISSION,
                                      :
              Plaintiff,
                                      :
      -against-                             Civil Action No. 1:21-cv-00260-PB
                                      :
LBRY, INC.,
                                      :
              Defendant.
                                      :
------------------------------------  X
```

<div align="center">

**DECLARATION**

</div>

I, __Geoff Lea_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_____*Geoff Lea*_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
------------------------------------   X
SECURITIES AND EXCHANGE                :
COMMISSION,
                                       :
                 Plaintiff,
                                       :
      -against-                            Civil Action No. 1:21-cv-00260-PB
                                       :
LBRY, INC.,
                                       :
                 Defendant.
                                       :
------------------------------------   X
```

## **DECLARATION**

I, ___Geoffrey Michel_____, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
&#9744; Bittrex
&#9744; MXC
&#9744; BitMart
&#9744; HotBit
&#9744; CoinEx
&#9744; Poloniex
&#9744; Upbit
&#9744; ShapeShift
&#9746; MoonPay
&#9744; Bisq
&#9744; Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _2_ day of _May_, 2022.

_Geoffrey Michel_____

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------  X
SECURITIES AND EXCHANGE                :
COMMISSION,
                                       :
              Plaintiff,
                                       :
       -against-                            Civil Action No. 1:21-cv-00260-PB
                                       :
LBRY, INC.,
                                       :
              Defendant.
                                       :
-------------------------------------  X
```

## **DECLARATION**

I, ___Geoffrey Whittington___, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Geoffrey Whittington_

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| ------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| | : |
| -against- | :     Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| | : |
| Defendant. | : |
| ------------------------------------- | X |

## **DECLARATION**

I,    Gorka Hernández   , declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
    ☐ Bittrex
    ☐ MXC
    ☐ BitMart
    ☐ HotBit
    ☐ CoinEx
    ☐ Poloniex
    ☐ Upbit
    ☐ ShapeShift
    ☒ MoonPay
    ☐ Bisq
    ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this  29  day of  Apr , 2022.

                *Gorka HernÁndez*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
-------------------------------------   X
SECURITIES AND EXCHANGE               :
COMMISSION,
                                      :
              Plaintiff,
                                      :
       -against-                          Civil Action No. 1:21-cv-00260-PB
                                      :
LBRY, INC.,
                                      :
              Defendant.
                                      :
-------------------------------------   X
```

## DECLARATION

I, __Gregory van isschot__, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Gregory van isschot_

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
-------------------------------------  X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :
            Plaintiff,
                                     :
     -against-                              Civil Action No. 1:21-cv-00260-PB
                                     :
LBRY, INC.,
                                     :
            Defendant.
                                     :
-------------------------------------  X
```

## <u>DECLARATION</u>

I, ___Hannes Wallnöfer_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_____
      Hannes Wallnöfer

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
-------------------------------------  X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :
              Plaintiff,
                                     :
       -against-                            Civil Action No. 1:21-cv-00260-PB
                                     :
LBRY, INC.,
                                     :
              Defendant.
                                     :
-------------------------------------  X
```

## <u>DECLARATION</u>

I, ___Hans van Buitenen_____, declare as follows:

1.       I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.       In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Hans van Buitenen_____

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
------------------------------------  X
SECURITIES AND EXCHANGE               :
COMMISSION,
                                      :
                Plaintiff,
                                      :
        -against-                         Civil Action No. 1:21-cv-00260-PB
                                      :
LBRY, INC.,
                                      :
                Defendant.
                                      :
------------------------------------  X
```

## **DECLARATION**

I, ___Helmar Rudolph_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Helmar Rudolph_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
------------------------------------   X
SECURITIES AND EXCHANGE               :
COMMISSION,
                                      :
            Plaintiff,
                                      :
     -against-                             Civil Action No. 1:21-cv-00260-PB
                                      :
LBRY, INC.,
                                      :
            Defendant.
                                      :
------------------------------------   X
```

## DECLARATION

I, ___Henk van der Linden___, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Henk van der Linden_

```
-------------------------------------    X
SECURITIES AND EXCHANGE                  :
COMMISSION,
                                         :
            Plaintiff,
                                         :
       -against-                              Civil Action No. 1:21-cv-00260-PB
                                         :
LBRY, INC.,
                                         :
            Defendant.
                                         :
-------------------------------------    X
```

## <u>DECLARATION</u>

I, ___Hurng-Chun Lee_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Hurng—Chun Lee_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------        X
SECURITIES AND EXCHANGE                      :
COMMISSION,
                                             :
                Plaintiff,
                                             :
        -against-                                    Civil Action No. 1:21-cv-00260-PB
                                             :
LBRY, INC.,
                                             :
                Defendant.
                                             :
-------------------------------------        X
```

## DECLARATION

I, _____Ian le bihan_____, declare as follows:

1.  I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.  In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_____Ian le bihan_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

---------------------------------------- X

SECURITIES AND EXCHANGE COMMISSION, :

:

        Plaintiff, :

   -against- :    Civil Action No. 1:21-cv-00260-PB

LBRY, INC., :

        Defendant. :

---------------------------------------- X

## DECLARATION

I, __Igor Donkov_____, declare as follows:

    1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
        ☐ Bittrex
        ☐ MXC
        ☐ BitMart
        ☐ HotBit
        ☐ CoinEx
        ☐ Poloniex
        ☐ Upbit
        ☐ ShapeShift
        ☒ MoonPay
        ☐ Bisq
        ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _1_ day of _May_, 2022.

_Igor Donkov_____

```
-------------------------------------        X
SECURITIES AND EXCHANGE                      :
COMMISSION,
                                             :
              Plaintiff,
                                             :
      -against-                                   Civil Action No. 1:21-cv-00260-PB
                                             :
LBRY, INC.,
                                             :
              Defendant.
                                             :
-------------------------------------        X
```

## DECLARATION

I, _____ILIA KALISTRU_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_____ILIA KALISTRU_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
------------------------------------- X
SECURITIES AND EXCHANGE            :
COMMISSION,
                                   :
            Plaintiff,
                                   :
      -against-                        Civil Action No. 1:21-cv-00260-PB
                                   :
LBRY, INC.,
                                   :
            Defendant.
                                   :
------------------------------------- X
```

## DECLARATION

I, ___Isabel Fernández Rodríguez___, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _2_ day of _May_, 2022.

_Isabel Fernández Rodríguez_

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------        X
SECURITIES AND EXCHANGE                      :
COMMISSION,
                                             :
              Plaintiff,
                                             :
        -against-                                  Civil Action No. 1:21-cv-00260-PB
                                             :
LBRY, INC.,
                                             :
              Defendant.
                                             :
-------------------------------------        X
```

## **DECLARATION**

I, __Jack Espinoza_____, declare as follows:

    1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
- ☐ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr__, 2022.

_____*Jack Espinoza*_____

```
-------------------------------------        X
SECURITIES AND EXCHANGE                      :
COMMISSION,
                                             :
                 Plaintiff,
                                             :
         -against-                               Civil Action No. 1:21-cv-00260-PB
                                             :
LBRY, INC.,
                                             :
                 Defendant.
                                             :
-------------------------------------        X
```

## DECLARATION

I, ___Jack Lascombes_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Jack Lascombes_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
------------------------------------- X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :
              Plaintiff,
                                     :
        -against-                        Civil Action No. 1:21-cv-00260-PB
                                     :
LBRY, INC.,
                                     :
              Defendant.
                                     :
------------------------------------- X
```

## <u>DECLARATION</u>

I, ___Jacob Warren_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☐ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Jacob Warren_____

```
-------------------------------------      X
SECURITIES AND EXCHANGE                    :
COMMISSION,
                                           :
            Plaintiff,
                                           :
      -against-                                  Civil Action No. 1:21-cv-00260-PB
                                           :
LBRY, INC.,
                                           :
            Defendant.
                                           :
-------------------------------------      X
```

## **DECLARATION**

I,   __Jamie Steel_____ , declare as follows:

    1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

        ☒ Bittrex
        ☐ MXC
        ☐ BitMart
        ☐ HotBit
        ☐ CoinEx
        ☐ Poloniex
        ☐ Upbit
        ☐ ShapeShift
        ☒ MoonPay
        ☐ Bisq
        ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Jamie Steel_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| ------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| | : |
| -against- | :    Civil Action No. 1:21-cv-00260-PB |
| | : |
| LBRY, INC., | : |
| | : |
| Defendant. | : |
| ------------------------------------- | X |

## DECLARATION

I,  <u>Jan Zajc</u> , declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☐ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this  <u>29</u>  day of  <u>Apr</u> , 2022.

<u>*Jan Zajc*</u>

```
------------------------------------     X
SECURITIES AND EXCHANGE                  :
COMMISSION,
                                         :
               Plaintiff,
                                         :
      -against-                              Civil Action No. 1:21-cv-00260-PB
                                         :
LBRY, INC.,
                                         :
               Defendant.
                                         :
------------------------------------     X
```

## DECLARATION

I, ___JAVIER GALISTEO TORRES___ , declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☐ MoonPay
☐ Bisq
☒ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_ , 2022.

*TORRES*                          *JAVIER GALISTEO*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
------------------------------------  X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :
              Plaintiff,
                                     :
         -against-                        Civil Action No. 1:21-cv-00260-PB
                                     :
LBRY, INC.,
                                     :
              Defendant.
                                     :
------------------------------------  X
```

## <u>DECLARATION</u>

I, __Jay Stevens_____, declare as follows:

1.    I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.    In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_____*Jay Stevens*_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| ------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| | : |
| -against- | :     Civil Action No. 1:21-cv-00260-PB |
| | : |
| LBRY, INC., | : |
| | : |
| Defendant. | : |
| ------------------------------------- | X |

## DECLARATION

I,  Jean-Daniel Bernier  , declare as follows:

1.  I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.  In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

       ☒ Bittrex
       ☐ MXC
       ☐ BitMart
       ☐ HotBit
       ☐ CoinEx
       ☐ Poloniex
       ☐ Upbit
       ☐ ShapeShift
       ☒ MoonPay
       ☐ Bisq
       ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Jean-Daniel Bernier_

<div align="center">

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

</div>

```
------------------------------------  X
SECURITIES AND EXCHANGE             :
COMMISSION,
                                    :
             Plaintiff,
                                    :
      -against-                     :   Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                         :

             Defendant.             :
------------------------------------  X
```

<div align="center">

**<u>DECLARATION</u>**

</div>

I,   <u>Jens Kreiensiek</u>  , declare as follows:

    1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

        ☐ Bittrex
        ☐ MXC
        ☐ BitMart
        ☐ HotBit
        ☐ CoinEx
        ☐ Poloniex
        ☐ Upbit
        ☐ ShapeShift
        ☒ MoonPay
        ☐ Bisq
        ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this <u>29</u> day of <u>Apr</u>, 2022.

<div align="right">

<u>*Jens Kreiensiek*</u>       

</div>

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------        X
SECURITIES AND EXCHANGE                      :
COMMISSION,
                                             :
                Plaintiff,
                                             :
        -against-                                    Civil Action No. 1:21-cv-00260-PB
                                             :
LBRY, INC.,                                  :

                Defendant.                   :
-------------------------------------        X
```

## **DECLARATION**

I, __jeremy bonnefoy_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
&#9746; Bittrex
&#9744; MXC
&#9744; BitMart
&#9744; HotBit
&#9744; CoinEx
&#9744; Poloniex
&#9744; Upbit
&#9744; ShapeShift
&#9746; MoonPay
&#9744; Bisq
&#9744; Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_____jeremy bonnefoy_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| ------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| | : |
| -against- | :   Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| | : |
| Defendant. | : |
| ------------------------------------- | X |

## DECLARATION

I, __Jeremy Ellingham_____, declare as follows:

1.    I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.    In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Jeremy Ellingham_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
-------------------------------------  X
SECURITIES AND EXCHANGE                :
COMMISSION,
                                       :
            Plaintiff,
                                       :
      -against-                        :    Civil Action No. 1:21-cv-00260-PB
                                       :
LBRY, INC.,
                                       :
            Defendant.
                                       :
-------------------------------------  X
```

## **DECLARATION**

I, ___Jesus Rodriguez Helguera___, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
- ☐ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _1_ day of _May_, 2022.

_Jesus Rodriguez Helguera_

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------        X
SECURITIES AND EXCHANGE                      :
COMMISSION,
                                             :
            Plaintiff,
                                             :
      -against-                                    Civil Action No. 1:21-cv-00260-PB
                                             :
LBRY, INC.,
                                             :
            Defendant.
                                             :
-------------------------------------        X
```

## <u>DECLARATION</u>

I, ___Jim Fisk_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Jim Fisk_____

```
-------------------------------------        X
SECURITIES AND EXCHANGE                      :
COMMISSION,
                                             :
                 Plaintiff,
                                             :
        -against-                                   Civil Action No. 1:21-cv-00260-PB
                                             :
LBRY, INC.,
                                             :
                 Defendant.
                                             :
-------------------------------------        X
```

## DECLARATION

I, __Johannes Merok_____, declare as follows:

1.　　I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.　　In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Johannes Merok_____

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
------------------------------------   X
SECURITIES AND EXCHANGE                :
COMMISSION,
                                       :
                 Plaintiff,
                                       :
        -against-                          Civil Action No. 1:21-cv-00260-PB
                                       :
LBRY, INC.,
                                       :
                 Defendant.
                                       :
------------------------------------   X
```

## **DECLARATION**

I,   John Spurgeon  , declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

    ☒ Bittrex
    ☐ MXC
    ☐ BitMart
    ☐ HotBit
    ☐ CoinEx
    ☐ Poloniex
    ☐ Upbit
    ☐ ShapeShift
    ☒ MoonPay
    ☐ Bisq
    ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this  29  day of  Apr , 2022.

*John Spurgeon*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| -------------------------------------- X | |
| SECURITIES AND EXCHANGE COMMISSION, : | |
| : | |
| Plaintiff, : | |
| : | |
| -against- : | Civil Action No. 1:21-cv-00260-PB |
| : | |
| LBRY, INC., : | |
| : | |
| Defendant. : | |
| -------------------------------------- X | |

## DECLARATION

I, ___Jon arne sandÃ,_____ , declare as follows:

1.  I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.  In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☐ MoonPay
☐ Bisq
☒ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_ , 2022.

_Jon arne sandÃ_ ☒

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

-------------------------------------- X
SECURITIES AND EXCHANGE : 
COMMISSION,
                             :

             Plaintiff,

                             :

     -against-                   :    Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                   :

             Defendant.      :

-------------------------------------- X

## DECLARATION

I, ___Jonathan Addo_____, declare as follows:

    1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

        ☒ Bittrex
        ☐ MXC
        ☐ BitMart
        ☐ HotBit
        ☐ CoinEx
        ☐ Poloniex
        ☐ Upbit
        ☐ ShapeShift
        ☒ MoonPay
        ☐ Bisq
        ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Jonathan Addo_____

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
------------------------------------  X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :
              Plaintiff,
                                     :
       -against-                     :     Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                          :

              Defendant.             :
------------------------------------  X
```

## **DECLARATION**

I, _Jonathan Crawley_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr__, 2022.

_Jonathan Crawley_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
-------------------------------------  X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :
              Plaintiff,
                                     :
       -against-                         Civil Action No. 1:21-cv-00260-PB
                                     :
LBRY, INC.,
                                     :
              Defendant.
                                     :
-------------------------------------  X
```

## <u>DECLARATION</u>

I, __Jordan Blackburn__ , declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☒ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☐ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_ , 2022.

_Jordan Blackburn_

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
-------------------------------------  X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :
            Plaintiff,
                                     :
      -against-                            Civil Action No. 1:21-cv-00260-PB
                                     :
LBRY, INC.,
                                     :
            Defendant.
                                     :
-------------------------------------  X
```

## DECLARATION

I, ___Jordan Giesige_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Jordan Giesige_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| ------------------------------------- X | |
| SECURITIES AND EXCHANGE COMMISSION, : | |
| : | |
| Plaintiff, : | |
| : | |
| -against- : | Civil Action No. 1:21-cv-00260-PB |
| : | |
| LBRY, INC., : | |
| : | |
| Defendant. : | |
| ------------------------------------- X | |

## <u>DECLARATION</u>

I, __Josef Gabriel Gall_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Josef Gabriel Gall_____

| | |
|---|---|
| -------------------------------------- X | |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| | : |
| -against- | :    Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| Defendant. | : |
| -------------------------------------- X | |

## DECLARATION

I, __Joseph Loney_____, declare as follows:

1.    I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.    In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr__, 2022.

_Joseph Loney_____

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
--------------------------------------        X
SECURITIES AND EXCHANGE                       :
COMMISSION,
                                              :
                    Plaintiff,
                                              :
        -against-                                    Civil Action No. 1:21-cv-00260-PB
                                              :
LBRY, INC.,
                                              :
                    Defendant.
                                              :
--------------------------------------        X
```

## DECLARATION

I, ___Joseph Mahomond-Suaiden___, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☒ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Joseph Mahomond—Suaiden_

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| ------------------------------------- X | |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| | : |
| -against- | : Civil Action No. 1:21-cv-00260-PB |
| | : |
| LBRY, INC., | : |
| | : |
| Defendant. | : |
| ------------------------------------- X | |

## <u>DECLARATION</u>

I, ___JoÅ¾e Hrenko_____, declare as follows:

1.  I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.  In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_JoÅ¾e Hrenko_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| -------------------------------------- X | |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| | : |
| -against- | :     Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| | : |
| Defendant. | : |
| -------------------------------------- X | |

## <u>DECLARATION</u>

I, __jp jordaan_____, declare as follows:

1.    I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.    In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_jp jordaan_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
------------------------------------- X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :
            Plaintiff,
                                     :
     -against-                            Civil Action No. 1:21-cv-00260-PB
                                     :
LBRY, INC.,
                                     :
            Defendant.
------------------------------------- X
```

## **DECLARATION**

I, __Julian Ilett_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Julian Ilett_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------    X
SECURITIES AND EXCHANGE                  :
COMMISSION,
                                         :
                 Plaintiff,
                                         :
       -against-                              Civil Action No. 1:21-cv-00260-PB
                                         :
LBRY, INC.,
                                         :
                 Defendant.
                                         :
-------------------------------------    X
```

## DECLARATION

I, __Julian Leonhart__, declare as follows:

1.    I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.    In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
    ☐ Bittrex
    ☐ MXC
    ☐ BitMart
    ☐ HotBit
    ☐ CoinEx
    ☐ Poloniex
    ☐ Upbit
    ☐ ShapeShift
    ☒ MoonPay
    ☐ Bisq
    ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Julian Leonhart_

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| ------------------------------------- X | |
| SECURITIES AND EXCHANGE COMMISSION, : | |
| : | |
| Plaintiff, : | |
| : | |
| -against- : | Civil Action No. 1:21-cv-00260-PB |
| : | |
| LBRY, INC., : | |
| : | |
| Defendant. : | |
| ------------------------------------- X | |

## DECLARATION

I, __Julian O'Neill_____, declare as follows:

1.  I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.  In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
    ☐ Bittrex
    ☐ MXC
    ☐ BitMart
    ☐ HotBit
    ☐ CoinEx
    ☐ Poloniex
    ☐ Upbit
    ☐ ShapeShift
    ☒ MoonPay
    ☐ Bisq
    ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Julian O'Neill_____

<div align="center">

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

</div>

| | |
|---|---|
| ------------------------------------- X | |
| SECURITIES AND EXCHANGE COMMISSION, : | |
| : | |
| Plaintiff, : | |
| : | |
| -against- : | Civil Action No. 1:21-cv-00260-PB |
| : | |
| LBRY, INC., : | |
| : | |
| Defendant. : | |
| ------------------------------------- X | |

<div align="center">

**DECLARATION**

</div>

I, __Julius Dehner_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☐ MoonPay
☐ Bisq
☒ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Julius Dehner_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------   X
SECURITIES AND EXCHANGE                 :
COMMISSION,
                                        :
                Plaintiff,
                                        :
        -against-                           Civil Action No. 1:21-cv-00260-PB
                                        :
LBRY, INC.,
                                        :
                Defendant.
                                        :
-------------------------------------   X
```

## DECLARATION

I, __Julius Ukanis_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☒ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☐ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr__, 2022.

_Julius Ukanis_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| ------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | :    Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| Defendant. | : |
| ------------------------------------- | X |

## DECLARATION

I, ___Justin Anderson___, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Justin Anderson_

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

-------------------------------------- X

SECURITIES AND EXCHANGE :
COMMISSION,

                       :

            Plaintiff, 

                       :

      -against-                 :      Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                    :

            Defendant.      :

-------------------------------------- X

## **DECLARATION**

      I, __Kamil Monicz_____, declare as follows:

      1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

      2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

           ☒ Bittrex
           ☐ MXC
           ☐ BitMart
           ☐ HotBit
           ☒ CoinEx
           ☐ Poloniex
           ☐ Upbit
           ☐ ShapeShift
           ☐ MoonPay
           ☐ Bisq
           ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

                          *Kamil Monicz*_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
-------------------------------------  X
SECURITIES AND EXCHANGE                :
COMMISSION,
                                       :
              Plaintiff,
                                       :
         -against-                        Civil Action No. 1:21-cv-00260-PB
                                       :
LBRY, INC.,
                                       :
              Defendant.
                                       :
-------------------------------------  X
```

## DECLARATION

I,   Kay Sindre Skogseth  , declare as follows:

1.    I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.    In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
    ☐ Bittrex
    ☐ MXC
    ☐ BitMart
    ☐ HotBit
    ☐ CoinEx
    ☐ Poloniex
    ☐ Upbit
    ☐ ShapeShift
    ☒ MoonPay
    ☐ Bisq
    ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this  29  day of  Apr , 2022.

*Kay Sindre Skogseth*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
------------------------------------- X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :
                Plaintiff,
                                     :
        -against-                         Civil Action No. 1:21-cv-00260-PB
                                     :
LBRY, INC.,
                                     :
                Defendant.
                                     :
------------------------------------- X
```

## DECLARATION

I, _____Kenneth CHU_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
     ☒ Bittrex
     ☐ MXC
     ☐ BitMart
     ☐ HotBit
     ☐ CoinEx
     ☐ Poloniex
     ☐ Upbit
     ☐ ShapeShift
     ☒ MoonPay
     ☐ Bisq
     ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_____
*Kenneth CHU*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | | |
|---|---|---|
| ------------------------------------ | X | |
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| Plaintiff, | : | |
| -against- | : | Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : | |
| Defendant. | : | |
| ------------------------------------ | X | |

**DECLARATION**

I, Kenneth Williamson, declare as follows:

1. I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2. In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☐ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this 3 day of May, 2022.

Kenneth Williamson

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
-------------------------------------  X
SECURITIES AND EXCHANGE             :
COMMISSION,
                                    :
              Plaintiff,
                                    :
        -against-                        Civil Action No. 1:21-cv-00260-PB
                                    :
LBRY, INC.,
                                    :
              Defendant.
                                    :
-------------------------------------  X
```

## DECLARATION

I, _____Kenny Smith_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Kenny Smith_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
-------------------------------------  X
SECURITIES AND EXCHANGE               :
COMMISSION,
                                      :
                 Plaintiff,
                                      :
       -against-                          Civil Action No. 1:21-cv-00260-PB
                                      :
LBRY, INC.,
                                      :
                 Defendant.
                                      :
-------------------------------------  X
```

## DECLARATION

I, _____Kenzo Tsuda_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_____*Kenzo Tsuda*_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
------------------------------------  X
SECURITIES AND EXCHANGE             :
COMMISSION,
                                    :
            Plaintiff,
                                    :
      -against-                          Civil Action No. 1:21-cv-00260-PB
                                    :
LBRY, INC.,
                                    :
            Defendant.
                                    :
------------------------------------  X
```

## DECLARATION

I, _____Kevin Stahl_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_____Kevin Stahl_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
------------------------------------- X
SECURITIES AND EXCHANGE                :
COMMISSION,
                                       :
                Plaintiff,
                                       :
        -against-                          Civil Action No. 1:21-cv-00260-PB
                                       :
LBRY, INC.,
                                       :
                Defendant.
                                       :
------------------------------------- X
```

## **DECLARATION**

I, ___Kieran Woodward___, declare as follows:

    1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Kieran Woodward_

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
--------------------------------------   X
SECURITIES AND EXCHANGE                  :
COMMISSION,
                                         :
                 Plaintiff,
                                         :
      -against-                                Civil Action No. 1:21-cv-00260-PB
                                         :
LBRY, INC.,
                                         :
                 Defendant.
                                         :
--------------------------------------   X
```

## DECLARATION

I, ___Killian Gimenez_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Killian Gimenez_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
------------------------------------- X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :
              Plaintiff,
                                     :
      -against-                            Civil Action No. 1:21-cv-00260-PB
                                     :
LBRY, INC.,
                                     :
              Defendant.
                                     :
------------------------------------- X
```

## DECLARATION

I, ___Krzys Przedpelski___, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☒ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Krzys Przedpelski_

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| -------------------------------------- X | |
| SECURITIES AND EXCHANGE COMMISSION, : | |
| : | |
| Plaintiff, : | |
| : | |
| -against- : | Civil Action No. 1:21-cv-00260-PB |
| : | |
| LBRY, INC., : | |
| : | |
| Defendant. : | |
| -------------------------------------- X | |

## <u>DECLARATION</u>

I, ___Lillian Zarif_____, declare as follows:

1.	I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.	In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_____*Lillian Zarif*_____

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------     X
SECURITIES AND EXCHANGE                   :
COMMISSION,
                                          :
              Plaintiff,
                                          :
       -against-                              Civil Action No. 1:21-cv-00260-PB
                                          :
LBRY, INC.,
                                          :
              Defendant.
                                          :
-------------------------------------     X
```

## **DECLARATION**

I, ___LukÃ¡Å¡ BlaÅ¾ek_____, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _3_ day of _May_, 2022.

_LukÃⶠÃ¡ BlaÃⶠek_

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| ------------------------------------- X | |
| SECURITIES AND EXCHANGE COMMISSION, : | |
| : | |
| Plaintiff, : | |
| -against- : | Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., : | |
| Defendant. : | |
| ------------------------------------- X | |

## DECLARATION

I, __Luke Whittemore_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☒ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Luke Whittemore_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
-------------------------------------   X
SECURITIES AND EXCHANGE                 :
COMMISSION,
                                        :
                Plaintiff,
                                        :
        -against-                           Civil Action No. 1:21-cv-00260-PB
                                        :
LBRY, INC.,
                                        :
                Defendant.
                                        :
-------------------------------------   X
```

## <u>DECLARATION</u>

I, __Marc Maciã_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Marc Maciã_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| -------------------------------------- X | |
| SECURITIES AND EXCHANGE COMMISSION, : | |
| : | |
| Plaintiff, : | |
| : | |
| -against- : | Civil Action No. 1:21-cv-00260-PB |
| : | |
| LBRY, INC., : | |
| : | |
| Defendant. : | |
| -------------------------------------- X | |

## <u>DECLARATION</u>

I, ___Marc Winter_____, declare as follows:

1.　　I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.　　In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
　　　　☐ Bittrex
　　　　☐ MXC
　　　　☐ BitMart
　　　　☐ HotBit
　　　　☐ CoinEx
　　　　☐ Poloniex
　　　　☐ Upbit
　　　　☐ ShapeShift
　　　　☒ MoonPay
　　　　☐ Bisq
　　　　☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_____Marc Winter_____

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
------------------------------------- X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :
              Plaintiff,
                                     :
        -against-                    :     Civil Action No. 1:21-cv-00260-PB
                                     :
LBRY, INC.,
                                     :
              Defendant.
                                     :
------------------------------------- X
```

## <u>DECLARATION</u>

I, __Marcel Hain_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Marcel Hain_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------        X
SECURITIES AND EXCHANGE                      :
COMMISSION,
                                             :
                Plaintiff,
                                             :
        -against-                                Civil Action No. 1:21-cv-00260-PB
                                             :
LBRY, INC.,
                                             :
                Defendant.
                                             :
-------------------------------------        X
```

## DECLARATION

I, __Marco Martinotti_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Marco Martinotti_____

<div align="center">

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

</div>

```
------------------------------------   X
SECURITIES AND EXCHANGE                :
COMMISSION,
                                       :
              Plaintiff,
                                       :
       -against-                          Civil Action No. 1:21-cv-00260-PB
                                       :
LBRY, INC.,
                                       :
              Defendant.
                                       :
------------------------------------   X
```

<div align="center">

**<u>DECLARATION</u>**

</div>

I, ___Marcus Hoff_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
        ☐ Bittrex
        ☐ MXC
        ☐ BitMart
        ☐ HotBit
        ☐ CoinEx
        ☐ Poloniex
        ☐ Upbit
        ☐ ShapeShift
        ☒ MoonPay
        ☐ Bisq
        ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _2_ day of _May_, 2022.

_Marcus Hoff_____

```
------------------------------------    X
SECURITIES AND EXCHANGE                 :
COMMISSION,
                                        :
                Plaintiff,
                                        :
        -against-                             Civil Action No. 1:21-cv-00260-PB
                                        :
LBRY, INC.,
                                        :
                Defendant.
                                        :
------------------------------------    X
```

## DECLARATION

I, __Marcus O'Keeffe_____ , declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_ , 2022.

_Marcus O'Keeffe_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------   X
SECURITIES AND EXCHANGE                 :
COMMISSION,
                                        :
            Plaintiff,
                                        :
      -against-                              Civil Action No. 1:21-cv-00260-PB
                                        :
LBRY, INC.,
                                        :
            Defendant.
                                        :
-------------------------------------   X
```

## DECLARATION

I, __Marinela Sajina_____, declare as follows:

1.       I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.       In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _2_ day of _May_, 2022.

_Marinela Sajina_____

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
------------------------------------  X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :
              Plaintiff,
                                     :
         -against-                   :      Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                          :

              Defendant.             :
------------------------------------  X
```

## **DECLARATION**

I, __Mario Zuena_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Mario Zuena_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------  X
SECURITIES AND EXCHANGE               :
COMMISSION,
                                      :
                 Plaintiff,
                                      :
    -against-                              Civil Action No. 1:21-cv-00260-PB
                                      :
LBRY, INC.,
                                      :
                 Defendant.
                                      :
-------------------------------------  X
```

## DECLARATION

I, <u>  Mariusz Pinderak  </u>, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☒ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☐ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this <u> 29 </u> day of <u> Apr </u>, 2022.

<u>        *Mariusz Pinderak*        </u>

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------  X
SECURITIES AND EXCHANGE               :
COMMISSION,
                                      :
               Plaintiff,
                                      :
      -against-                            Civil Action No. 1:21-cv-00260-PB
                                      :
LBRY, INC.,
                                      :
               Defendant.
                                      :
-------------------------------------  X
```

## **DECLARATION**

I, __Mark McCraith_____, declare as follows:

1.    I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.    In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_____Mark McCraith_____

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------      X
SECURITIES AND EXCHANGE                    :
COMMISSION,
                                           :
              Plaintiff,
                                           :
       -against-                               Civil Action No. 1:21-cv-00260-PB
                                           :
LBRY, INC.,
                                           :
              Defendant.
                                           :
-------------------------------------      X
```

## DECLARATION

I, ___Mark Rowe Traver___, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☒ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Mark Rowe Traver_

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
------------------------------------   X
SECURITIES AND EXCHANGE                :
COMMISSION,
                                       :
                Plaintiff,
                                       :
      -against-                              Civil Action No. 1:21-cv-00260-PB
                                       :
LBRY, INC.,
                                       :
                Defendant.
                                       :
------------------------------------   X
```

## <u>DECLARATION</u>

I, <u>   Markus Tersch   </u>, declare as follows:

    1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this <u> 2 </u> day of <u> May </u>, 2022.

<u>      *Markus Tersch*               </u>

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------    X
SECURITIES AND EXCHANGE                  :
COMMISSION,
                                         :
                Plaintiff,
                                         :
        -against-                             Civil Action No. 1:21-cv-00260-PB
                                         :
LBRY, INC.,
                                         :
                Defendant.
                                         :
-------------------------------------    X
```

## **DECLARATION**

I, __Martin Argirov_____, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Martin Argirov_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
------------------------------------  X
SECURITIES AND EXCHANGE               :
COMMISSION,
                                      :
            Plaintiff,
                                      :
      -against-                            Civil Action No. 1:21-cv-00260-PB
                                      :
LBRY, INC.,
                                      :
            Defendant.
                                      :
------------------------------------  X
```

## DECLARATION

I, __Martyn Garcia_____, declare as follows:

1.       I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.       In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Martyn Garcia_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------        X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :
              Plaintiff,
                                     :
       -against-                            Civil Action No. 1:21-cv-00260-PB
                                     :
LBRY, INC.,
                                     :
              Defendant.
                                     :
-------------------------------------        X
```

## DECLARATION

I, ___Mathieu Belanger-Camden___ , declare as follows:

1.  I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.  In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

    ☒ Bittrex
    ☐ MXC
    ☐ BitMart
    ☐ HotBit
    ☐ CoinEx
    ☒ Poloniex
    ☐ Upbit
    ☐ ShapeShift
    ☐ MoonPay
    ☐ Bisq
    ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_ , 2022.

_Mathieu Belanger-Camden_

```
------------------------------------- X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :
                Plaintiff,
                                     :
     -against-                           Civil Action No. 1:21-cv-00260-PB
                                     :
LBRY, INC.,
                                     :
                Defendant.
                                     :
------------------------------------- X
```

## DECLARATION

I, _____Matt Roach_____, declare as follows:

　　1.　　I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

　　2.　　In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
　　　　☐ Bittrex
　　　　☐ MXC
　　　　☐ BitMart
　　　　☐ HotBit
　　　　☐ CoinEx
　　　　☐ Poloniex
　　　　☐ Upbit
　　　　☐ ShapeShift
　　　　☐ MoonPay
　　　　☐ Bisq
　　　　☒ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _2_ day of _May_, 2022.

_____Matt Roach_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| ------------------------------------- X | |
| SECURITIES AND EXCHANGE COMMISSION, : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. 1:21-cv-00260-PB |
| -against- : | |
| LBRY, INC., : | |
| : | |
| Defendant. : | |
| ------------------------------------- X | |

## <u>DECLARATION</u>

I, _Matthew Crossman_, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Matthew Crossman_

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
------------------------------------  X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :
              Plaintiff,
                                     :
      -against-                           Civil Action No. 1:21-cv-00260-PB
                                     :
LBRY, INC.,
                                     :
              Defendant.
                                     :
------------------------------------  X
```

## **DECLARATION**

I, ___Matthew neil_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Matthew neil_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| ------------------------------------- X | |
| SECURITIES AND EXCHANGE COMMISSION, : | |
| : | |
| Plaintiff, : | |
| : | |
| -against- : | Civil Action No. 1:21-cv-00260-PB |
| : | |
| LBRY, INC., : | |
| : | |
| Defendant. : | |
| ------------------------------------- X | |

## DECLARATION

I, __Matthew Widup__, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☒ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☐ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Matthew Widup_

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------        X
SECURITIES AND EXCHANGE                       :
COMMISSION,
                                              :
                 Plaintiff,
                                              :
       -against-                                   Civil Action No. 1:21-cv-00260-PB
                                              :
LBRY, INC.,
                                              :
                 Defendant.
                                              :
-------------------------------------        X
```

## **DECLARATION**

I,   Matthias Kent  , declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☒ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☐ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this  29  day of  Apr , 2022.

               *Matthias Kent*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

----------------------------------- X

SECURITIES AND EXCHANGE          :
COMMISSION,
                                 :

              Plaintiff,         :

      -against-                  :     Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                      :

              Defendant.         :

----------------------------------- X

## DECLARATION

I, ___Matthias Pester_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
- ☐ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Matthias Pester_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
------------------------------------   X
SECURITIES AND EXCHANGE                :
COMMISSION,
                                       :
                Plaintiff,
                                       :
        -against-                      :        Civil Action No. 1:21-cv-00260-PB
                                       :
LBRY, INC.,
                                       :
                Defendant.
                                       :
------------------------------------   X
```

## DECLARATION

I, __Matti Pulkkinen_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Matti Pulkkinen_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
------------------------------------- X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :
              Plaintiff,
                                     :
       -against-                          Civil Action No. 1:21-cv-00260-PB
                                     :
LBRY, INC.,
                                     :
              Defendant.
                                     :
------------------------------------- X
```

## <u>DECLARATION</u>

I, __Max Sklar_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_____Max Sklar_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------   X
SECURITIES AND EXCHANGE                 :
COMMISSION,
                                        :
            Plaintiff,
                                        :
      -against-                             Civil Action No. 1:21-cv-00260-PB
                                        :
LBRY, INC.,                             :
            Defendant.                  :
-------------------------------------   X
```

## <u>DECLARATION</u>

I, ___Micah Zoltu_____, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_____*Micah Zoltu*_____

```
------------------------------------  X
SECURITIES AND EXCHANGE               :
COMMISSION,
                                      :
              Plaintiff,
                                      :
        -against-                         Civil Action No. 1:21-cv-00260-PB
                                      :
LBRY, INC.,
                                      :
              Defendant.
                                      :
------------------------------------  X
```

## DECLARATION

I,   Michael Ballweg  , declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this  30  day of  Apr , 2022.

*Michael Ballweg*

```
------------------------------------    X
SECURITIES AND EXCHANGE                 :
COMMISSION,
                                        :
              Plaintiff,
                                        :
        -against-                          Civil Action No. 1:21-cv-00260-PB
                                        :
LBRY, INC.,
                                        :
              Defendant.
                                        :
------------------------------------    X
```

## DECLARATION

I, ___Michael Bowen_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☒ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☐ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr__, 2022.

_Michael bowen_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| -------------------------------------- X | |
| SECURITIES AND EXCHANGE COMMISSION, : | |
| : | |
| Plaintiff, : | |
| : | |
| -against- : Civil Action No. 1:21-cv-00260-PB |
| : | |
| LBRY, INC., : | |
| : | |
| Defendant. : | |
| -------------------------------------- X | |

## DECLARATION

I, ___Michael Brookes_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Michael Brookes_____

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------- X
SECURITIES AND EXCHANGE          :
COMMISSION,
                                 :
              Plaintiff,
                                 :
        -against-                :      Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                      :

              Defendant.         :
-------------------------------------- X
```

## **DECLARATION**

I, ___Michael Heron_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

    ☐ Bittrex
    ☐ MXC
    ☐ BitMart
    ☐ HotBit
    ☐ CoinEx
    ☐ Poloniex
    ☐ Upbit
    ☐ ShapeShift
    ☒ MoonPay
    ☐ Bisq
    ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Michael Heron_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
------------------------------------  X
SECURITIES AND EXCHANGE               :
COMMISSION,
                                      :
              Plaintiff,
                                      :
      -against-                            Civil Action No. 1:21-cv-00260-PB
                                      :
LBRY, INC.,
                                      :
              Defendant.
                                      :
------------------------------------  X
```

## DECLARATION

I, __Michael Lakerveld_____, declare as follows:

    1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
       ☐ Bittrex
       ☐ MXC
       ☐ BitMart
       ☐ HotBit
       ☐ CoinEx
       ☐ Poloniex
       ☐ Upbit
       ☐ ShapeShift
       ☒ MoonPay
       ☐ Bisq
       ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Michael Lakerveld_____

```
------------------------------------  X
SECURITIES AND EXCHANGE            :
COMMISSION,
                                   :
              Plaintiff,
                                   :
     -against-                          Civil Action No. 1:21-cv-00260-PB
                                   :
LBRY, INC.,
                                   :
              Defendant.
                                   :
------------------------------------  X
```

## DECLARATION

I, __Michael Romanovsk½__ , declare as follows:

1. I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2. In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_ , 2022.

_Michael Romanovsk A☒_

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
------------------------------------  X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :
              Plaintiff,
                                     :
       -against-                             Civil Action No. 1:21-cv-00260-PB
                                     :
LBRY, INC.,
                                     :
              Defendant.
                                     :
------------------------------------  X
```

## **DECLARATION**

I, __Michael Vargas_____, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☒ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☐ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr__, 2022.

_Michael Vargas_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------        X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :
                Plaintiff,
                                     :
        -against-                               Civil Action No. 1:21-cv-00260-PB
                                     :
LBRY, INC.,
                                     :
                Defendant.
                                     :
-------------------------------------        X
```

## DECLARATION

I, ___Michal Druciarek_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☒ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☐ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr__, 2022.

_Michal Druciarek_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------    X
SECURITIES AND EXCHANGE                  :
COMMISSION,
                                         :
            Plaintiff,
                                         :
     -against-                               Civil Action No. 1:21-cv-00260-PB
                                         :
LBRY, INC.,
                                         :
            Defendant.
                                         :
-------------------------------------    X
```

## **DECLARATION**

I, __Michal Konecny_____, declare as follows:

     1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

     2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☐ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _1_ day of _May_, 2022.

_Michal Konecny_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
------------------------------------  X
SECURITIES AND EXCHANGE             :
COMMISSION,
                                    :
                Plaintiff,
                                    :
        -against-                          Civil Action No. 1:21-cv-00260-PB
                                    :
LBRY, INC.,
                                    :
                Defendant.
                                    :
------------------------------------  X
```

## DECLARATION

I, <u>Michel Michael Wittwer</u>, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
     ☐ Bittrex
     ☐ MXC
     ☐ BitMart
     ☐ HotBit
     ☐ CoinEx
     ☐ Poloniex
     ☐ Upbit
     ☐ ShapeShift
     ☒ MoonPay
     ☐ Bisq
     ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

<u>*Michel Michael Wittwer*</u>

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
------------------------------------- X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :
              Plaintiff,
                                     :
        -against-                         Civil Action No. 1:21-cv-00260-PB
                                     :
LBRY, INC.,
                                     :
              Defendant.
                                     :
------------------------------------- X
```

## **DECLARATION**

I, __Mike Cantelon_____, declare as follows:

    1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☐ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _2_ day of _May_, 2022.

_Mike Cantelon_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------        X
SECURITIES AND EXCHANGE                      :
COMMISSION,
                                             :
                Plaintiff,
                                             :
        -against-                                   Civil Action No. 1:21-cv-00260-PB
                                             :
LBRY, INC.,
                                             :
                Defendant.
                                             :
-------------------------------------        X
```

## DECLARATION

I, _____Milan SlovÃ¡k_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
        ☐ Bittrex
        ☐ MXC
        ☐ BitMart
        ☐ HotBit
        ☐ CoinEx
        ☐ Poloniex
        ☐ Upbit
        ☐ ShapeShift
        ☒ MoonPay
        ☐ Bisq
        ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _1_ day of _May_, 2022.

_____Milan SlovÃ¡k_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
------------------------------------ X
SECURITIES AND EXCHANGE            :
COMMISSION,
                                   :
            Plaintiff,
                                   :
      -against-                          Civil Action No. 1:21-cv-00260-PB
                                   :
LBRY, INC.,
                                   :
            Defendant.
                                   :
------------------------------------ X
```

## **DECLARATION**

I, ___Mr Angus Pearson_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
- ☐ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Mr Angus Pearson_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
-------------------------------------   X
SECURITIES AND EXCHANGE                 :
COMMISSION,
                                        :
                Plaintiff,
                                        :
        -against-                            Civil Action No. 1:21-cv-00260-PB
                                        :
LBRY, INC.,
                                        :
                Defendant.
                                        :
-------------------------------------   X
```

## DECLARATION

I, <u>    Nat Tuck                    </u>, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
        ☐ Bittrex
        ☐ MXC
        ☐ BitMart
        ☐ HotBit
        ☐ CoinEx
        ☐ Poloniex
        ☐ Upbit
        ☐ ShapeShift
        ☒ MoonPay
        ☐ Bisq
        ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this <u> 29 </u> day of <u> Apr </u>, 2022.

<u>          *Nat Tuck*                    </u>

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
------------------------------------- X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :
                Plaintiff,
                                     :
        -against-                         Civil Action No. 1:21-cv-00260-PB
                                     :
LBRY, INC.,
                                     :
                Defendant.
                                     :
------------------------------------- X
```

## **DECLARATION**

I, ___Nathan Campbell___, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Nathan Campbell_

```
-------------------------------------        X
SECURITIES AND EXCHANGE                      :
COMMISSION,
                                             :
                Plaintiff,
                                             :
        -against-                                    Civil Action No. 1:21-cv-00260-PB
                                             :
LBRY, INC.,
                                             :
                Defendant.
                                             :
-------------------------------------        X
```

## **DECLARATION**

I, <u>  Nathan Penny  </u>, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this <u> 29 </u> day of <u> Apr </u>, 2022.

<u>                 *Nathan Penny*                 </u>

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------        X
SECURITIES AND EXCHANGE                      :
COMMISSION,
                                             :
                 Plaintiff,
                                             :
        -against-                                  Civil Action No. 1:21-cv-00260-PB
                                             :
LBRY, INC.,
                                             :
                 Defendant.
                                             :
-------------------------------------        X
```

## DECLARATION

I, ___Nathan Zwillich_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☐ MoonPay
☐ Bisq
☒ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _2_ day of _May_, 2022.

_Nathan Zwillich_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
------------------------------------- X
SECURITIES AND EXCHANGE               :
COMMISSION,
                                      :
                Plaintiff,
                                      :
        -against-                         Civil Action No. 1:21-cv-00260-PB
                                      :
LBRY, INC.,
                                      :
                Defendant.
                                      :
------------------------------------- X
```

## **DECLARATION**

I, __Neil Garner_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Neil Garner_____

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
------------------------------------   X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :
              Plaintiff,
                                     :
       -against-                          Civil Action No. 1:21-cv-00260-PB
                                     :
LBRY, INC.,
                                     :
              Defendant.
                                     :
------------------------------------   X
```

## **DECLARATION**

I, ___Nicaise J-Ch_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Nicaise J-Ch_____

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

-------------------------------------- X

SECURITIES AND EXCHANGE
COMMISSION,                            :

        Plaintiff,           :

   -against-                         :   Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                            :

        Defendant.           :

-------------------------------------- X

## **DECLARATION**

I, __Nicholas Primiano__ , declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
- ☐ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_ , 2022.

_Nicholas Primiano_

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| ------------------------------------- X | |
| SECURITIES AND EXCHANGE COMMISSION, : | |
| : | |
| Plaintiff, : | |
| -against- : | Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., : | |
| Defendant. : | |
| ------------------------------------- X | |

## DECLARATION

I, __Nick Hsiao_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☐ MoonPay
☐ Bisq
☒ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Nick Hsiao_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
-------------------------------------  X
SECURITIES AND EXCHANGE                :
COMMISSION,
                                       :
                Plaintiff,
                                       :
         -against-                         Civil Action No. 1:21-cv-00260-PB
                                       :
LBRY, INC.,
                                       :
                Defendant.
                                       :
-------------------------------------  X
```

## <u>DECLARATION</u>

I, __Nico Fischer_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Nico Fischer_____

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ------------------------------------- X | |
| SECURITIES AND EXCHANGE COMMISSION, : | |
| : | |
| Plaintiff, : | |
| : | |
| -against- : | Civil Action No. 1:21-cv-00260-PB |
| : | |
| LBRY, INC., : | |
| : | |
| Defendant. : | |
| ------------------------------------- X | |

## <u>DECLARATION</u>

I, __Nicolas Anguelov_____, declare as follows:

1.  I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.  In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☒ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☐ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_____*Nicolas Anguelov*_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------        X
SECURITIES AND EXCHANGE                      :
COMMISSION,
                                             :
                  Plaintiff,
                                             :
         -against-                               Civil Action No. 1:21-cv-00260-PB
                                             :
LBRY, INC.,
                                             :
                  Defendant.
                                             :
-------------------------------------        X
```

## DECLARATION

I, __Nicolas Duce_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Nicolas Duce_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
------------------------------------  X
SECURITIES AND EXCHANGE               :
COMMISSION,
                                      :
              Plaintiff,
                                      :
       -against-                          Civil Action No. 1:21-cv-00260-PB
                                      :
LBRY, INC.,
                                      :
              Defendant.
                                      :
------------------------------------  X
```

## **DECLARATION**

I, ___Nicolau Leal Werneck___, declare as follows:

1.    I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.    In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Nicolau Leal Werneck_

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

-------------------------------------- X

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

     -against-

LBRY, INC.,

              Defendant.

-------------------------------------- X

:
:
:
:
:
:
:

Civil Action No. 1:21-cv-00260-PB

## **DECLARATION**

I,   Nightmoon Eagle  , declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this 29 day of Apr , 2022.

*Nightmoon Eagle*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| ------------------------------------- X | |
| SECURITIES AND EXCHANGE COMMISSION, : | |
| : | |
| Plaintiff, : | |
| : | |
| -against- : | Civil Action No. 1:21-cv-00260-PB |
| : | |
| LBRY, INC., : | |
| : | |
| Defendant. : | |
| ------------------------------------- X | |

## DECLARATION

I, <u>  Nils Fredrik Gjerull  </u>, declare as follows:

1.    I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.    In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this <u> 29 </u> day of <u> Apr  </u>, 2022.

<u>        *Nils Fredrik Gjerull*        </u>

```
-------------------------------------  X
SECURITIES AND EXCHANGE                :
COMMISSION,
                                       :
                Plaintiff,
                                       :
        -against-                          Civil Action No. 1:21-cv-00260-PB
                                       :
LBRY, INC.,
                                       :
                Defendant.
                                       :
-------------------------------------  X
```

## DECLARATION

I, ___Oliver Howlett_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☒ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☐ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Oliver Howlett_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------        X
SECURITIES AND EXCHANGE                      :
COMMISSION,
                                             :
                 Plaintiff,
                                             :
        -against-                                    Civil Action No. 1:21-cv-00260-PB
                                             :
LBRY, INC.,
                                             :
                 Defendant.
-------------------------------------        X
```

## DECLARATION

I, __Pascal Audry_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Pascal Audry_____

```
------------------------------------- X
SECURITIES AND EXCHANGE             :
COMMISSION,
                                    :
              Plaintiff,
                                    :
        -against-                        Civil Action No. 1:21-cv-00260-PB
                                    :
LBRY, INC.,
                                    :
              Defendant.
                                    :
------------------------------------- X
```

## DECLARATION

I, ___Paul Jeffery_____, declare as follows:

1.       I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.       In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☒ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _1_ day of _May_, 2022.

_____*Paul Jeffery*_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
-------------------------------------  X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :
              Plaintiff,
                                     :
        -against-                         Civil Action No. 1:21-cv-00260-PB
                                     :
LBRY, INC.,
                                     :
              Defendant.
                                     :
-------------------------------------  X
```

## DECLARATION

I, ___Paul Lee_____, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Paul Lee_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
--------------------------------------        X
SECURITIES AND EXCHANGE                       :
COMMISSION,
                                              :
                 Plaintiff,
                                              :
        -against-                                  Civil Action No. 1:21-cv-00260-PB
                                              :
LBRY, INC.,                                   :
                 Defendant.                   :
--------------------------------------        X
```

## DECLARATION

I, __Paul Lucero_____ , declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
&#9746; Bittrex
&#9744; MXC
&#9744; BitMart
&#9744; HotBit
&#9744; CoinEx
&#9744; Poloniex
&#9744; Upbit
&#9744; ShapeShift
&#9746; MoonPay
&#9744; Bisq
&#9744; Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_ , 2022.

_Paul Lucero_____

```
------------------------------------  X
SECURITIES AND EXCHANGE               :
COMMISSION,
                                      :
              Plaintiff,
                                      :
        -against-                          Civil Action No. 1:21-cv-00260-PB
                                      :
LBRY, INC.,                           :

              Defendant.              :
------------------------------------  X
```

## DECLARATION

I, _____Pedro Ângelo_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☒ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_____*Pedro Ângelo*_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
------------------------------------- X
SECURITIES AND EXCHANGE                :
COMMISSION,
                                       :
            Plaintiff,
                                       :
     -against-                              Civil Action No. 1:21-cv-00260-PB
                                       :
LBRY, INC.,
                                       :
            Defendant.
                                       :
------------------------------------- X
```

## DECLARATION

I, __Pedro Martinez Molero__, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Pedro Martinez Molero_

```
-------------------------------------    X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :
              Plaintiff,
                                     :
        -against-                    :        Civil Action No. 1:21-cv-00260-PB
                                     :
LBRY, INC.,
                                     :
              Defendant.             :
-------------------------------------    X
```

## <u>DECLARATION</u>

I, __Peter Gamble_____, declare as follows:

    1.    I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.    In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
        ☐ Bittrex
        ☐ MXC
        ☐ BitMart
        ☐ HotBit
        ☐ CoinEx
        ☐ Poloniex
        ☐ Upbit
        ☐ ShapeShift
        ☒ MoonPay
        ☐ Bisq
        ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Peter Gamble_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
-------------------------------------    X
SECURITIES AND EXCHANGE                  :
COMMISSION,
                                         :
                 Plaintiff,
                                         :
       -against-                              Civil Action No. 1:21-cv-00260-PB
                                         :
LBRY, INC.,
                                         :
                 Defendant.
                                         :
-------------------------------------    X
```

## DECLARATION

I, __Peter Gould_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Peter Gould_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | | |
|---|---|---|
| -------------------------------------- | X | |
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| | : | |
| Plaintiff, | : | |
| -against- | : | Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : | |
| Defendant. | : | |
| -------------------------------------- | X | |

## DECLARATION

I, __Peter Hausleitner__, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Peter Hausleitner_

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
--------------------------------------        X
SECURITIES AND EXCHANGE                       :
COMMISSION,
                                              :
                 Plaintiff,
                                              :
        -against-                                   Civil Action No. 1:21-cv-00260-PB
                                              :
LBRY, INC.,
                                              :
                 Defendant.
--------------------------------------        X
```

## DECLARATION

I, _____Peter Kaye_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_____*Peter Kaye*_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| ------------------------------------- X | |
| SECURITIES AND EXCHANGE COMMISSION, : | |
| : | |
| Plaintiff, : | |
| -against- : | Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., : | |
| Defendant. : | |
| ------------------------------------- X | |

## <u>DECLARATION</u>

I, __Peter Palma_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Peter Palma_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
------------------------------------   X
SECURITIES AND EXCHANGE                :
COMMISSION,
                                       :
            Plaintiff,
                                       :
      -against-                             Civil Action No. 1:21-cv-00260-PB
                                       :
LBRY, INC.,
                                       :
            Defendant.
                                       :
------------------------------------   X
```

## DECLARATION

I, __Peter Smith_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☒ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☐ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Peter Smith_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
------------------------------------   X
SECURITIES AND EXCHANGE                :
COMMISSION,
                                       :
                 Plaintiff,
                                       :
        -against-                          Civil Action No. 1:21-cv-00260-PB
                                       :
LBRY, INC.,
                                       :
                 Defendant.
                                       :
------------------------------------   X
```

## DECLARATION

I, ___Petros Panigyrakis_____, declare as follows:

1. I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2. In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☒ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _2_ day of _May_, 2022.

_Petros Panigyrakis_____

```
-------------------------------------      X
SECURITIES AND EXCHANGE                    :
COMMISSION,
                                           :
              Plaintiff,
                                           :
        -against-                              Civil Action No. 1:21-cv-00260-PB
                                           :
LBRY, INC.,
                                           :
              Defendant.
                                           :
-------------------------------------      X
```

## DECLARATION

I, ___Philip Bernick_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☒ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Philip Bernick_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------        X
SECURITIES AND EXCHANGE                      :
COMMISSION,
                                             :
                Plaintiff,
                                             :
      -against-                                    Civil Action No. 1:21-cv-00260-PB
                                             :
LBRY, INC.,                                  :

                Defendant.                   :
-------------------------------------        X
```

## DECLARATION

I, __Philippe Malzy_____, declare as follows:

      1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

      2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
- ☐ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Philippe Malzy_____

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ------------------------------------- X | |
| SECURITIES AND EXCHANGE : | |
| COMMISSION, | |
| : | |
| Plaintiff, | |
| : | |
| -against- | Civil Action No. 1:21-cv-00260-PB |
| : | |
| LBRY, INC., | |
| : | |
| Defendant. | |
| ------------------------------------- X | |

## <u>DECLARATION</u>

I, <u>    Pieter van den Aarsen    </u>, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this  3   day of  May  , 2022.

<u>        Pieter van den Aarsen        </u>

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

---------------------------------------- X

SECURITIES AND EXCHANGE :
COMMISSION,
:
                Plaintiff,
:
        -against-           :   Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                 :

                Defendant.  :

---------------------------------------- X

## DECLARATION

I, _____Prenol sylvain_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
        ☐ Bittrex
        ☐ MXC
        ☐ BitMart
        ☐ HotBit
        ☐ CoinEx
        ☐ Poloniex
        ☐ Upbit
        ☐ ShapeShift
        ☒ MoonPay
        ☐ Bisq
        ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr__, 2022.

_____Prenol SYLVAM_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
------------------------------------   X
SECURITIES AND EXCHANGE                :
COMMISSION,
                                       :
                  Plaintiff,
                                       :
        -against-                           Civil Action No. 1:21-cv-00260-PB
                                       :
LBRY, INC.,
                                       :
                  Defendant.
                                       :
------------------------------------   X
```

## DECLARATION

I, ___Raphael Vogt_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Raphael Vogt_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------        X
SECURITIES AND EXCHANGE                      :
COMMISSION,
                                             :
                    Plaintiff,
                                             :
        -against-                                    Civil Action No. 1:21-cv-00260-PB
                                             :
LBRY, INC.,
                                             :
                    Defendant.
-------------------------------------        X
```

## DECLARATION

I, <u>Renzi Loreto</u>, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☐ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this <u>30</u> day of <u>Apr</u>, 2022.

<u>*Renzi Loreto*</u>

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------        X
SECURITIES AND EXCHANGE                      :
COMMISSION,
                                             :
                    Plaintiff,
                                             :
        -against-                                   Civil Action No. 1:21-cv-00260-PB
                                             :
LBRY, INC.,
                                             :
                    Defendant.
                                             :
-------------------------------------        X
```

## DECLARATION

I, __Richard Petrucelli__, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Richard Petrucelli_

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| ------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | : Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| Defendant. | : |
| ------------------------------------- | X |

## DECLARATION

I, __Robbert Jan Halff_____, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Robbert Jan Halff_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
------------------------------------- X
SECURITIES AND EXCHANGE                :
COMMISSION,
                                       :
              Plaintiff,
                                       :
       -against-                            Civil Action No. 1:21-cv-00260-PB
                                       :
LBRY, INC.,
                                       :
              Defendant.
                                       :
------------------------------------- X
```

## DECLARATION

I, ___Robert Bodley_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Robert Bodley_____

```
-------------------------------------          X
SECURITIES AND EXCHANGE                        :
COMMISSION,
                                               :
                    Plaintiff,
                                               :
         -against-                                   Civil Action No. 1:21-cv-00260-PB
                                               :
LBRY, INC.,                                    :

                    Defendant.                 :
-------------------------------------          X
```

## **DECLARATION**

I, ___Robert Meyer_____, declare as follows:

1.       I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.       In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Robert Meyer_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| -------------------------------------- X | |
| SECURITIES AND EXCHANGE COMMISSION, : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. 1:21-cv-00260-PB |
| -against- : | |
| LBRY, INC., : | |
| : | |
| Defendant. : | |
| -------------------------------------- X | |

## <u>DECLARATION</u>

I, ___Robert Syring_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
    ☐ Bittrex
    ☐ MXC
    ☐ BitMart
    ☐ HotBit
    ☐ CoinEx
    ☐ Poloniex
    ☐ Upbit
    ☐ ShapeShift
    ☒ MoonPay
    ☐ Bisq
    ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Robert Syring_____

<div align="center">

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

</div>

```
-------------------------------------        X
SECURITIES AND EXCHANGE                      :
COMMISSION,
                                             :
                Plaintiff,
                                             :
        -against-                                 Civil Action No. 1:21-cv-00260-PB
                                             :
LBRY, INC.,
                                             :
                Defendant.
                                             :
-------------------------------------        X
```

<div align="center">

**DECLARATION**

</div>

I, __Roberto Oliveros_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
- ☐ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Roberto Oliveros_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------    X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :
                Plaintiff,
                                     :
        -against-                        Civil Action No. 1:21-cv-00260-PB
                                     :
LBRY, INC.,
                                     :
                Defendant.
                                     :
-------------------------------------    X
```

## **DECLARATION**

I, __Robyn Lockhart_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Robyn Lockhart_____

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
--------------------------------------        X
SECURITIES AND EXCHANGE                       :
COMMISSION,
                                              :
                Plaintiff,
                                              :
        -against-                                   Civil Action No. 1:21-cv-00260-PB
                                              :
LBRY, INC.,
                                              :
                Defendant.
                                              :
--------------------------------------        X
```

## **DECLARATION**

I, __Ronald van der Horst_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _2_ day of _May_, 2022.

_Ronald van der Horst_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
------------------------------------  X
SECURITIES AND EXCHANGE             :
COMMISSION,
                                    :
            Plaintiff,
                                    :
    -against-                             Civil Action No. 1:21-cv-00260-PB
                                    :
LBRY, INC.,
                                    :
            Defendant.
                                    :
------------------------------------  X
```

## DECLARATION

I, __Roubaty Nathan_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Roubaty Nathan_____

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

-------------------------------------- X

SECURITIES AND EXCHANGE
COMMISSION,

               Plaintiff,

      -against-

LBRY, INC.,

            Defendant.

-------------------------------------- X

:
:
:
:
:
:
:

Civil Action No. 1:21-cv-00260-PB

## **DECLARATION**

I,   Roy Pevlor  , declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this  29  day of  Apr , 2022.

                              *Roy Pevlor*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------  X
SECURITIES AND EXCHANGE                :
COMMISSION,
                                       :
                   Plaintiff,
                                       :
        -against-                          Civil Action No. 1:21-cv-00260-PB
                                       :
LBRY, INC.,
                                       :
                   Defendant.
                                       :
-------------------------------------  X
```

## **DECLARATION**

I, ___Ruben Wisniewski_____, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _1_ day of _May_, 2022.

_Ruben Wisniewski_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
------------------------------------   X
SECURITIES AND EXCHANGE                :
COMMISSION,
                                       :
             Plaintiff,
                                       :
      -against-                            Civil Action No. 1:21-cv-00260-PB
                                       :
LBRY, INC.,
                                       :
             Defendant.
                                       :
------------------------------------   X
```

## DECLARATION

I, ___Rudolph Raab_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Rudolph Raab_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
------------------------------------- X
SECURITIES AND EXCHANGE                :
COMMISSION,
                                       :
              Plaintiff,
                                       :
       -against-                            Civil Action No. 1:21-cv-00260-PB
                                       :
LBRY, INC.,
                                       :
              Defendant.
                                       :
------------------------------------- X
```

## DECLARATION

I, ___Ryan Pullen_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr__, 2022.

_Ryan Pullen_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
------------------------------------  X
SECURITIES AND EXCHANGE               :
COMMISSION,
                                      :
              Plaintiff,
                                      :
        -against-                         Civil Action No. 1:21-cv-00260-PB
                                      :
LBRY, INC.,
                                      :
              Defendant.
                                      :
------------------------------------  X
```

## **DECLARATION**

I, __Ryan Sappenfield__, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
- ☐ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Ryan Sappenfield_

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
--------------------------------------        X
SECURITIES AND EXCHANGE                       :
COMMISSION,
                                              :
                 Plaintiff,
                                              :
         -against-                                   Civil Action No. 1:21-cv-00260-PB
                                              :
LBRY, INC.,                                   :
                                              :
                 Defendant.
--------------------------------------        X
```

## DECLARATION

I, ___Sam Barton_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Sam Barton_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
------------------------------------- X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :
            Plaintiff,
                                     :
      -against-                          Civil Action No. 1:21-cv-00260-PB
                                     :
LBRY, INC.,
                                     :
            Defendant.
------------------------------------- X
```

## **DECLARATION**

I, ___Sam Lin_____, declare as follows:

1. I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2. In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Sam Lin_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

---------------------------------------- X

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

  -against-

LBRY, INC.,

        Defendant.

---------------------------------------- X

:
:
:
:
:
:

Civil Action No. 1:21-cv-00260-PB

## **DECLARATION**

I, _____Samuel Coxson_____, declare as follows:

    1.    I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.    In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Samuel Coxson_
_____

```
------------------------------------  X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :
            Plaintiff,
                                     :
      -against-                          Civil Action No. 1:21-cv-00260-PB
                                     :
LBRY, INC.,
                                     :
            Defendant.
                                     :
------------------------------------  X
```

## DECLARATION

I, ___Samuel Melia_____, declare as follows:

    1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

        ☐ Bittrex
        ☐ MXC
        ☐ BitMart
        ☐ HotBit
        ☐ CoinEx
        ☐ Poloniex
        ☐ Upbit
        ☐ ShapeShift
        ☒ MoonPay
        ☐ Bisq
        ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _2_ day of _May_, 2022.

_Samuel Melia_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
------------------------------------  X
SECURITIES AND EXCHANGE               :
COMMISSION,
                                      :
              Plaintiff,
                                      :
       -against-                           Civil Action No. 1:21-cv-00260-PB
                                      :
LBRY, INC.,
                                      :
              Defendant.
                                      :
------------------------------------  X
```

## DECLARATION

I, __Samuel Vanderplancke__ , declare as follows:

    1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☐ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_ , 2022.

_Samuel Vanderplancke_

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
------------------------------------   X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :
            Plaintiff,
                                     :
      -against-                          Civil Action No. 1:21-cv-00260-PB
                                     :
LBRY, INC.,
                                     :
            Defendant.
                                     :
------------------------------------   X
```

## **DECLARATION**

I, ___Samuel Weeks_____, declare as follows:

1.  I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.  In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Samuel Weeks_____

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
------------------------------------  X
SECURITIES AND EXCHANGE               :
COMMISSION,
                                      :
              Plaintiff,
                                      :
       -against-                          Civil Action No. 1:21-cv-00260-PB
                                      :
LBRY, INC.,
                                      :
              Defendant.
                                      :
------------------------------------  X
```

## **DECLARATION**

I,    Sarah Plumley   , declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

     ☐ Bittrex
     ☐ MXC
     ☐ BitMart
     ☐ HotBit
     ☐ CoinEx
     ☐ Poloniex
     ☐ Upbit
     ☐ ShapeShift
     ☒ MoonPay
     ☐ Bisq
     ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this  29  day of  Apr  , 2022.

*Sarah Plumley*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
------------------------------------        X
SECURITIES AND EXCHANGE                     :
COMMISSION,
                                            :
                    Plaintiff,
                                            :
        -against-                               Civil Action No. 1:21-cv-00260-PB
                                            :
LBRY, INC.,
                                            :
                    Defendant.
                                            :
------------------------------------        X
```

## DECLARATION

I, ___Saul Ramirez_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _3_ day of _May_, 2022.

_Saul Ramirez_____

156722820.1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| -------------------------------------- X | |
| SECURITIES AND EXCHANGE COMMISSION, : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. 1:21-cv-00260-PB |
| -against- : | |
| LBRY, INC., : | |
| : | |
| Defendant. : | |
| -------------------------------------- X | |

## <u>DECLARATION</u>

I, _____Sebastian Wüst_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this  30  day of  Apr  , 2022.

_Sebastian Wüst_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

--------------------------------------- X

SECURITIES AND EXCHANGE : 
COMMISSION,
                             :

                 Plaintiff, :

        -against- :     Civil Action No. 1:21-cv-00260-PB

LBRY, INC., :

                Defendant. :

--------------------------------------- X

## DECLARATION

I, ___shaun mitchell___, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
                         ☐ Bittrex
                         ☐ MXC
                         ☐ BitMart
                         ☐ HotBit
                         ☐ CoinEx
                         ☐ Poloniex
                         ☐ Upbit
                         ☐ ShapeShift
                         ☒ MoonPay
                         ☐ Bisq
                         ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

                                      *shaun mitchell*
                                 _____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| ------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| -against- | :    Civil Action No. 1:21-cv-00260-PB |
| LBRY, INC., | : |
| Defendant. | : |
| ------------------------------------- | X |

## DECLARATION

I, <u>Simon Breil</u>, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☒ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this <u>29</u> day of <u>Apr</u>, 2022.

<u>     *Simon Breil*     </u>

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------  X
SECURITIES AND EXCHANGE                :
COMMISSION,
                                       :
            Plaintiff,
                                       :
     -against-                              Civil Action No. 1:21-cv-00260-PB
                                       :
LBRY, INC.,
                                       :
            Defendant.
                                       :
-------------------------------------  X
```

## **DECLARATION**

I, ___Spencer Bloch_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Spencer Bloch_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------        X
SECURITIES AND EXCHANGE                      :
COMMISSION,
                                             :
                  Plaintiff,
                                             :
         -against-                                 Civil Action No. 1:21-cv-00260-PB
                                             :
LBRY, INC.,
                                             :
                  Defendant.
                                             :
-------------------------------------        X
```

## DECLARATION

I, __Steffen Barabasch_____, declare as follows:

    1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
- ☐ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Steffen Barabasch_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

------------------------------------- X

SECURITIES AND EXCHANGE :
COMMISSION,
:
        Plaintiff,
:
  -against- :    Civil Action No. 1:21-cv-00260-PB

LBRY, INC., :

        Defendant. :

------------------------------------- X

## DECLARATION

I,   <u>Steffen Schulz</u>  , declare as follows:

    1.    I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.    In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this <u>29</u> day of <u>Apr</u>, 2022.

<u>*Steffen Schulz*</u>

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| -------------------------------------- X | |
| SECURITIES AND EXCHANGE COMMISSION, : | |
| : | |
| Plaintiff, : | |
| : | |
| -against- : | Civil Action No. 1:21-cv-00260-PB |
| : | |
| LBRY, INC., : | |
| : | |
| Defendant. : | |
| -------------------------------------- X | |

## <u>DECLARATION</u>

I, __Stephane Tougard__, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Stephane Tougard_

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------      X
SECURITIES AND EXCHANGE                    :
COMMISSION,
                                           :
                 Plaintiff,
                                           :
        -against-                               Civil Action No. 1:21-cv-00260-PB
                                           :
LBRY, INC.,
                                           :
                 Defendant.
                                           :
-------------------------------------      X
```

## **DECLARATION**

I, <u>  Stephen Nass            </u>, declare as follows:

     1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

     2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

        ☐ Bittrex
        ☐ MXC
        ☐ BitMart
        ☐ HotBit
        ☐ CoinEx
        ☐ Poloniex
        ☐ Upbit
        ☐ ShapeShift
        ☐ MoonPay
        ☐ Bisq
        ☒ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this <u> 2 </u> day of <u> May  </u>, 2022.

<u>          *Stephen Nass*          </u>

```
------------------------------------  X
SECURITIES AND EXCHANGE               :
COMMISSION,
                                      :
            Plaintiff,
                                      :
      -against-                           Civil Action No. 1:21-cv-00260-PB
                                      :
LBRY, INC.,
                                      :
            Defendant.
                                      :
------------------------------------  X
```

## DECLARATION

I, ___Steve O'Leary_____, declare as follows:

    1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
- ☐ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Steve O' Leary_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| ------------------------------------- X | |
| SECURITIES AND EXCHANGE COMMISSION, : | |
| : | |
| Plaintiff, : | |
| : | |
| -against- : Civil Action No. 1:21-cv-00260-PB |
| : | |
| LBRY, INC., : | |
| : | |
| Defendant. : | |
| ------------------------------------- X | |

## **DECLARATION**

I, __Steven Chong__, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Steven Chong_

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------        X
SECURITIES AND EXCHANGE                      :
COMMISSION,
                                             :
              Plaintiff,
                                             :
       -against-                                   Civil Action No. 1:21-cv-00260-PB
                                             :
LBRY, INC.,
                                             :
              Defendant.
                                             :
-------------------------------------        X
```

## DECLARATION

I, _____Steven O'Brien_____, declare as follows:

     1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

     2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

        ☒ Bittrex
        ☐ MXC
        ☐ BitMart
        ☐ HotBit
        ☐ CoinEx
        ☐ Poloniex
        ☐ Upbit
        ☐ ShapeShift
        ☒ MoonPay
        ☐ Bisq
        ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_____*Steven O' Brien*_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| -------------------------------------- X | |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| | : |
| -against- | : Civil Action No. 1:21-cv-00260-PB |
| | : |
| LBRY, INC., | : |
| | : |
| Defendant. | : |
| -------------------------------------- X | |

## DECLARATION

I, __Takeshi Motoyama__, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Takeshi Motoyama_

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------         X
SECURITIES AND EXCHANGE               :
COMMISSION,
                                      :
            Plaintiff,
                                      :
        -against-                     :        Civil Action No. 1:21-cv-00260-PB
                                      :
LBRY, INC.,
                                      :
            Defendant.
                                      :
-------------------------------------         X
```

## DECLARATION

I, __thomas kelly_____, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☒ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_thomas kelly_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| ------------------------------------- X | |
| SECURITIES AND EXCHANGE COMMISSION, : | |
| : | |
| Plaintiff, : | |
| : | |
| -against- : | Civil Action No. 1:21-cv-00260-PB |
| : | |
| LBRY, INC., : | |
| : | |
| Defendant. : | |
| ------------------------------------- X | |

## DECLARATION

I, ___Thornton Martin Lickfield___, declare as follows:

1. I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2. In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Thornton Martin Lickfield_

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

--------------------------------------- X

SECURITIES AND EXCHANGE
COMMISSION,

          Plaintiff,

   -against-

LBRY, INC.,

          Defendant.

--------------------------------------- X

:
:
:
:
:
:
:

Civil Action No. 1:21-cv-00260-PB

## **DECLARATION**

I, __Tim Thomas_____, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Tim Thomas_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
------------------------------------  X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :
                Plaintiff,
                                     :
        -against-                         Civil Action No. 1:21-cv-00260-PB
                                     :
LBRY, INC.,
                                     :
                Defendant.
                                     :
------------------------------------  X
```

## **DECLARATION**

I, __Toby Algya_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_____*Toby Algya*_____

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
------------------------------------  X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :
            Plaintiff,
                                     :
      -against-                          Civil Action No. 1:21-cv-00260-PB
                                     :
LBRY, INC.,
                                     :
            Defendant.
                                     :
------------------------------------  X
```

## DECLARATION

I, ___Tommaso Guariglia_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _1__ day of _May_, 2022.

_Tommaso Guariglia_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
-------------------------------------  X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :
            Plaintiff,
                                     :
     -against-                              Civil Action No. 1:21-cv-00260-PB
                                     :
LBRY, INC.,
                                     :
            Defendant.
                                     :
-------------------------------------  X
```

## DECLARATION

I, ___Tom-Oliver Regenauer___, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Tom—Oliver Regenauer_

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| -------------------------------------- X | |
| SECURITIES AND EXCHANGE COMMISSION, : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. 1:21-cv-00260-PB |
| -against- : | |
| LBRY, INC., : | |
| : | |
| Defendant. : | |
| -------------------------------------- X | |

## <u>DECLARATION</u>

I,   <u>Tony Bermanseder</u>  , declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this  <u>30</u>  day of  <u>Apr</u> , 2022.

                                    *Tony Bermanseder*
                         <u>                                   </u>

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------      X
SECURITIES AND EXCHANGE                    :
COMMISSION,
                                           :
                Plaintiff,
                                           :
        -against-                              Civil Action No. 1:21-cv-00260-PB
                                           :
LBRY, INC.,
                                           :
                Defendant.
                                           :
-------------------------------------      X
```

## DECLARATION

I, __Tony Bradbury_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Tony Bradbury_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

------------------------------------- X
SECURITIES AND EXCHANGE :
COMMISSION,
:
        Plaintiff,
:
   -against-
: Civil Action No. 1:21-cv-00260-PB
LBRY, INC., :

        Defendant. :
------------------------------------- X

## DECLARATION

I, __Travis Calley_____, declare as follows:

1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Travis Calley_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------        X
SECURITIES AND EXCHANGE                      :
COMMISSION,
                                             :
                    Plaintiff,
                                             :
        -against-                                    Civil Action No. 1:21-cv-00260-PB
                                             :
LBRY, INC.,
                                             :
                    Defendant.
                                             :
-------------------------------------        X
```

## DECLARATION

I, __Trista Roberts_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
- ☐ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☒ MoonPay
- ☐ Bisq
- ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Trista Roberts_____

156722820.1

```
------------------------------------  X
SECURITIES AND EXCHANGE               :
COMMISSION,
                                      :
                Plaintiff,
                                      :
        -against-                         Civil Action No. 1:21-cv-00260-PB
                                      :
LBRY, INC.,
                                      :
                Defendant.
                                      :
------------------------------------  X
```

## **DECLARATION**

I, <u>Tsun Him Kenneth Cheng</u>, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☒ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this <u>29</u> day of <u>Apr</u>, 2022.

*Tsun Him Kenneth Cheng*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
-------------------------------------    X
SECURITIES AND EXCHANGE                  :
COMMISSION,
                                         :
              Plaintiff,
                                         :
        -against-                              Civil Action No. 1:21-cv-00260-PB
                                         :
LBRY, INC.,
                                         :
              Defendant.
                                         :
-------------------------------------    X
```

## **DECLARATION**

I, ___Turab Iqbal_____, declare as follows:

    1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

- ☐ Bittrex
- ☐ MXC
- ☐ BitMart
- ☐ HotBit
- ☐ CoinEx
- ☐ Poloniex
- ☐ Upbit
- ☐ ShapeShift
- ☐ MoonPay
- ☐ Bisq
- ☒ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _1_ day of _May_, 2022.

_Turab Iqbal_____

```
------------------------------------ X
SECURITIES AND EXCHANGE            :
COMMISSION,
                                   :
            Plaintiff,
                                   :
      -against-                    :   Civil Action No. 1:21-cv-00260-PB
                                   :
LBRY, INC.,
                                   :
            Defendant.
                                   :
------------------------------------ X
```

## DECLARATION

I, __Usman uddin_____, declare as follows:

1.    I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.    In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Usman uddin_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
------------------------------------- X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :
              Plaintiff,
                                     :
       -against-                         Civil Action No. 1:21-cv-00260-PB
                                     :
LBRY, INC.,
                                     :
              Defendant.
                                     :
------------------------------------- X
```

## <u>DECLARATION</u>

I, ___Victor ADASCALITEI___, declare as follows:

1.       I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.       In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_Victor ADASCALITEI_

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| ------------------------------------- X | |
| SECURITIES AND EXCHANGE COMMISSION, : | |
| : | |
| Plaintiff, : | |
| : | |
| -against- : | Civil Action No. 1:21-cv-00260-PB |
| : | |
| LBRY, INC., : | |
| : | |
| Defendant. : | |
| ------------------------------------- X | |

## <u>DECLARATION</u>

I, ___Wilhelm Eberhard_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr__, 2022.

_Wilhelm Eberhard_____

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------      X
SECURITIES AND EXCHANGE                    :
COMMISSION,
                                           :
                Plaintiff,
                                           :
        -against-                              Civil Action No. 1:21-cv-00260-PB
                                           :
LBRY, INC.,
                                           :
                Defendant.
                                           :
-------------------------------------      X
```

## **DECLARATION**

I, ___William Baric_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_William Baric_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| ------------------------------------- X | |
| SECURITIES AND EXCHANGE COMMISSION, : | |
| : | |
| Plaintiff, : | |
| : | |
| -against- : | Civil Action No. 1:21-cv-00260-PB |
| : | |
| LBRY, INC., : | |
| : | |
| Defendant. : | |
| ------------------------------------- X | |

## DECLARATION

I, ___William Waisse___, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☒ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _30_ day of _Apr_, 2022.

_William Waisse_

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| -------------------------------------- | X |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| | : |
| -against- | :  Civil Action No. 1:21-cv-00260-PB |
| | : |
| LBRY, INC., | : |
| | : |
| Defendant. | : |
| -------------------------------------- | X |

## DECLARATION

I, __Wolfgang Brehm_____, declare as follows:

1.    I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.    In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Wolfgang Brehm_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------    X
SECURITIES AND EXCHANGE              :
COMMISSION,
                                     :

            Plaintiff,               :

      -against-                      :    Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,                          :

            Defendant.               :
-------------------------------------    X
```

## DECLARATION

I, __Xavier Sospedra Fernández__, declare as follows:

    1.    I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.    In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

        ☐ Bittrex
        ☐ MXC
        ☐ BitMart
        ☐ HotBit
        ☐ CoinEx
        ☐ Poloniex
        ☐ Upbit
        ☐ ShapeShift
        ☐ MoonPay
        ☐ Bisq
        ☒ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Xavier Sospedra Fernández_

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
-------------------------------------  X
SECURITIES AND EXCHANGE                :
COMMISSION,
                                       :
                 Plaintiff,
                                       :
        -against-                           Civil Action No. 1:21-cv-00260-PB
                                       :
LBRY, INC.,
                                       :
                 Defendant.
                                       :
-------------------------------------  X
```

## <u>DECLARATION</u>

I, ___Yuecel Brendel___, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

☒ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Yuecel Brendel_

```
------------------------------------  X
SECURITIES AND EXCHANGE               :
COMMISSION,
                                      :
              Plaintiff,
                                      :
        -against-                          Civil Action No. 1:21-cv-00260-PB
                                      :
LBRY, INC.,
                                      :
              Defendant.
                                      :
------------------------------------  X
```

## DECLARATION

I, __Yvonne Jentsch_____, declare as follows:

1.      I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

2.      In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):
☐ Bittrex
☐ MXC
☐ BitMart
☐ HotBit
☐ CoinEx
☐ Poloniex
☐ Upbit
☐ ShapeShift
☒ MoonPay
☐ Bisq
☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this _29_ day of _Apr_, 2022.

_Yvonne Jentsch_____

```
-------------------------------------  X
SECURITIES AND EXCHANGE               :
COMMISSION,
                                      :
            Plaintiff,
                                      :
    -against-                              Civil Action No. 1:21-cv-00260-PB
                                      :
LBRY, INC.,
                                      :
            Defendant.
                                      :
-------------------------------------  X
```

## DECLARATION

I,  ZHENG WANGWEI                , declare as follows:

    1.     I am a user on the LBRY network and have purchased LBRY Credits ("LBC") in order to tip content creators, purchase content and/or to stake my own content on the LBRY network.

    2.     In order to obtain LBC, I have purchased LBC on the below exchange(s) and/or integrated application(s) (mark all):

    ☐ Bittrex
    ☐ MXC
    ☐ BitMart
    ☐ HotBit
    ☐ CoinEx
    ☐ Poloniex
    ☐ Upbit
    ☐ ShapeShift
    ☒ MoonPay
    ☐ Bisq
    ☐ Other / Not Listed

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this  29  day of  Apr  , 2022.

*ZHENG WANGWEI*