EXHIBIT 5

Try LBRY        Menu

# $500K in VC Funds from Pillar et al

## Samuel Bryan • Sep 7 2016

We've hinted at this news in the past week, but now it's official: Pillar VC (http://pillar.vc) is leading a $500,000 seed funding round for LBRY!



Pillar is a perfect fit for LBRY, with the mission of "treating founders the way we would want to be treated." This is precisely what LBRY is trying to achieve for digital content creators – a distribution system that connects them directly to their fans with no intermediary taking a cut of their profits. We want to give creators the power to say, "No, thank you!" to YouTube and other big media companies that exercise control over their users' original content.

LBRY is humbled at this endorsement. Beyond helping us grow our dev team and deliver better software faster, we hope this news also serves to show that

we take our primary goal seriously: every film, song, book, and app ever made

– available anywhere. Pillar VC is operated by determined visionaries who conducted careful due diligence in funding LBRY. With their help, we will provide the content distribution protocol of the future.

These funds will be used to advance the development of our beta as quickly as possible. We will have a Windows version released this month. By the end of this year, we are anticipating opening up the beta app – and going to full product release in 2017. No more waiting lists!

Click Here to visit Pillar Portfolio Page (https://www.pillar.vc/portfolio)

---

← #NewKidsOnTheBlockchain Thursday: Indie Rockers from Ukraine & Classical Singing de la Spain

All Mashed Up →



*Samuel Bryan* · ✉ · ⌗ · 🐦

Much of our writing is a collaboration between LBRY team members, so we use SamueL BRYan to share credit. Sam has become a friend... an imaginary friend... even though we're adults...

## COMPANY

About

Blog

Jobs

Shop

Team

## USE LBRY

**odysee.com**

Android

Linux

iOS

macOS

Windows

## SOCIAL

Chat on Discord

Twitter

Reddit

Facebook

Telegram

## SUPPORT

hello@lbry.com

Contact

Privacy

TOS

FAQ

Back to top