# EXHIBIT 6

                                                                    Try LBRY            Menu

# LBRY v0.19 Is Shifting Into High Gear
## Samuel Bryan • Dec 11 2017

We've heard two requests from our community over and over again: make it easier to get LBC, and let users subscribe to their favorite creators.

With that in mind, the newest LBRY update should be a crowd-pleaser! Channel subscriptions are live, and we've integrated **ShapeShift (https://shapeshift.io)** to allow users to easily convert popular cryptos into LBC without leaving the app.

You'll find all this (and a lot more) in LBRY v0.19 - **get it here** (/get) and check out the full release notes below.



## Release Notes

### Added

- Subscriptions. File and channel pages now show a subscribe button. A new "Subscriptions" tab appears on the homepage shows the most recent content from subscribed channels.

- LBC acquisition widget. Convert other popular cryptos into LBC via a ShapeShift integration.

- Flow static type checking. This is a dev-only feature but will make

development faster, less error-prone, and better for newcomers.

## Changed

- The first run process for new users has changed substantially. New users can now easily receive one credit.

- The wallet area has been re-organized. Send and Receive are now on the same page. A new page, "Get Credits", explains how users can add LBRY Credits to the app.

- Significant structural changes to code organization, packaging, and building. The app now follows a typical electron folder structure. All 3 package.json files have been reduced to a single file. Redux related code was moved into its own subfolder.

- The macOS docking icon has been improved.

- The prompt for an insufficient balance is much more user-friendly.

- The credit balance displayed in the main app navigation displays two decimal places instead of one.

- Video download error messages are now more understandable.

- Windows path to the daemon/CLI executables changed to: C:\Program Files (x86)\LBRY\resources\static\daemon

## Deprecated

- We previously had two separate models for insufficient Credits. These have been combined.

## Fixed

- Long channel names causing inconsistent thumbnail sizes.

- Channel names in pages are highlighted to indicate them being clickable.

- Fixed the transaction screen not loading for brand new users.

- Fixed issues with scrolling and back and forward navigation.

- Fixed sorting by title for published files.
- App now uses the new balance_delta field provided by the LBRY API.
- Abandoning from the claim page now works.

← It's A Very Special Holiday Special Movie Night

Development and Community Update →



Samuel Bryan ·  ✉ · ⌥ · 🐦

Much of our writing is a collaboration between LBRY team members, so we use SamueL BRYan to share credit. Sam has become a friend... an imaginary friend... even though we're adults...

COMPANY

About

Blog

Jobs

Shop

Team

### USE LBRY

**odysee.com**

Android

Linux

iOS

macOS

Windows

### SOCIAL

Chat on Discord

Twitter

Reddit

Facebook

Telegram

### SUPPORT

hello@lbry.com

Contact

Privacy

TOS

FAQ

Back to top