# EXHIBIT 8

Try LBRY    Menu

# LBRY Beta Goes Live! A Declaration of Independence from Big Media
## Samuel Bryan • Jul 4 2016

**LBRY Announces Beta Release, Live Blockchain & Major Content Deals on July 4th**



240 years ago, a ragtag group of rebels declared their independence from the most powerful empire in the world. Despite the odds, they were confident that they had a system which worked better – it was more decentralized, closer to the people involved, and based on radical ideas that the old system was too slow to incorporate.

**LBRY is proud to continue this tradition by announcing the beta release of our LBRY app and live blockchain this July 4th.** This time, the old order is Big Media – the major record labels, book publishers, and movie studios that have managed to cling to their fiefdoms despite the potential of the internet to connect independent artists directly to their fans.

It's expensive to store and serve a bunch of content, so the market is dominated by the likes of Google's YouTube, Apple's iTunes, and Amazon's Kindle Store. By combining

several new open-source technologies and key innovations, LBRY is able to cut out the middlemen. The result is a platform that no one controls, but everyone can access – just like the internet itself.

With LBRY, content creators – be they filmmakers, musicians, writers, or software developers – are empowered to set their own price and release their works to the world with a few clicks of the mouse. There are no ads, no corporate censors, and LBRY takes no portion of your income. For consumers, it means there is finally an alternative to the big media stores and the murky world of BitTorrent – which doesn't have a payment system and therefore is run on goodwill.

The LBRY app we're releasing today is the first of its kind – a media marketplace powered by a blockchain and yet easy enough for your Grandma to use. The release includes a LBRY client with one-click installation for Linux and OS X. Initially, the beta is invite-only to allow a gradual scaling of the network. Invites can be requested at www.lbry.com/get.

Indie production houses have seen the potential in LBRY. **Oscilloscope Laboratories (http://www.oscilloscope.net) and Emergent Order (http://emergentorder.com) signed on as featured content partners for today's launch.** So right from the start, beta users will be treated to the following premium films:

### It's A Disaster

*lbry://itsadisaster*





*The sleeper hit dark comedy, starring David Cross and Julia Stiles, about four couples gathering for a regular brunch when they receive news of a disaster just outside the door. The film is considered a model of indie success.*

### Fight of the Century: Keynes vs. Hayek Rap Battle

lbry://keynesvhayek



*This viral hit short film shows economic heavyweights Friedrich Hayek and John Maynard Keynes in a musical duel over which of their theories is correct. Sound boring? Tell that to the film's millions of viewers so far.*

In addition to watching these films and other pieces already uploaded to LBRY, there are several ways users can interact with the platform – and begin generating income – once they receive beta access:

- Cryptocoin enthusiasts can **begin mining our new token**, called *LBRY Credits*, by following these instructions.
- Creators can **upload their own content**, set a price, and start earning Credits using the app's publishing tools.
- And anyone with spare disk space can **host content** and earn Credits simply by downloading something from LBRY and leaving the app running.

## **Join the Waitlist for Early Access** (/get)

LBRY is a key component of Web 3.0, a new internet infrastructure that is secure, open-source, and natively decentralized. The company is self-financed and has assembled a stellar team (/team) of creatives and technologists.

---

← History Is Made - First Public Film Screenings via Blockchain at PorcFest XIII

LBRY Credits Listed on First Exchange! Liquidity Ensues! →



*Samuel Bryan* · ✉ · ⌥ · 🐦

Much of our writing is a collaboration between LBRY team members, so we use SamueL BRYan to share credit. Sam has become a friend... an imaginary friend... even though we're adults...

**COMPANY**

About

Blog

5/2/22, 11:37 AM

LBRY Beta Goes Live! A Declaration of Independence from Big Media

Jobs

Shop

Team

USE LBRY

**odysee.com**

Android

Linux

iOS

macOS

Windows

SOCIAL

Chat on Discord

Twitter

Reddit

Facebook

Telegram

SUPPORT

hello@lbry.com

Contact

Privacy

TOS

FAQ

Back to top