# EXHIBIT 9

                                                                               Try LBRY          Menu

# Introducing lbry.tv
## Samuel Bryan • Jan 31 2020

We are thrilled to announce the public launch of lbry.tv, the most free way to share, follow, and support digital content.

Via lbry.tv, you can create a secure publishing account that you and only you (not even us) have the ability to update or modify. You can also watch content from top creators, stream Hollywood films, and browse a quirky digital wonderland while earning a stake in a community-controlled protocol.

If a picture is worth a thousand words, then a personal experience is worth like… a billion? So one option is that rather continue to read this, you simply go over to lbry.tv and try it out (https://lbry.tv/).

Still here, huh? You must want more moving pictures and more words. We shall supply them.

## What is lbry.tv?

lbry.tv is a nearly feature-complete web version of LBRY desktop, a browser for the LBRY network. lbry.tv allows you to...

## Boring, please stop. I don't know what LBRY is. Can you start there?

LBRY is an open-source, censorship-resistant protocol that facilitates the discovery, distribution, and purchase of digital content.

## You're still nerding it too much.

OK. LBRY is a YouTube-like service but instead of it being owned by a single company (Google), we created an open, distributed, and inter-operable standard (like HTTP).

This means that when you use LBRY, you as a creator or viewer are left in complete control. Your account is truly yours, funds you earn are truly yours, and not only is there not a middleman taking a cut or putting thumbs on scales, *LBRY makes it impossible for that middleman to ever exploit you.*

## Hot stuff. So what is LBRY.tv?

lbry.tv is the full LBRY experience in the convenience of your browser, with the ability to transition seamlessly from the web version to the desktop or mobile version of LBRY.If you're familiar with Bitcoin, you can think of lbry.tv as Coinbase - a web interface for an underlying decentralized network.

If you're not familiar with Bitcoin or that previous sentence did not make sense, you can just think of lbry.tv as YouTube but YouTube back in 2009 when it was actually cool.

## Words words blah blah blah. Do you have some kind of epic video?

Well thanks now my American eagle is crying, but it didn't actually tell me much about what I can do on LBRY. Do you have a less epic video, maybe one showcasing creators on LBRY with cheerful pop music?

## Maybe you could just list some what you can find on LBRY?

- Hundreds of huge YouTubers, like Veritasium, minutephysics, John Stossel, and 3Blue1Brown. Tens of thousands of popular YouTubers co-publish or publish unique content to LBRY.

- Hollywood films, including the catalog from Oscilloscope Studios, which includes award-winning films starring actors like James Franco, Julia Stiles, David Cross and more.

- Creators who stand up for free speech and free expression like Jordan Peterson, Benjamin Boyce, Justin Murphy and more.

- 20,000 top college lectures that almost disappeared forever due to threat of censorship.

- All kinds of weird and original gems.

## What's in it for me, besides great content on an open platform that actually stands up for its users?

While it seems a bit demanding to be asking for more, this is a good time to mention there are bonus rewards to celebrate the lbry.tv launch.LBRY is backed by a blockchain token. This token is used to publish, tip creators, incentivize hosting, and secure the network. It also gives you a say in how the network and content discovery work.

## Can I publish to lbry.tv?

Yes! The account creation process walks you through setting up an initial channel, and then it's as easy as clicking Publish.

If you have an active YouTube channel, you can sync the entire channel and earn great rewards in just one click. Head on over to lbry.com/youtube (https://lbry.com/youtube).

## I didn't read anything and just scrolled to the bottom because I have ADD. Can you give me a TL;DR?

- LBRY is an internet protocol (like HTTP or SMTP) that allows the publishing of digital content with no middlemen, no censorship, and no interference (even from us).
- lbry.tv just launched and allows anyone in the world to immediately start using LBRY.
- LBRY has millions of pieces of content from top creators available on a platform that guarantees free speech and user control.
- Create a lbry.tv account now and get a special bonus of magic internet coins.

← Wrapping up 2019 and looking into 2020 Community update!

Invites and Downloads Come to LBRY on Android with Galaxy Release →



*Samuel Bryan · ✉ · ⌂ · 🐦*

Much of our writing is a collaboration between LBRY team members, so we use SamueL BRYan to share credit. Sam has become a friend... an imaginary friend... even though we're adults...

COMPANY

About
Blog
Jobs
Shop
Team

USE LBRY

**odysee.com**
Android
Linux
iOS
macOS
Windows

SOCIAL

Chat on Discord
Twitter

Twitter
Reddit
Facebook
Telegram

### SUPPORT

hello@lbry.com
Contact
Privacy
TOS
FAQ

Back to top