# EXHIBIT 11

<-</a>



Try LBRY    Menu

# Looking Back and Moving Forward: LBRY in 2019/2020

Jeremy Kauffman • Feb 7 2020

How was your year, everyone? Ours was... okay.



Before we begin our annual review, let's go ahead and knock out the sentence that's been in this thing three years running (https://lbry.com/news/lbry-in-2018-2019).

https://lbry.com/news/lbry-in-2019-2020

1/5

Our token price is irrelevant compared to what actually matters: building and marketing a technology that solves problems and is a joy to use.

By that metric, LBRY had it's best year yet, and by a pretty absurd percent: our **weekly user numbers are up about 20x year-over-year**.

As lbry.tv has made it easier to embed and show video content to everyone, we're moving away from written blog posts to video content for our yearly review and roadmap announcement.

## Looking back at 2019

### See the 2019 Report Card

[Open the report card spreadsheet (https://lbry.com/2019goalsreportcard)](https://lbry.com/2019goalsreportcard) and follow along with the video below.

### Watch the 2019 roadmap review video

# Looking forward to 2020

## See the 2020 Roadmap

[Open the roadmap (https://lbry.com/roadmap)](https://lbry.com/roadmap) and follow along with the video below.

## Watch the 2020 roadmap release video

# Now spread LBRY love

We're only going to [give away 5,000,000 LBC, but only if you f*&(@# your friends (https://lbry.tv/@lbry:3f/downtofollowfebruary:b)](https://lbry.tv/@lbry:3f/downtofollowfebruary:b).

← Shining warm (and cool) lights on LBRY Kelvin            Development Update for February 2020 →



Jeremy Kauffman · ✉ · ⌘ · 🐦

Jeremy knows how to build and scale a startup starting from day one. He knows how to deliver usable products and get those products in front of the right people.

Jeremy created LBRY because he fell in love with the idea of shared, global content registry that is owned and controlled by no one. Unsurprisingly, he is a longtime supporter of decentralized technology and freedom of information.

Prior to LBRY, Jeremy founded TopScore (//usetopscore.com), a startup that processes millions of dollars monthly in event and activity registrations. He attended Rensselaer Polytechnic Institute (//rpi.edu), where he received degrees in physics and computer science.

COMPANY

About
Blog
Jobs
Shop

### USE LBRY

**odysee.com**

Android

Linux

iOS

macOS

Windows

### SOCIAL

Chat on Discord

Twitter

Reddit

Facebook

Telegram

### SUPPORT

hello@lbry.com

Contact

Privacy

TOS

FAQ

Back to top