# EXHIBIT 14

```
 1        A    Yes, generally.
 2        Q    Do I have that wrong?
 3        A    It's not always the case.  It wasn't
 4   necessarily always the case that they would be sent out,
 5   but that would be our habit.
 6        Q    That was your habit during that time?
 7        A    Yes.
 8        Q    Why did LBRY have that -- or why did you have
 9   that habit at the time?
10        A    To promote posts on social media?
11        Q    Yes.
12        A    To get a bigger audience.
13        Q    So it was a function of reaching more people?
14        A    Yes.
15        Q    Did you have an understanding at the time of
16   who the followers on LBRY's social media sites were?
17        A    Loosely.
18        Q    What was your loose understanding?
19        A    It was people who were enthusiasts for this
20   kind of technology and cryptocurrency.
21        Q    Was there a particular target audience that
22   LBRY was attempting to reach in its marketing campaign?
23        A    Initially, we wanted to reach people with some
24   technical know-how, because if you're going to be alpha
25   testing, beta testing, it's helpful to have people be
```

able to give feedback more than "It doesn't work."

But in general, this was very early in the start-up -- as a start-up, so we were happy to have anyone who was interested in helping us.

Q   I think you answered your last question by saying "initially."  Did it change over time who the target audience was?

A   Yes.  Over time, we would have gone from a more -- looking for more technical people.  We needed people to do developing early on.  And then as it became more developed, it was going more and more to the general public to just have people use it.  And there was also -- initially, we didn't need content creators, because the thing wasn't built.  Once it was at a point where people could publish content, then there was a pivot to, Okay, let's reach out to creators.

Q   So over time, LBRY's marketing campaign expanded to include more of the general population who LBRY viewed to be potential users or creators for the platform?

A   Yes.

Q   And why was that?  Why did LBRY expand its reach in that way or attempt to expand its reach?

A   It was just a normal course for the company.

Q   Was the goal to reach more people who would

1 interact and use the platform?
2     A    Yes.
3     Q    Do you recall whether during your time at
4 LBRY, efforts were made to reach an audience that you or
5 LBRY understood to be speculative cryptocurrency
6 investors versus potential users of the platform?
7     A    Now that I look back at some of these blog
8 posts, I think we did the opposite. Any comment that
9 was made about speculation was to try to tamp down or
10 distance from that being the goal of the project.
11     Q    Why was that?
12     A    It wasn't the goal of the project.
13     Q    I won't ask you again what the goal was, since
14 I think we've asked you multiple times.
15     MS. MARTABANO:  I appreciate it.
16     Q    Are you familiar with the term "initial coin
17 offering" or "ICO"?
18     A    Yes.
19     Q    What is your understanding of that term?
20     A    An ICO I understand to be when a company
21 offers coins -- a new token as a means for people to
22 invest in the company.
23     Q    How did you gain that understanding?
24     A    I've just been involved with the industry.
25     Q    Do you have an understanding of whether LBRY