# EXHIBIT 21

| | | |
|---|---|---|
| U | Something to understand: that when you stream a file, you are actually downloading it temporarily and then deleting it afterward. The only thing we can really improve on is disk space management. | |
| TT | **Thomas LBRY (Tom)**<br>You got it, thanks for the support! | 10/9/2018, 3:35 AM |
| T | **Tom**<br>Compression is not possible on encrypted files, which is how data is shared on the network. At some point we hope to support video transcoding, so that could help. | 10/9/2018, 3:38 AM |
| TT | **Thomas LBRY (Tom)**<br>And remember, lbry is not only for video 😊 | 10/9/2018, 3:38 AM |
| U | **Unknown**<br>Member Action: invite_members | 10/9/2018, 7:34 AM |
| U | **Unknown**<br>Morning - I'm new to LBRY - looks very interesting and I'll research some more but if admin Tom<br>(?) can check links in last night's update email? The Discord link in the footer is broken - currently goes to chat.lbry.io<br>(but nothing there) - might want to check the others, too. | 10/9/2018, 7:37 AM |
| U | **Unknown**<br>Having check website, link to Discord results in too many redirects error. | 10/9/2018, 7:48 AM |
| WS | **Wailing Sailer 967**<br>This should help<br>https://discord.gg/9MQWez | 10/9/2018, 7:50 AM |
| T | **Tom**<br>Thanks for the heads up about the discord link, we'll get it fixed up tomorrowv | 10/9/2018, 7:54 AM |
| T | **Tom**<br>Tomorrow! | 10/9/2018, 7:54 AM |
| U | **Unknown**<br>Member Action: invite_members | 10/9/2018, 7:58 AM |
| PB | **Piyushh Bhutoria**<br>Member Action: invite_members | 10/9/2018, 8:06 AM |
| U | **Unknown**<br>Brilliant, thanks Tom. Didn't want to come over as a hater or FUDr! I run a dev company so I know how these little things can sneak through despite endless checking processes! | 10/9/2018, 8:21 AM |
| E | ==erkan==<br>==what a dev project ! price is going to hell== | 10/9/2018, 8:25 AM |
| U | **Unknown**<br>Member Action: invite_members | 10/9/2018, 11:29 AM |
| A | **Alon769**<br>Member Action: invite_members | 10/9/2018, 12:03 PM |
| U | **Unknown** | 10/9/2018, 12:03 PM |

Confidential, Protected by Protective Order                                                                            LBRY_SEC00059065

| | Member Action: invite_members | |
|---|---|---|
| TT | **Thomas LBRY (Tom)** <br> We don't control the price, we focus on the development and long term success of the company. <br><br> https://lbry.io/news/acryptypical | 10/9/2018, 2:40 PM |
| E | **erkan** <br> but price is imp. for project investor.  scam project show better performance | 10/9/2018, 2:46 PM |
| WS | **Wailing Sailer 967** <br> erkan <br>  have you read this? | 10/9/2018, 2:47 PM |
| E | **erkan** <br> bought almost 2 year ago from 20k satoshi. all i see about lbry is shit | 10/9/2018, 2:49 PM |
| E | **erkan** <br> you shld try to add lbry big exchange to protect your investor | 10/9/2018, 2:50 PM |
| E | **erkan** <br> not share smth like above | 10/9/2018, 2:50 PM |
| TT | **Thomas LBRY (Tom)** <br> Exchange listings are not up to us. All crypto investments, including lbry, are highly speculative and risky. | 10/9/2018, 3:50 PM |
| TT | **Thomas LBRY (Tom)** <br> You didn't at all, thank you! The link is now fixed. Can we send you some LBC for pointing that out? Dm me your address. | 10/9/2018, 3:51 PM |
| E | **erkan** <br> it is up to u. so why r u explain as we dont interest to adding exchanges in pink message | 10/9/2018, 3:55 PM |
| E | **erkan** <br> at least think about what u write | 10/9/2018, 3:56 PM |
| T | **Tom** <br> Sure. | 10/9/2018, 4:02 PM |
| E | **erkan** <br> haha u fucking acammers | 10/9/2018, 4:03 PM |
| WS | **Wailing Sailer 967** <br> Language please | 10/9/2018, 4:04 PM |
| E | **erkan** <br> for what | 10/9/2018, 4:06 PM |
| E | **erkan** <br> dont answer me like a scammer. | 10/9/2018, 4:08 PM |
| E | **erkan** <br> just doing sth before price going to single satoshi | 10/9/2018, 4:11 PM |
| E | **erkan** | 10/9/2018, 4:12 PM |

Confidential, Protected by Protective Order                                                                                                             LBRY_SEC00059066

| | | all coins rise almost 2x but lbry just going to depper | |
|---|---|---|---|
| T | **Tom** | | 10/9/2018, 4:15 PM |
| | Sorry you lost your money, but we won't put up with this type of attitude. We literally told people not to invest in lbry. | | |
| E | **erkan** | | 10/9/2018, 4:18 PM |
| | so why did you release lbry coins? | | |
| TT | **Thomas LBRY (Tom)** | | 10/9/2018, 4:22 PM |
| | So we can launch the lbry project and protocol, they require a blockchain and credits. | | |
| E | erkan | | 10/9/2018, 4:30 PM |
| | so dont answer as we told people not to invest in lbry | | |
| E | erkan | | 10/9/2018, 4:31 PM |
| | erkan:<br>so dont answer as we told people not to invest in lbry | | |
| U | Unknown | | 10/9/2018, 4:45 PM |
| | The team is doing things. Don't look at the price. Take it. Wait for zero.😊 | | |
| T | Tom | | 10/9/2018, 4:45 PM |
| | Dont answer what exactly? | | |
| E | erkan | | 10/9/2018, 4:54 PM |
| | dont answer like fucking scammers. is it enough to understand for you? | | |
| T | Tom | | 10/9/2018, 5:21 PM |
| | Good bye! | | |
| JS | **Julie Sigwart** | | 10/9/2018, 5:25 PM |
| | We have no control over the price of the token. We work day in, and day out, to make the best software we can. All of crypto is a gamble. Why aren't you asking the Bitcoin devs why the coin is no longer at $20,000? | | |
| U | **Unknown** | | 10/9/2018, 5:29 PM |
| | I totally agree! | | |
| | What I would rather look at this moment is the value of populazing decentralized technology, which I believe LBRY does a very good job at | | |
| WS | Wailing Sailer 967 | | 10/9/2018, 5:35 PM |
| | https://twitter.com/Premium_Trends/status/1049684759214006272?s=19 | | |
| U | Unknown | | 10/9/2018, 5:40 PM |
| | Member Action: invite_members | | |
| JS | Julie Sigwart | | 10/9/2018, 5:42 PM |
| | Welcome to the LBRY Telegram group, Mike! | | |