# EXHIBIT 22

💬 **[NO REWARDS DISCUSSION OR LINK SHARING] LBRY Chat - 2018-12-23**

DB **Dani btccpr** — 12/23/2018, 7:44 AM
Member Action: invite_members

TG **The Ghost** — 12/23/2018, 7:48 AM
welcome to the Jungle baby

U **Unknown** — 12/23/2018, 10:01 AM
Member Action: invite_members

SB **serif babacan** — 12/23/2018, 10:25 AM
Member Action: invite_members

TG **The Ghost** — 12/23/2018, 1:08 PM
why LBC is not represented on CoinMarketCal.com
?

TG **The Ghost** — 12/23/2018, 1:08 PM
you should regularly publish all your upcoming events, announcements, releases, news etc. on CoinMarketCal.com

TG **The Ghost** — 12/23/2018, 1:08 PM
like all other serious projects are doing

TG **The Ghost** — 12/23/2018, 1:09 PM
CZ Binance SEO stated that Binance team is regularly monitoring CoinMarketCal.com
for projects activity, this is the reason why Binance doesn't list your project

TG **The Ghost** — 12/23/2018, 1:09 PM
it's like if LBC doesn't exist or dead

T **Tom** — 12/23/2018, 2:19 PM
We've submitted an application to binance, 0 response (supposedly that's normal). They are probably waiting for a time when LBC has higher volumes...that's really the most important thing for exchanges (it's how they make money). We'll get coinmarketcal filed out once we release our roadmap for 2019. I have been keeping binance.info
up to date for the most part.

TG **The Ghost** — 12/23/2018, 2:22 PM
they are just watching CoinMarketCal.com
and not see any activity for LBC

TT **Thomas LBRY (Tom)** — 12/23/2018, 2:22 PM
That's not why they aren't listing us, trust me.

Confidential, Protected by Protective Order

| | **The Ghost** | 12/23/2018, 2:23 PM |
|---|---|---|
| TG | this can be one of the reasons | |

| | **Thomas LBRY (Tom)** | 12/23/2018, 2:23 PM |
|---|---|---|
| TT | Not even one of the tips stated here, so I doubt it.<br>https://www.linkedin.com/pulse/binance-listing-tips-changpeng-zhao | |

| | **Thomas LBRY (Tom)** | 12/23/2018, 2:24 PM |
|---|---|---|
| TT | They want volume and 250k (that's what they told us last year) for listing. Maybe that's changed as they listed some community projects for free. But we won't be paying anything near that. | |

| | **The Ghost** | 12/23/2018, 2:26 PM |
|---|---|---|
| TG | you don't make any efforts to bring the volume/ attention to the LBC coin  - this is actually why it's important to be represented on CoinMarketCal.com | |

| | **The Ghost** | 12/23/2018, 2:27 PM |
|---|---|---|
| TG | Crypto moved in the future and you are still in the Stone Age | |

| | **Thomas LBRY (Tom)** | 12/23/2018, 2:28 PM |
|---|---|---|
| TT | Then why are you here? You are welcome to leave. We will never hype or pump lbry, and if you think that's what will bring real world success to our project, you are dead wrong. | |

| | **Wallison Alves** | 12/23/2018, 2:28 PM |
|---|---|---|
| WA | When LBRY starts used to the pasta as well as the YouTubers or UDemy and Udacity courses crew, and fleeing from the censorship of these centralized networks 5 dollars will be exchanged bread | |

| | **Thomas LBRY (Tom)** | 12/23/2018, 2:31 PM |
|---|---|---|
| TT | We have one of the most active blockchain projects with one of the highest WAU, and we'll continue building on that, and not speculating or looking at the price. We went up and down with the rest of the crypto market which had nothing to do with where the product was. | |

| | **Wallison Alves** | 12/23/2018, 2:32 PM |
|---|---|---|
| WA | This has always existed in centralized networks, in a decentralized network will not be different, I do not see reason to worry about it, regardless of the content published it can not be censored, for if you have some kind of censorship that opens brecks to attack honest users too | |

| | **Wallison Alves** | 12/23/2018, 2:35 PM |
|---|---|---|
| WA | Yes, LBry is a fantastic thing, I do not care about the prices I want to simply use these decentralized technologies in my day-to-day | |

| | **The Ghost** | 12/23/2018, 3:40 PM |
|---|---|---|
| TG | If you are so Arrogantly-Idealistic - why you haven't done the fundraising in a conventional way? in this way, you would have direct responsibility in front of your investors.  Or at least through services like  Kickstarter  - this would be the right way to do that! | |

| | **The Ghost** | 12/23/2018, 3:40 PM |
|---|---|---|
| TG | Why have you chosen to take money from the market? - by dumping pre-mined coins. | |

| | **Unknown** | 12/23/2018, 3:55 PM |
|---|---|---|
| U | Member Action: invite_members | |

| | **Tom** | 12/23/2018, 5:38 PM |
|---|---|---|
| T | Do what exactly? Are investors going to get us users and content? No. We don't need any funding, not asking for your money. We haven't sold any LBC in almost a year. You can see by our credit reports exactly where the LBC is going. | |

| | **The Ghost** | 12/23/2018, 6:45 PM |
|---|---|---|
| TG | | |

Confidential, Protected by Protective Order

LBRY_SEC00059144