# EXHIBIT 23

💬 **[NO REWARDS DISCUSSION OR LINK SHARING] LBRY Chat - 2019-03-05**

| | | |
|---|---|---|
| U | **Unknown** | 3/5/2019, 12:05 AM |
| | Member Action: invite_members | |

| | | |
|---|---|---|
| T | **Tate** | 3/5/2019, 12:38 AM |
| | Member Action: invite_members | |

| | | |
|---|---|---|
| TG | **The Ghost** | 3/5/2019, 6:22 AM |
| | ❤ | |

| | | |
|---|---|---|
| S | **Shasha** | 3/5/2019, 6:39 AM |
| | Member Action: invite_members | |

| | | |
|---|---|---|
| S | **Shasha** | 3/5/2019, 6:39 AM |
| | Hi | |

| | | |
|---|---|---|
| S | **Shasha** | 3/5/2019, 6:40 AM |
| | Need of graphics designer ? You can DM me guys | |

| | | |
|---|---|---|
| 倫岡 | **倫太郎 岡部** | 3/5/2019, 6:52 AM |
| | /spam | |

| | | |
|---|---|---|
| WS | **Wailing Sailer 967** | 3/5/2019, 7:02 AM |
| | How do you just join the group and right away that 👆🌐 | |

| | | |
|---|---|---|
| TB | **THE BULL** | 3/5/2019, 8:40 AM |
| | Member Action: invite_members | |

| | | |
|---|---|---|
| AK | **Alex K.** | 3/5/2019, 2:28 PM |
| | And what do we do when that reward code? | |

| | | |
|---|---|---|
| AK | **Alex K.** | 3/5/2019, 2:28 PM |
| | With* | |

| | | |
|---|---|---|
| TT | **Thomas LBRY (Tom)** | 3/5/2019, 3:05 PM |
| | Type it into the rewards screen of the app | |

| | | |
|---|---|---|
| KM | **Khaled Metr.** | 3/5/2019, 3:37 PM |
| | Member Action: invite_members | |

| | | |
|---|---|---|
| U | **Unknown** | 3/5/2019, 3:55 PM |
| | Member Action: invite_members | |

| | | |
|---|---|---|
| KM | **Khaled Metr.** | 3/5/2019, 4:17 PM |
| | Hi | |
| | What is the relationship of the symbol LBC to the development team projects established on Blokchian? Is it a fuel for data exchange or is it data-driven or just for speculative trading | |

| | | |
|---|---|---|
| T | **Tom** | 3/5/2019, 4:17 PM |
| | Replied to you via email. It's used to publish and purchase content on the LBRY network...so it's a utility token . | |

| | | |
|---|---|---|
| KM | **Khaled Metr.** | 3/5/2019, 4:29 PM |

Confidential, Protected by Protective Order

Thanks

Confidential, Protected by Protective Order

LBRY_SEC00058963