# EXHIBIT 24

| A | Anonymous ... | 1/2/2020, 5:55 PM |
|---|---|---|
| | Few? Hours? | |
| TT | Thomas LBRY (Tom) | 1/2/2020, 5:56 PM |
| | minutes hopefully 🙂 | |
| TT | Thomas LBRY (Tom) | 1/2/2020, 5:56 PM |
| | A good time to install the Desktop or Android app! | |
| A | Anonymous ... | 1/2/2020, 5:56 PM |
| | Okay | |
| A | Anonymous ... | 1/2/2020, 5:56 PM |
| | Already a beta tester of Android app | |
| TT | Thomas LBRY (Tom) | 1/2/2020, 6:03 PM |
| | It's back up | |
| R | razeiv | 1/2/2020, 6:10 PM |
| | Member Action: invite_members | |
| R | razeiv | 1/2/2020, 6:10 PM |
| | Hi admin | |
| R | razeiv | 1/2/2020, 6:10 PM |
| | I have some lbc in my lbry account.. My question is how do i withdraw them.. I have even read FAQ closely but i am confused | |
| R | razeiv | 1/2/2020, 6:11 PM |
| | I mean i want to trade them to exchanges | |
| U | Unknown | 1/2/2020, 6:12 PM |
| | of course you can. it's simple | |
| R | razeiv | 1/2/2020, 6:13 PM |
| | Lastly, can i withdraw them to Coinomi? | |
| U | Unknown | 1/2/2020, 6:14 PM |
| | idk Coinomi but just get LBC address then 🙂 | |
| R | razeiv | 1/2/2020, 6:15 PM |
| | I will 🙂.. Thanks! | |
| T | Troy | 1/2/2020, 6:15 PM |
| | Member Action: invite_members | |
| T | Tom | 1/2/2020, 6:17 PM |
| | Make sure to use the legacy address in Coinomi, not compatibility (if using mobile app). | |
| | But really you should keep your LBC to use on the platform 🙂 | |
| R | razeiv | 1/2/2020, 6:18 PM |
| | I will surely .. i'm just trying to test the withdrawal as i am a newbie here and i think i will be moving my youtube videos here soon. | |
| A | Automatic | 1/2/2020, 6:23 PM |

Confidential, Protected by Protective Order          LBRY_SEC00058915