# EXHIBIT 25

| | Unknown | 7/30/2020, 11:03 AM |
|---|---|---|
| U | Hi friends | |

| | Lil Cryptita \| CryptitaDripTeam.com | 7/30/2020, 11:19 AM |
|---|---|---|
| LC | "There was an error sending support funds" i been getting that message now for 3 days | |

| | Lil Cryptita \| CryptitaDripTeam.com | 7/30/2020, 12:28 PM |
|---|---|---|
| LC | getting so frustrated with LBRY tempted to sell all. First my rewards are cut to a tiny fraction cause i posted too many photos and now so many errors and admins are not very nice. Want to quit this project | |

| | Nii Sackey | 7/30/2020, 12:36 PM |
|---|---|---|
| NS | There was an official announcement on "rewards cut" | |
| | It affected everyone | |

| | SRV | 7/30/2020, 12:47 PM |
|---|---|---|
| S | Member Action: invite_members | |

| | SRV | 7/30/2020, 1:02 PM |
|---|---|---|
| S | Where can I find info on token model? Did not find any info on website concerning how the token model works. Thanks | |

| | Unknown | 7/30/2020, 1:33 PM |
|---|---|---|
| U | What exactly do you mean with "token model" ?🙂 | |

| | Unknown | 7/30/2020, 2:43 PM |
|---|---|---|
| U | What information? | |

| | **Unknown** | **7/30/2020, 2:45 PM** |
|---|---|---|
| U | **Any info on additional exchanges? Uniswap is not complicated to add. LBRY needs liquidity.** | |

| | **Thomas LBRY (Tom)** | **7/30/2020, 3:25 PM** |
|---|---|---|
| TT | **Lbry.com/faq/exchanges** | |
| | We are not erc20 so not compatible with uniswap | |

| | Thomas LBRY (Tom) | 7/30/2020, 3:26 PM |
|---|---|---|
| TT | Desktop app or<br>LBRY.tv<br>? Can you try with smaller amounts? | |

| | Thomas | 7/30/2020, 5:30 PM |
|---|---|---|
| T | Member Action: invite_members | |

| | **Unknown** | **7/30/2020, 6:10 PM** |
|---|---|---|
| U | **got 23$ worth of lbc and would like to exchange it , however havent found much or what i have found is crazy to understand** | |

| | **Thomas LBRY (Tom)** | **7/30/2020, 6:11 PM** |
|---|---|---|
| TT | **If it's from rewards, you should consider using it / holding onto it on the platform.** | |

| | Unknown | 7/30/2020, 6:14 PM |
|---|---|---|
| U | got it on coinomi . ally not much else i can do with it cept stare at it | |

| | Unknown | 7/30/2020, 6:29 PM |
|---|---|---|
| U | | |

Confidential, Protected by Protective Order　　　　　　　　　　　　　　　　　　　　　　　　　　　　　LBRY_SEC00058683

| | | | |
|---|---|---|---|
| | Thanks. Any chance of a top 10 CEX listing soon? Bittrex has lost traction in the last two yrs. VCC is Vietnamese only. Great solution use it daiky | | |
| HY | $hiv@m Y@d@v<br>Member Action: invite_members | | 7/30/2020, 7:10 PM |
| HY | $hiv@m Y@d@v<br>Hy guys | | 7/30/2020, 7:10 PM |
| HY | $hiv@m Y@d@v<br>Good evening | | 7/30/2020, 7:10 PM |
| HY | $hiv@m Y@d@v<br>I m new | | 7/30/2020, 7:10 PM |
| HY | $hiv@m Y@d@v<br>And I don't know what's going on here | | 7/30/2020, 7:10 PM |
| HY | $hiv@m Y@d@v<br>So anyone can help me | | 7/30/2020, 7:10 PM |
| TT | Thomas LBRY (Tom)<br>Good place to start:<br>lbry.com/faq | | 7/30/2020, 7:11 PM |
| U | Unknown<br>Member Action: invite_members | | 7/30/2020, 8:19 PM |
| S | SRV<br>What's the purpose for the token? | | 7/30/2020, 8:41 PM |
| A | Armando<br>https://youtu.be/L_HuuD62X28 | | 7/30/2020, 9:16 PM |
| A | andrespiped<br>Member Action: invite_members | | 7/30/2020, 9:21 PM |
| TT | **Thomas LBRY (Tom)**<br>**LBC are used for various tasks throughout the LBRY experience and also provide features such as content and channel indexing, discovery/search results, and trustworthiness. These actions, which LBRY Inc doesn't take any cut of / make money on, include:**<br>**-Maintaining an index of all channels and content on the network**<br>**-Channel and content creation**<br>**-Tipping content and creators**<br>**-Supporting content and creators by boosting relevance**<br>**-Purchasing premium and paid content** | | 7/30/2020, 9:25 PM |
| P | Pengepul Sampah ?<br>Member Action: invite_members | | 7/30/2020, 9:25 PM |
| A | andrespiped<br>I wanna ask You something. My Youtube channel never sync my lbry, i dont know what i should do | | 7/30/2020, 9:28 PM |
| TT | Thomas LBRY (Tom)<br>Our sync process is down at the moment, but if you email hello@lbry.com<br>we can look into it. | | 7/30/2020, 9:30 PM |

| J | Juanig | 7/30/2020, 10:10 PM |
|---|---|---|
| | Member Action: invite_members | |
| S | SRV | 7/30/2020, 11:58 PM |
| | Thanks. Are there any medium articles or wp or write up expanding more on detailed token use?!  Thanks. | |

Confidential, Protected by Protective Order