# EXHIBIT 26

| | | |
|---|---|---|
| JF | **Joe Fintec**<br>you got demonetized? | 1/7/2021, 8:15 PM |
| AJ | **Alex J.**<br>Yes, and they tell me why they demonetized me | 1/7/2021, 8:17 PM |
| AJ | **Alex J.**<br>and like me, many others too and they don't say anything. | 1/7/2021, 8:17 PM |
| JF | **Joe Fintec**<br>why? | 1/7/2021, 8:18 PM |
| JF | **Joe Fintec**<br>first time i hear about this | 1/7/2021, 8:19 PM |
| EL | **Eric Low**<br>Member Action: invite_members | 1/7/2021, 8:52 PM |
| # | **?SHANTO ?**<br>Member Action: invite_members | 1/7/2021, 9:04 PM |
| # | **?SHANTO ?**<br>hey anyone sent me the contract address | 1/7/2021, 9:05 PM |
| TT | **Thomas LBRY (Tom)**<br>Check out<br>https://lbry.com/faq/block-rewards | 1/7/2021, 9:09 PM |
| TT | **Thomas LBRY (Tom)**<br>this is not an ETH token | 1/7/2021, 9:09 PM |
| # | **?SHANTO ?**<br>how i withdraw this token?? | 1/7/2021, 9:11 PM |
| TT | **Thomas LBRY (Tom)**<br>1.08 B | 1/7/2021, 9:18 PM |
| TT | **Thomas LBRY (Tom)**<br>Correct, similar to Bitcoin, it's a fixed supply | 1/7/2021, 9:19 PM |
| TT | **Thomas LBRY (Tom)**<br>==We don't focus on the price, we just build== | 1/7/2021, 10:00 PM |
| TT | **Thomas LBRY (Tom)**<br>==LBC is a utility token, not an investment.== | 1/7/2021, 10:02 PM |
| TT | **Thomas LBRY (Tom)**<br>==To use it on the platform./== | 1/7/2021, 10:13 PM |
| TT | **Thomas LBRY (Tom)**<br>see<br>lbry.com/faq/exchanges-policy | 1/7/2021, 10:15 PM |