# EXHIBIT 27

Try LBRY        Menu

# Introducing lbry.tech and the LBRY Spec
## Jeremy Kauffman • Feb 20 2019

🎵 🎶 🎵 *Hello... Allow me to introduce myself... My name is, lbry.tech It's so nice to meet you...It's been a long time... Sorry it took so long... My name is, lbry.tech... We never meant to leave you... without documentation* 🎶 🎵 🎶

Enough with the parodies. This post is *serious*.

*Assumes deep Hollywood blockbuster movie trailer voice.*

In a world where most blockchain companies create psuedo-scientific whitepapers that more resemble an investment prospectus...

In a world where even Bitcoin says the primary documentation is the code...

One company was brave enough - bold enough - to create a true technical resource.



lbry.tech (https://lbry.tech) is our new comprehensive web portal for technical users. If sentences containing words and phrases like Merkle tree, activation delay, and manifest blob are the things that you find interesting, this is the website for you.

**What is lbry.tech?**

lbry.tech (https://lbry.tech) contains technical resources, a protocol specification, API documentation, and more.

Here are some of the things you can find on lbry.tech:

- LBRY Protocol Specification (https://lbry.tech/spec) - A comprehensive, thorough documentation of *exactly* what LBRY is and how it works. We've called this a spec rather than a whitepaper because that's what it is. It's

not a theoretical proposal, but a detailed description of a system in production usage.

- LBRY Overview (https://lbry.tech/overview) - An introduction and interactive overview of LBRY specifically for technical users.

- The Playground (https://lbry.tech/playground) - An interactive utility that helps engineers understand what LBRY is and how it works with real-world examples.

- Contributor's Guide (https://lbry.tech/contribute) - Everything a would-be contributor needs to know to contribute to LBRY. Whether you're a front-end developer, a low-level micro-optimizer, or something in between, there's a way to help out.

- SDK APIs (https://lbry.tech/api/sdk) and Blockchain APIs (https://lbry.tech/api/blockchain) - Formerly on lbry.com, these useful resources have been updated and redesigned.

- Builders's Guide (https://lbry.tech/build) - A new resource specifically for those who want to build their own app or utility using the LBRY protocol, rather than contribute to LBRY Inc. projects.

- Developer Reward Program (https://lbry.tech/developer-program) - A new reward program specifically for developers to help them get started learning, contributing, or building with LBRY.

But that's not all! See everything for yourself at lbry.tech (https://lbry.tech).

**Get Developer Updates**
We've started segmenting our email communications so that we can communicate specifically with developers.

If you want to receive monthly developer updates and other developer specific news, enter your email address in the footer of lbry.tech (https://lbry.tech).

---

← HF1903: A Hard Fork on March 21st, 2019               LBRY Evolves: Introducing LBRY Darwin →



*Jeremy Kauffman* · ✉ · ⌥ · 🐦

Jeremy knows how to build and scale a startup starting from day one. He knows how to deliver usable products and get those products in front of the right people.

Jeremy created LBRY because he fell in love with the idea of shared, global content registry that is owned and controlled by no one. Unsurprisingly, he is a longtime supporter of decentralized technology and freedom of information.

Prior to LBRY, Jeremy founded [TopScore (//usetopscore.com)](//usetopscore.com), a startup that processes millions of dollars monthly in event and activity registrations. He attended [Rensselaer Polytechnic Institute (//rpi.edu)](//rpi.edu), where he received degrees in physics and computer science.

**COMPANY**

About
Blog
Jobs
Shop
Team

**USE LBRY**

**odysee.com**
Android
Linux
iOS
macOS
Windows

**SOCIAL**

Chat on Discord
Twitter
Reddit
Facebook
Telegram

**SUPPORT**

SUPPORT

hello@lbry.com

Contact

Privacy

TOS

FAQ

Back to top