# EXHIBIT 30

| | | |
|---|---|---|
| 12:49 | 1 | engaging MoonPay, was there a discussion about how |
| | 2 | the LBC on MoonPay would be priced? |
| | 3 |     A.    I believe so. |
| | 4 |     Q.    Okay. And what were the options |
| 12:49 | 5 | considered for how LBC sold through the MoonPay |
| | 6 | widget would be priced? |
| | 7 |     A.    We wanted to price the LBC at the |
| | 8 | market price. But MoonPay also takes a pretty |
| | 9 | large transaction cut. So there was a discussion |
| 12:49 | 10 | of how much we could afford to lose when selling |
| | 11 | in MoonPay. |
| | 12 |     Q.    Okay. And what was the result of that |
| | 13 | discussion? |
| | 14 |     A.    I believe we chose to set the price |
| 12:49 | 15 | pretty close to the market price and eat -- |
| | 16 | essentially, eat the fees. |
| | 17 |     Q.    Okay. |
| | 18 |     A.    But that -- I believe we also may have |
| | 19 | changed -- changed that over time. |
| 12:50 | 20 |     Q.    Changed it in what way? |
| | 21 |     A.    I believe we may have increased the |
| | 22 | price so that we were eating less of the fees. |
| | 23 |     Q.    So that more of the fee would be passed |
| | 24 | to the purchaser? |
| 12:50 | 25 |            MR. MILLER: Objection. |

167

| | | |
|---|---|---|
| 12:50 | 1 | A.   Essentially.  So that we were not |
| | 2 | paying for the fees.  Yeah. |
| | 3 | Q.   Why was the -- what were the reasons |
| | 4 | for the decision to price the LBC at close to the |
| 12:50 | 5 | market price or at the market price? |
| | 6 | A.   Well, we -- the purpose of selling LBC |
| | 7 | was to make it available to users on the platform. |
| | 8 | If we sold the LBC for less than the market price, |
| | 9 | that would encourage people to buy it just to, you |
| 12:50 | 10 | know, not -- not necessarily to use it. |
| | 11 | Q.   Could -- well, actually, was there any |
| | 12 | discussion about setting a sort of a flat price |
| | 13 | for LBC to be sold through the widget? |
| | 14 | A.   That -- attempting to fix a price in a |
| 12:51 | 15 | market is a well known -- well known terrible |
| | 16 | idea. |
| | 17 | Q.   Well, that's not what I asked. |
| | 18 | I asked whether there was discussion |
| | 19 | about -- |
| 12:51 | 20 | A.   No.  There was not. |
| | 21 | Q.   Okay.  No consideration about saying we |
| | 22 | will sell LBC for six cents or some other number? |
| | 23 | A.   That would be absolutely insane. |
| | 24 | Q.   Why would that be insane? |
| 12:51 | 25 | A.   That -- it's literally impossible to |

168