# EXHIBIT 32

------------------------------------- X
SECURITIES AND EXCHANGE            :
COMMISSION,
                                   :
            Plaintiff,
                                   :
       -against-                       Civil Action No. 1:21-cv-00260-PB
                                   :
LBRY, INC.,
                                   :
            Defendant.
                                   :
------------------------------------- X

# DECLARATION OF AARON WATSON

I, Aaron Watson, declare as follows:

1.  I am the co-founder and CEO of Piper Creative, a Pittsburgh-based marketing agency that helps companies tell their story, build their brand and grow faster. Piper Creative provides video and podcast production services; training programs on marketing strategies; and brand development services. Piper Creative also hosts an annual event called the Going Deep Summit, a one-day conference in Pittsburgh that features six different speakers on a broad range of topics. The conference is geared toward helping entrepreneurs, innovators and connectors take their thinking and businesses to the next level.

2.  Since 2013, I have been publishing video content on a YouTube channel called *The Piper Rundown*, where I have over 11,000 subscribers. *The Piper Rundown* is dedicated to helping viewers build a better business. The channel produces a weekly video spotlighting some of the largest financial transactions, interviewing some of the world's best entrepreneurs and outlining the potential business opportunities.

## I. Introduction to LBRY and Creation of LBRY Channel

3. On or about August 2016, Jeremy Kauffman told me about the LBRY blockchain and the applications that were running on the LBRY blockchain. In or around December 2016, I was invited to join LBRY and began using the beta version of the LBRY Desktop application at that time.

4. In or around November 2019, I learned about the ability to sync my YouTube channel to the LBRY network. Given the potential to reach a wider audience and earn extra income, I decided to sync my YouTube content to the LBRY network.

## II. Growth on LBRY

5. In the nearly three years since syncing my content to the LBRY network, I have published almost 1,100 videos to my channel. These videos have been viewed approximately 54,000 times and have received a total of over 2,100 reactions and 600 comments from viewers. These figures represent a significant increase since the creation of my channel in 2019. Specifically, as of January 1, 2020, I had 12 followers and approximately 200 views of my content, and as of January 1, 2021, I had 469 followers and approximately 8,000 views. As of today, I have 2,233 followers and approximately 54,000 views—representing an approximately 18,500% and 26,900% increase in followers and views, respectively, since syncing my content in 2019.

6. The LBRY network has not only allowed my business to grow and obtain more exposure, but it has also allowed me to earn additional income for my work.

7. Since I began publishing to the LBRY network, I have earned a total of approximately 12,000 LBRY Credits ("LBC"). I have earned LBC in various ways, including through user rewards and tips I received from my followers and other community members that viewed my content on the LBRY platform. The vast majority of the LBC I have earned has come

from tips from my followers and other community members.

8. I have never sold or traded any of the LBC I received on the LBRY platform.

9. I have been very satisfied with the growth in both viewership and monetization on the LBRY network. In fact, given that success, I have recommended the LBRY network to other content creators as well, including Adam Haritan, creator of the *Learn Your Land* channel on YouTube, which has over 380,000 subscribers, and Kyshira Moffett, creator of the *@Kyshira* channel on YouTube, which has over 5,000 subscribers.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 27 day of April, 2022.

_____
Aaron Watson