# EXHIBIT 33

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

------------------------------------- X
SECURITIES AND EXCHANGE
COMMISSION,

     Plaintiff,

-against-                              Civil Action No. 1:21-cv-00260-PB

LBRY, INC.,

     Defendant.

------------------------------------- X

## DECLARATION OF JOHN DORVAL

I, John Dorval, declare as follows:

1.     I am an avid gold prospector in the Appalachia region of New York.

2.     In 2011, I started a blog about my prospecting experience called *Appalachian Prospectors, Gold Prospecting Adventures.*

### I. Experience with YouTube

3.     In 2011, I began posting videos about gold prospecting to a channel on YouTube called *Appalachian Prospectors*. Although I originally joined YouTube for no reason other than to share my passion about gold prospecting with the world, I soon came to realize that it was possible to earn money through YouTube's Partner Program, which allows content creators to share in revenue generated from advertising served on that creator's content.

4.     I was ecstatic when I received my first paycheck of $100 from the YouTube Partner Program; however, shortly thereafter, I received an email from YouTube stating that my channel would be demonetized due to the fact that I had under 1,000 subscribers at the time and that my channel did not meet the minimum annual watch time to qualify for the program. I was very upset

with YouTube for moving the goal posts, which they have continued to do since that time through various censorship and demonetization efforts.

**II.     Introduction to the LBRY Platform**

5.      On or around June 11, 2018, I learned about the LBRY platform on Twitter and the ability to sync my YouTube channel to the LBRY network. Given the potential to reach a wider audience and to earn money from my content—which I was unable to do on YouTube at the time— I decided to sync my YouTube content to the LBRY network.

6.      In addition to the video content that I have synced from my YouTube channel, I have also created content exclusively available on the applications running on the LBRY blockchain. Moreover, not only does the LBRY platform allow me to post video content, it also allows me to upload digital files, which is a function that is not available on YouTube. I have used this function to upload articles and reports containing information on where gold has been found and mined in the past, which is helpful for those who are prospecting for gold today.

**III.    Growth on the LBRY Platform**

7.      Although my channel is still available on YouTube, I am very glad that I chose to sync my channel to the LBRY network. In the less than four years since I synced my channel, I have gained more followers than I have in the 11 years that I have been on YouTube. Specifically, I currently have nearly 4,000 followers on the Odysee application, whereas I only have approximately 1,000 subscribers on YouTube.

8.      I have posted 118 videos to Odysee, several of which have trended in the top five videos on the application. These videos have been viewed over 21,000 times, and I have received a total of approximately 300 reactions and 500 comments from viewers.

9.      In addition, while the LBRY platform has allowed my channel to grow and obtain

156583955.1

more exposure, it has also allowed me to earn money for my content through the receipt of LBRY Credits ("LBC"). Since I began publishing on the LBRY platform, I have earned a total of approximately 67,000 LBC in various ways, including through user rewards and tips, which I receive from my followers and other community members that view my content on the LBRY platform. The potential for earning money on LBRY is astronomical and far outweighs the potential earnings available on YouTube for a smaller channel like mine.

10. I have cashed out my LBC on CoinEx, a digital cryptocurrency exchange, on approximately four separate occasions. I have also purchased LBC on CoinEx and have transferred that LBC back to my LBRY wallet in order to use it on the LBRY network to support my content. I have only ever purchased LBC on CoinEx in order to use it on the LBRY network.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 26 day of April, 2022.

*[signature]*
John Dorval