1

1   UNITED STATES SECURITIES AND EXCHANGE COMMISSION

2

3   In the Matter of:          )

4                              ) File No. B-03221-A

5   LBRY                       )

6

7   WITNESS:  Joshua Finer

8   PAGES:    1 through 293

9   PLACE:    Securities and Exchange Commission

10            New York Regional Office

11            200 Vesey Street, 4th Floor

12            New York, New York 10281

13   DATE:    Wednesday, June 12, 2019

14

15       The above-entitled matter came on for a hearing,

16   pursuant to notice, at 9:42 a.m.

17

18

19

20

21

22

23

24            Diversified Reporting Services, Inc.

25                 (202) 467-9200

40

1   see that?

2       A     Uh-huh.

3       Q     Do you recognize Exhibit Number 3?

4       A     I do.

5       Q     What is it?

6       A     It is my term sheet.

7       Q     Is this term sheet something that was

8   presented to you when you first started at

9   LBRY?

10      A     Yes.

11      Q     And your title is CGO; is that right?

12      A     It was Chief Growth Officer, but as

13  you see, it says Chief Operating Officer there.

14  I think there was a little bit of indecision

15  about what exactly I was going to be.

16      Q     And what does a Chief Growth Officer

17  do?

18      A     Tries to acquire users for the

19  platform -- I would say -- would be the primary

20  goal.

21      Q     And why is that a goal of LBRY?

22      A     Because without users, there would be

23  no marketplace.

24      Q     Why does LBRY have an interest in the

25  existence of a marketplace?

41

1      A    There's a belief that the current

2   marketplaces have some significant problems.

3      Q    And so LBRY was trying to create this

4   marketplace and needed users for the

5   marketplace?

6      A    Yes, we -- we wanted people that were

7   interested in a better marketplace.

8      Q    And so one of the things under the

9   bullets here is, "Creating, managing and

10  progressing key growth metrics".

11         Do you see that?

12     A    Yes.

13     Q    What metrics did you use in your job?

14     A    Ones like website visits, downloads

15  of software, pieces of content consumed.  This

16  is something that has grown over time,

17  certainly.

18     Q    I'm sorry, you said website visits,

19  pieces of content consumed.  And there was a

20  second one.  What was that?

21     A    Downloads of the software.  There

22  really are a lot of different metrics we watch.

23     Q    When you say downloads of software,

24  what software are you referring to?

25     A    The LBRY software package.  "Client",

42

1    I guess you could call it.

2        Q    Is that the software application?

3        A    Yes.

4        Q    So the LBRY application, is that the

5    interface between a user and the protocol?

6        A    Yes, the primary one.

7        Q    All right.  Is there another

8    interface that users can interact directly with

9    the protocol?

10       A    Early users would be using the

11   command-line software.  Users a little bit

12   later were using the GUI version of the

13   software.  So there were multiple versions, and

14   it was constantly being updated, as it is

15   today.

16       Q    And so "GUI" stands for graphical

17   user interface?

18       A    Correct.

19       Q    And when you say early users used the

20   command line --

21       A    Uh-huh.

22       Q    -- when did the GUI get introduced?

23       A    I'm not sure of the exact date.  I --

24   I'm not sure of the exact date.

25       Q    And how did you track downloads of

67

1    it was absolutely not a primary focus.

2        Q    And why is that?

3        A    Because we set out to build a great

4    product, and LBC was just one component of the

5    system that was necessary to make it function.

6        Q    It was the only way in which -- you

7    described beforehand -- that LBRY was going to

8    make money from its business operations,

9    correct?

10        A    Well, we reserved this allocation of

11   it -- this asset for ourselves.  And should we

12   accomplish our mission and create a useful

13   product, then that asset could then be sold at

14   a later date for money.  That was the theory.

15        Q    Well, let me jump to a new document

16   here.

17                    (SEC Exhibit No. 5 was

18                    marked for identification.)

19            BY MR. MOORES:

20        Q    You actually talked about building a

21   great product.  And what product is that?

22        A    New LBRY product, new LBRY browser --

23   I mean, LBRY.

24        Q    So is that the application?

25        A    Yes, the LBRY application.

68

1        Q    Is that the protocol?

2        A    The protocol and the application, I

3   would consider our product.

4        Q    So I'm handing you what's been marked

5   as Exhibit Number 5.  This is a multiple-page

6   exhibit, Bates Number LBRY 000560.  And the top

7   e-mail in the string is from Reilly Smith --

8   R-e-i-l-l-y -- to Jeremy Kauffman, dated August

9   7, 2017.

10           I'd like to draw your attention to

11   sort of the last e-mail in the string on Bates

12   Page ending 562.  It's an e-mail from yourself.

13   And the first sort of star says, "Open beta

14   social media".

15           Do you see that?

16        A    Uh-huh.

17        Q    The subject line of the e-mail is --

18   on the first page is just, "RE:  Last week".

19        A    Uh-huh.

20        Q    Is this a practice at LBRY to send

21   e-mails around describing what work you've

22   done, and what work you're going to do?

23        A    Correct.

24        Q    And when was that practice adopted?

25        A    Very beginning, as far as I remember.

104

1    Jack Robinson, I think we've already talked

2    about today.  Do you know who is

3    E-u-k-r-e-i-g-n?

4         A    I believe that's Lex, you mentioned

5    before.

6         Q    Do you know who Job Evers is?

7         A    That's a previous employee.

8         Q    Of LBRY?

9         A    Yes.

10        Q    Do you know who Shyba -- S-h-y-b-a --

11   is?

12        A    Yes.

13        Q    Who is that?

14        A    He's Victor Shyba.  He's a contractor

15   in Venezuela -- Brazil.

16        Q    Contractor for whom?

17        A    For LBRY.

18        Q    So LBRY pays for his work?

19        A    Yes.

20        Q    Who is Lyoshenka, L-y-o-s-h-e-n-k-a?

21        A    That's Alex Grintsvayg's handle, our

22   CTO.

23        Q    I think we saw Kurokawa earlier on

24   e-mails?

25        A    Uh-huh.

105

1     Q    That's a LBRY employee, correct?

2     A    Yes, former.

3     Q    You mentioned a Jimmy Kiselak?

4     A    Uh-huh, yes.

5     Q    And he was the LBRY founder; is that

6  right?

7     A    Yes.

8     Q    Do you know who Hackrush01 is?

9     A    He is an Indian intern named Amit.

10    Q    So an intern at LBRY?

11    A    Correct.

12    Q    Who's Alex Leibowitz?

13    A    He's someone who worked for us for a

14  short time, and contributes from time-to-time.

15    Q    Who's DaveA50?

16    A    I do not know.

17    Q    Who is Tzarebczan?

18    A    Yeah, that's Tom.  He's another LBRY

19  employee.

20    Q    And that's T-z-a-r-e-b-c-z-a-n?

21    A    Yes.

22    Q    And KauffJ, is that Jeremy Kauffman?

23    A    Correct.

24    Q    Do you know who Osikin98 is?

25  O-s-i- --

106

1       A       I do not.

2       Q       -- k-i-n98?

3       A       I do not.

4       Q       Do you know who -- I think we talked

5   about Akinwale?

6       A       Yes, he was an employee -- or is an

7   employee in Nigeria.

8       Q       So that's the top 14 contributors to

9   LBRY by commits; is that correct?

10       A       Yeah, for that specific repo.

11                           (SEC Exhibit No. 14 was

12                           marked for identification.)

13               BY MR. MOORES:

14       Q       What's a daemon?

15       A       That's stretching my technical

16   limits, but it's a piece of software that runs

17   in the background essentially to do something.

18       Q       Does LBRY have a daemon?

19       A       Yes.  It's a core part of the

20   software that runs and handles functions -- is

21   my understanding.

22       Q       That's a necessary part of this?

23       A       It's like a very core part of it,

24   yes. There are multiple important parts to

25   LBRY.  Each one has a repo.

107

1        BY MR. MOORES:

2        Q     What are those important parts to

3    LBRY's business?

4        A     The -- the various components of the

5    software is all I mean.   I mean, to look at any

6    one of them would be an incomplete picture.

7        Q     I'm going to hand you what's been

8    marked as Exhibit Number 14.

9        A     Desktop.

10       Q     It is a seven-page document, and at

11   the top it says, "Contributors to

12   LBRYIO/LBRY-Desktop, GitHub".  Do you see that?

13       A     Yes.

14       Q     And the dates, actually, are March

15   13, 2016, through June 11, 2019.  Do you see

16   that?

17       A     Yes.

18       Q     Do you know what this repo is for?

19       A     This is the one that I think I

20   previously told you was LBRY App.  At some

21   time, it was renamed to LBRY Desktop to avoid

22   confusion.

23       Q     So looking at the contributors,

24   there's a Sean Yesmunt?

25       A     Uh-huh.

143

1    represent from January through March 2018?

2        A    It was the proceeds of selling LBC.

3        Q    And there was a sale in April to

4    June, the 2nd quarter of 2018, too?

5        A    I believe that was from Flipside

6    Crypto.

7        Q    Then, in the fourth quarter, October

8    to December of 2018, there's $813.13.

9             Do you see that?

10       A    I do.

11       Q    What is that?

12       A    That's probably from a -- we have a

13   merchandise store with LBRY and various items

14   or -- that's the only thing I can think of that

15   that would come from.

16       Q    Was that the first time that LBRY

17   started selling merchandise?

18       A    I -- of that sort, yes.

19       Q    And the first time that LBRY had

20   generated income from merchandise sales?

21       A    From promotional product sales.

22   People wanted hats and T-shirts and things like

23   that.

24       Q    In expenses --

25       A    Uh-huh.

150

```
1    that.  It says, "LBRY, Inc., reserves the right
2    to do whatever it wants with these credits at
3    any time to be deployed in the best interests
4    of LBRY, Inc.  However, no one believes in LBRY
5    protocol more, or has more incentive in its
6    success than LBRY, Inc." Do you see that?
7         A    I do.
8         Q    Why does LBRY have incentive for its
9    success?
10        A    Why do we have incentive for
11   success? -- I don't know exactly what they
12   meant there, but since we're the creators of
13   the protocol, I mean, I think we would have the
14   most incentives, like, dedicating our lives and
15   time to this. People are very passionate about
16   it at the company.
17        Q    And LBRY holds 100 million LBC?
18        A    Yes, and if, you know, we can
19   accomplish our goals down the road, then that
20   could become valuable, but, you know, we had
21   some other plans of making money in the mean
22   time, as well.
23        Q    There's a reference in two paragraphs
24   down with minimizing market influence.  Do you
25   know what that refers to?
```

168

```
 1    required ownership over a pool of credits to

 2    maintain their exchange services".

 3        A    Yes.

 4        Q    So what exactly is ShapeShift?

 5        A    ShapeShift is a service to let you

 6    convert one crypto to another.

 7        Q    And why did they need a pool of LBC?

 8        A    I don't know for sure, but they

 9    contacted us and said they needed it to make

10    their service operational.

11        Q    Okay.  Why did LBRY sell from the

12    Operational Fund 100,000 credits to ShapeShift?

13        A    Because they came to us and asked for

14    it.

15        Q    Did it help LBRY's mission?

16        A    Absolutely.

17        Q    How?

18        A    It lets publishers or users have a

19    more flexible way of acquiring LBRY credits to

20    use the platform.

21        Q    It says in the next sentence, "These

22    credits market were sold at near-market rates".

23             Do you see that?

24        A    I do.

25        Q    Did you write that?
```

176

1    right?

2        A    I believe you're right.

3        Q    And was that the first time that

4    people who were invited to the beta would

5    receive LBC?

6        A    I'm not sure.  I'm not -- I'm not

7    positive.

8        Q    Before then, was it just that the

9    people who were testing would receive the LBC?

10       A    It was a bit more closed.  Before, we

11   didn't feel comfortable opening it up because

12   there was still some issues -- usage issues.

13       Q    What do you mean by "usage issues"?

14       A    It just wasn't as easy to use as we

15   would like it to be.

16       Q    And in the second quarter of 2017,

17   was the beta still closed?

18       A    I believe so.

19       Q    And "closed" means that if a person

20   wanted to download the software, they would not

21   be allowed to, unless they received an

22   invitation?

23       A    The GUI version was invite only, yes.

24       Q    On the second page, under Operational

25   Funds, it says, "The LBRY will move a small

189

1        Q    Approximately, how much did LBRY

2    raise in the third quarter of 2017 from selling

3    LBC on the --

4        A    I don't know the breakdown difference

5    between '17 and '18, but I know the collective

6    amount in the time period.  I don't know the

7    exact number in the fourth quarter.

8        Q    How much do you understand that was

9    sold?

10       A    It was probably in the neighborhood

11   of six million LBC.

12       Q    Six million LBC, with what value?

13       A    At various values.  Sold for Bitcoin

14   at that time, not for dollars.

15       Q    How much did that equate in dollars,

16   if you know?

17       A    I don't know the exact number.  I've

18   always looked at it collectively.  I don't

19   know.

20       Q    Did LBRY hold Bitcoin for any length

21   of time before converting it to cash after a

22   sale of LBC?

23       A    Yeah, it was -- it was around for

24   some period of time.

25       Q    Approximately how much?

194

```
 1                    (SEC Exhibit No. 29 was

 2                    marked for identification.)

 3          BY MR. MOORES:

 4      Q    Josh, I'm handing you what's been

 5   marked as Exhibit Number 29.  It is a two-page

 6   spreadsheet, with -- at the top, it says, "30

 7   LBC Credits Exchange Review, LBRY 00314".

 8          Do you have Exhibit 30 in front of

 9   you?

10      A    I do.

11      Q    29, sorry.  Do you have Exhibit 29 in

12   front of you?

13      A    I do.

14      Q    Okay.  So this document was produced

15   to us by LBRY.  Have you seen it before?

16      A    I have.

17      Q    And does this accurately summarize

18   the trades that LBRY performed involving LBC

19   through both the Poloniex and Bittrex accounts?

20      A    Yes.

21      Q    Is there any trades involving LBC on

22   Poloniex or Bittrex that are not listed on

23   Exhibit 29?

24      A    No.

25      Q    All right.  Now, when's the first
```

195

1    date that LBRY sold LBC on Bittrex?

2        A    Looking at this, July the 5th, 2017.

3        Q    And when was the first time that it

4    sold LBC on Poloniex?

5        A    January, 2018.

6        Q    At the bottom of that list, it looks

7    like it says --

8        A    Oh, I'm sorry.  Yes, July 5, 2017.  I

9    was looking at the wrong end of it.

10       Q    Is that accurate to your memory, that

11   on July 5, 2017, right after July 4th, you

12   started selling LBC on the market?

13       A    I don't recall exactly, yes.

14       Q    And I should take a step back.  Did

15   you actually perform the trades --

16       A    Yes.

17       Q    -- on behalf of LBRY?

18       A    Yes.

19       Q    In both the Poloniex and the Bittrex

20   accounts?

21       A    Yes.

22       Q    All right.  Did anybody else perform

23   any trades of LBC through the -- your accounts?

24       A    No.

25       Q    And why were you the one to perform

196

1   the trades?

2        A    Because I had the most prior

3   experience in using the exchanges and doing it

4   in a safe way.

5        Q    Whose idea was it to sell the LBC on

6   the exchange?

7        A    I don't recall it being one specific

8   person's idea necessarily.  I don't remember

9   the exact discussion.

10       Q    Was there a discussion about whether

11  to sell LBC on the exchanges?

12       A    Yes, I imagine there was.

13       Q    You imagine, or you recall?

14       A    I don't really remember the

15  discussion, but it seems that we would have

16  talked about it.

17       Q    How did it come to pass that you

18  started trading LBC on the exchanges that

19  morning?

20       A    To raise funds for the company.

21       Q    But did someone direct you to make

22  the sales?

23       A    I mean, it was not something I chose

24  to do on my own volition.  It was a company

25  decision.

197

1      Q     And who at the company participated

2  in that decision?

3      A     Management at the time.  The prior

4  mentioned management.

5      Q     Can you just identify who that was?

6      A     Sure.  Jeremy Kauffman, Alex

7  Grintsvayg.  I'm trying to think at that time

8  if it was just me, or if there was -- I don't

9  think Natalie was there yet.  It was more than

10  likely the three of us.  There might have been

11  one more person involved.  I'm trying to think

12  who was there at the time.  Is Mike Lyon still

13  there?  I don't know.  I'm not positive on the

14  timeline.  A lot has gone on.

15      Q     What considerations were made during

16  the decision to trade LBC on the exchanges?

17      A     It's whether -- it was something that

18  we wanted to do.

19      Q     What were the factors to determine

20  whether or not you wanted to do it?

21      A     The company wanting to live on and

22  continue working on our goals.  I don't really

23  have a concrete answer other than that.

24      Q     Why July 5th?

25      A     I don't know that there's any

198

1    significance to the date that I remember.

2         Q    Had there been any milestones that

3    had been achieved in the project after which a

4    decision was made to sell on the exchanges?

5         A    I don't remember the motivation for

6    doing it, other than to raise money for the

7    company.  I don't think there would be any

8    other motivation.

9         Q    According to Exhibit 29, LBRY stopped

10   selling LBC in about August 8, 2017, for a

11   period of time -- is that right -- under

12   Poloniex?

13        A    I'm looking here.  Yeah, it looks

14   that way.

15        Q    Now, why did LBRY stop selling in

16   August?

17        A    I think we probably just picked a

18   round amount to sell.  Like, said we're going

19   to sell this much and it was done.

20        Q    And why did LBRY sell over a period

21   of days, as opposed to all in one day?

22        A    It's just something that I've learned

23   in trading.  You know, you just want to do

24   things in manageable, small doses.  It just

25   seemed like a -- a more sensible process to me.

199

1       Q    Was there enough volume in the

2  marketplace at that time to have sold a million

3  LBC all in one day?

4       A    I don't know.

5       Q    Was that a consideration?

6       A    We certainly didn't want to harm the

7  market.

8       Q    What do you mean by "harm the

9  market"?

10      A    Before we had a chance to develop

11  what we wanted to develop, we wanted to let the

12  ecosystem develop on its own a bit more.

13      Q    On Exhibit 29, in the sales on --

14  through the Bittrex account --

15      A    Uh-huh.

16      Q    -- they start back up in November of

17  2017.  Do you see that?

18      A    I do.

19      Q    Why did LBRY start selling again LBC

20  into the marketplace in 2017, November?

21      A    To raise funds for the company.  I

22  mean, that's the only reason we sold.

23      Q    And LBRY continued to sell through

24  January 28, 2018; is that correct?

25      A    That's correct.

1      Q    And was there any other reason --

2   other than you said, to raise money for the

3   company -- that it was selling LBC on the

4   exchanges?

5      A    That was the reason.

6                    (SEC Exhibit No. 30 was

7                    marked for identification.)

8        BY MR. MOORES:

9      Q    Josh, I'm handing you what has been

10  marked as Exhibit Number 30.  It is a

11  multiple-page document.  It does not have a

12  Bates number; but on the top, it says,

13  "Quarterly Credit Report, First Quarter 2018,

14  LBRY".

15          Do you see that?

16     A    I do.

17     Q    In the summary -- did you write the

18  summary?

19     A    I did not.

20     Q    Do you provide the underlying numbers

21  to -- for the report?

22     A    I did.

23     Q    In the summary, it says, "We will

24  continue to incentivize new users and other

25  beneficial behavior".  Do you see that?

236

```
 1                    (SEC Exhibit No. 36 was

 2                    marked for identification.)

 3          BY MR. MOORES:

 4      Q    Josh, I'm handing you a document,

 5  which has been marked as Exhibit Number 36.  It

 6  is the quarterly credit report for third

 7  quarter 2018 LBRY, and I'll direct your

 8  attention to the second page.  Under

 9  Operational Fund, it says, "LBRY issued 38,000

10  LBC to employees".

11          Do you see that?

12      A    I do.

13      Q    How did it issue LBC to employees?

14      A    We instituted a program, where people

15  could have $50 per month subtracted from their

16  after-tax wages, and it would be provided to

17  them in LBRY credits.

18      Q    Who proposed that plan?

19      A    That was a proposal by Jeremy.

20      Q    And did he explain why he made that

21  proposal?

22      A    He said that he wanted people to have

23  more engagement, and have their own credits to

24  be able to use the systems, rather than always

25  having to ask someone to send them credits,
```

237

1    essentially.

2        Q    What was the purpose of the -- sorry.

3            Previous to this plan, when employees

4    needed credits to utilize or test the software,

5    what was the policy?

6        A    They would often have to ask myself

7    or Grin, or someone with access to the central

8    wallets and it became a little bit of a chore.

9    So the thought was that they could help

10   themselves, and also help spread the ecosystem

11   to others:  Say, Why don't you try this.  You

12   know, here's a little LBC.  Watch a video,

13   start using our platform.  Trying to help the

14   employees evangelize more.

15       Q    And so employees had to purchase the

16   LBC with post-tax salary income?

17       A    If they opted into the program, it

18   was in the QuickBooks automatically a $50

19   deduction of their post-tax earnings, and then

20   that was sent $50 worth of LBC at the current

21   market price.

22       Q    And how was the current market price

23   set?

24       A    It was something I looked at, as I

25   did the task every week -- or every pay period.

238

1      Q     And what -- what price did you get --

2    from what source did you get the market price?

3      A     I typically checked Bittrex, I think.

4      Q     Why didn't LBRY just give LBC to its

5    employees to use on the application?

6      A     We -- we did prior to that.  I think

7    this was just regarded as a more systematic way

8    of letting people obtain it without having to

9    understand how to use an exchange, or create an

10   account or some other way.

11     Q     So LBRY employees had challenge --

12   had difficulty accessing LBRY's application

13   because of the on-boarding process?

14     A     No.  What I'm saying is that crypto

15   exchanges are inherently confusing to use.  And

16   if they wanted to acquire LBC, they would have

17   had to go to a crypto exchange or ask one of us

18   for it.  And this happens repeatedly.

19                    (SEC Exhibit No. 37 was

20                    marked for identification.)

21           BY MR. MOORES:

22     Q     So the conclusion was to sell LBC to

23   employees?

24     A     That was the decision that was made.

25     Q     Josh, I'm handing you what's been

241

```
 1        A    LBRY Fund was an initiative to fund

 2   people's projects using the LBRY system.

 3        Q    And would that be, like, a block

 4   grant or a grant system to somebody?

 5        A    There's a website -- a LBRY Fund

 6   website and there's a proposal form.  And

 7   someone would make a proposal to us, and say

 8   we're going to build Jelly Beats and we think

 9   this much would help us get started, and we

10   would consider it. And some of them we would

11   fund, and other ones, we weren't.  And those

12   are all broken out somewhere.

13        Q    And user engagement at the top --

14   towards the top of the list, is that incentives

15   for users to utilize the LBRY application?

16        A    Yes, I believe -- or rather, that was

17   in-app awards:  Your first publish, you've

18   watched ten videos.  You've done this or that,

19   you get a small amount of LBC in the app.

20        Q    And was -- I guess, why was the LBRY

21   still sort of incentivizing users and content

22   providers in Q4, 2018?

23        A    To just continue to onboard more

24   users, more -- we want more views, more users.

25   We got to compete with YouTube.
```

242

1          (SEC Exhibit No. 38 was

2              marked for identification.)

3      BY MR. MOORES:

4      Q    Josh, I'm handing you what's been

5  marked as Exhibit Number 38, a multiple-page

6  document, no Bates Number.  At the top, it

7  says, "Quarterly Credit Report First Quarter,

8  2019 LBRY".  Do you see that?

9      A    I do.

10     Q    So there was a reference in the top,

11  which is, "146,289 Operational credits were

12  used for the LBRY employee LBC purchase

13  program".

14          Do you see that?

15     A    I do.

16     Q    Is this referencing that program, by

17  which employees could set aside $50 per pay

18  period to buy LBC?

19     A    Exactly.

20     Q    And that was sold at market rates?

21     A    Yes.

22     Q    Under the summary for Community Fund,

23  it mentions, "Swarm, 400,000 LBC".

24          Do you see that?

25     A    Yes, I do.

243

1      Q     What is Swarm?

2      A     Swarm is the formalization of the

3  LBRY Fund program.  LBRY Fund was the idea of

4  our community director, and that was converted

5  into a more formal program that we referred to

6  as Swarm with specific guidelines and rules.

7      Q     And who set those guidelines and

8  rules?

9      A     Jeremy worked with our community

10  director, named Julie Sigwart.

11      Q     Does Julie work for LBRY?

12      A     She does.

13      Q     How did LBRY get listed -- how did

14  LBC get listed on Bittrex?

15      A     Way back in 2014, I was very much a

16  crypto enthusiast, and I knew a lot of early

17  people in the crypto scene.  One of those

18  people was an early employee of Bittrex, and I

19  regularly talked to him.  And I was updating

20  him on the LBRY project as we progressed.  I

21  said here's the concept, I said here's the work

22  we've done.  And he said, When the time comes,

23  we can list you on Bittrex.

24      Q     And how did Bittrex -- did you notify

25  Bittrex that you wanted to be listed -- that

244

1    LBRY wanted LBC to be listed?

2        A    Well, when he said there was a

3    possibility, I said, yes, I think that that's

4    part of our ecosystem that we need.

5        Q    And when was that?

6        A    When did I start talking to him, or

7    when did it --

8        Q    When did you say that LBC -- or LBRY

9    wants to list LBC on the Bittrex exchange?

10       A    Probably, like, early 2017.  We were

11   talking about it, but I was just giving him the

12   preliminaries on the project.

13                    (SEC Exhibit No. 39 was

14                    marked for identification.)

15           BY MR. MOORES:

16       Q    Josh, I'm handing you what's been

17   marked as Exhibit Number 39.  It is a two-page

18   document, beginning Bates Number LBRY 004418.

19   It's a -- appears to be an e-mail string

20   between yourself and Bittrex Support, subject

21   is "Adding LBC", and the date is June 27, 2016.

22           Do you see that?

23       A    Yes.  And I just said 2017 prior.  I

24   meant early 2016 I started talking to him about

25   it -- to correct that, please.

1       Q    And how long after this e-mail
2  exchange in late June of 2016 did Bittrex list
3  LBC?
4       A    I don't know the exact date.  I
5  believe it was in July.
6       Q    How did LBRY get listed on Poloniex
7  exchange -- or LBC get listed on the Poloniex
8  exchange?
9       A    Poloniex, the -- the CEO of the
10 company was at an MIT Bitcoin club meeting
11 that, I believe, Jeremy and Alex, or one of our
12 earlier people was at.  He actually approached
13 them and expressed interest in the project,
14 said that he had read about it, said that he
15 believed in it, and he would help us get on his
16 exchange.
17      Q    And did that happen about the same
18 time, in the summer of 2017?
19      A    Yeah, I think it was a little bit
20 after, but it was generally the same time.
21      Q    So you had started trading LBC on
22 Poloniex as of, at least, July 5, 2017,
23 correct?
24      A    That's what the records say, I
25 believe, yes.

1        Q    So at least before July of 2017, you

2   were -- LBC was on Poloniex?

3        A    Yeah, and I do not recall the exact

4   dates of when each of them were listed.  They

5   were in close proximity.

6        Q    So you believe that that happened in

7   2016, then -- the summer of 2016?

8        A    Yes.

9                    (SEC Exhibit No. 40 was

10                   marked for identification.)

11       BY MR. MOORES:

12       Q    Josh, I'm handing you what's been

13   marked as Exhibit Number 40.  It is an

14   multiple-page document beginning on Bates

15   Number LBRY 000970.  Do you see that?

16       A    I do.

17       Q    And it appears to be an e-mail from

18   yourself to a Rahwa Berhe -- R-a-h-w-a --

19   sorry, Tiffanie -- B-e-r-h-e -- at Bittrex?

20       A    Uh-huh.

21       Q    Do you see that?

22       A    I do.

23       Q    And it's dated March 13, 2018.  And

24   there's an attachment, which is the Bittrex

25   listing agreement.

1        A    Uh-huh.

2        Q    And that is part of this exhibit, as

3   well.  And I'd like to draw your attention to

4   the listing application, which is Exhibit B --

5   or at least that's what it's titled at the top.

6   It begins on page ending in Bates Number 976.

7             Who filled out LBRY's listing

8   application in Exhibit 40?

9        A    I filled this out.

10       Q    Is there anything on here that you

11   believe is incorrect?

12       A    I would need to look through it.

13       Q    Take your time.

14       A    It looks accurate to me.

15       Q    Looking at the page ending 977.

16       A    Uh-huh.

17       Q    One of the questions in the form is,

18   "Currently, the platform is".  Do you see

19   that --

20       A    Yes.

21       Q    -- towards the bottom?

22             What was your understanding of what a

23   platform meant in the context of this form?

24       A    The LBRY platform.  The LBRY

25   application and protocol.

1    generally.  There was only us at that time,

2    really, in terms of leadership.  I'm sure some

3    of the employees would have supported it

4    enthusiastically just without necessarily

5    giving it critical thought.

6              MR. VITO:  What was the value

7    proposition with potential investors on an

8    equity investment?

9              THE WITNESS:  The value proposition

10   is that LBRY is building a transformative

11   product that is going to replace the current

12   way that things are done in digital content.

13   And if we are able to develop that marketplace,

14   we're in a position to be to be able to provide

15   services to the marketplace that will create

16   substantial revenues.

17              We can help publishers on board. We

18   can help people convert with the tokens and

19   potentially have some kind of financial angle,

20   if we receive the proper licensing. We own the

21   asset of ten percent of the pre-mine, and if we

22   were able to do these other things and get the

23   product to a point of being a widely-used

24   product down the road, we could potentially

25   sell that asset for markup fully.

1          So those equity investors would -- if

2     we were able to sell the company, they would

3     get a return that way.  If we were able to

4     produce these consultative revenues, they could

5     theoretically get a return that way.  And if

6     we're eventually able to sell enough token,

7     they could potentially get a return that way.

8     That was literally the plan from Day 1.

9          BY MR. MOORES:

10     Q    Josh, do you wish to clarify anything

11     or add anything to the statements you have made

12     today?

13     A    No.

14          MR. MOORES:  Josh, we have no further

15     questions at this time.  As I'm sure your

16     counsel has made you aware, we have subpoenaed

17     your testimony for a future date.  And we look

18     forward to speaking with you again at that

19     date, or at a different mutually-agreeable

20     date.  And obviously, we'll be following up

21     with your counsel about that.  We are off the

22     record at 5:01 p.m. on June 12, 2019.

23          (Whereupon, at 5:01 p.m., the

24     examination was concluded.)

25               * * * * *