7/9/2019   How is content hosted? : lbry

Search r/lbry

r/lbry

**Posts**  Reddit Tipbot

Posted by u/smartyflix 3 months ago

## How is content hosted?

As a content creator, I can't figure out a definitive answer to this question. If I make a video and want to host it on a channel in LBRY...how is it hosted? I understand the concepts of P2P exchange, but I can't figure out what system LBRY uses.

If I "host" some videos on LBRY, does that mean I need to leave a computer running all the time as the main source? Obviously if it's a popular video, others will view it, download it, and become part of the pool, but if it's not an immediately popular video, and I turn my computer off...what happens? Is the video just not available?

I've been watching LBRY for a while now, it looks cool (and the UI is slick). The crypto-based nature of it is...neat, but confusing (and especially will be for users vs creators/developers, I think), but I'd like to support it. I put a few videos up at lbry://@Smartyflix just to test it out!

6 Comments   Share   ...   88% Upvoted

What are your thoughts? Log in or Sign up   [ LOG IN ]   [ SIGN UP ]

SORT BY  OLD ▼

▲  fatnerdfromnextdoor  1 point · 3 months ago
▼  I imagine it being similiar to torrents. You will have to let it run for some time until there are enough seeder(or views), I guess. Some will die eventually

Share   Report   Save

▲  coniferhead  2 points · 3 months ago
▼  I think LBRY itself is doing a lot of the mirroring at the moment, because there is no incentive to host or leave the client running.

Same deal with mining.. at current prices it's just not economic, so they must be doing most of it themselves.

Share   Report   Save

▲  fatnerdfromnextdoor  1 point · 3 months ago

EXHIBIT 10   21-cv-00260-PB

7/9/2019            How is content hosted? : lbry

      Search r/lbry     

▲    **smartyflix** 🎤 1 point · 3 months ago
▼
> I think LBRY itself is doing a lot of the mirroring at the moment, because there is no incentive to host or leave the client running.

That's good to hear, because yeah...I'm not leaving my computer running 24/7 on the off-chance someone finds the videos. Obviously once the service is large enough, that might be less of an issue (though I still think for less-popular stuff, it could be an issue).

Share   Report   Save

▲    **thomaszarebczan** 2 points · 3 months ago
▼ Sounds like you got your answer below, but let us know if you have other questions. In the future, I could also see creators paying some LBC to have others host the content for them (if it's not popular enough / hosted by people generally). In the meantime, we are re-hosting all content uploaded, but this is not a good long term strategy. A data market will solve some of these issues as well, since it will give incentive for people to host content...at least content that's popular.

Share   Report   Save

▲    **scocasso** 1 point · 12 days ago
▼ I suppose in future versions we will be able to see the seed/leech numbers like Popcorntime.sh

Share   Report   Save