| | |
|---|---|
| From: | Niko Storni [niko@lbry.com] |
| on behalf of | Niko Storni <niko@lbry.com> [niko@lbry.com] |
| Sent: | 3/1/2021 10:38:51 AM |
| To: | team@lbry.com |
| Subject: | Re: My ODYSEE Week |

```
Delivered-To: grin@lbry.com
Received: by 2002:a05:6520:45c4:b029:c1:aa28:b1da with SMTP id t4csp792331kv;
        Mon, 1 Mar 2021 07:39:01 -0800 (PST)
X-Received: by 2002:a5d:554b:: with SMTP id g11mr14452498wrw.411.1614613141134;
        Mon, 01 Mar 2021 07:39:01 -0800 (PST)
ARC-Seal: i=3; a=rsa-sha256; t=1614613141; cv=pass;
        d=google.com; s=arc-20160816;
        b=nUbDpwZU1PuBT/R6OPfNq+z1b3OjE7XU9IZ7RHdvDZwr8kGde2JpJsQFhvlqccfcyB
         ubcrx7FhEgSZMPCqMC48nLu4eNncXcyvU23z57OqpSxpngye3ZZePBVUtBfCDcOf1JYE
         /x5YGeG19g6evS2qHQXRT4ZETF8KEWnkXAQtWxKbIDtPf0IO30C9zXKPBGnERpKbDLp2
         FTF5JaWRdvowRBUE6TDhpUS3miLBSs2YJy21askj+z2kUnPxkB4ix+tUGMi5Bgq9qenX
         nFwjtqCZa6TIbsOtTiIq0kx5+ugsMo/X6gCItkYv+rHT7LyAAQz83oAtECbxwXnQYkgI
         KJsQ==
ARC-Message-Signature: i=3; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
        h=list-unsubscribe:list-archive:list-help:list-post:list-id
         :mailing-list:precedence:in-reply-to:mime-version:user-agent:date
         :message-id:subject:autocrypt:from:references:to:dkim-signature;
        bh=IPxSNHOyqKOTlxJAMGQCF7ItkpY2X/O1OykGQaUYtQo=;
        b=dfvOo6AesjB7Uovwy3z2BjGcxa7d/UJEUOILU9gBh3xOFTMRq7obc3ZGk+98sN46GT
         cWUcVIsk6Us81bKKWo6kOEACu7kVuu3CTpNwJ8iN1/ajgM768+MPw6bLGOtrWeZCa1r5
         ZiX3v9iToZswL2RR7rmn46ZRdNTd2rARXv3ahXuuX6o1sA2u9evFQ06ZKxRiQc+H4wkP
         tCVgc1oljN++92ECmuavEVQhJC6Mve7snSOJJ3ln3RRvMhweg1/Sqst5nYfrFARvwtYu
         BhT7m/QAjooKzXAnENgO4wYk1LzKzTUSpeDxc/+VegHGYymUa147bu1mK5OKubMB9x7R
         msLw==
ARC-Authentication-Results: i=3; mx.google.com;
       dkim=pass header.i=@lbry.com header.s=google header.b=Wksx1kqf;
       arc=pass (i=2 spf=pass spfdomain=lbry.com dkim=pass dkdomain=lbry.com dmarc=pass
fromdomain=lbry.com);
       spf=pass (google.com: domain of team+bncbcxobgoc3anrbfev6saqmgqe6jzygqy@lbry.com designates
209.85.220.69 as permitted sender) smtp.mailfrom=team+bncBCXOBGOC3ANRBFEV6SAQMGQE6JZYGQY@lbry.com;
       dmarc=pass (p=QUARANTINE sp=QUARANTINE dis=NONE) header.from=lbry.com
Return-Path: <team+bncBCXOBGOC3ANRBFEV6SAQMGQE6JZYGQY@lbry.com>
Received: from mail-sor-f69.google.com (mail-sor-f69.google.com. [209.85.220.69])
        by mx.google.com with SMTPS id a84sor4359904wme.11.2021.03.01.07.39.01
        for <grin@lbry.com>
        (Google Transport Security);
        Mon, 01 Mar 2021 07:39:01 -0800 (PST)
Received-SPF: pass (google.com: domain of team+bncbcxobgoc3anrbfev6saqmgqe6jzygqy@lbry.com designates
209.85.220.69 as permitted sender) client-ip=209.85.220.69;
Authentication-Results: mx.google.com;
       dkim=pass header.i=@lbry.com header.s=google header.b=Wksx1kqf;
       arc=pass (i=2 spf=pass spfdomain=lbry.com dkim=pass dkdomain=lbry.com dmarc=pass
fromdomain=lbry.com);
       spf=pass (google.com: domain of team+bncbcxobgoc3anrbfev6saqmgqe6jzygqy@lbry.com designates
209.85.220.69 as permitted sender) smtp.mailfrom=team+bncBCXOBGOC3ANRBFEV6SAQMGQE6JZYGQY@lbry.com;
       dmarc=pass (p=QUARANTINE sp=QUARANTINE dis=NONE) header.from=lbry.com
ARC-Seal: i=2; a=rsa-sha256; t=1614613141; cv=pass;
        d=google.com; s=arc-20160816;
        b=S18tszwtcJDW177tHumdL6qurdU3euQucAw7IR9R7H7NakK4hOsYsjYGAu6AOZlMwO
         gEQuQdaGLUsxy9mqZnqjN5vuwkDMx+zrcbLYhu835GzT16n0pUgg/k3rti2Qq1R3Pe+b
         Q7S31KkQnJa8LK04vcMiRGIgApljTA8eQvkFTBs5o+JrCOf2NRyrq5FRiDKXrk5zSNym
         /l8P3qtVpeKO2mPUk1BGZZo8yHSeVHmSOUt31bw/tW4iVyvqVWOWDqEFI22xzJg130y+
         e69g/7NWeXmhf1jp+tmzmNBF8okJLo2YvvXKtjFL7tiHOmN5ZHT91pF8e8kn5pMo1r+B
         SuOw==
ARC-Message-Signature: i=2; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
        h=list-unsubscribe:list-archive:list-help:list-post:list-id
         :mailing-list:precedence:in-reply-to:mime-version:user-agent:date
         :message-id:subject:autocrypt:from:references:to:dkim-signature;
        bh=IPxSNHOyqKOTlxJAMGQCF7ItkpY2X/O1OykGQaUYtQo=;
        b=k/YqKFPEZshOhKhqMvzUpvz/t5mOj+MXodYhVMeK3JqMY//nv9o7sxoI3O3LenCBC8
         bGxmnZEAvtjro8etNfaAANBcVsidK+x4/fdO/oSNb6ipw19kjWZeUAns7w1R1zNn5LoG
         SgDOqPvzVrh5LTAa5javfk4bXTgTIfw/OIw7JxkQpRMMkcuzUVF2TviAePyIVtSN9/XO
         HGlJb/FqOoCSFAX49QndkSJouJYapqcggyJ7e+T6Xd9KTT7XRRpXNOCK95s6KGcVZnZm
         oRdQSl37Ady8M1iAQU3K56BhaUFlrC1xoczYRdAAJzxzMZKIqGOphIVEJt5MUaJBzxdX
         fDNA==
ARC-Authentication-Results: i=2; mx.google.com;
```

EXHIBIT 14
21-cv-00260-PB

```
        dkim=pass header.i=@lbry.com header.s=google header.b=LBuAfEsG;
        spf=pass (google.com: domain of niko@lbry.com designates 209.85.220.41 as permitted sender)
 smtp.mailfrom=niko@lbry.com;
        dmarc=pass (p=QUARANTINE sp=QUARANTINE dis=NONE) header.from=lbry.com
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
        d=lbry.com; s=google;
        h=to:references:from:autocrypt:subject:message-id:date:user-agent
         :mime-version:in-reply-to:x-original-sender
         :x-original-authentication-results:precedence:mailing-list:list-id
         :list-post:list-help:list-archive:list-unsubscribe;
        bh=IPxSNHOyqKOTlxJAMGQCF7ItkpY2X/O1OykGQaUYtQo=;
        b=Wksx1kqf5cOERfEdWO3MrK8r81m2Jzu07VPPKKJjvaHcoKlMWIjthuUPfFatHRg8SJ
         lz7aTI6FyVSpOeRNi8f6XO3vYjPlhHqfCJ6JgGdLTXB6Vszav3h9ZBtSQlr5K7330158
         xJ61PcgxGa+xDP4CZTAH2/B9HI3aEVZHVgnci65HwWtAG6vWQoWxEqgAAHLXYRGBbWJH
         fIHiFGW/6uR9UeoMD+MeEXMXDZUYCfnORSgFKd9Xy0+JH7gI3Z8SjoAivqYXcL3CvYIp
         yqstQYtYSPAkpUMb8z9evMte4bABQZ9mbMT/7bXwoSNGHo55lEue/VZT2c2cXxyqeDI2
         /eWQ==
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
        d=1e100.net; s=20161025;
        h=x-gm-message-state:to:references:from:autocrypt:subject:message-id
         :date:user-agent:mime-version:in-reply-to:x-original-sender
         :x-original-authentication-results:precedence:mailing-list:list-id
         :x-spam-checked-in-group:list-post:list-help:list-archive
         :list-unsubscribe;
        bh=IPxSNHOyqKOTlxJAMGQCF7ItkpY2X/O1OykGQaUYtQo=;
        b=T2J4Dhu/gSzt3SE68eoL6nfmm1WmAaFNzac+1Iks+O40sZLYuXcjnZ4h++A22UPOX8
         7fj6YRROpKi3CvaAgR7QaJQZXp8qh1zgwFcIiF2b4aIpc5swgCc7d+rOmXNJaXXU33EO
         +Q9HX/hys9abca71oNTzfp39M785qEBE+P8z7VEtEJsCiWKVu/fyvKOOzv+fhA1GAPd/
         6BsKiJQmQZ5tVt/dYPelxvluCyxKIkh++VlwrVzsWakXcVRNLJOKdBfsgp/7GmWekLhV
         F/UqrZnQBpOCVsfhsLDJ1+VZ//YhD3YVFqUMNM1qB1/eqpkkyfDQJGo5SPOqy1kRlFuD
         bjxA==
X-Gm-Message-State: AOAM530aU4LzhTfOM5zGUqxQmU5Mcv6XF4DkEtMx+g/X2Ku2xqofh5HI
        92JJyj5DgWfPFTBrAX2cR2LySGrC
X-Google-Smtp-Source: ABdhPJyHJNhH6aQTN7SmGujzs1UCFSD/wWaIpObQXsZmOXkt5dTs35V/NxktFtq/f77pIQYVdZMSkQ==
X-Received: by 2002:a7b:c842:: with SMTP id c2mr16568690wml.100.1614613140840;
        Mon, 01 Mar 2021 07:39:00 -0800 (PST)
X-BeenThere: team@lbry.com
Received: by 2002:adf:d1e6:: with SMTP id g61s19268611wrd.3.gmail; Mon, 01 Mar
 2021 07:39:00 -0800 (PST)
X-Received: by 2002:a5d:6443:: with SMTP id d3mr4491726wrw.292.1614613139902;
        Mon, 01 Mar 2021 07:38:59 -0800 (PST)
ARC-Seal: i=1; a=rsa-sha256; t=1614613139; cv=none;
        d=google.com; s=arc-20160816;
        b=bPZfuAmQim8kLkbQj/hpg3XUJ2BbfpKMOyyy3cIChIj3mw1SmgeCZMumTA3x6sRKW6
         PyRXcfukysuR+5wC4B91/6qPIaY8lyOgTnFtZHsY1KIz5pc6nARB5wOKuTzY/wVm3ObZ
         klKH76LIZTBUXR/TSSOOmcgvP8jtGaTQfvbN7zPwJTqO7bUdXsaic2n4m9oMyTt43Rr2
         IY33t3SAkvgEaUFk8ykig7sXE8fjY994m9io82xp4PFYNk6nX3CD44HEZ1jXAx6fsmB/
         9yVJ+2YYMzIFoom/Od1wxBOcacucyRarNnFlQcLTqnV8zioalInYkMYtusOKrpT+uXF4
         O87g==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
        h=in-reply-to:mime-version:user-agent:date:message-id:subject
         :autocrypt:from:references:to:dkim-signature;
        bh=IPxSNHOyqKOTlxJAMGQCF7ItkpY2X/O1OykGQaUYtQo=;
        b=pdfUyozT8U9X3Y+12BKoz31w1/fbCn5SfRONZxZwlDo1rgZqTmFVqa4Dql3TwE9L1Z
         OdEtMls5twplRZzm58nCmEPvZYyjJZgyOTNHV3qkRkeCnf6XwZ776KYQHmxxYargRpwn
         CwOYn9faykO+ZnXR717OoNgLnVwndbPgp2WLR5mV5z6rDK/kXqEF2OET4rc8EIV58pkJ
         OxAbEX/14Ahza89/gYbY7xx+FOddg/4L8J3EHcky63e+ufs54MjSB/3qZbTk5Rp6Za6x
         CyYel7jJu5XY5nby33ZDvJM6qPjv/OL3oIa2EGsrMeXVBNiKB5VxQ6pb5NZL1qpMzI44
         KqoA==
ARC-Authentication-Results: i=1; mx.google.com;
        dkim=pass header.i=@lbry.com header.s=google header.b=LBuAfEsG;
        spf=pass (google.com: domain of niko@lbry.com designates 209.85.220.41 as permitted sender)
 smtp.mailfrom=niko@lbry.com;
        dmarc=pass (p=QUARANTINE sp=QUARANTINE dis=NONE) header.from=lbry.com
Received: from mail-sor-f41.google.com (mail-sor-f41.google.com. [209.85.220.41])
        by mx.google.com with SMTPS id f1sor2866935wrm.46.2021.03.01.07.38.59
        for <team@lbry.com>
        (Google Transport Security);
        Mon, 01 Mar 2021 07:38:59 -0800 (PST)
Received-SPF: pass (google.com: domain of niko@lbry.com designates 209.85.220.41 as permitted sender)
 client-ip=209.85.220.41;
X-Received: by 2002:adf:fe01:: with SMTP id n1mr17484081wrr.341.1614613139146;
        Mon, 01 Mar 2021 07:38:59 -0800 (PST)
Received: from [192.168.42.23] (160.224.197.178.dynamic.wless.zhbmb00p-cgnat.res.cust.swisscom.ch. [178.197.224.160])
        by smtp.gmail.com with ESMTPSA id m14sm6125646wmi.27.2021.03.01.07.38.58
        for <team@lbry.com>
        (version=TLS1_3 cipher=TLS_AES_128_GCM_SHA256 bits=128/128);
```

Confidential, Protected by Protective Order

```
                Mon, 01 Mar 2021 07:38:58 -0800 (PST)
To: team@lbry.com
References: <CACWuw_N8kGXMypfccjk+epoLRB89JDK=iYZ5-UiRPkuvV-snwg@mail.gmail.com>
 <CABu6FVes9c3n2UpF7E2eWDsz951hCEB1WjJZLV4dAvOW4irTHw@mail.gmail.com>
 <CALyRMej-QVHt=X22SangOJCbZfaP-Ws2mNdYunR=6=_+_ZHEGw@mail.gmail.com>
From: Niko Storni <niko@lbry.com>
Autocrypt: addr=niko@lbry.com; keydata=
 xsBNBFlweMwBCADPFMdqDaPlUUj/GBqKpTDDN9tqHT55/OS+eQ2GLAF5Q84jroKu3viIEJxi
 xJLnB7oHghjfKaP4VfD+KdXVMSJEORnzI+YIXPP/dkTWHnyhtd3a/NjYeFIvAPO7OkyqSdke
 PAsYHJUxOr7OvZuCPOwb34LbxDbAgF+4WcBCidjOTAcBDTFjXPpKXLSQm4V7tFAaHaRO2noV
 8Mp3GeKJ7vl6nAuNisE2nAekgWcsruelRGGsu83d8FQBGw3buKd7k3rXOzOJI4PyUuaHEp4n
 u4zCCwGKZXA3y2Sm829gvnpe+PxEd4ftcnY0nEsqo3HY57TYbddE5Oax5gzIfSy3jNaJABEB
 AAHNG05pa28gU3Rvcm5pIDxuaWtvQGxicnkuY29tPsLApQQTAQgAOBYhBBypfxLvU5xHjCNN
 mfN/5jOYgANoBQJcxwGWAhsDBQsJCAcCBhUKCQgLAgQWAgMBAh4BAheAACEJEPN/5jOYgANo
 FiEEHKl/Eu9TnEeMI02Z83/mM5iAA2gv0Qf/bQWN0qBjxXdyMuOkEu/vPvmMbMsldP9q8Zny
 XsSyrnuNAzePTD8YOdBCkcmdj7ydVPr2XNTDl6XbgjFKXnUF6ySdg99s9e5VOElm9SMAkEYr
 98UPZxvd/STJNSwq2fX4DY6XDLQfSPeZoLTex0lT56sgsvlbdGbPhtjwweULv+6VTd2V8e9y
 e/z4tOBOJa70aOTDtfRgukl FHWRAz4jM120a01Hi+Resj5Z6aEhFFX9pTA2OmRNO6uXaYg5A
 SSYdqA2sZ3ORONdjRiZIDPbRSPHT2/FqkOVRt7Mm7/G2ureKS0oWPwMSJRky8Kwo0qLHI66J
 pMaKehn4P/84cuwtOM7ATQRZcHjMAQgAtYZCNKLlAUNsxYzhGQgu5sjjqt9JA8/hLJALrnH3
 zULqdxjj/duJqa4dFIBGtdbQukKsjbmpWSQbtBOI4394+Dy8Orr9MIzj3H2o66XIF/Xdgmc1
 QUyx54EbYbERsb3cCJaNCHIU5HMJFmI+YM7MQBzVRZgbqDxQzaGqx8e4wAvNEkM4WpvRcCQh
 /Koge4OCrT01Hb7dxp8jzsA1mHeOmbh5HvQwpaP/8FO/c+pkzZibPilRqSsHGLi/LSqoJ05U
 bEaZzvhIqu7cB064rnoPQC31n+O7CeXBkRxrWk/aXqoPWASCOMFWWzH/XnjM1Cs6wMB6dJSg
 /CrEJcXlql7R3wARAQABwsBfBBgBCAAJBQJZcHjMAhsMAAoJEPN/5jOYgANoebsH+QGxtA/m
 gDP8eCjHnBkVHXsV3Ei6+dOXBnKsImWebFdEPXfuOg5m/5161hikhM4KPDqgn/3yXpylujVW
 capDhK68duvTYqyBmizNacoZ/hV85X9C+91/cOPKVpQyqMYqoPYfeTwOQaXUssndZnV9VEM7
 6BJdeK/XNP1iLtJeD3a0L838jnDY5jwbjewzuF+D7bpXPiwDvOJ+qGHzDVWtmrF8htrVj6Tu
 piyBvUadyOpqTE3c2j5w0E2a3UpgjCWMsxC5reYL5WmxnMMOvyJeKd3wgLAghxnkQBTIlVd5
 GaMdT6faWwdBbwtu5mcWT1nIC1L412MZB3v2fFE4NzS2EOQ=
Subject: Re: My ODYSEE Week
Message-ID: <0a2a5775-20a2-dae8-4f57-a65082690646@lbry.com>
Date: Mon, 1 Mar 2021 16:38:51 +0100
User-Agent: Mozilla/5.0 (X11; Linux x86_64; rv:68.0) Gecko/20100101
 Thunderbird/68.10.0
MIME-Version: 1.0
In-Reply-To: <CALyRMej-QVHt=X22SangOJCbZfaP-Ws2mNdYunR=6=_+_ZHEGw@mail.gmail.com>
Content-Type: multipart/related; micalg=pgp-sha256;
 protocol="application/pgp-signature";
 boundary="dilAEFqkBiWaKGJHsxVtaFfkTYlejzZDJ"
X-Original-Sender: niko@lbry.com
X-Original-Authentication-Results: mx.google.com;       dkim=pass
 header.i=@lbry.com header.s=google header.b=LBuAfEsG;       spf=pass
 (google.com: domain of niko@lbry.com designates 209.85.220.41 as permitted
 sender) smtp.mailfrom=niko@lbry.com;       dmarc=pass (p=QUARANTINE
 sp=QUARANTINE dis=NONE) header.from=lbry.com
Precedence: list
Mailing-list: list team@lbry.com; contact team+owners@lbry.com
List-ID: <team.lbry.com>
X-Spam-Checked-In-Group: team@lbry.com
X-Google-Group-Id: 862921451083
List-Post: <https://groups.google.com/a/lbry.com/group/team/post>, <mailto:team@lbry.com>
List-Help: <https://support.google.com/a/lbry.com/bin/topic.py?topic=25838>, <mailto:team+help@lbry.com>
List-Archive: <https://groups.google.com/a/lbry.com/group/team/>
List-Unsubscribe: <mailto:googlegroups-manage+862921451083+unsubscribe@googlegroups.com>,
 <https://groups.google.com/a/lbry.com/group/team/subscribe>

This is an OpenPGP/MIME signed message (RFC 4880 and 3156)
--dilAEFqkBiWaKGJHsxVtaFfkTYlejzZDJ
Content-Type: multipart/mixed; boundary="qRxdDorFP4MDQl6gCTO2ww2IdrLx2ENIg";
 protected-headers="v1"
From: Niko Storni <niko@lbry.com>
To: team@lbry.com
Message-ID: <0a2a5775-20a2-dae8-4f57-a65082690646@lbry.com>
Subject: Re: My ODYSEE Week
References: <CACWuw_N8kGXMypfccjk+epoLRB89JDK=iYZ5-UiRPkuvV-snwg@mail.gmail.com>
 <CABu6FVes9c3n2UpF7E2eWDsz951hCEB1WjJZLV4dAvOW4irTHw@mail.gmail.com>
 <CALyRMej-QVHt=X22SangOJCbZfaP-Ws2mNdYunR=6=_+_ZHEGw@mail.gmail.com>
In-Reply-To: <CALyRMej-QVHt=X22SangOJCbZfaP-Ws2mNdYunR=6=_+_ZHEGw@mail.gmail.com>

--qRxdDorFP4MDQl6gCTO2ww2IdrLx2ENIg
Content-Type: multipart/alternative;
 boundary="------------08C3FA591F0D23FB3DA226F7"
Content-Language: en-US

This is a multi-part message in MIME format.
--------------08C3FA591F0D23FB3DA226F7
Content-Type: text/plain; charset=utf-8
```

```
Content-Transfer-Encoding: quoted-printable

Subject is on point for the week :p

Promised LW:

- Continue our talks with OVH/Wasabi/Backblaze
- Work on players
- Work on ytsync

LW:
- Continued talks with OVH/Wasabi/Backblaze
- Worked on players and FINALLY merged everything into master (Thank you =
Andrey for working with me on this!)
- Worked on ytsync
- Blockchain attack response
- Chainquery issues/porting
- Infrastructure maintenance

TW:
- infrastructure maintenance
- blockchain attack fallout
- ytsync work
- reflector.go work



On 2021-03-01 16:32, 'Julian Chandra' via TEAM wrote:
> Moving this week
>
> LW Highlights:
> -Recruited Eliza from Shanghai, China.=C2=A0
> -Sorted out the Mark Dice problem
> -Met tech against terrorism - partnership solidification
> -GNET complaint via Tech Against Terrorism
>
> TW:
> -Founders Fund meet
> -Video producer recruit?
> -Salty Cracker live stream
>
>
>
>
>
> On Mon, Mar 1, 2021 at 7:29 AM Jessop Breth <jessop@lbry.com
> <mailto:jessop@lbry.com>> wrote:
>
>       LW:
>       - playlists progress: reordering, local persist, wallet sync,
>       almost ready for style pass
>       - had to make a lbry tool to parse and resolve >100 items in
>       adsense naughty list csv for claimids
>       TW:
>       - finish publishing/updating and hand off for styling to sean
>
>       On Mon, Mar 1, 2021 at 3:58 AM Tom Zarebczan <tom@lbry.com
>       <mailto:tom@lbry.com>> wrote:
>
>           *We still have both a mempool crashing and client
>           reconnection=C2=A0bug*
>           *
>           *
>           *We got 51% attacked on the LBRY chain, attacker exploited at
>           least 1 exchange, potentially 3. We fought him off and made
>           him spend a ton of BTC (maybe all he earned?)*
>           *
>           *
>           *Last=C2=A0Week:*
>           *- Monitor and cleanup from attack. Helped upgrade spv servers
>           on odysee, restart=C2=A0+ fix up yt sync.*
>           *-=C2=A0*Notification blocking/muting testing. Found bug with
>           emojis and gave other feedback. Started on FAQ. Let's get this
>           live ASAP.=C2=A0
>           - Chat with Xirtus/Ian Crossland - answered some questions
>           about LBRY=C2=A0+ discussed some integration questions they hav=
e
>           about matrix.=C2=A0
```

```
>               - Troubleshooting missing transcoding issues (we need more
>               firepower and we need to be smarter about not having
>               re-download on each server)=C2=A0
>               - Chats about Mark Dice / Taxes=C2=A0+ created spreadsheet for =
him
>               to=C2=A0track it, explained to Julian.=C2=A0
>               - Hound Project Veritas vanity channel owner, and edit over
>               their official channel into it. Chatted with their team as
>               well. Synced PV Action too.=C2=A0
>               - More spam clean up for Salty and others.
>               - YT Sync server baby sitting for issues/throttling. Having a
>               couple other issues I need help from Niko on.=C2=A0
>               - Chainquery failure fall out, discussion with Beamer/Niko on
>               what's still relying on replica. Put together list.=C2=A0
>               - Chat with Citizen Cope's manager (my fav artist) about Odysee=

>               - Higher influx of user and creator support
>               - Coordinated live stream for community member=C2=A0+ Owen Benj=
amin
>               (he was on Rogan, has comedy on Amazon Prime).
>               - Resync, double check Nick (MCN) channels
>               - Getting Madiator up to speed on helpdesk stuff
>               - Autoblocking more Hold up content
>               - Invite approvals for a few larger channels - Louis Rossman,
>               Electroboom, Ron Paul, Bombards, Lunduke (going exclusive),
>               Upper Echelon, Computing Forever, Eric D July and a couple more=
=2E
>
>               *This=C2=A0Week:*
>               *- *Implement plan to increase criteria to sync=C2=A0+ adjust o=
ther
>               limits with Niko.=C2=A0
>               - Roll out moderation tools=C2=A0+ faq.
>               - Get earnings report for Nick (MCN) channels
>               - Prep/support salty stream (8:30 EST)
>               *- *Track down Paul Joseph Watson channel from infowars
>               people, sync it
>               - Fix a few youtube deletions I have in the queue
>               - Turn off 3x rewards for remaining users, figure out how to
>               keep zuby happy
>               - Bring down rewards more
>               - Outreach to lefties (Vaush, and others)
>               - BigOne promo once re-org stuff calms
>               - repro reported bugs on ios and sign in (primary email
>               account bs)
>               - Look into crappy channels earning yt sync rewards
>               *-=C2=A0*Find out where some of the strange languages are comin=
g
>               from in APIs
>               - Get Niko to work on language related changes on YT sync (no
>               bandwidth)
>               - Get PR ready for LBRY + Thorchain (no bandwidth). Niko setup
>               a server for me.=C2=A0
>               - Fix large paid content issue on=C2=A0lbry.tv
>               <http://lbry.tv/>=C2=A0(think it's max key fee related)=C2=A0=C2=
=A0
>               - Look into remaining issues with segments (didn't do last week=
)
>               - Send emails to ~100 youtubers with new youtube reward
>               expiration dates (claimed reward after we sent emails, we
>               didn't properly take those into account)=C2=A0=C2=A0 (didn't do=
 last week)=C2=A0
>               - New channels outside of YT sync report to help mine good
>               content (didn't do last week)=C2=A0
>

--------------08C3FA591F0D23FB3DA226F7
Content-Type: text/html; charset=utf-8
Content-Transfer-Encoding: quoted-printable

<html>
  <head>
    <meta http-equiv=3D"Content-Type" content=3D"text/html; charset=3DUTF=
-8">
  </head>
  <body>
    Subject is on point for the week :p<br>
```

Confidential, Protected by Protective Order

LBRY_SEC00012838

```
      <br>
      Promised LW:<br>
      <pre class=3D"moz-quote-pre" wrap=3D"">- Continue our talks with OVH/=
Wasabi/Backblaze
- Work on players
- Work on ytsync

LW:
- Continued talks with OVH/Wasabi/Backblaze
- Worked on players and FINALLY merged everything into master (Thank you =
Andrey for working with me on this!)
- Worked on ytsync
- Blockchain attack response
- Chainquery issues/porting
- Infrastructure maintenance

TW:
- infrastructure maintenance
- blockchain attack fallout
- ytsync work
- reflector.go work
</pre>
      <br>
      <br>
      <div class=3D"moz-cite-prefix">On 2021-03-01 16:32, 'Julian Chandra'
        via TEAM wrote:<br>
      </div>
      <blockquote type=3D"cite"
cite=3D"mid:CALyRMej-QVHt=3DX22SangOJCbZfaP-Ws2mNdYunR=3D6=3D_+_ZHEGw@mai=
l.gmail.com">
        <meta http-equiv=3D"content-type" content=3D"text/html; charset=3DU=
TF-8">
        <div dir=3D"ltr">Moving this week<br>
          <br>
          LW Highlights:<br>
          -Recruited Eliza from Shanghai, China.=C2=A0<br>
          -Sorted out the Mark Dice problem
          <div>-Met tech against terrorism - partnership solidification</di=
v>
          <div>-GNET complaint via Tech Against Terrorism</div>
          <div><br>
          </div>
          <div>TW:<br>
            -Founders Fund meet</div>
          <div>-Video producer recruit?</div>
          <div>-Salty Cracker live stream</div>
          <div><br>
          </div>
          <div><br>
          </div>
          <div><br>
            <div><br>
            </div>
          </div>
        </div>
        <br>
        <div class=3D"gmail_quote">
          <div dir=3D"ltr" class=3D"gmail_attr">On Mon, Mar 1, 2021 at 7:29=
 AM
            Jessop Breth &lt;<a href=3D"mailto:jessop@lbry.com"
              moz-do-not-send=3D"true">jessop@lbry.com</a>&gt; wrote:<br>
          </div>
          <blockquote class=3D"gmail_quote" style=3D"margin:0px 0px 0px
            0.8ex;border-left:1px solid rgb(204,204,204);padding-left:1ex">=

            <div dir=3D"ltr">LW:<br>
              - playlists progress: reordering, local persist, wallet
              sync, almost ready for style pass<br>
              <div>- had to make a lbry tool to parse and resolve &gt;100
                items in adsense naughty list csv for claimids<br>
                TW:<br>
                - finish publishing/updating and hand off for styling to
                sean</div>
            </div>
            <br>
            <div class=3D"gmail_quote">
              <div dir=3D"ltr" class=3D"gmail_attr">On Mon, Mar 1, 2021 at
                3:58 AM Tom Zarebczan &lt;<a href=3D"mailto:tom@lbry.com"
```

```
                        target=3D"_blank" moz-do-not-send=3D"true">tom@lbry.com</=
a>&gt;
                      wrote:<br>
                    </div>
                    <blockquote class=3D"gmail_quote" style=3D"margin:0px 0px 0px=
                      0.8ex;border-left:1px solid
                      rgb(204,204,204);padding-left:1ex">
                      <div dir=3D"ltr">
                        <div><b>We still have both a mempool crashing and client
                            reconnection=C2=A0bug</b></div>
                        <div><b><br>
                          </b></div>
                        <div><b>We got 51% attacked on the LBRY chain, attacker
                            exploited at least 1 exchange, potentially 3. We
                            fought him off and made him spend a ton of BTC
                            (maybe all he earned?)</b></div>
                        <div><b><br>
                          </b></div>
                        <div><b>Last=C2=A0week:</b><br>
                        </div>
                        <div><b>- Monitor and cleanup from attack. Helped
                            upgrade spv servers on odysee, restart=C2=A0+ fix up =
yt
                            sync.</b></div>
                        <div><b>-=C2=A0</b>Notification blocking/muting testing.
                          Found bug with emojis and gave other feedback. Started
                          on FAQ. Let's get this live ASAP.=C2=A0<br>
                        </div>
                        <div>- Chat with Xirtus/Ian Crossland - answered some
                          questions about LBRY=C2=A0+ discussed some integration
                          questions they have about matrix.=C2=A0<br>
                        </div>
                        <div>- Troubleshooting missing transcoding issues (we
                          need more firepower and we need to be smarter about
                          not having re-download on each server)=C2=A0</div>
                        <div>- Chats about Mark Dice / Taxes=C2=A0+ created
                          spreadsheet for him to=C2=A0track it, explained to Juli=
an.=C2=A0</div>
                        <div>- Hound Project Veritas vanity channel owner, and
                          edit over their official channel into it. Chatted with
                          their team as well. Synced PV Action too.=C2=A0</div>
                        <div>- More spam clean up for Salty and others.<br>
                        </div>
                        <div>- YT Sync server baby sitting for
                          issues/throttling. Having a couple other issues I need
                          help from Niko with.=C2=A0</div>
                        <div>- Chainquery failure fall out, discussion with
                          Beamer/Niko on what's still relying on replica. Put
                          together list.=C2=A0</div>
                        <div>- Chat with Citizen Cope's manager (my fav artist)
                          about Odysee</div>
                        <div>- Higher influx of user and creator support</div>
                        <div>- Coordinated live stream for community member=C2=A0=
+
                          Owen Benjamin (he was on Rogan, has comedy on Amazon
                          Prime).</div>
                        <div>- Resync, double check Nick (MCN) channels</div>
                        <div>- Getting Madiator up to speed on helpdesk stuff</di=
v>
                        <div>- Autoblocking more Hold up content</div>
                        <div>- Invite approvals for a few larger channels -
                          Louis Rossman, Electroboom, Ron Paul, Bombards,
                          Lunduke (going exclusive), Upper Echelon, Computing
                          Forever, Eric D July and a couple more.<br>
                        </div>
                        <div><br>
                        </div>
                        <div><b>This=C2=A0week:</b></div>
                        <div><b>- </b>Implement plan to increase criteria to
                          sync=C2=A0+ adjust other limits with Niko.=C2=A0</div>
                        <div>- Roll out moderation tools=C2=A0+ faq.</div>
                        <div>- Get earnings report for Nick (MCN) channels</div>
                        <div>- Prep/support salty stream (8:30 EST)</div>
                        <div><b>- </b>Track down Paul Joseph Watson channel
                          from infowars people, sync it</div>
                        <div>- Fix a few youtube deletions I have in the queue</d=
iv>
```

```
                        <div>- Turn off 3x rewards for remaining users, figure
                            out how to keep zuby happy<br>
                        </div>
                        <div>- Bring down rewards more</div>
                        <div>- Outreach to lefties (Vaush, and others)</div>
                        <div>- BigOne promo once re-org stuff calms</div>
                        <div>- repro reported bugs on ios and sign in (primary
                            email account bs)</div>
                        <div>- Look into crappy channels earning yt sync rewards<=
/div>
                        <div><b>-=C2=A0</b>Find out where some of the strange
                            languages are coming from in APIs<br>
                        </div>
                        <div>- Get Niko to work on language related changes on
                            YT sync (no bandwidth)<br>
                        </div>
                        <div>- Get PR ready for LBRY + Thorchain (no bandwidth).
                            Niko setup a server for me.=C2=A0<br>
                        </div>
                        <div>- Fix large paid content issue on=C2=A0<a
                              href=3D"http://lbry.tv/" target=3D"_blank"
                              moz-do-not-send=3D"true">lbry.tv</a>=C2=A0(think it's=
 max
                            key fee related)=C2=A0=C2=A0<br>
                        </div>
                        <div>- Look into remaining issues with segments (didn't
                            do last week)<br>
                        </div>
                        <div>- Send emails to ~100 youtubers with new youtube
                            reward expiration dates (claimed reward after we sent
                            emails, we didn't properly take those into account)=C2=A0=
=C2=A0
                            (didn't do last week)=C2=A0</div>
                        <div>- New channels outside of YT sync report to help
                            mine good content (didn't do last week)=C2=A0</div>
                      </div>
                    </blockquote>
                  </div>
                </blockquote>
              </div>
            </blockquote>
            <br>
          </body>
        </html>

--------------08C3FA591F0D23FB3DA226F7--

--qRxdDorFP4MDQl6gCTO2ww2IdrLx2ENIg--

--dilAEFqkBiWaKGJHsxVtaFfkTYlejzZDJ
Content-Type: application/pgp-signature; name="signature.asc"
Content-Description: OpenPGP digital signature
Content-Disposition: attachment; filename="signature.asc"

-----BEGIN PGP SIGNATURE-----

iQEzBAEBCAAdFiEEHKl/Eu9TnEeMI02Z83/mM5iAA2gFAmA9CpEACgkQ83/mM5iA
A2g/SQf8CBoxi2ZSuVQG++Dj9wYtlut9IDI+/7nXUH/UYSwRg788wIUZ6UzKiTZU
yOrZiZTh3npYcuegeXk2rUqLpTsDZvp4M8AU2hUaeJxBuUE0IBSuMFVXwb5XhEQ3
RHJjYWOaG23sfH+VZvDOXrVGRnGEv2dgXo8zju8yyuI3ZoWSbc5Zi73i4jl02mII
Nn9BxJcCP7pIzlP3TqOOC0rCKMXujLssU6eBlokbHQl/vNsKyiF5VXOvVN4tX7gl
LHnRO/CxVC22zRWFaSuMvcUVx4SD5jOPczDBH+bWdW/EV85YWECOCHOHbm7f8YoV
J7e+WB2hEd4ooWKLpm6RILr3yW5x5g==
=PYEM
-----END PGP SIGNATURE-----

--dilAEFqkBiWaKGJHsxVtaFfkTYlejzZDJ--
```

Confidential, Protected by Protective Order

LBRY_SEC00012841