```
                                                                    1

 1   UNITED STATES SECURITIES AND EXCHANGE COMMISSION

 2

 3   In the Matter of:     )

 4                         )  File No.  B-03221-A

 5   LBRY                  )

 6

 7   WITNESS:   Thomas Zarebczan

 8   PAGES:     1 through 215

 9   PLACE:     33 Arch Street

10              Boston, Massachusetts

11   DATE:      Wednesday, July 10, 2019

12

13        The above-entitled matter came on for hearing,

14   pursuant to notice, at 9:42 a.m.

15

16

17

18

19

20

21

22

23

24        Diversified Reporting Services, Inc.

25              (202) 467-9200
```

EXHIBIT 16 21-cv-00260-PB

50

1    Q    How much Zcash did you mine?
2    A    I don't remember exactly.  Probably
3    around -- probably around a hundred.  Something like
4    that.
5    Q    And how many Zcash do you have today?
6    A    I think like 150 or 200.
7    Q    How many LBC did you mine?
8    A    Probably like 200,000.  Something like
9    that.
10   Q    How many LBC do you hold today?
11   A    About 2 million.
12   Q    When did you start mining LBC?
13   A    Sometime in 2016.  Late 2016.  I don't
14   remember exact dates.
15   Q    Why did you start mining LBC?
16   A    When I learned -- when I learned about the
17   project, I -- I started to do my research like I did
18   with other projects.  That's when I joined the LBRY,
19   their community.  Checked out their website; see
20   what they were about.
21         The project really fascinated me in terms
22   of the use case that they were trying to accomplish.
23   I understood that it was built off the Bitcoin
24   protocol, which was very solid.
25         And I understood some of the other things

52

1  Q   Have you traded away any LBC?
2  A   Probably bought and sold -- probably sold
3  some small amounts of LBC potentially for other
4  tokens as I was trading but mostly just -- mostly
5  buying LBC.
6  Q   Are you familiar with the term "hodl"?
7  A   Hodl?  That's going to be on the record.
8  That's pretty awesome.
9  Q   So it sounds like you are familiar with
10 it?
11 A   I've heard of it, yes.
12 Q   What does it mean to you?
13 A   What does it mean to me --  To me, it's
14 just more -- it's kind of -- I don't know how to say
15 it.  Let me think about it for a second.
16     (Pause.)
17 A   It's a way of showing support for a
18 project by -- by holding onto their tokens.
19 Q   Would you say that you've hodled your LBC?
20 A   Yes, I hodled my LBC.
21 Q   When you were deciding whether or not to
22 mine or trade an LBC, did you evaluate any -- the
23 team that was running LBRY?
24 A   Yeah, I looked at the team page, their
25 website.  People were listed there.  And also on

[7/10/2019 9:42 AM] ZAREBCZAN_THOMAS_20190710

1    Exhibit 68.  It says this agreement is effective
2    December 1st, 2017 (as read).
3              (Reviewing document.)
4        A    I remember this document, but I think
5    there was -- this might have been like a draft, so
6    the compensation structure when I received this was
7    changed at some point.
8        Q    Let's just talk about that then.  The
9    structure and compensation in Exhibit 68, the first
10   bullet says $3,000 a month.  Do you see that?
11       A    Yeah.
12       Q    When you -- what was your salary when you
13   first started at LBRY?
14       A    So when I first started at LBRY in July,
15   it was -- it was all LBC for the first six months,
16   so the half a year that I worked at LBRY.  I think
17   it was -- I forget what equivalent it was, but it
18   was paid in LBC.
19       Q    And why was that?
20       A    Not exactly sure why that was.  That was
21   just one of the -- that was one of the offers that
22   was given to me at the time.
23       Q    And who made that offer?
24       A    I don't remember if it was Josh or Jeremy.
25       Q    Do you think that this reflects when you

1  A    From -- yes.  Well, I don't know if it was
2  me that turned them off.
3  Q    Why was LBRY providing rewards?
4  A    The main reason was, like, it's a way of
5  onboarding users so that they could -- they could
6  use those rewards on the platform, whether it's to
7  buy stuff, publish, tip.
8  Q    Was there a -- a supply problem with LBC
9  in the market?
10 A    I'm not sure what you mean by that.
11 Q    Well, were there -- could -- could a user
12 who wanted to onboard with the LBRY application,
13 could that user have gone to Poloniex and Bittrex
14 and bought LBC there?
15 A    Yeah, they could have.
16 Q    So they didn't need to get free LBC from
17 LBRY in order to get onto the LBRY application, is
18 that right?
19 A    You could -- yeah, you could use the LBRY
20 application without rewards.
21 Q    The rewards were an incentive to encourage
22 people to utilize the application, is that right? (Pause.)
23 A    That's one way of thinking about it, yeah.
24           (SEC Exhibit No. 71 was marked
25            for identification.)

[7/10/2019 9:42 AM] ZAREBCZAN_THOMAS_20190710

1   A   I mean, it was -- I don't remember if it
2   was a no or if they wanted -- I don't remember what
3   they wanted.
4       Potentially if I was following up about
5   the listing fees, maybe they wanted listing fees,
6   but I don't remember exactly what.
7   Q   Did LBRY participate in any popular vote
8   to get LBC listed on Binance?
9   A   Might have tried the community vote.  I
10  don't remember exactly.
11  Q   And how did that program work?
12  A   I don't remember.  Because that was one of
13  the options on the form, I remember.
14  Q   Is that essentially like LBRY would be
15  pitted against other companies with digital assets
16  and the one with the most votes or a sufficient
17  number of votes would then get listed on Binance?
18  A   I don't know what their process was for
19  determining what votes counted or didn't count
20  or -- I assume it would be something similar to
21  that.
22          (SEC Exhibit No. 74 was marked
23          for identification.)
24  Q   Tom, I'm handing you a document which has
25  been marked as Exhibit No. 74.  It is a one-page

1  document and at the top there is a message from a
2  bollycat dated March the 18th, 2018, and then there
3  are replies, including one from yourself towards the
4  bottom of the page.  Also are dated on 13 March, as
5  well.
6        A    Can I read through this?
7        Q    Oh, yes, of course.  And I know that it's
8  a little faded and it's small, so take your time.
9             (Reviewing document.)
10       A    Okay.  I've read through it.
11       Q    Do you recognize this exhibit?
12       A    Do I recognize -- I mean, it has my -- it
13 has messages from my Twitter account, yeah.
14       Q    All right.  So these are -- are Tweets?
15       A    Tweets, correct.
16       Q    And there is -- so this -- I'm sorry.
17 Your Twitter handle is @tom C-A-R-E-B-C-Z-A-N, is
18 that correct?
19       A    Correct.
20       Q    And at least at the time of this printout
21 or Tweet, your -- you have a -- you have a picture,
22 which is you in a suit and tie, is that right?
23       A    Correct.
24       Q    Is that what -- is that what it shows?
25 That's a picture of you?

1   A   That's a picture of me, yes.
2   Q   And the back-and-forth in the Tweets are
3   about first a Coinbase widget.  What's the "Coinbase
4   widget"?
5           (Reviewing document.)
6   A   I think I explained it in this Tweet.  It
7   would be something in the app that would allow
8   people to purchase some of the supported coins on
9   Coinbase and then convert those to LBC and to their
10  app.
11  Q   And who would be the sellers of the LBC
12  through the Coinbase widget?
13  A   I don't remember how it was intended to
14  work at the time.
15  Q   Is LBRY the seller of the LBC through the
16  Coinbase widget?
17  A   I don't know.  That could have been.  I
18  don't know.
19  Q   Is the Coinbase widget still in place
20  today?
21  A   So we never got to that.  We never -- we
22  never did it from what I remember.
23  Q   So the Coinbase widget was never actually
24  implemented --
25  A   Correct.

```
 1        Q     -- into the LBRY application?
 2        A     Yeah, it was an idea.
 3        Q     Why was the Coinbase widget not
 4   implemented or incorporated into LBRY application?
 5        A     That, I don't remember.
 6        Q     So midway down the page bollycat asks,
 7   "By the way how is binance listing going? (As read).
 8   Do you see that?
 9        A     Mh-hmm.
10        Q     And then is your response in the next
11   Tweet down the page?
12        A     Yes.
13        Q     You say, "Binance is tough, I don't think
14   we have enough investor support (hype?) to win a
15   voting round, at least not yet.  Otherwise the fee
16   is too high."  Do you see that?
17        A     Yeah.
18        Q     What did you mean by the word "investor"
19   or the phrase "investor support"?
20        A     That was relating to the -- to the voting
21   round, I believe.  I don't know exactly what I meant
22   by "investor support."
23        Q     So -- so who's an investor that would be
24   voting in the Binance election?
25        A     I don't know how their voting worked,
```

119

1  but I think it was, like, their users, so maybe I
2  was -- I'm not sure what I meant by investors.
3      Q    So users of Binance would be investors?
4      A    Binance -- what's that?
5      Q    Users of Binance would be investors?
6      A    I don't think that's what I was saying.  I
7  don't remember what I was trying to say by that.
8      Q    Have you used the word "investor" in the
9  context of LBRY before?
10     A    I did here.  Probably I did in other
11 places.
12     Q    You write here that "the fee is too high."
13 Do you recall what the fee was to get listed on
14 Binance?
15     A    I don't remember the exact amount, but
16 I -- going back from the -- I think when they
17 replied, they gave us a -- a fee, and I thought --
18 we thought it was too high.
19     Q    Whose decision was it not to pay the --
20 the fee to get listed on Binance?
21     A    That usually went up through Josh and
22 Jeremy.
23     Q    Why did they not want to pay the fee?
24     A    I'm not sure why they wouldn't want to pay
25 the fee, but we also -- we had just a culture of --

1   mean by that?
2       A   Lull, meaning quiet.
3       Q   Brinck responds, "right, and no boffo
4   announcement is going to send the price
5   skyrocketing."  Did you have an understanding of
6   what a "boffo announcement" is?
7       A   No.
8       Q   Brinck then writes "I do get mildly
9   concerned sometimes about organized price gaming."
10  Did you form an understanding of what "organized
11  price gaming" is?
12      A   No.
13      Q   Julie then responds, nobody in crypto are
14  "investors."  They are speculators (as read).  Do
15  you see that?
16      A   I see that.
17      Q   Did you form an understanding of what she
18  meant by "speculators"?
19      A   I don't know what the difference -- I
20  don't know what the -- I don't know what the
21  specific definitions of the terms are.
22      Q   Did you have an understanding of what or
23  who speculators were?
24      A   Potentially people who were buying and
25  selling LBRY, but I don't know.

1    Q    When you say "LBRY," do you mean LBRY
2  credits?
3    A    Yeah.
4    Q    And why would people buying and selling
5  LBRY credits be speculators?
6    A    I'm not sure.
7    Q    Your next message is three pages from the
8  end.  You wrote "I usually buy and hold projects I
9  believe in.  Didn't sell LBRY at $1, not selling
10 now."  Do you see that?
11   A    Mh-hmm.
12   Q    And Brinck responds same here "I've found
13 projects with teams I believed in, bought, and
14 hodled."  Do you see that?
15   A    Mh-hmm.
16   Q    Do you understand that that's being used
17 as you defined it earlier today?
18   A    Correct.
19          (SEC Exhibit No. 82 was marked
20          for identification.)
21   Q    Tom, I'm handing you what's been marked as
22 Exhibit No. 82.  It is a one-page document, and it
23 is a Reddit thread that was posted on December 4th,
24 2017.  It's entitled "Sell or hold."
25   A    Might I read through it?

1  yeah, but I don't remember the context.
2      Q    Then Brinck wrote, LOL.  Do you know what
3  "LOL" means?
4      A    Laugh out loud.
5      Q    After just reassuring a guy on Twitter who
6  invested four BTC and LBRY credits like four months
7  ago, I feel your pain (as read).  What does "BTC"
8  mean?
9           (Reviewing document.)
10     A    I assume that's Bitcoin.
11     Q    Do you know what Brinck means by
12 "reassuring a guy on Twitter"?
13     A    No.
14     Q    You respond with, Yeah, that's always
15 tough (as read).  What were you -- were you
16 referring to someone who had invested BTC in LBRY
17 credits?
18     A    Someone who had purchased LBRY credits.
19     Q    You write I'm in that boat, too.  Was
20 buying LBC at 10X this price (BTC wise).  It was a
21 crazy altcoin cycle which we
22 fortunately/unfortunately took a ride on (as read).
23 So when you use "BTC" in your statement, was that
24 referring to Bitcoin?
25     A    Yeah.

1    Q    Then when you say
2  "fortunately/unfortunately," does that -- does a
3  slash mean or?  Fortunately "or" unfortunately?
4    A    Yeah.
5    Q    You write, Personally I'll continue to
6  hold, but it may be harder for others.  Hopefully
7  LBRY will continue to improve and catch the eyes of
8  users/investors alike (as read).  What did you mean
9  that it may be "harder" for others to hold LBRY
10 credits?
11           (Reviewing document.)
12   A    I don't remember what I meant by that.
13   Q    What did you mean by your use of the word
14 "investors" at the end of your statement?
15           (Reviewing document.)
16   A    I don't know if I was referring to people
17 who were trading LBRY potentially or, like, venture
18 capitalist investors.  I don't remember.
19   Q    Was LBRY trying to attract venture
20 capitalists in the end of 2017?
21   A    Not -- not sure exactly.  I know we had
22 venture capital investment originally, so I assume
23 that's something like that could potentially be
24 used.
25   Q    What role, if any, did you have in

1      Q    Then Riley Smith says, yeah, like, rewards
2   need to go.  Says all of them.  I'm never going to
3   stop saying it.  Entire concept needs to be wiped
4   from the app.  We're not an airline.
5           Josh Finer then writes, As someone who has
6   done tons of traffic experiments in the past, the
7   incentivized traffic is always trash (as read).
8           And then in the next mess -- message,
9   excuse me, there's a user the Niko Storni, N-I-K-O,
10  S-T-O-R-N-I.  Do you see that?
11     A    Mh-hmm.
12     Q    Who's Niko Storni?
13     A    He's an employee at LBRY.
14     Q    And the text says that -- that user has
15  joined the channel (as read), is that right?
16     A    That's what it says, yeah.
17     Q    And there was an inviter.  Do you see
18  that?
19     A    Mh-hmm.
20     Q    And that's somebody's account address or
21  nomenclature, is that right?
22     A    It looks like -- it looks similar to the
23  other ones.
24     Q    And then Josh Finer writes in the next
25  message, Basically us saying yay, which is Y-A-Y all

1   caps, when the price goes up LOL (as read).  Was
2   there a -- a channel at LBRY in which LBRY employees
3   would talk about the price of LBC?
4        A    Yeah, I believe these are -- sounds like
5   they're from that channel.  I would also probably
6   say it's the channel that gets used the least.
7        Q    When was that channel started?
8        A    I don't remember.
9        Q    Is that channel still open today?
10       A    I believe so.
11       Q    Niko Storni writes Ha ha ha, sounds good
12  to me.  Then Riley Smith says damn.  And then you
13  wrote not impressed yet.  I was buying LBC at 30,000
14  sats (as read).  What's S-A-T-S mean?
15       A    That was the term we defined earlier,
16  Satoshis.
17       Q    Who, if anyone, do you know is not in the
18  LBRY channel that discusses LBC price?
19       A    Was not in it?
20       Q    What LBRY employee is not, if anyone, in
21  that channel?
22       A    I don't know.  I don't check who's in it
23  or who isn't.
24       Q    Have you ever seen Alex Grin in that
25  channel?

196

1  Q   Did you tip the poster who posted the
2  article in Reddit?
3  A   Yeah, that's what it looks like.
4  Q   And when you said "as an investor," what
5  did you mean by that?
6  A   I meant it sounds like his -- his post was
7  geared for investors.
8              (SEC Exhibit No. 89 was marked
9              for identification.)
10 Q   Tom, I'm handing you a document which has
11 been marked as Exhibit No. 89.  It is a Reddit post
12 as well, and this one was posted February 21st,
13 2018, and the title of the post thread is This Coin
14 Needs a Rebrand (as read).
15          And I had some questions about your
16 response, which is on the backside of the first page
17 of the exhibit.
18 A   You mind if I read through it?
19 Q   Go ahead.
20              (Reviewing document.)
21 A   I read it.
22 Q   Okay.  So I'd like to draw your attention
23 to the sort of Page 2 on the backside of the first
24 page of the exhibit.  You wrote, "Is this coming from
25 a purely investment standpoint?"

[7/10/2019 9:42 AM] ZAREBCZAN_THOMAS_20190710

1             Do you see that?
2        A    Mh-hmm.
3        Q    What were you referencing?  The original
4   post or somebody else's comments?
5             (Reviewing document.)
6        A    Not sure.  It's hard to tell.
7        Q    You wrote then If so, I can see why you
8   feel that way (as read).  What did you mean by that?
9             (Reviewing document.)
10       A    I think there were people who were angry
11  about the way we were doing certain things who might
12  have bought LBRY credits potentially.
13            I don't know what the price was but maybe
14  it was down, so I said -- well, probably just
15  looking at the price.
16       Q    And so that's why they -- the coin needs a
17  rebrand?
18       A    I'm -- what are you -- I'm not sure what
19  you're asking.
20       Q    Yeah, so I'm -- I'm just trying to make
21  sure I understand what you said.  You said is this
22  coming from a purely investment standpoint, and the
23  sort of original topic was coin needed a rebrand and
24  sort of the name needs to be changed somehow.
25            And then you wrote, you know, If so, I can

```
 1   see why you feel that way, but if you think that the
 2   name is holding LBRY back, I don't agree (as read).
 3           But from a investment standpoint, did
 4   you -- I think you write, you know, I can see why
 5   you feel that way, that the name is holding the
 6   value of LBRY back somehow.
 7       A    I think what I meant was just people would
 8   complain about anything, really.  The brand would
 9   just be -- brand name or marketing would just be
10   like another thing that people might complain about.
11       Q    And that's what investors would be
12   complaining about?
13       A    People who bought LBRY.
14       Q    You meant people that bought LBRY so that
15   they could make money when the value went up?
16              (Reviewing document.)
17       A    Yeah.
18       Q    You wrote in a post a little bit further
19   down, How do you think we can better market a beta
20   product that majority of users try once and forget
21   about unless their values are really in line with
22   ours? (as read).  Do you see that?
23       A    Mh-hmm.
24       Q    Did you have a way to track whether or not
25   users tried the product once and then did not come
```