CONFIDENTIAL

EXHIBIT
**20**
21-cv-00260-PB

1        UNITED STATES DISTRICT COURT

2        DISTRICT OF NEW HAMPSHIRE

3

4   SECURITIES AND EXCHANGE      ) Civil Action No.
    COMMISSION,                ) 1:21-cv-00260-PB

5                      )
           Plaintiff,      )

6                      ) VOLUME 1
     vs.                   ) (Pages 1 to 244)

7                      )
    LBRY, INC.,               )

8                      )
           Defendant.      )

9   _____ )

10

11

12

13        CONFIDENTIAL VIDEOTAPED 30(b)(6)

14          DEPOSITION OF LBRY, INC., BY

15             JEREMY KAUFFMAN

15        1155 AVENUE OF THE AMERICAS

16          NEW YORK, NEW YORK

17         FRIDAY, APRIL 1, 2022

18

19

20

21

22

23   REPORTED BY:

24   ELBIA BAIRES

25   JOB NO. 220401LHR

                                               1

CONFIDENTIAL

09:19   1   ShapeShift in connection with the sale of LBRY

2   credits to ShapeShift?

3           MR. MILLER:  Objection.  This is a

4   30(b)(6) deposition.  It's not a deposition of

09:19   5   Mr. Kauffman.

6         A.   I don't know.

7         Q.   What, if anything, did Mr. Finger

8   communicate to ShapeShift in connection with a

9   sale of LBRY credits?

09:19   10         A.   I don't know.

11         Q.   What, if anything, did Mr. Finer

12   communicate to ShapeShift in connection with a

13   sale of LBRY credits?

14         A.   I don't know.

09:19   15         Q.   What, if anything, did ShapeShift

16   communicate to LBRY in connection with a sale of

17   LBRY credits?

18         A.   I don't know.

19         Q.   Was there any written purchase

09:20   20   agreement in connection with the sale of LBRY

21   credits to ShapeShift?

22         A.   I don't believe there was more than

23   some e-mail communications.

24         Q.   Were there any restrictions placed

09:20   25   upon ShapeShift and what it could do with the

14

CONFIDENTIAL

09:20  1    LBRY credits that were sold to it?

2          A.    Our understanding was that ShapeShift

3    would be passing those credits onto users of

4    ShapeShift.

09:20  5          Q.    Was ShapeShift obligated to inform

6    LBRY who the purchasers of the LBRY credits

7    were?

8          A.    No.

9          Q.    Was ShapeShift obligated to charge a

09:20 10   certain -- set a certain price for the LBRY

11   credits of its sales to third parties?

12         A.    No.

13         Q.    What, if anything, did LBRY do to

14   ensure that ShapeShift sold the credits to third

09:20 15   parties through its application?

16              MR. MILLER:  Objection.

17         A.    Could you repeat the question?

18         Q.    Sure.

19              What, if anything, did LBRY do to

09:21 20   validate that ShapeShift used the credits in its

21   application to transfer them to third parties?

22              MR. MILLER:  Objection.

23         A.    I don't recall.

24         Q.    Just to make sure, you don't recall

09:21 25   what, if anything, LBRY did or LBRY did not do

15

**CONFIDENTIAL**

```
09:22    1         Q.    How -- through what medium was LBRY
         2    able to access ShapeShift's application?
         3         A.    I believe over the internet.
         4         Q.    Was it a web-based portal that
09:22    5    ShapeShift was operating at the time?
         6         A.    Yes.
         7         Q.    What volumes of exchange of LBRY
         8    credits did LBRY observe on ShapeShift's
         9    application, if any?
09:23   10         A.    We didn't.
        11         Q.    Does LBRY have any understanding of
        12    what ShapeShift did, in fact, do with the
        13    hundred thousand -- sorry.  Strike that.
        14               How many of LBRY credits did LBRY
09:23   15    sell to ShapeShift?
        16         A.    100,000.
        17         Q.    What information does LBRY have of
        18    what ShapeShift did, in fact, do with those
        19    100,000 LBRY credits?
09:23   20               MR. MILLER:  Objection.
        21         A.    We believe that they made them
        22    available via their application.
        23         Q.    Beyond making them available, what
        24    information does LBRY have about what ShapeShift
09:23   25    did with those 100,000 credits?
```

17

CONFIDENTIAL

```
09:23  1              MR. MILLER:  Objection.
       2         A.    None.
       3         Q.    Is there any written representation
       4    by ShapeShift as to what they would do with the
09:24  5    100,000 LBRY credits they bought from LBRY?
       6         A.    I don't know.
       7         Q.    Did LBRY track how the LBC sold to
       8    ShapeShift was used by reading the blockchain
       9    data?
09:24 10         A.    No.
      11         Q.    Could LBRY have done that?
      12              MR. MILLER:   Objection.
      13         A.    I don't know.
      14         Q.    What was the source of the LBRY
09:24 15    credits that LBRY sold to ShapeShift?
      16              MR. MILLER:  Objection.
      17         A.    Those credits came from the company's
      18    LBRY credits holdings.
      19         Q.    Is there a term that LBRY used for
09:24 20    its LBRY credits holdings in 2016?
      21         A.    We sometimes may have referred to
      22    them as a premine.
      23         Q.    How big was the premine?
      24         A.    400 million credits.
09:25 25         Q.    And are those 400 million credits
```

18

CONFIDENTIAL

```
10:23    1                         taken.)
         2              VIDEOGRAPHER:  Back on the record,
         3    10:35.
         4    BY MR. MOORES:
10:35    5         Q.    Mr. Kauffman, I would like to talk
         6    about offers and sale of LBC by LBRY to LBRY
         7    employees.
         8              Was there a program by which LBRY
         9    sold LBC to LBRY employees?
10:35   10         A.    Yes.
        11         Q.    All right.  Would you please describe
        12    that program.
        13         A.    It was a program that allowed
        14    employees to buy $50 worth of LBC each week.
10:35   15         Q.    When did that program begin?
        16         A.    I believe it began in the fall of 20
        17    -- late summer or fall of 2018.
        18         Q.    And is that program ongoing?
        19         A.    I believe there are a couple of
10:35   20    employees at LBRY still in that program.
        21         Q.    Who was responsible for
        22    administrating that program?
        23         A.    Josh Finer.
        24         Q.    And in total, is -- do you -- is
10:35   25    there an approximate volume of LBC that has been
```

67

CONFIDENTIAL

10:35 1  sold to that program?

2       A.    I believe a little over 1.5 million.

3       Q.    And how was the pricing of those

4  sales determined?

10:36 5       A.    For most of the program, it's been

6  sold -- the $50 worth at half the market price.

7       Q.    So 50 percent of the market price?

8       A.    Yes.

9       Q.    And why was the sale pricing

10:36 10  50 percent of the market price?

11       A.    It was designed to be a benefit.

12  It's essentially an employee benefit program,

13  among other things.

14       Q.    Were there any restrictions imposed

10:36 15  upon the LBRY employees in connection with the

16  purchase of the LBC through that program?

17       A.    No.  There's no restrictions to what

18  they do with the money that we pay them.

19       Q.    Was there any lockup period for those

10:36 20  employees before they could gain access to the

21  LBRY credits?

22       A.    No.

23       Q.    How would an employee -- sorry.

24            Was it an opt-in program, an employee

10:37 25  would choose to participate in the program?

68

CONFIDENTIAL

```
10:44   1   part of the employee LBC purchase program, where

        2   did that money go?

        3        A.     Into our bank account.

        4        Q.     Which bank account?

10:44   5        A.     Well, wait.  Let me be more specific.

        6               We never received money from the

        7   employees, so.  We were just spending less.  It

        8   comes out of their paycheck.  So my previous

        9   answer is incorrect.  We're never actually

10:44  10   receiving money.  We are just spending less.

       11        Q.     Did LBRY pay taxes on that transfer

       12   of LBC -- or transfer of the $50?

       13        A.     Presumably.

       14        Q.     So it was an offset, a deduction out

10:44  15   of the employee's paycheck.

       16        A.     I believe so.

       17        Q.     So the $50 didn't travel, you know,

       18   to the employee's bank account and then back.

       19   It just was done through the payroll system?

10:45  20               MR. MILLER:  Objection.

       21        A.     That's my understanding.

       22        Q.     I'd like to talk about LBRY's

       23   decisions to transact LBC through digital asset

       24   trading platforms.

10:45  25               What trading platforms did LBRY trade
```

74

CONFIDENTIAL

```
10:45   1   LBC in?
        2       A.    Primarily Bittrex and Poloniex.
        3       Q.    Any others?
        4       A.    Possibly, but those were the big two.
10:45   5       Q.    What about Hotbit?
        6       A.    Possibly a small percentage of trades
        7   were made there.
        8       Q.    What about UPbit?
        9       A.    I don't think with did trading on
10:46  10   UPbit.  But it's possible.
       11       Q.    And just for the record, is Hotbit
       12   and UPbit digital asset trading platforms?
       13       A.    Yes.
       14       Q.    Did LBRY trade through ShapeShift?
10:46  15       A.    I don't believe so.
       16       Q.    Did LBRY trade on CoinEx?
       17             MR. MILLER:  Objection.
       18       A.    I'm not certain.
       19       Q.    Did LBRY trade LBC on CoinEx?
10:46  20             MR. MILLER:  Objection.
       21       A.    I'm -- I'm not certain.
       22       Q.    In preparation for today's testimony,
       23   did you review LBRY's LBC trading records?
       24       A.    Some of them.
10:46  25       Q.    And in the trading records, was there
```

75

CONFIDENTIAL

11:01  1        Q.    Do you see the column on the second

2    page, where it says, "Is deleted"?

3           A.    Yes.

4           Q.    And it says, "False," meaning that

11:01  5    the Kauffman account, the LBRY's account in your

6    name has not been deleted.

7                 Do you see that?

8           A.    Yes.

9           Q.    Does that refresh your memory as to

11:01 10    whether or not the account in your name was

11    closed?

12                 MR. MILLER:   Objection.

13           A.    I have -- I don't know the status of

14    the account in my name.

11:01 15           Q.    And then the total quantity filled in

16    the far right column on page three for the

17    account in your name, states that approximately

18    3.8 billion LBC was filled in trades on Bittrex.

19                 Do you see that?

11:02 20           A.    Yes.

21           Q.    Does that comport with LBRY records?

22                 MR. MILLER:   Objection.

23           A.    No.

24           Q.    What -- what do LBRY records indicate

11:02 25    for the number of trades of LBC -- sorry, the

86

**CONFIDENTIAL**

11:02   1    number of LBC traded in the LBRY account in your

2    name?

3        A.    I -- well, we sold under

4    80 million -- I don't -- I don't know the

11:02   5    specific number for Bittrex.  But it -- it -- I

6    don't see why -- the total number of credits

7    sold, you know, is under 80 million, so.

8        Q.    You are saying 80 million LBC have

9    been traded by or sold by LBRY into the markets

11:03  10    from the operational fund to date?

11               MR. MILLER:  Objection.

12        A.    Sorry.  Could you repeat the

13    question?

14        Q.    Sure.

11:03  15               You tossed out a figure, I think it

16    was around 80 million LBC.

17               Where does that come from?

18        A.    The -- the difference between the --

19    the start of the operational fund balance and

11:03  20    the balance today.

21        Q.    All right.  What is Altonomy?

22        A.    Altonomy is a firm in the digital

23    asset space.  I'm not sure how they describe

24    themselves.

11:03  25        Q.    Did -- LBRY retain Altonomy as a

87

CONFIDENTIAL

11:19   1   Sometimes asked in advance, sometimes not.

2        Q.    And was there any criteria that LBRY

3   had developed by at least Q3 2020 when it

4   provided bounties?

11:19   5        A.    No formal criteria.

6        Q.    And when you say, "give," does that

7   mean that the LBC was transferred from a LBRY

8   wallet to the recipient's wallet?

9        A.    Yes.

11:19  10        Q.    Were there any restrictions placed on

11   the LBC that was transferred to the recipient's

12   wallet?

13        A.    No.

14        Q.    Was there any representations that

11:19  15   had to be made by the recipients of the bounty

16   LBC with respect to its receipt of the LBC?

17        A.    No.

18        Q.    "User engagement," the next line,

19   says, "7,551,200."

11:20  20              Do you see that?

21        A.    Yes.

22        Q.    All right.  What does user engagement

23   mean?

24        A.    It means getting users engaged on the

11:20  25   LBRY protocol.

99

CONFIDENTIAL

11:26 1  be used as a support because it's laying fallow

2  otherwise.

3      Q.    So these user engagements, this

4  7,551,200 LBC, what were the programs, if any,

11:26 5  by which users were receiving those LBC?

6      A.    We had a variety of programs, every

7  new user would get a small amount.  Users would

8  receive small amounts as they on-boarded

9  themselves to the protocol.  So, you know,

11:27 10  confirm your e-mail address, create a channel,

11  watch your first video.  That kind of thing.

12      Q.    What about incentive program for

13  content creators during this time?

14      A.    I am not certain if that was

11:27 15  something we were doing in -- in -- oh.  In --

16  it may also include cryptocurrency sent to

17  YouTubers.  That was probably under user

18  engagement at this time.

19      Q.    And why was -- or through what

11:27 20  program was LBC sent to YouTubers?

21      A.    LBRY had a program where YouTubers

22  would receive cryptocurrency for publishing

23  their content to the network.

24      Q.    And would that, again, be a transfer

11:28 25  from a LBRY digital wallet to the content

105

CONFIDENTIAL

11:28  1    creator's digital wallet?

2          A.     Yes.

3          Q.     Were there any restrictions placed on

4    that transfer?

11:28  5    A.     No.

6          Q.     Were there any representations made

7    by the recipient in connection with that LBC

8    received?

9          A.     No.

11:28 10    Q.     Were there any surveys done by LBRY

11   to determine how the recipients were -- what

12   they were doing with the LBC?

13         A.     There's no purpose to having LBC

14   other than to use it on the LBRY network.

11:28 15    Q.     Right.

16                But the question was, did LBRY do any

17   survey of the recipients of the user engagement

18   LBC to determine what they did with the LBC?

19                MR. MILLER:  Objection.

11:28 20    A.     No.

21         Q.     The community engagement here, it

22   says there was 664,168 LBC utilized.

23                What is community engagement?

24         A.     I believe that's -- I believe, but

11:29 25   I'm not certain, that that is sort of ad hoc

106

CONFIDENTIAL

```
11:32  1         A.    Yeah.  Whether you were hired you or
       2    not.
       3         Q.    What else would be examples of
       4    acquisitions?
11:32  5         A.    We would give -- occasionally, give
       6    direct payments to a content creator outside of
       7    the -- outside of the YouTube program.  That
       8    would go under acquisition.
       9         Q.    And would -- did LBRY purchase the
11:32 10    content?
      11         A.    No.
      12         Q.    Was it an incentive to have the
      13    content creator published to the LBRY network?
      14         A.    Yes.
11:33 15         Q.    Did -- through the acquisition
      16    program, did LBRY pay for any publishing fees?
      17         A.    I'm not certain.
      18         Q.    The publishing line item, did the LBC
      19    go to any individual?
11:33 20         A.    I don't believe so.
      21         Q.    So those were all sort of publishing
      22    fees that were paid into the network?
      23               MR. MILLER:  Objection.
      24         A.    It's -- so when you publish
11:33 25    something, you also have the ability to stake an
```

109

CONFIDENTIAL

11:46  1          A.    It's -- I like spending less of

       2    things.  It's part of being fiscally

       3    responsible.

       4          Q.    There's a reference to YouTube

11:47  5    monthly payouts that were to end in Q1 2021.

       6               Do you see that?

       7          A.    Yes.

       8          Q.    What are those?

       9          A.    There, at one point in time, was a

11:47 10    program under which YouTubers would receive

      11    monthly LBC payments for making their content

      12    available via the LBRY protocol.

      13          Q.    And was that program to phase out in

      14    Q1 of 2021?

11:47 15          A.    Yes.

      16          Q.    Did it phase out in Q1 2021?

      17          A.    Yes.

      18          Q.    And why was it phased out?

      19          A.    We wanted -- we -- we felt that it

11:47 20    was not a worthwhile use of resources.

      21          Q.    Why is that?

      22          A.    We thought it encouraged some sort of

      23    drive by users or we get old -- old channels

      24    that weren't really popular.  That kind of

11:48 25    thing.  It was -- it was a -- it wasn't bringing

                                                                120

CONFIDENTIAL

11:48  1   in the right kind of -- of content.

2       Q.     You wanted better content and that

3   program wasn't delivering it?

4       A.     We felt like it wasn't -- wasn't

11:48  5   worth what we were spending on it, yeah.

6                    (Exhibit 171 was marked for

7                    identification.)

8       Q.     Mr. Kauffman, I'm handing you what's

9   been marked as Exhibit 171.  It is a compilation

11:49 10   of pages print out from multiple websites.  The

11   first one on the top is entitled "What is LBRY

12   doing with non-mined credits?"  And it has a URL

13   of LBRY.com/FAQ/credit-policy.

14                    For ease of use, I'll represent to

11:49 15   you that I put these black number pages

16   handwritten in the sort of bottom left-hand

17   corner so we could more easily refer to the

18   various pages.

19                    Are you familiar with the first page

11:49 20   of Exhibit 171?

21       A.     Yes.

22       Q.     Now, I'd like to draw your attention

23   to the middle of the first page where it says,

24   "Community," and the amount is 200 million.

11:50 25                    Do you see that?

121

CONFIDENTIAL

12:33 1      Q.    And so boost and support are

2    interchangeable?

3       A.    When we were using --

4       MR. MILLER:  Objection.

12:33 5      A.    When we were using the word boost, we

6    were using that as a synonym for support.  I

7    don't think we used it for very long.

8       Q.    In terms of Exhibit 160 -- never

9    mind.

12:34 10       Has -- has a stake ever been referred

11    to as a deposit by LBRY?

12       A.    Not -- not to my recollection.

13    May -- maybe.

14       Q.    Has deposit been used in any other

12:34 15    way by LBRY other than as a stake?

16       MR. MILLER:  Objection.

17       A.    I don't think so.

18       Q.    So -- and perhaps 169 could be your

19    guide, but can you identify any programs,

12:34 20    incentive programs or efforts that LBRY has

21    engaged in to incentivize using the network, the

22    LBRY network that did not involve the transfer

23    of LBC to the user?

24       MR. MILLER:  Objection.

12:35 25      A.    Any -- if I'm understanding the

141

CONFIDENTIAL

12:35  1   question correctly, that would include

2   practically everything we do.  Purpose of our

3   website is to encourage people to use the LBRY

4   network.  Purpose of me going on the podcast, is

12:35  5   for the purpose of encouraging people to use the

6   LBRY network.

7        Q.    So has LBRY transferred LBC to a

8   third party to encourage the usage of a network

9   but the transfer is not to the user itself, or

12:35  10  themselves?

11       A.    Occasionally, we would give chunks to

12  another community.  So if you give a chunk to a

13  sub-Reddit or a moderator of some Discord chat

14  or things like that.

12:36  15       Q.    Were there any restrictions on what

16  the recipient could do with the LBC it received

17  in that context?

18       A.    They -- in those cases, the recipient

19  would be passing it on to others.

12:36  20       Q.    Was that required as part of the

21  transfer to that recipient?

22       A.    It was -- there was an understanding.

23       Q.    I mean, I'll be -- try to be as

24  candid and blunt as -- I'm trying to identify if

12:36  25  there was a point in time when LBRY was -- was

142

CONFIDENTIAL

| | | |
|---|---|---|
| 12:41 | 1 | MR. MILLER:  Objection. |
| | 2 | A.    It's -- it's something that I would |
| | 3 | ask Josh from time to time. |
| | 4 | Q.    Josh Finer? |
| 12:41 | 5 | A.    Yes. |
| | 6 | Q.    Did he keep any notes of his |
| | 7 | observations? |
| | 8 | A.    I'm not certain. |
| | 9 | Q.    If LBRY wanted to track the LBC it |
| 12:41 | 10 | sold through MoonPay application, could it have |
| | 11 | done so? |
| | 12 | MR. MILLER:  Objection.  Speculative. |
| | 13 | A.    It would be difficult to do so. |
| | 14 | Q.    Was it feasible? |
| 12:42 | 15 | MR. MILLER:  Objection.  Speculative. |
| | 16 | A.    It's -- it's a very complicated |
| | 17 | question. |
| | 18 | Q.    What's complicated about the |
| | 19 | question? |
| 12:42 | 20 | MR. MILLER:  Objection. |
| | 21 | A.    It's -- as -- as you've seen, you can |
| | 22 | track the movements from address to address. |
| | 23 | But it's difficult to ascertain what that means |
| | 24 | or it can mean. |
| 12:42 | 25 | Q.    If an LBC is used for publishing and |

147

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

**CONFIDENTIAL**

12:42 1  paying for a claim, that's noted on the LBRY

2  blockchain, correct?

3     A.    Yes.

4     Q.    I'd like to change topics and talk

12:43 5  about the listing of LBC on any digital asset

6  trading platform.

7          MR. MILLER:  Do you want to take a

8  break now?  It's a quarter of.

9          MR. MOORES:  I was hoping to run

12:43 10  until shortly before 1 o'clock.

11          MR. JONES:  We've only been going for

12  about 11 minutes since the last break.

13          MR. MILLER:  Okay.  I'll let Rachel

14  represent the witness now.  Until -- okay?  I'm

12:43 15  just going to excuse me myself for -- until the

16  end of lunch.  Rachel Mechanic will take over.

17  BY MR. MOORES:

18     Q.    What, if anything, did LBRY do to get

19  listed on the exchange MXC?

12:43 20     A.    I'm not certain.

21     Q.    What did LBRY do, if anything, to get

22  listed on the exchange BitMart?

23     A.    I'm not -- I'm not certain.

24     Q.    What did LBRY do, if anything, to get

12:44 25  listed on the LBank exchange?

148

**CONFIDENTIAL**

| | | |
|---|---|---|
| 12:50 | 1 | form and they make a decision. |
| | 2 | Q.    Did LBRY ever pay to be listed on any |
| | 3 | exchange? |
| | 4 | A.    Occasionally. |
| 12:50 | 5 | Q.    Which exchanges did it pay to be |
| | 6 | listed on? |
| | 7 | A.    I don't recall specifically.  For a |
| | 8 | long time, our policy was not to pay at all. |
| | 9 | And we later amended that to allow small |
| 12:50 | 10 | payments on the order of maybe $10,000. |
| | 11 | Q.    When did LBRY amend its policy to |
| | 12 | include payments to exchanges to be listed? |
| | 13 | A.    Sometime in 2020 or 2021. |
| | 14 | Q.    I'd like to talk about some of the |
| 12:51 | 15 | duties and responsibilities of members of the |
| | 16 | LBRY team.  You've testified a little bit about |
| | 17 | what some of Josh -- Joshua Finer's duties and |
| | 18 | responsibilities are today. |
| | 19 | Can you identify any other duties and |
| 12:51 | 20 | responsibilities that he was responsible for? |
| | 21 | MS. MECHANIC:  Objection. |
| | 22 | A.    Josh was a -- he was sort of a |
| | 23 | jack-of-all-trades.  So he would help out with |
| | 24 | all kind of things.  But his biggest |
| 12:52 | 25 | responsibilities were finances, exchange |

155

CONFIDENTIAL

01:48  1   this fact article is fairly old and hasn't been

2   updated or reread by anyone in several years.

3        Q.    So if I can direct your attention

4   back to Exhibit number 21.  The answers to the

01:48  5   big questions from a Reddit AMA.  There's -- on

6   the third page of the exhibit, it says, "How

7   does the company behind LBRY make money?"

8            Do you see that?

9        A.    Yes.

01:49  10       Q.    And it says in this posting from

11  September of 2016, "LBRY, Inc. has reserved

12  ten percent of all LBRY credits to fund

13  continued development and provide profit for the

14  founders.  Since credits only gain value as the

01:49  15  use of the protocol grows, the company has an

16  incentive to continue growing this open source

17  project.  And can do it all without taking a

18  percentage of anyone's transactions."

19            Does Exhibit 21 refresh your

01:49  20  recollection as to when the language I quoted

21  previously was added to Exhibit 173?

22       A.    That seems like --

23            MS. MECHANIC:  Same objection.

24       A.    Yeah.  I mean, it seems -- since it

01:49  25  appears to match, it seems likely that this was

170

CONFIDENTIAL

01:49  1  written sometime in September of 2016.

2              MS. MECHANIC:  Jeremy, give me a --

3  pause for a sec --

4              THE WITNESS:  Yeah.

01:50  5              MS. MECHANIC:  -- so I can get in an

6  objection if you can.

7       Q.     And back in Exhibit 173, under the

8  bullet where it says, "This is not a

9  pump-and-dump scheme or vaporware."  There's a

01:50 10  line that says, "Our goal is to increase the

11  long-term value of the protocol.  Which if

12  adopted globally, will make our reserve many

13  times more valuable than any short-term bubble.

14  We are patient and focused on the future

01:50 15  period."

16              Do you see that?

17       A.     Yes.

18       Q.     When was that language first included

19  in LBRY's FAQ?

01:50 20              MS. MECHANIC:  Same objection.

21       A.     I suspect this post was written in

22  September of 2016 and never updated.

23       Q.     When was the last time that -- sorry.

24              Who at LBRY has edited the how does

01:51 25  the company behind LBRY make money FAQ?

171

CONFIDENTIAL

01:51 1          MS. MECHANIC:  Same objection.  If

2    you were going to spend this many questions on

3    this post, I'm not sure why it's not included in

4    your topic.  So are we almost finished with this

01:51 5    post?

6          MR. MOORES:  We are.  I just --

7      A.    I don't -- I don't know who's

8    edited this -- who edited or wrote this.

9      Q.    There's a -- a line at the bottom of

01:51 10   Exhibit 173 which refers to GitHub.

11          Do you see that?

12     A.    Yes.

13     Q.    Would -- when or if this post had

14   ever been edited, would that be reflected on

01:51 15   GitHub?

16          MS. MECHANIC:  Same objection.

17     A.    Yes.

18     Q.    Mr. Kauffman, I'd like to -- I'd like

19   to talk about a number of individuals.  First,

01:52 20   Naomi Brockwell -- the five I just need to talk

21   about are Naomi Brockwell, John Dorval, David

22   Jones, Macavei Raul, and Aaron Watson.

23          Have you heard of those five

24   individuals?

01:52 25     A.    Yes.

172

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

CONFIDENTIAL

02:17 1          MS. MECHANIC:  Objection.

2     A.     I don't -- I don't believe we did

3     anything.

4     Q.     What efforts did LBRY undertake to

02:17 5     identify content creators to join the LBRY

6     network?

7          MS. MECHANIC:  Objection.

8     A.     A variety of efforts.

9     Q.     Please describe those efforts.

02:17 10    A.     We would look at publicly available

11    reports and data around the performance of video

12    content creators.

13    Q.     Data from what platform?

14    A.     Social Blade would be one.  Or other

02:18 15    aggregators of that kind of information.

16    Q.     And were the content creators already

17    publishing to some platform?

18    A.     Frequently.

19    Q.     And what platforms would they be

02:18 20    publishing to that were captured by the company

21    that provided those data?

22    A.     Typically, frequently YouTube.  But

23    it could also be that they were publishing to

24    TikTok or Twitter or something else.

02:18 25    Q.     And what, if anything, did LBRY do

194

**CONFIDENTIAL**

02:18 1   with that data?

2      A.   I believe sometimes perform outreach

3   directly to creators to see if they would be

4   interested.

02:18 5      Q.   How would LBRY perform that outreach?

6      A.   Typically via e-mail.

7      Q.   How would LBRY get those e-mail

8   addresses?

9      A.   They're frequently publicly

02:18 10  available.

11      Q.   What was the purpose of reaching out

12  to those content creators?

13      A.   To spread awareness of LBRY and to

14  encourage them to publish and share their

02:19 15  content in a way that's better.

16      Q.   During those reach out efforts, did

17  you -- sorry.

18        Did LBRY invite the content creators

19  to participate in the YouTube Sync program?

02:19 20      A.   Sometimes.

21      Q.   Why would LBRY not invite the content

22  creators to participate in the YouTube Sync

23  program?

24        MS. MECHANIC:  Objection.

02:19 25      A.   I don't know that anyone was ever

195

CONFIDENTIAL

02:51   1          Q.     All right.  And the spending of that

        2    money came from LBRY's bank account, correct?

        3          A.     Yes.

        4          Q.     And prior to the web versions of

02:51   5    LBRY's applications being created, did LBRY

        6    mirror contents on the LBRY network?

        7          A.     I'm not certain.

        8          Q.     Mr. Kauffman, I'd like to draw your

        9    attention to Exhibit 172.  Which should be in

02:51  10    the pile in front of you.

       11                 This talks about keeping your eye on

       12    the LBRY road map.

       13                 What is the LBRY road map?

       14          A.     The LBRY road map was a web page that

02:52  15    people could visit to get information about a

       16    past and future changes.

       17          Q.     Why did LBRY create LBRY road map?

       18          A.     To communicate information to the

       19    public about past and future changes.

02:52  20                        (Exhibit 175 was marked for

       21                        identification.)

       22                        (Exhibit 176 was marked for

       23                        identification.)

       24          Q.     Mr. Kauffman, I'm handing you what

02:53  25    has been marked as Exhibits 175 and 176.  175 is

                                                                216

CONFIDENTIAL

02:53  1    entitled "LBRY road map.  Future plans for the

       2    journey into the a land of dragons."  And at the

       3    bottom, it has the URL of this printout from the

       4    website.  And it is LBRY.com/roadmap/2019.

02:53  5                Exhibit 176 says, "LBRY road map.

       6    Future plans for the journey into the land of

       7    dragons."  There's a 2020 in the box towards the

       8    top.  And the URL on the bottom is

       9    LBRY.com/roadmap/2020.

02:54 10                Do you have Exhibits 175 and 176 in

      11    front of you?

      12        A.    Yes.

      13        Q.    And looking just at Exhibit 175, is

      14    that an example of the -- of a LBRY road map?

02:54 15        A.    This was a road map that we published

      16    in probably the beginning of 2019.

      17        Q.    Did LBRY develop road maps for each

      18    year until at least 2020?

      19        A.    I believe we did this for two or

02:54 20    three years and then stopped.

      21        Q.    Excuse me.

      22                Who at LBRY was involved in creating

      23    the 2019 LBRY road map?

      24        A.    Almost -- everyone in the -- everyone

02:54 25    in the company was invited to participate in the

                                                         217