



LBRY | Fred | Home | Find Friends

LBRY

LBRY
@lbryio

- Home
- Posts
- Videos
- Photos
- About
- Community

YOUR PAGES

Securities and Excha...

CONTACTS

EXHIBIT
23
21-cv-00260-PB
exhibitsticker.com

Like | Follow | Share | ...

Sign Up

Status | Photo/Video

Write something on this Page...

## Posts

**LBRY**
January 30

LBRY v0.20 is now live with SMS verification, night mode, and more - get all the details with the link below!

Verified Awesome - LBRY
Verified Awesome
LBRY.IO

Like | Comment | Share

18 | Chronological

1 Share

**LBRY** If you are having trouble starting the LBRY app, please try again tomorrow. We are having intermittent issues with our light wallet servers which are required by the app to run properly. Thanks for your patience!
Like · Reply · 5w

**Angie C. King** why my human prove processing so long? can i do anything to improve that?
Like · Reply · 5w

**William Rose** Oops. Still love LBRY.
Like · Reply · 6d

Write a comment...
Press Enter to post.

Internet Company in Boston, M

### Community

15,545 people like this
16,203 people follow this

### About

Typically replies within a day
Send Message
lbry.io
Internet Company
Suggest Edits

Team Members
Josh Finer
Jeremy Kauffman

Pages liked by this Page
Alkemy X
Singleton
ShapeShift.io

English (US) · Español · Português · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad C
Cookies · More
Facebook © 2018

Search

YOUR PAGES

Securities and Excha...

CONTACTS



**LBRY**
@lbryio

See All

Posts

**LBRY**
March 5 at 5:35pm

Are YOU ready for our live Ask Me Anything session tomorrow? Find us on Twitter and Reddit and get in on the conversation!

AMA With
LBRY CEO
Jeremy
Kauffman

March 9
5:30 p.m. EST

LBRY

👍 Like    💬 Comment    ➤ Share

4

Write a comment...
Press Enter to post.

**LBRY**
March 5 at 1:25pm

Have you seen the proposed redesign for the LBRY desktop app? Let us know what you think!

LBRY
lbry.io
Create, Publish, Earn

Lbry | Home
DESIGN.LBRY.IO

👍 Like    💬 Comment    ➤ Share

Search

LBRY - Home

YOUR PAGES

Securities and Excha...  9+

CONTACTS

**LBRY** updated their profile picture.
March 8 at 10:13am



👍 Like          💬 Comment          ➤ Share

8

Write a comment...
Press Enter to post.

**LBRY** updated their cover photo.
March 8 at 10:12am

LBRY is a free,
open, and community-run
digital marketplace.

👍 Like          💬 Comment          ➤ Share

5

Write a comment...
Press Enter to post.

**LBRY** shared Luxor Mining's post.
March 7 at 6:00pm

Welcome Luxor! New pool.

LBRY
@lbryio

Search

3/12/2018                                                                 LBRY - Home

YOUR PAGES

Securities and Excha...   9+

CONTACTS

LBRY
@lbryio



**Luxor Mining**
March 7 at 3:31pm · 🌐

It's been too long since we've delivered you a new coin! Welcome SLBC miners! Setup
guide here: https://medium.com/ .../lbry-luxor-mining-pool-setup-guide-5b1....... LBRY
LBRY.Community

👍 Like          💬 Comment          ➦ Share          ▾

▶😲 14                                                            Chronological ▾

Michael Johnson 3% is low?
Like · Reply · 4d

Ste Smurph James Allard
Like · Reply · 4d

Write a comment...                          😊 📷 😄 🎬

Press Enter to post.

LBRY                                                          · · ·
March 8 at 5:05pm · 🌐

Don't miss our live AMA with LBRY CEO Jeremy Kauffman (on Twitter and
Reddit) this Friday! Use the hashtag #lbryAMA on Twitter and find us on
r/lbry on Reddit to join the conversation!

👍 Like          💬 Comment          ➦ Share

▶ 8

Search

https://www.facebook.com/lbryio/                                          5/154

Press Enter to post

LBRY
@lbryio

LBRY
March 5 at 9:14am

Get a first look at our proposed app redesign here, and let us know what you think of the changes!

Lbry | Home
DESIGN.LBRY.IO

Like Comment Share

3 Chronological

1 Share

Ryan Bailey Nice 1
Like · Reply · 6d

Write a comment...
Press Enter to post

LBRY
March 2 at 11:07am

February's Development and Community Update is live - this time with info on mobile development, an upcoming Ask Me Anything session with LBRY CEO Jeremy Kauffman, a sneak peek at our app redesign, and more!

Development and Community Update February 2018 - LBRY
Development and Community Update February 2018
LBRY.IO Learn More

Like Comment Share

63

4 Shares

Write a comment...
Press Enter to post

YOUR PAGES
Securities and Excha... 9+
CONTACTS

Search



YOUR PAGES

Securities and Excha...

CONTACTS

LBRY devs are squashing bugs right and left - join the battle here!

**LBRY**
@lbryio

### LBRY Quickstart

Be up and running with the LBRY API in just a few minutes.

LBRY.IO

👍 Like          💬 Comment          ↪ Share

👍 3

1 Share

Write a comment...          😊 📷 ✉ 🎁
Press Enter to post

**LBRY**
February 23 at 2:50pm

Have LBRY join your next meetup - find out how here!

### Let LBRY Join Your Group

LBRY is looking for ambassadors to spread the word to College campuses and Meetup groups worldwide!

LBRY.IO

👍 Like          💬 Comment          ↪ Share

👍 8                                              Chronological ▾

1 Share

**William Rose** Ambassador... Why not?
Like · Reply · 6d

Write a comment...          😊 📷 ✉ 🎁
Press Enter to post

**LBRY**
February 22 at 5:05pm

Clash of the Clash games on the latest #LBRYcast with Clash/Fortnite streamer #nickatnyte



Like Comment Share

4

Write a comment...
Press Enter to post.

LBRY
@lbryio

YOUR PAGES
Securities and Excha... 9+
CONTACTS

**LBRY**
February 20 at 5:05pm

Get a quick overview of where LBRY's headed with our updated roadmap!

LBRY

### LBRY Roadmap

See past and future progress on development of LBRY, the world's first user-controlled digital marketplace.

LBRY.IO

Like Comment Share

5

2 Shares

Write a comment...
Press Enter to post.

**LBRY**
February 15 at 5:05pm

Wondering what we did in January? Find out in our second Development and Community Update!

### Development and Community Update January 2018 - LBRY

Development and Community Update January 2018

LBRY.IO

Like Comment Share

Search

3/12/2018                                                LBRY - Home



**YOUR PAGES**

Securities and Excha...

**CONTACTS**

Write a comment...

Press Enter to post

**LBRY**
February 13 at 2:55pm

Srod Almenara lives at the intersection of progressive metal, Celtic influences, and the occasional Star Wars cover - pay him a visit on this week's LBRYcast!

**Rock softly and carry a big guitar - LBRY**
Rock softly and carry a big guitar
LBRY.IO

👍 Like        💬 Comment        ➦ Share

7

1 Share

Write a comment...

Press Enter to post

**LBRY**
February 8

Making progress on LBRY for Android!

Carrier   1:20 PM

Lbry.

Join 4 contest - Win 8000 LBC if you manage to win everything
The Rubin Report

COHERENCE

The Rubin Report - Big ideas and free speech

views

👍 Like        💬 Comment        ➦ Share

10                                    Chronological

1 Share

**LBRY**
@lbryio

Write a comment...
Press Enter to post.

LBRY
@lbryio

YOUR PAGES
Securities and Excha... 9+
CONTACTS

LBRY
February 3

70% of Americans say people spend too much time on celebrity news - so why do we keep watching?

How Ads Wrecked Entertainment (And What You Can Do About It) - LBRY
How Ads Wrecked Entertainment (And What You Can Do About It)
LBRY.IO

Like Comment Share

10 Chronological

1 Share

**Michael Johnson** Stupid people watch stupid shit.
Like · Reply · 5w

**William Rose** Programming by TV and radio and media everywhere created idolatry of celebrities in Amurika
Like · Reply · 6d

Write a comment...
Press Enter to post.

LBRY
February 3

For the first time ever, blockchain has made protocol development economically feasible. Find out what it means for you.

Blockchain Is Love, Blockchain Is Life - LBRY
Blockchain Is Love, Blockchain Is Life
LBRY.IO

Like Comment Share

15 Chronological

**Francois Tremblay** while I really like Blockchain, don't make it a

Search

3/12/2018                                                                LBRY - Home

YOUR PAGES

Securities and Excha...  9+

CONTACTS

LBRY
@lbryio



Like  Reply  9w  Edited

Write a comment...

**LBRY**
February 2

Dive deeper into the games industry with Colin Moriarty on the latest #LBRYcast

**Choose your own adventure - LBRY**
Choose your own adventure
LBRY.IO

👍 Like        💬 Comment        ↪ Share

Write a comment...

**LBRY**
February 1

Wondering what we've been up to for the past month? Get all the details in our second Development and Community Update!

**Development and Community Update January 2018 - LBRY**
Development and Community Update January 2018
LBRY.IO

👍 Like        💬 Comment        ↪ Share

Write a comment...

**LBRY**
January 31

Find out what LBRY has in store for 2018 - we've got big plans, and you can read all about them in this post!



YOUR PAGES

Securities and Excha... 9+

CONTACTS

LBRY
@lbryio

Looking Back and Moving Forward: LBRY in 2017/2018
Looking Back and Moving Forward: LBRY in 2017/2018
LBRY.IO

Like Comment Share

15 Chronological

1 Share

**William Rose** You obviously are pros with very good tech. More marketing once the Android app is out...
Like · Reply · 6d

Write a comment...
Press Enter to post.

**LBRY**
January 25

The LBRY app is getting a makeover - more previews coming soon! Download LBRY now at buff.ly/2neE7OZ

Like Comment Share

14

Write a comment...
Press Enter to post.

**LBRY**
January 26

Dive deeper into the games industry with Colin Moriarty on the latest #LBRYcast

Choose your own adventure - LBRY

Search

3/12/2018                                        LBRY - Home



YOUR PAGES

Securities and Excha...

CONTACTS

LBRY
@lbryio

**LBRY**
January 25

For the first time ever, blockchain has made protocol development economically feasible. Find out what it means for you.

**Blockchain Is Love, Blockchain Is Life - LBRY**
Blockchain Is Love, Blockchain Is Life
LBRY.IO

👍 Like        💬 Comment        ↗ Share

29                                              Chronological ▼

3 Shares

Michael Johnson I wish it was worth it to mine Lbry still. I hope you guys start beginning wildly popular so what I have shoots up in value. I was enjoying setting it over $1 per credit.
Like  Reply  8w

**LBRY**
January 24

Jeremy had a great time appearing on the Future Tech Podcast - check it out!

**LBRY — Jeremy Kauffman, Co-Founder and CEO — Decentralized, Open-Source Digital Media Protocol on The Blockchain**
Some of the biggest problems with digital media...
FUTURETECHPODCAST.COM

👍 Like        💬 Comment        ↗ Share

6                                               Chronological ▼

James Cadiz stop dumping the coins that you hold
Like  Reply  5w

**LBRY** shared Future Tech Podcast's post
January 23

Search

Case 1:21-cv-00260-PB   Document 63   Filed 05/05/22   Page 14 of 77

YOUR PAGES

🏛️ Securities and Excha...   9+

CONTACTS

LBRY hopes to change that with their #decentralized, #opensource #digitalmediaprotocol.Because of its decentralized structure, LBRY allows #contentcreators to share their #content without giving up #ownership rights and doesn't #charge #fees to distribute content.

**LBRY**
@lbryio



**LBRY — Decentralized, Open-Source Digital Media Protocol on The Blockchain**

Some of the biggest problems with digital media content today are that distributors charge massive fees or take a huge cut of profits, while essentially...

FUTURETECHPODCAST.COM

👍 Like          💬 Comment          ➤ Share

👍❤️ 15                                          Chronological ▾

👤 **William Rose** #screwYoutube
Like · Reply · 6d

⚪ Write a comment...                          😊 📷 🎞️ 🎟️
Press Enter to post.

🔵 **LBRY**                                      ···
January 18 · 🌐

Can you guess where LBRY is this week? Hint: it's a quiet mountain town...

👍 Like          💬 Comment          ➤ Share

👍❤️ 12

⚪ Write a comment...                          😊 📷 🎞️ 🎟️
Press Enter to post.

🔵 **LBRY** shared a link                        ···
January 17 · 🌐

YOUR PAGES

Securities and Excha... 9+

CONTACTS



**LBRY**
@lbryio

### LBRY Revisited - The Brazen Geek

The Brazen Geek revisits LBRY's content distribution protocol and looks at how it prevents arbitrary censorship.

THEBRAZENGEEK.COM

👍 Like          💬 Comment          ↪ Share          ▾

👍 23                                        Chronological ▾

2 Shares

**LBRY** By our very own supermod Jason Fowler! 🔴
Like   Reply   7w

Write a comment...                          😊 📷 🖼 🎁

Press Enter to post

**LBRY**
January 15 · ⊙

70% of Americans say people spend too much time on celebrity news - so why do we keep watching?

### How Ads Wrecked Entertainment (And What You Can Do About It) - LBRY

How Ads Wrecked Entertainment (And What You Can Do About It)

LBRY.IO

👍 Like          💬 Comment          ↪ Share          ▾

👍 26

8 Shares

Write a comment...                          😊 📷 🖼 🎁

Press Enter to post

**LBRY** shared Aria DiMezzo's post
January 15 · ⊙

**Aria DiMezzo**
January 15 · ⊙

We are live on The Call to Freedom with CEO of LBRY discussing the beauty of a peer-to-peer Internet, #copyright, and other awesome things. Tune in at https://lrn.fm for the discussion!

Search        ⚙ ✍ ⛶



YOUR PAGES

Securities and Excha...

CONTACTS

**LBRY**
@lbryio

### LRN.FM - The Liberty Radio Network | The best liberty-oriented audio on the internet. 24/7!

Listen & Chat URGENT – 2018 North & Central American Satellite Channel Change – DEADLINE February 28th, 2018! Our satellite provider is moving...

LRN.FM

👍 Like     💬 Comment     ↪ Share    ▾

👍 8

Write a comment...

Press Enter to post.

---

**LBRY**
January 10 ·

"Blockchain technology currently has a hype to substance ratio rapidly approaching infinity. And as a team of people who are skeptical of 90+% of proposed blockchain uses, we're hesitant to contribute to that... But there's one area where we think it's plausible, if not likely, that blockchain will improve the world: the development of open standards and protocols, and consequently more user-friendly technology." -LBRY CEO Jeremy Kauffman



### Blockchain Is Love, Blockchain Is Life - LBRY
Blockchain Is Love, Blockchain Is Life
LBRY.IO

👍 Like     💬 Comment     ↪ Share    ▾

😊❤️😮 45       Chronological ▾

4 Shares

View 1 more comment

 **Станислав Соломко** coins deduced to that that? which earlier at registration gave!

Like · Reply · 8w

Write a comment...

Press Enter to post.

---

**LBRY**
January 5 ·

And why do we let them get away with it? Some thoughts from LBRY CEO Jeremy Kauffman - watch for part 2 coming later this week!

 Search

YOUR PAGES

Securities and Excha... 9+

CONTACTS

LBRY
@lbryio

Why Do Tech Giants Abuse Their Users? - LBRY

Why Do Tech Giants Abuse Their Users?

LBRY.IO

Like Comment Share

36

6 Shares

Write a comment...

Press Enter to post.

LBRY shared John Stossel's video
January 7

No, this isn't a new story but John Stossel thought it worthy to share again!

384,228 Views

John Stossel
January 7

Like Page

20,000 free online college lectures! But government banned them. But then an entrepreneur saved them. LBRY

Like Comment Share

83 Chronological

11 Shares

View 3 more comments

Cathy Allen Just found your page through John Stossel!
Like · Reply · 8w

LBRY Awesome! Feel free to send us a message if you have any questions.
Like · Reply · 8w

Nic Latouf Gareth Hayes
Like · Reply · 7w

Write a comment...

Press Enter to post.

Search

3/12/2018                                              LBRY - Home

This show is pretty boring - watch something on the LBRY app instead.
Download it here → http://lbry.io/get

YOUR PAGES

Securities and Excha... 9+

CONTACTS

LBRY
@lbryio



53 Views

👍 Like          💬 Comment          ↗ Share          ▼

😀😂 18                                    Chronological ▼

View 1 more comment

Richard Honer Boring? I like it a lot 😎
Like · Reply · 9w

Marko Gaće Waiting for Android app 🙂 You're doing great job!
Keep up!
Like · Reply · 9w · Edited

Write a comment...                     😊 📷 🖼 🎁

LBRY
January 3 · 🌐

Looking for a brief intro to LBRY? Check out this Q and A!

LBRY: Short Interview – Panama Crypto – Medium
Jeremy Kauffman, Founder, Chief Executive Officer
MEDIUM.COM

👍 Like          💬 Comment          ↗ Share          ▼

👍❤ 21

6 Shares



LBRY
@lbryio

**YOUR PAGES**

Securities and Excha...

**CONTACTS**

**LBRY**
January

Yet another reason that the world is ready for decentralization - should the US/Israeli governments be able to shut down social media accounts for political reasons? You can guess what we think.

**Facebook Says It Is Deleting Accounts at the Direction of the U.S. and Israeli Governments**

The Silicon Valley giant says it deleted the accounts of the Chechen Republic's tyrant — followed by 4 million people — because the U.S. government required it to do so.

THEINTERCEPT.COM

👍 Like          💬 Comment          ↪ Share

😊😮🐾 58                                    Chronological ▾

19 Shares

Daniel Eder I am already big fan of steemit
Like  Reply  5w

Write a comment...

**LBRY**
January

"While in New Zealand factories of unlicensed-but-legal t-shirts bearing Magritte's "Not To Be Reproduced" are churning to life, their American counterparts will have to wait...until 2052."

**2018 Is the Last Year of America's Public Domain Drought**

Happy Public Domain Day to everyone except America.

MOTHERBOARD.VICE.COM

👍 Like          💬 Comment          ↪ Share

▶ 19                                    Chronological ▾

1 Share

View 1 more comment

Search



YOUR PAGES

Securities and Excha...

CONTACTS

LBRY
@lbryio

**LBRY** Barring any changes to the law, it looks like Mickey might be joining the public domain in 6 years - this article is a pretty interesting review of all the issues in play.

http://copyright.nova.edu/mickey-public-domain/

Mickey's Headed to the Public Domain! But Will He Go Quietly?...

COPYRIGHT.NOVA.EDU

Like  Reply

**Chris Gerow** Hopefully ttp or future nafta won't try and kill our superior Canadian copyright laws.

Like  Reply  9w

Write a comment...

Press Enter to post

**LBRY**
December 29, 2017

We've updated our team page - come meet the LBRYians!

The Team - LBRY

description.team

LBRY.IO

👍 Like    💬 Comment    ↪ Share

43

Chronological ▾

3 Shares

**Frank Dittrich** What's the coin in 2018?

Like  Reply  10w

Write a comment...

Press Enter to post

**LBRY**
December 28, 2017

We're honored to be listed as one of Programmable Web's most interesting APIs of 2017!



YOUR PAGES

Securities and Excha...  2+

CONTACTS

# LBRY
@lbryio

2017 was the Year of the Adpocalypse, and creators are ready for a world without middlemen. Great review of what's happened in the past 12 months from Tubefilter.

### 2017 Was A Volatile Year In The World Of Online Video. Here Are Five Reasons Why. - Tubefilter

Demonetization, Elsagate, SVOD volatility, the fall of Snapchat, and controversial YouTube stars defined online video in 2017.

Our LBRYians are the best - check this out this competition!

LBRY Community on Twitter

YOUR PAGES

Securities and Excha...

CONTACTS

👍 Like    💬 Comment    ➦ Share

👍❤ 11

1 Share

Write a comment...
Press Enter to post.

**LBRY**
@lbryio



**LBRY**
December 21 2017

Get a crash course in economics and current events with this week's
LBRYcast!

**The Boom Bust Boom - LBRY**
The Boom Bust Boom
LBRY.IO

👍 Like    💬 Comment    ➦ Share

👍❤ 12

1 Share

Write a comment...
Press Enter to post.

**LBRY** shared **LBRY.Community**'s **post**
December 20 2017

The holiday season means it's raining LBC! Check out the LBRY Community
page for the chance to get some.

**LBRY.Community** shared a **link**    👍 Like Page
December 19 2017

The release of https://LBRY.Community is postponed until
the 20th of January, 2018.
While you visit - check out the contests.

**Win 4000 LBC!**

Follow @LBRYCommunity on Twitter for updates.
Contests are coming around Christmas time.

**LBRY**
COMMUNITY

**LBRY Community on Twitter**
"$crypto $btc $ltc $xrp #LBRY @LBRYio 🏆 Contests coming around Christmas
time.☺ , Win 4000 SLBC ... Follow us (@LBRYCommunity) for more updates.
Visit https://t.co/6MAJrZDDrd the 20th of January."
TWITTER.COM

👍 Like    💬 Comment    ➦ Share



LBRY
@lbryio

YOUR PAGES

Securities and Excha...

CONTACTS

**Pelucopters Smith** Adán Mendoza
Like · Reply · 11w

Write a comment...

**LBRY**
December 20, 2017

Have you been naughty or nice this year? Santatoshi has arrived in the LBRY Discord and is spreading holiday cheer (and LBC) to our users - head over there now!

Discord - Free voice and text chat for gamers
Step up your game with a modern voice & text chat app. Crystal clear voice, multiple server and channel support, mobile apps, and more. Get your free server now!
DISCORDAPP.COM

👍 Like      💬 Comment      ↪ Share

👍😆 20                                        Chronological ▾

**Josh N** Santatoshi XD
Like · Reply · 11w

**Niko Storni** Lmao Santatoshi 😂😂
Like · Reply · 11w

Write a comment...

**LBRY**
December 19, 2017

Did you miss The Rubin Report's YouTube Week? Get caught up on all the interviews (and earn some LBC) with this week's LBRYcast!

The Rubin Report and LBRY present YouTube Week
The Rubin Report and LBRY present YouTube Week
LBRY.IO

👍 Like      💬 Comment      ↪ Share

👍 8

**LBRY**
@lbryio

**YOUR PAGES**

Securities and Excha... 9+

**CONTACTS**

**LBRY**
December 15, 2017

It's the last day of YouTube Week! The Rubin Report talks with Rucka Rucka Ali about how he got into parody rap, his feelings on the political landscape, and how Ayn Rand fits into the picture. Watch it now on Spee.ch!





**Rucka Rucka Ali: Parody Rap and Objectivism (YouTube Week)**

Rucka Rucka Ali (YouTube Creator) joins Dave to discuss how he got into comedy and parody rap, his views and interpretation of the current political landscape,...

SPEE.CH

👍 Like     💬 Comment     ↗ Share

6        Chronological ▾

**Yanis Abbès** https://pics.me.me/excuse-meh-are-read-the-first-12-pages...

Like   Reply   12w

**Andrew Treglia** Hey guys, what is the difference in a sentence or two between lbry and spee.ch?

Like   Reply   12w

↳ View previous replies

**LBRY** I believe the file limit is 50MB right now, but this is a work in progress - thanks for your interest and let us know if you have any other questions!

Like   Reply   12w

↳ View more replies

Write a comment...

Press Enter to send

**LBRY**
December 14, 2017

Check out day 4 of The Rubin Report's YouTube Week! Comedian Neel Kolhatkar talks about the Australian political landscape, his Indian heritage, and where stand-up comedy is headed in an increasingly censorious world. Watch it now on spee.ch!



Dave Rubin Interviews Neel Kolhatkar

SPEE.CH



Search   ⚙ ✏ 👥



**LBRY**
@lbryio

YOUR PAGES

Securities and Excha... 9+

CONTACTS

**LBRY**
December 13, 2017

Watch LBRY CEO Jeremy Kauffman speak about the future of digital content at the Free State Digital Blockchain Assets Conference!

LBRY CEO Jeremy Kauffman Speaks at the FSDBAC

SPEE.CH

👍 Like      💬 Comment      ↗ Share

30                                          Chronological ▼

2 Shares

**Charles Robol** Would love to attend. Is there any easy way to use lbry content in steemit articles?

Like  Reply  12w

↳ View previous replies

**LBRY** Unfortunately this is from an event earlier this month - as Niko Storni mentioned, Spee.ch makes it pretty easy to embed content from the LBRY network onto regular HTML pages.

Like  Reply  12w

↳ View more replies

Write a comment

**LBRY**
December 13, 2017

The Rubin Report's YouTube Week rolls on with this Some Black Guy interview - watch it now on spee.ch!

DERRICK BLACKMAN

Dave Rubin interviews Some Black Guy for YouTube Week!

YOUR PAGES

Securities and Excha...

CONTACTS

👍 4

Write a comment...
Press Enter to post.

**LBRY**
LBRY
December 13, 2017

LBRY v0.19.1 patch just went live - check here for details!



### LBRY v0.19.1

lbry-app - A browser and wallet for LBRY, the decentralized, user-controlled content marketplace.
GITHUB.COM

👍 Like     💬 Comment     ↪ Share

👍❤ 15           Chronological ▾

**Tomas Cifuentes** Epic!
Like   Reply   12w

Write a comment...
Press Enter to post.

**LBRY**
LBRY
December 13, 2017

Curious about what we've been up to? Take a look at our first Development and Community Update!

### Development and Community Update - LBRY

Development and Community Update
LBRY.IO

👍 Like     💬 Comment     ↪ Share

👍😍 42

4 Shares

Write a comment...
Press Enter to post.

Search

LBRY
@lbryio

YOUR PAGES

Securities and Excha...  9+

CONTACTS

**LBRY**
@lbryio

It's almost time to watch "Rare Exports"! Prepare your 🍺 for 8PM and check the link for all the details.



It's A Very Special Holiday Special Movie Night - LBRY
It's A Very Special Holiday Special Movie Night
LBRY.TV

👍 Like          💬 Comment          ↪ Share

👍 8

1 Share

Write a comment...
Press Enter to post

---

**LBRY**
December 12, 2017

It's day 2 of YouTube Week on The Rubin Report - watch Dave Rubin and Jaclyn Glenn talk about politics, religion, Amazonian shaman drugs, and other dinner-party-unsafe topics!

Jaclyn Glenn on YouTube Week
FREE.CH

👍 Like          💬 Comment          ↪ Share

👍 5

Write a comment...
Press Enter to post

---

**LBRY**
December 11, 2017

LBRY v0.19 brings channel subscriptions, ShapeShift.io integration, and more! Get all the details here.

Search  



**LBRY**
@lbryio

**LBRY v0.19 Is Shifting Into High Gear**
LBRY v0.19 Is Shifting Into High Gear
LBRY / IO

👍 Like     💬 Comment     ↪ Share

😀😍👍 64            Chronological ▾

12 Shares

View 3 more comments

**Trịnh Hữu** Not received 2 lbc when watching video
Like · Reply · 7w

冉剑锋 Hello, may I ask https://www.cryptopia.co.nz exchange of the token in the LBC can not be traded, how is it?
Like · Reply · 6w

Write a comment...        😀 📷 📩 🎁
Press Enter to post

**LBRY**
December 18, 2017 · 🌐

We had such a good time watching Howl on the last Movie Tuesday that we're doing it again! Rare Exports isn't your standard-issue Christmas story. Watch along with us on Tuesday, and check the link for details!

**It's A Very Special Holiday Special Movie Night - LBRY**
It's that special time of year when Finnish directors make hilarious/terrifying movies about holiday folklore.
LBRY / IO

👍 Like     💬 Comment     ↪ Share

👍 6

1 Share

Write a comment...        😀 📷 📩 🎁
Press Enter to post

**LBRY**
December 6, 2017 · 🌐

Santa, these are not the ELFs you're looking for. Dive into the world of radical environmental activists with "If A Tree Falls" from Oscilloscope Labs!

YOUR PAGES
Securities and Excha... 9+

CONTACTS

Search

Case 1:21-cv-00260-PB   Document 63   Filed 05/05/22   Page 29 of 77



YOUR PAGES

Securities and Excha...

CONTACTS

**LBRY**
@lbryio

### If A Tree Falls - Trailer

TREE Fa...

Like     Comment     Share

2

Write a comment

---

**LBRY**
December 7, 2017

Ben & Jerry's is obviously courting the crypto crowd with this new flavor...

### Marshmallow Moon Ice Cream, Pint

Ben & Jerry's Vanilla Ice Cream with Fudge Covered Waffle Cone Pieces & a Caramel Swirl. Shop Now!

STORE.BENJERRY.COM

Like     Comment     Share

8                Chronological

1 Share

**Ify John** Lbry is great coin in the market. Well done!
Like   Reply   13w

Write a comment

---

**LBRY**
December 6, 2017

No one should be able to erase the truth. Decentralization is the future.

Search



**LBRY**
@lbryio

### YouTube and Facebook Are Removing Evidence of Atrocities, Jeopardizing Cases Against War Criminals

After claiming to be forces for accountability in the Arab Spring, social media networks these days routinely remove war crimes evidence, human rights groups...

THEINTERCEPT.COM

👍 Like        💬 Comment        ↪ Share                                    ▾

👍😍😮 78                                                    Chronological ▾

29 Shares

**Marshle Graham** If you don't want the truth erased don't put in the hands of others.

Like   Reply · 13w

**Ste Smurph** While the sentiment of this article is true regarding censoring the truth, this article is also a state sponsored anti Assad/Russia propaganda opp.

It's cleverly done, with all the hallmarks of a CIA directed article.... See More

Wikileaks : Made by the N.S.A. - PART 1 OF 4
YOUTUBE.COM

Like   Reply · 13w · Edited

Write a comment...                                            😊 📷 🖼 🎬
Press Enter to post.

---

**LBRY**
December 4, 2017 · 🌐

Wondering what we've been up to for the past year and a half? Get a condensed view in this 2 minute video! https://buff.ly/2iPCERm

1.5 Years of LBRY Development in 2 Minutes
                                                          Learn More

5.2K Views

👍 Like        💬 Comment        ↪ Share                                    ▾

👍😍😮 122                                                   Chronological ▾

25 Shares

YOUR PAGES
    Securities and Excha...  9+

CONTACTS

Search

YOUR PAGES

Securities and Excha...  9+

CONTACTS

LBRY
@lbryio



**LBRY**
December 1, 2017

Did you catch Jamie King's new "Steal This Sideshow"? Don't miss it!

The Crypto Chronosphere - LBRY
The Crypto Chronosphere
LBRY.IO

👍 Like          💬 Comment          ↪ Share

👍 5

Write a comment...
Press Enter to post.

**LBRY**
December 1, 2017

TFW the Electronic Frontier Foundation (EFF) says they're excited about
your efforts 😊😊😊

EFF on Twitter









LBRY
@lbryio

communities to defend digital rights https://t.co/2nbq...

TWITTER.COM

Learn More

Like Comment Share

27

3 Shares

Write a comment...

Press Enter to post.

**LBRY**
December 1, 2017

Sentences no one could say two years ago: "Oh cool, a cannabis company is mining our crypto." 😊

Calyx Bio-Ventures details crypto mining acquisition, stock doubles in a day

After a year of mumbly news releases that didn't reveal as much news as they hinted at Calyx Bio-Ventures...

STOCKHOUSE.COM

Like Comment Share

8

3 Shares

Write a comment...

Press Enter to post.

**LBRY**
November 30, 2017

Still thinking about whether or not to download the LBRY app? Give it a try today!

Get LBRY

Download or install the latest version of LBRY.

LBRY.IO

Like Comment Share

7 Chronological

RoGer Bañez Android user only
Like · Reply · 14w

LBRY We have an early version of Android in development, but no release date at this time. Stay tuned!
Like · Reply · 14w

YOUR PAGES

Securities and Excha... 9+

CONTACTS

Search

Write a comment...

Press Enter to post.

YOUR PAGES

Securities and Excha... 9+

CONTACTS

LBRY
@lbryio

**LBRY**
November 30, 2017

Keep talking the good talk. Welcoming Chronos Crypto – one of our favorite crypto shows around – and *another* new Jamie King show on the latest LBRYcast!

The Crypto Chronosphere - LBRY

The Crypto Chronosphere

LBRY.IO

Like Comment Share

14

1 Share

Write a comment...

Press Enter to post.

**LBRY**
November 29, 2017

Have you downloaded the LBRY app yet? Try it today!

Get LBRY

Download or install the latest version of LBRY.

LBRY.IO

Like Comment Share

9

Write a comment...

Press Enter to post.

**LBRY**
November 28, 2017

Head over to our Discord (chat.lbry.io) in 30 minutes to join us watching James Franco in Howl! Click the link for details and get your popcorn ready 🍿🍿🍿

Search

YOUR PAGES

Securities and Excha... 9+

CONTACTS

LBRY
@lbryio

Howl With Us - LBRY
Howl With Us
LBRY.IO

Like Comment Share

7

Write a comment...
Press Enter to post.

**LBRY**
November 28, 2017

Just hearing about LBRY for the first time (or coming back after a while)? Download our app and start watching videos today!

Current Events

"Fear the Boom and Bust":
President Donald Trump Bombs...
Pewdiepie Vs WSJ - The Bigger

Get LBRY
Download or install the latest version of LBRY.
LBRY.IO

Like Comment Share

9 Chronological

2 Shares

**RoGer Bañez** For Android Please
Like · Reply · 14w

**LBRY** Working on it!
Like · Reply · 14w

View more replies

**William Su** Why IOS first? Thats probably whats slowing down quite a bit of progress for you guys.
Like · Reply · 14w

**LBRY** Our initial mobile Dev is happening on Android, not IOS
Like · Reply · 14w

Write a comment...
Press Enter to post.

Search



YOUR PAGES

Securities and Excha...

CONTACTS

It's Movie Tuesday! The LBRY team will be on Discord at 8PM ET to watch (and maybe heckle?) the Allen Ginsberg biopic Howl, starring James Franco and Jon Hamm. Watch along on Spee.ch or in the LBRY app, and join in the conversation on Discord (chat.lbry.io)!

**LBRY**
@lbryio



 Like     Comment      Share

10

4 Shares

 Write a comment...

---

**LBRY**
November 25, 2017

Watch The Rubin Report interview Roger Ver on the only decentralized alternative to YouTube via Spee.ch! You can also donate LBC to Dave: bL1tcQEavAvLK6HJ373svTfWB5uyqugkBU





### Bitcoin: How Does it Work? (Roger Ver Interview)

Support The Rubin Report via Bitcoin or Bitcoin Cash using our wallet address: Bitcoin: 14AZZZhmZdUgnU6cbG1FEzZ9Uvs2VhDbyY Bitcoin Cash: 12e9CbEcd9Xr6ETqnDYNxE8dm3J7eVvNLt Roger Ver (Bitcoin Investor) joins...

SPEE.CH

Like     Comment     Share

33

Chronological ▼

6 Shares

View 3 more comments

**Rolando Palencia** You guys got the completely wromg guy to speak on bitcoin
Like · Reply · 14w 

Search 

LBRY
@lbryio



**LBRY** Who would be a better voice on BTC? We didn't arrange this interview but would appreciate any suggestions for the future. Thanks!

Like  Reply  14w

View more replies

**Mike Whitford** Roger Ver is a complete loonie toon.

Like  Reply  14w

1 Reply

Write a comment...
Press Enter to post

**LBRY**
November 27, 2017

"It allows us to build technology that's owned by the users rather than any one party... That's the problem that blockchain [technology] solves." -Jeremy Kauffman, LBRY CEO

### Could the Blockchain Disrupt YouTube?

The blockchain has transformed money, trade and a number of other sectors. Could it now transform the monetization of online content by altering the.

Like  Comment  Share

5

1 Share

Chronological ▾

**Dave Raynor** Know what's going to kill YouTube? Their own over-bearing and draconian policies on what users can post.

Like  Reply  14w

**Dave Raynor** They shot themselves in the foot first with becoming so fixated and stringent on copyright, and now they're blowing a hole in their good foot by pissing off and driving out content providers..

How are they going to sell advertising when (1) no one is providing content, and (2) no one is watching what is left...?

Like  Reply  14w · Edited

Write a comment...
Press Enter to post

**LBRY**
November 27, 2017

Our Q3 2017 Credit Report is out - let us know if you have any questions!

Quarterly Credit Report: Third Quarter 2017 - LBRY
Quarterly Credit Report: Third Quarter 2017
LBRY.IO

Like  Comment  Share

YOUR PAGES

Securities and Excha... 9+

CONTACTS

Search



## LBRY
@lbryio

1 Share

**Becky Kauffman** Why aren't your posts public
Like Reply 14w
↳ View 7 more replies

**LBRY** These Kauffmans always causing problems!! 😆
Like Reply 14w

**David Alan Bates** Good stuff guys 🙂
Like Reply 14w

Write a comment...

**LBRY**
November 27, 2017

There's still time to take our LBRY community survey - in less than 5 minutes you can give us some extremely useful feedback on the direction you'd like LBRY to take in the future. Don't wait another day!

### How Do You Use Streaming Media?

Email address *

How frequently do you watch digital content (videos, live streams, etc.)?
- Never
- 1 or less hours per day
- 2 or less hours per day
- 3 or less hours per day

### How Do You Use Streaming Media?
A survey from LBRY exploring the most popular and convenient ways for people to enjoy streaming media.

Like    Comment    Share

**LBRY**
November 27, 2017

Get all the James Franco you can handle before you watch The Disaster Artist in theaters! Join the LBRY team at 8PM ET tomorrow on our Discord to watch along with us.

### HOWL with James Franco - 28 Nov 2017
James Franco stars as Allen Ginsberg. As Ginsberg talks about his life and art, his most famous poem is illustrated in animation while the obscenity trial of the work is

**YOUR PAGES**
Securities and Excha...
**CONTACTS**

YOUR PAGES

Securities and Excha... 9+

CONTACTS

👍 Like    💬 Comment    ➦ Share    ▾

5

Write a comment...

😊 📷 🎞 🎁

**LBRY**
@lbryio

**LBRY**
November 24, 2017 · 🌐

Sitting on the couch stuffed with leftovers? Take 5 minutes to take our survey! We can't build LBRY without our community, and we want to get to know you better.



## How Do You Use Streaming Media?

A survey from LBRY exploring the most popular and convenient ways for people to enjoy streaming media.

GOO.GL          Learn More

👍 Like    💬 Comment    ➦ Share    ▾

28

1 Share

Write a comment...

😊 📷 🎞 🎁

**LBRY**
November 22, 2017 · 🌐

Do you NEED some James Franco before The Disaster Artist hits theaters? Join LBRY for our first Movie Tuesday featuring Franco in the Allen Ginsberg biopic Howl, on 11/28!

### HOWL with James Franco - 28 Nov 2017

James Franco stars as Allen Ginsberg. As Ginsberg talks about his life and art, his most famous poem is illustrated in animation while the obscenity trial of the work is dramatized.

SPEE.CH          Learn More

👍 Like    💬 Comment    ➦ Share    ▾

27            Chronological ▾

Search

**Ify John** Lbry isn't doing badly in the market, keep doing all that will make this coin great.

Like  Reply  18w

Write a comment...

**LBRY**
November 24, 2017

Looking to binge out on a show after bingeing out on turkey and mashed potatoes this week? Check out Cop Chronicles, the first original series ever published on the blockchain!



Cop Chronicles: Loose Cannons - Episode 1

In this titular pilot episode, Higgs uncovers a secret plot to steal the mythical Book of the Haj-Mirage. And there's only one man who can help him crack the case...

LBRY.CH

👍 Like           💬 Comment         ↪ Share

👍 10

Write a comment...

**LBRY**
November 21, 2017

Will we see you at the Free State Blockchain Digital Assets Conference in December? Send us a message to get a code for 75% off the registration fee!

Free State Blockchain Digital Assets Conference - Free State Blockchain

Free State Blockchain Digital Assets Conference (FSBDAC) 2017 will be taking place on December 1st in Portsmouth NH. Register today!

FREE STATE BLOCKCHAIN DIGITAL ASSETS CONFERENCE.COM

👍 Like           💬 Comment         ↪ Share

👍 6                                              Chronological ▾

**Michael Johnson** Wish I could afford the time off to go.

Like  Reply  16w

Write a comment...

**LBRY**
November 20, 2017

On the first episode of Unbubbled with Jamie King, David Gerard takes aim at blockchain tech - do you agree with him? Watch it now with this link!
https://lbry.io/news/unbubbled

YOUR PAGES

Securities and Excha...

CONTACTS

LBRY
@lbryio

3/12/2018                                    LBRY - Home



**LBRY**
@lbryio

YOUR PAGES

Securities and Excha... 6+

CONTACTS

> "Be your own bank
> means be your own
> bank security
> officer, and that's a
> lot to ask of people."
>
> -David Gerard, Author of "Attack
> of the 50 Foot Blockchain"

👍 Like        💬 Comment        ↗ Share             ▼

👍❤ 18                                          Chronological ▼

2 Shares

View 2 more comments

**Matt Moran** Crikey, I reckon that's the first photo I've seen of you since I left London in 2002!
Like · Reply · 15w

**Tuk Psyche** Yes, this is why I recommend total newbies keep their balance with Coinbase.
Like · Reply · 15w

Write a comment...
Press Enter to post.

**LBRY**
November 17, 2017

Just hearing about LBRY for the first time (or coming back after a while)? Download our app and tell us what you think!

LINKED
TOGETHER

David Dees and Julia Stiles meet friends for brunch when the world ends.    Popping Zelda: Breath of the Web with bipartisan story lines.    Jib turn up responsibly.

**Current Events**

"Fear the Boom and Bust"    President Donald Trump Bombs...    Pewdiepie Vs WSJ - The Bigger

TRUMP BOMBS SYRIA        Pewdiepie vs WSJ

**Get LBRY**
Download or install the latest version of LBRY.
LBRY.IO

👍 Like        💬 Comment        ↗ Share             ▼

👍 5

1 Share

Write a comment...
Press Enter to post.

**LBRY**
November 17, 2017

Search

3/12/2018                                                                    LBRY - Home



YOUR PAGES

Securities and Excha...

CONTACTS

LBRY
@lbryio

**Unbubbled with Jamie King, Ep1.1 - Bitcoin, Boom or Bust**

For more of Jamie King and free, uncensored content: stream from the LBRY app directly at lbry://unbubbled1-1 and his STEAL THIS SHOW podcast extras at -...

SPEE.CH                                                             **Learn More**

👍 Like          💬 Comment          ↪ Share

🔵🔴 26                                                       Chronological ▼

5 Shares

**Chris Scott** Mark Phillips
Like  Reply  16w

Write a comment...                          😊 📷 ▣ 🎁

**LBRY**
November 11 2017

We love spending time with other crypto pioneers - many thanks to OpenBazaar's Chris Pacia for stopping by for lunch today!

👍 Like          💬 Comment          ↪ Share

🔵 19                                                        Chronological ▼

View 1 more comment

**Michael Johnson** I jest. Nice ASUS laptop. Had one myself for a while.
Like  Reply  16w

**LBRY** Hey no shame in our game 😊
https://spee.ch/b/nerd.gif



**LBRY**
@lbryio

YOUR PAGES

Securities and Excha...  9+

CONTACTS

GIF

NERD

SPEE.CH

Like · Reply · 18w

Write a comment...
Press Enter to post

**LBRY**
November 16, 2017 · 

LBRY patch v0.18.2 is live with a fix to email verification - if you haven't done so yet, update your app!

**LBRY v0.18.2 is live - get the details here!**
lbry-app - A browser and wallet for LBRY, the decentralized, user-controlled content marketplace.
GITHUB.COM

👍 Like    💬 Comment    ↪ Share

2

Write a comment...
Press Enter to post

**LBRY**
November 14, 2017 · 

Nasdaq wanted to know if blockchain technology could disrupt YouTube, and being the reliably smart folks they are, they called LBRY! For the record, this isn't really a question any more - we're already doing it.

**Could the Blockchain Disrupt YouTube?**
The blockchain has transformed money, trade and a number of other sectors. Could it now transform the monetization of online content by altering the.
NASDAQ.COM

👍 Like    💬 Comment    ↪ Share

5

2 Shares

Write a comment...
Press Enter to post

**LBRY**
November 14, 2017 · 

Search



isn't really a question any more - we're already doing it.

YOUR PAGES

Securities and Excha...

CONTACTS

## Could the Blockchain Disrupt YouTube?

The blockchain has transformed money, trade and a number of other sectors. Could it now transform the monetization of online content by altering the.

Learn More

LBRY
@lbryio

👍 Like        💬 Comment        ➦ Share

👍😮😊 291                                          Chronological ▾

52 Shares

View 9 more comments

**Joshua Andrew** Why is Blockchain only viable in a pre-existing financial institution?

Like  Reply  18w

↳ 2 Replies

**John Willms** Already has. D-Tube on Steemit. Steemit.com. get paid crypto for posting, reading and liking. Pretty cool stuff.

Like  Reply  16w

Write a comment...                                 😊 📷 🖼 🎁

**LBRY**
November 13, 2017 ·

Nasdaq wanted to know if blockchain technology can disrupt YouTube, and being the reliably smart folks they are, they called LBRY! For the record, this isn't really a question any more - we're already doing it.

## Could the Blockchain Disrupt YouTube?

The blockchain has transformed money, trade and a number of other sectors. Could it now transform the monetization of online content by altering the.

👍 Like        💬 Comment        ➦ Share

6

3 Shares

Write a comment...                                 😊 📷 🖼 🎁

**LBRY**
Noviembre 12, 2017 ·

LBRY v0.18 is trending towards greatness - get all the details at the following link! https://buff.ly/2zTaBHj

👍 Like    💬 Comment    ➦ Share ▾

**YOUR PAGES**

Securities and Excha... ▾

**CONTACTS**

34               Chronological ▾

6 Shares

**LBRY**
@lbryio

**Marc Agouni** Its very hard to connect every time like i would
I mined some lbry since 2 weeks and i want to included my tokens
on this dashboard...but i cant. Do i must wait until all bugs fixed?

Like · Reply · 16w

**LBRY** Hmm, let us bring this to the attention of our QA
team and try to get this fixed for you. Thanks!

Like · Reply · 16w

Write a comment... 😊 📷 GIF 🎁

Press Enter to post

---

**LBRY**
November 10, 2017 · 🌐 ···

What happens when 3blue1brown, Door Monster Entertainment, and Derick
Watts & The Sunday Blues walk into a LBRY?



**Derivative Originality - LBRY**
Derivative Originality
LBRY.IO

👍 Like    💬 Comment    ➦ Share ▾

👍❤ 10              Chronological ▾

2 Shares

**Derick Watts & The Sunday Blues** ✓ Thanks for the shout-out,
LBRY - we've sent you a high-five in the post (should arrive within 5-
7 working days).

Like · Reply · 17w

Write a comment... 😊 📷 GIF 🎁

Press Enter to post

---

**LBRY**
November 8, 2017 · 🌐 ···

Watch LBRY's Head of Content Reilly Smith discuss the future of digital
media consumption on RussiaToday's Boom Bust!

**Boom Bust - The Future of Digital Media
Consumption**
YOUTUBE.COM            Learn More

👍 Like    💬 Comment    ➦ Share ▾

👍❤😮 187           Chronological ▾

10 Shares

Search   ⚙ ✎ ☷





LBRY
@lbryio

YOUR PAGES
Securities and Excha...
CONTACTS

**Clara Listensprechen** Yeah, RT is always reliable for accuracy. NOT.
Like · Reply · 17w

View previous replies

**LBRY** I think that's a lot to take away from accepting an invite to appear on a financial news show. Appearing on a network isn't an endorsement of everything they do.
Like · Reply · 17w

View more replies

**William Su** Can we upload links from lbry to fb
Like · Reply · 17w

**LBRY** Yes you can share your LBRY links, but users would need the LBRY app to access them. For free images/videos, you can share your links through https://spee.ch like so: https://spee.ch/cop-chronicles or even channels: https://spee.ch/@copchronicles

spee.ch
Spee<h
SPEE.CH
Like · Reply · 17w

Write a comment...

**LBRY**
November 5, 2017

LBRY's Reilly Smith had a great experience on Boom Bust - video coming soon!

LBRY's Reilly Smith on Boom Bust!
SPEE.CH

Like Comment Share

38 Chronological

**Ilyass Fourir** Chris Corbisier on en parle
Like · Reply · See Translation · 17w

**Paul Anderson** if Requesting stream will be 15-20 seconds it will be not useable...
Like · Reply · 17w

Write a comment...

**LBRY**
November 7, 2017

"Prioritizing a real product and real users over coin speculation has put us way ahead in terms of building something people actually want to use." — Josh Finer, LBRY Founder and Chief Operations and Growth Officer

Search

LBRY

LBRY
@lbryio

To ICO, Or Not To ICO?

I looked when I started this article and Bitcoin was at $7,461 on $2.7B in daily volume. This astonishing price run has much to do with the booming ICO market, but I've found one project that seems...

BLOG.INVANGE.COM Learn More

Like Comment Share

916 Chronological

13 Shares

View 15 more comments

**Mahbod Moghadam** similar to Everipedia!
Like · Reply · 17w

**LBRY** Except that is a centralized clone of Wikipedia
Like · Reply · 17w

Write a comment...
Press Enter to post.

**LBRY**
November 1, 2017

Check out this great overview of our fellow Boston-based blockchain projects!

Boston Blockchain Guide – Erick Pinos – Medium

Can Boston become the hub for blockchain innovation? Boston is already leading research in cryptography, cybersecuriy, distributed...

MEDIUM.COM

Like Comment Share

44

2 Shares

Write a comment...
Press Enter to post.

**LBRY**
October 30, 2017

We're celebrating Spee.ch's launch with a massive meme-off - get the details here! https://lbry.io/news/memesafe

YOUR PAGES
Securities and Excha...
CONTACTS
Search

GIF

Upload

LBRY
@lbryio

Like Comment Share

12 Chronological

1 Share

**Leandro Lima** Our LBRY brasil Community https://chat.whatsapp.com/AOsWgvfmoOZ7fxN6gCPp4x LBRY credits Brasil \

WhatsApp Group Invite

CHAT.WHATSAPP.COM

Like · Reply · 16w

View 2 more replies

**LBRY** Cool! We'll be in touch, and thanks so much for your support!

Like · Reply · 16w

**Leandro Lima** https://www.facebook.com/groups/126189298075447

Like · Reply · 16w

Write a comment...

Press Enter to post.

**LBRY**
October 30, 2017

Spee.ch launches today! It's the easiest (and safest) way to share images, GIFs, and videos.You don't have to hand your content over to some faceless corporation - this network is run by you.

LBRY

Always GIF Responsibly: Introducing Spee.ch - LBRY

Always GIF Responsibly: Introducing Spee.ch

LBRY.IO

Like Comment Share

42

4 Shares

YOUR PAGES

Securities and Excha... 9+

CONTACTS

Search



Press Enter to post.

LBRY
@lbryio

YOUR PAGES
Securities and Excha... 9+
CONTACTS

**LBRY**
October 25, 2017

The Heisenberg of chemistry videos, NileRed combusts onto LBRYcast with thoroughly mixed results.

cut chemistry - LBRY
cut chemistry
LBRY.IO

Like Comment Share

14

1 Share

Write a comment...
Press Enter to post.

**LBRY**
October 25, 2017

LBRY users, update your app NOW! v0.17.1 has several important updates - get all the details here.

lbryio/lbry-app
lbry-app - A browser and wallet for LBRY, the decentralized, user-controlled content marketplace.
GITHUB.COM

Like Comment Share

28 Chronological

4 Shares

**David Alan Bates** I can't seem to get any videos to play. Even after the wait 15-20 seconds message.
Like · Reply · 19w

**LBRY** Are you behind a firewall or VPN possibly? Lbry uses a peer to peer network, so connectivity is important. Check out lbry.io/faq/unable-to-stream

Unable to stream any LBRY content?
LBRY.IO
Like · Reply · 19w 1

View more replies

**Shannon Kennedy** Looking forward to trying it 1
Like · Reply · 19w

Write a comment...

Search

YOUR PAGES

Securities and Excha...

CONTACTS

**LBRY**
@lbryio

**LBRY**
October 24, 2017

The first ever original series on the blockchain is on LBRY - watch episode 1 of Cop Chronicles now, then binge on the rest in-app!



Cop Chronicles: Loose Cannons - Episode 1

In this titular pilot episode, Higgs uncovers a secret plot to steal the mythical Book of the Haj-Mirage. And there's only one man who can help him crack the case...

SPEE.CH

👍 Like          💬 Comment          ↗ Share

👍❤ 17

4 Shares

Write a comment...

**LBRY**
October 22, 2017

Is your content on the blockchain?

👍❤ 90                                           Chronological ▾

15 Shares

**Michael Johnson** When are you going to start promoting your platform to a wider audience so you can start drawing streamers in from YouTube and Twitch?

Like  Reply  19w

**LBRY** Live streaming is not live in the LBRY app yet, but the network does support it. We are constantly reaching out to high quality youtubers to get their content on LBRY. Not sure if you saw, but a couple weeks ago we featured Minute Physics who has 4M subscribers.

Like  Reply  19w

↳ 1 Reply

Write a comment...

Case 1:21-cv-00260-PB   Document 63   Filed 05/05/22   Page 50 of 77

YOUR PAGES

Securities and Excha... 3+

CONTACTS

LBRY
@lbryio

**LBRY**
October 20, 2017

The first ever original series published on the blockchain is coming — and it's only on LBRY.



Cop Chronicles: The Legend of the Haj-Mirage
SPEE.CH

👍 Like      💬 Comment      ↪ Share

👍❤ 21

3 Shares

Write a comment...
Press Enter to post

☺ 📷 GIF 😊

**LBRY**
October 19, 2017

The tall man, the myth, the legend John Cleese is all aboard the latest LBRYcast!

farting in our direction - LBRY
farting in our direction
LBRY.IO

👍 Like      💬 Comment      ↪ Share

👍❤😆 60

Chronological ▾

4 Shares

**Brandyn Cadaric ApDyfed Aldäg** I didn't think this platform could get any better, but...
Like · Reply · 20w

Write a comment...
Press Enter to post

☺ 📷 GIF 😊

**LBRY**
October 18, 2017

Lots of interesting discussion at the Future of Blockchain session during Underscore.VC's Core Summit yesterday!

3/12/2018                                           LBRY - Home

YOUR PAGES

Securities and Excha...   9+

CONTACTS

**LBRY**
@lbryio



👍 Like          💬 Comment          ↪ Share

👍❤ 26

1 Share

Write a comment...

Press Enter to post

**LBRY**
October 17, 2017

Do you run a cryptocurrency meetup? Contact hello@lbry.io to have LBRY visit your group!

👍 Like          💬 Comment          ↪ Share

👍❤ 34                                          Chronological ▾

1 Share

**Marc Agouni** How is work to have this flyer for our meetup in france ?

Like  Reply  19w

Write a comment...

Press Enter to post

**LBRY** updated their profile picture.
October 15, 2017

Search





YOUR PAGES

Securities and Excha...  9+

CONTACTS

It's-a me... Link? Kaze's awesome video game mods are now live on LBRYCast!



# LBRY
@lbryio

**modular thought - LBRY**

modular thought

LBRY IO

👍 Like     💬 Comment     ↪ Share     ▾

👍 12            Chronological ▾

2 Shares

**Robert Eckersley** When's the android app due chaps ?

Like · Reply · 21w

Write a comment...     😊 📷 GIF 🎁

Press [Enter] to post.

**LBRY**
October 12, 2017 · 🌐          ...

LBRY v0.17 is live with a greatly improved search tool (and lots of other updates) - try it today!

**LBRY v0.17 Has What You've Been Searching For**

LBRY v0.17 is live! Get all the details here.

LBRY IO

👍 Like     💬 Comment     ↪ Share     ▾

👍❤ 60            Chronological ▾

15 Shares

View 3 more comments

**Vaughn Bender** can't convert linux *.deb to rpm, I get this error
alien -r --scripts LBRY_0.17.0_amd64.deb
Package build failed. Here's the log of the command (cd lbry-0.17.0;
rpmbuild --
buildroot='/home/app/Data/MyDownloads/NewDownloads/Linux/inst
all/lbry-0.17.0' -bb --target x86_64 'lbry-0.17.0-2254.spec'):
error: line 5: Empty tag: Summary:.... See More

Like · Reply · 20w

**Mauro Serrano** Down :c

🔍 Search    ⚙ 📝 👥

YOUR PAGES

Securities and Excha...

CONTACTS

Like   Reply

Write a comment

## LBRY
@lbryio

**LBRY**

Have you watched this week's LBRYCast rewards videos from MinutePhysics?



**Real Particles Ride Waves - LBRY**
Real Particles Ride Waves

Like     Comment     Share

**LBRY**

Stop worrying about whether or not your videos are going to be demonetized. Fetchez la LBRY! http://lbry.io/get

-You there, host your videos with us!
We'll never demonetize them, we swear.

Like     Comment     Share

24

4 Shares

Write a comment

LBRY
@lbryio



YOUR PAGES

Securities and Excha... 9+

CONTACTS

3/12/2018                                                        LBRY - Home



**LBRY**
@lbryio

YOUR PAGES

Securities and Excha...

CONTACTS

YOUR PAGES

Securities and Excha... 9+

CONTACTS

29

6 Shares

Write a comment...

Press Enter to post

**LBRY**

LBRY
@lbryio

**LBRY**
October 1, 2017

Spain is throttling internet to stop the spread of videos from Catalonia. That's why spee.ch exists.



**spee.ch**
Open-source, decentralized image and video hosting.
SPEE.CH

Like    Comment    Share

64                Chronological ▾

27 Shares

**Tese Carlos** Thx for sharing! Violence is never justified!
Like · Reply · 23w    2

**Carmen Carangi** Love this! Keep the Internet free and open
Like · Reply · 23w    2

Write a comment...

Press Enter to post

**LBRY**
September 29, 2017

Some might call them the best reactions videos on the internet. NurdRage solidifies onto LBRYcast.

**React. Or don't. - LBRY**
React. Or don't.
LBRY.IO

Like    Comment    Share

3/12/2018                                    LBRY - Home

YOUR PAGES

Securities and Excha...

CONTACTS

**LBRY**
@lbryio

Write a comment...

Press Enter to post

**LBRY**
September 27, 2017

Do you run a cryptocurrency meetup? Contact hello@lbry.io to have LBRY visit your group!



👍 Like          💬 Comment          ↪ Share

❤️ 28                                    Chronological ▾

3 Shares

View 1 more comment

**Teerapap Kitjawijit** Cheer up lbc upgrade and promote.

Like  Reply  23w

**Shawn Eric Tackett** Think of it as etsy.com for the crafty folks. It's all the same stuff but priced by the seller and crazy prices. I'll stick to YouTube and free online college course audits.

Like  Reply  23w

Write a comment...

Press Enter to post

**LBRY**
September 27, 2017

More great coverage of LBRY in this John Stossel article from Reason Magazine!

**GOVERNMENT KILLS FREE VIDEOS**

**Stossel: Entrepreneur Saves Free College Courses from Government Ban**

An internet entrepreneur saved 20,000 free online college lectures (and more) after the government declared them illegal.

REASON.COM

Search





LBRY
@lbryio

384,226 Views

**John Stossel** Like Page
September 20, 2017

20,000 free online college lectures! But government banned them. But then an entrepreneur saved them. LBRY

Like Comment Share

158 Chronological

View 1 more comment

**Gary Brown** Erik Hatfield noticed you still haven't joined the bandwagon. Get on it my friend! 🙂 LOVE LBRY and what it is accomplishing.
Like · Reply · 23w

View 1 more reply

**Erik Hatfield**

Like · Reply · Page responded privately · 23w

**Pismo Donzi** Liberals are brain dead...
Like · Reply · 23w

Write a comment...
Press Enter to post.

**LBRY**
September 25, 2017

Ever read a Reddit comment so good that you wanted to reward the author? Now you can easily tip them with LBC!

New LBRY Tipbot!
Get all the details on how to use LBRY's new Reddit tipbot here.
NP.REDDIT.COM

Like Comment Share

25

1 Share

Write a comment...
Press Enter to post.

**LBRY**
September 22, 2017

This Flashback Friday, get a blast from the past with this International Business Times UK article about our first app release!

YOUR PAGES
Securities and Excha... 9+
CONTACTS

Search



LBRY
@lbryio

Blockchain content sharing app LBRY declares independent from Google, Apple and Amazon
LBRY has released a Beta version of its app and more content deals.
IBTIMES.CO.UK

Like Comment Share

30 Chronological

3 Shares

Vincent Lundgren You linked to site that complains about adblocking oh the irony heeh
Like · Reply · 24w

Write a comment...
Press Enter to post.

YOUR PAGES
Securities and Excha... 9+
CONTACTS

LBRY
September 21, 2017

This week's LBRYCast: Buy it, use it, break it, fix it. Welcome to the show, EEVblog!

buy it, use it, break it, fix it - LBRY
buy it, use it, break it, fix it
LBRY.IO

Like Comment Share

24

2 Shares

Write a comment...
Press Enter to post.

LBRY
September 21, 2017

LBRY v0.16 is now live! This release adds in-app tipping, themes, and will improve LBRY's stability. Check out the link to get all the details.

Search

3/12/2018                                    LBRY - Home

YOUR PAGES

Securities and Excha...

CONTACTS



**LBRY**
@lbryio

### Latest LBRY App Adds Tipping, Themes, and More

Latest LBRY App Adds Tipping, Themes, and More

👍 Like        💬 Comment        ➤ Share        ▾

👍❤ 55                                      Chronological ▾

9 Shares

View 3 more comments

**Michael Webb** Excellent project!!! 😊
Like · Reply · 24w

**Catalina Stubbe** Thanks! Sharing with the school.
Like · Reply · 25w

Write a comment...          😊 📷 🎞 🎁

**LBRY**
September 19, 2017 · 🌐

Megacorporations like Google and Comcast want to shut down the open
web, and universal DRM is just the beginning. LBRY stands with the
Electronic Frontier Foundation (EFF) for a free and open internet!

### World Wide Web Consortium abandons consensus, standardizes DRM with 58.4% support, EFF resigns

In July, the Director of the World Wide Web Consortium overruled dozens of
members' objections to publishing a DRM standard without a compromise to...

BOINGBOING.NET

👍 Like        💬 Comment        ➤ Share        ▾

👍😆😮 66                                      Chronological ▾

23 Shares

**David Vechil** Is the EFF done pandering to tyrants?
Like · Reply · 24w

**Arturo Alexis Climaco** Cómo es esto
Like · Reply · See Translation · 24w

Write a comment...          😊 📷 🎞 🎁

Search          ⚙ ✎ 👥



Have you tried spee.ch yet? It's like Imgur but bigger... faster... stronger... and with actual video.

**spee.ch**
Open-source, decentralized image and video hosting.

SPEE.CH

LBRY
@lbryio

👍 Like    💬 Comment    ↪ Share

👍❤️😮 28      Chronological ▾

2 Shares

**Matt Smith** This could seriously be a great contender in that space for sure, especially once the user interface gets smoothed out a bit.
Like · Reply · 25w

Write a comment...
Press Enter to post.

**LBRY**
September 12, 2017 · 🌐

LBRY is much more than just an app - it's a protocol that's changing the way creators connect with their audience. Learn more with the link below.

**Art in the Internet Age: An Introduction to LBRY**
Access information and content in ways you never dreamed possible. Earn credits for your unused bandwidth and diskspace.
LBRY.IO

👍 Like    💬 Comment    ↪ Share

👍❤️😮 37      Chronological ▾

6 Shares

**Andreas Scholl** Are you prepared for an increase of users actually using the protocol?
Like · Reply · 25w

Write a comment...
Press Enter to post.

**LBRY**
September 11, 2017 · 🌐

Looking to blow your mind with some scifi on a lazy Sunday? Check out "Coherence" on LBRY!

YOUR PAGES

Securities and Excha... 9+

CONTACTS

Search



## YOUR PAGES

Securities and Excha...

## CONTACTS

**LBRY**
@lbryio

### Ceci n'est pas une pipe - LBRY

Ceci n'est pas une pipe

LBRY IO

👍 Like          💬 Comment          ↗ Share

18

1 Share

Write a comment...

---

**LBRY**
September 9 2017

Tired of wondering if your content will still be on YouTube tomorrow? Mirror it on LBRY - it takes minutes to set up, and it puts you back in control of your work.

### YouTubers! Take back control. - LBRY

YouTuber? Take back control! LBRY allows publication on your terms. It's open-source, decentralized, and gives you 100% of the profit.

LBRY IO

👍 Like          💬 Comment          ↗ Share

56                                    Chronological ▼

14 Shares

**Lance Dwight** This is the page that pops up when I follow the link.

Like · Reply · 25w

Write a comment...

Can't get enough Call of Duty? These POV airsoft battles might blow your mind.



**LBRY**
@lbryio

**Pew Pew Bang Bang - LBRY**

Pew Pew Bang Bang

LBRY.IO

👍 Like    💬 Comment    ↪ Share

👍 18          Chronological ▼

1 Share

**Zorie Barber** Ania Daniele
Like · Reply · 26w

Write a comment...
Press Enter to post.

**LBRY**
September 7, 2017 · 🌐

Do YOU have v0.15 yet? If not, you're missing out on your first referral reward!

OVERVIEW   HISTORY   SEND   RECEIVE   REWARDS   INVITES

Invite a Friend

Or an enemy. Or your cousin Jerry, who you're kind of unsure about.

Email

SEND INVITE

Invite History

Invitee Email        Invite Status        Reward

**Latest LBRY App Adds New First Run, Wallet, Invites, Rewards and More**

Latest LBRY App Adds New First Run, Wallet, Invites, Rewards and More

LBRY.IO

👍 Like    💬 Comment    ↪ Share

👍❤ 26          Chronological ▼

3 Shares

View 1 more comment

**Florian Dellé** You still haven't fixed the issue with non-latin names. That means I am locked-out. Same thing for three months now. Very disappointing. 🙁
Like · Reply · 26w

**John Meg** I never recieved a coin i have so many referral before..
Like · Reply · 26w

YOUR PAGES

Securities and Excha... 9+

CONTACTS

Search

YOUR PAGES


Securities and Excha... 8+

CONTACTS

**LBRY**
@lbryio



**LBRY** shared a link
September 7, 2017

20,000 World-class University Lectures Made Illegal, So We Irrevocably Mirrored Them - LBRY

20,000 World-class University Lectures Made Illegal, So We Irrevocably Mirrored Them

LBRY.IO

👍 Like        💬 Comment        ➤ Share

👍❤ 31                              Chronological ▾

10 Shares

**Florian Dellé** This is an amzing service to the public. You guys are changing the game.

Like · Reply · 26w

Write a comment
Press Enter to post

**LBRY**
September 8, 2017

It's only been four months since we saved 20,000 UC Berkeley lectures from the memory hole, and platforms for free speech are more important than ever.

20,000 World-class University Lectures Made Illegal, So We Irrevocably Mirrored Them - LBRY

20,000 World-class University Lectures Made Illegal, So We Irrevocably Mirrored Them

LBRY.IO

👍 Like        💬 Comment        ➤ Share

👍❤ 149                             Chronological ▾

41 Shares

**Brandon Anthony Peressini** Great job.

Like · Reply · 26w

**Michael Ayling** Great initiative. Yet search in the app cannot locate

Search



LBRY
@lbryio

Like   Reply   26w

**LBRY** You can currently browse many of them by category at lbry://@UCBerkeley - Also, you are right, search currently doesn't work right and will be fixed imminently.

Like   Reply   26w   Edited

View more replies

Write a comment...

**LBRY**

LBRY UPDATE! v0.15 is now live!
-LBRY users can now claim one of their referral rewards (as long as you didn't refer any bots)
-LBRY users can now view a complete history of invites in their wallet
-Significant improvements to the on-boarding process for new users, making it easier than ever for creators to put their content on LBRY and get started with LBRY credits
-More technical updates and fixes than you can shake a stick at - check out the link for full detail

LBRY Update
LBRY v0.15.0rc2 is now available - here's a rundown of what's changed.

Like    Comment    Share

82        Chronological

10 Shares

View 10 more comments

**Trần Tâm** Please Check Inbox
Like   Reply   26w

**Nozuic Jeth Ttigriv** How to claim my ref rewards?
Like   Reply   20w

Write a comment...

**LBRY** shared Future Tech Podcast's post

**Future Tech Podcast**

Like Page

LBRY: A #Decentralized, #Open-Source Protocol for Distribution and Purchase of #DigitalContent,

YOUR PAGES

Securities and Excha...

CONTACTS

LBRY - Home

YOUR PAGES

Securities and Excha...

CONTACTS



**LBRY**
@lbryio

Jeremy Kauffman — LBRY: A Decentralized, Open-Source Protocol for Distribution and Purchase of Digital Content

FUTURETECHPODCAST.COM

👍 Like      💬 Comment      ↗ Share      ▾

🔵 33

Write a comment      😊 📷 🖼 🎞
Press Enter to post

**LBRY**
July 21, 2017 · 🌐

Pop-Up Open Beta! For a short period of time, anyone can watch some sweet content on LBRY, and earn rewards ($LBC) for doing so. Get it NOW at https://lbry.io/get Or read more at https://lbry.io/news/popup-open-beta

15K Views

👍 Like      💬 Comment      ↗ Share      ▾

👍❤ 111                                    Chronological ▾

51 Shares

View 33 more comments

Toàn Kaka tại sao sao nhập thẻ credit card nó lại báo không nhận ?? tại sao vậy ???
Like · Reply · See Translation   29w

Pablo Latets I like it, can't wait to know more
Like · Reply   24w

Write a comment...      😊 📷 🖼 🎞
Press Enter to post

**LBRY**
July 21, 2017 · 🌐

If you build it, they will watch. And then build it themselves. It's the hardest working #LBRYcast yet.





The Maker's Mark - LBRY
The Maker's Mark
LBRY.IO

Like Comment Share

25

Chronological

3 Shares

View 5 more comments

**Xuân Huy** I add my credit card, such notification system. My friend is the same?
Error?

Confirm Identity

To ensure you are a real and unique person, you must link a valid credit or debit card.

A small authorization, but no actual charge, will be run on this card.

LINK CARD AND FINISH

Return home

Like · Reply · 31w · Edited

**LBRY** Which country are you from and are you using VPN/tor or proxy?

Like · Reply · 31w

View more replies

**Marlon Ilagan** hi. i cant watch video, this message always pops up. Requesting stream... it may sit here for like 15-20 seconds in a really awkward way... we're working on it

Like · Reply · 31w

Write a comment...

Press Enter to post.

**LBRY**
July 20, 2017

https://spee.ch/sixmillionperline !

For those unaware, spee.ch is an image sharing/hosting site made with the LBRY API

spee.ch
SPEE.CH

LBRY
@lbryio

YOUR PAGES
Securities and Excha... 9+
CONTACTS

Search

LBRY
@lbryio

61
Chronological
5 Shares
View 2 more comments

**Ro C Ky** cant verified my account

Like · Reply · 30w

**Llisaa Marie** All this stuff seems like it could be cool and useful ... but Im totally techie illiterate and and ignorant ... any chance this stuff on the site can be put in more laymen terms.lol

Like · Reply · 23w

View 2 more replies

**LBRY** If you have any other questions, feel free to message us!

Like · Reply · 23w

Write a comment...
Press Enter to post.

**LBRY**
July 14, 2017

LIVE

VUC654 - LBRY CEO & Co-founder Jeremy Kauffman
We talk to Jeremy Kauffman who will discuss what they're up...
YOUTUBE.COM

Like · Comment · Share

31
Chronological
5 Shares
View 15 more comments

**Sultan Mehmood** PROMISES , PROMISES, PROMISES

Like · Reply · 32w

**Sultan Mehmood** CEO of lbry disappeared. ( lol) .After making promises of releasing it this month. Now he is no where. Damn my jaws are hurting. cant stop laughing

Like · Reply · 32w

Write a comment...
Press Enter to post.

**LBRY**
July 15, 2017

YOUR PAGES
Securities and Excha... 9+
CONTACTS

Search



**LBRY**
@lbryio

YOUR PAGES

Securities and Excha... 9+

CONTACTS

Someone held up a 'buy bitcoin' sign during Yellen's testimony to Congress

Bitcoin subsequently climbed toward session highs after the stunt on Capitol Hill.
CNBC.COM

👍 Like        💬 Comment        ↗ Share        ▾

😀😆❤ 110                              Chronological ▾

25 Shares

View 11 more comments

**John Lackey** Charlie Corcoran
Like · Reply · 34w

**Leonard Cucos** Yeah - the perfect pump so that Hon. Yellen can dump 😜
Like · Reply · 32w

Write a comment...        😊 📷 🖼 🎁

Press Enter to post.

**LBRY**
July 10, 2017 · ·

https://thebrazengeek.com/.../.../07/10/lbry-stratis-logo-battle

LBRY and Stratis - Battle of the Logos
Which Came First? Which of these two projects with extremely similar logos was the first
THEBRAZENGEEK.COM

👍 Like        💬 Comment        ↗ Share        ▾

😀😆❤ 48                               Chronological ▾

4 Shares

View 8 more comments

**Satriana Masiclat II** jeremy stop dumping...hahaha too much pain... #stress
Like · Reply · 34w

**Sultan Mehmood** it seems most of these so called PROJECTS are nothing but just a hype. if they dont have confidence in launching then why announced it before. A man should honor his words especially when its about a business. Even last month they posted a tweet about ... See More

Search        ⚙ ✏ 👥





Press Enter to post.

LBRY
@lbryio

**LBRY**
June 22, 2017

https://youtu.be/WM60vLOCRps

LBRY Live Event

Join LBRY CEO Jeremy Kauffman LIVE for a State of the LBRY as well as community-contributed Q&A

YOUTUBE.COM

Like Comment Share

36 Chronological

7 Shares

View 12 more comments

**Toàn** Hi guys, join LBRY and get LBC now https://lbry.io/get?r=wKIFK
Thanks for use my code :))

Like · Reply · 35w

**Jason Garces** great vid. keep it up

Like · Reply · 34w

Write a comment...

Press Enter to post.

**LBRY** shared a link.
June 21, 2017

LBRY Livestream

Countdown to Jun 22, 2017 3:00 pm. Showing days, hours, minutes and seconds ticking down to 0

TIMEANDDATE.COM

Like Comment Share

40 Chronological

6 Shares

View 2 more comments

**Cameron Glinsky** dude how to get a wallet?

Like · Reply · 35w

1 Reply

**Dat Tan Nguyen** Why, for 3 months I still have no code
https://lbry.io/get?r=2v84a
email: cr4zyt3m@gmail.com

Like · Reply · 35w

2 Replies

Write a comment...

Press Enter to post.

**LBRY**
June 20, 2017 · Sea Isle City, NJ

A LBRY Fan Creation

YOUR PAGES

Securities and Excha... 9+

CONTACTS

Search

YOUR PAGES

Securities and Excha... [9+]

CONTACTS

LBRY
@lbryio

NOWADAYS PRIVATE SERVERS ARE USED FOR MULTIMEDIA

1.7K views

👍 Like      💬 Comment      ↪ Share

👍❤ 54                              Chronological ▾

10 Shares

View 3 more comments

**Adam Winter** Is there supposed to be sound?
Like · Reply · 34w

**Goodluck Sylvester** https://lbry.io/get?r=DV8bh
Like · Reply · 32w

Write a comment...
Press Enter to post

**LBRY**
June 19, 2017 · Sea Isle City, NJ · 🌐

Made by a friend and supporter of LBRY

LBRY LIVE EVENT 6-22-2017
BE THERE https://www.lbry.io/live
CONTENT SHARING
YOUTUBE.COM

👍 Like      💬 Comment      ↪ Share

👍 35                              Chronological ▾

6 Shares

View 2 more comments

**Joep Maenen** Jesse Burger u in? 🙂
Like · Reply · See Translation · 37w

**Kay Kim** https://lbry.io/get?r=QvceB
Like · Reply · 33w

Write a comment...
Press Enter to post

**LBRY** shared a link.
June 16, 2017 · 🌐

LBRY: Blockchain-powered LOLcats 🐱 — Steemit

LBRY
@lbryio

Like Comment Share

29 Chronological

6 Shares

Craig Wishart LBRY thank you for staying strong during the dip/crash yesterday. You were a beacon of hope.
Like Reply

1 Reply

Goodluck Sylvester https://lbry.io/get?r=DV8bh
Like Reply

Write a comment

LBRY

One Week From Tomorrow. Open Beta Date Revealed?! Save this link: http://Lbry.io/live

Like Comment Share

137 Chronological

39 Shares

View previous comments

Norman Guters Yannick Sánchez
Like Reply

Đoàn Trung Quân lbry://@dcqbean/getcoin free 1 LBRY
Like Reply

Write a comment

LBRY

We got the freshest news on the planet on the latest #LBRYcast with The Juice Media | https://lbry.io/news/juicemedia

YOUR PAGES

Securities and Excha... 9+

CONTACTS

Search



**LBRY**
@lbryio

👍 Like    💬 Comment    ➤ Share ▾

👍❤️😮 32       Chronological ▾

9 Shares

**Mckey Melliza** how can I access my LBRY wallet and how to see if said LBRY credits have been credited to me? Thanks

Like   Reply   39w

↳ 1 Reply

**Kolawole Peter** Kindly summit your e-mail address here for free LBRY coin https://lbry.io/get?r=UVHEJ

Like   Reply   38w

Write a comment...
Press Enter to post.

**LBRY**
June 7, 2017 · Newtown, PA ·

#cryptocurrency and #bitcoin officially legal and deregulated in NH!

👍 Like    💬 Comment    ➤ Share

👍❤️ 51

8 Shares

Write a comment...
Press Enter to post.

**LBRY** shared a link
June 6, 2017 ·

**My first look at the LBRY app - Decentralized filesharing on a Blockchain — Steemit**

So I popped into the Slack channel for LBRY development to see what was going on. LBRY is a project I've been looking... by junglist

STEEMIT.COM

👍 Like    💬 Comment    ➤ Share

YOUR PAGES

Securities and Excha... 9+

CONTACTS

Search ⚙

**YOUR PAGES**

Securities and Excha...

**CONTACTS**

12 Shares

**Joshua Woods** amazing work

Like · Reply · 39w

Write a comment...

## LBRY
@lbryio

**LBRY** shared a link
June 5, 2017



How LBRY works: .GIF on the Blockchain. + Spee.ch —
Steemit

is a website which publishes and reads images and .GIF-animations to and from the
LBRY blockchain. I designed and... by rouse

STEEMIT.COM

👍 Like      💬 Comment      ↗ Share

44                           Chronological ▼

11 Shares

View 2 more comments

**Andri Yana** Good news ? What do I do to get rewards from LBRY

Like · Reply · 38w

**Hanna Jessica** https://lbry.io/get?r=IRbVm

Like · Reply · 38w

Write a comment...

**LBRY**
June 1, 2017

LBRY Credits ($LBC) added to Coinomi mobile wallet

Search