

Get
Learn
News
Twitter
Facebook
Reddit
Discord
GitHub

# Open Beta? New Features? Keep Your Eye on the LBRY Roadmap

Jeremy Kauffman • Oct 17

LBRY is working hard to improve our communication with the public. While the vast majority of our time is put into building LBRY, we want to remain transparent and do more to keep those interested informed. In the past couple months, we have:

- Published our Credit Policy and second quarterly report.
- Dramatically expanded our FAQ. See this post and this one for the latest additions.
- Announced new content every Thursday, with a broad review last week.

But LBRY is a ground-breaking technology, so the real (and most asked) question remains – when will it be available to the public? Your wish is our command line. We present to you…

The LBRY Roadmap

Our roadmap will keep you up-to-date on LBRY's development as we release new versions (every two weeks) on the way to a full public release. It contains:

- A history of previous releases and features.
- Immediate and forthcoming updates.
- Broader development goals.

The nature of pushing into new frontiers means we must to some extent chart the course as we go. It's a measure-twice-cut-once plan; we want each release to progress smoothly, with as little backtracking as possible.

Along the way, we are actively taking feedback from beta users and testers and incorporating it into the development, which will affect the timeline. So keep a close eye on it, because it will be fluid. Here are some big milestones coming up:

- Windows version of the LBRY app to be released next week
- Publisher channels in November
- A technical white paper by February

Check out the roadmap for more details and upcoming developments.

If you see something missing or believe we're overlooking something, please let us know! You can suggest additions and changes to the LBRY app by posting to our subreddit or calling us out on Twitter. Or if you want to speak directly with the LBRY team, join our Discord chat.

‹ Previous
Shoutout to All You trailblazers
Next ›

SEC-LBRYLIT-E-0082709

Braaains!

Author

**Jeremy Kauffman**

Jeremy knows how to build and scale a startup starting from day one. He knows how to deliver usable products and get those products in front of the right people.

Jeremy created LBRY because he fell in love with the idea of shared, global content registry that is owned and controlled by no one. Unsurprisingly, he is a longtime supporter of decentralized technology and freedom of information.

Prior to LBRY, Jeremy founded TopScore, a startup that processes millions of dollars monthly in event and activity registrations. He attended Rensselaer Polytechnic Institute, where he received degrees in physics and computer science.

**What's Next?**

Get LBRY Experience digital abundance.

- Subscribe to our email list.
- Join us on Twitter, Facebook, Reddit, Discord.

**Keep Learning**

- Read "Art in the Internet Age", an introductory essay.
- Find out about the team behind LBRY.
- Read our Frequently Asked Questions.

Home
Get
Learn
News
Twitter
Facebook
Reddit
Discord
GitHub

SEC-LBRYLIT-E-0082710