

Get
Learn
News
Twitter
Facebook
Reddit
Discord
GitHub

# LBRY Roadmap

**Past successes and future plans for the journey into the land of dragons.**

**Roadmap Notes**

Our roadmap pulls change notes directly from our Git repo via GitHub. Ongoing, Upcoming and Future items are pulled directly from our internal project management system (Asana).

This roadmap only outlines past and anticipated technical changes, it does not cover other initiatives. Development was fast and furious among a small group prior to 0.6, and release notes are sparse.

## Future

Other

### YouTube Sync program re-launch with Partner Program

Q1 2018
Build on our current list of creators and create incentives to bring even more
Other

### LBRY Meetup Program launch

Q1 2018
Launch our national (and international) LBRY meetup program
Other

### Release LBRY technical whitepaper

Q1 2018
Share technical details of the LBRY protocol and blockchain
Other

### Implement wallet encryption

Q1 2018
Add native encryption to our wallet
Other

### LBRY UI redesign 5.0

Q1 2018
Redesigned UI to improve publisher and user experience
Other

### Search algorithm upgrade

Q1 2018

SEC-LBRYLIT-E-0080964

Improve relevancy of search results
Other

**Add Comments feature beta**

Q2 2018
Implement a basic commenting system in the LBRY app
Other

**New Publishing UX and channel management terminal for Publishers**

Q2 2018
Improve publishing experience for creators
Other

**Release LBRY for Android ALPHA**

Q2 2018
Put out a working LBRY app for Android devices (in its early stages)
Other

**LBRY Original Production grant program trial run**

Q2 2018
*No description*
Other

**Launch lbry.tech, a technical resource for protocol developers**

Q2 2018
Add to LBRY's knowledge base to make it easier for open source developers contribute to the project
Other

**Fiat and Coinbase LBC payment gateway in-app**

Q2 2018
Allow for the purchase of LBC in-app
Other

**Add features for tagging and categorization.**

Q2 2018
Enhance metadata, tagging, and categorization in the LBRY app
Other

**Implement social sharing features in-app.**

Q2 2018
Add social sharing to the LBRY app
Other

**Add support for resolution to other data sources, such as HTTP, BitTorrent, and/or IPFS.**

Q2 2018
*No description*
Other

**Enable embedding of free content from the LBRY network on HTML websites**

Q2 2018

SEC-LBRYLIT-E-0080965

Bring the LBRY network to the web with HTML embedding
Other

**Data hosting fees re-activated**

Q3 2018
*No description*
Other

**Release LBRY for Android BETA**

Q3 2018
Release a more advanced version of LBRY on Android
Other

**LBRY on Mars**

Q1 2525
Ensure LBRY is available on the Red Planet.

## LBRY App v0.21 (latest)

0.21.0-rc.1

03-09-2018

### Added

- Save app state when closing to tray (#968)
- Added startup-troubleshooting FAQ URL to daemon error (#1039)
- Added ability to export wallet transactions to JSON and CSV format (#976)
- Add Rewards FAQ to LBRY app (#1041)
- Notifications when the channel a user subscribes to uploads new content (#1066)
- Codacy support for Github contributions (#1059)
- App category for Linux (#877)

### Changed

- Improved privacy by allowing users to turn off the file view counter and better understand privacy settings (#1074)
- Disabled auto dark mode if dark mode is selected (#1006)
- AppImage support for Linux instead of .deb (#1010)
- Refactor Electron's main process (#951)
- Refactor lbryuri.js into separate named exports (#957)
- Keep node_modules up-to-date when yarn.lock changes due to git (#955)
- Do not kill an existing daemon, instead check if one exists (#973)
- Enable play button immediately after user clicks download (#987)

### Fixed

- Fixed sort by date of published content (#986)
- Fix night mode start time, set to 9PM (#1050)
- Fix night mode start time, set to 9PM (#1050)
- Disable drag and drop of files into the app (#1045)
- Fixed uninformative error message (#1046)
- Update documentation for DevTools and fix some ESLint warnings (#911)
- Fix error wherein user cannot send tip because transaction fails (#918)
- Fix right click bug (#928)

- Fix Election linting errors (#929)
- App will no longer reset when minimizing to tray (#1042)

# LBRY App v0.20

v0.20.0

01-30-2018

### Added

- Added Automatic Dark Mode (#950)
- Re-introduce build dir / dist dir option for isolated build environments (#933)
- Added sms as a method for reward identity verification (#946)
- Added auto-update (#808)

### Changed

- Refactored Electron's main process (#951)
- Refactored lbryuri.js into separate named exports (#957)
- Upgraded Daemon to version 18.2 (#961)
- Upgraded Electron for security patch (commit)

### Fixed

- Fixed issues in documentation (#945)
- Fixed linting errors (#929)

# LBRY App v0.19

Show All Items for LBRY App v0.19

v0.19.4

01-08-2018

### Added

- Video state tracking in redux - developer only (#890)

### Changed

- Improved text content in app (#921)

### Fixed

- Right click works in the app again (#928)
- Icons are now the rights size (#925)
- Fixed tip sending error (#918)

v0.19.3

**Changed**

- Improved internal code structuring by adding linting integration -- developers only ([#891](#))
- Improved developer documentation ([#910](#))

**Removed**

- Removed email verification reward ([#914](#))

**Fixed**

- Added snackbar text in place where it was coming up blank ([#902](#))

[v0.19.2](#)

12-23-2017

**Added**

- Added copy address button to the Wallet Address component on Send / Receive ([#875](#))
- Link to creators' channels on homepage ([#869](#))
- Pause playing video when file is opened ([#880](#))
- Add captcha to verification process ([#897](#))

**Changed**

- Contributor documentation ([#879](#))

**Fixed**

- Linux app categorization ([#877](#))

[v0.19.1](#)

12-13-2017

**Added**

- Added empty rewards message on overview page ([#847](#)).

**Changed**

- Updated developer tools and restructured code ([#861](#) / [#862](#)).

**Fixed**

- Fixed typos ([#845](#) / [#846](#)).
- Fixed theme-related error while running in development ([#865](#)).
- Fixed build/signing error on Windows ([#864](#)).

SEC-LBRYLIT-E-0080968

**v0.19.0**

12-11-2017

**Added**

- Subscriptions. File and channel pages now show a subscribe button. A new "Subscriptions" tab appears on the homepage shows the most recent content from subscribed channels.
- LBC acquisition widget. Convert other popular cryptos into LBC via a ShapeShift integration.
- Flow static type checking. This is a dev-only feature, but will make development faster, less error prone, and better for newcomers.

**Changed**

- The first run process for new users has changed substantially. New users can now easily receive one credit.
- The wallet area has been re-organized. Send and Receive are now on the same page. A new page, "Get Credits", explains how users can add LBRY credits to the app.
- Significant structural changes to code organization, packaging, and building. The app now follows a typical electron folder structure. All 3 `package.json` files have been reduced to a single file. Redux related code was moved into it's own subfolder.
- The macOS docking icon has been improved.
- The prompt for an insufficient balance is much more user-friendly.
- The credit balance displayed in the main app navigation displays two decimal places instead of one.
- Video download error messages are now more understandable (#328).
- Windows path to the daemon/CLI executables changed to: `C:\Program Files (x86)\LBRY\resources\static\daemon`

**Deprecated**

- We previously had two separate modals for insufficient credits. These have been combined.

**Fixed**

- Long channel names causing inconsistent thumbnail sizes (#721).
- Channel names in pages are highlighted to indicate them being clickable (#814).
- Fixed the transaction screen not loading for brand new users (#755).
- Fixed issues with scrolling and back and forward navigation (#729).
- Fixed sorting by title for published files (#614).
- App now uses the new `balance_delta` field provided by the LBRY API (#611).
- Abandoning from the claim page now works (#883).

**0.19.0-rc2**

12-09-2017

**Added**

- Subscriptions. File and channel pages now show a subscribe button. A new "Subscriptions" tab appears on the homepage shows the most recent content from subscribed channels.
- LBC acquisition widget. Convert other popular cryptos into LBC via a ShapeShift integration.
- Flow static type checking. This is a dev-only feature, but will make development faster, less error prone, and better for newcomers.

SEC-LBRYLIT-E-0080969

**Changed**

- The first run process for new users has changed substantially. New users can now easily receive one credit.
- The wallet area has been re-organized. Send and Receive are now on the same page. A new page, "Get Credits", explains how users can add LBRY credits to the app.
- Significant structural changes to code organization, packaging, and building. The app now follows a typical electron folder structure. All 3 `package.json` files have been reduced to a single file. Redux related code was moved into it's own subfolder.
- The macOS docking icon has been improved.
- The prompt for an insufficient balance is much more user-friendly.
- The credit balance displayed in the main app navigation displays two decimal places instead of one.
- Video download error messages are now more understandable.

**Fixed**

- Long channel names causing inconsistent thumbnail sizes ([#721](#721))
- Channel names in pages are highlighted to indicate them being clickable ([#814](#814))
- Fixed the transaction screen not loading for brand new users ([#755](#755))
- Fixed issues with scrolling and back and forward navigation ([#729](#729))
- Fixed sorting by title for published files ([#614](#614))
- App now uses the new `balance_delta` field provided by the LBRY API ([#611](#611))
- Abandoning from the claim page now works.

**Deprecated**

- We previous had two separate modals for insufficient credits. These have been combined.

# LBRY App v0.18

Show All Items for LBRY App v0.18

## v0.18.2

11-15-2017

**Fixed**

- Email verification is fixed ([#746](#746)).

## v0.18.0

11-13-2017

**Added**

- Trending! The landing page of the app now features content that is surging in popularity relative to past interest.
- The app now closes to the system tray. This will help improve publish seeding and network performance. Directing the app to quit or exit will close it entirely. ([#374](#374)).
- You can now revoke past publishes to receive your credits. ([#581](#581)).
- You can now unlock tips sent to you so you can send them elsewhere or spend them. ([#581](#581)).
- Added new window menu options for reloading and help.
- Rewards are now marked in transaction history ([#660](#660)).

SEC-LBRYLIT-E-0080970

**Changed**

- Daemon updated to v0.18.0. The largest changes here are several more network improvements and fixes as well as functionality and improvements related to concurrent heavier usage (bugs and issues largely discovered by spee.ch).
- Improved build and first-run process for new developers.
- Replaced all instances of `XMLHttpRequest` with native `Fetch` API (#676).

**Fixed**

- Fixed console errors on settings page related to improper React input properties.
- Fixed modals being too narrow after font change (#709).
- Fixed bug that prevented new channel and first publish rewards from being claimed (#290).

## LBRY App v0.17

Show All Items for LBRY App v0.17

**v0.17.1**

10-25-2017

**Changed**

- Updated daemon from v0.17.0 to v0.17.1. 0.17.1 contains several more download fixes that are backwards incompatible, making this a near mandatory upgrade.
- Continuing to standardize and improve design. File selectors, checkboxes, radios, and a number of other elements got substantial improvements.
- Electron version upgraded. Most relevantly, this fixes URI handling in Linux.
- Chat links and text updated to remove references to Slack.

**Fixed**

- Fixed handling of empty search results.
- Fixed minimum channel length name(#689).

**v0.17.0**

10-12-2017

**Added**

- Added a new search service. Significantly improved search results.
- Channels now appear in search results. Channel card and display to be improved soon™
- Add setting to automatically purchase low-cost content without a confirmation dialog
- New custom styled scrollbar (#574)
- New tabs (#576)

**Changed**

- LBRY protocol upgraded from v0.16.1 to v0.17. Several performance and reliability improvements, as well as many bug fixes.
- Improved Discover page load time by batching all URIs into one API call.
- Changed the File page to make it clearer how to open the folder for a file.

- Display search bar on discover page instead of title and remove duplicated icon.
- Minor update for themes.
- There is no longer a minimum channel length ([#645](#))
- Changed the File page to make it clearer how to open the folder for a file
- The upgrade message is now friendlier and includes a link to the release notes.
- Local settings refactored and no longer intermixed with LBRY API library.

**Fixed**

- Improve layout (and implementation) of the icon panel in file tiles and cards
- The folder icon representing a local download now shows up properly on Channel pages ([#587](#))
- While editing a publish, the URL will no longer change if you select a new file. ([#601](#))
- Fixed issues with opening the folder for a file ([#606](#))
- Be consistent with the step property on credit inputs ([#604](#))
- Fixed unresponsive header ([#613](#))
- Fixed dark theme issues with text content.
- Minor css fixes.
- Fixed issue when file fails to download ([#642](#))
- Fixed issue after accessing a video without enough credits ([#605](#))
- Fixed channel fetching without claims ([#634](#))

[v0.17.0rc1](#)

10-10-2017

(screenshot/gif to be inserted here :) )

**Added**

- Added a new search service. Significantly improved search results.
- Channels now appear in search results. Channel cards to be improved soon?.
- Add setting to automatically purchase low-cost content without a confirmation dialog.
- New custom styled scrollbar ([#574](#))
- New tabs ([#547](#)).

**Changed**

- LBRY protocol upgraded from v0.16.1 to [v0.17](#). Significant improvements to download performance anticipated.
- Improved Discover page load time by batching all URIs into one API call.
- Changed the File page to make it clearer how to to open the folder for a file.
- Display search bar on discover page instead of title and remove duplicated icon.
- Minor update for themes.
- There is no longer a minimum channel length ([#645](#))
- Changed the File page to make it clearer how to to open the folder for a file
- The upgrade message is now friendlier and includes a link to the release notes.
- Local settings refactored and no longer intermixed with LBRY API library.

**Fixed**

- Improve layout (and implementation) of the icon panel in file tiles and cards
- The folder icon representing a local download now shows up properly on Channel pages ([#587](#))
- While editing a publish, the URL will no longer change if you select a new file. ([#601](#))
- Fixed issues with opening the folder for a file ([#606](#))
- Be consistent with the step property on credit inputs ([#604](#))

- Fixed unresponsive header ([#613](#))
- Fixed dark theme issues with text content.
- Minor css fixes.
- Fixed issue when file fails to download ([#642](#))
- Fixed issue after accessing a video without enough credits ([#605](#))
- Fixed channel fetching without claims ([#634](#))

## LBRY App v0.16

Show All Items for LBRY App v0.16

### v0.16.1

10-03-2017

### Changed

- Bumped daemon version to improve error logging

### v0.16.1rc3

10-02-2017

Minor daemon upgrade to improve error logging.

### v0.16.0

09-21-2017

### Added

- Added a tipping button to send LBRY Credits to a creator. Credits sent in this way come in to the wallets of creators as supporting claims for the content that was tipped.
- Added an edit button on published content. Significantly improved UX for editing claims (but more to do).
- Added theme settings option and new Dark theme.
- Added a new component for rendering dates and times. This component can render the date and time of a block height, as well.

### Changed

- Significantly more detail is shown about past transactions and new filtering options for transactions.
- File pages now show the time of a publish.
- The "auth token" displayable on Help offers security warning
- More form refactoring, including the addition of a barebones `Form` component (further progress towards form sanity).
- CSS significantly refactored to support CSS vars (and consequently easy theming).

### Fixed

- URLs on cards will now show an ellipsis if longer than one line
- Added `gnome-keyring` dependency to .deb ([#386](#))
- Fixed some issues with invites ([#552](#))
- Pressing enter on forms will no longer cause weird app behavior ([#542](#))

SEC-LBRYLIT-E-0080973

<u>**v0.16.0rc7**</u>

09-20-2017

**Note**: This release contains an upgrade that cannot be quickly reversed. Please do not install this RC on top of existing versions if you want to be able to return to 0.15.x.

**Added**

- Added a tipping button to send LBRY Credits to a creator. Credits sent in this way come in to the wallets of creators as supporting claims for the content that was tipped.
- Added an edit button on published content. Significantly improved UX for editing claims (but more to do).
- Added theme settings option and new Dark theme.
- Added a new component for rendering dates and times. This component can render the date and time of a block height, as well.

**Changed**

- Significantly more detail is shown about past transactions and new filtering options for transactions.
- File pages now show the time of a publish.
- The "auth token" displayable on Help offers security warning
- More form refactoring, including the addition of a barebones `Form` component (further progress towards form sanity).
- CSS significantly refactored to support CSS vars (and consequently easy theming).

**Fixed**

- URLs on cards will now show an ellipsis if longer than one line

-

**Deprecated**

- -

**Removed**

- -

## LBRY App v0.15

Show All Items for LBRY App v0.15

<u>**v0.15.1**</u>

09-08-2017

**Added**

- File pages now show the time of a publish. This includes a new component for rendering dates and times that can render the date and time of a block height, as well.

**Changed**

- Updated to daemon 0.15.2 to prevent a bug in USD purchases.

SEC-LBRYLIT-E-0080974

**Fixed**

- Potential fix for blank error popup when streaming (#536)
- Fixed some popups showing improperly while balance was loading (#534)
- Show a security warning when the auth token is displayed on Help.
- Some CSS changes to prevent the card row from clipping the scroll arrows after the window width is reduced below a certain point
- Clearly notify user when they try to send credits to an invalid address (#445)

## v0.15.0

08-31-2017

*Our social media team incorrectly labeled this as version 0.16. This IS a new version, it is simply 0.15.*

**Added**

- Added an Invites area inside of the Wallet. This allows users to invite others and shows the status of all past invites (including all invite data from the past year). Up to one referral reward can now be claimed, but only if the invitee passed the humanity test.
- Added new summary components for rewards and invites to the Wallet landing page.
- Added a forward button and improved history behavior. Back/forward disable when unusable.
- Added past history of rewards to the rewards page.
- Added wallet backup guide reference.
- Added a new widget for setting prices (`FormFieldPrice`), used in Publish and Settings.

**Changed**

- Updated to daemon 0.15. Most relevant changes for app are improved announcing of content and a fix for the daemon getting stuck running.
- Significant refinements to first-run process, process for new users, and introducing people to LBRY and LBRY credits.

- Changed Wallet landing page to summarize status of other areas. Refactored wallet and transaction logic.
- Added icons to missing page, improved icon and title logic.
- Changed the default price settings for priced publishes.
- When an "Open" button is clicked on a show page, if the file fails to open, the app will try to open the file's folder.
- Updated several packages and fixed warnings in build process (all but the fsevents warning, which is a rather dramatic debate)
- Some form field refactoring as we take baby steps towards form sanity.
- Replaced confusing placeholder text from email input.
- Refactored modal and settings logic.
- Refactored history and navigation logic.

**Fixed**

- Tiles will no longer be blurry on hover (Windows only bug)
- Removed placeholder values from price selection form fields, which was causing confusion that these were real values (#426)
- Fixed showing "other currency" help tip in publish form, which was caused due to not "setting" state for price
- Publish page now properly checks for all required fields are filled
- Fixed pagination styling for pages > 5 (#416)
- Fixed sizing on squat videos (#419)
- Support claims no longer show up on Published page (#384)
- Fixed rendering of small prices (#461)

- Fixed incorrect URI in Downloads/Published page (#460)
- Fixed menu bug (#503)
- Fixed incorrect URLs on some channel content (#505)
- Fixed video sizing for squat videos (#492)
- Fixed issues with small prices (#461)
- Fixed issues with negative values not being stopped by app on entry (#441)

**Deprecated**

- •

**Removed**

- Removed the label "Max Purchase Price" from settings page. It was redundant.
- Unused old files from previous commit(8c3d633)

v0.15.0rc2

08-30-2017

**Added**

- Added an Invites area inside of the Wallet. This allows users to invite others and shows the status of all past invites (including all invite data from the past year). Up to one referral reward can now be claimed, but only if both users have passed the humanity test.
- Added new summary components for rewards and invites to the Wallet landing page.
- Added a forward button and improved history behavior. Back/forward disable when unusable.
- Added past history of rewards to the rewards page.
- Added wallet backup guide reference.
- Added a new widget for setting prices (`FormFieldPrice`), used in Publish and Settings.

**Changed**

- Updated to daemon 0.15. Most relevant changes for app are improved announcing of content and a fix for the daemon getting stuck running.
- Significant refinements to first-run process, process for new users, and introducing people to LBRY and LBRY credits.

- Changed Wallet landing page to summarize status of other areas. Refactored wallet and transaction logic.
- Added icons to missing page, improved icon and title logic.
- Changed the default price settings for priced publishes.
- When an "Open" button is clicked on a show page, if the file fails to open, the app will try to open the file's folder.
- Updated several packages and fixed warnings in build process (all but the fsevents warning, which is a rather dramatic debate)
- Some form field refactoring as we take baby steps towards form sanity.
- Replaced confusing placeholder text from email input.
- Refactored modal and settings logic.
- Refactored history and navigation logic.

**Fixed**

- Tiles will no longer be blurry on hover (Windows only bug)
- Removed placeholder values from price selection form fields, which was causing confusion that these were real values (#426)
- Fixed showing "other currency" help tip in publish form, which was caused due to not "setting" state for price

SEC-LBRYLIT-E-0080976

- Publish page now properly checks for all required fields are filled
- Fixed pagination styling for pages > 5 ([#416](#))
- Fixed sizing on squat videos ([#419](#))
- Support claims no longer show up on Published page ([#384](#))
- Fixed rendering of small prices ([#461](#))
- Fixed incorrect URI in Downloads/Published page ([#460](#))
- Fixed menu bug ([#503](#))
- Fixed incorrect URLs on some channel content ([#505](#))
- Fixed video sizing for squat videos ([#492](#))
- Fixed issues with small prices ([#461](#))
- Fixed issues with negative values not being stopped by app on entry ([#441](#))

**Deprecated**

- .

**Removed**

- Removed the label "Max Purchase Price" from settings page. It was redundant.
- Unused old files from previous commit(`6e3d633`)

# LBRY App v0.14

Show All Items for LBRY App v0.14

**v0.14.3**

08-03-2017

**Added**

- Add tooltips to controls in header
- New flow for rewards authentication failure

**Changed**

- Make it clearer how to skip identity verification and add link to FAQ
- Reward-eligible content icon is now a rocket ship :D
- Change install description shown by operating systems
- Improved flow for when app is run with incompatible daemon

**Fixed**

- Corrected improper pluralization on loading screen

**v0.14.3rc3**

08-03-2017

**Added**

- Add tooltips to controls in header
- New flow for rewards authentication failure

**Changed**

- Make it clearer how to skip identity verification and add link to FAQ
- Reward-eligible content icon is now a rocket ship :D :D :D
- Change install description shown by operating systems
- Improved flow for when app is run with incompatible daemon
-

**Fixed**

- Fixed authentication race condition causing some people to miss welcome screen
- Corrected improper pluralization on loading screen
-

<u>v0.14.2</u>

07-30-2017


**Added**

- Replaced horizontal scrollbars with scroll arrows
- Featured weekly reward content shows with an orange star
- Added pagination to channel pages

**Fixed**

- Fixed requirement to double click play button on many videos
- Fixed errors from calls to `get` not bubbling correctly
- Fixed some corner-case flows that could break file pages

<u>v0.14.1</u>

07-28-2017

Identical to <u>v0.14.0</u>, except for a fix in upgrade code.

**Fixed**

- Fixed upgrade file path missing file name

<u>v0.14.0</u>

07-28-2017

This release contains some big first-run changes in anticipation of open beta (only visible to new users), support for rich markup in descriptions, and a large amount of polishing changes and bug fixes.


**Added**

- Revamped first-run and reward verification for new users.
- Support rich markup in publishing descriptions and show pages.
- Release past publishing claims (and recover LBC) via the UI
- Added transition to card hovers to smooth animation

- Use randomly colored tiles when image is missing from metadata
- Added a loading message to file actions
- URL is auto suggested in Publish Page

**Changed**

- Publishing revamped. Editing claims is much easier.
- Daemon updated from v0.13.1 to v0.14.2
- Publish page now use `claim_list` rather than `file_list`

**Fixed**

- Fixed bug with download notice when switching window focus
- Fixed newly published files appearing twice
- Fixed unconfirmed published files missing channel name
- Fixed old files from updated published claims appearing in downloaded list
- Fixed inappropriate text showing on searches
- Stop discover page from pushing jumping vertically while loading
- Restored feedback on claim amounts
- Fixed hiding price input when Free is checked on publish form
- Fixed hiding new identity fields on publish form
- Fixed files on downloaded tab not showing download progress
- Fixed downloading files that are deleted not being removed from the downloading list
- Fixed download progress bar not being cleared when a downloading file is deleted
- Fixed refresh regression after adding scroll position to history state
- Fixed app not monitoring download progress on files in progress between restarts

**Removed**

- Removed bandwidth caps from settings, because the daemon was not respecting them anyway.

**v0.14.0rc4**

07-28-2017

**This version still will not work for new users confirming identity until we get provider issues sorted out.**

This release contains some big first-run changes in anticipation of open beta, support for rich markup in descriptions, and a large amount of polishing changes and bug fixes.

**Added**

- Revamped first-run and reward verification for new users.
- Support rich markup in publishing descriptions and show pages.
- Release past publishing claims (and recover LBC) via the UI
- Added transition to card hovers to smooth animation
- Use randomly colored tiles when image is missing from metadata
- Added a loading message to file actions
- URL is auto suggested in Publish Page

**Changed**

SEC-LBRYLIT-E-0080979

- Publishing revamped. Editing claims is much easier.
- Daemon updated from v0.13.1 to v0.14.2
- Publish page now use `claim_list` rather than `file_list`

**Fixed**

- Fixed bug with download notice when switching window focus
- Fixed newly published files appearing twice
- Fixed unconfirmed published files missing channel name
- Fixed old files from updated published claims appearing in downloaded list
- Fixed inappropriate text showing on searches
- Stop discover page from pushing jumping vertically while loading
- Restored feedback on claim amounts
- Fixed hiding price input when Free is checked on publish form
- Fixed hiding new identity fields on publish form
- Fixed files on downloaded tab not showing download progress
- Fixed downloading files that are deleted not being removed from the downloading list
- Fixed download progress bar not being cleared when a downloading file is deleted
- Fixed refresh regression after adding scroll position to history state
- Fixed app not monitoring download progress on files in progress between restarts

**Removed**

- Removed bandwidth caps from settings, because the daemon was not respecting them anyway.

**v0.14.0rc2**

07-26-2017

**Binaries removed from this release until we can get verification issues sorted out.**

This release contains some big first-run changes in anticipation of open beta, support for rich markup in descriptions, and a large amount of polishing changes and bug fixes.

**Added**

- Revamped first-run and reward verification for new users.
- Support rich markup in publishing descriptions and show pages.
- Release past publishing claims (and recover LBC) via the UI
- Added transition to card hovers to smooth animation
- Use randomly colored tiles when image is missing from metadata
- Added a loading message to file actions
- URL is auto suggested in Publish Page

**Changed**

- Publishing revamped. Editing claims is much easier.
- Daemon updated from v0.13.1 to v0.14.2
- Publish page now use `claim_list` rather than `file_list`

**Fixed**

SEC-LBRYLIT-E-0080980

- Fixed bug with download notice when switching window focus
- Fixed newly published files appearing twice
- Fixed unconfirmed published files missing channel name
- Fixed old files from updated published claims appearing in downloaded list
- Fixed inappropriate text showing on searches
- Stop discover page from pushing jumping vertically while loading
- Restored feedback on claim amounts
- Fixed hiding price input when Free is checked on publish form
- Fixed hiding new identity fields on publish form
- Fixed files on downloaded tab not showing download progress
- Fixed downloading files that are deleted not being removed from the downloading list
- Fixed download progress bar not being cleared when a downloading file is deleted
- Fixed refresh regression after adding scroll position to history state
- Fixed app not monitoring download progress on files in progress between restarts

**Removed**

- Removed bandwidth caps from settings, because the daemon was not respecting them anyway.

## LBRY App v0.13

Show All Items for LBRY App v0.13

**v0.13.0**

06-30-2017

**Added**

- State is persisted through app close and re-open, resulting in faster opens
- Desktop notifications on downloads finishing
- Support webm, ogg, m4v, and a few others
- Translations added to build process
- Claim IDs are shown in your published files

**Changed**

- Upgraded to lbry daemon 0.13, including updating API signatures
- Channels resolve much faster
- Resolve is no longer cancelled on navigate
- Updated API and authentication used by rewards process
- Improved security of reward credential storage
- Additional information submitted in DMCA reports
- Switched packaging to yarn

**Removed**

- The author metadata field is no longer shown, in favor of first-class identities
- Availability is no longer checked before showing Download options, due to unreliability

**Fixed**

SEC-LBRYLIT-E-0080981

- Fix help menu force reloading whole app
- Show page updates correctly when navigating from show page to another show page
- NSFW setting respected on show page
- URI handling navigates to correct page if app is closed
- URI handling issues specific to Windows (maybe)
- Changing the NSFW setting refreshes properly (previously required app restart)

## v0.13.0rc1

06-29-2017

(If you've been following the RC's, this is close to v0.12.2rc9, but we decided it had accumulated enough features for a minor version bump)

### Added

- State is persisted through app close and re-open, resulting in faster opens
- Desktop notifications on downloads finishing (gif)
- Support webm, ogg, m4v, and a few others
- Translations added to build process
- Claim IDs are shown in your published files

### Changed

- Upgraded to lbry daemon 0.13, including updating API signatures
- Channels resolve much faster
- Resolve is no longer cancelled on navigate
- Updated API and authentication used by rewards process
- Improved security of reward credential storage
- Additional information submitted in DMCA reports
- Switched packaging to yarn

### Fixed

- Fix help menu force reloading whole app
- Show page updates correctly when navigating from show page to another show page
- NSFW setting respected on show page
- URI handling navigates to correct page if app is closed
- URI handling issues specific to Windows (maybe)
- Changing the NSFW setting refreshes properly (previously required app restart)

### Removed

- The author metadata field is no longer shown, in favor of first-class identities
- Availability is no longer checked before showing Download options, due to unreliability

## LBRY App v0.12

Show All Items for LBRY App v0.12

## v0.12.2rc9

SEC-LBRYLIT-E-0080982

Fixes bugs found in 0.12.2rc7. Despite expanded notes, most of these features were actually in 0.12.2rc7.

There is a good chance this gets released as 0.13.0 instead, as well.

**Added**

- State is persisted through app close and re-open, resulting in faster opens
- Desktop notifications on downloads finishing
- Support webm, ogg, m4v, and a few others
- Translations added to build process
- Claim IDs are shown in your published files

**Changed**

- Upgraded to lbry daemon 0.13, including updating API signatures
- Channels resolve much faster
- Resolve is no longer cancelled on navigate
- Updated API and authentication used by rewards process
- Improved security of reward credential storage
- Additional information submitted in DMCA reports
- Switched packaging to yarn

**Fixed**

- Fix help menu force reloading whole app
- Show page updates correctly when navigating from show page to another show page
- NSFW setting respected on show page
- URI handling navigates to correct page if app is closed
- URI handling issues specific to Windows (maybe)
- Changing the NSFW setting refreshes properly (previously required app restart)

**Removed**

- The author metadata field is no longer shown, in favor of first-class identities
- Availability is no longer checked before showing Download options, due to unreliability

## v0.12.2rc7

06-27-2017

0.12.1 got eaten by a goblin.

**Added**

- State is persisted through app close, resulting in faster opens
- Support webm, ogg, m4v, and a few others
- Translations added to build process

**Changed**

- Upgraded to lbry daemon 0.13, including updating API signatures
- Channels resolve much faster

SEC-LBRYLIT-E-0080983

- Resolve is no longer cancelled on navigate
- Updated API and authentication used by rewards process

**Fixed**

- Fix help menu force reloading whole app
- Show page updates correctly when navigating from show page to another show page
- URI handling navigates to correct page if app is closed

**Removed**

- The author metadata field is no longer shown, in favor of first-class identities
- Availability is no longer checked before showing Download options, due to unreliability

v0.12.2rc2

06-15-2017

0.12.1 got eaten by a goblin.

This is possibly a rough release, run at your own peril.

**Changed**

- Upgraded to lbry daemon 0.13, including updating API signatures
- Channels resolve much faster
- Internal refactor and simplification of `lbry.js`

**Fixed**

- Fix help menu force reloading whole app
- Possibly fixes file delete issue #182 (if not #182 is probably a bug in `lbry`)
- Possibly fixes startup issue #165

v0.12.0

06-09-2017

**Added**

- More file types, like audio and documents, can be streamed and/or served from the app
- App is no longer gated
- Added basic flows for new users
- Videos now have a classy loading spinner

**Changed**

- All UI strings are now rendered according to gettext standard, in prep for i18n
- Reward and user logic re-written in Redux
- Switched to new fee metadata format

SEC-LBRYLIT-E-0080984

**Fixed**

- If a daemon is running but unresponsive, startup is no longer blocked indefinitely
- Updated deprecated LBRY API call signatures
- App scrolls to the top of the page on navigation
- Download progress works properly for purchased but deleted files
- Publish channels for less than 1 LBC

v0.12.0rc7

06-09-2017

**Added**

- More file types, like audio and documents, can be streamed and/or served from the app
- App is no longer gated
- Added basic flows for new users
- Videos now have a classy loading spinner

**Changed**

- All UI strings are now rendered according to gettext standard, in prep for i18n
- Reward and user logic re-written in Redux
- Switched to new fee metadata format

**Fixed**

- If a daemon is running but unresponsive, startup is no longer blocked indefinitely
- Updated deprecated LBRY API call signatures
- App scrolls to the top of the page on navigation
- Download progress works properly for purchased but deleted files
- Publish channels for less than 1 LBC

v0.12.0rc6

06-07-2017

**Added**

- More file types, like audio and documents, can be streamed and/or served from the app

**Changed**

- All UI strings are now rendered according to gettext standard, in prep for i18n
- Daemon updated to be 0.11.0rc1 (in anticipation of releasing this with 0.11 proper)
- JS is now formatted via Prettier
- Claims stored locally more efficiently and logically

**Fixed**

- If a daemon is running but unresponsive, startup is no longer blocked indefinitely

SEC-LBRYLIT-E-0080985

- Updated deprecated LBRY API call signatures
- App scrolls to the top of the page on navigation
- Download progress works properly for purchased but deleted files
- App version shows up correct in release candidates

## v0.12.0rc3

06-05-2017

**Added**

- More file types, like audio and documents, can be streamed and/or served from the app

**Changed**

- All UI strings are now rendered according to gettext standard, in prep for i18n
- Daemon updated to be 0.11.0rc1 (in anticipation of releasing this with 0.11 proper)

**Fixed**

- If a daemon is running but unresponsive, startup is no longer blocked indefinitely
- Updated deprecated LBRY API call signatures
- App scrolls to the top of the page on navigation
- Download progress works properly for purchased but deleted files

## v0.12.0rc2

06-05-2017

**Added**

- More file types, like audio and documents, can be streamed and/or served from the app

**Changed**

- All UI strings are now rendered according to gettext standard, in prep for i18n
- Daemon updated to be 0.11.0rc1 (in anticipation of releasing this with 0.11 proper)

**Fixed**

- If a daemon is running but unresponsive, startup is no longer blocked indefinitely
- Updated deprecated LBRY API call signatures
- App scrolls to the top of the page on navigation
- Download progress works properly for purchased but deleted files

## v0.12.0rc1

06-05-2017

**Added**

- More file types, like audio and documents, can be streamed and/or served from the app

SEC-LBRYLIT-E-0080986

**Changed**

- All UI strings are now rendered according to gettext standard, in prep for i18n

**Fixed**

- If a daemon is running but unresponsive, startup is no longer blocked indefinitely
- Updated deprecated LBRY API call signatures
- App scrolls to the top of the page on navigation
- Download progress works properly for purchased but deleted files

## LBRY App v0.11

Show All Items for LBRY App v0.11

### v0.11.9

06-01-2017

**Fixed**

- Windows upgrade process fix
- Upgrade process on Mac and Linux will open the file rather than the folder

### v0.11.8

05-31-2017

**Fixed**

- "This email address is already in use" error is dead
- Version upgrade check on help page works properly

### v0.11.7

05-30-2017

**Changed**

- Video player switched from plyr to render-media

**Fixed**

- Video player should behave better on streaming
- Daemon times out more quickly when it cannot start
- Connection should fail more cleanly, rather than get stuck entirely
- Closing modal dialogs was broken on some download and stream errors
- Discover landing page improperly showed loading error when it was loading correctly

### v0.11.6

05-29-2017

**Changed**

- Do not use a separate claim cache for publishes

**Fixed**

- Upgrade process should now works on Windows
- Crudely handle failed publishes missing outpoints

## v0.11.5

05-28-2017

**Fixed**

- Eliminated instance of costs being double fetched
- Fixed issue preventing file re-download
- Fixed race condition that could prevent file playback
- Fixed issue with batch actions and thunk

## v0.11.3

05-26-2017

**Fixed**

- Fixed always showing welcome message on run
- "Fixed" upgrade process
- Version info now shows properly on Help page
- Claim info is properly accessed on Publish page

## v0.11.0

05-25-2017

**Added**

- Entire app re-written to use Redux as state store. Far saner and faster. Will also increase productivity moving forward.
- Channel page shows content published in channel.
- URI handling. Clicking links like lbry://what will open the app and appropriate URI on all OSes. There is a known bug in Linux that causes two clients to open, however.
- File cards have an icon indicating you posses that file.
- Download directory setting now uses a proper dialog.
- Movie player automatically shows if the file has already been downloaded.

**Changed**

- Plyr replaces mediaelement as the movie player.

**Fixed**

- Publisher indicator on show pages and file cards/tiles will now always show the proper channel name.
- Performance improvements related to avoiding duplicate fetches.
- Fix incorrect prompt on empty published page

SEC-LBRYLIT-E-0080988

v0.11.0rc1

05-25-2017
*No description*

## LBRY App v0.10

Show All Items for LBRY App v0.10

v0.10.1rc1

05-21-2017
*No description*

v0.10.0

05-04-2017

# LBRY 0.10 - The Omnibar Edition

This release includes major changes to the look and feel of the app. The left menu and search box are gone, replaced by a browser-like bar at the top of the page. The homepage is redesigned to highlight several popular categories of content. On first run, the app offers a (very brief) tutorial on what you can do, and rewards you for trying out new features (rewards require an invite at the moment, to prevent abuse).

Under the hood, the app is faster and more responsive. The latest daemon brings improvements in reliability and caching of name resolutions, among other things.

**New UI**

**Full Changelog**

**Added**

- The UI has been overhauled to use an omnibar and drop the sidebar.
- Redesigned homepage
- New welcome flow for new users
- The app is much more responsive when switching pages. It no longer reloads the entire page and all assets on each page change.
- New publishes now display immediately in My Files, even before they hit the lbrynet file manager.
- Code signing of binary on Windows

**Changed**

- Update process now easier and more reliable
- Updated search to be compatible with new Lighthouse servers
- Cleaned up shutdown logic
- Support lbry v0.10 API signatures
- Add special support for building channel claims in lbryuri module
- Handle more of price calculations at the daemon layer to improve page load time
- lbry.js now offers a subscription model for wallet balance similar to file info.
- You can now make API calls directly on the lbry module, e.g. lbry.peer_list()
- New-style API calls return promises instead of using callbacks
- Wherever possible, use outpoints for unique IDs instead of names or SD hashes

**Fixed**

- Fix Watch page and progress bars for new API changes
- Fixed file info subscribes not being unsubscribed in unmount.
- Fixed drawer not highlighting selected page.

<u>**v0.10.0rc8**</u>

05-02-2017
*No description*

<u>**v0.10.0rc6**</u>

04-25-2017
*No description*

<u>**v0.10.0rc5**</u>

04-18-2017
*No description*

<u>**v0.10.0rc4**</u>

04-17-2017

- New first-run experience
- Redesigned UI
- Support for new claim API

## LBRY App v0.9

Show All Items for LBRY App v0.9

<u>**v0.9.2rc3**</u>

03-29-2017

**lbry**

**Added**

- Create wallet_unused_address API command
- Add `claim_id` parameter to `get`, used to specify non-default claim for `name`

**Changed**

- wallet_new_address API command always returns new address
- Improved ConnectionManager speed
- Remove unused `stream_info` parameter in `get`

<u>**v0.9.2rc2**</u>

03-25-2017

**lbry**

SEC-LBRYLIT-E-0080990

**Added**

- Add `wallet_list` command
- Add checks for missing/extraneous params when calling jsonrpc commands
- Added colors to cli error messages

**Changed**

- Removed check_pending logic from Daemon
- Switched to txrequests so requests can use twisted event loop
- Renamed API command file_seed to file_set_status

**Fixed**

- Fix restart procedure in DaemonControl
- Create download directory if it doesn't exist
- Fixed descriptor_get
- Fixed jsonrpc_reflect()
- Fixed api help return
- Fixed API command descriptor_get
- Fixed API command transaction_show
- Fixed error handling for jsonrpc commands

## v0.9.2rc1

03-21-2017

### lbry

**Added**

- Add `wallet_list` command

**Changed**

- Dont add expected payment to wallet when payment rate is 0

**Fixed**

- Fixed descriptor_get
- Fixed jsonrpc_reflect()
- Fixed api help return
- Fixed API command descriptor_get
- Fixed API command transaction_show
- Handle failure to decode claim cache file

## v0.9.1

03-17-2017

### Daemon

**Added**

SEC-LBRYLIT-E-0080991

- publish API command can take metadata fields as arguments
- Added `reflect_uploads` config to disable reflecting on upload
- Added `--version` flag

**Changed**

- Removed `simplejson` dependency in favor of bulitin `json`

**Fixed**

- Fix wallet_public_key API command
- Fixed jsonrpc_reflect()
- Fixed api help return

### App

**Fixed**

- Fixed upgrade process
- Fixed progress bar
- Fix Watch page and progress bars for new API changes

v0.9.0

03-14-2017

# The Electronification

This release packages the LBRY daemon and interface together into an Electron app. It also features a whole bunch of improvements to both the daemon and the UI. Here's the full rundown:

### Daemon

**Added**

- Add file filters: `claim_id`, `outpoint`, and `rowid`
- Make loggly logs less verbose

**Changed**

- Remove unused upload_allowed option
- Remove code related to packaging as that step is now done in the electron client
- Remove lbryum version check; use lbry-electron as version source
- Include download url in version check
- Add blockchain status to jsonrpc_status
- Change file filter `uri` to `name` and return field `lbry_uri` to `name`
- Refactor file_list, add `full_status` argument to populate resource intensive fields
- Remove deprecated file commands: `get_lbry_files`, `get_lbry_file`, and `file_get`
- Remove deprecated `delete_lbry_file` command
- Return standard file json from `get`

**Fixed**

- Added timeout to ClientProtocol
- Add check for when local height of wallet is less than zero
- Fixed ExchangeRateManager freezing the app
- Fixed download not timing out properly when downloading sd blob
- Added string comparison to ClaimOutpoint (needed to look things up by outpoint)
- Remove unused API commands from daemon
- Fix file filter `outpoint`
- Made dictionary key names in API commmand outputs to be more consistent

## Interface

### Added

- "Back to LBRY" button on Watch page

### Changed

- In error modal, hide details in expandable section
- Use local file for publishing
- Use local file and html5 for video playback
- Misc changes needed to make UI compatible with electron
- Improved ability to style FormFields and form field labels
- Refactored Publish page to use form field changes
- Open and reveal files using Electron instead of daemon

### Fixed

- On load screen, always show Cancel link if a previous page is available
- When user hits "Watch," don't check balance if download already started
- Restore UI version on Help page
- Fix sorting on My Files page
- A way to access the Developer Settings panel in Electron (Ctrl-Shift and click logo)
- Option in Developer Settings to toggle developer menu

## Lbryum

### Changed

- Improve packaging of data files to support building with pyinstaller
- Make key names in dictionary outputs more consistent

### Fixed

- Make requests for individual headers after requesting chunks

## Daemon binary

The corresponding standalone daemon binaries are available here.

v0.9.0rc17

03-10-2017

SEC-LBRYLIT-E-0080993

**lbry**

**Fixed**

- Added string comparison to ClaimOutpoint (needed to look things up by outpoint)
- Remove unused API commands from daemon
- Fix file filter `outpoint`
- Made dictionary key names in API commmand outputs to be more consistent

**lbryum**

**Changed**

- Make key names in dictionary outputs more consistent

**v0.9.0rc15**

03-09-2017

**lbry**

**Added**

- Add file filters: `claim_id`, `outpoint`, and `rowid`
- Make loggly logs less verbose

**Changed**

- Change file filter `uri` to `name` and return field `lbry_uri` to `name`
- Refactor file_list, add `full_status` argument to populate resource intensive fields
- Remove deprecated file commands: `get_lbry_files`, `get_lbry_file`, and `file_get`
- Remove deprecated `delete_lbry_file` command
- Return standard file json from `get`

**Fixed**

- Added string comparison to ClaimOutpoint (needed to look things up by outpoint)
- Remove unused API commands from daemon
- Fix file filter `outpoint`

**lbry-web-ui**

**Added**

- A way to access the Developer Settings panel in Electron (Ctrl-Shift and click logo)
- Option in Developer Settings to toggle developer menu

**Changed**

- Open and reveal files using Electron instead of daemon

**v0.9.0rc14**

SEC-LBRYLIT-E-0080994

**lbry**

**Fixed**

- Fixed ExchangeRateManager freezing the app
- Fixed download not timing out properly when downloading sd blob

**lbry-web-ui**

**Changed**

- Improved ability to style FormFields and form field labels
- Refactored Publish page to use form field changes

v0.9.0rc11

02-27-2017

**lbry**

**Fixed**

- Added timeout to ClientProtocol
- Add check for when local height of wallet is less than zero

**lbry-web-ui**

**Added**

- "Back to LBRY" button on Watch page

**Changed**

- In error modal, hide details in expandable section

**Fixed**

- On load screen, always show Cancel link if a previous page is available
- When user hits "Watch," don't check balance if download already started
- Restore UI version on Help page
- Fix sorting on My Files page

**lbryum**

**Fixed**

- Make requests for individual headers after requesting chunks

v0.9.0rc10

02-22-2017
*No description*

v0.9.0rc9

SEC-LBRYLIT-E-0080995

**lbry**

**Changed**

- Add blockchain status to jsonrpc_status

## lbry-web-ui

**Changed**

- Use local file for publishing
- Use local file and html5 for video playback
- Misc changes needed to make UI compatible with electron

v0.9.0rc8

02-21-2017
*No description*

v0.9.0rc7

02-21-2017

**lbry**

**Changed**

- Remove unused upload_allowed option
- Remove code related to packaging as that step is now done in the electron client
- Remove lbryum version check; use lbry-electron as version source
- Include download url in version check

## lbry-web-ui

**Changed**

- Use local file for publishing
- Use local file and html5 for video playback
- Misc changes needed to make UI compatible with electron

## lbryum

**Changed**

- Improve packaging of data files to support building with pyinstaller

v0.9.0rc6

02-17-2017

Release

v0.9.0rc5

SEC-LBRYLIT-E-0080996

02-17-2017

Release

**v0.9.0rc4**

02-16-2017

Release

**v0.9.0rc3**

02-15-2017

Release

**v0.9.0rc1**

02-15-2017

Release

**v0.9.0rc0**

02-10-2017

Release

## LBRY Protocol v0.19 (latest)

Show All Items for LBRY Protocol v0.19

**v0.19.1rc2**

03-09-2018

## [0.19.1rc2] - 2018-03-09

### Fixed

- fixed the inconsistencies in API and CLI docstrings
- `blob_announce` error when announcing a single blob
- `blob_list` error when looking up blobs by stream or sd hash

### Deprecated

- `report_bug` jsonrpc command

### Changed

- reflector server to periodically check and set `should_announce` for sd and head blobs instead of during each request
- reflector server to use `SQLiteStorage` to find needed blob hashes for a stream
- file manager startup to not block daemon startup

### Added

- scripts to autogenerate documentation

SEC-LBRYLIT-E-0080997

**Removed**

- short(single dashed) arguments for `lbrynet-cli`

v0.19.1rc1

03-08-2018

## [0.19.1rc1] - 2018-03-08

**Fixed**

- fixed the inconsistencies in API and CLI docstrings
- `blob_announce` error when announcing a single blob
- `blob_list` error when looking up blobs by stream or sd hash

**Deprecated**

- `report_bug` jsonrpc command

**Changed**

- reflector server to periodically check and set `should_announce` for sd and head blobs instead of during each request
- reflector server to use `SQLiteStorage` to find needed blob hashes for a stream

**Added**

- scripts to autogenerate documentation

**Removed**

- short(single dashed) arguments for `lbrynet-cli`

v0.19.0

03-03-2018

## [0.19.0] - 2018-03-02

**Fixed**

- improper parsing of arguments to CLI settings_set ([#930](#930))
- unnecessarily verbose exchange rate error ([#984](#984))
- value error due to a race condition when saving to the claim cache ([#1013](#1013))
- being unable to re-download updated content ([#951](#951))
- sending error messages for failed api requests
- file manager startup being slow when handling thousands of files
- handling decryption error for blobs encrypted with an invalid key
- handling stream with no data blob ([#905](#905))
- fetching the external ip
- `blob_list` returning an error with --uri parameter and incorrectly returning `[]` for streams where blobs are known ([#895](#895))

SEC-LBRYLIT-E-0080998

- `get` failing with a non-useful error message when given a uri for a channel claim
- exception checking in several wallet unit tests
- daemon not erring properly for non-numeric values being passed to the `bid` parameter for the `publish` method
- `publish` command to allow updating claims with a `bid` amount higher than the wallet balance, so long as the amount is less than the wallet balance plus the bid amount of the claim being updated ([#748](#))
- incorrect `blob_num` for the stream terminator blob, which would result in creating invalid streams. Such invalid streams are detected on startup and are automatically removed ([#1124](#))

## Deprecated

- `channel_list_mine`, replaced with `channel_list`
- `get_availability`, replaced with `stream_availability`

## Changed

- dht tests to only be in one folder
- config file format of `known_dht_nodes`, `lbryum_servers`, and `reflector_servers` to lists of `hostname:port` strings
- startup of `lbrynet-daemon` to block on the wallet being unlocked if it is encrypted
- `publish` to verify the claim schema before trying to make the claim and to return better error messages
- `channel_list_mine` to be instead named `channel_list`
- `channel_list` to include channels where the certificate info has been imported but the claim is not in the wallet
- file objects returned by `file_list` and `get` to contain `claim_name` field instead of `name`
- `name` filter parameter for `file_list`, `file_set_status`, `file_reflect`, and `file_delete` to be named `claim_name`
- `metadata` field in file objects returned by `file_list` and `get` to be a [Metadata object](#)
- assumption for time it takes to announce single hash from 1 second to 5 seconds
- HTTP error codes for failed api requests, conform to [http://www.jsonrpc.org/specification#error_object](http://www.jsonrpc.org/specification#error_object) (previously http errors were set for jsonrpc errors)
- api requests resulting in errors to return less verbose tracebacks
- logging about streams to not include file names (only include sd hashes)
- wallet info exchange to re-use addresses, this was a significant source of address bloat in the wallet
- lbrynet to not manually save the wallet file and to let lbryum handle it
- internals to use reworked lbryum `payto` command
- dht `Node` class to re-attempt joining the network every 60 secs if no peers are known
- lbrynet database and file manager to separate the creation of lbry files (from downloading or publishing) from the handling of a stream. All files have a stream, but not all streams may have a file. ([#1020](#))
- manager classes to use new `SQLiteStorage` for database interaction. This class uses a single `lbrynet.sqlite` database file.

## Added

- link to instructions on how to change the default peer port
- `lbrynet-console`, a tool to run or connect to lbrynet-daemon and launch an interactive python console with the api functions built in.
- `--conf` CLI flag to specify an alternate config file
- `peer_port`, `disable_max_key_fee`, `auto_renew_claim_height_delta`, `blockchain_name`, and `lbryum_servers` to configurable settings
- `wallet_unlock` command (available during startup to unlock an encrypted wallet)
- support for wallet encryption via new commands `wallet_decrypt` and `wallet_encrypt`
- `channel_import`, `channel_export`, and `claim_renew` commands
- `blob_availability` and `stream_availability` commands for debugging download issues
- a new startup stage to indicate if the daemon is waiting for the `wallet_unlock` command.
- `abandon_info` dictionary (containing `claim_name`, `claim_id`, `address`, `amount`, `balance_delta` and `nout`) for claims, supports, and updates returned by `transaction_list`
- `permanent_url` string to `channel_list_mine`, `claim_list`, `claim_show`, `resolve` and `resolve_name` (see [lbryio/lbryum#203](#))
- `is_mine` boolean to `channel_list` results

SEC-LBRYLIT-E-0080999

- `txid`, `nout`, `channel_claim_id`, `channel_claim_name`, `status`, `blobs_completed`, and `blobs_in_stream` fields to file objects returned by `file_list` and `get`
- `txid`, `nout`, `channel_claim_id`, and `channel_claim_name` filters for `file` commands (`file_list`, `file_set_status`, `file_reflect`, and `file_delete`)
- unit tests for `SQLiteStorage` and updated old tests for relevant changes ([#1088](#))

## Removed

- `seccure` and `gmpy` dependencies
- support for positional arguments in cli `settings_set`. Now only accepts settings changes in the form `--setting_key=value`
- `auto_re_reflect` setting from the conf file, use the `reflect_uploads` setting instead
- `name` argument for `claim_show` command
- `message` response field in file objects returned by `file_list` and `get`
- `include_tip_info` argument from `transaction_list`, which will now always include tip information.
- old and unused UI related code
- unnecessary `TempBlobManager` class
- old storage classes used by the file manager, wallet, and blob manager
- old `.db` database files from the data directory

# LBRY Protocol v0.18

Show All Items for LBRY Protocol v0.18

## v0.18.2

01-24-2018

### [0.18.2] - 2018-01-24

**Fixed**

- Fixed import error in Wallet.py
- Fixed fetching the external ip in v0.18.1

## v0.18.1

01-22-2018

### [0.18.1] - 2018-01-22

**Fixed**

- Fixed fetching the external ip

## v0.18.0

11-08-2017

### [0.18.0] - 2017-11-08

**Fixed**

- Fixed amount of close nodes to add to list in case of extension to neighbouring k-buckets
- Fixed external IP detection via jsonip.com (avoid detecting IPv6)
- Fixed failing ConnectionManager unit test for parallel connections

- Fixed race condition between `publish` and `channel_new`
- Fixed incorrect response on attempting to delete blob twice
- Fixed local node ID reporting in peer list

## Changed

- Bumped `lbryschema` requirement to 0.0.14 [see changelog](#)
- Bumped `lbryum` requirement to 3.1.11 [see changelog](#)
- Moved BLOB_SIZE from conf.py to MAX_BLOB_SIZE in blob/blob_file.py

## Added

- Added `utxo_list` command to list unspent transaction outputs
- Added redundant API server for currency conversion

## Removed

- Removed some alternate methods of reading from blob files
- Removed `@AuthJSONRPCServer.queued` decorator

# LBRY Protocol v0.17

Show All Items for LBRY Protocol v0.17

v0.17.1

10-25-2017

## [0.17.1] - 2017-10-25

### Fixed

- Fixed slow startup for nodes with many lbry files
- Fixed setting the external ip on startup
- Fixed session startup not blocking on joining the dht
- Fixed several parsing bugs that prevented replacing dead dht contacts
- Fixed lbryid length validation
- Fixed an old print statement that polluted logs
- Fixed rpc id length for dht requests

### Changed

- Bumped `lbryschema` requirement to 0.0.13 [see changelog](#)
- Bumped `lbryum` requirement to 3.1.10 [see changelog](#)
- Use the first port available for the peer and dht ports, starting with the provided values (defaults of 3333 and 4444). This allows multiple lbrynet instances in a LAN with UPnP.
- Detect a UPnP redirect that didn't get cleaned up on a previous run and use it
- Bumped jsonschema requirement to 2.6.0
- Refactor some assert statements to accommodate the PYTHONOPTIMIZE flag set for Android.

### Added

- Added `wallet_prefill_addresses` command, which distributes credits to multiple addresses

SEC-LBRYLIT-E-0081001

v0.17.1rc1

10-23-2017

## [0.17.1rc1] - 2017-10-23

### Fixed

- Fixed slow startup for nodes with many lbry files
- Fixed setting the external ip on startup
- Fixed session startup not blocking on joining the dht
- Fixed a bug that prevented replacing dht contacts
- Fixed lbryid length validation
- Fixed an old print statement that polluted logs

v0.17.0

10-12-2017

## [0.17.0] - 2017-10-12

### Fixed

- Fixed handling cancelled blob and availability requests
- Fixed redundant blob requests to a peer
- Fixed #923
- Fixed concurrent reflects opening too many files
- Fixed cases when reflecting would fail on error conditions
- Fixed deadlocks from occuring during blob writes
- Fixed and updated `lbrynet.tests.dht`
- Fixed redundant dht id
- Fixed dht `ping` method
- Fixed raising remote exceptions in dht
- Fixed hanging delayedCall in dht node class
- Fixed logging error in dht when calling or receiving methods with no arguments
- Fixed IndexError in routingTable.findCloseNodes which would cause an empty list to be returned
- Fixed bug where last blob in a stream was not saved to blob manager

### Deprecated

- Deprecated `blob_announce_all` JSONRPC command. Use `blob_announce` instead.

### Changed

- Bumped `lbryschema` requirement to 0.0.12 see changelog
- Bumped `lbryum` requirement to 3.1.9 see changelog
- Announcing by head blob is turned on by default
- Updated reflector server dns
- Moved tests into the lbrynet package.

### Added

- Added WAL pragma to sqlite3

SEC-LBRYLIT-E-0081002

- Added unit tests for `BlobFile`
- Updated exchange rate tests for the lbry.io api
- Use `hashlib` for sha384 instead of `pycrypto`
- Use `cryptography` instead of `pycrypto` for blob encryption and decryption
- Use `cryptography` for PKCS7 instead of doing it manually
- Use `BytesIO` buffers instead of temp files when processing blobs
- Refactored and pruned blob related classes into `lbrynet.blobs`
- Changed several `assert`s to raise more useful errors
- Added ability for reflector to store stream information for head blob announce
- Added blob announcement information to API call status with session flag

## Removed

- Removed `TempBlobFile`
- Removed unused `EncryptedFileOpener`

## v0.17.0rc16

10-11-2017

# [0.17.0rc16] - 2017-10-11

## Fixed

- Fixed handling cancelled blob and availability requests
- Fixed redundant blob requests to a peer
- Fixed [#923](#923)
- Fixed concurrent reflects opening too many files
- Fixed cases when reflecting would fail on error conditions
- Fixed deadlocks from occuring during blob writes
- Fixed and updated `lbrynet.tests.dht`
- Fixed redundant dht id
- Fixed dht `ping` method
- Fixed raising remote exceptions in dht
- Fixed hanging delayedCall in dht node class
- Fixed logging error in dht when calling or receiving methods with no arguments
- Fixed IndexError in routingTable.findCloseNodes which would cause an empty list to be returned

## Deprecated

- Deprecated `blob_announce_all` JSONRPC command. Use `blob_announce` instead.

## Changed

- Announcing by head blob is turned on by default
- Updated reflector server dns
- Moved tests into the lbrynet package.

## Added

- Added WAL pragma to sqlite3
- Added unit tests for `BlobFile`
- Updated exchange rate tests for the lbry.io api
- Use `hashlib` for sha384 instead of `pycrypto`

SEC-LBRYLIT-E-0081003

- Use `cryptography` instead of `pycrypto` for blob encryption and decryption
- Use `cryptography` for PKCS7 instead of doing it manually
- Use `BytesIO` buffers instead of temp files when processing blobs
- Refactored and pruned blob related classes into `lbrynet.blobs`
- Changed several `assert`s to raise more useful errors
- Added ability for reflector to store stream information for head blob announce
- Added blob announcement information to API call status with session flag

## Removed

- Removed `TempBlobFile`
- Removed unused `EncryptedFileOpener`

## v0.17.0rc15

10-11-2017

# [0.17.0rc15] - 2017-10-11

## Fixed

- Fixed handling cancelled blob and availability requests
- Fixed redundant blob requests to a peer
- Fixed #923
- Fixed concurrent reflects opening too many files
- Fixed cases when reflecting would fail on error conditions
- Fixed deadlocks from occuring during blob writes
- Fixed and updated `lbrynet.tests.dht`
- Fixed redundant dht id
- Fixed dht `ping` method
- Fixed raising remote exceptions in dht
- Fixed hanging delayedCall in dht node class
- Fixed logging error in dht when calling or receiving methods with no arguments
- Fixed IndexError in routingTable.findCloseNodes which would cause an empty list to be returned

## Deprecated

- Deprecated `blob_announce_all` JSONRPC command. Use `blob_announce` instead.

## Changed

- Announcing by head blob is turned on by default
- Updated reflector server dns
- Moved tests into the lbrynet package.

## Added

- Added WAL pragma to sqlite3
- Added unit tests for `BlobFile`
- Updated exchange rate tests for the lbry.io api
- Use `hashlib` for sha384 instead of `pycrypto`
- Use `cryptography` instead of `pycrypto` for blob encryption and decryption
- Use `cryptography` for PKCS7 instead of doing it manually
- Use `BytesIO` buffers instead of temp files when processing blobs

SEC-LBRYLIT-E-0081004

- Refactored and pruned blob related classes into `lbrynet.blobs`
- Changed several `assert`s to raise more useful errors
- Added ability for reflector to store stream information for head blob announce
- Added blob announcement information to API call status with session flag

**Removed**

- Removed `TempBlobFile`
- Removed unused `EncryptedFileOpener`

## v0.17.0rc14

10-11-2017

## [0.17.0rc14] - 2017-10-11

### Fixed

- Fixed handling cancelled blob and availability requests
- Fixed redundant blob requests to a peer
- Fixed #923
- Fixed concurrent reflects opening too many files
- Fixed cases when reflecting would fail on error conditions
- Fixed deadlocks from occuring during blob writes
- Fixed and updated `lbrynet.tests.dht`
- Fixed redundant dht id
- Fixed dht `ping` method
- Fixed raising remote exceptions in dht
- Fixed hanging delayedCall in dht node class
- Fixed logging error in dht when calling or receiving methods with no arguments
- Fixed IndexError in routingTable.findCloseNodes which would cause an empty list to be returned

### Deprecated

- Deprecated `blob_announce_all` JSONRPC command. Use `blob_announce` instead.

### Changed

- Announcing by head blob is turned on by default
- Updated reflector server dns
- Moved tests into the lbrynet package.

### Added

- Added WAL pragma to sqlite3
- Added unit tests for `BlobFile`
- Updated exchange rate tests for the lbry.io api
- Use `hashlib` for sha384 instead of `pycrypto`
- Use `cryptography` instead of `pycrypto` for blob encryption and decryption
- Use `cryptography` for PKCS7 instead of doing it manually
- Use `BytesIO` buffers instead of temp files when processing blobs
- Refactored and pruned blob related classes into `lbrynet.blobs`
- Changed several `assert`s to raise more useful errors
- Added ability for reflector to store stream information for head blob announce

SEC-LBRYLIT-E-0081005

• Added blob announcement information to API call status with session flag

**Removed**

• Removed `TempBlobFile`
• Removed unused `EncryptedFileOpener`

<u>v0.17.0rc13</u>

10-09-2017

## [0.17.0rc13] - 2017-10-09

### Fixed

• Fixed handling cancelled blob and availability requests
• Fixed redundant blob requests to a peer
• Fixed [#923](#923)
• Fixed concurrent reflects opening too many files
• Fixed cases when reflecting would fail on error conditions
• Fixed deadlocks from occuring during blob writes

### Deprecated

• Deprecated `blob_announce_all` JSONRPC command. Use `blob_announce` instead.

### Changed

• Announcing by head blob is turned on by default
• Updated reflector server dns
• Moved tests into the lbrynet package.

### Added

• Added WAL pragma to sqlite3
• Added unit tests for `BlobFile`
• Updated exchange rate tests for the lbry.io api
• Use `hashlib` for sha384 instead of `pycrypto`
• Use `cryptography` instead of `pycrypto` for blob encryption and decryption
• Use `cryptography` for PKCS7 instead of doing it manually
• Use `BytesIO` buffers instead of temp files when processing blobs
• Refactored and pruned blob related classes into `lbrynet.blobs`
• Changed several `assert`s to raise more useful errors
• Added ability for reflector to store stream information for head blob announce
• Added blob announcement information to API call status with session flag

### Removed

• Removed `TempBlobFile`
• Removed unused `EncryptedFileOpener`

<u>v0.17.0rc8</u>

SEC-LBRYLIT-E-0081006

## [0.17.0rc8] - 2017-09-29

### Fixed

- Fixed handling cancelled blob and availability requests
- Fixed redundant blob requests to a peer
- Fixed [#923](#923)

### Deprecated

- Deprecated `blob_announce_all` JSONRPC command. Use `blob_announce` instead.

### Changed

- Bumped `lbryschema` requirement to 0.0.12rc1 [see changelog](#)
- Bumped `lbryum` requirement to 3.1.9rc1 [see changelog](#)
- Announcing by head blob is turned on by default
- Updated reflector server dns

### Added

- Added WAL pragma to sqlite3
- Added unit tests for `BlobFile`
- Updated exchange rate tests for the lbry.io api
- Use `hashlib` for sha384 instead of `pycrypto`
- Use `cryptography` instead of `pycrypto` for blob encryption and decryption
- Use `cryptography` for PKCS7 instead of doing it manually
- Use `BytesIO` buffers instead of temp files when processing blobs
- Refactored and pruned blob related classes into `lbrynet.blobs`
- Changed several `assert`s to raise more useful errors

### Removed

- Removed `TempBlobFile`
- Removed unused `EncryptedFileOpener`

[v0.17.0rc7](#)

09-28-2017

## [0.17.0rc7] - 2017-09-28

### Fixed

- Fixed handling cancelled blob and availability requests
- Fixed redundant blob requests to a peer
- Fixed blob download history

### Deprecated

- Deprecated `blob_announce_all` JSONRPC command. Use `blob_announce` instead.

SEC-LBRYLIT-E-0081007

**Changed**

- Bumped `lbryschema` requirement to 0.0.12rc1 see changelog
- Bumped `lbryum` requirement to 3.1.9rc1 see changelog
- Announcing by head blob is turned on by default
- Updated reflector server dns
- Improved download analytics
- Improved download errors by distinguishing a data timeout from a sd timeout

**Added**

- Added WAL pragma to sqlite3
- Added unit tests for `BlobFile`
- Updated exchange rate tests for the lbry.io api
- Use `hashlib` for sha384 instead of `pycrypto`
- Use `cryptography` instead of `pycrypto` for blob encryption and decryption
- Use `cryptography` for PKCS7 instead of doing it manually
- Use `BytesIo` buffers instead of temp files when processing blobs
- Refactored and pruned blob related classes into `lbrynet.blobs`
- Changed several `assert`s to raise more useful errors

**Removed**

- Removed `TempBlobFile`
- Removed unused `EncryptedFileOpener`

## LBRY Protocol v0.16

Show All Items for LBRY Protocol v0.16

v0.16.4

10-02-2017

### [0.16.4] - 2017-10-02

**Changed**

- Temporarily disable blob analytics report

v0.16.3

09-28-2017

### [0.16.3] - 2017-09-28

**Fixed**

- Fixed blob download history

**Changed**

- Improved download analytics
- Improved download errors by distinguishing a data timeout from a sd timeout

SEC-LBRYLIT-E-0081008

09-26-2017

## [0.16.2] - 2017-09-26

### Fixed

- Fixed [#771](#) (handle when a certificate is missing for a signed claim in `claim_list_mine`)

v0.16.1

09-20-2017

## [0.16.1] - 2017-09-20

### Fixed

- Fixed `transaction_list` doc string
- Fixed ([in lbryum](#)) batched queries responsible for making transaction and tip histories slow

### Changed

- Bumped `lbryum` requirement to 3.1.8 [see changelog](#)

v0.16.0

09-18-2017

## [0.16.0] - 2017-09-18

### Added

- Added new options related to seeking and announcing by head blob. This is expected to significantly increase network performance once enough nodes have updated. Options to seek by head blob are on by default in this version.
- Added `include_tip_info` param to `transaction_list` API call

### Changed

- Bumped `lbryschema` requirement to 0.0.11 [see changelog](#).
- Bumped `lbryum` requirement to 3.1.7 [see changelog](#).
- Updated exchange rate logic and exchange rate tests.

### Fixed

- Fixed uncaught error when shutting down after a failed daemon startup.
- Fixed spelling error in documentation.

v0.16.0rc8

09-11-2017

## [0.16.0rc8] - 2017-09-11

SEC-LBRYLIT-E-0081009

**Fixed**

- Fixed uncaught error when shutting down after a failed daemon startup

**Changed**

- Updated exchange rate tests for the lbry.io api
- Bumped `lbryschema` requirement to 0.0.11rc1 see changelog
- Bumped `lbryum` requirement to 3.1.7rc5 see changelog

**Added**

- Added option to announce head blob only if seeding
- Added option to download by seeking head blob first
- By default, option to download seeking head blob first is turned on
- Added `include_tip_info` param to `transaction_list` API call

### v0.16.0rc7

09-07-2017

## [0.16.0rc7] - 2017-09-07

**Fixed**

- Fixed uncaught error when shutting down after a failed daemon startup

**Changed**

- Updated exchange rate tests for the lbry.io api
- Bumped `lbryschema` requirement to 0.0.11rc1 see changelog
- Bumped `lbryum` requirement to 3.1.7rc5 see changelog

**Added**

- Added option to announce head blob only if seeding
- Added option to download by seeking head blob first
- Added `include_tip_info` param to `transaction_list` API call

## LBRY Protocol v0.15

Show All Items for LBRY Protocol v0.15

### v0.15.2

09-07-2017

## [0.15.2] - 2017-09-07

**Changed**

- Use lbry.io exchange rate API instead of google finance

v0.15.1

08-22-2017

## [0.15.1] - 2017-08-22

### Changed

- Bumped `lbryschema` requirement to 0.0.10 see changelog
- Bumped `lbryum` requirement to 3.1.6 see changelog
- Persist DHT node id

### Added

- Android platform detection in lbrynet/conf.py
- androidhelpers module for determining base file paths

v0.15.0

08-15-2017

## [0.15.0] - 2017-08-15

### Fixed

- Fixed reflector server blocking the `received_blob` reply on the server announcing the blob to the dht
- Fixed incorrect formatting of "amount" fields
- Fixed handling of SIGINT, SIGTERM.
- Fixed shutdown sequence
- Fix error when resolving an integer

### Deprecated

- The API will no longer be served at the /lbryapi path. It will now be at the root.
- Deprecated `send_amount_to_address` in favor of `wallet_send`

### Changed

- Renamed `reflect` command to `file_reflect`
- Allow IP addresses to be configured as reflector servers, not just host names.
- Return list of blobs that were reflected from `file_reflect`

### Added

- Added `wallet_send`, a command to send credits and tips
- Added `reflector` keyword parameter to `file_reflect` command
- Added configuration options for auto re-reflect
- Added option to abandon by txid/nout

## LBRY Protocol v0.14

Show All Items for LBRY Protocol v0.14

v0.14.3

SEC-LBRYLIT-E-0081011

## [0.14.3] - 2017-08-04

**Fixed**

- Fixed incorrect formatting of "amount" fields

**Added**

- Added validation of currencies.
- Added blob_announce API command

**Removed**

- Removed TempBlobManager

v0.14.3rc6

08-02-2017

## [0.14.3rc6] - 2017-08-02

**Fixed**

- Fixed incorrect formatting of "amount" fields

**Added**

- Added validation of currencies.
- Added blob_announce API command

v0.14.2

07-24-2017

## [0.14.2] - 2017-07-24

**Fixed**

- Fix for #750
- Fixed inconsistencies in claim_show output
- Fixed daemon process hanging when started without an internet connection
- Fixed #774
- Fix XDG compliance on Linux (#574)
- Fixed #760
- Fixed default directories bug

**Changed**

- claim_show API command no longer takes name as argument
- Linux default downloads folder changed from `~/Downloads` to `XDG_DOWNLOAD_DIR`
- Linux folders moved from the home directory to `~/.local/share/lbry`
- Windows folders moved from `%AppData%/Roaming` to `%AppData%/Local/lbry`

SEC-LBRYLIT-E-0081012

**Added**

- Add link to instructions on how to change the default peer port
- Add `peer_port` to settings configurable using `settings_set`
- Added an option to disable max key fee check.

<u>**v0.14.2rc5**</u>

07-17-2017

## [0.14.2rc5] - 2017-07-17

**Fixed**

- Fix for [#750](#750)
- Fixed inconsistencies in claim_show output
- Fixed daemon process hanging when started without an internet connection
- Fixed [#774](#774)

**Changed**

- claim_show API command no longer takes name as argument

**Added**

- Add link to instructions on how to change the default peer port
- Add `peer_port` to settings configurable using `settings_set`
- Added an option to disable max key fee check.

<u>**v0.14.2rc4**</u>

07-14-2017

## [0.14.2rc4] - 2017-07-14

**Fixed**

- Fix for [#750](#750)
- Fixed daemon process hanging when started without an internet connection
- Fixed [#774](#774)

**Added**

- Add link to instructions on how to change the default peer port
- Add `peer_port` to settings configurable using `settings_set`
- Added an option to disable max key fee check.

<u>**v0.14.1**</u>

07-07-2017

**Fixed**

- Fixed timeout behaviour when calling API command get
- Fixed #765

v0.14.0

07-05-2017

**Added**

- Missing docstring for `blob_list`
- Added convenient import for setting up a daemon client, `from lbrynet.daemon import get_client`
- Added unit tests for CryptBlob.py

**Changed**

- Change `max_key_fee` setting to be a dictionary with values for `currency` and `amount`
- Renamed `lbrynet.lbryfile` to `lbrynet.lbry_file`
- Renamed `lbrynet.lbryfilemanager` to `lbrynet.file_manager`
- Renamed `lbrynet.lbrynet_daemon` to `lbrynet.daemon`
- Initialize lbrynet settings when configuring an api client if they are not set yet
- Updated lbryum imports
- Improve error message when resolving a claim fails using the "get" command

**Removed**

- Removed unused settings from conf.py and `settings_set`
- Removed download_directory argument from API command get

**Fixed**

- Fixed some log messages throwing exceptions
- Fix shutdown of the blob tracker by Session
- Fixed claim_new_support docstrings
- Fixed BlobManager causing functional tests to fail, removed its unneeded manage() loop
- Increased max_key_fee
- Fixed unit tests on appveyor Windows build
- Fixed #692

# LBRY Protocol v0.13

Show All Items for LBRY Protocol v0.13

v0.13.1

06-16-2017

**Added**

- Add `claim_send_to_address`
- Add `change_address` argument to `publish`
- Add `unique_contacts` count to `status` response

**Changed**

- Support resolution of multiple uris with `resolve`, all results are keyed by uri
- Add `error` responses for failed resolves
- Add `claim_list_by_channel`, supports multiple channel resolution
- Rename delete_target_file argument of delete API command to delete_from_download_dir
- Rename delete_all CLI flag -a to --delete_all

## Removed

- Remove `claims_in_channel` from `resolve` response

## Fixed

- Race condition from improper initialization and shutdown of the blob manager database
- Various fixes for GetStream class used in API command get
- Download analytics error
- Fixed flag options in file_delete API command

### v0.13.1rc2

06-15-2017
*No description*

### v0.13.1rc1

06-14-2017

## Added

- Add `claim_send_to_address`
- Add `change_address` argument to `publish`
- Add `error` responses for failed resolves
- Add `claim_list_by_channel`, supports multiple channel resolution
- Add `unique_contacts` count to `status` response

## Changed

- Support resolution of multiple uris with `resolve`, all results are keyed by uri
- Rename `delete_target_file` argument of `file_delete` to `delete_from_download_dir`
- Rename `file_delete` CLI flag `-a` to `--delete_all`

## Fixed

- Race condition from improper initialization and shutdown of the blob manager database
- Various fixes for GetStream class used in API command get
- Download analytics error
- Fixed flag options in file_delete API command

## Removed

- Remove `claims_in_channel` from `resolve` response
-

## LBRY Protocol v0.12

SEC-LBRYLIT-E-0081015

Show All Items for LBRY Protocol v0.12

### v0.12.2rc2

06-12-2017
*No description*

### v0.12.2rc1

06-12-2017

Note: these changes are incompatible with lbry-app v0.12.0

**Added**

- Add error responses for failed resolves
- Add claim_list_by_channel, supports multiple channel resolution
- Add `claim_send_to_address`
- Add `change_address` argument to `publish`

**Changed**

- Support resolution of multiple uris with resolve, all results are keyed by uri

**Removed**

- Remove claims_in_channel from resolve response

### v0.12.1rc1

06-12-2017

**Added**

- Add error responses for failed resolves
- Add claim_list_by_channel, supports multiple channel resolution
- Add claim_send_to_address

**Changed**

- Support resolution of multiple uris with resolve, all results are keyed by uri

**Removed**

- Remove claims_in_channel from resolve response

### v0.12.0rc1

06-09-2017

Note: these changes are incompatible with lbry-app v0.12.0

**Changed**

SEC-LBRYLIT-E-0081016

- Support resolution of multiple uris with `resolve`, all results are keyed by uri
- Add `error` responses for failed resolves
- Add `claim_list_by_channel`, supports multiple channel resolution

**Removed**

- Remove `claims_in_channel` from `resolve` response
- 

# LBRY Protocol v0.11

Show All Items for LBRY Protocol v0.11

### v0.11.1rc1

06-09-2017
*No description*

### v0.11.0

06-09-2017

**Added**

- Added claim_address option to publish API command
- Added message for InsufficientFundsError exception
- Add CLI docs
- Add `dht_status` parameter to `status` to include bandwidth and peer info
- Positional and flag arguments in lbrynet-cli

**Changed**

- Prevent publish of files with size 0
- Do not catch base exception in API command resolve
- Get version information locally instead of via api for cli
- Changed keyword arguments in lbrynet-cli to use a -- prefix
- Using the help function in lbrynet-cli no longer requires lbrynet-daemon to be running
- Update `publish` to use {'currency': ..., 'address': ..., 'amount'} format for fee parameter, previously used old {currency: {'address': ..., 'amount': ...}} format
- Allow claim_show to be used without specifying name

**Deprecated**

- Old fee metadata format in publish API command is deprecated, throw relevant exception
- Remove deprecated `lbrynet.metadata` and update what used it to instead use `lbryschema`
- Removed deprecated `get_best_blockhash`
- Removed deprecated `is_running`
- Removed deprecated `daemon_status`
- Removed deprecated `is_first_run`
- Removed deprecated `get_lbry_session_info`
- Removed deprecated `get_time_behind_blockchain`
- Removed deprecated `get_settings`
- Removed deprecated `set_settings`
- Removed deprecated `get_balance`
- Removed deprecated `stop`
- Removed deprecated `get_claim_info`

SEC-LBRYLIT-E-0081017

- Removed deprecated `stop_lbry_file`
- Removed deprecated `start_lbry_file`
- Removed deprecated `get_est_cost`
- Removed deprecated `abandon_claim`
- Removed deprecated `support_claim`
- Removed deprecated `get_my_claim`
- Removed deprecated `get_name_claims`
- Removed deprecated `get_claims_for_tx`
- Removed deprecated `get_transaction_history`
- Removed deprecated `get_transaction`
- Removed deprecated `address_is_mine`
- Removed deprecated `get_public_key_from_wallet`
- Removed deprecated `get_new_address`
- Removed deprecated `get_block`
- Removed deprecated `descriptor_get`
- Removed deprecated `download_descriptor`
- Removed deprecated `get_peers_for_hash`
- Removed deprecated `announce_all_blobs_to_dht`
- Removed deprecated `get_blob_hashes`
- Removed deprecated `reflect_all_blobs`
- Removed deprecated `get_start_notice`

**Fixed**

- Download analytics error
- Fix licenseUrl field in `publish`

### v0.11.0rc3

06-08-2017
*No description*

### v0.11.0rc2

06-08-2017
*No description*

### v0.11.0rc1

06-05-2017
*No description*

## LBRY Protocol v0.10

Show All Items for LBRY Protocol v0.10

### v0.10.4rc1

06-01-2017
*No description*

### v0.10.3

05-23-2017

**Added**

- Add decorator to support queueing api calls
- Added force option to API command resolve

**Changed**

- Added optional `address` and `include_unconfirmed` params to `jsonrpc_wallet_balance` method
- Wait for subscriptions before announcing wallet has finished starting
- Cache claims in wallet storage for use looking claims up by id or outpoint
- Try to use cached claim info for `file_list`
- Convert wallet storage to inlinecallbacks
- Improve internal name_metadata sqlite table

**Fixed**

- Fix race condition in publish that resulted in claims being rejected when making many publishes concurrently

### v0.10.3rc4

05-20-2017
*No description*

### v0.10.3rc3

05-16-2017
*No description*

### v0.10.3rc1

05-04-2017
*No description*

### v0.10.2

05-03-2017

**Fixed**

- Minor fix of build detection

### v0.10.1

05-03-2017

**Changed**

- Stop checking for lbry-app updates
- Add missing metrics

**Fixed**

- Fix multiple reactor.stop() calls
- Properly shut down lbryum wallet from lbrynet
- Set LBRYumWallet.config upon initialization, fixes attribute error

<u>v0.10.1rc2</u>

05-02-2017
*No description*

<u>v0.10.1rc1</u>

04-27-2017

- Stop checking for lbry-app updates
- Added missing metrics

<u>v0.10.0</u>

04-25-2017

### URIs and Publisher Identity (aka Channels)

This release has the finished (for now) version of publisher identity commands (aka channels). Use `channel_new` to create a new channel, `channel_list_mine` to see your channels, and the `channel_name` field in `publish` to publish content into a channel you've created.

This also includes the <u>LBRY URI schema</u> spec for resolving names within the LBRY protocol. See <u>the uri description</u> for more info

Full changelog:

**Added**

- Add `claim_id` parameter to `claim_show`
- Add `hex` field to claim responses for the raw claim value
- Add an `error` field to to file responses if an error occurs
- Use `claim_id` instead of outpoint for `claim_abandon`
- Add `channel_name` parameter to `publish`
- Add `delete_all` parameter to `file_delete` to allow deleting multiple files
- Add `channel_list_mine` command, which lists a user's channels
- Add `channel_new` command, which creates new channels
- Add `resolve` command, which resolves lbry uris
- Add `channel_name` to claim and file responses where applicable
- Add `lbryschema_version` to response from `version`
- Added call to `get_address_balance` when `address` conditional returns true
- Added `address` conditional to `jsonrpc_wallet_balance`
- Added `get_address_balance` method to the `Wallet` class

**Changed**

- Return None (instead of errors) if a uri cannot be resolved
- Use `uri` instead of `name` for `get_availability` and `stream_cost_estimate`, update cost estimate for lbryschema
- Use lbryschema library for metadata
- Use `uri` instead of `name` for `get`, remove explicit `claim_id` parameter
- Increase default download timeout
- Use lbry.io api for exchange rate data
- Added optional `address` and `include_unconfirmed` params to `jsonrpc_wallet_balance` method
- Wait for subscriptions before announcing wallet has finished starting

**Fixed**

SEC-LBRYLIT-E-0081020

- Removed update_metadata function that could cause update problems
- Fix DHT contact bug
- fix `file_list` for files with bad signatures
- return None from resolve commands when nothing is found
- return lbry files with claims that are abandoned
- fix unhelpful error messages in `publish` and `channel_new`
- fix stream_cost_estimate throwing exception on non decodeable claims
- fixed signing of Windows binaries
- fixed a few pylint warnings

## LBRY Protocol v0.9

Show All Items for LBRY Protocol v0.9

**v0.9.2rc24**

04-12-2017

### Channels Prerelease

This prerelease has the first public version of publisher identity commands (aka channels). Use `channel_new` to create a new channel, `channel_list_mine` to see your channels, and the `channel_name` field in `publish` to publish content into a channel you've created.

This also includes the LBRY URI schema spec for resolving names within the LBRY protocol.

If you notice any bugs or weird behavior, please file an issue or message us on Slack.

Full changelog:

### Added

- Add `claim_id` parameter to `claim_show`
- Add `hex` field to claim responses for the raw claim value
- Add an `error` field to to file responses if an error occurs
- Use `claim_id` instead of outpoint for `claim_abandon`
- Add `claim_name` parameter to `publish`
- Add `delete_all` parameter to `file_delete` to allow deleting multiple files
- Add `channel_list_mine` command, which lists a user's channels
- Add `channel_new` command, which creates new channels
- Add `resolve` command, which resolves lbry uris
- Add `channel_name` to claim and file responses where applicable

### Changed

- Return None (instead of errors) if a uri cannot be resolved
- Use `uri` instead of `name` for `get_availability` and `stream_cost_estimate`, update cost estimate for lbryschema
- Use lbryschema library for metadata
- Use `uri` instead of `name` for `get`, remove explicit `claim_id` parameter
- Increase default download timeout
- Use lbry.io api for exchange rate data

### Fixed

- Removed update_metadata function that could cause update problems
- Fix DHT contact bug

SEC-LBRYLIT-E-0081021

- fix `file_list` for files with bad signatures
- return None from resolve commands when nothing is found
- return lbry files with claims that are abandoned
- fix unhelpful error messages in `publish` and `channel_new`

### v0.9.2rc3

03-29-2017

**Added**

- Create wallet_unused_address API command
- Add `claim_id` parameter to `get`, used to specify non-default claim for `name`

**Changed**

- wallet_new_address API command always returns new address
- Improved ConnectionManager speed
- Remove unused `stream_info` parameter in `get`

### v0.9.2rc2

03-25-2017

**Added**

- Add `wallet_list` command
- Add checks for missing/extraneous params when calling jsonrpc commands
- Added colors to cli error messages

**Changed**

- Removed check_pending logic from Daemon
- Switched to txrequests so requests can use twisted event loop
- Renamed API command file_seed to file_set_status

**Fixed**

- Fix restart procedure in DaemonControl
- Create download directory if it doesn't exist
- Fixed descriptor_get
- Fixed jsonrpc_reflect()
- Fixed api help return
- Fixed API command descriptor_get
- Fixed API command transaction_show
- Fixed error handling for jsonrpc commands

### v0.9.2rc1

03-21-2017

**Added**

- Add `wallet_list` command

SEC-LBRYLIT-E-0081022

**Changed**

- Dont add expected payment to wallet when payment rate is 0

**Fixed**

- Fixed descriptor_get
- Fixed jsonrpc_reflect()
- Fixed api help return
- Fixed API command descriptor_get
- Fixed API command transaction_show
- Handle failure to decode claim cache file

## v0.9.1

03-17-2017

**Added**

- Added `--version` flag
- Added `lbrynet-cli` executable to control daemon from command line
- publish API command can take metadata fields as arguments
- Added `reflect_uploads` config to disable reflecting on upload

**Changed**

- Removed `simplejson` dependency in favor of bulitin `json`

**Fixed**

- Fixed jsonrpc_reflect()
- Fixed api help return
- Fix wallet_public_key API command

## v0.9.0

03-14-2017

**Added**

- Add file filters: `claim_id`, `outpoint`, and `rowid`
- Make loggly logs less verbose

**Changed**

- Remove unused upload_allowed option
- Remove code related to packaging as that step is now done in the electron client
- Remove lbryum version check; use lbry-electron as version source
- Include download url in version check
- Add blockchain status to jsonrpc_status
- Change file filter `uri` to `name` and return field `lbry_uri` to `name`
- Refactor file_list, add `full_status` argument to populate resource intensive fields

SEC-LBRYLIT-E-0081023

- Remove deprecated file commands: `get_lbry_files`, `get_lbry_file`, and `file_get`
- Remove deprecated `delete_lbry_file` command
- Return standard file json from `get`


**Fixed**

- Added timeout to ClientProtocol
- Add check for when local height of wallet is less than zero
- Fixed ExchangeRateManager freezing the app
- Fixed download not timing out properly when downloading sd blob
- Added string comparison to ClaimOutpoint (needed to look things up by outpoint)
- Remove unused API commands from daemon
- Fix file filter `outpoint`
- Made dictionary key names in API commmand outputs to be more consistent


### v0.9.0rc17

03-10-2017

**Fixed**

- Added string comparison to ClaimOutpoint (needed to look things up by outpoint)
- Remove unused API commands from daemon
- Fix file filter `outpoint`
- Made dictionary key names in API commmand outputs to be more consistent


### v0.9.0rc15

03-09-2017

**Added**

- Add file filters: `claim_id`, `outpoint`, and `rowid`
- Make loggly logs less verbose


**Changed**

- Change file filter `uri` to `name` and return field `lbry_uri` to `name`
- Refactor file_list, add `full_status` argument to populate resource intensive fields
- Remove deprecated file commands: `get_lbry_files`, `get_lbry_file`, and `file_get`
- Remove deprecated `delete_lbry_file` command
- Return standard file json from `get`


**Fixed**

- Added string comparison to ClaimOutpoint (needed to look things up by outpoint)
- Remove unused API commands from daemon
- Fix file filter `outpoint`


### v0.9.0rc11

02-27-2017

SEC-LBRYLIT-E-0081024

**Fixed**

- Added timeout to ClientProtocol
- Add check for when local height of wallet is less than zero

# LBRY Protocol v0.8

Show All Items for LBRY Protocol v0.8

### v0.8.7

02-21-2017
*No description*

### v0.8.6

02-20-2017
*No description*

### v0.8.5

02-18-2017

Release

### v0.8.4

02-17-2017
*No description*

### v0.8.3

02-15-2017

**Fixed**

- Add better logging to help track down #478
- Catch UnknownNameErrors when resolving a name. #479

### v0.8.3rc3

02-14-2017

**Changed**

- make connection manager unit testeable

**Fixed**

- Change EWOULDBLOCK error in DHT to warning. #481
- mark peers as down if it fails download protocol
- Made hash reannounce time to be adjustable to fix #432

### v0.8.2

02-02-2017
*No description*

## v0.8.1

02-01-2017

### Changed

- reflect all the blobs in a stream
- change command line flags so that the more common usage is the default
- change daemon function signatures to include names arguments

### Fixed

- disable verbose twisted logs
- improved wallet balance calculations
- fix block too deep error

## v0.8.0

01-24-2017

# Daemon

### Maintenance

- renamed api endpoints
- improved command line user experience
- integrate twisted logging with python logging
- Updated READMEs

### Bug Fixes

- Fixed bug where ConnectionManager wasn't being stopped
- Fixed: #343
- Stop hanging if github is down
- paths for debian package have been updated to be correct
- improved output of the publish command

## LBRY Protocol v0.7

Show All Items for LBRY Protocol v0.7

## v0.7.12

01-04-2017

# Daemon

### Maintenance

- the DHT was causing high cpu usage; profiled and reduced usage
- improved DHT shutdown process
- Improved linting
- start migrating to using twisted's inlineCallbacks
- improved startup sequence; UI now launches almost instantly
- replace settings code, removing unqlite dependency

SEC-LBRYLIT-E-0081026

- improved blob announcement
- improved wallet initialization
- more wallet unit tests
- upgrade jsonrpc server to support v2; CLI now gives good error messages

**Bug Fixes**

- report a bug now works
- fixed get_value_for_name bug
- fix in auth.server
- fixed bug where broadcast_transaction function would not return a deferred

# UI

- added sorting to My Files page
- added developer settings page, including the ability to choose custom Lighthouse servers
- My Files and Discover pages now work reliably even if Lighthouse servers aren't available
- fixed missing imports on watch and report bug pages
- fixed several pages that weren't loading on IE because it doesn't support the ES6 Symbol type
- the published tab of the My Files page now consistently shows your own claims rather than the winning claim for that name
- use much more accurate new Lighthouse servers
- made search box work on pages other than Discover
- restored the dewey decimals message while search results are loading (the "no results" message was showing instead)

[v0.7.11](#)

12-17-2016

 Accidentally deleted release 0.7.10
so doing a quick release with an
updated build to fix ssl errors on OSX

[v0.7.9](#)

12-09-2016

Fixes a critical bug preventing downloading and viewing of content.

See [#322](#) for more details

[v0.7.8](#)

12-03-2016

**Maintenance**

- Surface the LBRY ID to the UI
- Better identify claims with nOut and txid
- Downgrade log statements in wallet to debug

**Bug fixes**

- better handling when a user has no files

SEC-LBRYLIT-E-0081027

- handle `rc` properly when deciding to alert for upgrading
- fix `auto-connect` for lbryum
- require nameclaims to be non-empty
- require nameclaim big to be non-zero
- stop using keep-alive for analytics events
- broke and then fixed the settings page

There was an issue in the build process with macOS on v0.7.7 so we fixed that and bumped the version number.

<u>v0.7.6</u>

11-16-2016

**Maintenance**

- Bleeding edge builds are now public and contain a snapshot of the UI
- Improved startup and shutdown logging, and related error reporting
- Alert and confirmation boxes have been switched to React modal boxes
- unhandled errors from JSONRPC are now surfaced to the user

**Bug fixes**

- re-allow lbrycrd wallet to be specified as a command line argument
- fix double shutdown message on osx
- fallback to old json config if yaml one is not present
- better error handling when looking up an unclaimed name
- filenames with unicode characters can now be published
- on publish page, claim and bid amounts are displayed exactly

<u>v0.7.5</u>

11-02-2016

**Maintenance**

- Rewrote configuration; application can now be configured using environment variables in addition to a config file and the hard-coded defaults. This will allow us to better test the application using testnet and regtest.
- Made the logging consistent across platforms; will allow better visibility into errors
- Truncate text using clampjs

**Bug fixes**

- Improved startup sequence, eliminating some bugs there.
- Catch and report on startup errors instead of silently failing
- My Files tab sometimes continually displayed a loading screen even when there weren't any files.
- Bug fix related to name-claim takeovers / updates
- Don't fail when checking for updates and github is down
- Buttons now submit when the user hits enter

## LBRY Protocol v0.6

<u>Show All Items for LBRY Protocol v0.6</u>

<u>v0.6.10</u>

SEC-LBRYLIT-E-0081028

**Patch Release**

Fixes a bug in lbryum where recently name claims were failing to resolve.

See lbryio/lbryum@ad80e24

v0.6.9

10-20-2016

**Features**

- Added data pricing negotiation between clients and hosts, rather than fixed fees.
- Default hosting rates have been reduced.

**Maintenance**

- Reworked metadata validation to use jsonschema. This will allow much faster iterations of the LBRY metadata definitions.
- Improved metadata migration

**Bug fixes**

- Fix import error in Mac / Windows applications
- Include jsonschema files for Windows
- Other Windows fixes
- Other smaller bug fixes
- Fix is_generous and negotiation related bugs

v0.6.3

10-02-2016

**Features**

- Add better streaming support for partially downloaded files. Previously, seeking had been broken for some files.
- Add API call to get the name claims that you own

**Maintenance**

- Improvements to testing and continuous integration
- Remove LBRY prefix on class names

## LBRY Protocol v0.4

Show All Items for LBRY Protocol v0.4

v0.4.9

09-16-2016

This release contains security updates and bug fixes, updating is strongly recommended.

SEC-LBRYLIT-E-0081029

**Security Fixes**

- sandbox loaded html pages to prevent access to the lbrynet jsonrpc api.
- block api calls from bad origins

**Features**

- signed msi for windows
- lbrynet-daemon command line for windows
- exclude credits in name claims from displayed balance

v0.4.2

08-29-2016
*No description*

v0.4.1

08-29-2016
*No description*

v0.4.0

08-28-2016

 -reflector hosting of all publications
-metadata versioning
-windows support

## LBRY Protocol v0.3

Show All Items for LBRY Protocol v0.3

v0.3.22

08-26-2016

fix access-control-allow-origin to not allow downloaded files to run api commands

v0.3.21

08-23-2016

#135
#136

v0.3.20

08-21-2016

#127
#132
#133

v0.3.19

08-18-2016

SEC-LBRYLIT-E-0081030

fix browser caching issue

## v0.3.18

08-17-2016
*No description*

## v0.3.17

08-09-2016
*No description*

## v0.3.16

08-09-2016
*No description*

## v0.3.15

08-09-2016
*No description*

## v0.3.14

08-07-2016
*No description*

## v0.3.13

08-03-2016
*No description*

## v0.3.12

07-30-2016

Metadata versioning, multiple currency support, get_claim_info, and fuzzy search

## v0.3.11

07-27-2016
*No description*

## v0.3.10

07-21-2016
*No description*

## v0.3.9

07-21-2016

Temporary (hot) fix for stream downloads

## v0.3.8

07-18-2016

This release changes the default wallet back to lbryum.

SEC-LBRYLIT-E-0081031

If your LBC balance is in your lbrycrd wallet - you can either run LBRY using the lbrycrd wallet or you can transfer your balance to the lbryum wallet.

Talk to us on https://lbry.slack.com/ if you need some help.

**v0.3.7**

07-17-2016

# Don't install this release!

The lbryum servers are functioning again and a new release will be cut soon that sets lbryum as the default wallet.

This release reverts the default wallet back to lbrycrd

**v0.3.6**

07-12-2016

Now with lbryum!

**v0.3.5**

07-07-2016
*No description*

**v0.3.4**

07-06-2016
*No description*

**v0.3.3**

07-05-2016
*No description*

**v0.3.2**

07-05-2016
*No description*

**0.3.1**

07-05-2016

make lbrycrddpath.conf if it doesnt exist, point to binary in app
make download directory if it doesn't exist, if the directory can't be made default to home

**v0.3.0.2**

07-04-2016
*No description*

**v0.3.0.1**

07-04-2016
*No description*

**real blockchain**

SEC-LBRYLIT-E-0081032

supports real blockchain via lbrycrd wallet, lbryum soon to come!

## LBRY Protocol v0.2

Show All Items for LBRY Protocol v0.2

**v0.2.5**

06-07-2016
*No description*

**v0.2.4**

05-06-2016

-include lbry uri, claim txid, and current claim value in lbry_file

-lbryum 2.6.0.4 returns what's needed to write claim data to sqlite, fix lbrynet to make sure it doesnt store duplicates

-add waiting_for_credits to loading screen to force user to not try to download something before credits show up, a common source of timeout errors

-get --wallet=lbrycrd working, lbrycrdd should be run separately, it is not bundled in the app. added set_miner and get_miner_status commands

**v0.2.3**

05-06-2016

Now with video streaming �

**v0.2.2**

04-18-2016

v0.2.2

Show Earlier Releases

## What's Next?

Get LBRY Experience digital abundance.

- Subscribe to our email list.
- Join us on Twitter, Facebook, Reddit, Discord.

## Keep Learning

- Read "Art in the Internet Age", an introductory essay.
- Find out about the team behind LBRY.
- Check out the latest news.
- Read our Frequently Asked Questions.

Home
Get
Learn
News

SEC-LBRYLIT-E-0081033

Twitter
Facebook
Reddit
Discord
GitHub

SEC-LBRYLIT-E-0081034