**CONFIDENTIAL**

**EXHIBIT**

**29**

21-cv-00260-PB

1          UNITED STATES DISTRICT COURT

2            DISTRICT OF NEW HAMPSHIRE

3

4    SECURITIES AND EXCHANGE    ) Civil Action No.
     COMMISSION,                ) 1:21-cv-00260-PB
5              Plaintiff,       )
                                )
6         vs.                   ) VOLUME 1
                                ) (Pages 1 to 162)
7    LBRY, INC.,                )
               Defendant.       )
8    _____)

9

10

11

12          CONFIDENTIAL DEPOSITION OF

13            JAMES A. GOLDSTEIN

14              HELD VIA WEBEX

15          FRIDAY, JANUARY 7, 2022

16               9:36 a.m.

17

18

19

20

21

22

23

24   REPORTED BY:
     Jane M. Werner, RMR, CRR
     Massachusetts CSR No. 149008
25   JOB No. 220107DWA

1

CONFIDENTIAL

```
 1   moment would be impossible.
 2        Q    Sometimes a slide refreshes your recollection.
 3   That's why we ask these questions.
 4             So looking at this slide, does this refresh
 5   your recollection at all even of what a Product Roadmap
 6   is.
 7        A    Of course.
 8        Q    What's a Product Roadmap?
 9        A    A Product Roadmap is -- you know, no software
10   product is ever done.  There's always a list of
11   additional things that will continue to make it better
12   and better.  And those are often laid out as a Product
13   Roadmap.
14        Q    And was that something that LBRY had laid out?
15   A Product Roadmap?
16        A    That's what this slide would suggest.
17        Q    Well, just more in general, did LBRY have a
18   roadmap for the development of its products?
19        A    Yes.
20        Q    Now, on the next page ending 1785, it's
21   titled, "LBRY owns 40% of Currency (LBC)."  Do you see
22   that?
23        A    I do.
24        Q    I think previously you had referenced
25   something about a pie chart?
```

57