Title: Audio Archive of Ask Me Anything (AMA) with Jeremy Kauffman, July 9, 2020 in the LBRY Discord
Link: https://lbry.tv/@lbry:3f/Jeremy-LBRY-Inc-AMA:4

 lbry.tv                                                                 Log In   Sign Up



0:10 / 1:02:35                                                                    1x

## Audio Archive of Ask Me Anything (AMA) with Jeremy Kauffman, July 9, 2020 in the LBRY Discord

July 16th, 2020

5,072 views                                                       Support   72 Reposts   Share

**LBRY**
@lbry                                                                                    Follow

Timecodes are provided below so you can jump to any of the questions or subjects of interest. We'll be having more sessions like this in the future, and you can get involved with the LBRY project by joining the LBRY Discord server.

1:30 - Live Streaming
3:45 - LBRY.tv vs Desktop App.
6:45 - What is LBRY Inc.'s commitment to freedom of expression
9:00 - LBRY Ease of Use
11:00 - LBRY as a Blockchain
14:30 - Getting LBC onto more Exchanges
20:45 - Altonomy Partnership
24:45 - LBRY Inc. DMCA
27:00 - LBRY Inc. Rewards Program
32:45 - Is LBRY Inc. Going to Start Marketing LBRY?
35:45 - Pancakes or Hotdogs?
36:15 - Scheduling Releases @AltCoinCollege
38:15 - LBRY Playlists
38:30 - Any plans to add personal website integration or browser extension apis?
40:30 - Advance Security Features
43:45 - Can Creators Bundle their Content? @DigitalCashNetwork
44:15 - Can an autocaption feature be added? @mgclabs
48:30 - Can we use the LBRY logo on this? @Racecation
49:15 - Will we be able to play games on LBRY again?
50:00 - When GIPHY Sync tool? @BlizzardDGB
51:30 - Will comments become immutable and be able to receive tips and support? Will encrypted messages be added to LBRY? The Desert Lynx
52:45 - Any development on a reposts tab? @LBRYanoUnited
54:00 - Why isn't LBRY telemetry opt-in? MashPoe
55:15 - Can we see where payments come from? @OzFlor
56:45 - Paid Subscriptions? EatDosTacos
58:25 - Can I host content without having to watch it? Kamots
58:45 - When iOS App? Property
59:15 - Will rewards for hosting content ever exist?
59:30 - Why don't the numbers always match up?
60:00 - How is the price of content enforced? GardenApple

#ama  #streaming  #crypto  #lbry  #news

Help.me
(redacted)

Others
(redacted)

Language
en
File Type
(redacted)

License
None
(redacted)

Less                                                                                      13:28






Unstoppable Domains Live AMA 8/17
(redacted) 1 year ago


Binance Will List Filecoin (FIL) - Deposit FIL and Wi...
(redacted) 8 months ago


Bitcoin is making us RICH, but can Litecoin hit $150?
@CRYPTOWENDYO 23 days ago


HUGE NEWS FOR BITCOIN - Weekly close above...
@CRYPTOWENDYO 3 months ago



Ad
Hate these? Log in to try it or purchase this app for an ad-free experience.


TOP CHEAP QUALITY ALTCOINS!!! Massive...
@visionTech 3 months ago


I Present The Depth Levels of Web Logs or Education...
(redacted) 6 months ago


WARNING!!! THIS COIN PUMPED 1800%!!! TOO...
(redacted) 5 months ago


WOW!! BITCOIN HEAVILY UNDERVALUED!! $341,00...
(redacted) 6 months ago


LIVE! Nixops "Daniel Jones" blockchain developer on...
(redacted) 6 months ago


Trade Bot Secrets: The Crypto Trading Bots Behin...
(redacted) 2 years ago


Unstoppable AMA #1
(redacted) 1 year ago


20151111-1400 Human Will & Desire Principles Q&A
(redacted) 5 months ago


Decentralized Video On LBRY - Julien Chandra |...
(redacted) 1 month ago


CHINESE BANKS ADOPT CRYPTO!!! Secret...
(redacted) 4 months ago


The World As Will and Idea, Vol. 1 of 3 by Arthur...
(redacted) 4 months ago


(chats) - introspection, psychology and your...
(redacted) 1 year ago

Captured by FireShot Pro: 13 January 2021, 13:38:53

**EXHIBIT**

**31**

21-cv-00260-PB

SEC-LBRYLIT-E-0017151



SEC-LBRYLIT-E-0017152