

# r/lbry

**Posts**   Reddit Tipbot

Posted by u/dank4us12 1 year ago

## Sell or hold?

Sorry if this is the wrong place to post this. I'm dual mining Eth and lbry. I normally hold all of my coins, but I have been selling LBRY for BTC.

Saw the recent price increase today and wondered if now would be a good time to sell. Saw that the all time high was $0.66 back in July.

I'm wondering if the price increases are connected to something with LBRY, or just a general increase due to almost all coins going up. Thoughts?

3 Comments   Share   ···                                              84% Upvoted



This thread is archived
New comments cannot be posted and votes cannot be cast

SORT BY   OLD ▼

▲ Bigfonzie  2 points · 1 year ago
▼ I think its due to all alt coins going up recently, as well as being a good idea.

   Share  Report  Save

▲ dank4us12 🔑 2 points · 1 year ago
▼ I love the idea. Hope it catches on. Was mainly wondering if there was some big news that jumped the price up.

   Share  Report  Save

▲ thomaszarebczan  7 points · 1 year ago
▼ LBC actually hit a high over $1 back in June/July :)

   We hope to keep improving the app, protocol and continue our content acquisition process. Our goal is to create value for the LBC token and we hope our current path does so organically

   Share  Report  Save



EXHIBIT
34
21-cv-00260-PB