

EXHIBIT
40
21-cv-00260-PB

Try LBRY     Menu

# What is LBRY doing with non-mined Credits?

« Back to FAQ

LBRY, Inc. controls a significant number of LBRY Credits (LBC). At the inception of the blockchain, it was 400,000,000 LBC.

This document outlines LBRY, Inc. policies, disclosures and intentions in administering those Credits. Its purpose is to ensure we operate forthrightly and in the best interests of the LBRY community.

## Credit overview

The initial 400m Credits are broken down as follows:

| NAME | AMOUNT | PURPOSE | WALLET (INITIAL) | WALLET (CURRENT) |
|---|---|---|---|---|
| Community | 200m | Rewards to early adopters, new users, and community contributions. | link | link |
| Operational | 100m | To allow LBRY, Inc. to function and profit. | link | link |
| Institutional | 100m | For strategic partnerships or assistance with charities, non-profits, or other institutions. | link | link |

## Quarterly reports

LBRY issues a quarterly report every 3 months in January, April, July, and October, covering the preceding 3 full months. These reports outline the corresponding transaction history as the current state of LBRY, Inc.'s balance sheet and anticipated future expenditures.

The full list of these reports can be seen on the credit reports page (/credit-reports).

## Community fund

The Community Fund is 200m LBC reserved for spreading usage and adoption of the LBRY protocol. The more people that use and love LBRY, the stronger the LBRY network is.

At a high-level, this fund will be used for the following purposes:

- Seeding consumers with initial Credits
- Recruiting producers to use LBRY
- Encouraging all users to share LBRY and invite friends
- Rewarding community contributors

We expect a dispersal of this fund lasting a period a minimum of 5 years and likely closer to 10.

## Operational fund

The Operational Fund is 100m LBC reserved for LBRY, Inc. itself.

LBRY, Inc. reserves the rights to do whatever it wants with these credits at any time, to be deployed in the best interests of LBRY, Inc.

However, no one believes in the LBRY protocol more or has more incentive for its success, than LBRY, Inc. We believe LBRY can be a world-altering technology and as such, our intentions are to minimize the expenditure of these credits until we've achieved that goal.

Minimal engagement in the market is especially necessary throughout stages of low liquidity when any action has a disproportionate impact.

Should LBRY make placements from this fund, it will seek long-term engagements and commitments that align interests with LBRY, Inc. and minimize market influence.

## Institutional fund

The Institutional Fund is 100m LBC reserved for the formation of institutional partnerships, and for grants, donations, and other ways of strengthening relationships with organizations of need or like-mindedness.

Sample usages of this fund include:

- Loaning or donating to non-profit or educational publishers to maintain a namespace or make content available
- Partnering with charities or other non-governmental organizations with similar interests to LBRY
- Granting to organizations in need
- Establishing separate entities related to LBRY Inc. (e.g. a non-profit to manage the protocol)
- Strategic partnerships or affiliations with other institutions

LBRY, Inc. anticipates a dispersion period for these tokens significantly exceeding the administration of the community fund. It has no plans to utilize these credits until achieving more community growth and drafting specific programs for participation.

## More details

For specific details of fund utilization, check the most recent quarterly report (/credit-reports).

See a mistake? Edit this page on GitHub (https://github.com/lbryio/lbry.com/tree/master/content/faq/credit-policy.md).

COMPANY
About
Blog
Jobs
Shop
Team

USE LBRY
odysee.com
Android
Linux
iOS
macOS
Windows

SOCIAL
Chat on Discord
Twitter

Reddit
Facebook
Telegram

SUPPORT

hello@lbry.com
Contact
Privacy
TOS
FAQ

Back to top