7/8/2019    What does this mean? Is this the team holding around 400 million tokens? If they are holding 400 million tokens, and the rest 100 millions i...

Search r/lbry

# r/lbry

**Posts**   Reddit Tipbot

Posted by u/abbhuiya 1 year ago

## What does this mean? Is this the team holding around 400 million tokens? If they are holding 400 million tokens, and the rest 100 millions in circulation , then what's the miner mining? Very confused...

| iPad | | 2:19 PM | | 13% |
|---|---|---|---|---|
| < | | 🔒 explorer.lbry.io | | C |
| LBRY Block Explorer • Stats & Rich List | | Ethereum BlockChain Explorer and Search | | basicattentiontoken.org/BasicAttentionTokenWhite... |
| **LBRY Block Explorer** | | | | Search |

## LBRY Stats

### LBRY Rich List (Top 500)

| Rank | Address | Balance (LBC) | Balance (USD) | First Seen | % Top 500 |
|---|---|---|---|---|---|
| 1 | rFLUohPG4tP3gZH-YoyhvADCtrDMi8Yb7Qd | 195,000,000.99970001 | $62,400,000.32 | 03 Jul 2017 18:03:41 UTC | 41.41181% |
| 2 | r9srwX7DEN7Mex3a8oRImKSqQmLBizoJvi | 100,000,000.99980000 | $32,000,000.32 | 03 Jul 2017 18:03:41 UTC | 21.23683% |
| 3 | r9PGXseyVJbBZfMf3QVdDEJCzxkd9JIxzL | 96,900,000.99969999 | $31,008,000.32 | 03 Jul 2017 18:03:41 UTC | 20.57849% |
| 4 | bThFCRtWPXf84cZjeZjrS3dUXABsXfmFpf | 14,835,333.67435594 | $4,747,306.78 | 29 Mar 2017 16:25:51 UTC | 3.15055% |
| 5 | bD5mnEgnOgHXpZQnRBQJP3HTdUMUUzHNv4 | 1,766,923.38213211 | $565,415.48 | 26 Aug 2017 19:31:46 UTC | 0.37524% |
| 6 | bRJK9kLWzqqp5MiRtaJ6xDqu76DCVGMav | 1,540,493.00681743 | $492,957.76 | 21 Jun 2017 00:06:14 UTC | 0.32715% |
| 7 | bYDyrZ8cwGA61yrSENvnXnjzf7wmRUdjtV | 1,276,992.36925978 | $408,637.56 | 09 Jun 2017 20:30:25 UTC | 0.27119% |
| 8 | bUnLmiqrUjTrB82x7StnCCh4dmBxvGyhvpF | 1,255,075.09577695 | $401,624.03 | 14 Jun 2017 20:35:19 UTC | 0.26654% |
| 9 | bToauSLNJLxJsndJPSVa3TfAKr77n2xHo | 1,094,732.00000000 | $350,314.24 | 09 Sep 2017 18:09:57 UTC | 0.23249% |
| 10 | bLPbiXBp6Vr3NSniJHzDsuNzey5o36re9Ez | 1,011,159.01434825 | $323,570.88 | 07 Jul 2016 23:14:41 UTC | 0.21474% |
| 11 | bSiWaqzemtaw8zm8TonJTfLJAZecPmZWoo | 1,007,163.64929981 | $322,292.37 | 18 Aug 2016 18:47:03 UTC | 0.21389% |
| 12 | bWeLxb7Sn5sREKCAyommuxRMUiFBj4ys1 | 1,002,500.09000000 | $320,800.03 | 27 Apr 2017 17:05:23 UTC | 0.21290% |
| 13 | bLRf1C3dpcG4qNPkjnvvMqQBDy2E5J0WW | 891,613.54401662 | $285,316.33 | 21 Nov 2016 07:04:51 UTC | 0.18935% |

💬 10 Comments   ➤ Share   •••                                                                 67% Upvoted

🗄 This thread is archived
   New comments cannot be posted and votes cannot be cast

SORT BY   OLD ▼

**EXHIBIT 42**
21-cv-00260-PB

7/8/2019   What does this mean? Is this the team holding around 400 million tokens? If they are holding 400 million tokens, and the rest 100 millions i...

  Search r/lbry 

Share   Report   Save

▲ abbhuiya   1 point · 1 year ago
▼ So the other 400 millions are already there? Is the team holding these tokens? Any lockup period for team tokens? I couldn't find any whitepaper.

Share   Report   Save

▲ wlikotae   1 point · 1 year ago
▼ There is no pdf if that is what you're looking for. There is the learn section and the faq from the website. i think everything there is is there. It's not exhaustive either, true...

Share   Report   Save

▲ thomaszarebczan   1 point · 1 year ago
▼ See my reply in the main thread. Whitepapers weren't the fad 2 years ago (when LBRY launched) as they are now - LBRY came out with a base working product which did most of the talking vs a high level whitepaper.

Same goes for ICO - LBRY did not run an ICO, but instead allocated credits for various purposes. The only way those credits are worth something in the future is if LBRY delivers on their promises to create a revolutionary way to share and monetize content

Share   Report   Save

▲ abbhuiya   1 point · 1 year ago
▼ 1 billion token circulation is a concern ..even if the market cap is 1 billion dollar, this means $1/token.

Share   Report   Save

▲ thomaszarebczan   1 point · 1 year ago
▼ 1 billion at the end of 20 years (assuming lbry uses all of their 400m). They could potentially burn some or lock them up for future purposes.

Share   Report   Save

▲ abbhuiya   1 point · 1 year ago
▼ Where did you get this info "at the end of 20 years..". I'm sorry, I'm new to the community and trying to do my research before putting my money

Share   Report   Save

▲ thomaszarebczan   4 points · 1 year ago
▼ https://lbry.io/faq/block-rewards

"the block reward decreases logarithmically over the course of 20 years."

That's part of the calculations I was telling you about. We don't have a nice supply chart at this time. The closest thing I have is :http://www.wolframalpha.com/input/?

7/8/2019    What does this mean? Is this the team holding around 400 million tokens? If they are holding 400 million tokens, and the rest 100 millions i...

     Q Search r/lbry    

Which shows what the block reward is (estimated). The X axis is days from Oct 2016, and Y access is LBC/block. So if you wanted to estimate the block reward right now, you could use: http://www.wolframalpha.com/input/?i=floor((floor(sqrt(x144+%2B+1)+-+1)%2F2)-1+%2B+500),+x+%3D+410)

There's a new block every ~2.5minutes, so that can help you getting some daily totals in terms of LBC minted.

Share  Report  Save

coniferhead  3 points · 1 year ago · *edited 1 year ago*

I think a nice pdf document would help people with their investment decisions - I tried to look into these questions and I found it hard to find information generally. Why make it hard?

I know the LBRY project itself is the main thing, but extra LBC liquidity is also good - even if they just want to make a buck, they still serve a useful purpose.

Some stricter rules around the pre-mined LBC would also be useful, as it does undermine investment a bit.

Share  Report  Save

thomaszarebczan  2 points · 1 year ago · *edited 1 year ago*

This is what you are looking for:

Credit policy: https://lbry.io/faq/credit-policy

Reports of how credits are used: https://lbry.io/credit-reports

Block rewards: https://lbry.io/faq/block-rewards

Share  Report  Save