| id | time | UTC/GMT Time (SEC Convert) | UTC/GMT Date (SEC Convert) | num_ channels | num_ streams | lbc_ deposits | num_ supports | lbc_ supports | ytsync_ new_ pending | ytsync_ pending_ update | ytsync_ pending_ upgrade | ytsync_ failed | circulating_ supply | num_ reposts | lbc_ spread | purchases | collections | transactions | lbrycrd_ nodes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1.49E+09 | 3/6/2017 1:07:06 AM | 3/6/2017 | - | 1 | | | | | | | | | | | | | 1,447,919 | |
| 7476 | 1.49E+09 | 4/1/2017 12:02:06 AM | 4/1/2017 | - | 2,802 | | | | | | | | | | | | | 1,528,251 | |
| 86676 | 1.51E+09 | 1/1/2018 12:02:06 AM | 1/1/2018 | 20,792 | 71,336 | | | | | | | | | | | | | 2,585,371 | |
| 191796 | 1.55E+09 | 1/1/2019 12:02:06 AM | 1/1/2019 | 30,784 | 534,447 | | | | | | | | | | | | | 3,654,894 | |
| 295980* | 1.58E+09 | 12/28/2019 6:06:17 PM | 12/28/2019 | 57,372 | 1,750,385 | 357,504 | 270,557 | 8,966,057 | | | | | | | | | | 6,709,334 | |
| 296630 | 1.58E+09 | 12/31/2019 12:01:51 AM | 12/31/2019 | 59,485 | 1,785,254 | 361,909 | 281,800 | 9,644,435 | 87 | 23 | - | 65 | | | | | | 6,798,390 | |
| 296904 | 1.58E+09 | 1/1/2020 12:02:02 AM | 1/1/2020 | 60,319 | 1,801,632 | 371,720 | 285,293 | 10,097,267 | 24 | 8 | - | 14 | | | | | | 6,837,074 | |
| 321053 | 1.59E+09 | 3/31/2020 12:33:39 AM | 3/31/2020 | 112,698 | 2,432,595 | 747,679 | 899,888 | 22,657,202 | 42 | 7 | 1 | 47 | 344,996,385 | 14,221 | | | | 9,466,489 | |
| 321334 | 1.59E+09 | 4/1/2020 12:27:20 AM | 4/1/2020 | 113,140 | 2,439,300 | 800,135 | 905,648 | 21,896,367 | 12 | 19 | - | 156 | 345,592,231 | 14,424 | | | | 9,492,732 | |
| 344741 | 1.59E+09 | 6/30/2020 1:07:03 AM | 6/30/2020 | 290,052 | 3,865,960 | 1,892,768 | 2,302,264 | 35,116,227 | 18 | 73 | - | 113 | 429,972,878 | 207,812 | | | | 15,982,061 | |
| 345021 | 1.59E+09 | 7/1/2020 12:46:55 AM | 7/1/2020 | 292,078 | 3,879,864 | 1,890,652 | 2,320,847 | 35,203,255 | 29 | - | 10 | 102 | 430,676,170 | 209,645 | | | | 16,047,938 | |
| 370694 | 1.6E+09 | 9/30/2020 12:48:01 AM | 9/30/2020 | 390,902 | 4,825,105 | 2,264,456 | 3,543,508 | 36,572,117 | - | 1 | - | 69 | 465,508,837 | 301,182 | 3,465 | | | 20,191,403 | |
| 370974 | 1.6E+09 | 10/1/2020 12:08:23 AM | 10/1/2020 | 392,021 | 4,840,171 | 2,273,449 | 3,558,571 | 35,984,436 | 14 | 10 | - | 69 | 466,072,574 | 302,129 | 3,611 | | | 20,248,594 | |
| 394326 | 1.61E+09 | 12/31/2020 12:27:21 AM | 12/31/2020 | 562,101 | 6,961,329 | 2,629,052 | 5,985,639 | 37,212,694 | 308 | 1,105 | 118 | 130 | 516,166,212 | 468,598 | 5,948 | | | 28,686,701 | |
| 394611 | 1.61E+09 | 1/1/2021 12:11:45 AM | 1/1/2021 | 564,241 | 6,997,206 | 2,629,825 | 6,003,095 | 36,986,984 | 103 | 506 | 297 | 137 | 516,329,451 | 470,242 | 6,052 | | | 28,813,363 | |
| 411499 | 1.62E+09 | 3/31/2021 1:00:38 AM | 3/31/2021 | 806,873 | 9,442,464 | 2,897,538 | 9,065,675 | 39,771,976 | 5 | 4 | 12 | 348 | 570,591,044 | 651,939 | 6,887 | | | 39,605,689 | |
| 411719 | 1.62E+09 | 4/1/2021 12:19:54 AM | 4/1/2021 | 809,261 | 9,464,997 | 2,917,396 | 8,999,821 | 39,332,893 | - | 790 | 33 | 345 | 570,728,832 | 654,129 | 6,896 | | | 39,718,734 | |
| 414939^ | 1.62E+09 | 4/15/2021 10:27:22 PM | 4/15/2021 | 842,863 | 9,812,987 | 2,859,002 | 9,458,681 | 36,776,078 | 1 | 26 | 41 | 383 | 572,875,919 | 684,264 | 8,019 | 5,320 | | 41,438,298 | |
| 431962 | 1.63E+09 | 6/30/2021 1:33:23 AM | 6/30/2021 | 981,606 | 11,451,414 | 4,181,616 | 13,285,593 | 42,972,180 | 6 | 260 | 125 | 528 | 599,718,154 | 844,974 | | 124,282 | 1,839 | 49,475,490 | |
| 432202 | 1.63E+09 | 7/1/2021 12:38:05 AM | 7/1/2021 | 983,786 | 11,479,667 | 4,175,130 | 13,331,541 | 43,583,041 | - | - | - | 541 | 599,859,594 | 846,852 | | 125,864 | 1,907 | 49,599,947 | |

\* First time number of LBC in deposits or supports appears in database

^First time number of LBC used to make a purchase appears in database



EXHIBIT
45
21-cv-00260-PB