Why Jeremy created LBRY

Any system that involves policing numbers is doomed to failure. Too much wasted energy policing contents online, pretending we are going to be able to protect content on the internet. Better solution to preventing piracy is about changing norms. Truly believe that LBRY will drive piracy down. Most people will choose to buy from legitimate providers. Most people are pro social. LBRY makes things explicit and clear. More transparency about the flow of money and of information—the publisher, what you're getting—will discourage piracy.

General protocol for moving data around.
Digital media distribution.

**Slide: Cover Page**
*Design: Big LBRY logo and descriptive tagline*
*Content: Same*

**Slide: Agenda**
*Design: Simple text list*

**Slide: Mission Statement**
*Design: Simple text*
*Slide Content: Same*

LBRY is a decentralized market for accessing and publishing information that is user-controlled, global, robust, optimal and complete.

**Slide: A People's Marketplace Starts with Freedom**
Design: Simple text on visual background
Content: A *People's Marketplace* Starts with Freedom

*Talking Points: An internet controlled by industry monoliths is an internet that crushes freedom of choice. A people's market place starts with freedom. LBRY is bringing freedom back to the web by decentralizing authority and putting power back in the hands of the community.*

**Slide: It's Time to Take Back the Internet**
Design: Simple text on visual background
Content: It's Time to Take Back the Internet (smaller "It's time to")

*Talking Points: Digital art is one of the first goods to evolve beyond scarcity. This evolution is changing the way content is discovered, publicized, paid for and delivered. The internet should be a powerful platform for the discovery, yet it has increasingly become dominated by a handful of players. Censorship and middleman profiteering are prompting outrage from both consumers and content creators. It's time to take back the internet.*



EXHIBIT 50
21-cv-00260-PB

Confidential, Protected by Protective Order

LBRY_SEC00060474

**Slide: A $2 Trillion Opportunity**
*Design: Background color + simple styled text. Big numbers.*
*Content: See below*

- In 2020 global Internet traffic will be equivalent to 95 times the volume of the entire global Internet in 2005
- $2 trillion spent on media annually.

**Slide: Online Video is a $XB Opportunity**
*Design: Color background + callouts w/ facts. Big and easy to read. Annotated below.*
*Content: See below.*

Title: Online Video is a $XB opportunity

- Internet video traffic will grow fourfold from 2015 to 2020 (view)
- 6 out of 10 people prefer online video platforms to live TV
- By 2025, half of viewers under 32 will not subscribe to a pay-TV service
- Almost one-third of all people on the Internet subscribe to YouTube (view).
- Every day people watch hundreds of millions of hours on YouTube (view)

*Talking points. Middleman profiteering and censorship impact every corner of the web, but video alone represents a huge opportunity.*

**Slide: YouTube is Broken**
*Design: Text on Color (make it look like a fuzzy TV screen)*
*Content: YouTube is Broken*

*Talking Points: YouTube is the dominant player in the online video space, but both content creators and consumers are frustrated and fed up with the company's profiteering.*

**Slide: A New Category of Content Creators Has Emerged**
Content: PewDiePie Rolling Stone Headline + callouts for subscribers and revenue
Slide Design: Same as above

- Highest earning YouTube star
- 43 million subscribers
- $7M earned in 2016 (Forbes)
- $124 million earned since 2010 (cite)

*Talking Points: Independent content creators have taken YouTube by storm. They're disrupting the traditional publishing industry and have tremendous influence with YouTubers.*

**Slide: They Have Power and Influence**
Slide Design: Numbered stats list

Confidential, Protected by Protective Order

LBRY_SEC00060475

Content: Pick a few stats from below

Title: Power & Influence

- A YouTube Creator With 1-3 Million Subscribers Averages $125,000 Per Sponsored Post (view)
- The Top 25 YouTubers Generate More Than 3x As Many Views As Traditional Celebrities On YouTube (view)
- 7 out of 10 YouTube subscribers related better to their favorite YouTube content creator than with traditional television or movie stars.
- 40% of millennial YouTube subscribers believe that their favorite creator understands them better than their friends.

Talking Points: Independent content creators don't need big corporates for audience acquisition—they have their own communities, and an increasing amount of power.

**Slide: Content Creators Aren't Happy**

Design: PewDiePie headline visual + callout

Content: Screenshot of PewDiePie headline + pie chart

- PewDiePie doesn't make anywhere close to what he should (headline - view)
- YouTube takes 45% of ad revenue from content creators (pie chart)

Talking Point Examples: As a point of comparison, The Big Bang Theory was the most viewed show in CBS's primetime lineup, with an average weekly viewership of 18.7 million in the 2012-13 season, less than half of Kjellberg's subscriber list. According to the International Business Times, a leaked price list for ad costs in 2013 had CBS charging $326,260 for a 30 second commercial, of which there are eight per episode, for a rough total of $6.5 million per week. In one month the company earned more than three times what Kjellberg made in a year while reaching an audience half the size.

Hank Green, another YouTube poster with more than a billion views and 270,000 subscribers, wrote a blog sharing that he earned more than $2 million from YouTube in the eight years he had been making videos. The bad news was that he spent more than $4 million on planning, producing, and promoting those videos.

"I'm not really interested in clawing our way to TV levels of monetization: I think our goal should be to do better than TV. And in a couple limited cases, I've actually seen it happen."
https://medium.com/@hankgreen/the-1-000-cpm-f92717506a4b

Talking Points: Middleman are profiteering from independent content creators. Example above. Huge opportunity for content creators to get a bigger slice of the pie.

Eli the Computer Guy as example issue?

**Slide: Content Consumers Aren't Happy Either**
Design:

Confidential, Protected by Protective Order

LBRY_SEC00060476

*Content:*

- Censorship
- 20% of people who don't want to watch ads
- Shifts costs in favor of consumers (reduced costs for publishers will carry over to consumer)
- Are they fed up with lack of choice? With prices?
- 77% of YouTubers are satisfied.


- Content restrictions in many countries (sometimes this is the choice of the rights holders though...so we can't always solve for this with LBRY)
- Consumers will recapture $$ from publishers. Cost of production is falling because
- Ability to watch fewer ads or skip ads or publishers drive them there.
- 80% of people would rather watch ads than pay a penny.
- Publishers reducing ads, publishers reducing prices, profits will go up, producers will produce more.
- Almost a third of consumers (30 percent) think online advertising is not effective, where while more than half (54 percent) reckon web banner ads don't work. (view)
- Can see videos they can't see anywhere else—censorship, gray area content.
- DMCA wars. Censorship of content.

**Slide: Decentralized media platform controlled by the community**

**Slide: LBRY Consumer Experience**
*Design: Big screenshot of the LBRY app*
*Content: Same as above*

- Anyone can upload content
- Publishers set price
- Data price is set at market rates (same way the price of gas is set)
- Consumers see aggregate price

*Talking Points: From a consumer standpoint, LBRY is similar to YouTube. Users install the LBRY app, open it on their computers, and can discover and watch content on demand. Some content is free, and some is priced in LBRY's currency, LBC. Content creators set the price.*

LBRY might look and feel like a common consumer app on the front end, but the back end is what makes it unique. It is first and foremost a new *protocol* that allows artists to upload their content to a network of hosts (like BitTorrent) and set a price per stream or

Confidential, Protected by Protective Order

LBRY_SEC00060477

download (like iTunes) or give it away for free (like YouTube without ads). What makes this all possible is the blockchain technology.

**Slide: What Powers LBRY's Approach**
*Design: Title + three icons and icon titles*
*Content: See below*

Title: LBRY

1) Open source protocol - *Trustworthy. Everyone can see what it does and how it works. Can evolve without LBRY's permission.*
2) Blockchain - makes decentralized search and discovery and value exchange possible. (LBC powers value exchange)
3) Distributed data network
4) Market-based participation incentives

*Talking Points: YouTube, Netflix, Apple TV, and other similar services are centralized platforms controlled by a single corporate entity. These companies can change the rules unilaterally, as well as censor content to appease authoritarian governments or corporate partners.*

*LBRY is a decentralized, open-source protocol that is controlled by its users. LBRY facilitates a similar experience to the aforementioned services, but does it in a way that is entirely decentralized. LBRY can never unilaterally change the rules on publishers or consumers, making it dramatically trustworthy.*

**Slide: Currency**

- Minute 0, 400 million in existence. All belong to LBRY.
- Newly generated credits do not belong to LBRY.
- Every 2.5 minutes, more credits come into existence
- Over the next 20 years, 650 million additional credits will come into existence.
- Payments are made in bundled payment for:
  - For content access
  - Data itself
- Credits are used by publishers to reserve space in the LBRY catalogue by reserving content urls
- Market for currency just like any other currency.

**Slide: Power of Currency as a Tool for LBRY**

https://lbry.io/news/why-doesnt-lbry-just-use-bitcoin

Confidential, Protected by Protective Order

LBRY_SEC00060478

**Slide: Ecosystem (Roles)**

- **Miner:** The code is trying to create puzzles that are solvable every 2.5 minutes on average. Code auto-adjusts difficulty based on how fast people are solving puzzles. Every two and a half minutes when a new puzzle is solved, all pending blockchain transactions are confirmed (LBRY trusts them before they are confirmed). Results

Need to clearly illustrate other competitive differentiators

- Illegal content & safety
- Competitive landscape
- Business model
- Team
- Recent milestones
- Fundraise milestones—what you want to achieve w/ $ raised
- Financials