```
{
    "type": "message",
    "text": "Poor Tom, taking all that flak on Twitter. :disappointed:",
    "user": "Julie Sigwart",
    "ts": "1507240817.000231",
    "thread_ts": "1507240817.000231",
    "reply_count": 1,
    "reply_users_count": 1,
    "latest_reply": "1507240840.000169",
    "reply_users": [
        "U5V5XV8CT"
    ],
    "replies": [
        {
            "user": "U5V5XV8CT",
            "ts": "1507240840.000169"
        }
    ]
}
```

**EXHIBIT**

**52**

21-cv-00260-PB

exhibitsticker.com

```
{
    "type": "message",
    "text": "ha",
    "user": "Tom Zarebczan",
    "ts": "1507240840.000169",
    "thread_ts": "1507240817.000231",
    "parent_user_id": "U75GS3S58"
}
```

```
{
    "type": "message",
    "text": "Seriously <@U5V5XV8CT> you are a trooper",
    "user": "Brinck Slattery",
    "ts": "1507240846.000137",
    "reactions": [
        {
            "name": "heart",
            "users": [
                "U5V5XV8CT",
                "U75GS3S58"
            ],
            "count": 2
        }
    ]
}
```

```
{
  "type": "message",
  "text": "He's unflappable. I don't know how he does it, day after day.",
  "user": "Julie Sigwart",
  "ts": "1507240900.000077"
}
```

```
{
  "type": "message",
  "text": "I go straight to the snarky GIF well when I get annoyed haha",
  "user": "Brinck Slattery",
  "ts": "1507240921.000064"
}
```

```
{
  "type": "message",
  "text": "I quit my job for this, I gotta make it count! Plus, I actually get to work
on something I love...I can't say the same about my government job haha.",
  "user": "Tom Zarebczan",
  "ts": "1507240969.000499"
}
```

```
{
  "type": "message",
  "text": "traders will always complain, it's typical crypto nonsense.",
  "user": "Tom Zarebczan",
  "ts": "1507240995.000010",
  "edited": {
    "user": "U5V5XV8CT",
    "ts": "1507241004.000000"
  }
}
```

```
{
    "type": "message",
    "text": "^yep. It's like having our very own peanut gallery :slightly_smiling_face:",
    "user": "Brinck Slattery",
    "ts": "1507241020.000299"
}
```

```
{
    "type": "message",
    "text": "I mean, I feel for them..they are our investors. But short term gains aren't
our style and honestly the whole crypto market is in a bit of a lul",
    "user": "Tom Zarebczan",
    "ts": "1507241106.000009"
}
```

```
{
  "type": "message",
  "text": "right, and no boffo announcement is going to send the price skyrocketing",
  "user": "Brinck Slattery",
  "ts": "1507241132.000001"
}
```

```
{
    "type": "message",
    "text": "I do get mildly concerned sometimes about organized price gaming",
    "user": "Brinck Slattery",
    "ts": "1507241143.000432"
}
```

```
{
    "type": "message",
    "text": "Nobody in crypto are \"investors.\" They are speculators.",
    "user": "Julie Sigwart",
    "ts": "1507241158.000254",
    "thread_ts": "1507241158.000254",
    "reply_count": 1,
    "reply_users_count": 1,
    "latest_reply": "1507242460.000289",
    "reply_users": [
        "U1R1FSMEJ"
    ],
    "replies": [
        {
            "user": "U1R1FSMEJ",
            "ts": "1507242460.000289"
        }
    ]
}
```

```
{
    "type": "message",
    "text": "^EXACTLY",
    "user": "Brinck Slattery",
    "ts": "1507241165.000181"
}
```

```
{
  "type": "message",
  "text": "they have no ownership interest in the company like a shareholder",
  "user": "Brinck Slattery",
  "ts": "1507241173.000037"
}
```

```
{
    "type": "message",
    "text": "but they think they do (maybe because they misunderstand crypto)?",
    "user": "Brinck Slattery",
    "ts": "1507241183.000050"
}
```

```
{
  "type": "message",
  "text": "I usually buy and hold projects I believe in. Didn't sell LBRY at $1, not selling now.",
  "user": "Tom Zarebczan",
  "ts": "1507241186.000247",
  "reactions": [
    {
      "name": "+1",
      "users": [
        "U6TPYKN03"
      ],
      "count": 1
    }
  ]
}
```

```
{
    "type": "message",
    "text": "Same here, I've found projects with teams I believe in, bought, and hodled",
    "user": "Brinck Slattery",
    "ts": "1507241208.000163",
    "edited": {
        "user": "U6TPYKN03",
        "ts": "1507241222.000000"
    }
}
```

```
{
  "type": "message",
  "text": "It's all about greed.",
  "user": "Julie Sigwart",
  "ts": "1507241294.000395"
}
```