```
{
  "type": "message",
  "text": "Oh yeah, Julie, I've done that repeatedly...<http://spee.ch|spee.ch> is
streaming like a champ for me, so that's good...but the app is not working for me. I did
everything I could think to, several times!",
  "user": "natalie",
  "ts": "1511916802.000095",
  "thread_ts": "1511916802.000095",
  "reply_count": 3,
  "reply_users_count": 2,
  "latest_reply": "1511990163.000474",
  "reply_users": [
    "U5V5XV8CT",
    "U6TPYKN03"
  ],
  "replies": [
    {
      "user": "U5V5XV8CT",
      "ts": "1511917207.000208"
    },
    {
      "user": "U6TPYKN03",
      "ts": "1511989971.000416"
    },
    {
      "user": "U5V5XV8CT",
      "ts": "1511990163.000474"
    }
  ]
}
```


EXHIBIT

53

21-cv-00260-PB

```
{
  "type": "message",
  "text": "Yey now you guys get to experience all the wonderful frustrations of LBRY :p",
  "user": "Tom Zarebczan",
  "ts": "1511917207.000208",
  "thread_ts": "1511916802.000095",
  "parent_user_id": "U7LBLTDFW"
}
```

```
{
  "type": "message",
  "text": "lol <@U5V5XV8CT> after just reassuring a guy on Twitter who invested 4 BTC in LBRY credits like four months ago, I feel your pain",
  "user": "Brinck Slattery",
  "ts": "1511989971.000416",
  "thread_ts": "1511916802.000095",
  "parent_user_id": "U7LBLTDFW"
}
```

```
{
  "type": "message",
  "text": "Yea, that's always tough. I'm in that boat too, was buying LBC at 10x this price (BTC wise). It was a crazy altcoin cycle which we fortunately/unfortunately took a ride on.  Personally, I'll continue to hold, but it may be harder for others. Hopefully LBRY will continue to improve and catch the eyes of users/investors alike.",
  "user": "Tom Zarebczan",
  "ts": "1511990163.000474",
  "thread_ts": "1511916802.000095",
  "parent_user_id": "U7LBLTDFW"
}
```