```
{
    "type": "message",
    "text": "best birthday gift ever.",
    "user": "Tom Zarebczan",
    "ts": "1513699353.000042",
    "reactions": [
        {
            "name": "heart",
            "users": [
                "U75GS3S58",
                "U7N4TRQHE"
            ],
            "count": 2
        }
    ]
}
```



EXHIBIT

54

21-cv-00260-PB

```
{
  "type": "message",
  "text": "OMG",
  "user": "Josh Finer",
  "ts": "1513701610.000764"
}
```

```
{
  "type": "message",
  "text": "Josh = weak hands lol",
  "user": "Tom Zarebczan",
  "ts": "1513701656.000414"
}
```

```
{
  "type": "message",
  "text": "=pay everyone :grin:",
  "user": "Josh Finer",
  "ts": "1513701733.000360"
}
```

```
{
    "type": "message",
    "text": "100m <!here>",
    "user": "reillysmith",
    "ts": "1513707477.000117"
}
```

```
{
    "type": "message",
    "text": "cheers",
    "user": "reillysmith",
    "ts": "1513707480.000381",
    "reactions": [
        {
            "name": "beers",
            "users": [
                "U75GS3S58",
                "U7N4TRQHE"
            ],
            "count": 2
        }
    ]
}
```

```
{
  "type": "message",
  "text": "I bet it is also giving us lots of downloads which is even huger :smile:",
  "user": "Josh Finer",
  "ts": "1513707533.000021"
}
```

```
{
  "type": "message",
  "text": "so like let's maybe stop the llbc reward until captcha...",
  "user": "reillysmith",
  "ts": "1513708111.000151"
}
```

```
{
    "type": "message",
    "text": "i dunno",
    "user": "reillysmith",
    "ts": "1513708113.000274",
    "reactions": [
        {
            "name": "heavy_plus_sign",
            "users": [
                "U75GS3S58"
            ],
            "count": 1
        }
    ]
}
```

```
{
  "type": "message",
  "text": "the numbers are gonna get all fucked",
  "user": "reillysmith",
  "ts": "1513708126.000161"
}
```

```
{
    "type": "message",
    "text": "I agree.",
    "user": "Josh Finer",
    "ts": "1513708210.000302",
    "reactions": [
        {
            "name": "heavy_plus_sign",
            "users": [
                "U75GS3S58"
            ],
            "count": 1
        }
    ]
}
```

```
{
    "type": "message",
    "text": "also the fraud will accelerate as the price moves higher",
    "user": "Josh Finer",
    "ts": "1513708666.000279"
}
```

```
{
    "type": "message",
    "text": "yea, like... rewards NEED to go",
    "user": "reillysmith",
    "ts": "1513708713.000774"
}
```

```
{
    "type": "message",
    "text": "all of them",
    "user": "reillysmith",
    "ts": "1513708715.000253"
}
```

```
{
    "type": "message",
    "text": "i'm never gonna stop saying it",
    "user": "reillysmith",
    "ts": "1513708722.000401"
}
```

```
{
    "type": "message",
    "text": "the entire concept needs to be wiped from the app",
    "user": "reillysmith",
    "ts": "1513708731.000700"
}
```

```
{
    "type": "message",
    "text": "we're not an airline",
    "user": "reillysmith",
    "ts": "1513708737.000354"
}
```

```
{
  "type": "message",
  "text": "as someone who has done tons of traffic experiments in the past the incentivized traffic is always trash",
  "user": "Josh Finer",
  "ts": "1513708842.000266"
}
```

```
{
    "user": "Niko Storni",
    "type": "message",
    "subtype": "channel_join",
    "ts": "1513720041.000544",
    "text": "<@U5W2XK37H> has joined the channel",
    "inviter": "U1R275ZA6"
}
```

```
{
    "type": "message",
    "text": "basically us saying YAY when the price goes up lol",
    "user": "Josh Finer",
    "ts": "1513720060.000129"
}
```

```
{
    "type": "message",
    "text": "hahaha sounds good to me!",
    "user": "Niko Storni",
    "ts": "1513720087.000118"
}
```

```
{
    "type": "message",
    "text": "damn",
    "user": "reillysmith",
    "ts": "1515512773.000407"
}
```

```
{
    "type": "message",
    "text": "Not impressed yet, I was buying Lbc at 30K Sats :p",
    "user": "Tom Zarebczan",
    "ts": "1515513088.000212",
    "thread_ts": "1515512769.000016",
    "parent_user_id": "U1R2W8EPR",
    "reactions": [
        {
            "name": "joy",
            "users": [
                "U5W2XK37H"
            ],
            "count": 1
        }
    ]
}
```