7/8/2019                                    LBRY – 7 Questions before you invest : lbry

          Search r/lbry                                          

r/lbry

**Posts**   Reddit Tipbot

Posted by u/PhDinWastingTime 1 year ago 

# LBRY – 7 Questions before you invest

uvcoins.com/2018/0... ⌕

💬 3 Comments    ↗ Share    •••



90% Upvoted

🗄 **This thread is archived**
   New comments cannot be posted and votes cannot be cast

SORT BY OLD ▾

▲   MmmhmmDrugs  1 point · 1 year ago
▼   I dig it! so glad I got in early :)

    Share   Report   Save

▲   thomaszarebczan  1 point · 1 year ago
▼   Nice post, short and sweet! As an investor, I'd like to know more about LBRY credits and how
    LBC are generated. You may want to mention: https://lbry.io/faq/credit-policy

    https://lbry.io/faq/block-rewards

    5 lbc u/lbryian thanks for the post!

    Share   Report   Save

    ▲   lbryian  1 point · 1 year ago
    ▼   u/PhDinWastingTime, you've received 5 LBC ($4.78)!

        How to ^use · What is ^LBRY? · r/lbry

        Share   Report   Save

**EXHIBIT 55**
21-cv-00260-PB