**Message**

| | |
|---|---|
| **From**: | Jamie Goldstein [jamie@pillar.vc] |
| **Sent**: | 6/5/2017 5:47:33 PM |
| **To**: | Jeremy Kauffman [jeremy@lbry.io] |
| **CC**: | Jeremy Hitchcock [jeremy@hitchco.xyz]; Sarah Hodges [sarah@pillar.vc] |
| **Subject**: | Re: Credit Sale vs. Traditional Fundraise |

**EXHIBIT 57**
21-cv-00260-PB

Sounds good.

Sent from my iPhone

On Jun 5, 2017, at 4:04 PM, Jeremy Kauffman <jeremy@lbry.io> wrote:

> I'd like to discuss this in more detail either at the Pillar office tomorrow or on tomorrow morning's call. I don't think Jeremy is planning to join, so I'd suggest discussing at the office assuming Jamie is available then.
>
> Basically, the price of LBRY credits has been continuing to rise (currently ~$0.35) as more people realize what we've built.
>
> I've begun exploring the possibility of a large token placement and comparing a placement versus a more tradition fund raise.
>
> While it depends on a number of factors and assumptions, succinctly, I think we would need to be hitting valuations of $30-50mil+ for a traditional fundraise to be superior to a credit placement.
>
> Thanks,
>
> --
> Jeremy Kauffman, Founder, LBRY
> (267) 210-4292
>
> Build LBRY: get, follow, like

Confidential FOIA Treatment Requested by Pillar Companies Management, LLC          PILR_0000918