| Fund | Launch Balance (07/01/16) | Period Start Balance | Allocated | Last Quarter Allocated | Last Quarter Actual | Cold Wallet Balance |
|---|---|---|---|---|---|---|
| Community | 200,000,000 | 139,725,519 | | 10,000,000 | 22,445,103 | 117,280,416 |
| Operational | 100,000,000 | 75,900,001 | 0 | | 7,822,697 | 68,077,304 |
| Institutional | 100,000,000 | 96,660,000 | 0 | 0 | 40,000,000 | 56,660,000 |
| | | | | | | |
| | | | | | | |
| | | | | | | 242,017,720 |



LBRY_SEC00058454
Overview

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Thu, 02 Apr 2020 14:20:33 +0000 | jeremy | primary | acquisition | Redacted | Redacted | 50000 | Redacted | Redacted |
| Fri, 03 Apr 2020 22:21:31 +0000 | tom | primary | acquisition | Redacted | Redacted | 3000 | Redacted | Redacted |
| Thu, 09 Apr 2020 20:23:55 +0000 | tom | primary | acquisition | Redacted | Redacted | 3000 | Redacted | Redacted |
| Fri, 17 Apr 2020 03:23:22 +0000 | tom | primary | acquisition | Redacted | Redacted | 100000 | Redacted | Redacted |
| Tue, 21 Apr 2020 16:42:59 +0000 | tom | primary | acquisition | Redacted | Redacted | 3000 | Redacted | Redacted |
| Tue, 21 Apr 2020 17:16:56 +0000 | tom | primary | acquisition | Redacted | Redacted | 2000 | Redacted | Redacted |
| Fri, 24 Apr 2020 16:24:15 +0000 | tom | primary | acquisition | Redacted | Redacted | 5000 | Redacted | Redacted |
| Mon, 27 Apr 2020 17:44:40 +0000 | jeremy | primary | acquisition | Redacted | Redacted | 50000 | Redacted | Redacted |
| Wed, 29 Apr 2020 14:51:00 +0000 | tom | primary | acquisition | Redacted | Redacted | 150000 | Redacted | Redacted |
| Wed, 06 May 2020 15:46:01 +0000 | tom | primary | acquisition | Redacted | Redacted | 5000 | Redacted | Redacted |
| Mon, 11 May 2020 18:54:32 +0000 | jeremy | primary | acquisition | Redacted | Redacted | 100 | Redacted | Redacted |
| Thu, 14 May 2020 17:49:47 +0000 | tom | primary | acquisition | Redacted | Redacted | 200000 | Redacted | Redacted |
| Sat, 16 May 2020 17:56:48 +0000 | tom | primary | acquisition | Redacted | Redacted | 25000 | Redacted | Redacted |
| Sun, 17 May 2020 15:34:13 +0000 | tom | primary | acquisition | Redacted | Redacted | 500 | Redacted | Redacted |
| Mon, 18 May 2020 15:19:27 +0000 | tom | primary | acquisition | Redacted | Redacted | 20000 | Redacted | Redacted |
| Wed, 20 May 2020 23:15:02 +0000 | jeremy | primary | acquisition | Redacted | Redacted | 50000 | Redacted | Redacted |
| Wed, 20 May 2020 23:18:41 +0000 | jeremy | primary | acquisition | Redacted | Redacted | 3000 | Redacted | Redacted |
| Sat, 23 May 2020 15:09:43 +0000 | tom | primary | acquisition | Redacted | Redacted | 100000 | Redacted | Redacted |
| Sun, 24 May 2020 03:56:50 +0000 | tom | primary | acquisition | Redacted | Redacted | 100000 | Redacted | Redacted |
| Tue, 02 Jun 2020 03:23:41 +0000 | tom | primary | acquisition | Redacted | Redacted | 20000 | Redacted | Redacted |
| Tue, 02 Jun 2020 16:41:36 +0000 | tom | primary | acquisition | Redacted | Redacted | 1500 | Redacted | Redacted |
| Tue, 02 Jun 2020 22:22:31 +0000 | tom | primary | acquisition | Redacted | Redacted | 2500 | Redacted | Redacted |
| Wed, 03 Jun 2020 14:24:05 +0000 | tom | primary | acquisition | Redacted | Redacted | 600 | Redacted | Redacted |
| Thu, 04 Jun 2020 17:03:49 +0000 | tom | primary | acquisition | Redacted | Redacted | 500 | Redacted | Redacted |
| Sat, 06 Jun 2020 01:48:24 +0000 | jeremy | primary | acquisition | Redacted | Redacted | 25000 | Redacted | Redacted |
| Sat, 06 Jun 2020 20:35:16 +0000 | tom | primary | acquisition | Redacted | Redacted | 5000 | Redacted | Redacted |
| Wed, 10 Jun 2020 00:26:09 +0000 | jeremy | primary | acquisition | Redacted | Redacted | 15000 | Redacted | Redacted |
| Mon, 15 Jun 2020 13:56:33 +0000 | grin | primary | acquisition | Redacted | Redacted | 1000 | Redacted | Redacted |
| Wed, 24 Jun 2020 18:15:45 +0000 | jeremy | primary | acquisition | Redacted | Redacted | 5000 | Redacted | Redacted |
| Wed, 24 Jun 2020 21:36:20 +0000 | julie | primary | acquisition | Redacted | Redacted | 33333 | Redacted | Redacted |
| Mon, 29 Jun 2020 21:29:44 +0000 | tom | primary | acquisition | Redacted | Redacted | 30000 | Redacted | Redacted |
| Tue, 30 Jun 2020 19:16:09 +0000 | tom | primary | acquisition | Redacted | Redacted | 3000 | Redacted | Redacted |
| Fri, 03 Apr 2020 20:31:22 +0000 | tom | primary | api | Redacted | Redacted | 10000 | Redacted | Redacted |
| Fri, 03 Apr 2020 20:43:08 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Mon, 06 Apr 2020 15:44:33 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Wed, 08 Apr 2020 18:21:23 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Thu, 09 Apr 2020 13:48:45 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Fri, 10 Apr 2020 16:26:35 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Sun, 12 Apr 2020 19:21:34 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sun, 12 Apr 2020 19:36:27 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Wed, 15 Apr 2020 01:55:19 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Thu, 16 Apr 2020 22:53:16 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Thu, 16 Apr 2020 22:53:33 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Sat, 18 Apr 2020 20:39:34 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Mon, 20 Apr 2020 11:40:02 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Mon, 20 Apr 2020 11:40:50 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Wed, 22 Apr 2020 13:58:39 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Thu, 23 Apr 2020 15:13:35 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Fri, 24 Apr 2020 15:48:23 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Sat, 25 Apr 2020 07:23:22 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Sun, 26 Apr 2020 23:16:30 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Mon, 27 Apr 2020 15:25:01 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Wed, 29 Apr 2020 00:09:03 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Wed, 29 Apr 2020 00:09:28 +0000 | tom | primary | api | Redacted | Redacted | 20000 | Redacted | Redacted |
| Wed, 29 Apr 2020 20:58:57 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Thu, 30 Apr 2020 17:53:19 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Sat, 02 May 2020 01:54:25 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Sun, 03 May 2020 14:16:45 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Mon, 04 May 2020 04:03:57 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Tue, 05 May 2020 13:25:39 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Wed, 06 May 2020 14:02:37 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Thu, 07 May 2020 04:34:36 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Thu, 07 May 2020 21:06:18 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Fri, 08 May 2020 21:48:13 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Sun, 10 May 2020 01:50:31 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Mon, 11 May 2020 02:14:06 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Mon, 11 May 2020 16:43:01 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Tue, 12 May 2020 15:10:40 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Wed, 13 May 2020 16:53:04 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Thu, 14 May 2020 12:55:34 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Thu, 14 May 2020 17:11:36 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Thu, 14 May 2020 17:45:16 +0000 | tom | primary | api | Redacted | Redacted | 1000 | Redacted | Redacted |
| Thu, 14 May 2020 22:36:59 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Thu, 14 May 2020 23:19:47 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | Redacted |
| Fri, 15 May 2020 00:56:30 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | Redacted |
| Fri, 15 May 2020 01:23:09 +0000 | tom | primary | api | Redacted | Redacted | 340000 | Redacted | Redacted |
| Fri, 15 May 2020 04:44:47 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Fri, 15 May 2020 17:10:59 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Fri, 15 May 2020 17:11:57 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |

| Date | User | Type | Source | | | Amount | | |
|---|---|---|---|---|---|---|---|---|
| Fri, 15 May 2020 19:19:50 +0000 | tom | primary | api | Redacted | Redacted | 2000 | Redacted | Redacted |
| Sat, 16 May 2020 01:32:18 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Sat, 16 May 2020 01:33:10 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Sun, 17 May 2020 04:51:31 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Mon, 18 May 2020 02:07:02 +0000 | tom | primary | api | Redacted | Redacted | 300000 | Redacted | Redacted |
| Mon, 18 May 2020 02:07:59 +0000 | tom | primary | api | Redacted | Redacted | 300000 | Redacted | Redacted |
| Tue, 19 May 2020 04:36:03 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Wed, 20 May 2020 01:13:24 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Wed, 20 May 2020 23:05:24 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Thu, 21 May 2020 13:03:57 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Thu, 21 May 2020 13:04:19 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Fri, 22 May 2020 17:55:26 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Fri, 22 May 2020 17:56:16 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Sun, 24 May 2020 14:42:08 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Sun, 24 May 2020 14:42:42 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Mon, 25 May 2020 03:55:33 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Mon, 25 May 2020 03:56:01 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Tue, 26 May 2020 02:39:37 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Tue, 26 May 2020 02:40:09 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Wed, 27 May 2020 06:39:44 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Wed, 27 May 2020 06:41:26 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Wed, 27 May 2020 13:53:14 +0000 | tom | primary | api | Redacted | Redacted | 300000 | Redacted | Redacted |
| Wed, 27 May 2020 13:53:51 +0000 | tom | primary | api | Redacted | Redacted | 300000 | Redacted | Redacted |
| Thu, 28 May 2020 15:08:28 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Fri, 29 May 2020 23:22:51 +0000 | tom | primary | api | Redacted | Redacted | 300000 | Redacted | Redacted |
| Fri, 29 May 2020 23:23:19 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Sun, 31 May 2020 03:10:14 +0000 | tom | primary | api | Redacted | Redacted | 300000 | Redacted | Redacted |
| Sun, 31 May 2020 03:11:27 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Tue, 02 Jun 2020 03:50:50 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Tue, 02 Jun 2020 03:51:53 +0000 | tom | primary | api | Redacted | Redacted | 300000 | Redacted | Redacted |
| Wed, 03 Jun 2020 03:10:44 +0000 | tom | primary | api | Redacted | Redacted | 300000 | Redacted | Redacted |
| Wed, 03 Jun 2020 03:12:52 +0000 | tom | primary | api | Redacted | Redacted | 300000 | Redacted | Redacted |
| Thu, 04 Jun 2020 02:29:54 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Thu, 04 Jun 2020 02:30:14 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Fri, 05 Jun 2020 03:13:25 +0000 | tom | primary | api | Redacted | Redacted | 300000 | Redacted | Redacted |
| Fri, 05 Jun 2020 20:05:01 +0000 | tom | primary | api | Redacted | Redacted | 300000 | Redacted | Redacted |
| Sun, 07 Jun 2020 01:23:46 +0000 | tom | primary | api | Redacted | Redacted | 300000 | Redacted | Redacted |
| Sun, 07 Jun 2020 01:24:22 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Mon, 08 Jun 2020 11:52:50 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Mon, 08 Jun 2020 11:53:45 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |

| Date | User | Type | Category | | | Amount | | |
|---|---|---|---|---|---|---|---|---|
| Wed, 10 Jun 2020 13:06:20 +0000 | tom | primary | api | Redacted | Redacted | 300000 | Redacted | Redacted |
| Wed, 10 Jun 2020 13:07:00 +0000 | tom | primary | api | Redacted | Redacted | 300000 | Redacted | Redacted |
| Fri, 12 Jun 2020 15:25:33 +0000 | tom | primary | api | Redacted | Redacted | 300000 | Redacted | Redacted |
| Fri, 12 Jun 2020 15:26:27 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Sun, 14 Jun 2020 04:07:52 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |
| Mon, 15 Jun 2020 03:31:08 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Mon, 15 Jun 2020 03:31:48 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |
| Tue, 16 Jun 2020 06:57:33 +0000 | tom | primary | api | Redacted | Redacted | 300000 | Redacted | Redacted |
| Thu, 18 Jun 2020 04:59:04 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Thu, 18 Jun 2020 04:59:48 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Fri, 19 Jun 2020 19:12:36 +0000 | tom | primary | api | Redacted | Redacted | 300000 | Redacted | Redacted |
| Fri, 19 Jun 2020 19:21:22 +0000 | tom | primary | api | Redacted | Redacted | 300000 | Redacted | Redacted |
| Sun, 21 Jun 2020 16:40:08 +0000 | tom | primary | api | Redacted | Redacted | 300000 | Redacted | Redacted |
| Sun, 21 Jun 2020 16:40:43 +0000 | tom | primary | api | Redacted | Redacted | 300000 | Redacted | Redacted |
| Thu, 25 Jun 2020 15:25:39 +0000 | tom | primary | api | Redacted | Redacted | 300000 | Redacted | Redacted |
| Thu, 25 Jun 2020 15:26:26 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Tue, 30 Jun 2020 05:21:50 +0000 | tom | primary | api | Redacted | Redacted | 300000 | Redacted | Redacted |
| Tue, 30 Jun 2020 05:22:22 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Wed, 01 Apr 2020 02:04:02 +0000 | tom | primary | bounty | Redacted | Redacted | 6000 | Redacted | Redacted |
| Wed, 01 Apr 2020 02:05:09 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |
| Thu, 02 Apr 2020 15:03:43 +0000 | tom | primary | bounty | Redacted | Redacted | 3500 | Redacted | Redacted |
| Thu, 02 Apr 2020 15:04:48 +0000 | tom | primary | bounty | Redacted | Redacted | 1500 | Redacted | Redacted |
| Tue, 07 Apr 2020 18:48:01 +0000 | tom | primary | bounty | Redacted | Redacted | 700 | Redacted | Redacted |
| Thu, 09 Apr 2020 14:14:18 +0000 | tom | primary | bounty | Redacted | Redacted | 15000 | Redacted | Redacted |
| Thu, 09 Apr 2020 14:15:21 +0000 | tom | primary | bounty | Redacted | Redacted | 5000 | Redacted | Redacted |
| Sun, 12 Apr 2020 23:32:24 +0000 | tom | primary | bounty | Redacted | Redacted | 5000 | Redacted | Redacted |
| Sun, 12 Apr 2020 23:48:15 +0000 | tom | primary | bounty | Redacted | Redacted | 3000 | Redacted | Redacted |
| Sun, 12 Apr 2020 23:54:55 +0000 | tom | primary | bounty | Redacted | Redacted | 4000 | Redacted | Redacted |
| Tue, 14 Apr 2020 00:46:21 +0000 | tom | primary | bounty | Redacted | Redacted | 10000 | Redacted | Redacted |
| Tue, 14 Apr 2020 13:16:56 +0000 | tom | primary | bounty | Redacted | Redacted | 4000 | Redacted | Redacted |
| Tue, 14 Apr 2020 13:27:31 +0000 | tom | primary | bounty | Redacted | Redacted | 10000 | Redacted | Redacted |
| Tue, 14 Apr 2020 15:55:01 +0000 | tom | primary | bounty | Redacted | Redacted | 20000 | Redacted | Redacted |
| Tue, 14 Apr 2020 17:45:16 +0000 | tom | primary | bounty | Redacted | Redacted | 3000 | Redacted | Redacted |
| Fri, 17 Apr 2020 20:05:32 +0000 | tom | primary | bounty | Redacted | Redacted | 82500 | Redacted | Redacted |
| Mon, 20 Apr 2020 15:50:43 +0000 | tom | primary | bounty | Redacted | Redacted | 3000 | Redacted | Redacted |
| Mon, 20 Apr 2020 16:39:13 +0000 | tom | primary | bounty | Redacted | Redacted | 10000 | Redacted | Redacted |
| Mon, 20 Apr 2020 18:03:28 +0000 | tom | primary | bounty | Redacted | Redacted | 500 | Redacted | Redacted |
| Mon, 20 Apr 2020 22:36:32 +0000 | tom | primary | bounty | Redacted | Redacted | 5000 | Redacted | Redacted |
| Tue, 21 Apr 2020 17:39:10 +0000 | tom | primary | bounty | Redacted | Redacted | 3000 | Redacted | Redacted |
| Tue, 21 Apr 2020 19:53:35 +0000 | tom | primary | bounty | Redacted | Redacted | 2000 | Redacted | Redacted |

| Date | User | Type | Category | | | Amount | | |
|---|---|---|---|---|---|---|---|---|
| Wed, 22 Apr 2020 14:02:55 +0000 | tom | primary | bounty | Redacted | Redacted | 4000 | Redacted | Redacted |
| Wed, 22 Apr 2020 14:12:58 +0000 | tom | primary | bounty | Redacted | Redacted | 6000 | Redacted | Redacted |
| Fri, 24 Apr 2020 03:28:15 +0000 | tom | primary | bounty | Redacted | Redacted | 3000 | Redacted | Redacted |
| Fri, 24 Apr 2020 04:32:36 +0000 | tom | primary | bounty | Redacted | Redacted | 3000 | Redacted | Redacted |
| Fri, 24 Apr 2020 23:03:45 +0000 | tom | primary | bounty | Redacted | Redacted | 15000 | Redacted | Redacted |
| Sun, 26 Apr 2020 19:14:27 +0000 | tom | primary | bounty | Redacted | Redacted | 500 | Redacted | Redacted |
| Sun, 26 Apr 2020 23:22:05 +0000 | tom | primary | bounty | Redacted | Redacted | 20000 | Redacted | Redacted |
| Tue, 28 Apr 2020 19:45:19 +0000 | tom | primary | bounty | Redacted | Redacted | 7000 | Redacted | Redacted |
| Wed, 29 Apr 2020 14:33:52 +0000 | tom | primary | bounty | Redacted | Redacted | 2500 | Redacted | Redacted |
| Wed, 29 Apr 2020 23:42:45 +0000 | tom | primary | bounty | Redacted | Redacted | 2000 | Redacted | Redacted |
| Fri, 01 May 2020 20:21:01 +0000 | tom | primary | bounty | Redacted | Redacted | 5000 | Redacted | Redacted |
| Sun, 03 May 2020 00:22:02 +0000 | tom | primary | bounty | Redacted | Redacted | 2000 | Redacted | Redacted |
| Mon, 04 May 2020 22:37:16 +0000 | tom | primary | bounty | Redacted | Redacted | 1500 | Redacted | Redacted |
| Mon, 04 May 2020 22:37:46 +0000 | tom | primary | bounty | Redacted | Redacted | 1500 | Redacted | Redacted |
| Wed, 06 May 2020 00:58:37 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |
| Fri, 08 May 2020 20:28:17 +0000 | tom | primary | bounty | Redacted | Redacted | 7000 | Redacted | Redacted |
| Mon, 11 May 2020 15:54:51 +0000 | tom | primary | bounty | Redacted | Redacted | 3000 | Redacted | Redacted |
| Mon, 11 May 2020 21:15:45 +0000 | tom | primary | bounty | Redacted | Redacted | 3000 | Redacted | Redacted |
| Tue, 12 May 2020 00:10:10 +0000 | tom | primary | bounty | Redacted | Redacted | 700 | Redacted | Redacted |
| Tue, 12 May 2020 21:34:10 +0000 | tom | primary | bounty | Redacted | Redacted | 10000 | Redacted | Redacted |
| Wed, 13 May 2020 17:43:23 +0000 | tom | primary | bounty | Redacted | Redacted | 4000 | Redacted | Redacted |
| Thu, 14 May 2020 22:38:04 +0000 | tom | primary | bounty | Redacted | Redacted | 1300 | Redacted | Redacted |
| Sat, 16 May 2020 17:48:10 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |
| Sat, 16 May 2020 18:01:20 +0000 | tom | primary | bounty | Redacted | Redacted | 5000 | Redacted | Redacted |
| Sat, 16 May 2020 18:25:11 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |
| Sat, 16 May 2020 18:28:54 +0000 | tom | primary | bounty | Redacted | Redacted | 2000 | Redacted | Redacted |
| Sat, 16 May 2020 19:15:32 +0000 | tom | primary | bounty | Redacted | Redacted | 7000 | Redacted | Redacted |
| Mon, 18 May 2020 17:33:46 +0000 | tom | primary | bounty | Redacted | Redacted | 800 | Redacted | Redacted |
| Mon, 18 May 2020 17:37:26 +0000 | tom | primary | bounty | Redacted | Redacted | 800 | Redacted | Redacted |
| Mon, 18 May 2020 18:13:09 +0000 | tom | primary | bounty | Redacted | Redacted | 800 | Redacted | Redacted |
| Mon, 18 May 2020 23:40:54 +0000 | tom | primary | bounty | Redacted | Redacted | 800 | Redacted | Redacted |
| Tue, 19 May 2020 02:12:17 +0000 | tom | primary | bounty | Redacted | Redacted | 1200 | Redacted | Redacted |
| Wed, 20 May 2020 05:23:39 +0000 | tom | primary | bounty | Redacted | Redacted | 500 | Redacted | Redacted |
| Thu, 21 May 2020 17:55:27 +0000 | tom | primary | bounty | Redacted | Redacted | 4000 | Redacted | Redacted |
| Fri, 22 May 2020 15:38:58 +0000 | tom | primary | bounty | Redacted | Redacted | 500 | Redacted | Redacted |
| Fri, 22 May 2020 19:35:00 +0000 | tom | primary | bounty | Redacted | Redacted | 800 | Redacted | Redacted |
| Sat, 23 May 2020 17:08:19 +0000 | tom | primary | bounty | Redacted | Redacted | 800 | Redacted | Redacted |
| Sat, 23 May 2020 17:09:05 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |
| Sat, 23 May 2020 17:11:59 +0000 | tom | primary | bounty | Redacted | Redacted | 500 | Redacted | Redacted |
| Sat, 23 May 2020 17:15:55 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |

| Date | User | Type | Category | | | Amount | | |
|---|---|---|---|---|---|---|---|---|
| Sat, 23 May 2020 19:25:38 +0000 | tom | primary | bounty | Redacted | Redacted | 300 | Redacted | Redacted |
| Sat, 23 May 2020 19:37:03 +0000 | tom | primary | bounty | Redacted | Redacted | 800 | Redacted | Redacted |
| Sat, 23 May 2020 19:39:33 +0000 | tom | primary | bounty | Redacted | Redacted | 1200 | Redacted | Redacted |
| Sat, 23 May 2020 20:56:25 +0000 | tom | primary | bounty | Redacted | Redacted | 1500 | Redacted | Redacted |
| Sun, 24 May 2020 16:12:51 +0000 | tom | primary | bounty | Redacted | Redacted | 800 | Redacted | Redacted |
| Sun, 24 May 2020 16:42:03 +0000 | tom | primary | bounty | Redacted | Redacted | 800 | Redacted | Redacted |
| Mon, 25 May 2020 17:03:27 +0000 | tom | primary | bounty | Redacted | Redacted | 800 | Redacted | Redacted |
| Mon, 25 May 2020 17:35:43 +0000 | tom | primary | bounty | Redacted | Redacted | 10000 | Redacted | Redacted |
| Mon, 25 May 2020 18:00:53 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |
| Tue, 26 May 2020 02:51:25 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |
| Tue, 26 May 2020 16:09:44 +0000 | tom | primary | bounty | Redacted | Redacted | 1300 | Redacted | Redacted |
| Tue, 26 May 2020 16:34:24 +0000 | tom | primary | bounty | Redacted | Redacted | 1300 | Redacted | Redacted |
| Tue, 26 May 2020 20:29:26 +0000 | tom | primary | bounty | Redacted | Redacted | 500 | Redacted | Redacted |
| Tue, 26 May 2020 20:31:24 +0000 | tom | primary | bounty | Redacted | Redacted | 1500 | Redacted | Redacted |
| Tue, 26 May 2020 21:36:46 +0000 | tom | primary | bounty | Redacted | Redacted | 20000 | Redacted | Redacted |
| Wed, 27 May 2020 01:26:18 +0000 | tom | primary | bounty | Redacted | Redacted | 1250 | Redacted | Redacted |
| Thu, 28 May 2020 20:49:49 +0000 | tom | primary | bounty | Redacted | Redacted | 1500 | Redacted | Redacted |
| Thu, 28 May 2020 22:28:45 +0000 | tom | primary | bounty | Redacted | Redacted | 2000 | Redacted | Redacted |
| Fri, 29 May 2020 04:19:22 +0000 | tom | primary | bounty | Redacted | Redacted | 30000 | Redacted | Redacted |
| Mon, 01 Jun 2020 14:51:46 +0000 | tom | primary | bounty | Redacted | Redacted | 1400 | Redacted | Redacted |
| Mon, 01 Jun 2020 20:55:36 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |
| Mon, 01 Jun 2020 21:31:06 +0000 | tom | primary | bounty | Redacted | Redacted | 2000 | Redacted | Redacted |
| Mon, 01 Jun 2020 21:41:50 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |
| Mon, 01 Jun 2020 21:51:14 +0000 | tom | primary | bounty | Redacted | Redacted | 800 | Redacted | Redacted |
| Mon, 01 Jun 2020 21:54:21 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |
| Mon, 01 Jun 2020 21:56:16 +0000 | tom | primary | bounty | Redacted | Redacted | 800 | Redacted | Redacted |
| Mon, 01 Jun 2020 22:19:54 +0000 | tom | primary | bounty | Redacted | Redacted | 800 | Redacted | Redacted |
| Mon, 01 Jun 2020 22:38:49 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |
| Mon, 01 Jun 2020 22:40:24 +0000 | tom | primary | bounty | Redacted | Redacted | 1500 | Redacted | Redacted |
| Mon, 01 Jun 2020 23:49:24 +0000 | tom | primary | bounty | Redacted | Redacted | 800 | Redacted | Redacted |
| Tue, 02 Jun 2020 01:37:28 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |
| Tue, 02 Jun 2020 02:00:26 +0000 | tom | primary | bounty | Redacted | Redacted | 1500 | Redacted | Redacted |
| Tue, 02 Jun 2020 02:05:18 +0000 | tom | primary | bounty | Redacted | Redacted | 500 | Redacted | Redacted |
| Tue, 02 Jun 2020 15:36:15 +0000 | tom | primary | bounty | Redacted | Redacted | 6000 | Redacted | Redacted |
| Tue, 02 Jun 2020 17:05:59 +0000 | tom | primary | bounty | Redacted | Redacted | 1400 | Redacted | Redacted |
| Wed, 03 Jun 2020 12:39:24 +0000 | tom | primary | bounty | Redacted | Redacted | 5000 | Redacted | Redacted |
| Wed, 03 Jun 2020 14:51:37 +0000 | tom | primary | bounty | Redacted | Redacted | 1500 | Redacted | Redacted |
| Wed, 03 Jun 2020 14:54:51 +0000 | tom | primary | bounty | Redacted | Redacted | 300 | Redacted | Redacted |
| Wed, 03 Jun 2020 15:34:23 +0000 | tom | primary | bounty | Redacted | Redacted | 5000 | Redacted | Redacted |
| Wed, 03 Jun 2020 15:47:38 +0000 | grin | primary | bounty | Redacted | Redacted | 29000 | Redacted | Redacted |

| Date | User | Type | Category | | | Amount | | |
|---|---|---|---|---|---|---|---|---|
| Wed, 03 Jun 2020 22:46:53 +0000 | tom | primary | bounty | Redacted | Redacted | 3000 | Redacted | Redacted |
| Thu, 04 Jun 2020 14:45:07 +0000 | tom | primary | bounty | Redacted | Redacted | 400 | Redacted | Redacted |
| Thu, 04 Jun 2020 18:25:13 +0000 | tom | primary | bounty | Redacted | Redacted | 300 | Redacted | Redacted |
| Sat, 06 Jun 2020 18:04:42 +0000 | tom | primary | bounty | Redacted | Redacted | 800 | Redacted | Redacted |
| Tue, 09 Jun 2020 14:29:35 +0000 | tom | primary | bounty | Redacted | Redacted | 150 | Redacted | Redacted |
| Tue, 09 Jun 2020 21:56:23 +0000 | tom | primary | bounty | Redacted | Redacted | 300 | Redacted | Redacted |
| Wed, 10 Jun 2020 13:55:53 +0000 | tom | primary | bounty | Redacted | Redacted | 5000 | Redacted | Redacted |
| Wed, 10 Jun 2020 14:53:45 +0000 | tom | primary | bounty | Redacted | Redacted | 300 | Redacted | Redacted |
| Wed, 10 Jun 2020 14:57:46 +0000 | tom | primary | bounty | Redacted | Redacted | 200 | Redacted | Redacted |
| Wed, 10 Jun 2020 15:57:21 +0000 | tom | primary | bounty | Redacted | Redacted | 200 | Redacted | Redacted |
| Wed, 10 Jun 2020 21:48:05 +0000 | tom | primary | bounty | Redacted | Redacted | 2000 | Redacted | Redacted |
| Fri, 12 Jun 2020 19:59:51 +0000 | tom | primary | bounty | Redacted | Redacted | 200 | Redacted | Redacted |
| Fri, 12 Jun 2020 20:00:10 +0000 | tom | primary | bounty | Redacted | Redacted | 200 | Redacted | Redacted |
| Sat, 13 Jun 2020 13:38:36 +0000 | tom | primary | bounty | Redacted | Redacted | 300 | Redacted | Redacted |
| Sat, 13 Jun 2020 13:46:13 +0000 | tom | primary | bounty | Redacted | Redacted | 600 | Redacted | Redacted |
| Sat, 13 Jun 2020 15:34:07 +0000 | tom | primary | bounty | Redacted | Redacted | 800 | Redacted | Redacted |
| Mon, 15 Jun 2020 16:54:34 +0000 | tom | primary | bounty | Redacted | Redacted | 800 | Redacted | Redacted |
| Tue, 16 Jun 2020 01:58:46 +0000 | tom | primary | bounty | Redacted | Redacted | 1200 | Redacted | Redacted |
| Tue, 16 Jun 2020 02:28:11 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |
| Tue, 16 Jun 2020 15:13:22 +0000 | tom | primary | bounty | Redacted | Redacted | 200 | Redacted | Redacted |
| Wed, 17 Jun 2020 04:50:08 +0000 | tom | primary | bounty | Redacted | Redacted | 4000 | Redacted | Redacted |
| Wed, 17 Jun 2020 13:53:21 +0000 | tom | primary | bounty | Redacted | Redacted | 1500 | Redacted | Redacted |
| Thu, 18 Jun 2020 15:36:14 +0000 | tom | primary | bounty | Redacted | Redacted | 600 | Redacted | Redacted |
| Thu, 18 Jun 2020 20:27:24 +0000 | tom | primary | bounty | Redacted | Redacted | 100 | Redacted | Redacted |
| Fri, 19 Jun 2020 20:09:12 +0000 | tom | primary | bounty | Redacted | Redacted | 20000 | Redacted | Redacted |
| Fri, 19 Jun 2020 20:13:01 +0000 | tom | primary | bounty | Redacted | Redacted | 500 | Redacted | Redacted |
| Mon, 22 Jun 2020 19:57:37 +0000 | niko | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |
| Thu, 25 Jun 2020 03:06:33 +0000 | julie | primary | bounty | Redacted | Redacted | 700 | Redacted | Redacted |
| Thu, 25 Jun 2020 03:08:42 +0000 | julie | primary | bounty | Redacted | Redacted | 150 | Redacted | Redacted |
| Thu, 25 Jun 2020 03:11:37 +0000 | julie | primary | bounty | Redacted | Redacted | 660 | Redacted | Redacted |
| Mon, 29 Jun 2020 19:41:11 +0000 | julie | primary | bounty | Redacted | Redacted | 155 | Redacted | Redacted |
| Mon, 29 Jun 2020 19:43:21 +0000 | julie | primary | bounty | Redacted | Redacted | 765 | Redacted | Redacted |
| Mon, 29 Jun 2020 22:07:17 +0000 | julie | primary | bounty | Redacted | Redacted | 50 | Redacted | Redacted |
| Tue, 30 Jun 2020 14:44:05 +0000 | tom | primary | bounty | Redacted | Redacted | 1200 | Redacted | Redacted |
| Tue, 30 Jun 2020 23:58:58 +0000 | jeremy | primary | bounty | Redacted | Redacted | 50000 | Redacted | Redacted |
| Tue, 19 May 2020 14:47:22 +0000 | tom | primary | lbc_loan | Redacted | Redacted | 200000 | Redacted | Redacted |
| Thu, 21 May 2020 01:51:02 +0000 | tom | primary | lbc_loan | Redacted | Redacted | 160000 | Redacted | Redacted |
| Thu, 21 May 2020 13:03:08 +0000 | tom | primary | lbc_loan | Redacted | Redacted | 500000 | Redacted | Redacted |
| Mon, 06 Apr 2020 15:47:24 +0000 | tom | primary | modpay | Redacted | Redacted | 8000 | Redacted | Redacted |
| Mon, 06 Apr 2020 15:47:44 +0000 | tom | primary | modpay | Redacted | Redacted | 8000 | Redacted | Redacted |

| Date | User | Type | Category | | | Amount | | |
|---|---|---|---|---|---|---|---|---|
| Mon, 20 Apr 2020 16:47:13 +0000 | tom | primary | modpay | Redacted | Redacted | 4000 | Redacted | Redacted |
| Mon, 20 Apr 2020 16:48:24 +0000 | tom | primary | modpay | Redacted | Redacted | 8000 | Redacted | Redacted |
| Tue, 28 Apr 2020 19:48:03 +0000 | tom | primary | modpay | Redacted | Redacted | 3000 | Redacted | Redacted |
| Fri, 01 May 2020 05:22:34 +0000 | tom | primary | modpay | Redacted | Redacted | 5000 | Redacted | Redacted |
| Tue, 05 May 2020 17:52:31 +0000 | tom | primary | modpay | Redacted | Redacted | 5000 | Redacted | Redacted |
| Tue, 05 May 2020 18:18:06 +0000 | tom | primary | modpay | Redacted | Redacted | 15000 | Redacted | Redacted |
| Tue, 05 May 2020 18:19:31 +0000 | tom | primary | modpay | Redacted | Redacted | 10000 | Redacted | Redacted |
| Thu, 28 May 2020 02:23:22 +0000 | tom | primary | modpay | Redacted | Redacted | 10000 | Redacted | Redacted |
| Thu, 18 Jun 2020 17:58:28 +0000 | tom | primary | modpay | Redacted | Redacted | 12000 | Redacted | Redacted |
| Thu, 09 Apr 2020 21:03:41 +0000 | tom | primary | acquisition | Redacted | Redacted | 35000 | Redacted | Redacted |
| Mon, 13 Apr 2020 13:49:30 +0000 | tom | primary | acquisition | Redacted | Redacted | 20000 | Redacted | Redacted |
| Fri, 12 Jun 2020 21:20:40 +0000 | jeremy | primary | acquisition | Redacted | Redacted | 160000 | Redacted | Redacted |
| Mon, 15 Jun 2020 20:17:32 +0000 | julie | primary | other | Redacted | Redacted | 25000 | Redacted | Redacted |
| Mon, 15 Jun 2020 20:18:38 +0000 | julie | primary | other | Redacted | Redacted | 25000 | Redacted | Redacted |
| Mon, 15 Jun 2020 20:19:51 +0000 | julie | primary | other | Redacted | Redacted | 25000 | Redacted | Redacted |
| Mon, 15 Jun 2020 20:20:47 +0000 | julie | primary | other | Redacted | Redacted | 25000 | Redacted | Redacted |
| Mon, 15 Jun 2020 20:21:47 +0000 | julie | primary | other | Redacted | Redacted | 25000 | Redacted | Redacted |
| Mon, 15 Jun 2020 20:23:21 +0000 | julie | primary | other | Redacted | Redacted | 25000 | Redacted | Redacted |
| Mon, 15 Jun 2020 20:24:09 +0000 | julie | primary | other | Redacted | Redacted | 25000 | Redacted | Redacted |
| Mon, 15 Jun 2020 20:25:01 +0000 | julie | primary | other | Redacted | Redacted | 25000 | Redacted | Redacted |
| Mon, 15 Jun 2020 20:26:11 +0000 | julie | primary | other | Redacted | Redacted | 25000 | Redacted | Redacted |
| Thu, 09 Apr 2020 12:06:27 +0000 | tom | primary | publishing | Redacted | Redacted | 500 | Redacted | Redacted |
| Mon, 13 Apr 2020 03:38:44 +0000 | tom | primary | publishing | Redacted | Redacted | 1000 | Redacted | Redacted |
| Mon, 20 Apr 2020 14:51:50 +0000 | tom | primary | publishing | Redacted | Redacted | 1000 | Redacted | Redacted |
| Mon, 27 Apr 2020 00:36:04 +0000 | tom | primary | publishing | Redacted | Redacted | 500 | Redacted | Redacted |
| Tue, 28 Apr 2020 04:47:31 +0000 | tom | primary | publishing | Redacted | Redacted | 10000 | Redacted | Redacted |
| Thu, 30 Apr 2020 15:04:20 +0000 | tom | primary | publishing | Redacted | Redacted | 500 | Redacted | Redacted |
| Sat, 02 May 2020 19:40:33 +0000 | tom | primary | publishing | Redacted | Redacted | 1000 | Redacted | Redacted |
| Wed, 06 May 2020 15:24:44 +0000 | tom | primary | publishing | Redacted | Redacted | 500 | Redacted | Redacted |
| Thu, 07 May 2020 21:10:40 +0000 | tom | primary | publishing | Redacted | Redacted | 5000 | Redacted | Redacted |
| Thu, 07 May 2020 21:10:54 +0000 | tom | primary | publishing | Redacted | Redacted | 5000 | Redacted | Redacted |
| Sat, 09 May 2020 17:04:44 +0000 | tom | primary | publishing | Redacted | Redacted | 500 | Redacted | Redacted |
| Sat, 09 May 2020 17:05:59 +0000 | tom | primary | publishing | Redacted | Redacted | 300 | Redacted | Redacted |
| Sat, 16 May 2020 15:38:01 +0000 | tom | primary | publishing | Redacted | Redacted | 500 | Redacted | Redacted |
| Sat, 16 May 2020 15:39:22 +0000 | tom | primary | publishing | Redacted | Redacted | 500 | Redacted | Redacted |
| Tue, 19 May 2020 23:31:41 +0000 | tom | primary | publishing | Redacted | Redacted | 500 | Redacted | Redacted |
| Wed, 20 May 2020 13:01:49 +0000 | tom | primary | publishing | Redacted | Redacted | 20000 | Redacted | Redacted |
| Tue, 26 May 2020 11:27:33 +0000 | tom | primary | publishing | Redacted | Redacted | 600 | Redacted | Redacted |
| Thu, 28 May 2020 22:23:10 +0000 | tom | primary | publishing | Redacted | Redacted | 500 | Redacted | Redacted |
| Thu, 28 May 2020 22:26:15 +0000 | tom | primary | publishing | Redacted | Redacted | 100 | Redacted | Redacted |

| Date | Name | Type | Category | | | Amount | | |
|---|---|---|---|---|---|---|---|---|
| Fri, 29 May 2020 00:08:43 +0000 | grin | primary | publishing | Redacted | Redacted | 500 | Redacted | Redacted |
| Fri, 29 May 2020 00:34:20 +0000 | grin | primary | publishing | Redacted | Redacted | 500 | Redacted | Redacted |
| Fri, 29 May 2020 16:09:29 +0000 | grin | primary | publishing | Redacted | Redacted | 500 | Redacted | Redacted |
| Sun, 31 May 2020 13:28:52 +0000 | tom | primary | publishing | Redacted | Redacted | 300 | Redacted | Redacted |
| Sun, 31 May 2020 13:32:55 +0000 | tom | primary | publishing | Redacted | Redacted | 300 | Redacted | Redacted |
| Tue, 02 Jun 2020 12:52:31 +0000 | tom | primary | publishing | Redacted | Redacted | 500 | Redacted | Redacted |
| Wed, 03 Jun 2020 17:31:07 +0000 | tom | primary | publishing | Redacted | Redacted | 500 | Redacted | Redacted |
| Thu, 04 Jun 2020 16:55:23 +0000 | tom | primary | publishing | Redacted | Redacted | 500 | Redacted | Redacted |
| Fri, 05 Jun 2020 20:11:06 +0000 | tom | primary | publishing | Redacted | Redacted | 800 | Redacted | Redacted |
| Tue, 09 Jun 2020 06:21:02 +0000 | tom | primary | publishing | Redacted | Redacted | 800 | Redacted | Redacted |
| Wed, 10 Jun 2020 17:58:07 +0000 | tom | primary | publishing | Redacted | Redacted | 500 | Redacted | Redacted |
| Thu, 11 Jun 2020 00:31:18 +0000 | tom | primary | publishing | Redacted | Redacted | 1000 | Redacted | Redacted |
| Sat, 13 Jun 2020 23:19:28 +0000 | tom | primary | publishing | Redacted | Redacted | 20000 | Redacted | Redacted |
| Mon, 15 Jun 2020 03:36:15 +0000 | tom | primary | publishing | Redacted | Redacted | 500 | Redacted | Redacted |
| Thu, 18 Jun 2020 16:47:31 +0000 | tom | primary | publishing | Redacted | Redacted | 1000 | Redacted | Redacted |
| Mon, 22 Jun 2020 12:24:39 +0000 | tom | primary | publishing | Redacted | Redacted | 1000 | Redacted | Redacted |
| Tue, 30 Jun 2020 15:01:28 +0000 | tom | primary | publishing | Redacted | Redacted | 1000 | Redacted | Redacted |
| Fri, 03 Apr 2020 12:57:53 +0000 | josh | primary | salary | Redacted | Redacted | 80000 | Redacted | Redacted |
| Thu, 16 Apr 2020 15:48:34 +0000 | josh | primary | salary | Redacted | Redacted | 72700 | Redacted | Redacted |
| Mon, 04 May 2020 17:38:53 +0000 | josh | primary | salary | Redacted | Redacted | 28600 | Redacted | Redacted |
| Sat, 16 May 2020 15:28:38 +0000 | josh | primary | salary | Redacted | Redacted | 47916 | Redacted | Redacted |
| Tue, 02 Jun 2020 16:17:25 +0000 | josh | primary | salary | Redacted | Redacted | 62721 | Redacted | Redacted |
| Mon, 15 Jun 2020 19:04:02 +0000 | josh | primary | salary | Redacted | Redacted | 69.5 | Redacted | Redacted |
| Mon, 15 Jun 2020 19:18:58 +0000 | josh | primary | salary | Redacted | Redacted | 69500 | Redacted | Redacted |
| Fri, 08 May 2020 17:59:57 +0000 | julie | primary | swarm | Redacted | Redacted | 40000 | Redacted | Redacted |
| Fri, 01 May 2020 15:37:29 +0000 | josh | primary | testing | Redacted | Redacted | 10000 | Redacted | Redacted |
| Fri, 15 May 2020 21:57:45 +0000 | jeremy | primary | testing | Redacted | Redacted | 1063 | Redacted | Redacted |
| Wed, 03 Jun 2020 17:55:51 +0000 | jeremy | primary | testing | Redacted | Redacted | 69.69 | Redacted | Redacted |
| Wed, 03 Jun 2020 17:57:00 +0000 | jeremy | primary | testing | Redacted | Redacted | 351 | Redacted | Redacted |
| Fri, 24 Apr 2020 15:33:33 +0000 | grin | primary | timelock_usb | Redacted | Redacted | 50000 | Redacted | Redacted |
| Fri, 24 Apr 2020 15:34:41 +0000 | grin | primary | timelock_usb | Redacted | Redacted | 100000 | Redacted | Redacted |
| Mon, 15 Jun 2020 19:13:38 +0000 | julie | primary | timelock_usb | Redacted | Redacted | 100000 | Redacted | Redacted |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | Aquisition | | | 1,702,033 | includes timelocked usb and break glass campaign | | |
| | | Bounty | | | 570,380 | | | |

| | | Invite / API | 18,733,000 | *3MM subtracted to not double-count a wallet rebuild | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Community Engagement | 449,507 | | | | | |
| | | Staked on Content | 860,000 | | | | | |
| | | Publishing | 78,700 | | | | | |
| | | Swarm | 40,000 | | | | | |
| | | Testing | 11,484 | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | 22,445,103 | | | | | |

LBRY_SEC00058454
Community

| Date | From | To | Amount | Txid |
|---|---|---|---|---|
| Mon, 06 Apr 2020 13:19:50 +0000 | Redacted | Redacted | 10000 | Redacted |
| Mon, 06 Apr 2020 13:20:03 +0000 | Redacted | Redacted | 10000 | Redacted |
| Mon, 06 Apr 2020 13:20:14 +0000 | Redacted | Redacted | 10000 | Redacted |
| Mon, 06 Apr 2020 13:20:28 +0000 | Redacted | Redacted | 10000 | Redacted |
| Mon, 06 Apr 2020 13:20:42 +0000 | Redacted | Redacted | 10000 | Redacted |
| Mon, 06 Apr 2020 13:20:54 +0000 | Redacted | Redacted | 10000 | Redacted |
| Mon, 06 Apr 2020 13:21:07 +0000 | Redacted | Redacted | 10000 | Redacted |
| Thu, 23 Apr 2020 12:51:24 +0000 | Redacted | Redacted | 9600 | Redacted |
| Thu, 23 Apr 2020 12:51:38 +0000 | Redacted | Redacted | 9600 | Redacted |
| Thu, 23 Apr 2020 12:51:52 +0000 | Redacted | Redacted | 9600 | Redacted |
| Thu, 23 Apr 2020 12:52:06 +0000 | Redacted | Redacted | 9600 | Redacted |
| Thu, 23 Apr 2020 12:52:19 +0000 | Redacted | Redacted | 9600 | Redacted |
| Thu, 23 Apr 2020 12:52:31 +0000 | Redacted | Redacted | 9600 | Redacted |
| Thu, 23 Apr 2020 12:52:42 +0000 | Redacted | Redacted | 9600 | Redacted |
| Tue, 26 May 2020 13:29:13 +0000 | Redacted | Redacted | 2963 | Redacted |
| Tue, 26 May 2020 13:29:35 +0000 | Redacted | Redacted | 2963 | Redacted |
| Tue, 26 May 2020 13:29:48 +0000 | Redacted | Redacted | 2963 | Redacted |
| Tue, 26 May 2020 13:30:02 +0000 | Redacted | Redacted | 2963 | Redacted |
| Tue, 26 May 2020 13:30:13 +0000 | Redacted | Redacted | 2963 | Redacted |
| Tue, 26 May 2020 13:30:25 +0000 | Redacted | Redacted | 2963 | Redacted |
| Tue, 26 May 2020 13:30:37 +0000 | Redacted | Redacted | 2963 | Redacted |
| Sun, 17 May 2020 20:36:17 +0000 | Redacted | Redacted | 1400 | Redacted |
| | | | **159,341** | **Employee LBC program** |
| Wed, 03 Jun 2020 14:48:12 +0000 | Redacted | Redacted | 25000 | Redacted |
| Wed, 03 Jun 2020 19:30:59 +0000 | Redacted | Redacted | 25000 | Redacted |
| Thu, 04 Jun 2020 01:22:43 +0000 | Redacted | Redacted | 25000 | Redacted |
| Thu, 04 Jun 2020 01:23:28 +0000 | Redacted | Redacted | 25000 | Redacted |
| Fri, 05 Jun 2020 14:43:16 +0000 | Redacted | Redacted | 25000 | Redacted |
| Fri, 05 Jun 2020 14:43:45 +0000 | Redacted | Redacted | 25000 | Redacted |
| Fri, 05 Jun 2020 14:44:14 +0000 | Redacted | Redacted | 50000 | Redacted |
| Sun, 07 Jun 2020 14:46:59 +0000 | Redacted | Redacted | 50000 | Redacted |
| Fri, 12 Jun 2020 03:00:04 +0000 | Redacted | Redacted | 50000 | Redacted |
| Mon, 15 Jun 2020 23:49:57 +0000 | Redacted | Redacted | 25000 | Redacted |
| Thu, 18 Jun 2020 13:45:34 +0000 | Redacted | Redacted | 25000 | Redacted |
| Mon, 22 Jun 2020 00:14:28 +0000 | Redacted | Redacted | 50000 | Redacted |
| Mon, 29 Jun 2020 17:16:50 +0000 | Redacted | Redacted | 25000 | Redacted |
| Fri, 01 May 2020 14:35:18 +0000 | Redacted | Redacted | 10000 | Redacted |
| | | | **435,000** | **Sold via Moonpay** |
| Thu, 28 May 2020 15:18:26 +0000 | Redacted | Redacted | 100000 | Redacted |
| Mon, 15 Jun 2020 14:11:20 +0000 | Redacted | Redacted | 100000 | Redacted |
| | | | **200,000** | **Employee contract LBC for salary reduction** |
| Sat, 06 Jun 2020 13:17:59 +0000 | Redacted | Redacted | 500000 | Redacted |
| Mon, 08 Jun 2020 14:57:31 +0000 | Redacted | Redacted | 1000000 | Redacted |
| | | | 5,528,356 | direct from Ops wallet |
| | | | **7,028,356** | **Sold on open market** |

LBRY_SEC00058454
Operational

| Date | From | To | Amount | Txid |
|---|---|---|---|---|
| | | | | |

**7,822,697 Operational Credits Used**

LBRY_SEC00058454
Operational

| Date | Purpose | From | To | Tx | Amount | Txn By |
|---|---|---|---|---|---|---|
| 6/22/20 | Altonomy Token Loan | institutional | redacted | redacted | 40,000,000 | Grin |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

LBRY_SEC00058454
Institutional