



| Date | Open* | High | Low | Close** | Volume | Market Cap |
|---|---|---|---|---|---|---|
| Jan 31, 2020 | $0.02292 | $0.02448 | $0.02068 | $0.02289 | $92,086 | $7,271,328 |
| Jan 30, 2020 | $0.01975 | $0.02371 | $0.01935 | $0.02291 | $137,074 | $7,268,668 |
| Jan 29, 2020 | $0.02082 | $0.02113 | $0.01953 | $0.01976 | $43,794 | $5,954,579 |
| Jan 28, 2020 | $0.02088 | $0.02205 | $0.02003 | $0.02071 | $58,312 | $6,240,506 |
| Jan 27, 2020 | $0.02203 | $0.02302 | $0.02005 | $0.02089 | $82,308 | $6,293,715 |
| Jan 26, 2020 | $0.02175 | $0.02276 | $0.02159 | $0.02202 | $42,659 | $6,635,747 |
| Jan 25, 2020 | $0.02357 | $0.02358 | $0.02101 | $0.02175 | $52,706 | $6,552,694 |
| Jan 24, 2020 | $0.02344 | $0.02373 | $0.02218 | $0.02358 | $70,741 | $7,104,198 |
| Jan 23, 2020 | $0.02575 | $0.02721 | $0.02088 | $0.02352 | $206,148 | $7,086,824 |
| Jan 22, 2020 | $0.02576 | $0.02798 | $0.02491 | $0.02582 | $82,767 | $7,778,619 |
| Jan 21, 2020 | $0.02422 | $0.0264 | $0.02259 | $0.02577 | $86,439 | $7,764,620 |
| Jan 20, 2020 | $0.02487 | $0.0266 | $0.02387 | $0.02438 | $54,550 | $7,346,758 |
| Jan 19, 2020 | $0.0278 | $0.02868 | $0.02393 | $0.02487 | $57,079 | $7,493,856 |
| Jan 18, 2020 | $0.02554 | $0.02818 | $0.02455 | $0.0278 | $88,280 | $8,376,685 |
| Jan 17, 2020 | $0.02745 | $0.02975 | $0.02554 | $0.02554 | $126,756 | $7,695,805 |
| Jan 16, 2020 | $0.02962 | $0.03061 | $0.02737 | $0.02745 | $72,194 | $8,269,378 |
| Jan 15, 2020 | $0.02813 | $0.03241 | $0.02704 | $0.02963 | $322,710 | $8,928,387 |



LBRY Credits LBC $0.02345 ▼2.39%

| Date | Open* | High | Low | Close** | Volume | Market Cap |
| --- | --- | --- | --- | --- | --- | --- |
| Jan 14, 2020 | $0.0307 | $0.03386 | $0.02753 | $0.02818 | $208,335 | $8,489,638 |
| Jan 13, 2020 | $0.03067 | $0.03345 | $0.02696 | $0.03067 | $245,942 | $8,900,422 |
| Jan 12, 2020 | $0.02384 | $0.03065 | $0.02316 | $0.03065 | $617,950 | $8,894,567 |
| Jan 11, 2020 | $0.02382 | $0.02696 | $0.02379 | $0.024 | $363,269 | $6,966,083 |
| Jan 10, 2020 | $0.0208 | $0.02499 | $0.01855 | $0.02382 | $159,060 | $6,912,896 |
| Jan 09, 2020 | $0.02273 | $0.02293 | $0.02034 | $0.02081 | $59,817 | $6,038,626 |
| Jan 08, 2020 | $0.02468 | $0.02729 | $0.02163 | $0.02276 | $92,732 | $6,606,390 |
| Jan 07, 2020 | $0.02647 | $0.02721 | $0.02405 | $0.02467 | $126,406 | $7,160,343 |
| Jan 06, 2020 | $0.02653 | $0.02846 | $0.0255 | $0.0265 | $104,681 | $7,689,542 |
| Jan 05, 2020 | $0.0307 | $0.03122 | $0.02639 | $0.02651 | $167,479 | $7,693,617 |
| Jan 04, 2020 | $0.02888 | $0.03242 | $0.02888 | $0.03067 | $143,966 | $8,899,416 |
| Jan 03, 2020 | $0.02655 | $0.0308 | $0.02568 | $0.0296 | $188,562 | $8,591,023 |
| Jan 02, 2020 | $0.02629 | $0.0276 | $0.02481 | $0.02642 | $145,119 | $7,668,638 |
| Jan 01, 2020 | $0.02799 | $0.03066 | $0.02433 | $0.0263 | $209,451 | $7,631,726 |
| Dec 31, 2019 | $0.02928 | $0.03284 | $0.02751 | $0.02799 | $289,404 | $8,123,562 |
| Dec 30, 2019 | $0.03175 | $0.03533 | $0.02702 | $0.0293 | $363,667 | $8,502,261 |
| Dec 29, 2019 | $0.02726 | $0.03542 | $0.02726 | $0.03175 | $259,086 | $9,212,876 |

 LBRY Credits LBC   $0.02345   ▼2.39%

5/3/22, 2:08 PM
LBRY Credits price today, LBC to USD live, marketcap and chart | CoinMarketCap
Case 1:21-cv-00260-PB Document 64-15 Filed 05/05/22 Page 4 of 8

| Date | Open* | High | Low | Close** | Volume | Market Cap |
| --- | --- | --- | --- | --- | --- | --- |
| Dec 28, 2019 | $0.02077 | $0.02938 | $0.02052 | $0.02736 | $177,349 | $7,939,553 |
| Dec 27, 2019 | $0.02544 | $0.02544 | $0.0189 | $0.02034 | $129,183 | $5,901,714 |
| Dec 26, 2019 | $0.01923 | $0.02677 | $0.01923 | $0.02543 | $286,809 | $7,381,265 |
| Dec 25, 2019 | $0.01659 | $0.01926 | $0.01586 | $0.01923 | $100,940 | $5,581,198 |
| Dec 24, 2019 | $0.01442 | $0.01758 | $0.01372 | $0.01659 | $74,904 | $4,815,577 |
| Dec 23, 2019 | $0.01704 | $0.01724 | $0.0141 | $0.01441 | $80,658 | $4,182,401 |
| Dec 22, 2019 | $0.01294 | $0.01706 | $0.01213 | $0.01705 | $110,996 | $4,946,780 |
| Dec 21, 2019 | $0.01162 | $0.01294 | $0.01019 | $0.01294 | $30,129 | $3,755,507 |
| Dec 20, 2019 | $0.009592 | $0.01162 | $0.009334 | $0.01162 | $16,830 | $3,373,635 |
| Dec 19, 2019 | $0.009553 | $0.01022 | $0.009145 | $0.009592 | $6,508 | $2,783,623 |
| Dec 18, 2019 | $0.008391 | $0.009897 | $0.008173 | $0.009553 | $9,057 | $2,772,514 |
| Dec 17, 2019 | $0.008661 | $0.009078 | $0.008028 | $0.008391 | $6,636 | $2,435,201 |
| Dec 16, 2019 | $0.008795 | $0.009767 | $0.008347 | $0.008661 | $14,342 | $2,513,469 |
| Dec 15, 2019 | $0.00841 | $0.008818 | $0.008325 | $0.008795 | $3,158 | $2,552,323 |
| Dec 14, 2019 | $0.008717 | $0.009075 | $0.008367 | $0.008414 | $1,634 | $2,441,862 |
| Dec 13, 2019 | $0.008908 | $0.009367 | $0.008692 | $0.008717 | $5,000 | $2,529,826 |
| Dec 12, 2019 | $0.009161 | $0.00951 | $0.008859 | $0.00891 | $2,642 | $2,585,667 |



LBRY Credits LBC $0.02345 ▼2.39%

| Date | Open* | High | Low | Close** | Volume | Market Cap |
|---|---|---|---|---|---|---|
| Dec 11, 2019 | $0.009536 | $0.01003 | $0.009025 | $0.009161 | $11,054 | $2,655,873 |
| Dec 10, 2019 | $0.009836 | $0.009875 | $0.008504 | $0.009536 | $18,909 | $2,761,984 |
| Dec 09, 2019 | $0.009905 | $0.009984 | $0.009331 | $0.009833 | $4,815 | $2,846,057 |
| Dec 08, 2019 | $0.009059 | $0.01002 | $0.008963 | $0.009907 | $5,815 | $2,865,240 |
| Dec 07, 2019 | $0.009587 | $0.00962 | $0.008952 | $0.009059 | $4,492 | $2,616,997 |
| Dec 06, 2019 | $0.009314 | $0.009587 | $0.008752 | $0.009587 | $4,748 | $2,766,562 |
| Dec 05, 2019 | $0.009419 | $0.00942 | $0.008634 | $0.009314 | $10,651 | $2,684,811 |
| Dec 04, 2019 | $0.009134 | $0.01135 | $0.008893 | $0.009436 | $25,026 | $2,716,760 |
| Dec 03, 2019 | $0.009658 | $0.009882 | $0.008858 | $0.009135 | $5,037 | $2,628,608 |
| Dec 02, 2019 | $0.009124 | $0.009987 | $0.008558 | $0.009648 | $6,280 | $2,773,643 |
| Dec 01, 2019 | $0.009679 | $0.009826 | $0.008724 | $0.009124 | $5,271 | $2,621,312 |
| Nov 30, 2019 | $0.009386 | $0.00969 | $0.008999 | $0.009677 | $4,262 | $2,778,437 |
| Nov 29, 2019 | $0.008795 | $0.009545 | $0.008685 | $0.009386 | $5,253 | $2,693,525 |
| Nov 28, 2019 | $0.008954 | $0.009571 | $0.008654 | $0.008795 | $4,167 | $2,522,417 |
| Nov 27, 2019 | $0.009062 | $0.009602 | $0.008056 | $0.008952 | $28,580 | $2,565,856 |
| Nov 26, 2019 | $0.008635 | $0.01045 | $0.008344 | $0.00909 | $22,986 | $2,598,542 |
| Nov 25, 2019 | $0.007705 | $0.0101 | $0.006945 | $0.008635 | $21,640 | $2,465,896 |



LBRY Credits LBC $0.02345 ▼2.39%

| Date | Open* | High | Low | Close** | Volume | Market Cap |
|---|---|---|---|---|---|---|
| Nov 24, 2019 | $0.008729 | $0.008734 | $0.007529 | $0.007703 | $6,800 | $2,197,393 |
| Nov 23, 2019 | $0.00882 | $0.009143 | $0.007578 | $0.008729 | $22,010 | $2,487,497 |
| Nov 22, 2019 | $0.009931 | $0.01043 | $0.00825 | $0.008818 | $28,592 | $2,511,487 |
| Nov 21, 2019 | $0.0121 | $0.01322 | $0.009404 | $0.009931 | $79,276 | $2,825,484 |
| Nov 20, 2019 | $0.01075 | $0.02089 | $0.01075 | $0.01212 | $334,126 | $3,443,584 |
| Nov 19, 2019 | $0.007556 | $0.01075 | $0.007436 | $0.01075 | $40,295 | $3,052,332 |
| Nov 18, 2019 | $0.007544 | $0.007797 | $0.007266 | $0.007556 | $7,171 | $2,143,169 |
| Nov 17, 2019 | $0.007865 | $0.007867 | $0.007538 | $0.007538 | $2,004 | $2,136,834 |
| Nov 16, 2019 | $0.007638 | $0.007981 | $0.007505 | $0.007865 | $7,180 | $2,226,419 |
| Nov 15, 2019 | $0.007496 | $0.007811 | $0.007395 | $0.007636 | $2,231 | $2,158,922 |
| Nov 14, 2019 | $0.007751 | $0.008092 | $0.007472 | $0.007485 | $1,843 | $2,114,645 |
| Nov 13, 2019 | $0.007668 | $0.008199 | $0.007463 | $0.007751 | $3,823 | $2,188,640 |
| Nov 12, 2019 | $0.007886 | $0.008077 | $0.007528 | $0.007667 | $4,870 | $2,163,169 |
| Nov 11, 2019 | $0.008333 | $0.00841 | $0.007593 | $0.007885 | $4,408 | $2,223,181 |
| Nov 10, 2019 | $0.008012 | $0.008604 | $0.008004 | $0.008333 | $2,848 | $2,347,934 |
| Nov 09, 2019 | $0.007832 | $0.008296 | $0.00771 | $0.008013 | $10,204 | $2,256,308 |
| Nov 08, 2019 | $0.008152 | $0.008256 | $0.007734 | $0.007834 | $2,168 | $2,203,612 |



LBRY Credits LBC  $0.02345  ▼2.39%

5/3/22, 2:08 PM
Case 1:21-cv-00260-PB   Document 64-15   Filed 05/05/22   Page 7 of 8
LBRY Credits price today, LBC to USD live, marketcap and chart | CoinMarketCap

| Date | Open* | High | Low | Close** | Volume | Market Cap |
|---|---|---|---|---|---|---|
| Nov 07, 2019 | $0.008141 | $0.008707 | $0.008004 | $0.008155 | $9,620 | $2,292,586 |
| Nov 06, 2019 | $0.008412 | $0.008524 | $0.007877 | $0.008138 | $4,401 | $2,285,294 |
| Nov 05, 2019 | $0.008381 | $0.008432 | $0.007776 | $0.008412 | $7,009 | $2,360,412 |
| Nov 04, 2019 | $0.007839 | $0.008405 | $0.007569 | $0.008381 | $3,504 | $2,349,830 |
| Nov 03, 2019 | $0.007838 | $0.008071 | $0.007537 | $0.007848 | $3,889 | $2,197,673 |
| Nov 02, 2019 | $0.008143 | $0.00816 | $0.007762 | $0.007837 | $3,008 | $2,193,247 |

Load More

\* Earliest data in range (UTC time)

\** Latest data in range (UTC time)



### Products

Blockchain Explorer

Crypto API

Crypto Indices

Jobs Board

Sitemap

### Company

About us

Terms of use

Privacy Policy

Community Rules

Disclaimer

Methodology

Careers  We're hiring!

 LBRY Credits LBC          $0.02345   ▼2.39%

Case 1:21-cv-00260-BB   Document 64-15   Filed 05/05/22   Page 8 of 8

| Support | Socials |
|---|---|
| Request Form | Facebook |
| Contact Support | Twitter |
| FAQ | Telegram |
| Glossary | Instagram |
| | Interactive Chat |

© 2022 CoinMarketCap. All rights reserved





