5/3/22, 2:12 PM
LBRY Credits price today, LBC to USD live, marketcap and chart | CoinMarketCap
Case 1:21-cv-00260-PB Document 64-16 Filed 05/05/22 Page 1 of 8



5/3/22, 2:12 PM
LBRY Credits price today, LBC to USD live, marketcap and chart | CoinMarketCap
Case 1:21-cv-00260-BB Document 64-16 Filed 05/05/22 Page 2 of 8

 **LBRY Credits** LBC   $0.02345  ▼ 2.39%

| Date | Open | High | Low | Close | Volume | Market Cap |
|---|---|---|---|---|---|---|
| Jan 30, 2021 | $0.1089 | $0.1108 | $0.1035 | $0.1066 | $5,609,859 | $55,518,741 |
| Jan 29, 2021 | $0.1129 | $0.113 | $0.1014 | $0.1088 | $8,654,773 | $56,689,730 |
| Jan 28, 2021 | $0.1041 | $0.1117 | $0.1008 | $0.1111 | $7,893,455 | $57,896,277 |
| Jan 27, 2021 | $0.1135 | $0.1155 | $0.1004 | $0.1039 | $5,591,227 | $54,115,534 |
| Jan 26, 2021 | $0.1156 | $0.1171 | $0.1081 | $0.1138 | $5,178,231 | $59,315,323 |
| Jan 25, 2021 | $0.1182 | $0.1182 | $0.1128 | $0.1155 | $5,273,958 | $60,191,783 |
| Jan 24, 2021 | $0.1169 | $0.1237 | $0.1109 | $0.1177 | $13,743,560 | $61,328,174 |
| Jan 23, 2021 | $0.105 | $0.1266 | $0.1038 | $0.1176 | $26,004,045 | $61,285,669 |
| Jan 22, 2021 | $0.1019 | $0.1079 | $0.08869 | $0.1045 | $8,770,607 | $54,468,732 |
| Jan 21, 2021 | $0.1242 | $0.1248 | $0.1001 | $0.102 | $8,042,174 | $53,157,227 |
| Jan 20, 2021 | $0.1268 | $0.1268 | $0.114 | $0.1239 | $14,773,295 | $64,565,147 |
| Jan 19, 2021 | $0.1228 | $0.1478 | $0.119 | $0.1276 | $61,060,918 | $66,486,450 |
| Jan 18, 2021 | $0.09757 | $0.1681 | $0.09757 | $0.1228 | $137,625,666 | $64,009,647 |
| Jan 17, 2021 | $0.08497 | $0.1334 | $0.08305 | $0.0976 | $50,646,257 | $50,855,351 |
| Jan 16, 2021 | $0.08353 | $0.08572 | $0.08182 | $0.0847 | $4,452,528 | $44,135,546 |
| Jan 15, 2021 | $0.08775 | $0.09143 | $0.07887 | $0.08344 | $5,064,107 | $43,476,784 |
| Jan 14, 2021 | $0.08824 | $0.08895 | $0.08402 | $0.08779 | $3,887,926 | $45,741,307 |

 **LBRY Credits** LBC    $0.02345  ▼ 2.39%

| Date | Open* | High | Low | Close** | Volume | Market Cap |
|---|---|---|---|---|---|---|
| Jan 13, 2021 | $0.08704 | $0.08837 | $0.07969 | $0.08829 | $3,794,739 | $46,002,544 |
| Jan 12, 2021 | $0.07779 | $0.09117 | $0.07389 | $0.08701 | $16,872,219 | $45,336,801 |
| Jan 11, 2021 | $0.0892 | $0.08943 | $0.06356 | $0.07863 | $3,823,207 | $40,922,231 |
| Jan 10, 2021 | $0.09112 | $0.09263 | $0.08406 | $0.089 | $4,768,156 | $46,300,765 |
| Jan 09, 2021 | $0.08982 | $0.0917 | $0.08745 | $0.09112 | $3,803,729 | $47,390,532 |
| Date | Open* | High | Low | Close** | Volume | Market Cap |
| Jan 07, 2021 | $0.09872 | $0.1003 | $0.0901 | $0.0922 | $7,660,801 | $47,870,436 |
| Jan 06, 2021 | $0.09882 | $0.1062 | $0.09143 | $0.09873 | $11,822,264 | $51,147,665 |
| Date | Open* | High | Low | Close** | Volume | Market Cap |
| Jan 04, 2021 | $0.108 | $0.1115 | $0.08252 | $0.09314 | $13,665,208 | $48,166,460 |
| Jan 03, 2021 | $0.1005 | $0.1351 | $0.09766 | $0.108 | $64,648,086 | $55,836,493 |
| Jan 02, 2021 | $0.1194 | $0.1194 | $0.09126 | $0.1005 | $19,040,367 | $51,940,086 |
| Jan 01, 2021 | $0.08274 | $0.1593 | $0.08274 | $0.1193 | $174,510,787 | $61,596,734 |
| Dec 31, 2020 | $0.05663 | $0.09764 | $0.05663 | $0.08306 | $79,023,817 | $42,884,644 |
| Dec 30, 2020 | $0.05805 | $0.05814 | $0.05428 | $0.05668 | $3,144,568 | $29,254,392 |
| Dec 29, 2020 | $0.06274 | $0.06274 | $0.05492 | $0.05777 | $5,073,951 | $29,783,586 |
| Dec 28, 2020 | $0.05186 | $0.09157 | $0.05186 | $0.06274 | $57,325,695 | $32,339,335 |

 **LBRY Credits** LBC   $0.02345  ▼2.39%

| Date | Open* | High | Low | Close** | Volume | Market Cap |
|---|---|---|---|---|---|---|
| Dec 27, 2020 | $0.05163 | $0.06381 | $0.0504 | $0.052 | $14,088,969 | $26,786,318 |
| Dec 26, 2020 | $0.04906 | $0.0523 | $0.04863 | $0.05147 | $1,371,565 | $26,492,697 |
| Dec 25, 2020 | $0.04811 | $0.05183 | $0.04805 | $0.04905 | $1,409,252 | $25,237,276 |
| Dec 24, 2020 | $0.04715 | $0.04965 | $0.04506 | $0.04814 | $1,248,005 | $24,761,291 |
| Dec 23, 2020 | $0.05491 | $0.05545 | $0.04717 | $0.04717 | $2,508,922 | $24,255,945 |
| Dec 22, 2020 | $0.05501 | $0.05646 | $0.05333 | $0.05502 | $3,570,278 | $28,246,298 |
| Dec 21, 2020 | $0.05826 | $0.0589 | $0.05376 | $0.05503 | $2,083,639 | $28,240,632 |
| Dec 20, 2020 | $0.05984 | $0.05984 | $0.05732 | $0.05806 | $2,290,239 | $29,789,395 |
| Date | Open* | High | Low | Close** | Volume | Market Cap |
| Dec 18, 2020 | $0.05909 | $0.05985 | $0.05607 | $0.05985 | $3,441,172 | $30,653,190 |
| Dec 17, 2020 | $0.06348 | $0.06364 | $0.05853 | $0.05909 | $3,494,825 | $30,253,089 |
| Dec 16, 2020 | $0.06576 | $0.06707 | $0.06023 | $0.06347 | $4,765,854 | $32,487,489 |
| Dec 15, 2020 | $0.06917 | $0.06924 | $0.06512 | $0.06574 | $4,300,174 | $33,642,407 |
| Dec 14, 2020 | $0.07106 | $0.07233 | $0.06788 | $0.06898 | $5,048,958 | $35,091,605 |
| Dec 13, 2020 | $0.07247 | $0.07885 | $0.06949 | $0.071 | $13,973,767 | $36,087,956 |
| Dec 12, 2020 | $0.07327 | $0.08329 | $0.06594 | $0.07202 | $25,982,429 | $36,594,512 |
| Dec 11, 2020 | $0.03444 | $0.1688 | $0.03295 | $0.07349 | $54,671,014 | $37,330,306 |

 **LBRY Credits** LBC   $0.02345   ▼2.39%

| Date | Open* | High | Low | Close** | Volume | Market Cap |
|---|---|---|---|---|---|---|
| Dec 10, 2020 | $0.03378 | $0.03761 | $0.03327 | $0.03434 | $1,138,877 | $17,401,847 |
| Dec 09, 2020 | $0.03202 | $0.03391 | $0.03036 | $0.03378 | $994,759 | $17,060,546 |
| Dec 08, 2020 | $0.03355 | $0.03498 | $0.0318 | $0.03202 | $947,341 | $16,161,797 |
| Dec 07, 2020 | $0.03167 | $0.03365 | $0.03095 | $0.03345 | $881,901 | $16,863,598 |
| Dec 06, 2020 | $0.02883 | $0.03225 | $0.02883 | $0.03168 | $786,640 | $15,967,447 |
| Dec 05, 2020 | $0.02788 | $0.02922 | $0.02742 | $0.02883 | $653,232 | $14,528,309 |
| Dec 04, 2020 | $0.02818 | $0.02842 | $0.02727 | $0.02788 | $774,416 | $14,039,399 |
| Dec 03, 2020 | $0.0272 | $0.02853 | $0.02675 | $0.0282 | $797,582 | $14,180,971 |
| Dec 01, 2020 | $0.02961 | $0.03003 | $0.02589 | $0.02669 | $929,742 | $13,399,253 |
| Nov 30, 2020 | $0.02758 | $0.02981 | $0.02735 | $0.0296 | $838,445 | $14,851,625 |
| Nov 29, 2020 | $0.02602 | $0.02765 | $0.02587 | $0.02758 | $583,049 | $13,830,099 |
| Nov 28, 2020 | $0.02627 | $0.02655 | $0.02527 | $0.02604 | $620,316 | $13,052,508 |
| Nov 27, 2020 | $0.02787 | $0.02843 | $0.02585 | $0.02627 | $793,796 | $13,167,105 |
| Nov 26, 2020 | $0.0331 | $0.03371 | $0.02646 | $0.02783 | $963,106 | $13,945,637 |
| Nov 25, 2020 | $0.02832 | $0.03396 | $0.02776 | $0.03232 | $946,671 | $16,173,948 |
| Nov 24, 2020 | $0.02672 | $0.02837 | $0.02603 | $0.02828 | $873,297 | $14,147,141 |

 **LBRY Credits** LBC $0.02345 ▼2.39%

| Date | Open* | High | Low | Close** | Volume | Market Cap |
|---|---|---|---|---|---|---|
| Nov 23, 2020 | $0.02579 | $0.02723 | $0.0251 | $0.02671 | $725,859 | $13,357,994 |
| Nov 22, 2020 | $0.0263 | $0.02689 | $0.02467 | $0.02579 | $666,115 | $12,886,594 |
| Nov 21, 2020 | $0.02635 | $0.02748 | $0.02408 | $0.0263 | $560,841 | $13,130,379 |
| Nov 20, 2020 | $0.0246 | $0.02703 | $0.02311 | $0.02635 | $645,388 | $13,151,949 |
| Nov 19, 2020 | $0.02456 | $0.02514 | $0.01917 | $0.0246 | $553,940 | $12,122,232 |
| Nov 18, 2020 | $0.02428 | $0.02533 | $0.01951 | $0.02458 | $686,286 | $12,107,414 |
| Nov 17, 2020 | $0.02469 | $0.02628 | $0.02227 | $0.02431 | $763,740 | $11,965,447 |
| Nov 16, 2020 | $0.02245 | $0.0297 | $0.02174 | $0.02511 | $1,023,263 | $12,350,494 |
| Date | Open* | High | Low | Close** | Volume | Market Cap |
| Nov 14, 2020 | $0.02237 | $0.02246 | $0.02125 | $0.02159 | $497,227 | $10,593,612 |
| Nov 13, 2020 | $0.02264 | $0.02309 | $0.02193 | $0.02236 | $689,207 | $10,966,184 |
| Nov 12, 2020 | $0.02163 | $0.02279 | $0.02141 | $0.02265 | $663,626 | $11,102,576 |
| Nov 11, 2020 | $0.02153 | $0.02189 | $0.02123 | $0.02162 | $333,611 | $10,587,711 |
| Nov 10, 2020 | $0.0209 | $0.0218 | $0.02087 | $0.02152 | $528,569 | $10,538,149 |
| Nov 09, 2020 | $0.02136 | $0.02153 | $0.02059 | $0.0209 | $417,210 | $10,231,043 |
| Nov 08, 2020 | $0.02071 | $0.02179 | $0.02048 | $0.02136 | $321,257 | $10,437,883 |
| Nov 07, 2020 | $0.02229 | $0.02243 | $0.02042 | $0.02071 | $332,037 | $10,118,602 |



**LBRY Credits** LBC    $0.02345  ▼2.39%

| Date | Open* | High | Low | Close** | Volume | Market Cap |
|---|---|---|---|---|---|---|
| Nov 06, 2020 | $0.02198 | $0.02286 | $0.02044 | $0.02229 | $497,111 | $10,879,077 |
| Nov 05, 2020 | $0.02195 | $0.02238 | $0.02115 | $0.02198 | $550,383 | $10,722,510 |
| Nov 04, 2020 | $0.02035 | $0.02286 | $0.02018 | $0.02195 | $593,937 | $10,697,831 |
| Nov 03, 2020 | $0.01914 | $0.02047 | $0.01866 | $0.02032 | $337,809 | $9,903,505 |
| Nov 02, 2020 | $0.01953 | $0.01971 | $0.01884 | $0.01915 | $370,902 | $9,318,820 |

Load More

* Earliest data in range (UTC time)

** Latest data in range (UTC time)

**CoinMarketCap**

### Products

Blockchain Explorer

Crypto API

Crypto Indices

Jobs Board

Sitemap

### Company

About us

Terms of use

Privacy Policy

Community Rules

Disclaimer

Methodology

Careers   We're hiring!

### Support

Request Form

### Socials

Facebook





$0.02345  2.39%

FAQ                                          Telegram

Glossary                                     Instagram

                                             Interactive Chat

© 2022 CoinMarketCap. All rights reserved

  

| Date | Open* | High | Low | Close** | Volume | Market Cap |
|------|-------|------|-----|---------|--------|------------|

