## LBRY Credits Deposits at Bittrex

| Date | Token | Amount |
|---|---|---|
| 2017/07/05 12:18:58 | LBC | 5602 |
| 2017/07/05 16:23:10 | LBC | 15818 |
| 2017/07/05 23:09:41 | LBC | 15000 |
| 2017/07/07 11:35:15 | LBC | 30000 |
| 2017/07/08 11:09:49 | LBC | 15000 |
| 2017/07/10 16:07:13 | LBC | 20000 |
| 2017/11/08 13:06:30 | LBC | 50000 |
| 2017/11/08 23:50:02 | LBC | 50000 |
| 2017/11/09 10:45:54 | LBC | 50000 |
| 2017/11/10 12:54:14 | LBC | 100000 |
| 2017/11/10 10:18:05 | LBC | 100000 |
| 2017/11/19 19:00:41 | LBC | 150000 |
| 2017/11/22 17:21:43 | LBC | 100000 |
| 2017/11/27 16:00:52 | LBC | 100000 |
| 2017/11/28 15:19:16 | LBC | 100000 |
| 2017/12/03 11:16:22 | LBC | 100000 |
| 2017/12/04 12:43:51 | LBC | 100000 |
| 2017/12/08 13:38:25 | LBC | 125000 |
| 2017/12/18 11:59:14 | LBC | 250000 |
| 2017/12/18 14:10:27 | LBC | 250000 |
| 2017/12/19 11:51:12 | LBC | 185000 |
| 2017/12/19 16:17:11 | LBC | 500000 |
| 2017/12/19 17:03:55 | LBC | 500000 |
| 2017/12/20 8:46:38 | LBC | 500000 |
| 2017/12/20 15:49:11 | LBC | 500000 |
| 2017/12/20 20:51:08 | LBC | 500000 |
| 2017/12/23 11:07:40 | LBC | 500000 |
| 2018/01/01 13:12:56 | LBC | 500000 |
| 2018/01/03 14:45:58 | LBC | 250000 |
| 2018/01/03 16:38:49 | LBC | 250000 |
| 2018/01/04 13:39:31 | LBC | 500000 |
| 2018/01/05 10:11:18 | LBC | 250000 |
| 2018/01/11 13:32:19 | LBC | 500000 |
| 2018/01/14 10:48:21 | LBC | 500000 |
| 2018/01/15 12:24:41 | LBC | 500000 |
| 2018/01/16 9:49:53 | LBC | 250000 |
| 2018/01/17 12:32:02 | LBC | 250000 |
| 2018/01/18 16:26:08 | LBC | 250000 |
| 2018/01/22 10:03:48 | LBC | 250000 |
| 2018/01/24 11:23:43 | LBC | 250000 |
| 2018/01/27 12:08:03 | LBC | 250000 |
| 2018/01/28 9:54:23 | LBC | 250000 |

Total: 9,911,420
Less LBC Withdrawal Unsold: 113,264
Net: 9,798,156

## LBRY Credits Deposits at Poloniex

| Date | Currency | Amount | Transaction ID |
|---|---|---|---|
| 2018-01-04 15:09:04 | LBC | 250000 | 7af... |
| 2017-08-03 3:10:27 | LBC | 150000 | 0875b6fd1c4415a2ef28595bbec34... |
| 2017-08-07 13:53:40 | LBC | 150000 | 21511bf3ca9859ea2cfc7e17bddf9ff... |
| 2017-08-06 6:51:11 | LBC | 100000 | 40c9e306d8f82325c3ca706c70a9c... |
| 2017-08-04 3:43:14 | LBC | 100000 | 9dcb81bd3fb8b2016ff1b32efdb120... |
| 2017-07-21 15:17:43 | LBC | 100000 | ed9fe37cdeb1b64162edab0698e16 |
| 2017-07-20 19:43:37 | LBC | 100000 | 9e32b81e148c7e516faa7d46e0814 |
| 2017-07-20 18:46:13 | LBC | 100000 | bf409c7be385630ee8defd762093ef |
| 2017-07-10 20:17:34 | LBC | 30000 | f4afb3b016b222b4680fd1698eda52 |
| 2017-07-08 14:52:28 | LBC | 24999 | ... |
| 2017-07-07 15:07:12 | LBC | 30000 | fe16da2eec62c8241a8882751abca |
| 2017-07-06 3:01:33 | LBC | 20737 | ... |
| 2017-07-05 20:15:19 | LBC | 31636 | 3a9e75ced9d476e3728286ca54ab5 |
| 2017-07-05 16:11:24 | LBC | 11204 | 05e9e7bf7dce54feaeeee6c203908... |

Total: 1,198,576

**Total Deposited: 10,996,732 LBC**

## Bitcoin Withdrawals from Bittrex

| Date | Token | Amount | Transaction ID |
|---|---|---|---|
| 2017/07/05 12:35:55 | BTC | 1.35129138 | 20074bd4dbc4029306ceb80268dd4ba090ba3184aa144f4a4cd72c08ab429bbb |
| 2017/07/05 17:48:13 | BTC | 3.7768589 | 5170f291c4598f7f7f9468acbd2b363211d3d74d4117970f668ce5b4470d684d0 |
| 2017/07/06 9:58:10 | BTC | 3.48991441 | d00089108042d46a906144bc4da089e690d6f9809aae92cbb3375c160fbd3545 |
| 2017/07/07 12:09:11 | BTC | 5.79992418 | 241ae51983a10f0c387bdc7e737de9c4a89e6dba4120ea0fd9f709aefe83d044 |
| 2017/07/08 11:26:52 | BTC | 2.84118925 | 70ff96e1654b4529c706ea83cdf0488fd21dc044cea7dc5cdfe5b1fd866d311a |
| 2017/07/10 16:47:48 | BTC | 2.74274658 | ee567dcdd8e8a4cefdf33d6f5587e61de2641b8e3d946ea14a59df6211cd37ff |
| 2017/11/08 13:12:12 | BTC | 0.94382212 | ce65feba6c7a2e437a62d696c2d2ac2bebd7d3d7820132cfd1ab9a760ee3fa31 |
| 2017/11/09 11:13:08 | BTC | 2.32256526 | c3e0f77d5ab9da879612b10bdd188b12c813f2199366960d880f1c6e73ab91a7 |
| 2017/11/09 12:55:29 | BTC | 2.41630006 | 9b7b122d72b9913510430a417c3a3ec130b6c84b24c5cde99929f43ac64f4665 |
| 2017/11/10 10:20:23 | BTC | 3.25458829 | 8827a38785d75cc9251aa690d13bfa23b2ba5fed8e0363fa7e5ae81f897cbd37 |
| 2017/11/21 20:32:51 | BTC | 3.46125702 | 043d841a2b2c0af3afa6cbb7cbccb5e72c719a3316bd06bbf5d0e2aa08bbfa3a |
| 2017/11/23 11:17:14 | BTC | 2.42774836 | 41298962d1c3bc82af851eb8e3a547a8d068a24d458377db3b9faaddee4e2df4 |
| 2017/11/27 20:14:23 | BTC | 3.05822298 | b47a76d77d90fdeeaeeb29dae842088501c7f1ed6e10b2de229a3eb054f88164 |
| 2017/11/30 11:54:53 | BTC | 2.22434102 | af6c18f4574af5b15453049a0fc2967756c8dfafe40484eebd7304f03ba55c90 |
| 2017/12/19 11:10:10 | BTC | 2.37580901 | b6ea5a713b8149a7ce6b6c418457b22e9fe0bc1a3b0ca3bae2d4ee201c716ccd |
| 2017/12/04 20:35:56 | BTC | 2.94561797 | 048360319845090818d1418e60ab08da3fb536a09d7bc2dbb4f599e5bffcc969 |
| 2017/12/18 12:20:19:43 | BTC | 2.77414906 | 22979e12c355f6cc94d38ec67b2af47f502174bb2b2354bb051b02c7052f0764e9 |
| 2017/12/18 12:07:15 | BTC | 7.73193645 | 8a2c8dcb55eaa3620c5ed819c0a7234173cd47c4c618756d94e7347e4fcb9c10 |
| 2017/12/18 15:10:24 | BTC | 7.96453924 | a6c8532c7aa0cfba5f3ebd3fa3e0a888674b9a2eec39db7557f9fc294b34430c |
| 2017/12/19 12:02:27 | BTC | 7.52436265 | b3c09ef254ae89bc8d71d11f20f9a5f59b8af770e17ed8b89ba64590be458314 |
| 2017/12/19 16:54:45 | BTC | 19.99259846 | a541d472a3ea5e8b2090018cff857c202b38a378fb26b12c6077e14a14b86236 |
| 2017/12/20 10:10:33 | BTC | 13.18183315 | 1a1436845b4c777778636a4fa2e64771ee3c1a87fab7603f2ff16befd3404bc0 |
| 2017/12/20 18:25:19 | BTC | 20.95993766 | da051772546001e9d12f55692c39a0b7cad6e1070731bb50cf416eb33da9899d |
| 2017/12/21 10:24:53 | BTC | 22.47537506 | 7e513609bef40d92ea15317374fbdeef9b5f67e791d99740a7842a32e9da1ff0 |
| 2018/01/01 16:44:10 | BTC | 15.28375047 | 99fce06a7a5a5432c68c4cef1e8fb00a829e61303ba61e7ae6bed3da6ead5149 |
| 2018/01/02 10:36:31 | BTC | 16.78859634 | 18af3cad133d2b669832dd9c82a9d54fec95fa5ac6670b48670b7c9a676bb873 |
| 2018/01/03 20:28:44 | BTC | 34.16228405 | 5f57a6597f5953d8034d4b24933a5d7164ca4ecee109c39f34303bb8fcedd547 |
| 2018/01/03 15:19:31 | BTC | 12.39421857 | ce6e1aca865441edd37cd54cdfacb0605789e8ce92077e63c184c9c4aac4a9e4 |
| 2018/01/04 17:22:16 | BTC | 12.22905873 | 931ec583273e19722e59b024d6f9dfd252f779b092c9382b3340a001b69666ee |
| 2018/01/04 20:25:13 | BTC | 7.56750613 | 98c778580f848467273f5dd5485f1f8af2d887501d92be1560feebad80388c4d |
| 2018/01/05 11:10:57 | BTC | 15.66559891 | 6a15d8704670410a90f5006ac2ee9bd12537a71077425650510b3c8a795af938 |
| 2018/01/13 11:52:26 | BTC | 40.7551872 | 4d26fa09696bcaaf8a1e8c51112a1cb4b287097ed910c367d09198d530797a59 |
| 2018/01/14 17:11:20 | BTC | 26.9838218 | a0ded4c06c1316a3e92f4965ac919bc47236afda1cb8f583c97da794eb85ee9 |
| 2018/01/15 10:16:27 | BTC | 12.31827099 | 2f06442a1740651bf49b65406be707c646399881195c7fae7dd210468e8d5ee7 |
| 2018/01/14 14:32:56 | BTC | 17.8595230 | 7a6fa1d73dda920956e06267e74bad954a99478005a79dff2bf9bbb9384d7d5a |
| 2018/01/15 20:36:27 | BTC | 19.93611929 | c5b39e42bfb7c36b4730278472ef3e2a531c0c5da0c325a17fcda63a859c38c6 |
| 2018/01/16 13:37:17 | BTC | 15.69334375 | 9181c61cf3308688b89155aaeb051761c68136728c4915de73dccd9c1e6eb86170 |
| 2018/01/18 13:12:40 | BTC | 17.10587615 | b7e803623a17969372939e32f4f5c4a3a9def2e045759766ed4d8d10f98bac6c |
| 2018/01/19 15:53:24 | BTC | 16.92845805 | 8178d2b8b2d1075f9cbdb43cb8808e59dd31849dca957d063acce8641e39074f |
| 2018/01/23 20:56:55 | BTC | 13.88875334 | 9aad07f006e861049cd2483eeeb740cdf8c637cecafee958f6519b01a0ab6cb9 |
| 2018/01/24 20:34:00 | BTC | 11.0072037 | 9793addeea4d044b6503238821c2efec5801b81f96849ae456e91b08f6b46840 |
| 2018/01/27 17:16:11 | BTC | 14.00340179 | 9df3bab8c5c83b57d1da8cf34208ee47ff0d540c76e0a6345ef567616e2688bb |
| 2018/01/31 0:15:48 | BTC | 12.53787413 | d0380edfe70b0bf195b24e1ef9f068830230a5c6bb3fcf1498f812d18327075c |

Total: 481.146

## Bitcoin Withdrawals from Poloniex

| Date | Currency | Amount | Transaction ID |
|---|---|---|---|
| 2018-01-06 21:55:30 | BTC | 5.12183627 | 08e626f4775eeb790dcaa9ab8e71e991a9dfa5d6eda3cad5cd36ed16ea8758f3 |
| 2018-01-06 21:54:24 | BTC | 0.35 | 08e626f4775eeb790dcaa9ab8e71e991a9dfa5d6eda3cad5cd36ed16ea8758f3 |
| 2018-01-05 17:27:10 | BTC | 6 | f0ea352068fdb4893f5e77e1b7a057a58b1c483ec56473f74415e2cb2ba07bb76 |
| 2018-01-04 16:49:25 | BTC | 6.5 | f611ef5f82a1ea3cbbde425e91c90675e61913b9cf41fb681c308fa1ec9eea7d |
| 2017-08-09 05:09 | BTC | 21.80161394 | f84d47eca887e0a98c8fc7353e086eca47651ded51952f36d081350305612264 |
| 2017-08-08 0:10:39 | BTC | 28.17105401 | c7319a4e15d44c7470e2385f741e3086c833f414571b34f22627063abc441b8 |
| 2017-08-06 16:26:35 | BTC | 10.37218798 | e56cdc7c7ba2802ad0c9c4d9f7ee50bb7aa605c7e11d431de0c8f1d5c9977575 |
| 2017-08-05 21:00:31 | BTC | 15.19326319 | d324c795d4b8d3fe55538ea7292114cd62ce0ce7df80d3354ee5f06d45017a4f |
| 2017-07-21 19:42:54 | BTC | 16.8830954 | 5e9d891ba4ac57cfdfd536e3618a7c905ce641b0aff104f5a724eb65f0b05 |
| 2017-07-20 21:03:44 | BTC | 15.61242261 | f82af42a6deed234709d6413cee81dbaeb091fba402fb97a7f33933674a56068 |
| 2017-07-20 19:40:45 | BTC | 16.27331416 | 4ebb5605906e3e8d7158ce62a583874e19799e43113738525077343941b6877b |
| 2017-07-10 20:45:06 | BTC | 4.12731753 | f21ff22d16cbf7de353baea42ff521ac0e5b2c4e1cc23c2b749bccef72704d4cd |
| 2017-07-06 15:26:13 | BTC | 4.79234753 | 9922d8259eee6d5abcdbf3c059d3a34a87a5c16d60bd16bd74e9e17f06fffed8 |
| 2017-07-07 17:44:33 | BTC | 5.85621019 | 213d67691943dbc82247dab4d299437b9d9d720df081b697366b88923a6d9a8 |
| 2017-07-07 0:48:40 | BTC | 5.62646442 | 517f156c5eebdb829d1b69e1121ff91b620603abe0207f9af5e73cfdd5f08 |
| 2017-07-05 21:39:01 | BTC | 6.85 | 80a004c123cb3bf5ba5199c0bc2b8b7e33ed979f39f7b9c617d39773d8aaba26 |
| 2017-07-05 16:37:30 | BTC | 2.70348288 | ec848d1702024c333de54d6712ecb7f9042039db855ea1e362676718424c9f86 |

Total: 172.2346101

**Total Withdrawn: 653.380 BTC**

## Bitcoin Cash Withdrawals from Bittrex

| DATE | SYMBOL | Amount |
|---|---|---|
| 2017/12/23 12:07:25 | BCC | 96.78243547 |
| 2017/12/20 9:26:20 | BCC | 51.26515888 |
| 2017/12/19 20:50:16 | BCC | 68.95168071 |

Total: 216.9992751 BCC (BCH)

## Binary Financial Trades/Wires

https://blockchain.info/address/37R9dLQxsXhfUDMA...

548 sold via Binary for USD (less 2% fees)

**Coinbase Received**

| | |
|---|---|
| 11/09 | 5.68 |
| 11/10 | 3.25 |
| 1/6 | 5.12 |
| 7/5 | 2.7 |
| 7/5 | 1.35 |
| | 18.1 BTC |

EXHIBIT 71
21-cv-00260-PB
exhibitsticker.com

| BTC Cold | BCH Cold | | |
|---|---|---|---|
| https://blockchain.info/address/1BAuKwavSCUo1iqqFnH4SJM | https://blockchair.com/bitcoin-cash/address/1DCBoDeoKBEFoXF9S6vMkQhzEfkeMXBm4 | | |
| (90 BTC) | (217 BCH) | | |