| Fund | Launch Balance (07/01/16) | Period Start Balance | Allocated | Last Quarter Allocated | Last Quarter Actual | Cold Wallet Balance |
|---|---|---|---|---|---|---|
| Community | 200,000,000 | 162,751,902 | 10,000,000 | 10,000,000 | 23,026,383 | 139,725,519 |
| Operational | 100,000,000 | 85,904,106 | 0 | | 3,097,996 | 75,900,001 |
| Institutional | 100,000,000 | 99,660,000 | 0 | | 3,000,000 | 96,660,000 |
| | | | | | | 312,285,520 |



| Date | User | Org | Category | | | Amount | | |
|---|---|---|---|---|---|---|---|---|
| Mon, 02 Mar 2020 17:33:38 +0000 | jon | lbryorg | community | Redacted | Redacted | 1000 | Redacted | Redacted |
| Mon, 02 Mar 2020 17:34:50 +0000 | jon | lbryorg | community | Redacted | Redacted | 6000 | Redacted | Redacted |
| Mon, 02 Mar 2020 17:36:03 +0000 | jon | lbryorg | community | Redacted | Redacted | 31000 | Redacted | Redacted |
| Mon, 02 Mar 2020 17:36:40 +0000 | jon | lbryorg | community | Redacted | Redacted | 1000 | Redacted | Redacted |
| Mon, 02 Mar 2020 17:37:14 +0000 | jon | lbryorg | community | Redacted | Redacted | 1000 | Redacted | Redacted |
| Mon, 02 Mar 2020 17:37:43 +0000 | jon | lbryorg | community | Redacted | Redacted | 6000 | Redacted | Redacted |
| Mon, 02 Mar 2020 17:38:17 +0000 | jon | lbryorg | community | Redacted | Redacted | 1000 | Redacted | Redacted |
| Mon, 02 Mar 2020 17:38:54 +0000 | jon | lbryorg | community | Redacted | Redacted | 1000 | Redacted | Redacted |
| Mon, 02 Mar 2020 17:39:19 +0000 | jon | lbryorg | community | Redacted | Redacted | 6000 | Redacted | Redacted |
| Mon, 02 Mar 2020 17:39:44 +0000 | jon | lbryorg | community | Redacted | Redacted | 1000 | Redacted | Redacted |
| Mon, 02 Mar 2020 17:40:14 +0000 | jon | lbryorg | community | Redacted | Redacted | 6000 | Redacted | Redacted |
| Mon, 02 Mar 2020 17:40:39 +0000 | jon | lbryorg | community | Redacted | Redacted | 1000 | Redacted | Redacted |
| Mon, 02 Mar 2020 17:41:10 +0000 | jon | lbryorg | community | Redacted | Redacted | 1000 | Redacted | Redacted |
| Mon, 02 Mar 2020 17:41:39 +0000 | jon | lbryorg | community | Redacted | Redacted | 1000 | Redacted | Redacted |
| Mon, 02 Mar 2020 18:18:29 +0000 | jon | lbryorg | community | Redacted | Redacted | 1000 | Redacted | Redacted |
| Tue, 03 Mar 2020 22:08:17 +0000 | jon | lbryorg | community | Redacted | Redacted | 1000 | Redacted | Redacted |
| Wed, 04 Mar 2020 20:16:52 +0000 | jon | lbryorg | community | Redacted | Redacted | 1000 | Redacted | Redacted |
| Thu, 05 Mar 2020 22:03:12 +0000 | jon | lbryorg | community | Redacted | Redacted | 1000 | Redacted | Redacted |
| Thu, 05 Mar 2020 16:11:51 +0000 | jon | lbryorg | initiative | Redacted | Redacted | 20000 | Redacted | Redacted |
| Wed, 25 Mar 2020 15:12:26 +0000 | jon | lbryorg | initiative | Redacted | Redacted | 7500 | Redacted | Redacted |
| Mon, 02 Mar 2020 17:20:58 +0000 | jon | lbryorg | other | Redacted | Redacted | 1 | Redacted | Redacted |
| Sat, 28 Mar 2020 17:51:33 +0000 | jon | lbryorg | project_grant | Redacted | Redacted | 55000 | Redacted | Redacted |
| Tue, 21 Jan 2020 23:41:24 +0000 | tom | primary | acquisition | Redacted | Redacted | 3000 | Redacted | Redacted |
| Wed, 22 Jan 2020 14:43:38 +0000 | tom | primary | acquisition | Redacted | Redacted | 5000 | Redacted | Redacted |
| Fri, 24 Jan 2020 01:28:45 +0000 | tom | primary | acquisition | Redacted | Redacted | 50000 | Redacted | Redacted |
| Fri, 24 Jan 2020 02:58:44 +0000 | tom | primary | acquisition | Redacted | Redacted | 10000 | Redacted | Redacted |
| Sat, 01 Feb 2020 02:29:48 +0000 | tom | primary | acquisition | Redacted | Redacted | 200000 | Redacted | Redacted |
| Sat, 01 Feb 2020 04:03:57 +0000 | tom | primary | acquisition | Redacted | Redacted | 50000 | Redacted | Redacted |
| Wed, 05 Feb 2020 20:47:06 +0000 | tom | primary | acquisition | Redacted | Redacted | 50000 | Redacted | Redacted |
| Thu, 06 Feb 2020 22:13:44 +0000 | tom | primary | acquisition | Redacted | Redacted | 20000 | Redacted | Redacted |
| Fri, 07 Feb 2020 22:06:47 +0000 | tom | primary | acquisition | Redacted | Redacted | 10000 | Redacted | Redacted |
| Tue, 11 Feb 2020 04:16:22 +0000 | tom | primary | acquisition | Redacted | Redacted | 10000 | Redacted | Redacted |
| Tue, 11 Feb 2020 15:27:39 +0000 | josh | primary | acquisition | Redacted | Redacted | 50000 | Redacted | Redacted |
| Sun, 16 Feb 2020 17:07:03 +0000 | tom | primary | acquisition | Redacted | Redacted | 20000 | Redacted | Redacted |
| Sat, 29 Feb 2020 04:19:08 +0000 | tom | primary | acquisition | Redacted | Redacted | 2000 | Redacted | Redacted |
| Sun, 01 Mar 2020 22:26:03 +0000 | tom | primary | acquisition | Redacted | Redacted | 20000 | Redacted | Redacted |
| Thu, 05 Mar 2020 22:45:58 +0000 | jeremy | primary | acquisition | Redacted | Redacted | 200 | Redacted | Redacted |
| Thu, 12 Mar 2020 20:39:45 +0000 | tom | primary | acquisition | Redacted | Redacted | 5000 | Redacted | Redacted |
| Tue, 17 Mar 2020 20:21:32 +0000 | jeremy | primary | acquisition | Redacted | Redacted | 500 | Redacted | Redacted |
| Thu, 19 Mar 2020 04:34:49 +0000 | jeremy | primary | acquisition | Redacted | Redacted | 100000 | Redacted | Redacted |
| Fri, 20 Mar 2020 18:18:15 +0000 | tom | primary | acquisition | Redacted | Redacted | 100000 | Redacted | Redacted |
| Sat, 21 Mar 2020 02:05:01 +0000 | tom | primary | acquisition | Redacted | Redacted | 50000 | Redacted | Redacted |
| Mon, 23 Mar 2020 17:24:03 +0000 | tom | primary | acquisition | Redacted | Redacted | 30000 | Redacted | Redacted |
| Wed, 25 Mar 2020 21:13:14 +0000 | tom | primary | acquisition | Redacted | Redacted | 50000 | Redacted | Redacted |
| Wed, 01 Jan 2020 20:56:12 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | Redacted |
| Thu, 02 Jan 2020 04:59:49 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | Redacted |
| Fri, 03 Jan 2020 03:40:25 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | Redacted |
| Sat, 04 Jan 2020 03:51:44 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |
| Sun, 05 Jan 2020 05:29:31 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |
| Mon, 06 Jan 2020 15:46:51 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |
| Tue, 07 Jan 2020 16:54:37 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | Redacted |
| Wed, 08 Jan 2020 04:39:21 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | Redacted |
| Thu, 09 Jan 2020 00:15:00 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |
| Thu, 09 Jan 2020 08:15:30 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |
| Fri, 10 Jan 2020 00:01:35 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |
| Sat, 11 Jan 2020 14:39:10 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |
| Sat, 11 Jan 2020 19:23:17 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |
| Sun, 12 Jan 2020 07:16:20 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |
| Mon, 13 Jan 2020 14:08:59 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |
| Tue, 14 Jan 2020 04:14:36 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |
| Wed, 15 Jan 2020 14:38:24 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |
| Thu, 16 Jan 2020 04:41:38 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |
| Fri, 17 Jan 2020 04:56:10 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |
| Sat, 18 Jan 2020 16:00:46 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |
| Mon, 20 Jan 2020 19:15:28 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |
| Wed, 22 Jan 2020 01:31:43 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |
| Wed, 22 Jan 2020 23:25:24 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |
| Fri, 24 Jan 2020 21:36:14 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |
| Sat, 25 Jan 2020 04:29:35 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Sun, 26 Jan 2020 17:12:21 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |
| Mon, 27 Jan 2020 13:17:34 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Mon, 27 Jan 2020 22:26:20 +0000 | niko | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |
| Mon, 27 Jan 2020 22:26:56 +0000 | niko | primary | api | Redacted | Redacted | 113000 | Redacted | Redacted |
| Wed, 29 Jan 2020 01:33:32 +0000 | tom | primary | api | Redacted | Redacted | 1000 | Redacted | Redacted |
| Wed, 29 Jan 2020 01:34:07 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Wed, 29 Jan 2020 12:01:12 +0000 | niko | primary | api | Redacted | Redacted | 20000 | Redacted | Redacted |
| Wed, 29 Jan 2020 15:20:48 +0000 | tom | primary | api | Redacted | Redacted | 50000 | Redacted | Redacted |
| Thu, 30 Jan 2020 00:52:15 +0000 | niko | primary | api | Redacted | Redacted | 20000 | Redacted | Redacted |
| Thu, 30 Jan 2020 05:03:42 +0000 | niko | primary | api | Redacted | Redacted | 20000 | Redacted | Redacted |
| Thu, 30 Jan 2020 05:27:18 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |
| Thu, 30 Jan 2020 05:28:14 +0000 | tom | primary | api | Redacted | Redacted | 30000 | Redacted | Redacted |
| Thu, 30 Jan 2020 20:49:55 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Fri, 31 Jan 2020 18:16:49 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Mon, 03 Feb 2020 19:04:52 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |
| Wed, 05 Feb 2020 01:45:49 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |
| Thu, 06 Feb 2020 13:14:48 +0000 | tom | primary | api | Redacted | Redacted | 100000 | Redacted | Redacted |
| Fri, 07 Feb 2020 14:40:49 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Sun, 09 Feb 2020 05:39:53 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Mon, 10 Feb 2020 17:27:28 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Wed, 12 Feb 2020 17:40:31 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Fri, 14 Feb 2020 01:41:46 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Mon, 17 Feb 2020 06:02:00 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Wed, 19 Feb 2020 17:36:09 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Thu, 20 Feb 2020 19:21:01 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Fri, 21 Feb 2020 14:20:43 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Sun, 23 Feb 2020 17:49:47 +0000 | tom | primary | api | Redacted | Redacted | 20000 | Redacted | Redacted |
| Wed, 26 Feb 2020 01:00:36 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Thu, 27 Feb 2020 03:42:37 +0000 | niko | primary | api | Redacted | Redacted | 100 | Redacted | Redacted |
| Thu, 27 Feb 2020 03:46:58 +0000 | niko | primary | api | Redacted | Redacted | 1000 | Redacted | Redacted |
| Fri, 28 Feb 2020 02:49:41 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Sat, 29 Feb 2020 05:10:15 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Mon, 02 Mar 2020 04:55:27 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Wed, 04 Mar 2020 20:51:45 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Sat, 07 Mar 2020 18:51:50 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Sun, 08 Mar 2020 21:49:24 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Wed, 11 Mar 2020 17:46:17 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Fri, 13 Mar 2020 16:04:08 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Mon, 16 Mar 2020 13:36:34 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Tue, 17 Mar 2020 18:30:59 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Sun, 22 Mar 2020 13:36:36 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Tue, 24 Mar 2020 15:22:23 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Fri, 27 Mar 2020 18:46:20 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Tue, 31 Mar 2020 04:38:51 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Tue, 31 Mar 2020 15:58:55 +0000 | niko | primary | api | Redacted | Redacted | 10000 | Redacted | Redacted |
| Tue, 31 Mar 2020 21:25:15 +0000 | tom | primary | api | Redacted | Redacted | 1000 | Redacted | Redacted |
| Tue, 31 Mar 2020 21:25:41 +0000 | tom | primary | api | Redacted | Redacted | 20000 | Redacted | Redacted |
| Tue, 31 Mar 2020 21:26:03 +0000 | tom | primary | api | Redacted | Redacted | 200000 | Redacted | Redacted |
| Thu, 02 Jan 2020 19:40:13 +0000 | tom | primary | bounty | Redacted | Redacted | 10000 | Redacted | Redacted |
| Thu, 02 Jan 2020 21:26:28 +0000 | tom | primary | bounty | Redacted | Redacted | 10000 | Redacted | Redacted |

| Date | User | Type | Category | Col5 | Col6 | Amount | Col8 | Col9 |
|---|---|---|---|---|---|---|---|---|
| Thu, 02 Jan 2020 21:27:01 +0000 | tom | primary | bounty | Redacted | Redacted | 5000 | Redacted | Redacted |
| Mon, 06 Jan 2020 01:36:41 +0000 | tom | primary | bounty | Redacted | Redacted | 1500 | Redacted | Redacted |
| Mon, 06 Jan 2020 15:43:23 +0000 | tom | primary | bounty | Redacted | Redacted | 2000 | Redacted | Redacted |
| Mon, 06 Jan 2020 19:45:36 +0000 | tom | primary | bounty | Redacted | Redacted | 3000 | Redacted | Redacted |
| Tue, 07 Jan 2020 00:25:32 +0000 | tom | primary | bounty | Redacted | Redacted | 7000 | Redacted | Redacted |
| Tue, 07 Jan 2020 02:55:44 +0000 | tom | primary | bounty | Redacted | Redacted | 2500 | Redacted | Redacted |
| Tue, 07 Jan 2020 18:03:17 +0000 | tom | primary | bounty | Redacted | Redacted | 2000 | Redacted | Redacted |
| Wed, 08 Jan 2020 03:09:34 +0000 | tom | primary | bounty | Redacted | Redacted | 5000 | Redacted | Redacted |
| Wed, 08 Jan 2020 03:10:07 +0000 | tom | primary | bounty | Redacted | Redacted | 8000 | Redacted | Redacted |
| Wed, 08 Jan 2020 06:38:18 +0000 | tom | primary | bounty | Redacted | Redacted | 15000 | Redacted | Redacted |
| Thu, 09 Jan 2020 15:52:21 +0000 | tom | primary | bounty | Redacted | Redacted | 7000 | Redacted | Redacted |
| Thu, 09 Jan 2020 15:52:55 +0000 | tom | primary | bounty | Redacted | Redacted | 7000 | Redacted | Redacted |
| Thu, 09 Jan 2020 19:19:57 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |
| Mon, 13 Jan 2020 22:52:58 +0000 | tom | primary | bounty | Redacted | Redacted | 7000 | Redacted | Redacted |
| Tue, 14 Jan 2020 02:34:27 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |
| Tue, 14 Jan 2020 15:13:30 +0000 | tom | primary | bounty | Redacted | Redacted | 8000 | Redacted | Redacted |
| Tue, 14 Jan 2020 20:47:07 +0000 | tom | primary | bounty | Redacted | Redacted | 2000 | Redacted | Redacted |
| Wed, 15 Jan 2020 04:25:29 +0000 | tom | primary | bounty | Redacted | Redacted | 4000 | Redacted | Redacted |
| Wed, 15 Jan 2020 18:09:58 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |
| Thu, 16 Jan 2020 04:42:24 +0000 | tom | primary | bounty | Redacted | Redacted | 1500 | Redacted | Redacted |
| Thu, 16 Jan 2020 22:28:44 +0000 | tom | primary | bounty | Redacted | Redacted | 3000 | Redacted | Redacted |
| Fri, 17 Jan 2020 16:28:46 +0000 | tom | primary | bounty | Redacted | Redacted | 2000 | Redacted | Redacted |
| Tue, 21 Jan 2020 23:53:50 +0000 | tom | primary | bounty | Redacted | Redacted | 10000 | Redacted | Redacted |
| Wed, 22 Jan 2020 22:45:01 +0000 | tom | primary | bounty | Redacted | Redacted | 3000 | Redacted | Redacted |
| Thu, 23 Jan 2020 00:27:41 +0000 | tom | primary | bounty | Redacted | Redacted | 2000 | Redacted | Redacted |
| Thu, 23 Jan 2020 05:58:20 +0000 | tom | primary | bounty | Redacted | Redacted | 1500 | Redacted | Redacted |
| Fri, 24 Jan 2020 03:01:08 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |
| Fri, 24 Jan 2020 22:43:44 +0000 | tom | primary | bounty | Redacted | Redacted | 500 | Redacted | Redacted |
| Sun, 26 Jan 2020 18:17:36 +0000 | tom | primary | bounty | Redacted | Redacted | 200 | Redacted | Redacted |
| Sun, 26 Jan 2020 19:24:21 +0000 | tom | primary | bounty | Redacted | Redacted | 8000 | Redacted | Redacted |
| Wed, 29 Jan 2020 01:37:04 +0000 | tom | primary | bounty | Redacted | Redacted | 500 | Redacted | Redacted |
| Thu, 30 Jan 2020 16:04:54 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |
| Thu, 30 Jan 2020 18:51:00 +0000 | tom | primary | bounty | Redacted | Redacted | 3000 | Redacted | Redacted |
| Fri, 31 Jan 2020 01:28:52 +0000 | tom | primary | bounty | Redacted | Redacted | 30000 | Redacted | Redacted |
| Sat, 01 Feb 2020 04:13:20 +0000 | tom | primary | bounty | Redacted | Redacted | 5000 | Redacted | Redacted |
| Tue, 04 Feb 2020 14:35:21 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |
| Tue, 04 Feb 2020 14:36:24 +0000 | tom | primary | bounty | Redacted | Redacted | 2500 | Redacted | Redacted |
| Tue, 04 Feb 2020 18:20:07 +0000 | tom | primary | bounty | Redacted | Redacted | 25000 | Redacted | Redacted |
| Wed, 05 Feb 2020 17:13:47 +0000 | tom | primary | bounty | Redacted | Redacted | 4000 | Redacted | Redacted |
| Fri, 07 Feb 2020 21:30:19 +0000 | tom | primary | bounty | Redacted | Redacted | 12000 | Redacted | Redacted |
| Mon, 10 Feb 2020 17:48:21 +0000 | tom | primary | bounty | Redacted | Redacted | 50000 | Redacted | Redacted |
| Tue, 11 Feb 2020 00:36:05 +0000 | tom | primary | bounty | Redacted | Redacted | 5000 | Redacted | Redacted |
| Fri, 14 Feb 2020 01:52:11 +0000 | tom | primary | bounty | Redacted | Redacted | 5000 | Redacted | Redacted |
| Fri, 14 Feb 2020 21:31:58 +0000 | tom | primary | bounty | Redacted | Redacted | 5000 | Redacted | Redacted |
| Tue, 18 Feb 2020 05:36:05 +0000 | tom | primary | bounty | Redacted | Redacted | 3000 | Redacted | Redacted |
| Tue, 18 Feb 2020 05:36:44 +0000 | tom | primary | bounty | Redacted | Redacted | 800 | Redacted | Redacted |
| Tue, 18 Feb 2020 14:57:12 +0000 | tom | primary | bounty | Redacted | Redacted | 1500 | Redacted | Redacted |
| Thu, 20 Feb 2020 21:07:32 +0000 | tom | primary | bounty | Redacted | Redacted | 2000 | Redacted | Redacted |
| Fri, 21 Feb 2020 21:48:59 +0000 | tom | primary | bounty | Redacted | Redacted | 15000 | Redacted | Redacted |
| Thu, 27 Feb 2020 14:33:25 +0000 | tom | primary | bounty | Redacted | Redacted | 800 | Redacted | Redacted |
| Thu, 27 Feb 2020 14:33:36 +0000 | tom | primary | bounty | Redacted | Redacted | 800 | Redacted | Redacted |
| Fri, 28 Feb 2020 17:45:19 +0000 | tom | primary | bounty | Redacted | Redacted | 5000 | Redacted | Redacted |
| Sat, 29 Feb 2020 03:50:47 +0000 | tom | primary | bounty | Redacted | Redacted | 10000 | Redacted | Redacted |
| Mon, 02 Mar 2020 00:41:04 +0000 | tom | primary | bounty | Redacted | Redacted | 2500 | Redacted | Redacted |
| Tue, 03 Mar 2020 01:24:23 +0000 | tom | primary | bounty | Redacted | Redacted | 8200 | Redacted | Redacted |
| Tue, 03 Mar 2020 17:16:16 +0000 | tom | primary | bounty | Redacted | Redacted | 250000 | Redacted | Redacted |
| Sat, 07 Mar 2020 00:47:06 +0000 | tom | primary | bounty | Redacted | Redacted | 8000 | Redacted | Redacted |
| Sun, 08 Mar 2020 21:27:59 +0000 | tom | primary | bounty | Redacted | Redacted | 9000 | Redacted | Redacted |
| Sun, 08 Mar 2020 21:28:52 +0000 | tom | primary | bounty | Redacted | Redacted | 5000 | Redacted | Redacted |
| Tue, 10 Mar 2020 04:46:43 +0000 | tom | primary | bounty | Redacted | Redacted | 2500 | Redacted | Redacted |
| Tue, 10 Mar 2020 04:49:20 +0000 | tom | primary | bounty | Redacted | Redacted | 7000 | Redacted | Redacted |
| Tue, 10 Mar 2020 15:35:39 +0000 | tom | primary | bounty | Redacted | Redacted | 5000 | Redacted | Redacted |
| Tue, 10 Mar 2020 15:37:53 +0000 | tom | primary | bounty | Redacted | Redacted | 500 | Redacted | Redacted |
| Tue, 10 Mar 2020 16:13:50 +0000 | grin | primary | bounty | Redacted | Redacted | 41684 | Redacted | Redacted |
| Wed, 11 Mar 2020 19:51:32 +0000 | tom | primary | bounty | Redacted | Redacted | 400 | Redacted | Redacted |
| Thu, 12 Mar 2020 17:09:35 +0000 | grin | primary | bounty | Redacted | Redacted | 54752 | Redacted | Redacted |
| Thu, 12 Mar 2020 20:09:01 +0000 | tom | primary | bounty | Redacted | Redacted | 700 | Redacted | Redacted |
| Thu, 12 Mar 2020 20:10:17 +0000 | tom | primary | bounty | Redacted | Redacted | 2000 | Redacted | Redacted |
| Tue, 17 Mar 2020 16:10:52 +0000 | tom | primary | bounty | Redacted | Redacted | 1500 | Redacted | Redacted |
| Tue, 17 Mar 2020 16:11:37 +0000 | tom | primary | bounty | Redacted | Redacted | 800 | Redacted | Redacted |
| Thu, 19 Mar 2020 22:02:04 +0000 | tom | primary | bounty | Redacted | Redacted | 2000 | Redacted | Redacted |
| Mon, 23 Mar 2020 14:48:56 +0000 | tom | primary | bounty | Redacted | Redacted | 1900 | Redacted | Redacted |
| Tue, 24 Mar 2020 15:41:36 +0000 | tom | primary | bounty | Redacted | Redacted | 5000 | Redacted | Redacted |
| Sun, 29 Mar 2020 16:29:40 +0000 | tom | primary | bounty | Redacted | Redacted | 5000 | Redacted | Redacted |
| Tue, 07 Jan 2020 06:23:06 +0000 | julie | primary | lbry.fund | Redacted | Redacted | 5000 | Redacted | Redacted |
| Wed, 05 Feb 2020 00:03:06 +0000 | julie | primary | lbry.fund | Redacted | Redacted | 15000 | Redacted | Redacted |
| Fri, 07 Feb 2020 16:35:59 +0000 | julie | primary | lbry.fund | Redacted | Redacted | 92000 | Redacted | Redacted |
| Mon, 10 Feb 2020 19:51:29 +0000 | julie | primary | lbry.fund | Redacted | Redacted | 35500 | Redacted | Redacted |
| Sun, 01 Mar 2020 17:50:40 +0000 | julie | primary | lbry.fund | Redacted | Redacted | 24000 | Redacted | Redacted |
| Mon, 06 Jan 2020 18:45:41 +0000 | tom | primary | modpay | Redacted | Redacted | 36000 | Redacted | Redacted |
| Mon, 13 Jan 2020 15:16:27 +0000 | tom | primary | modpay | Redacted | Redacted | 20000 | Redacted | Redacted |
| Tue, 21 Jan 2020 23:53:10 +0000 | tom | primary | modpay | Redacted | Redacted | 10000 | Redacted | Redacted |
| Wed, 05 Feb 2020 14:49:28 +0000 | tom | primary | modpay | Redacted | Redacted | 14000 | Redacted | Redacted |
| Mon, 10 Feb 2020 23:04:13 +0000 | tom | primary | modpay | Redacted | Redacted | 6000 | Redacted | Redacted |
| Tue, 18 Feb 2020 14:59:10 +0000 | tom | primary | modpay | Redacted | Redacted | 7000 | Redacted | Redacted |
| Thu, 27 Feb 2020 14:50:17 +0000 | tom | primary | modpay | Redacted | Redacted | 8000 | Redacted | Redacted |
| Wed, 04 Mar 2020 22:33:21 +0000 | tom | primary | modpay | Redacted | Redacted | 9000 | Redacted | Redacted |
| Wed, 11 Mar 2020 17:58:59 +0000 | tom | primary | modpay | Redacted | Redacted | 4000 | Redacted | Redacted |
| Thu, 19 Mar 2020 14:16:08 +0000 | tom | primary | modpay | Redacted | Redacted | 12000 | Redacted | Redacted |
| Fri, 27 Mar 2020 16:42:13 +0000 | tom | primary | modpay | Redacted | Redacted | 12000 | Redacted | Redacted |
| Thu, 02 Jan 2020 18:06:53 +0000 | grin | primary | other | Redacted | Redacted | 15000 | Redacted | Redacted |
| Fri, 24 Jan 2020 18:26:19 +0000 | jeremy | primary | other | Redacted | Redacted | 50000 | Redacted | Redacted |
| Thu, 06 Feb 2020 17:26:21 +0000 | jeremy | primary | other | Redacted | Redacted | 100000 | Redacted | Redacted |
| Fri, 07 Feb 2020 19:33:35 +0000 | jeremy | primary | other | Redacted | Redacted | 50000 | Redacted | Redacted |
| Fri, 14 Feb 2020 16:56:17 +0000 | tom | primary | other | Redacted | Redacted | 50000 | Redacted | Redacted |
| Fri, 14 Feb 2020 16:59:17 +0000 | tom | primary | other | Redacted | Redacted | 25000 | Redacted | Redacted |
| Fri, 14 Feb 2020 18:24:10 +0000 | tom | primary | other | Redacted | Redacted | 25000 | Redacted | Redacted |
| Sat, 15 Feb 2020 04:24:23 +0000 | tom | primary | other | Redacted | Redacted | 50000 | Redacted | Redacted |
| Fri, 21 Feb 2020 06:32:02 +0000 | tom | primary | other | Redacted | Redacted | 200000 | Redacted | Redacted |
| Fri, 21 Feb 2020 06:47:36 +0000 | tom | primary | other | Redacted | Redacted | 200000 | Redacted | Redacted |
| Fri, 21 Feb 2020 07:06:19 +0000 | tom | primary | other | Redacted | Redacted | 200000 | Redacted | Redacted |
| Fri, 21 Feb 2020 14:21:03 +0000 | tom | primary | other | Redacted | Redacted | 400000 | Redacted | Redacted |
| Fri, 21 Feb 2020 14:55:04 +0000 | tom | primary | other | Redacted | Redacted | 500000 | Redacted | Redacted |
| Fri, 21 Feb 2020 15:20:56 +0000 | tom | primary | other | Redacted | Redacted | 500000 | Redacted | Redacted |
| Fri, 21 Feb 2020 15:43:40 +0000 | tom | primary | other | Redacted | Redacted | 500000 | Redacted | Redacted |
| Fri, 21 Feb 2020 17:10:24 +0000 | tom | primary | other | Redacted | Redacted | 500000 | Redacted | Redacted |
| Mon, 09 Mar 2020 14:57:30 +0000 | tom | primary | other | Redacted | Redacted | 750000 | Redacted | Redacted |
| Wed, 01 Jan 2020 02:05:46 +0000 | niko | primary | publishing | Redacted | Redacted | 10000 | Redacted | Redacted |
| Thu, 09 Jan 2020 21:33:03 +0000 | tom | primary | publishing | Redacted | Redacted | 100 | Redacted | Redacted |
| Thu, 09 Jan 2020 21:46:29 +0000 | tom | primary | publishing | Redacted | Redacted | 100 | Redacted | Redacted |
| Mon, 13 Jan 2020 04:54:39 +0000 | tom | primary | publishing | Redacted | Redacted | 400 | Redacted | Redacted |
| Mon, 13 Jan 2020 04:57:49 +0000 | tom | primary | publishing | Redacted | Redacted | 500 | Redacted | Redacted |
| Fri, 24 Jan 2020 00:39:52 +0000 | tom | primary | publishing | Redacted | Redacted | 500 | Redacted | Redacted |
| Sat, 25 Jan 2020 22:25:26 +0000 | tom | primary | publishing | Redacted | Redacted | 20000 | Redacted | Redacted |
| Fri, 21 Feb 2020 00:46:46 +0000 | tom | primary | publishing | Redacted | Redacted | 500 | Redacted | Redacted |
| Fri, 21 Feb 2020 00:49:17 +0000 | tom | primary | publishing | Redacted | Redacted | 500 | Redacted | Redacted |
| Mon, 02 Mar 2020 16:25:47 +0000 | tom | primary | publishing | Redacted | Redacted | 1000 | Redacted | Redacted |
| Mon, 09 Mar 2020 18:59:27 +0000 | tom | primary | publishing | Redacted | Redacted | 500 | Redacted | Redacted |
| Wed, 18 Mar 2020 15:46:12 +0000 | grin | primary | publishing | Redacted | Redacted | 25000 | Redacted | Redacted |

| Date | User | Type | Category | | | Amount | | |
|---|---|---|---|---|---|---|---|---|
| Mon, 23 Mar 2020 15:32:18 +0000 | tom | primary | publishing | Redacted | Redacted | 500 | Redacted | Redacted |
| Thu, 26 Mar 2020 12:31:34 +0000 | tom | primary | publishing | Redacted | Redacted | 10000 | Redacted | Redacted |
| Tue, 31 Mar 2020 04:53:54 +0000 | tom | primary | publishing | Redacted | Redacted | 500 | Redacted | Redacted |
| Fri, 31 Jan 2020 14:50:16 +0000 | josh | primary | salary | Redacted | Redacted | 24000 | Redacted | Redacted |
| Fri, 14 Feb 2020 20:26:16 +0000 | josh | primary | salary | Redacted | Redacted | 45714 | Redacted | Redacted |
| Mon, 02 Mar 2020 15:36:04 +0000 | josh | primary | salary | Redacted | Redacted | 65573 | Redacted | Redacted |
| Tue, 17 Mar 2020 16:20:10 +0000 | josh | primary | salary | Redacted | Redacted | 97560 | Redacted | Redacted |
| Fri, 03 Jan 2020 06:52:15 +0000 | julie | primary | swarm | Redacted | Redacted | 20000 | Redacted | Redacted |
| Sun, 05 Jan 2020 17:39:25 +0000 | julie | primary | swarm | Redacted | Redacted | 40000 | Redacted | Redacted |
| Thu, 09 Jan 2020 20:31:09 +0000 | julie | primary | swarm | Redacted | Redacted | 20000 | Redacted | Redacted |
| Thu, 09 Jan 2020 20:34:07 +0000 | julie | primary | swarm | Redacted | Redacted | 20000 | Redacted | Redacted |
| Mon, 13 Jan 2020 00:43:49 +0000 | julie | primary | swarm | Redacted | Redacted | 120000 | Redacted | Redacted |
| Mon, 13 Jan 2020 07:16:37 +0000 | julie | primary | swarm | Redacted | Redacted | 20000 | Redacted | Redacted |
| Mon, 13 Jan 2020 07:20:01 +0000 | julie | primary | swarm | Redacted | Redacted | 40000 | Redacted | Redacted |
| Sat, 18 Jan 2020 18:00:04 +0000 | julie | primary | swarm | Redacted | Redacted | 20000 | Redacted | Redacted |
| Tue, 21 Jan 2020 17:49:14 +0000 | julie | primary | swarm | Redacted | Redacted | 40000 | Redacted | Redacted |
| Tue, 28 Jan 2020 17:30:52 +0000 | julie | primary | swarm | Redacted | Redacted | 24000 | Redacted | Redacted |
| Tue, 04 Feb 2020 06:21:03 +0000 | julie | primary | swarm | Redacted | Redacted | 20000 | Redacted | Redacted |
| Sun, 09 Feb 2020 07:09:09 +0000 | julie | primary | swarm | Redacted | Redacted | 20000 | Redacted | Redacted |
| Sun, 09 Feb 2020 18:52:41 +0000 | julie | primary | swarm | Redacted | Redacted | 20000 | Redacted | Redacted |
| Tue, 25 Feb 2020 17:51:32 +0000 | julie | primary | swarm | Redacted | Redacted | 20000 | Redacted | Redacted |
| Fri, 28 Feb 2020 21:12:01 +0000 | julie | primary | swarm | Redacted | Redacted | 20000 | Redacted | Redacted |
| Tue, 03 Mar 2020 15:59:32 +0000 | julie | primary | swarm | Redacted | Redacted | 80000 | Redacted | Redacted |
| Tue, 03 Mar 2020 19:17:26 +0000 | julie | primary | swarm | Redacted | Redacted | 20000 | Redacted | Redacted |
| Thu, 05 Mar 2020 16:08:23 +0000 | julie | primary | swarm | Redacted | Redacted | 20000 | Redacted | Redacted |
| Fri, 06 Mar 2020 23:56:49 +0000 | jeremy | primary | swarm | Redacted | Redacted | 60000 | Redacted | Redacted |
| Mon, 23 Mar 2020 01:32:51 +0000 | julie | primary | swarm | Redacted | Redacted | 20000 | Redacted | Redacted |
| Fri, 31 Jan 2020 21:18:10 +0000 | grin | primary | sweep | Redacted | Redacted | | Redacted | Redacted |
| Mon, 17 Feb 2020 02:56:24 +0000 | niko | primary | testing | Redacted | Redacted | 100 | Redacted | Redacted |

| Category | Amount |
|---|---|
| Aquisition | 835,700 |
| Bounty | 743,036 |
| Invite / API | 9,056,100 |
| LBRY.fund | 171,500 |
| Modpay | 370,847 |
| Staked on Content | 4,115,000 |
| Publishing | 70,100 |
| Swarm | 664,000 |
| Testing | 100 |
| | 16,026,383 |

| | | |
|---|---|---|
| Special Creator Rewards for USB Sticks | 7,000,000 | https://explorer.lbry.com/tx/7b37abeea505bd8b8f7fb33d356f9f52f81c1a4e657e8da45020fdbd8c89[701c](#) |

SEC-LBRYLIT-E-0004325
Community

| Date | Purpose | From | To | Amount | TX |
|---|---|---|---|---|---|
| Mon, 10 Feb 2020 14:26:15 +0000 | employee LBC | Redacted | Redacted | 6046 | Redacted |
| Mon, 10 Feb 2020 14:26:33 +0000 | employee LBC | Redacted | Redacted | 6046 | Redacted |
| Mon, 10 Feb 2020 14:26:45 +0000 | employee LBC | Redacted | Redacted | 6046 | Redacted |
| Mon, 10 Feb 2020 14:26:58 +0000 | employee LBC | Redacted | Redacted | 6046 | Redacted |
| Mon, 10 Feb 2020 14:27:13 +0000 | employee LBC | Redacted | Redacted | 6046 | Redacted |
| Mon, 10 Feb 2020 14:27:28 +0000 | employee LBC | Redacted | Redacted | 6046 | Redacted |
| Mon, 10 Feb 2020 14:27:42 +0000 | employee LBC | Redacted | Redacted | 6046 | Redacted |
| Mon, 10 Feb 2020 14:27:56 +0000 | employee LBC | Redacted | Redacted | 6046 | Redacted |
| Mon, 02 Mar 2020 13:56:00 +0000 | employee LBC | Redacted | Redacted | 6623 | Redacted |
| Mon, 02 Mar 2020 13:56:16 +0000 | employee LBC | Redacted | Redacted | 6623 | Redacted |
| Mon, 02 Mar 2020 13:56:30 +0000 | employee LBC | Redacted | Redacted | 6623 | Redacted |
| Mon, 02 Mar 2020 13:56:47 +0000 | employee LBC | Redacted | Redacted | 6623 | Redacted |
| Mon, 02 Mar 2020 13:56:58 +0000 | employee LBC | Redacted | Redacted | 6623 | Redacted |
| Mon, 02 Mar 2020 13:57:11 +0000 | employee LBC | Redacted | Redacted | 6623 | Redacted |
| Mon, 02 Mar 2020 13:57:28 +0000 | employee LBC | Redacted | Redacted | 6623 | Redacted |
| Mon, 02 Mar 2020 13:57:38 +0000 | employee LBC | Redacted | Redacted | 6623 | Redacted |
| Mon, 06 Jan 2020 18:44:34 +0000 | Employee Contract | Redacted | Redacted | 25000 | Redacted |

126,352 Employee LBC

| 1Q 2020 | Sold at Open Market | 2,971,644 |

| Date | Purpose | From | To | Tx | Amount | Txn By |
|---|---|---|---|---|---|---|
| 2/27/20 | Funding LBRY.ORG | | | https://explorer.lbry.com/tx/9bd123adf9dae5bf75cf51ce | 3,000,000 | Grin |

SEC-LBRYLIT-E-0004325
Institutional