| Fund | Launch Balance (07/01/16) | Period Start Balance | Allocated | Last Quarter Allocated | Last Quarter Actual | Cold Wallet Balance |
|---|---|---|---|---|---|---|
| Community | 200,000,000 | 195,000,000 | 1,000,000 | 1,000,000 | 393,585 | 193,606,415 |
| Operational | 100,000,000 | 93,210,135 | 5,000,000 | 5,000,000 | 6,271,008 | 86,939,127 |
| Institutional | 100,000,000 | 100,000,000 | 0 | 0 | 0 | 100,000,000 |
| | | | | | | 380,545,542 |



EXHIBIT 75
21-cv-00260-PB

SEC-LBRYLIT-E-0004323
Overview

| Date | User | Type | | | Amount | | |
|---|---|---|---|---|---|---|---|
| Thu, 11 Jan 2018 20:44:14 +0000 | jeremy | acquisition | Redacted | Redacted | 25 | Redacted | Redacted |
| Fri, 12 Jan 2018 04:51:02 +0000 | jeremy | acquisition | Redacted | Redacted | 20 | Redacted | Redacted |
| Fri, 12 Jan 2018 04:53:31 +0000 | jeremy | acquisition | Redacted | Redacted | 20 | Redacted | Redacted |
| Fri, 12 Jan 2018 04:53:58 +0000 | jeremy | acquisition | Redacted | Redacted | 20 | Redacted | Redacted |
| Sat, 13 Jan 2018 15:27:33 +0000 | josh | acquisition | Redacted | Redacted | 1,500 | Redacted | Redacted |
| Mon, 15 Jan 2018 21:55:43 +0000 | jeremy | acquisition | Redacted | Redacted | 25 | Redacted | Redacted |
| Mon, 15 Jan 2018 21:56:44 +0000 | jeremy | acquisition | Redacted | Redacted | 25 | Redacted | Redacted |
| Mon, 22 Jan 2018 19:05:44 +0000 | jeremy | acquisition | Redacted | Redacted | 100 | Redacted | Redacted |
| Wed, 24 Jan 2018 14:32:11 +0000 | josh | acquisition | Redacted | Redacted | 350 | Redacted | Redacted |
| Sat, 27 Jan 2018 00:36:24 +0000 | jeremy | acquisition | Redacted | Redacted | 10,000 | Redacted | Redacted |
| Tue, 13 Feb 2018 21:46:04 +0000 | jeremy | acquisition | Redacted | Redacted | 500 | Redacted | Redacted |
| Fri, 16 Feb 2018 19:49:19 +0000 | josh | acquisition | Redacted | Redacted | 3,000 | Redacted | Redacted |
| Sat, 17 Feb 2018 03:06:52 +0000 | josh | acquisition | Redacted | Redacted | 5,000 | Redacted | Redacted |
| Mon, 19 Feb 2018 18:55:56 +0000 | josh | acquisition | Redacted | Redacted | 500 | Redacted | Redacted |
| Tue, 27 Feb 2018 23:25:44 +0000 | jeremy | acquisition | Redacted | Redacted | 6,000 | Redacted | Redacted |
| Fri, 02 Mar 2018 01:14:53 +0000 | josh | acquisition | Redacted | Redacted | 2,500 | Redacted | Redacted |
| Sun, 04 Mar 2018 03:53:15 +0000 | grin | acquisition | Redacted | Redacted | 100 | Redacted | Redacted |
| Sun, 04 Mar 2018 03:53:44 +0000 | grin | acquisition | Redacted | Redacted | 2,000 | Redacted | Redacted |
| Tue, 13 Mar 2018 17:43:26 +0000 | josh | acquisition | Redacted | Redacted | 2,000 | Redacted | Redacted |
| Tue, 27 Mar 2018 02:53:12 +0000 | josh | acquisition | Redacted | Redacted | 3,500 | Redacted | Redacted |
| Mon, 08 Jan 2018 14:21:28 +0000 | josh | api | Redacted | Redacted | 10,000 | Redacted | Redacted |
| Wed, 17 Jan 2018 14:17:11 +0000 | josh | api | Redacted | Redacted | 10,000 | Redacted | Redacted |
| Sat, 27 Jan 2018 15:11:39 +0000 | josh | api | Redacted | Redacted | 10,000 | Redacted | Redacted |
| Tue, 06 Feb 2018 22:12:34 +0000 | josh | api | Redacted | Redacted | 10,000 | Redacted | Redacted |
| Sun, 18 Feb 2018 21:17:52 +0000 | josh | api | Redacted | Redacted | 10,000 | Redacted | Redacted |
| Sun, 18 Mar 2018 15:07:27 +0000 | josh | api | Redacted | Redacted | 10,000 | Redacted | Redacted |
| Wed, 28 Mar 2018 15:44:06 +0000 | josh | api | Redacted | Redacted | 10,000 | Redacted | Redacted |
| Tue, 09 Jan 2018 02:56:43 +0000 | josh | bounty | Redacted | Redacted | 750 | Redacted | Redacted |
| Sat, 27 Jan 2018 00:57:01 +0000 | jeremy | bounty | Redacted | Redacted | 1,000 | Redacted | Redacted |
| Sat, 27 Jan 2018 02:04:38 +0000 | josh | bounty | Redacted | Redacted | 10,000 | Redacted | Redacted |
| Sat, 27 Jan 2018 02:53:15 +0000 | josh | bounty | Redacted | Redacted | 10,000 | Redacted | Redacted |
| Thu, 01 Feb 2018 14:41:41 +0000 | josh | bounty | Redacted | Redacted | 300 | Redacted | Redacted |
| Wed, 07 Feb 2018 22:55:13 +0000 | jeremy | bounty | Redacted | Redacted | 12,000 | Redacted | Redacted |
| Thu, 08 Feb 2018 16:00:46 +0000 | josh | bounty | Redacted | Redacted | 250 | Redacted | Redacted |
| Sat, 10 Feb 2018 00:43:35 +0000 | josh | bounty | Redacted | Redacted | 1,000 | Redacted | Redacted |
| Tue, 13 Feb 2018 03:51:50 +0000 | josh | bounty | Redacted | Redacted | 330 | Redacted | Redacted |
| Thu, 15 Mar 2018 17:42:26 +0000 | josh | bounty | Redacted | Redacted | 500 | Redacted | Redacted |
| Wed, 21 Mar 2018 19:58:00 +0000 | josh | bounty | Redacted | Redacted | 600 | Redacted | Redacted |
| Wed, 28 Mar 2018 01:10:06 +0000 | josh | bounty | Redacted | Redacted | 400 | Redacted | Redacted |

| Date | User | Category | | | Amount | | |
|---|---|---|---|---|---|---|---|
| Fri, 09 Mar 2018 00:44:57 +0000 | josh | dev_eval | Redacted | Redacted | 500 | Redacted | Redacted |
| Tue, 02 Jan 2018 14:41:20 +0000 | josh | modpay | Redacted | Redacted | 2,600 | Redacted | Redacted |
| Mon, 08 Jan 2018 14:25:48 +0000 | josh | modpay | Redacted | Redacted | 1,371 | Redacted | Redacted |
| Tue, 09 Jan 2018 02:59:47 +0000 | josh | modpay | Redacted | Redacted | 329 | Redacted | Redacted |
| Mon, 15 Jan 2018 14:28:55 +0000 | josh | modpay | Redacted | Redacted | 1,800 | Redacted | Redacted |
| Tue, 16 Jan 2018 01:33:30 +0000 | josh | modpay | Redacted | Redacted | 1,800 | Redacted | Redacted |
| Mon, 22 Jan 2018 16:27:52 +0000 | josh | modpay | Redacted | Redacted | 2,900 | Redacted | Redacted |
| Mon, 29 Jan 2018 05:05:32 +0000 | josh | modpay | Redacted | Redacted | 2,700 | Redacted | Redacted |
| Mon, 05 Feb 2018 15:25:27 +0000 | josh | modpay | Redacted | Redacted | 5,500 | Redacted | Redacted |
| Mon, 12 Feb 2018 15:47:53 +0000 | josh | modpay | Redacted | Redacted | 3,649 | Redacted | Redacted |
| Mon, 19 Feb 2018 15:19:52 +0000 | josh | modpay | Redacted | Redacted | 4,247 | Redacted | Redacted |
| Mon, 26 Feb 2018 14:29:46 +0000 | josh | modpay | Redacted | Redacted | 3,408 | Redacted | Redacted |
| Mon, 05 Mar 2018 14:15:33 +0000 | josh | modpay | Redacted | Redacted | 1,911 | Redacted | Redacted |
| Tue, 13 Mar 2018 14:41:46 +0000 | josh | modpay | Redacted | Redacted | 1,911 | Redacted | Redacted |
| Tue, 20 Mar 2018 14:35:20 +0000 | josh | modpay | Redacted | Redacted | 2,000 | Redacted | Redacted |
| Wed, 28 Feb 2018 01:04:00 +0000 | josh | other | Redacted | Redacted | 1 | Redacted | Redacted |
| Fri, 23 Mar 2018 13:21:36 +0000 | grin | other | Redacted | Redacted | 1,000 | Redacted | Redacted |
| Fri, 05 Jan 2018 20:50:35 +0000 | josh | publishing | Redacted | Redacted | 250 | Redacted | Redacted |
| Wed, 10 Jan 2018 23:06:01 +0000 | grin | publishing | Redacted | Redacted | 1,000 | Redacted | Redacted |
| Tue, 30 Jan 2018 00:51:13 +0000 | josh | publishing | Redacted | Redacted | 1,000 | Redacted | Redacted |
| Tue, 30 Jan 2018 20:59:04 +0000 | josh | publishing | Redacted | Redacted | 36,000 | Redacted | Redacted |
| Tue, 13 Feb 2018 17:08:26 +0000 | grin | publishing | Redacted | Redacted | 1,000 | Redacted | Redacted |
| Sat, 10 Mar 2018 04:01:34 +0000 | josh | publishing | Redacted | Redacted | 10,000 | Redacted | Redacted |
| Mon, 19 Mar 2018 16:43:00 +0000 | josh | publishing | Redacted | Redacted | 1,000 | Redacted | Redacted |
| Wed, 21 Mar 2018 13:52:19 +0000 | josh | publishing | Redacted | Redacted | 1,500 | Redacted | Redacted |
| Thu, 29 Mar 2018 14:33:02 +0000 | josh | publishing | Redacted | Redacted | 2,500 | Redacted | Redacted |
| Tue, 02 Jan 2018 14:27:44 +0000 | josh | salary | Redacted | Redacted | 1,434 | Redacted | Redacted |
| Tue, 02 Jan 2018 14:29:02 +0000 | josh | salary | Redacted | Redacted | 896 | Redacted | Redacted |
| Tue, 02 Jan 2018 14:29:38 +0000 | josh | salary | Redacted | Redacted | 512 | Redacted | Redacted |
| Mon, 08 Jan 2018 14:24:12 +0000 | josh | salary | Redacted | Redacted | 1,400 | Redacted | Redacted |
| Mon, 08 Jan 2018 14:24:52 +0000 | josh | salary | Redacted | Redacted | 500 | Redacted | Redacted |
| Tue, 09 Jan 2018 02:55:54 +0000 | josh | salary | Redacted | Redacted | 25,000 | Redacted | Redacted |
| Mon, 15 Jan 2018 14:27:41 +0000 | josh | salary | Redacted | Redacted | 1,273 | Redacted | Redacted |
| Mon, 15 Jan 2018 14:28:06 +0000 | josh | salary | Redacted | Redacted | 455 | Redacted | Redacted |
| Mon, 22 Jan 2018 16:26:01 +0000 | josh | salary | Redacted | Redacted | 2,333 | Redacted | Redacted |
| Mon, 22 Jan 2018 16:26:20 +0000 | josh | salary | Redacted | Redacted | 833 | Redacted | Redacted |
| Mon, 29 Jan 2018 15:00:06 +0000 | josh | salary | Redacted | Redacted | 2,154 | Redacted | Redacted |
| Mon, 29 Jan 2018 15:00:35 +0000 | josh | salary | Redacted | Redacted | 769 | Redacted | Redacted |
| Mon, 05 Feb 2018 15:22:44 +0000 | josh | salary | Redacted | Redacted | 4,575 | Redacted | Redacted |
| Mon, 05 Feb 2018 15:23:09 +0000 | josh | salary | Redacted | Redacted | 1,634 | Redacted | Redacted |

| Date | User | Category | Col4 | Col5 | Amount | Col7 | Col8 |
|---|---|---|---|---|---:|---|---|
| Mon, 12 Feb 2018 15:46:56 +0000 | josh | salary | Redacted | Redacted | 3,889 | Redacted | Redacted |
| Mon, 12 Feb 2018 15:47:17 +0000 | josh | salary | Redacted | Redacted | 528 | Redacted | Redacted |
| Mon, 19 Feb 2018 15:17:47 +0000 | josh | salary | Redacted | Redacted | 3,684 | Redacted | Redacted |
| Mon, 19 Feb 2018 15:18:24 +0000 | josh | salary | Redacted | Redacted | 500 | Redacted | Redacted |
| Fri, 23 Feb 2018 17:47:33 +0000 | josh | salary | Redacted | Redacted | 12,500 | Redacted | Redacted |
| Mon, 26 Feb 2018 14:29:01 +0000 | josh | salary | Redacted | Redacted | 3,784 | Redacted | Redacted |
| Mon, 26 Feb 2018 14:29:19 +0000 | josh | salary | Redacted | Redacted | 514 | Redacted | Redacted |
| Mon, 05 Mar 2018 14:14:06 +0000 | josh | salary | Redacted | Redacted | 2,857 | Redacted | Redacted |
| Mon, 05 Mar 2018 14:14:26 +0000 | josh | salary | Redacted | Redacted | 388 | Redacted | Redacted |
| Mon, 12 Mar 2018 13:44:42 +0000 | josh | salary | Redacted | Redacted | 4,375 | Redacted | Redacted |
| Mon, 12 Mar 2018 13:45:09 +0000 | josh | salary | Redacted | Redacted | 594 | Redacted | Redacted |
| Wed, 14 Mar 2018 13:12:43 +0000 | josh | salary | Redacted | Redacted | 2,500 | Redacted | Redacted |
| Thu, 15 Mar 2018 13:33:22 +0000 | josh | salary | Redacted | Redacted | 10,000 | Redacted | Redacted |
| Tue, 20 Mar 2018 13:08:41 +0000 | josh | salary | Redacted | Redacted | 12,500 | Redacted | Redacted |
| Tue, 20 Mar 2018 13:56:13 +0000 | josh | salary | Redacted | Redacted | 792 | Redacted | Redacted |
| Tue, 27 Mar 2018 13:17:37 +0000 | josh | salary | Redacted | Redacted | 864 | Redacted | Redacted |
| Thu, 29 Mar 2018 13:19:28 +0000 | josh | salary | Redacted | Redacted | 2,500 | Redacted | Redacted |
| Thu, 29 Mar 2018 16:40:50 +0000 | josh | salary | Redacted | Redacted | 4,736 | Redacted | Redacted |
| Wed, 03 Jan 2018 02:42:45 +0000 | josh | testing | Redacted | Redacted | 10,000 | Redacted | Redacted |
| Mon, 15 Jan 2018 15:23:55 +0000 | josh | testing | Redacted | Redacted | 1,799 | Redacted | Redacted |
| Mon, 15 Jan 2018 15:24:13 +0000 | josh | testing | Redacted | Redacted | 10,372 | Redacted | Redacted |
| Thu, 01 Feb 2018 21:56:06 +0000 | jeremy | testing | Redacted | Redacted | 50 | Redacted | Redacted |
| Sat, 03 Feb 2018 21:58:33 +0000 | josh | testing | Redacted | Redacted | 15,000 | Redacted | Redacted |
| Sat, 10 Feb 2018 16:52:24 +0000 | josh | testing | Redacted | Redacted | 100 | Redacted | Redacted |
| Tue, 20 Feb 2018 14:42:56 +0000 | josh | testing | Redacted | Redacted | 10,000 | Redacted | Redacted |
| Mon, 19 Mar 2018 23:02:40 +0000 | jeremy | testing | Redacted | Redacted | 300 | Redacted | Redacted |
| | | | Bounty | 37,130 | | | |
| | | | Invite / API | 70,000 | | | |
| | | | Modpay | 36,126 | | | |
| | | | Salary | 111,273 | | | |
| | | | Publishing | 54,250 | | | |
| | | | Aquisition | 37,185 | | | |
| | | | Testing | 47,621 | | | |
| | | | | 393,585 | | | |

SEC-LBRYLIT-E-0004323
Community



SEC-LBRYLIT-E-0004323
Community

| Date | Actual | Allocated | Purpose | From | To | Tx |
|---|---|---|---|---|---|---|
| 1Q | 135,000 | 0 | Employee Equity Swap | LBRY | Employee | |
| 1Q | 6,000,000 | 5,000,000 | Ongoing Operations | LBRY | Market | several |
| 1/29/2018 | 136,008 | | LBRY sold 136,008 credits to a crypto education club | LBRY | Club | |

SEC-LBRYLIT-E-0004323
Operational

| Date | Actual | Allocated | Purpose | From | To | Tx | Notes | Txn By |
|---|---|---|---|---|---|---|---|---|
| No activity | | | | | | | | |

SEC-LBRYLIT-E-0004323
Institutional