CONFIDENTIAL

**EXHIBIT 76**
21-cv-00260-PB

```
1              UNITED STATES DISTRICT COURT
2                DISTRICT OF NEW HAMPSHIRE
3
4  SECURITIES AND EXCHANGE      ) Civil Action No.
   COMMISSION,                  ) 1:21-cv-00260-PB
5                               )
            Plaintiff,          )
6                               ) VOLUME 1
       vs.                      ) (Pages 1 to 228)
7                               )
   LBRY, INC.,                  )
8                               )
            Defendant.          )
9  _____)
10
11
12
13           CONFIDENTIAL DEPOSITION OF
14                  DAVID BALTER
15                HELD VIA WEBEX
16          THURSDAY, JANUARY 13, 2022
17                  9:36 a.m.
18
19
20
21
22
23
   REPORTED BY:
24 Jane M. Werner, RMR, CRR
   Massachusetts CSR No. 149008
25 JOB No. 220113DWA
```

1

CONFIDENTIAL

```
 1   if we could.
 2           Could you summarize your educational
 3   background for us, starting after high school.
 4       A   I'm going to adjust that answer, if I could,
 5   if I could go back.
 6       Q   Sure.
 7       A   There was a previous organization, Flipside
 8   Crypto LLC, which is no longer an organization.  It's
 9   now Flipside Crypto, Inc.  So for probably two and a
10   half years, but, yeah.
11       Q   So let me just confirm on that, and then I'll
12   go back to your education.
13           Did Flipside Crypto LLC essentially become
14   Flipside Crypto, Inc.?
15       A   Yes.  It was dissolved into Flipside Crypto,
16   Inc., yes.
17       Q   And what was the reason or reasons for the
18   change in corporate structure from LLC to corporation?
19       A   We took investment capital from venture
20   capitalists, etc., at a certain stage.  And the nature
21   of the business, it evolved from a series of clubs and
22   funds, investment clubs and funds, into an enterprise
23   software business.
24       Q   Then let's go through your educational
25   background after high school.
```

13

CONFIDENTIAL

```
 1    done by Flipside Crypto; is that correct?
 2         A     Correct.
 3         Q     Does that mean that Flipside Crypto was
 4    developing its own metrics to analyze -- to do analysis?
 5         A     Correct.
 6         Q     And then you said in the original iteration,
 7    there were investment clubs; is that correct?
 8         A     Correct.
 9         Q     Can you generally explain to us what an
10    investment club is.
11         A     An investment club was a legal entity where a
12    number of individuals interested in learning about
13    accessing the crypto asset ecosystem could together and
14    jointly buy and hold and sell crypto assets.
15         Q     In the current iteration of the company, who
16    are the customers?  And by "who," I don't mean
17    specifically the names of the customers, but
18    characterize the customer base, please.
19         A     Blockchains and protocols that operate on top
20    of blockchains.
21         Q     So my understanding of a blockchain is that it
22    is some sort of set of computer code and ledger
23    transactions.  So when you say "blockchains," you're
24    obviously not meaning that.  When you say the
25    blockchains are your customers, what do you mean?
```

19

CONFIDENTIAL

```
 1            MR. DIXON:  Objection as to form.
 2       A    I don't believe so.
 3       Q    How did you set the price that you would pay
 4   LBRY for each coin?
 5       A    I didn't set the price.
 6       Q    How did the price get set?
 7       A    Josh -- it looks like josh@lbry.io noted the
 8   price and noted a discount and set the price to that.
 9       Q    What discount did you get?
10       A    I believe 5 percent.
11       Q    And it was 5 percent off of -- hang on a
12   second.  Okay.
13            In the email on the -- on the one that says,
14   "Saturday, November 18, 2017," it says, "We can again
15   peg the USD rate on the date of the txn."
16            Do you understand what that means?
17       A    I do.
18       Q    And what was that -- how did the price get
19   pegged in that way?
20       A    I believe they were looking at an exchange, as
21   they did last time, to determine the fair market rate.
22       Q    So the price that the clubs paid was based on
23   the exchange price, plus a discount; is that correct?
24       A    That is my understanding.
25            MR. JONES:  All right.  If you could go to
```

159