Message

**From**: Jeremy Kauffman [jeremy@lbry.io]
**Sent**: 5/30/2018 4:21:57 PM
**To**: Jamie Goldstein [jamie@pillar.vc]; Alex Grin [grin@lbry.io]
**Subject**: Pillar Note Restructure



Tentative Agreement:

- Note between Pillar and LBRY will be restructured
- Pillar will end up with 6.0% equity after note executes
- Pillar will receive 2,000,000 LBC
    - TBD whether operational or institutional
- Pillar will handle all legal requirements


--
Jeremy Kauffman, CEO & Founder, LBRY
(267) 210-4292

Build LBRY: get, follow, like