| Fund | Launch Balance (07/01/16) | Period Start Balance | Allocated | Last Quarter Allocated | Last Quarter Actual | Cold Wallet Balance |
|---|---|---|---|---|---|---|
| Community | 200,000,000 | 191,628,654 | 1,000,000 | 1,000,000 | 1,695,734 | 189,932,920 |
| Operational | 100,000,000 | 86,455,140 | 0 | 0 | 146,289 | 86,308,851 |
| Institutional | 100,000,000 | 99,800,000 | 0 | 0 | 0 | 99,800,000 |
| | | | | | | 376,041,771 |



EXHIBIT

89

21-cv-00260-PB

SEC-LBRYLIT-E-0004324
Overview

| Date | User | Type | Action | | | Amount | | |
|---|---|---|---|---|---|---|---|---|
| Fri, 04 Jan 2019 16:49:55 +0000 | tom | primary | acquisition | Redacted | Redacted | 30000 | Redacted | Redacted |
| Sat, 05 Jan 2019 03:29:14 +0000 | josh | primary | acquisition | Redacted | Redacted | 5000 | Redacted | Redacted |
| Mon, 07 Jan 2019 14:40:41 +0000 | tom | primary | acquisition | Redacted | Redacted | 2000 | Redacted | Redacted |
| Tue, 08 Jan 2019 01:13:35 +0000 | tom | primary | acquisition | Redacted | Redacted | 1000 | Redacted | Redacted |
| Mon, 14 Jan 2019 14:40:12 +0000 | tom | primary | acquisition | Redacted | Redacted | 3000 | Redacted | Redacted |
| Tue, 15 Jan 2019 14:23:31 +0000 | josh | primary | acquisition | Redacted | Redacted | 10000 | Redacted | Redacted |
| Fri, 18 Jan 2019 19:21:51 +0000 | tom | primary | acquisition | Redacted | Redacted | 2000 | Redacted | Redacted |
| Tue, 22 Jan 2019 21:42:11 +0000 | tom | primary | acquisition | Redacted | Redacted | 2000 | Redacted | Redacted |
| Fri, 01 Feb 2019 04:51:03 +0000 | tom | primary | acquisition | Redacted | Redacted | 5000 | Redacted | Redacted |
| Tue, 05 Feb 2019 05:06:50 +0000 | tom | primary | acquisition | Redacted | Redacted | 15000 | Redacted | Redacted |
| Tue, 05 Feb 2019 14:27:16 +0000 | josh | primary | acquisition | Redacted | Redacted | 9090 | Redacted | Redacted |
| Wed, 06 Feb 2019 14:57:08 +0000 | tom | primary | acquisition | Redacted | Redacted | 1000 | Redacted | Redacted |
| Thu, 07 Feb 2019 17:31:09 +0000 | tom | primary | acquisition | Redacted | Redacted | 1000 | Redacted | Redacted |
| Tue, 12 Feb 2019 04:57:33 +0000 | tom | primary | acquisition | Redacted | Redacted | 5000 | Redacted | Redacted |
| Tue, 12 Feb 2019 04:58:04 +0000 | tom | primary | acquisition | Redacted | Redacted | 3000 | Redacted | Redacted |
| Wed, 13 Feb 2019 22:31:53 +0000 | jeremy | primary | acquisition | Redacted | Redacted | 1000 | Redacted | Redacted |
| Sat, 16 Feb 2019 17:03:38 +0000 | josh | primary | acquisition | Redacted | Redacted | 10000 | Redacted | Redacted |
| Tue, 19 Feb 2019 03:58:49 +0000 | tom | primary | acquisition | Redacted | Redacted | 1000 | Redacted | Redacted |
| Tue, 19 Feb 2019 15:10:15 +0000 | tom | primary | acquisition | Redacted | Redacted | 5000 | Redacted | Redacted |
| Wed, 20 Feb 2019 20:23:34 +0000 | tom | primary | acquisition | Redacted | Redacted | 5000 | Redacted | Redacted |
| Sun, 24 Feb 2019 01:42:58 +0000 | tom | primary | acquisition | Redacted | Redacted | 2000 | Redacted | Redacted |
| Mon, 25 Feb 2019 01:13:15 +0000 | tom | primary | acquisition | Redacted | Redacted | 5000 | Redacted | Redacted |
| Mon, 25 Feb 2019 20:29:39 +0000 | josh | primary | acquisition | Redacted | Redacted | 20000 | Redacted | Redacted |
| Tue, 26 Feb 2019 10:57:05 +0000 | tom | primary | acquisition | Redacted | Redacted | 5000 | Redacted | Redacted |
| Sat, 02 Mar 2019 03:26:58 +0000 | tom | primary | acquisition | Redacted | Redacted | 5000 | Redacted | Redacted |
| Mon, 04 Mar 2019 23:03:01 +0000 | tom | primary | acquisition | Redacted | Redacted | 5000 | Redacted | Redacted |
| Tue, 05 Mar 2019 03:12:06 +0000 | josh | primary | acquisition | Redacted | Redacted | 8600 | Redacted | Redacted |
| Thu, 07 Mar 2019 19:25:16 +0000 | tom | primary | acquisition | Redacted | Redacted | 5000 | Redacted | Redacted |
| Thu, 07 Mar 2019 23:01:22 +0000 | tom | primary | acquisition | Redacted | Redacted | 3000 | Redacted | Redacted |
| Thu, 07 Mar 2019 23:02:12 +0000 | tom | primary | acquisition | Redacted | Redacted | 1000 | Redacted | Redacted |
| Fri, 08 Mar 2019 01:03:22 +0000 | tom | primary | acquisition | Redacted | Redacted | 3000 | Redacted | Redacted |
| Fri, 08 Mar 2019 05:03:46 +0000 | tom | primary | acquisition | Redacted | Redacted | 3500 | Redacted | Redacted |
| Tue, 12 Mar 2019 17:20:05 +0000 | tom | primary | acquisition | Redacted | Redacted | 5000 | Redacted | Redacted |
| Wed, 13 Mar 2019 17:54:16 +0000 | tom | primary | acquisition | Redacted | Redacted | 5000 | Redacted | Redacted |
| Thu, 14 Mar 2019 02:08:26 +0000 | tom | primary | acquisition | Redacted | Redacted | 10000 | Redacted | Redacted |
| Thu, 14 Mar 2019 04:32:25 +0000 | tom | primary | acquisition | Redacted | Redacted | 20000 | Redacted | Redacted |
| Thu, 14 Mar 2019 04:36:37 +0000 | tom | primary | acquisition | Redacted | Redacted | 5000 | Redacted | Redacted |
| Sat, 16 Mar 2019 23:14:38 +0000 | tom | primary | acquisition | Redacted | Redacted | 10000 | Redacted | Redacted |
| Mon, 18 Mar 2019 13:09:16 +0000 | josh | primary | acquisition | Redacted | Redacted | 6000 | Redacted | Redacted |
| Tue, 19 Mar 2019 16:33:10 +0000 | tom | primary | acquisition | Redacted | Redacted | 500 | Redacted | Redacted |

SEC-LBRYLIT-E-0004324
Community

| Thu, 21 Mar 2019 15:56:47 +0000 | tom | primary | acquisition | Redacted | Redacted | 5000 | Redacted | Redacted |
|---|---|---|---|---|---|---|---|---|
| Thu, 21 Mar 2019 22:40:15 +0000 | tom | primary | acquisition | Redacted | Redacted | 5000 | Redacted | Redacted |
| Thu, 21 Mar 2019 23:11:08 +0000 | tom | primary | acquisition | Redacted | Redacted | 5000 | Redacted | Redacted |
| Fri, 22 Mar 2019 02:11:29 +0000 | tom | primary | acquisition | Redacted | Redacted | 20000 | Redacted | Redacted |
| Fri, 22 Mar 2019 17:05:01 +0000 | josh | primary | acquisition | Redacted | Redacted | 7300 | Redacted | Redacted |
| Sun, 24 Mar 2019 19:21:59 +0000 | tom | primary | acquisition | Redacted | Redacted | 1000 | Redacted | Redacted |
| Wed, 02 Jan 2019 23:13:11 +0000 | tom | primary | api | Redacted | Redacted | 30000 | Redacted | Redacted |
| Fri, 04 Jan 2019 17:22:16 +0000 | tom | primary | api | Redacted | Redacted | 15000 | Redacted | Redacted |
| Thu, 10 Jan 2019 05:01:24 +0000 | tom | primary | api | Redacted | Redacted | 25000 | Redacted | Redacted |
| Thu, 17 Jan 2019 11:47:03 +0000 | niko | primary | api | Redacted | Redacted | 25000 | Redacted | Redacted |
| Sat, 26 Jan 2019 10:43:19 +0000 | tom | primary | api | Redacted | Redacted | 15000 | Redacted | Redacted |
| Thu, 31 Jan 2019 19:31:05 +0000 | tom | primary | api | Redacted | Redacted | 15000 | Redacted | Redacted |
| Tue, 05 Feb 2019 20:05:14 +0000 | tom | primary | api | Redacted | Redacted | 20000 | Redacted | Redacted |
| Mon, 11 Feb 2019 17:40:56 +0000 | tom | primary | api | Redacted | Redacted | 20000 | Redacted | Redacted |
| Sun, 17 Feb 2019 14:27:57 +0000 | josh | primary | api | Redacted | Redacted | 20000 | Redacted | Redacted |
| Thu, 28 Feb 2019 00:06:11 +0000 | josh | primary | api | Redacted | Redacted | 20000 | Redacted | Redacted |
| Tue, 12 Mar 2019 13:02:58 +0000 | josh | primary | api | Redacted | Redacted | 20000 | Redacted | Redacted |
| Fri, 15 Mar 2019 23:57:43 +0000 | tom | primary | api | Redacted | Redacted | 15000 | Redacted | Redacted |
| Wed, 20 Mar 2019 17:00:58 +0000 | tom | primary | api | Redacted | Redacted | 20000 | Redacted | Redacted |
| Mon, 25 Mar 2019 22:49:16 +0000 | tom | primary | api | Redacted | Redacted | 10000 | Redacted | Redacted |
| Tue, 26 Mar 2019 16:44:28 +0000 | niko | primary | api | Redacted | Redacted | 1000 | Redacted | Redacted |
| Wed, 27 Mar 2019 13:31:36 +0000 | tom | primary | api | Redacted | Redacted | 20000 | Redacted | Redacted |
|  |  |  |  |  |  |  |  |  |
| Wed, 02 Jan 2019 23:26:25 +0000 | tom | primary | bounty | Redacted | Redacted | 110000 | Redacted | Redacted |
| Fri, 04 Jan 2019 16:47:40 +0000 | tom | primary | bounty | Redacted | Redacted | 10000 | Redacted | Redacted |
| Fri, 04 Jan 2019 16:51:49 +0000 | tom | primary | bounty | Redacted | Redacted | 5000 | Redacted | Redacted |
| Fri, 04 Jan 2019 16:53:15 +0000 | tom | primary | bounty | Redacted | Redacted | 5000 | Redacted | Redacted |
| Fri, 04 Jan 2019 16:54:10 +0000 | tom | primary | bounty | Redacted | Redacted | 8000 | Redacted | Redacted |
| Fri, 04 Jan 2019 16:56:33 +0000 | tom | primary | bounty | Redacted | Redacted | 8000 | Redacted | Redacted |
| Fri, 04 Jan 2019 17:00:18 +0000 | tom | primary | bounty | Redacted | Redacted | 8000 | Redacted | Redacted |
| Fri, 04 Jan 2019 18:08:40 +0000 | tom | primary | bounty | Redacted | Redacted | 2500 | Redacted | Redacted |
| Fri, 04 Jan 2019 18:37:23 +0000 | tom | primary | bounty | Redacted | Redacted | 4000 | Redacted | Redacted |
| Fri, 04 Jan 2019 18:39:44 +0000 | tom | primary | bounty | Redacted | Redacted | 5000 | Redacted | Redacted |
| Mon, 07 Jan 2019 19:40:40 +0000 | tom | primary | bounty | Redacted | Redacted | 300 | Redacted | Redacted |
| Tue, 15 Jan 2019 00:19:37 +0000 | tom | primary | bounty | Redacted | Redacted | 9000 | Redacted | Redacted |
| Wed, 16 Jan 2019 15:45:58 +0000 | tom | primary | bounty | Redacted | Redacted | 28000 | Redacted | Redacted |
| Mon, 21 Jan 2019 18:26:47 +0000 | tom | primary | bounty | Redacted | Redacted | 10280 | Redacted | Redacted |
| Mon, 21 Jan 2019 19:35:34 +0000 | tom | primary | bounty | Redacted | Redacted | 1500 | Redacted | Redacted |
| Tue, 29 Jan 2019 03:54:53 +0000 | tom | primary | bounty | Redacted | Redacted | 4000 | Redacted | Redacted |
| Tue, 29 Jan 2019 20:04:55 +0000 | tom | primary | bounty | Redacted | Redacted | 7000 | Redacted | Redacted |
| Tue, 29 Jan 2019 20:22:04 +0000 | tom | primary | bounty | Redacted | Redacted | 10000 | Redacted | Redacted |

SEC-LBRYLIT-E-0004324
Community

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Wed, 30 Jan 2019 22:22:30 +0000 | tom | primary | bounty | Redacted | Redacted | 3000 | Redacted | Redacted |
| Fri, 01 Feb 2019 02:44:32 +0000 | tom | primary | bounty | Redacted | Redacted | 10000 | Redacted | Redacted |
| Fri, 01 Feb 2019 02:45:08 +0000 | tom | primary | bounty | Redacted | Redacted | 10000 | Redacted | Redacted |
| Wed, 06 Feb 2019 22:12:49 +0000 | tom | primary | bounty | Redacted | Redacted | 5000 | Redacted | Redacted |
| Thu, 07 Feb 2019 14:03:26 +0000 | tom | primary | bounty | Redacted | Redacted | 1500 | Redacted | Redacted |
| Tue, 12 Feb 2019 04:54:19 +0000 | tom | primary | bounty | Redacted | Redacted | 8000 | Redacted | Redacted |
| Fri, 15 Feb 2019 14:28:36 +0000 | tom | primary | bounty | Redacted | Redacted | 300 | Redacted | Redacted |
| Mon, 18 Feb 2019 14:06:16 +0000 | tom | primary | bounty | Redacted | Redacted | 10000 | Redacted | Redacted |
| Thu, 21 Feb 2019 16:30:47 +0000 | tom | primary | bounty | Redacted | Redacted | 30000 | Redacted | Redacted |
| Sun, 17 Mar 2019 17:38:03 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |
| Tue, 19 Mar 2019 15:49:56 +0000 | tom | primary | bounty | Redacted | Redacted | 10000 | Redacted | Redacted |
| Tue, 26 Mar 2019 21:42:51 +0000 | tom | primary | bounty | Redacted | Redacted | 2000 | Redacted | Redacted |
| Wed, 27 Mar 2019 21:21:42 +0000 | tom | primary | bounty | Redacted | Redacted | 2000 | Redacted | Redacted |
| Wed, 02 Jan 2019 13:54:52 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2127 | Redacted | Redacted |
| Wed, 02 Jan 2019 13:55:12 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2127 | Redacted | Redacted |
| Wed, 02 Jan 2019 13:55:28 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2127 | Redacted | Redacted |
| Wed, 02 Jan 2019 13:55:46 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2127 | Redacted | Redacted |
| Wed, 02 Jan 2019 13:56:04 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2127 | Redacted | Redacted |
| Wed, 02 Jan 2019 13:56:22 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2127 | Redacted | Redacted |
| Wed, 02 Jan 2019 13:56:38 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2127 | Redacted | Redacted |
| Wed, 02 Jan 2019 13:57:10 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2127 | Redacted | Redacted |
| Wed, 02 Jan 2019 13:57:28 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2127 | Redacted | Redacted |
| Wed, 02 Jan 2019 13:57:42 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2127 | Redacted | Redacted |
| Wed, 02 Jan 2019 13:57:58 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2127 | Redacted | Redacted |
| Wed, 16 Jan 2019 14:52:15 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2500 | Redacted | Redacted |
| Wed, 16 Jan 2019 14:52:31 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2500 | Redacted | Redacted |
| Wed, 16 Jan 2019 14:52:48 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2500 | Redacted | Redacted |
| Wed, 16 Jan 2019 14:53:04 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2500 | Redacted | Redacted |
| Wed, 16 Jan 2019 14:53:25 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2500 | Redacted | Redacted |
| Wed, 16 Jan 2019 14:53:43 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2500 | Redacted | Redacted |
| Wed, 16 Jan 2019 14:54:12 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2500 | Redacted | Redacted |
| Wed, 16 Jan 2019 14:54:27 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2500 | Redacted | Redacted |
| Wed, 16 Jan 2019 14:54:42 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2500 | Redacted | Redacted |
| Wed, 16 Jan 2019 14:54:59 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2500 | Redacted | Redacted |
| Wed, 16 Jan 2019 14:55:13 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2500 | Redacted | Redacted |
| Tue, 05 Feb 2019 14:28:15 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2272 | Redacted | Redacted |
| Tue, 05 Feb 2019 14:28:31 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2272 | Redacted | Redacted |
| Tue, 05 Feb 2019 14:28:46 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2272 | Redacted | Redacted |
| Tue, 05 Feb 2019 14:29:09 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2272 | Redacted | Redacted |
| Tue, 05 Feb 2019 14:29:30 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2272 | Redacted | Redacted |
| Tue, 05 Feb 2019 14:29:44 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2272 | Redacted | Redacted |

SEC-LBRYLIT-E-0004324
Community

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Tue, 05 Feb 2019 14:30:01 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2272 | Redacted | Redacted |
| Tue, 05 Feb 2019 14:30:24 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2272 | Redacted | Redacted |
| Tue, 05 Feb 2019 14:30:41 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2272 | Redacted | Redacted |
| Tue, 05 Feb 2019 14:30:55 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2272 | Redacted | Redacted |
| Tue, 05 Feb 2019 14:31:09 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2272 | Redacted | Redacted |
| Tue, 19 Feb 2019 14:34:56 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 25009 | Redacted | Redacted |
| Tue, 19 Feb 2019 14:36:43 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2500 | Redacted | Redacted |
| Tue, 19 Feb 2019 14:37:02 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2500 | Redacted | Redacted |
| Tue, 19 Feb 2019 14:37:17 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2500 | Redacted | Redacted |
| Tue, 19 Feb 2019 14:37:31 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2500 | Redacted | Redacted |
| Tue, 19 Feb 2019 14:38:40 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2500 | Redacted | Redacted |
| Tue, 19 Feb 2019 14:38:53 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2500 | Redacted | Redacted |
| Tue, 19 Feb 2019 14:39:15 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2500 | Redacted | Redacted |
| Tue, 19 Feb 2019 14:39:27 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2500 | Redacted | Redacted |
| Tue, 19 Feb 2019 14:39:41 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2500 | Redacted | Redacted |
| Tue, 19 Feb 2019 14:39:52 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2500 | Redacted | Redacted |
| Tue, 05 Mar 2019 14:22:15 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2100 | Redacted | Redacted |
| Tue, 05 Mar 2019 14:22:35 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2100 | Redacted | Redacted |
| Tue, 05 Mar 2019 14:22:55 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2100 | Redacted | Redacted |
| Tue, 05 Mar 2019 14:23:08 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2100 | Redacted | Redacted |
| Tue, 05 Mar 2019 14:23:24 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2100 | Redacted | Redacted |
| Tue, 05 Mar 2019 14:23:39 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2100 | Redacted | Redacted |
| Tue, 05 Mar 2019 14:23:53 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2100 | Redacted | Redacted |
| Tue, 05 Mar 2019 14:24:09 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2100 | Redacted | Redacted |
| Tue, 05 Mar 2019 14:24:23 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2100 | Redacted | Redacted |
| Tue, 05 Mar 2019 14:24:38 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2100 | Redacted | Redacted |
| Tue, 05 Mar 2019 14:24:53 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2100 | Redacted | Redacted |
| Wed, 20 Mar 2019 14:21:16 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 1800 | Redacted | Redacted |
| Wed, 20 Mar 2019 14:21:34 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 1800 | Redacted | Redacted |
| Wed, 20 Mar 2019 14:21:56 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 1800 | Redacted | Redacted |
| Wed, 20 Mar 2019 14:22:27 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 1800 | Redacted | Redacted |
| Wed, 20 Mar 2019 14:22:43 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 1800 | Redacted | Redacted |
| Wed, 20 Mar 2019 14:22:58 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 1800 | Redacted | Redacted |
| Wed, 20 Mar 2019 14:23:13 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 1800 | Redacted | Redacted |
| Wed, 20 Mar 2019 14:23:34 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 1800 | Redacted | Redacted |
| Wed, 20 Mar 2019 14:23:55 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 1800 | Redacted | Redacted |
| Wed, 20 Mar 2019 14:24:09 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 1800 | Redacted | Redacted |
| Wed, 20 Mar 2019 14:24:26 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 1800 | Redacted | Redacted |
| Mon, 21 Jan 2019 21:23:40 +0000 | josh | primary | lbry.fund | Redacted | Redacted | 52174 | Redacted | Redacted |
| Wed, 06 Feb 2019 18:08:44 +0000 | josh | primary | lbry.fund | Redacted | Redacted | 20000 | Redacted | Redacted |
| Wed, 06 Feb 2019 18:43:59 +0000 | josh | primary | lbry.fund | Redacted | Redacted | 10000 | Redacted | Redacted |

SEC-LBRYLIT-E-0004324
Community

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Sat, 09 Feb 2019 16:44:00 +0000 | josh | primary | lbry.fund | Redacted | Redacted | 9090 | Redacted | Redacted |
| Tue, 26 Feb 2019 18:56:11 +0000 | josh | primary | lbry.fund | Redacted | Redacted | 47000 | Redacted | Redacted |
| Mon, 04 Mar 2019 20:43:53 +0000 | josh | primary | lbry.fund | Redacted | Redacted | 40000 | Redacted | Redacted |
| Sun, 24 Mar 2019 18:55:57 +0000 | josh | primary | lbry.fund | Redacted | Redacted | 550 | Redacted | Redacted |
| Mon, 25 Mar 2019 23:17:49 +0000 | julie | primary | lbry.fund | Redacted | Redacted | 20800 | Redacted | Redacted |
| Tue, 26 Mar 2019 13:22:46 +0000 | josh | primary | lbry.fund | Redacted | Redacted | 550 | Redacted | Redacted |
| Thu, 28 Mar 2019 19:41:20 +0000 | julie | primary | lbry.fund | Redacted | Redacted | 3100 | Redacted | Redacted |
| | | | | | | | | |
| Wed, 09 Jan 2019 17:01:46 +0000 | tom | primary | modpay | Redacted | Redacted | 15000 | Redacted | Redacted |
| Mon, 14 Jan 2019 14:43:12 +0000 | tom | primary | modpay | Redacted | Redacted | 16500 | Redacted | Redacted |
| Tue, 22 Jan 2019 21:19:26 +0000 | tom | primary | modpay | Redacted | Redacted | 15000 | Redacted | Redacted |
| Tue, 29 Jan 2019 15:42:36 +0000 | tom | primary | modpay | Redacted | Redacted | 14500 | Redacted | Redacted |
| Wed, 06 Feb 2019 00:05:45 +0000 | tom | primary | modpay | Redacted | Redacted | 15500 | Redacted | Redacted |
| Wed, 13 Feb 2019 14:37:02 +0000 | tom | primary | modpay | Redacted | Redacted | 15000 | Redacted | Redacted |
| Wed, 20 Feb 2019 20:14:39 +0000 | tom | primary | modpay | Redacted | Redacted | 13500 | Redacted | Redacted |
| Wed, 27 Feb 2019 10:27:33 +0000 | tom | primary | modpay | Redacted | Redacted | 13000 | Redacted | Redacted |
| Thu, 07 Mar 2019 18:19:24 +0000 | tom | primary | modpay | Redacted | Redacted | 14000 | Redacted | Redacted |
| Wed, 13 Mar 2019 17:53:26 +0000 | tom | primary | modpay | Redacted | Redacted | 13000 | Redacted | Redacted |
| Wed, 20 Mar 2019 19:18:33 +0000 | tom | primary | modpay | Redacted | Redacted | 12000 | Redacted | Redacted |
| Wed, 27 Mar 2019 16:05:53 +0000 | tom | primary | modpay | Redacted | Redacted | 13000 | Redacted | Redacted |
| Thu, 28 Mar 2019 03:29:55 +0000 | julie | primary | modpay | Redacted | Redacted | 5000 | Redacted | Redacted |
| | | | | | | | | |
| Wed, 16 Jan 2019 14:53:58 +0000 | josh | ops | other | Redacted | Redacted | 25000 | Redacted | Redacted |
| Sat, 19 Jan 2019 12:14:21 +0000 | niko | primary | publishing | Redacted | Redacted | 2000 | Redacted | Redacted |
| Fri, 01 Feb 2019 09:48:42 +0000 | niko | primary | publishing | Redacted | Redacted | 4000 | Redacted | Redacted |
| Wed, 20 Feb 2019 21:31:32 +0000 | niko | primary | publishing | Redacted | Redacted | 4000 | Redacted | Redacted |
| | | | | | | | | |
| Mon, 07 Jan 2019 19:11:08 +0000 | josh | primary | salary | Redacted | Redacted | 1 | Redacted | Redacted |
| Mon, 07 Jan 2019 20:06:54 +0000 | josh | primary | salary | Redacted | Redacted | 84388 | Redacted | Redacted |
| Wed, 09 Jan 2019 21:18:51 +0000 | josh | primary | salary | Redacted | Redacted | 34999 | Redacted | Redacted |
| Wed, 09 Jan 2019 21:19:24 +0000 | josh | primary | salary | Redacted | Redacted | 1 | Redacted | Redacted |
| Thu, 21 Mar 2019 13:19:32 +0000 | josh | primary | salary | Redacted | Redacted | 10000 | Redacted | Redacted |
| Sat, 16 Mar 2019 19:11:46 +0000 | julie | primary | swarm | Redacted | Redacted | 10000 | Redacted | Redacted |
| Sat, 16 Mar 2019 19:13:46 +0000 | julie | primary | swarm | Redacted | Redacted | 10000 | Redacted | Redacted |
| Sat, 16 Mar 2019 19:14:55 +0000 | julie | primary | swarm | Redacted | Redacted | 10000 | Redacted | Redacted |
| Sat, 16 Mar 2019 19:17:04 +0000 | julie | primary | swarm | Redacted | Redacted | 10000 | Redacted | Redacted |
| Sat, 16 Mar 2019 19:19:19 +0000 | julie | primary | swarm | Redacted | Redacted | 10000 | Redacted | Redacted |
| Sat, 16 Mar 2019 19:20:42 +0000 | julie | primary | swarm | Redacted | Redacted | 10000 | Redacted | Redacted |
| Sat, 16 Mar 2019 19:22:52 +0000 | julie | primary | swarm | Redacted | Redacted | 10000 | Redacted | Redacted |
| Sat, 16 Mar 2019 19:33:46 +0000 | julie | primary | swarm | Redacted | Redacted | 10000 | Redacted | Redacted |
| Sat, 16 Mar 2019 19:36:13 +0000 | julie | primary | swarm | Redacted | Redacted | 10000 | Redacted | Redacted |

SEC-LBRYLIT-E-0004324
Community

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Wed, 20 Mar 2019 00:01:32 +0000 | julie | primary | swarm | Redacted | Redacted | 10000 | Redacted | Redacted |
| Wed, 20 Mar 2019 00:03:21 +0000 | julie | primary | swarm | Redacted | Redacted | 40000 | Redacted | Redacted |
| Wed, 20 Mar 2019 00:04:33 +0000 | julie | primary | swarm | Redacted | Redacted | 50000 | Redacted | Redacted |
| Thu, 21 Mar 2019 18:19:47 +0000 | julie | primary | swarm | Redacted | Redacted | 40000 | Redacted | Redacted |
| Thu, 21 Mar 2019 18:20:39 +0000 | julie | primary | swarm | Redacted | Redacted | 50000 | Redacted | Redacted |
| Sat, 23 Mar 2019 02:57:49 +0000 | julie | primary | swarm | Redacted | Redacted | 40000 | Redacted | Redacted |
| Sat, 23 Mar 2019 03:00:27 +0000 | julie | primary | swarm | Redacted | Redacted | 50000 | Redacted | Redacted |
| Mon, 25 Mar 2019 22:52:24 +0000 | julie | primary | swarm | Redacted | Redacted | 10000 | Redacted | Redacted |
| Wed, 27 Mar 2019 23:01:23 +0000 | julie | primary | swarm | Redacted | Redacted | 10000 | Redacted | Redacted |
| Fri, 29 Mar 2019 17:30:14 +0000 | julie | primary | swarm | Redacted | Redacted | 10000 | Redacted | Redacted |
| Thu, 10 Jan 2019 19:03:19 +0000 | grin | primary | testing | Redacted | Redacted | 1000 | Redacted | Redacted |
| Fri, 08 Feb 2019 23:41:21 +0000 | niko | primary | testing | Redacted | Redacted | 100 | Redacted | Redacted |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | Bounty | 328,380 | | | | |
| | | | Invite / API | 291,000 | | | | |
| | | | Modpay | 175,000 | | | | |
| | | | Publishing | 10,000 | | | | |
| | | | Aquisition | 286,990 | | | | |
| | | | Testing | 1,100 | | | | |
| | | | LBRY.fund | 203,264 | | | | |
| | | | Swarm | 400,000 | | | | |
| | | | | | | | | |
| | | | | 1,695,734 | | | | |

| Date | Purpose | From | To | Amount | Tx |
|---|---|---|---|---|---|
| First Quarter | Employee LBC Program | Redacted | Redacted | 2,127 | Redacted |
| | | Redacted | Redacted | 2,127 | Redacted |
| | | Redacted | Redacted | 2,127 | Redacted |
| | | Redacted | Redacted | 2,127 | Redacted |
| | | Redacted | Redacted | 2,127 | Redacted |
| | | Redacted | Redacted | 2,127 | Redacted |
| | | Redacted | Redacted | 2127 | Redacted |
| | | Redacted | Redacted | 2127 | Redacted |
| | | Redacted | Redacted | 2127 | Redacted |
| | | Redacted | Redacted | 2127 | Redacted |
| | | Redacted | Redacted | 2127 | Redacted |
| | | Redacted | Redacted | 2500 | Redacted |
| | | Redacted | Redacted | 2500 | Redacted |
| | | Redacted | Redacted | 2500 | Redacted |
| | | Redacted | Redacted | 2500 | Redacted |
| | | Redacted | Redacted | 2500 | Redacted |
| | | Redacted | Redacted | 2,500 | Redacted |
| | | Redacted | Redacted | 2,500 | Redacted |
| | | Redacted | Redacted | 2,500 | Redacted |
| | | Redacted | Redacted | 2,500 | Redacted |
| | | Redacted | Redacted | 2,500 | Redacted |
| | | Redacted | Redacted | 2,500 | Redacted |
| | | Redacted | Redacted | 2,272 | Redacted |
| | | Redacted | Redacted | 2,272 | Redacted |
| | | Redacted | Redacted | 2,272 | Redacted |
| | | Redacted | Redacted | 2,272 | Redacted |
| | | Redacted | Redacted | 2,272 | Redacted |
| | | Redacted | Redacted | 2,272 | Redacted |
| | | Redacted | Redacted | 2,272 | Redacted |
| | | Redacted | Redacted | 2,272 | Redacted |
| | | Redacted | Redacted | 2,272 | Redacted |

| Date | Purpose | From | To | Amount | Tx |
|------|---------|------|-----|--------|-----|
| | | Redacted | Redacted | 2,272 | Redacted |
| | | Redacted | Redacted | 2,272 | Redacted |
| | | Redacted | Redacted | 2,500 | Redacted |
| | | Redacted | Redacted | 2,500 | Redacted |
| | | Redacted | Redacted | 2,500 | Redacted |
| | | Redacted | Redacted | 2,500 | Redacted |
| | | Redacted | Redacted | 2,500 | Redacted |
| | | Redacted | Redacted | 2,500 | Redacted |
| | | Redacted | Redacted | 2,500 | Redacted |
| | | Redacted | Redacted | 2,500 | Redacted |
| | | Redacted | Redacted | 2,500 | Redacted |
| | | Redacted | Redacted | 2,500 | Redacted |
| | | Redacted | Redacted | 2,500 | Redacted |
| | | Redacted | Redacted | 2,100 | Redacted |
| | | Redacted | Redacted | 2,100 | Redacted |
| | | Redacted | Redacted | 2,100 | Redacted |
| | | Redacted | Redacted | 2,100 | Redacted |
| | | Redacted | Redacted | 2,100 | Redacted |
| | | Redacted | Redacted | 2,100 | Redacted |
| | | Redacted | Redacted | 2,100 | Redacted |
| | | Redacted | Redacted | 2,100 | Redacted |
| | | Redacted | Redacted | 2,100 | Redacted |
| | | Redacted | Redacted | 2,100 | Redacted |
| | | Redacted | Redacted | 2,100 | Redacted |
| | | Redacted | Redacted | 1,800 | Redacted |
| | | Redacted | Redacted | 1,800 | Redacted |
| | | Redacted | Redacted | 1,800 | Redacted |
| | | Redacted | Redacted | 1,800 | Redacted |
| | | Redacted | Redacted | 1,800 | Redacted |
| | | Redacted | Redacted | 1,800 | Redacted |
| | | Redacted | Redacted | 1,800 | Redacted |
| | | Redacted | Redacted | 1,800 | Redacted |
| | | Redacted | Redacted | 1,800 | Redacted |
| | | Redacted | Redacted | 1,800 | Redacted |
| | | Redacted | Redacted | 1,800 | Redacted |
| | | | | | |
| | | | | | |
| | | | Total Employee LBC | 146,289 | |

| Date | Purpose | From | To | Tx | Amount | Txn By |
|------|---------|------|----|----|--------|--------|

SEC-LBRYLIT-E-0004324
Institutional