| Fund | Launch Balance (07/01/16) | Period Start Balance | Allocated | Last Quarter Allocated | Last Quarter Actual | Cold Wallet Balance |
|---|---|---|---|---|---|---|
| Community | 200,000,000 | 192,924,388 | 1,000,000 | 1,000,000 | 1,084,796 | 191,839,592 |
| Operational | 100,000,000 | 86,573,775 | 0 | 0 | 118,635 | 86,455,140 |
| Institutional | 100,000,000 | 99,900,000 | 0 | 0 | 100,000 | 99,800,000 |

|  |  |  |  |  |  | 378,094,732 |



SEC-LBRYLIT-E-0004336
Overview

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Tue, 02 Oct 2018 15:11:38 +0000 | tom | primary | acquisition | Redacted | Redacted | 3000 | Redacted | Redacted |
| Tue, 02 Oct 2018 17:32:05 +0000 | tom | primary | acquisition | Redacted | Redacted | 2000 | Redacted | Redacted |
| Tue, 02 Oct 2018 18:54:21 +0000 | josh | primary | acquisition | Redacted | Redacted | 650 | Redacted | Redacted |
| Sat, 06 Oct 2018 14:29:50 +0000 | tom | primary | acquisition | Redacted | Redacted | 5000 | Redacted | Redacted |
| Thu, 11 Oct 2018 03:43:10 +0000 | tom | primary | acquisition | Redacted | Redacted | 1000 | Redacted | Redacted |
| Thu, 11 Oct 2018 16:46:37 +0000 | josh | primary | acquisition | Redacted | Redacted | 5000 | Redacted | Redacted |
| Fri, 12 Oct 2018 13:11:40 +0000 | josh | primary | acquisition | Redacted | Redacted | 3000 | Redacted | Redacted |
| Fri, 26 Oct 2018 11:46:21 +0000 | tom | primary | acquisition | Redacted | Redacted | 3000 | Redacted | Redacted |
| Tue, 30 Oct 2018 13:01:54 +0000 | tom | primary | acquisition | Redacted | Redacted | 2000 | Redacted | Redacted |
| Tue, 30 Oct 2018 15:38:01 +0000 | tom | primary | acquisition | Redacted | Redacted | 550 | Redacted | Redacted |
| Wed, 31 Oct 2018 12:18:26 +0000 | tom | primary | acquisition | Redacted | Redacted | 720 | Redacted | Redacted |
| Wed, 31 Oct 2018 13:53:43 +0000 | josh | primary | acquisition | Redacted | Redacted | 4400 | Redacted | Redacted |
| Thu, 01 Nov 2018 18:55:25 +0000 | josh | primary | acquisition | Redacted | Redacted | 3000 | Redacted | Redacted |
| Thu, 08 Nov 2018 16:11:27 +0000 | tom | primary | acquisition | Redacted | Redacted | 5000 | Redacted | Redacted |
| Tue, 13 Nov 2018 19:18:45 +0000 | tom | primary | acquisition | Redacted | Redacted | 10000 | Redacted | Redacted |
| Fri, 16 Nov 2018 01:28:43 +0000 | josh | primary | acquisition | Redacted | Redacted | 5555 | Redacted | Redacted |
| Fri, 16 Nov 2018 15:27:57 +0000 | tom | primary | acquisition | Redacted | Redacted | 5000 | Redacted | Redacted |
| Tue, 20 Nov 2018 19:03:00 +0000 | tom | primary | acquisition | Redacted | Redacted | 1000 | Redacted | Redacted |
| Fri, 23 Nov 2018 17:49:36 +0000 | tom | primary | acquisition | Redacted | Redacted | 5000 | Redacted | Redacted |
| Mon, 26 Nov 2018 17:29:00 +0000 | tom | primary | acquisition | Redacted | Redacted | 1000 | Redacted | Redacted |
| Wed, 28 Nov 2018 02:10:36 +0000 | josh | primary | acquisition | Redacted | Redacted | 5000 | Redacted | Redacted |
| Thu, 29 Nov 2018 06:28:15 +0000 | tom | primary | acquisition | Redacted | Redacted | 4200 | Redacted | Redacted |
| Fri, 30 Nov 2018 15:06:24 +0000 | josh | primary | acquisition | Redacted | Redacted | 9259 | Redacted | Redacted |
| Fri, 30 Nov 2018 22:19:40 +0000 | tom | primary | acquisition | Redacted | Redacted | 4000 | Redacted | Redacted |
| Sat, 01 Dec 2018 18:17:27 +0000 | tom | primary | acquisition | Redacted | Redacted | 3000 | Redacted | Redacted |
| Mon, 03 Dec 2018 19:00:30 +0000 | tom | primary | acquisition | Redacted | Redacted | 5000 | Redacted | Redacted |
| Mon, 03 Dec 2018 20:31:14 +0000 | tom | primary | acquisition | Redacted | Redacted | 3000 | Redacted | Redacted |
| Mon, 03 Dec 2018 22:27:04 +0000 | tom | primary | acquisition | Redacted | Redacted | 5000 | Redacted | Redacted |
| Tue, 04 Dec 2018 01:05:51 +0000 | josh | primary | acquisition | Redacted | Redacted | 10000 | Redacted | Redacted |
| Tue, 04 Dec 2018 15:28:35 +0000 | tom | primary | acquisition | Redacted | Redacted | 5000 | Redacted | Redacted |
| Tue, 04 Dec 2018 15:29:03 +0000 | tom | primary | acquisition | Redacted | Redacted | 5000 | Redacted | Redacted |
| Tue, 04 Dec 2018 15:29:16 +0000 | tom | primary | acquisition | Redacted | Redacted | 5000 | Redacted | Redacted |
| Tue, 04 Dec 2018 15:29:35 +0000 | tom | primary | acquisition | Redacted | Redacted | 5000 | Redacted | Redacted |
| Tue, 04 Dec 2018 15:30:12 +0000 | tom | primary | acquisition | Redacted | Redacted | 5000 | Redacted | Redacted |
| Tue, 04 Dec 2018 15:30:52 +0000 | tom | primary | acquisition | Redacted | Redacted | 5000 | Redacted | Redacted |
| Tue, 04 Dec 2018 15:31:08 +0000 | tom | primary | acquisition | Redacted | Redacted | 5000 | Redacted | Redacted |
| Tue, 04 Dec 2018 15:31:29 +0000 | tom | primary | acquisition | Redacted | Redacted | 5000 | Redacted | Redacted |
| Wed, 05 Dec 2018 15:52:11 +0000 | tom | primary | acquisition | Redacted | Redacted | 10000 | Redacted | Redacted |
| Thu, 06 Dec 2018 05:06:25 +0000 | tom | primary | acquisition | Redacted | Redacted | 2000 | Redacted | Redacted |

SEC-LBRYLIT-E-0004336
Community

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Thu, 06 Dec 2018 23:13:14 +0000 | tom | primary | acquisition | Redacted | Redacted | 5000 | Redacted | Redacted |
| Tue, 11 Dec 2018 14:10:49 +0000 | tom | primary | acquisition | Redacted | Redacted | 2000 | Redacted | Redacted |
| Thu, 13 Dec 2018 16:01:23 +0000 | tom | primary | acquisition | Redacted | Redacted | 1000 | Redacted | Redacted |
| Thu, 13 Dec 2018 17:48:05 +0000 | tom | primary | acquisition | Redacted | Redacted | 500 | Redacted | Redacted |
| Sat, 15 Dec 2018 04:49:44 +0000 | josh | primary | acquisition | Redacted | Redacted | 5000 | Redacted | Redacted |
| Mon, 17 Dec 2018 00:49:28 +0000 | tom | primary | acquisition | Redacted | Redacted | 1000 | Redacted | Redacted |
| Tue, 18 Dec 2018 03:10:36 +0000 | tom | primary | acquisition | Redacted | Redacted | 1208.9933 | Redacted | Redacted |
| Tue, 18 Dec 2018 03:11:58 +0000 | tom | primary | acquisition | Redacted | Redacted | 1000 | Redacted | Redacted |
| Thu, 27 Dec 2018 21:49:54 +0000 | tom | primary | acquisition | Redacted | Redacted | 5000 | Redacted | Redacted |
| Fri, 28 Dec 2018 19:43:19 +0000 | tom | primary | acquisition | Redacted | Redacted | 1000 | Redacted | Redacted |
| Thu, 04 Oct 2018 17:21:49 +0000 | josh | primary | api | Redacted | Redacted | 10000 | Redacted | Redacted |
| Mon, 08 Oct 2018 19:31:06 +0000 | josh | primary | api | Redacted | Redacted | 20000 | Redacted | Redacted |
| Wed, 17 Oct 2018 03:41:30 +0000 | josh | primary | api | Redacted | Redacted | 15000 | Redacted | Redacted |
| Sat, 27 Oct 2018 10:21:53 +0000 | tom | primary | api | Redacted | Redacted | 15000 | Redacted | Redacted |
| Wed, 07 Nov 2018 21:11:25 +0000 | josh | primary | api | Redacted | Redacted | 20000 | Redacted | Redacted |
| Fri, 23 Nov 2018 17:05:12 +0000 | tom | primary | api | Redacted | Redacted | 15000 | Redacted | Redacted |
| Sat, 01 Dec 2018 07:01:21 +0000 | tom | primary | api | Redacted | Redacted | 15000 | Redacted | Redacted |
| Thu, 06 Dec 2018 22:52:08 +0000 | tom | primary | api | Redacted | Redacted | 15000 | Redacted | Redacted |
| Thu, 13 Dec 2018 14:11:09 +0000 | tom | primary | api | Redacted | Redacted | 15000 | Redacted | Redacted |
| Mon, 17 Dec 2018 12:12:36 +0000 | tom | primary | api | Redacted | Redacted | 15000 | Redacted | Redacted |
| Thu, 20 Dec 2018 01:21:33 +0000 | tom | primary | api | Redacted | Redacted | 15000 | Redacted | Redacted |
| Fri, 21 Dec 2018 14:29:33 +0000 | josh | primary | api | Redacted | Redacted | 20000 | Redacted | Redacted |
| Tue, 25 Dec 2018 14:49:56 +0000 | josh | primary | api | Redacted | Redacted | 20000 | Redacted | Redacted |
| Fri, 05 Oct 2018 00:27:03 +0000 | tom | primary | bounty | Redacted | Redacted | 25000 | Redacted | Redacted |
| Thu, 11 Oct 2018 18:54:17 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |
| Mon, 29 Oct 2018 16:00:01 +0000 | tom | primary | bounty | Redacted | Redacted | 8500 | Redacted | Redacted |
| Mon, 29 Oct 2018 16:04:54 +0000 | tom | primary | bounty | Redacted | Redacted | 1000 | Redacted | Redacted |
| Mon, 29 Oct 2018 16:07:52 +0000 | tom | primary | bounty | Redacted | Redacted | 2500 | Redacted | Redacted |
| Mon, 29 Oct 2018 16:29:00 +0000 | tom | primary | bounty | Redacted | Redacted | 2250 | Redacted | Redacted |
| Tue, 30 Oct 2018 15:28:29 +0000 | tom | primary | bounty | Redacted | Redacted | 3000 | Redacted | Redacted |
| Tue, 30 Oct 2018 15:32:28 +0000 | tom | primary | bounty | Redacted | Redacted | 4500 | Redacted | Redacted |
| Fri, 02 Nov 2018 14:28:14 +0000 | tom | primary | bounty | Redacted | Redacted | 500 | Redacted | Redacted |
| Tue, 06 Nov 2018 00:22:43 +0000 | tom | primary | bounty | Redacted | Redacted | 35500 | Redacted | Redacted |
| Thu, 08 Nov 2018 16:15:13 +0000 | tom | primary | bounty | Redacted | Redacted | 15000 | Redacted | Redacted |
| Mon, 12 Nov 2018 17:19:05 +0000 | tom | primary | bounty | Redacted | Redacted | 800 | Redacted | Redacted |
| Tue, 13 Nov 2018 21:11:51 +0000 | tom | primary | bounty | Redacted | Redacted | 6000 | Redacted | Redacted |
| Mon, 19 Nov 2018 21:09:16 +0000 | tom | primary | bounty | Redacted | Redacted | 3000 | Redacted | Redacted |
| Mon, 26 Nov 2018 15:33:52 +0000 | tom | primary | bounty | Redacted | Redacted | 5500 | Redacted | Redacted |
| Mon, 26 Nov 2018 15:57:18 +0000 | tom | primary | bounty | Redacted | Redacted | 1300 | Redacted | Redacted |
| Mon, 26 Nov 2018 15:59:33 +0000 | tom | primary | bounty | Redacted | Redacted | 3000 | Redacted | Redacted |

SEC-LBRYLIT-E-0004336

Community

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Thu, 29 Nov 2018 05:51:50 +0000 | tom | primary | bounty | Redacted | Redacted | 15000 | Redacted | Redacted |
| Thu, 29 Nov 2018 20:51:35 +0000 | tom | primary | bounty | Redacted | Redacted | 17000 | Redacted | Redacted |
| Mon, 10 Dec 2018 17:19:17 +0000 | tom | primary | bounty | Redacted | Redacted | 900 | Redacted | Redacted |
| Mon, 10 Dec 2018 17:58:42 +0000 | tom | primary | bounty | Redacted | Redacted | 18000 | Redacted | Redacted |
| Fri, 14 Dec 2018 22:27:08 +0000 | tom | primary | bounty | Redacted | Redacted | 6500 | Redacted | Redacted |
| Thu, 20 Dec 2018 16:29:50 +0000 | tom | primary | bounty | Redacted | Redacted | 800 | Redacted | Redacted |
| Tue, 16 Oct 2018 13:12:47 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 1210 | Redacted | Redacted |
| Tue, 16 Oct 2018 13:13:18 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 1210 | Redacted | Redacted |
| Tue, 16 Oct 2018 13:13:38 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 1210 | Redacted | Redacted |
| Tue, 16 Oct 2018 13:13:55 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 1210 | Redacted | Redacted |
| Tue, 16 Oct 2018 13:14:10 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 1210 | Redacted | Redacted |
| Tue, 16 Oct 2018 13:14:24 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 1210 | Redacted | Redacted |
| Tue, 16 Oct 2018 13:14:37 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 1210 | Redacted | Redacted |
| Tue, 16 Oct 2018 13:15:07 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 1210 | Redacted | Redacted |
| Tue, 16 Oct 2018 13:15:22 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 1210 | Redacted | Redacted |
| Tue, 16 Oct 2018 13:15:36 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 1210 | Redacted | Redacted |
| Tue, 16 Oct 2018 13:15:52 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 1210 | Redacted | Redacted |
| Tue, 16 Oct 2018 13:16:05 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 1210 | Redacted | Redacted |
| Fri, 02 Nov 2018 13:05:11 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 1111 | Redacted | Redacted |
| Fri, 02 Nov 2018 13:05:27 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 1111 | Redacted | Redacted |
| Fri, 02 Nov 2018 13:05:44 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 1111 | Redacted | Redacted |
| Fri, 02 Nov 2018 13:06:02 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 1111 | Redacted | Redacted |
| Fri, 02 Nov 2018 13:06:18 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 1111 | Redacted | Redacted |
| Fri, 02 Nov 2018 13:06:36 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 1111 | Redacted | Redacted |
| Fri, 02 Nov 2018 13:06:54 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 1111 | Redacted | Redacted |
| Fri, 02 Nov 2018 13:07:15 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 1111 | Redacted | Redacted |
| Fri, 02 Nov 2018 13:07:49 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 1111 | Redacted | Redacted |
| Fri, 02 Nov 2018 13:08:02 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 1111 | Redacted | Redacted |
| Fri, 02 Nov 2018 13:08:22 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 1111 | Redacted | Redacted |
| Fri, 02 Nov 2018 23:58:38 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 1100 | Redacted | Redacted |
| Mon, 19 Nov 2018 13:20:31 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 1666 | Redacted | Redacted |
| Mon, 19 Nov 2018 13:20:50 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 1666 | Redacted | Redacted |
| Mon, 19 Nov 2018 13:21:05 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 1666 | Redacted | Redacted |
| Mon, 19 Nov 2018 13:21:21 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 1666 | Redacted | Redacted |
| Mon, 19 Nov 2018 13:21:40 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 1666 | Redacted | Redacted |
| Mon, 19 Nov 2018 13:21:54 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 1666 | Redacted | Redacted |
| Mon, 19 Nov 2018 13:22:21 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 1666 | Redacted | Redacted |
| Mon, 19 Nov 2018 13:22:39 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 1666 | Redacted | Redacted |
| Mon, 19 Nov 2018 13:22:58 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 1666 | Redacted | Redacted |
| Mon, 19 Nov 2018 13:23:13 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 1666 | Redacted | Redacted |

SEC-LBRYLIT-E-0004336
Community

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Mon, 19 Nov 2018 13:23:28 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 1666 | Redacted | Redacted |
| Mon, 03 Dec 2018 14:56:22 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2272 | Redacted | Redacted |
| Mon, 03 Dec 2018 14:56:54 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2272 | Redacted | Redacted |
| Mon, 03 Dec 2018 14:57:19 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2272 | Redacted | Redacted |
| Mon, 03 Dec 2018 14:57:34 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2272 | Redacted | Redacted |
| Mon, 03 Dec 2018 14:57:53 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2272 | Redacted | Redacted |
| Mon, 03 Dec 2018 14:58:14 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2272 | Redacted | Redacted |
| Mon, 03 Dec 2018 14:58:33 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2272 | Redacted | Redacted |
| Mon, 03 Dec 2018 14:58:56 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2272 | Redacted | Redacted |
| Mon, 03 Dec 2018 14:59:14 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2272 | Redacted | Redacted |
| Mon, 03 Dec 2018 14:59:30 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2272 | Redacted | Redacted |
| Mon, 03 Dec 2018 14:59:44 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2272 | Redacted | Redacted |
| Mon, 17 Dec 2018 15:07:00 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2631 | Redacted | Redacted |
| Mon, 17 Dec 2018 15:07:17 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2631 | Redacted | Redacted |
| Mon, 17 Dec 2018 15:07:36 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2631 | Redacted | Redacted |
| Mon, 17 Dec 2018 15:07:55 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2631 | Redacted | Redacted |
| Mon, 17 Dec 2018 15:08:12 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2631 | Redacted | Redacted |
| Mon, 17 Dec 2018 15:08:29 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2631 | Redacted | Redacted |
| Mon, 17 Dec 2018 15:08:44 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2631 | Redacted | Redacted |
| Mon, 17 Dec 2018 15:09:00 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2631 | Redacted | Redacted |
| Mon, 17 Dec 2018 15:09:16 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2631 | Redacted | Redacted |
| Mon, 17 Dec 2018 15:09:30 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2631 | Redacted | Redacted |
| Mon, 17 Dec 2018 15:09:47 +0000 | josh | ops | employee_lbc | Redacted | Redacted | 2631 | Redacted | Redacted |
| Wed, 10 Oct 2018 17:34:47 +0000 | josh | primary | lbry.fund | Redacted | Redacted | 10333 | Redacted | Redacted |
| Wed, 17 Oct 2018 02:02:24 +0000 | josh | primary | lbry.fund | Redacted | Redacted | 7500 | Redacted | Redacted |
| Wed, 17 Oct 2018 17:30:18 +0000 | josh | primary | lbry.fund | Redacted | Redacted | 73000 | Redacted | Redacted |
| Thu, 18 Oct 2018 15:30:04 +0000 | josh | primary | lbry.fund | Redacted | Redacted | 19600 | Redacted | Redacted |
| Fri, 19 Oct 2018 22:58:42 +0000 | lex | team | lbry.fund | Redacted | Redacted | 3000 | Redacted | Redacted |
| Wed, 24 Oct 2018 18:39:58 +0000 | josh | primary | lbry.fund | Redacted | Redacted | 14285 | Redacted | Redacted |
| Wed, 24 Oct 2018 18:40:30 +0000 | josh | primary | lbry.fund | Redacted | Redacted | 10200 | Redacted | Redacted |
| Wed, 24 Oct 2018 18:41:01 +0000 | josh | primary | lbry.fund | Redacted | Redacted | 6120 | Redacted | Redacted |
| Wed, 24 Oct 2018 18:41:25 +0000 | josh | primary | lbry.fund | Redacted | Redacted | 4080 | Redacted | Redacted |
| Wed, 24 Oct 2018 18:41:52 +0000 | josh | primary | lbry.fund | Redacted | Redacted | 2040 | Redacted | Redacted |
| Wed, 24 Oct 2018 18:43:21 +0000 | josh | primary | lbry.fund | Redacted | Redacted | 2040 | Redacted | Redacted |
| Wed, 24 Oct 2018 19:34:26 +0000 | josh | primary | lbry.fund | Redacted | Redacted | 2040 | Redacted | Redacted |
| Mon, 12 Nov 2018 21:52:35 +0000 | josh | primary | lbry.fund | Redacted | Redacted | 10000 | Redacted | Redacted |
| Tue, 04 Dec 2018 19:06:32 +0000 | josh | primary | lbry.fund | Redacted | Redacted | 35714 | Redacted | Redacted |
| Mon, 10 Dec 2018 15:51:43 +0000 | josh | primary | lbry.fund | Redacted | Redacted | 37000 | Redacted | Redacted |
| Tue, 11 Dec 2018 19:36:32 +0000 | josh | primary | lbry.fund | Redacted | Redacted | 8700 | Redacted | Redacted |
| Sat, 15 Dec 2018 18:50:13 +0000 | josh | primary | lbry.fund | Redacted | Redacted | 28600 | Redacted | Redacted |

SEC-LBRYLIT-E-0004336
Community

| Date | User | Type | Category | | | Amount | | |
|---|---|---|---|---|---|---:|---|---|
| Sat, 15 Dec 2018 19:12:46 +0000 | josh | primary | lbry.fund | Redacted | Redacted | 28600 | Redacted | Redacted |
| Fri, 28 Dec 2018 17:45:53 +0000 | josh | primary | lbry.fund | Redacted | Redacted | 8700 | Redacted | Redacted |
| Tue, 02 Oct 2018 16:02:54 +0000 | tom | primary | modpay | Redacted | Redacted | 7500 | Redacted | Redacted |
| Mon, 08 Oct 2018 15:50:23 +0000 | tom | primary | modpay | Redacted | Redacted | 7000 | Redacted | Redacted |
| Thu, 11 Oct 2018 18:42:51 +0000 | tom | primary | modpay | Redacted | Redacted | 8000 | Redacted | Redacted |
| Mon, 22 Oct 2018 21:05:52 +0000 | tom | primary | modpay | Redacted | Redacted | 8000 | Redacted | Redacted |
| Fri, 26 Oct 2018 11:19:55 +0000 | tom | primary | modpay | Redacted | Redacted | 7000 | Redacted | Redacted |
| Fri, 26 Oct 2018 11:44:38 +0000 | tom | primary | modpay | Redacted | Redacted | 6000 | Redacted | Redacted |
| Mon, 05 Nov 2018 14:14:49 +0000 | tom | primary | modpay | Redacted | Redacted | 7500 | Redacted | Redacted |
| Mon, 12 Nov 2018 17:16:59 +0000 | tom | primary | modpay | Redacted | Redacted | 7500 | Redacted | Redacted |
| Mon, 19 Nov 2018 21:15:56 +0000 | tom | primary | modpay | Redacted | Redacted | 12000 | Redacted | Redacted |
| Tue, 27 Nov 2018 19:14:01 +0000 | tom | primary | modpay | Redacted | Redacted | 16500 | Redacted | Redacted |
| Thu, 06 Dec 2018 15:05:28 +0000 | tom | primary | modpay | Redacted | Redacted | 14500 | Redacted | Redacted |
| Tue, 11 Dec 2018 14:10:02 +0000 | tom | primary | modpay | Redacted | Redacted | 14500 | Redacted | Redacted |
| Tue, 18 Dec 2018 03:18:27 +0000 | tom | primary | modpay | Redacted | Redacted | 17500 | Redacted | Redacted |
| Thu, 27 Dec 2018 18:12:31 +0000 | tom | primary | modpay | Redacted | Redacted | 14500 | Redacted | Redacted |
| Thu, 27 Dec 2018 18:13:42 +0000 | tom | primary | modpay | Redacted | Redacted | 14000 | Redacted | Redacted |
| Thu, 27 Dec 2018 21:33:51 +0000 | tom | primary | modpay | Redacted | Redacted | 15000 | Redacted | Redacted |
| Tue, 02 Oct 2018 14:04:25 +0000 | grin | ops | other | Redacted | Redacted | 1000 | Redacted | Redacted |
| Tue, 02 Oct 2018 14:34:02 +0000 | josh | ops | other | Redacted | Redacted | 1000 | Redacted | Redacted |
| Tue, 02 Oct 2018 14:34:17 +0000 | josh | ops | other | Redacted | Redacted | 1000 | Redacted | Redacted |
| Tue, 02 Oct 2018 14:34:32 +0000 | josh | ops | other | Redacted | Redacted | 1000 | Redacted | Redacted |
| Tue, 02 Oct 2018 14:35:19 +0000 | josh | ops | other | Redacted | Redacted | 1000 | Redacted | Redacted |
| Tue, 02 Oct 2018 14:35:40 +0000 | josh | ops | other | Redacted | Redacted | 1000 | Redacted | Redacted |
| Tue, 02 Oct 2018 14:35:54 +0000 | josh | ops | other | Redacted | Redacted | 1000 | Redacted | Redacted |
| Tue, 02 Oct 2018 14:36:09 +0000 | josh | ops | other | Redacted | Redacted | 1000 | Redacted | Redacted |
| Tue, 02 Oct 2018 14:36:23 +0000 | josh | ops | other | Redacted | Redacted | 1000 | Redacted | Redacted |
| Tue, 02 Oct 2018 14:36:38 +0000 | josh | ops | other | Redacted | Redacted | 1000 | Redacted | Redacted |
| Tue, 02 Oct 2018 14:36:52 +0000 | josh | ops | other | Redacted | Redacted | 1000 | Redacted | Redacted |
| Tue, 02 Oct 2018 14:37:08 +0000 | josh | ops | other | Redacted | Redacted | 1000 | Redacted | Redacted |
| Mon, 08 Oct 2018 19:46:47 +0000 | niko | primary | publishing | Redacted | Redacted | 4000 | Redacted | Redacted |
| Wed, 10 Oct 2018 23:19:53 +0000 | tom | primary | publishing | Redacted | Redacted | 300 | Redacted | Redacted |
| Tue, 16 Oct 2018 16:25:56 +0000 | tom | primary | publishing | Redacted | Redacted | 300 | Redacted | Redacted |
| Thu, 18 Oct 2018 22:19:20 +0000 | tom | primary | publishing | Redacted | Redacted | 500 | Redacted | Redacted |
| Fri, 19 Oct 2018 17:46:15 +0000 | travis | team | publishing | Redacted | Redacted | 100 | Redacted | Redacted |
| Tue, 30 Oct 2018 20:12:18 +0000 | niko | primary | publishing | Redacted | Redacted | 10 | Redacted | Redacted |
| Wed, 07 Nov 2018 00:08:14 +0000 | niko | primary | publishing | Redacted | Redacted | 2000 | Redacted | Redacted |
| Mon, 12 Nov 2018 20:59:05 +0000 | tom | primary | publishing | Redacted | Redacted | 1200 | Redacted | Redacted |
| Fri, 07 Dec 2018 22:24:50 +0000 | niko | primary | publishing | Redacted | Redacted | 4000 | Redacted | Redacted |
| Mon, 31 Dec 2018 17:25:44 +0000 | niko | primary | publishing | Redacted | Redacted | 4000 | Redacted | Redacted |

SEC-LBRYLIT-E-0004336
Community

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Thu, 18 Oct 2018 17:15:43 +0000 | grin | primary | sweep | Redacted | Redacted | | Redacted | Redacted |
| Thu, 18 Oct 2018 17:15:57 +0000 | grin | team | sweep | Redacted | Redacted | | Redacted | Redacted |
| Thu, 06 Dec 2018 22:52:21 +0000 | tom | primary | sweep | Redacted | Redacted | | Redacted | Redacted |
| Tue, 02 Oct 2018 15:24:05 +0000 | niko | primary | testing | Redacted | Redacted | 1000 | Redacted | Redacted |
| Tue, 02 Oct 2018 18:54:21 +0000 | josh | primary | testing | Redacted | Redacted | 1 | Redacted | Redacted |
| Wed, 17 Oct 2018 14:36:22 +0000 | josh | primary | testing | Redacted | Redacted | 20 | Redacted | Redacted |
| Thu, 25 Oct 2018 14:37:47 +0000 | lex | team | testing | Redacted | Redacted | 10 | Redacted | Redacted |
| Mon, 05 Nov 2018 23:10:33 +0000 | niko | primary | testing | Redacted | Redacted | 20 | Redacted | Redacted |
| Fri, 09 Nov 2018 16:15:59 +0000 | niko | primary | testing | Redacted | Redacted | 10 | Redacted | Redacted |
| Fri, 09 Nov 2018 19:32:30 +0000 | travis | team | testing | Redacted | Redacted | 5 | Redacted | Redacted |
| Thu, 15 Nov 2018 21:31:29 +0000 | travis | team | testing | Redacted | Redacted | 50 | Redacted | Redacted |
| Sun, 18 Nov 2018 14:34:08 +0000 | josh | primary | testing | Redacted | Redacted | 100 | Redacted | Redacted |
| Mon, 26 Nov 2018 15:52:39 +0000 | josh | primary | testing | Redacted | Redacted | 5 | Redacted | Redacted |
| Wed, 28 Nov 2018 16:54:11 +0000 | niko | primary | testing | Redacted | Redacted | 2000 | Redacted | Redacted |
| Fri, 30 Nov 2018 20:02:32 +0000 | tom | primary | testing | Redacted | Redacted | 1000 | Redacted | Redacted |
| Wed, 19 Dec 2018 22:46:19 +0000 | niko | primary | testing | Redacted | Redacted | 20 | Redacted | Redacted |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | Bounty | 176,550 | | | | |
| | | | Invite / API | 210,000 | | | | |
| | | | Modpay | 177,000 | | | | |
| | | | Publishing | 16,410 | | | | |
| | | | Aquisition | 189,043 | | | | |
| | | | Testing | 4,241 | | | | |
| | | | LBRY.fund | 311,552 | | | | |
| | | | | | | | | |
| | | | | 1,084,796 | | | | |

SEC-LBRYLIT-E-0004336
Community

| Date | Purpose | From | To | Amount | Tx |
|---|---|---|---|---:|---|
| 10/1 | Employee buy program | Ops | many | 12,000 | |
| 10/15/2018 | Employee buy program | ops | many | 14,520 | |
| 11/1 | Employee buy program | ops | many | 13,332 | |
| 11/15/2019 | Employee buy program | Ops | many | 19,992 | |
| 12/1 | Employee buy program | ops | many | 27,264 | |
| 12/15 | Employee buy program | ops | many | 31,527 | |
| | | | | | |
| | | | | 118,635 | |

SEC-LBRYLIT-E-0004336
Operational

| Date | Purpose | From | To | Tx | Amount | Txn By | |
|---|---|---|---|---|---|---|---|
| 10/30/18 | antimedia media partnership | inst wallet | | Redacted | 100,000 | | NOTE: This transaction is a re-issue, the original was mistakenly sent from Community funds |
| 12/7/2018 | antimedia media partnership | inst wallet | | Redacted | 140,000 | | |
| | | | | | | | |
| | | | | | | | |

SEC-LBRYLIT-E-0004336
Institutional