| Fund | Launch Balance (07/01/16) | Period Start Balance | Allocated | Last Quarter Allocated | Last Quarter Actual | Cold Wallet Balance |
|---|---|---|---|---|---|---|
| Community | 200,000,000 | 192,924,388 | 1,000,000 | 1,000,000 | 958,201 | 191,966,187 |
| Operational | 100,000,000 | 86,611,775 | 0 | 0 | 38,000 | 86,573,775 |
| Institutional | 100,000,000 | 100,000,000 | 0 | 0 | 0 | 100,000,000 |
| | | | | | | 378,539,962 |



SEC-LBRYLIT-E-0004332
Overview

| Timestamp | User | Instance | Type | From | To | Amount | TXID | Raw Tx |
|---|---|---|---|---|---|---|---|---|
| Sun, 01 Jul 2018 13:32:43 +0000 | josh | primary | acquisition | Redacted | Redacted | 1000 | Redacted | Redacted |
| Tue, 10 Jul 2018 17:10:12 +0000 | josh | primary | acquisition | Redacted | Redacted | 3000 | Redacted | Redacted |
| Fri, 13 Jul 2018 15:23:10 +0000 | josh | primary | acquisition | Redacted | Redacted | 3500 | Redacted | Redacted |
| Sat, 14 Jul 2018 15:08:03 +0000 | josh | primary | acquisition | Redacted | Redacted | 6000 | Redacted | Redacted |
| Tue, 17 Jul 2018 18:13:25 +0000 | josh | primary | acquisition | Redacted | Redacted | 9230 | Redacted | Redacted |
| Thu, 19 Jul 2018 04:01:26 +0000 | josh | primary | acquisition | Redacted | Redacted | 2000 | Redacted | Redacted |
| Fri, 20 Jul 2018 15:10:26 +0000 | jeremy | primary | acquisition | Redacted | Redacted | 1000 | Redacted | Redacted |
| Sun, 22 Jul 2018 17:38:05 +0000 | josh | primary | acquisition | Redacted | Redacted | 20000 | Redacted | Redacted |
| Tue, 24 Jul 2018 18:18:01 +0000 | tom | primary | acquisition | Redacted | Redacted | 3000 | Redacted | Redacted |
| Wed, 01 Aug 2018 18:36:22 +0000 | tom | primary | acquisition | Redacted | Redacted | 500 | Redacted | Redacted |
| Fri, 03 Aug 2018 00:33:55 +0000 | tom | primary | acquisition | Redacted | Redacted | 3000 | Redacted | Redacted |
| Fri, 03 Aug 2018 15:40:49 +0000 | tom | primary | acquisition | Redacted | Redacted | 1200 | Redacted | Redacted |
| Fri, 03 Aug 2018 15:41:38 +0000 | tom | primary | acquisition | Redacted | Redacted | 600 | Redacted | Redacted |
| Sun, 05 Aug 2018 18:59:13 +0000 | tom | primary | acquisition | Redacted | Redacted | 1000 | Redacted | Redacted |
| Sun, 05 Aug 2018 19:02:27 +0000 | tom | primary | acquisition | Redacted | Redacted | 1250 | Redacted | Redacted |
| Sun, 05 Aug 2018 19:03:42 +0000 | tom | primary | acquisition | Redacted | Redacted | 625 | Redacted | Redacted |
| Thu, 09 Aug 2018 23:30:54 +0000 | tom | primary | acquisition | Redacted | Redacted | 2000 | Redacted | Redacted |
| Fri, 10 Aug 2018 03:09:23 +0000 | tom | primary | acquisition | Redacted | Redacted | 1000 | Redacted | Redacted |
| Sun, 12 Aug 2018 19:30:54 +0000 | josh | primary | acquisition | Redacted | Redacted | 5000 | Redacted | Redacted |
| Mon, 13 Aug 2018 14:05:30 +0000 | jeremy | primary | acquisition | Redacted | Redacted | 5000 | Redacted | Redacted |
| Tue, 14 Aug 2018 14:23:43 +0000 | josh | primary | acquisition | Redacted | Redacted | 1000 | Redacted | Redacted |
| Wed, 15 Aug 2018 15:47:57 +0000 | tom | primary | acquisition | Redacted | Redacted | 2000 | Redacted | Redacted |
| Thu, 16 Aug 2018 16:03:54 +0000 | tom | primary | acquisition | Redacted | Redacted | 700 | Redacted | Redacted |
| Fri, 17 Aug 2018 17:42:07 +0000 | tom | primary | acquisition | Redacted | Redacted | 3000 | Redacted | Redacted |
| Wed, 22 Aug 2018 13:12:42 +0000 | josh | primary | acquisition | Redacted | Redacted | 3000 | Redacted | Redacted |
| Tue, 28 Aug 2018 22:08:08 +0000 | tom | primary | acquisition | Redacted | Redacted | 200 | Redacted | Redacted |
| Tue, 28 Aug 2018 22:56:48 +0000 | tom | primary | acquisition | Redacted | Redacted | 500 | Redacted | Redacted |
| Tue, 04 Sep 2018 13:12:58 +0000 | josh | primary | acquisition | Redacted | Redacted | 5000 | Redacted | Redacted |
| Sun, 09 Sep 2018 00:16:13 +0000 | tom | primary | acquisition | Redacted | Redacted | 3000 | Redacted | Redacted |
| Wed, 19 Sep 2018 14:59:31 +0000 | josh | primary | acquisition | Redacted | Redacted | 3000 | Redacted | Redacted |
| Thu, 20 Sep 2018 18:45:09 +0000 | tom | primary | acquisition | Redacted | Redacted | 3000 | Redacted | Redacted |
| Thu, 20 Sep 2018 19:02:37 +0000 | tom | primary | acquisition | Redacted | Redacted | 1000 | Redacted | Redacted |
| Mon, 24 Sep 2018 15:54:57 +0000 | tom | primary | acquisition | Redacted | Redacted | 3000 | Redacted | Redacted |
| Thu, 27 Sep 2018 20:04:04 +0000 | tom | primary | acquisition | Redacted | Redacted | 2000 | Redacted | Redacted |
| Tue, 02 Oct 2018 15:11:38 +0000 | tom | primary | acquisition | Redacted | Redacted | 3000 | Redacted | Redacted |
| Tue, 02 Oct 2018 17:32:05 +0000 | tom | primary | acquisition | Redacted | Redacted | 2000 | Redacted | Redacted |
| Tue, 02 Oct 2018 18:54:21 +0000 | josh | primary | acquisition | Redacted | Redacted | 650 | Redacted | Redacted |
| Mon, 02 Jul 2018 20:37:46 +0000 | josh | primary | api | Redacted | Redacted | 25000 | Redacted | Redacted |

SEC-LBRYLIT-E-0004332
Community

| Date | User | Type | Category | | | Amount | | |
|---|---|---|---|---|---|---|---|---|
| Sat, 07 Jul 2018 02:10:51 +0000 | josh | primary | api | Redacted | Redacted | 25000 | Redacted | Redacted |
| Sun, 15 Jul 2018 16:27:00 +0000 | josh | primary | api | Redacted | Redacted | 25000 | Redacted | Redacted |
| Thu, 26 Jul 2018 03:47:07 +0000 | tom | primary | api | Redacted | Redacted | 10000 | Redacted | Redacted |
| Thu, 26 Jul 2018 14:12:06 +0000 | tom | primary | api | Redacted | Redacted | 5000 | Redacted | Redacted |
| Tue, 31 Jul 2018 05:33:11 +0000 | tom | primary | api | Redacted | Redacted | 10000 | Redacted | Redacted |
| Mon, 06 Aug 2018 19:17:15 +0000 | tom | primary | api | Redacted | Redacted | 10000 | Redacted | Redacted |
| Fri, 10 Aug 2018 01:11:52 +0000 | tom | primary | api | Redacted | Redacted | 10000 | Redacted | Redacted |
| Wed, 15 Aug 2018 00:22:14 +0000 | josh | primary | api | Redacted | Redacted | 20000 | Redacted | Redacted |
| Sat, 25 Aug 2018 13:32:18 +0000 | tom | primary | api | Redacted | Redacted | 10000 | Redacted | Redacted |
| Fri, 31 Aug 2018 14:04:01 +0000 | josh | primary | api | Redacted | Redacted | 20000 | Redacted | Redacted |
| Thu, 13 Sep 2018 18:18:14 +0000 | josh | primary | api | Redacted | Redacted | 15000 | Redacted | Redacted |
| Sat, 15 Sep 2018 23:41:28 +0000 | josh | primary | api | Redacted | Redacted | 15000 | Redacted | Redacted |
| Mon, 17 Sep 2018 23:29:05 +0000 | tom | primary | api | Redacted | Redacted | 15000 | Redacted | Redacted |
| Sat, 22 Sep 2018 01:16:09 +0000 | tom | primary | api | Redacted | Redacted | 10000 | Redacted | Redacted |
| Thu, 27 Sep 2018 12:22:07 +0000 | tom | primary | api | Redacted | Redacted | 10000 | Redacted | Redacted |
| Wed, 04 Jul 2018 00:26:42 +0000 | josh | primary | bounty | Redacted | Redacted | 1200 | Redacted | Redacted |
| Fri, 13 Jul 2018 04:21:08 +0000 | josh | primary | bounty | Redacted | Redacted | 1400 | Redacted | Redacted |
| Wed, 18 Jul 2018 00:17:21 +0000 | josh | primary | bounty | Redacted | Redacted | 5500 | Redacted | Redacted |
| Wed, 18 Jul 2018 14:22:04 +0000 | josh | primary | bounty | Redacted | Redacted | 1180 | Redacted | Redacted |
| Tue, 24 Jul 2018 18:21:24 +0000 | tom | primary | bounty | Redacted | Redacted | 600 | Redacted | Redacted |
| Tue, 24 Jul 2018 18:28:25 +0000 | tom | primary | bounty | Redacted | Redacted | 8800 | Redacted | Redacted |
| Thu, 26 Jul 2018 02:53:15 +0000 | tom | primary | bounty | Redacted | Redacted | 2000 | Redacted | Redacted |
| Thu, 26 Jul 2018 02:59:13 +0000 | tom | primary | bounty | Redacted | Redacted | 2000 | Redacted | Redacted |
| Tue, 31 Jul 2018 06:07:13 +0000 | tom | primary | bounty | Redacted | Redacted | 350 | Redacted | Redacted |
| Tue, 31 Jul 2018 06:09:20 +0000 | tom | primary | bounty | Redacted | Redacted | 3200 | Redacted | Redacted |
| Wed, 01 Aug 2018 17:31:37 +0000 | tom | primary | bounty | Redacted | Redacted | 300 | Redacted | Redacted |
| Thu, 02 Aug 2018 13:16:43 +0000 | tom | primary | bounty | Redacted | Redacted | 200 | Redacted | Redacted |
| Fri, 03 Aug 2018 20:14:20 +0000 | tom | primary | bounty | Redacted | Redacted | 12800 | Redacted | Redacted |
| Mon, 06 Aug 2018 16:24:07 +0000 | tom | primary | bounty | Redacted | Redacted | 1900 | Redacted | Redacted |
| Mon, 06 Aug 2018 20:52:17 +0000 | tom | primary | bounty | Redacted | Redacted | 3000 | Redacted | Redacted |
| Thu, 09 Aug 2018 17:18:16 +0000 | tom | primary | bounty | Redacted | Redacted | 300 | Redacted | Redacted |
| Fri, 10 Aug 2018 17:42:40 +0000 | tom | primary | bounty | Redacted | Redacted | 150 | Redacted | Redacted |
| Wed, 22 Aug 2018 17:26:12 +0000 | tom | primary | bounty | Redacted | Redacted | 350 | Redacted | Redacted |
| Fri, 24 Aug 2018 03:26:47 +0000 | tom | primary | bounty | Redacted | Redacted | 16000 | Redacted | Redacted |
| Thu, 30 Aug 2018 20:33:08 +0000 | tom | primary | bounty | Redacted | Redacted | 800 | Redacted | Redacted |
| Tue, 18 Sep 2018 16:06:07 +0000 | tom | primary | bounty | Redacted | Redacted | 800 | Redacted | Redacted |
| Fri, 21 Sep 2018 20:51:33 +0000 | tom | primary | bounty | Redacted | Redacted | 4450 | Redacted | Redacted |
| Fri, 21 Sep 2018 20:52:43 +0000 | tom | primary | bounty | Redacted | Redacted | 4450 | Redacted | Redacted |
| Fri, 21 Sep 2018 21:09:43 +0000 | tom | primary | bounty | Redacted | Redacted | 10000 | Redacted | Redacted |
| Wed, 26 Sep 2018 21:17:47 +0000 | tom | primary | bounty | Redacted | Redacted | 4500 | Redacted | Redacted |

| Date | User | Type | Category | | | Amount | | |
|---|---|---|---|---|---|---|---|---|
| Fri, 28 Sep 2018 21:31:42 +0000 | tom | primary | bounty | Redacted | Redacted | 800 | Redacted | Redacted |
| Fri, 28 Sep 2018 21:36:28 +0000 | tom | primary | bounty | Redacted | Redacted | 5000 | Redacted | Redacted |
| Sat, 29 Sep 2018 16:44:26 +0000 | tom | primary | bounty | Redacted | Redacted | 10000 | Redacted | Redacted |
| Fri, 27 Jul 2018 00:29:56 +0000 | josh | primary | lbry.fund | Redacted | Redacted | 33333 | Redacted | Redacted |
| Wed, 01 Aug 2018 19:43:15 +0000 | josh | primary | lbry.fund | Redacted | Redacted | 100000 | Redacted | Redacted |
| Thu, 02 Aug 2018 20:54:03 +0000 | josh | primary | lbry.fund | Redacted | Redacted | 30000 | Redacted | Redacted |
| Mon, 27 Aug 2018 00:21:17 +0000 | josh | primary | lbry.fund | Redacted | Redacted | 8000 | Redacted | Redacted |
| Fri, 31 Aug 2018 16:06:25 +0000 | josh | primary | lbry.fund | Redacted | Redacted | 33962 | Redacted | Redacted |
| Thu, 06 Sep 2018 16:42:02 +0000 | josh | primary | lbry.fund | Redacted | Redacted | 10900 | Redacted | Redacted |
| Tue, 11 Sep 2018 22:47:28 +0000 | josh | primary | lbry.fund | Redacted | Redacted | 47000 | Redacted | Redacted |
| Wed, 12 Sep 2018 19:43:15 +0000 | josh | primary | lbry.fund | Redacted | Redacted | 38000 | Redacted | Redacted |
| Mon, 24 Sep 2018 16:54:45 +0000 | josh | primary | lbry.fund | Redacted | Redacted | 25630 | Redacted | Redacted |
| Mon, 24 Sep 2018 20:38:30 +0000 | josh | primary | lbry.fund | Redacted | Redacted | 55555 | Redacted | Redacted |
| Wed, 04 Jul 2018 00:27:05 +0000 | josh | primary | modpay | Redacted | Redacted | 4100 | Redacted | Redacted |
| Tue, 10 Jul 2018 17:09:47 +0000 | josh | primary | modpay | Redacted | Redacted | 4500 | Redacted | Redacted |
| Thu, 19 Jul 2018 04:01:12 +0000 | josh | primary | modpay | Redacted | Redacted | 3450 | Redacted | Redacted |
| Thu, 26 Jul 2018 01:13:52 +0000 | tom | primary | modpay | Redacted | Redacted | 3340 | Redacted | Redacted |
| Fri, 03 Aug 2018 00:27:00 +0000 | tom | primary | modpay | Redacted | Redacted | 5000 | Redacted | Redacted |
| Fri, 10 Aug 2018 18:09:41 +0000 | tom | primary | modpay | Redacted | Redacted | 7000 | Redacted | Redacted |
| Fri, 17 Aug 2018 17:37:02 +0000 | tom | primary | modpay | Redacted | Redacted | 7500 | Redacted | Redacted |
| Sat, 25 Aug 2018 18:06:06 +0000 | tom | primary | modpay | Redacted | Redacted | 8800 | Redacted | Redacted |
| Fri, 31 Aug 2018 01:46:00 +0000 | tom | primary | modpay | Redacted | Redacted | 8800 | Redacted | Redacted |
| Sun, 09 Sep 2018 00:15:40 +0000 | tom | primary | modpay | Redacted | Redacted | 8500 | Redacted | Redacted |
| Sun, 16 Sep 2018 16:51:07 +0000 | tom | primary | modpay | Redacted | Redacted | 8400 | Redacted | Redacted |
| Sun, 23 Sep 2018 16:20:02 +0000 | tom | primary | modpay | Redacted | Redacted | 8500 | Redacted | Redacted |
| Tue, 02 Oct 2018 16:02:54 +0000 | tom | primary | modpay | Redacted | Redacted | 7500 | Redacted | Redacted |
| Wed, 12 Sep 2018 16:18:28 +0000 | josh | primary | other | Redacted | Redacted | 1000 | Redacted | Redacted |
| Mon, 09 Jul 2018 18:19:57 +0000 | josh | primary | publishing | Redacted | Redacted | 2500 | Redacted | Redacted |
| Wed, 25 Jul 2018 21:36:39 +0000 | niko | primary | publishing | Redacted | Redacted | 500 | Redacted | Redacted |
| Wed, 25 Jul 2018 21:45:14 +0000 | niko | primary | publishing | Redacted | Redacted | 500 | Redacted | Redacted |
| Wed, 25 Jul 2018 21:46:00 +0000 | niko | primary | publishing | Redacted | Redacted | 500 | Redacted | Redacted |
| Wed, 25 Jul 2018 21:47:00 +0000 | niko | primary | publishing | Redacted | Redacted | 300 | Redacted | Redacted |
| Wed, 25 Jul 2018 21:47:45 +0000 | niko | primary | publishing | Redacted | Redacted | 400 | Redacted | Redacted |
| Sun, 05 Aug 2018 09:06:22 +0000 | niko | primary | publishing | Redacted | Redacted | 600 | Redacted | Redacted |
| Mon, 06 Aug 2018 16:42:10 +0000 | tom | primary | publishing | Redacted | Redacted | 20 | Redacted | Redacted |
| Wed, 08 Aug 2018 11:55:01 +0000 | niko | primary | publishing | Redacted | Redacted | 500 | Redacted | Redacted |
| Wed, 08 Aug 2018 19:37:53 +0000 | niko | primary | publishing | Redacted | Redacted | 600 | Redacted | Redacted |
| Mon, 13 Aug 2018 20:20:33 +0000 | tom | primary | publishing | Redacted | Redacted | 20 | Redacted | Redacted |
| Mon, 20 Aug 2018 20:55:23 +0000 | niko | primary | publishing | Redacted | Redacted | 4000 | Redacted | Redacted |
| Thu, 23 Aug 2018 15:27:45 +0000 | tom | primary | publishing | Redacted | Redacted | 20 | Redacted | Redacted |

| Date | User | Type | Category | | | Amount | | |
|---|---|---|---|---|---|---|---|---|
| Wed, 29 Aug 2018 14:39:45 +0000 | tom | primary | publishing | Redacted | Redacted | 2 | Redacted | Redacted |
| Wed, 29 Aug 2018 15:12:23 +0000 | tom | primary | publishing | Redacted | Redacted | 2 | Redacted | Redacted |
| Thu, 30 Aug 2018 20:14:28 +0000 | tom | primary | publishing | Redacted | Redacted | 20 | Redacted | Redacted |
| Thu, 30 Aug 2018 21:22:43 +0000 | tom | primary | publishing | Redacted | Redacted | 50 | Redacted | Redacted |
| Thu, 30 Aug 2018 21:57:26 +0000 | niko | primary | publishing | Redacted | Redacted | 4000 | Redacted | Redacted |
| Fri, 31 Aug 2018 14:07:27 +0000 | niko | primary | publishing | Redacted | Redacted | 5000 | Redacted | Redacted |
| Mon, 03 Sep 2018 16:31:33 +0000 | niko | primary | publishing | Redacted | Redacted | 5000 | Redacted | Redacted |
| Tue, 04 Sep 2018 14:19:37 +0000 | niko | primary | publishing | Redacted | Redacted | 5000 | Redacted | Redacted |
| Sun, 16 Sep 2018 00:02:56 +0000 | niko | primary | publishing | Redacted | Redacted | 4000 | Redacted | Redacted |
| Tue, 25 Sep 2018 15:42:54 +0000 | niko | primary | publishing | Redacted | Redacted | 5000 | Redacted | Redacted |
| Tue, 25 Sep 2018 16:11:32 +0000 | tom | primary | publishing | Redacted | Redacted | 100 | Redacted | Redacted |
| Thu, 27 Sep 2018 19:37:27 +0000 | niko | primary | publishing | Redacted | Redacted | 5000 | Redacted | Redacted |
| Tue, 18 Sep 2018 18:31:30 +0000 | grin | primary | sunduk_refill | Redacted | Redacted | 1000 | Redacted | Redacted |
| Mon, 17 Sep 2018 19:48:08 +0000 | grin | primary | sweep | Redacted | Redacted | | Redacted | Redacted |
| Thu, 20 Sep 2018 18:28:10 +0000 | grin | primary | sweep | Redacted | Redacted | | Redacted | Redacted |
| Fri, 27 Jul 2018 18:19:31 +0000 | tom | primary | testing | Redacted | Redacted | 10 | Redacted | Redacted |
| Fri, 17 Aug 2018 15:27:19 +0000 | jeremy | primary | testing | Redacted | Redacted | 800 | Redacted | Redacted |
| Mon, 10 Sep 2018 14:16:05 +0000 | niko | primary | testing | Redacted | Redacted | 1000 | Redacted | Redacted |
| Mon, 17 Sep 2018 20:41:36 +0000 | grin | primary | testing | Redacted | Redacted | 1 | Redacted | Redacted |
| Tue, 18 Sep 2018 02:26:39 +0000 | jeremy | primary | testing | Redacted | Redacted | 1000 | Redacted | Redacted |
| Tue, 02 Oct 2018 15:24:05 +0000 | niko | primary | testing | Redacted | Redacted | 1000 | Redacted | Redacted |
| Tue, 02 Oct 2018 18:54:21 +0000 | josh | primary | testing | Redacted | Redacted | 1 | Redacted | Redacted |

| | |
|---|---:|
| Bounty | 102,030 |
| Invite / API | 235,000 |
| Modpay | 85,390 |
| Publishing | 43,634 |
| Aquisition | 105,955 |
| Testing | 3,812 |
| LBRY.fund | 382,380 |
| | 958,201 |

SEC-LBRYLIT-E-0004332

Community

| Date | Purpose | From | To | Amount |
|---|---|---|---|---|
| 8/15 | Employee buy program | Ops | many | 12,000 |
| 9/1/2018 | Employee buy program | ops | many | 13,000 |
| 9/15/2018 | Employee buy program | ops | many | 13,000 |
| | | | | 38,000 |

SEC-LBRYLIT-E-0004332
Operational

| Date | Purpose | From | To | Tx | Amount | Txn By |
|---|---|---|---|---|---|---|
| 3rd Quarter | media partnership | inst wallet | | Redacted | 100,000 | |

SEC-LBRYLIT-E-0004332
Institutional