| Fund | Launch Balance (07/01/16) | Period Start Balance | Allocated | Last Quarter Allocated | Last Quarter Actual | Cold Wallet Balance |
|---|---|---|---|---|---|---|
| Community | 200,000,000 | 193,606,415 | 1,000,000 | 1,000,000 | 682,027 | 192,924,388 |
| Operational | 100,000,000 | 86,939,127 | 0 | 0 | 327,352 | 86,611,775 |
| Institutional | 100,000,000 | 100,000,000 | 0 | 0 | 0 | 100,000,000 |
| | | | | | | 379,536,163 |



SEC-LBRYLIT-E-0004328
Overview

| Date | User | Category | | | Amount | | |
|---|---|---|---|---|---|---|---|
| Tue, 24 Apr 2018 17:19:51 +0000 | josh | bounty | Redacted | Redacted | 1 | Redacted | Redacted |
| Tue, 15 May 2018 17:49:18 +0000 | jeremy | testing | Redacted | Redacted | 3 | Redacted | Redacted |
| Thu, 26 Apr 2018 16:46:05 +0000 | josh | salary | Redacted | Redacted | 5 | Redacted | Redacted |
| Thu, 05 Apr 2018 17:43:47 +0000 | jeremy | acquisition | Redacted | Redacted | 100 | Redacted | Redacted |
| Wed, 02 May 2018 00:42:37 +0000 | jeremy | testing | Redacted | Redacted | 100 | Redacted | Redacted |
| Mon, 07 May 2018 13:59:00 +0000 | josh | bounty | Redacted | Redacted | 150 | Redacted | Redacted |
| Tue, 22 May 2018 14:03:40 +0000 | josh | bounty | Redacted | Redacted | 150 | Redacted | Redacted |
| Sun, 27 May 2018 20:56:14 +0000 | josh | bounty | Redacted | Redacted | 190 | Redacted | Redacted |
| Mon, 07 May 2018 13:54:36 +0000 | josh | bounty | Redacted | Redacted | 200 | Redacted | Redacted |
| Tue, 08 May 2018 13:20:01 +0000 | josh | bounty | Redacted | Redacted | 210 | Redacted | Redacted |
| Tue, 12 Jun 2018 13:16:02 +0000 | josh | bounty | Redacted | Redacted | 260 | Redacted | Redacted |
| Wed, 09 May 2018 21:19:34 +0000 | josh | modpay | Redacted | Redacted | 260 | Redacted | Redacted |
| Thu, 17 May 2018 16:44:12 +0000 | josh | bounty | Redacted | Redacted | 270 | Redacted | Redacted |
| Wed, 04 Apr 2018 17:59:50 +0000 | josh | bounty | Redacted | Redacted | 300 | Redacted | Redacted |
| Tue, 22 May 2018 14:03:05 +0000 | josh | bounty | Redacted | Redacted | 350 | Redacted | Redacted |
| Sun, 17 Jun 2018 15:09:38 +0000 | josh | bounty | Redacted | Redacted | 350 | Redacted | Redacted |
| Fri, 15 Jun 2018 22:53:56 +0000 | niko | publishing | Redacted | Redacted | 393 | Redacted | Redacted |
| Tue, 08 May 2018 13:20:57 +0000 | josh | bounty | Redacted | Redacted | 400 | Redacted | Redacted |
| Fri, 08 Jun 2018 23:50:29 +0000 | niko | publishing | Redacted | Redacted | 400 | Redacted | Redacted |
| Fri, 08 Jun 2018 23:51:57 +0000 | niko | publishing | Redacted | Redacted | 400 | Redacted | Redacted |
| Fri, 08 Jun 2018 23:52:46 +0000 | niko | publishing | Redacted | Redacted | 400 | Redacted | Redacted |
| Fri, 08 Jun 2018 23:53:27 +0000 | niko | publishing | Redacted | Redacted | 400 | Redacted | Redacted |
| Fri, 15 Jun 2018 19:19:27 +0000 | niko | publishing | Redacted | Redacted | 400 | Redacted | Redacted |
| Fri, 15 Jun 2018 19:44:30 +0000 | niko | publishing | Redacted | Redacted | 400 | Redacted | Redacted |
| Fri, 15 Jun 2018 22:50:51 +0000 | niko | publishing | Redacted | Redacted | 400 | Redacted | Redacted |
| Fri, 15 Jun 2018 22:51:36 +0000 | niko | publishing | Redacted | Redacted | 400 | Redacted | Redacted |
| Fri, 15 Jun 2018 23:00:47 +0000 | niko | publishing | Redacted | Redacted | 400 | Redacted | Redacted |
| Sun, 17 Jun 2018 15:43:41 +0000 | niko | publishing | Redacted | Redacted | 400 | Redacted | Redacted |
| Sun, 17 Jun 2018 16:19:44 +0000 | niko | publishing | Redacted | Redacted | 400 | Redacted | Redacted |
| Mon, 18 Jun 2018 00:42:57 +0000 | niko | publishing | Redacted | Redacted | 400 | Redacted | Redacted |
| Sun, 22 Apr 2018 17:13:24 +0000 | josh | bounty | Redacted | Redacted | 450 | Redacted | Redacted |
| Thu, 26 Apr 2018 04:06:33 +0000 | josh | acquisition | Redacted | Redacted | 500 | Redacted | Redacted |
| Fri, 11 May 2018 19:34:27 +0000 | josh | acquisition | Redacted | Redacted | 500 | Redacted | Redacted |
| Thu, 14 Jun 2018 13:51:20 +0000 | josh | acquisition | Redacted | Redacted | 500 | Redacted | Redacted |
| Wed, 06 Jun 2018 13:52:40 +0000 | josh | bounty | Redacted | Redacted | 500 | Redacted | Redacted |
| Tue, 12 Jun 2018 13:17:06 +0000 | josh | bounty | Redacted | Redacted | 500 | Redacted | Redacted |
| Sun, 20 May 2018 15:42:25 +0000 | josh | publishing | Redacted | Redacted | 500 | Redacted | Redacted |
| Sat, 14 Apr 2018 20:42:53 +0000 | josh | bounty | Redacted | Redacted | 550 | Redacted | Redacted |
| Mon, 14 May 2018 13:50:36 +0000 | josh | bounty | Redacted | Redacted | 600 | Redacted | Redacted |
| Fri, 25 May 2018 18:47:22 +0000 | josh | bounty | Redacted | Redacted | 600 | Redacted | Redacted |

| Date | User | Type | | | Amount | | |
|---|---|---|---|---|---|---|---|
| Wed, 06 Jun 2018 13:56:26 +0000 | josh | bounty | Redacted | Redacted | 600 | Redacted | Redacted |
| Mon, 23 Apr 2018 13:23:46 +0000 | josh | salary | Redacted | Redacted | 645 | Redacted | Redacted |
| Thu, 26 Apr 2018 18:34:16 +0000 | josh | bounty | Redacted | Redacted | 700 | Redacted | Redacted |
| Wed, 04 Apr 2018 18:00:53 +0000 | josh | bounty | Redacted | Redacted | 750 | Redacted | Redacted |
| Tue, 12 Jun 2018 13:14:04 +0000 | josh | bounty | Redacted | Redacted | 750 | Redacted | Redacted |
| Mon, 02 Apr 2018 21:33:06 +0000 | josh | bounty | Redacted | Redacted | 800 | Redacted | Redacted |
| Tue, 17 Apr 2018 15:22:29 +0000 | josh | bounty | Redacted | Redacted | 800 | Redacted | Redacted |
| Tue, 17 Apr 2018 15:23:26 +0000 | josh | bounty | Redacted | Redacted | 800 | Redacted | Redacted |
| Fri, 11 May 2018 19:40:01 +0000 | josh | bounty | Redacted | Redacted | 800 | Redacted | Redacted |
| Mon, 30 Apr 2018 14:51:16 +0000 | jeremy | acquisition | Redacted | Redacted | 1,000 | Redacted | Redacted |
| Tue, 29 May 2018 15:44:05 +0000 | josh | acquisition | Redacted | Redacted | 1,000 | Redacted | Redacted |
| Sat, 02 Jun 2018 17:37:08 +0000 | josh | acquisition | Redacted | Redacted | 1,000 | Redacted | Redacted |
| Wed, 06 Jun 2018 00:58:47 +0000 | josh | acquisition | Redacted | Redacted | 1,000 | Redacted | Redacted |
| Sun, 17 Jun 2018 15:06:25 +0000 | josh | bounty | Redacted | Redacted | 1,000 | Redacted | Redacted |
| Tue, 10 Apr 2018 22:01:28 +0000 | josh | modpay | Redacted | Redacted | 1,000 | Redacted | Redacted |
| Thu, 26 Apr 2018 12:50:26 +0000 | grin | publishing | Redacted | Redacted | 1,000 | Redacted | Redacted |
| Thu, 10 May 2018 13:11:47 +0000 | josh | publishing | Redacted | Redacted | 1,000 | Redacted | Redacted |
| Wed, 30 May 2018 14:28:33 +0000 | josh | publishing | Redacted | Redacted | 1,000 | Redacted | Redacted |
| Sun, 03 Jun 2018 23:57:14 +0000 | josh | publishing | Redacted | Redacted | 1,000 | Redacted | Redacted |
| Mon, 04 Jun 2018 21:45:05 +0000 | niko | publishing | Redacted | Redacted | 1,000 | Redacted | Redacted |
| Wed, 04 Apr 2018 23:36:43 +0000 | josh | salary | Redacted | Redacted | 1,111 | Redacted | Redacted |
| Thu, 10 May 2018 12:41:49 +0000 | jeremy | acquisition | Redacted | Redacted | 1,200 | Redacted | Redacted |
| Wed, 06 Jun 2018 13:55:51 +0000 | josh | bounty | Redacted | Redacted | 1,200 | Redacted | Redacted |
| Tue, 26 Jun 2018 18:24:57 +0000 | josh | bounty | Redacted | Redacted | 1,200 | Redacted | Redacted |
| Tue, 08 May 2018 15:05:06 +0000 | josh | salary | Redacted | Redacted | 1,250 | Redacted | Redacted |
| Tue, 01 May 2018 03:23:27 +0000 | josh | modpay | Redacted | Redacted | 1,400 | Redacted | Redacted |
| Mon, 07 May 2018 23:22:51 +0000 | josh | modpay | Redacted | Redacted | 1,450 | Redacted | Redacted |
| Tue, 15 May 2018 03:58:36 +0000 | josh | bounty | Redacted | Redacted | 1,500 | Redacted | Redacted |
| Mon, 23 Apr 2018 17:49:26 +0000 | josh | modpay | Redacted | Redacted | 1,500 | Redacted | Redacted |
| Tue, 17 Apr 2018 03:18:03 +0000 | josh | modpay | Redacted | Redacted | 1,750 | Redacted | Redacted |
| Mon, 14 May 2018 16:42:13 +0000 | josh | modpay | Redacted | Redacted | 1,800 | Redacted | Redacted |
| Tue, 22 May 2018 00:13:09 +0000 | josh | modpay | Redacted | Redacted | 1,950 | Redacted | Redacted |
| Sun, 13 May 2018 23:36:25 +0000 | josh | acquisition | Redacted | Redacted | 2,000 | Redacted | Redacted |
| Thu, 24 May 2018 14:24:05 +0000 | josh | acquisition | Redacted | Redacted | 2,000 | Redacted | Redacted |
| Wed, 11 Apr 2018 20:01:23 +0000 | josh | publishing | Redacted | Redacted | 2,000 | Redacted | Redacted |
| Wed, 11 Apr 2018 20:02:30 +0000 | josh | publishing | Redacted | Redacted | 2,000 | Redacted | Redacted |
| Thu, 12 Apr 2018 17:04:20 +0000 | josh | publishing | Redacted | Redacted | 2,000 | Redacted | Redacted |
| Mon, 09 Apr 2018 17:08:50 +0000 | josh | modpay | Redacted | Redacted | 2,300 | Redacted | Redacted |
| Tue, 29 May 2018 15:42:37 +0000 | josh | modpay | Redacted | Redacted | 2,400 | Redacted | Redacted |
| Thu, 19 Apr 2018 02:54:17 +0000 | josh | bounty | Redacted | Redacted | 2,500 | Redacted | Redacted |

| Date | User | Category | | | Amount | | |
|---|---|---|---|---|---|---|---|
| Fri, 29 Jun 2018 17:55:49 +0000 | josh | bounty | Redacted | Redacted | 2,500 | Redacted | Redacted |
| Tue, 05 Jun 2018 19:13:34 +0000 | josh | modpay | Redacted | Redacted | 2,500 | Redacted | Redacted |
| Tue, 29 May 2018 14:07:18 +0000 | josh | salary | Redacted | Redacted | 2,744 | Redacted | Redacted |
| Tue, 15 May 2018 03:57:56 +0000 | josh | bounty | Redacted | Redacted | 2,775 | Redacted | Redacted |
| Sun, 22 Apr 2018 17:48:59 +0000 | josh | acquisition | Redacted | Redacted | 3,000 | Redacted | Redacted |
| Tue, 01 May 2018 03:23:41 +0000 | josh | acquisition | Redacted | Redacted | 3,000 | Redacted | Redacted |
| Mon, 14 May 2018 16:42:30 +0000 | josh | acquisition | Redacted | Redacted | 3,000 | Redacted | Redacted |
| Fri, 25 May 2018 15:25:36 +0000 | josh | acquisition | Redacted | Redacted | 3,000 | Redacted | Redacted |
| Tue, 05 Jun 2018 19:14:07 +0000 | josh | acquisition | Redacted | Redacted | 3,000 | Redacted | Redacted |
| Tue, 19 Jun 2018 18:29:30 +0000 | josh | acquisition | Redacted | Redacted | 3,000 | Redacted | Redacted |
| Wed, 27 Jun 2018 17:15:42 +0000 | josh | acquisition | Redacted | Redacted | 3,000 | Redacted | Redacted |
| Fri, 29 Jun 2018 17:54:38 +0000 | josh | bounty | Redacted | Redacted | 3,000 | Redacted | Redacted |
| Fri, 29 Jun 2018 17:55:17 +0000 | josh | bounty | Redacted | Redacted | 3,000 | Redacted | Redacted |
| Mon, 16 Apr 2018 18:11:03 +0000 | grin | testing | Redacted | Redacted | 3,000 | Redacted | Redacted |
| Tue, 03 Apr 2018 14:39:16 +0000 | josh | salary | Redacted | Redacted | 3,125 | Redacted | Redacted |
| Fri, 25 May 2018 18:48:19 +0000 | josh | bounty | Redacted | Redacted | 3,500 | Redacted | Redacted |
| Tue, 19 Jun 2018 18:29:08 +0000 | josh | modpay | Redacted | Redacted | 3,600 | Redacted | Redacted |
| Wed, 13 Jun 2018 12:46:05 +0000 | josh | modpay | Redacted | Redacted | 3,700 | Redacted | Redacted |
| Fri, 29 Jun 2018 14:46:57 +0000 | josh | bounty | Redacted | Redacted | 4,400 | Redacted | Redacted |
| Wed, 27 Jun 2018 17:15:23 +0000 | josh | modpay | Redacted | Redacted | 4,700 | Redacted | Redacted |
| Fri, 15 Jun 2018 13:31:27 +0000 | josh | publishing | Redacted | Redacted | 5,000 | Redacted | Redacted |
| Mon, 02 Apr 2018 18:59:51 +0000 | josh | modpay | Redacted | Redacted | 5,500 | Redacted | Redacted |
| Sun, 29 Apr 2018 19:01:26 +0000 | josh | api | Redacted | Redacted | 10,000 | Redacted | Redacted |
| Tue, 24 Apr 2018 17:43:07 +0000 | josh | bounty | Redacted | Redacted | 10,000 | Redacted | Redacted |
| Thu, 19 Apr 2018 04:14:41 +0000 | josh | salary | Redacted | Redacted | 12,500 | Redacted | Redacted |
| Thu, 24 May 2018 15:08:05 +0000 | josh | salary | Redacted | Redacted | 12,500 | Redacted | Redacted |
| Tue, 15 May 2018 18:50:40 +0000 | josh | publishing | Redacted | Redacted | 16,682 | Redacted | Redacted |
| Sat, 30 Jun 2018 13:56:46 +0000 | josh | acquisition | Redacted | Redacted | 20,000 | Redacted | Redacted |
| Fri, 04 May 2018 13:37:10 +0000 | josh | api | Redacted | Redacted | 20,000 | Redacted | Redacted |
| Wed, 09 May 2018 21:30:50 +0000 | josh | api | Redacted | Redacted | 20,000 | Redacted | Redacted |
| Thu, 10 May 2018 03:37:33 +0000 | josh | api | Redacted | Redacted | 20,000 | Redacted | Redacted |
| Thu, 17 May 2018 16:43:30 +0000 | josh | api | Redacted | Redacted | 20,000 | Redacted | Redacted |
| Thu, 24 May 2018 00:38:04 +0000 | josh | api | Redacted | Redacted | 20,000 | Redacted | Redacted |
| Tue, 29 May 2018 03:00:17 +0000 | josh | api | Redacted | Redacted | 20,000 | Redacted | Redacted |
| Mon, 04 Jun 2018 16:43:09 +0000 | josh | api | Redacted | Redacted | 20,000 | Redacted | Redacted |
| Thu, 10 May 2018 22:25:57 +0000 | josh | dev_eval | Redacted | Redacted | 20,000 | Redacted | Redacted |
| Thu, 07 Jun 2018 04:25:44 +0000 | josh | salary | Redacted | Redacted | 20,000 | Redacted | Redacted |
| Tue, 03 Apr 2018 19:43:43 +0000 | josh | api | Redacted | Redacted | 25,000 | Redacted | Redacted |
| Fri, 01 Jun 2018 18:36:55 +0000 | josh | api | Redacted | Redacted | 25,000 | Redacted | Redacted |
| Thu, 07 Jun 2018 16:23:21 +0000 | josh | api | Redacted | Redacted | 25,000 | Redacted | Redacted |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Sun, 17 Jun 2018 18:45:11 +0000 | josh | api | Redacted | Redacted | 25,000 | Redacted | Redacted |
| Wed, 27 Jun 2018 18:14:28 +0000 | josh | api | Redacted | Redacted | 25,000 | Redacted | Redacted |
| Mon, 02 Apr 2018 14:00:03 +0000 | josh | salary | Redacted | Redacted | 25,000 | Redacted | Redacted |
| Wed, 06 Jun 2018 20:05:23 +0000 | josh | acquisition | Redacted | Redacted | 33,333 | Redacted | Redacted |
| Wed, 27 Jun 2018 02:27:01 +0000 | josh | other | Redacted | Redacted | 33,333 | Redacted | Redacted |
| Tue, 15 May 2018 18:49:33 +0000 | josh | publishing | Redacted | Redacted | 34,120 | Redacted | Redacted |
| Sun, 15 Apr 2018 17:15:30 +0000 | josh | publishing | Redacted | Redacted | 36,000 | Redacted | Redacted |
| Thu, 26 Apr 2018 16:48:19 +0000 | josh | salary | Redacted | Redacted | 50,000 | Redacted | Redacted |
| | | | | | | | |
| | | | | | | | |
| | | | | Bounty | 36,756 | | |
| | | | | Invite / API | 5,450 | | |
| | | | | Modpay | 36,719 | | |
| | | | | Technical Contributions | 148,880 | | |
| | | | | Publishing | 253,207 | | |
| | | | | Aquisition | 4,492 | | |
| | | | | Testing | 3,103 | | |
| | | | | LBRY.fund | 33,000 | | |
| | | | | | | | |
| | | | | | 521,607 | | |





SEC-LBRYLIT-E-0004328
Community

| Date | Actual | Allocated | Purpose | From | To | Tx |
|---|---|---|---|---|---|---|
| 4/1/2018 | 327,352 | | LBRY sold 327,352 credits to a crypto education club | LBRY | Club | |

SEC-LBRYLIT-E-0004328
Operational

| Date | Actual | Allocated | Purpose | From | To | Tx | Notes | Txn By |
|---|---|---|---|---|---|---|---|---|
| No activity | | | | | | | | |

SEC-LBRYLIT-E-0004328
Institutional