| Fund | Launch Balance (07/01/16) | Period Start Balance | Allocated | Last Quarter Allocated | Last Quarter Actual | Cold Wallet Balance |
|---|---|---|---|---|---|---|
| Community | 200,000,000 | 195,000,000 | 1,000,000 | 1,000,000 | 704,306 | 195,000,000 |
| Operational | 100,000,000 | 100,000,000 | 0 | 0 | 0 | 99,900,000 |
| Institutional | 100,000,000 | 100,000,000 | 0 | 0 | 0 | 100,000,000 |
| | | | | | | 394,900,000 |



EXHIBIT
93
21-cv-00260-PB

| Date | From | To | From Wallet | To Wallet | Credits | TXN | Notes |
|---|---|---|---|---|---|---|---|
| Wed, 14 Jun 2017 12:39:53 +0000 | grin | api | Redacted | Redacted | 10,000 | Redacted | "invite_refill" is now "api". most of the recent invite_refill transactions were really refilling the api wallet, which is where most of our credits are spent from. |
| Sat, 17 Jun 2017 14:24:37 +0000 | josh | api | Redacted | Redacted | 5,000 | Redacted | refill alert |
| Mon, 19 Jun 2017 13:02:56 +0000 | josh | api | Redacted | Redacted | 10,000 | Redacted | alert |
| Tue, 20 Jun 2017 11:43:58 +0000 | grin | api | Redacted | Redacted | 20,000 | Redacted | refill |
| Mon, 03 Apr 2017 16:47:04 +0000 | jeremy | bounty | Redacted | Redacted | 1,000 | Redacted | Node JS plugin |
| Tue, 02 May 2017 13:26:36 +0000 | josh | bounty | Redacted | Redacted | 5,000 | Redacted | wallermdev downpayment for awesome work |
| Wed, 03 May 2017 00:50:19 +0000 | josh | bounty | Redacted | Redacted | 20,000 | Redacted | user christian7000 PR pkg for MacOS |
| Wed, 10 May 2017 01:35:35 +0000 | jeremy | bounty | Redacted | Redacted | 10,000 | Redacted | Adding redux to lbry-app |
| Mon, 15 May 2017 19:36:36 +0000 | josh | bounty | Redacted | Redacted | 25,000 | Redacted | Mat Wallet and Fillip new block explorer |
| Sat, 20 May 2017 00:32:11 +0000 | josh | bounty | Redacted | Redacted | 7,800 | Redacted | Coinomi integration fees |
| Wed, 24 May 2017 20:15:16 +0000 | jeremy | bounty | Redacted | Redacted | 5,000 | Redacted | work by alex |
| Tue, 06 Jun 2017 13:29:41 +0000 | josh | bounty | Redacted | Redacted | 10,000 | Redacted | maxbit half |
| Tue, 06 Jun 2017 13:57:22 +0000 | josh | bounty | Redacted | Redacted | 10,000 | Redacted | intnick half |
| Wed, 14 Jun 2017 20:07:59 +0000 | josh | bounty | Redacted | Redacted | 2,000 | Redacted | new explorer - shockr |
| Thu, 15 Jun 2017 13:17:04 +0000 | jeremy | bounty | Redacted | Redacted | 10,000 | Redacted | Work from 14bd4beb |
| Mon, 19 Jun 2017 13:27:51 +0000 | josh | bounty | Redacted | Redacted | 3,292 | Redacted | nikoo yt sync cumulative |
| Mon, 19 Jun 2017 17:36:24 +0000 | jeremy | bounty | Redacted | Redacted | 7,000 | Redacted | Contributions from 14bd4bed |
| Tue, 20 Jun 2017 01:27:58 +0000 | josh | bounty | Redacted | Redacted | 10,000 | Redacted | lbry tattoo (thanks jeremy) |
| Thu, 22 Jun 2017 13:07:52 +0000 | josh | bounty | Redacted | Redacted | 500 | Redacted | hype video - reilly person |
| Thu, 18 May 2017 01:32:55 +0000 | josh | dev_eval | Redacted | Redacted | 10,000 | Redacted | billbitt spee.ch |
| Mon, 22 May 2017 01:13:07 +0000 | josh | dev_eval | Redacted | Redacted | 10,000 | Redacted | Mat Waller weekly trial phase |
| Wed, 07 Jun 2017 14:16:52 +0000 | josh | dev_eval | Redacted | Redacted | 10,000 | Redacted | mat waller week 3 |
| Mon, 12 Jun 2017 13:39:19 +0000 | josh | dev_eval | Redacted | Redacted | 10,000 | Redacted | mat waller 4 of 4 test |
| Mon, 19 Jun 2017 13:17:39 +0000 | josh | dev_eval | Redacted | Redacted | 1,298 | Redacted | Bill Bittner Week 1 $1k equiv at 0.77 |
| Mon, 19 Jun 2017 13:18:43 +0000 | josh | dev_eval | Redacted | Redacted | 10,000 | Redacted | Mat Waller week 5 |
| Mon, 26 Jun 2017 13:38:10 +0000 | josh | dev_eval | Redacted | Redacted | 10,000 | Redacted | Mat Waller - last one at 10k! |
| Mon, 26 Jun 2017 13:39:13 +0000 | josh | dev_eval | Redacted | Redacted | 1,667 | Redacted | BILL BITTNER #2 |
| Sun, 09 Apr 2017 22:31:12 +0000 | grin | invite_refill | Redacted | Redacted | 2,000 | Redacted | invites |
| Mon, 10 Apr 2017 13:21:35 +0000 | grin | invite_refill | Redacted | Redacted | 400 | Redacted | invite credits |
| Mon, 10 Apr 2017 14:20:59 +0000 | grin | invite_refill | Redacted | Redacted | 405 | Redacted | arst |
| Tue, 18 Apr 2017 21:35:39 +0000 | grin | invite_refill | Redacted | Redacted | 500 | Redacted | invites |
| Tue, 18 Apr 2017 21:36:16 +0000 | grin | invite_refill | Redacted | Redacted | 500 | Redacted | invites |
| Tue, 18 Apr 2017 21:36:27 +0000 | grin | invite_refill | Redacted | Redacted | 500 | Redacted | invites |
| Tue, 18 Apr 2017 21:36:45 +0000 | grin | invite_refill | Redacted | Redacted | 500 | Redacted | invites |
| Tue, 18 Apr 2017 21:37:02 +0000 | grin | invite_refill | Redacted | Redacted | 1,000 | Redacted | invites |
| Tue, 18 Apr 2017 21:37:21 +0000 | grin | invite_refill | Redacted | Redacted | 500 | Redacted | invites |
| Tue, 18 Apr 2017 21:37:36 +0000 | grin | invite_refill | Redacted | Redacted | 500 | Redacted | invites |
| Tue, 18 Apr 2017 21:44:58 +0000 | grin | invite_refill | Redacted | Redacted | 500 | Redacted | invite |
| Tue, 18 Apr 2017 21:45:12 +0000 | grin | invite_refill | Redacted | Redacted | 500 | Redacted | refilllllz |
| Tue, 18 Apr 2017 21:45:24 +0000 | grin | invite_refill | Redacted | Redacted | 500 | Redacted | filler up |
| Tue, 18 Apr 2017 21:45:35 +0000 | grin | invite_refill | Redacted | Redacted | 500 | Redacted | top-up |
| Mon, 24 Apr 2017 23:58:02 +0000 | grin | invite_refill | Redacted | Redacted | 10,000 | Redacted | api credits |
| Tue, 25 Apr 2017 00:11:03 +0000 | grin | invite_refill | Redacted | Redacted | 5,000 | Redacted | api refill 2 |
| Tue, 02 May 2017 21:49:30 +0000 | josh | invite_refill | Redacted | Redacted | 5,000 | Redacted | for app rewards wallet |
| Tue, 02 May 2017 22:14:09 +0000 | grin | invite_refill | Redacted | Redacted | 5,000 | Redacted | refill api wallet |
| Mon, 08 May 2017 06:16:17 +0000 | josh | invite_refill | Redacted | Redacted | 10,000 | Redacted | app rewards wallet refill |

| Date | User | Type | | | Amount | | Note |
|---|---|---|---|---|---|---|---|
| Thu, 18 May 2017 14:01:06 +0000 | josh | invite_refill | Redacted | Redacted | 30,000 | Redacted | api.lbry refill |
| Wed, 31 May 2017 13:27:39 +0000 | grin | invite_refill | Redacted | Redacted | 20,000 | Redacted | api credits refill |
| Wed, 31 May 2017 18:15:55 +0000 | grin | invite_refill | Redacted | Redacted | 20,000 | Redacted | api wallet refill |
| Wed, 31 May 2017 19:21:19 +0000 | grin | invite_refill | Redacted | Redacted | 10,000 | Redacted | wtf api refill |
| Wed, 31 May 2017 20:52:27 +0000 | grin | invite_refill | Redacted | Redacted | 10,000 | Redacted | refilling again |
| Thu, 01 Jun 2017 14:45:07 +0000 | josh | invite_refill | Redacted | Redacted | 3,000 | Redacted | alert |
| Thu, 01 Jun 2017 15:04:40 +0000 | grin | invite_refill | Redacted | Redacted | 5,000 | Redacted | moar refillz |
| Thu, 01 Jun 2017 15:11:11 +0000 | grin | invite_refill | Redacted | Redacted | 3,000 | Redacted | so many refillings |
| Thu, 01 Jun 2017 16:08:07 +0000 | grin | invite_refill | Redacted | Redacted | 10,000 | Redacted | fuck |
| Thu, 01 Jun 2017 16:09:37 +0000 | grin | invite_refill | Redacted | Redacted | 1,000 | Redacted | testing api things |
| Sun, 11 Jun 2017 01:43:40 +0000 | josh | invite_refill | Redacted | Redacted | 5,000 | Redacted | alert |
| Mon, 03 Apr 2017 00:17:08 +0000 | josh | modpay | Redacted | Redacted | 12,000 | Redacted | weekly |
| Mon, 10 Apr 2017 14:00:20 +0000 | josh | modpay | Redacted | Redacted | 14,200 | Redacted | weekly |
| Mon, 17 Apr 2017 23:40:37 +0000 | josh | modpay | Redacted | Redacted | 9,000 | Redacted | weekly plus bonus |
| Mon, 24 Apr 2017 04:16:39 +0000 | josh | modpay | Redacted | Redacted | 11,300 | Redacted | weekly + vxn |
| Mon, 01 May 2017 04:25:51 +0000 | josh | modpay | Redacted | Redacted | 9,800 | Redacted | weekly |
| Mon, 08 May 2017 14:04:31 +0000 | josh | modpay | Redacted | Redacted | 10,000 | Redacted | typical |
| Mon, 15 May 2017 14:08:28 +0000 | josh | modpay | Redacted | Redacted | 8,500 | Redacted | weekly |
| Mon, 22 May 2017 13:41:47 +0000 | josh | modpay | Redacted | Redacted | 4,900 | Redacted | weekly |
| Tue, 30 May 2017 01:13:31 +0000 | josh | modpay | Redacted | Redacted | 7,600 | Redacted | weekly |
| Tue, 06 Jun 2017 13:28:28 +0000 | josh | modpay | Redacted | Redacted | 4,700 | Redacted | weekly |
| Mon, 12 Jun 2017 13:25:56 +0000 | josh | modpay | Redacted | Redacted | 3,200 | Redacted | weekly |
| Mon, 19 Jun 2017 13:20:52 +0000 | josh | modpay | Redacted | Redacted | 2,100 | Redacted | weekly |
| Mon, 26 Jun 2017 01:11:58 +0000 | josh | modpay | Redacted | Redacted | 2,500 | Redacted | weekly |
| Wed, 05 Apr 2017 23:48:16 +0000 | grin | other | Redacted | Redacted | 200 | Redacted | thanks for bug report |
| Thu, 13 Apr 2017 13:41:40 +0000 | josh | other | Redacted | Redacted | 1,000 | Redacted | josh tip wallet |
| Tue, 18 Apr 2017 21:29:28 +0000 | josh | other | Redacted | Redacted | 1,000 | Redacted | reilly tip wallet |
| Thu, 20 Apr 2017 21:58:19 +0000 | grin | other | Redacted | Redacted | 2,000 | Redacted | josh tip wallet |
| Wed, 26 Apr 2017 12:39:19 +0000 | jeremy | other | Redacted | Redacted | 20,000 | Redacted | Rewards |
| Thu, 11 May 2017 17:41:49 +0000 | josh | other | Redacted | Redacted | 1,000 | Redacted | josh tip wallet |
| Sun, 21 May 2017 13:59:18 +0000 | josh | other | Redacted | Redacted | 1,000 | Redacted | josh tip wallet |
| Tue, 23 May 2017 21:36:58 +0000 | josh | other | Redacted | Redacted | 473 | Redacted | josh tip wallet |
| Tue, 23 May 2017 21:37:18 +0000 | josh | other | Redacted | Redacted | 1,000 | Redacted | josh tip wallet |
| Wed, 24 May 2017 21:11:33 +0000 | josh | other | Redacted | Redacted | 2,000 | Redacted | reilly tip wallet |
| Tue, 30 May 2017 13:26:37 +0000 | josh | other | Redacted | Redacted | 10,000 | Redacted | mat wallet salary trial week 2 |
| Tue, 13 Jun 2017 01:10:56 +0000 | josh | other | Redacted | Redacted | 1,000 | Redacted | josh tip wallet |
| Thu, 15 Jun 2017 13:44:55 +0000 | jeremy | other | Redacted | Redacted | 10,000 | Redacted | Wallet for tipping in Slack |
| Fri, 16 Jun 2017 02:50:36 +0000 | josh | other | Redacted | Redacted | 1,000 | Redacted | josh tip wallet |
| Thu, 22 Jun 2017 12:52:05 +0000 | jeremy | other | Redacted | Redacted | 50,000 | Redacted | Refill rewards |
| Sat, 01 Apr 2017 14:41:59 +0000 | jeremy | quickstart | Redacted | Redacted | 20,000 | Redacted | quickstart |
| Sun, 02 Apr 2017 15:43:07 +0000 | josh | quickstart | Redacted | Redacted | 5,000 | Redacted | alert |
| Mon, 03 Apr 2017 12:32:48 +0000 | jeremy | quickstart | Redacted | Redacted | 10,000 | Redacted | /quickstart |
| Tue, 04 Apr 2017 13:30:29 +0000 | josh | quickstart | Redacted | Redacted | 5,000 | Redacted | empty |
| Wed, 05 Apr 2017 13:20:11 +0000 | josh | quickstart | Redacted | Redacted | 5,000 | Redacted | alert |
| Fri, 07 Apr 2017 18:39:11 +0000 | grin | testing | Redacted | Redacted | 30,000 | Redacted | franklin |
| Sun, 09 Apr 2017 19:37:44 +0000 | jeremy | testing | Redacted | Redacted | 500 | Redacted | Local testing for Jeremy |
| Thu, 13 Apr 2017 20:59:20 +0000 | jeremy | testing | Redacted | Redacted | 100 | Redacted | testing app |
| Mon, 17 Apr 2017 11:21:42 +0000 | jeremy | testing | Redacted | Redacted | 1,000 | Redacted | local reward testing |
| Mon, 17 Apr 2017 18:24:56 +0000 | grin | testing | Redacted | Redacted | 500 | Redacted | testing first_run |

| Date | User | Type | | | Amount | | Note |
|---|---|---|---|---|---|---|---|
| Tue, 18 Apr 2017 22:07:20 +0000 | grin | testing | Redacted | Redacted | 1,000 | Redacted | grin testing |
| Tue, 18 Apr 2017 23:29:22 +0000 | grin | testing | Redacted | Redacted | 10 | Redacted | arst |
| Tue, 25 Apr 2017 20:52:08 +0000 | jeremy | testing | Redacted | Redacted | 100 | Redacted | jeremy |
| Mon, 15 May 2017 14:59:21 +0000 | jeremy | testing | Redacted | Redacted | 50 | Redacted | jeremy |
| Fri, 19 May 2017 17:36:39 +0000 | josh | testing | Redacted | Redacted | 4,000 | Redacted | nikoo berk |
| Mon, 22 May 2017 13:52:09 +0000 | jeremy | testing | Redacted | Redacted | 100 | Redacted | just local testing |
| Fri, 02 Jun 2017 10:25:02 +0000 | grin | testing | Redacted | Redacted | 2,000 | Redacted | grin test |
| Fri, 02 Jun 2017 10:28:59 +0000 | grin | testing | Redacted | Redacted | 3,000 | Redacted | testing |
| Wed, 14 Jun 2017 01:15:41 +0000 | jeremy | testing | Redacted | Redacted | 1 | Redacted | Testing a refresh issue |
| Thu, 15 Jun 2017 21:58:52 +0000 | jeremy | testing | Redacted | Redacted | 10 | Redacted | user testing |
| Tue, 20 Jun 2017 19:23:56 +0000 | jeremy | testing | Redacted | Redacted | 100 | Redacted | for jeremy |
| Tue, 20 Jun 2017 21:24:49 +0000 | grin | testing | Redacted | Redacted | 20,000 | Redacted | i gave up trying to get credits out of franklin wallet |

| Category | Amount | Description |
|---|---|---|
| Bounty | 126,592 | explorers, translate, bugs, features |
| Testing | 62,471 | Franklin auto test |
| Invite / API | 255,805 | Rewards / Invite |
| Quickstart | 45,000 | Dev API Quickstart |
| Modpay | 99,800 | |
| Dev Eval / Salary | 62,965 | Mostly Mat and Bill |
| Other | 51,673 | Tipping in slack mostly |
| | 704,306 | |

| Date | Actual | Allocated | Purpose | From | To | Tx | Notes | Txn By |
|---|---|---|---|---|---|---|---|---|
| No activity | | | | | | | | |

SEC-LBRYLIT-E-0004327
Operational

| Date | Actual | Allocated | Purpose | From | To | Tx | Notes | Txn By |
|---|---|---|---|---|---|---|---|---|
| No activity | | | | | | | | |

SEC-LBRYLIT-E-0004327
Institutional