| | |
|---|---|
| From: | Jeremy Kauffman [jeremy@lbry.com] |
| on behalf of | Jeremy Kauffman <jeremy@lbry.com> [jeremy@lbry.com] |
| Sent: | 5/1/2020 9:18:16 AM |
| To: | Alex Grin [grin@lbry.com] |
| Subject: | Fwd: Some Quick Hits |
| Attachments: | two-million.png |

---------- Forwarded message ---------
From: **Jeremy Kauffman** <jeremy@lbry.com>
Date: Thu, Apr 30, 2020 at 4:03 PM
Subject: Some Quick Hits
To: Jamie Goldstein <jamie@pillar.vc>, Russ Wilcox <russ@pillar.vc>

1. We crossed 2 million users in April right after clearing one million in March (attached).
2. The Winklevoss' were Tweeting about YouTube all week (e.g. here). We continue to be most commonly mentioned, and are meeting next week.
3. We also are meeting with Founders Fund, thank you Russ.
4. We got a mention by Andy Baio (CTO Kickstarter) in this article on Jay Z deep fakes.
5. The price and volume have continued to grow since last week, and we resumed some light selling.
6. We are tentatively approved for the PPP money (not received, but told by bank)

--
Jeremy Kauffman, CEO & Founder, LBRY
(267) 210-4292

--
Jeremy Kauffman, CEO & Founder, LBRY
(267) 210-4292



EXHIBIT
98
21-cv-00260-PB