

EXHIBIT 102
21-cv-00260-PB