



EXHIBIT
103
21-cv-00260-PB

# AFFILIATE AGREEMENT

DATED                                   26/03/20

PARTIES

1   **MOON PAY LIMITED**, a limited liability company registered in Malta, located at NM Group, Triq I-Uqija, Swieqi, SWQ 2332, Malta, with a registration number C 88293 ("**Supplier**")

2   LBRY Inc, a company registered in USA, with its office at 99 Hanover St, Manchester, USA, 03101 with a company registration number 47-5142228 ("**Affiliate**")

hereinafter jointly referred to as the **"Parties",** and each of them individually as a **"Party"**

RECITALS

**WHEREAS Supplier** is in the business of providing financial technology software services and solutions in the crypto space, mainly an embeddable software widget (the "**Software**") with access to Supplier's backend services along with associated graphic and textual links (the "**Links**"), all enabling end user customers to purchase crypto currency assets directly from within an affiliate's website (altogether, the "**Service(s)**");

**WHEREAS Supplier** desires to license to **Affiliate** the rights to copy, display, use and grant use of the Service as made accessible on Affiliate's website(s) or other online public marketing media ("**Website(s)**"), enabling the Affiliate's third party end users that have accounts with Affiliate permitting access to Affiliate's Website, and under which accounts such end users may purchase crypto currency assets by credit card or other agreed upon payment method (each, a "**Customer**"); and

**WHEREAS Affiliate** desires to so license the Service;

**NOW, THEREFORE**, in consideration of the premises set forth above and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties agree as follows:

**1   ENGAGEMENT**

1.1   **General:** Supplier will provide Affiliate with access to the Service and a copy of the embeddable widget component Software for placement on the Website. As part of the Service, Supplier will further make a variety of associated graphic and textual Links available to Affiliate for placement on Affiliate's Website(s). As part of the Services during the Term, the Supplier will, at no cost to the Affiliate, provide the Affiliate with all Software updates and related documentation promptly after such update becomes available.

1.2   **License:** Subject to the terms and conditions of this Agreement, Supplier grants to Affiliate a non-exclusive license to copy, display, perform, use and grant its Customers the use of the Software in connection with the overall Service during the Term ("**License**"). Under the License, Affiliate may use and may permit its Customers to use the Software on the Website and the overall Service to enable such Customers that have accounts on Affiliate's Website, Services or Applications to purchase crypto currency assets by credit card or other agreed upon payment method (each, a "**Purchase**"). Subject to the terms and conditions hereof, Affiliate may display the Software and the Links as often and in as many areas of Affiliate's Website(s) as desired.

**2   SUPPLIER'S RIGHTS AND OBLIGATIONS**

2.1   **Register Affiliate's Customers:** Affiliate will permit Supplier to register Affiliate's Customers and track their transactions that use the Service. Affiliate acknowledges that Customers that open an account with Supplier, will be required to agree with all Supplier's customer rules, policies and operating procedures. Supplier will provide such rules, policies and operating procedures to each Customer for the Customer's agreement and

Doc ID: abc09f2519ff7946bb7d8183a648bddabafa5617

Confidential, Protected by Protective Order                                                                                                                          LBRY_SEC00000017



# Audit Trail

| | |
|---|---|
| **TITLE** | LBRY - MoonPay Affiliate Agreement |
| **FILE NAME** | MoonPay - Affilia...t - LBRY Inc.docx |
| **DOCUMENT ID** | abc09f2519ff7946bb7d8183a648bddabafa5617 |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ⬢ Completed |

## Document History

**SENT** — **03 / 26 / 2020** 18:30:52 UTC
Sent for signature to Max Crown (max@moonpay.io) and Josh Finer (josh@lbry.com) from halsey@moonpay.io
IP: 47.18.80.125

**VIEWED** — **04 / 01 / 2020** 19:59:51 UTC
Viewed by Max Crown (max@moonpay.io)
IP: 80.7.143.73

**VIEWED** — **04 / 01 / 2020** 20:23:10 UTC
Viewed by Josh Finer (josh@lbry.com)
IP: 98.115.135.219

**SIGNED** — **04 / 01 / 2020** 20:00:39 UTC
Signed by Max Crown (max@moonpay.io)
IP: 80.7.143.73

**SIGNED** — **04 / 01 / 2020** 20:25:53 UTC
Signed by Josh Finer (josh@lbry.com)
IP: 98.115.135.219

**COMPLETED** — **04 / 01 / 2020** 20:25:53 UTC
The document has been completed.

Powered by HELLOSIGN

Confidential, Protected by Protective Order