EXHIBIT 105
21-cv-00260-PB

# lbry

**COMMENTS**

Where a community about your favorite things is waiting for you.

BECOME A REDDITOR and subscribe

**1**

**this coin needs a rebrand.** self.lbry
Submitted 1 year ago by [deleted]

it needs a new name. it needs a new look. and it needs updates on the daily fixing all the little problems with the platform. the chart is too good. we all know what lbry could do with a proper catalyst.

just my take.

18 comments   share   save   hide   report

**lbry**
4,716 lbryians                                   Join

Search                                              Sut

Submit Link          Submit Text

This post was submitted on 21 Feb 2018
**1 point** (54% upvoted)

`https://redd.it/7z3or1`

username    password

☐ remember me   reset password      LOGIN

---

**all 18 comments**
sorted by: best ▼

Want to add to the discussion?
Post a comment!
CREATE AN ACCOUNT

Get an ad-free experience with special benefits, and directly support Reddit.

Get Reddit Premium

[–] **real_rouse** · 5 points 1 year ago
The app is getting redesigned right now. I'm waiting patiently :)
There are coming many new updates to LBRY this year, and while I'm waiting, I'm trying to get involved in the community. Like the LBRY Discord chat, at https://chat.lbry.io
permalink   embed   save

### Subreddit Info
*849 currently online*

LBRY is a free, open, and community-run digital marketplace. You own your data. You control the network. Indeed, you are the network. Hollywood films, college lessons, amazing streamers and more are on the first media network ruled by you.

Here you can find and post articles, information, memes, and discussion about LBRY Inc, the LBRY protocol, LBRY applications, LBRY Credits (LBC), and the LBRY Community.

[–] **hello_bruh** · 1 point 1 year ago
Why are there no comment sections under videos? No comments is just boring. Also the layout and visuals are a bit 2000's lol. I think they should also change their colouring unless they want to position themselves as soft-pillow-walled asylum for retired people. Youtube - red = excitement, fun, passion. LBRY - dark green = grandma's old book, dull colour that is too sedating
permalink   embed   save   parent

### What is LBRY?
LBRY is many components working together to provide a decentralised, peer-to-peer content sharing platform, resistant to non-arbitrary censorship, that allows content creators to monetise their creations and connect directly with their fans and viewers.

### Important Links
- LBRY Inc Website
- What is LBRY FAQ
- LBRY Primer
- LBRY Blockchain Explorer

[–] **real_rouse** · 4 points 1 year ago*
Although I must agree. LBRY is not a catchy name for a brand. It is a good name for a protocol, but it isn't that user-friendly.

I think there would be less confusion if LBRY was only the name of the protocol. HTTP and LBRY are both abbreviations, and they are both protocols.

Now you have: - LBRY Inc. (Company who created the protocol + app)

- LBRY.Community (independent community site for the LBRY protocol)
- LBRY App (an application which uses the LBRY protocol)
- LBRY Protocol (the protocol which uses blockchain technology)
- LBRY Credits (the currency of the protocol)
- LBRYians (people who use or support the LBRY protocol.)

For a new-comer this must sound really confusing. It must be difficult to differentiate all those different aspects when they seem to be the same.

Though I understand it gives more focus on the protocol, which is one of LBRY Incs main focuses. Their other focus is also the App. Because the app is their way of marketing the protocol.

I think the LBRY app + the LBRY-company could need a renaming/rebranding. Not the protocol.

Or just let it go, and let the tech speak for itself.

That is just my ambivalent opinion :)

permalink  embed  save

[–] **thomaszarebczan** • 2 points 1 year ago

Is this coming from a purely investment standpoint? If so, I can see why you feel that way. But if you think the name is holding LBRY backm, I don't agree.

You can see our latest development and community update here: https://lbry.io/news/lbry-development-community-update-jan-2018

And 2018 outlook here: https://lbry.io/news/lbry-in-2017-2018

In terms of day to day fixing of bugs, the best place to follow along is on github: github.com/lbryio/lbry-app / github.com/lbryio/lbry

5 lbc u/lbryian

permalink  embed  save

[–] **lbryian** • 1 point 1 year ago

u/MANIACMATERIAL, you've received  5 LBC ($1.77)  !

How to use • What is LBRY? • r/lbry

permalink  embed  save  parent

[–] **[deleted]** • 1 point 1 year ago

Thank you for the tip. I actually do hold LBRY. It is recently coming from a purely investment standpoint until the platform is something I'd even want to participate in. I believe it has too many shortcomings in the design, functionality, and marketing departments.

permalink  embed  save  parent

[–] **thomaszarebczan** • 1 point 1 year ago

Design and functionality will keep improving, we are only a beta product.

How do you think we can better market a beta product that majority of users try once and forget about, unless their values are really in line with ours (free speech, down with big corps, open source, etc). We are all ears!

permalink  embed  save  parent

[–] **coniferhead** • 1 point 1 year ago*

I think it's too much to expect people to also take on your values in what is essentially a commercial project.

People will use it because there is utility for them (it has to be clearly the best in at least one function) - that is all you need to worry about.

---

- LBRY App
- Official Discord
- Official Github
- Official Twitter
- Official FB
- LBRY Community Site
- LBC Tipbot
- LBRY Merch Shop
- Coinlib Coin Tracker

## FAQS

### Introduction

- What is LBRY?
- How does content naming work?
- Who hosts the content?

### Getting Started

- LBRY App Basics
- How can I get LBRY Credits?
- How do I publish content?
- LBRY Rewards
- Content Policy
- Acceptable Use Policy

### Other Topics

- Running the LBRY App
- Mining
- Developing
- Wallets and Transactions
- Publishing
- Tipbots

Have an idea for a project? Check out https://lbry.fund

created by kauffj      a community for 4 years

MODERATORS         message the moderators

kauffj
capitalistchemist
nikooo777
finer9
thomaszarebczan
BrinckSlattery
damnedation
jsigwart
Madiator2011

...and 1 more »

<  >    discussions in r/lbry                  x

6 · 8 comments
Does anyone know how to edit your channel profile picture and such?

> I would be happy if you dropped everything and worked solely on a monetization replacement for youtube / patreon. The amount of people dropping-off making content due to Youtube demonetization is really significant at the moment.
>
> The ability to buy and sell LBC directly with fiat should be #1 priority therefore. Time to set up an exchange guys (or pay someone to make a market).

permalink  embed  save  parent

[–] **captainlardnicus** · 2 points 1 year ago

Get involved with the project, do a mockup of what you think it should look like

permalink  embed  save

[–] **[deleted]** · 0 points 1 year ago

I would actually do something like that if I knew it would be acknowledged by people important to LBRY.

permalink  embed  save  parent

[–] **captainlardnicus** · 2 points 1 year ago

Bullshit you would.

What a king-sized excuse...

permalink  embed  save  parent

[–] **[deleted]** · 1 point 1 year ago

No I feel like that is something I would actually like to do someday for a cryptocurrency project. I would like to reach that level of participation someday. I just don't know if I'd be immediately acknowledged.

permalink  embed  save  parent

[–] **[deleted]** · 1 point 1 year ago

why would you make the suggestion than doubt my enthusiasm? i did not think you meant this sarcastically.

permalink  embed  save  parent

[–] **captainlardnicus** · 5 points 1 year ago

I didn't mean it sarcastically, it was a genuine suggestion for an open source project. But when you immediately put up the defence that you need to be acknowledged by the team... then your original post reads more like: "I don't like this, somebody else should do something to change it"

That's not how things change. These projects for the most part are driven by US. There is no github for design and visual identity, but there is absolutely nothing stopping you from getting involved in that regard. If you do good work, you will be acknowledged. You can't peg the promise of being acknowledged as a requirement for you to get involved, that's absurd...

Good work will *always* be acknowledged...

If you don't want to get involved, that's fine. If you feel like you cannot personally do better than what exists, great. But don't complain about the hard work people more motivated than you have already put in.

However, to paraphrase you, that's "just my take"...

permalink  embed  save  parent

[–] **OnlReddit** • 1 point 1 year ago

Just adding my 2cents, I think the name is fine, and fits with the LBRY:// identifier idea/protocol. I also don't think the focus sould be on digital currency but it's use in a distributed ledger for content itself.

I worry something using a HashGraph technology might just bulldoze eveyhing(for the better, but what a waste of effort).

permalink embed save

   [–] **[deleted]** • 1 point 1 year ago

   Don't be scared of "hash graph". That's literally just a buzzword

   permalink embed save parent

      [–] **OnlReddit** • 1 point 1 year ago

      I did read parts of the specification and it does sound like it could work(If the math is right); Supposedly it is in practice on the small scale within companies who contract the authorized resellers to the patent...

      http://www.swirlds.com/downloads/SWIRLDS-TR-2016-02.pdf

      Patents once again going to delay progress?

      permalink embed save parent

[–] **mostspitefulguy** • 1 point 1 year ago

I thought it was a virus when I got an add for it

permalink embed save

### about
blog
about
advertising
careers

### help
site rules
Reddit help center
wiki
reddiquette
mod guidelines
contact us

### apps & tools
Reddit for iPhone
Reddit for Android
mobile website

### <3
**reddit premium**
**reddit coins**
redditgifts

Use of this site constitutes acceptance of our User Agreement and Privacy Policy. ©2018 reddit inc. All rights reserved.
REDDIT and the ALIEN Logo are registered trademarks of reddit inc.