LBRY Download Use on Web (lbry.tv) Community ˅ lbry.org Meet, chat, and party in the heart of the LBRY community. YouTube Partner Program Sync your content instantly and start earning Frequently Asked Questions Got questions? We probably have answers! Blockchain Explorer Look up transactions and claims on the LBRY blockchain Social Company ˅ @lbry on LBRY Everything about LBRY, from LBRY, on LBRY Company News The latest from the LBRY team The Team Meet the people building LBRY and why they're doing it Roadmap The next steps in our journey Contact Have a question or want to connect with the LBRY, Inc. team? Credit Reports Quarterly reports on LBRY's blockchain assets Developers ˅ LBRY.tech Find a technical overview, specification, APIs, and more Follow @lbrytech on LBRY From the devs, for the devs. The Spec Read a formal technical description of how LBRY works GitHub All LBRY code is public and open-source Contributor's Guide Become a contributor to the LBRY project Search lbry.tv Menu Open LBRY

# Tipping In LBC

## Samuel Bryan • May 12 2016

As our team ramps up for the Beta release of the LBRY protocol, we're making sure to have a little fun too.

New team member Alex Grin set up a LBC tipbot on LBRY's Slack, so now when someone does something cool, we're high-fiving each other with LBRY credits. It's a great feeling! **We moved from Slack to Discord and the tipbot made its way over as well!**

LBRY is designed for micropayments, and we hope it will help to advance their use significantly. Imagine if consumers could pay a few cents for every download and all that money would go directly to the artist? The idea has been around for a while, but conventional payment processes haven't been able to handle it, as a recent article in TechCrunch points out:

> "Micropayments have long been discussed as that potential middle ground between paywall subscriptions and intrusive advertising. However, despite decades of debate and promising starts, no model has successfully gained traction. But as ad blocking rates continue to rise, we may finally see that begin to change. The key to making micropayments viable is to make the entire process frictionless. That, historically, has been a challenge, because of the reality of payment processing costs."

We believe cryptocurrencies and blockchain technology are the keys to solving this problem. Our vision for LBRY is to allow all content producers – from large media organizations to independent artists – to sell their digital media directly to their fans and followers instantaneously, no matter the payment size.

Want to help us get LBRY launched and get in on the crypto action? Test the LBRY Alpha and fill out our survey to earn 1,000 LBC.

If you have a strong interest in getting involved in LBRY, join our Discord community. Come and join the fun!

← Bandcamp Is Cool & Growing – But They Still Take 15% Apple Lost My Music! →

Samuel Bryan

Much of our writing is a collaboration between LBRY team members, so we use SamueL BRYan to share credit. Sam has become a friend... an imaginary friend... even though we're adults...

- Company
  - About
  - Blog
  - Roadmap
  - Shop
  - Team

- Use LBRY
  - lbry.tv



EXHIBIT 110 21-cv-00260-PB

SEC-LBRYLIT-E-0002498

- Android
- Linux
- iOS
- macOS
- Windows

- Social
- Chat on Discord
- Twitter
- Reddit
- Facebook
- Telegram

- Support
- hello@lbry.com
- Contact
- Privacy
- TOS
- FAQ

---

- Free Speech Flag
- Back to top

SEC-LBRYLIT-E-0002499