| | |
|---|---|
| From: | Jeremy Kauffman [jeremy@lbry.io] |
| on behalf of | Jeremy Kauffman <jeremy@lbry.io> [jeremy@lbry.io] |
| Sent: | 12/11/2017 6:40:03 PM |
| To: | Jamie Goldstein [jamie@pillar.vc] |
| BCC: | grin@lbry.io |
| Subject: | Next Steps |

My/our priorities moving forward in three key areas:

- Funding
  - Goal: build up 12-18 months in operating expenses
  - Actions
    - Roll out in-app crypto exchange, for baseline of usage (happened today! it's kind of mediocre though!)
    - Begin selling LBC to users and other desiring buyers
    - Do a test offering for existing users, giving them the choice between a one-shot of credits or credits over time (to establish preferences of a subscription vs. one-shot, as well as participation baseline). This will be limited to a relatively small dollar amount (~$100).
    - Based on results from test offering, prepare for larger campaign
    - Or, decide to just sell 1m credits/month on markets
- Network reliability
  - Begin researching whether another data layer makes sense (IPFS, BitTorrent, or others) (already started)
  - Prioritize adding an expert here (already started and one meeting with candidate set)
- Hiring / Finding COO or CGO
  - Most uncertain as how to proceed here
  - Can you share links with potential services to look at?

Thanks for discussing these issues with me and helping to keep me focused.

Cheers,

--
Jeremy Kauffman, CEO & Founder, LBRY
(267) 210-4292

Build LBRY: get  follow  like



FOIA CONFIDENTIALITY REQUESTED BY LBRY, INC.     LBRY_000536