

# LBRY Inc
## Profit and Loss
### January 2018 - March 2021

| | JAN - DEC 2018 | JAN - DEC 2019 | JAN - DEC 2020 | JAN - MAR, 2021 | TOTAL |
|---|---:|---:|---:|---:|---:|
| **Income** | | | | | |
| LTCG | | -13,827.97 | | | $ -13,827.97 |
| Refunds-Allowances | 13,329.01 | 277.46 | 110.00 | | $13,716.47 |
| Sale of LBC | | | 1,423,716.70 | 2,798,981.35 | $4,222,698.05 |
| Sales | | | 1,399.40 | | $1,399.40 |
| Sales of Product Income | 5,284,454.85 | 734,986.59 | 414.51 | | $6,019,855.95 |
| Service/Fee Income | | | | 5,603.80 | $5,603.80 |
| Services | | | 6,105.72 | 4,493.89 | $10,599.61 |
| **Total Income** | **$5,297,783.86** | **$721,436.08** | **$1,431,746.33** | **$2,809,079.04** | **$10,260,045.31** |
| **GROSS PROFIT** | **$5,297,783.86** | **$721,436.08** | **$1,431,746.33** | **$2,809,079.04** | **$10,260,045.31** |
| **Expenses** | | | | | |
| Advertising | 135,036.23 | 67,721.45 | 72,465.80 | 239.97 | $275,463.45 |
| Bad Debts | | 1,281.93 | | | $1,281.93 |
| Bank Charges | 894.13 | 1,634.50 | 845.82 | | $3,374.45 |
| Charitable Contributions | 3,402.40 | | 250.00 | 475.09 | $4,127.49 |
| Commissions & fees | | | | 30,000.00 | $30,000.00 |
| Computer & Internet | 15,474.61 | 13,841.74 | 7,957.04 | 1,398.84 | $38,672.23 |
| Creator LBC Buyback | | | | 40,185.00 | $40,185.00 |
| Dues & Subscriptions | 11,273.55 | 16,021.00 | 3,081.00 | | $30,375.55 |
| Insurance | 6,251.75 | 9,153.90 | 6,455.63 | 989.13 | $22,850.41 |
| Insurance - Liability | 4,157.00 | | | | $4,157.00 |
| International Employee & Freelance | 614,628.56 | 407,290.34 | 339,823.56 | 110,686.27 | $1,472,428.73 |
| *Privileged* | | | | | |
| Meals and Entertainment | 20.00 | 6,111.25 | 206.95 | 85.10 | $6,423.30 |
| Office Expenses | 45,019.85 | 14,651.53 | 7,683.25 | 3,330.22 | $70,684.85 |
| Other General and Admin Expenses | 1,827.70 | 51.07 | | | $1,878.77 |
| Payroll Expenses | | | | | $0.00 |
|   Taxes | 105,678.83 | 85,063.68 | 59,316.00 | 20,183.44 | $270,241.95 |
|   Wages | 1,132,321.02 | 1,034,190.06 | 712,632.50 | 257,894.25 | $3,137,037.83 |
| **Total Payroll Expenses** | **1,237,999.85** | **1,119,253.74** | **771,948.50** | **278,077.69** | **$3,407,279.78** |
| PR Firm Fees | | | | 25,080.00 | $25,080.00 |
| Promotional | 11,500.00 | | | | $11,500.00 |
| Reimbursements | 28,012.21 | 56,322.29 | 47,311.12 | 9,952.83 | $141,598.45 |
| Rent or Lease | 43,679.50 | 43,084.00 | 44,588.40 | 11,446.00 | $142,797.90 |
| Repair & Maintenance | | 39.74 | | | $39.74 |
| Servers | 134,189.09 | 109,696.75 | 276,811.31 | 170,168.60 | $690,865.75 |
| Shipping and delivery expense | 58.20 | 85.47 | | | $143.67 |
| Stationery & Printing | 39.00 | | | | $39.00 |
| Taxes & Licenses | 4,796.38 | 35,387.21 | 4,314.87 | 2,230.00 | $46,728.46 |
| Travel | 74,075.62 | 35,745.91 | 97.01 | 7,853.35 | $117,771.89 |
| Travel Meals | 24,671.85 | 7,846.79 | 505.10 | 53.40 | $33,077.14 |
| Uncategorized Expense | | 140.00 | | | $140.00 |

Accrual Basis  Tuesday, December 14, 2021 10:41 AM GMT-05:00

Confidential, Protected by Protective Order

LBRY_SEC00056542

# LBRY Inc

Profit and Loss

January 2018 - March 2021

|  | JAN - DEC 2018 | JAN - DEC 2019 | JAN - DEC 2020 | JAN - MAR, 2021 | TOTAL |
|---|---|---|---|---|---|
| Utilities & SaaS | 59,642.15 | 66,020.02 | 96,300.08 | 32,024.21 | $253,986.46 |
| **Total Expenses** | **$2,683,751.72** | **$2,467,598.18** | **$1,721,776.69** | **$1,536,010.95** | **$8,409,137.54** |
| NET OPERATING INCOME | $2,614,032.14 | $ -1,746,162.10 | $ -290,030.36 | $1,273,068.09 | $1,850,907.77 |
| Other Income |  |  |  |  |  |
| Interest Earned | 192.61 | 127.69 | 12.37 | 9.44 | $342.11 |
| Other Ordinary Income | 0.00 | 79.32 | 1,206.44 | 6,134.98 | $7,420.74 |
| **Total Other Income** | **$192.61** | **$207.01** | **$1,218.81** | **$6,144.42** | **$7,762.85** |
| Other Expenses |  |  |  |  |  |
| Unrealized Gain or Loss | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Miscellaneous | 167.00 |  |  |  | $167.00 |
| **Total Other Expenses** | **$167.00** | **$0.00** | **$0.00** | **$0.00** | **$167.00** |
| NET OTHER INCOME | $25.61 | $207.01 | $1,218.81 | $6,144.42 | $7,595.85 |
| NET INCOME | $2,614,057.75 | $ -1,745,955.09 | $ -288,811.55 | $1,279,212.51 | $1,858,503.62 |

Confidential, Protected by Protective Order

LBRY_SEC00056543