**UVCoins** (http://uvcoins.com/)

Home (http://uvcoins.com/) Category Platforms (http://uvcoins.com/category/platforms/)   About (http://uvcoins.com/about/)   Contact Us (http://uvcoins.com/contact-us/)



# LBRY – Undervalued Coin? Fundamental and Technical Analysis

UVCoins · January 2, 2018

Hello Everyone! Welcome to your daily Undervalued Coin
Please visit the About (http://uvcoins.com/about/) page to find more about the site mission,
and join our Telegram channel (https://t.me/UVCoins) to get your daily Undervalued Coin.

## What is LBRY?

LBRY is a free, open, and community-run digital marketplace.
A protocol that allows artists to upload their content to a network of hosts (like BitTorrent) and set a price per stream or download (like iTunes) or give it away for free (like YouTube without ads) using Blockchain technology.

## Why is LBRY good?

YouTube can afford to push around its creators and users because they've created tremendous lock-in. LBRY is challenging this model from the ground-up. Everything we've built is open-source, decentralized, and belongs to the community using it. LBRY Inc. could go bankrupt tomorrow and the LBRY protocol will live on. Can YouTube say that?

## What are the development updates for LBRY?

-Converting Crypto to LBC via ShapeShift
The latest version of LBRY now has an area in the Get Credits tab of the Wallet which allows users to deposit their crypto and convert to LBC directly, without ever leaving the app.
-Subscriptions
The newest release of the LBRY app allows users to subscribe to their favorite creators.

EXHIBIT
116
21-cv-00260-PB

-App Redesign

Part of the goal for the re-design is to improve the publishing workflow by separating out content and channel management to make the LBRY app as intuitive and easy to use as possible.

## What is the LBRY Credits ($LBC) used for?

LBC is used to purchase content or for tips on the LBRY digital marketplace

## What is the current price, supply and marketcap for LBRY Credits (LBC)?

(LBC)

$0.973946 USD

0.00006979 BTC

Circulating Supply

127,715,657 LBC

Market Cap

$124,388,153 USD

8,914 BTC

## Why now is it a good time to invest in LBRY?



(https://www.tradingview.com/x/xpzjz3jy/)

## Where to buy LBRY Credits?

Bittrex (https://bittrex.com/Market/Index?MarketName=BTC-LBC)

Poloniex (https://poloniex.com/exchange/#btc_lbc)

Cryptopia (https://www.cryptopia.co.nz/Exchange?market=LBC_BTC)

all information are from LBRY official website

for more information please visit LBRY official website here (https://lbry.io/).

Like this article? Share it on social media to spread the word!

Join our Telegram (https://t.me/UVCoins) to stay updated.

_(/#facebook)   _(/#twitter)   _(/#telegram)
_(/#whatsapp)   _(/#facebook_messenger)

 (/#pinterest)
 (https://www.addtoany.com/share#url=http%3A%2F%2Fuv
fundamental-and-technical-
analysis%2F&title=LBRY%20%E2%80%93%20Underval

- Protocols (http://uvcoins.com/category/protocols/)
- Bitcoin (http://uvcoins.com/tag/bitcoin/), blockchain (http://uvcoins.com/tag/blockchain/), BTC (http://uvcoins.com/tag/btc/), Coins (http://uvcoins.com/tag/coins/), Crypto (http://uvcoins.com/tag/crypto/), CryptoCurrency (http://uvcoins.com/tag/cryptocurrency/), LBC (http://uvcoins.com/tag/lbc/), LBRY (http://uvcoins.com/tag/lbry/), Libry Credits (http://uvcoins.com/tag/libry-credits/), Protocol (http://uvcoins.com/tag/protocol/), Undervalued Altcoins (http://uvcoins.com/tag/undervalued-altcoins/)

**Social**

 (https://www.facebook.com/UVCoins/)
 (https://twitter.com/UVCoins/)
 (https://www.instagram.com/UVCoins/)

**More Undervalued Coins**


iExec – Undervalued Coin? Fundamental and Technical Analysis (http://uvcoins.com/2018/01/08/iexec-undervalued-coin-fundamental-technical-analysis/)


Golem – Undervalued Coin? Fundamental and Technical Analysis (http://uvcoins.com/2018/01/07/golem-undervalued-coin-fundamental-technical-analysis/)


Flixxo – Undervalued Coin? Fundamental and Technical Analysis (http://uvcoins.com/2018/01/06/flixxo-undervalued-coin-fundamental-technical-analysis/)


NULS – Undervalued Coin? Fundamental and Technical Analysis (http://uvcoins.com/2018/01/05/nuls-undervalued-coin-fundamental-and-technical-analysis/)


Metal – Undervalued Coin? Fundamental and Technical Analysis (http://uvcoins.com/2018/01/04/metal-undervalued-coin-fundamental-and-technical-analysis/)

© 2019 UVCoins (http://uvcoins.com/)

WordPress Theme by RichWP (https://RichWP.com/)