@lbry on LBRY
Company News
The Team
Roadmap
Contact
Credit Reports
Developers
LBRY.tech
Follow @lbrytech on LBRY
The Spec
GitHub
Contributor's Guide

# ShapeShift Adds LBRY Credits! Instant Conversion to Bitcoin, Ethereum, and More

Samuel Bryan • Aug 8 2016

*LBC now traded on the fastest, safest digital asset exchange in the world.*

As of today, LBRY Credits (LBC) are now available for exchange with other digital assets on ShapeShift.io (https://shapeshift.io/#/coins). Using the groundbreaking service, anyone can exchange their preferred digital currency for LBRY Credits (LBC) instantly with no account, no emails, and no passwords.



ShapeShift founder and CEO Erik Voorhees (https://en.wikipedia.org/wiki/Erik_Voorhees) commented on the announcement:

> "The world is improved by the existence of LBRY – an innovative method of content dissemination – and we're honored to add it to ShapeShift. I've been watching the LBRY project for months, and am thrilled to make it instantly available for trading with all other leading digital assets."

Following the July 4th launch (/news/beta-live-declare-independence-big-media) of LBRY's beta and live blockchain, LBRY Credits have been listed on both the well-known Bittrex (https://www.bittrex.com/Market/Index?MarketName=BTC-LBC) and Poloniex (https://poloniex.com/exchange#btc_lbc) exchanges. This gave cryptocoin markets global access to LBC. As a result, the appcoin's value has gone from essentially nothing to today's trading price of about US$0.26. On top of that, the hashrate of the LBRY blockchain grew by 693,000% in the first 10 days after the launch of beta, and another 2X since then – to about 1.7 TH/s today.

Listing on ShapeShift is expected to bring additional depth and liquidity to LBC. ShapeShift is widely considered the most convenient digital asset exchange, and it also expands the potential of LBRY through its application programming interfaces (APIs). These will allow any developer to integrate LBC into third-party wallets and software platforms that are primarily designed around Bitcoin.

**While this is big news for LBC as a digital asset, it also has a bearing on LBRY's core purpose to enable content creators to connect with their fans.**

One of LBRY's hurdles to mainstream acceptance – a barrier the founders have anticipated from the beginning – is making LBC a handy method of payment. *You're a brilliant filmmaker who has just released his feature-length film on LBRY, and it's*

*a hit! The LBC are flowing into your wallet. Now what do you do with them?*

With ShapeShift, anyone who holds LBC will be able to quickly and securely exchange them for another cryptocurrency, such as Bitcoin. From there, creators can spend them anywhere Bitcoin is accepted – including Overstock, Amazon (via Purse), Gyft, Expedia, and a rapidly increasing number of brick-and-mortar stores.

And that process works in reverse. Content consumers will now be able to acquire LBC to make purchases on LBRY easily.

> "ShapeShift has dramatically lowered transaction costs between cryptocoins, creating a kind of 'universal translator' that allows people to use specialized coins for particular purposes but enjoy the benefits of Bitcoin's widespread use. It is an important milestone to have LBRY Credits listed there, and we are exploring ways to integrate ShapeShift into the LBRY protocol." **- Mike Vine, LBRY Evangelist**

**About ShapeShift**

ShapeShift is how blockchain asset exchange should work. From start to finish users can convert digital assets in seconds, with no account required. No emails or passwords. No lengthy signup process. No accounts. No bid and ask orders. No friction. ShapeShift's goal is to be the fastest, safest, and most convenient way to trade digital assets. ShapeShift Press Kit (https://info.shapeshift.io/press).

**About LBRY**

LBRY is a content-sharing and publishing platform that is decentralized and owned by its users. It allows content creators to post their works to the hosting network, set their price per view/download, and collect payment in a new cryptocoin called LBRY Credits. Since LBRY is a protocol as opposed to a centralized service, there is no entity to take a "cut" of transactions or change the terms in an attempt to "monetize" the product. It's like a new extension of the internet for delivering all media – films, ebooks, songs, and apps – from creators directly to consumers with radical efficiency. LBRY Press Kit (/press-kit)

← You Can Now Publish on LBRY (& Earn $1,000)    LBRY Brings You the Fight of the Century →



Samuel Bryan

Much of our writing is a collaboration between LBRY team members, so we use SamueL BRYan to share credit. Sam has become a friend... an imaginary friend... even though we're adults...

COMPANY

About
Blog
Jobs
Shop
Team

USE LBRY

**odysee.com**
Android
Linux
iOS
macOS
Windows

SOCIAL

Chat on Discord
Twitter
Reddit
Facebook
Telegram

SUPPORT

hello@lbry.com
Contact
Privacy
TOS
FAQ

Back to top