



Confidential Treatment Request by Pillar Companies Management, LLC   PILR_0007314

# Odysee is growing fast, really fast.

**7,462,239**
Monthly Users
(Across Odysee and the LBRY network)

**+72%**
Weekly User Growth
(since launching Odysee.com)

**$0**
Ad & marketing spend



Confidential Treatment Request by Pillar Companies Management, LLC



YouTube is destined
to fragment or collapse.

Consumer video is
a $74 bn opportunity.

# Why we launched Odysee.

We built a blockchain publishing protocol called LBRY. We weren't sure exactly how it'd be used.

It turned out people really wanted an alternative to YouTube, because YouTube doesn't want to be YouTube anymore.

**Odysee is a market response to how users were using LBRY.**

There will be more apps in the future.

av

 LBRY

 Odysee is branded web-app that interacts built on top of the web 3.0 LBRY protocol

 More apps will come, like a news app in conjunction with

## LBRY PROTOCOL + BLOCKCHAIN

The LBRY protocol uses its own blockchain and decentralized data network.

The protocol leaves end users in control. LBRY not a legal custodian of publisher data.

Confidential Treatment Request by Pillar Companies Management, LLC

# Why we launched Odysee.

We built a blockchain publishing protocol called LBRY. We weren't sure exactly how it'd be used.

It turned out people really wanted an alternative to YouTube, because YouTube doesn't want to be YouTube anymore.

**Odysee is a market response to how users were using LBRY.**

av



There will be more apps in the future.



# Creators of all kinds love Odysee





*"This looks like what YouTubers have been waiting for, I think Odysee is amazing."*
Upper Echelon Gamers

*"Thank you so much for giving us a REAL youtube alternative, i think it's not just me who thinks this is what we have all been waiting for!""*
Grazy Grace







*"Odysee looks really sick, bro. I'm excited"*
Sophie and Joe

*"I have joined and I hope this takes off. Susan is ruining YouTube, you guys have a really nice app."*
Diesel Patches

*"Love the fire and slime, nice to see real creators on here."*
Better than Food

Confidential Treatment Request by Pillar Companies Management, LLC



# Creators of all kinds love Odysee

"This looks like what YouTubers have been waiting for, I think Odysee is amazing."
– **Upper Echelon Gamers**

"Love the fire and slime, nice to see real creators on here."
– **Better than Food**

"Odysee looks really sick, bro. I'm excited"
– **Sophzie and Joe**

"I have joined and I hope this takes off. Susan is ruining YouTube, you guys have a really nice app."
– **Diesel Patches**

"Thank you so much for giving us a REAL youtube alternative, i think it's not just me who thinks this is what we have all been waiting for!""
– **Grazy Grace**

Confidential Treatment Request by Pillar Companies Management, LLC

PILR_0007320

# Creators publisher graphs

**100,000+**
Active Creators

**5,200,00+**
Creations



Confidential Treatment Request by Pillar Companies Management, LLC

# User testimonials



**TheCheeryElement** 1 day ago
I love odysee, a lot more than bitchute. odysee reminds me of early youtube. It has far more diverse content than bitchute and the user experience is way better imo

**Roland Roland** 6 days ago
WOW Odysee could really compete, the UI is nICE

**Pratfo** 4 days ago
This actually looks like something that could replace YouTube, finally

**@Free_Wolf392** 26 days ago
Thank you so much for Odysee. I've been using Odysee for weeks now and it is awesome, love comment notification, like/dislike and I notice that you update your site a lot lot more than some other alt tech competitors out their. I'm excited for Odysee's future

**Larry Gall** 6 days ago
I discovered Odysee a few days ago, and I was really shocked at how good it is.  I didn't use Lbry, so I don't know how that was or if it was similar, but these guys are doing a great job.  Needs more people to move from YT or at least mirror.



**odysee** Team







**Jeremy Kauffman**
**CEO, Founder**
Built LBRY from nothing. Founded and grew ecommerce SaaS company TopScore to over $20 million GMV.

**Alex Grintsvayg**
**CTO, Founder**
Former co-founder and CTO at TopScore. Managed infrastructure and software for millions of users.

**Julian Chandra**
**CMO**
Former Head of Partnerships (AU/NZ) for TikTok. Oversaw its launch in market, defined strategy for growth, content, and brand.



# How we make money.

### Tips



### Selling LBC



### Ads & Partnerships



We also receive a % of subscriptions, purchases and other financial exchanges

## Token 

- LBRY holds 325,000,000 LBC

- 1 LBC could be worth $100 or more if LBRY becomes protocol of choice for media distribution (more)

# Our round & objectives.

**With the support of Pillar VC, we're raising 12 million dollars to:**
1. Substantially scale growth and support staff
2. Launch business development, marketing and community programs
3. Develop monetization via advertising and financial transfers
4. Explore additional branded applications that utilize LBRY
5. Reduce cryptocurrency spending

**This will help us achieve in 2 years:**
1. Launch on a high note with the help of Clarity PR and others
2. Cross 100,000,000 active monthly users across all apps
3. Raise LBRY to a top 20 crypto network
4. Positive unit economics on marginal users
5. Raise day-over-day retention to over 50% and daily active usage over 20 minutes

Confidential Treatment Request by Pillar Companies Management, LLC



Confidential Treatment Request by Pillar Companies Management, LLC

PILR_0007327



Confidential Treatment Request by Pillar Companies Management, LLC

PILR_0007328

