UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>             Plaintiff,<br><br>   v.<br><br>LBRY, INC.,<br><br>             Defendant. | Civil Action No. 21-cv-00260 |

### NOTICE OF WITHDRAWAL

The undersigned counsel respectfully withdraws his appearance as counsel for the Securities and Exchange Commission in the above-captioned case.

Dated: June 1, 2022

Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION
By its attorney,

/s/ Eric A. Forni
Eric A. Forni
SECURITIES AND EXCHANGE COMMISSION
33 Arch St., 24th Floor
Boston, MA 02110
Phone: (617) 573-8827 (Forni direct)
Fax: (617) 573-4590 (fax)
Fornie@sec.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 1, 2022, a true and correct copy of the foregoing document was filed through the Court's CM/ECF system, and accordingly, the document will be sent electronically to all participants registered to receive electronic notice in this case.

                                       /s/ Eric A. Forni
                                       Eric A. Forni