UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Civil Action No. 21-cv-00260-PB |
| LBRY, INC., | ) |
| Defendant. | ) ) ) |

**PLAINTIFF'S APPENDIX OF OPPOSITION EXHIBITS**

| Exhibit No. | Description |
|---|---|
| 127 | LBRY's website post: "RPI Hackers Meet LBRY" by Jeremy Kauffman, November 17, 2015 |
| 128 | EEVblog Electronics Community Forum hosted by David Jones: "Buying LBRY Credits (LBC)/Crypto Discussion," March 13, 2021 |
| 129 | LBRY's website post: "Come and Get 'Em!  LBRY Credits Now Available to Mine," June 29, 2016 |
| 130 | LBRY's website post: "You Can Now Publish on LBRY (& Earn $1,000)," August 4, 2016 |
| 131 | LBRY's website post: "LBRY Credits Listed on First Exchange! Liquidity Ensues!" July 6 2016 |
| 132 | Q2 2017 LBRY Quarterly Credit Report |
| 133 | Q3 2017 LBRY Quarterly Credit Report |
| 134 | Q4 2017 LBRY Quarterly Credit Report |
| 135 | Q1 2018 LBRY Quarterly Credit Report |
| 136 | Q1 2020 LBRY Quarterly Credit Report |
| 137 | Q2 2020 LBRY Quarterly Credit Report |
| 138 | Q3 2020 LBRY Quarterly Credit Report |
| 139 | Twitter post and thread: "Oh look! Seems like $LBC is back…" |
| 140 | Reddit post and thread excerpt, re: LBRY Up almost 10% today |
| 141 | Reddit post and thread excerpt, re: Well this is a very good start for the new year for LBRY |

| 142 | LBRY's website post: "BraveNewCoin Compares LBRY to Alexandria: Who Will Be the First to Supplant BitTorrent," December 17, 2015 |
| 143 | Odysee.com post re: Paid content is on lbry.tv |
| 144 | LBRY's website post: "Latest LBRY App Adds Tipping, Themes, and More," September 21, 2017 |
| 145 | LBRY's website post: "The Mysterious 100K LBC Transaction: Revealed!" July 11, 2016 |
| 146 | CoinMarketCap Summary of LBC Trading, June 2022 |
| 147 | Additional excerpts from the Investigative Testimony of Joshua Finer |
| 148 | Additional excerpts from the Deposition of Alex Grintsvayg |
| 149 | Additional excerpts from the Investigative Testimony of Thomas Zarebczan |
| 150 | Excerpts from the Deposition of Dr. Boris M. Richard |
| 151 | Bittrex Trade Data Excerpt from Bittrex-SECLBRY-0000001 and Bittrex-SECLBRY-0000001 |
| 152 | LBRYnomics.com Graph of Publications, printed June 3, 2022 |
| 153 | Additional excerpts from the Investigative Testimony of Jeremy Kauffman |
| 154 | LBRYnomics data excerpt from April 15-17, 2021 showing "purchases" historical data |
| 155 | Additional excerpts from the Deposition of Jeremy Kauffman |
| 156 | November 17, 2020 Email from Julian Chandra to Dave Fan, copying Jeremy Kauffman.  Attachment is Odysee's November 2020 powerpoint deck "Video Sharing Platform Built on Web 3.0 Tech" [LBRY_SEC00035356] |
| 157 | LBRY Tweet - Everyone Can Receive & Send Cash Tips on Odysee Now, dated August 13, 2021 |
| 158 | Additional excerpts from the Deposition of Michael Finger |
| 159 | Odysee.com post: "Creator Rewards 2.0," dated August 28, 2020 |
| 160 | Steemit post: "LBRY Credits Climbing As 'Blockchain-Based Netflix-Killer' Beta is Released," June 9, 2017 |