| Product: | Molex Off-the-Shelf (OTS) Mini-Fit Jr. Overmolded Cable Assemblies | molex MOUSER ELECTRONICS |
|---|---|---|
| Description: | Deliver up to 6.0A current, provide terminal position assurance options in various circuit sizes and lengths.step-down power modules. | Learn More |

## EEVblog Electronics Community Forum
A Free & Open Forum For Electronics Enthusiasts & Professionals

Welcome, **Guest**. Please login or register.
Did you miss your activation email?

[Forever] [Login]

Login with username, password and session length


EXHIBIT
128
21-cv-00260-PB

🏠 Home    ❓ Help    🔍 Search    About us    Links    🔑 Login    📝 Register

**EEVblog Electronics Community Forum** » **General** » **General Technical Chat** » **Buying LBRY Credits (LBC) / Crypto Discussion**



« previous next »

Pages: [**1**]   Go Down                                                                                   PRINT    SEARCH

| Author | Topic: Buying LBRY Credits (LBC) / Crypto Discussion  (Read 1193 times) |
|---|---|

0 Members and 1 Guest are viewing this topic.

---

☐ **Halcyon**
Global Moderator
⭐⭐⭐⭐⭐
Posts: 4736
Country: 

**Buying LBRY Credits (LBC) / Crypto Discussion**
« **on:** March 13, 2021, 11:11:28 pm »

Alright Dave, you've convinced me.

After reading that crap about Youtube starting to tax content creators in the US and after looking into LBRY/Odysee even further, I am convinced that LBRY is probably the next big thing in online video, probably more so than Vimeo. It's a technology I want to get behind so I bought some LBC (not a lot, just with some play money). I've been using LBRY for some time now and the platform is continually improving. Early on, buffering was an issue but that seems to have disappeared these days. A lot of big names I follow are now popping up on LBRY which is great for me.

As for the value of LBC, apart from an initial spike when it was new, the value has been increasing steadily and I suspect it will continue to do so as more content creators and viewers adopt the platform.

🏁 Logged

---

☐ **bson**
Supporter
⭐⭐⭐

Posts: 2120
Country: 🇺🇸

**Re: Buying LBRY Credits (LBC) / Crypto Discussion**
« **Reply #1 on:** March 16, 2021, 01:42:43 am »

Ah well, can't buy credits.  It was worth a try though.


📎 lbry.png (51.19 kB, 483x537 - viewed 130 times.)

🏁 Logged

---

**Re: Buying LBRY Credits (LBC) / Crypto Discussion**

☐ **rhodges**
Regular Contributor

Posts: 246
Country: 
Available for embedded projects.


« **Reply #2 on:** March 16, 2021, 03:49:10 pm »

Put something up, and I'll send you a tip :)

🔗 Logged

Currently developing STM8 and STM32. Past includes 6809, Z80, 8086, PIC, MIPS, PNX1302, and some 8748 and 6805. Check out my public code on github. https://github.com/unfrozen

---

☐ **EEVblog**
Administrator
Posts: 34287
Country: 

**Re: Buying LBRY Credits (LBC) / Crypto Discussion**
« **Reply #3 on:** March 20, 2021, 04:29:32 am »

**Quote from: Halcyon on March 13, 2021, 11:11:28 pm**

> As for the value of LBC, apart from an initial spike when it was new, the value has been increasing steadily and I suspect it will continue to do so as more content creators and viewers adopt the platform.

Yep, it's really got a boost once Odysee took off.
Can't imagine what would happen if someone like Pewdiepie came over.
A good bunch of electronics Youtubers are finally over there, many were reluctant for a long time, but I now think some of them are a bit miffed they didn't take the leap back when I did and told them about it.

🔗 Logged

---

☐ **EEVblog**
Administrator
Posts: 34287
Country: 

**Re: Buying LBRY Credits (LBC) / Crypto Discussion**
« **Reply #4 on:** March 20, 2021, 04:35:06 am »

LBC was under 2c when I did my original video Dec 2019, and it hit 10c by the end of 2020, and now it's 35c today.
I did actually sell some at 17c and bank the cash a couple of months back, basically got my original investment back, so I'm essentially free running the rest now. But I have enough left to retire on if it hits $1.5 again 
Although you never know when the next crypto bust will happen, and LBC won't be immune. So it's either take profits on the way up as needed, or just HODL.
My plan at this stage is to take some profits as needed or if any big boosts happen.

The LBC I earn as tips and views of course will go into the business coffers just like Youtube adsense income.

LBC Library Credits - My Top Cryptocurrency Pick for 2020

🔗 Logged

---

☐ **EEVblog**
Administrator
Posts: 34287
Country: 

**Re: Buying LBRY Credits (LBC) / Crypto Discussion**
« **Reply #5 on:** March 20, 2021, 04:40:32 am »

**Quote from: bson on March 16, 2021, 01:42:43 am**

> Ah well, can't buy credits.  It was worth a try though.

I've never tried to buy credits through Odysee's Moonpay link. I use the Australian CoinSpot exchange.

I've got 100k credits I got as a founding partner gift from LBRY, but it's time locked, still got another year before I can touch them.

BTW, you can see how much LBC content creators are holding on the "Value" column in the stats, or on their About page, it's not a secret:
https://lbrynomics.com/
Although that wouldn't include any they hold personally in other accounts.

*« Last Edit: March 20, 2021, 04:42:13 am by EEVblog »*

🔒 Logged

☐ **EEVblog**
Administrator

Posts: 34287
Country: 


### Re: Buying LBRY Credits (LBC) / Crypto Discussion
« **Reply #6 on:** March 20, 2021, 05:28:54 am »

> **Quote from: Halcyon on March 13, 2021, 11:11:28 pm**
> I am convinced that LBRY is probably the next big thing in online video, probably more so than Vimeo.

Vimeo is a mature platform that is great hosting for high quality video, but:
a) You have to actually pay to host content on there if you have a lot of it.
and more importantly
b) It has virtually zero native viewer base. I get basically zero organic views, zero searches, zero comments and zero enagagment on there and that's always been the case.
Even Louis Rossman who uses it for his livestreams get zero comments on the platform.

Vimeo will never get better. It's just too far behind Odysee and Butchute and even other more obscure ones like Rumble.

🔒 Logged

☐ **visoft**
Newbie

Posts: 4
Country: 

### Re: Buying LBRY Credits (LBC) / Crypto Discussion
« **Reply #7 on:** April 08, 2021, 11:06:14 am »

Hi!

I got into LBC too, hosted few videos there, bought some for long term investment. Today I wanted more. Got to bittrex and this happened:

https://bittrex.zendesk.com/hc/en-us/articles/360058775712-LBC-Market-Removal-April-16-2021

Now, the announcement is rather old, from March 30 2021, the price didn't move much, but on coinmarketcap, bittrex is responsible for ~80%+ of all LBC exchanges.

The LBC platform has traction. It is functional, reliable, no more blackouts than youtube, in the past 6m, good support on social media/discord, looks like a healthy ecosystem. A farcry from IOTA, where, once, I wanted to sell my sensor data. Still looking for that "Sell" button  . . .

What is your take? Sell everything while we can? Hodl?

I would probably hold, see if they announce sth bigger. The next exchange is CoinEx. But I know NOTHING about them.

Cheers!

🔒 Logged

☐ **EEVblog**
Administrator

Posts: 34287
Country: 



### Re: Buying LBRY Credits (LBC) / Crypto Discussion
« **Reply #8 on:** April 09, 2021, 01:50:57 pm »

> **Quote from: visoft on April 08, 2021, 11:06:14 am**
> Hi!
>
> I got into LBC too, hosted few videos there, bought some for long term investment. Today I wanted more. Got to bittrex and this happened:
>
> https://bittrex.zendesk.com/hc/en-us/articles/360058775712-LBC-Market-Removal-April-16-2021
>
> Now, the announcement is rather old, from March 30 2021, the price didn't move much, but on coinmarketcap, bittrex is responsible for ~80%+ of all LBC exchanges.
>
> The LBC platform has traction. It is functional, reliable, no more blackouts than youtube, in the past 6m, good support on social media/discord, looks like a healthy ecosystem. A farcry from IOTA, where, once, I wanted to sell my sensor data. Still looking for that "Sell" button  . . .
>
> **What is your take? Sell everything while we can? Hodl?**
>
> I would probably hold, see if they announce sth bigger. The next exchange is CoinEx. But I know NOTHING about them.

I was going to mostly hold, but once CoinSpot in Australia delisted it the writing was on the wall, that was the only major easy way I had to liquidate LBC.

No matter how much I believe in LBRY/LBC, it would have been foolish to hold the amount I had if it's being delisted, so I got out what I could before it was delisted.
Then Bittrex anounced the delisting and I'd expect others to follow.
I have used CoinEx and BigONE (the only ones I can find left) to move some after CoinSpot closed, and CoinEx is by far the best. No ID required unless really high values, and more volume being traded.
The ship has sailed if you want to move large volumes now, volume isn't that high. I have no idea why the price is still holding.
If the price totally plummets back to a few cents I might buy back in for a long term speculative play.

And I would guess that LBRY funding is mostly LBC, and if they can't easily liquidate it it might impact their ability to fight the lawsuit.

All that being said, I still have the 100,000 LBC they gave me as a founding partner that is still locked up so I can't touch it for another year, plus about half of what I had staked in videos, so I'm still in the game.
And I'm still using Odysee daily to watch about half my content, and also still pushing Odysee as the major Youtube alternative and I'm still earning LBC daily from views.
I even just converted some LBC today and bought a new LBC ASIC miner for fun and to help the LBRY system processing.

The future does not look good for LBRY though, but if the SEC will the lawsuit then the entire crypto community is under threat.

Logged

### visoft
Newbie
Posts: 4
Country:

**Re: Buying LBRY Credits (LBC) / Crypto Discussion**
« **Reply #9 on:** April 13, 2021, 06:16:01 pm »

Thank you for the updates!

In the mean time, I did some digging/questioning and Bittrex only delists LBC in US. It will be traded on global.bittrex.com.

We will see what the future holds.

Logged

### gary_01
Contributor
Posts: 8
Country:

**Re: Buying LBRY Credits (LBC) / Crypto Discussion**
« **Reply #10 on:** April 19, 2021, 12:14:39 am »

Is anyone in the UK using LBRY? I was reading up on it earlier and it seems it has some odd interactions with UK tax laws.

It sounds reasonably sane as far as receiving LBC counts as income based on market value at time of receipt and buying/selling is subject to capital gains.

Where it gets weird though is, gifting or buying something with LBC counts as asset disposal, so you might be libel for capital gains.

> **Quote**
> If tokens are given away to another person who is not a spouse or civil partner, the individual must work out the pound sterling value of what has been given away. For Capital Gains Tax purposes, the individual is treated as having received that amount of pound sterling even if they did not actually receive anything.

Section on gifting: https://www.gov.uk/hmrc-internal-manuals/cryptoassets-manual/crypto22100

So, if Dave was in the UK rather than Aus land and LBC hit $1 and he decided to just go tip crazy and give away his 100k founders coins in tips to creators, unless I've misunderstood (and that wouldn't surprise me given I've only just started reading up on this today), that'd be treated as disposal and despite receiving nothing in return, would be subject to capital gains tax.  😳  I suppose you'd have to first sell a chunk to then use that sale to cover the CG you'd be due on the amount you tipped.   🤕   That is, assuming you knew about this ahead of time  😳

If the above is accurate, it really makes it sound like LBRY is fine if you're a creator in the UK and using it to receive income + pay CGT when you sell your received coins, but as a regular user who might have LBC and use it to tip, it could be quite a headache if you also have other sources of CG. Not so much due to tax payments, I'd expect the impact there would be small, but the headache of having to track every transaction and the market value/pooling/related information in order to determine CG and any reporting. Just sounds like a pita.

If only LBC was treated as a currency rather than asset 😦

Link to full info if anyone is from the UK https://www.gov.uk/hmrc-internal-manuals/cryptoassets-manual
« Last Edit: April 19, 2021, 12:24:35 am by gary_01 »

Logged

### EEVblog
Administrator

**Re: Buying LBRY Credits (LBC) / Crypto Discussion**
« **Reply #11 on:** April 19, 2021, 12:40:38 am »

Posts: 34287
Country:

FYI, CoinEx stopped working about 7 days ago with the LBC wallet "under maintenance", and one of my transaction has been stock on 205/300 confirmations for that time. No response from CoinEx
Avoid them for now until it's resolved.

Logged

Pages: [1]  Go Up

PRINT    SEARCH
« previous next »

**Share me**



EEVblog Electronics Community Forum » General » General Technical Chat » Buying LBRY Credits (LBC) / Crypto Discussion

Jump to: [=> General Technical Chat ▼]  [go]



| EEVblog Main Site | EEVblog on Youtube | EEVblog on Twitter | EEVblog on Facebook | EEVblog on Library |

SMF 2.0.18 | SMF © 2021, Simple Machines
Simple Audio Video Embedder
SMFAds for Free Forums
XHTML   RSS   Mobile  WAP2