Try LBRY          Menu



# Quarterly Credit Report: First Quarter 2018

« Credit Reports | Sheet

## Summary

This quarter we moved ~~no~~ 5,000,000 Credits from cold storage. We spent 393,585 total community Credits on line items detailed below. ~~No operational Credits were moved to markets.~~ 5,000,000 operational Credits were moved to markets to improve capitalization. 136,008 Credits were sold to a crypto education club. No institutional Credits were moved or spent. We anticipate comparable or larger total outlays in Q2 2018. Operational spending may increase, but not significantly, and community spending is likely to be higher. We will continue to incentivize new users and other beneficial behavior, which is likely to involve 500,000 to 3,000,000+ LBC. Additionally, LBRY has started a program for YouTubers that will scale up Credit outlays. Finally, as it has now become de rigueur to state, no institutional outlays are expected, but a pilot program could happen.

## Overview By Fund

**Community Fund**

393,585 Credits were spent from the community fund, in the following areas:

| CATEGORY | AMOUNT |
| --- | --- |
| Bounties | 37,130 LBRY Credits |
| User Engagement | 70,000 LBRY Credits |
| Community Management | 36,126 LBRY Credits |
| Technical Contributions | 111,273 LBRY Credits |
| New Publishers | 54,250 LBRY Credits |
| Acquisition | 37,185 LBRY Credits |
| Testing | 47,621 LBRY Credits |

**Operational Fund**

- 135,000 Credits were used for an employee equity swap
- LBRY sold ~~no~~ 5,000,000 LBC on the open market
- LBRY sold 136,008 to a crypto education club.

LBRY does not anticipate moving Credits to market this quarter due to both market conditions and our favorable cash position. However, should market conditions or our needs change, we reserve the right to move Credits to market as needed.

**Institutional Fund**

No activity this quarter.

We may run our first institutional pilot programs this quarter. Any outlays from this fund this quarter will be minimal.

NOTE: This report edited for accuracy 8/2019

**COMPANY**

About
Blog
Jobs
Shop
Team

**USE LBRY**

**odysee.com**
Android
Linux
iOS
macOS
Windows

**SOCIAL**

Chat on Discord
Twitter
Reddit
Facebook
Telegram

**SUPPORT**

hello@lbry.com
Contact
Privacy
TOS
FAQ

Back to top