r/lbry · Posted by u/KingSolomonyoutuber 2 years ago

## LBRY Up almost 10% today as it passes 3 cents per coin: What will the new all time high in 2021 be?

Congrats to LBRY cracking the top 200 on coinmarketcap. Next stop is the top 100 before the end of the year and maybe even the top 50 before the end of next year.



What Will the new top be for 2021?

What will the new bottom be in 2022?

How many creators and total people will there be on LBRY by the end of 2021?

If I were to estimate the new top of LBRY I'll have to take into account the previous all time high market cap in 160 million dollars and the fact that we already double the library users recently. I can seen more and more content creators especially in the crypto market coming over here. These content creators will have people heavily invested into crypto. I can see the total number of creators of LBRY going up by 3 times the amount from now and the viewers going up by 10x from right now. I say this because I know that hundreds of channels that are being supressed and deleted will be coming over to here and taking a good portion of their followers with them. Some of the content creators with over 100,000 subs include Jeff Burick, Richie from Boston, Mike Maloney, and a ton of Crypto gurus.

LBRY hit $2 as an all time high but the market cap wasn't included. During their 2017 all time high in DEC at $1.3 per LBC the market cap hit 169 Million dollars and the total crypto market cap was 820 Billion dollars. This means LBC made up .02 percent of the total crypto market cap. The first peak market cap in 2013 was 10 billion. That's about 80x Let's say the market cap just goes up 10 x this time which would put us at at about 8 trillion dollar market cap.

Here's the projections with an 8 trillion dollar market cap with LBC at different percentages of the total market cap.

LBC: .02% of 8 trillion = 1.64 Billion Dollar LBC market cap say the supply is 400 LBC at the time price = $4 LBC

LBC .04% of 8 Trilion = $8 LBC

LBC .01% of 8 Trillion =$2 LBC

As for the new bottom in 2022 I can see it dropping all the way down to 10 cents per LBC. If LBRY continues to grow during the bear market and viewers and creators are still looking for free markets then many of the gains made from the bull markets could be reinvested into LBRY's platform. The bottom could come quickly but end shortly and by mid 2022 it will slowly rise again from 10 cents on. I can see it staying in the top 100 and then climbing up to the top 50 and then one day reaching the top 10 before the end of the next bull run. I am unsure if it can compete with the top coins after that but if it does hit just the top 100 that will be very exciting.

9 Comments                                                                                                                       90% Upvoted

Log in or sign up to leave a comment

**Log In**

**Sign Up**

**Sort By: Best**

 freakin_sweet · 2 yr. ago

I see that you're the only one talking about this. :)

So, I'm not a crypto investor, i traded bitcoin once, like a week ago, using a robinhood account. I know enough to know what it is, and I recently joined Lbry and synced my YouTube channel to it. I've been getting some Lbry credits/coins and I was about to cash them out, but then I realized that I am getting paid in Lbry coins as if I have a tiny tiny coin mining operation which is making my stash larger every day. which is essentially a portfolio of this digital currency. So, my Lbry account can be thought of as an

investment account where my videos generate dividends in the form of these coins over time and my investment cost basis is 0 (ignoring labor for video creation).

Then, I realized that if I don't unlock/claim the tips, they help my videos grow faster (ie leave them with the video).

Then, I realized the Lbry coin has been moving up recently. A LOT.

Then, I realized that these are early days and user base is increasing by a lot. Increasing user base means less creators but more and more consumers. Which is a good sign.

Putting it all together, I'm leaving my Lbry coins where they are and treating them like an investment. I don't know what they'll be worth in the future but I'm ok to take the risk and see where this goes. If the growth of the platform and the currency are correlated, then we'll know pretty soon.

If this turns into some serious cash in the future because this coin starts getting traded, it's just going to be way too funny that this little experiment worked.

So, I'm gonna hold. Treat it like an investment account.

My Channel: https://open.lbry.com/@amanbansil:3

5     Reply     Share


KingSolomonyoutuber OP · 2 yr. ago

freedom of speech will only get more supressed over time meaning more people will go to library.

No way would I cash out early of my LBRY coins. I like to utilize them to support my videos to push out as much content as possible which in turn will give me more LBC.

Yes, it's possible a $1,200 initial investment combined with the reuruns on your channel and mining could turn into 100's of thousands if not millions of dollars.

What miners do you have and do you mine for LBC?

Do you know how we can check the statistics of users on this platform?

2     Reply     Share


freakin_sweet · 2 yr. ago

Wow you are really really bullish on this. I was just saying it'll go up a bit. But hey if you're right, great! I'm just saying maybe it will keep making incremental progress. So let me not sell because selling now just means that I'm selling the investment at almost the bottom and I'd rather risk it a bit to see where it goes.

I don't mine coins- I'm saying our videos are like tiny mining operations, they keep generating coins each day. That's cool.

I don't think Lbry will ever be the platform that takes over. It's too late. And Lbry is way too clunky. Just way too hard to use, slow, looks horrible.Even the name is horrible. It's hard to spell.

IMO This platform is going to be like the haven for those who really like free speech, privacy etc. I couldn't care less about that type of position in 2020 when we all carry around cameras, mics, and gps trackers in our pockets. I'm

here because some other people are - so it may see some success with some older market segment that care a lot about speech suppression.

Big guys are too far ahead. Something called "the network effect" has taken hold in a big way. That of their competitive advantage. Even my Mom uses YouTube. She has absolutely no clue about anything YouTube has done to creators. In simple words, no one cares or will care enough.

So IMO we will see some marginal success. And you know, if lbc on average goes up some perfect points per year that is higher than 5%, then this is a good investment. But I know lbc has been moving up faster than that so, which is why I'm not selling. And that's what I was saying :)

1       Reply   Share

 KingSolomonyoutuber **OP** · 2 yr. ago

I was really just going off what LBRY coin did last time and how there is much more interest and creators this time around. Combine that with the overall interest in the crypto space and with the fact that the majority of content creators are indeed crypto creators I can see this thing really taking off. I believe LBC has been going up more than 5% per day since march. However, there is the upcoming bear market in 2022 so we must be prepared to take profits then reinvest at the bottom back into our LBRY platfomrs.

Youtube benefits mainstream garbage and their programming promotes degenerate and immoral things and lies over truth and morality.

Yes, LBRY isn't perfect and nothing ever is this early in the working. That's why the community is working on it together to build it up. As for the slow part if you download the app it works much faster. I don't think there's such a thing as too late, if their's a demand for something then the interest will come. This is basically a niche market of video creators that allows freedom of speech combined with an instant monitization of one's channel and paying creators and viewers more than they would ever receive on youtube to start.

1       Reply   Share

 freakin_sweet · 2 yr. ago

Yea I def do appreciate the instant monetization. That was cool.

1       Reply   Share

 KingSolomonyoutuber **OP** · 2 yr. ago

Went up to 16% at one point today.

1       Reply   Share

 KingSolomonyoutuber **OP** · 2 yr. ago

Make that 20% today. We might make it to 4 cents before the end of the day. Damn

1       Reply   Share

 KingSolomonyoutuber **OP** · 2 yr. ago

LBC is up to nearly 4 cents now per coin. It's growing fairly fast as is the site. The issue is the site isn't equipped to handle the total users and it's very slow. There's millions of content creators and 100's of millions of their followers would love to come over but if it's slow then they won't come over. Hopefully these issues will be rectified soon.

1          Reply   Share

 freakin_sweet · 2 yr. ago

This is the main issue that they need to fix. They need to fix the horrendous look and feel and the wait times. But, we are at the bottom of this thing. I mean, if this service is not going to zero, then it's probably looking to appreciate in the future as more and more creators become aware. I'm actually going to create some videos about creators getting instant monetization by going through this platform because I think that will resonate with a lot of people.

But, assuming for a momentthat this service is going up in the future and that the coin will do better and better in the future, it's hugely encouraging to see LBC moving upwards like this. For instance just today it's up about 4% and in the past week it's been up about 37%, Past month over 250%. That means, as a creator, my videos generating LBC are helping me earn an investment. Now, I could certainly sell this investment and convert that to US dollars or bitcoin but the key here is that if I leave my LBC inside the platform and not claim the gift amounts, my videos are promoted more by the platform. That gives me an incentive to leave my LBC in the platform. That was some great thinking by the creator. And since I'm OK with owning LBC as an investment right now, it makes sense to hold and ride this up. I certainly would not take extra money that I have and invest it into LBC or bitcoin for that matter, because you never know with cryptocurrency. But, my videos are generating little tiny bit of LBC and that works for me.