r/lbry · Posted by u/VitaminD3goodforyou 1 year ago

Well this is a very good start for the new year for LBRY - Someone out there knows LBC potential - this is going to get HUGE as we gain higher grounds with BTC ratio.



19 Comments                                                                                                                      97% Upvoted

Log in or sign up to leave a comment

Log In

Sign Up

**Sort By: Best**

 Musiclover4200 · 1 yr. ago

Now I really regret not buying some LBC while they were just 1-2 pennys. Have made 1200+ LBC just using the platform for a few months at least. Maybe it will hit a dollar or more again eventually.

2    Reply   Share

 VitaminD3goodforyou **OP** · 1 yr. ago · *edited 1 yr. ago*

NO ONE... and I really mean NO ONE from youtube or anywhere else from any other video platforms are even talking about this and how obvious LBRY will become here in the near future, if not maybe perhaps this year of where its price range will even go to!

ENJOY THE UPCOMING PROFITING!

A pattern is forming in LBC - THIS YEAR WILL BE BIG pricewise.

Next one could happen in February 1st or 10th of the month if this coincides with December 10 first pump. Never know, perhaps Bitcoin would be at huge highs by then and some use that to buy up more LBC.

Regardless, better stock up on this then, wouldnt hurt one bit.

5    Reply   Share

 uberazzi · 1 yr. ago



EXHIBIT
141
21-cv-00260-PB

I never bought any LBC and of course I regret it lol. I just log in and earn a few scraps when I watch videos. I think these blockchain video platforms are still a little difficult for most normal people to get onto with they keys and wallets etc. This will all become a bit easier but there will also be more competion from others like 3spk. But all an all I'm pretty happy with this Lbc spike. I have earned about 750 lbc over my time there.

2   Reply   Share

 VitaminD3goodforyou OP · 1 yr. ago

Whats your channel name? I'll give you some LBC just for the hell of it lol

3   Reply   Share

 uberazzi · 1 yr. ago

awesome it's https://lbry.tv/@cflclosers:9 I won't move it bittrex. I'll learn how to use the site

1   Reply   Share

 VitaminD3goodforyou OP · 1 yr. ago

lol there SENT.

I sent you a backwards "HELLO" 0.7734 of LBC haha

Don't spend it all at once now!

3   Reply   Share

 uberazzi · 1 yr. ago

I won't but I appreciate the effort. I still need to understand how people make money there. I see that support their own videos but I don't get how that makes money or if it does.

1   Reply   Share

 VitaminD3goodforyou OP · 1 yr. ago · *edited 1 yr. ago*

Oh thats easy. Lets say you are making a Bitcoin video. Whatever your title of that video is will be automatically published as that title. Then when you see the "repost" option (once your video is published) you then press the "repost" option. Then you can create a newer title/more like a one word Title to repost on... like for example the actual word "Bitcoin" itself. You then decide how much you want to put LBC on it. So if you had 20,000 LBC posted for that word "Bitcoin", your original reposted Bitcoin video would be easier to find and placed up there in search entries whenever someone enters the word Bitcoin. If people like it, they will tip you LBC, regardless what the price of LBC is as time moves on and its price value increases. Over time, someone out there stumbles across it and tips you for the hell of it. All those tips starts adding back into your wallet pot and you can do whatever you want with it, cash it out, make more videos, tip others etc. And it doesnt have to be a full amount, you can tip 0.05 or those amounts.

2   Reply   Share

 uberazzi · 1 yr. ago



Thanks for the explanation. So the money comes from the pockets of users or is like Hive or Leo where we tip out of their rewards pool? So much easier to earn if it isn't your money lol

1   Reply   Share

VitaminD3goodforyou OP · 1 yr. ago

Have you seen the recent LBC trading charts lately? lol The Exchanges and the traders with the huge volume spikes are doing all that for us automatically bumping our own LBC value worth.

LBRY itself gives out daily tokens each day plenty to go around, what do you think happens when 1 LBC becomes more and more expensive?

2   Reply   Share

 uberazzi · 1 yr. ago

Yeah, I get that part and it's pretty cool. But at my level even 10x or 100x isn't life changing for me. the key is having more tokens. I remember when lbry was giving 10 plus tokens every log in. I do a lot better in Hive/Leo as far as earning free tokens that create real dollars faster. But, I like the lbc they give out and I'll stick with it. I'm not a video creator so not much need for me to use the platform. I might upload docs though

1   Reply   Share

 imconfusedhlp · 1 yr. ago

Sorry to disturb you, but did I understand you right? After a upload, I should repost it for better visibility? I just started uploading and still haven't figured out why my vids don't show up in new.... would really appreciate some insight!

1   Reply   Share

 VitaminD3goodforyou OP · 1 yr. ago

"repost" is basically the new version of promoting your video, however, if you originally posted with like a 0.01 LBC stake and you "reposted" into another new name BUT you only stake like another 0.01 LBC, then yeah, no ones gonna see anything. Even if you spent like 0.02 LBC.

Go check out other LBRY vids, take a look at how much they staked onto each video, you can see they average to be a modest amount some of them to some whale vids have like 20K LBCs staked on one video and such.

Also time is a factor, how long your acount has been on library and format of your

videos. To make sure your file format/whether video or photo etc is universally compatible with all devices for easy playback without hiccups. You would be surprise not all MP4/AVI/Real are all the same, latency etc.

2    Reply   Share

 imconfusedhlp · 1 yr. ago

Thank you! I looked at these stakes the last couple of days, and I must say they vary greatly. I've found everything from 0.01 - 20k or something jn every category. But I had the feeling that higher stakes made videos appear in the trending section of different categories. For now, I'm not able to support my videos with thousands of lbc lol . But it's fun and my English is improving, so that's a win.

Im pretty new. Didn't know that this affects the channel so thanks! Oh and I use handbrake to transcode the videos before uploading. Thanks a bunch for the useful information!

1    Reply   Share

 VitaminD3goodforyou OP · 1 yr. ago

No prob. Keep an eye for Cardano and ENJ as a side topic. My extra tip for you.

2    Reply   Share

 imconfusedhlp · 1 yr. ago

I'm just leaving a dot to see the channel name.

1    Reply   Share

 Isenx02 · 1 yr. ago

What do they know that we don't... Just that tech article?!
Lbry is a game changer for sure, we all know that but this pump is... woaw.

1    Reply   Share

 _PurpleAlien_ · 1 yr. ago

See my post and comments in the other thread: a Korean exchange (Upbit) enabled the LBC/KRW (Korean Won) pair. All the volume is coming form that one exchange.

2    Reply   Share

 VitaminD3goodforyou OP · 1 yr. ago

East Asian Japan/South Koreans.... "everybody there is riiich!" (speaking in a mexican imitation accent I saw from School Rumble series show.)

1    Reply   Share