Search         Lo...  S...

# Paid content is on lbry.tv!

May 21st, 2020   •   19K views                              ⓘ   8.05K

 **LBRY**
@lbry                                                              ♥ Follow

## Anyone can now purchase content on lbry.tv



## But it *is* a beta test

At LBRY, we release things when they are usable, but not perfect. Perfection comes from iteration and refinement.

There are a few known issues with paid content on lbry.tv (listed in more detail below). We're asking you to expect the system to go through improvement over the next few months (years... decades.. epochs...).

But even today you will experience a purchasing process superior than any other.

Ownership on platforms like Amazon is misleading to viewers and exploitative to creators.



When you "buy" a movie from Amazon, you do not own anything. You have a promise that Amazon will continue to *let* you watch the movie, through Amazon's services only. If Amazon ever collapses, or merges, or pivots, or fractures, or any number of things... do you think you'll keep your movies?

Additionally, Amazon exploits publishers, taking 30% or even more to schlep bits from one place to another. A $3 cut to sell a $10 ebook? It's absurd! Every publisher hates it, but many are trapped.

When you buy something on LBRY:

- Your purchase and rights are recorded forever on the LBRY blockchain
- 100% of the price goes to the publisher
- You have rights to access the data from anyone on the LBRY network, not just LBRY, Inc.

## What can you own on LBRY?

There's lots of great content! Here's a few we'll mention specifically:

**Please note: this may purchase the content for you automatically without prompting sometimes, so click only if you intend to purchase!**

## David Pakman tours his garden (25 LBC)

(/)

25

lbry://@davidpakman#7/Garden-1#5

(/@davidpakman:7/Garden-1:5)

## Howl, starring James Franco (~130 LBC)

HOWL

(/)

403.62

lbry://@oscopelabs#4/howl#9

(/@oscopelabs:4/howl:9)

## Bitcoin.com shares the story of Roger Ver (5 LBC)

Roger Ver's Business Story - EP01 - The Early Years

(/)

5

lbry://@Bitcoincom#c/roger-ver-s-business-story-ep01-the#e

(/@Bitcoincom:c/roger-ver-s-business-story-ep01-the:e)

## Bryan Lunduke's Linux Sucks Lost Recordings (20 LBC)

lbry://@Lunduke#e/sucks-2019#c

## Naomi Brockwell with Joël Valenzuela on living off cryptocurrency (10 LBC)



[Live entirely on crypto - exclusive interview (/@NaomiBrockwell:4/live-entirely-on-crypto-exclusive-interview:f)](/@NaomiBrockwell:4/live-entirely-on-crypto-exclusive-interview:f)

But there's so much great stuff! Explore:

- The #lbrytvpaidbeta test content ⎘
- Trending paid content ⎘
- The top paid content of all time ⎘

## 25,000 beta participants get up to 100 LBC of free or reimbursed purchases

If you met the qualifications laid out in

[Paid Content Is Coming to lbry.tv: What You Need To Know (/@lbry:3f/paidcontentonlbrytv:5)](/@lbry:3f/paidcontentonlbrytv:5)

, you'll now see a reward that looks like this:

![Paid Content Beta Test: Purchase eligible content and receive 50-100% of purchase price back. You have 100 LBC remaining, go buy some stuff! Get 1-26 LBC]

Every time you purchase *eligible* content, you can claim this reward until all 100 LBC has been redeemed. Here's how it works:

| PURCHASE PRICE | YOU PAY AFTER REIMBURSEMENT |
| --- | --- |
| 10 LBC or less | 0 (free) |
| 10 to 30 LBC | 1-10 LBC (50% of price above 10) |
| 30 LBC or more | between 52% and 66% back (but never more than 26 LBC total) |

Note: If your last purchase is greater than reimbursement amount, you'll get the amount which tops you off at 100LBC.

**View all eligible content (https://lbry.tv/$/discover?t=lbrytvpaidbeta&fee_amount=%3E0&claim_type=stream&channel_ids=4**
This is also now on the homepage of lbry.tv.

# New paid content filter

There's a new Price filter which allows you to choose between free and paid content on any views where additional filtering is available.



## Known issues with paid content

Now that we talked about how great it is, let's talk about a few issues:

- Paid content creator reporting is possible, but lacking. For now, we recommend creators to go to their Wallet and filter to Received Purchases.
- There is no ability to remove paid content from your Library.
- If you access your paid content outside of lbry.tv (e.g. mobile, desktop apps), it may prompt you to pay again but won't actually charge you. This will be fixed will be patched soon.
- View count may not be accurate since buyers re-watching the content will trigger a new view.
- If your refund reward does not come through, try refreshing the page and playing the content agian.

## Unknown issues with paid content

Please tell us what you like and don't like about how paid content works on LBRY :)

## Paid content is not replacing free content

Paid content is a must-have feature for a digital content *marketplace*.

But it's not intended to replace or supplant free content. We expect (and recommend) that creators currently publishing content with no price will continue to do so, especially **given what creators earn for views  (https://lbry.com/faq/view-rewards)**.

However, adding this feature will allow LBRY to lbry.tv (along with some other LBC purchasing and conversion features you'll see more news about soon) will allow the LBRY protocol to further compete in the space currently served by centralized solutions like Amoral Amazon.

And it's a nice bonus option for creators primarily producing free content to offer extra for their more committed fans.

## The heading that people skim to because they don't like reading

- Paid content is live on lbry.tv.
- Buying stuff via LBRY is super sweet, because you actually own it and 100% goes to the creator.
- Buying stuff via LBRY is in beta on lbry.tv, which means it may sometimes be less than super sweet.
- lbry.tv paid content beta testers are getting free and discounted paid content, putting us squarely back in super sweet territory.
- You can **view trending paid content** ↗ and **beta test eligible paid content** ↗.

| 0 | | 0 |
|---|---|---|
| Support | 350 Reposts | Share |

**165 comments**   Best   Controversial   New

Say something about this...

Post

**@marcosprofessor100**  1 year ago
Bom demais
Log in to reply   0   0

**@orlandofelix80**  1 year ago
Yes
Log in to reply   0   0

**@7unkrat**  1 year ago
Awesome
Log in to reply   0   0

**@defcoin23**  1 year ago
Very good

Log in

Search

Lo... S...

**@dnlnts** 1 year ago
good)

Log in to reply  0  0

**@newairdropdebbabcoin** 1 year ago
Yes good

Log in to reply  0  0

**@llagopro** 1 year ago
Muy bueno

Log in to reply  0  0

**@robertgenito** 1 year ago
...i've been waiting for this for years, btw :) so happy it is here!

Log in to reply  0  0

*[Removed]* 1 year ago
wow

Log in to reply  0  0

*[Removed]* 1 year ago
me esta encantando esta red social teneis buenas ideas para los creadores y para la gente que ve contenido ojala

perdure gracias

Log in to reply  0  0

Community Guidelines

FAQ

Support

Terms

Privacy Policy