Try LBRY        Menu



# Latest LBRY App Adds Tipping, Themes, and More
## Samuel Bryan • Sep 21 2017

The latest LBRY app, v0.16, is now available. **Get it here** (/get).

**Release Notes**



**Added**

- Added a tipping button to send LBRY Credits to a creator. Credits sent in this way come into the wallets of creators as supporting claims for the content that was tipped.

- Added an edit button on published content. Significantly improved UX for editing claims (but more to do).

- Added theme settings option and new Dark theme.

- Added a new component for rendering dates and times. This component can render the date and time of a block height, as well.

**Changed**

- Significantly more detail is shown about past transactions and new filtering options for transactions.
- File pages now show the time of a publish.
- The "auth token" displayable on Help offers security warning
- More form refactoring, including the addition of a barebones `Form` component (further progress towards form sanity).
- CSS significantly refactored to support CSS vars (and consequently easy theming).

**Fixed**

- URLs on cards will now show an ellipsis if longer than one line
- Added `gnome-keyring` dependency to .deb (#386)
- Fixed some issues with invites (#552)
- Pressing enter on forms will no longer cause weird app behavior (#542)

← Latest LBRY App Adds New First Run, Wallet, Invites, Rewards and More

buy it, use it, break it, fix it →



Case 1:21-cv-00260-PB   Document 70-19   Filed 06/03/22   Page 4 of 5



Samuel Bryan · ✉ · ⌥ · 🐦

Much of our writing is a collaboration between LBRY team members, so we use SamueL BRYan to share credit. Sam has become a friend... an imaginary friend... even though we're adults...

**COMPANY**

About
Blog
Jobs
Shop
Team

**USE LBRY**

**odysee.com**
Android
Linux
iOS

macOS

Windows

## SOCIAL

Chat on Discord

Twitter

Reddit

Facebook

Telegram

## SUPPORT

hello@lbry.com

Contact

Privacy

TOS

FAQ

Back to top