



CoinMarketCap

Cryptos: 19,720 Exchanges: 525 Market Cap: $1,221,797,202,640 24h Vol: $70,606,804,206 Dominance: BTC: 46.3% ETH: 17.5% ETH Gas: 212 Gwei

EXHIBIT
146
21-cv-00260-PB
exhibitsticker.com

Rank #837 Coin On 17,277 watchlists

LBRY Credits Price (LBC)

# $0.01227

▲1.00%

Low:$0.01211 High:$0.01229 24h

**More stats**

Buy Exchange Gaming Earn Crypto

Sponsored

Links — Website, Explorers, Socials etc.

Tags — Mineable Marketplace +1

Daily News Recap

ew Market Historical Data Project Info News Socials Ratings Analysis Price Estimates Share

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy**. If you continue to use this site, you consent to our use of cookies.

| | |
|---|---|
| **LBRY Credits Price** | **$0.01227** |
| Price Change 24h | $0.0001218 ▲ 1.00% |
| 24h Low / 24h High | $0.01211 / $0.01229 |
| Trading Volume 24h | $7,827.11 ▼ 62.33% |
| Volume / Market Cap | 0.0009751 |
| Market Dominance | 0.00% |
| Market Rank | #837 |
| **LBRY Credits Market Cap** | |
| Market Cap | $8,027,324.17 ▲ 1.00% |
| Fully Diluted Market Cap | $13,290,612.94 ▲ 1.00% |



Show more

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy**. If you continue to use this site, you consent to our use of cookies.

## LBC Price Live Data

The live **LBRY Credits price today** is $0.012270 USD with a 24-hour trading volume of $7,827.11 USD. We update our LBC to USD price in real-time. LBRY Credits is up 1.00% in the last 24 hours. The current CoinMarketCap ranking is #837, with a live market cap of $8,027,324 USD. It has a circulating supply of 654,237,215 LBC coins and a max. supply of 1,083,202,000 LBC coins.

If you would like to know where to buy LBRY Credits at the current rate, the top cryptocurrency exchanges for trading in LBRY Credits stock are currently MEXC, CoinEx, Hotbit, and Bittrex. You can find others listed on our crypto exchanges page.

Read More

### Social LBRY Credits Price Estimates  BETA

This feature is in beta testing. Place your estimates for next 6 months and see what other's are thinking about it. Data displayed are based on user input compiled by CoinMarketCap. The cut-off for estimates for each month-end is on the 21st of each month.

**6/30/2022**
17 voted

**7/31/2022**
8 voted

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy**. If you continue to use this site, you consent to our use of cookies.