1

EXHIBIT

147

21-cv-00260-PB

```
 1   UNITED STATES SECURITIES AND EXCHANGE COMMISSION

 2

 3   In the Matter of:          )

 4                              ) File No. B-03221-A

 5   LBRY                       )

 6

 7   WITNESS:  Joshua Finer

 8   PAGES:    1 through 293

 9   PLACE:    Securities and Exchange Commission

10             New York Regional Office

11             200 Vesey Street, 4th Floor

12             New York, New York 10281

13   DATE:     Wednesday, June 12, 2019

14

15        The above-entitled matter came on for a hearing,

16   pursuant to notice, at 9:42 a.m.

17

18

19

20

21

22

23

24             Diversified Reporting Services, Inc.

25                       (202) 467-9200
```

[6/12/2019 9:42 AM] Finer_Joshua_20190612

225

1    name, or you're paying for the content on

2    different angles.

3         Q    So if you flip to Page 13, there's a

4    couple of lines at the bottom that were added.

5    So the rest of the document -- I'll

6    represent -- was produced to us and I added by

7    summing up the numbers of the credits, and it

8    totals 501,973.

9              Do you see that?

10        A    Uh-huh.

11        Q    So if Flipside Crypto bought in

12   November of 2017, 375,000 LBC, that would be --

13   at least for the top content -- almost the

14   amount to buy or publish all of the top content

15   on LBC, according to Exhibit 32; is that right?

16             MR. MILLER:  Is that a question.

17             MR. MOORES:  Yeah.

18             BY MR. MOORES:

19        Q    Is that right?

20        A    Yes, but there's a ton of free

21   content that they can be teaching people to

22   use, and the majority of our activity is free

23   content.  People are used to free content like

24   YouTube.

25             MR. MILLER:  Take a break?

[6/12/2019 9:42 AM] Finer_Joshua_20190612