CONFIDENTIAL

**EXHIBIT**

**148**

21-cv-00260-PB

exhibitsticker.com

```
 1            UNITED STATES DISTRICT COURT

 2              DISTRICT OF NEW HAMPSHIRE

 3

 4  SECURITIES AND EXCHANGE      ) Civil Action No.
    COMMISSION,                  ) 1:21-cv-00260-PB
 5                               )
                  Plaintiff,     )
 6                               ) VOLUME 1
        vs.                      ) (Pages 1 to 283)
 7                               )
    LBRY, INC.,                  )
 8                               )
                  Defendant.     )
 9  _____)

10

11

12       CONFIDENTIAL VIDEOTAPED DEPOSITION OF

13                 ALEX GRINTSVAYG

14          1155 AVENUE OF THE AMERICAS

15               NEW YORK, NEW YORK

16            THURSDAY, MARCH 17, 2022

17

18

19

20

21

22

23  REPORTED BY:

24  ELBIA BAIRES

25  JOB NO. 220317LHR
```

1

**CONFIDENTIAL**

```
04:25   1              Is that the same as payment for the
        2    video content?
        3         A.    No.
        4         Q.    What is payment for video content?
04:25   5         A.    Payment is when there's a claim that
        6    says it requires a payment.  And then you send
        7    the payment to the address that's listed there.
        8         Q.    So when the publisher publishes
        9    content and makes a claim in connection with the
04:26  10    published, it can dictate whether or not a
       11    payment is required for a consumer to access the
       12    content?
       13         A.    Right.
       14         Q.    And in terms of the YouTube Sync
04:26  15    program, did LBRY require payment for content
       16    that was copied through the YouTube Sync system?
       17         A.    No.
       18              MR. DIXON:   Objection to the form.
       19         Q.    Is payment available through all of
04:26  20    the LBRY applications over time?
       21              MR. DIXON:   Objection to the form.
       22         A.    No.
       23         Q.    Which ones was it not available?
       24         A.    Spe.ch.
04:27  25         Q.    Was it available on LBRY TV?
```

218

**CONFIDENTIAL**

04:27  1      A.      I don't remember.

       2      Q.      Is it currently available in Odysee?

       3      A.      Yes.

       4      Q.      Is it currently available in the LBRY

04:27  5   desktop?

       6      A.      Yes.

       7      Q.      Is it currently available in the

       8   mobile application?

       9      A.      Yes.

04:27 10      Q.      At what point in time did payment --

      11   was it supported in the LBRY desktop

      12   application?

      13      A.      I'm not sure.

      14      Q.      When was payment fist supported in

04:28 15   the mobile application?

      16      A.      I'm not sure.

      17      Q.      When was payment first supported in

      18   the Odysee application?

      19      A.      I think since the beginning.  Since

04:28 20   whenever Odysee was -- was first an application.

      21      Q.      Was it already available -- was

      22   payment already available in the LBRY desktop at

      23   the point of -- that Odysee started?

      24      A.      Yes.

04:28 25      Q.      And was payment available in the

219

**CONFIDENTIAL**

```
04:28    1   mobile application at the point that Odysee

         2   started?

         3        A.    Yes.

         4        Q.    When LBRY or Odysee publishes

04:28    5   content, does it require payment?

         6             MR. DIXON:  Objection to the form.

         7        A.    Maybe sometimes.

         8        Q.    Can you remember a piece of content

         9   that LBRY published that when it was completing

04:29   10   the claim, it required payment?

        11        A.    Yes.

        12        Q.    What was that?

        13        A.    It's a video that Jeremy published.

        14   To show that people can pay for videos.

04:29   15        Q.    Besides that sort of examplar

        16   published by LBRY, can you think of any other

        17   content that LBRY published that wasn't free

        18   content?

        19        A.    I published content that wasn't free.

04:29   20        Q.    On behalf of the company or you

        21   personally?

        22        A.    I guess me personally.  I can't think

        23   of another one.

        24        Q.    In terms of what's recorded on the

04:30   25   blockchain, is whether or not a payment has been
```

220

CONFIDENTIAL

| | | | |
|---|---|---|---|
| 06:10 | 1 | Q. | Who is Liam Cardenas? |
| | 2 | A. | He used to work for LBRY. |
| | 3 | | MR. MOORES:  For the record, |
| | 4 | C-A-R-D-E-N-A-S. | |
| 06:10 | 5 | Q. | Who is Travis Eden? |
| | 6 | A. | He used to work for LBRY. |
| | 7 | Q. | Who's Xander Luciano? |
| | 8 | A. | He used to work for Odysee. |
| | 9 | Q. | Who is Paul Webb? |
| 06:10 | 10 | A. | He used to work for LBRY. |
| | 11 | Q. | Who is Anthony Mayfield? |
| | 12 | A. | I believe he works for LBRY -- for |
| | 13 | Odysee. | |
| | 14 | Q. | Who is Igor Gassmann? |
| 06:10 | 15 | A. | He used to work for LBRY. |
| | 16 | Q. | Who is Zhu Dung Li (phonetic)? |
| | 17 | A. | I think that's Roy. |
| | 18 | Q. | And who is Johnny Nelson? |
| | 19 | A. | He works for Odysee. |
| 06:11 | 20 | Q. | Have you ever participated in a LBRY |
| | 21 | program by which you purchased LBC? | |
| | 22 | A. | Yes. |
| | 23 | Q. | When did you first participate? |
| | 24 | A. | Sometime last year, I believe. |
| 06:11 | 25 | Q. | In 2021? |

270

GRADILLAS COURT REPORTERS
(424) 239-2800

CONFIDENTIAL

06:11  1          A.      I believe so.

       2          Q.      Are you still participating in a

       3   employee LBC purchase program?

       4          A.      Yes.

06:11  5          Q.      And can you describe for me how that

       6   program works?

       7          A.      Every month, LBRY takes $50 out of my

       8   paycheck and sends me $50 worth of LBC.

       9          Q.      How was the price set?

06:12 10          A.      I believe it's the market price.

      11          Q.      Do you know?

      12          A.      Um -- yes.  I think that's it.  Or

      13   maybe there's some kind of discount or

      14   something.  I'm not sure.

06:12 15          Q.      Did you sign any agreement when you

      16   began the -- when you purchased -- first

      17   purchased to get into the program?

      18          A.      I don't remember doing that.

      19          Q.      Sign off on anything --

06:12 20          A.      I don't think so.

      21          Q.      -- to have them take money out of

      22   your paycheck?

      23          A.      No, I don't think so.  Like I can't

      24   remember doing that.

06:12 25          Q.      Did you at least orally agree to it?

                                                              271

**CONFIDENTIAL**

06:13   1        A.      Yes.

        2        Q.      I mean, so have you ever heard of an

        3   opt-in versus opt-out program?

        4        A.      Yes.

06:13   5        Q.      Is the LBC employee purchase program

        6   an opt-out program or opt-in program?

        7        A.      Opt-in.

        8        Q.      So you opted in?

        9        A.      Yes.

06:13  10        Q.      Is there restriction on your usage of

       11   the LBC?

       12        A.      Not that I know of.

       13        Q.      Are there requirements for how you

       14   are to use the LBC?

06:13  15        A.      Not that I know of.

       16        Q.      Why did you decide to participate in

       17   the program?

       18        A.      I'm not sure.

       19        Q.      The program's been around for a few

06:13  20   years at least, right?

       21        A.      Yes.

       22        Q.      And why did you not participate

       23   earlier?

       24        A.      I don't remember.

06:14  25        Q.      How -- what have you done with the

                                                              272

**CONFIDENTIAL**

```
06:14    1  LBC that you have purchased in the LBC employee

         2  purchase program?

         3       A.    Nothing.

         4       Q.    It sits in your digital wallet?

06:14    5       A.    Yes.

         6       Q.    Why have you done nothing with it?

         7       A.    I don't know.

         8       Q.    Do you own LBC that you otherwise

         9  acquired?

06:14   10       A.    Yes.

        11       Q.    How did you acquire that LBC?

        12       A.    From LBRY.

        13       Q.    When did you acquire the LBC from

        14  LBRY?

06:15   15       A.    I don't remember.

        16       Q.    Did you pay for it?

        17       A.    No.

        18       Q.    LBRY just gave it to you?

        19       A.    Yes.

06:15   20       Q.    Was it for all the hard work you've

        21  been doing or like a bonus?

        22       A.    No.

        23       Q.    Was it a clerical error?  You somehow

        24  got it and they don't even know about it or --

06:15   25       A.    No.
```

                                                                    273