```
                                                                    1
 1   UNITED STATES SECURITIES AND EXCHANGE COMMISSION
 2
 3   In the Matter of:    )
 4                        ) File No.  B-03221-A
 5   LBRY                 )
 6
 7   WITNESS:   Thomas Zarebczan
 8   PAGES:     1 through 215
 9   PLACE:     33 Arch Street
10              Boston, Massachusetts
11   DATE:      Wednesday, July 10, 2019
12
13        The above-entitled matter came on for hearing,
14   pursuant to notice, at 9:42 a.m.
15
16
17
18
19
20
21
22
23
24        Diversified Reporting Services, Inc.
25               (202) 467-9200
```

**EXHIBIT 149**
21-cv-00260-PB

127

1    at LBRY that the supply of LBC on Bittrex or
2    Poloniex was insufficient for users?
3         A    I wouldn't -- I wouldn't know.
4         Q    Did you have any concern that the supply
5    of LBC on Bittrex or Poloniex or ShapeShift was
6    insufficient for users?
7         A    Can you rephrase the question again?
8         Q    Sure.  Did you have any concern that the
9    supply of LBC on available on Bittrex or Poloniex or
10   ShapeShift was insufficient for users?
11        A    No.  I think what I was going towards is
12   just having more options in terms of exchanges.
13        Q    On the backside of Exhibit No. 75, you
14   have a Tweet -- and these are Tweets, right?
15        A    Yes.
16        Q    Which references an old blog post about
17   price.  Is that price of LBC?
18             (Reviewing document.)
19        A    Can I read through the --
20        Q    Sure.
21        A    -- page first?
22        Q    Of course.
23             (Reviewing document.)
24        A    Okay.  I've read through it.
25        Q    Sure.  So I was -- you had referenced a

```
 1    blog post and I think you actually link it here in
 2    the Tweet.  Is that what you did?
 3         A    Yeah.
 4         Q    And I'll hand you what had been previously
 5    marked as Exhibit No. 51.  Is Exhibit 51 a copy of
 6    the blog post that you are referencing in
 7    Exhibit 75?
 8                (Reviewing document.)
 9         A    Looks like the titles match.
10         Q    Have you read the blog post that is
11    Exhibit 51?
12         A    I've read it at some point in the past.
13         Q    In Exhibit 75, in your Tweet you said that
14    "it pretty much still holds true," is that correct?
15    Did I read that correctly?
16                (Reviewing document.)
17         A    That's what I wrote, yes.
18         Q    And with reference to Exhibit 51, what as
19    of April 2018 was not true, if anything?  You said
20    "pretty much holds true."  Is there something that
21    wasn't still true with respect to Exhibit 51?
22         A    Do you mind if I read?
23         Q    Of course.  Take your time.
24                (Reviewing document.)
25         A    Okay.  I've read it.  What was the
```

1   question again?
2        Q    Sure.
3        A    Oh, there's more.  No, that's just the
4   biography.
5        Q    So in your April 2018 Tweet you said that
6   the post titled "Acryptypical:  The CEO of LBRY on
7   the price of LBC" pretty much still holds true.
8             Is there anything that you remember that
9   was not true as of April 2018 when that was written
10  in the post?
11       A    Not that I recall, no.
12       Q    Why did you pull this post out from
13  November 15, 2016, in April of 2018?
14       A    I think there's even a point mentioned in
15  the article about it, so I think a lot of what
16  LBRY -- the culture that was built around LBRY and
17  how we -- how we conducted ourselves when it came
18  into regards around the price of LBRY, I thought
19  this was like a strong article and it was easy to
20  refer others to it when they would ask about the
21  price.
22            So I think there's one -- if you -- we
23  will not speculate about the price of LBC.  If you
24  ask us, we'll probably link you here (as read).
25       Q    And that you just wrote -- read from

1   Exhibit 51, is that right?
2       A    Correct.
3       Q    So looking back at Exhibit 75, the last
4   Tweet in sort of the string of Tweets you wrote,
5   Right now we still have very beta products but when
6   they're ready for more eyes, we'll be pushing harder
7   to get the word out (as read).
8            Also, what we are trying to achieve won't
9   happen overnight.  It will take a slow/long culture
10  shift.  Thanks for the support! (as read).  What did
11  you mean about a slow/long cultural shift -- or
12  culture shift?
13      A    Let me see what the previous messages
14  were.
15           (Reviewing document.)
16      A    I was referring to the -- to the
17  statement he made about marketing and PR.  We didn't
18  believe -- I think it's mentioned in the article as
19  well that any amount of marketing and PR would have
20  helped LBRY anyway at that -- that particular time.
21      Q    The sentence begins, Also what we are
22  trying to achieve won't happen overnight (as read).
23  What is it that LBRY was trying to achieve that
24  wouldn't happen overnight?
25      A    Creating -- creating this open protocol

209

```
 1                    (Reviewing document.)
 2               THE WITNESS:  Is this the page?
 3               MR. SCHUMAN:  Keep going.
 4                    (Reviewing document.)
 5               MR. SCHUMAN:  Anywhere you want to
 6      finish up on that page.
 7               THE WITNESS:  Yeah.
 8         Q    All right.  With respect to this exhibit,
 9      there's a back-and-forth between yourself and
10      someone called the ghost in the Telegram thread.  Do
11      you know who the ghost is?
12         A    No.
13         Q    All right.  There is -- one of the
14      comments that is on one of the pages that begins
15      9 -- it's at 9:40 at the bottom.  So the ghost,
16      If you are so arrogantly idealistic, why haven't
17      you done the fundraising in a conventional way?
18      (as read).
19               And then over the next couple pages of the
20      exhibit, there's a back-and-forth with the ghost and
21      then I'm going to flip over to this page here which
22      has at the top, it just says in reply to this
23      message, it's a little over a billion (as read).
24               And part of the way down you wrote
25      speculators.  We literally told people not to buy
```

210

1   LBC (as read).  When did LBRY tell people not to buy
2   LBC?
3           (Reviewing document.)
4       A   I think what I was referencing was the
5   same exhibit we saw before.
6       Q   Acryptyical post by Jeremy Kauffman which
7   is Exhibit 51?
8       A   Yeah.
9       Q   And you understood that to mean LBRY was
10  telling people not to buy LBC?
11      A   I think there might have been one -- if I
12  remember correctly, that's one of the things I
13  remember.  It's in the back of my mind.
14          MR. SCHUMAN:  Do you mean people or
15  speculators?
16          MR. MOORES:  Well, it says we
17  literally told people, people not to buy LBC
18  (as read).
19      Q   The next line says, Sorry about the tone.
20  It's just tiring to defend the price all the time
21  (as read).
22          "Defend the price," do you know what
23  that means?
24          Or what did you mean by that?  Sorry.
25      A   Just people coming in and complaining

[7/10/2019 9:42 AM] ZAREBCZAN_THOMAS_20190710

1    about the price.
2         Q    Of LBC?
3         A    Yeah.  That they're looking at, yeah.
4         Q    You write later on, that's all people care
5    about.  Is that accurate?
6              MR. SCHUMAN:  I'm sorry.  I know
7    you're rushing because of the time, but it says when
8    we have no control over and when -- it's when that's
9    all people cared about (as read).
10        A    I was referring to these people who are
11   complaining about the price.
12        Q    That's all they care about?
13        A    That's what they're complaining about.  A
14   lot of times that's how --
15             (SEC Exhibit No. 93 was marked
16              for identification.)
17        Q    Tom, I'd like to jump to Exhibit No. 93,
18   which is a Reddit thread, two pages.  It is posted
19   on March 19th, 2019.  It is entitled How is content
20   hosted? (as read).
21             Do you see that?
22        A    Mh-hmm.
23        Q    And --
24        A    Can I read through that?
25        Q    Sure.  And I'll have a question just as to