CONFIDENTIAL

EXHIBIT
**150**
21-cv-00260-PB

```
 1              UNITED STATES DISTRICT COURT
 2                DISTRICT OF NEW HAMPSHIRE
 3
 4  SECURITIES AND EXCHANGE      ) Civil Action No.
    COMMISSION,                  ) 1:21-cv-00260-PB
 5                               )
              Plaintiff,         )
 6                               ) VOLUME 1
       vs.                       ) (Pages 1 to 339)
 7                               )
    LBRY, INC.,                  )
 8                               )
              Defendant.         )
 9  _____)
10
11
12            CONFIDENTIAL DEPOSITION OF
13                 DR. BORIS RICHARD
14            VIA WEBEX VIDEOCONFERENCE
15              Wednesday, March 30, 2022
16
17
18
19
20
21
22
23  REPORTED BY:
24  ELBIA BAIRES
25  JOB NO. 220330LHR
```

1

CONFIDENTIAL

```
 1  addresses, right?
 2          MS. MECHANIC:  Objection.
 3      A.  I did adjust on-chain transaction
 4  volume by remove the LBRY, Inc. related
 5  transactions on-chain, yes.
 6      Q.  Did you remove any transactions
 7  from -- from the data in column B?
 8      A.  No.  No, I did not.
 9      Q.  Okay.  You didn't back out any
10  trading that LBRY may have done itself?
11          MS. MECHANIC:  Objection.
12      A.  No.
13      Q.  Okay.  What type of activity is
14  considered on-chain network activity?
15      A.  Generally speaking, any transfers of
16  cryptocurrency between addresses is recorded on
17  a blockchain, appended to a block and validated
18  by the validator.  That's what -- so any
19  transfer of token is considered -- is
20  considered an on-chain activity.
21      Q.  Okay.  Some of those transfers of
22  tokens are not the economic uses for LBC that
23  you detail in your report, correct?
24          MS. MECHANIC:  Objection.
25      A.  Can you -- can you clarify your --
```

193

**CONFIDENTIAL**

```
 1  your question, please.
 2       Q.    Sure.  Let me give you a for
 3  example.
 4             Let's say there's a wallet address
 5  and the person who controls that wallet address
 6  wants to split it into two wallets.
 7             Is that the economic uses of LBC
 8  that you are talking about in your report?
 9       A.    Generally, no.
10       Q.    Okay.  What if there is a wallet
11  address and the person who controls that wallet
12  address just wants to transfer it to a
13  different wallet address.
14             Is that part of the economic uses
15  that you are detailing in your report?
16             MS. MECHANIC:  Objection.
17       A.    It -- it might be.  But it might be
18  not.  So depends on the purpose of that split.
19       Q.    Okay.  So, for instance, if -- if
20  someone had a wallet address and they said oh,
21  I'm a little worried about the security of this
22  address.  I'm going to transfer it to another
23  address.
24             Would that be an economic use of
25  LBC?
```

194

**CONFIDENTIAL**

```
 1                MS. MECHANIC:  Objection.
 2    Objection.
 3        A.    Can you repeat the question?  I'm
 4    sorry.  I missed it.
 5        Q.    I can try.
 6              If someone had a wallet address and
 7    became concerned about the security of that
 8    wallet address and transferred those LBCs to a
 9    different wallet address, would you consider
10    that as one of the economic uses of LBC?
11                MS. MECHANIC:  Objection.
12        A.    General speaking, if it's a
13    security-related concern and it's not related
14    to the consumption of or sharing of the
15    information, I would probably call it non --
16    non-consumptive use of that.
17        Q.    Okay.
18        A.    Albeit, again, who knows.  That
19    person might be planning to create a new
20    channel into what he wants to associate that
21    particular channel, you know, with a particular
22    address.
23              So who knows.  It depends on the
24    ultimate goal of that user.  If he wants to
25    receive tips for that particular channel,
```

195

1  contributions to a particular address that's
2  different from the original, could he do that,
3  possibly.
4      Q.   If that person that wanted to create
5  a channel, that would be a separate blockchain
6  activity, right?  That would be a separate
7  transaction on the blockchain?
8      A.   That would be -- yes, that would be
9  like creating a new claim on the LBRY
10 blockchain.
11     Q.   So you'd be capturing that whether
12 or not you included the transfer from one
13 wallet to another?
14          MS. MECHANIC:  Objection.
15     A.   It would be -- it would be included
16 on-chain, yes.
17     Q.   Did you do anything, Doctor, to --
18 to deduct from the on-chain transaction volume,
19 transactions that were unrelated to the
20 economic uses of LBC?
21     A.   Put it this way, we -- I removed
22 obviously on-chain transfers that were related
23 to LBRY.  Right.  And we talked about it
24 before.  They may be some transactions that are
25 not related to using or exchanging information.

196

CONFIDENTIAL

1           So yeah, there may be some that --
2  that are sitting in the on-chain transaction
3  volume.
4       Q.    And those transactions would not
5  reflect the sort of end-user use of LBC as, you
6  know, for a video sharing platform, correct?
7           MS. MECHANIC:   Objection.
8       A.    I mean, hypothetically, yes.   But --
9  hypothetically speaking, yes.   But many of the
10 non-consumptive uses of LBC token are enabled
11 within -- you know, they are enabled within the
12 wallet.   So that may not -- that would be
13 cheating the cryptocurrency exchanges.
14      Q.    Okay.  Well, let's actually talk
15 about exchanges.
16           If a person who had a wallet address
17 transferred their tokens from the wallet
18 address to a digital trading platform, would
19 that cause an on-chain transaction to be
20 recorded?
21      A.    If you transfer a token from one of
22 your addresses to an address at an exchange,
23 that would be recorded on-chain, correct.
24      Q.    Okay.  And I take it -- would you
25 agree that that is not one of the economic uses

197

```
1                MS. MECHANIC:  Objection.
2        A.      If -- can you repeat the question
3   again?  I'm sorry.
4        Q.      Sure.
5                If Exhibit 147, the on-chain
6   transaction data, does not deduct all of the
7   LBRY wallet activity, would that introduce
8   error into the results of your reporting in
9   Exhibits 5A, 5B, 6, 7A and 7B?
10               MS. MECHANIC:  Objection.
11       A.      If -- if we missed some of the LBRY
12  related activity, that's correct.
13       Q.      Okay.
14       A.      It could -- it could introduce some
15  error.
16       Q.      And does the -- the concept that the
17  whole wallet amount is transacted on-chain,
18  does that throw off your on-chain transaction
19  volume estimations for 5A, 5B, 6, 7A and 7B?
20               MS. MECHANIC:  Objection.
21       A.      In principle, it might.  But I don't
22  know the quantification of that particular
23  impact.
24       Q.      Well, you -- you want your on-chain
25  transaction volume to be measuring user
```

244

**CONFIDENTIAL**

1  activity, right?
2       A.   I'm doing the best effort to do
3  that, yes.
4       Q.   Right.
5            If a user tips one LBC to a content
6  creator, you want that to register as one LBC
7  of volume, correct?
8            MS. MECHANIC:  Objection.
9       A.   That's -- that's correct.  Yes.
10      Q.   So if -- if the transaction volume
11 that the block is recording is actually a
12 thousand LBC for that transaction because
13 there's a thousand LBC in that user's wallet,
14 your on-chain transaction volume for that
15 transaction is off, correct?
16           MS. MECHANIC:  Objection.
17      A.   Well, it depends if it goes back to
18 the change address or not.  If it's a full
19 amount, then there is no error.  If there is a
20 change address related, then one LBC recorded,
21 that would be fair representation of the -- of
22 the actual activity that happened.
23      Q.   Right.
24           For that transaction, at least as
25 you are saying, if it goes to a different

245

**CONFIDENTIAL**

```
 1   address, that's a thousand times off what you
 2   would want it to be?
 3              MS. MECHANIC:  Objection.
 4        A.    I'm not sure.  I have to look at
 5   some specific examples of -- of the
 6   transactional activity related to particular
 7   users.
 8        Q.    But you would want it to be one?  A
 9   tip of one should be one on-chain transaction.
10        A.    Ideally, yes.
11        Q.    Okay.  Well, ideally, and in order
12   to make the assumption that on-chain
13   transaction volume is representative of user
14   activity, correct?
15        A.    I want to represent the user
16   activity, yeah, to the best possible way.
17   Correct.
18        Q.    Right.
19              And to do that, you need your
20   on-chain transaction volume to record the
21   amount of transaction not the total amount of
22   the wallet, correct?
23              MS. MECHANIC:  Objection.
24        A.    I definitely -- not the amount --
25   not -- not the balance of the wallet.
```

246

1  measure of a -- of the statistical fit.
2     Q.   Okay.
3     A.   Over particular -- over particular
4  regression model.  So the -- it's the fraction
5  of the total variation and the variable that's
6  explained -- that's explained by the -- that's
7  explained by the explanatory variable.
8     Q.   Okay.  So let's look about midway
9  through your report, can you go out to column
10 GW.
11    A.   GW?
12    Q.   G as in George, W as in water.
13         MS. MECHANIC:  Not Washington?
14         MR. JONES:  That would have been
15 better, Rachel.  Thank you.  I'm in trouble
16 because my sister went to GW.
17         MS. MECHANIC:  As did I.
18    A.   Okay.
19    Q.   Okay.  What's the R squared in
20 column GW?
21    A.   .01.
22    Q.   So one percent?
23    A.   That's correct.
24    Q.   And does that mean for this
25 estimation period, which goes between 11/7/2019

307

1  and 2/5/20, that the change in Bitcoin price
2  explains 1.3 percent of the change in LBC
3  price?
4        A.    Generally speaking, yes.
5        Q.    All right.  And then going over to
6  column GZ, there's two percent, correct?
7        A.    GZ -- yes.
8        Q.    Then going back to column GT, it's
9  1.5 percent, correct?
10       A.    Yes.
11       Q.    So for these time periods at least,
12 the change in Bitcoin price is explaining very
13 little of the variation in LBC price, correct?
14             MS. MECHANIC:  Objection.
15       A.    The Bitcoin -- the Bitcoin did --
16 did explain very little of the LBC price token
17 performances.
18       Q.    All right.  So if the Bitcoin
19 change -- price change is explaining
20 two percent of the variation in LBC price, then
21 presumably, something else or a set of
22 somethings else is explaining the other
23 98 percent, correct?
24       A.    For that particular day, yes.
25       Q.    All right.  You see there's also

308

```
 1              MS. MECHANIC:  Just for the record,
 2   again, this is the SEC's document, not --
 3              MR. JONES:  Yes, Rachel, it's a
 4   summary of the spreadsheet, as I've described.
 5              MS. MECHANIC:  As you've represented
 6   it.  So I just want to remind the witness the
 7   take his time to look at it.
 8              MR. JONES:  Okay.  Well, reminding
 9   the witness is not appropriate.
10              MS. MECHANIC:  Okay.  Let's just
11   continue.
12       A.   So I see the LBC return on the Y
13   axis, the Bitcoin return on the X axis.  So the
14   positive -- the positive slope implies that
15   there's a positive relationship between the
16   two --
17       Q.   Based on your regression output
18   spreadsheet, Dr. Richard, you have some periods
19   where when BTC goes up, LBC goes down and some
20   period when BTC goes up, LBC goes up, correct?
21              MS. MECHANIC:  Objection.
22       A.   Well, these are two periods.  I have
23   not looked at specifically how the coefficient
24   changes, you know, on -- on a daily or a
25   monthly basis.
```

332