**Bittrex Trade Data Excerpt from Bittrex-SECLBRY-0000001 and Bittrex-SECLBRY-0000001**

| FIRST NAME | LAST NAME | CREATED DATE | COUNTRY OF RESIDENCE | TOTAL QTY OF LBC FILLED |
|---|---|---|---|---|
| PHILIP A | BERNICK | 8/12/2017 | USA | 12,538.8941 |
| JORDAN DANIEL | BLACKBURN | 7/11/2017 | USA | 65,978.4413 |
| PAUL SILVANO | LUCERO | 6/15/2020 | USA | 100,073.2298 |
| CASSERLY | MAGGIO | 2/28/2021 | USA | 589,877.3539 |
| LUKE PHILIP | WHITTEMORE | 7/3/2017 | USA | 475,651.5572 |



EXHIBIT 151
21-cv-00260-PB

**Bittrex Trade Data Excerpt from Bittrex-SECLBRY-0000001 and Bittrex-SECLBRY-0000001**

| FIRSTNAME | LASTNAME | ORDERTYPE | QUOTE | MARKET | QUANTITY_REQUESTED | QUANTITY_FILLED | LIMIT | COMMISSION PAID | PROCEEDS | OPENED | CLOSED | open_date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PHILIP A | BERNICK | CEILING_MARKET_BUY | BTC | LBC | | 3838.894101 | | 0.00002841 | 0.01420389 | 14DEC2020:20:49:32.230 | 14DEC2020:20:49:32.230 | 12/14/2020 |
| PHILIP A | BERNICK | LIMIT_BUY | BTC | LBC | 1200 | 1200 | 0.00000271 | 0.00000648 | 0.00325199 | 17DEC2020:14:43:50.329 | 17DEC2020:14:45:12.029 | 12/17/2020 |
| PHILIP A | BERNICK | LIMIT_SELL | BTC | LBC | 1000 | 1000 | 0.00000375 | 0.00001312 | 0.00375 | 28DEC2020:00:27:46.950 | 01JAN2021:02:38:52.690 | 12/28/2020 |
| PHILIP A | BERNICK | LIMIT_SELL | BTC | LBC | 1500 | 1500 | 0.0000047 | 0.00002467 | 0.00705 | 28DEC2020:00:28:11.480 | 01JAN2021:03:20:45.559 | 12/28/2020 |
| PHILIP A | BERNICK | LIMIT_BUY | BTC | LBC | 2000 | 2000 | 0.00000325 | 0.00002273 | 0.00649999 | 02JAN2021:14:58:36.789 | 02JAN2021:15:31:34.180 | 1/2/2021 |
| PHILIP A | BERNICK | LIMIT_BUY | BTC | LBC | 1000 | 1000 | 0.00000328 | 0.00001148 | 0.00328 | 02JAN2021:14:54:50.609 | 02JAN2021:14:54:50.609 | 1/2/2021 |
| PHILIP A | BERNICK | LIMIT_BUY | USD | LBC | 2000 | 2000 | 0.21922 | 1.53453999 | 438.44 | 06APR2021:03:21:57.119 | 06APR2021:04:02:18.599 | 4/6/2021 |

**Bittrex Trade Data Excerpt from Bittrex-SECLBRY-0000001 and Bittrex-SECLBRY-0000001**

| FIRSTNAME | LASTNAME | ORDERTYPE | QUOTE | MARKET | QUANTITY_REQUESTED | QUANTITY_FILLED | LIMIT | COMMISSION PAID | PROCEEDS | OPENED | CLOSED | open_date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JORDAN DANIEL | BLACKBURN | LIMIT_SELL | BTC | LBC | 1000 | 1000 | 0.0000885 | 0.00022109 | 0.08849993 | 12JAN2018:21:36:13.266 | 12JAN2018:21:39:49.490 | 1/12/2018 |
| JORDAN DANIEL | BLACKBURN | LIMIT_BUY | BTC | LBC | 4289.482443 | 4289.482443 | 0.00000144 | 0.00000926 | 0.00617685 | 05NOV2020:18:31:48.279 | 05NOV2020:18:31:48.279 | 11/5/2020 |
| JORDAN DANIEL | BLACKBURN | LIMIT_SELL | USDT | LBC | 4375 | 4375 | 0.092 | 0.80508749 | 402.54375 | 11DEC2020:05:25:18.339 | 11DEC2020:05:25:18.339 | 12/11/2020 |
| JORDAN DANIEL | BLACKBURN | LIMIT_BUY | USDT | LBC | 4555.555556 | 4555.555556 | 0.08875 | 0 | 404.2859557 | 08JAN2021:08:25:52.670 | 08JAN2021:08:25:52.769 | 1/8/2021 |
| JORDAN DANIEL | BLACKBURN | LIMIT_BUY | USDT | LBC | 1239.017797 | 100.9773985 | 0.08878 | 0 | 8.96477344 | 08JAN2021:08:27:44.930 | 08JAN2021:08:28:44.660 | 1/8/2021 |
| JORDAN DANIEL | BLACKBURN | LIMIT_BUY | USDT | LBC | 8477.315104 | 8477.315104 | 0.08845 | 0 | 749.8185209 | 08JAN2021:08:46:41.569 | 08JAN2021:08:46:53.910 | 1/8/2021 |
| JORDAN DANIEL | BLACKBURN | LIMIT_SELL | BTC | LBC | 7545.453216 | 7545.453216 | 0.00000359 | 0 | 0.02708815 | 29MAR2021:23:19:56.609 | 29MAR2021:23:19:56.740 | 3/29/2021 |
| JORDAN DANIEL | BLACKBURN | LIMIT_SELL | USDT | LBC | 2500 | 2500 | 0.24722 | 0 | 618.05 | 29MAR2021:22:33:59.450 | 29MAR2021:22:34:10.359 | 3/29/2021 |
| JORDAN DANIEL | BLACKBURN | LIMIT_SELL | USDT | LBC | 4200 | 4200 | 0.25658 | 0 | 1077.636 | 29MAR2021:22:13:08.970 | 29MAR2021:22:13:09.079 | 3/29/2021 |
| JORDAN DANIEL | BLACKBURN | LIMIT_BUY | BTC | LBC | 6731.589064 | 6731.589064 | 0.00000401 | 0.00009447 | 0.02699367 | 03APR2021:00:50:58.019 | 03APR2021:00:54:40.900 | 4/3/2021 |
| JORDAN DANIEL | BLACKBURN | LIMIT_BUY | USDT | LBC | 7107.041859 | 7107.041859 | 0.23762 | 5.9107135 | 1688.775286 | 03APR2021:00:50:33.460 | 03APR2021:00:54:42.460 | 4/3/2021 |
| JORDAN DANIEL | BLACKBURN | LIMIT_SELL | BTC | LBC | 4600 | 4600 | 0.00000382 | 0.0000615 | 0.017572 | 08APR2021:21:57:46.019 | 08APR2021:21:57:46.019 | 4/8/2021 |
| JORDAN DANIEL | BLACKBURN | LIMIT_SELL | BTC | LBC | 683.7018929 | 500.3506173 | 0.00000328 | 0 | 0.00164114 | 14APR2021:14:21:23.170 | 14APR2021:14:21:30.849 | 4/14/2021 |
| JORDAN DANIEL | BLACKBURN | LIMIT_SELL | BTC | LBC | 2217.19069 | 1533.488797 | 0.0000033 | 0 | 0.0050605 | 14APR2021:14:14:02.950 | 14APR2021:14:17:53.670 | 4/14/2021 |
| JORDAN DANIEL | BLACKBURN | LIMIT_SELL | BTC | LBC | 9238.630923 | 7021.440233 | 0.00000331 | 0.00008131 | 0.02324093 | 14APR2021:13:59:31.740 | 14APR2021:14:13:41.049 | 4/14/2021 |
| JORDAN DANIEL | BLACKBURN | LIMIT_SELL | BTC | LBC | 256.2465756 | 256.2465756 | 0.00000328 | 0 | 0.00084048 | 14APR2021:14:25:07.680 | 14APR2021:14:25:07.680 | 4/14/2021 |
| JORDAN DANIEL | BLACKBURN | LIMIT_BUY | ETH | LBC | 72.8953 | 72.8953 | 0.0001 | 0 | 0.00728953 | 14APR2021:14:24:37.279 | 14APR2021:14:24:37.279 | 4/14/2021 |

**Bittrex Trade Data Excerpt from Bittrex-SECLBRY-0000001 and Bittrex-SECLBRY-0000001**

| FIRSTNAME | LASTNAME | ORDERTYPE | QUOTE | MARKET | QUANTITY_REQUESTED | QUANTITY_FILLED | LIMIT | COMMISSION PAID | PROCEEDS | OPENED | CLOSED | open_date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PAUL SILVANO | LUCERO | LIMIT_BUY | BTC | LBC | 3400 | 3400 | 0.00000234 | 0.00002784 | 0.007956 | 13JAN2021:19:18:41.769 | 13JAN2021:19:18:41.769 | 1/13/2021 |
| PAUL SILVANO | LUCERO | LIMIT_BUY | BTC | LBC | 3190 | 3190 | 0.0000023 | 0.00002567 | 0.00733699 | 15JAN2021:01:50:56.390 | 15JAN2021:01:50:56.390 | 1/15/2021 |
| PAUL SILVANO | LUCERO | MARKET_BUY | BTC | LBC | 5610 | 5610 | | 0.00004555 | 0.0130152 | 16JAN2021:20:28:17.430 | 16JAN2021:20:28:17.430 | 1/16/2021 |
| PAUL SILVANO | LUCERO | MARKET_BUY | BTC | LBC | 4500 | 4500 | | 0.00005087 | 0.014535 | 22JAN2021:19:54:51.529 | 22JAN2021:19:54:51.529 | 1/22/2021 |
| PAUL SILVANO | LUCERO | MARKET_BUY | BTC | LBC | 4800 | 4800 | | 0.0000504 | 0.0144 | 02FEB2021:00:15:50.410 | 02FEB2021:00:15:50.410 | 2/2/2021 |
| PAUL SILVANO | LUCERO | MARKET_BUY | BTC | LBC | 2900 | 2900 | | 0.00003339 | 0.009541 | 17FEB2021:21:16:06.839 | 17FEB2021:21:16:06.839 | 2/17/2021 |
| PAUL SILVANO | LUCERO | MARKET_BUY | BTC | LBC | 5990 | 5990 | | 0.00006583 | 0.0188086 | 18FEB2021:00:19:41.759 | 18FEB2021:00:19:41.759 | 2/18/2021 |
| PAUL SILVANO | LUCERO | MARKET_BUY | BTC | LBC | 5440 | 5440 | | 0.00008796 | 0.0251328 | 20MAR2021:02:40:59.619 | 20MAR2021:02:40:59.619 | 3/20/2021 |
| PAUL SILVANO | LUCERO | MARKET_BUY | BTC | LBC | 8284.447665 | 8284.447665 | | 0.00010895 | 0.03113282 | 30MAR2021:17:05:24.549 | 30MAR2021:17:05:24.549 | 3/30/2021 |
| PAUL SILVANO | LUCERO | MARKET_BUY | USDT | LBC | 10070.1613 | 10070.1613 | | 6.60431388 | 1886.946825 | 31MAR2021:21:30:09.549 | 31MAR2021:21:30:09.549 | 3/31/2021 |
| PAUL SILVANO | LUCERO | MARKET_BUY | USDT | LBC | 191.6208197 | 191.6208197 | | 0.12567068 | 35.90590918 | 31MAR2021:21:30:31.950 | 31MAR2021:21:30:31.950 | 3/31/2021 |
| PAUL SILVANO | LUCERO | MARKET_BUY | BTC | LBC | 8120 | 8120 | | 0.00011773 | 0.03365006 | 05APR2021:02:53:02.190 | 05APR2021:02:53:02.190 | 4/5/2021 |
| PAUL SILVANO | LUCERO | MARKET_BUY | BTC | LBC | 8620 | 8620 | | 0.00011228 | 0.0320842 | 06APR2021:03:46:36.950 | 06APR2021:03:46:36.950 | 4/6/2021 |
| PAUL SILVANO | LUCERO | MARKET_BUY | USDT | LBC | 8700 | 8700 | | 6.7327793 | 1923.651239 | 06APR2021:14:53:40.720 | 06APR2021:14:53:40.720 | 4/6/2021 |
| PAUL SILVANO | LUCERO | LIMIT_BUY | USDT | LBC | 10300 | 10300 | 0.18657 | 6.72584845 | 1921.671 | 07APR2021:17:24:23.250 | 07APR2021:17:24:23.470 | 4/7/2021 |
| PAUL SILVANO | LUCERO | MARKET_BUY | USDT | LBC | 9085 | 9085 | | 6.69043228 | 1911.552088 | 08APR2021:12:55:35.539 | 08APR2021:12:55:35.539 | 4/8/2021 |
| PAUL SILVANO | LUCERO | MARKET_BUY | USDT | LBC | 872 | 872 | | 0.75683495 | 216.23856 | 09APR2021:14:01:54.309 | 09APR2021:14:01:54.309 | 4/9/2021 |

| FIRSTNAME | LASTNAME | ORDERTYPE | QUOTE | MARKET | QUANTITY_REQUESTED | QUANTITY_FILLED | LIMIT | COMMISSION PAID | PROCEEDS | OPENED | CLOSED | open_date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CASSERLY | MAGGIO | CEILING_MARKET_BUY | BTC | LBC | 34354.97244 | 34354.97244 | 0.00000384 | 0 | 0.105657 | 28FEB2021:17:22:51.779 | 28FEB2021:17:22:51.779 | 2/28/2021 |
| CASSERLY | MAGGIO | CEILING_MARKET_BUY | BTC | LBC | 864.3678161 | 864.3678161 | 0.00000384 | 0 | 0.00265832 | 28FEB2021:15:40:38.819 | 28FEB2021:15:40:38.819 | 2/28/2021 |
| CASSERLY | MAGGIO | CEILING_MARKET_BUY | BTC | LBC | 64604.69999 | 64604.69999 | 0.00000387 | 0 | 0.2 | 01MAR2021:21:52:15.029 | 01MAR2021:21:52:15.029 | 3/1/2021 |
| CASSERLY | MAGGIO | CEILING_MARKET_BUY | BTC | LBC | 34452.00103 | 34452.00103 | 0.00000388 | 0 | 0.10700447 | 01MAR2021:21:58:49.140 | 01MAR2021:21:58:49.140 | 3/1/2021 |
| CASSERLY | MAGGIO | CEILING_MARKET_BUY | BTC | LBC | 32731.61711 | 32731.61711 | 0.00000382 | 0 | 0.1 | 03MAR2021:17:41:14.410 | 03MAR2021:17:41:14.410 | 3/3/2021 |
| CASSERLY | MAGGIO | CEILING_MARKET_BUY | BTC | LBC | 32623.23427 | 32623.23427 | 0.00000383 | 0 | 0.1 | 06MAR2021:02:12:45.539 | 06MAR2021:02:12:45.539 | 3/6/2021 |
| CASSERLY | MAGGIO | CEILING_MARKET_BUY | BTC | LBC | 39041.41835 | 39041.41835 | 0.00000544 | 0 | 0.17 | 19MAR2021:14:46:49.480 | 19MAR2021:14:46:49.480 | 3/19/2021 |
| CASSERLY | MAGGIO | LIMIT_SELL | BTC | LBC | 70000 | 70000 | 0.0000045 | 0.00110409 | 0.31545848 | 24MAR2021:12:16:38.329 | 24MAR2021:12:16:38.329 | 3/24/2021 |
| CASSERLY | MAGGIO | LIMIT_SELL | BTC | LBC | 27000 | 27000 | 0.00000453 | 0.00042807 | 0.12230998 | 24MAR2021:12:13:00.240 | 24MAR2021:12:38:13.160 | 3/24/2021 |
| CASSERLY | MAGGIO | LIMIT_BUY | BTC | LBC | 20000 | 20000 | 0.0000043 | 0.0003004 | 0.08583458 | 25MAR2021:21:13:57.430 | 25MAR2021:21:13:57.430 | 3/25/2021 |
| CASSERLY | MAGGIO | LIMIT_BUY | BTC | LBC | 10000 | 2266.425925 | 0.00000421 | 0.00003339 | 0.00954165 | 25MAR2021:21:11:05.890 | 25MAR2021:21:14:25.849 | 3/25/2021 |
| CASSERLY | MAGGIO | LIMIT_BUY | BTC | LBC | 20000 | 20000 | 0.0000043 | 0.00030094 | 0.08598609 | 25MAR2021:21:15:37.660 | 25MAR2021:21:15:37.660 | 3/25/2021 |
| CASSERLY | MAGGIO | LIMIT_BUY | BTC | LBC | 5000 | 5000 | 0.00000427 | 0.00007468 | 0.02134997 | 25MAR2021:21:17:18.750 | 25MAR2021:21:19:59.319 | 3/25/2021 |
| CASSERLY | MAGGIO | LIMIT_BUY | BTC | LBC | 4000 | 4000 | 0.00000426 | 0.00005963 | 0.01703999 | 25MAR2021:21:21:19.650 | 25MAR2021:21:30:15.690 | 3/25/2021 |
| CASSERLY | MAGGIO | LIMIT_BUY | BTC | LBC | 5000 | 5000 | 0.0000035 | 0.00003498 | 0.01749999 | 02APR2021:14:04:32.019 | 02APR2021:14:37:39.859 | 4/2/2021 |
| CASSERLY | MAGGIO | LIMIT_SELL | BTC | LBC | 25000 | 1088.433652 | 0.00000396 | 0.00000929 | 0.00431356 | 03APR2021:14:08:15.529 | 03APR2021:14:13:52.950 | 4/3/2021 |
| CASSERLY | MAGGIO | LIMIT_SELL | BTC | LBC | 15000 | 15000 | 0.0000042 | 0.00014241 | 0.06299997 | 03APR2021:03:45:30.230 | 03APR2021:03:47:06.289 | 4/3/2021 |
| CASSERLY | MAGGIO | LIMIT_SELL | BTC | LBC | 26850.18327 | 26850.18327 | 0.00000389 | 0.00021176 | 0.10444713 | 03APR2021:14:17:38.779 | 03APR2021:14:25:01.380 | 4/3/2021 |
| CASSERLY | MAGGIO | LIMIT_SELL | BTC | LBC | 25000 | 25000 | 0.00000396 | 0.0002263 | 0.09917064 | 03APR2021:12:39:06.569 | 03APR2021:12:39:06.750 | 4/3/2021 |
| CASSERLY | MAGGIO | LIMIT_SELL | BTC | LBC | 20000 | 20000 | 0.0000039 | 0.00019493 | 0.07800193 | 03APR2021:14:16:50.529 | 03APR2021:14:17:07.779 | 4/3/2021 |
| CASSERLY | MAGGIO | LIMIT_SELL | BTC | LBC | 50000 | 50000 | 0.00000391 | 0.00048881 | 0.19553426 | 03APR2021:14:10:22.079 | 03APR2021:14:10:22.079 | 4/3/2021 |
| CASSERLY | MAGGIO | LIMIT_SELL | BTC | LBC | 10000 | 10000 | 0.00000423 | 0.00008458 | 0.04229997 | 03APR2021:03:53:12.349 | 03APR2021:03:56:58.940 | 4/3/2021 |
| CASSERLY | MAGGIO | LIMIT_SELL | BTC | LBC | 50000 | 50000 | 0.00000391 | 0.00043145 | 0.19549994 | 03APR2021:14:12:46.589 | 03APR2021:14:14:08.059 | 4/3/2021 |

| FIRSTNAME | LASTNAME | ORDERTYPE | QUOTE | MARKET | QUANTITY_REQUESTED | QUANTITY_FILLED | LIMIT | COMMISSION PAID | PROCEEDS | OPENED | CLOSED | open_date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LUKE PHILIP | WHITTEMORE | LIMIT_SELL | BTC | LBC | 167.8621217 | 167.8621217 | 0.00002233 | 0.00000943 | 0.00377521 | 13DEC2017:01:57:46.839 | 13DEC2017:01:57:47.042 | 12/13/2017 |
| LUKE PHILIP | WHITTEMORE | LIMIT_SELL | BTC | LBC | 25 | 25 | 0.000024 | 0.0000015 | 0.0006 | 13DEC2017:03:05:49.786 | 13DEC2017:03:10:44.802 | 12/13/2017 |
| LUKE PHILIP | WHITTEMORE | LIMIT_SELL | BTC | LBC | 30 | 30 | 0.00003371 | 0.00000252 | 0.0010113 | 19DEC2017:07:56:34.779 | 19DEC2017:07:56:34.933 | 12/19/2017 |
| LUKE PHILIP | WHITTEMORE | LIMIT_SELL | BTC | LBC | 1827.764192 | 1827.764192 | 0.00004998 | 0.00022837 | 0.09135165 | 19DEC2017:18:24:32.663 | 20DEC2017:08:49:16.526 | 12/19/2017 |
| LUKE PHILIP | WHITTEMORE | LIMIT_SELL | BTC | LBC | 167.0778044 | 167.0778044 | 0.00006606 | 0.00002759 | 0.01103715 | 04JAN2018:20:56:46.326 | 04JAN2018:20:56:46.433 | 1/4/2018 |
| LUKE PHILIP | WHITTEMORE | LIMIT_SELL | BTC | LBC | 50 | 50 | 0.0000718 | 0.00000897 | 0.00359 | 09JAN2018:07:35:35.529 | 09JAN2018:07:37:20.910 | 1/9/2018 |
| LUKE PHILIP | WHITTEMORE | LIMIT_SELL | BTC | LBC | 15 | 15 | 0.0000895 | 0.00000335 | 0.0013425 | 12JAN2018:23:45:29.339 | 14JAN2018:00:01:18.032 | 1/12/2018 |
| LUKE PHILIP | WHITTEMORE | LIMIT_SELL | BTC | LBC | 25 | 23.75401803 | 0.0000915 | 0.00000543 | 0.00217349 | 12JAN2018:20:17:21.173 | 14JAN2018:07:06:27.857 | 1/12/2018 |
| LUKE PHILIP | WHITTEMORE | LIMIT_BUY | BTC | LBC | 1095.664409 | 1095.664409 | 0.00000305 | 0.00000668 | 0.00334177 | 09JUL2020:01:10:57.829 | 09JUL2020:01:10:57.829 | 7/9/2020 |
| LUKE PHILIP | WHITTEMORE | LIMIT_BUY | BTC | LBC | 27986.20362 | 13544.40672 | 0.00000164 | 0.00003331 | 0.02221282 | 26OCT2020:05:59:34.109 | 26OCT2020:06:00:04.170 | 10/26/2020 |
| LUKE PHILIP | WHITTEMORE | LIMIT_BUY | BTC | LBC | 14354.2807 | 13535.17661 | 0.00000165 | 0.00003348 | 0.02233303 | 26OCT2020:06:00:22.700 | 26OCT2020:06:01:07.170 | 10/26/2020 |
| LUKE PHILIP | WHITTEMORE | LIMIT_BUY | BTC | LBC | 809.3129766 | 809.3129766 | 0.00000167 | 0.00000202 | 0.00135155 | 26OCT2020:06:01:32.670 | 26OCT2020:06:01:32.670 | 10/26/2020 |
| LUKE PHILIP | WHITTEMORE | LIMIT_BUY | BTC | LBC | 41052.47684 | 12720.79462 | 0.00000162 | 0.00003088 | 0.02060767 | 26OCT2020:05:58:21.390 | 26OCT2020:05:59:21.200 | 10/26/2020 |
| LUKE PHILIP | WHITTEMORE | LIMIT_BUY | BTC | LBC | 53126.34154 | 11818.89769 | 0.00000161 | 0.00002853 | 0.01902841 | 26OCT2020:05:54:19.529 | 26OCT2020:05:57:53.859 | 10/26/2020 |
| LUKE PHILIP | WHITTEMORE | LIMIT_BUY | BTC | LBC | 4277.711093 | 4277.711093 | 0.00000141 | 0.00000904 | 0.00603157 | 03NOV2020:04:10:44.589 | 03NOV2020:04:10:44.589 | 11/3/2020 |
| LUKE PHILIP | WHITTEMORE | LIMIT_BUY | BTC | LBC | 26214.3411 | 26214.3411 | 0.00000139 | 0.00007283 | 0.03643788 | 10NOV2020:04:57:13.880 | 10NOV2020:05:01:39.710 | 11/10/2020 |
| LUKE PHILIP | WHITTEMORE | LIMIT_BUY | BTC | LBC | 28902.01481 | 2497.720611 | 0.00000138 | 0.00000689 | 0.00344685 | 10NOV2020:04:56:11.750 | 10NOV2020:04:57:01.710 | 11/10/2020 |
| LUKE PHILIP | WHITTEMORE | LIMIT_BUY | BTC | LBC | 36023.02694 | 6910.052579 | 0.00000137 | 0.00001893 | 0.00946677 | 10NOV2020:04:54:08.849 | 10NOV2020:04:55:59.079 | 11/10/2020 |
| LUKE PHILIP | WHITTEMORE | LIMIT_SELL | USDT | LBC | 68000 | 10450.88294 | 0.02828 | 0 | 295.5509696 | 04DEC2020:09:33:08.630 | 04DEC2020:21:55:43.009 | 12/4/2020 |
| LUKE PHILIP | WHITTEMORE | LIMIT_SELL | USDT | LBC | 57549.11706 | 57549.11706 | 0.02799 | 0 | 1610.799786 | 05DEC2020:08:14:24.309 | 05DEC2020:10:15:05.140 | 12/5/2020 |
| LUKE PHILIP | WHITTEMORE | LIMIT_SELL | USDT | LBC | 28311 | 28311 | 0.08971 | 5.0795596 | 2539.77981 | 11DEC2020:05:16:11.109 | 11DEC2020:05:16:17.200 | 12/11/2020 |
| LUKE PHILIP | WHITTEMORE | LIMIT_BUY | USDT | LBC | 29985.03741 | 29985.03741 | 0.05154 | 3.09085763 | 1545.428828 | 23DEC2020:02:46:42.009 | 23DEC2020:05:03:00.880 | 12/23/2020 |
| LUKE PHILIP | WHITTEMORE | LIMIT_BUY | USDT | LBC | 20434.23278 | 20434.23278 | 0.04885 | 1.19785472 | 998.2122712 | 28DEC2020:02:08:04.450 | 29DEC2020:12:06:45.009 | 12/28/2020 |
| LUKE PHILIP | WHITTEMORE | LIMIT_SELL | USDT | LBC | 10217.11639 | 10217.11639 | 0.08486 | 1.04042938 | 867.0244967 | 29DEC2020:23:58:21.450 | 31DEC2020:08:58:07.910 | 12/29/2020 |
| LUKE PHILIP | WHITTEMORE | LIMIT_SELL | USDT | LBC | 10142 | 5965.111547 | 0.0794 | 0.57164077 | 473.6298568 | 31DEC2020:23:44:45.160 | 31DEC2020:23:45:01.299 | 12/31/2020 |
| LUKE PHILIP | WHITTEMORE | LIMIT_SELL | USDT | LBC | 10217.11639 | 10217.11639 | 0.0789 | 0.96735655 | 806.130483 | 31DEC2020:22:42:19.220 | 31DEC2020:22:45:34.500 | 12/31/2020 |
| LUKE PHILIP | WHITTEMORE | LIMIT_SELL | USDT | LBC | 4176.888453 | 1230.865972 | 0.07924 | 0.12154057 | 97.53381961 | 31DEC2020:23:45:16.819 | 31DEC2020:23:46:06.009 | 12/31/2020 |
| LUKE PHILIP | WHITTEMORE | LIMIT_SELL | USDT | LBC | 2946.022481 | 2946.022481 | 0.07888 | 0.28894274 | 232.3822533 | 31DEC2020:23:50:09.880 | 31DEC2020:23:50:10.119 | 12/31/2020 |
| LUKE PHILIP | WHITTEMORE | LIMIT_BUY | USDT | LBC | 1128.268239 | 1114.884775 | 0.10576 | 0.21214566 | 117.8587079 | 04JAN2021:00:12:18.720 | 04JAN2021:00:12:39.309 | 1/4/2021 |
| LUKE PHILIP | WHITTEMORE | LIMIT_BUY | USDT | LBC | 9409.49221 | 9409.49221 | 0.11799 | 1.76454092 | 1078.942892 | 04JAN2021:00:14:33.799 | 04JAN2021:00:14:33.980 | 1/4/2021 |
| LUKE PHILIP | WHITTEMORE | LIMIT_BUY | USDT | LBC | 12245.48981 | 12245.48981 | 0.08987 | 1.54349287 | 1100.375253 | 08JAN2021:08:13:37.740 | 08JAN2021:08:13:41.380 | 1/8/2021 |
| LUKE PHILIP | WHITTEMORE | LIMIT_BUY | USDT | LBC | 40461.22938 | 19939.24244 | 0.08877 | 2.29172867 | 1769.090452 | 08JAN2021:07:46:58.130 | 08JAN2021:07:53:30.599 | 1/8/2021 |
| LUKE PHILIP | WHITTEMORE | LIMIT_BUY | USDT | LBC | 20482.80634 | 8168.433299 | 0.08878 | 0.87561105 | 725.1935083 | 08JAN2021:07:53:42.500 | 08JAN2021:07:53:55.349 | 1/8/2021 |
| LUKE PHILIP | WHITTEMORE | LIMIT_BUY | USDT | LBC | 11544.54118 | 7137.172395 | 0.0864 | 0.74399444 | 616.6516949 | 09JAN2021:00:19:39.680 | 09JAN2021:00:20:30.740 | 1/9/2021 |
| LUKE PHILIP | WHITTEMORE | LIMIT_BUY | USDT | LBC | 4293.331652 | 4293.331652 | 0.08878 | 0.49666328 | 380.5210526 | 09JAN2021:00:28:25.710 | 09JAN2021:00:28:25.789 | 1/9/2021 |
| LUKE PHILIP | WHITTEMORE | LIMIT_SELL | USDT | LBC | 2880.606371 | 2880.606371 | 0.13514 | 1.362498 | 389.2851449 | 10FEB2021:01:00:46.140 | 10FEB2021:01:00:52.079 | 2/10/2021 |
| LUKE PHILIP | WHITTEMORE | LIMIT_SELL | BTC | LBC | 22976 | 22011.40383 | 0.00000452 | 0.00034824 | 0.09949785 | 29MAR2021:22:09:22.900 | 29MAR2021:22:09:28.259 | 3/29/2021 |
| LUKE PHILIP | WHITTEMORE | LIMIT_SELL | USDT | LBC | 58964.59617 | 58964.59617 | 0.25903 | 53.4575977 | 15273.59935 | 29MAR2021:22:10:17.569 | 29MAR2021:22:10:18.029 | 3/29/2021 |
| LUKE PHILIP | WHITTEMORE | LIMIT_BUY | USDT | LBC | 11688 | 3384.51483 | 0.23996 | 2.84081309 | 811.6608941 | 03APR2021:00:53:38.789 | 03APR2021:00:54:10.119 | 4/3/2021 |
| LUKE PHILIP | WHITTEMORE | LIMIT_BUY | USDT | LBC | 31415.81928 | 31415.81928 | 0.23759 | 26.12429573 | 7464.084502 | 03APR2021:00:54:59.589 | 03APR2021:00:54:59.970 | 4/3/2021 |
| LUKE PHILIP | WHITTEMORE | LIMIT_BUY | USDT | LBC | 52934.41093 | 18312.77305 | 0.239 | 15.31452582 | 4375.578817 | 03APR2021:00:47:07.470 | 03APR2021:00:47:14.720 | 4/3/2021 |