1

1  UNITED STATES SECURITIES AND EXCHANGE COMMISSION

2

3  In the Matter of:          )

4                              ) File No. B-03221-A

5  LBRY                        )

6

7  WITNESS:  Jeremy Kauffman

8  PAGES:    1 through 357

9  PLACE:    Securities and Exchange Commission

10            New York Regional Office

11            200 Vesey Street, 4th Floor

12            New York, New York 10281

13  DATE:     Thursday, June 13, 2019

14

15      The above-entitled matter came on for a hearing,

16  pursuant to notice, at 9:10 a.m.

17

18

19

20

21

22

23

24            Diversified Reporting Services, Inc.

25                  (202) 467-9200

[6/13/2019 9:10 AM] KAUFMAN_JEREMY_20190613

EXHIBIT

153

21-cv-00260-PB

exhibitsticker.com

107

1       Q    And so LBRY published what?

2       A    Well, for example, one of our -- one

3   item that we used a lot in testing was the film,

4   "It's a Wonderful Life".  So that would be an

5   example of something that we published.

6       Q    Did LBRY charge for users to download

7   "It's a Wonderful Life"?

8       A    I believe that was free.

9            MR. VITO:  And if someone wanted

10  to publish content at that point in time,

11  did they need to use LBRY credits?

12           THE WITNESS:  Yes, publishing

13  always costs a small amount of token.

14           MR. VITO:  How much?

15           THE WITNESS:  Set by market

16  rates.

17           MR. VITO:  So how does free

18  content become available?

19           THE WITNESS:  The publisher has

20  to perform the publish, and then it's

21  available.

22           MR. VITO:  I understand.  So

23  even free content, somebody has to pay to

24  put free content on the network?

25           THE WITNESS:  Yes.  So that cost

108

1    is frequently less than a penny.

2            BY MR. MOORES:

3        Q    When you say "market rates", that's

4    going to be some --

5        A    The transaction --

6        Q    -- fraction of a penny?

7        A    It's the transaction fee.

8        Q    What was the transaction fee?

9        A    Transaction fee is what you pay for a

10   miner to accept your transaction.

11       Q    And what is that today?

12       A    I believe -- so transaction fees are

13   dependent on the size of the transaction, but for

14   a typical publish -- and publishers can vary in

15   size, depending on how much metadata you're

16   submitting to the blockchain.  But a typical

17   average publish is probably going to cost you

18   today something like 100th of an LBC.  So 100th

19   of an LBC times whatever you paid for it would be

20   the cost of performing a publish.

21            MR. VITO:  Has that changed

22   significantly over time?

23            THE WITNESS:  It probably has

24   changed a little bit over time, but our

25   blockchain has never become so congested

[6/13/2019 9:10 AM] KAUFMAN_JEREMY_20190613

109

1    that fees skyrocketed or anything like

2    that, because that's what causes the prices

3    to go up.

4            MR. VITO:  So what would cause

5    the price to go up would be if a lot of

6    people are trying to publish at once?

7            THE WITNESS:  If too many people

8    were trying to publish at the same time,

9    that would cause fees to go up.

10           MR. VITO:  And then -- so let's

11   say on one given day, there were a ton of

12   people that wanted to publish, the fees

13   would go up that day; but then the next

14   day, if nobody wanted to publish, the fees

15   would be low again?

16           THE WITNESS:  Exactly.  But the

17   fees is going to stay low until you cross a

18   threshold.  So no one publishing and

19   hundreds of people publishing is going to

20   be the same price.

21           MR. VITO:  What's the threshold?

22           THE WITNESS:  It would be

23   variable, depending on the -- on the size

24   of the publishers, but our blocks are two

25   megabytes every two and-a-half minutes.