LBRYnomics data excerpts from April 15-17, 2021 showing "purchases" history data.

EXHIBIT 154 21-cv-00260-PB

**SQLite Database Restore**
*Database: lbrynomics*
*Table: measurements*

| id | time | UTC/GMT Time (SEC Convert) | num_streams | lbc_deposits | num_supports | lbc_supports | circulating_supply | num_reposts | lbc_spread | purchases | transactions |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 414939 | 1618525643 | 4/15/2021 10:27:22 PM | 9,812,987 | 2,859,002 | 9,458,681 | 36,776,078 | 572,875,919 | 684,264 | 8,019 | 5,320 | 41,438,298 |
| 414940 | 1618526782 | 4/15/2021 10:46:22 PM | 9,813,219 | 2,859,135 | 9,459,852 | 36,789,696 | 572,875,919 | 684,297 | 8,020 | 5,334 | 41,439,634 |
| 414950 | 1618532161 | 4/16/2021 12:16:00 AM | 9,814,586 | 2,859,327 | 9,464,205 | 36,863,498 | 572,882,809 | 684,432 | 8,014 | 5,410 | 41,447,246 |
| 414960 | 1618537503 | 4/16/2021 1:45:02 AM | 9,815,695 | 2,860,165 | 9,467,851 | 36,869,201 | 572,889,699 | 684,571 | 8,014 | 5,492 | 41,453,845 |
| 414970 | 1618542924 | 4/16/2021 3:15:23 AM | 9,817,390 | 2,860,393 | 9,472,286 | 36,868,357 | | 684,678 | 8,017 | 5,563 | 41,460,177 |
| 414980 | 1618548445 | 4/16/2021 4:47:25 AM | 9,818,708 | 2,860,670 | 9,476,365 | 36,870,133 | 572,912,754 | 684,813 | 8,020 | 5,625 | 41,466,969 |
| 414990 | 1618553652 | 4/16/2021 6:14:12 AM | 9,819,760 | 2,860,848 | 9,480,404 | 36,866,894 | 572,920,969 | 684,926 | 8,021 | 5,678 | 41,472,135 |
| 415000 | 1618559004 | 4/16/2021 7:43:24 AM | 9,820,397 | 2,859,912 | 9,483,986 | 36,920,191 | 572,927,594 | 685,066 | 8,027 | 5,754 | 41,478,121 |
| 415010 | 1618564327 | 4/16/2021 9:12:07 AM | 9,821,103 | 2,860,072 | 9,486,634 | 36,941,733 | 572,935,279 | 685,173 | 8,030 | 5,836 | 41,482,724 |
| 415020 | 1618569635 | 4/16/2021 10:40:35 AM | 9,822,278 | 2,860,384 | 9,490,807 | 36,941,632 | 572,947,469 | 685,275 | 8,033 | 5,901 | 41,489,054 |
| 415030 | 1618574722 | 4/16/2021 12:05:22 PM | 9,824,310 | 2,858,586 | 9,494,997 | 36,945,944 | 572,955,419 | 685,440 | 8,038 | 6,003 | 41,496,426 |
| 415040 | 1618578806 | 4/16/2021 1:13:26 PM | 9,825,840 | 2,858,225 | 9,497,842 | 36,861,998 | 572,962,574 | 685,575 | 8,056 | 6,060 | 41,502,930 |
| 415050 | 1618582619 | 4/16/2021 2:16:58 PM | 9,827,453 | 2,856,098 | 9,497,290 | 36,851,745 | | 685,683 | 8,052 | 6,135 | 41,508,636 |
| 415060 | 1618586572 | 4/16/2021 3:22:51 PM | 9,829,385 | 2,859,424 | 9,499,087 | 36,906,253 | 572,969,994 | 685,826 | 8,041 | 6,197 | 41,516,580 |
| 415070 | 1618590462 | 4/16/2021 4:27:42 PM | 9,831,434 | 2,858,709 | 9,486,529 | 36,909,185 | 572,978,474 | 685,949 | 8,030 | 6,260 | 41,523,081 |
| 415080 | 1618594270 | 4/16/2021 5:31:09 PM | 9,832,834 | 2,857,484 | 9,485,530 | 36,908,427 | 572,985,364 | 686,124 | 8,017 | 6,328 | 41,529,209 |
| 415090 | 1618598084 | 4/16/2021 6:34:43 PM | 9,832,263 | 2,857,516 | 9,488,661 | 36,937,622 | 572,991,989 | 686,195 | 8,011 | 6,394 | 41,535,195 |
| 415100 | 1618601919 | 4/16/2021 7:38:39 PM | 9,833,688 | 2,857,802 | 9,492,889 | 36,955,034 | 573,000,204 | 686,332 | 8,010 | 6,470 | 41,542,209 |
| 415110 | 1618605902 | 4/16/2021 8:45:02 PM | 9,835,173 | 2,857,886 | 9,496,117 | 36,928,337 | 573,007,889 | 686,419 | 8,011 | 6,534 | 41,548,382 |
| 415120 | 1618609934 | 4/16/2021 9:52:13 PM | 9,836,525 | 2,857,812 | 9,499,953 | 36,958,189 | | 686,524 | 8,014 | 6,586 | 41,555,035 |
| 415130 | 1618613915 | 4/16/2021 10:58:34 PM | 9,837,925 | 2,857,936 | 9,503,222 | 36,980,190 | | 686,652 | 8,014 | 6,645 | 41,560,831 |
| 415140 | 1618617881 | 4/17/2021 12:04:41 AM | 9,838,829 | 2,858,116 | 9,505,518 | 37,007,095 | | 686,728 | 8,007 | 6,706 | 41,565,992 |
| 415150 | 1618622096 | 4/17/2021 1:14:55 AM | 9,839,628 | 2,858,204 | 9,505,943 | 36,984,407 | 573,028,559 | 686,803 | 7,992 | 6,774 | 41,571,725 |
| 415160 | 1618626120 | 4/17/2021 2:21:59 AM | 9,840,663 | 2,858,713 | 9,510,379 | 36,984,424 | 573,034,389 | 686,865 | 7,994 | 6,823 | 41,577,766 |
| 415170 | 1618630134 | 4/17/2021 3:28:54 AM | 9,841,262 | 2,856,900 | 9,512,176 | 37,010,038 | 573,041,279 | 686,928 | 8,003 | 6,855 | 41,582,375 |
| 415180 | 1618634154 | 4/17/2021 4:35:54 AM | 9,841,777 | 2,857,020 | 9,512,041 | 37,013,696 | 573,049,229 | 686,989 | 8,003 | 6,927 | 41,585,362 |
| 415190 | 1618638161 | 4/17/2021 5:42:40 AM | 9,842,549 | 2,857,255 | 9,518,638 | 37,014,709 | 573,057,179 | 687,051 | 8,006 | 6,982 | 41,589,990 |
| 415200 | 1618642290 | 4/17/2021 6:51:29 AM | 9,843,227 | 2,856,922 | 9,521,439 | 37,006,453 | 573,063,009 | 687,102 | 8,009 | 7,037 | 41,594,004 |
| 415210 | 1618646458 | 4/17/2021 8:00:58 AM | 9,843,845 | 2,857,150 | 9,524,081 | 36,935,454 | 573,070,429 | 687,208 | 8,034 | 7,077 | 41,598,091 |
| 415220 | 1618650479 | 4/17/2021 9:07:59 AM | 9,844,494 | 2,857,205 | 9,527,405 | 36,890,042 | 573,076,524 | 687,281 | 8,043 | 7,105 | 41,601,704 |
| 415230 | 1618654505 | 4/17/2021 10:15:05 AM | 9,845,173 | 2,857,399 | 9,530,488 | 37,029,146 | 573,083,414 | 687,366 | 8,031 | 7,150 | 41,605,830 |
| 415240 | 1618658467 | 4/17/2021 11:21:06 AM | 9,845,771 | 2,859,568 | 9,533,469 | 37,073,077 | 573,090,569 | 687,461 | 8,023 | 7,193 | 41,610,076 |
| 415250 | 1618662521 | 4/17/2021 12:28:40 PM | 9,846,311 | 2,859,724 | 9,535,950 | 37,065,918 | 573,097,724 | 687,561 | 8,025 | 7,265 | 41,615,133 |
| 415260 | 1618666503 | 4/17/2021 1:35:03 PM | 9,846,938 | 2,858,856 | 9,539,711 | 37,076,252 | 573,105,674 | 687,709 | 8,029 | 7,337 | 41,620,055 |
| 415270 | 1618670501 | 4/17/2021 2:41:40 PM | 9,848,090 | 2,855,585 | 9,542,508 | 37,024,352 | 573,111,239 | 687,835 | 8,037 | 7,443 | 41,625,614 |
| 415280 | 1618674611 | 4/17/2021 3:50:10 PM | 9,849,855 | 2,855,119 | 9,545,460 | 37,093,754 | 573,118,129 | 687,961 | 8,012 | 7,530 | 41,632,541 |
| 415290 | 1618678895 | 4/17/2021 5:01:34 PM | 9,852,218 | 2,857,171 | 9,543,651 | 37,074,699 | 573,125,019 | 688,164 | 8,016 | 7,617 | 41,640,059 |
| 415300 | 1618683042 | 4/17/2021 6:10:42 PM | 9,854,628 | 2,858,087 | 9,546,207 | 37,121,195 | 573,132,174 | 688,320 | 8,013 | 7,700 | 41,648,321 |
| 415310 | 1618687311 | 4/17/2021 7:21:51 PM | 9,855,734 | 2,857,646 | 9,543,686 | 36,862,691 | 573,139,064 | 688,444 | 8,171 | 7,772 | 41,656,408 |
| 415315 | 1618695545 | 4/17/2021 9:39:04 PM | 9,858,164 | 2,858,876 | 9,549,809 | 36,875,206 | 573,154,964 | 688,717 | 8,169 | 7,904 | 41,668,794 |
| 415325 | 1618699783 | 4/17/2021 10:49:42 PM | 9,859,832 | 2,859,108 | 9,550,426 | 36,870,674 | 573,161,589 | 688,888 | | 7,965 | 41,678,027 |