```
 1              UNITED STATES DISTRICT COURT
 2               DISTRICT OF NEW HAMPSHIRE
 3
 4  SECURITIES AND EXCHANGE     ) Civil Action No.
    COMMISSION,                 ) 1:21-cv-00260-PB
 5                              )
              Plaintiff,        )
 6                              ) VOLUME 1
       vs.                      ) (Pages 1 to 376)
 7                              )
    LBRY, INC.,                 )
 8                              )
              Defendant.        )
 9  _____)
10
11
12
13        CONFIDENTIAL VIDEOTAPED DEPOSITION OF
14                   JEREMY KAUFFMAN
15                 New York, New York
16              Monday, March 21, 2022
17
18
19
20
21
22
23  REPORTED BY:
24  ELBIA BAIRES
25  JOB NO. 220321LHR
```

1

**CONFIDENTIAL**

```
05:29   1   there's tens of millions of people using it.  Feel
        2   free to compare the price between those two dates.
        3              MR. JONES:  We can go off the record.
        4   It's 5:30.
05:29   5              VIDEOGRAPHER:  We are going off the
        6   record at 5:30.
        7              (At this time, a discussion was
        8                 held off the record.)
        9              VIDEOGRAPHER:  Back on the record,
05:37  10   5:37.
       11        Q.    Okay.  Mr. Kauffman, do you currently
       12   own LBC?
       13        A.    Yes.
       14        Q.    How much do you own?
05:37  15        A.    I don't know.
       16        Q.    Approximately how much do you own?
       17        A.    Maybe couple hundred thousand.
       18        Q.    Have you participated in the employee
       19   purchase program for LBC that LBRY has offered?
05:37  20        A.    Yes.
       21        Q.    Okay.  And do you know the extent of
       22   your participation in that program?
       23        A.    I don't.  But it's a fairly small
       24   amount.  It's like $50 a week or something.
05:37  25        Q.    Okay.  And for how long have you been
```

363

CONFIDENTIAL

```
05:37   1   doing that?
        2       A.    How ever long it ran.
        3       Q.    Okay.  Do you know how long it ran?
        4       A.    I don't, off the top of my head.
05:37   5       Q.    Its ended now?
        6       A.    I'm not certain.  I don't -- I don't
        7   pay attention to my -- to it.
        8       Q.    Okay.
        9       A.    I don't pay attention to my LBC
05:38  10   holdings.
       11       Q.    Okay.  Do you pay attention to sort of
       12   the company offering the program generally?
       13       A.    I think it's good that our employees
       14   have LBC, so as a way of getting them to --
05:38  15       Q.    Getting them what?
       16       A.    I think it's good that our employees
       17   have LBC.
       18       Q.    Why is that good?
       19       A.    Because they'll -- they'll use it,
05:38  20   they'll be more familiar with it.  It's something
       21   that we are building on top of, and I want them to
       22   be, you know, comfortable with it.
       23       Q.    Did you encourage participation in the
       24   employee LBC purchase program?
05:38  25       A.    Not strongly.
```

364