**EXHIBIT**

**156**

21-cv-00260-PB

| | |
|---|---|
| **From:** | Julian Chandra [julian@odysee.com] |
| **on behalf of** | Julian Chandra <julian@odysee.com> [julian@odysee.com] |
| **Sent:** | 11/17/2020 3:19:12 PM |
| **To:** | Dave Fan [dave@waterman-ventures.com] |
| **CC:** | Jeremy Kauffman [jeremy@lbry.com] |
| **Subject:** | Re: For Greg Kidd |
| **Attachments:** | Odysee Deck Nov 2020.pdf |

Hey Dave,
Here's a deck for Greg.
Thanks again

On Mon, Nov 16, 2020 at 8:42 PM Julian Chandra <julian@odysee.com> wrote:
  Yep. Give me 1-2 days. We're almost ready.

  On Sat, Nov 14, 2020 at 3:29 AM Dave Fan <dave@waterman-ventures.com> wrote:
   Thanks Julian. Greg requested a deck - can you share that?

   -Dave


  On Tue, Nov 10, 2020 at 12:15 AM Julian Chandra <julian@odysee.com> wrote:
   Thanks for the intro, Dave!

   -----------------------------------
   Hey Greg,
   Would love to talk about our company with you.

   Our video sharing platform called Odysee.com which is a little over a month old has seen rapid growth.
   We're basically like YouTube 2.0 - but true to the spirit of what YouTube was meant to be.

   Odysee was built upon our own blockchain technology called LBRY which is in the top 20 most widely used
   blockchain protocols in the world too. We've got over 7 million users.
   We have our own crypto currency called 'LBRY Credit' which is being widely traded and used in the
   economy of our app too.

   We believe if we can scale to just 1% of the size of YouTube we can be competitive in a major way. We
   think our company can achieve this and more. In the coming year also given YouTube's present troubles, we
   anticipate being the most viable alternative to YT as well too.

   We're currently partnered with Pillar VC (PillPack, Circle) & Clarity PR (Nvidia, Nextdoor, Sony, Yahoo)

   We'd love to connect if you're interested to know more.

   Best


   --
   Julian Chandra
   VP of Growth
   LBRY, Inc

Confidential, Protected by Protective Order

www.odysee.com
twitter.com/odyseeteam


--
Dave Fan
Principal, Alumni Ventures Group
908.727.0795 | LinkedIn | *How we add value*


Follow AVG for Venture Insights, Portfolio News, and Investment Info



*Important Disclosure Information: Alumni Ventures Group, LLC (AVG) is a Massachusetts-based venture capital firm. Early-stage investments involve substantial risk of loss and are not suitable for all investors. No offering is made except through formal offering materials. We do not provide personalized advice about investments. This email is confidential and intended solely for the recipient, except that you should consult your professional advisors before making an investment. Past performance may not be indicative of future results. If you received this email in error, please immediately notify us by email at help@avgfunds.com.*

Confidential, Protected by Protective Order



Confidential, Protected by Protective Order

LBRY_SEC00035358



Confidential, Protected by Protective Order

LBRY_SEC00035359



Confidential, Protected by Protective Order

LBRY_SEC00035360



Confidential, Protected by Protective Order

LBRY_SEC00035361



Confidential, Protected by Protective Order

LBRY_SEC00035362



Confidential, Protected by Protective Order

LBRY_SEC00035363



Confidential, Protected by Protective Order

LBRY_SEC00035364

# **Odysee** team





**Jeremy Kauffman**
CEO, Founder

Built LBRY from nothing. Founded and grew ecommerce SaaS company TopScore to over $20 million GMV.



**Alex Grintsvayg**
CTO, Founder

Former co-founder and CTO at TopScore. Managed infrastructure and software for millions of users.



**Julian Chandra**
CMO

Former Head of Partnerships (AU/NZ) for TikTok. Oversaw its launch in market, defined strategy for growth, content, and brand.

Confidential, Protected by Protective Order



# Our blockchain is a moat and differentiator

**Web 3.0 design allows unprecedented user control**
- **Creators *own* their channels**
- **Infeasible for big tech to copy or co-opt**

**Blockchain live for over 4 years without issue**
- **Secure, stable, trusted, scalable**
- **IEEE-vetted technology** [1]

**Active, engaged community**
- **4,800** GitHub Stars
- **40,000** member Discord
- **422** code contributors

Confidential, Protected by Protective Order

LBRY_SEC00035366



Confidential, Protected by Protective Order

LBRY_SEC00035367

# **Our** round & objectives

## We're raising 20 million dollars to:

1. Substantially scale growth and support staff
2. Launch business development, marketing and community programs
3. Expand monetization via advertising and financial transfers
4. Explore additional branded applications that utilize **LBRY**
5. Reduce cryptocurrency spending

## Within 2 years we will:

1. Cross **50,000,000** active monthly users across all apps
2. Drive demand and raise awareness of token, improve economics
3. Achieve positive unit economics on marginal users
4. Raise day-over-day retention to over **60%** and daily active usage over 20 minutes



Confidential, Protected by Protective Order

LBRY_SEC00035368



Confidential, Protected by Protective Order

LBRY_SEC00035369



Confidential, Protected by Protective Order

LBRY_SEC00035370