CONFIDENTIAL

**EXHIBIT 158**
21-cv-00260-PB

```
1            UNITED STATES DISTRICT COURT
2              DISTRICT OF NEW HAMPSHIRE
3
4  SECURITIES AND EXCHANGE      )
   COMMISSION,                  )  Civil Action No.
5                               )  1:21-cv-00260-PB
              Plaintiff,        )
6                               )  VOLUME 1
        vs.                     )  (Pages 1 - 219)
7                               )
   LBRY, INC.,                  )
8             Defendant.        )
   _____)
9
10
11
12
13           CONFIDENTIAL DEPOSITION OF
14                 MICHAEL FINGER
15              BOSTON, MASSACHUSETTS
16           TUESDAY, DECEMBER 7, 2021
17                   10:05 a.m.
18
19
20
21
22
23
   REPORTED BY:
24 Jane M. Werner, RMR, CRR,
   Massachusetts CSR No. 149008
25 JOB No. 211207DWA
```

1

```
 1    or --
 2         A    Yes.
 3         Q    And did you talk to Mr. Kauffman about this
 4    right of conversion from equity into credits at the
 5    time?
 6         A    Yes.
 7         Q    What did he say about that conversion rate?
 8              MS. MARTABANO:  Objection.  Vague.
 9         A    Can you be more specific?
10         Q    Sure.
11              What did he say about the right of Centinel to
12    convert its equity into LBRY Credits?
13         A    He said it was okay.
14         Q    Was this something that you had proposed?
15         A    Yes.
16         Q    And why did you propose it?
17         A    I didn't know if the company's equity would be
18    worth anything long-term.  And the only asset that I
19    knew the company would have at that point was LBRY
20    Credits.  So it was a way for me to maybe have something
21    if the equity wasn't valuable.
22              (Document marked as Finger
23               Exhibit 2 for identification)
24         Q    The court reporter is handing you what has
25    been marked as Deposition Exhibit No. 2.  On the top it
```

24