# LBRY Credits Climbing As "Blockchain-Based Netflix-Killer" Beta Is Released

condra (67) (/@condra) in #blockchain (/trending/blockchain) • 5 years ago (edited)



It would be easy to let the amazing EOS news (https://steemit.com/eos/@eosio/draft-eos-token-sale-smart-contract) overshadow other developments in crypto today, but something HUGE happened in a quieter corner of the crypto world. LBRY, one of the most ambitious blockchain projects ever, released a very promising beta.



Imagine taking some of the best aspects of Steemit, Netflix, Youtube and Torrents, and mashing them together into a blockchain based multimedia platform. That would be a start towards understanding what LBRY could be, and it's already showing huge potential.

LBRY today emailed it's beta testers and early adapters with news of its newest incarnation, and so far, it's kicking ass.

11121212.JPG

LBRY allows you to share your media for free, or for whatever charge you set, as well as watching free or premium content. LBRY credits play a central role, and since recent developments have shown such promise, the value of these credits has been climbing rapidly.

LBRY Credits Charts

LBRY already attracted some controversy this year when 20,000 previously deleted (from YouTube) UC Berkeley lecture videos were added to the blockchain.

I spent some time with the latest release today and it is running spectacularly well. Where older versions were slow and buggy, this is extremely elegant software, more similar in feeling to YouTube than Netflix, for better or worse. Certainly more options than Netflix, but far more straightforward than YouTube. I hope the minimal theme is retained going forward. I was able to upload an mp3 (a song of my own creation) and set a price. It was worryingly easy! Personally, I'm very excited to see where this project goes.



If you think the project has potential, LBRY credits can be purchased from Poloniex, Bittrex, and Cryptopia. To sign up for early access and news, visit the official LBRY site.

Sources/Related:
DOWNLOAD LBRY - Official Site
LBRY's Blockchain-Based Netflix-Killer Is Now in Beta
LBRY public sharing platform uploads 20,000 deleted UC Berkeley lectures
LBRY Credit Price Chart

#news (/trending/news)    #cryptocurrency (/trending/cryptocurrency)
#music (/trending/music)    #video (/trending/video)

5 years ago in #blockchain (/trending/blockchain) by                Reply    44
condra (67)   (/@condra)         $15.02    90 votes         (/blockchain/@condra/lbry-credits-climbing-as-blockchain-

based-netflix-killer-beta-is-released) 



Sort: Trending

**someguy123** (69) (/@someguy123) 5 years ago (/blockchain/@someguy123/re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170610t020025013z#@someguy123/re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170610t020025013z)   [-]

Personally I like Alexandria's system better:

https://alexandria.io/browser/002004

Data stored in IPFS and Florin, payment with Bitcoin and Card (much easier for common people to get into)

$0.72   5 votes   Reply



**condra** (67) (/@condra) 5 years ago (/blockchain/@someguy123/re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170610t020025013z#@condra/re-someguy123-re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170610t113427627z)   [-]

Interesting, I'll check it out.

$0.00   1 vote   Reply

**nutela** (61) (/@nutela) 5 years ago (/blockchain/@someguy123/re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170610t020025013z#@nutela/re-someguy123-re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170720t182508786z)   [-]

Yeah but it is backed by a *company* and you can pay in *fiat* so guys who really owns it...



$0.00   Reply

**fuckmylife** (59) (/@fuckmylife) 5 years ago (/blockchain/@fuckmylife/re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170609t214602637z#@fuckmylife/re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170609t214602637z)   [-]

Awesome always looking for new places to stash a few bit coins. I Would like to know more detail about their business model, but I cant wait to find out. I have them to my list.

$0.09   2 votes   Reply



**condra** (67) ▾ (/@condra) 5 years ago (/blockchain/@fuckmylife/re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170609t214602637z#@condra/re-fuckmylife-re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170609t214935733z)   [-]

Also cool name!

$0.08 ▾   1 vote ▾   Reply

**fuckmylife** (59) ▾ (/@fuckmylife) 5 years ago (/blockchain/@fuckmylife/re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170609t214602637z#@fuckmylife/re-condra-re-fuckmylife-re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170609t215311165z)   [-]

lol thanks. Its a symbolic of what my life has become

$0.08 ▾   1 vote ▾   Reply

**condra** (67) ▾ (/@condra) 5 years ago (/blockchain/@fuckmylife/re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170609t214602637z#@condra/re-fuckmylife-re-condra-re-fuckmylife-re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170609t215741649z)   [-]

You're still an early adapter. Things are on the up and up holmes. Hang in there.

$0.00   Reply

**fuckmylife** (59) ▾ (/@fuckmylife) 5 years ago (/blockchain/@fuckmylife/re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170609t214602637z#@fuckmylife/re-condra-re-fuckmylife-re-condra-re-fuckmylife-re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170609t220007684z)   [-]

Its hard when I go back and look at all the time I bought bit coin to buy weed off of the darknet. I see me paying $10 a coin $100 a coin and so on. Now if I actually kept that money instead of buying drugs I'd be a millionaire.

FUCK MY LIFE LOL

$0.08 ▾   1 vote ▾   Reply

**condra** (67) ▾ (/@condra) 5 years ago (/blockchain/@fuckmylife/re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170609t214602637z#@condra/re-fuckmylife-   [-]

re-condra-re-fuckmylife-re-condra-re-fuckmylife-re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170609t221341098z)

I hear ya man. The crypto world is full of hindsight. I sold the last of my Bitcoin a couple of years ago to buy a shitty camera lens. I powered down Steem for months because I thought the platform was dying. I sold hundreds of Ripple at around 2 cent. FML too.

    $0.00    Reply

**fuckmylife** (59) ▾ (/@fuckmylife) 5 years ago (/blockchain/@fuckmylife/re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170609t214602637z#@fuckmylife/re-condra-re-fuckmylife-re-condra-re-fuckmylife-re-condra-re-fuckmylife-re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170609t221903618z)    [-]

Lol sorry to here that sir. Seeing I kept on loosing my bit coin wallets - back in the day of course, I am pretty sure I lost at least 20 - 50 bitcoins by just loosing my login information. Originally it was so little I didn't even care . But now looking back, I really get mad . At least you got to sell yours and didn't just outright lose them in a stoned stuper like I did.

    $0.00    1 vote ▾    Reply

**condra** (67) ▾ (/@condra) 5 years ago (/blockchain/@fuckmylife/re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170609t214602637z#@condra/re-fuckmylife-re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170609t214902979z)    [-]

Well worth investigating IMO. I was lucky enough to get some coins when they were very cheap, but I think there's still huge potential for growth.

    $0.00    Reply

**fuckmylife** (59) ▾ (/@fuckmylife) 5 years ago (/blockchain/@fuckmylife/re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170609t214602637z#@fuckmylife/re-condra-re-fuckmylife-re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170609t215221167z)    [-]

It crazy how there is so much potential for development. You can essentially turn any idea that is community or viewer based into its own bitcoin.

⌃ ⌄  $0.08 ▾   1 vote ▾   Reply

**condra** (67) ▾   (/@condra) 5 years ago (/blockchain/@fuckmylife/re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170609t214602637z#@condra/re-fuckmylife-re-condra-re-fuckmylife-re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170609t220025118z)   [-]

The mind boggles with the potential. We're so lucky to be watching this stuff unfold.

⌃ ⌄  $0.08 ▾   1 vote ▾   Reply

**fuckmylife** (59) ▾   (/@fuckmylife) 5 years ago (/blockchain/@fuckmylife/re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170609t214602637z#@fuckmylife/re-condra-re-fuckmylife-re-condra-re-fuckmylife-re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170609t220312713z)   [-]

We sure are, hopefully we can all capitalize on it before the worlds governments try to shut it all down. In essence we trying to create our own money, which 100 years ago would get you hung.

⌃ ⌄  $0.08 ▾   1 vote ▾   Reply

**holoz0r** (71) ▾   (/@holoz0r) 5 years ago (/blockchain/@holoz0r/re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170609t220217514z#@holoz0r/re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170609t220217514z)   [-]

Picked up 58 tokens on bittrex. We'll see what happens. :)

⌃ ⌄  $0.08 ▾   2 votes ▾   Reply

**condra** (67) ▾   (/@condra) 5 years ago (/blockchain/@holoz0r/re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170609t220217514z#@condra/re-holoz0r-re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170609t220547387z)   [-]

Fingers crossed for both of us. Obviously I'm excited about the investment potential, but dang, the whole concept of the platform is killer.

⌃ ⌄  $0.00   1 vote ▾   Reply

**holoz0r** (71) (/@holoz0r) 5 years ago (/blockchain/@holoz0r/re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170609t220217514z#@holoz0r/re-condra-re-holoz0r-re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170609t220752314z) [-]

Even if it doesn't kill Netflix, YouTube on the block chain would be king. Another revenue stream like Patreon for video makers would be amazing.

Now we just need one for stills photographers. ;)

$0.08   2 votes   Reply

**condra** (67) (/@condra) 5 years ago (/blockchain/@holoz0r/re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170609t220217514z#@condra/re-holoz0r-re-condra-re-holoz0r-re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170609t220855146z) [-]

Agree 100%. Actually, anything that knocks the wind out of YouTubes sails is good news IMO.

$0.00   1 vote   Reply

**shawnfishbit** (55) (/@shawnfishbit) 5 years ago (/blockchain/@shawnfishbit/re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170609t215005095z#@shawnfishbit/re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170609t215005095z) [-]

Nice! I've been waiting for LBC to come around. It was the first alt I ever bought so I've been holding it kind of as a good luck charm or something. A couple months ago I started scooping up more and more.

So the beta is live? I didn't know. I'm on the early access list and haven't received any news. I should probably head over to the website. I haven't been over there in a bit. There is great potential for growth though. I really like the whole idea of cutting out any sort of middle man.

$0.08   2 votes   Reply

**condra** (67) (/@condra) 5 years ago (/blockchain/@shawnfishbit/re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170609t215005095z#@condra/re-shawnfishbit-re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170609t215538382z) [-]

I imagine I must have signed up for early access before you, so you might have to wait a few days before being notified but they seem to be rolling things out pretty fast now. The early beta was lousy, but this one is rather impressive.

$0.06   1 vote   Reply

**jamtaylor** (71) (/@jamtaylor) 5 years ago (/blockchain/@jamtaylor/re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170610t034158189z#@jamtaylor/re-condra-lbry-credits-as-blockchain-based-netflix-killer-beta-is-released-20170610t034158189z#@jamtaylor/re-condra-lbry-credits- [-]

climbing-as-blockchain-based-netflix-killer-beta-is-released-20170610t034158189z)

Hmm I'll have to look into it.. So far... what about copyright infringement? Aren't they just going to be taken offline by lawsuit after lawsuit?

$0.08   1 vote   Reply

**condra** (67) (/@condra) 5 years ago (/blockchain/@jamtaylor/re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170610t034158189z#@condra/re-jamtaylor-re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170610t113317395z)   [-]

Yeah it's fascinating stuff but riddled with potential problems. I guess all internet platforms have to take measures to protect intellectual property, and so will they.

$0.08   1 vote   Reply

**wilx** (66) (/@wilx) 5 years ago (/blockchain/@wilx/re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170609t220550706z#@wilx/re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170609t220550706z) (edited)   [-]

It's already a winner if it doesn't have the censorship and bias of those other places..

$0.08   3 votes   Reply

**condra** (67) (/@condra) 5 years ago (/blockchain/@wilx/re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170609t220550706z#@condra/re-wilx-re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170609t220714399z)   [-]

I'm sure there will be teething problems, just like on Steemit. Hopeful though, as I am with Steemit.

$0.00   1 vote   Reply

**joklahoma** (61) (/@joklahoma) 5 years ago (/blockchain/@joklahoma/re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170612t104238652z#@joklahoma/re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170612t104238652z)   [-]

Sounds like a great project!!

$0.07   1 vote   Reply

**champagnecrypto** (65) (/@champagnecrypto) 5 years ago (/blockchain/@champagnecrypto/re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170609t235532379z#@champagnecrypto/re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170609t235532379z)   [-]

Thanks again for the heads up @condra (/@condra). Your post got me excited . I just bought some LBRY, made a video, and shouted you out. keep BOOMIN. https://steemit.com/crypto-news/@champagnecrypto/why-am-i-buying-lbry-credits (https://steemit.com/crypto-news/@champagnecrypto/why-am-i-buying-lbry-credits)

$0.05   2 votes   Reply

**condra** (67)   (/@condra) 5 years ago (/blockchain/@champagnecrypto/re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170609t235532379z#@condra/re-champagnecrypto-re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170611t114739908z)   [-]

ayyyy thanks dude!

$0.00   1 vote   Reply

**rouse** (42)   (/@rouse) 4 years ago (/blockchain/@rouse/re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20180125t182239545z#@rouse/re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20180125t182239545z)   [-]

Now I have created https://LBRY.Community - for Content Creators, Users and Developers - The Ultimate Headquarter for Projects built on the LBRY Protocol.

$0.04   1 vote   Reply

**champagnecrypto** (65)   (/@champagnecrypto) 5 years ago (/blockchain/@champagnecrypto/re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170609t222802279z#@champagnecrypto/re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170609t222802279z)   [-]

This is awesome @condra (/@condra) Thanks for letting us know about the mp3 upload. Not only can you sell videos but music and podcasts too! kaBOOM!

$0.02   1 vote   Reply

**condra** (67)   (/@condra) 5 years ago (/blockchain/@champagnecrypto/re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170609t222802279z#@condra/re-champagnecrypto-re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170609t223138640z)   [-]

Yeah, it's gonna be crazy. Blockchain is coming for the big boys.

$0.00   1 vote   Reply

**masterthematrix** (60)   (/@masterthematrix) 5 years ago (/blockchain/@masterthematrix/re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170611t071525778z#@masterthematrix/re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170611t071525778z)   [-]

Oh man thanks for this post. Now I really can see the potential where this is going. I will get me some LBRY tokens for sure...great work!!!

$0.00   1 vote   Reply

**lexiconical** (72) (/@lexiconical) 5 years ago (/blockchain/@lexiconical/re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170609t214924102z#@lexiconical/re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170609t214924102z)  [-]

Thanks for sharing. Was the content of the Berkeley videos you mentioned controversial in some fashion?

$0.00    1 vote    Reply

**condra** (67) (/@condra) 5 years ago (/blockchain/@lexiconical/re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170609t214924102z#@condra/re-lexiconical-re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170609t215335589z)  [-]

Complex stuff but from what I gather, they were deleted from YouTube for being substandard in terms of accessibility, but some argued they should still be available because they're better than no videos. http://www.dailycal.org/2017/03/21/lbry-public-sharing-platform-uploads-20000-deleted-uc-berkeley-lectures/

$0.00    1 vote    Reply

**pixzelplethora** (41) (/@pixzelplethora) 5 years ago (/blockchain/@pixzelplethora/re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170609t214941773z#@pixzelplethora/re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170609t214941773z)  [-]

Thank you for this timely, well-written article. Currently mining LBRY with CCminer. Very happy to hear about this Beta release for testing.

$0.00    1 vote    Reply

**condra** (67) (/@condra) 5 years ago (/blockchain/@pixzelplethora/re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170609t214941773z#@condra/re-pixzelplethora-re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170609t215416339z)  [-]

LBRY mining. Looks like you made a good choice.

$0.00    1 vote    Reply

**riostarr** (68) (/@riostarr) 5 years ago (/blockchain/@riostarr/re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170609t221215775z#@riostarr/re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170609t221215775z)  [-]

thanks for sharing

$0.00    1 vote    Reply

**mad-cat** (27) (/@mad-cat) 4 years ago (/blockchain/@mad-cat/re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20180120t130432397z#@mad-cat/re-condra-lbry-credits-  [-]

climbing-as-blockchain-based-netflix-killer-beta-is-released-20180120t130432397z)

and so it begins, check out lbry://@movie#7381dcaa482bdc199934779c7aa39922f0342582

$0.00    1 vote    Reply

**xdark21** (50) (/@xdark21) 5 years ago (/blockchain/@xdark21/re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170610t005557343z#@xdark21/re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170610t005557343z)   [-]

( ͡° ͜ʖ ͡°) A really good read thank you for sharing

$0.00    1 vote    Reply

**hersh1498** (44) (/@hersh1498) 5 years ago (/blockchain/@hersh1498/re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170611t045523549z#@hersh1498/re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170611t045523549z)   [-]

Thanks for sharing, I think I will invest into this project : )

$0.00    1 vote    Reply

**condra** (67) (/@condra) 5 years ago (/blockchain/@hersh1498/re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170611t045523549z#@condra/re-hersh1498-re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170612t111536005z)   [-]

Wishing you luck man!

$0.00    1 vote    Reply

**screenname** (66) (/@screenname) 5 years ago (/blockchain/@screenname/re-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170610t012341#@screenname/re-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170610t012341)   [-]

This post has been ranked within the top 50 most undervalued posts in the second half of Jun 09. We estimate that this post is undervalued by $42.30 as compared to a scenario in which every voter had an equal say.

See the full rankings and details in The Daily Tribune: Jun 09 - Part II (https://steemit.com/curation/@screenname/the-daily-tribune-most-undervalued-posts-of-jun-09---part-ii). You can also read about some of our methodology, data analysis and technical details in our initial post (https://steemit.com/curation/@screenname/introducing-the-daily-tribune-most-undervalued-posts-of-nov-04---part-i).

If you are the author and would prefer not to receive these comments, simply reply "Stop" to this comment.

$0.00    Reply

**aaronparker** (40) (/@aaronparker) 5 years ago (/blockchain/@aaronparker/re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170614t101251280z#@aaronparker/re-condra-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170614t101251280z)   [-]

lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170614t101251280z)

Since dabbling my toes in the crypto world I have discovered tons of new services. Now I can add another one to the list. Thanks @condra (/@condra).

  $0.00   Reply

**flauwy** (73) ▼   (/@flauwy) 5 years ago (/blockchain/@flauwy/re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170621t083716497z#@flauwy/re-condra-lbry-credits-climbing-as-blockchain-based-netflix-killer-beta-is-released-20170621t083716497z)   [-]

Wow, this is the most exciting cryptocurrency of them all for content producers. This is huge. You are right, this is really hot. I don't just want to buy this, I want to USE it!

I think I will make a video about this today with my new show Coin Puppet: https://steemit.com/steemit/@flauwy/coin-puppet-animated-youtube-show (https://steemit.com/steemit/@flauwy/coin-puppet-animated-youtube-show)



  $0.00   Reply