```
1              UNITED STATES DISTRICT COURT
2               DISTRICT OF NEW HAMPSHIRE
3
4  SECURITIES AND EXCHANGE    ) Civil Action No.
   COMMISSION,                ) 1:21-cv-00260-PB
5                             )
            Plaintiff,        )
6                             ) VOLUME 1
       vs.                    ) (Pages 1 to 376)
7                             )
   LBRY, INC.,                )
8                             )
            Defendant.        )
9  _____)
10
11
12
13      CONFIDENTIAL VIDEOTAPED DEPOSITION OF
14                 JEREMY KAUFFMAN
15               New York, New York
16            Monday, March 21, 2022
17
18
19
20
21
22
23 REPORTED BY:
24 ELBIA BAIRES
25 JOB NO. 220321LHR
```

1

CONFIDENTIAL

| | | |
|---|---|---|
| 12:18 | 1 | Q.    Okay.  More than one? |
| | 2 | A.    I don't -- I don't know.  There's |
| | 3 | not -- there's not this large number of addresses |
| | 4 | out there.  It -- with -- with large amounts in |
| 12:18 | 5 | there.  It's more you end up -- just due to the |
| | 6 | way that the software functions, you might end up |
| | 7 | with some address with like 40 LBC in it.  And I'm |
| | 8 | not sure that something like that is getting |
| | 9 | listed. |
| 12:18 | 10 | But I -- I would guess that the |
| | 11 | addresses that are listed as ours contain well |
| | 12 | over 90 percent of our holdings. |
| | 13 | Q.    Because you said there are potentially |
| | 14 | more than a thousand wallet addresses associated |
| 12:18 | 15 | with LBRY. |
| | 16 | MR. MILLER:  Objection. |
| | 17 | A.    Well, this is what it gets into, you |
| | 18 | can end up -- I mean, we are talking about an |
| | 19 | address space that is like incomprehensibly large |
| 12:19 | 20 | in terms of the amount of addresses that -- that |
| | 21 | can exist. |
| | 22 | And so you can end up with large |
| | 23 | amounts of addresses with really small amounts of |
| | 24 | LBC in them.  And -- you know, you are not going |
| 12:19 | 25 | to worry about listing an address that has .02 LBC |

144

```
12:19    1   in it or .002 or things like this.
         2        Q.    All right.  So as far as you know,
         3   there's no way to figure out all of the addresses
         4   that have been associated with LBRY?
12:19    5        A.    I think it is -- I think that you could
         6   do an analysis that would be close to correct.
         7   But it would be challenging to know that it was
         8   precisely correct.  And you would have to make
         9   choices about what your definitions are in your --
12:19   10   attempt to determine that.  But I think you can do
        11   a pretty good job determining that.
        12        Q.    What choices would you have to make?
        13        A.    Well, once -- once -- once funds have
        14   been -- you know, I'm not -- I'm not certain.  I'm
12:20   15   not certain.  It would be better to ask an expert.
        16        Q.    Okay.  I understand.
        17              Could you give me any insight into that
        18   or you don't know at all?
        19        A.    You know, it's basically you can sort
12:20   20   of trace through.  Because all of our addresses
        21   where the funds started from, that's all very
        22   public.  As well as our attempts to label ones
        23   that continue to be ours, that's all very public.
        24              And so can basically trace through and
12:20   25   attempt to assess whether that activity is ours or
```

145