# EXHIBIT A

**LBRY Posts and Messages Cited in the Commission's Summary Judgment Motion and Opposition to LBRY's Motion for Summary Judgment**

| SEC Ex No. | Document Description | Date | SEC Citation | Public? |
|---|---|---|---|---|
| 35 | LBRY's Website Excerpt: "How does the company behind LBRY make money" | 2016-2022 | Plaintiff's Statement of Undisputed Facts In Support of Its Motion for Summary Judgment (Docket No. 55-02) at 8-9, 13<br><br>SEC's Opposition to LBRY's Motion for Summary Judgment (Docket No. 70) at 3, 6, 20 | Yes |
| 40 | LBRY's Website Excerpt: "What is LBRY doing with non-mined Credits" | 2016-2022 | Plaintiff's Statement of Undisputed Facts In Support of Its Motion for Summary Judgment (Docket No. 55-02) at 11, 13<br><br>SEC's Opposition to LBRY's Motion for Summary Judgment (Docket No. 70) at 3, 8 | Yes |

157239155.2

| 60-61, 132-138 | Quarterly Credit Reports | July 2016 through June 2019; June 2019 through December 2021; Q2 2017 through Q4 2017; Q1 2018; Q1 2020 through Q3 2020 | Plaintiff's Statement of Undisputed Facts In Support of Its Motion for Summary Judgment (Docket No. 55-02) at 16-17<br><br>SEC's Opposition to LBRY's Motion for Summary Judgment (Docket No. 70) at 8-9, 19 | Yes |
|---|---|---|---|---|
| 37 | "The Appcoin Revolution: Interview with Mike Vine of LBRY," published by Cointelegraph | Feb. 6, 2016 | Plaintiff's Statement of Undisputed Facts In Support of Its Motion for Summary Judgment (Docket No. 55-02) at 9 | Yes |
| 39 | LBRY's Website Excerpt: "Why Doesn't LBRY Just Use Bitcoin?" | Mar. 17, 2016 | Plaintiff's Statement of Undisputed Facts In Support of Its Motion for Summary Judgment (Docket No. 55-02) at 10-11<br><br>SEC's Opposition to LBRY's Motion for Summary Judgment (Docket No. 70) at 7-8 | Yes |
| 129 | "Come and Get 'Em! LBRY Credits Now Available to Mine" | June 29, 2016 | SEC's Opposition to LBRY's Motion for Summary Judgment (Docket No. 70) at 2 | Yes |

| 120 | Web article authored by Joel Valenzuela, titled "LBRY Launches Blockchain-Based Creator-Controlled Content App, New Appcoin" | July 4, 2016 | Plaintiff's Statement of Undisputed Facts In Support of Its Motion for Summary Judgment (Docket No. 55-02) at 28 | Yes |
|---|---|---|---|---|
| 41 | "Making Netflix and Youtube Outdated: How Blockchain Changes Media," interview with Mike Vine published by Cointelegraph | July 5, 2016 | Plaintiff's Statement of Undisputed Facts In Support of Its Motion for Summary Judgment (Docket No. 55-02) at 12<br><br>SEC's Opposition to LBRY's Motion for Summary Judgment (Docket No. 70) at 4 | Yes |
| 121 | Web article authored by Olivia Vanni, titled "LBRY's Blockchain-Based Netflix-Killer is Now in Beta," interview with Mike Vine | July 11, 2016 | Plaintiff's Statement of Undisputed Facts In Support of Its Motion for Summary Judgment (Docket No. 55-02) at 28<br><br>SEC's Opposition to LBRY's Motion for Summary Judgment (Docket No. 70) at 3, 10-11 | Yes |
| 33 | "$1.2B Market Cap and We Don't Care," by Mike Vine | July 15, 2016 | Plaintiff's Statement of Undisputed Facts In Support of Its Motion for Summary Judgment (Docket No. 55-02) at 7, 16 | Yes |

157239155.2

| | | | | |
|---|---|---|---|---|
| 118 | LBRY web post titled, "Shapeshift Adds LBRY Credits! Instant Conversion to Bitcoin, Ethereum and More" | Aug. 8, 2016 | Plaintiff's Statement of Undisputed Facts In Support of Its Motion for Summary Judgment (Docket No. 55-02) at 27 | Yes |
| 48 | Email from Jeremy Kauffman to Primary VC Fund re: "Betting on Laws of Economics," attaching "lbry-deck.pdf" | Aug. 9, 2016 | Plaintiff's Statement of Undisputed Facts In Support of Its Motion for Summary Judgment (Docket No. 55-02) at 14, 26

SEC's Opposition to LBRY's Motion for Summary Judgment (Docket No. 70) at 20 | No - private, non-public communication with institutional investor |
| 58 | Email from Josh Finer to Stephen Leicht re: "LBRY Credits Now Trading - LBC" | Aug. 17, 2018 | Plaintiff's Statement of Undisputed Facts In Support of Its Motion for Summary Judgment (Docket No. 55-02) at 16 | No - private, non-public communication |
| 51 | LBRY Play, Share, Earn deck | Sept. 2, 2016 | Plaintiff's Statement of Undisputed Facts In Support of Its Motion for Summary Judgment (Docket No. 55-02) at 14, 26

SEC's Opposition to LBRY's Motion for Summary Judgment (Docket No. 70) at 20 | No - private, non-public communication with institutional investor |

157239155.2

| 30 | "Answers to Big Questions from Our Reddit AMA," by Mike Vine | Sept. 28, 2016 | Plaintiff's Statement of Undisputed Facts In Support of Its Motion for Summary Judgment (Docket No. 55-02) at 8<br><br>SEC's Opposition to LBRY's Motion for Summary Judgment (Docket No. 70) at 3, 6 | Yes |
|---|---|---|---|---|
| 2 | LBRY Plan | Oct. 2016 | Plaintiff's Statement of Undisputed Facts In Support of Its Motion for Summary Judgment (Docket No. 55-02) at 14, 30<br><br>SEC's Opposition to LBRY's Motion for Summary Judgment (Docket No. 70) at 5 | Yes |
| 43 | LBRY's Website Excerpt: "Acryptypical: The CEO of LBRY on the Price of the LBC" | Nov. 15, 2016 | Plaintiff's Statement of Undisputed Facts In Support of Its Motion for Summary Judgment (Docket No. 55-02) at 13<br><br>SEC's Opposition to LBRY's Motion for Summary Judgment (Docket No. 70) at 6 | Yes |

| 57 | Email from Jeremy Goldstein to Pillar re: "Credit Sale v. Traditional Fundraise" | June 5, 2017 | Plaintiff's Statement of Undisputed Facts In Support of Its Motion for Summary Judgment (Docket No. 55-02) at 15<br><br>SEC's Opposition to LBRY's Motion for Summary Judgment (Docket No. 70) at 9 | No - private, non-public communication with institutional investor |
|---|---|---|---|---|
| 52 | Internal LBRY slack message thread between Tom Zarebczan and Brinck Slattery | Oct. 5, 2017 | Plaintiff's Statement of Undisputed Facts In Support of Its Motion for Summary Judgment (Docket No. 55-02) at 15, 18, 20<br><br>SEC's Opposition to LBRY's Motion for Summary Judgment (Docket No. 70) at 5, 9 | No - internal, non-public LBRY discussion |
| 53 | Internal LBRY slack message thread between Tom Zarebczan, "natalie," and Brinck Slattery | Nov. 28, 2017 | Plaintiff's Statement of Undisputed Facts In Support of Its Motion for Summary Judgment (Docket No. 55-02) at 15, 18, 20 | No - internal, non-public LBRY discussion |

157239155.2

| 44 | Reddit Website Excerpt, re: LBRY | Dec. 6, 2017 | Plaintiff's Statement of Undisputed Facts In Support of Its Motion for Summary Judgment (Docket No. 55-02) at 13, 18<br><br>SEC's Opposition to LBRY's Motion for Summary Judgment (Docket No. 70) at 6, 9 | Yes |
|---|---|---|---|---|
| 54 | Internal LBRY slack message thread between Tom Zarebczan, Josh Finer, Reilly Smith, Niko Storni | Dec. 19, 2017 | Plaintiff's Statement of Undisputed Facts In Support of Its Motion for Summary Judgment (Docket No. 55-02) at 15 | No - internal, non-public LBRY discussion |
| 34 | Reddit Post and Thread Excerpt, re: Sell or Hold | Approximately 2017 | Plaintiff's Statement of Undisputed Facts In Support of Its Motion for Summary Judgment (Docket No. 55-02) at 8, 15<br><br>SEC's Opposition to LBRY's Motion for Summary Judgment (Docket No. 70) at 25 | Yes |

157239155.2

| 42 | Reddit Post and Thread Excerpt re: LBRY | Approximately 2017 | Plaintiff's Statement of Undisputed Facts In Support of Its Motion for Summary Judgment (Docket No. 55-02) at 12<br><br>SEC's Opposition to LBRY's Motion for Summary Judgment (Docket No. 70) at 17 | Yes |
|---|---|---|---|---|
| 55 | Reddit Website Excerpt, re: LBRY - 7 Questions before you invest | Approximately 2017 | Plaintiff's Statement of Undisputed Facts In Support of Its Motion for Summary Judgment (Docket No. 55-02) at 15 | Yes |
| 38 | LBRY's Website Excerpt: "Blockchain is Love, Blockchain is Life" | Jan. 10, 2018 | Plaintiff's Statement of Undisputed Facts In Support of Its Motion for Summary Judgment (Docket No. 55-02) at 10, 12<br><br>SEC's Opposition to LBRY's Motion for Summary Judgment (Docket No. 70) at 7-8, 20 | Yes |

157239155.2

| 119 | Reddit post titled "What legitimate issues/concerns have you come across about this project?" | Mar. 2018 | Plaintiff's Statement of Undisputed Facts In Support of Its Motion for Summary Judgment (Docket No. 55-02) at 27<br><br>SEC's Opposition to LBRY's Motion for Summary Judgment (Docket No. 70) at 7 | Yes |
|---|---|---|---|---|
| 59 | Email from Jeremy Kauffman to Alex Pruden re: Data on LBRY, attaching "lbry-deck-20200427" | May 20, 2020 | Plaintiff's Statement of Undisputed Facts In Support of Its Motion for Summary Judgment (Docket No. 55-02) at 16, 29<br><br>SEC's Opposition to LBRY's Motion for Summary Judgment (Docket No. 70) at 3 | No - private, non-public communication with institutional investor |
| 97 | LBRY Web Post titled, "LBRY + Altonomy: Market-Making Partnership" | June 29, 2020 | Plaintiff's Statement of Undisputed Facts In Support of Its Motion for Summary Judgment (Docket No. 55-02) at 12, 20-21 | Yes |

| 46 | LBRY Web Post entitled, "The LBRY Economy" | Oct. 14, 2020 | Plaintiff's Statement of Undisputed Facts In Support of Its Motion for Summary Judgment (Docket No. 55-02) at 14<br><br>SEC's Opposition to LBRY's Motion for Summary Judgment (Docket No. 70) at 7 | Yes |
| --- | --- | --- | --- | --- |
| 49 | Email from Jeremy Kaufman to Jamie Goldstein at Pillar re: "$11 million in 11 sentences" | Nov. 10, 2020 | Plaintiff's Statement of Undisputed Facts In Support of Its Motion for Summary Judgment (Docket No. 55-02) at 14, 26, 28<br><br>SEC's Opposition to LBRY's Motion for Summary Judgment (Docket No. 70) at 20 | No - private, non-public communication with institutional investor |
| 156 | Email from Julian Chandra to Dave Fan re: For Greg Kidd, attaching "Odysee Deck for Nov 2020.pdf" | Nov. 17, 2020 | SEC's Opposition to LBRY's Motion for Summary Judgment (Docket No. 70) at 18 | No - private, non-public communication with institutional investor |

| 50 | LBRY investor pitch deck outline & talking points | Undated | Plaintiff's Statement of Undisputed Facts In Support of Its Motion for Summary Judgment (Docket No. 55-02) at 14, 26<br><br>SEC's Opposition to LBRY's Motion for Summary Judgment (Docket No. 70) at 20 | No - private, non-public communication with institutional investor |
| --- | --- | --- | --- | --- |
| 123 | Odysee-branded LBRY Investor Pitch Deck | Undated | Plaintiff's Statement of Undisputed Facts In Support of Its Motion for Summary Judgment (Docket No. 55-02) at 18, 28-29<br><br>SEC's Opposition to LBRY's Motion for Summary Judgment (Docket No. 70) at 3. 20 | No - private, non-public communication with institutional investor |
| 47 | LBRY's LBC Value Model & Projected Value of its LBC Reserve or Pre-mine | Undated | Plaintiff's Statement of Undisputed Facts In Support of Its Motion for Summary Judgment (Docket No. 55-02) at 14, 26<br><br>SEC's Opposition to LBRY's Motion for Summary Judgment (Docket No. 70) at 20 | No - private, non-public communication with institutional investor |