UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

------------------------------------- X

SECURITIES AND EXCHANGE
COMMISSION,                                   :

                                              :

              Plaintiff,                      :

                                              :

        -against-                             :        Civil Action No. 1:21-cv-00260-PB

                                              :

LBRY, INC.,                                   :

                                              :

              Defendant.                      :

------------------------------------- X

### DECLARATION OF JOHN T. DIXON IN OPPOSITION TO SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR SUMMARY JUDGMENT

Pursuant to 28 U.S.C. § 1746, I, John T. Dixon, declare under penalty of perjury that the following is true and correct:

1.      I am an attorney admitted to practice in the States of New York and Georgia.  I am an attorney in the New York City office of Perkins Coie LLP and am admitted *pro hac vice* in this matter.  I represent LBRY, Inc. ("LBRY") in this action.  I make this Declaration upon personal knowledge and, if called upon to testify, could and would testify competently hereto.

2.      I respectfully submit this declaration in opposition to Securities and Exchange Commission's Motion for Summary Judgment and to transmit true and correct copies of the following documents:

| Exhibit | Document Description |
|---------|---------------------|
| 35 | Excerpts from the Deposition Transcript of Michael Finger, dated December 7, 2021 |
| 36 | Amended - Confidential Expert Report of Dr. Boris M. Richard, dated April 29, 2022 |
| 37 | Excerpts from the 30(b)(6) Deposition Transcript of Jeremy Kauffman, dated April 1, 2022 |
| 38 | Excerpts from the Deposition Transcript of David Balter, dated January 13, 2022 |

| Exhibit | Document Description |
|---------|---------------------|
| 39 | Article titled "The Appcoin Revolution: Interview with Mike Vine," dated February 6, 2016 |
| 40 | Excerpts from Exhibits to Amended - Confidential Expert Report of Dr. Boris M. Richard, dated April 29, 2022 |
| 41 | Excerpts from the Deposition Transcript of Jeremy Kauffman, dated March 21, 2022 |
| 42 | Excerpts from the Deposition Transcript of James A. Goldstein, dated January 7, 2022 |
| 43 | LBRY webpage announcement titled "The Maker's Mark" (July 21, 2017), *available at* https://lbry.com/news/makestuff |
| 44 | LBRY webpage announcement titled "What To Look For In a Spotify Alternative" (December 7, 2018), *available at* https://lbry.com/news/what-to-look-for-in-a-spotify-alternative |
| 45 | LBRY webpage announcement titled "Bring A Friend To LBRY!" (February 5, 2019), *available at* https://lbry.com/news/bring-a-friend-to-lbry |
| 46 | LBRY webpage announcement titled "Invites and Downloads Come to LIBRY on Android" (February 3, 2020), *available at* https://lbry.com/news/android-galaxy |
| 47 | LBRY webpage announcement titled "LBRY Fireworks For Android Works Like Fire" (January 8, 2020), *available at* https://lbry.com/news/fireworks |
| 48 | Email from Dave Balter to Josh Finer, dated October 2, 2017 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 17, 2022

Respectfully submitted,

*/s/ John T. Dixon*

John T. Dixon (*pro hac vice*)
Perkins Coie LLP
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711
(212) 262-6900
johndixon@perkinscoie.com

*Attorneys for LBRY, Inc.*

157245337.1