# EXHIBIT 37

**CONFIDENTIAL**

```
1                UNITED STATES DISTRICT COURT
2                  DISTRICT OF NEW HAMPSHIRE
3
4   SECURITIES AND EXCHANGE      ) Civil Action No.
    COMMISSION,                  ) 1:21-cv-00260-PB
5                                )
                 Plaintiff,      )
6                                ) VOLUME 1
       vs.                       ) (Pages 1 to 244)
7                                )
    LBRY, INC.,                  )
8                                )
                 Defendant.      )
9   _____)
10
11
12
13           CONFIDENTIAL VIDEOTAPED 30(b)(6)
14             DEPOSITION OF LBRY, INC., BY
15                   JEREMY KAUFFMAN
15             1155 AVENUE OF THE AMERICAS
16                  NEW YORK, NEW YORK
17                FRIDAY, APRIL 1, 2022
18
19
20
21
22
23  REPORTED BY:
24  ELBIA BAIRES
25  JOB NO. 220401LHR
```

1

```
09:34   1                MR. MILLER:  Objection.
        2        A.   I'm not sure.
        3        Q.   I'm just trying to understand exactly
        4   what the basis of LBRY's position is.
09:34   5                So when LBRY says it's not sure, is
        6   it -- is it -- so is LBRY's position that the
        7   exchange of consideration is not sufficient
        8   bases to form a sale?
        9                MR. MILLER:  Objection.
09:34  10        A.   LBRY offered Pillar two million LBRY
       11   credits, mostly because they asked us to.  And
       12   they never got them.  They never took them.
       13   They never asked for them.
       14                So as far as I'm concerned, it's --
09:34  15   you know, there's no -- there hasn't been an
       16   exchange.
       17        Q.   Did Pillar, subsequent to September
       18   of 2018, state that it was not -- that it was
       19   repudiating the agreement?
09:35  20                MR. MILLER:  Objection.
       21        A.   I don't recall specifically.  But I
       22   know that, you know, Pillar regards dealing with
       23   the SEC as very expensive.  So I think they've
       24   avoided dealing with the token until there's
09:35  25   some regulatory clarity.
```

26

```
09:52    1        A.    Pillar is a venture capital firm.
         2        Q.    What's their aim to -- if you know.
         3              MR. MILLER:  Objection.
         4        A.    I don't -- I don't -- I don't know.
09:52    5   I'm not Pillar.
         6        Q.    I'd like to move on to the sales,
         7   offer and sales of LBRY credits to CoinEx.
         8              Did LBRY ever offer and sell LBRY
         9   credits to CoinEx?
09:53   10        A.    I believe we sold credits to CoinEx
        11   at their request.
        12        Q.    And when was that?
        13        A.    Middle of 2021 -- I'm not certain.
        14   Sometime in 2021 -- is it end of 2020?
09:53   15        Q.    Perhaps the third quarter of 2020?
        16        A.    That sounds correct.
        17        Q.    And approximately how many LBRY
        18   credits did LBRY sell to CoinEx?
        19        A.    I believe 500,000.
09:53   20        Q.    What is CoinEx?
        21        A.    CoinEx is a cryptocurrency exchange
        22   and marketplace.
        23        Q.    Do they function similar to
        24   ShapeShift or they function differently in
09:53   25   exchanging tokens?
```

42

```
09:53   1               MR. MILLER:  Objection.
        2         A.    I -- ShapeShift is unusual and it
        3   doesn't require accounts.  So I would say
        4   they're not like ShapeShift because CoinEx does
09:54   5   require accounts.
        6         Q.    Who is -- who at LBRY was involved in
        7   the decision to sell LBRY credits to CoinEx?
        8         A.    Primarily, Josh Finer.
        9         Q.    Why was the amount sold 500,000 LBRY
09:54  10   credits?
       11         A.    Because -- probably because that's
       12   what they asked for.
       13         Q.    And had LBRY had a relationship with
       14   CoinEx prior to CoinEx's request to buy LBRY
09:54  15   credits from LBRY?
       16         A.    I'm not certain of the exact timing
       17   of that request.  It certainly would have been
       18   after or concurrent with CoinEx making LBRY
       19   credits available on their website.
09:54  20         Q.    Essentially when CoinEx listed LBC on
       21   its exchange?
       22         A.    Presumably then or shortly after
       23   then.
       24         Q.    Was there a purchase agreement
09:55  25   between LBRY and CoinEx for the LBRY credits?
```

43

|  |  |  |
|---|---|---|
| 09:55 | 1 | A. I'm not certain. |
|  | 2 | Q. Were there any restrictions on the |
|  | 3 | sale of LBRY credits to CoinEx? |
|  | 4 | A. Not to my knowledge. |
| 09:55 | 5 | Q. Was there any lock up of the period |
|  | 6 | when CoinEx could take possession of the LBRY |
|  | 7 | credits? |
|  | 8 | A. I don't believe so. |
|  | 9 | Q. Was there any communications between |
| 09:55 | 10 | LBRY and CoinEx concerning CoinEx's publishing |
|  | 11 | videos to the LBRY network? |
|  | 12 | A. I'm not certain. |
|  | 13 | Q. Were there any discussions with |
|  | 14 | CoinEx concerning CoinEx's watching of videos |
| 09:55 | 15 | through the LBRY network? |
|  | 16 | MR. MILLER: Objection. It's not a |
|  | 17 | topic. |
|  | 18 | MR. MOORES: It was part of the offer |
|  | 19 | and sale. Were there communications with |
| 09:55 | 20 | CoinEx -- |
|  | 21 | MR. MILLER: About? |
|  | 22 | MR. MOORES: About CoinEx watching |
|  | 23 | videos on the LBRY network. |
|  | 24 | MR. MILLER: How does that have |
| 09:56 | 25 | anything to do with offer and sale of LBRY |

44

09:56  1  tokens to CoinEx?
       2          MR. MOORES:  The communications in
       3  connection with the offer and sale is relevant
       4  to the topic.  And I'm asking in connection with
09:56  5  the offer and sale of LBRY credits to CoinEx,
       6  was there any discussion between LBRY and CoinEx
       7  concerning watching videos on the LBRY network.
       8     A.    The -- the only purpose of the
       9  credits is to use them on the LBRY network.
09:56 10  It's like a grocery store doesn't ask someone
      11  checking out with bread, are you planning to eat
      12  it.
      13          There's no reason to buy the
      14  credits -- the credits -- they're not -- the
09:56 15  only reason -- the only purpose of the credits
      16  is to use them on the LBRY protocol and the LBRY
      17  network.  So we don't generally ask people what
      18  they're going to do with them because that's the
      19  only thing to do with them.
09:56 20     Q.    Besides trading them, correct?
      21     A.    The only reason that someone is going
      22  to -- there's no reason to have tokens unless
      23  you are going to -- to use them.  Okay?  Like
      24  that's the only reason.  Okay?
09:57 25     Q.    Why does LBRY itself possess tokens

45

| | | |
|---|---|---|
| 10:04 | 1 | MR. MILLER: Objection. Again, it's |
| | 2 | beyond the scope of your topic. It has nothing |
| | 3 | about communications. And again, beyond the |
| | 4 | scope. |
| 10:04 | 5 | A.  The only -- the only purpose of the |
| | 6 | LBRY token is to use it on the LBRY network.  We |
| | 7 | don't generally investigate why people are |
| | 8 | purchasing the token because that's the only |
| | 9 | conceivable reason for people to have the token. |
| 10:04 | 10 | Q.  So you are saying that CoinEx did not |
| | 11 | on its own make any representations as to what |
| | 12 | it would do with the LBRY credits? |
| | 13 | A.  No.  Not to my knowledge. |
| | 14 | Q.  What did -- what compensation -- |
| 10:04 | 15 | sorry. |
| | 16 | What consideration did LBRY receive |
| | 17 | from CoinEx for the sale of LBRY credits? |
| | 18 | A.  I -- I believe they bought the token |
| | 19 | at or very close to the market price. |
| 10:05 | 20 | Q.  And what -- was it in dollars or what |
| | 21 | was it -- |
| | 22 | A.  It was in dollars.  But it wouldn't |
| | 23 | surprise me if it was paid with Tether or |
| | 24 | another dollar -- dollar equivalent crypto coin. |
| 10:05 | 25 | Q.  And what, if anything -- sorry. |

52

12:45 1  Q. What exchanges do you have knowledge
2 that you can testify today about in terms of
3 what LBRY did, if anything, to get listed on
4 those exchanges?
12:45 5  A. The only exchanges I have specific
6 personal recollection of are Bittrex and
7 Poloniex.
8  Q. All right. Well, I'm talking about
9 what knowledge do you have as the representative
12:45 10 of LBRY, Inc. with respect to any exchange of
11 what LBRY did to get listed on that exchange?
12      MS. MECHANIC: Well, he just said, he
13 has knowledge of Bittrex and Poloniex. So do
14 you want to ask him what --
12:45 15     MR. JONES: He said he has personal
16 knowledge.
17      MS. MECHANIC: As the CEO of the
18 company.
19  A. In general, the company's policy was
12:45 20 to support LBRY being listed or being made
21 available in as many place as possible. The
22 more places it's available, the more places
23 people can get the LBRY credit and acquire it
24 and use it on the LBRY network.
12:46 25     If an exchange contacted us, we would

150

```
12:46    1  talk to them.  That was the more common scenario
         2  as to how we worked with an exchange and an
         3  exchange would approach us.
         4              Occasionally, we would approach
12:46    5  exchanges.  But the exchanges that we
         6  approached, I believe, are not the ones that
         7  you've listed.  But I'm not certain, it's
         8  possible that some of those were approached by
         9  us.  But the more common scenario was that the
12:46   10  exchange approached us.
        11       Q.    What work, if anything, would need to
        12  be done by LBRY if an exchange approached LBRY
        13  for a listing of LBC?
        14       A.    Typically, nothing.  But
12:46   15  occasionally -- or we would offer if they needed
        16  any type of technical assistance, they could
        17  speak with an engineer or something.
        18              But the software is all standard.
        19  It's all open sourced.  It's all well
12:46   20  documented.  So typically, the exchanges can do
        21  it on their own without our help.
        22       Q.    Did LBRY provide any technical
        23  services to an exchange to get -- in connection
        24  with a listing of LBC on that exchange?
12:47   25       A.    To my knowledge, of any of the
```

151

```
02:59  1              MR. MILLER:  Objection.
       2        Q.    Correct?
       3        A.    I don't understand the question.
       4        Q.    Did LBRY ever state to the public
03:00  5   that it was not developing the LBRY network?
       6        A.    There's -- did LBRY ever state to the
       7   public that it was not developing the LBRY
       8   network?  I don't believe so.
       9        Q.    Is Exhibit 176 an example of a LBRY
03:00 10   road map?
      11        A.    Yes.
      12        Q.    You can put that to the side,
      13   Mr. Kauffman.  I don't think I'm going to ask
      14   any more questions about it.
03:01 15              Mr. Kauffman, we briefly talked about
      16   an entity called Altonomy earlier today.  And
      17   I'd like to circle back and talk a little bit
      18   more about Altonomy.
      19              What money, if any, did LBRY receive
03:02 20   as a result of Altonomy's trading?
      21        A.    I believe that the Altonomy
      22   partnership or relationship ultimately resulted
      23   in the company losing money.
      24        Q.    And when you say, "the company losing
03:02 25   money," can you explain how it lost money?
```

222

```
03:02   1          A.    I mean, we gave them -- they were
        2     granted a pool of 40 million credits to work
        3     with.  And I believe we got less than 40 million
        4     credits in value back.
03:02   5          Q.    In terms of the Block Explorer that
        6     we looked at earlier, there was a transfer out
        7     of that account that Altonomy was using of
        8     40 million credits.
        9                Are you suggesting that was not
03:02  10     transferred back to LBRY's possession?
       11          A.    There was -- we did receive some
       12     portion of that back.  But a lot of it, we did
       13     not receive back.
       14          Q.    Is there any explanation as to that
03:03  15     40 million transfer of LBC to that address that
       16     we saw earlier?
       17                MR. MILLER:  Objection.
       18          A.    I believe -- I'm not certain.
       19          Q.    Is it possible that LBRY did receive
03:03  20     40 million LBC back from whatever account that
       21     Altonomy was trading in?
       22                MR. MILLER:  Objection.
       23          A.    I do not believe so.
       24          Q.    What amount of LBC did LBRY receive
03:03  25     back from Altonomy?
```

223

```
03:03    1        A.    I'm not immediately certain of that
         2   figure.
         3        Q.    Can you give us a ballpark number?
         4              MR. MILLER:  Objection.
03:04    5        A.    I believe it was 10 million or less.
         6        Q.    LBC?
         7        A.    Yes.  But I'm not certain.
         8        Q.    Did LBRY only receive LBC back from
         9   Altonomy?
03:04   10              MR. MILLER:  Objection.
        11        A.    I'm -- I'm -- I'm not certain what we
        12   -- the exact -- exactly what we received back.
        13        Q.    Did Altonomy perform any sales of
        14   LBRY's premine into the market separate and
03:04   15   distinct from any 40 million LBC that was set
        16   aside from Altonomy trading?
        17              MR. MILLER:  Objection.
        18        A.    Yes.  A separate arm of their company
        19   did -- did perform some sales, I believe.
03:04   20        Q.    Approximately how many sales did that
        21   arm of Altonomy perform?
        22              MR. MILLER:  Objection.
        23        A.    During the time period that we were
        24   working with Altonomy, I believe they handled
03:04   25   all sales for us instead of us doing it
```

224

```
1
2                    C E R T I F I C A T E
3
4    STATE OF NEW YORK)
5                     :SS
6    COUNTY OF SUFFOLK)
7
8            I, Elbia Baires, a Notary Public within
9    and for the State of New York, do hereby certify:
10           I reported the proceedings in the
11   within-entitled matter, and that the within
12   transcript is a true record of such proceedings to
13   the best of my ability.
14           I further certify that I am not related to
15   any of the parties to this action by blood or
16   marriage; and that I am in no way interested in the
17   outcome of this matter.
18           IN WITNESS WHEREOF, I have hereunto set my
19   hand this 8th day of April, 2022.
20
21
22                              _____
                                    Elbia Merino (Baires)
23
24
25
```