# EXHIBIT 38

CONFIDENTIAL

```
 1                UNITED STATES DISTRICT COURT
 2                  DISTRICT OF NEW HAMPSHIRE
 3
 4   SECURITIES AND EXCHANGE      ) Civil Action No.
     COMMISSION,                  ) 1:21-cv-00260-PB
 5                                )
             Plaintiff,           )
 6                                ) VOLUME 1
         vs.                      ) (Pages 1 to 228)
 7                                )
     LBRY, INC.,                  )
 8                                )
             Defendant.           )
 9   _____)
10
11
12
13              CONFIDENTIAL DEPOSITION OF
14                    DAVID BALTER
15                   HELD VIA WEBEX
16              THURSDAY, JANUARY 13, 2022
17                      9:36 a.m.
18
19
20
21
22
23
     REPORTED BY:
24   Jane M. Werner, RMR, CRR
     Massachusetts CSR No. 149008
25   JOB No. 220113DWA
```

1

```
 1   done by Flipside Crypto; is that correct?
 2        A    Correct.
 3        Q    Does that mean that Flipside Crypto was
 4   developing its own metrics to analyze -- to do analysis?
 5        A    Correct.
 6        Q    And then you said in the original iteration,
 7   there were investment clubs; is that correct?
 8        A    Correct.
 9        Q    Can you generally explain to us what an
10   investment club is.
11        A    An investment club was a legal entity where a
12   number of individuals interested in learning about
13   accessing the crypto asset ecosystem could together and
14   jointly buy and hold and sell crypto assets.
15        Q    In the current iteration of the company, who
16   are the customers?  And by "who," I don't mean
17   specifically the names of the customers, but
18   characterize the customer base, please.
19        A    Blockchains and protocols that operate on top
20   of blockchains.
21        Q    So my understanding of a blockchain is that it
22   is some sort of set of computer code and ledger
23   transactions.  So when you say "blockchains," you're
24   obviously not meaning that.  When you say the
25   blockchains are your customers, what do you mean?
```

19

CONFIDENTIAL

```
1        Q    So there is a nest of emails here.
2             I wanted to start with the email that is on
3    Wednesday, August 30th, that starts, "Hi everyone."  Do
4    you see where I am?  It's about a third of the way down
5    the page.
6        A    In the doc I have -- yes, I see that.  Sorry,
7    yes.
8        Q    "Hi everyone, excited to kick off Flipside
9    Crypto Club One..."?
10       A    Yeah, I see that.
11       Q    Flipside Crypto Club One; what is it -- or
12   what was it?
13       A    It was a group of 11 people who could come
14   together to, as you see here, acquire and effectively
15   store cryptocurrencies.
16       Q    What was the goal of crypto Club One?
17       A    To help people acquire and store
18   cryptocurrencies.
19       Q    Store for what purpose?
20       A    To hold them.  They were difficult to keep.
21   So to safe-keep them.
22       Q    And Flipside Crypto Club One was an investment
23   club, correct?
24       A    That is correct, yes.  It was a club to learn
25   and safe-keep cryptocurrencies; learn about and
```

72

```
 1   safe-keep cryptocurrencies.
 2        Q    And to invest in cryptocurrencies, correct?
 3             MR. DIXON:  Objection to form.
 4        A    To acquire.
 5        Q    Acquire and hold forever or acquire and at
 6   some point sell?
 7        A    Club One, as I read this and if I remember
 8   correctly, was to acquire and hold for the members of
 9   the club.
10        Q    Here in the first -- in the first bullet
11   point, it says, "There are 11 members in Club One."
12        A    Uh-hum.
13        Q    Where did those members come from?  How did
14   you find them?
15        A    They found us.  They were just people we knew.
16        Q    Was it their idea to put together a club, or
17   was it someone at Flipside Crypto?
18        A    It was our idea.  Well, that's actually not
19   true.  It was one of the club members -- one of the club
20   members took me to lunch and suggested this as an idea,
21   which we then put into motion.
22        Q    Who was that club member that suggested that
23   you put it into motion?
24        A    It was Bob Howard, maybe.  Bob Howard, I
25   believe.
```

73

```
 1   assets on the blockchains that were sponsoring them?
 2              MR. DIXON:  Objection to form.
 3              MR. HEIM:  Objection to the form.
 4       A      No, that's not what I'm saying.
 5       Q      Then I missed your ten-year old or your
 6   five-year old DNA analogy.
 7              Could you explain it?
 8       A      There was an understanding that
 9   cryptocurrencies were utilized -- or there was a purpose
10   of cryptocurrencies, but few understood what they could
11   be or why they were -- or how they could be.  And these
12   clubs were intended to help create an education
13   environment around those potential behaviors.  And
14   Marc -- Mr. Jones --
15       Q      "Marc" is fine, Mr. Balter.
16       A      We were all club members.  We needed to learn
17   as well.
18       Q      So at the beginning of Club One, it's fair to
19   say that the people who were investing in Club One
20   didn't have a firm handle on how to use any of these
21   digital assets?
22              MR. DIXON:  Objection to form.
23       A      I can't tell you what members of Club One all
24   knew or didn't know.
25       Q      But you're saying even you didn't necessarily
```

82

```
 1        Under Federal Rule 30:
 2             X Reading and Signing was requested.
 3        In witness whereof, I have hereunto set my hand
 4   and affixed my notarial seal this 24th day of January,
 5   2022.
 6   [signature: Jane M Werner]
 7   Notary Public
 8   CSR No. 149008
 9   Commission expires 1/27/2028
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```