# EXHIBIT 40

## Exhibit #8A – LBRY On-Chain Transaction Volume, When Excluding Transactions of LBRY-Affiliated Addresses and Strategic Partner Addresses, Significantly Exceeded LBC Secondary Market Trading Volumes in 2016 – 2021 (by LBC Count)

| Year | On Chain Transaction Volume (a) | Secondary Market Trading Volume (b) | Difference (a-b) | On Chain/Trading Volume (a/b) |
|---|---|---|---|---|
| 2016 | 408,847,266 | 129,992,778 | 278,854,487 | 3.15 |
| 2017 | 1,008,990,013 | 1,906,136,580 | (897,146,567) | 0.53 |
| 2018 | 546,089,132 | 1,486,012,563 | (939,923,431) | 0.37 |
| 2019 | 1,231,033,289 | 1,408,055,812 | (177,022,523) | 0.87 |
| 2020 | 27,031,083,691 | 7,833,785,244 | 19,197,298,448 | 3.45 |
| 2021 | 24,621,703,589 | 16,026,785,553 | 8,594,918,037 | 1.54 |
| Total | 54,847,746,980 | 28,790,768,529 | 26,056,978,451 | 1.91 |

Sources:
-LBRY Database
-CryptoCompare.com

CONFIDENTIAL, PROTECTED BY PROTECTIVE ORDER

**Exhibit #8B – LBRY On-Chain Transaction Volume, Excluding Transactions of LBRY-Affiliated Addresses, Strategic Partner Addresses, as well as Transactions Exceeding Average Transaction Size by More Than Three Times, Significantly Exceeded LBC Secondary Market Trading Volumes in 2016-2021 (by LBC Count)**

| Year | On Chain Transaction Volume (a) | Secondary Market Trading Volume (b) | Difference (a-b) | On Chain/Trading Volume (a/b) |
|---|---|---|---|---|
| 2016 | 341,469,678 | 129,992,778 | 211,476,900 | 2.63 |
| 2017 | 934,178,925 | 1,906,136,580 | (971,957,655) | 0.49 |
| 2018 | 416,641,736 | 1,486,012,563 | (1,069,370,827) | 0.28 |
| 2019 | 1,167,975,254 | 1,408,055,812 | (240,080,557) | 0.83 |
| 2020 | 26,008,436,797 | 7,833,785,244 | 18,174,651,553 | 3.32 |
| 2021 | 10,919,325,326 | 16,026,785,553 | (5,107,460,227) | 0.68 |
| Total | 39,788,027,716 | 28,790,768,529 | 10,997,259,187 | 1.38 |

Sources:
-LBRY Database
-CryptoCompare.com