# EXHIBIT 41

**CONFIDENTIAL**

```
1              UNITED STATES DISTRICT COURT
2                DISTRICT OF NEW HAMPSHIRE
3
4  SECURITIES AND EXCHANGE      ) Civil Action No.
   COMMISSION,                  ) 1:21-cv-00260-PB
5                               )
              Plaintiff,        )
6                               ) VOLUME 1
       vs.                      ) (Pages 1 to 376)
7                               )
   LBRY, INC.,                  )
8                               )
              Defendant.        )
9  _____)
10
11
12
13        CONFIDENTIAL VIDEOTAPED DEPOSITION OF
14                   JEREMY KAUFFMAN
15                 New York, New York
16               Monday, March 21, 2022
17
18
19
20
21
22
23 REPORTED BY:
24 ELBIA BAIRES
25 JOB NO. 220321LHR
```

1

| | | |
|---|---|---|
| 10:50 | 1 | has the deliverables for those in the third |
| | 2 | column, correct? |
| | 3 | A. Yes. |
| | 4 | Q. Okay. One of the deliverables is daily |
| 10:51 | 5 | volume to exceed 13 BTC worth. |
| | 6 | Do you know why LBRY contracted to have |
| | 7 | daily volume exceed 13 BTC? |
| | 8 | MR. MILLER: Objection. |
| | 9 | A. I do not know. My understanding is |
| 10:51 | 10 | that the primary purpose of this was about keeping |
| | 11 | the spreads -- keeping the spreads tight and the |
| | 12 | markets liquid. |
| | 13 | Q. So spread actually looks like it's |
| | 14 | discussed in two and three on this list in the |
| 10:51 | 15 | third column, correct? |
| | 16 | A. Yes. |
| | 17 | Q. And what is LBRY asking for or |
| | 18 | expecting to get as part of this engagement |
| | 19 | agreement in terms of spreads? |
| 10:51 | 20 | A. This -- so again, this is a -- this is |
| | 21 | a service. But this is -- what this is doing is |
| | 22 | it's attempting to keep the market you know, |
| | 23 | effectively not -- effectively keeping the market |
| | 24 | relatively tight, you know, between buy and sell |
| 10:52 | 25 | prices so that there's liquid amounts at both the |

74

```
10:52   1   buy and sell prices.
        2            So that someone who wants to come in
        3   can understand, you know, what they're buying and
        4   have a clear price without the price, you know,
10:52   5   jumping too much when people are buying and
        6   selling larger amount.
        7       Q.   Okay.  So there was a concern that
        8   they -- without the market making services, if
        9   someone were to buy a large quantity, the price
10:52  10   could go up?
       11            MR. MILLER:  Objection.
       12       A.   Yes.
       13       Q.   And there was a concern that if someone
       14   were to sell a large quantity, the price could go
10:52  15   down?
       16       A.   Let me be clear, not -- when we -- we
       17   have to differentiate between short-term effects
       18   and medium to long-term effects.
       19       Q.   Okay.
10:52  20       A.   Market making is about alleviating
       21   short-term effects.  It is not about alleviating
       22   medium and longer term affects.  That's impossible
       23   to do.
       24       Q.   Okay.  So I appreciate the
10:52  25   clarification.  So now let's ask those same
```

75

```
10:52    1   questions about the short-term.
         2              In the -- was there a concern that in
         3   the short-term, a large sale could deflate the
         4   price in the short-term?
10:53    5        A.   Let me be clear.  Let me actually be
         6   more specific.
         7              When we are talking about short-term,
         8   we are talking about a matter of hours here.
         9   Okay.  I'm not even talking about weeks or months.
10:53   10   You can't -- that's not what this is about.  This
        11   is about in the very short-term, making sure that
        12   there is enough depth on both sides of the buy and
        13   sell.
        14              So that if someone -- if for some
10:53   15   reason, there's a large rush of buyers or a large
        16   rush of sellers that you are not having -- that
        17   they're able to get what they need without having
        18   these highly variable affects.
        19        Q.   Okay.  The "highly variable effects,"
10:53   20   meaning the price going up or the price going down
        21   in the short-term?
        22              MR. MILLER:  Objection.
        23        A.   Yes.
        24        Q.   Do you understand how Altonomy was to
10:53   25   deliver a daily volume exceeding 13 BTC worth of
```

76

CONFIDENTIAL

```
11:43   1              Go ahead.
        2       A.     LBRY benefits from more people using
        3    its software and people having LBC as part of
        4    getting the most out of that software.
11:43   5       Q.     In what way does LBRY benefit from more
        6    people using its software?
        7              MR. MILLER:  Objection.
        8       A.     LBRY benefits from more people using
        9    its software in the same way that other software
11:43  10    companies or software companies generally benefit
       11    from having more users rather than less users.
       12       Q.     Well, a standard software company might
       13    sell its product.
       14              You don't sell LBRY -- LBRY videos, do
11:44  15    you?
       16              MR. MILLER:  Objection.
       17       A.     There are many software products that
       18    people use on a daily basis that they do not pay
       19    directly for.
11:44  20       Q.     Okay.  So in what ways was LBRY seeking
       21    to make money based on an increase in users?
       22       A.     LBRY believes that as long as its
       23    software is being used by millions or ideally
       24    billions, we are not there yet, of people that
11:44  25    there will always be ways for us to make money.
```

109

CONFIDENTIAL

```
02:24   1         Q.    Okay.  And do you know what A16Z stands
        2   for?
        3         A.    Andreessen Horowitz.
        4         Q.    Okay.  Why are you e-mailing
02:25   5   Mr. Pruden?
        6         A.    I am e-mailing Mr. Pruden because we
        7   were interested in receiving a venture capital
        8   investment fund Andreessen Horowitz.
        9         Q.    Okay.  In May of 2020, were you engaged
02:25  10   in soliciting more than just Anderson -- excuse
       11   me, I'm going to pronounce that wrong -- A16Z,
       12   let's go with that?
       13         A.    I believe there were a handle of firms
       14   we were talking to at this time.
02:25  15         Q.    What were the other firms you were
       16   talking to at that time?
       17         A.    I -- I don't recall other names
       18   specifically immediately.
       19         Q.    What were you look for from these
02:25  20   firms?
       21         A.    We were seeking a venture capital
       22   investment.
       23         Q.    And were you offering equity?
       24         A.    I believe so.
02:25  25         Q.    Were you offering LBC as part of those
```

210

```
02:25   1   deals?
        2       A.   We were generally open-minded.  But
        3   primarily, we were offering equity unless a
        4   venture firm specifically brought up tokens.
02:25   5       Q.   Okay.  Here, you say, "I've limit
        6   myself to five reports," smiley face.  Correct?
        7       A.   Correct.
        8       Q.   All right.  Where -- are those the five
        9   reports that are listed here, one, two, three,
02:26  10   four, five?
       11       A.   Correct.
       12       Q.   Where did you get these reports?
       13       A.   These reports come from internal tools
       14   for reporting on our app on data that we have.
02:26  15       Q.   Are all these reports from the system
       16   called Metabase?
       17       A.   I believe so.  But I'm not certain.
       18       Q.   Is Metabase the real-ish time analytics
       19   system that you're referring to in your second
02:26  20   paragraph?
       21       A.   I believe so.
       22       Q.   Okay.  Why did you pick these five
       23   reports to send to Mr. Pruden?
       24       A.   I believe that these -- presumably,
02:26  25   because I believed that these reports would
```

211

1
2                  C E R T I F I C A T E
3  STATE OF NEW YORK)
4                    :SS
5  COUNTY OF SUFFOLK)
6
7          I, Elbia Baires (Merino), a Notary Public
8  within and for the State of New York, do hereby
9  certify:
10         That the witness whose examination is
11 hereinbefore set forth was duly sworn and that such
12 an examination is a true record of the testimony
13 given by such witness.
14         I further certify that I am not related to
15 any of these parties to this action by blood or
16 marriage, and that I am not in any way interested in
17 the outcome of this matter.
18         IN WITNESS WHEREOF, I have hereunto set my
19 hand on this 24th day of March, 2022.
20
21
22                            *[signature]*
                              Elbia Merino (Baires)
23
24
25