# EXHIBIT 43

**LBRY**   Download   Community ⌄   Company ⌄   Developers ⌄   🔍   Try LBRY



LBRY is all about sharing your creations with the world.

One thing you can't do (yet!) is sharing your tangible, physical works. But today is the next best thing. Welcome one of the best DIY channels on the web to LBRY.



Bob of @ILikeToMakeStuff builds anything and everything for the fun of it, and you're along for the ride. Stormtrooper helmet? Check. Outdoor tool bed? Check. Rube Goldberg machine? Easy peasy.

If you're like us, you spend a lot of time building things indoors. Not moving. At a desk.

Bob shows you just how fun building cool things that you *actually* want to make can be, all while getting your blood pumping.

Bob, LBRY. LBRYians, Bob.

**Not on LBRY yet?** Get an invite here. Building something grand? Email reilly@lbry.com with further instructions. Or sync your channel at: /youtube

**URL**
https://lbry.com/news/makestuff

**Timestamp**
Fri Jun 17 2022 14:24:17 GMT-0700 (Pacific Daylight Time)

Bob of @ILikeToMakeStuff builds anything and everything for the fun of it, and you're along for the ride. Stormtrooper helmet? Check. Outdoor tool bed? Check. Rube Goldberg machine? Easy peasy.

If you're like us, you spend a lot of time building things indoors. Not moving. At a desk.

Bob shows you just how fun building cool things that you *actually* want to make can be, all while getting your blood pumping.

Bob, LBRY. LBRYians, Bob.

**Not on LBRY yet?** Get an invite here. Building something grand? Email reilly@lbry.com with further instructions. Or sync your channel at: /youtube

← Throwback Throwdown                                                         Verbal Violence →



*Reilly Smith* · ✉ · ⌂ · 🐦

For nearly a decade, Reilly has developed, produced, championed and contributed to dozens of film projects big and small.

The only thing that rivals his love of film is the marriage between content and blockchain.

If you come from the world of film, television or web content, he's your sherpa on Mount Blockchain.

Reilly's work has been seen from Oxford, Mississippi to Sundance Film Festival, and he has produced content for Fox Digital Studios and Disney LOL.

| COMPANY | USE LBRY | SOCIAL | SUPPORT |
|---|---|---|---|
| About | **odysee.com** | Chat on Discord | hello@lbry.com |
| Blog | Android | Twitter | Contact |
| Jobs | Linux | Reddit | Privacy |
| Shop | iOS | Facebook | TOS |
| Team | macOS | Telegram | FAQ |
|  | Windows |  |  |

Back to top

**URL**

https://lbry.com/news/makestuff

**Timestamp**

Fri Jun 17 2022 14:24:17 GMT-0700 (Pacific Daylight Time)