# EXHIBIT 45

LBRY

Download   Community ∨   Company ∨   Developers ∨        Try LBRY



Have you been waiting for just the right time to tell your friends about LBRY? The newest version is faster, prettier, and full of more content than ever, and we have an extra cherry on top of the sundae for you - we've opened up referral rewards!

## You can now redeem up to 10 invite rewards!

So tell your friends to download LBRY today!

## Getting bored of videos?



Head over to LBRY's new arcade! You can now play a number of free, open-source games in-app. We're still working on this feature, so be on the lookout for more games and a better user experience with the player over the coming months.

If you haven't opened LBRY on your computer in a while, now's the time to do it!

We need your feedback to make LBRY even better - upgrade in-app or head to this link to download LBRY now, and let us know what you think on Discord or Twitter!

**URL**
https://lbry.com/news/bring-a-friend-to-lbry

**Timestamp**
Fri Jun 17 2022 14:52:02 GMT-0700 (Pacific Daylight Time)

Head over to LBRY's new arcade! You can now play a number of free, open-source games in-app. We're still working on this feature, so be on the lookout for more games and a better user experience with the player over the coming months.

If you haven't opened LBRY on your computer in a while, now's the time to do it!

We need your feedback to make LBRY even better - upgrade in-app or head to this link to download LBRY now, and let us know what you think on Discord or Twitter!

If you're a developer and want to dive a bit deeper into the process, take a look at the release notes here. Want to learn more or help us build out the LBRY ecosystem? Jump right into our GitHub repos and check out lbry.tech.

Thanks for helping us build the decentralized internet of the future - we can't do it without you!

---

← Our Android Is Getting Smarter                    Looking Back and Moving Forward: LBRY in 2018/2019 →



*Brinck Slattery · ✉ · ◉ · 🐦*

Brinck's range of experience includes national political campaigns, crisis PR, SEO writing and optimization, digital marketing, RV sales, construction labor, and a variety of other strange and interesting pursuits (feel free to ask).

An inveterate music and media lover, Brinck remembers the pain of Kazaa and Limewire, and is seriously psyched about living in the future where it's easy to compensate artists directly for their work.

He lives in Manchester, NH and can be regularly found lurking wherever the latest music is blaring.



| COMPANY | USE LBRY | SOCIAL | SUPPORT |
|---|---|---|---|
| About | odysee.com | Chat on Discord | hello@lbry.com |
| Blog | Android | Twitter | Contact |
| Jobs | Linux | Reddit | Privacy |
| Shop | iOS | Facebook | TOS |
| Team | macOS | Telegram | FAQ |
| | Windows | | |

**URL**

https://lbry.com/news/bring-a-friend-to-lbry

**Timestamp**

Fri Jun 17 2022 14:52:02 GMT-0700 (Pacific Daylight Time)



**URL**

https://lbry.com/news/bring-a-friend-to-lbry

**Timestamp**

Fri Jun 17 2022 14:52:02 GMT-0700 (Pacific Daylight Time)