# EXHIBIT 46

LBRY        Download    Community ∨    Company ∨    Developers ∨        Try LBRY



# Invites and Downloads Come to LBRY on Android with Galaxy Release
## Samuel Bryan • Feb 3 2020

## Galaxy release of LBRY for Android is LIVE in the Play Store

Today, LBRY releases LBRY Galaxy for Android, which brings the invite program to mobile, adds support for downloading, improves performance, and more.

Download from Play Store or Direct download



### More about LBRY Galaxy

- Invites area allows users to invite friends and earn LBC rewards.

- File pages now support downloading for videos and more.

- App start up speed has been improved. The app now resumes on your last visited page, rather than returning to home.

- The rewards area now has tabs to split between available and claimed, making it much more navigable for long-term users.

**URL**

https://lbry.com/news/android-galaxy

**Timestamp**

Fri Jun 17 2022 15:39:20 GMT-0700 (Pacific Daylight Time)



## More about LBRY Galaxy

- Invites area allows users to invite friends and earn LBC rewards.

- File pages now support downloading for videos and more.

- App start up speed has been improved. The app now resumes on your last visited page, rather than returning to home.

- The rewards area now has tabs to split between available and claimed, making it much more navigable for long-term users.

- Videos support quick skip and rewind. Double tap the left or right of the video screen to jump forward or back 10 seconds.

- Search is more performant, now scrolls infinitely, and filters mature content better (if desired).

- Updated to LBRY SDK 0.56.0 for improved stability and performance.

- Fixed bug causing inappropriate background video play.

- Fixed behavior of publish page when missing credentials.

- A number of smaller bug fixes.

For the full release notes, see both versions 0.12.3 and 0.13.0.

← Introducing lbry.tv                                        Down to F*&%@# February →



Samuel Bryan · ✉ · ☊ · 🐦

Much of our writing is a collaboration between LBRY team members, so we use SamueL BRYan to share credit. Sam has become a friend... an imaginary friend... even though we're adults...



| COMPANY | USE LBRY | SOCIAL | SUPPORT |
|---|---|---|---|
| About | odysee.com | Chat on Discord | hello@lbry.com |
| Blog | Android | Twitter | Contact |
| Jobs | Linux | Reddit | Privacy |
| Shop | iOS | Facebook | TOS |
| Team | macOS | Telegram | FAQ |
| | Windows | | |

Back to top

**URL**

https://lbry.com/news/android-galaxy

**Timestamp**

Fri Jun 17 2022 15:39:20 GMT-0700 (Pacific Daylight Time)