# EXHIBIT 47



# LBRY Fireworks For Android Works Like Fire

Samuel Bryan • Jan 8 2020

## Fireworks release of LBRY for Android is LIVE in the Play Store

Today, LBRY releases LBRY Fireworks, which brings improved search, rich text support, a better video play experience, and more.

Download from Play Store or direct download.



Fireworks upgrades performance and includes a number of bug fixes and other usability improvements.

### More about LBRY Fireworks

- Faster search experience with more relevant results
- Basic rendering of rich text, including things like this very post
- Audio and video content pages are more responsive, with a larger touch area and autoplay for free content
- First-run experience revamped, account creation less strongly encouraged

**URL**
https://lbry.com/news/fireworks

**Timestamp**
Fri Jun 17 2022 15:41:12 GMT-0700 (Pacific Daylight Time)

  

Fireworks upgrades performance and includes a number of bug fixes and other usability improvements.

## More about LBRY Fireworks

- Faster search experience with more relevant results
- Basic rendering of rich text, including things like this very post
- Audio and video content pages are more responsive, with a larger touch area and autoplay for free content
- First-run experience revamped, account creation less strongly encouraged
- Added a purchase confirmation to paid content
- Added view and follower counts to file and channel pages
- Tipping interface improved and channels can now be tipped directly from their pages
- Improved display of transient messages, like rewards
- Renamed "Subscriptions" to "Following" in the navigation menu
- Updated to LBRY SDK 0.50.1 for improved stability and performance
- Fixes an issue with subscribed channel content not loading in some scenarios
- Fixes issues with synchronization of tags and subscriptions across sessions

For the full release notes, see both versions 0.12.1 and 0.12.2

While it lasts, grab some LBC with reward code `fireworks-2020`!

← Development Update for November-December 2019          Sexy Genius Killer Robots (in Space with Lasers?) →



*Samuel Bryan* · 📧 · 🐙 · 🐦

Much of our writing is a collaboration between LBRY team members, so we use SamueL BRYan to share credit. Sam has become a friend... an imaginary friend... even though we're adults...



**URL**
https://lbry.com/news/fireworks

**Timestamp**
Fri Jun 17 2022 15:41:12 GMT-0700 (Pacific Daylight Time)