# EXHIBIT E

 **CoinMarketCap**

  

| Cryptos: 19,920 | Exchanges: 528 | Market Cap: $890,506,559,391.671 | 24h Vol: $72,461,218,415.86 | Dominance: BTC: |

## Top Cryptocurrency Spot Exchanges

CoinMarketCap ranks and scores exchanges based on traffic, liquidity, trading volumes, and confidence in the legitimacy of trading volumes reported. Read More


Crypto Deep Dive
**What is Tokenomics?**


Gravity Spotlight
**Gift Cards for Donation**
💛



☆ Watchlist          **Spot**          Derivatives          Dex          Lending

| Name | Exchange Score | Volume(24h) | Avg. Liquidity | Weekly Visits |
|------|---------------|-------------|----------------|---------------|
| Binance 1 | 9.9 | $12,010,177,085 ▼ 34.67% | 812 | 22,612,788 |
| FTX 2 | 8.6 | $2,714,957,213 ▼ 43.15% | 722 | 5,118,840 |
| Coinbase Exchange 3 | 8.3 | $1,901,075,467 ▼ 39.28% | 687 | 2,069,034 |
| Kraken 4 | 8.0 | $753,290,759 ▼ 39.73% | 723 | 1,712,402 |
| KuCoin 5 | 7.7 | $1,410,347,425 ▼ 23.68% | 592 | 2,887,612 |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy**. If you continue to use this site, you consent to our use of cookies.    ✕

| Name | Exchange Score | Volume(24h) | Avg. Liquidity | Weekly Visits |
|---|---|---|---|---|
| **Gemini** | | | | |
| 7 | 7.2 | $139,550,269 ▼ 51.4% | 663 | 416,183 |
| **Huobi Global** 8 | 7.2 | $1,518,406,692 ▼ 44.77% | 507 | 868,946 |
| **Bitfinex** 9 | 7.1 | $555,317,118 ▼ 27.65% | 558 | 794,042 |
| **Binance.US** 10 | 7.0 | $174,611,641 ▼ 54.11% | 582 | 543,766 |
| **FTX US** 11 | 6.9 | $338,381,001 ▼ 20.89% | 693 | 1,036,445 |
| **Coincheck** 12 | 6.9 | $83,290,051 ▼ 37.92% | 614 | 643,401 |
| **bitFlyer** 13 | 6.8 | $157,750,634 ▼ 22.33% | 547 | 562,856 |
| **Bitstamp** 14 | 6.8 | $248,811,259 ▼ 39.16% | 540 | 302,020 |
| **MEXC** | | $1,973,415,313 | | |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy**. If you continue to use this site, you consent to our use of cookies.

✕

| Name | Exchange Score | Volume(24h) | Avg. Liquidity | Weekly Visits |
| --- | --- | --- | --- | --- |
| OKX 16 | 6.6 | $1,269,683,124 ▼ 46.33% | 543 | 1,608,359 |
| Coinone 17 | 6.5 | $138,008,236 ▼ 21.23% | 470 | 405,251 |
| Bybit 18 | 6.4 | $387,905,945 ▼ 42.59% | 546 | 4,018,421 |
| Poloniex 19 | 6.4 | $83,609,071 ▼ 42.39% | 478 | 197,719 |
| Bithumb 20 | 6.3 | $726,814,033 ▼ 26.52% | 362 | 487,817 |
| LBank 21 | 6.3 | $1,869,286,328 ▼ 3.64% | 453 | 1,534,670 |
| Liquid 22 | 6.3 | $120,841,712 ▼ 43.03% | 468 | 101,042 |
| Crypto.com Exchange 23 | 6.3 | $312,931,211 ▼ 6.82% | 570 | 1,667,127 |
| Bittrex 24 | 6.1 | $44,439,475 ▼ 35.77% | 443 | 181,030 |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy**. If you continue to use this site, you consent to our use of cookies.

✕

| Name | Exchange Score | Volume(24h) | Avg. Liquidity | Weekly Visits |
|------|---------------|-------------|----------------|---------------|
| ZB.COM 26 | 6.0 | $1,148,035,906 ▼ 18.45% | 449 | 586,305 |
| XT.COM 27 | 6.0 | $2,260,119,404 ▼ 36.08% | 571 | 1,528,922 |
| Upbit 28 | 5.9 | $2,270,320,641 ▼ 37% | 466 | 2,015,014 |
| WhiteBIT 29 | 5.8 | $2,015,980,275 ▼ 27.12% | 506 | 2,829,520 |
| BTCEX 30 | 5.8 | $1,107,866,687 ▲ 1% | 589 | 1,134,279 |
| Binance TR 31 | 5.8 | $170,055,305 ▼ 36% | 492 | 617,249 |
| Okcoin 32 | 5.8 | $51,257,944 ▼ 51.24% | 578 | 91,089 |
| Zaif 33 | 5.7 | $2,382,079 ▼ 23.48% | 455 | 552,397 |
| Phemex 34 | 5.6 | $348,204,906 ▼ 2.21% | -- | 436,879 |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy**. If you continue to use this site, you consent to our use of cookies.

×

| Name | Exchange Score | Volume(24h) | Avg. Liquidity | Weekly Visits |
|------|---------------|-------------|----------------|---------------|
| Bitrue 36 | 5.5 | $1,405,137,846 ▼ 40.67% | 503 | 1,147,740 |
| Tokocrypto 37 | 5.5 | $19,531,296 ▼ 29.89% | 534 | 208,632 |
| BigONE 38 | 5.4 | $638,854,378 ▼ 36.54% | 544 | 653,457 |
| Coinlist Pro 39 | 5.3 | $1,108,265 ▼ 29.16% | 381 | 118,162 |
| AscendEX (BitMax) 40 | 5.3 | $96,790,747 ▼ 9.87% | 417 | 448,255 |
| Currency.com 41 | 5.2 | $234,862,855 ▼ 46.88% | 570 | 308,345 |
| Hotcoin Global 42 | 5.2 | $565,230,643 ▼ 32.61% | 535 | 274,216 |
| Blockchain.com 43 | 5.2 | $8,190,732 ▼ 56.86% | 496 | 946,749 |
| FMFW.io 44 | 5.2 | $1,638,936,477 ▼ 24.5% | 363 | 23,601 |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy**. If you continue to use this site, you consent to our use of cookies.

✕

| Name | Exchange Score | Volume(24h) | Avg. Liquidity | Weekly Visits |
|------|----------------|-------------|----------------|---------------|
| **Indodax** 46 | 5.0 | **$17,383,513** ▼ 32.25% | 423 | 1,092,540 |
| **Deepcoin** 47 | 5.0 | **$3,975,376,800** ▼ 32.23% | 433 | 110,239 |
| **CoinW** 48 | 5.0 | **$791,847,364** ▼ 0.01% | 446 | 375,322 |
| **DigiFinex** 49 | 5.0 | **$1,535,060,332** ▼ 35.49% | 527 | 2,511,561 |
| **BingX** 50 | 5.0 | **$388,233,888** ▼ 39.74% | 647 | 1,384,659 |
| **Bitbank** 51 | 4.9 | **$60,884,626** ▼ 35.43% | 547 | 253,401 |
| **ProBit Global** 52 | 4.9 | **$65,978,077** ▼ 14.21% | 325 | 440,566 |
| **BitWell** 53 | 4.8 | **$489,173,899** ▲ 10.05% | 457 | 198,096 |
| **eToroX** 54 | 4.8 | **$15,532,189** ▼ 45.54% | 382 | 10,858,754 |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy**. If you continue to use this site, you consent to our use of cookies.

✕

| Name | Exchange Score | Volume(24h) | Avg. Liquidity | Weekly Visits |
|---|---|---|---|---|
| BKEX 56 | 4.8 | $1,301,504,098 ▼ 34.72% | 532 | 1,254,988 |
| Bitvavo 57 | 4.8 | $92,985,120 ▼ 45.88% | 498 | 294,827 |
| Bitget 58 | 4.8 | $734,334,765 ▼ 19.52% | 588 | 714,092 |
| Compound 59 | 4.7 | $19,445,094 ▼ 0.29% | -- | 45,482 |
| Coinsbit 60 | 4.7 | $1,590,700,226 ▼ 20.31% | 474 | 2,102,483 |
| MAX Exchange 61 | 4.7 | $17,476,191 ▼ 52.48% | 557 | 148,709 |
| EQONEX 62 | 4.7 | $3,855,666 ▼ 16.24% | 603 | 52,561 |
| CoinEx 63 | 4.6 | $40,073,215 ▼ 44.47% | 506 | 728,547 |
| Bitso 64 | 4.6 | $35,032,990 ▼ 2.74% | 507 | 429,538 |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy**. If you continue to use this site, you consent to our use of cookies.

✕

| Name | Exchange Score | Volume(24h) | Avg. Liquidity | Weekly Visits |
|------|---------------|-------------|----------------|---------------|
| Cryptology 66 | 4.6 | $30,059,055 ▼ 39.01% | 506 | 154,493 |
| CoinFLEX 67 | 4.6 | $3,850,975,247 ▲ 2.46% | 175 | 34,861 |
| BtcTurk │ Pro 68 | 4.6 | $110,149,388 ▼ 52.39% | 425 | 333,241 |
| Bitkub 69 | 4.5 | $57,324,605 ▼ 33.69% | 458 | 598,808 |
| Billance 70 | 4.5 | $563,496,953 ▼ 33.95% | 579 | 219,365 |
| Azbit 71 | 4.5 | $96,683,213 ▲ 1.27% | 436 | 124,485 |
| Bitpanda Pro 72 | 4.5 | $10,211,992 ▼ 34.44% | 516 | 273,507 |
| P2PB2B 73 | 4.4 | $2,089,881,622 ▼ 37.25% | 399 | 1,555,412 |
| Bitfront 74 | 4.4 | $154,247,732 ▼ 52.54% | 459 | 21,746 |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy**. If you continue to use this site, you consent to our use of cookies.

✕

| Name | Exchange Score | Volume(24h) | Avg. Liquidity | Weekly Visits |
|------|----------------|-------------|----------------|---------------|
| GokuMarket 76 | 4.4 | $211,858,024 ▼ 7.39% | 424 | 28,129 |
| Paribu 77 | 4.4 | $98,319,249 ▼ 33.85% | 379 | 496,485 |
| AEX 78 | 4.3 | $1,063,579,023 ▼ 52.72% | 429 | 992,967 |
| Luno 79 | 4.3 | $18,635,092 ▼ 40.23% | 450 | 233,795 |
| CoinDCX 80 | 4.3 | $23,443,248 ▼ 44.89% | 440 | 267,300 |
| OKCoin Japan 81 | 4.3 | $6,550,508 ▼ 3.22% | 494 | 6,636 |
| ProBit 82 | 4.2 | $322,103 ▲ 17.49% | 334 | 2,651 |
| Paritex 83 | 4.2 | $139,072,493 ▼ 0.1% | 410 | 17,875 |
| Bit.com 84 | 4.2 | $26,172,270 ▼ 20.13% | 418 | 149,427 |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy**. If you continue to use this site, you consent to our use of cookies.

| Name | Exchange Score | Volume(24h) | Avg. Liquidity | Weekly Visits |
|------|---------------|-------------|----------------|---------------|
| IndoEx 86 | 4.2 | $1,357,312,012 ▲ 0.76% | 462 | 197,135 |
| BitForex 87 | 4.2 | $936,602,275 ▼ 13.9% | 429 | 543,871 |
| CEX.IO 88 | 4.2 | $6,043,399 ▼ 82.9% | 460 | 215,709 |
| Mercado Bitcoin 89 | 4.1 | $2,740,922 ▼ 36.84% | 474 | 316,901 |
| Bullish 90 | 4.1 | $1,178,678,113 ▼ 39.74% | 306 | 35,998 |
| HitBTC 91 | 4.1 | $1,843,607,951 ▼ 25.16% | 431 | 189,941 |
| BankCEX 92 | 4.1 | $75,614,028 ▼ 3.74% | 397 | 17,196 |
| Biconomy Exchange 93 | 4.1 | $1,075,855,337 ▼ 15.97% | 369 | 3,827 |
| BTC Markets 94 | 4.1 | $6,860,628 ▼ 13.14% | 438 | 186,700 |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy**. If you continue to use this site, you consent to our use of cookies.

✕

| Name | Exchange Score | Volume(24h) | Avg. Liquidity | Weekly Visits |
|---|---|---|---|---|
| **Dex-Trade** 96 | 4.0 | $74,941,519 ▼ 27.42% | 362 | 30,955 |
| **Rekeningku.com** 97 | 4.0 | $18,408,946 ▼ 37.57% | 398 | 21,983 |
| **Independent Reserve** 98 | 4.0 | $8,619,552 ▼ 31.53% | 408 | 22,815 |
| **Pionex** 99 | 4.0 | $1,349,561,177 ▲ 30.53% | 364 | 456,834 |
| **Delta Exchange** 100 | 4.0 | $196,575 ▼ 11.83% | 270 | 151,161 |
| **Coinmetro** 101 | 3.9 | $1,302,901 ▲ 11.77% | 440 | 31,725 |
| **Mandala Exchange** 102 | 3.9 | $4,234,074 ▼ 49.02% | 406 | 35,629 |
| **Buda** 103 | 3.9 | $1,557,579 ▼ 8.18% | 426 | 94,781 |
| **Hoo** 104 | 3.9 | $1,278,376,920 ▼ 26.82% | 380 | 222,559 |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy**. If you continue to use this site, you consent to our use of cookies.

✕

| Name | Exchange Score | Volume(24h) | Avg. Liquidity | Weekly Visits |
|------|---------------|-------------|----------------|---------------|
| CoinTiger 106 | 3.8 | $618,438,110 ▼ 37.14% | 434 | 75,112 |
| Polyx 107 | 3.8 | $11,157,929 ▼ 3.35% | 346 | 46,701 |
| Aave 108 | 3.8 | $51,750,694 ▼ 1.59% | -- | 146,999 |
| NovaDAX 109 | 3.8 | $3,028,938 ▼ 60.6% | 381 | 70,263 |
| Bitbns 110 | 3.8 | $12,816,016 ▼ 41.62% | 330 | 71,587 |
| Kuna 111 | 3.7 | $1,540,893 ▼ 27.91% | 389 | 71,759 |
| Satang Pro 112 | 3.7 | $1,163,262 ▼ 6.78% | 394 | 56,824 |
| Bitexen 113 | 3.7 | $57,112,248 ▲ 0.39% | 288 | 43,537 |
| Bibox 114 | 3.7 | $628,460,885 ▼ 40.21% | 355 | 290,277 |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy**. If you continue to use this site, you consent to our use of cookies.

✕

| Name | Exchange Score | Volume(24h) | Avg. Liquidity | Weekly Visits |
|---|---|---|---|---|
| Hotbit 116 | 3.7 | $265,177,415 ▼ 4.12% | 353 | 794,779 |
| CoinMate 117 | 3.7 | $1,308,920 ▼ 47.45% | 379 | 30,690 |
| BitGlobal 118 | 3.7 | $104,643,061 ▼ 37.15% | 89 | 18,094 |
| Bitcoiva 119 | 3.7 | $102,499,424 ▲ 2.01% | -- | 33,457 |
| CoinJar 120 | 3.7 | $18,616,740 ▼ 64.69% | 310 | 18,886 |
| Venus 121 | 3.6 | $41,656,614 ▼ 17.14% | -- | 65,311 |
| NiceHash 122 | 3.6 | $381,362 ▼ 52.32% | 388 | 4,186,325 |
| Bit2Me 123 | 3.6 | $102,063,636 ▼ 45.67% | 331 | 631 |
| Resfinex 124 | 3.6 | $28,621,396 ▼ 18.64% | 357 | 263 |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy**. If you continue to use this site, you consent to our use of cookies.

✕

| Name | Exchange Score | Volume(24h) | Avg. Liquidity | Weekly Visits |
|------|----------------|-------------|----------------|---------------|
| Bitbuy 126 | 3.6 | $1,765,298 ▼ 5.75% | 351 | 34,594 |
| ACE 127 | 3.6 | $19,521,753 ▼ 15.92% | 277 | 232,313 |
| LocalTrade 128 | 3.6 | $132,937,772 ▼ 35.3% | 448 | 33,081 |
| Nominex 129 | 3.6 | $19,204,985 ▼ 29.68% | 482 | 87,226 |
| LATOKEN 130 | 3.6 | $158,220,742 ▼ 14.82% | 400 | 129,038 |
| Unocoin 131 | 3.6 | $162,497 ▼ 20.87% | 181 | 12,403 |
| bit4you 132 | 3.6 | $175,416 ▼ 66.57% | 382 | 9,421 |
| Bitci 133 | 3.6 | $4,470,919 ▼ 8.02% | 318 | 86,279 |
| TOKENCAN 134 | 3.6 | $2,772,943,940 ▼ 34.39% | -- | 515 |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy**. If you continue to use this site, you consent to our use of cookies.

✕

| Name | Exchange Score | Volume(24h) | Avg. Liquidity | Weekly Visits |
|------|----------------|-------------|----------------|---------------|
| Quidax 136 | 3.5 | $11,150,191 ▼ 1.32% | 284 | 27,083 |
| Coinhub 137 | 3.5 | $741,381 ▼ 33.52% | 351 | 334,188 |
| ExMarkets 138 | 3.5 | $167,470,483 ▼ 42.56% | 248 | 9,713 |
| Zipmex 139 | 3.5 | $9,730,264 ▲ 0.03% | 272 | 252,055 |
| Bitvast 140 | 3.5 | $70,850,520 ▼ 38.23% | 312 | 171 |
| BTSE | | | | |
| Cryptonex | | | | |
| CoinZoom | | | | |
| TimeX | | | | |
| BITEXLIVE | | | | |
| Felixo | | | | |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy**. If you continue to use this site, you consent to our use of cookies.

✕

| Name | Exchange Score | Volume(24h) | Avg. Liquidity | Weekly Visits |
|------|----------------|-------------|----------------|---------------|
| digitalexchange.id | | | | |
| ZebPay | | | | |
| ZBG | | | | |
| VALR | | | | |
| CITEX | | | | |
| Alterdice | | | | |
| 50x | | | | |
| SINEGY Marketplace | | | | |
| Emirex | | | | |
| Coinut | | | | |
| Bitazza | | | | |
| OMGFIN | | | | |
| StormGain | | | | |
| BitoPro | | | | |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy**. If you continue to use this site, you consent to our use of cookies.

✕

| Name | Exchange Score | Volume(24h) | Avg. Liquidity | Weekly Visits |
|---|---|---|---|---|
| VinDAX<br>162 | 3.2 | $99,424,762<br>▼ 9.78% | 369 | 27,190 |
| Koinbazar<br>163 | 3.2 | $17,641,207<br>▼ 1.48% | -- | 4,401 |
| CrossTower<br>164 | 3.2 | $412,396<br>▼ 52.68% | 287 | 5,007 |
| Paymium<br>165 | 3.2 | $146,049<br>▼ 75.32% | 296 | 46,526 |
| BTCBOX<br>166 | 3.2 | $10,075,074<br>▼ 8.1% | 235 | 3,318 |
| Dcoin<br>167 | 3.2 | $542,893,741<br>▲ 14.84% | 292 | 58,494 |
| KickEX<br>168 | 3.2 | $27,036,437<br>▲ 9.12% | 203 | 10,430 |
| Narkasa<br>169 | 3.2 | $1,107,168<br>▼ 50.15% | 278 | 251 |
| Changelly PRO<br>170 | 3.2 | $1,519,038,383<br>▼ 22.77% | 312 | 8,592 |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy**. If you continue to use this site, you consent to our use of cookies.

✕

| Name | Exchange Score | Volume(24h) | Avg. Liquidity | Weekly Visits |
|---|---|---|---|---|
| Coindeal 172 | 3.2 | $7,562,584 ▼ 37.33% | 219 | 6,136 |
| Vauld 173 | 3.1 | $3,476,543 ▼ 62.79% | -- | 172,061 |
| Finexbox 174 | 3.1 | $81,106,249 ▼ 2.68% | 341 | 30,487 |
| Katana 175 | 3.1 | $2,548,608 ▼ 56.89% | -- | 279,946 |
| Decoin 176 | 3.1 | $73,240,718 ▼ 28.15% | 361 | 10,182 |
| TradeOgre 177 | 3.1 | $2,090,618 ▲ 117.32% | -- | 463,197 |
| Bilaxy 178 | 3.1 | $145,654 ▼ 3.09% | 469 | 14,120 |
| EXIR 179 | 3.0 | $218,526 ▼ 52.55% | 252 | 8,347 |
| B2BX 180 | 3.0 | $60,759,455 ▼ 27.59% | 199 | 523 |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy**. If you continue to use this site, you consent to our use of cookies.

✕

| Name | Exchange Score | Volume(24h) | Avg. Liquidity | Weekly Visits |
|------|:---:|---|:---:|---:|
| Altcoin Trader 182 | 3.0 | $1,231,559 ▼ 47.66% | -- | 165,348 |
| Globitex 183 | 3.0 | $25,272 ▼ 80.91% | 253 | 723 |
| Zonda (BitBay) 184 | 2.9 | $3,719,745 ▼ 24.46% | 377 | 150,558 |
| CoinCorner 185 | 2.9 | $748,665 ▲ 77.98% | -- | 23,265 |
| Artis Turba 186 | 2.9 | $30,312 ▼ 2.21% | 246 | 115 |
| Ubeswap 187 | 2.9 | $694,650 ▼ 15.82% | -- | 6,177 |
| Bitonic 188 | 2.9 | $659,091 ▼ 20.66% | -- | 14,908 |
| BitClude 189 | 2.9 | $60,088 ▼ 62.08% | 238 | 2,130 |
| Bvnex 190 | 2.9 | $790,244 ▼ 0.01% | -- | 1,290 |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy**. If you continue to use this site, you consent to our use of cookies.

✕

| Name | Exchange Score | Volume(24h) | Avg. Liquidity | Weekly Visits |
|------|----------------|-------------|----------------|---------------|
| GDAC<br>192 | 2.9 | $434,286<br>▲ 5.39% | -- | 22,330 |
| Hanbitco<br>193 | 2.9 | $122,601<br>▼ 8.9% | 31 | 2,528 |
| Tokenize Xchange<br>194 | 2.9 | $14,788,847<br>▼ 28.09% | 327 | 16,180 |
| BitcoinTrade<br>195 | 2.9 | $314,353<br>▼ 51.83% | -- | 29,677 |
| APROBIT<br>196 | 2.8 | $77,953<br>▼ 23.44% | 212 | 655 |
| Graviex<br>197 | 2.8 | $87,875<br>▲ 4.02% | 211 | 51,332 |
| Huobi Japan<br>198 | 2.8 | $1,011,283<br>▼ 49.95% | 378 | 7,898 |
| Coineal<br>199 | 2.8 | $48,972,494<br>▼ 0.16% | 338 | 1,346 |
| Flybit<br>200 | 2.8 | $980,639<br>▼ 1.99% | 164 | 2,079 |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy**. If you continue to use this site, you consent to our use of cookies.

✕

| Name | Exchange Score | Volume(24h) | Avg. Liquidity | Weekly Visits |
|------|----------------|-------------|----------------|---------------|
| **Klever Exchange** <br> 202 | 2.8 | $85,707 <br> ▼ 63.49% | -- | 45,249 |
| **KuSwap** <br> 203 | 2.8 | $74,991 <br> ▼ 49.9% | -- | 8,315 |
| **RippleFox** <br> 204 | 2.7 | $82,327 <br> ▼ 24.48% | -- | 169 |
| **Tidebit** <br> 205 | 2.7 | $62,861 <br> ▼ 36.14% | -- | 409 |
| **BTX Pro** <br> 206 | 2.7 | $23,522 <br> ▼ 5.48% | 201 | 2,116 |
| **Bittylicious** <br> 207 | 2.7 | $59,448 <br> ▼ 29.31% | -- | 2,320 |
| **Blocktrade** <br> 208 | 2.7 | $34,417 <br> ▼ 82.05% | -- | 14,264 |
| **Exnomy** <br> 209 | 2.7 | $35,816 <br> ▲ 35.2% | -- | 490 |
| **Exbito** <br> 210 | 2.7 | $6,040,301 <br> ▼ 0% | 125 | 3,377 |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy**. If you continue to use this site, you consent to our use of cookies.

✕

| Name | Exchange Score | Volume(24h) | Avg. Liquidity | Weekly Visits |
|---|---|---|---|---|
| Ripio 212 | 2.7 | $24,732 ▼ 47.75% | -- | 6,431 |
| Jubi 213 | 2.7 | $78,192,528 ▼ 16.67% | 275 | 4,173 |
| SafeTrade 214 | 2.7 | $22,417 ▲ 23.56% | 182 | 35,397 |
| SecondBTC 215 | 2.7 | $11,277,150 ▼ 13.87% | 136 | 245 |
| Capital DEX 216 | 2.6 | $8,966 ▲ 50.7% | -- | 285 |
| Namebase 217 | 2.6 | $6,876 ▲ 20.34% | -- | 31,526 |
| Koinim 218 | 2.6 | $6,481 ▼ 16.41% | -- | 1,797 |
| CoinFalcon 219 | 2.6 | $5,106 ▲ 105.78% | -- | 2,037 |
| BITEXBOOK 220 | 2.6 | $3,959 ▼ 3.64% | -- | 1,261 |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy**. If you continue to use this site, you consent to our use of cookies.

✕

| Name | Exchange Score | Volume(24h) | Avg. Liquidity | Weekly Visits |
|------|---|---|---|---|
| **SouthXchange** 222 | 2.6 | $111,722 ▼ 18.7% | 159 | 16,403 |
| **Bithesap** 223 | 2.6 | $1,926 | -- | 384 |
| **Xcalibra** 224 | 2.6 | $931 ▼ 1.33% | -- | 178 |
| **qTrade** 225 | 2.6 | $576 ▼ 25.3% | -- | 4,918 |
| **Aryana** 226 | 2.6 | $21,438,578 ▼ 0.29% | 101 | 553 |

TOKOK

Kwikswap

C-Patex

Virtuse Exchange

Coinbit

ClaimSwap

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy**. If you continue to use this site, you consent to our use of cookies.

| Name | Exchange Score | Volume(24h) | Avg. Liquidity | Weekly Visits |
|------|----------------|-------------|----------------|---------------|
| CBX | | | | |
| BTC Trade UA | | | | |
| Klickl | | | | |
| YoBit | | | | |
| LCX Exchange | | | | |
| Ecxx | | | | |
| PayBito | | | | |
| Coingi | | | | |
| BitTurk | | | | |
| Mexo Exchange | | | | |
| BiONE | | | | |
| BTC-exchange | | | | |
| BW.com | | | | |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy**. If you continue to use this site, you consent to our use of cookies.

✕

| Name | Exchange Score | Volume(24h) | Avg. Liquidity | Weekly Visits |
|------|----------------|-------------|----------------|---------------|
| CoinField | | | | |
| GOPAX | | | | |
| BitUBU | | | | |
| StakeCube | | | | |
| Chiliz | | | | |
| ABCC | | | | |
| Bitsten | | | | |
| FOBLGATE | | | | |
| Beaxy | | | | |
| OceanEx | | | | |
| Bitay | | | | |
| WBF Exchange | | | | |
| ATAIX | | | | |
| YunEx | | | | |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy**. If you continue to use this site, you consent to our use of cookies.

✕

| Name | Exchange Score | Volume(24h) | Avg. Liquidity | Weekly Visits |
|---|---|---|---|---|
| STEX | | | | |
| Mercatox | | | | |
| FreiExchange | | | | |
| DragonEX | | | | |
| Put on your metamask!!! | | | | |
| Fatbtc | | | | |
| Bleutrade | | | | |
| itBit | | | | |
| Bitex.la | | | | |
| ISX | | | | |
| Exrates 273 | 0.1 | - ▼ 0.11% | -- | 1,010 |
| BitMEX 274 | 0.1 | - ▼ 33.69% | -- | 583,438 |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy**. If you continue to use this site, you consent to our use of cookies.

✕

| Name | Exchange Score | Volume(24h) | Avg. Liquidity | Weekly Visits |
|------|----------------|-------------|----------------|---------------|
| **Gatehub** | | | | |
| 276 | 0.1 | -<br>▼ 61.44% | -- | 21,351 |
| **Bits Blockchain**<br>277 | 0.1 | -<br>▲ 4.7% | -- | 107 |
| **CryptoMarket**<br>278 | 0.1 | - | -- | 93,969 |
| **TOPBTC**<br>279 | 0.1 | -<br>▼ 94.87% | -- | 78 |
| **CoinBene**<br>280 | 0.1 | - | -- | 2,486 |
| **CRXzone**<br>281 | 0.1 | -<br>▼ 74.2% | -- | 565 |
| **Tokenomy**<br>282 | 0.1 | -<br>▼ 100% | -- | 1,141 |
| **Huobi Korea**<br>283 | 0.1 | -<br>▲ 1.09% | -- | 434 |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy**. If you continue to use this site, you consent to our use of cookies.

✕

| Name | Exchange Score | Volume(24h) | Avg. Liquidity | Weekly Visits |
|------|---------------|-------------|----------------|---------------|
| **VELIC** 285 | 0.1 | - ▼ 100% | -- | 300 |
| **ZG.com** 286 | 0.1 | - ▼ 100% | -- | 5,261 |
| **ChainX** 287 | 0.1 | - ▼ 2.47% | -- | 771 |
| **Triv Pro** 288 | 0.1 | - ▼ 100% | 43 | 591 |
| **Deribit** 289 | 0.1 | - ▼ 31.2% | -- | 106,807 |
| **LOEx** 290 | 0.1 | - ▼ 0.91% | -- | 232 |
| **CROSS exchange** 291 | 0.1 | - | 3 | 3,356 |
| **Serenity** 292 | 0.1 | - | -- | 129 |
| **BaseFEX** 293 | 0.1 | - ▼ 0.01% | -- | 757 |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy**. If you continue to use this site, you consent to our use of cookies.

✕

| Name | Exchange Score | Volume(24h) | Avg. Liquidity | Weekly Visits |
|------|----------------|-------------|----------------|---------------|
| Bithumb Singapore 294 | 0.1 | -<br>▲ 2.34% | -- | 239 |
| Coinzo 295 | 0.1 | -<br>▼ 0.16% | -- | 2,759 |
| VCC Exchange 296 | 0.1 | - | -- | 1,447 |
| Prizmbit 297 | 0.1 | -<br>▲ 0.36% | -- | 1,060 |
| Crypterum 298 | 0.1 | -<br>▲ 3.21% | -- | 113 |
| Bitribe 299 | 0.1 | -<br>▲ 0.02% | -- | 411 |
| Valuex 300 | 0.1 | -<br>▲ 2378.41% | -- | 76 |
| Paraswap 301 | 0.1 | -<br>▼ 3.61% | -- | 138,135 |
| ACDX 302 | 0.1 | - | -- | 263 |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy**. If you continue to use this site, you consent to our use of cookies.  ✕

| Name | Exchange Score | Volume(24h) | Avg. Liquidity | Weekly Visits |
|---|---|---|---|---|
| **Globe Derivative Exchange** 304 | 0.1 | - | -- | 407 |
| **ApolloX** 305 | 0.1 | - ▼ 22.5% | -- | 8,421 |
| **MoonSwap(Moonriver)** 306 | 0.1 | - ▼ 0.74% | -- | 75 |
| **BitCoke** 307 | 0.1 | - ▼ 15.67% | -- | 3,587 |
| **Kine Protocol (BSC)** 308 | 0.1 | - ▲ 19.93% | -- | -- |
| **Kine Protocol (Polygon)** 309 | 0.1 | - ▲ 19.93% | -- | -- |
| **ZOOMEX** 310 | 0.1 | - ▼ 40.68% | -- | 131,095 |

Showing 1 - 310 out of 310

Find out how we work by clicking here. Read More

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy**. If you continue to use this site, you consent to our use of cookies.

✕

# Be the first to know about
# **crypto news every day**

Get crypto analysis, news and updates right to your inbox! Sign up here so you don't miss a single newsletter.

Subscribe now



## Products

Blockchain Explorer

Crypto API

Crypto Indices

Jobs Board

## Company

About us

Terms of use

Privacy Policy

Community Rules

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy**. If you continue to use this site, you consent to our use of cookies.

✕

Careers   We're hiring!

## Support

Request Form

Contact Support

FAQ

Glossary

## Socials

Facebook

Twitter

Telegram

Instagram

Interactive Chat

© 2022 CoinMarketCap. All rights reserved



We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy**. If you continue to use this site, you consent to our use of cookies.