# EXHIBIT F

| LBRY Credits LBC $0.0105 (-7.80%) | | | | | | Overview | Profile | Markets | Metrics | Historical Data | Charts | Research |

TIME FRAME: Past 5 Years

| DATE | PRICE (OPEN) | PRICE (HIGH) | PRICE (LOW) | PRICE (CLOSE) | REAL VOLUME | CIRCULATING MARKETCAP |
|---|---|---|---|---|---|---|
| 12/24/2019 | $0.0142 | $0.0180 | $0.0137 | $0.0162 | $51.09K | $4.14M |
| 12/25/2019 | $0.0161 | $0.0193 | $0.0149 | $0.0190 | $72.80K | $4.69M |
| 12/26/2019 | $0.0191 | $0.0265 | $0.00915 | $0.0249 | $0.20M | $5.54M |
| 12/27/2019 | $0.0246 | $0.0247 | $0.0185 | $0.0208 | $0.16M | $7.14M |
| 12/28/2019 | $0.0202 | $0.0277 | $0.0202 | $0.0272 | $0.12M | $5.87M |
| 12/29/2019 | $0.0268 | $0.0338 | $0.0100 | $0.0317 | $0.22M | $7.76M |
| 12/30/2019 | $0.0315 | $0.0351 | $0.0101 | $0.0296 | $0.22M | $9.19M |
| 12/31/2019 | $0.0295 | $0.0320 | $0.0176 | $0.0279 | $0.15M | $8.52M |
| 01/01/2020 | $0.0276 | $0.0310 | $0.0115 | $0.0264 | $0.16M | $8.03M |
| 01/02/2020 | $0.0263 | $0.0275 | $0.0245 | $0.0266 | $86.45K | $7.63M |
| 01/03/2020 | $0.0263 | $0.0313 | $0.0253 | $0.0296 | $0.14M | $7.65M |
| 01/04/2020 | $0.0295 | $0.0324 | $0.0117 | $0.0301 | $95.49K | $8.61M |
| 01/05/2020 | $0.0304 | $0.0310 | $0.0124 | $0.0263 | $0.12M | $8.81M |
| 01/06/2020 | $0.0262 | $0.0283 | $0.0114 | $0.0264 | $74.90K | $7.57M |
| 01/07/2020 | $0.0266 | $0.0266 | $0.0133 | $0.0245 | $64.63K | $7.68M |
| 01/08/2020 | $0.0253 | $0.0275 | $0.0111 | $0.0226 | $75.78K | $7.12M |