# EXHIBIT G



| DATE | PRICE (OPEN) | PRICE (HIGH) | PRICE (LOW) | PRICE (CLOSE) | REAL VOLUME | CIRCULATING MARKETCAP |
|---|---|---|---|---|---|---|
| 12/26/2020 | $0.0498 | $0.0528 | $0.0492 | $0.0505 | $0.40M | $25.71M |
| 12/27/2020 | $0.0527 | $0.0655 | $0.0497 | $0.0538 | $1.47M | $27.10M |
| 12/28/2020 | $0.0540 | $0.0888 | $0.0540 | $0.0671 | $1.56M | $27.75M |
| 12/29/2020 | $0.0670 | $0.0678 | $0.0533 | $0.0577 | $1.69M | $34.52M |
| 12/30/2020 | $0.0583 | $0.0586 | $0.0531 | $0.0563 | $1.81M | $30.02M |
| 12/31/2020 | $0.0566 | $0.0888 | $0.0565 | $0.0804 | $2.99M | $29.09M |
| 01/01/2021 | $0.0804 | $0.152 | $0.0804 | $0.123 | $5.91M | $41.27M |
| 01/02/2021 | $0.123 | $0.128 | $0.0752 | $0.0999 | $2.98M | $63.63M |
| 01/03/2021 | $0.0998 | $0.136 | $0.0987 | $0.104 | $3.74M | $51.65M |
| 01/04/2021 | $0.105 | $0.115 | $0.0770 | $0.0912 | $2.52M | $54.08M |
| 01/05/2021 | $0.0916 | $0.0947 | $0.0905 | $0.0922 | $0.10M | $47.63M |
| 01/06/2021 | $0.0975 | $0.104 | $0.0903 | $0.100 | $1.78M | $50.45M |
| 01/07/2021 | $0.0986 | $0.100 | $0.0861 | $0.0908 | $1.92M | $50.79M |
| 01/08/2021 | $0.0886 | $0.0930 | $0.0785 | $0.0865 | $1.59M | $47.17M |
| 01/09/2021 | $0.0869 | $0.0954 | $0.0848 | $0.0914 | $0.75M | $45.16M |
| 01/10/2021 | $0.0903 | $0.0957 | $0.0813 | $0.0886 | $2.31M | $46.93M |
| 01/11/2021 | $0.0887 | $0.0892 | $0.0623 | $0.0759 | $2.38M | $46.10M |