UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) |
| v. | ) ) ) Civil Action No. 21-cv-00260-PB |
| LBRY, INC., | ) |
| Defendant. | ) ) ) |

**PLAINTIFF'S APPENDIX OF REPLY EXHIBITS**

| Exhibit No. | Description |
|---|---|
| 161 | Excerpt from Investigative Testimony of Jeremy Kauffman |
| 162 | Spreadsheet of Cryptocompare.com LBC Secondary Market Trading |
| 163 | Spreadsheet of Messari.io LBC Trading Data for December 2020 |
| 164 | LBRYnomics Data Excerpt for December 2020 |
| 165 | "Messari Proprietary Methods" website printout, May 26, 2021 |
| 166 | "Where to buy LBRY Credits," Messari website printout, June 24, 2022 |
| 167 | Excerpt of LBRY's LBC Trade Data from Bittrex – December 2020 Trading |
| 168 | LBRYnomics Data Excerpt for December 31, 2020 |
| 169 | LBRYnomics Data Excerpt for December 31, 2019 |
| 170 | Email from Joshua Finer to auditor RSM re: Pillar I – Audit Confirmation, dated March 17, 2021 |
| 171 | Email from Joshua Finer to auditor RSM re: EXT: Pillar I – Audit Confirmation, dated March 24, 2021 |