1

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

**EXHIBIT 161**

In the Matter of:          )
                           ) File No. B-03221-A
LBRY                       )

WITNESS:  Jeremy Kauffman

PAGES:    1 through 357

PLACE:    Securities and Exchange Commission
          New York Regional Office
          200 Vesey Street, 4th Floor
          New York, New York 10281

DATE:     Thursday, June 13, 2019

     The above-entitled matter came on for a hearing, pursuant to notice, at 9:10 a.m.

          Diversified Reporting Services, Inc.
                    (202) 467-9200

272

1   would increase the capital that we had available
2   to continue to grow, and build what we're
3   building.
4       Q    Is there any other reason?
5       A    It also, you know, makes tokens
6   available for those purchasing them.
7       Q    What was the availability of LBC in
8   the market at the time of your sales in July of
9   2017?
10      A    I don't know off the top of my head,
11  butt I'm sure that figure's available.
12      Q    Did -- is this something that you've
13  looked at, at the time?
14      A    At any given time, I could probably --
15  usually estimate what's in circulation, because
16  I'm familiar with the algorithm that determines
17  that.
18      Q    In terms of what's in circulation, I'm
19  kind of more focused on what was the volume of
20  LBC on the exchanges.
21      A    I did not perform any of the trading
22  activity myself, and I'm not particularly
23  knowledgeable about the trading side.
24      Q    So are you saying that as of -- in
25  July of 2017, when LBRY started selling into the

[6/13/2019 9:10 AM] KAUFMAN_JEREMY_20190613