**December 2020 LBC Trade Data From Messari.io Downloaded 6/23/2022**

EXHIBIT 163

| Date | Price (Open) | Price (High) | Price (Low) | Price (Close) | Real Volume | Circulating Marketcap | Volume LBC* |
|---|---|---|---|---|---|---|---|
| 12/1/2020 | 0.029895724 | 0.030622975 | 0.025384836 | 0.026188515 | $698,521.31 | $14,988,372.06 | 26,672,811.3660 |
| 12/2/2020 | 0.026470987 | 0.02815952 | 0.024313896 | 0.027274517 | $606,171.04 | $13,303,879.91 | 22,224,812.8389 |
| 12/3/2020 | 0.027282236 | 0.028489934 | 0.026491521 | 0.028135487 | $546,786.68 | $13,717,738.12 | 19,434,057.5787 |
| 12/4/2020 | 0.028138752 | 0.02851731 | 0.027130065 | 0.027750176 | $463,738.25 | $14,156,823.34 | 16,711,182.1854 |
| 12/5/2020 | 0.02772063 | 0.029431814 | 0.027326366 | 0.02912165 | $649,552.56 | $13,991,529.93 | 22,304,799.5246 |
| 12/6/2020 | 0.029052796 | 0.031981355 | 0.028882132 | 0.031609136 | $569,286.79 | $14,648,523.32 | 18,010,197.5239 |
| 12/7/2020 | 0.031818928 | 0.035079779 | 0.030593813 | 0.03318119 | $867,031.22 | $16,035,433.55 | 26,130,202.7896 |
| 12/8/2020 | 0.033455679 | 0.036413035 | 0.031274399 | 0.032312342 | $796,095.64 | $16,806,870.34 | 24,637,509.7611 |
| 12/9/2020 | 0.03298323 | 0.034035033 | 0.030052644 | 0.033857929 | $938,756.53 | $16,643,016.73 | 27,726,342.0909 |
| 12/10/2020 | 0.033859 | 0.038234861 | 0.033285194 | 0.034435253 | $974,813.38 | $17,102,249.70 | 28,308,588.0023 |
| 12/11/2020 | 0.035024906 | 0.146070884 | 0.031648516 | 0.075005057 | $7,404,512.45 | $17,607,953.24 | 98,720,175.8900 |
| 12/12/2020 | 0.07520105 | 0.084286606 | 0.067020808 | 0.07462684 | $2,653,649.56 | $38,194,085.16 | 35,558,916.0876 |
| 12/13/2020 | 0.074597896 | 0.080166543 | 0.066347847 | 0.07047379 | $1,845,211.90 | $37,888,458.17 | 26,182,952.6675 |
| 12/14/2020 | 0.070248228 | 0.073684526 | 0.067929965 | 0.069054588 | $1,908,136.57 | $35,829,229.58 | 27,632,292.4934 |
| 12/15/2020 | 0.069082885 | 0.070150728 | 0.064665465 | 0.065383106 | $1,653,164.83 | $35,116,603.12 | 25,284,281.1300 |
| 12/16/2020 | 0.065079427 | 0.072970335 | 0.059650374 | 0.063874989 | $1,666,479.97 | $33,462,319.45 | 26,089,710.6880 |
| 12/17/2020 | 0.064011168 | 0.065872086 | 0.058107884 | 0.059095935 | $1,502,229.43 | $32,690,846.21 | 25,420,182.0243 |
| 12/18/2020 | 0.059199112 | 0.060974505 | 0.056289719 | 0.060343981 | $760,293.28 | $30,270,014.57 | 12,599,322.6150 |
| 12/19/2020 | 0.060148871 | 0.0633895 | 0.057203537 | 0.060783542 | $1,134,377.90 | $30,919,867.18 | 18,662,583.2333 |
| 12/20/2020 | 0.059800666 | 0.060862031 | 0.056476885 | 0.057873448 | $1,165,409.20 | $30,815,166.58 | 20,137,199.9994 |
| 12/21/2020 | 0.057671375 | 0.060338168 | 0.053080441 | 0.054953991 | $1,024,223.28 | $29,599,836.20 | 18,637,832.6740 |
| 12/22/2020 | 0.054584217 | 0.056248837 | 0.053275827 | 0.053923394 | $433,574.65 | $27,903,491.50 | 8,040,566.8455 |
| 12/23/2020 | 0.054240061 | 0.055901559 | 0.047515248 | 0.047858124 | $1,628,829.82 | $27,885,299.75 | 34,034,552.2340 |
| 12/24/2020 | 0.047583145 | 0.051252239 | 0.0444791 | 0.047921979 | $1,080,679.90 | $24,459,056.00 | 22,550,819.4216 |
| 12/25/2020 | 0.04797075 | 0.053298927 | 0.047836402 | 0.049911148 | $1,040,968.35 | $24,694,165.02 | 20,856,429.5397 |
| 12/26/2020 | 0.049775343 | 0.052833702 | 0.049193119 | 0.050534191 | $402,258.53 | $25,709,569.07 | 7,960,126.1315 |
| 12/27/2020 | 0.052737426 | 0.065489994 | 0.049744682 | 0.05381907 | $1,470,501.53 | $27,103,856.99 | 27,323,057.2940 |
| 12/28/2020 | 0.053973355 | 0.088785726 | 0.053973355 | 0.067058638 | $1,555,626.16 | $27,753,933.25 | 23,197,998.2740 |
| 12/29/2020 | 0.067008563 | 0.067806714 | 0.053301532 | 0.057738893 | $1,693,658.01 | $34,523,249.25 | 29,333,053.3459 |
| 12/30/2020 | 0.058290158 | 0.058642769 | 0.053129805 | 0.056343621 | $1,805,921.89 | $30,022,661.66 | 32,051,931.9317 |
| 12/31/2020 | 0.056553786 | 0.088809215 | 0.056515416 | 0.080354107 | $2,991,274.99 | $29,090,800.38 | 37,226,161.7872 |
|  |  |  |  |  |  |  | 809,660,649.9689 |
|  |  |  |  |  |  | 809,660,649.9689/31= | 26,118,085.48 |

*LBC Volume column added by Commission staff; entries equal number from same day's "Real Volume" Column divided by corresponding closing price.