LBRYnomics Data Excerpt for December 31, 2020
Table: measurements
Shaded Column Headers Represent Columns Added By SEC Staff for Date and Time and Changes in LBC for Claims and Supports on the LBRY Network

**EXHIBIT 168**

| id | time | UTC/GMT Time (SEC Convert) | UTC/GMT Date (SEC Convert) | num_channels | num_streams | lbc_deposits | Additional LBC Deposits (SEC) | num_supports | lbc_supports | Additional LBC Supports (SEC) | circulating_supply | num_reposts | lbc_spread | purchases | collections | transactions | lbrycrd_nodes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 394321 | 1609372941 | 12/31/2020 12:02:20 AM | 12/31/2020 | 562,065 | 6,960,862 | 2,629,004 | 17 | 5,985,355 | 37,209,554 | 78 | | 468,534 | | | | 28,684,554 | |
| 394322 | 1609373241 | 12/31/2020 12:07:21 AM | 12/31/2020 | 562,069 | 6,960,933 | 2,629,021 | 11 | 5,985,332 | 37,209,632 | 988 | | 468,547 | | | | 28,684,858 | |
| 394323 | 1609373541 | 12/31/2020 12:12:21 AM | 12/31/2020 | 562,075 | 6,960,996 | 2,629,032 | - | 5,985,238 | 37,210,619 | - | | 468,560 | | | | 28,685,100 | |
| 394324 | 1609373841 | 12/31/2020 12:17:21 AM | 12/31/2020 | 562,075 | 6,960,996 | 2,629,032 | 15 | 5,985,238 | 37,210,619 | 1,650 | | 468,560 | | | | 28,686,051 | |
| 394325 | 1609374141 | 12/31/2020 12:22:21 AM | 12/31/2020 | 562,091 | 6,961,238 | 2,629,047 | 6 | 5,985,365 | 37,212,269 | 425 | | 468,589 | | | | 28,686,389 | |
| 394326 | 1609374441 | 12/31/2020 12:27:21 AM | 12/31/2020 | 562,101 | 6,961,329 | 2,629,052 | 1 | 5,985,639 | 37,212,694 | 222 | 516,166,212 | 468,598 | 5,948 | | | 28,686,701 | |
| 394327 | 1609374741 | 12/31/2020 12:32:21 AM | 12/31/2020 | 562,103 | 6,961,369 | 2,629,054 | - | 5,985,775 | 37,212,916 | - | | 468,607 | | | | 28,686,872 | |
| 394328 | 1609375042 | 12/31/2020 12:37:21 AM | 12/31/2020 | 562,103 | 6,961,369 | 2,629,054 | 129 | 5,985,775 | 37,212,916 | 20,205 | | 468,607 | | | | 28,686,872 | |
| 394329 | 1609375342 | 12/31/2020 12:42:21 AM | 12/31/2020 | 562,116 | 6,961,658 | 2,629,183 | 16 | 5,986,422 | 37,233,121 | 51 | | 468,631 | | | | 28,687,865 | |
| 394330 | 1609375642 | 12/31/2020 12:47:21 AM | 12/31/2020 | 562,121 | 6,961,724 | 2,629,199 | - | 5,986,496 | 37,233,172 | - | | 468,640 | | | | 28,688,086 | |
| 394331 | 1609375942 | 12/31/2020 12:52:21 AM | 12/31/2020 | 562,121 | 6,961,724 | 2,629,199 | 43 | 5,986,496 | 37,233,172 | 566 | | 468,640 | | | | 28,688,086 | |
| 394332 | 1609376242 | 12/31/2020 12:57:21 AM | 12/31/2020 | 562,140 | 6,962,040 | 2,629,243 | 31 | 5,986,891 | 37,233,738 | 297 | | 468,651 | | | | 28,689,008 | |
| 394333 | 1609376542 | 12/31/2020 1:02:21 AM | 12/31/2020 | 562,147 | 6,962,197 | 2,629,274 | 63 | 5,987,086 | 37,234,035 | 150 | | 468,666 | | | | 28,689,560 | |
| 394334 | 1609376842 | 12/31/2020 1:07:21 AM | 12/31/2020 | 562,155 | 6,962,311 | 2,629,336 | - | 5,987,253 | 37,234,184 | - | | 468,675 | | | | 28,689,902 | |
| 394335 | 1609377142 | 12/31/2020 1:12:21 AM | 12/31/2020 | 562,157 | 6,962,355 | 2,629,336 | - | 5,987,000 | 37,233,187 | - | | 468,683 | | | | 28,690,172 | |
| 394336 | 1609377442 | 12/31/2020 1:17:21 AM | 12/31/2020 | 562,158 | 6,962,439 | 2,629,335 | 118 | 5,987,185 | 37,232,585 | - | 516,174,402 | 468,696 | 5,949 | | | 28,691,272 | |
| 394337 | 1609377742 | 12/31/2020 1:22:21 AM | 12/31/2020 | 562,165 | 6,962,589 | 2,629,453 | 52 | 5,987,460 | 37,220,042 | - | | 468,708 | | | | 28,691,871 | |
| 394338 | 1609378042 | 12/31/2020 1:27:21 AM | 12/31/2020 | 562,169 | 6,962,625 | 2,629,505 | - | 5,987,420 | 37,220,008 | 2,279 | | 468,716 | | | | 28,691,998 | |
| 394339 | 1609378342 | 12/31/2020 1:32:22 AM | 12/31/2020 | 562,179 | 6,962,746 | 2,629,465 | - | 5,987,638 | 37,222,287 | - | | 468,729 | | | | 28,692,664 | |
| 394340 | 1609378642 | 12/31/2020 1:37:22 AM | 12/31/2020 | 562,179 | 6,962,746 | 2,629,465 | - | 5,987,638 | 37,222,287 | - | | 468,729 | | | | 28,692,664 | |
| 394341 | 1609378942 | 12/31/2020 1:42:22 AM | 12/31/2020 | 562,179 | 6,962,746 | 2,629,465 | 22 | 5,987,638 | 37,222,287 | - | | 468,729 | | | | 28,692,664 | |
| 394342 | 1609379242 | 12/31/2020 1:47:22 AM | 12/31/2020 | 562,192 | 6,963,099 | 2,629,487 | - | 5,988,081 | 37,221,280 | - | | 468,751 | | | | 28,693,531 | |
| 394343 | 1609379542 | 12/31/2020 1:52:22 AM | 12/31/2020 | 562,192 | 6,963,099 | 2,629,487 | 20 | 5,988,081 | 37,221,280 | 2,418 | | 468,751 | | | | 28,693,532 | |
| 394344 | 1609379842 | 12/31/2020 1:57:22 AM | 12/31/2020 | 562,207 | 6,963,341 | 2,629,507 | 5 | 5,988,521 | 37,223,698 | 134 | | 468,760 | | | | 28,694,405 | |
| 394345 | 1609380142 | 12/31/2020 2:02:22 AM | 12/31/2020 | 562,217 | 6,963,528 | 2,629,512 | - | 5,988,595 | 37,223,832 | 54 | | 468,762 | | | | 28,694,776 | |
| 394346 | 1609380443 | 12/31/2020 2:07:22 AM | 12/31/2020 | 562,220 | 6,963,614 | 2,629,504 | - | 5,988,641 | 37,223,885 | - | 516,196,227 | 468,766 | 5,950 | | | 28,694,968 | |
| 394347 | 1609380743 | 12/31/2020 2:12:22 AM | 12/31/2020 | 562,220 | 6,963,614 | 2,629,504 | 123 | 5,988,641 | 37,223,885 | - | | 468,766 | | | | 28,694,968 | |
| 394348 | 1609381043 | 12/31/2020 2:17:22 AM | 12/31/2020 | 562,230 | 6,963,799 | 2,629,627 | 70 | 5,988,821 | 37,221,656 | 170 | | 468,781 | | | | 28,695,768 | |
| 394349 | 1609381343 | 12/31/2020 2:22:22 AM | 12/31/2020 | 562,231 | 6,963,868 | 2,629,697 | 0 | 5,988,993 | 37,221,827 | 188 | | 468,787 | | | | 28,696,307 | |
| 394350 | 1609381643 | 12/31/2020 2:27:22 AM | 12/31/2020 | 562,232 | 6,963,873 | 2,629,697 | 6 | 5,989,194 | 37,222,015 | - | | 468,788 | | | | 28,696,347 | |
| 394351 | 1609381943 | 12/31/2020 2:32:22 AM | 12/31/2020 | 562,239 | 6,963,991 | 2,629,703 | 24 | 5,989,401 | 37,221,224 | 200 | | 468,799 | | | | 28,696,780 | |
| 394352 | 1609382243 | 12/31/2020 2:37:23 AM | 12/31/2020 | 562,242 | 6,964,068 | 2,629,727 | 37 | 5,989,565 | 37,221,424 | 22,045 | | 468,809 | | | | 28,697,298 | |
| 394353 | 1609382543 | 12/31/2020 2:42:23 AM | 12/31/2020 | 562,253 | 6,964,226 | 2,629,764 | 3 | 5,989,713 | 37,243,469 | 144 | | 468,811 | | | | 28,697,583 | |
| 394354 | 1609382843 | 12/31/2020 2:47:23 AM | 12/31/2020 | 562,260 | 6,964,329 | 2,629,767 | - | 5,989,874 | 37,243,614 | 164 | | 468,815 | | | | 28,697,954 | |
| 394355 | 1609383143 | 12/31/2020 2:52:23 AM | 12/31/2020 | 562,270 | 6,964,435 | 2,629,673 | - | 5,990,065 | 37,243,777 | 171 | | 468,819 | | | | 28,698,462 | |
| 394356 | 1609383443 | 12/31/2020 2:57:23 AM | 12/31/2020 | 562,275 | 6,964,508 | 2,629,643 | - | 5,990,256 | 37,243,948 | - | | 468,822 | 5,955 | | | 28,698,693 | |
| 394357 | 1609383743 | 12/31/2020 3:02:23 AM | 12/31/2020 | 562,275 | 6,964,508 | 2,629,643 | - | 5,990,256 | 37,243,948 | - | | 468,822 | | | | 28,698,693 | |
| 394358 | 1609384044 | 12/31/2020 3:07:23 AM | 12/31/2020 | 562,281 | 6,964,588 | 2,629,465 | 65 | 5,990,631 | 36,953,755 | - | | 468,844 | | | | 28,699,079 | |
| 394359 | 1609384344 | 12/31/2020 3:12:23 AM | 12/31/2020 | 562,326 | 6,964,609 | 2,629,530 | 51 | 5,990,626 | 36,824,090 | 392,500 | | 468,856 | | | | 28,699,759 | |
| 394360 | 1609384644 | 12/31/2020 3:17:23 AM | 12/31/2020 | 562,340 | 6,964,645 | 2,629,581 | - | 5,990,628 | 37,216,590 | - | | 468,857 | | | | 28,700,013 | |
| 394361 | 1609384944 | 12/31/2020 3:22:23 AM | 12/31/2020 | 562,340 | 6,964,645 | 2,629,581 | 0 | 5,990,628 | 37,216,590 | 540 | | 468,857 | | | | 28,700,013 | |
| 394362 | 1609385244 | 12/31/2020 3:27:23 AM | 12/31/2020 | 562,363 | 6,964,752 | 2,629,581 | 2 | 5,990,485 | 37,217,130 | - | | 468,871 | | | | 28,700,859 | |
| 394363 | 1609385544 | 12/31/2020 3:32:23 AM | 12/31/2020 | 562,381 | 6,964,894 | 2,629,583 | 17 | 5,990,485 | 37,217,129 | - | | 468,881 | | | | 28,701,130 | |
| 394364 | 1609385844 | 12/31/2020 3:37:23 AM | 12/31/2020 | 562,389 | 6,965,007 | 2,629,600 | 8 | 5,990,483 | 37,217,126 | - | | 468,886 | | | | 28,701,452 | |
| 394365 | 1609386144 | 12/31/2020 3:42:24 AM | 12/31/2020 | 562,403 | 6,965,131 | 2,629,608 | 13 | 5,990,443 | 37,212,155 | 1,475 | | 468,890 | | | | 28,702,112 | |
| 394366 | 1609386444 | 12/31/2020 3:47:24 AM | 12/31/2020 | 562,412 | 6,965,206 | 2,629,621 | - | 5,990,438 | 37,213,630 | 1,454 | 516,204,417 | 468,891 | 5,865 | | | 28,702,462 | |
| 394367 | 1609386744 | 12/31/2020 3:52:24 AM | 12/31/2020 | 562,422 | 6,965,253 | 2,629,619 | 0 | 5,991,583 | 37,215,084 | 10 | | 468,896 | | | | 28,703,075 | |
| 394368 | 1609387044 | 12/31/2020 3:57:24 AM | 12/31/2020 | 562,426 | 6,965,276 | 2,629,619 | 15 | 5,991,570 | 37,215,093 | - | | 468,900 | | | | 28,703,249 | |
| 394369 | 1609387344 | 12/31/2020 4:02:24 AM | 12/31/2020 | 562,443 | 6,965,377 | 2,629,634 | 3 | 5,991,870 | 37,214,526 | 104 | | 468,908 | | | | 28,703,860 | |
| 394370 | 1609387644 | 12/31/2020 4:07:24 AM | 12/31/2020 | 562,451 | 6,965,429 | 2,629,637 | 1 | 5,991,872 | 37,214,630 | 220 | | 468,909 | | | | 28,704,152 | |
| 394371 | 1609387944 | 12/31/2020 4:12:24 AM | 12/31/2020 | 562,452 | 6,965,548 | 2,629,638 | 2 | 5,992,153 | 37,214,851 | 3,632 | | 468,912 | | | | 28,704,700 | |
| 394372 | 1609388244 | 12/31/2020 4:17:24 AM | 12/31/2020 | 562,456 | 6,965,620 | 2,629,641 | 0 | 5,992,322 | 37,218,482 | - | | 468,913 | | | | 28,705,024 | |
| 394373 | 1609388545 | 12/31/2020 4:22:24 AM | 12/31/2020 | 562,460 | 6,965,636 | 2,629,641 | 4 | 5,992,322 | 37,218,482 | - | | 468,915 | | | | 28,705,114 | |
| 394374 | 1609388845 | 12/31/2020 4:27:24 AM | 12/31/2020 | 562,471 | 6,965,792 | 2,629,645 | - | 5,992,603 | 37,217,454 | 2,438 | | 468,922 | | | | 28,705,859 | |
| 394375 | 1609389145 | 12/31/2020 4:32:25 AM | 12/31/2020 | 562,478 | 6,965,843 | 2,629,639 | 1 | 5,992,752 | 37,219,892 | - | | 468,922 | | | | 28,706,358 | |
| 394376 | 1609389445 | 12/31/2020 4:37:24 AM | 12/31/2020 | 562,487 | 6,965,926 | 2,629,640 | - | 5,992,752 | 37,219,892 | - | 516,211,242 | 468,923 | 5,869 | | | 28,706,771 | |
| 394377 | 1609389745 | 12/31/2020 4:42:24 AM | 12/31/2020 | 562,487 | 6,965,926 | 2,629,640 | - | 5,992,752 | 37,219,892 | 1,232 | | 468,923 | | | | 28,706,771 | |
| 394378 | 1609390045 | 12/31/2020 4:47:25 AM | 12/31/2020 | 562,487 | 6,965,926 | 2,629,620 | - | 5,993,175 | 37,221,124 | - | | 468,926 | | | | 28,707,587 | |
| 394379 | 1609390345 | 12/31/2020 4:52:25 AM | 12/31/2020 | 562,502 | 6,966,167 | 2,629,623 | - | 5,993,175 | 37,221,124 | - | | 468,927 | | | | 28,707,800 | |
| 394380 | 1609390645 | 12/31/2020 4:57:25 AM | 12/31/2020 | 562,502 | 6,966,167 | 2,629,623 | 11 | 5,993,175 | 37,221,124 | - | | 468,927 | | | | 28,707,800 | |
| 394381 | 1609390945 | 12/31/2020 5:02:25 AM | 12/31/2020 | 562,519 | 6,966,379 | 2,629,634 | - | 5,993,619 | 37,220,591 | - | | 468,935 | | | | 28,708,568 | |
| 394382 | 1609391245 | 12/31/2020 5:07:25 AM | 12/31/2020 | 562,519 | 6,966,394 | 2,629,633 | - | 5,993,608 | 37,211,278 | - | | 468,936 | | | | 28,708,674 | |
| 394383 | 1609391545 | 12/31/2020 5:12:25 AM | 12/31/2020 | 562,519 | 6,966,394 | 2,629,633 | 6 | 5,993,608 | 37,211,278 | - | | 468,936 | | | | 28,708,674 | |
| 394384 | 1609391845 | 12/31/2020 5:17:25 AM | 12/31/2020 | 562,533 | 6,966,587 | 2,629,639 | 15 | 5,993,988 | 37,067,390 | 38,091 | | 468,947 | | | | 28,709,568 | |
| 394385 | 1609392145 | 12/31/2020 5:22:25 AM | 12/31/2020 | 562,540 | 6,966,699 | 2,629,655 | 14 | 5,993,981 | 37,105,481 | 4,984 | | 468,948 | | | | 28,709,978 | |
| 394386 | 1609392445 | 12/31/2020 5:27:25 AM | 12/31/2020 | 562,543 | 6,966,868 | 2,629,669 | 23 | 5,994,164 | 37,110,466 | - | 516,217,248 | 468,952 | 5,919 | | | 28,710,390 | |
| 394387 | 1609392745 | 12/31/2020 5:32:25 AM | 12/31/2020 | 562,549 | 6,967,087 | 2,629,692 | 0 | 5,994,345 | 37,042,913 | - | | 468,959 | | | | 28,710,965 | |
| 394388 | 1609393045 | 12/31/2020 5:37:25 AM | 12/31/2020 | 562,549 | 6,967,111 | 2,629,692 | 67 | 5,994,322 | 37,042,902 | - | | 468,963 | | | | 28,711,294 | |

LBRYnomics Data Excerpt for December 31, 2020
Table: measurements
Shaded Column Headers Represent Columns Added By SEC Staff for Date and Time and Changes in LBC for Claims and Supports on the LBRY Network

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 394389 | 1609393346 | 12/31/2020 5:42:25 AM | 12/31/2020 | 562,557 | 6,967,281 | 2,629,759 | 2 | 5,994,324 | 36,810,905 | 290,158 | | 468,963 | | | 28,711,406 |
| 394390 | 1609393646 | 12/31/2020 5:47:25 AM | 12/31/2020 | 562,565 | 6,967,500 | 2,629,761 | 2 | 5,994,424 | 37,101,063 | 168 | | 468,966 | | | 28,712,098 |
| 394391 | 1609393946 | 12/31/2020 5:52:25 AM | 12/31/2020 | 562,565 | 6,967,516 | 2,629,763 | - | 5,994,605 | 37,101,231 | - | | 468,966 | | | 28,712,146 |
| 394392 | 1609394246 | 12/31/2020 5:57:25 AM | 12/31/2020 | 562,565 | 6,967,516 | 2,629,763 | 25 | 5,994,605 | 37,101,231 | - | | 468,966 | | | 28,712,146 |
| 394393 | 1609394546 | 12/31/2020 6:02:25 AM | 12/31/2020 | 562,580 | 6,967,861 | 2,629,788 | 1 | 5,994,749 | 37,082,677 | 29,240 | | 468,975 | | | 28,713,071 |
| 394394 | 1609394846 | 12/31/2020 6:07:25 AM | 12/31/2020 | 562,588 | 6,967,964 | 2,629,789 | 24 | 5,994,989 | 37,111,917 | 4 | | 468,979 | | | 28,713,305 |
| 394395 | 1609395146 | 12/31/2020 6:12:26 AM | 12/31/2020 | 562,591 | 6,968,020 | 2,629,812 | 13 | 5,994,992 | 37,111,921 | 67,365 | | 468,980 | | | 28,713,472 |
| 394396 | 1609395446 | 12/31/2020 6:17:26 AM | 12/31/2020 | 562,599 | 6,968,148 | 2,629,826 | 41 | 5,995,176 | 37,179,286 | - | | 468,986 | 5,925 | | 28,713,741 |
| 394397 | 1609395746 | 12/31/2020 6:22:26 AM | 12/31/2020 | 562,606 | 6,968,247 | 2,629,867 | - | 5,995,175 | 37,179,282 | - | | 468,991 | | | 28,713,974 |
| 394398 | 1609396046 | 12/31/2020 6:27:26 AM | 12/31/2020 | 562,606 | 6,968,247 | 2,629,867 | - | 5,995,175 | 37,179,282 | - | | 468,991 | | | 28,713,974 |
| 394399 | 1609396346 | 12/31/2020 6:32:26 AM | 12/31/2020 | 562,606 | 6,968,247 | 2,629,867 | - | 5,995,175 | 37,179,282 | - | | 468,991 | | | 28,713,974 |
| 394400 | 1609396646 | 12/31/2020 6:37:26 AM | 12/31/2020 | 562,606 | 6,968,247 | 2,629,867 | - | 5,995,175 | 37,179,282 | - | | 468,991 | | | 28,713,974 |
| 394401 | 1609396947 | 12/31/2020 6:42:26 AM | 12/31/2020 | 562,606 | 6,968,247 | 2,629,867 | 120 | 5,995,175 | 37,179,282 | 358 | | 468,991 | | | 28,713,974 |
| 394402 | 1609397247 | 12/31/2020 6:47:26 AM | 12/31/2020 | 562,632 | 6,968,825 | 2,629,987 | 69 | 5,995,798 | 37,179,640 | 208 | | 469,010 | | | 28,715,479 |
| 394403 | 1609397547 | 12/31/2020 6:52:26 AM | 12/31/2020 | 562,640 | 6,968,927 | 2,630,055 | 42 | 5,996,012 | 37,179,849 | 283 | | 469,015 | | | 28,715,726 |
| 394404 | 1609397847 | 12/31/2020 6:57:26 AM | 12/31/2020 | 562,645 | 6,969,003 | 2,630,097 | - | 5,996,222 | 37,180,131 | - | | 469,017 | | | 28,715,983 |
| 394405 | 1609398147 | 12/31/2020 7:02:26 AM | 12/31/2020 | 562,655 | 6,969,158 | 2,630,010 | 64 | 5,996,217 | 36,835,040 | 220,354 | | 469,021 | | | 28,716,401 |
| 394406 | 1609398447 | 12/31/2020 7:07:26 AM | 12/31/2020 | 562,665 | 6,969,207 | 2,630,074 | - | 5,996,446 | 37,055,395 | - | 516,225,165 | 469,023 | 6,015 | | 28,716,584 |
| 394407 | 1609398747 | 12/31/2020 7:12:26 AM | 12/31/2020 | 562,665 | 6,969,207 | 2,630,074 | - | 5,996,446 | 37,055,395 | - | | 469,023 | | | 28,716,584 |
| 394408 | 1609399047 | 12/31/2020 7:17:26 AM | 12/31/2020 | 562,665 | 6,969,207 | 2,630,074 | - | 5,996,446 | 37,055,395 | - | | 469,023 | | | 28,716,584 |
| 394409 | 1609399347 | 12/31/2020 7:22:27 AM | 12/31/2020 | 562,665 | 6,969,207 | 2,630,074 | 24 | 5,996,446 | 37,055,395 | 53,042 | | 469,023 | | | 28,716,584 |
| 394410 | 1609399647 | 12/31/2020 7:27:27 AM | 12/31/2020 | 562,686 | 6,969,525 | 2,630,098 | - | 5,996,947 | 37,108,437 | - | | 469,033 | | | 28,717,692 |
| 394411 | 1609399947 | 12/31/2020 7:32:27 AM | 12/31/2020 | 562,686 | 6,969,525 | 2,630,098 | 3 | 5,996,947 | 37,108,437 | - | | 469,033 | | | 28,717,692 |
| 394412 | 1609400247 | 12/31/2020 7:37:27 AM | 12/31/2020 | 562,698 | 6,969,723 | 2,630,101 | 11 | 5,997,233 | 37,107,568 | - | | 469,040 | | | 28,718,607 |
| 394413 | 1609400547 | 12/31/2020 7:42:27 AM | 12/31/2020 | 562,708 | 6,969,851 | 2,630,112 | - | 5,997,230 | 37,107,567 | 268 | | 469,046 | | | 28,718,801 |
| 394414 | 1609400847 | 12/31/2020 7:47:27 AM | 12/31/2020 | 562,712 | 6,969,921 | 2,630,108 | 1 | 5,997,483 | 37,107,834 | 239 | | 469,049 | | | 28,719,170 |
| 394415 | 1609401147 | 12/31/2020 7:52:27 AM | 12/31/2020 | 562,718 | 6,970,032 | 2,630,110 | 128 | 5,997,474 | 37,108,073 | 147 | | 469,061 | | | 28,719,478 |
| 394416 | 1609401448 | 12/31/2020 7:57:27 AM | 12/31/2020 | 562,721 | 6,970,092 | 2,630,238 | 236 | 5,997,118 | 37,108,220 | 1 | 516,229,533 | 469,067 | 5,993 | | 28,720,366 |
| 394417 | 1609401748 | 12/31/2020 8:02:27 AM | 12/31/2020 | 562,726 | 6,970,188 | 2,630,474 | 5 | 5,997,119 | 37,108,221 | - | | 469,069 | | | 28,720,474 |
| 394418 | 1609402048 | 12/31/2020 8:07:27 AM | 12/31/2020 | 562,727 | 6,970,268 | 2,630,479 | 9 | 5,997,105 | 37,108,218 | 10,923 | | 469,076 | | | 28,720,708 |
| 394419 | 1609402348 | 12/31/2020 8:12:27 AM | 12/31/2020 | 562,735 | 6,970,461 | 2,630,488 | - | 5,997,341 | 37,119,140 | - | | 469,084 | | | 28,721,177 |
| 394420 | 1609402648 | 12/31/2020 8:17:27 AM | 12/31/2020 | 562,735 | 6,970,461 | 2,630,488 | - | 5,997,341 | 37,119,140 | - | | 469,084 | | | 28,721,177 |
| 394421 | 1609402948 | 12/31/2020 8:22:27 AM | 12/31/2020 | 562,735 | 6,970,461 | 2,630,488 | 12 | 5,997,341 | 37,119,140 | 1,468 | | 469,084 | | | 28,721,177 |
| 394422 | 1609403248 | 12/31/2020 8:27:28 AM | 12/31/2020 | 562,752 | 6,970,710 | 2,630,500 | 6 | 5,997,550 | 37,120,609 | - | | 469,099 | | | 28,722,247 |
| 394423 | 1609403548 | 12/31/2020 8:32:28 AM | 12/31/2020 | 562,757 | 6,970,747 | 2,630,507 | 21 | 5,997,550 | 37,120,609 | - | | 469,099 | | | 28,722,823 |
| 394424 | 1609403848 | 12/31/2020 8:37:28 AM | 12/31/2020 | 562,766 | 6,970,980 | 2,630,528 | 31 | 5,997,179 | 37,109,725 | 19 | | 469,103 | | | 28,723,128 |
| 394425 | 1609404148 | 12/31/2020 8:42:28 AM | 12/31/2020 | 562,772 | 6,971,205 | 2,630,559 | 1 | 5,996,981 | 37,109,744 | - | | 469,117 | | | 28,724,168 |
| 394426 | 1609404448 | 12/31/2020 8:47:28 AM | 12/31/2020 | 562,774 | 6,971,329 | 2,630,560 | 0 | 5,996,847 | 37,109,673 | - | 516,236,358 | 469,117 | 5,996 | | 28,724,462 |
| 394427 | 1609404748 | 12/31/2020 8:52:28 AM | 12/31/2020 | 562,783 | 6,971,471 | 2,630,560 | 8 | 5,995,870 | 37,058,264 | 64,865 | | 469,120 | | | 28,725,162 |
| 394428 | 1609405049 | 12/31/2020 8:57:28 AM | 12/31/2020 | 562,791 | 6,971,678 | 2,630,568 | - | 5,995,518 | 37,123,129 | - | | 469,123 | | | 28,725,914 |
| 394429 | 1609405349 | 12/31/2020 9:02:28 AM | 12/31/2020 | 562,791 | 6,971,678 | 2,630,568 | 6 | 5,995,518 | 37,123,129 | - | | 469,123 | | | 28,725,914 |
| 394430 | 1609405649 | 12/31/2020 9:07:28 AM | 12/31/2020 | 562,807 | 6,971,927 | 2,630,574 | - | 5,995,190 | 37,122,739 | - | | 469,131 | | | 28,727,100 |
| 394431 | 1609405949 | 12/31/2020 9:12:28 AM | 12/31/2020 | 562,807 | 6,971,927 | 2,630,574 | 7 | 5,995,190 | 37,122,739 | - | | 469,131 | | | 28,727,100 |
| 394432 | 1609406249 | 12/31/2020 9:17:28 AM | 12/31/2020 | 562,821 | 6,972,295 | 2,630,581 | 83 | 5,995,164 | 37,122,129 | - | | 469,143 | | | 28,728,374 |
| 394433 | 1609406549 | 12/31/2020 9:22:28 AM | 12/31/2020 | 562,829 | 6,972,616 | 2,630,665 | 5 | 5,994,696 | 37,121,454 | - | | 469,153 | | | 28,729,437 |
| 394434 | 1609406849 | 12/31/2020 9:27:28 AM | 12/31/2020 | 562,833 | 6,972,671 | 2,630,670 | - | 5,994,139 | 37,118,392 | - | | 469,159 | | | 28,729,765 |
| 394435 | 1609407149 | 12/31/2020 9:32:29 AM | 12/31/2020 | 562,833 | 6,972,671 | 2,630,670 | - | 5,994,139 | 37,118,392 | - | | 469,159 | | | 28,729,765 |
| 394436 | 1609407449 | 12/31/2020 9:37:29 AM | 12/31/2020 | 562,833 | 6,972,671 | 2,630,670 | 27 | 5,994,139 | 37,118,392 | - | | 469,159 | 6,006 | | 28,729,765 |
| 394437 | 1609407749 | 12/31/2020 9:42:29 AM | 12/31/2020 | 562,856 | 6,973,111 | 2,630,697 | - | 5,993,287 | 37,115,306 | - | | 469,174 | | | 28,731,609 |
| 394438 | 1609408049 | 12/31/2020 9:47:29 AM | 12/31/2020 | 562,856 | 6,973,111 | 2,630,697 | 23 | 5,993,287 | 37,115,306 | - | | 469,174 | | | 28,732,629 |
| 394439 | 1609408349 | 12/31/2020 9:52:29 AM | 12/31/2020 | 562,874 | 6,973,456 | 2,630,720 | - | 5,993,234 | 37,054,712 | - | | 469,185 | | | 28,732,900 |
| 394440 | 1609408649 | 12/31/2020 9:57:29 AM | 12/31/2020 | 562,874 | 6,973,456 | 2,630,720 | 10 | 5,993,234 | 37,054,712 | - | | 469,185 | | | 28,732,900 |
| 394441 | 1609408950 | 12/31/2020 10:02:29 AM | 12/31/2020 | 562,890 | 6,973,915 | 2,630,731 | 5 | 5,992,700 | 37,052,893 | - | | 469,195 | | | 28,734,529 |
| 394442 | 1609409250 | 12/31/2020 10:07:29 AM | 12/31/2020 | 562,902 | 6,974,123 | 2,630,736 | 7 | 5,992,632 | 37,044,083 | - | | 469,198 | | | 28,735,049 |
| 394443 | 1609409550 | 12/31/2020 10:12:29 AM | 12/31/2020 | 562,910 | 6,974,272 | 2,630,742 | - | 5,992,622 | 37,034,458 | - | | 469,203 | | | 28,735,393 |
| 394444 | 1609409850 | 12/31/2020 10:17:29 AM | 12/31/2020 | 562,910 | 6,974,272 | 2,630,743 | 8 | 5,992,622 | 37,034,458 | 4,122 | | 469,203 | | | 28,735,393 |
| 394445 | 1609410150 | 12/31/2020 10:22:29 AM | 12/31/2020 | 562,919 | 6,974,507 | 2,630,750 | 7 | 5,993,108 | 37,038,580 | 7,376 | | 469,213 | | | 28,736,355 |
| 394446 | 1609410450 | 12/31/2020 10:27:29 AM | 12/31/2020 | 562,930 | 6,974,783 | 2,630,758 | 2 | 5,993,112 | 37,045,956 | 668 | 516,242,091 | 469,221 | 6,008 | | 28,736,700 |
| 394447 | 1609410750 | 12/31/2020 10:32:29 AM | 12/31/2020 | 562,941 | 6,974,909 | 2,630,759 | 5 | 5,993,609 | 37,046,624 | 28 | | 469,226 | | | 28,737,069 |
| 394448 | 1609411050 | 12/31/2020 10:37:29 AM | 12/31/2020 | 562,945 | 6,975,060 | 2,630,765 | 14 | 5,993,590 | 37,046,651 | - | | 469,228 | | | 28,737,386 |
| 394449 | 1609411350 | 12/31/2020 10:42:29 AM | 12/31/2020 | 562,955 | 6,975,285 | 2,630,779 | 9 | 5,993,436 | 37,042,090 | - | | 469,238 | | | 28,737,996 |
| 394450 | 1609411650 | 12/31/2020 10:47:29 AM | 12/31/2020 | 562,963 | 6,975,441 | 2,630,788 | - | 5,993,186 | 37,041,996 | 2,714 | | 469,242 | | | 28,738,619 |
| 394451 | 1609411950 | 12/31/2020 10:52:30 AM | 12/31/2020 | 562,963 | 6,975,441 | 2,630,788 | 12 | 5,993,328 | 37,044,710 | 2,287 | | 469,247 | | | 28,739,290 |
| 394452 | 1609412250 | 12/31/2020 10:57:30 AM | 12/31/2020 | 562,982 | 6,975,740 | 2,630,800 | 2 | 5,992,848 | 37,046,997 | - | | 469,259 | | | 28,739,902 |
| 394453 | 1609412550 | 12/31/2020 11:02:30 AM | 12/31/2020 | 562,984 | 6,975,817 | 2,630,802 | 18 | 5,991,639 | 37,045,100 | - | | 469,263 | | | 28,740,068 |
| 394454 | 1609412850 | 12/31/2020 11:07:30 AM | 12/31/2020 | 562,993 | 6,976,015 | 2,630,819 | 1 | 5,992,123 | 37,044,522 | - | | 469,278 | | | 28,740,648 |
| 394455 | 1609413150 | 12/31/2020 11:12:30 AM | 12/31/2020 | 562,997 | 6,976,139 | 2,630,821 | - | 5,992,050 | 37,043,074 | - | | 469,285 | | | 28,741,009 |
| 394456 | 1609413451 | 12/31/2020 11:17:30 AM | 12/31/2020 | 562,997 | 6,976,139 | 2,630,821 | 22 | 5,992,050 | 37,043,074 | - | 516,248,643 | 469,285 | 6,008 | | 28,741,009 |
| 394457 | 1609413751 | 12/31/2020 11:22:30 AM | 12/31/2020 | 563,014 | 6,976,547 | 2,630,843 | 4 | 5,991,731 | 37,042,061 | - | | 469,301 | | | 28,742,364 |
| 394458 | 1609414051 | 12/31/2020 11:27:30 AM | 12/31/2020 | 563,022 | 6,976,750 | 2,630,847 | 3 | 5,992,077 | 36,998,473 | 41,458 | | 469,305 | | | 28,743,191 |
| 394459 | 1609414351 | 12/31/2020 11:32:30 AM | 12/31/2020 | 563,028 | 6,976,868 | 2,630,850 | 15 | 5,991,927 | 37,039,931 | - | | 469,312 | | | 28,743,974 |
| 394460 | 1609414651 | 12/31/2020 11:37:30 AM | 12/31/2020 | 563,039 | 6,977,099 | 2,630,864 | 8 | 5,991,745 | 37,038,312 | 422 | | 469,317 | | | 28,745,052 |
| 394461 | 1609414951 | 12/31/2020 11:42:30 AM | 12/31/2020 | 563,045 | 6,977,211 | 2,630,873 | 0 | 5,992,309 | 37,038,734 | 1 | | 469,328 | | | 28,745,833 |
| 394462 | 1609415251 | 12/31/2020 11:47:31 AM | 12/31/2020 | 563,049 | 6,977,394 | 2,630,873 | 8 | 5,992,268 | 37,038,735 | - | | 469,333 | | | 28,746,499 |
| 394463 | 1609415551 | 12/31/2020 11:52:31 AM | 12/31/2020 | 563,059 | 6,977,580 | 2,630,881 | 9 | 5,992,237 | 37,037,660 | - | | 469,341 | | | 28,747,031 |
| 394464 | 1609415851 | 12/31/2020 11:57:31 AM | 12/31/2020 | 563,071 | 6,977,768 | 2,630,889 | 4 | 5,992,131 | 37,035,742 | - | | 469,353 | | | 28,747,578 |

Case 1:21-cv-00260-PB   Document 75-9   Filed 06/24/22   Page 3 of 4

LBRYnomics Data Excerpt for December 31, 2020
Table: measurements
Shaded Column Headers Represent Columns Added By SEC Staff for Date and Time and Changes in LBC for Claims and Supports on the LBRY Network

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 394465 | 1609416151 | 12/31/2020 12:02:31 PM | 12/31/2020 | 563,072 | 6,977,836 | 2,630,893 | - | 5,992,131 | 37,035,742 | 516 | | 469,355 | | | 28,747,745 |
| 394466 | 1609416451 | 12/31/2020 12:07:31 PM | 12/31/2020 | 563,079 | 6,978,008 | 2,630,756 | - | 5,992,574 | 37,036,258 | - | 516,257,106 | 469,361 | 6,005 | | 28,748,237 |
| 394467 | 1609416751 | 12/31/2020 12:12:31 PM | 12/31/2020 | 563,085 | 6,978,094 | 2,630,754 | - | 5,992,459 | 37,036,125 | 15,456 | | 469,365 | | | 28,748,562 |
| 394468 | 1609417051 | 12/31/2020 12:17:31 PM | 12/31/2020 | 563,094 | 6,978,342 | 2,629,757 | 12 | 5,992,346 | 37,051,581 | 8 | | 469,382 | | | 28,749,228 |
| 394469 | 1609417352 | 12/31/2020 12:22:31 PM | 12/31/2020 | 563,099 | 6,978,409 | 2,629,769 | 1 | 5,992,334 | 37,051,589 | 360 | | 469,384 | | | 28,749,373 |
| 394470 | 1609417652 | 12/31/2020 12:27:31 PM | 12/31/2020 | 563,108 | 6,978,586 | 2,629,770 | - | 5,992,869 | 37,051,949 | - | | 469,394 | | | 28,750,018 |
| 394471 | 1609417952 | 12/31/2020 12:32:31 PM | 12/31/2020 | 563,108 | 6,978,586 | 2,629,770 | 6 | 5,992,869 | 37,051,949 | - | | 469,394 | | | 28,750,972 |
| 394472 | 1609418252 | 12/31/2020 12:37:31 PM | 12/31/2020 | 563,124 | 6,978,886 | 2,629,777 | 5 | 5,992,635 | 37,051,682 | 815 | | 469,408 | | | 28,751,473 |
| 394473 | 1609418552 | 12/31/2020 12:42:31 PM | 12/31/2020 | 563,131 | 6,979,013 | 2,629,782 | 2 | 5,992,443 | 37,052,497 | 880 | | 469,410 | | | 28,751,874 |
| 394474 | 1609418852 | 12/31/2020 12:47:31 PM | 12/31/2020 | 563,134 | 6,979,176 | 2,629,784 | 8 | 5,993,006 | 37,053,377 | 5 | | 469,416 | | | 28,752,252 |
| 394475 | 1609419152 | 12/31/2020 12:52:32 PM | 12/31/2020 | 563,138 | 6,979,291 | 2,629,793 | - | 5,992,959 | 37,053,382 | 1,002 | | 469,423 | | | 28,752,552 |
| 394476 | 1609419452 | 12/31/2020 12:57:32 PM | 12/31/2020 | 563,148 | 6,979,381 | 2,629,791 | 3 | 5,992,928 | 37,054,384 | 909 | | 469,427 | 6,011 | | 28,752,979 |
| 394477 | 1609419752 | 12/31/2020 1:02:32 PM | 12/31/2020 | 563,149 | 6,979,438 | 2,629,794 | 8 | 5,992,905 | 37,055,293 | - | | 469,427 | | | 28,752,979 |
| 394478 | 1609420052 | 12/31/2020 1:07:32 PM | 12/31/2020 | 563,160 | 6,979,714 | 2,629,802 | 53 | 5,993,443 | 36,919,723 | 136,292 | | 469,442 | | | 28,753,897 |
| 394479 | 1609420352 | 12/31/2020 1:12:32 PM | 12/31/2020 | 563,174 | 6,979,862 | 2,629,854 | - | 5,993,432 | 37,056,015 | - | | 469,450 | | | 28,754,263 |
| 394480 | 1609420652 | 12/31/2020 1:17:32 PM | 12/31/2020 | 563,174 | 6,979,862 | 2,629,854 | - | 5,993,432 | 37,056,015 | - | | 469,450 | | | 28,754,263 |
| 394481 | 1609420952 | 12/31/2020 1:22:32 PM | 12/31/2020 | 563,174 | 6,979,862 | 2,629,854 | - | 5,993,432 | 37,056,015 | - | | 469,450 | | | 28,754,263 |
| 394482 | 1609421253 | 12/31/2020 1:27:32 PM | 12/31/2020 | 563,174 | 6,979,862 | 2,629,854 | - | 5,993,432 | 37,056,015 | - | | 469,450 | | | 28,755,601 |
| 394483 | 1609421553 | 12/31/2020 1:32:32 PM | 12/31/2020 | 563,218 | 6,980,498 | 2,629,791 | 2 | 5,994,065 | 37,046,947 | - | | 469,471 | | | 28,756,072 |
| 394484 | 1609421853 | 12/31/2020 1:37:32 PM | 12/31/2020 | 563,225 | 6,980,614 | 2,629,793 | 4 | 5,994,019 | 37,046,944 | - | | 469,476 | | | 28,756,536 |
| 394485 | 1609422153 | 12/31/2020 1:42:32 PM | 12/31/2020 | 563,233 | 6,980,745 | 2,629,798 | 7 | 5,993,249 | 37,046,925 | - | | 469,481 | | | 28,757,070 |
| 394486 | 1609422453 | 12/31/2020 1:47:32 PM | 12/31/2020 | 563,241 | 6,980,927 | 2,629,805 | 48 | 5,993,187 | 37,046,701 | 103 | 516,263,385 | 469,486 | 6,009 | | 28,757,503 |
| 394487 | 1609422753 | 12/31/2020 1:52:32 PM | 12/31/2020 | 563,245 | 6,981,174 | 2,629,854 | 17 | 5,993,828 | 37,046,804 | - | | 469,498 | | | 28,758,084 |
| 394488 | 1609423053 | 12/31/2020 1:57:32 PM | 12/31/2020 | 563,250 | 6,981,405 | 2,629,871 | 4 | 5,993,700 | 37,046,023 | - | | 469,512 | | | 28,758,904 |
| 394489 | 1609423353 | 12/31/2020 2:02:33 PM | 12/31/2020 | 563,256 | 6,981,543 | 2,629,875 | 2 | 5,993,629 | 37,045,840 | 1,701 | | 469,518 | | | 28,759,231 |
| 394490 | 1609423653 | 12/31/2020 2:07:33 PM | 12/31/2020 | 563,264 | 6,981,644 | 2,629,877 | 115 | 5,993,441 | 37,047,541 | 699 | | 469,530 | | | 28,760,006 |
| 394491 | 1609423953 | 12/31/2020 2:12:33 PM | 12/31/2020 | 563,272 | 6,981,827 | 2,629,992 | 2 | 5,994,058 | 37,048,240 | 1 | | 469,535 | | | 28,760,413 |
| 394492 | 1609424253 | 12/31/2020 2:17:33 PM | 12/31/2020 | 563,278 | 6,981,881 | 2,629,993 | 29 | 5,994,059 | 37,048,241 | - | | 469,537 | | | 28,760,596 |
| 394493 | 1609424553 | 12/31/2020 2:22:33 PM | 12/31/2020 | 563,287 | 6,982,133 | 2,630,022 | 2 | 5,993,992 | 37,046,205 | 2,015 | | 469,549 | | | 28,761,180 |
| 394494 | 1609424853 | 12/31/2020 2:27:33 PM | 12/31/2020 | 563,290 | 6,982,213 | 2,630,024 | 16 | 5,993,997 | 37,048,220 | - | | 469,552 | | | 28,761,347 |
| 394495 | 1609425153 | 12/31/2020 2:32:33 PM | 12/31/2020 | 563,290 | 6,982,213 | 2,630,041 | 1 | 5,994,003 | 37,034,096 | 1,914 | | 469,562 | | | 28,762,153 |
| 394496 | 1609425454 | 12/31/2020 2:37:33 PM | 12/31/2020 | 563,313 | 6,982,723 | 2,630,041 | 25 | 5,994,760 | 37,036,010 | 7 | 516,270,756 | 469,564 | 6,011 | | 28,762,281 |
| 394497 | 1609425754 | 12/31/2020 2:42:33 PM | 12/31/2020 | 563,323 | 6,983,055 | 2,630,066 | 34 | 5,994,754 | 37,036,017 | 2,865 | | 469,572 | | | 28,762,961 |
| 394498 | 1609426054 | 12/31/2020 2:47:33 PM | 12/31/2020 | 563,332 | 6,983,187 | 2,630,101 | 5 | 5,994,741 | 37,038,882 | 1,710 | | 469,576 | | | 28,763,322 |
| 394499 | 1609426354 | 12/31/2020 2:52:33 PM | 12/31/2020 | 563,336 | 6,983,308 | 2,630,106 | 1 | 5,994,751 | 37,040,592 | - | | 469,588 | | | 28,764,195 |
| 394500 | 1609426654 | 12/31/2020 2:57:33 PM | 12/31/2020 | 563,341 | 6,983,342 | 2,630,107 | - | 5,994,751 | 37,040,592 | - | | 469,588 | | | 28,764,195 |
| 394501 | 1609426954 | 12/31/2020 3:02:33 PM | 12/31/2020 | 563,341 | 6,983,342 | 2,630,107 | - | 5,994,751 | 37,040,592 | - | | 469,588 | | | 28,764,195 |
| 394502 | 1609427254 | 12/31/2020 3:07:33 PM | 12/31/2020 | 563,341 | 6,983,342 | 2,630,107 | 13 | 5,994,751 | 37,040,592 | - | | 469,588 | | | 28,764,196 |
| 394503 | 1609427554 | 12/31/2020 3:12:33 PM | 12/31/2020 | 563,381 | 6,983,849 | 2,630,120 | 0 | 5,995,429 | 37,037,018 | 65 | | 469,616 | | | 28,766,013 |
| 394504 | 1609427854 | 12/31/2020 3:17:34 PM | 12/31/2020 | 563,385 | 6,983,943 | 2,630,120 | 1 | 5,995,369 | 37,037,083 | 41 | | 469,635 | | | 28,766,544 |
| 394505 | 1609428154 | 12/31/2020 3:22:34 PM | 12/31/2020 | 563,397 | 6,984,033 | 2,630,121 | - | 5,995,371 | 37,037,124 | - | | 469,638 | | | 28,766,775 |
| 394506 | 1609428454 | 12/31/2020 3:27:34 PM | 12/31/2020 | 563,397 | 6,984,033 | 2,630,121 | 23 | 5,995,371 | 37,037,124 | 1,440 | 516,277,308 | 469,638 | 6,017 | | 28,767,711 |
| 394507 | 1609428754 | 12/31/2020 3:32:34 PM | 12/31/2020 | 563,412 | 6,984,229 | 2,630,143 | 6 | 5,996,171 | 37,038,564 | - | | 469,653 | | | 28,767,997 |
| 394508 | 1609429054 | 12/31/2020 3:37:34 PM | 12/31/2020 | 563,429 | 6,984,355 | 2,630,149 | 2 | 5,996,152 | 37,038,552 | 101 | | 469,661 | | | 28,768,492 |
| 394509 | 1609429354 | 12/31/2020 3:42:34 PM | 12/31/2020 | 563,434 | 6,984,413 | 2,630,151 | 44 | 5,996,161 | 37,038,653 | - | | 469,670 | | | 28,768,931 |
| 394510 | 1609429655 | 12/31/2020 3:47:34 PM | 12/31/2020 | 563,438 | 6,984,477 | 2,630,195 | 25 | 5,996,161 | 37,038,653 | 963 | | 469,670 | | | 28,768,931 |
| 394511 | 1609429955 | 12/31/2020 3:52:34 PM | 12/31/2020 | 563,451 | 6,984,676 | 2,630,220 | - | 5,996,917 | 37,039,617 | - | | 469,682 | | | 28,769,522 |
| 394512 | 1609430255 | 12/31/2020 3:57:34 PM | 12/31/2020 | 563,455 | 6,984,762 | 2,629,734 | 82 | 5,996,920 | 37,006,824 | 4,247 | | 469,684 | | | 28,769,802 |
| 394513 | 1609430555 | 12/31/2020 4:02:34 PM | 12/31/2020 | 563,463 | 6,984,912 | 2,629,817 | 32 | 5,996,884 | 37,011,071 | 3,202 | | 469,670 | | | 28,770,509 |
| 394514 | 1609430855 | 12/31/2020 4:07:34 PM | 12/31/2020 | 563,466 | 6,984,997 | 2,629,849 | - | 5,996,743 | 37,014,273 | 1,296 | | 469,678 | | | 28,770,818 |
| 394515 | 1609431155 | 12/31/2020 4:12:34 PM | 12/31/2020 | 563,481 | 6,985,127 | 2,629,832 | 503 | 5,996,713 | 37,015,569 | 5,738 | | 469,684 | | | 28,771,305 |
| 394516 | 1609431455 | 12/31/2020 4:17:34 PM | 12/31/2020 | 563,488 | 6,985,209 | 2,630,335 | 2 | 5,996,726 | 37,021,307 | 4,821 | | 469,691 | 6,027 | | 28,771,799 |
| 394517 | 1609431755 | 12/31/2020 4:22:34 PM | 12/31/2020 | 563,494 | 6,985,307 | 2,630,337 | 58 | 5,997,724 | 37,026,128 | - | | 469,698 | | | 28,771,799 |
| 394518 | 1609432055 | 12/31/2020 4:27:34 PM | 12/31/2020 | 563,507 | 6,985,520 | 2,630,396 | - | 5,997,734 | 36,999,765 | - | | 469,712 | | | 28,772,659 |
| 394519 | 1609432355 | 12/31/2020 4:32:35 PM | 12/31/2020 | 563,507 | 6,985,520 | 2,630,396 | 89 | 5,997,734 | 36,999,765 | - | | 469,712 | | | 28,772,659 |
| 394520 | 1609432655 | 12/31/2020 4:37:35 PM | 12/31/2020 | 563,519 | 6,985,763 | 2,630,484 | 3 | 5,997,738 | 36,998,930 | 11,021 | | 469,720 | | | 28,773,495 |
| 394521 | 1609432955 | 12/31/2020 4:42:35 PM | 12/31/2020 | 563,530 | 6,986,005 | 2,630,487 | 1 | 5,997,729 | 37,009,950 | 1,449 | | 469,723 | | | 28,773,954 |
| 394522 | 1609433255 | 12/31/2020 4:47:35 PM | 12/31/2020 | 563,534 | 6,986,106 | 2,630,488 | 4 | 5,998,951 | 37,011,399 | - | | 469,730 | | | 28,774,567 |
| 394523 | 1609433555 | 12/31/2020 4:52:35 PM | 12/31/2020 | 563,542 | 6,986,269 | 2,630,492 | - | 5,998,941 | 37,011,391 | 225 | | 469,740 | | | 28,774,871 |
| 394524 | 1609433855 | 12/31/2020 4:57:35 PM | 12/31/2020 | 563,542 | 6,986,269 | 2,630,492 | 6 | 5,998,940 | 37,011,616 | - | | 469,749 | | | 28,775,342 |
| 394525 | 1609434155 | 12/31/2020 5:02:35 PM | 12/31/2020 | 563,555 | 6,986,462 | 2,630,498 | - | 5,998,940 | 37,011,616 | - | | 469,749 | | | 28,775,715 |
| 394526 | 1609434456 | 12/31/2020 5:07:35 PM | 12/31/2020 | 563,567 | 6,986,702 | 2,630,497 | 7 | 5,998,800 | 37,000,361 | 11,318 | 516,284,952 | 469,759 | 6,040 | | 28,776,053 |
| 394527 | 1609434756 | 12/31/2020 5:12:35 PM | 12/31/2020 | 563,574 | 6,986,779 | 2,630,504 | 0 | 5,998,784 | 37,011,678 | 2,235 | | 469,765 | | | 28,776,479 |
| 394528 | 1609435056 | 12/31/2020 5:17:35 PM | 12/31/2020 | 563,573 | 6,986,815 | 2,630,504 | 20 | 5,999,648 | 37,013,913 | 65 | | 469,768 | | | 28,776,831 |
| 394529 | 1609435356 | 12/31/2020 5:22:35 PM | 12/31/2020 | 563,582 | 6,987,050 | 2,630,524 | 17 | 5,999,654 | 37,013,978 | 133 | | 469,772 | | | 28,777,043 |
| 394530 | 1609435656 | 12/31/2020 5:27:35 PM | 12/31/2020 | 563,590 | 6,987,188 | 2,630,541 | 1 | 5,999,654 | 37,014,112 | - | | 469,780 | | | 28,777,475 |
| 394531 | 1609435956 | 12/31/2020 5:32:35 PM | 12/31/2020 | 563,597 | 6,987,307 | 2,630,542 | 23 | 5,999,636 | 37,013,798 | 614 | | 469,787 | | | 28,777,851 |
| 394532 | 1609436256 | 12/31/2020 5:37:35 PM | 12/31/2020 | 563,615 | 6,987,420 | 2,630,565 | 110 | 5,999,463 | 37,014,412 | - | | 469,804 | | | 28,778,574 |
| 394533 | 1609436556 | 12/31/2020 5:42:36 PM | 12/31/2020 | 563,625 | 6,987,540 | 2,630,675 | 1 | 5,999,438 | 37,011,392 | - | | 469,818 | | | 28,779,011 |
| 394534 | 1609436856 | 12/31/2020 5:47:36 PM | 12/31/2020 | 563,626 | 6,987,547 | 2,630,676 | - | 5,999,438 | 37,011,392 | - | | 469,818 | | | 28,779,011 |
| 394535 | 1609437156 | 12/31/2020 5:52:36 PM | 12/31/2020 | 563,626 | 6,987,547 | 2,630,676 | - | 5,999,438 | 37,011,392 | | | 469,818 | | | 28,779,011 |
| 394536 | 1609437456 | 12/31/2020 5:57:36 PM | 12/31/2020 | 563,626 | 6,987,547 | 2,630,676 | 50 | 5,999,438 | 37,011,392 | - | 516,292,323 | 469,818 | 6,041 | | 28,780,323 |
| 394537 | 1609437756 | 12/31/2020 6:02:36 PM | 12/31/2020 | 563,662 | 6,987,902 | 2,630,726 | 2 | 5,999,901 | 36,993,758 | - | | 469,851 | | | 28,780,598 |
| 394538 | 1609438056 | 12/31/2020 6:07:36 PM | 12/31/2020 | 563,666 | 6,988,004 | 2,630,728 | 21 | 5,999,768 | 36,993,615 | 850 | | 469,860 | | | 28,781,001 |
| 394539 | 1609438357 | 12/31/2020 6:12:36 PM | 12/31/2020 | 563,677 | 6,988,126 | 2,630,749 | - | 5,999,515 | 36,994,465 | - | | 469,873 | | | 28,781,671 |
| 394540 | 1609438657 | 12/31/2020 6:17:36 PM | 12/31/2020 | 563,677 | 6,988,126 | 2,630,749 | 13 | 5,999,515 | 36,994,465 | - | | 469,873 | | | 28,782,642 |

LBRYnomics Data Excerpt for December 31, 2020
Table: measurements
Shaded Column Headers Represent Columns Added By SEC Staff for Date and Time and Changes in LBC for Claims and Supports on the LBRY Network

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 394541 | 1609438957 | 12/31/2020 6:22:36 PM | 12/31/2020 | 563,700 | 6,988,439 | 2,630,762 | - | 5,999,865 | 36,988,364 | - | | 469,894 | | | 28,783,588 |
| 394542 | 1609439257 | 12/31/2020 6:27:36 PM | 12/31/2020 | 563,702 | 6,988,480 | 2,630,762 | 5 | 5,999,805 | 36,980,250 | - | | 469,899 | | | 28,784,916 |
| 394543 | 1609439557 | 12/31/2020 6:32:36 PM | 12/31/2020 | 563,715 | 6,988,655 | 2,630,767 | 3 | 5,999,509 | 36,979,769 | - | | 469,909 | | | 28,785,307 |
| 394544 | 1609439857 | 12/31/2020 6:37:36 PM | 12/31/2020 | 563,717 | 6,988,727 | 2,630,769 | 3 | 5,999,406 | 36,979,676 | - | | 469,910 | | | 28,785,655 |
| 394545 | 1609440157 | 12/31/2020 6:42:36 PM | 12/31/2020 | 563,735 | 6,988,843 | 2,630,773 | 23 | 5,999,211 | 36,979,506 | 900 | | 469,915 | | | 28,786,251 |
| 394546 | 1609440457 | 12/31/2020 6:47:36 PM | 12/31/2020 | 563,739 | 6,988,940 | 2,630,795 | - | 5,999,887 | 36,980,405 | - | | 469,932 | 6,041 | | 28,786,786 |
| 394547 | 1609440757 | 12/31/2020 6:52:36 PM | 12/31/2020 | 563,744 | 6,989,089 | 2,630,767 | 5 | 5,999,561 | 36,979,773 | - | | 469,943 | | | 28,787,548 |
| 394548 | 1609441057 | 12/31/2020 6:57:36 PM | 12/31/2020 | 563,747 | 6,989,160 | 2,630,772 | 15 | 5,999,397 | 36,979,631 | - | | 469,930 | | | 28,788,051 |
| 394549 | 1609441357 | 12/31/2020 7:02:37 PM | 12/31/2020 | 563,753 | 6,989,368 | 2,630,787 | - | 5,999,210 | 36,948,239 | 31,078 | | 469,913 | | | 28,788,577 |
| 394550 | 1609441657 | 12/31/2020 7:07:37 PM | 12/31/2020 | 563,753 | 6,989,368 | 2,630,787 | 5 | 5,999,047 | 36,979,317 | - | | 469,925 | | | 28,789,119 |
| 394551 | 1609441957 | 12/31/2020 7:12:37 PM | 12/31/2020 | 563,767 | 6,989,503 | 2,630,792 | 16 | 5,998,983 | 36,979,268 | 1,034 | | 469,927 | | | 28,789,319 |
| 394552 | 1609442257 | 12/31/2020 7:17:37 PM | 12/31/2020 | 563,770 | 6,989,615 | 2,630,808 | 30 | 5,999,764 | 36,980,302 | - | | 469,933 | | | 28,789,815 |
| 394553 | 1609442557 | 12/31/2020 7:22:37 PM | 12/31/2020 | 563,787 | 6,989,710 | 2,630,838 | 7 | 5,999,526 | 36,980,081 | - | | 469,943 | | | 28,790,495 |
| 394554 | 1609442857 | 12/31/2020 7:27:37 PM | 12/31/2020 | 563,797 | 6,989,775 | 2,630,845 | 2 | 5,999,368 | 36,977,922 | 11 | | 469,947 | | | 28,790,915 |
| 394555 | 1609443157 | 12/31/2020 7:32:37 PM | 12/31/2020 | 563,803 | 6,989,913 | 2,630,846 | 8 | 5,999,272 | 36,977,933 | - | | 469,950 | | | 28,791,274 |
| 394556 | 1609443458 | 12/31/2020 7:37:37 PM | 12/31/2020 | 563,814 | 6,990,158 | 2,630,854 | 35 | 5,999,078 | 36,977,849 | - | 516,300,240 | 469,967 | 6,040 | | 28,792,046 |
| 394557 | 1609443758 | 12/31/2020 7:42:37 PM | 12/31/2020 | 563,822 | 6,990,253 | 2,630,889 | 13 | 5,998,934 | 36,977,750 | - | | 469,974 | | | 28,792,538 |
| 394558 | 1609444058 | 12/31/2020 7:47:37 PM | 12/31/2020 | 563,832 | 6,990,433 | 2,630,902 | 21 | 5,998,720 | 36,977,561 | 319 | | 469,984 | | | 28,793,431 |
| 394559 | 1609444358 | 12/31/2020 7:52:37 PM | 12/31/2020 | 563,832 | 6,990,433 | 2,630,923 | 1 | 5,999,492 | 36,977,879 | - | | 469,993 | | | 28,794,112 |
| 394560 | 1609444658 | 12/31/2020 7:57:37 PM | 12/31/2020 | 563,848 | 6,990,710 | 2,630,925 | 4 | 5,999,345 | 36,968,379 | - | | 469,996 | | | 28,794,614 |
| 394561 | 1609444958 | 12/31/2020 8:02:37 PM | 12/31/2020 | 563,856 | 6,990,868 | 2,630,929 | 6 | 5,999,281 | 36,960,319 | 5 | | 470,000 | | | 28,795,062 |
| 394562 | 1609445258 | 12/31/2020 8:07:38 PM | 12/31/2020 | 563,862 | 6,990,948 | 2,630,935 | - | 5,999,282 | 36,960,325 | 2,012 | | 470,006 | | | 28,795,295 |
| 394563 | 1609445558 | 12/31/2020 8:12:38 PM | 12/31/2020 | 563,872 | 6,991,053 | 2,629,950 | - | 5,999,288 | 36,962,336 | 1,460 | | 470,009 | | | 28,795,584 |
| 394564 | 1609445858 | 12/31/2020 8:17:38 PM | 12/31/2020 | 563,886 | 6,991,265 | 2,629,032 | 2 | 5,999,296 | 36,963,796 | - | | 470,009 | | | 28,796,073 |
| 394565 | 1609446158 | 12/31/2020 8:22:38 PM | 12/31/2020 | 563,890 | 6,991,389 | 2,629,034 | 24 | 5,999,295 | 36,963,054 | 832 | | 470,016 | | | 28,796,427 |
| 394566 | 1609446458 | 12/31/2020 8:27:38 PM | 12/31/2020 | 563,897 | 6,991,544 | 2,629,058 | - | 5,999,282 | 36,963,886 | - | 516,307,065 | 470,022 | 6,038 | | 28,797,156 |
| 394567 | 1609446758 | 12/31/2020 8:32:38 PM | 12/31/2020 | 563,913 | 6,991,708 | 2,627,865 | 11 | 6,000,125 | 36,958,018 | 13,990 | | 470,034 | | | 28,797,833 |
| 394568 | 1609447058 | 12/31/2020 8:37:38 PM | 12/31/2020 | 563,922 | 6,991,844 | 2,627,875 | 225 | 6,000,100 | 36,972,008 | 1,415 | | 470,054 | | | 28,798,104 |
| 394569 | 1609447358 | 12/31/2020 8:42:38 PM | 12/31/2020 | 563,929 | 6,992,074 | 2,628,100 | 172 | 6,000,005 | 36,973,423 | - | | 470,058 | | | 28,798,703 |
| 394570 | 1609447659 | 12/31/2020 8:47:38 PM | 12/31/2020 | 563,940 | 6,992,220 | 2,628,272 | 248 | 5,999,986 | 36,873,788 | 3 | | 470,069 | | | 28,799,062 |
| 394571 | 1609447959 | 12/31/2020 8:52:38 PM | 12/31/2020 | 563,947 | 6,992,324 | 2,628,520 | 128 | 5,999,989 | 36,873,791 | - | | 470,073 | | | 28,799,195 |
| 394572 | 1609448259 | 12/31/2020 8:57:38 PM | 12/31/2020 | 563,952 | 6,992,421 | 2,628,648 | 108 | 5,999,800 | 36,873,691 | - | | 470,079 | | | 28,799,852 |
| 394573 | 1609448559 | 12/31/2020 9:02:38 PM | 12/31/2020 | 563,957 | 6,992,534 | 2,628,756 | - | 5,999,756 | 36,873,652 | - | | 470,080 | | | 28,799,987 |
| 394574 | 1609448859 | 12/31/2020 9:07:38 PM | 12/31/2020 | 563,957 | 6,992,534 | 2,628,756 | 422 | 5,999,756 | 36,873,652 | 5,326 | | 470,080 | | | 28,800,561 |
| 394575 | 1609449159 | 12/31/2020 9:12:38 PM | 12/31/2020 | 563,971 | 6,992,706 | 2,629,178 | 155 | 6,000,458 | 36,878,978 | 1,027 | | 470,099 | | | 28,800,996 |
| 394576 | 1609449459 | 12/31/2020 9:17:38 PM | 12/31/2020 | 563,988 | 6,992,983 | 2,629,333 | 4 | 6,000,466 | 36,880,005 | 4,883 | 516,313,890 | 470,106 | 6,068 | | 28,801,290 |
| 394577 | 1609449759 | 12/31/2020 9:22:39 PM | 12/31/2020 | 564,000 | 6,993,070 | 2,629,337 | 1 | 6,000,430 | 36,884,888 | - | | 470,107 | | | 28,801,528 |
| 394578 | 1609450059 | 12/31/2020 9:27:39 PM | 12/31/2020 | 564,004 | 6,993,104 | 2,629,338 | 4 | 6,000,430 | 36,884,888 | - | | 470,110 | | | 28,801,618 |
| 394579 | 1609450359 | 12/31/2020 9:32:39 PM | 12/31/2020 | 564,012 | 6,993,236 | 2,629,342 | - | 6,000,402 | 36,804,869 | - | | 470,114 | | | 28,801,953 |
| 394580 | 1609450659 | 12/31/2020 9:37:39 PM | 12/31/2020 | 564,012 | 6,993,236 | 2,629,342 | 67 | 6,000,402 | 36,804,869 | 90,871 | | 470,114 | | | 28,802,569 |
| 394581 | 1609450903 | 12/31/2020 9:41:43 PM | 12/31/2020 | 564,036 | 6,993,570 | 2,629,410 | - | 6,001,122 | 36,895,740 | 85,144 | 516,313,890 | 470,123 | 6,070 | | 28,802,912 |
| 394582 | 1609451203 | 12/31/2020 9:46:43 PM | 12/31/2020 | 564,037 | 6,993,626 | 2,629,312 | - | 6,001,104 | 36,980,884 | 6,534 | | 470,084 | | | 28,803,528 |
| 394583 | 1609451503 | 12/31/2020 9:51:43 PM | 12/31/2020 | 564,044 | 6,993,839 | 2,629,235 | 201 | 6,001,113 | 36,987,418 | - | | 470,094 | | | 28,803,779 |
| 394584 | 1609451803 | 12/31/2020 9:56:43 PM | 12/31/2020 | 564,050 | 6,993,932 | 2,629,436 | - | 6,001,111 | 36,987,416 | 7,965 | | 470,094 | | | 28,804,058 |
| 394585 | 1609452104 | 12/31/2020 10:01:43 PM | 12/31/2020 | 564,060 | 6,994,059 | 2,629,110 | 5 | 6,001,115 | 36,995,382 | - | | 470,104 | | | 28,804,528 |
| 394586 | 1609452404 | 12/31/2020 10:06:43 PM | 12/31/2020 | 564,070 | 6,994,169 | 2,629,115 | 4 | 6,001,097 | 36,994,604 | 56 | | 470,117 | | | 28,804,907 |
| 394587 | 1609452704 | 12/31/2020 10:11:43 PM | 12/31/2020 | 564,071 | 6,994,238 | 2,629,118 | - | 6,001,099 | 36,994,660 | - | | 470,119 | | | 28,805,086 |
| 394588 | 1609453004 | 12/31/2020 10:16:43 PM | 12/31/2020 | 564,082 | 6,994,353 | 2,629,018 | - | 6,001,868 | 36,965,223 | 14,044 | | 470,130 | | | 28,805,498 |
| 394589 | 1609453304 | 12/31/2020 10:21:43 PM | 12/31/2020 | 564,085 | 6,994,476 | 2,628,910 | - | 6,001,870 | 36,979,267 | - | | 470,137 | | | 28,805,789 |
| 394590 | 1609453604 | 12/31/2020 10:26:43 PM | 12/31/2020 | 564,085 | 6,994,476 | 2,628,910 | 443 | 6,001,870 | 36,979,267 | - | | 470,137 | | | 28,806,648 |
| 394591 | 1609453904 | 12/31/2020 10:31:44 PM | 12/31/2020 | 564,099 | 6,994,683 | 2,629,353 | 90 | 6,001,876 | 36,977,590 | - | 516,322,353 | 470,140 | 6,046 | | 28,806,648 |
| 394592 | 1609454204 | 12/31/2020 10:36:44 PM | 12/31/2020 | 564,116 | 6,994,839 | 2,629,443 | 2 | 6,001,858 | 36,977,460 | - | | 470,150 | | | 28,807,139 |
| 394593 | 1609454504 | 12/31/2020 10:41:44 PM | 12/31/2020 | 564,117 | 6,994,885 | 2,629,445 | 25 | 6,001,836 | 36,977,240 | - | | 470,151 | | | 28,807,275 |
| 394594 | 1609454804 | 12/31/2020 10:46:44 PM | 12/31/2020 | 564,128 | 6,995,119 | 2,629,470 | 4 | 6,001,808 | 36,973,416 | 5 | | 470,157 | | | 28,807,854 |
| 394595 | 1609455104 | 12/31/2020 10:51:44 PM | 12/31/2020 | 564,128 | 6,995,170 | 2,629,475 | 35 | 6,001,809 | 36,973,421 | 7,044 | | 470,157 | | | 28,807,945 |
| 394596 | 1609455404 | 12/31/2020 10:56:44 PM | 12/31/2020 | 564,141 | 6,995,350 | 2,629,510 | 14 | 6,002,651 | 36,980,465 | - | | 470,164 | | | 28,808,440 |
| 394597 | 1609455704 | 12/31/2020 11:01:44 PM | 12/31/2020 | 564,154 | 6,995,476 | 2,629,524 | 12 | 6,002,295 | 36,979,728 | - | | 470,169 | | | 28,808,793 |
| 394598 | 1609456005 | 12/31/2020 11:06:44 PM | 12/31/2020 | 564,157 | 6,995,534 | 2,629,536 | 7 | 6,002,271 | 36,979,716 | - | | 470,176 | | | 28,808,972 |
| 394599 | 1609456305 | 12/31/2020 11:11:44 PM | 12/31/2020 | 564,161 | 6,995,648 | 2,629,543 | 12 | 6,002,230 | 36,946,560 | 43,327 | | 470,181 | | | 28,809,259 |
| 394600 | 1609456605 | 12/31/2020 11:16:44 PM | 12/31/2020 | 564,166 | 6,995,792 | 2,629,555 | 13 | 6,002,157 | 36,989,887 | 99 | | 470,184 | | | 28,809,714 |
| 394601 | 1609456905 | 12/31/2020 11:21:44 PM | 12/31/2020 | 564,168 | 6,995,851 | 2,629,567 | 105 | 6,002,130 | 36,989,986 | - | | 470,194 | 6,048 | | 28,809,909 |
| 394602 | 1609457205 | 12/31/2020 11:26:44 PM | 12/31/2020 | 564,170 | 6,996,018 | 2,629,672 | 6 | 6,002,092 | 36,949,935 | - | | 470,198 | | | 28,810,237 |
| 394603 | 1609457505 | 12/31/2020 11:31:44 PM | 12/31/2020 | 564,180 | 6,996,157 | 2,629,678 | 10 | 6,002,082 | 36,949,930 | 34,241 | | 470,202 | | | 28,810,759 |
| 394604 | 1609457805 | 12/31/2020 11:36:44 PM | 12/31/2020 | 564,192 | 6,996,345 | 2,629,688 | - | 6,002,576 | 36,984,171 | - | | 470,205 | | | 28,811,086 |
| 394605 | 1609458105 | 12/31/2020 11:41:44 PM | 12/31/2020 | 564,192 | 6,996,345 | 2,629,688 | 62 | 6,002,576 | 36,984,171 | - | | 470,205 | | | 28,811,086 |
| 394606 | 1609458405 | 12/31/2020 11:46:44 PM | 12/31/2020 | 564,205 | 6,996,560 | 2,629,750 | 10 | 6,002,331 | 36,837,996 | 147,711 | | 470,211 | | | 28,811,588 |
| 394607 | 1609458705 | 12/31/2020 11:51:44 PM | 12/31/2020 | 564,210 | 6,996,672 | 2,629,760 | 1 | 6,002,288 | 36,985,708 | 250 | | 470,216 | | | 28,812,047 |
| 394608 | 1609459005 | 12/31/2020 11:56:44 PM | 12/31/2020 | 564,212 | 6,996,755 | 2,629,761 | - | 6,002,289 | 36,985,958 | - | | 470,219 | | | 28,812,085 |
| | | | | | | | 6,763 | | | 2,016,131 | | | | | |
| | | | | | | | | 6,763+2,016,131= | 2,022,894 | | | | | | |