LBRYnomics Data Excerpt for December 31, 2019
Table: measurements (some unrelated data is hidden)
Shaded Column Headers Represent Columns Added By SEC Staff for Date and Time and Changes in LBC for Claims and Supports on the LBRY Network



EXHIBIT 169

| id | time | UTC/GMT Time (SEC Convert) | UTC/GMT Date (SEC Convert) | num_channels | num_streams | lbc_deposits | Additional LBC Deposits (SEC) | num_supports | lbc_supports | Additional LBC Supports (SEC) | circulating_supply | num_reposts | lbc_spread | purchases | collections | transactions | lbrycrd_nodes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 296630 | 1577750511 | 12/31/2019 12:01:51 AM | 12/31/2019 | 59,485 | 1,785,254 | 361,909 | 215 | 281,800 | 9,644,435 | - | | | | | | 6,798,390 | |
| 296631 | 1577750812 | 12/31/2019 12:06:51 AM | 12/31/2019 | 59,497 | 1,785,349 | 362,124 | 1 | 281,837 | 9,574,987 | 372 | | | | | | 6,798,627 | |
| 296632 | 1577751112 | 12/31/2019 12:11:51 AM | 12/31/2019 | 59,498 | 1,785,406 | 362,125 | 4 | 281,895 | 9,575,359 | 433 | | | | | | 6,798,720 | |
| 296633 | 1577751412 | 12/31/2019 12:16:51 AM | 12/31/2019 | 59,507 | 1,785,447 | 362,129 | 6 | 281,950 | 9,575,793 | 242 | | | | | | 6,798,814 | |
| 296634 | 1577751712 | 12/31/2019 12:21:51 AM | 12/31/2019 | 59,508 | 1,785,466 | 362,136 | 7 | 281,992 | 9,576,035 | 50,394 | | | | | | 6,799,032 | |
| 296635 | 1577752012 | 12/31/2019 12:26:51 AM | 12/31/2019 | 59,515 | 1,785,534 | 362,142 | - | 282,047 | 9,626,429 | - | | | | | | 6,799,159 | |
| 296636 | 1577752312 | 12/31/2019 12:31:52 AM | 12/31/2019 | 59,515 | 1,785,534 | 362,142 | 5 | 282,047 | 9,626,429 | 2,048 | | | | | | 6,799,159 | |
| 296637 | 1577752612 | 12/31/2019 12:36:52 AM | 12/31/2019 | 59,529 | 1,785,597 | 362,148 | 1 | 282,054 | 9,628,476 | 3 | | | | | | 6,799,345 | |
| 296638 | 1577752912 | 12/31/2019 12:41:52 AM | 12/31/2019 | 59,533 | 1,785,637 | 362,149 | - | 282,055 | 9,628,480 | - | | | | | | 6,799,457 | |
| 296639 | 1577753212 | 12/31/2019 12:46:52 AM | 12/31/2019 | 59,533 | 1,785,637 | 362,149 | 2 | 282,055 | 9,628,480 | - | | | | | | 6,799,596 | |
| 296640 | 1577753512 | 12/31/2019 12:51:52 AM | 12/31/2019 | 59,545 | 1,785,750 | 362,151 | - | 282,041 | 9,628,347 | - | | | | | | 6,799,708 | |
| 296641 | 1577753597 | 12/31/2019 12:53:17 AM | 12/31/2019 | 59,545 | 1,785,761 | 362,151 | - | 282,041 | 9,628,347 | - | | | | | | 6,799,708 | |
| 296642 | 1577753897 | 12/31/2019 12:58:17 AM | 12/31/2019 | 59,545 | 1,785,761 | 362,151 | 17 | 282,041 | 9,628,347 | - | | | | | | 6,799,708 | |
| 296643 | 1577754197 | 12/31/2019 1:03:17 AM | 12/31/2019 | 59,551 | 1,785,882 | 362,167 | 8 | 282,009 | 9,626,358 | - | | | | | | 6,799,937 | |
| 296644 | 1577754497 | 12/31/2019 1:08:17 AM | 12/31/2019 | 59,555 | 1,785,959 | 362,175 | 3 | 281,954 | 9,626,088 | - | | | | | | 6,800,137 | |
| 296645 | 1577754798 | 12/31/2019 1:13:17 AM | 12/31/2019 | 59,560 | 1,786,011 | 362,178 | - | 281,926 | 9,625,903 | - | | | | | | 6,800,352 | |
| 296646 | 1577755098 | 12/31/2019 1:18:17 AM | 12/31/2019 | 59,560 | 1,786,011 | 362,178 | 5 | 281,926 | 9,625,903 | - | | | | | | 6,800,352 | |
| 296647 | 1577755398 | 12/31/2019 1:23:17 AM | 12/31/2019 | 59,564 | 1,786,210 | 362,182 | - | 281,863 | 9,625,705 | - | | | | | | 6,800,730 | |
| 296648 | 1577755698 | 12/31/2019 1:28:17 AM | 12/31/2019 | 59,564 | 1,786,210 | 362,182 | 47 | 281,863 | 9,625,705 | - | | | | | | 6,800,730 | |
| 296649 | 1577755998 | 12/31/2019 1:33:17 AM | 12/31/2019 | 59,573 | 1,786,336 | 362,229 | 2 | 281,781 | 9,624,920 | - | | | | | | 6,801,107 | |
| 296650 | 1577756298 | 12/31/2019 1:38:18 AM | 12/31/2019 | 59,576 | 1,786,407 | 362,231 | 14 | 281,727 | 9,623,841 | 504 | | | | | | 6,801,269 | |
| 296651 | 1577756598 | 12/31/2019 1:43:18 AM | 12/31/2019 | 59,578 | 1,786,445 | 362,245 | - | 281,729 | 9,624,345 | 281 | | | | | | 6,801,329 | |
| 296652 | 1577756898 | 12/31/2019 1:48:18 AM | 12/31/2019 | 59,579 | 1,786,473 | 362,244 | - | 281,732 | 9,624,626 | - | | | | | | 6,801,672 | |
| 296653 | 1577757198 | 12/31/2019 1:53:18 AM | 12/31/2019 | 59,582 | 1,786,538 | 362,233 | 13 | 281,684 | 9,624,419 | 2,222 | | | | | | 6,802,012 | |
| 296654 | 1577757498 | 12/31/2019 1:58:18 AM | 12/31/2019 | 59,592 | 1,786,609 | 362,245 | 1 | 281,690 | 9,626,641 | - | | | | | | 6,802,344 | |
| 296655 | 1577757799 | 12/31/2019 2:03:18 AM | 12/31/2019 | 59,595 | 1,786,660 | 362,247 | 1 | 281,689 | 9,626,631 | - | | | | | | 6,802,418 | |
| 296656 | 1577758099 | 12/31/2019 2:08:18 AM | 12/31/2019 | 59,598 | 1,786,706 | 362,248 | - | 281,691 | 9,626,626 | - | | | | | | 6,802,500 | |
| 296657 | 1577758399 | 12/31/2019 2:13:18 AM | 12/31/2019 | 59,598 | 1,786,706 | 362,248 | 5 | 281,691 | 9,626,626 | 16 | | | | | | 6,802,500 | |
| 296658 | 1577758699 | 12/31/2019 2:18:18 AM | 12/31/2019 | 59,607 | 1,786,805 | 362,253 | 2 | 281,689 | 9,626,643 | - | | | | | | 6,802,720 | |
| 296659 | 1577758999 | 12/31/2019 2:23:18 AM | 12/31/2019 | 59,609 | 1,786,860 | 362,255 | 2 | 281,643 | 9,620,100 | 5,565 | | | | | | 6,802,842 | |
| 296660 | 1577759299 | 12/31/2019 2:28:18 AM | 12/31/2019 | 59,611 | 1,786,896 | 362,257 | - | 281,654 | 9,625,665 | - | | | | | | 6,802,920 | |
| 296661 | 1577759599 | 12/31/2019 2:33:19 AM | 12/31/2019 | 59,611 | 1,786,896 | 362,257 | 3 | 281,654 | 9,625,665 | - | | | | | | 6,802,920 | |
| 296662 | 1577759899 | 12/31/2019 2:38:19 AM | 12/31/2019 | 59,616 | 1,786,947 | 362,260 | - | 281,659 | 9,426,177 | - | | | | | | 6,803,056 | |
| 296663 | 1577760199 | 12/31/2019 2:43:19 AM | 12/31/2019 | 59,616 | 1,786,947 | 362,260 | 101 | 281,659 | 9,426,177 | 69,676 | | | | | | 6,803,056 | |
| 296664 | 1577760499 | 12/31/2019 2:48:19 AM | 12/31/2019 | 59,620 | 1,787,013 | 362,361 | 5 | 281,663 | 9,495,853 | 43 | | | | | | 6,803,225 | |
| 296665 | 1577760799 | 12/31/2019 2:53:19 AM | 12/31/2019 | 59,620 | 1,787,045 | 362,366 | 2 | 281,669 | 9,495,897 | - | | | | | | 6,803,275 | |
| 296666 | 1577761100 | 12/31/2019 2:58:19 AM | 12/31/2019 | 59,622 | 1,787,085 | 362,368 | - | 281,669 | 9,495,897 | - | | | | | | 6,803,347 | |
| 296667 | 1577761400 | 12/31/2019 3:03:19 AM | 12/31/2019 | 59,622 | 1,787,085 | 362,368 | 3 | 281,669 | 9,495,897 | 2,519 | | | | | | 6,803,347 | |
| 296668 | 1577761700 | 12/31/2019 3:08:19 AM | 12/31/2019 | 59,626 | 1,787,150 | 362,371 | 3,000 | 281,675 | 9,498,416 | 35 | | | | | | 6,803,488 | |
| 296669 | 1577762000 | 12/31/2019 3:13:19 AM | 12/31/2019 | 59,626 | 1,787,169 | 365,371 | 13 | 281,677 | 9,498,451 | 5 | | | | | | 6,803,536 | |
| 296670 | 1577762300 | 12/31/2019 3:18:19 AM | 12/31/2019 | 59,630 | 1,787,210 | 365,384 | 1 | 281,680 | 9,498,456 | - | | | | | | 6,803,629 | |
| 296671 | 1577762600 | 12/31/2019 3:23:20 AM | 12/31/2019 | 59,631 | 1,787,228 | 365,384 | 1 | 281,680 | 9,498,456 | 2 | | | | | | 6,803,672 | |
| 296672 | 1577762900 | 12/31/2019 3:28:20 AM | 12/31/2019 | 59,632 | 1,787,254 | 365,385 | 2 | 281,681 | 9,498,458 | 3,677 | | | | | | 6,803,787 | |
| 296673 | 1577763200 | 12/31/2019 3:33:20 AM | 12/31/2019 | 59,633 | 1,787,300 | 365,388 | 0 | 282,567 | 9,502,135 | 1,005 | | | | | | 6,803,850 | |
| 296674 | 1577763500 | 12/31/2019 3:38:20 AM | 12/31/2019 | 59,633 | 1,787,320 | 365,388 | 4 | 282,569 | 9,503,140 | 14,919 | | | | | | 6,803,885 | |
| 296675 | 1577763800 | 12/31/2019 3:43:20 AM | 12/31/2019 | 59,639 | 1,787,334 | 365,392 | 2 | 282,565 | 9,518,059 | 40,046 | | | | | | 6,804,000 | |
| 296676 | 1577764100 | 12/31/2019 3:48:20 AM | 12/31/2019 | 59,645 | 1,787,357 | 365,394 | - | 282,574 | 9,558,105 | - | | | | | | 6,804,052 | |
| 296677 | 1577764401 | 12/31/2019 3:53:20 AM | 12/31/2019 | 59,645 | 1,787,357 | 365,394 | - | 282,574 | 9,558,105 | - | | | | | | 6,804,052 | |
| 296678 | 1577764701 | 12/31/2019 3:58:20 AM | 12/31/2019 | 59,645 | 1,787,357 | 365,394 | 9 | 282,574 | 9,558,105 | - | | | | | | 6,804,052 | |
| 296679 | 1577765001 | 12/31/2019 4:03:20 AM | 12/31/2019 | 59,658 | 1,787,473 | 365,403 | 1 | 282,736 | 9,060,144 | - | | | | | | 6,804,348 | |
| 296680 | 1577765301 | 12/31/2019 4:08:20 AM | 12/31/2019 | 59,660 | 1,787,498 | 365,404 | 1 | 282,715 | 9,060,008 | - | | | | | | 6,804,589 | |
| 296681 | 1577765601 | 12/31/2019 4:13:20 AM | 12/31/2019 | 59,661 | 1,787,526 | 365,405 | 26 | 282,712 | 9,059,992 | 492 | | | | | | 6,804,692 | |
| 296682 | 1577765901 | 12/31/2019 4:18:21 AM | 12/31/2019 | 59,665 | 1,787,566 | 365,431 | 42 | 282,714 | 9,060,483 | 1,408 | | | | | | 6,804,821 | |
| 296683 | 1577766201 | 12/31/2019 4:23:21 AM | 12/31/2019 | 59,669 | 1,787,617 | 365,473 | 2 | 282,854 | 9,061,891 | 39 | | | | | | 6,804,913 | |
| 296684 | 1577766501 | 12/31/2019 4:28:21 AM | 12/31/2019 | 59,672 | 1,787,670 | 365,475 | 3 | 282,868 | 9,061,930 | 151 | | | | | | 6,805,004 | |
| 296685 | 1577766801 | 12/31/2019 4:33:21 AM | 12/31/2019 | 59,678 | 1,787,705 | 365,478 | 3 | 282,894 | 9,062,081 | 98 | | | | | | 6,805,068 | |
| 296686 | 1577767101 | 12/31/2019 4:38:21 AM | 12/31/2019 | 59,682 | 1,787,754 | 365,481 | 11 | 282,919 | 9,062,179 | 344 | | | | | | 6,805,171 | |
| 296687 | 1577767402 | 12/31/2019 4:43:21 AM | 12/31/2019 | 59,683 | 1,787,786 | 365,492 | 1 | 282,948 | 9,062,523 | - | | | | | | 6,805,264 | |
| 296688 | 1577767702 | 12/31/2019 4:48:21 AM | 12/31/2019 | 59,685 | 1,787,801 | 365,493 | - | 282,948 | 9,062,523 | 7,274 | | | | | | 6,805,279 | |
| 296689 | 1577768002 | 12/31/2019 4:53:21 AM | 12/31/2019 | 59,686 | 1,787,879 | 365,489 | 8 | 283,022 | 9,069,796 | 486 | | | | | | 6,805,429 | |
| 296690 | 1577768302 | 12/31/2019 4:58:21 AM | 12/31/2019 | 59,688 | 1,787,963 | 365,497 | 2 | 283,072 | 9,070,282 | 160 | | | | | | 6,805,553 | |
| 296691 | 1577768602 | 12/31/2019 5:03:21 AM | 12/31/2019 | 59,692 | 1,788,021 | 365,499 | - | 283,106 | 9,070,443 | 189 | | | | | | 6,805,661 | |
| 296692 | 1577768902 | 12/31/2019 5:08:21 AM | 12/31/2019 | 59,695 | 1,788,043 | 365,499 | 3 | 283,149 | 9,070,632 | 304 | | | | | | 6,805,987 | |
| 296693 | 1577769202 | 12/31/2019 5:13:22 AM | 12/31/2019 | 59,698 | 1,788,125 | 365,502 | 3 | 283,183 | 9,070,936 | 170 | | | | | | 6,806,118 | |
| 296694 | 1577769502 | 12/31/2019 5:18:22 AM | 12/31/2019 | 59,701 | 1,788,223 | 365,505 | 0 | 283,217 | 9,071,106 | - | | | | | | 6,806,281 | |
| 296695 | 1577769802 | 12/31/2019 5:23:22 AM | 12/31/2019 | 59,701 | 1,788,232 | 365,505 | - | 283,216 | 9,071,102 | - | | | | | | 6,806,281 | |
| 296696 | 1577770102 | 12/31/2019 5:28:22 AM | 12/31/2019 | 59,701 | 1,788,232 | 365,505 | - | 283,216 | 9,071,102 | 420,044 | | | | | | 6,806,281 | |
| 296697 | 1577770402 | 12/31/2019 5:33:22 AM | 12/31/2019 | 59,707 | 1,788,409 | 365,502 | - | 283,253 | 9,491,146 | - | | | | | | 6,806,665 | |

Case 1:21-cv-00260-PB   Document 75-10   Filed 06/24/22   Page 2 of 4

LBRYnomics Data Excerpt for December 31, 2019
Table: measurements (some unrelated data is hidden)
Shaded Column Headers Represent Columns Added By SEC Staff for Date and Time and Changes in LBC for Claims and Supports on the LBRY Network

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 296698 | 1577770702 | 12/31/2019 5:38:22 AM | 12/31/2019 | 59,707 | 1,788,409 | 365,502 | 2 | 283,253 | 9,491,146 | 59 | | | | | 6,806,861 |
| 296699 | 1577771003 | 12/31/2019 5:43:22 AM | 12/31/2019 | 59,718 | 1,788,554 | 365,504 | 6 | 283,264 | 9,491,205 | 0 | | | | | 6,806,956 |
| 296700 | 1577771303 | 12/31/2019 5:48:22 AM | 12/31/2019 | 59,720 | 1,788,666 | 365,510 | 5 | 283,265 | 9,491,205 | 1 | | | | | 6,807,035 |
| 296701 | 1577771603 | 12/31/2019 5:53:22 AM | 12/31/2019 | 59,721 | 1,788,747 | 365,515 | 507 | 283,266 | 9,491,206 | 70,005 | | | | | 6,807,153 |
| 296702 | 1577771903 | 12/31/2019 5:58:22 AM | 12/31/2019 | 59,728 | 1,788,832 | 366,022 | 10 | 283,270 | 9,561,211 | - | | | | | 6,807,276 |
| 296703 | 1577772203 | 12/31/2019 6:03:22 AM | 12/31/2019 | 59,732 | 1,788,919 | 366,032 | 1 | 283,267 | 9,560,499 | - | | | | | 6,807,425 |
| 296704 | 1577772503 | 12/31/2019 6:08:23 AM | 12/31/2019 | 59,734 | 1,788,943 | 366,033 | - | 283,256 | 9,555,395 | - | | | | | 6,807,485 |
| 296705 | 1577772803 | 12/31/2019 6:13:23 AM | 12/31/2019 | 59,734 | 1,788,943 | 366,033 | 8 | 283,256 | 9,555,395 | 7,157 | | | | | 6,807,485 |
| 296706 | 1577773103 | 12/31/2019 6:18:23 AM | 12/31/2019 | 59,742 | 1,789,065 | 366,042 | - | 283,258 | 9,562,552 | - | | | | | 6,807,693 |
| 296707 | 1577773403 | 12/31/2019 6:23:23 AM | 12/31/2019 | 59,742 | 1,789,065 | 366,042 | 5 | 283,258 | 9,562,552 | 247 | | | | | 6,807,693 |
| 296708 | 1577773703 | 12/31/2019 6:28:23 AM | 12/31/2019 | 59,752 | 1,789,213 | 366,047 | 1 | 283,252 | 9,562,799 | 80,011 | | | | | 6,807,973 |
| 296709 | 1577774004 | 12/31/2019 6:33:23 AM | 12/31/2019 | 59,753 | 1,789,271 | 366,048 | 6 | 283,257 | 9,642,810 | 12,297 | | | | | 6,808,057 |
| 296710 | 1577774304 | 12/31/2019 6:38:23 AM | 12/31/2019 | 59,756 | 1,789,399 | 366,054 | 2 | 283,258 | 9,655,107 | 73 | | | | | 6,808,245 |
| 296711 | 1577774604 | 12/31/2019 6:43:23 AM | 12/31/2019 | 59,756 | 1,789,411 | 366,056 | 2 | 283,248 | 9,655,180 | - | | | | | 6,808,280 |
| 296712 | 1577774904 | 12/31/2019 6:48:23 AM | 12/31/2019 | 59,757 | 1,789,469 | 366,058 | 2 | 282,413 | 9,637,517 | 16,918 | | | | | 6,808,735 |
| 296713 | 1577775204 | 12/31/2019 6:53:23 AM | 12/31/2019 | 59,762 | 1,789,508 | 366,060 | 0 | 282,415 | 9,654,435 | - | | | | | 6,808,931 |
| 296714 | 1577775504 | 12/31/2019 6:58:24 AM | 12/31/2019 | 59,763 | 1,789,518 | 366,060 | 3 | 282,415 | 9,654,435 | 460 | | | | | 6,808,931 |
| 296715 | 1577775804 | 12/31/2019 7:03:24 AM | 12/31/2019 | 59,768 | 1,789,574 | 366,063 | - | 282,410 | 9,654,895 | - | | | | | 6,809,264 |
| 296716 | 1577776104 | 12/31/2019 7:08:24 AM | 12/31/2019 | 59,772 | 1,789,585 | 365,668 | 1 | 282,410 | 9,654,895 | 494 | | | | | 6,809,346 |
| 296717 | 1577776404 | 12/31/2019 7:13:24 AM | 12/31/2019 | 59,775 | 1,789,623 | 365,669 | - | 282,409 | 9,655,389 | - | | | | | 6,809,407 |
| 296718 | 1577776704 | 12/31/2019 7:18:24 AM | 12/31/2019 | 59,775 | 1,789,623 | 365,669 | 2 | 282,409 | 9,655,389 | - | | | | | 6,809,407 |
| 296719 | 1577777004 | 12/31/2019 7:23:24 AM | 12/31/2019 | 59,780 | 1,789,732 | 365,671 | 2 | 282,409 | 9,655,389 | - | | | | | 6,809,579 |
| 296720 | 1577777305 | 12/31/2019 7:28:24 AM | 12/31/2019 | 59,783 | 1,789,803 | 365,673 | - | 282,406 | 9,654,718 | - | | | | | 6,809,711 |
| 296721 | 1577777605 | 12/31/2019 7:33:24 AM | 12/31/2019 | 59,783 | 1,789,803 | 365,673 | 7 | 282,406 | 9,654,718 | - | | | | | 6,809,711 |
| 296722 | 1577777905 | 12/31/2019 7:38:24 AM | 12/31/2019 | 59,789 | 1,789,854 | 365,680 | 0 | 282,396 | 9,654,643 | - | | | | | 6,809,848 |
| 296723 | 1577778205 | 12/31/2019 7:43:24 AM | 12/31/2019 | 59,791 | 1,789,863 | 365,681 | - | 282,396 | 9,654,643 | - | | | | | 6,809,848 |
| 296724 | 1577778505 | 12/31/2019 7:48:24 AM | 12/31/2019 | 59,791 | 1,789,863 | 365,681 | - | 282,396 | 9,654,643 | - | | | | | 6,809,848 |
| 296725 | 1577778805 | 12/31/2019 7:53:25 AM | 12/31/2019 | 59,791 | 1,789,863 | 365,681 | 106 | 282,396 | 9,654,643 | 59,023 | | | | | 6,809,848 |
| 296726 | 1577779105 | 12/31/2019 7:58:25 AM | 12/31/2019 | 59,800 | 1,790,025 | 365,787 | - | 282,402 | 9,713,666 | - | | | | | 6,810,127 |
| 296727 | 1577779405 | 12/31/2019 8:03:25 AM | 12/31/2019 | 59,800 | 1,790,025 | 365,787 | 15 | 282,402 | 9,713,666 | - | | | | | 6,810,127 |
| 296728 | 1577779705 | 12/31/2019 8:08:25 AM | 12/31/2019 | 59,805 | 1,790,171 | 365,802 | 2 | 282,398 | 9,713,660 | 882 | | | | | 6,810,363 |
| 296729 | 1577780005 | 12/31/2019 8:13:25 AM | 12/31/2019 | 59,807 | 1,790,235 | 365,804 | 2 | 282,381 | 9,714,542 | 500 | | | | | 6,810,482 |
| 296730 | 1577780306 | 12/31/2019 8:18:25 AM | 12/31/2019 | 59,809 | 1,790,290 | 365,806 | 17 | 282,381 | 9,715,042 | 22 | | | | | 6,810,560 |
| 296731 | 1577780606 | 12/31/2019 8:23:25 AM | 12/31/2019 | 59,810 | 1,790,361 | 365,824 | 1 | 282,385 | 9,715,063 | - | | | | | 6,810,682 |
| 296732 | 1577780906 | 12/31/2019 8:28:25 AM | 12/31/2019 | 59,811 | 1,790,394 | 365,825 | - | 282,384 | 9,714,963 | - | | | | | 6,810,710 |
| 296733 | 1577781206 | 12/31/2019 8:33:25 AM | 12/31/2019 | 59,811 | 1,790,394 | 365,825 | - | 282,384 | 9,714,963 | - | | | | | 6,810,710 |
| 296734 | 1577781506 | 12/31/2019 8:38:25 AM | 12/31/2019 | 59,811 | 1,790,394 | 365,825 | 6 | 282,384 | 9,714,963 | 322 | | | | | 6,810,710 |
| 296735 | 1577781806 | 12/31/2019 8:43:25 AM | 12/31/2019 | 59,816 | 1,790,590 | 365,830 | 1 | 282,242 | 9,715,285 | - | | | | | 6,811,146 |
| 296736 | 1577782106 | 12/31/2019 8:48:26 AM | 12/31/2019 | 59,818 | 1,790,635 | 365,831 | 0 | 282,234 | 9,715,230 | - | | | | | 6,811,238 |
| 296737 | 1577782406 | 12/31/2019 8:53:26 AM | 12/31/2019 | 59,818 | 1,790,638 | 365,832 | 3 | 282,234 | 9,715,230 | - | | | | | 6,811,346 |
| 296738 | 1577782706 | 12/31/2019 8:58:26 AM | 12/31/2019 | 59,823 | 1,790,710 | 365,834 | 12 | 283,003 | 9,218,279 | 460,576 | | | | | 6,811,376 |
| 296739 | 1577783006 | 12/31/2019 9:03:26 AM | 12/31/2019 | 59,830 | 1,790,751 | 365,846 | - | 282,926 | 9,678,855 | - | | | | | 6,811,840 |
| 296740 | 1577783306 | 12/31/2019 9:08:26 AM | 12/31/2019 | 59,835 | 1,790,809 | 365,838 | - | 282,925 | 9,678,845 | - | | | | | 6,811,883 |
| 296741 | 1577783607 | 12/31/2019 9:13:26 AM | 12/31/2019 | 59,835 | 1,790,809 | 365,838 | 14 | 282,925 | 9,678,845 | 136,078 | | | | | 6,811,883 |
| 296742 | 1577783907 | 12/31/2019 9:18:26 AM | 12/31/2019 | 59,838 | 1,790,940 | 365,852 | - | 283,059 | 9,814,923 | - | | | | | 6,812,189 |
| 296743 | 1577784106 | 12/31/2019 9:21:46 AM | 12/31/2019 | 59,838 | 1,790,940 | 365,852 | 7 | 283,059 | 9,814,923 | - | | | | | 6,812,189 |
| 296744 | 1577784406 | 12/31/2019 9:26:46 AM | 12/31/2019 | 59,843 | 1,791,079 | 365,859 | 1 | 283,053 | 9,618,304 | 317 | | | | | 6,812,440 |
| 296745 | 1577784706 | 12/31/2019 9:31:46 AM | 12/31/2019 | 59,844 | 1,791,097 | 365,860 | 7 | 283,085 | 9,618,621 | 152,134 | | | | | 6,812,440 |
| 296746 | 1577785007 | 12/31/2019 9:36:46 AM | 12/31/2019 | 59,848 | 1,791,253 | 365,868 | 2 | 283,134 | 9,770,755 | - | | | | | 6,812,665 |
| 296747 | 1577785307 | 12/31/2019 9:41:46 AM | 12/31/2019 | 59,849 | 1,791,340 | 365,870 | 3 | 283,158 | 9,767,679 | 3,244 | | | | | 6,812,796 |
| 296748 | 1577785607 | 12/31/2019 9:46:46 AM | 12/31/2019 | 59,853 | 1,791,422 | 365,873 | - | 283,164 | 9,770,923 | 39 | | | | | 6,812,937 |
| 296749 | 1577785907 | 12/31/2019 9:51:46 AM | 12/31/2019 | 59,853 | 1,791,449 | 365,872 | 2 | 283,164 | 9,770,962 | 113 | | | | | 6,812,977 |
| 296750 | 1577786207 | 12/31/2019 9:56:46 AM | 12/31/2019 | 59,857 | 1,791,550 | 365,874 | 2 | 283,186 | 9,771,075 | 124 | | | | | 6,813,116 |
| 296751 | 1577786507 | 12/31/2019 10:01:47 AM | 12/31/2019 | 59,862 | 1,791,596 | 365,876 | 2 | 283,211 | 9,771,198 | 607 | | | | | 6,813,206 |
| 296752 | 1577786807 | 12/31/2019 10:06:47 AM | 12/31/2019 | 59,863 | 1,791,691 | 365,878 | 1 | 283,288 | 9,771,805 | - | | | | | 6,813,340 |
| 296753 | 1577787107 | 12/31/2019 10:11:47 AM | 12/31/2019 | 59,864 | 1,791,708 | 365,879 | 4 | 283,288 | 9,771,805 | 179 | | | | | 6,813,370 |
| 296754 | 1577787407 | 12/31/2019 10:16:47 AM | 12/31/2019 | 59,871 | 1,791,816 | 365,882 | 3 | 283,309 | 9,771,984 | 1,268 | | | | | 6,813,530 |
| 296755 | 1577787707 | 12/31/2019 10:21:47 AM | 12/31/2019 | 59,876 | 1,791,880 | 365,885 | 9 | 283,342 | 9,773,251 | 198 | | | | | 6,813,650 |
| 296756 | 1577788007 | 12/31/2019 10:26:47 AM | 12/31/2019 | 59,877 | 1,791,926 | 365,894 | 18 | 283,375 | 9,773,449 | 170,094 | | | | | 6,813,711 |
| 296757 | 1577788308 | 12/31/2019 10:31:47 AM | 12/31/2019 | 59,882 | 1,791,966 | 365,912 | 8 | 283,401 | 9,943,543 | 53 | | | | | 6,813,798 |
| 296758 | 1577788608 | 12/31/2019 10:36:47 AM | 12/31/2019 | 59,885 | 1,792,025 | 365,920 | 3 | 283,402 | 9,943,597 | - | | | | | 6,813,900 |
| 296759 | 1577788908 | 12/31/2019 10:41:47 AM | 12/31/2019 | 59,891 | 1,792,072 | 365,922 | - | 283,401 | 9,943,593 | - | | | | | 6,813,995 |
| 296760 | 1577789208 | 12/31/2019 10:46:47 AM | 12/31/2019 | 59,891 | 1,792,072 | 365,922 | 3 | 283,401 | 9,943,593 | - | | | | | 6,814,096 |
| 296761 | 1577789508 | 12/31/2019 10:51:47 AM | 12/31/2019 | 59,894 | 1,792,141 | 365,926 | 2 | 283,401 | 9,943,588 | 8 | | | | | 6,814,096 |
| 296762 | 1577789808 | 12/31/2019 10:56:48 AM | 12/31/2019 | 59,899 | 1,792,257 | 365,928 | - | 283,406 | 9,943,596 | - | | | | | 6,814,280 |
| 296763 | 1577790108 | 12/31/2019 11:01:48 AM | 12/31/2019 | 59,899 | 1,792,257 | 365,928 | 4 | 283,406 | 9,943,596 | 256 | | | | | 6,814,377 |
| 296764 | 1577790408 | 12/31/2019 11:06:48 AM | 12/31/2019 | 59,905 | 1,792,367 | 365,932 | 42 | 283,408 | 9,943,852 | - | | | | | 6,814,473 |
| 296765 | 1577790708 | 12/31/2019 11:11:48 AM | 12/31/2019 | 59,909 | 1,792,429 | 365,974 | 1 | 283,408 | 9,943,852 | - | | | | | 6,814,563 |
| 296766 | 1577791008 | 12/31/2019 11:16:48 AM | 12/31/2019 | 59,912 | 1,792,458 | 365,976 | 1 | 283,403 | 9,943,818 | - | | | | | 6,814,617 |
| 296767 | 1577791309 | 12/31/2019 11:21:48 AM | 12/31/2019 | 59,916 | 1,792,511 | 365,977 | - | 283,352 | 9,943,475 | 494 | | | | | 6,814,769 |
| 296768 | 1577791609 | 12/31/2019 11:26:48 AM | 12/31/2019 | 59,917 | 1,792,555 | 365,976 | 401 | 283,332 | 9,943,969 | - | | | | | 6,815,451 |
| 296769 | 1577791909 | 12/31/2019 11:31:48 AM | 12/31/2019 | 59,921 | 1,792,585 | 366,377 | - | 283,305 | 9,943,834 | - | | | | | 6,815,522 |
| 296770 | 1577792209 | 12/31/2019 11:36:48 AM | 12/31/2019 | 59,921 | 1,792,585 | 366,377 | 1 | 283,305 | 9,943,834 | 29 | | | | | 6,815,522 |
| 296771 | 1577792509 | 12/31/2019 11:41:48 AM | 12/31/2019 | 59,923 | 1,792,709 | 366,378 | 1 | 283,311 | 9,943,862 | - | | | | | 6,815,767 |
| 296772 | 1577792809 | 12/31/2019 11:46:49 AM | 12/31/2019 | 59,925 | 1,792,760 | 366,378 | 0 | 283,242 | 9,943,416 | - | | | | | 6,816,027 |
| 296773 | 1577793109 | 12/31/2019 11:51:49 AM | 12/31/2019 | 59,925 | 1,792,785 | 366,379 | 3 | 283,217 | 9,943,256 | - | | | | | 6,816,305 |

Case 1:21-cv-00260-PB   Document 75-10   Filed 06/24/22   Page 3 of 4

LBRYnomics Data Excerpt for December 31, 2019
Table: measurements (some unrelated data is hidden)
Shaded Column Headers Represent Columns Added By SEC Staff for Date and Time and Changes in LBC for Claims and Supports on the LBRY Network

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 296774 | 1577793409 | 12/31/2019 11:56:49 AM | 12/31/2019 | 59,929 | 1,792,942 | 366,381 | 1 | 283,216 | 9,794,333 | 150,000 | | | | | 6,816,386 |
| 296775 | 1577793709 | 12/31/2019 12:01:49 PM | 12/31/2019 | 59,931 | 1,793,024 | 366,382 | 2 | 283,216 | 9,944,334 | - | | | | | 6,816,549 |
| 296776 | 1577794009 | 12/31/2019 12:06:49 PM | 12/31/2019 | 59,933 | 1,793,087 | 366,384 | 1 | 283,214 | 9,944,321 | - | | | | | 6,816,653 |
| 296777 | 1577794310 | 12/31/2019 12:11:49 PM | 12/31/2019 | 59,934 | 1,793,127 | 366,385 | 1 | 283,210 | 9,944,312 | 55 | | | | | 6,816,748 |
| 296778 | 1577794610 | 12/31/2019 12:16:49 PM | 12/31/2019 | 59,937 | 1,793,188 | 366,386 | 2 | 283,213 | 9,944,367 | - | | | | | 6,816,920 |
| 296779 | 1577794910 | 12/31/2019 12:21:49 PM | 12/31/2019 | 59,940 | 1,793,248 | 366,388 | 3 | 283,213 | 9,944,367 | - | | | | | 6,817,012 |
| 296780 | 1577795210 | 12/31/2019 12:26:49 PM | 12/31/2019 | 59,944 | 1,793,314 | 366,391 | 12 | 283,213 | 9,944,367 | 8 | | | | | 6,817,109 |
| 296781 | 1577795510 | 12/31/2019 12:31:49 PM | 12/31/2019 | 59,949 | 1,793,437 | 366,403 | 2 | 283,215 | 9,944,375 | - | | | | | 6,817,292 |
| 296782 | 1577795810 | 12/31/2019 12:36:50 PM | 12/31/2019 | 59,952 | 1,793,495 | 366,405 | - | 283,215 | 9,944,373 | - | | | | | 6,817,378 |
| 296783 | 1577796110 | 12/31/2019 12:41:50 PM | 12/31/2019 | 59,956 | 1,793,545 | 366,405 | 8 | 283,215 | 9,944,373 | 3 | | | | | 6,817,460 |
| 296784 | 1577796410 | 12/31/2019 12:46:50 PM | 12/31/2019 | 59,959 | 1,793,607 | 366,412 | 11 | 283,216 | 9,944,376 | - | | | | | 6,817,625 |
| 296785 | 1577796710 | 12/31/2019 12:51:50 PM | 12/31/2019 | 59,960 | 1,793,637 | 366,423 | 4 | 283,216 | 9,944,376 | 1,615 | | | | | 6,817,634 |
| 296786 | 1577797010 | 12/31/2019 12:56:50 PM | 12/31/2019 | 59,965 | 1,793,691 | 366,427 | - | 283,220 | 9,945,991 | - | | | | | 6,817,771 |
| 296787 | 1577797311 | 12/31/2019 1:01:50 PM | 12/31/2019 | 59,965 | 1,793,691 | 366,427 | 5 | 283,220 | 9,945,991 | 20 | | | | | 6,817,771 |
| 296788 | 1577797611 | 12/31/2019 1:06:50 PM | 12/31/2019 | 59,973 | 1,793,839 | 366,433 | 2 | 283,223 | 9,946,011 | 40 | | | | | 6,818,079 |
| 296789 | 1577797911 | 12/31/2019 1:11:50 PM | 12/31/2019 | 59,977 | 1,793,915 | 366,435 | 1 | 283,225 | 9,946,051 | - | | | | | 6,818,204 |
| 296790 | 1577798211 | 12/31/2019 1:16:50 PM | 12/31/2019 | 59,978 | 1,793,921 | 366,435 | 4 | 283,225 | 9,946,051 | 556 | | | | | 6,818,204 |
| 296791 | 1577798511 | 12/31/2019 1:21:50 PM | 12/31/2019 | 59,980 | 1,794,032 | 366,439 | 2 | 283,229 | 9,946,607 | 1 | | | | | 6,818,411 |
| 296792 | 1577798811 | 12/31/2019 1:26:51 PM | 12/31/2019 | 59,983 | 1,794,098 | 366,441 | 7 | 283,230 | 9,946,608 | - | | | | | 6,818,476 |
| 296793 | 1577799111 | 12/31/2019 1:31:51 PM | 12/31/2019 | 59,986 | 1,794,207 | 366,449 | 0 | 283,228 | 9,946,578 | - | | | | | 6,818,637 |
| 296794 | 1577799411 | 12/31/2019 1:36:51 PM | 12/31/2019 | 59,986 | 1,794,214 | 366,449 | 5 | 283,228 | 9,946,578 | 53 | | | | | 6,818,637 |
| 296795 | 1577799711 | 12/31/2019 1:41:51 PM | 12/31/2019 | 59,997 | 1,794,376 | 366,454 | 1 | 283,229 | 9,946,630 | 44,917 | | | | | 6,818,889 |
| 296796 | 1577800011 | 12/31/2019 1:46:51 PM | 12/31/2019 | 59,997 | 1,794,426 | 366,455 | 1 | 283,933 | 9,991,547 | - | | | | | 6,818,979 |
| 296797 | 1577800312 | 12/31/2019 1:51:51 PM | 12/31/2019 | 60,000 | 1,794,446 | 366,456 | 1 | 283,932 | 9,991,540 | 3 | | | | | 6,819,032 |
| 296798 | 1577800612 | 12/31/2019 1:56:51 PM | 12/31/2019 | 60,001 | 1,794,485 | 366,457 | 3 | 283,932 | 9,991,543 | 552 | | | | | 6,819,105 |
| 296799 | 1577800912 | 12/31/2019 2:01:51 PM | 12/31/2019 | 60,009 | 1,794,585 | 366,460 | 1 | 283,923 | 9,992,095 | - | | | | | 6,819,268 |
| 296800 | 1577801212 | 12/31/2019 2:06:51 PM | 12/31/2019 | 60,011 | 1,794,684 | 366,461 | 2 | 283,925 | 9,992,091 | - | | | | | 6,819,415 |
| 296801 | 1577801512 | 12/31/2019 2:11:51 PM | 12/31/2019 | 60,014 | 1,794,760 | 366,463 | 1 | 283,923 | 9,992,047 | 15 | | | | | 6,819,559 |
| 296802 | 1577801812 | 12/31/2019 2:16:51 PM | 12/31/2019 | 60,016 | 1,794,826 | 366,464 | 48 | 283,924 | 9,992,062 | - | | | | | 6,819,695 |
| 296803 | 1577802112 | 12/31/2019 2:21:52 PM | 12/31/2019 | 60,021 | 1,794,912 | 366,513 | - | 283,921 | 9,992,054 | - | | | | | 6,819,819 |
| 296804 | 1577802412 | 12/31/2019 2:26:52 PM | 12/31/2019 | 60,021 | 1,794,912 | 366,513 | - | 283,921 | 9,992,054 | - | | | | | 6,819,819 |
| 296805 | 1577802712 | 12/31/2019 2:31:52 PM | 12/31/2019 | 60,021 | 1,794,912 | 366,513 | 5 | 283,921 | 9,992,054 | 2 | | | | | 6,819,819 |
| 296806 | 1577803012 | 12/31/2019 2:36:52 PM | 12/31/2019 | 60,029 | 1,795,071 | 366,518 | - | 283,923 | 9,992,056 | - | | | | | 6,820,075 |
| 296807 | 1577803312 | 12/31/2019 2:41:52 PM | 12/31/2019 | 60,029 | 1,795,071 | 366,518 | 4 | 283,923 | 9,992,056 | - | | | | | 6,820,075 |
| 296808 | 1577803613 | 12/31/2019 2:46:52 PM | 12/31/2019 | 60,032 | 1,795,255 | 366,521 | 21 | 283,825 | 9,991,602 | - | | | | | 6,820,535 |
| 296809 | 1577803913 | 12/31/2019 2:51:52 PM | 12/31/2019 | 60,035 | 1,795,342 | 366,542 | 1 | 283,824 | 9,976,577 | - | | | | | 6,820,953 |
| 296810 | 1577804213 | 12/31/2019 2:56:52 PM | 12/31/2019 | 60,036 | 1,795,359 | 366,543 | - | 283,812 | 9,976,493 | - | | | | | 6,821,810 |
| 296811 | 1577804513 | 12/31/2019 3:01:52 PM | 12/31/2019 | 60,039 | 1,795,435 | 366,541 | 22 | 283,739 | 9,976,010 | - | | | | | 6,821,810 |
| 296812 | 1577804813 | 12/31/2019 3:06:52 PM | 12/31/2019 | 60,039 | 1,795,576 | 366,563 | 0 | 283,647 | 9,974,858 | - | | | | | 6,822,185 |
| 296813 | 1577805113 | 12/31/2019 3:11:53 PM | 12/31/2019 | 60,042 | 1,795,621 | 366,563 | 3 | 283,635 | 9,974,803 | 63 | | | | | 6,822,315 |
| 296814 | 1577805413 | 12/31/2019 3:16:53 PM | 12/31/2019 | 60,046 | 1,795,698 | 366,566 | 21 | 283,638 | 9,974,866 | - | | | | | 6,822,513 |
| 296815 | 1577805713 | 12/31/2019 3:21:53 PM | 12/31/2019 | 60,049 | 1,795,743 | 366,588 | 24 | 283,638 | 9,974,866 | 3,918 | | | | | 6,822,513 |
| 296816 | 1577806013 | 12/31/2019 3:26:53 PM | 12/31/2019 | 60,058 | 1,795,842 | 366,611 | 8 | 284,175 | 9,978,785 | 347 | | | | | 6,822,898 |
| 296817 | 1577806313 | 12/31/2019 3:31:53 PM | 12/31/2019 | 60,065 | 1,795,883 | 366,619 | 4 | 284,221 | 9,979,132 | 739 | | | | | 6,823,024 |
| 296818 | 1577806614 | 12/31/2019 3:36:53 PM | 12/31/2019 | 60,076 | 1,795,942 | 366,623 | 0 | 284,268 | 9,979,871 | 1,101 | | | | | 6,823,417 |
| 296819 | 1577806914 | 12/31/2019 3:41:53 PM | 12/31/2019 | 60,077 | 1,795,976 | 366,623 | 3 | 284,271 | 9,980,972 | 138 | | | | | 6,823,549 |
| 296820 | 1577807214 | 12/31/2019 3:46:53 PM | 12/31/2019 | 60,083 | 1,796,042 | 366,627 | 1 | 284,298 | 9,981,111 | 155 | | | | | 6,823,685 |
| 296821 | 1577807514 | 12/31/2019 3:51:53 PM | 12/31/2019 | 60,085 | 1,796,095 | 366,628 | 0 | 284,349 | 9,981,266 | 127 | | | | | 6,823,807 |
| 296822 | 1577807814 | 12/31/2019 3:56:53 PM | 12/31/2019 | 60,088 | 1,796,125 | 366,628 | 3 | 284,395 | 9,981,393 | - | | | | | 6,823,920 |
| 296823 | 1577808114 | 12/31/2019 4:01:54 PM | 12/31/2019 | 60,095 | 1,796,200 | 366,631 | 1 | 284,434 | 9,920,690 | 7,000 | | | | | 6,824,037 |
| 296824 | 1577808414 | 12/31/2019 4:06:54 PM | 12/31/2019 | 60,096 | 1,796,205 | 366,631 | 2,010 | 284,435 | 9,927,690 | 62,414 | | | | | 6,824,045 |
| 296825 | 1577808714 | 12/31/2019 4:11:54 PM | 12/31/2019 | 60,104 | 1,796,282 | 368,642 | 11 | 284,519 | 9,990,104 | 7 | | | | | 6,824,211 |
| 296826 | 1577809014 | 12/31/2019 4:16:54 PM | 12/31/2019 | 60,107 | 1,796,296 | 368,652 | 4 | 284,522 | 9,990,111 | - | | | | | 6,824,251 |
| 296827 | 1577809314 | 12/31/2019 4:21:54 PM | 12/31/2019 | 60,113 | 1,796,324 | 368,656 | 0 | 284,555 | 9,989,764 | - | | | | | 6,824,375 |
| 296828 | 1577809614 | 12/31/2019 4:26:54 PM | 12/31/2019 | 60,115 | 1,796,342 | 368,656 | - | 284,551 | 9,989,370 | - | | | | | 6,824,421 |
| 296829 | 1577809915 | 12/31/2019 4:31:54 PM | 12/31/2019 | 60,115 | 1,796,342 | 368,656 | 20 | 284,551 | 9,989,370 | 8,766 | | | | | 6,824,421 |
| 296830 | 1577810215 | 12/31/2019 4:36:54 PM | 12/31/2019 | 60,121 | 1,796,394 | 368,677 | 1 | 284,523 | 9,998,136 | 17,458 | | | | | 6,824,596 |
| 296831 | 1577810515 | 12/31/2019 4:41:54 PM | 12/31/2019 | 60,125 | 1,796,440 | 368,678 | - | 284,529 | 10,015,594 | - | | | | | 6,824,693 |
| 296832 | 1577810815 | 12/31/2019 4:46:54 PM | 12/31/2019 | 60,125 | 1,796,440 | 368,678 | 233 | 284,525 | 10,015,568 | - | | | | | 6,824,821 |
| 296833 | 1577811115 | 12/31/2019 4:51:54 PM | 12/31/2019 | 60,128 | 1,796,494 | 368,911 | 3 | 284,525 | 10,015,568 | 20,964 | | | | | 6,824,905 |
| 296834 | 1577811415 | 12/31/2019 4:56:55 PM | 12/31/2019 | 60,133 | 1,796,524 | 368,914 | 18 | 284,519 | 10,036,532 | 37 | | | | | 6,824,905 |
| 296835 | 1577811715 | 12/31/2019 5:01:55 PM | 12/31/2019 | 60,144 | 1,796,561 | 368,932 | 1 | 284,519 | 10,036,569 | 1 | | | | | 6,825,063 |
| 296836 | 1577812015 | 12/31/2019 5:06:55 PM | 12/31/2019 | 60,147 | 1,796,583 | 368,933 | 3 | 284,522 | 10,036,570 | 16 | | | | | 6,825,664 |
| 296837 | 1577812315 | 12/31/2019 5:11:55 PM | 12/31/2019 | 60,157 | 1,796,634 | 368,936 | 2 | 284,524 | 10,036,586 | - | | | | | 6,825,846 |
| 296838 | 1577812615 | 12/31/2019 5:16:55 PM | 12/31/2019 | 60,162 | 1,796,670 | 368,938 | 3 | 284,522 | 9,866,618 | 10 | | | | | 6,825,943 |
| 296839 | 1577812916 | 12/31/2019 5:21:55 PM | 12/31/2019 | 60,166 | 1,796,706 | 368,940 | 1 | 284,523 | 9,866,628 | - | | | | | 6,826,009 |
| 296840 | 1577813216 | 12/31/2019 5:26:55 PM | 12/31/2019 | 60,172 | 1,796,752 | 368,941 | 0 | 284,524 | 9,866,147 | - | | | | | 6,826,280 |
| 296841 | 1577813516 | 12/31/2019 5:31:55 PM | 12/31/2019 | 60,172 | 1,796,769 | 368,941 | 3 | 284,524 | 9,866,147 | 740 | | | | | 6,826,303 |
| 296842 | 1577813816 | 12/31/2019 5:36:55 PM | 12/31/2019 | 60,176 | 1,796,870 | 368,944 | 8 | 284,492 | 9,866,887 | - | | | | | 6,827,014 |
| 296843 | 1577814116 | 12/31/2019 5:41:55 PM | 12/31/2019 | 60,184 | 1,796,921 | 368,952 | - | 284,492 | 9,866,887 | - | | | | | 6,827,086 |
| 296844 | 1577814416 | 12/31/2019 5:46:56 PM | 12/31/2019 | 60,184 | 1,796,921 | 368,952 | 203 | 284,492 | 9,866,887 | 744 | | | | | 6,827,086 |
| 296845 | 1577814716 | 12/31/2019 5:51:56 PM | 12/31/2019 | 60,189 | 1,797,071 | 369,155 | - | 284,489 | 9,867,630 | - | | | | | 6,827,486 |
| 296846 | 1577815016 | 12/31/2019 5:56:56 PM | 12/31/2019 | 60,189 | 1,797,071 | 369,155 | 4 | 284,489 | 9,867,630 | 484 | | | | | 6,827,486 |
| 296847 | 1577815316 | 12/31/2019 6:01:56 PM | 12/31/2019 | 60,193 | 1,797,146 | 369,159 | 1 | 284,492 | 9,868,114 | - | | | | | 6,827,640 |
| 296848 | 1577815616 | 12/31/2019 6:06:56 PM | 12/31/2019 | 60,195 | 1,797,170 | 369,159 | - | 284,494 | 9,858,140 | - | | | | | 6,827,725 |
| 296849 | 1577815916 | 12/31/2019 6:11:56 PM | 12/31/2019 | 60,195 | 1,797,170 | 369,159 | 5 | 284,494 | 9,858,140 | 50,904 | | | | | 6,827,725 |

LBRYnomics Data Excerpt for December 31, 2019
Table: measurements (some unrelated data is hidden)
Shaded Column Headers Represent Columns Added By SEC Staff for Date and Time and Changes in LBC for Claims and Supports on the LBRY Network

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 296850 | 1577816217 | 12/31/2019 6:16:56 PM | 12/31/2019 | 60,194 | 1,797,236 | 369,164 | - | 284,411 | 9,909,043 | - | | | | 6,827,986 |
| 296851 | 1577816517 | 12/31/2019 6:21:56 PM | 12/31/2019 | 60,201 | 1,797,271 | 368,896 | - | 284,405 | 9,909,002 | - | | | | 6,828,076 |
| 296852 | 1577816817 | 12/31/2019 6:26:56 PM | 12/31/2019 | 60,206 | 1,797,316 | 368,426 | - | 284,384 | 9,900,915 | - | | | | 6,828,184 |
| 296853 | 1577817117 | 12/31/2019 6:31:56 PM | 12/31/2019 | 60,206 | 1,797,316 | 368,426 | - | 284,384 | 9,900,915 | - | | | | 6,828,184 |
| 296854 | 1577817417 | 12/31/2019 6:36:56 PM | 12/31/2019 | 60,209 | 1,797,433 | 368,337 | 22 | 284,367 | 9,890,757 | 1 | | | | 6,828,405 |
| 296855 | 1577817717 | 12/31/2019 6:41:57 PM | 12/31/2019 | 60,214 | 1,797,496 | 368,359 | 1 | 284,368 | 9,890,758 | - | | | | 6,828,547 |
| 296856 | 1577818017 | 12/31/2019 6:46:57 PM | 12/31/2019 | 60,215 | 1,797,548 | 368,360 | 2 | 284,309 | 9,890,686 | - | | | | 6,828,862 |
| 296857 | 1577818317 | 12/31/2019 6:51:57 PM | 12/31/2019 | 60,219 | 1,797,630 | 368,362 | 2 | 284,308 | 9,617,375 | - | | | | 6,829,002 |
| 296858 | 1577818617 | 12/31/2019 6:56:57 PM | 12/31/2019 | 60,223 | 1,797,670 | 368,364 | 0 | 284,306 | 9,617,365 | 42 | | | | 6,829,069 |
| 296859 | 1577818917 | 12/31/2019 7:01:57 PM | 12/31/2019 | 60,223 | 1,797,710 | 368,364 | 7 | 284,303 | 9,617,407 | - | | | | 6,829,242 |
| 296860 | 1577819218 | 12/31/2019 7:06:57 PM | 12/31/2019 | 60,223 | 1,797,789 | 368,370 | 0 | 284,304 | 9,617,406 | 32 | | | | 6,829,370 |
| 296861 | 1577819518 | 12/31/2019 7:11:57 PM | 12/31/2019 | 60,223 | 1,797,804 | 368,371 | 18 | 284,306 | 9,617,438 | 1 | | | | 6,829,398 |
| 296862 | 1577819818 | 12/31/2019 7:16:57 PM | 12/31/2019 | 60,224 | 1,797,877 | 368,389 | 1 | 284,306 | 9,617,439 | - | | | | 6,829,510 |
| 296863 | 1577820118 | 12/31/2019 7:21:57 PM | 12/31/2019 | 60,226 | 1,797,923 | 368,390 | 7 | 284,299 | 9,617,363 | - | | | | 6,829,601 |
| 296864 | 1577820418 | 12/31/2019 7:26:57 PM | 12/31/2019 | 60,229 | 1,797,972 | 368,397 | 1 | 284,275 | 9,617,341 | 122 | | | | 6,829,719 |
| 296865 | 1577820718 | 12/31/2019 7:31:58 PM | 12/31/2019 | 60,231 | 1,798,006 | 368,398 | 4 | 284,282 | 9,617,463 | 5,005 | | | | 6,829,784 |
| 296866 | 1577821018 | 12/31/2019 7:36:58 PM | 12/31/2019 | 60,232 | 1,798,068 | 368,402 | 0 | 284,290 | 9,622,468 | - | | | | 6,830,242 |
| 296867 | 1577821318 | 12/31/2019 7:41:58 PM | 12/31/2019 | 60,232 | 1,798,074 | 368,402 | 1 | 284,290 | 9,622,468 | 5,026 | | | | 6,830,258 |
| 296868 | 1577821618 | 12/31/2019 7:46:58 PM | 12/31/2019 | 60,234 | 1,798,128 | 368,403 | - | 284,296 | 9,627,494 | - | | | | 6,830,352 |
| 296869 | 1577821918 | 12/31/2019 7:51:58 PM | 12/31/2019 | 60,234 | 1,798,128 | 368,403 | 4,958 | 284,296 | 9,627,494 | 5,913 | | | | 6,830,352 |
| 296870 | 1577822219 | 12/31/2019 7:56:58 PM | 12/31/2019 | 60,238 | 1,798,272 | 373,362 | - | 285,181 | 9,633,407 | - | | | | 6,830,605 |
| 296871 | 1577822519 | 12/31/2019 8:01:58 PM | 12/31/2019 | 60,243 | 1,798,297 | 371,384 | - | 285,176 | 9,610,370 | - | | | | 6,830,675 |
| 296872 | 1577822819 | 12/31/2019 8:06:58 PM | 12/31/2019 | 60,243 | 1,798,307 | 370,390 | 1,001 | 285,176 | 9,610,370 | 662 | | | | 6,830,698 |
| 296873 | 1577823119 | 12/31/2019 8:11:58 PM | 12/31/2019 | 60,245 | 1,798,344 | 371,391 | 11 | 285,285 | 9,611,032 | 118 | | | | 6,830,793 |
| 296874 | 1577823419 | 12/31/2019 8:16:58 PM | 12/31/2019 | 60,246 | 1,798,367 | 371,402 | 15 | 285,305 | 9,611,150 | - | | | | 6,830,849 |
| 296875 | 1577823719 | 12/31/2019 8:21:59 PM | 12/31/2019 | 60,246 | 1,798,377 | 371,417 | - | 285,303 | 9,585,150 | - | | | | 6,830,870 |
| 296876 | 1577824019 | 12/31/2019 8:26:59 PM | 12/31/2019 | 60,246 | 1,798,377 | 371,417 | - | 285,303 | 9,585,150 | - | | | | 6,830,870 |
| 296877 | 1577824319 | 12/31/2019 8:31:59 PM | 12/31/2019 | 60,246 | 1,798,377 | 371,417 | 62 | 285,303 | 9,585,150 | 15,011 | | | | 6,831,080 |
| 296878 | 1577824619 | 12/31/2019 8:36:59 PM | 12/31/2019 | 60,251 | 1,798,543 | 371,479 | 0 | 285,378 | 9,600,161 | 126 | | | | 6,831,152 |
| 296879 | 1577824919 | 12/31/2019 8:41:59 PM | 12/31/2019 | 60,252 | 1,798,579 | 371,480 | 2 | 285,394 | 9,600,286 | 2,300 | | | | 6,831,205 |
| 296880 | 1577825220 | 12/31/2019 8:46:59 PM | 12/31/2019 | 60,255 | 1,798,689 | 371,482 | 2 | 285,397 | 9,602,586 | 12 | | | | 6,831,362 |
| 296881 | 1577825520 | 12/31/2019 8:51:59 PM | 12/31/2019 | 60,259 | 1,798,796 | 371,483 | 2 | 285,393 | 9,602,599 | - | | | | 6,831,570 |
| 296882 | 1577825820 | 12/31/2019 8:56:59 PM | 12/31/2019 | 60,261 | 1,798,847 | 371,486 | 14 | 285,358 | 9,602,399 | - | | | | 6,831,779 |
| 296883 | 1577826120 | 12/31/2019 9:01:59 PM | 12/31/2019 | 60,266 | 1,798,973 | 371,500 | 5 | 285,288 | 9,601,682 | - | | | | 6,831,924 |
| 296884 | 1577826420 | 12/31/2019 9:06:59 PM | 12/31/2019 | 60,267 | 1,799,026 | 371,505 | 7 | 285,285 | 9,601,664 | - | | | | 6,832,174 |
| 296885 | 1577826720 | 12/31/2019 9:12:00 PM | 12/31/2019 | 60,269 | 1,799,157 | 371,512 | - | 285,285 | 9,557,876 | - | | | | 6,832,401 |
| 296886 | 1577827020 | 12/31/2019 9:17:00 PM | 12/31/2019 | 60,269 | 1,799,157 | 371,512 | 22 | 285,285 | 9,557,876 | 100 | | | | 6,832,401 |
| 296887 | 1577827320 | 12/31/2019 9:22:00 PM | 12/31/2019 | 60,273 | 1,799,276 | 371,534 | 3 | 285,287 | 9,557,976 | 215,167 | | | | 6,832,615 |
| 296888 | 1577827620 | 12/31/2019 9:27:00 PM | 12/31/2019 | 60,276 | 1,799,388 | 371,538 | 19 | 285,295 | 9,773,143 | 81 | | | | 6,832,767 |
| 296889 | 1577827920 | 12/31/2019 9:32:00 PM | 12/31/2019 | 60,276 | 1,799,539 | 371,556 | 1 | 285,299 | 9,773,224 | 3 | | | | 6,832,970 |
| 296890 | 1577828221 | 12/31/2019 9:37:00 PM | 12/31/2019 | 60,277 | 1,799,573 | 371,557 | 2 | 285,300 | 9,773,227 | 65 | | | | 6,833,020 |
| 296891 | 1577828521 | 12/31/2019 9:42:00 PM | 12/31/2019 | 60,279 | 1,799,731 | 371,559 | 2 | 285,303 | 9,773,292 | - | | | | 6,833,208 |
| 296892 | 1577828821 | 12/31/2019 9:47:00 PM | 12/31/2019 | 60,279 | 1,799,809 | 371,561 | - | 285,302 | 9,773,262 | - | | | | 6,833,508 |
| 296893 | 1577829121 | 12/31/2019 9:52:00 PM | 12/31/2019 | 60,279 | 1,799,809 | 371,561 | 5 | 285,302 | 9,773,262 | 73 | | | | 6,833,655 |
| 296894 | 1577829421 | 12/31/2019 9:57:00 PM | 12/31/2019 | 60,281 | 1,800,011 | 371,565 | - | 285,306 | 9,773,334 | - | | | | 6,833,791 |
| 296895 | 1577829721 | 12/31/2019 10:02:00 PM | 12/31/2019 | 60,281 | 1,800,011 | 371,565 | 5 | 285,306 | 9,773,334 | - | | | | 6,833,791 |
| 296896 | 1577830021 | 12/31/2019 10:07:01 PM | 12/31/2019 | 60,285 | 1,800,223 | 371,570 | 2 | 285,306 | 9,773,332 | - | | | | 6,834,277 |
| 296897 | 1577830321 | 12/31/2019 10:12:01 PM | 12/31/2019 | 60,287 | 1,800,324 | 371,572 | 26 | 285,306 | 9,773,234 | 79 | | | | 6,834,844 |
| 296898 | 1577830621 | 12/31/2019 10:17:01 PM | 12/31/2019 | 60,288 | 1,800,407 | 371,598 | 30 | 285,306 | 9,773,313 | 100,139 | | | | 6,834,956 |
| 296899 | 1577831028 | 12/31/2019 10:23:48 PM | 12/31/2019 | 60,289 | 1,800,551 | 371,628 | - | 285,313 | 9,873,452 | - | | | | 6,835,161 |
| 296900 | 1577831054 | 12/31/2019 10:24:14 PM | 12/31/2019 | 60,289 | 1,800,551 | 371,628 | 4 | 285,313 | 9,873,452 | - | | | | 6,835,237 |
| 296901 | 1577831354 | 12/31/2019 10:29:14 PM | 12/31/2019 | 60,295 | 1,800,687 | 371,632 | - | 285,306 | 9,873,414 | - | | | | 6,835,369 |
| 296902 | 1577831654 | 12/31/2019 10:34:14 PM | 12/31/2019 | 60,295 | 1,800,687 | 371,632 | 3 | 285,306 | 9,873,414 | - | | | | 6,835,369 |
| 296903 | 1577831954 | 12/31/2019 10:39:14 PM | 12/31/2019 | 60,299 | 1,800,796 | 371,635 | 84 | 285,306 | 9,873,414 | 223,852 | | | | 6,835,510 |
| | | | | | | | 14,034 | | | 2,747,351 | | | | |
| | | | | | | | | 14,034 + 2,747,351= | 2,761,384.78 | | | | | |