## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

---------------------------------------  X
SECURITIES AND EXCHANGE         :
COMMISSION,
                                :
      Plaintiff,
                                :
  -against-                        Civil Action No. 1:21-cv-00260-PB
                                :
LBRY, INC.,
                                :
      Defendant.
---------------------------------------  X

## DECLARATION OF JEREMY KAUFFMAN

I, Jeremy Kauffman, declare as follows:

1. Following Dr. Richard's deposition, I learned that LBRY's expert may not have been provided with the full universe of LBRY-affiliated wallet addresses, and that certain LBRY-associated addresses may not have been accounted for in Dr. Richard's original report. As a result, beginning in short order after Dr. Richard's deposition, I worked with my colleague, Alex Grintsvayg, to identify as many additional LBRY-owned wallet addresses as possible.

2. LBRY does not maintain the full list of all LBRY-affiliated wallet addresses created since the Company's inception in the ordinary course of business. Therefore, the process of identifying LBRY-owned wallet addresses is extremely laborious and time-intensive. In particular, it entails manually tracing token transfers over time.

3. LBRY is a small start-up company with limited resources, and the difficult process of identifying LBRY-owned wallet addresses took our team several weeks to complete.

2

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 29th day of June, 2022.

_____
Jeremy Kauffman