## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

------------------------------------- X

SECURITIES AND EXCHANGE      :
COMMISSION,

                         :

         Plaintiff,

                         :

    -against-                    Civil Action No. 1:21-cv-00260-PB

                         :

LBRY, INC.,

                         :

         Defendant.            :

------------------------------------- X

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.6(d), John T. Dixon, attorney of record for Defendant LBRY, Inc. in the above-captioned matter, hereby provides notice of his withdrawal of appearance. Defendant LBRY will continue to be represented by William E. Christie and Timothy J. McLaughlin of the law firm Shaheen & Gordon, P.A., and Keith W. Miller and Rachel S. Mechanic of the law firm of Perkins Coie LLP.

Dated: June 30, 2022

                                          Respectfully submitted,

                                          LBRY, INC.

                                          By Its Attorneys,

                                          */s/ John T. Dixon*

                                          John T. Dixon (*pro hac vice*)

                                          Perkins Coie LLP

                                          1155 Avenue of the Americas, 22nd Floor

                                          New York, New York 10036-2711

                                          (212) 262-6900

                                          JohnDixon@perkinscoie.com

-1-

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing *Notice of Withdrawal* was electronically served through ECF to each party or its attorney of record who has entered an appearance in this matter and has not been terminated.

Dated:  June 30, 2022                                      */s/ John T. Dixon*
                                                                        John T. Dixon

157378772.1