UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

------------------------------------- X
SECURITIES AND EXCHANGE  :
COMMISSION,
  :
      Plaintiff,
  :
  -against-    Civil Action No. 1:21-cv-00260-PB
  :
LBRY, INC.,
  :
      Defendant.
------------------------------------- X

**ASSENTED-TO MOTION FOR PRO HAC VICE ADMISSION OF
EMILY DRINKWATER**

NOW COMES William E. Christie, Esquire, of Shaheen & Gordon, P.A., 107 Storrs Street, P.O. Box 2703, Concord, New Hampshire, and moves the court pursuant to Federal Court Rule 83.2(b) of the Local Rules of the United States District for the District of New Hampshire, to allow Emily Drinkwater, Esquire of Perkins Coie, LLP, 1155 Avenue of the Americas, 22nd Floor, New York, New York 10036 telephone number (332) 223-3955, edrinkwater@perkinscoie.com to appear and practice in this Court in the referenced matter on behalf of the Defendant, LBRY, Inc.. In support of this motion and as grounds thereof, William E. Christie, represents:

    1.    The undersigned, William E. Christie, Esquire, is a member in good standing of the Bar of this Court.

    2.    At all times during this proceeding, William E. Christie, Esquire will be actively associated with Attorney Emily Drinkwater in the above-captioned matter.

    3.    Attorney Drinkwater was admitted to practice before the following courts on the dates shown:

- New York, May 2020

<u>See</u> Affidavit of Emily Drinkwater, attached hereto.

4. Attorney Drinkwater has never been the subject of any disciplinary procedure or accusation of any kind in either state or federal court. Furthermore, Attorney Drinkwater has never been found to be ineffective as counsel in any proceeding.

5. Attorney Drinkwater has no prior felony or misdemeanor convictions and has no prior denials or revocations of pro hac vice status in any court.

6. Attorney Drinkwater is familiar with the Local Rules of the United States District Court for the District of New Hampshire.

7. The appearance and active participation of Attorney Drinkwater, on behalf of the Defendant, LBRY, Inc., will facilitate the proper presentation of its position to this Court.

8. Counsel for Plaintiff assents to the relief sought herein.

9. Per Local Rule 7.1(a)(2), no memorandum of law is submitted as the relief requested herein is within the sound discretion of this Honorable Court.

WHEREFORE, William E. Christie, Esquire respectfully requests that the Court:

    A. Admit Emily Drinkwater, Esquire to practice in the United States District Court for the District of New Hampshire *pro hac vice*; and

    B. For such other relief as may be necessary.

Respectfully submitted,

LBRY, Inc.
By Its Attorneys:
SHAHEEN & GORDON, P.A.

Dated:  July 1, 2022 /s/ William E. Christie
William E. Christie, #11255
107 Storrs Street
P.O. Box 2703
Concord, NH 03302-2703
(603) 225-7262
wchristie@shaheengordon.com

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Assented-To Motion for *Pro Hac Vice* Admission of Emily Drinkwater, Esq. was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

Counsel of Record

Dated: July 1, 2022 /s/ William E. Christie
William E. Christie, #11255

4873-2945-2839, v. 1