UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

------------------------------------- X
SECURITIES AND EXCHANGE : 
COMMISSION,
 :
       Plaintiff,
 :
  -against-     Civil Action No. 1:21-cv-00260-PB
 :
LBRY, INC.,
 :
       Defendant.
------------------------------------- X

### AFFIDAVIT OF EMILY DRINKWATER
### IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION

Per Local Rule 83.2(b)(1), Emily Drinkwater, being first duly sworn, deposes and states:

1. I am a member of the firm: Perkins Coie, LLP, 1155 Avenue of the Americas, 22nd Floor, New York, New York 10036, Telephone number (332) 223-3955, Email: rmechanic@perkinscoie.com

2. I was admitted to practice in the following courts on the dates shown:

- New York, May 2020

3. I have been retained to represent LBRY, Inc. ("Defendant") in the above-captioned matter now pending before this Court. I am actively associated with William E. Christie, Esquire and the law firm of Shaheen & Gordon, P.A. in connection with the representation of Defendant in this matter.

4. I am an attorney of good standing and am eligible to practice law in the court(s) listed in paragraph 2 above.

5. I am not currently, and never have been, disbarred or suspended in any jurisdiction.

6. I am not aware of any previously imposed or pending disciplinary matters involving me.

7. I have no prior felony or misdemeanor convictions.

8. I have no prior denials or revocations of pro hac vice status in any court.

I declare under penalty of perjury that the foregoing is true and accurate.

DATED: June 30, 2022            /s/ Emily Drinkwater
                                Emily Drinkwater