USDCNH-96 (Rev. 7/14)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION <br> *Plaintiff* <br> v. <br> LBRY, INC., <br> *Defendant* | ) <br> ) <br> ) Case No. 21-CV-00260-PD <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Securities and Exchange Commission.

Date: 7/6/2022

/s/ Amy Harman Burkart
*Attorney's signature*

Amy Harman Burkart, Mass BBO No. 651828
*Printed name and bar number*

33 Arch St., 24th Flr
Boston, MA 02110

*Address*

burkarta@sec.gov
*E-mail address*

617-573-5905
*Telephone number*

617-573-4590
*FAX number*