UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br>                 Plaintiff, <br> v. <br> LBRY, INC., <br>                 Defendant. | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 21-cv-00260-PB |

**DECLARATION OF MARC JONES**

Pursuant to 28 U.S.C. § 1746, I, Marc Jones, declare under penalty of perjury that the following is true and correct.

1. I am an attorney admitted to practice in the Commonwealth of Massachusetts. I am a Senior Trial Counsel for the United States Securities and Exchange Commission, and counsel of record in this matter for the Plaintiff.

2. Exhibit G is a graph of the daily average value of an on-chain transaction denominated in U.S. dollars from July 2016 through December 2021, using data provided by LBRY and its expert, Boris Richard, as well as calculations using that data as described below.

3. Exhibit H is a spreadsheet generated by the Commission that uses the LBRY_On_Chain_Activity spreadsheet provided by LBRY and its expert as its basis. The original spreadsheet was produced in conjunction with Richard's Amended Report.

    a. Column G and Column H of this spreadsheet (labeled) are the daily volume and number of on-chain transactions provided by Richard, and represent his data after he "mitigated" according to his Amended Report.

    b. The next column shows how many days Richard has changed the volume and number of on-chain transactions when he drops "strike days" to supposedly

   mitigate problems in his on-chain volume measurements. The spreadsheet compares Column H with the data before the strike days are dropped to see if the daily transactions are different (designated by a "Y" in this column). Only 60 days out of 2018 are changed using this supposed mitigation method.

   c. Column J was generated by the Commission and shows the daily average transaction size. This value was computed by dividing the daily on-chain transaction volume (Column G) by the daily on-chain number of transactions (Column H).

   d. Column K shows the daily value of LBC in U.S. dollars, and was imported from another of Richard's spreadsheets.

   e. The final column shows the daily average transaction volume in U.S. dollars as measured by Richard. This column has been generated by the Commission. This value was calculated by multiplying the daily average transaction size (Column J) by the daily LBC price (Column K). The graph of this column is Attachment A to this Declaration.

4. Exhibit L shows all the news posted on LBRY's website from July 6, 2016 (the first date Richard analyzes price changes) to March 18, 2021. During this time there are 236 posts on the LBRY website. Posts that are analyzed by Richard (as listed in Richard's Exhibits 11 and 13) are not highlighted, and appear in the last two columns. 158 posts highlighted in green were not analyzed by Richard. These ignored posts include community reports, development updates, "hard fork" announcements, and posts about cryptocurrency and LBC.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on July 18, 2022

*/s/ Marc J. Jones*
Marc J. Jones (Mass. Bar No. 645910)
Senior Trial Counsel