UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) |
| v. | ) ) ) Civil Action No. 21-cv-00260-PB |
| LBRY, INC., | ) |
| Defendant. | ) ) ) |

**PLAINTIFF'S APPENDIX OF EXHIBITS**

| Exhibit No. | Description |
|---|---|
| A | Expert Report of Boris Richard |
| B | Amended Expert Report of Boris Richard |
| C | Declaration of Dennis Hamilton |
| D | Declaration of Marina Martynova |
| E | Article: "Mapping the Universe of 460 Million Bitcoin Addresses," Chainalysis, available at https://blog.chainalysis.com/reports/bitcoin-addresses/ |
| F | Article: Ayushi Abrol, "Crypto Off-Chain vs. On-Chain Transactions: How Do They Differ," Blockchain Council, available at https://www.blockchain-council.org/blockchain/crypto-off-chain-vs-on-chain |
| G | Deposition Transcript (excerpts) of Boris Richard |
| H | Graph of Daily Average Transaction Value in U.S. Dollars of On-Chain Transactions |
| I | Spreadsheet of Daily Average Transaction Value in U.S. Dollars of On-Chain Transactions |
| J | Article: Financialnewsmedia.com, "Bitcoin's On-Chain Volume Increased by 317% Reaching $4.3 Trillion In 2021" |
| K | David H. Kaye and David A. Freedman, The Reference Manual on Scientific Evidence (Third Edition), Ch. 5, p. 45 |
| L | Spreadsheet of LBRY News Items Not Analyzed by Richard |