CONFIDENTIAL



1          UNITED STATES DISTRICT COURT

2            DISTRICT OF NEW HAMPSHIRE

3

4    SECURITIES AND EXCHANGE        ) Civil Action No.
     COMMISSION,                    ) 1:21-cv-00260-PB
5                                   )
                   Plaintiff,       )
6                                   ) VOLUME 1
        vs.                         ) (Pages 1 to 339)
7                                   )
     LBRY, INC.,                    )
8                                   )
                   Defendant.       )
9    _____)

10

11

12            CONFIDENTIAL DEPOSITION OF

13               DR. BORIS RICHARD

14           VIA WEBEX VIDEOCONFERENCE

15             Wednesday, March 30, 2022

16

17

18

19

20

21

22

23   REPORTED BY:

24   ELBIA BAIRES

25   JOB NO. 220330LHR

1

**CONFIDENTIAL**

1      A.    Yes.  It said publicly in very many

2   details -- in a very -- in a very kind of

3   exhaustive way of what they have done.  Which

4   features are working, which features are in the

5   development.

6           So they provided very detailed

7   updates on their efforts and on the deployment

8   and the functionality of the components of

9   their ecosystem.

10      Q.    Okay.  But listen carefully to my

11  question, Dr. Richard.

12          For your opinions in Exhibit --

13  excuse me, in paragraphs 11 and 13, did you do

14  anything, you or your team, do anything other

15  than review and summarize LBRY's public

16  statements?

17          MS. MECHANIC:  Objection.

18      A.    That's a fair statement.

19      Q.    Okay.  That's what you did?

20      A.    That's what I did, yes.  A very

21  detailed review --

22      Q.    Got it.

23      A.    -- of information provided by LBRY,

24  Inc.

25      Q.    In paragraph 13, you write, "LBRY

                                                    119

CONFIDENTIAL

1  everybody to be equivalent to removing certain

2  transactions stored on a blockchain.

3      Q.    So your testimony --

4      A.    I'm just rephrasing the removal of

5  transactional records, by relabeling it and

6  calling it on-chain activity in footnote 76.

7      Q.    Let me see if I understand your

8  testimony, Dr. Richard.

9          Are you telling me that you did not

10  need to mention this part of your methodology

11  because it was generally understood that that's

12  what you were doing?

13          MS. MECHANIC:  Objection.

14      A.    I included footnote 76 to focus and

15  to show the source which we used to identify

16  the activity to be removed.  I did not intend

17  footnote 76 as an additional alternative

18  description of the methodology that was used to

19  remove certain on-chain activity.

20          It was designed specifically to

21  refer the reader to the sources that we used to

22  identify that activity to be removed.

23      Q.    But, Dr. Richard, one of the sources

24  that you used for your report is a list of

25  wallets that you received from LBRY, correct?

153

CONFIDENTIAL

1          A.     That is correct.

2          Q.     And you do not disclose that list of

3  wallets anywhere, correct?

4                 MS. MECHANIC:  Objection.

5          A.     Yeah, it appears not to be disclosed

6  in the report.

7          Q.     Okay.  Was it -- was that list of

8  wallet addresses key to the analysis that you

9  did in your report?

10                 MS. MECHANIC:  Objection.

11          A.     The address the -- the addresses

12  that we know to be affiliated with LBRY is used

13  to identify the -- the list of transactions to

14  be removed from the on-chain activity to

15  capture the user related on-chain activity.

16                 So I would put it this way, we did

17  more than just removing the operational

18  activity of the three premine funds.  We -- I

19  was more conservative in this approach.  So

20  therefore, in addition -- effectively in

21  addition to removing all the on-chain

22  activities of the three premine funds by the

23  LBRY, we also removed additional transactions

24  that were somehow in any way affiliated or

25  associated with the LBRY addresses.

                                                    154

**CONFIDENTIAL**

1          So we did a double-check --

2    double-check and we wanted to remove and be

3    conservative in estimating the non-affiliated

4    economic activity on-chain for the LBRY

5    network.

6          Q.    So, Dr. Richard, am I understanding

7    you right that you removed more than you said

8    you removed in paragraph 68?

9          MS. MECHANIC:  Objection.

10         A.    Yes.  We removed -- we removed a

11   large amount of activity.  That's correct.

12         Q.    Okay.  And if I wanted to recreate

13   your methodology based on your description of

14   how you determined on-chain transaction

15   activity, how would I do that?

16         A.    There are two ways -- there are two

17   ways that you could do it.  The first one, the

18   transaction records provided by LBRY as they

19   pertain to the three premine fund, those

20   records, they have transaction hashes.  So you

21   can go directly to the blockchain explorer and

22   identify those transactions.

23         In fact, the tokens -- the number of

24   tokens transferred and the purpose of that

25   transfer is -- is listed in -- in those records

155

**CONFIDENTIAL**

 1   anyway.

 2            In addition, you can identify

 3   transactions to be removed on-chain if you have

 4   a list of addresses.  You just -- you go to

 5   the -- if you don't want to use

 6   sequel-structured approach the way we use it,

 7   you can go to the LBRY blockchain explorer,

 8   type in an address and it will give you the

 9   history of transactions associated with that

10   address.

11            Including the tokens.  Including the

12   dates.  Including the destination address.  So

13   you just remove that from the -- from the

14   on-chain activity.

15       Q.   Dr. Richard, you can't do that

16   unless somebody tells you that that particular

17   wallet address is associated or controlled by

18   LBRY, correct?

19            MS. MECHANIC:  Objection.

20       A.   You need to know if -- if the

21   LBRY -- if -- if a particular address is -- is

22   affiliated with LBRY, Inc.  Yes.

23       Q.   So without the list of wallet

24   addresses that you deducted, I cannot reproduce

25   your results, correct?

CONFIDENTIAL

1            MS. MECHANIC:  Objection.

2       A.    You can -- you can reproduce -- you

3  can reproduce a large portion of it.  Because

4  those transaction hashes that are -- are in the

5  -- call it credit reports, you don't need to

6  know addresses for those.  But it's addition

7  transactions that are affiliated with another

8  12 addresses, yes, you do these those 12

9  addresses.

10      Q.    Were the addresses that you received

11  from LBRY prior addresses that LBRY used for

12  the three funds or just the ones it was

13  currently using?

14      A.    I cannot --

15            MS. MECHANIC:  Can you repeat that?

16  Our audio cut out.

17            MR. JONES:  I'm sorry.  Sometimes if

18  I look away for a minute, the audio might be a

19  problem.  Or maybe it's on your end.  But let

20  me try it again.

21      Q.    Were the wallet addresses that you

22  received from LBRY prior addresses that LBRY

23  used for the three funds or just the current

24  addresses they were using for the three funds?

25            MS. MECHANIC:  If you know.

                                               157

CONFIDENTIAL

1  the entire time period.

2      Q.    And what is the conclusion that you

3  wish people to draw from Exhibit 8,

4  Dr. Richard?

5          MS. MECHANIC:  Objection.

6      A.    My conclusion -- my conclusion is

7  that the majority of users were using the LBC

8  token in a framework of on-chain transactions

9  to execute non-investment transactions that

10  involved consumption and delivery and -- and

11  other ways of sharing the information as part

12  of the services provided by the LBRY network as

13  opposed to, you know, getting the token, going

14  to an exchange and selling it for profit.

15      Q.    What's the ratio that you needed to

16  find in your last -- in your rightmost column

17  in Exhibit 8 in order to draw that conclusion?

18          MS. MECHANIC:  Objection.

19      A.    There is no preconceived notion of

20  where that ratio should be.  I mean, the ratio

21  of two, roughly two, tells you that in a much

22  bigger fraction of transactional activity

23  overall, it happened on-chain as opposed to

24  trade and selling on trading venues.

25      Q.    Well, would you come that same

                                              186

CONFIDENTIAL

1   conclusion if you were only looking at 2016

2   through 2019?

3       A.    If -- if you look at a particular

4   subcomponent, yes, there are -- there are years

5   where the market trading activity exceeded the

6   on-chain activity.  But --

7       Q.    Okay.  And --

8       A.    But it's not what's driving my

9   expert statements in the report.

10      Q.    Well, it's not?  Those don't --

11  well.  Do those have any effect on your expert

12  statements in the report?

13      A.    I mean, they do implicitly because

14  eventually they feed into the overall ratio

15  that that is reported as 2.04.  So it may -- it

16  could have been that those three years could

17  have seen much bigger secondary market trading

18  volume and that would have depressed the

19  overall ratio for an aggregate period.

20          You know, my conclusions would have

21  changed if I looked at a different overall

22  ratio over the six-year period.

23      Q.    If I had asked you to do the same

24  analysis at the end of 2019, what would your

25  conclusion have been?

187

CONFIDENTIAL

1           MS. MECHANIC:  Objection.

2       A.    I did not do -- I did not do that

3   computation.  And again, my -- so I don't want

4   to speculate at this point.  My conclusion's

5   based on the totality of the information that I

6   have available to me.  That includes 2021 --

7   through 2021.

8       Q.    Well, the totality of information

9   includes 2016 through 2019 as well, right?

10      A.    That is correct.

11      Q.    Is there any reason why you couldn't

12  just total up the values for 2016 through 2019

13  in columns A and B and come up with a ratio in

14  the same way that you do in your total column

15  at the bottom of your chart?

16      A.    I -- mathematically and

17  arithmetically, I could.  But to the extent

18  that it's not feeding -- it's not the basis for

19  my expert conclusion, I didn't do it.

20      Q.    Well, I understand.

21            But you've presented your data here,

22  correct, Dr. Richard?

23      A.    The table does that, yes.

24      Q.    And you are saying that your

25  conclusion is based on this total line at the

                                              188

**CONFIDENTIAL**

1   bottom of Exhibit 8, correct?

2       A.    That's correct.

3       Q.    And your methodology is essentially

4   to look at each individual year and measure

5   column A versus column B and then sum that

6   across the time period that you're looking at

7   and develop a ratio based on that, correct?

8       A.    Can you repeat the question?  I'm

9   sorry.

10      Q.    Right.

11            So you look at the -- the data for

12  each of the years 2016 through 2021, correct?

13      A.    I'm reporting it as if it's part of

14  the -- I'm recording it because it's simply

15  part of my analysis, yes.

16      Q.    Right.

17            So my question is, is there

18  anything -- let me ask it a different way.

19            Dr. Richard, is there anything

20  that's sort of key to the fact that you are

21  looking at six years here versus looking at,

22  you know, the ability to look at four years or

23  five years?  Is six years a magic number

24  somehow?

25            MS. MECHANIC:  Objection.

189

CONFIDENTIAL

1      A.     It is not a magic number.  The 2016

2  is based on the fact that this is when the LBRY

3  blockchain became -- became functional.  So you

4  cannot talk about any on-chain transaction

5  activity of volume if blockchain is not

6  working.

7           So you have to pick a start time

8  when -- when -- when -- when a blockchain

9  becomes functional.  So that's the starting

10  point.  The end point of 2021 is driven by the

11  fact that in terms of the full years, we have

12  data on the LBRY blockchain network operations

13  through -- through 2021.

14      Q.     Dr. Richard, based on your data in

15  Exhibit 8, does the -- does your conclusion

16  change over time about whether or not LBC are

17  being used for the economic uses on the

18  blockchain versus for investment purposes?

19           MS. MECHANIC:  Objection.

20      A.     Again, my expert conclusions are not

21  reported on a year-by-year basis.  But I do --

22  I do believe that I might offer -- I might have

23  offered some explanations as to why this ratio

24  was low in 2017, 2018.

25      Q.     Did you offer any --

190

**CONFIDENTIAL**

1       A.    So --

2       Q.    -- on your -- I'm sorry,

3    Dr. Richard.  Go on.

4       A.    Yes.  So my overall conclusions in

5    the report is -- is based on the results

6    obtained for the aggregate for a six-year

7    period.  It happens to be a six-year period.

8       Q.    So if the ratio was less than 1.0,

9    would your conclusion change?

10              MS. MECHANIC:  Objection.

11      A.    If -- if the ratio was 1.0, I would

12   have said that roughly half of the activity is

13   related to non-investment on-chain activity

14   related to the consumption and exchange of

15   information in a decentralized way.  And the

16   other half is driven by, you know, people

17   trading the cryptocurrency on the secondary

18   market platform.

19      Q.    If the ratio was 0.5, what would you

20   have said?  Or what would be the conclusion

21   based on that?

22              MS. MECHANIC:  Objection.

23      A.    I would have -- I would have said

24   that the secondary market trading activity

25   seems to dominate the on-chain transaction

191

CONFIDENTIAL

1  volume.

2      Q.    Would it be correct to say that in

3  2017 and 2018, the secondary market trading

4  dominated on-chain transaction volume?

5            MS. MECHANIC:  Objection.

6      A.    That's what the data shows in this

7  particular table, yes.

8      Q.    Okay.  Are there any other inputs

9  into the ratio that you are presenting here

10  other than the data in this table?

11     A.    The ratio is just -- the ratio in

12  the rightmost column is just computed as the

13  ratio of the number in the second column over

14  the number in the third column.

15           So -- you see all the inputs for the

16  computation -- for the arithmetic computation

17  of this ratio in this table.

18     Q.    Okay.  Did you make any adjustments

19  to the secondary market trading volume that you

20  are listing here?

21     A.    What do you mean by "adjustments"?

22  If I may ask.

23     Q.    Previously testified that you

24  adjusted the amount of on-chain transaction

25  volume to try to eliminate LBRY wallet

192

**CONFIDENTIAL**

1  addresses, right?

2          MS. MECHANIC:  Objection.

3      A.    I did adjust on-chain transaction

4  volume by remove the LBRY, Inc. related

5  transactions on-chain, yes.

6      Q.    Did you remove any transactions

7  from -- from the data in column B?

8      A.    No.  No, I did not.

9      Q.    Okay.  You didn't back out any

10 trading that LBRY may have done itself?

11         MS. MECHANIC:  Objection.

12     A.    No.

13     Q.    Okay.  What type of activity is

14 considered on-chain network activity?

15     A.    Generally speaking, any transfers of

16 cryptocurrency between addresses is recorded on

17 a blockchain, appended to a block and validated

18 by the validator.  That's what -- so any

19 transfer of token is considered -- is

20 considered an on-chain activity.

21     Q.    Okay.  Some of those transfers of

22 tokens are not the economic uses for LBC that

23 you detail in your report, correct?

24         MS. MECHANIC:  Objection.

25     A.    Can you -- can you clarify your --

193

**CONFIDENTIAL**

1   your question, please.

2        Q.    Sure.  Let me give you a for

3   example.

4             Let's say there's a wallet address

5   and the person who controls that wallet address

6   wants to split it into two wallets.

7             Is that the economic uses of LBC

8   that you are talking about in your report?

9        A.    Generally, no.

10       Q.    Okay.  What if there is a wallet

11  address and the person who controls that wallet

12  address just wants to transfer it to a

13  different wallet address.

14            Is that part of the economic uses

15  that you are detailing in your report?

16            MS. MECHANIC:  Objection.

17       A.    It -- it might be.  But it might be

18  not.  So depends on the purpose of that split.

19       Q.    Okay.  So, for instance, if -- if

20  someone had a wallet address and they said oh,

21  I'm a little worried about the security of this

22  address.  I'm going to transfer it to another

23  address.

24            Would that be an economic use of

25  LBC?

                                              194

CONFIDENTIAL

1          MS. MECHANIC:  Objection.

2   Objection.

3      A.    Can you repeat the question?  I'm

4   sorry.  I missed it.

5      Q.    I can try.

6          If someone had a wallet address and

7   became concerned about the security of that

8   wallet address and transferred those LBCs to a

9   different wallet address, would you consider

10  that as one of the economic uses of LBC?

11          MS. MECHANIC:  Objection.

12     A.    General speaking, if it's a

13  security-related concern and it's not related

14  to the consumption of or sharing of the

15  information, I would probably call it non --

16  non-consumptive use of that.

17     Q.    Okay.

18     A.    Albeit, again, who knows.  That

19  person might be planning to create a new

20  channel into what he wants to associate that

21  particular channel, you know, with a particular

22  address.

23          So who knows.  It depends on the

24  ultimate goal of that user.  If he wants to

25  receive tips for that particular channel,

195

CONFIDENTIAL

1  contributions to a particular address that's

2  different from the original, could he do that,

3  possibly.

4      Q.    If that person that wanted to create

5  a channel, that would be a separate blockchain

6  activity, right?  That would be a separate

7  transaction on the blockchain?

8      A.    That would be -- yes, that would be

9  like creating a new claim on the LBRY

10  blockchain.

11      Q.    So you'd be capturing that whether

12  or not you included the transfer from one

13  wallet to another?

14          MS. MECHANIC:  Objection.

15      A.    It would be -- it would be included

16  on-chain, yes.

17      Q.    Did you do anything, Doctor, to --

18  to deduct from the on-chain transaction volume,

19  transactions that were unrelated to the

20  economic uses of LBC?

21      A.    Put it this way, we -- I removed

22  obviously on-chain transfers that were related

23  to LBRY.  Right.  And we talked about it

24  before.  They may be some transactions that are

25  not related to using or exchanging information.

196

CONFIDENTIAL

1              So yeah, there may be some that --

2    that are sitting in the on-chain transaction

3    volume.

4         Q.    And those transactions would not

5    reflect the sort of end-user use of LBC as, you

6    know, for a video sharing platform, correct?

7              MS. MECHANIC:  Objection.

8         A.    I mean, hypothetically, yes.  But --

9    hypothetically speaking, yes.  But many of the

10   non-consumptive uses of LBC token are enabled

11   within -- you know, they are enabled within the

12   wallet.  So that may not -- that would be

13   cheating the cryptocurrency exchanges.

14        Q.    Okay.  Well, let's actually talk

15   about exchanges.

16              If a person who had a wallet address

17   transferred their tokens from the wallet

18   address to a digital trading platform, would

19   that cause an on-chain transaction to be

20   recorded?

21        A.    If you transfer a token from one of

22   your addresses to an address at an exchange,

23   that would be recorded on-chain, correct.

24        Q.    Okay.  And I take it -- would you

25   agree that that is not one of the economic uses

                                                    197

CONFIDENTIAL

1  of LBC that you are trying to capture with

2  on-chain transaction volume?

3      A.    It may or may not be.  If, for

4  example, you are content publisher and you

5  received a lot of tipping, a lot of tips, and

6  you want to unlock some of those received tips

7  and, you know, convert the LBC tokens into

8  let's say Tether and you transfer it to an

9  exchange to sell, is that related to an

10  economic activity, yes, it is.

11          You are taking the compensation that

12  you received for your informational service on

13  the on-chain, you just want to monetize it and

14  convert it into different currency.

15      Q.    What about a transaction like that

16  that's unrelated to a content creator?  Let's

17  say someone just buys LBC, has it in a wallet

18  address on the blockchain and then wants to

19  transfer it to an exchange to be traded.

20          Would you consider that the economic

21  activity on the LBRY network?

22          MS. MECHANIC:  Objection.

23      A.    I -- I would say there may be --

24  there may be transactions like this.  That's a

25  possibility.

                                                    198

**CONFIDENTIAL**

1    Q.    Well, can an investor who wants to

2  invest in LBC buy it on-chain instead of on the

3  exchange?

4           MS. MECHANIC:  Objection.

5    A.    Typically, purchases and trades in

6  tokens occur directly on secondary market

7  tradings.

8    Q.    Did you do anything to deduct the

9  transfers on-chain from a wallet address to an

10  exchange?

11          MS. MECHANIC:  Objection.

12   A.    I did not.  But again, as I said,

13  in -- in my experience, most of the secondary

14  market trading activity happens primarily on

15  and around the trading venues.

16          It's just -- so the -- you know, the

17  valid reason why somebody would transfer tokens

18  from their LBC in-app wallet is to monetize the

19  compensation that you received for your

20  informational services.

21   Q.    But --

22   A.    Typically -- typically, what happens

23  if you want to buy some -- if you wanted to buy

24  a token on the secondary crypto exchange, you

25  go to -- you create an account.  You transfer

199

CONFIDENTIAL

1  whatever cryptocurrency or, you know, quite

2  often, the feed of currency onto that exchange

3  and you just buy.

4          You -- you just buy that -- you

5  know, using the order book that -- that you

6  are, you know, seeing on the screen of your

7  exchange application.

8          So in most cases, that's not

9  reflected on-chain.  Because an exchange of fee

10 or cryptocurrency and then the trading happens

11 in the offset -- in the off-chain setting of

12 the exchange.

13     Q.    What's your basis for saying that,

14 Doctor?

15     A.    What is the basis of saying -- this

16 is -- this is based on looking at the activity

17 based -- and the activity and understanding the

18 way -- the way the crypto exchange is -- the

19 centralized crypto exchanges are set up.

20     Q.    In looking at your data, Dr.

21 Richard, is there any way to tell the

22 difference between when a person is cashing out

23 their LBC because they received it for

24 video-related purposes or a person is cashing

25 out their LBC because they'd like to sell it

200

CONFIDENTIAL

 1  for investment purposes?

 2          MS. MECHANIC:  Objection.

 3      A.    There is no really way to -- to

 4  distinguish between those two types of

 5  transactions.

 6      Q.    So is what you just told us about

 7  when people use exchanges based on sort of your

 8  general knowledge about blockchain?

 9      A.    General -- general expertise, yes.

10      Q.    Have you ever seen actual data that

11  explains how often someone is buying on-chain

12  versus off-chain to invest in a particular

13  crypto token?

14          MS. MECHANIC:  Objection.

15      A.    No.  I've been looking at -- I've

16  done, you know, several types of

17  investigations.  So -- and I've dealt with

18  records showing how the cryptocurrencies were

19  purchased.

20          So it is -- it is quite common to

21  purchase and trade the cryptocurrency directly

22  on the exchange.  But it is true that larger

23  investors, especially the ones who self-custody

24  their own tokens, they might engage into

25  on-chain transactions before transacting on an

                                               201

CONFIDENTIAL

1  exchange.

2      Q.    Did you do anything to deduct the

3  volume for those type of wallet holders from

4  your on-chain transaction volume?

5      A.    Can you repeat the question again?

6  I'm sorry.

7      Q.    Yes.

8            Did you do anything to deduct the

9  volume of the type of users you are talking

10 about who do large on-chain transactions from

11 the on-chain transaction volume you are

12 reporting here in Exhibit 8 -- 7 and 8?

13     A.    Generally speaking, the -- the

14 transaction amounts that occur on -- that occur

15 on-chain within the LBRY ecosystem, they're

16 small transactions.  Because they are dealing

17 with, you know, sharing information,

18 publishing, uploading, downloading, tipping.

19           I would not -- I don't believe that

20 any large investor would -- any larger investor

21 would use the platform as a tool to store

22 their -- to store their LBCs and then transfer

23 them to the exchange to sell.

24     Q.    Are you familiar with mining pools,

25 Dr. Richard?

                                            202

CONFIDENTIAL

1           MS. MECHANIC:  Objection.

2      A.    If -- can you repeat the question

3  again?  I'm sorry.

4      Q.    Sure.

5           If Exhibit 147, the on-chain

6  transaction data, does not deduct all of the

7  LBRY wallet activity, would that introduce

8  error into the results of your reporting in

9  Exhibits 5A, 5B, 6, 7A and 7B?

10          MS. MECHANIC:  Objection.

11     A.    If -- if we missed some of the LBRY

12  related activity, that's correct.

13     Q.    Okay.

14     A.    It could -- it could introduce some

15  error.

16     Q.    And does the -- the concept that the

17  whole wallet amount is transacted on-chain,

18  does that throw off your on-chain transaction

19  volume estimations for 5A, 5B, 6, 7A and 7B?

20          MS. MECHANIC:  Objection.

21     A.    In principle, it might.  But I don't

22  know the quantification of that particular

23  impact.

24     Q.    Well, you -- you want your on-chain

25  transaction volume to be measuring user

                                                    244

CONFIDENTIAL

1  activity, right?

2      A.   I'm doing the best effort to do

3  that, yes.

4      Q.   Right.

5           If a user tips one LBC to a content

6  creator, you want that to register as one LBC

7  of volume, correct?

8           MS. MECHANIC:  Objection.

9      A.   That's -- that's correct.  Yes.

10     Q.   So if -- if the transaction volume

11 that the block is recording is actually a

12 thousand LBC for that transaction because

13 there's a thousand LBC in that user's wallet,

14 your on-chain transaction volume for that

15 transaction is off, correct?

16          MS. MECHANIC:  Objection.

17     A.   Well, it depends if it goes back to

18 the change address or not.  If it's a full

19 amount, then there is no error.  If there is a

20 change address related, then one LBC recorded,

21 that would be fair representation of the -- of

22 the actual activity that happened.

23     Q.   Right.

24          For that transaction, at least as

25 you are saying, if it goes to a different

245

CONFIDENTIAL

1  address, that's a thousand times off what you

2  would want it to be?

3            MS. MECHANIC:  Objection.

4       A.    I'm not sure.  I have to look at

5  some specific examples of -- of the

6  transactional activity related to particular

7  users.

8       Q.    But you would want it to be one?  A

9  tip of one should be one on-chain transaction.

10      A.    Ideally, yes.

11      Q.    Okay.  Well, ideally, and in order

12  to make the assumption that on-chain

13  transaction volume is representative of user

14  activity, correct?

15      A.    I want to represent the user

16  activity, yeah, to the best possible way.

17 Correct.

18      Q.    Right.

19            And to do that, you need your

20 on-chain transaction volume to record the

21 amount of transaction not the total amount of

22 the wallet, correct?

23            MS. MECHANIC:  Objection.

24      A.    I definitely -- not the amount --

25 not -- not the balance of the wallet.

                                              246

**CONFIDENTIAL**

```
1        Q.    Okay.  Can I direct you to -- one
2   second.
3             Can I direct you to page 144,
4   starting on line ten.
5        A.    Line ten --
6        Q.    It's one that says 1218, then ten.
7        A.    I see line ten.
8        Q.    Can I have you read there to the end
9   of the page.
10       A.    Yup.
11                           (At this time, the witness
12                           perused the aforementioned
13                           item.)
14       A.    Okay.  I'm done reading.
15       Q.    Okay.  And do you see there that --
16   that Mr. Kauffman is testifying, in fact, that
17   he -- he -- he is asked whether there could
18   potentially be more than a thousand wallet
19   addresses associated with LBRY.
20             And he says, "You can end up with a
21   large amount of addresses with really small
22   amounts of LBC in them," correct?
23       A.    Yes.  I have read that.
24       Q.    All right.  And so does the fact
25   that there was potentially a large amount of
```

254

CONFIDENTIAL

1  LBRY wallets a concern to you when you were

2  doing your analysis of the number of wallet

3  addresses?

4          MS. MECHANIC:  Objection.

5      A.    It is not a concern on my part.

6  Because, again, the -- the quantification and

7  the timeline of the address -- cumulative

8  number of addresses is -- is -- only should be

9  taken in the context together with the analysis

10  that I performed later to show that the address

11  creation is -- is correlated and tracks in a

12  positive way the additional functionality and

13  additional utility features that are available

14  to the users on the LBRY -- on the LBRY

15  blockchain.

16          So secondly, I would also say that

17  if you look at the first exhibit, one of my

18  exhibits tracks the number of addresses with

19  non-zero balances of LBRY credits.  And by the

20  end of the period, the number of those

21  addresses is about 12 million.

22          And from -- from researching the

23  data, I do know that the number of users, let's

24  say by -- by December 2020, when the Odysee was

25  released, it was about 9 million.  So the

255

CONFIDENTIAL

1    Q.    Can I have you bring up -- first of

2   all, let me have you refresh the marked exhibit

3   folder.  I put additional marked exhibits in

4   there.

5          But for now, I'd like you to bring

6   up and download -- download and bring up the

7   spreadsheet that is Exhibit 142.

8    A.    Okay.  I opened the spreadsheet.

9    Q.    And Exhibit 142 is the -- are the

10  three worksheets that go with your Exhibits 11,

11  12 and 13, correct?  And, in fact --

12   A.    Yes.

13   Q.    11, 12, 13 and 14.

14   A.    Correct.

15   Q.    Could you open up the one that says

16  "Utility T minus one to one"?  On mine, it's

17  the middle one.

18   A.    Okay.

19   Q.    You list a bunch of utility

20  announcements here, correct?

21   A.    Yes.

22   Q.    What was your basis for choosing

23  these announcements for this analysis?

24   A.    My criterion for choosing -- for

25  choosing these announcements was if they

                                              260

CONFIDENTIAL

1  related to some -- some features that were

2  available or were becoming available to the

3  users of the LBRY data sharing network.

4      Q.    Okay.  And then going over to LBRY

5  team, you list a number of team announcements.

6          What was your criteria for selecting

7  these?

8      A.    The criteria, I believe I list them

9  in the report.  These are the announcements

10 that relate to staffing changes that relate to

11 LBRY, you know, publishing some performance

12 summaries or recapping the -- the development

13 or the road maps for the future development.

14 Some partnership that may announce -- that the

15 LBRY is going to partner with.  You know, other

16 types of initiatives.

17         So again, these -- these are the

18 ones that do not necessarily deal with utility

19 upgrades or utility introductions that make

20 additional user operations possible on -- on

21 the data sharing network.

22     Q.    Did you say you don't deal with

23 those?

24     A.    I'm sorry?

25     Q.    Did you say I do not deal with those

261

CONFIDENTIAL

1   or I do deal with those?

2       A.    No.   These -- these are the types of

3   announcements -- the ones that I call LBRY team

4   announcements are the ones that do not deal

5   with utility improvements or upgrades or either

6   functionality that is -- that's becoming

7   available to the user base which are

8   participating in the LBRY community.

9       Q.    Okay.  If you look at the LBRY News

10  web page starting on 7/6/16, there are 219

11  posts in total.  You include about 55 unique

12  posts between Exhibit 11 and 13.

13          What was your basis for rejecting

14  the other three-quarters of the post from your

15  analysis?

16          MS. MECHANIC:  Objection.

17      A.    I chose in terms of the utility, I

18  did my best to select sort of important

19  upgrades and features that were announced

20  over -- over the course of the time.

21          And -- and in terms of the LBRY

22  team, again, I selected the ones that I could

23  clearly identify that they deal with sort of

24  strategy and -- and staffing changes and to the

25  extent that they -- you know, they encompass

262

CONFIDENTIAL

1  pretty wide range of dates.  This is what I

2  used to -- to do this analysis.

3       Q.    Is it your opinion that the other

4  posts don't contain news that might potentially

5  affect the price of LBC?

6            MS. MECHANIC:  Objection.

7       A.    I have to -- I had to make a

8  judgment.  And my judgment was that these are

9  the ones that should be used -- you know,

10 should be used for this analysis.

11      Q.    Dr. Richard, you said you had to

12 make a judgment.

13           Why?  Why couldn't you test all of

14 the announcements?

15      A.    Some -- some of them -- well,

16 because I had to categorize them into two

17 distinction categories.  One of them are

18 related to what I call LBRY team and others

19 related to utility, utility over utility

20 improvements.

21           So I decided to test the ones that

22 show up in these two exhibits.

23      Q.    In fact, you could have tested all

24 the announcements, correct?

25           MS. MECHANIC:  Objection.

263

CONFIDENTIAL

1      A.    Hypothetically -- hypothetically

2   speaking, yes.

3      Q.    So what are the criteria that you

4   used to determine which ones were the important

5   announcements?

6           MS. MECHANIC:  Objection.  Asked and

7   answered.

8      A.    I'm not saying that they are

9   important.  I'm saying that these are the ones

10  that are analyzed and examined and determine

11  that they can be broken into the two categories

12  that I ran my analysis on.

13     Q.    Dr. Richard, did you collect the

14  news for yourself or did you have one of your

15  team do it?

16     A.    I used the team -- I used the

17  team of -- I used the team to help me to do

18  that, yes.

19     Q.    And did the team give you all 219

20  posts or did they give you a subset of those

21  posts?

22     A.    I do not -- I do not recall, to be

23  honest.

24     Q.    You don't know whether they gave you

25  all of the posts or not?

264

1          A.    No, I do not.

2          Q.    Who on your team pulled the posts?

3          A.    One of the consultants.

4          Q.    Which one of the consultants?

5          A.    I believe Ismail Sheik was -- was

6    working on this assignment.

7                MS. MECHANIC:  Marc, the 219 figure,

8    are you representing that's the number of posts

9    or is there a website we should be looking at?

10               MR. JONES:  Well, I'm not

11   introducing the website at this point.  But I'm

12   looking at the LBRY News web page, starting

13   from 7/6/16 forward.

14               MS. MECHANIC:  Okay.

15         Q.    Dr. Richard, who classified

16   important versus not -- excuse me.

17               Who decided which of the posts

18   posted on LBRY News web page would be analyzed

19   in your Exhibits 11 and 13?

20         A.    I'm the one who reviewed it and

21   decided that I'm using it in my -- in my

22   analysis.

23         Q.    Okay.  But you just said that you

24   were not sure whether or not you received all

25   219 posts, correct?

                                                    265

```
 1              MS. MECHANIC:  Objection.
 2       A.     Yeah, I do not recall the specifics
 3  of that.  I might have received -- I do know
 4  that -- I do know that I reviewed, you know,
 5  more -- more announcements that were -- that
 6  are part of this particular analysis.
 7       Q.     And you rejected some?
 8              MS. MECHANIC:  Objection.
 9       A.     To the best of my recollection, I
10  did.
11       Q.     Did you give your team any guidance
12  on how to classify the posts?
13              MS. MECHANIC:  Objection.
14       A.     We had a discussion and I
15  specifically -- I specifically told them sort
16  of the criteria by which they should do sort of
17  preliminary run and identify these
18  announcements.
19              So, for example, I said if the LBRY
20  team announcements that are related to staffing
21  changes, road maps, sometimes summary
22  performances, some of the partnerships, they
23  have to be definitely analyzed.
24              And then I specified on the other
25  hand, the announcements that deal with utility
```

                                                    266

CONFIDENTIAL

1    upgrades, new versions, introductions of new

2    functionality, has to be classified as the

3    other one, in the other category.

4         Q.    How many members of your team were

5    involved in classifying the news posts?

6         A.    There was one member of my team

7    involved.

8         Q.    And you only took news post from the

9    LBRY website, correct?

10        A.    That is correct.  Yes.

11        Q.    What did you do to mitigate the

12   possibility that by only taking news from the

13   LBRY website, your analysis would suffer from

14   the selection bias of what LBRY chose to

15   publish and when it chose to publish it?

16        A.    Can you repeat the question?

17        Q.    Sure.

18              What did you do to mitigate the

19   possibility that by only taking news from the

20   LBRY website, your analysis would suffer from

21   selection bias of what LBRY chose to publish

22   and when it chose to publish it?

23              MS. MECHANIC:  Objection.

24        A.    I did not necessarily see any

25   selection bias.  They thought -- the LBRY was

267

**CONFIDENTIAL**

 1   very clear about the upgrades and changes.  And

 2   they were always focused on delivering the new

 3   functionality and the new utility to the

 4   community.

 5           So there was no reason for me to

 6   believe that they would hide or hold back some

 7   increment -- some incremental improvements or

 8   large improvements to their -- to their

 9   blockchain.

10           So -- and based on, you know, my

11   review of their postings, they were also quite

12   diligent about updating the community about

13   what they do in terms of the partnerships

14   and -- and staffing changes and other

15   initiatives that are not related to the utility

16   of the blockchain and the services that our

17   users have access to.

18       Q.   Dr. Richard, do you experience that

19   companies always publish -- voluntarily publish

20   the bad news about themselves?

21           MS. MECHANIC:  Objection.

22       A.   I did -- I did not look at that

23   issue.  And I don't see why -- how it's

24   relevant to this particular analysis.

25       Q.   Well, let me ask you this,

268

CONFIDENTIAL

1  measure of a -- of the statistical fit.

2      Q.    Okay.

3      A.    Over particular -- over particular

4  regression model.  So the -- it's the fraction

5  of the total variation and the variable that's

6  explained -- that's explained by the -- that's

7  explained by the explanatory variable.

8      Q.    Okay.  So let's look about midway

9  through your report, can you go out to column

10  GW.

11     A.    GW?

12     Q.    G as in George, W as in water.

13           MS. MECHANIC:  Not Washington?

14           MR. JONES:  That would have been

15  better, Rachel.  Thank you.  I'm in trouble

16  because my sister went to GW.

17           MS. MECHANIC:  As did I.

18     A.    Okay.

19     Q.    Okay.  What's the R squared in

20  column GW?

21     A.    .01.

22     Q.    So one percent?

23     A.    That's correct.

24     Q.    And does that mean for this

25  estimation period, which goes between 11/7/2019

307

**CONFIDENTIAL**

1    and 2/5/20, that the change in Bitcoin price

2    explains 1.3 percent of the change in LBC

3    price?

4         A.    Generally speaking, yes.

5         Q.    All right.  And then going over to

6    column GZ, there's two percent, correct?

7         A.    GZ -- yes.

8         Q.    Then going back to column GT, it's

9    1.5 percent, correct?

10        A.    Yes.

11        Q.    So for these time periods at least,

12   the change in Bitcoin price is explaining very

13   little of the variation in LBC price, correct?

14             MS. MECHANIC:  Objection.

15        A.    The Bitcoin -- the Bitcoin did --

16   did explain very little of the LBC price token

17   performances.

18        Q.    All right.  So if the Bitcoin

19   change -- price change is explaining

20   two percent of the variation in LBC price, then

21   presumably, something else or a set of

22   somethings else is explaining the other

23   98 percent, correct?

24        A.    For that particular day, yes.

25        Q.    All right.  You see there's also

                                                   308

CONFIDENTIAL

1          Q.     Doctor, I'm asking, I think, a

2    different question.  And let me try to put it

3    to you another way.  See if I can get at it.

4                 Should your model remove the T minus

5    one day, the T day, and the T plus one day from

6    the estimation window in order to remove the

7    effect of the announcement from the results in

8    the estimation window?

9                 MS. MECHANIC:  Objection.

10         Q.     Do you know, Doctor?

11         A.     Yes.

12         Q.     Did you say yes?

13         A.     I said yes.  Yes.  Yes.  Yes.

14         Q.     So if you look down column G as in

15   George, V as in Victor, and you look down to

16   column -- row 45, you see 12/12/2019?

17         A.     Which tab are we looking at?

18         Q.     The regression prep tab.

19         A.     Okay.

20         Q.     All right.  So you see that in line

21   45 GV as in Victor 45, it has 12/12/2019?

22         A.     Yes, I do.

23         Q.     And then the next row has

24   12/14/2019?

25         A.     Yes.

313

1        Q.    So does that tell you that when you

2    made this model, you and your team only removed

3    the day of the event and not the day before or

4    after?

5              MS. MECHANIC:  Objection.

6        A.    I'm not -- I'm not sure sitting and

7    looking at this right now because I see other

8    entries where two days were reviewed.  So -- I

9    have --

10       Q.    Two days seeing reviewed.

11       A.    Well, for example, 12/18/2019, and

12   then the next one is 12/21/2019.

13       Q.    Okay.  So --

14       A.    There are two observations are

15   removed here.  So sitting in this chair right

16   now, I can not tell you exactly why -- you

17   know, if -- if it was a three-day period

18   removed from this particular set up.

19       Q.    You have your exhibits in front of

20   you, sir?

21             Actually, you don't even need

22   that --

23       A.    I just switched to --

24       Q.    Can you go to the announcements

25   worksheet in the same Exhibit 143?

                                                    314

CONFIDENTIAL

1      A.    Yes.  Okay.

2      Q.    And you see here looking at in rows

3  61 and 62 the reason that -- there are two

4  events, one on 12/19/19 and 12/20/2019, that

5  you are analyzing?

6      A.    I do see that.  Yes, I do see that.

7      Q.    Right.

8            And so does that explain why there

9  are two days removed in -- in -- in the time

10 period we were just looking at in the

11 regression prep worksheet?

12     A.    No.  I'm not sure.  I cannot -- I'm

13 not prepared to answer this question.  As to

14 whether this particular event is related to the

15 fact that one observation was removed.

16     Q.    So you don't know whether or not one

17 day was removed or three days was removed?

18           MS. MECHANIC:  Objection.

19     A.    Looking at this spreadsheet now, no,

20 I do not.  My instruction that I gave was very

21 clear.

22     Q.    But three days should have been

23 removed, correct?  That was the clear

24 instruction that you gave?

25     A.    I believe so, yes.

315

 1          Q.    And if you have not -- if your

 2    team -- let's put it on your team now, I guess.

 3               If your team has not removed

 4    three days, then your estimation windows are

 5    miscalculating what is needed for the abnormal

 6    return, correct?

 7               MS. MECHANIC:  Objection.

 8          A.    They may or they may or may not.  So

 9    depending on the -- depending on the size of

10    the sample -- depending on the size of the

11    sample period.

12          Q.    Well, your sample periods are

13    30 days and 90 days, correct?

14          A.    That is correct.

15          Q.    So in either sample, you are

16    including two days that the news that you are

17    analyzing is effecting in trying to establish

18    the baseline against which you are judging it.

19               MS. MECHANIC:  Objection.

20          A.    I'm sorry.  Can you repeat again?

21          Q.    Well, in your estimation windows,

22    you are including two days where you say that

23    the news affects the price or potentially

24    affects the price.

25          A.    Three days.

316

**CONFIDENTIAL**

1  estimate the coefficient for the later date,

2  which it's not, then yes, it could be used.

3      Q.    Through the method you are using

4  here?

5      A.    I'm sorry?

6      Q.    Through the methodology that you are

7  using here in your exhibits?

8      A.    That is correct.

9      Q.    Dr. Richard, what's the null

10  hypothesis that you are testing with your event

11  study?

12      A.    What's the null hypothesis?  The

13  null hypothesis is that there is no impact --

14  the null hypothesis is that there's no impact

15  of a particular announcement or the particular

16  type of announcement on the price performance.

17  That's a null hypothesis.

18      Q.    Does a -- does the lack of a

19  statistically significant result disprove the

20  null hypothesis?

21      A.    Can you repeat the question?

22      Q.    Does the lack of a statistically

23  significant result disprove the null

24  hypothesis?

25      A.    Are you talking about the type one,

322