

EXHIBIT L

| Date | Author | News | Source | Richard LBRY Team news (Ex.11) | Richard LBRY Utility news (Ex. 13) |
|---|---|---|---|---|---|
| 7/6/2016 | Samuel Bryan | LBRY Credits Listed on First Exchange! Liquidity Ensues! | LBRY news | | July-6-2016-lbry-credits-on-bittrex.html |
| 7/11/2016 | Samuel Bryan | The Mysterious 100K LBC Transaction: Revealed! | LBRY news | | |
| 7/15/2016 | Mike Vine | $1.2B Market Cap and We Don't Care | LBRY news | July-15-2016-1.2b-market-cap-we-dont-care.html | |
| 7/20/2016 | Samuel Bryan | LBRY Launch A Disaster | LBRY news | | |
| 7/26/2016 | Samuel Bryan | Walking a Day in Venezuelan Shoes | LBRY news | | |
| 8/4/2016 | Samuel Bryan | You Can Now Publish on LBRY (& Earn $1,000) | LBRY news | | Aug-4-2016-publish-tools-live-earn-1000-dollars.html |
| 8/8/2016 | Samuel Bryan | ShapeShift Adds LBRY Credits! Instant Conversion to Bitcoin, Ethereum, and More | LBRY news | | Aug-8-2016-shapeshift-adds-lbc.html |
| 8/10/2016 | Samuel Bryan | LBRY Brings You the Fight of the Century | LBRY news | | |
| 8/11/2016 | Samuel Bryan | Adult Swim's Million Dollar Extreme Joins LBRY | LBRY news | | |
| 8/18/2016 | Samuel Bryan | Be Like Boba Fett – Earn Bounties for Helping LBRY Grow | LBRY news | | Aug-18-2016-lbry-bounties.html |
| 8/22/2016 | Samuel Bryan | LBRY Re-Weighting Massive Beta Waiting List | LBRY news | | |
| 8/25/2016 | Samuel Bryan | UI & Publishing Tools Upgrade with Reflector | LBRY news | | Aug-25-2016-ui-publishing-tools-upgrades.html |
| 8/26/2016 | Samuel Bryan | Kinda Sketchy, Totally Legit | LBRY news | | |
| 8/29/2016 | Samuel Bryan | NSFW: LBRY Bares All (Then Quickly Covers Up) | LBRY news | | Aug-29-2016-nsfw-lbry-settings.html |
| 8/31/2016 | Samuel Bryan | Content Without Borders | LBRY news | | |
| 9/1/2016 | Samuel Bryan | #NewKidsOnTheBlockchain Thursday: Indie Rockers from Ukraine & Classical Singing de la Spain | LBRY news | | |
| 9/7/2016 | Samuel Bryan | $500K in VC Funds from Pillar et al | LBRY news | Sept-7-2016-500k-vc-funds-pillar.html | |
| 9/8/2016 | Reilly Smith | All Mashed Up | LBRY news | | |
| 9/15/2016 | Reilly Smith | Storytelling Art 101 | LBRY news | | |
| 9/20/2016 | Samuel Bryan | LBRY's New Media Advisor: An Artist, A Businessman, A Gentleman | LBRY news | Sept-20-2016-ray-carballada-media-advisor.html | |
| 9/22/2016 | Reilly Smith | Skate, Relax, Enjoy | LBRY news | | |
| 9/28/2016 | Mike Vine | Answers to the Big Questions from Our Reddit AMA | LBRY news | | |
| 9/29/2016 | Reilly Smith | It's a Bird, It's a Plane, It's Pub Domain Superman! | LBRY news | | |
| 10/5/2016 | Samuel Bryan | Credit Policy and 3rd Quarter Credit Report | LBRY news | | |
| 10/6/2016 | Reilly Smith | Will the Real Slim Shady Please Sit Down | LBRY news | | |
| 10/10/2016 | Samuel Bryan | Meet the Least Interesting Guy on the LBRY Team | LBRY news | Oct-10-2016-alex-liebowitz.html | |
| 10/11/2016 | Jeremy Kauffman | How Is LBRY different from iTunes, Storj, YouTube, BitTorrent and Others? | LBRY news | | |
| 10/13/2016 | Reilly Smith | Shoutout to All You trailblazers | LBRY news | | |
| 10/17/2016 | Jeremy Kauffman | Open Beta? New Features? Keep Your Eye on the LBRY Roadmap | LBRY news | Oct-17-2016-roadmap.html | |
| 10/20/2016 | Reilly Smith | Braaains! | LBRY news | | |
| 10/25/2016 | Jeremy Kauffman | LBRY now on Windows. Bringing Blockchain Video to the Masses. | LBRY news | | Oct-25-2016-lbry-windows.html |
| 10/27/2016 | Reilly Smith | Fall in Love with Medusa | LBRY news | | |
| 11/3/2016 | Reilly Smith | Crudely Satisfying | LBRY news | | |
| 11/10/2016 | Reilly Smith | Political Action via Creation | LBRY news | | |
| 11/15/2016 | Jeremy Kauffman | Acryptypical: The CEO of LBRY on the Price of LBC | LBRY news | | |
| 11/17/2016 | Reilly Smith | Ceci n'est pas une pipe | LBRY news | | |

| Date | Author | News | Source | Richard LBRY Team news (Ex.11) | Richard LBRY Utility news (Ex. 13) |
|---|---|---|---|---|---|
| 12/1/2016 | Reilly Smith | Listen Up | LBRY news | | |
| 12/8/2016 | Reilly Smith | Tis the Season | LBRY news | | |
| 12/12/2016 | Jeremy Kauffman | Adult Swim Cancels Show For Supporting Trump. We're Happy to Have Them. | LBRY news | | |
| 12/15/2016 | Reilly Smith | Freedom.fm | LBRY news | Dec-15-2016-freedomfm.html | |
| 12/22/2016 | Reilly Smith | Santa is Real | LBRY news | | |
| 12/29/2016 | Reilly Smith | Stay Positive | LBRY news | | |
| 1/5/2017 | Reilly Smith | New Year, New Crypto | LBRY news | | |
| 1/12/2017 | Reilly Smith | Art is Theft | LBRY news | | |
| 1/19/2017 | Reilly Smith | Movie Soup for the Soul | LBRY news | | |
| 1/26/2017 | Reilly Smith | Masterclass Blast | LBRY news | | |
| 1/26/2017 | Jeremy Kauffman | Testimony to the New Hampshire Statehouse on Virtual Currencies | LBRY news | | |
| 2/2/2017 | Reilly Smith | Watching the Watchers of the Watchers | LBRY news | | |
| 2/9/2017 | Reilly Smith | Crypto, Crypto, Crypt0! | LBRY news | | |
| 2/16/2017 | Reilly Smith | WANTED: Open Libraries | LBRY news | | |
| 2/23/2017 | Reilly Smith | Integrity 2.0 | LBRY news | | |
| 3/2/2017 | Reilly Smith | Filthy Casual | LBRY news | | |
| 3/8/2017 | Jeremy Kauffman | We're on the Verge of Complete Cryptocurrency Deregulation | LBRY news | | |
| 3/9/2017 | Reilly Smith | Play No Evil | LBRY news | | |
| 3/15/2017 | Jeremy Kauffman | 20,000 World-class University Lectures Made Illegal, So We Irrevocably Mirrored Them | LBRY news | | |
| 3/16/2017 | Reilly Smith | Pew Pew Bang Bang | LBRY news | | |
| 3/16/2017 | SlashDot | Berkley didn't do this to be jerks | | | |
| 3/23/2017 | Reilly Smith | Ragequit the NoobTube | LBRY news | | |
| 3/24/2017 | Jeremy Kauffman | Watch LBRY Program Live & Beta Updates | LBRY news | | |
| 3/29/2017 | | LBRY Program Live | LBRY news | | |
| 3/30/2017 | Reilly Smith | This Game of Yours | LBRY news | | |
| 4/6/2017 | Reilly Smith | r/JustRolledIntoTheShop | LBRY news | | |
| 4/13/2017 | Reilly Smith | He Did The Math | LBRY news | | |
| 4/20/2017 | Reilly Smith | Get Lit on Rhymes | LBRY news | | |
| 4/27/2017 | Reilly Smith | Meet Your Maker | LBRY news | | |
| 5/4/2017 | Reilly Smith | Supergreen | LBRY news | | |
| 5/11/2017 | Reilly Smith | …it isn't free | LBRY news | | |
| 5/11/2017 | Reilly Smith | Rationale | LBRY news | | |
| 5/25/2017 | Reilly Smith | Coinslaught | LBRY news | | |
| 6/1/2017 | Reilly Smith | Trailer Park Punks | LBRY news | | |
| 6/2/2017 | Samuel Bryan | Coinomi Wallet Integration | LBRY news | | June-2-2017-coinomiwallet.html |
| 6/8/2017 | Reilly Smith | Pass the Juice | LBRY news | | |
| 6/15/2017 | Reilly Smith | Strumming up a Storm | LBRY news | | |
| 6/23/2017 | Reilly Smith | The Root of All Good | LBRY news | | |
| 6/29/2017 | Reilly Smith | Young Gun | LBRY news | | |
| 7/6/2017 | Reilly Smith | Inspire. Educate. Connect. | LBRY news | | |

| Date | Author | News | Source | Richard LBRY Team news (Ex.11) | Richard LBRY Utility news (Ex. 13) |
|---|---|---|---|---|---|
| 7/13/2017 | Reilly Smith | Throwback Throwdown | LBRY news | | |
| 7/21/2017 | Reilly Smith | The Maker's Mark | LBRY news | | |
| 7/27/2017 | Reilly Smith | Verbal Violence | LBRY news | | |
| 7/31/2017 | Jeremy Kauffman | Pop-Up Open Beta | LBRY news | | July-31-2017-popup-open-beta.html |
| 8/3/2017 | Reilly Smith | #LBRYcast Evolution | LBRY news | | |
| 8/10/2017 | Reilly Smith | Game Smarter, Not Harder | LBRY news | | |
| 8/17/2017 | Reilly Smith | Pls Explain, Thx | LBRY news | | |
| 8/24/2017 | Reilly Smith | Kernels of Truth | LBRY news | | |
| 8/31/2017 | Jeremy Kauffman | Latest LBRY App Adds New First Run, Wallet, Invites, Rewards and More | LBRY news | | Aug-31-2017-lbry-release-first-run-wallet-invites-rewards.html |
| 8/31/2017 | Reilly Smith | Real Talk | LBRY news | | Aug-31-2017-lbry-release-first-run-wallet-invites-rewards.html |
| 9/21/2017 | Reilly Smith | buy it, use it, break it, fix it | LBRY news | | Sept-21-2017-new-lbry-version-with-tipping.html |
| 9/21/2017 | Samuel Bryan | Latest LBRY App Adds Tipping, Themes, and More | LBRY news | | Sept-21-2017-new-lbry-version-with-tipping.html |
| 9/28/2017 | Reilly Smith | React. Or don't. | LBRY news | | |
| 10/5/2017 | Reilly Smith | Real Particles Ride Waves | LBRY news | | |
| 10/12/2017 | Reilly Smith | modular thought | LBRY news | | Oct-12-2017-new-lbry-version-with-search.html |
| 10/12/2017 | Samuel Bryan | LBRY v0.17 Has What You've Been Searching For | LBRY news | | Oct-12-2017-new-lbry-version-with-search.html |
| 10/19/2017 | Reilly Smith | farting in our direction | LBRY news | | |
| 10/26/2017 | Reilly Smith | cut chemistry | LBRY news | | ` |
| 10/30/2017 | Brinck Slattery | Always GIF Responsibly: Introducing Spee.ch | LBRY news | | Oct-30-2017-always-gif-responsibly.html |
| 10/30/2017 | Brinck Slattery | #MemeSafe | LBRY news | | Oct-30-2017-always-gif-responsibly.html |
| 11/10/2017 | Reilly Smith | Derivative Originality | LBRY news | | |
| 11/13/2017 | Samuel Bryan | LBRY v0.18 is Trending Towards Greatness | LBRY news | | |
| 11/17/2017 | Reilly Smith | Zero Confirmation Bias | LBRY news | | |
| 11/24/2017 | Samuel Bryan | Howl With Us | LBRY news | | |
| 11/24/2017 | Reilly Smith | Nono LoL | LBRY news | | |
| 11/30/2017 | Reilly Smith | The Crypto Chronosphere | LBRY news | | |
| 12/10/2017 | Samuel Bryan | It's A Very Special Holiday Special Movie Night | LBRY news | | |
| 12/11/2017 | Samuel Bryan | LBRY v0.19 Is Shifting Into High Gear | LBRY news | | Dec-11-2017-lbry-shifting-into-high-gear.html |
| 12/12/2017 | Samuel Bryan | Development and Community Update | LBRY news | | |
| 12/14/2017 | Reilly Smith | The Rubin Report and LBRY present YouTube Week | LBRY news | | |
| 12/14/2017 | Samuel Bryan | Stop Net Banality | LBRY news | | |
| 12/21/2017 | Reilly Smith | The Boom Bust Boom | LBRY news | | |
| 1/8/2018 | Jeremy Kauffman | Why Do Tech Giants Abuse Their Users? | LBRY news | | |
| 1/10/2018 | Jeremy Kauffman | Blockchain Is Love, Blockchain Is Life | LBRY news | | |
| 1/16/2018 | Brinck Slattery | How Ads Wrecked Entertainment (And What You Can Do About It) | LBRY news | | |
| 1/17/2018 | Brinck Slattery | The Birth Of Entertainment | LBRY news | | |
| 1/25/2018 | Reilly Smith | Choose your own adventure | LBRY news | | |
| 1/30/2018 | Brinck Slattery | Verified Awesome | LBRY news | | |
| 1/31/2018 | Jeremy Kauffman | Looking Back and Moving Forward: LBRY in 2017/2018 | LBRY news | Jan-31-2018-lbry-in-2017-2018.html | |

| Date | Author | News | Source | Richard LBRY Team news (Ex.11) | Richard LBRY Utility news (Ex. 13) |
|---|---|---|---|---|---|
| 2/1/2018 | · | Development and Community Update January 2018 | LBRY news | | |
| 2/8/2018 | Reilly Smith | Rock softly and carry a big guitar | LBRY news | | |
| 2/22/2018 | Reilly Smith | Clash Cash | LBRY news | | |
| 3/1/2018 | · | Development and Community Update February 2018 | LBRY news | | |
| 3/1/2018 | Reilly Smith | The Stand | LBRY news | | |
| 3/22/2018 | Brinck Slattery | If you still haven't found what you're searching for... | LBRY news | | |
| 4/3/2018 | · | Development and Community Update March 2018 | LBRY news | | |
| 4/5/2018 | Reilly Smith | Hey, mine your own business! | LBRY news | | |
| 5/4/2018 | Samuel Bryan | Development and Community Update April 2018 | LBRY news | | |
| 5/11/2018 | Samuel Bryan | We're Hiring Our Boss | LBRY news | May-11-2018-we-are-hiring-our-boss.html | |
| 5/24/2018 | · | What is Chainquery | LBRY news | | May-24-2018-what-is-chainquery.html |
| 5/31/2018 | Kay Kurokawa | Forking for ASIC Resistance: A Monero Case Study | LBRY news | | |
| 6/5/2018 | Alex Grintsvayg | HF1807: A Hard Fork on July 9th, 2018 | LBRY news | | |
| 6/7/2018 | Samuel Bryan | Development and Community Update May 2018 | LBRY news | | |
| 6/14/2018 | Brinck Slattery | LBRY.fund is Live | LBRY news | June-14-2018-lbry-fund-launches.html | |
| 6/25/2018 | Samuel Bryan | A is for Austen | LBRY news | | June-25-2018-austen.html |
| 6/25/2018 | Sean Yesmunt | LBRY Austen: A Developers Perspective | LBRY news | | June-25-2018-austen.html |
| 7/6/2018 | Samuel Bryan | Development and Community Update June 2018 | LBRY news | | |
| 7/9/2018 | | HF1807: A Hard Fork | LBRY news | | |
| 7/11/2018 | | Update 2018-07-11 9:51am EST: The fork is live. | LBRY news | | |
| 7/25/2018 | Brinck Slattery | LBRY Desktop App Has Leveled Up | LBRY news | | July-25-2018-app-release-023.html |
| 8/8/2018 | Samuel Bryan | Development and Community Update July 2018 | LBRY news | | |
| 8/20/2018 | James Biller | Is Everything Better On The Blockchain? | LBRY news | | |
| 8/29/2018 | Brinck Slattery | Something Wicked Cool This Way Comes | LBRY news | | Aug-29-2018-something-wicked-cool-this-way-comes.html |
| 9/6/2018 | James Biller | The LBRY Economy | LBRY news | | |
| 9/12/2018 | Rob Smith | Why Is LBRY Mobile Only On Android? | LBRY news | | |
| 9/17/2018 | Brinck Slattery | LBRY In Your Pocket | LBRY news | | Sept-17-2018-lbry-in-your-pocket.html |
| 9/19/2018 | Samuel Bryan | Community Update August/September 2018 | LBRY news | | |
| 9/20/2018 | Sean Yesmunt | LBRY Is Not An App | LBRY news | | |
| 10/1/2018 | Brinck Slattery | Hacktoberfest! | LBRY news | | |
| 10/5/2018 | · | Development Update Aug/Sept 2018 | LBRY news | | |
| 10/30/2018 | Brinck Slattery | 3 Rules To Find The Best YouTube Alternative | LBRY news | | |
| 11/1/2018 | Samuel Bryan | Community Update October 2018 | LBRY news | | |
| 11/1/2018 | Brinck Slattery | To Hacktoberfest and Beyond! | LBRY news | | |
| 12/5/2018 | Brinck Slattery | LBRY and the Anti-Media Team Up To Stop Censorship | LBRY news | Dec-5-2018-anti-media.html | |
| 12/7/2018 | Brinck Slattery | What To Look For In a Spotify Alternative | LBRY news | | |
| 12/11/2018 | Brinck Slattery | C is For Clarke | LBRY news | | Dec-11-2018-c-is-for-clarke.html |
| 12/17/2018 | Rob Smith | A Thankful New Year | LBRY news | | |
| 12/18/2018 | · | Development Update for November/December 2018 | LBRY news | | |
| 1/3/2019 | Brinck Slattery | What Is Thingiverse? | LBRY news | | |
| 1/7/2019 | Rob Smith | Join The Revolt | LBRY news | | |
| 1/15/2019 | Brinck Slattery | LBRY is turning 0.27.0 | LBRY news | | Jan-15-2019-lbry-is-turning-27.html |

| Date | Author | News | Source | Richard LBRY Team news (Ex.11) | Richard LBRY Utility news (Ex. 13) |
|---|---|---|---|---|---|
| 1/22/2019 | Rob Smith | Phase 2 Begins With You | LBRY news | | |
| 1/31/2019 | Brinck Slattery | Our Android Is Getting Smarter | LBRY news | | |
| 2/5/2019 | Brinck Slattery | Bring a Friend to LBRY! | LBRY news | | Feb-5-2019-bring-a-friend-to-lbry.html |
| 2/6/2019 | Jeremy Kauffman | Looking Back and Moving Forward: LBRY in 2018/2019 | LBRY news | Feb-6-2019-lbry-in-2018-2019.html | |
| 2/13/2019 | Samuel Bryan | Community Update January/February 2019 | LBRY news | | |
| 2/19/2019 | Alex Grintsvayg | HF1903: A Hard Fork on March 21st, 2019 | LBRY news | | |
| 2/20/2019 | Jeremy Kauffman | Introducing lbry.tech and the LBRY Spec | LBRY news | | Feb-20-2019-lbrytech.html |
| 2/21/2019 | Brinck Slattery | LBRY Evolves: Introducing LBRY Darwin | LBRY news | | Feb-21-2019-lbry-evolves.html |
| 3/14/2019 | · | Development Update for February 2019 | LBRY news | | |
| 3/26/2019 | Samuel Bryan | Claim Trie Memory Reduction | LBRY news | | |
| 3/29/2019 | Samuel Bryan | LBRY Joins Binance Transparency Initiative V Label | LBRY news | Mar-29-2019-binance.html | |
| 5/14/2019 | Brinck Slattery | Balls In The Air = Crypto In Your Wallet | LBRY news | | |
| 5/16/2019 | Brinck Slattery | LBRY Enters Its Mid-30s | LBRY news | | May-16-2019-32-skidoo.html |
| 5/20/2019 | Samuel Bryan | Community Update May 2019 | LBRY news | | |
| 7/24/2019 | Brinck Slattery | Set Sail For Discovery With LBRY Erikson! | LBRY news | | July-24-2019-erikson-sets-sail.html |
| 7/31/2019 | · | Development Update for June/July 2019 | LBRY news | | |
| 8/12/2019 | Samuel Bryan | Community Update August 2019 | LBRY news | | Aug-12-2019-launch-into-andromeda.html |
| 8/12/2019 | Brinck Slattery | Launch Into LBRY Android Andromeda | LBRY news | | Aug-12-2019-launch-into-andromeda.html |
| 8/15/2019 | Brinck Slattery | Franklin Has Been Minted | LBRY news | | Aug-15-2019-franklin-is-minted.html |
| 9/10/2019 | · | Development Update for August 2019 | LBRY news | | |
| 9/10/2019 | Jeremy Kauffman | What Is Censorship Resistance, And Why Does It Matter? | LBRY news | | |
| 9/10/2019 | Samuel Bryan | LBRY Blockchain Update | LBRY news | | |
| 9/26/2019 | Julie Sigwart | September 2019 LBRY Community Report | LBRY news | | Sept-26-2019-butterfly-flits-onto-the-scene.html |
| 9/26/2019 | Brinck Slattery | LBRY Butterfly Flits Onto The Scene | LBRY news | | Sept-26-2019-butterfly-flits-onto-the-scene.html |
| 10/1/2019 | Jeremy Kauffman | Hacktoberfest 2019! | LBRY news | | |
| 10/3/2019 | Alex Grintsvayg | HF1910: A Blockchain Hard Fork on October 30th, 2019 | LBRY news | | |
| 10/4/2019 | Brinck Slattery | Fly into the future with LBRY Galileo | LBRY news | | Oct-4-2019-galileo.html |
| 10/11/2019 | · | Development Update for September 2019 | LBRY news | Oct-11-2019-swarm-intro.html | |
| 10/11/2019 | Julie Sigwart | The Buzz about the Swarm Program | LBRY news | Oct-11-2019-swarm-intro.html | |
| 10/16/2019 | Samuel Bryan | When Life Gives You Lemons, Make Bespoke Artisanal Lemonade While Listening To Hip Indie Beats | LBRY news | | |
| 10/18/2019 | Samuel Bryan | We Accomplished What The Physicists Couldn't: Unification | LBRY news | | Oct-18-2019-unification.html |
| 10/23/2019 | Samuel Bryan | Hands Off Your ****, Even If You Trip | LBRY news | | |
| 10/25/2019 | Julie Sigwart | October 2019 LBRY Community Report | LBRY news | | |
| 10/30/2019 | Samuel Bryan | Darkness Prevails Tells Chilling Tales With Spooky Detail | LBRY news | | |
| 11/4/2019 | Samuel Bryan | LBRY Doppler Brings Notifications to Android | LBRY news | | Nov-4-2019-doppler.html |
| 11/6/2019 | Samuel Bryan | Two Scoops of Linux Keeps You Full of Freedom All Day Long | LBRY news | | |
| 11/8/2019 | Samuel Bryan | Hacktoberfest is Hacktover: 2019 Wrap-Up | LBRY news | | |
| 11/11/2019 | · | Development Update for October 2019 | LBRY news | | |
| 11/13/2019 | Samuel Bryan | Is This Racism? Or Social Justice? A Debate in Debate | LBRY news | | |

| Date | Author | News | Source | Richard LBRY Team news (Ex.11) | Richard LBRY Utility news (Ex. 13) |
|---|---|---|---|---|---|
| 11/20/2019 | Samuel Bryan | Thanksgiving with LBRY - DO NOT CLICK IF YOU ARE HUNGRY | LBRY news | | |
| 11/27/2019 | Samuel Bryan | LBRY Creator @DadReviews Reviews Products From Dad Perspective; Is Reviewed By Dad In Turn | LBRY news | | |
| 12/4/2019 | Samuel Bryan | Crypto Tips resolves decades old Nobel economics puzzle and/or just makes some honest crypto videos, we're not sure. | LBRY news | | |
| 12/9/2019 | Julie Sigwart | November 2019 LBRY Community Report | LBRY news | | |
| 12/12/2019 | Samuel Bryan | Scammer Revolts gives us raging justice boners as he turns the table on would be swindlers. | LBRY news | | |
| 12/13/2019 | Samuel Bryan | Hello! Hola! Merhaba! LBRY Eclipse for Android Brings Internationalization and More | LBRY news | | Dec-13-2019-eclipse.html |
| 12/18/2019 | Samuel Bryan | It turns out the intellectual dark web isn't as cool as the other dark web, but is still pretty okay | LBRY news | | |
| 12/19/2019 | Samuel Bryan | New Creator Rewards (Views, Follows) and YouTube Program Improvements | LBRY news | | Dec-19-2019-creator-rewards.html |
| 12/20/2019 | Samuel Bryan | LBRY Isaac Gravitates to a Browser Near You | LBRY news | | Dec-20-2019-isaac.html |
| 12/26/2019 | Samuel Bryan | Stand up to YouTube Crypto Crackdown and Support These Blockchain Creators | LBRY news | | |
| 1/3/2020 | Samuel Bryan | Read this f***ing blog about C*** on Redacted Tonight | LBRY news | | |
| 1/3/2020 | · | Development Update for November-December 2019 | LBRY news | | |
| 1/8/2020 | Samuel Bryan | LBRY Fireworks For Android Works Like Fire | LBRY news | | Jan-8-2020-fireworks.html |
| 1/9/2020 | Samuel Bryan | Sexy Genius Killer Robots (in Space with Lasers?) | LBRY news | | |
| 1/15/2020 | Samuel Bryan | Broadcaster Saves World from Fake News | LBRY news | Jan-15-2020-stossel.html | |
| 1/22/2020 | Samuel Bryan | LBRY Joule for Desktop | LBRY news | | Jan-22-2020-joule.html |
| 1/23/2020 | Samuel Bryan | What Did WeAreChange Find on Epstein's Private Island? | LBRY news | | |
| 1/25/2020 | Julie Sigwart | Wrapping up 2019 and looking into 2020 Community update! | LBRY news | Jan-25-2020-20-01comm.html | |
| 1/30/2020 | Samuel Bryan | It's about ethics in game journalism Aw who knows just watch The Quartering | LBRY news | | |
| 1/31/2020 | Samuel Bryan | Introducing lbry.tv | LBRY news | | Jan-31-2020-lbrytv.html |
| 2/3/2020 | Samuel Bryan | Invites and Downloads Come to LBRY on Android with Galaxy Release | LBRY news | | Feb-3-2020-android-galaxy.html |
| 2/5/2020 | Samuel Bryan | Shining warm (and cool) lights on LBRY Kelvin | LBRY news | | Feb-5-2020-kelvin.html |
| 2/5/2020 | Jeremy Kauffman | Down to F*&%@# February | LBRY news | | Feb-5-2020-kelvin.html |
| 2/7/2020 | Jeremy Kauffman | Looking Back and Moving Forward: LBRY in 2019/2020 | LBRY news | | |
| 2/24/2020 | | Development Update for February 2020 | LBRY news | | |
| 3/24/2020 | | | | | March-24-2020-android-hubble_a.html |
| 4/22/2020 | | | | | Apr-22-2020-desktop-newton_5.html |
| 5/8/2020 | | | | | May-8-2020-Paid Content Is Coming to lbry.tv_ What You Need |
| 5/21/2020 | | | | | May-21-2020-paid-content-beta_b.html |
| 6/3/2020 | | | | | June-3-2020-buylbconlbrytv_b.html |
| 8/18/2020 | | | | | Aug-18-2020-creatorrewards2020_3.html |
| 9/18/2020 | | | | | Sept-18-2020-Say Hi to Odysee, Our New Video Sharing Platfo |
| 9/25/2020 | | | | | Sept-25-2020-googlebanslbry_7.html |
| 10/9/2020 | | | | | https://odysee.com/@lbry:3f/odyseewhatandwhy:9 |
| 10/21/2020 | | | | | Explanation of LBRY platform and Odysee |
| 11/19/2020 | | | | | Nov-19-2020-udderimprovements_2.html |
| 12/1/2020 | | | | | Official launch of Odysee |
| 12/9/2020 | | | | | Detailed explanation of Odysee functionality |
| 3/18/2021 | | | | | March-18-2021-theendoflbrytv_0.html |