AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Hampshire

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-00260-PB |
| LBRY, INC., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant LBRY, Inc.                                                                                                   .

Date:  07/28/2022

/s/ Emily Drinkwater
*Attorney's signature*

Emily Drinkwater
*Printed name and bar number*

Perkins Coie LLP
1155 Avenue the Americas, 22nd Floor
New York, NY 10036
*Address*

EDrinkwater@perkinscoie.com
*E-mail address*

322-223-3955
*Telephone number*

212-899-3002
*FAX number*