-1-

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X
SECURITIES AND EXCHANGE                      :
COMMISSION,
                                             :
           Plaintiff,
                                             :
     -against-                                     Civil Action No. 1:21-cv-00260-PB
                                             :
LBRY, INC.,
                                             :
           Defendant.
                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X
```

## LBRY, INC.'S MOTION TO LIMIT THE COMMISSION'S REMEDIES

Defendant LBRY, Inc. ("LBRY") moves to limit the Commission's remedies.  For the

reasons set forth in LBRY's contemporaneously filed Memorandum of Law, the Declaration of

Jeremey Kauffman, and exhibits attached thereto, LBRY respectfully requests that this Court

grant its motion.

-2-

Dated: December 7, 2022

Respectfully submitted,

LBRY, INC.

*/s/  Timothy J. McLaughlin* (NH Bar # 19570)
William E. Christie
Timothy J. McLaughlin
Shaheen & Gordon, P.A.
107 Storrs Street
P.O. Box 2703
Concord, NH 03302
(603) 819-4231
wchristie@shaheengordon.com
tmclaughlin@shaheengordon.com


*/s/  Keith W. Miller*
Keith W. Miller (*pro hac vice*)
Rachel S. Mechanic (*pro hac vice*)
Emily C. C. Drinkwater (*pro hac vice*)
Perkins Coie LLP
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711
(212) 262-6900
KeithMiller@perkinscoie.com
Rmechanic@perkinscoie.com
Edrinkwater@perkinscoie.com

-3-

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically

to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:  December 7, 2022                    */s/ Keith W. Miller*
                                            Keith W. Miller