UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

---------------------------------------  X
SECURITIES AND EXCHANGE                  :
COMMISSION,
                                         :
         Plaintiff,
                                         :
    -against-                               Civil Action No. 1:21-cv-00260-PB
                                         :
LBRY, INC.,
                                         :
         Defendant.
                                         :
---------------------------------------  X

**DECLARATION OF JEREMY KAUFFMAN IN SUPPORT OF LBRY'S MOTION TO LIMIT THE COMMISSION'S REMEDIES**

I, Jeremy Kauffman, declare as follows:

1. In light of this Court's holding on summary judgment and LBRY's current financial situation, LBRY intends to dissolve as soon as possible.

2. With respect to its financial situation, LBRY currently has approximately $1.8 million in assets. This includes less than $200,000 in cash. Its only other significant asset is a $1.6 million loan from Odysee, which Odysee has no ability to pay. LBRY's total liabilities amount to nearly $4 million. Attached hereto as Exhibit 1 is a true and correct copy of LBRY's Balance Sheet as of December 7, 2022.

3. LBRY currently has approximately 119.5 million remaining LBC in its custody. LBRY is willing to divest itself of all remaining tokens, either by "burning" them or donating them to a disaffiliated non-profit organization controlled by individuals with no affiliation with or association to LBRY.

4. All of the assets LBRY obtained through its sales of LBC were used to fund and operate the business. The total amount of business expenses that LBRY has incurred since the

inception of the company is approximately $17.5 million. Major business expenses include approximately $2.4 million spent on independent contractors; approximately $7.3 million in payroll; approximately $4.3 million in legal and compliance fees; and approximately $2 million in information and technology expenses. Attached hereto as Exhibit 2 is a true and correct copy of LBRY's Profit and Loss Statement for the period May 1, 2016 through December 7, 2022.

5. LBRY last sold LBC in or around February 2021. LBRY has not sold any LBC since the filing of the Commission's Complaint in this action on March 29, 2021.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 7th day of December, 2022.

_____
Jeremy Kauffman