# EXHIBIT 1

# LBRY Inc

Balance Sheet

As of December 7, 2022

|  | TOTAL |
|---|---:|
| **ASSETS** | |
|   Current Assets | |
|     Bank Accounts | |
|       Business Checking | 0.00 |
|       LBRY Credits for 1099 | 0.00 |
|       Mercury | 130,497.14 |
|       PEX Prepaid Account | 3,667.57 |
|       SunTrust Checking | 54,657.61 |
|       SunTrust Money Market | 1,000.06 |
|       TD BUSINESS CONVENIENCE PLUS (X 5876) | 0.00 |
|     **Total Bank Accounts** | **$189,822.38** |
|     Other Current Assets | |
|       LBRY Credits | 0.00 |
|         Inventory - Mark to Market | 0.00 |
|     **Total LBRY Credits** | **0.00** |
|       LBRY NOTE RECEIVABLE FROM ODYSEE | 1,630,000.00 |
|       Payroll Refunds | 1.05 |
|     **Total Other Current Assets** | **$1,630,001.05** |
|   **Total Current Assets** | **$1,819,823.43** |
|   Fixed Assets | |
|     Odysee - Par Value | 1,000.00 |
|   **Total Fixed Assets** | **$1,000.00** |
|   Other Assets | |
|     Bitcoin | 0.00 |
|   **Total Other Assets** | **$0.00** |
| **TOTAL ASSETS** | **$1,820,823.43** |
| **LIABILITIES AND EQUITY** | |
|   Liabilities | |
|     Current Liabilities | |
|       Accounts Payable | |
|         Accounts Payable (A/P) | 1,745,269.93 |
|         Accounts Payable (A/P) - CAD | 0.00 |

# LBRY Inc

Balance Sheet

As of December 7, 2022

|  | TOTAL |
|---|---:|
| **Total Accounts Payable** | **$1,745,269.93** |
| Other Current Liabilities |  |
|   Direct Deposit Payable | 0.00 |
|   Loan Payable | 0.00 |
|   Payroll Liabilities |  |
|     CA PIT / SDI | 0.00 |
|     CA SUI / ETT | 0.00 |
|     CT Income Tax | 0.00 |
|     Federal Taxes (941/944) | -107,559.94 |
|     Federal Unemployment (940) | 294.00 |
|     LA Income Tax | 0.00 |
|     LBC Buy Program | 23,350.00 |
|     MA Income Tax | -9,010.27 |
|     MI Income Tax | 0.00 |
|     MI Unemployment Tax | -374.00 |
|     MO Income Tax | 0.00 |
|     MO Unemployment Tax | 0.00 |
|     NH Unemployment Tax | -199.12 |
|     NJ Income Tax | 0.00 |
|     NJ Quarterly Taxes | 0.00 |
|     NV Unemployment Tax | 0.00 |
|     OK Income Tax | 0.00 |
|     PA Income Tax | 552.60 |
|     PA Local Tax | 0.00 |
|     PA Unemployment Tax | 10.80 |
|     SC Income Tax | 0.00 |
|     SC Unemployment Tax | 0.00 |
|     TN Quarterly Taxes | 0.00 |
|     TX Unemployment Tax | 0.00 |
|     UT Income Tax | 0.00 |
|     UT Unemployment Tax | 0.00 |
| **Total Payroll Liabilities** | **-92,935.93** |
| **Total Other Current Liabilities** | **$ -92,935.93** |
| **Total Current Liabilities** | **$1,652,334.00** |
| Long-Term Liabilities |  |
|   Futo Note Payble | 1,900,000.00 |
| **Total Long-Term Liabilities** | **$1,900,000.00** |
| **Total Liabilities** | **$3,552,334.00** |

# LBRY Inc

Balance Sheet

As of December 7, 2022

|  | TOTAL |
|---|---:|
| **Equity** |  |
| Common Stock | 348,600.00 |
| Federal Taxes Paid | -507,704.40 |
| LBRY Credits Par Value | 3,816,039.53 |
| Opening Balance Equity | 69,231.22 |
| Retained Earnings | 563,574.82 |
| Treasury Stock | -200,000.00 |
| Unrealized Gain/Loss BTC | -1,303,062.00 |
| Unrealized gain/loss LBC | 2,058,761.00 |
| Net Income | -6,576,950.74 |
| **Total Equity** | **$ -1,731,510.57** |
| **TOTAL LIABILITIES AND EQUITY** | **$1,820,823.43** |