# EXHIBIT 2

# LBRY Inc

Profit and Loss

May 1, 2016 - December 7, 2022

|  | TOTAL |
|---|---:|
| Income | $14,261,290.66 |
| **GROSS PROFIT** | **$14,261,290.66** |
| Expenses |  |
|    Advertising | 342,257.71 |
|    Bad Debts | 1,281.93 |
|    Bank Charges | 4,006.94 |
|    Charitable Contributions | 5,833.49 |
|    Commissions & fees | 46,020.00 |
|    Computer & Internet | 71,360.71 |
|    Creator LBC Buyback | 40,185.00 |
|    Dues & Subscriptions | 39,521.28 |
|    Insurance | 29,726.40 |
|    Insurance - Liability | 12,727.40 |
|    International Employee & Freelance | 2,413,247.36 |
|    Legal & Professional Fees | 4,291,048.83 |
|    Meals and Entertainment | 8,897.24 |
|    Office Expenses | 85,688.77 |
|    Other General and Admin Expenses | 2,453.65 |
|    Payroll Expenses | 1,610,514.58 |
|      Taxes | 421,895.12 |
|      Wages | 5,253,342.94 |
|    **Total Payroll Expenses** | **7,285,752.64** |
|    PR Firm Fees | 135,080.00 |
|    Promotional | 14,223.71 |
|    Reimbursements | 233,371.83 |
|    Rent or Lease | 186,069.84 |
|    Repair & Maintenance | 39.74 |
|    Servers | 1,504,573.45 |
|    Shipping and delivery expense | 405.92 |
|    Stationery & Printing | 39.00 |
|    Subcontractors | 10,050.84 |
|    Taxes & Licenses | 59,801.63 |
|    Tools | 3,725.28 |
|    Travel | 158,187.78 |
|    Travel Meals | 35,434.92 |
|    Uncategorized Expense | 26,445.41 |
|    Utilities & SaaS | 458,276.71 |
| **Total Expenses** | **$17,505,735.41** |
| **NET OPERATING INCOME** | **$ -3,244,444.75** |
| Other Income | $226,733.69 |
| Other Expenses | $2,994,164.86 |
| **NET OTHER INCOME** | **$ -2,767,431.17** |

# LBRY Inc

## Profit and Loss
May 1, 2016 - December 7, 2022

|  | TOTAL |
|---|---|
| NET INCOME | $ -6,011,875.92 |