# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>    Plaintiff,<br> v.<br>LBRY, INC.,<br>    Defendant. | Civil Action No. 21-cv-00260 |

## ASSENTED-TO MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF ON BEHALF OF NAOMI BROCKWELL

Naomi Brockwell, on behalf of herself, and similarly situated LBC token holders, respectfully requests that the Court grant her leave to file the proposed Amicus Brief attached hereto. Counsel for LBRY and Counsel for the SEC have no objection and consent to the filing of the proposed Amicus Brief, if allowed by the Court. In providing its consent, the SEC has requested seven days to respond to Mrs. Brockwell's Amicus Brief, and Mrs. Brockwell agreed to such request.

Dated: December 15, 2022

                     Respectfully submitted,
                     NAOMI BROCKWELL
                     By her Attorney,
                     **/s/ William S. Gannon**
                     William S. Gannon  NH Bar  892
                     740 Chestnut Street
                     Manchester, New Hampshire 03104
                     **bgannon@gannonlawfirm.com**
                     **Phone:** 603-621-0833
                     **Fax:** 603-621-0830

## CERTIFICATE OF SERVICE

I hereby certify that, on December 15, 2022, I caused true and correct copies of the foregoing to be served on counsel of record for all parties that have appeared to date through the Court's CM/ECF system.

                               /s/ William S. Gannon