# LBRY Inc

Profit and Loss

March - October, 2021



| | TOTAL |
|---|---:|
| **Income** | |
|   Sale of LBC | 2,702,560.80 |
|   Sales of Product Income | 3,005.07 |
|   Service/Fee Income | 9,099.98 |
|   Services | 7,610.26 |
| **Total Income** | **$2,722,276.11** |
| **GROSS PROFIT** | **$2,722,276.11** |
| **Expenses** | |
|   Advertising | 26,605.10 |
|   Bank Charges | 5.95 |
|   Charitable Contributions | 2,181.09 |
|   Commissions & fees | 46,000.00 |
|   Computer & Internet | 31,817.38 |
|   Creator LBC Buyback | 40,185.00 |
|   Insurance | 2,732.40 |
|   International Employee & Freelance | 510,512.55 |
|   *Privileged* | |
|   Meals and Entertainment | 203.12 |
|   Office Expenses | 8,780.96 |
|   Payroll Expenses | |
|     Taxes | 91,663.89 |
|     Wages | 1,146,725.19 |
|   **Total Payroll Expenses** | **1,238,389.08** |
|   PR Firm Fees | 110,000.00 |
|   Promotional | 346.42 |
|   Reimbursements | 20,837.17 |
|   Rent or Lease | 25,388.97 |
|   Servers | 592,386.96 |
|   Taxes & Licenses | 8,111.14 |
|   Travel | 10,410.08 |
|   Travel Meals | 122.81 |
|   Utilities & SaaS | 111,519.99 |
| **Total Expenses** | **$4,162,379.27** |
| **NET OPERATING INCOME** | **$ -1,440,103.16** |
| **Other Income** | |
|   Interest Earned | 24.23 |
|   Other Ordinary Income | 651.44 |
| **Total Other Income** | **$675.67** |
| **Other Expenses** | |
|   Unrealized Gain or Loss | 0.00 |
| **Total Other Expenses** | **$0.00** |
| **NET OTHER INCOME** | **$675.67** |
| **NET INCOME** | **$ -1,439,427.49** |

Accrual Basis  Wednesday, February 9, 2022 02:45 PM GMT-05:00

1/1

Confidential, Protected by Protective Order

LBRY_SEC00056765