**EXHIBIT 4**
21-cv-00260-PB

**CONFIDENTIAL**

```
1              UNITED STATES DISTRICT COURT
2                DISTRICT OF NEW HAMPSHIRE
3
4   SECURITIES AND EXCHANGE       ) Civil Action No.
    COMMISSION,                   ) 1:21-cv-00260-PB
5                                 )
              Plaintiff,          )
6                                 ) VOLUME 1
       vs.                        ) (Pages 1 to 283)
7                                 )
    LBRY, INC.,                   )
8                                 )
              Defendant.          )
9   _____)
10
11
12       CONFIDENTIAL VIDEOTAPED DEPOSITION OF
13                  ALEX GRINTSVAYG
14            1155 AVENUE OF THE AMERICAS
15                NEW YORK, NEW YORK
16              THURSDAY, MARCH 17, 2022
17
18
19
20
21
22
23  REPORTED BY:
24  ELBIA BAIRES
25  JOB NO. 220317LHR
```

1

CONFIDENTIAL

```
01:05  1        A.    I'm guessing.
       2        Q.    Is it somewhere recorded on the
       3   blockchain, the number of videos that LBRY is
       4   hosting on its servers?
01:05  5              MR. DIXON:  Objection as to form.
       6        A.    No.
       7        Q.    In terms of the -- not the number of
       8   files, but the memory, is that something that --
       9   total memory space of content that LBRY is
01:06 10   hosting on its servers, is that recorded
      11   anywhere on the blockchain?
      12              MR. DIXON:  Objection as to form.
      13        A.    No.
      14              MR. DIXON:  Are we at a breaking
01:06 15   point for lunch?  We're past 1:00.
      16              MR. MOORES:  Yeah.  I just want to
      17   finish up this document.
      18        Q.    So looking back at Exhibit number 93,
      19   what is LBRY net hyphen EU?
01:06 20        A.    It's the SDK.  It's running in
      21   Europe.
      22        Q.    Is that the same for LBRY net U.S.
      23   east and U.S. west, it refers to the SDK that
      24   LBRY is running in those locations?
01:06 25        A.    Yes.
```

124

**CONFIDENTIAL**

```
01:06   1        Q.    What is MoonPay?
        2        A.    MoonPay is a service that lets --
        3   that -- it sends people LBC.
        4        Q.    And why is MoonPay listed here under
01:07   5   LBRY services?
        6        A.    It's a server that we run.
        7        Q.    Is the reflector here on Exhibit
        8   number 93 referring to the reflector cylinder in
        9   your diagram on Exhibit 91?
01:07  10        A.    I think so.
       11        Q.    What is SPV 1?
       12        A.    It's a -- it's a wallet server --
       13        Q.    It's a wallet server as we talked
       14   about on Exhibit number 92?
01:08  15        A.    Yes.
       16        Q.    And are there six different wallet
       17   servers that are all listed here on UptimeRobot?
       18        A.    Are there six different wallet
       19   servers?
01:08  20        Q.    Right.
       21              So there's SPV 1, SPV 13, SPV 14, SPV
       22   15, SPV 17 and SPV 18 all listed on UptimeRobot
       23   on Exhibit number 93.
       24              So are those all referring to wallet
01:08  25   servers?
```

125

```
03:43   1   leadership team?
        2           MR. DIXON:  Objection as to form.
        3       A.  Maybe.
        4       Q.  Are you authorized to shut down an
03:43   5   application?
        6       A.  Yes.
        7       Q.  But it wasn't you who made the
        8   decision to shut down LBRY TV?
        9       A.  I don't remember making that
03:43  10   decision.
       11       Q.  Who else is authorized at LBRY to
       12   shut down any application?
       13       A.  It could be the leadership team.  It
       14   could be Jeremy.  It could be Julian.  Could be
03:44  15   someone else.
       16       Q.  Why was LBRY TV shut down?
       17       A.  It was replaced by Odysee.
       18       Q.  What is different between -- or what
       19   was different at the time Odysee replaced it
03:44  20   between LBRY TV and Odysee?
       21       A.  The branding, the marketing.
       22       Q.  In terms of functionality, what was
       23   different between LBRY TV and Odysee at the time
       24   that Odysee replaced LBRY TV?
03:44  25           MR. DIXON:  Objection as to form.
```

190

CONFIDENTIAL

```
06:10   1        Q.    Who is Liam Cardenas?
        2        A.    He used to work for LBRY.
        3              MR. MOORES:  For the record,
        4   C-A-R-D-E-N-A-S.
06:10   5        Q.    Who is Travis Eden?
        6        A.    He used to work for LBRY.
        7        Q.    Who's Xander Luciano?
        8        A.    He used to work for Odysee.
        9        Q.    Who is Paul Webb?
06:10  10        A.    He used to work for LBRY.
       11        Q.    Who is Anthony Mayfield?
       12        A.    I believe he works for LBRY -- for
       13   Odysee.
       14        Q.    Who is Igor Gassmann?
06:10  15        A.    He used to work for LBRY.
       16        Q.    Who is Zhu Dung Li (phonetic)?
       17        A.    I think that's Roy.
       18        Q.    And who is Johnny Nelson?
       19        A.    He works for Odysee.
06:11  20        Q.    Have you ever participated in a LBRY
       21   program by which you purchased LBC?
       22        A.    Yes.
       23        Q.    When did you first participate?
       24        A.    Sometime last year, I believe.
06:11  25        Q.    In 2021?
```

270

CONFIDENTIAL

```
06:11    1          A.    I believe so.
         2          Q.    Are you still participating in a
         3    employee LBC purchase program?
         4          A.    Yes.
06:11    5          Q.    And can you describe for me how that
         6    program works?
         7          A.    Every month, LBRY takes $50 out of my
         8    paycheck and sends me $50 worth of LBC.
         9          Q.    How was the price set?
06:12   10          A.    I believe it's the market price.
        11          Q.    Do you know?
        12          A.    Um -- yes.  I think that's it.  Or
        13    maybe there's some kind of discount or
        14    something.  I'm not sure.
06:12   15          Q.    Did you sign any agreement when you
        16    began the -- when you purchased -- first
        17    purchased to get into the program?
        18          A.    I don't remember doing that.
        19          Q.    Sign off on anything --
06:12   20          A.    I don't think so.
        21          Q.    -- to have them take money out of
        22    your paycheck?
        23          A.    No, I don't think so.  Like I can't
        24    remember doing that.
06:12   25          Q.    Did you at least orally agree to it?
```

271

CONFIDENTIAL

```
06:13    1         A.    Yes.
         2         Q.    I mean, so have you ever heard of an
         3   opt-in versus opt-out program?
         4         A.    Yes.
06:13    5         Q.    Is the LBC employee purchase program
         6   an opt-out program or opt-in program?
         7         A.    Opt-in.
         8         Q.    So you opted in?
         9         A.    Yes.
06:13   10         Q.    Is there restriction on your usage of
        11   the LBC?
        12         A.    Not that I know of.
        13         Q.    Are there requirements for how you
        14   are to use the LBC?
06:13   15         A.    Not that I know of.
        16         Q.    Why did you decide to participate in
        17   the program?
        18         A.    I'm not sure.
        19         Q.    The program's been around for a few
06:13   20   years at least, right?
        21         A.    Yes.
        22         Q.    And why did you not participate
        23   earlier?
        24         A.    I don't remember.
06:14   25         Q.    How -- what have you done with the
```

272

```
06:14    1   LBC that you have purchased in the LBC employee
         2   purchase program?
         3        A.    Nothing.
         4        Q.    It sits in your digital wallet?
06:14    5        A.    Yes.
         6        Q.    Why have you done nothing with it?
         7        A.    I don't know.
         8        Q.    Do you own LBC that you otherwise
         9   acquired?
06:14   10        A.    Yes.
        11        Q.    How did you acquire that LBC?
        12        A.    From LBRY.
        13        Q.    When did you acquire the LBC from
        14   LBRY?
06:15   15        A.    I don't remember.
        16        Q.    Did you pay for it?
        17        A.    No.
        18        Q.    LBRY just gave it to you?
        19        A.    Yes.
06:15   20        Q.    Was it for all the hard work you've
        21   been doing or like a bonus?
        22        A.    No.
        23        Q.    Was it a clerical error?  You somehow
        24   got it and they don't even know about it or --
06:15   25        A.    No.
```

273

# LBRY Services
Service status



EXHIBIT
93
3-17-22  EB

## Some systems down

## Services



chainquery → | 99.758%      Operational

chainquery claimtriesync → | 99.688%      Operational

explorer → | 98.108%      Operational

lbry.com → | 100.00%      Operational

lbry.tech → | 99.911%      Operational

lbrycrd1 → | 97.849%      Operational

lbrycrd2 → | 94.322%      Down

lbrycrd3 → | 99.947%      Operational



Privacy policy | Terms of Service    Powered by • UptimeRobot