

Monetization & Rewards    Rewards    Types of Rewards

# Types of Rewards

To view the rewards page, click the avatar icon at the top right corner of the screen and select **Rewards** in the drop down menu.



The top portion of the screen will show the list of rewards offered. These are:

- **View Master**: This reward is given based on the total number of videos watched since joining Odysee. To prevent abuse, only 10 videos per day will be counted.
- **Coveted Creator**: This reward is given based on the total number of verified followers (followers with verified accounts) your channel has.
- **The Journey**: This reward is given for following creators.

- **Weekly Watch Reward**: This reward is given for watching videos for at least 3 days in a given week.
- **Favorite Five**: This reward is given for reposting content from 5 different creators.
- **Custom Code**: If you've received a custom rewards code from a creator, this is where you can enter it for LBC.
- **Invites**: You can earn LBC simply for inviting others onto Odysee. For more information, click ahead to the next section.

✏ Suggest a change

🏠   Monetization & Rewards      Earnings Per View      Overview

# Overview

View rewards on Odysee give creators LBC earnings per each verified view. A verified view is a view from a verified user. This means that we've verified they're a real person, in order to prevent rewards abuse. As well for preventing abuse, only the first 7 views from a verified user each day will be monetized for creators.

## How Much Do I Earn Per View?

To check your earnings per view, navigate to the channels page by clicking the profile picture icon and selecting **Channels** in the drop down menu.



Your earnings per view will show to the right of your channel.



Note: Your rate is subject to change and is based on a number of variables including average watch time, average view count, type of content, engagement, creator location, and price of LBC.

## Tracking Earnings

Click the profile picture icon at the top right corner and select **Rewards**



From this page, earned view rewards will show under **Claimed Rewards** as *Content View Tips*.



✏ Suggest a change