**EXHIBIT 7**
21-cv-00260-PB

**CONFIDENTIAL**

UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

```
SECURITIES AND EXCHANGE      ) Civil Action No.
COMMISSION,                  ) 1:21-cv-00260-PB
                             )
          Plaintiff,         )
                             ) VOLUME 1
     vs.                     ) (Pages 1 to 376)
                             )
LBRY, INC.,                  )
                             )
          Defendant.         )
_____)
```

CONFIDENTIAL VIDEOTAPED DEPOSITION OF

JEREMY KAUFFMAN

New York, New York

Monday, March 21, 2022

REPORTED BY:

ELBIA BAIRES

JOB NO. 220321LHR

1

CONFIDENTIAL

```
10:26    1       A.    Yes.
         2       Q.    Where?
         3       A.    I'm not sure specifically.
         4       Q.    When was the loan given from LBRY to
10:26    5   Odysee?
         6       A.    The -- the -- I'm not -- I don't recall
         7   the specific dates.
         8       Q.    Do you have an approximate time period?
         9       A.    Around the formation of the company.
10:27   10       Q.    And that date was what?
        11       A.    Odysee was formed towards the send of
        12   2021.
        13       Q.    Who is the CEO of Odysee?
        14       A.    Julian Chandra.
10:27   15       Q.    Does Mr. Chandra report to you?
        16             MR. MILLER:  Objection.
        17       A.    He does not -- he does not report to me
        18   in the sense that I'm not managing his day-to-day
        19   operations.
10:27   20       Q.    Right.
        21             Are you the CEO of LBRY currently?
        22       A.    Yes.
        23       Q.    Is Odysee a wholly-owned subsidiary of
        24   LBRY?
10:27   25       A.    Yes.
```

54

```
10:27   1          Q.    As part of that relationship, does
        2   Mr. Chandra report to you?
        3          A.    I -- I do not directly manage Julian.
        4   We talk about how he's doing running the company.
10:27   5          Q.    Who has the power to hire and fire --
        6   or to fire, essentially, Mr. Chandra if he were
        7   not to perform to satisfaction?
        8                MR. MILLER:  Objection.
        9          A.    I don't know if it's -- if I can do it
10:28  10   unilaterally or if it requires a vote from the
       11   board.
       12          Q.    Okay.  And you're currently on the
       13   board of LBRY?
       14          A.    Yes.
10:28  15          Q.    Does Odysee have a board?
       16          A.    Does it -- I'm not certain.
       17          Q.    All right.  What was the source of
       18   funds that LBRY used to loan one million
       19   dollars -- ish -- approximately one million
10:28  20   dollars to Odysee?
       21                MR. MILLER:  Objection.
       22          A.    LBRY has a -- has made money in a
       23   variety of ways.
       24          Q.    So LBRY took money from its bank
10:28  25   account to make that loan?
```

55

CONFIDENTIAL

```
10:28   1          A.    Yes.
        2          Q.    Okay.  Was it necessary for LBRY to
        3   sell LBC in some way to fund the loan that it gave
        4   to Odysee?
10:28   5                MR. MILLER:  Objection.
        6          A.    LBRY did not sell LBCs specifically to
        7   give money to Odysee.
        8          Q.    Okay.  Were the funds taken from the
        9   proceeds of some larger sale of LBC by LBRY?
10:29  10                MR. MILLER:  Objection.
       11          A.    That's -- that's possibly true.
       12   There's -- you don't directly account where each
       13   dollar in your bank account comes from.
       14          Q.    Okay.  So the loan came directly from
10:29  15   LBRY's bank accounts?
       16                MR. MILLER:  Objection.
       17          A.    I believe so.
       18          Q.    Okay.  And did any outside party -- and
       19   by "outside," I mean outside of LBRY, Inc.
10:29  20                Did any outside party provide the funds
       21   for the purpose of making a loan to Odysee?
       22          A.    No.
       23          Q.    Who were the -- was the person or
       24   persons who decided to make the loan from LBRY to
10:29  25   Odysee?
```

56