EXHIBIT 8
21-cv-00260-PB

EXHIBIT 5
21-cv-00260-PB

# LBRY in 2022

February 11th, 2022 • 2,203 views

**LBRY** @lbry

After splitting off about 2/3rds of staff to work on Odysee, LBRY is staffed almost exclusively by engineers. As a result, we haven't been talking much, but we're still building.



With the SEC alleging that even talking about feature development is against United States law, there's been a chilling effect on communication. But don't take that to mean we're slowing down in any way.

Here's a look at the future.

## The future of LBRY social video is Odysee

LBRY is *not* the future of web3 social video. LBRY is a decentralized web3 publishing protocol.

Odysee is by far the easiest way to use the LBRY network for publishing or watching video. LBRY will not be engaging in marketing campaigns or community building around web3 social video.

Make sure you're following **@Odysee (/@Odysee:8)** on LBRY, as well as **Twitter** (http://twitter.com/odyseeteam) and **Reddit** (http://reddit.com/r/odyseeforever). Odysee is going full-speed ahead and continues to see record usage and growth.

## The future of LBRY is application diversity

2022 and 2023 will be about bringing LBRY into more apps and ecosystems. Some of the things we're working with partners on include:

- A text-first news aggregator and publishing platform
- Two different music and podcasting apps (may the best team win)
- A file sharing app optimized for CAD files

We've started a new developer only chat, where people actively working on apps can hangout with core LBRY engineers. If you're interested in that, email **jeremy@lbry.com** (mailto:jeremy@lbry.com).

## The future of LBRY is even more decentralized

While LBRY is decentralized, Odysee has continued to push ahead with centralized feature development, such as livestreaming. Other features, like searching and commenting, are only semi-decentralized.

We're continuing to work on bringing Odysee features into the LBRY protocol themselves, or otherwise improving the state of affairs with decentralization. Here's a look at how the current LBRY network and Odysee backend interact.



Only a decentralized network can truly protect against the abuses we've regularly and repeatedly seen by big tech. So-called "alternative" tech is typically a subpar knock-off. Web3 tech is successor tech.

## The future of LBRY is Go

We've also been working on porting some core codebases from C++ and Python into Go. While this won't immediately impact users, it will substantially improve development velocity over time.

The most substantial piece – the blockchain code – is already mostly ported and is now being tested. If you're interested in trying running the new Go code, you can find the latest releases here ⌐ (https://github.com/lbryio/lbcd/releases).

## The future of LBRY is as one of the few legal cryptocurrencies

LBRY's lawsuit with the SEC is poised to establish it as one of the few known-to-be legal cryptocurrencies in the United States. While there's little news on this front yet, a lot will be happening over the next 6 months. We'll post updates on this channel as well as on Twitter.

Thank you to the almost 50,000 people who have signed the petition ⌐ (https://www.change.org/p/cryptocurrency-is-not-a-crime)!

Log In

# Cryptocurrency is NOT a crime

## 48,701 have signed. Let's get to 50,000!

 **UnZung Lee-Tynon** signed 30 minutes ago

 **James McShea** signed 2 hours ago

#### The future of LBRY is technical community

One of the lessons we learned from launching lbry.tv, which was later rebranded to Odysee, is that the LBRY name should be reserved for the tech, not consumer apps. This doesn't mean programmers only, but it does mean that LBRY is primarily for technically minded users. If you want to hang out with other LBRY users, join one of these chats:

- **LBRY Foundation Chat** (largest, open to the public, run by **lbry.org**)
- LBRY Developer Chat (mostly engineers, private, run by **lbry.com**, email **jeremy@lbry.com** for access)

Additionally, with the shift away from consumer-oriented software being released from LBRY, lbry.com and lbry.tech will likely be merged sometime in 2022.

#### The best is yet to come 🚀🚀🚀

There's not really any other way to end one of these, is there?

> 37.    LBRY continues to post updates about its efforts to create new features like live-streaming video and playlists for content. LBRY also publicly represents in posts on its website, on social media, and during interviews, what it is currently developing, what it will soon release, and that it is directing the Network in a way to attract the greatest number of users and grow the Network exponentially. In a website post in February 2021, LBRY updated readers about changes it recently made and promised future evolutions in its applications. LBRY concluded the update with its prediction that the "best is yet to come." LBRY punctuated the sentence with

172

Support         9 Reposts         Share

199 comments               Best    Controversial    New

2

**@lbry** 6 hours ago
We'll be around taking questions on and off for at least 5 hours.
Edit: please post questions to the top-level thread, not in reply to this.

Log in to reply  45  0
Show 9 replies

**@Dan** 7 hours ago
Only Fucking leftists and other Nazis don't like you guys so keep up the good work

Log in to reply  28  15
Show 5 replies

**@Pipeliner** 6 hours ago
What I don't like about Odysee is that it seems they are not only moving more and more into centralization (no problem with that) but more into close source their tech. IMO the future is open source

Log in to reply  20  0
Show 2 replies

**@michaelmitnick** 7 hours ago
This is amazing and exciting. Thank you for sharing this news and upcoming experiences with the community.

Log in to reply  11  1

**@Cahlen** 7 hours ago
Would a cloud file service be feasible on LBRY?

Log in to reply  7  0
Show 2 replies

**@DoniArts** 7 hours ago
nice to hear from you guys and heres to the future and beyond

Log in to reply  9  0

**@LePigeon™** 7 hours ago
🔥

Log in to reply  9  0

**@CGLBRY** 6 hours ago
Why is talking about feature development is against United States law?

Log in to reply  8  0
Show 2 replies

**@Aleph_Null** 6 hours ago
Will LBRY be focusing on some sort of incentive system to get more people to seed files?

Log in to reply  7  0
Show reply

**@SampleDragon** 6 hours ago
I'm not tech saavy enough to understand any of this but LET'S GOOOOOOOO
Keep up the great work!

Log in to reply  7  0
Show reply

Community Guidelines  FAQ  Support  Terms  Privacy Policy