12/8/22, 2:18 PM Case 1:21-cv-00260-PB Document 94-9 Filed 12/19/22 Page 1 of 2 John Slaymaker on Twitter: "@LBRYcom What about Odysee?" / Twitter

Explore
Settings
Tweet
LBRY @LBRYcom · Nov 29
Since any information given privately to the SEC ends up leaking, we'd like to be upfront about the fact that LBRY Inc. will likely be dead in the near future.
We expect the LBRY mission to continue on, but the company itself has been killed by legal and SEC debts.
350
929
3,835
John Slaymaker
@johnslaymaker
Replying to @LBRYcom
What about Odysee?
5:45 PM · Nov 29, 2022
1 Retweet 101 Likes
LBRY @LBRYcom · Nov 29
Replying to @johnslaymaker
Odysee will be fine and has a bright future.
9
34
679
John Slaymaker @johnslaymaker · Nov 29
Replying to @LBRYcom

Search Twitter
EXHIBIT
9
21-cv-00260-PB
exhibitsticker.com

New to Twitter?
Sign up now to get your own personalized timeline!
Sign up with Google
Sign up with Apple
Sign up with phone or email
By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Relevant people
John Slaymaker
@johnslaymaker
Follow
Big trees & old stones tell tales. Science, by definition, means the ceaseless questioning of everything. Tweets temporary.
LBRY
@LBRYcom
Follow
LBRY does to publishing what Bitcoin does to money.
What's happening
Sports · LIVE

Don't miss what's happening
People on Twitter are the first to know.

Log in Sign up

https://twitter.com/johnslaymaker/status/1597723468522323968 1/2






Case 1:21-cv-00260-PB Document 94-9 Filed 12/19/22 Page 2 of 2



Explore

Settings

9,437 Tweets

Politics · Trending
**Putin**
223K Tweets

Trending in United States
**#HarryandMeghanNetflix**
60.4K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in **Sign up**