# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

SECURITIES AND EXCHANGE COMMISSION,

               Plaintiff,

v.

LBRY, INC.,

               Defendant.

Civil Action No. 1:21-cv-00260-PB

## AFFIDAVIT OF JOHN E. DEATON IN SUPPORT OF MOTION TO ADMIT *PRO HAC VICE*

I, John E. Deaton, do hereby depose and state as follows:

1.  My office address, email address, and telephone number are as follows:

    Deaton Law Firm LLC
    450 North Broadway
    East Providence, RI 02914
    Email: all-deaton@deatonlawfirm.com
    Tel.: +1 (401) 351-6400

2.  I am admitted to practice in the following courts:

    a.  State Court of Connecticut (2005)

    b.  State of Iowa (1995)

    c.  State of Rhode Island (2001)

    d.  Commonwealth of Massachusetts (2004)

    e.  U.S. District Court for the District of Rhode Island (2005)

    f.  U.S. Court of Appeals for the First Circuit (2021)

3.  I am in good standing and eligible to practice in the above-listed courts.

4.  I am not currently suspended or disbarred in any jurisdiction.

5.  I have never been denied admission to practice before any court. There are no previously imposed or pending disciplinary matters in which I am involved. I do not have any prior felony or misdemeanor criminal convictions.

6.  I do not have any prior denials or revocations of *pro hac vice* status in any court.

I declare under penalty of perjury that the foregoing is true and accurate.

Dated: December 20, 2022                    Respectfully Submitted

                                            */s/ John E. Deaton*
                                            John E. Deaton, Esq.
                                            Deaton Law Firm LLC
                                            450 North Broadway
                                            East Providence, RI 02914
                                            Tel.: (401) 351-6400
                                            Fax: (401) 351-6401
                                            all-deaton@deatonlawfirm.com