UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

------------------------------------- X
SECURITIES AND EXCHANGE            :
COMMISSION,
                                   :
        Plaintiff,
                                   :
    -against-                           Civil Action No. 1:21-cv-00260-PB
                                   :
LBRY, INC.,
                                   :
        Defendant.
                                   :
------------------------------------- X

**LBRY, INC.'S ASSENTED MOTION FOR LEAVE TO EXCEED PAGE LIMITATION**

Defendant LBRY, Inc. ("LBRY") files this Assented Motion for Leave to Exceed Page Limitation of Reply in support of Motion to Limit the Commission's Remedies (ECF No. 89) and in support thereof states as follows.

1. On December 7, 2022, LBRY filed Motion to Limit the Commission's Remedies (ECF No. 89).

2. On December 19, 2022, plaintiff Securities and Exchange Commission (the "Commission") filed its Opposition to LBRY's Motion to Limit the Commission's Remedies (ECF No. 94).

3. Pursuant to the Court's endorsed order granting the Commission's Motion to Extend the Time to Respond to LBRY's Motion to Limit the Commission's Remedies (ECF No. 89), LBRY's Reply is due to be filed with the Court on December 26, 2022.

4. Pursuant to Local Rule 7.1(e)(1), LBRY's Reply is limited to five (5) pages.

5. In order to adequately address the Commission's arguments related to the remedies to which it claims it is entitled, LBRY requests leave from the Court to file its Reply in excess of the page limitation by five (5) pages for a total of ten (10) pages.

6. Due to the nature of this Motion, there is no accompanying memorandum of law.

**WHEREFORE**, LBRY respectfully requests that the Court:

A. Grant LBRY permission to file a Reply totaling no more than ten (10) pages; and

B. Grant such further relief as is necessary and just.

Dated: December 22, 2022

Respectfully submitted,

LBRY, INC.

*/s/  Timothy J. McLaughlin* (NH Bar # 19570)
William E. Christie
Timothy J. McLaughlin
Shaheen & Gordon, P.A.
107 Storrs Street
P.O. Box 2703
Concord, NH 03302
(603) 819-4231
wchristie@shaheengordon.com
tmclaughlin@shaheengordon.com


*/s/  Keith W. Miller*
Keith W. Miller (*pro hac vice*)
Rachel S. Mechanic (*pro hac vice*)
Emily C. C. Drinkwater (*pro hac vice*)
Perkins Coie LLP
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711
(212) 262-6900
KeithMiller@perkinscoie.com
Rmechanic@perkinscoie.com
Edrinkwater@perkinscoie.com

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: December 22, 2022  /s/ Keith W. Miller
Keith W. Miller

## Certificate of Concurrence

Pursuant to Local Rule 7.1(c), counsel for LBRY has conferred with counsel for the Commission, who assents to the relief requested herein.

Dated: December 22, 2022  /s/ Keith W. Miller
Keith W. Miller