# United States District Court for the
# District of New Hampshire

| | |
|---|---|
| **Securities and Exchange Commission,** | ) <br> ) <br> ) |
| *Plaintiff,* | ) <br> ) |
| v. | )    Civil Action Number 21-cv-260-PB <br> ) |
| **LBRY, Inc.** | ) <br> ) <br> ) |
| *Defendant.* | ) <br> ) |

## Notice of Appeal

Defendant LBRY, Inc. now appeals to the United States Court of Appeals for the First Circuit this Court's final judgment entered on July 11, 2023.

Dated: September 7, 2023            Respectfully submitted,

*/s/ Timothy J. McLaughlin*
Timothy John McLaughlin
SHAHEEN & GORDON, P.A.
107 Storrs Street
Concord, New Hampshire 03302
(603) 225-7262
tmclaughlin@shaheengordon.com

Keith W. Miller (*pro hac vice*)
Rachel S. Mechanic (*pro hac vice*)
Emily C. C. Drinkwater (*pro hac vice*)
PERKINS COIE LLP
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711
(212) 262-6900

KeithMiller@perkinscoie.com  
Rmechanic@perkinscoie.com  
Edrinkwater@perkinscoie.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2023, I electronically filed the foregoing document with the United States District Court for the District of New Hampshire by using the CM/ECF system causing it to be served on all persons and entities named on the CM/ECF Electronic Service List.

<i>/s/ Timothy J. McLaughlin</i>  
Timothy J. McLaughlin