UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

APPEAL COVER SHEET

1. USDC/NH Case No. 1:21-cv-00260-PB

2. TITLE OF CASE: US Securities and Exchange Commission v. LBRY, Inc.

3. TYPE OF CASE: Civil

4. NAME OF APPELLANT(S) & COUNSEL FOR APPELLANT(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

5. NAME OF APPELLEE(S) & COUNSEL FOR APPELLEE(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

6. NAME OF JUDGE: Judge Barbadoro

7. DATE OF JUDGMENT OR ORDER ON APPEAL: **July 11, 2023**

8. DATE OF NOTICE OF APPEAL: **September 7, 2023**

9. FEE PAID or IFP :YES

10. COURT APPOINTED COUNSEL: NO

11. COURT REPORTER(S):   and DATES: 11/15/21 Motion Hearing Liza Dubois; 12/10/21 Discovery Status Conf. Brenda Hancock; 2/23/22 Motion Hearing & Status Conf. Brenda Hancock; 3/15/22 Discovery Status Conf. (no reporter); 7/20/22 Motion Hearing Susan Bateman; 11/21/22 Status Conf. Liza Dubois; 1/30/23 Motion Hearing Brenda Hancock; 2/6/23 Status Conf; Liza Dubois

12. TRANSCRIPTS ORDERED/ON FILE: YES

13. HEARING/TRIAL EXHIBITS: NO

14. MOTIONS PENDING: NO

15. GUIDELINES CASE: Not Applicable

16. RELATED CASES or CROSS APPEAL: #21-01618

17. SPECIAL COMMENTS: