UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

US Securities and Exchange Commission

    v.                                                      No. 1:21-cv-00260-PB

LBRY, Inc.

CLERK'S CERTIFICATE TO
CIRCUIT COURT OF APPEALS

    I, Jennifer Bartlett, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the following documents constitute the record on appeal to the First Circuit Court of Appeals:

    DOCUMENTS NUMBERED: 109-113

    The Clerk's Office hereby certifies the record and docket sheet available through ECF to be the certified record and the certified copy of the docket entries.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court, at Concord, in said District, on this day, September 7, 2023

FCPIGN'L0N[ PEJ , Clerk

By: /s/ Jennifer Bartlett, Deputy Clerk

Sep 07, 2023

cc: Counsel of Record