# United States Court of Appeals
## For the First Circuit

No. 23-1743

US SECURITIES AND EXCHANGE COMMISSION,

Plaintiff - Appellee,

v.

LBRY, INC.,

Defendant - Appellant.

**MANDATE**

Entered: October 23, 2023

In accordance with the judgment of October 23, 2023, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Seth R. Aframe
Simon R. Brown
Amy Harman Burkart
William E. Christie
John Deaton
Emily Drinkwater
William Staple Gannon
Michael R. Huston
Marc Jonathan Jones
Cory Charles Kirchert
David Darren Lisitza
Timothy J. McLaughlin
Rachel S. Mechanic
Keith W. Miller
Peter B. Moores
Adriaen M. Morse Jr.
Jennifer Lee Parent
Adam H. Schuman